# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Westfield Insurance Company,

v.

Weis Builders, Inc.

**AMENDED**
**PRETRIAL CONFERENCE NOTICE**

**Case Number Civil 00-987 PAM/JGL**

(x) TAKE NOTICE That the pretrial conference that was scheduled for October 19, 2000 in this case has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Tuesday, November 14, 2000 @ 10:00 A.M., for a Pretrial Conference.**

Dated: October 10, 2000

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Mark A. Gwin
Andrea E. Reisbord
Dean B. Thomson
Jocelyn L. Knoll

OCT 10 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK