**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants.

Civil File No.00-CV-987 PAM/JGL

**STIPULATION AND ORDER TO AMEND PLEADINGS**

---

## STIPULATION

Plaintiff Westfield Insurance Company ("Westfield"), defendant Weis Builders, Inc. ("WBI"), defendant Promenade Village Townhomes, LLC ("Promenade"), and defendant Valley Forge Insurance Company ("Valley Forge"), by and through their undersigned counsel, hereby stipulate and agree that WBI may amend its pleadings under Fed. R. Civ. P. 15(a) to assert Crossclaims for breach of contract, breach of warranty, and negligence against Promenade and to assert third-party claims against Waterproofing By Experts, Inc., Colloid Environmental Technologies Company, and BRW Elness Architects, Inc. for contribution and indemnity.

Westfield, WBI, Promenade, and Valle Forge, by and through their undersigned counsel, stipulate and agree that WBI may serve Weis Builders, Inc.'s Answer to Plaintiff's First Amended Complaint, Counterclaim, and Amended Crossclaims in the form attached hereto as Exhibit A.

Westfield, WBI, Promenade, and Valley Forge, by and through their undersigned counsel, stipulate and agree that WBI may serve Third-Party Complaint Against Waterproofing By Experts,

N:\PL\PJL\48638.wpd

FILED JAN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D

Inc., Colloid Environmental Technologies Company, and BRW Elness Architects, Inc., in the form attached hereto as Exhibit B.

Westfield, WBI, Promenade, and Valley Forge, by and through their undersigned counsel, stipulate and agree that WBI may serve its Amended Answer to Cross-claim of Promenade Village Townhomes LLC in the form attached hereto as Exhibit C.

**FABYANSKE, WESTRA & HART, P.A.**

Dated: January 26, 2001 By: ______________________

Dean B. Thomson (#141045)
Jocelyn L. Knoll (#22988X)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

ATTORNEYS FOR WEIS BUILDERS, INC.

**COUSINEAU, MCGUIRE & ANDERSON, CHARTERED**

Dated: January 25, 2001 By: ______________________

Mark A. Gwin (#132251)
Andrea E. Reisbord (#22411X)
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(612) 546-8400

ATTORNEYS FOR WESTFIELD INSURANCE COMPANY

N:\PL\PJL\48638.wpd

**STICH ANGELL KREIDLER BROWNSON & BALLOU, PA**

Dated: January 23, 2001 By:____________________

Robert T. Stich (#105570)
250 Second Avenue South, #120
Minneapolis, MN 55401-2122
(612) 333-6251

ATTORNEYS FOR VALLEY FORGE INSURANCE COMPANY

**FRUTH & ANTHONY, P.A.**

Dated: January 25, 2001 By:____________________

Douglas L. Elsass (#219241)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PROMENADE VILLAGE TOWNHOMES, L.L.C.

**ORDER**

Based upon the above stipulation of the parties and upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Weis Builders, Inc. may serve Weis Builders, Inc.'s Answer to Plaintiff's First Amended Complaint, Counterclaim, and Amended Crossclaims against co-defendant Promenade Village Townhomes, LLC, in the form attached hereto as Exhibit A.

2. Weis Builders, Inc. may serve Third-Party Complaint against Waterproofing By Experts, Inc., Colloid Environmental Technologies Company, and BRW Elness Architects, Inc., in the form attached hereto as Exhibit B.

3. Weis Builders, Inc. may serve its Amended Answer to Cross-Claim of Promenade Village Townhomes, L.L.C. in the form attached hereto as Exhibit C.

Dated: January 24, 2001

Jonathan G. Lebedoff
United States Magistrate Judge

N:\PL\PJL\48638.wpd