**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healy Ramme Company, and
Valley Forge Insurance Company, one
of the CAN Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,

Third Party Defendants.

Civil File No. 00-CV-987-PAM/JGL

**ORDER**

---

Pursuant to Rule 6 and based upon the Stipulation of the parties through their respective counsel, the Motion of BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc. for an extension of time to June 30, 2001, to answer the Third Party Complaint of Weis Builders, Inc. is hereby granted.

June 18, 2001.

By: ______________________
The Honorable Jonathan Lebedoff
United States Magistrate

tb/court/wdh/elness order

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healy Ramme Company, and
Valley Forge Insurance Company, one
of the CAN Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,

Third Party Defendants.

Civil File No. 00-CV-987-PAM/JGL

**STIPULATION TO EXTEND TIME TO ANSWER**

---

Defendant and Third Party Plaintiff, Weis Builders, Inc., through its counsel hereby consents to an extension of time for Third-Party Defendant BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc. to answer the Third Party Complaint until June 30, 2001.

The extension of time is based upon the fact that counsel for Third Party Defendant Elness was not appointed by its insurance carrier until June 13, 2001 and

needs additional time to conduct an investigation in order to answer the Third Party Complaint.

Weis Builders, Inc. further stipulates and agrees that the motion of Elness for an extension of time may be granted without appearing for oral argument.

FABYANSKE, WESTRA, & HART, P.A.

June 15, 2001.

By: ______________________
Jocelyn L. Knoll (22988X)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402

*Attorneys for Defendant and Third Party Plaintiff Weis Builders, Inc.*

COLEMAN, HULL & VAN VLIET, PLLP

June 14, 2001.

By ______________________
William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
(612) 921-8550

*Attorneys for BRW Elness Architects, Inc. n/k/a Elness Swenson Graham Architects Inc.*

*tb/wdh/court/elness stip of time to answer*