UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Court File No. 00-CV-987 PAM/JGL

**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER**

JUL 25 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Cross-Claimant, )
)
v. )
)
Promenade Village Townhomes and Valley Forge Insurance Company, )
)
Cross-Defendants, )
)
and )
)
Promenade Village Townhomes, L.L.C., )
)
Cross-Claimant, )
)
v. )
)
Weis Builders, Inc., )
)
Cross-Defendant, )
)
and )
)
Weis Builders, Inc., )
)
v. )
)
Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., )
)
Third-Party Defendants. )

**IT IS HEREBY STIPULATED**, by and between all parties, through their counsel of record, that the Scheduling Order in the above matter be amended under Fed. R. Civ. P. 16 in order to extend the discovery cutoff date 120 days from August 1, 2001 to December 1, 2001. It is further stipulated and agreed that all deadlines established in this Court's previous scheduling Order dated November 20, 2000 be correspondingly extended 120 days such that:

1. All non-dispositive motions (other than amending the pleadings) and that relate to discovery and the discovery period shall be filed and served prior to **December 3, 2001.**

2. That within the forgoing period allotted for discovery, but not later than the dates set forth below, the parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial. All disclosures shall conform to the requirements set forth in Fed. R.Civ. P. 26(a)(2)(B).

3. All dispositive motions shall be served, filed and fully briefed prior to March 1, 2002.

4. This case shall be ready for trial on April 1, 2002, at which time the case will be placed upon the Court's April trial calendar.

COUSINEAU MCGUIRE & ANDERSON

Dated: July 13, 2001

Mark A. Gwin, #132251
Andrea E. Reisbord, #22411X
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-1523
(952) 546-8400
*Attorneys for Plaintiff*

FABYANSKE WESTRA & HART

Dated: July 17, 2001

Dean B. Thomson, #141045
Jocelyn Lorna Knoll, #22988X
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
*Attorneys for Weis Builders, Inc.*

STICH ANGELL KREIDLER BROWNSON & BALLOU

Dated: 7-18, 2001

Robert T. Stich, #105570
250 Second Avenue South
Suite 120
Minneapolis, MN 55401

(612) 333-6251
*Attorneys for Valley Forge Insurance Company*

COLEMAN, HULL, & VAN VLIET, P.L.L.P.

Dated: 7/18, 2001

____________________________
William D. Hull, #47995
8500 Normandale Lake Boulevard, Suite 2100
Bloomington, MN 55437
(952) 841-0001
*Attorneys for BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.*

GISLASON & HUNTER, L.L.P.

Dated: __________, 2001

____________________________
Daniel A. Beckman, #192089
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2297
(952) 933-9900
*Attorneys for Defendant Waterproofing by Experts, Inc.*

MURNANE, CONLIN, WHITE & BRANDT

Dated: __________, 2001

____________________________
Daniel A. Haws, #193501
Mark S. Brown, #226774
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411
*Attorneys for Defendant Waterproofing by Experts, Inc.*

FLYNN & GASKINS, L.L.P.

Dated: 20 July, 2001

____________________________
Steven W. Gaskins, MN #147643
Steven E. Rau, MN #147990

(612) 333-6251
*Attorneys for Valley Forge Insurance Company*

COLEMAN, HULL, & VAN VLIET, P.L.L.P.

Dated: ____________, 2001

______________________________
William D. Hull, #47995
8500 Normandale Lake Boulevard, Suite 2100
Bloomington, MN 55437
(952) 841-0001
*Attorneys for BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.*

GISLASON & HUNTER, L.L.P.

Dated: 7/13, 2001

______________________________
Daniel A. Beckman, #192089
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2297
(952) 933-9900
*Attorneys for Defendant Waterproofing by Experts, Inc.*

MURNANE, CONLIN, WHITE & BRANDT

Dated: ____________, 2001

______________________________
Daniel A. Haws, #193501
Mark S. Brown, #226774
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411
*Attorneys for Defendant Waterproofing by Experts, Inc.*

FLYNN & GASKINS, L.L.P.

Dated: 20 July, 2001

______________________________
Steven W. Gaskins, MN #147643
Steven E. Rau, MN #147990

333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
*Attorneys for Defendants Healey Ramme Company and Promenade Village Townhomes*

## ORDER

Based on the above stipulation of the parties and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT**

1. The preceding modification of the pretrial scheduling order that extends and modifies the Court's original Scheduling Order is hereby adopted.

Dated: 7/24, 2001

**BY THE COURT:**

The Honorable Magistrate Jonathan Lebedoff
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500