UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Court File No. 00-CV-987 PAM/JGL

**SECOND AMENDED SCHEDULING ORDER**

OCT 1 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Cross-Claimant,

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.,

Third-Party Defendants.

The above-entitled matter was heard by the undersigned on October 16, 2001 on Defendants Promenade Village Townhomes L.L.C., and Healey Ramme Company's, (hereinafter collectively identified as "Promenade"), Motion to Extend Scheduling Order. Appearances were as noted in the record. Based upon the record, the memoranda, and affidavits submitted by the parties, and all arguments of counsel, the Court makes the following order.

IT IS HEREBY ORDERED that:

1. The discovery cutoff date is extended from January 1, 2001 to **June 1, 2002.**

2. All non-dispositive motions (other than amending the pleadings) that relate to discovery and the discovery period shall be filed and served prior to **April 1, 2002**.

3. That within the forgoing period allotted for discovery, but not later than **May 1, 2002,** the parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial, except insurance experts or experts concerning insurance issues. All disclosures shall conform to the requirements set forth in Fed. R.Civ. P. 26(a)(2)(B). As to insurance experts or experts concerning insurance issues, the previous scheduling order required prior disclosure and all parties are foreclosed from any further disclosures or use of experts who have not already been disclosed unless upon good cause shown.

4. All dispositive motions shall be served, filed and fully briefed prior to **July 1, 2002.**

5. This case shall be ready for trial **on August 1, 2002**, at which time the case will be placed upon the Court's August trial calendar.

Dated: Oct. 18, 2001

**BY THE COURT:**

The Honorable Magistrate Jonathan Lebedoff
Judge of United States District Court