UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healey Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc. and BRW
Elness Architects, Inc., n/k/a Elness Swensen
Graham Architects, Inc.,

Third Party Defendants.

Civil file No. 00-CV-897 PAM/JGL

---

**STIPULATION TO ADD ADDITIONAL PARTIES**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that additional parties may be added to this matter until November 18, 2001.

NOV 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5 November 2001

Mark A. Gwin #132251
Andrea E. Reisbord #22411X
Cousineau, McGuire & Anderson, Chartered
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

***Attorneys for Plaintiff Westfield Insurance Company***

Dated:________________

Steven W. Gaskins #147643
Steven E. Rau #147990
Flynn & Gaskins, LLP
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, MN 55402
(612) 333-9500

***Attorneys for Defendants Healey Ramme Company and Promenade Village Townhomes***

Dated:________________

Robert T. Stich #105570
Stich, Angell, Kreidler, Brownson & Ballou, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2122
(612) 333-6251

***Attorneys for Defendant Valley Forge Insurance Company***

Dated. ____________________

____________________
Mark A. Gwin #132251
Andrea E. Reisbord #22411X
Cousineau, McGuire & Anderson, Chartered
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

*Attorneys for Plaintiff Westfield Insurance Company*

Dated: 7 Nov 9 2001

____________________
Steven W. Gaskins #147643
Steven E. Rau #147990
Flynn & Gaskins, LLP
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, MN 55402
(612) 333-9500

***Attorneys for Defendants Healey Ramme Company and Promenade Village Townhomes***

Dated: ____________________

____________________
Robert T. Stich #105570
Stich, Angell, Kreidler, Brownson & Ballou, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2122
(612) 333-6251

***Attorneys for Defendant Valley Forge Insurance Company***

Dated: ______________

Mark A. Gwin #132251
Andrea E. Reisbord #224113X
Cousineau, McGuire & Anderson, Chartered
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

*Attorneys for Plaintiff Westfield Insurance Company*

Dated: ______________

Steven W. Gaskins #147643
Steven E. Rau #147990
Flynn & Gaskins, LLP
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, MN 55402
(612) 333-9500

*Attorneys for Defendants Healey Rumme Company and Promenade Village Townhomes*

Dated: 11/7/2001

Robert T. Stich #105570
Stich, Angell, Kreidler, Brownson & Ballou, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2122
(612) 333-6251

*Attorneys for Defendant Valley Forge Insurance Company*

Dated: 11-13-01

Chad J. Stepan, #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
Minneapolis, MN 55402
(612) 338-0661

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

***Attorneys for Defendant and Third-Party Plaintiff Weis Builders, Inc.***

Dated: ____________________

Daniel A Beckman #192089
Gislason & Hunter, LLP
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2297
(952) 933-9900

Daniel A. Haws #193501
Mark S. Brown #226774
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

***Attorneys for Third-Party Defendant Waterproofing By Experts, Inc.***

Dated: ____________________

William D. Hull # 47995
Coleman, Hull, & Van Vliet, P.L.L.P.
8500 Normandale Lake Boulevard, Suite 2100
Bloomington, MN 55437
(952) 841-0001

***Attorneys for Third-Party Defendant BRW Elness Architects, Inc. n/k/a Elness Swensen Graham Architects, Inc.***

Dated. ______________

______________________________
Chad J. Stepan, #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
Minneapolis, MN 55402
(612) 338-0661

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

***Attorneys for Defendant and Third-Party Plaintiff Weis Builders, Inc.***

Dated 11/8/01

______________________________
Daniel A. Beckman #192089
Gislason & Hunter, LLP
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2207
(952) 933-9900

Daniel A. Haws #193501
Mark S. Brown #226774
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

***Attorneys for Third-Party Defendant Waterproofing By Experts, Inc.***

Dated ______________

______________________________
William D. Hull # 47995
Coleman, Hull, & Van Vliet, P.L.L.P.
8500 Normandale Lake Boulevard, Suite 2100
Bloomington, MN 55437
(952) 841-0001

***Attorneys for Third-Party Defendant BRW Elness Architects, Inc. n/k/a Elness Swensen Graham Architects, Inc.***

Dated: ____________________

____________________
Chad J. Stepan, #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
Minneapolis, MN 55402
(612) 338-0661

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

***Attorneys for Defendant and Third-Party Plaintiff Weis Builders, Inc.***

Dated. ____________________

____________________
Daniel A. Beckman #192089
Gislason & Hunter, LLP
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2297
(952) 933-9900

Daniel A. Haws #193501
Mark S. Brown #226774
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

***Attorneys for Third-Party Defendant Waterproofing Experts, Inc.***

Dated: ____________________

By [signature]
William D. Hull # 47995
Coleman, Hull, & Van Vliet, P.L.L.P
8500 Normandale Lake Boulevard, Suite 2100
Bloomington, MN 55437
(952) 841-0001

***Attorneys for Third-Party Defendant BRW Elness Architects, Inc. n/k/a Elness Swensen Graham Architects, Inc.***

**ORDER**

IT IS HEREBY ORDERED:

Pursuant to the parties' Stipulation, additional parties may be added to this matter until November 18, 2001.

BY THE COURT

Dated: Nov. 14, 2001

Honorable Magistrate Jonathan Lebedoff
Judge of the United States District Court

/919090 1