DEC 1 3 2001

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 00-CV-897 PAM/JGL

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swensen Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants.,

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** that the parties hereby agree to resolve the issue pertaining to the lateness of the Third-Party Answer to the Third-Party Complaint of Weis Builders, Inc., against Colloid Environmental Technologies Company.

The parties make the following agreement:

1. The answer to the Third-Party Complaint served by Colloid Environmental Technologies Company on December 10, 2001, shall be accepted by the Third-Party Plaintiff.

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Any claims by the Third-Party Plaintiff that the Third-Party Answer be stricken or that default judgment be entered for failure to answer the Complaint are withdrawn.

3. The parties stipulate and agree that the Court may issue an order enlarging the time to answer the Third-Party Complaint to December 10, 2001, and that the Third-Party Answer served and filed by Third-Party Defendant Colloid Environmental Technologies Company shall be filed as the answer of the Third-Party Defendant. Third-Party Defendant Colloid Environmental Technologies Company is not in default herein and not default judgment shall be entered against it.

**ERSTAD & RIEMER, P.A.**

Dated: 12/10/01

By: ______________________
Patrick D.Reilly (#90451)
Attorneys for Defendants
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700

**MEAGHER & GEER, PLLP**

Dated: 12/12/01

By: ______________________
Chad J. Stepan (#279535)
Attorney for Third-Party Plaintiff Weis Builders, Inc.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

**ORDER**

Based upon the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED:**

1. That the time to answer the Third-Party Complaint shall be enlarged to December 10, 2001. The Third-Party Answer served and filed by Third-Party Defendant Colloid Environmental Technologies Company is not in default herein, and no default judgment shall be entered against it.

Dec. 14, 2001

**BY THE COURT:**

Jonathan Lebedoff
Magistrate Judge of U.S. District Court