UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 00-CV-987 PAM/JGL

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healey Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants, and

**THIRD AMENDED SCHEDULING ORDER**

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing by Experts, Inc., and
BRW Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc.,

Third-Party Defendant.

The above-entitled matter was heard by the undersigned on April 17, 2002 on Third-Party Defendant Waterproofing By Experts, Inc.'s ("Waterproofing") Motion to Extend Scheduling Order Deadlines. Appearances were as noted in the record. Based upon the records, files and proceedings herein,

**IT IS HEREBY ORDERED:**

1. The discovery cutoff date is extended from June 1, 2002 to August 1, 2002.

2. All non-dispositive motions (other than amending the pleadings) that relate to discovery and the discovery period shall be filed and served prior to June 1, 2002.

FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial, except insurance experts or experts concerning insurance issues, in the following order:

a. May 1, 2002 — Promenade Village Townhomes, LLC/Healey Ramme Company

b. June 1, 2002 — Weis Builders, Inc.

c. July 1, 2002 — Waterproofing By Experts, Inc. and BRW Elness Architects, Inc. n/k/a Elness Swenson Graham Architects, Inc.

d. August 1, 2002 — Colloid Environmental Technologies Company

All disclosures shall conform to the requirements set forth in Fed. R. Civ. P. 26(a)(2)(B). As to insurance experts or experts concerning insurance issues, the previous Scheduling Orders required prior disclosure and all parties are foreclosed from any further disclosures or use of experts who have not already been disclosed unless upon good cause shown.

4. All dispositive motions shall be served, filed and fully briefed prior to September 1, 2002.

5. All expert discovery shall be concluded by September 1, 2002.

6. This case shall be ready for trial on October 1, 2002~~, at which time the case will be placed upon the Court's October trial calendar~~. JGL

Dated: April 17, 2002

BY THE COURT:

Hon. Magistrate Judge Jonathan Lebedoff
Judge of United States District Court

501656.1