ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healey Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc.,
BRW Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Enviornmental Technologies
Company,

Third Party
Defendants.

Civil File No. 00-CV-987 JEL/JGL

**ORDER**

---

The above-entitled matter came before the Honorable Jonathan Lebedoff on June 18, 2002, at 9:30 a.m. for an order granting leave to Defendant/Third-Party Plaintiff Weis Builders, as Third-Party Plaintiff, to cause to be served upon J-Berd Mechanical Contractors, Inc., a Summons and Third-Party Complaint, pursuant to Rule 14 of the Federal Rules of Civil



FILED JUN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Procedure.

The Court hereby Orders that:

1. Defendant/Third-Party Plaintiff Weis Builders, Inc.'s motion for leave is granted. (Doc # 78)

2. Defendant/Third-Party Plaintiff Weis Builders, Inc. may serve upon J-Berd Mechanical Contractor's, Inc., the Summons and Third-Party Complaint attached hereto as Exhibit 1.

Dated: June 18, 2002

Honorable Jonathan Lebedoff
Magistrate Judge of District Court