**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**CIVIL FILE NO.: 00-CV-987 JEL/JGL**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

**~~PROPOSED~~ ORDER**

FILED JUN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Promenade Village Townhomes, L.L.C.
And Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants.

---

The above-entitled matter came before the Honorable Joan Ericksen Lancaster for an order granting leave to Third-Party Defendant Colloid Environmental Technologies Company, as Fourth-Party Plaintiff, to cause to be served upon Chris Craft Industrial Products, Inc., a Summons and Fourth-Party Complaint, pursuant to Rule 14 of the Federal Rules of Civil Procedure.

The Court hereby Orders that:

1. Third-Party Defendant Colloid Environmental Technologies Company's motion for leave is granted. (Doc. No. 81)

2. Third-Party Defendant Colloid Environmental Technologies Company may serve upon Chris Craft Industrial Products, Inc., the Summons and Fourth-Party Complaint attached hereto as Exhibit 1.

Dated: June 18, 2002

~~Honorable Joan Ericksen Lancaster~~
Judge of District Court