**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**WESTFIELD INSURANCE COMPANY,**

Plaintiff,

v.

**WEIS BUILDERS, INC., HEALEY RAMME CO., CNA INSURANCE CO., PROMENADE VILLAGE TOWNHOMES, L.L.C., and VALLEY FORGE INSURANCE CO.**

Defendants,

and

**WEIS BUILDERS, INC.,**

Counter-Claimant,

v.

**WESTFIELD INSURANCE CO.,**

Counter-Defendant

and

**WEIS BUILDERS, INC.,**

Third-Party Plaintiff,

v.

**PROMENADE VILLAGE TOWNHOMES, L.L.C., and VALLEY FORGE INSURANCE COMPANY,**

Third-Party Defendants,

and

Civil No. 00-987 (JEL/JGL)

**Minutes and Order**

FILED JUN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WEIS BUILDERS, INC.,**

Cross-Claimant,

v.

**PROMENADE VILLAGE TOWNHOMES, L.L.C., and VALLEY FORGE INSURANCE CO.,**

Cross-Defendants,

and

**PROMENADE VILLAGE TOWNHONES, L.L.C.,**

Cross-Claimant,

v.

**WEIS BUILDERS, INC.,**

Cross-Defendant,

and

**WEIS BUILDERS, INC.,**

v.

**WATERPROOFING BY EXPERTS, INC., BRW ELNESS ARCHITECTS, INC., a/k/a/ ELNESS SWENSON GRAHAM ARCHITECTS, INC.**

Third-Party Defendants.

---

APPEARANCES

Patrick D. Reilly, Esq., for Colloid Environmental Technologies Company.

Mark Brown, Esq., for Waterproofing by Experts, Inc.

Chad Stepan, Esq., for Weis Builders, Inc.

---

A hearing was held on June 18, 2002 before Chief United States Magistrate Judge Jonathan Lebedoff on Weis Builder's Motion for Leave to Bring in Third-party Complaint (Doc. No. 78) and Colloid Environmental Technologies' Motion for Leave to File and Serve Fourth Party Summons (Doc. No. 81). The motions were granted from the Bench. Written Orders will follow.

In addition, **IT IS HEREBY ORDERED**:

(1) Counsel for Waterproofing by Experts, Inc. shall draft, circulate, and provide the Court for its signature, a stipulation and order extending all discovery deadlines and the trial ready deadline three months; and

(2) Parties are given leave to begin discovery relevant to the new Parties prior to the required Rule 26(f) conference.

Dated: June 18, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge