UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healey Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swensen Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third Party Defendants.

Civil file No. 00-CV-~~897~~ 987 ~~PAM~~ JEL/JGL

---

**STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES 90 DAYS**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the deadlines in the Third Amended Scheduling Order in this matter will be extended 90 days. Based on this stipulation, the deadlines will be as follows:

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

1. The discovery cutoff date will be extended from August 1, 2002 to November 1, 2002.

2. All non-dispositive motions (other than amending the pleadings) that relate to discovery and the discovery period shall be filed and served prior to September 1, 2002.

3. The parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial, except insurance experts or experts concerning insurance issues, in the following order:

(a) August 1, 2002, Promenade Village Townhomes, LLC/Healey Ramme Company.

(b) September 1, 2002, Weis Builders, Inc.

(c) October 1, 2002, Waterproofing By Experts, Inc. and BRW Elness Architects, Inc., n/k/a Elness Swensen Graham Architects, Inc.

(d) November 1, 2002, Colloid Environmental Technologies Company.

All disclosures shall conform to the requirements set forth in Fed.R.Civ.P. 26(a)(2)(b). As to insurance experts or experts concerning insurance issues, the previous scheduling orders required prior disclosure and all parties are foreclosed from any further disclosures or use of experts who have not already been disclosed unless upon good cause shown.

4. All dispositive motions shall be served, filed and fully briefed prior to December 1, 2002.

5. All expert discovery shall be concluded by December 1, 2002.

6. This case shall be ready for trial on January 1, 2003.

Dated: 6/24/02

Mark A. Gwin #132251
Andrea E. Reisbord #22411X
Cousineau, McGuire & Anderson, Chartered
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

*Attorneys for Plaintiff Westfield Insurance Company*

Dated: 2 July 2002

Steven W. Gaskins #147643
Steven E. Rau #147990
Flynn & Gaskins, LLP
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, MN 55402
(612) 333-9500

***Attorneys for Defendants Healey Ramme Company and Promenade Village Townhomes***

Dated: 6-21-02

Robert T. Stich #105570
Stich, Angell, Kreidler, Brownson & Ballou, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2122
(612) 333-6251

***Attorneys for Defendant Valley Forge Insurance Company***

Dated: 7-8-02

Chad J. Stepan, #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
Minneapolis, MN 55402
(612) 338-0661

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

***Attorneys for Defendant and Third-Party Plaintiff Weis Builders, Inc.***

Dated: 6/24/02

Daniel A. Beckman #192089
Gislason & Hunter, LLP
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2297
(952) 933-9900

***Attorneys for Third-Party Defendant Waterproofing By Experts, Inc.***

Dated: June 21, 2002

Mark S. Brown #226774
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

*Attorneys for Third-Party Defendant Waterproofing By Experts, Inc.*

Dated: 6-21-02

William D. Hull # 47995
Coleman, Hull, & Van Vliet, P.L.L.P.
8500 Normandale Lake Boulevard, Suite 2100
Bloomington, MN 55437
(952) 841-0001

***Attorneys for Third-Party Defendant BRW Elness Architects, Inc. n/k/a Elness Swensen Graham Architects, Inc.***

Dated: 6/21/02

Patrick D. Reilly #90451
Erstad & Riemer, P.A.
200 Riverview Office Tower
8009 - 34th Ave. S.
Minneapolis, MN 55420
(952) 896-3700

***Attorneys for Third-Party Defendant Colloid Environmental Technologies Company***

**ORDER**

IT IS HEREBY ORDERED:

Pursuant to the parties' stipulation, the deadlines in the Third Amended Scheduling Order are extended 90 days. The Fourth Amended Scheduling Order is as follows:

1. The discovery cutoff date will be extended from August 1, 2002 to November 1, 2002.

2. All non-dispositive motions (other than amending the pleadings) that relate to discovery and the discovery period shall be filed and served prior to September 1, 2002.

3. The parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial, except insurance experts or experts concerning insurance issues, in the following order:

   (a) August 1, 2002, Promenade Village Townhomes, LLC/Healey Ramme Company.

   (b) September 1, 2002, Weis Builders, Inc.

   (c) October 1, 2002, Waterproofing By Experts, Inc. and BRW Elness Architects, Inc., n/k/a Elness Swensen Graham Architects, Inc.

   (d) November 1, 2002, Colloid Environmental Technologies Company.

All disclosures shall conform to the requirements set forth in Fed.R.Civ.P. 26(a)(2)(b). As to insurance experts or experts concerning insurance issues, the previous scheduling orders required prior disclosure and all parties are foreclosed from any further disclosures or use of experts who have not already been disclosed unless upon good cause shown.

4. All dispositive motions shall be served, filed and fully briefed prior to December 1, 2002.

5. All expert discovery shall be concluded by December 1, 2002.

6. This case shall be ready for trial on January 1, 2003.

BY THE COURT

Dated: July 9, 2002

Honorable Magistrate Jonathan Lebedoff
Judge of the United States District Court

/972885.1