**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.; Promenade Village Townhomes; and Valley Forge Insurance Company,

Third Party Defendants.

Civil File No. 00-CV-987 (JEL/JGL)

**ORDER**

---

Pursuant to the Stipulation of the parties through their respective counsel, claims of Promenade Village Townhomes, L.L.C. against BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., are hereby dismissed without prejudice pursuant to Rules 41(a)(1)(ii) and 41(c).

FILED AUG 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BY THE COURT

Dated: August 9, 2002

The Honorable Joan E. Lancaster
U.S. District Court Judge

*wdh\court\elness_order for stip of elness*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

And

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Court File No. 00-CV-987 JEL/AJB

STIPULATION OF DISMISSAL OF BRW ELNESS ARCHITECTS, INC. BY PROMENADE VILLAGE TOWNHOMES, L.L.C. WITH PREJUDICE AND WITHOUT COSTS

Weis Builders, Inc.,

Cross-Claimant,

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc.,

Third-Party Defendants.

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, Promenade Village Townhomes, L.L.C., through their undersigned counsel, hereby stipulate as follows:

All cross-claims asserted in the above-entitled action by Promenade Village Townhomes, L.L.C. against BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., are dismissed on the merits and with prejudice, and without costs or disbursements to any party.

Dated 31 July, 2002

FLYNN, GASKINS & BENNETT, L.L.P.

Steven E. Rau, #147990
Steve W. Gaskins, #147643
Lori D. Semke, #0296910
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
***Attorneys for Promenade Village Townhomes***

Dated: Aug 6, 2002

COLEMAN, HULL, & VAN VLIET, P.L.L.P.

William D. Hull, #47995
8500 Normandale Lake Boulevard, Suite 2100
Bloomington, MN 55437
(952) 841-0001
***Attorneys for BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.***