**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**WESTFIELD INSURANCE COMPANY,**

Plaintiff,

v.

**WEIS BUILDERS, INC., HEALEY RAMME CO., CNA INSURANCE CO., PROMENADE VILLAGE TOWNHOMES, L.L.C., and VALLEY FORGE INSURANCE CO.,**

Defendants.

and

**WEIS BUILDERS, INC.,**

Third-Party Plaintiff,

v.

**WATERPROOFING BY EXPERTS, INC., and BRW ELNESS ARCHITECTS, INC., a/k/a/ ELNESS SWENSON GRAHAM ARCHITECTS, INC.,**

Third-Party Defendants.

and

**WEIS BUILDERS, INC.,**

Third-Party Plaintiff,

v.

**COLLOID ENVIRONMENTAL TECHNOLOGIES CO.,**

Third-Party Defendant.

Civil No. 00-987 (JEL/JGL)

**ORDER**

FILED OCT 2 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

and

**COLLOID ENVIRONMENTAL TECHNOLOGIES CO.**,

Fourth-Party Plaintiff,

v.

**CHRIS CRAFT INDUSTRIAL PRODUCTS, INC.**,

Fourth-Party Defendant.

and

**WEIS BUILDERS, INC.**,

Third-Party Plaintiff,

v.

**J-BERD MECHANICAL CONTRACTORS, INC.**,

Third-Party Defendant.

---

APPEARANCES

Mark A. Gwin, Esq., for Plaintiff Westfield Insurance Co.

Steven E. Rau, Esq., and Steve Gaskins, Esq., for Defendant Promenade Village Townhomes, L.L.C.

Leo I. Brisbois, Esq., for Defendant Valley Forge Insurance Co.

Dean Thomson, Esq., and Jocelyn Knoll, Esq., for Defendant Weiss Builders, Inc.

Mark S. Brown, Esq., for Defendant Waterproofing by Experts, Inc.

Patrick D. Reilly, Esq. for Third-party Defendant Colloid Environmental Technologies Co.

John Marker, Esq. for Third-party Defendant BRW Elness Architects, Inc.

Chandelle Heyer, Esq. for Third-party Defendant J-Berd Mechanical Contractors, Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on October 23, 2002 on Third-Party Defendant J-Berd Mechanical's Motion for Leave to File Fourth Party Complaint (Doc. No. 105); Motion to Amend Answer of July 29, 2002 (Doc. No. 106); and Motion to Amend Fourth Scheduling Order (Doc. No. 107). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

**DISCUSSION**

At the motion hearing, the Parties represented that there was no opposition to J-Berd's Motion for Leave to File Fourth Party Complaint, or J-Berd's Motion to Amend Answer of July 29, 2002. Therefore, these two motions are granted.

The only remaining issue is the timing of a new scheduling order. Only one party raised opposition to amending the scheduling order as it applies to Parties other than the two Parties most recently added. The Court has considered this objection, but finds that in order for the Parties to complete

meaningful discovery in this complex case the scheduling order must be amended. Thus, J-Berd's motion is granted as to an amendment of the Fourth Scheduling Order, and denied as to the dates contained in J-Berd's proposed order.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Third-Party Defendant J-Berd Mechanical's Motion for Leave to File Fourth-Party Complaint (Doc. No. 105) is **GRANTED**;

(2) Third-Party Defendant J-Berd Mechanical's Motion to Amend Answer of July 29, 2002 (Doc. No. 106) is **GRANTED**;

(3) Third-Party Defendant J-Berd Mechanical must file its Fourth-Party Complaint, and Amend its Answer of July 29, 2002 forthwith;

(4) Third-Party Defendant J-Berd Mechanical's Motion to Amend Fourth Amended Scheduling Order (Doc. No. 107) is **GRANTED IN PART** and **DENIED IN PART** as set forth below; and

(5) The Fourth Amended Scheduling Order is amended in the following ways:

| | |
|---|---|
| Discovery Deadline | March 3, 2003 |
| Promenade's Additional Expert Disclosure | March 17, 2003 |
| Deposition of Promenade's Expert | April 1, 2003 |

| | |
|---|---|
| All Other Parties' Expert Disclosure | April 15, 2003 |
| Deposition of All Other Experts | May 1, 2003 |
| Non-dispositive Motion Deadline | May 15, 2003 |
| Dispositive Motion Deadline | June 13, 2003 |
| Trial-Ready Date | July 1, 2003 |

Dated: October 23, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge