5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Westfield Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,<br><br>Defendants,<br>and<br><br>Weis Builders, Inc.,<br><br>Counter-Claimant,<br><br>v.<br><br>Westfield Insurance Company,<br><br>Counter-Defendant,<br><br>and<br><br>Weis Builders, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,<br><br>Third-Party Defendants,<br><br>and | Court File No. 00-CV-987 JEL/JGL<br><br>**ORDER** |

FEB 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Weis Builders, Inc.,

Cross-Claimant,

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and )
)
Chris Craft Industrial Products, Inc., )
)
Fourth-Party Defendant. )
)
and )
)
J-Berd Mechanical Contractors, Inc., )
)
Third Party Defendant and )
Fourth Party Plaintiff, )
)
v. )
)
Mikesh, Inc., )
)
Fourth Party Defendant. )

---

The above-entitled matter came on for hearing on February 3, 2003, at 9:00 a.m., before the undersigned, upon Defendant Promenade Village Townhomes, L.L.C.'s Motion for Leave to Amend Cross-Claim pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Steven E. Rau, FLYNN, GASKINS & BENNETT, L.L.P., 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, appeared for and on behalf of Defendant Promenade Village Townhomes, L.L.C.

Chad Stepan, Esq. (Barb), MEAGHER & GEER, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, appeared for and on behalf of Defendant Weis Builders, Inc.

Chandelle L. Heyer, Esq., TOMSCHE, SONNESYN & TOMSCHE, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared for and on behalf of Third-Party Defendant J-Berd Mechanical Contractors, Inc.

Based upon the files, records, arguments of counsel, and proceedings herein, IT IS HEREBY ORDERED:

1. Pursuant to Federal Rule of Civil Procedure 15, Defendant Promenade Village Townhomes, L.L.C. is granted leave to amend the Third Amended Answer and Cross-Claim of Promenade Village Townhomes, L.L.C. to Weis Builders, Inc.'s Amended Cross-Claims as set forth in its proposed Fourth Amended Answer and Cross-Claim (Rau Aff., Ex. A).

2. Allowing this amendment does not preclude any party from later challenging any discretionary exercise of supplemental jurisdiction under 28 U.S.C. § 1367.

SO ORDERED,

Dated: Feb. 3, 2003.

BY THE COURT

The Honorable Magistrate Lebedoff