**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**WESTFIELD INSURANCE COMPANY,**

Plaintiff,

v.

**WEIS BUILDERS, INC.; HEALEY RAMME CO.; CNA INSURANCE CO.; PROMENADE VILLAGE TOWNHOMES, L.L.C.; and VALLEY FORGE INSURANCE CO.,**

Defendants.

and

**WEIS BUILDERS, INC.,**

Third-Party Plaintiff,

v.

**WATERPROOFING BY EXPERTS, INC.; and BRW ELNESS ARCHITECTS, INC., a/k/a ELNESS SWENSON GRAHAM ARCHITECTS, INC.,**

Third-Party Defendants,

and

Civil No. 00-987 (JEL/JGL)

**ORDER**

FEB 12 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WEIS BUILDERS, INC.**,

Third-Party Plaintiff,

v.

**COLLOID ENVIRONMENTAL TECHNOLOGIES CO.**,

Third-Party Defendant.

and

**COLLOID ENVIRONMENTAL TECHNOLOGIES CO.**,

Fourth-Party Plaintiff,

v.

**CHRIS CRAFT INDUSTRIAL PRODUCTS, INC.**,

Fourth-Party Defendant.

and

**WEIS BUILDERS, INC.**,

Third-Party Plaintiff,

v.

**J-BERD MECHANICAL CONTRACTORS, INC.**,

Third-Party Defendant.

and

**J-BERN MECHANICAL CONTRACTORS, INC.,**

Fourth-Party Plaintiff,

v.

**MIKESH, INC.,**

Fourth-Party Defendant.

---

APPEARANCES

Mark A. Gwin, Esq., for Westfield Insurance Co.

Steven E. Rau, Esq., and Steve Gaskins, Esq., for Promenade Village Townhomes, L.L.C.

Leo I. Brisbois, Esq., for Valley Forge Insurance Co.

Chad Stepan, Esq., for Weis Builders, Inc.

Mark S. Brown, Esq., for Waterproofing by Experts, Inc.

Patrick D. Reilly, Esq., for Colloid Environmental Technologies Co.

John Veith, Esq., for Chris Craft Industrial Products

William Hull, Esq. for BRW Elness Architects, Inc.. a/k/a Elness Swenson Graham Architects, Inc.

Chandelle Heyer, Esq. for J-Berd Mechanical Contractors, Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on Third-Party Defendant Waterproofing by Experts' Motion to Amend the Scheduling Order (No Doc.

No.). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

**DISCUSSION**

After oral argument and consideration of all submissions, the Court finds that Waterproofing by Experts and the other Parties who joined in the motion have demonstrated good cause to amend the pretrial scheduling order. See Fed. R. Civ. P. 16(b). The Court further finds that the Parties have demonstrated diligence in attempting to comply with the original schedule. See Fed. R. Civ. P. 16(b) advisory committee's note (1983); Bradford v. Dana Corp., 249 F.3d 897, 809 (8th Cir. 2001); Archer Daniels Midland Co. v. Aon Risk Serv., Inc., 187 F.R.D. 578, 583 (D. Minn. 1999).

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Waterproofing by Experts' Motion to Amend the Scheduling Order (No Doc. No.) is **GRANTED**. The Scheduling Order is amended in the following ways:

| | |
|---|---|
| Discovery Deadline | June 2, 2003 |
| Promenade's Additional Expert Disclosure | June 16, 2003 |
| Deposition of Promenade's Experts | June 30, 2003 |
| All Other Parties' Expert Disclosure | July 14, 2003 |
| Deposition of All Other Experts | July 28, 2003 |
| Non-dispositive Motion Deadline | August 15, 2003 |

| | |
|---|---|
| Dispositive Motion Deadline | September 15, 2003 |
| Trial-Ready Date | October 1, 2003 |

Dated: February 12, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge