ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., et al.

Defendants.

Civil File No. 00-CV-987 (JEL/JSM)

**ORDER**

---

The above-captioned matter came on before the undersigned upon the motion of Non-Party Heller Financial, Inc. for leave to file an *amicus* brief. Appearances are noted on the record. Based upon the arguments of counsel and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion of Non-Party Heller Financial, Inc. to file an *amicus* brief is hereby granted.

Dated: March 6, 2003

Hon. Joan E. Lancaster
United States District Court Judge

254449

MAR 06 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS