UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESTFIELD INSURANCE COMPANY, CIVIL NO. 00-987 (JNE/JSM)

Plaintiff,

v. ORDER

WEIS BUILDERS, INC., et al.,

Defendants.

The above matter came on before the undersigned upon the October 7, 2003 letter from Steve Gaskins requesting the Court to extend the time for taking of Promenade's expert, Robert Strachota, to be completed after October 15, 2003, but no later than October 31, 2003. There was no opposition to this request.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the parties' request to extend the date to complete Mr. Strachota's deposition to October 31, 2003 is DENIED.

Dated: 10/8/03

Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge

MEMORANDUM

The Court has granted the parties eight extensions to complete discovery in this case. On August 27, 2003, this Court issued its Final Pretrial Scheduling Order setting the

OCT 0 8 2003
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

deadline for all expert discovery of any kind, including expert depositions, as October 15, 2003. The Court also informed the parties that all expert depositions should be commenced in time to be completed by this date. This Order also informed the parties that "no further requests or motions for extensions of deadlines covered by this Final Pretrial Scheduling Order will be considered by the Court." Nevertheless, on September 4, 2003, the Court ordered yet another Final Pretrial Scheduling Order for the sole purpose of permitting the deposition of Mr. DeSai to take place on or before October 15, 2003, the last date for all discovery, factual or expert, to be completed. Again, this Order set the date for completion of all expert discovery at October 15, 2003.

The parties have been on notice that all expert discovery needs to be completed by October 15, 2003 since the end of August. Pursuant to Mr. Gaskin's letter, Mr. Strachota's deposition was initially taken a couple of weeks ago. No good reason has been provided to the Court for the parties' inability to complete his deposition in the three weeks remaining for expert depositions. Therefore, the motion for an extension is denied.

J.S.M.