UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Westfield Insurance Company,<br>Plaintiff,<br><br>v.<br><br>Weis Builders, Inc.; Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA companies,<br>Defendants,<br><br>and<br><br>Weis Builders, Inc.,<br>Third Party Plaintiff,<br><br>vs.<br><br>Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,<br>Third Party Defendants,<br><br>and<br><br>Colloid Environmental Technologies Company,<br>Third Party Defendant and Fourth Party Plaintiff,<br><br>vs.<br><br>Chris Craft Industrial Products, Inc.,<br>Fourth Party Defendant,<br><br>and<br><br>J-Berd Mechanical Contractors, Inc.,<br>Third Party Defendant and Fourth Party Plaintiff,<br><br>vs.<br><br>Mikesh, Inc.,<br>Fourth Party Defendant. | Civil No. 00-CV-987 JNE/JSM<br><br>**STIPULATED ORDER STRIKING CROSS-CLAIM** |

FILED NOV 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED______
DEPUTY CLERK'S INITIALS______

Doc# 1823590\1

WHEREAS, on November 4, 2003, Third-Party Defendant Colloid Environmental Technologies Company ("CETCO") served a purported cross-claim upon Fourth-Party Defendant Mikesh, Inc.;

WHEREAS, under Rule 7 of the Federal Rules of Civil Procedure, there is no such separate pleading as a "cross-claim;"

WHEREAS, Mikesh had not provided written consent to the amendment of CETCO's Answer to assert such a cross-claim; and

WHEREAS, CETCO had not obtained leave of court to make such an amendment.

NOW, THEREFORE, the parties hereto stipulate to the entry of the following Order:

IT IS ORDERED THAT:

1. The paper entitled "Third-Party Defendant Colloid Environmental Technologies, Inc.'s Cross-Claim Against Fourth Party Defendant Mikesh, Inc." dated 10/31/03 is hereby stricken.

Dated: November 7, 2003.

LINDQUIST & VENNUM P.L.L.P.

By [signature]
Jonathan M. Bye, #148830

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-371-3211
Facsimile: 612-371-3207
***Attorneys for Fourth Party Defendant Mikesh, Inc.***

Dated: November 12, 2003.

ERSTAD & RIEMER, P.A.

By ______________________

Patrick D. Reilly, # 90451
200 Riverview Office Tower
8009 – 34th Avenue South
Minneapolis, MN 55425
Telephone: 612-
***Attorneys for Third-Party Defendant Colloid Environmental Technologies Company***

**SO ORDERED:**

Dated: November 17, 2003.

______________________

~~Janie S. Mayeron~~
United States ~~Magistrate~~ Judge

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.