**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Court File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Company; Promenade Village Townhomes, L.L.C.; and Valley Forge Insurance Company, one of the CNA Insurance Companies,

[redacted]**ORDER**

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc.; Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.

Third-Party Defendants,

and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

DEC 31 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

The Court finds that:

1. Defendant and Third-Party Defendant Weis Builders, Inc. ("Weis"), Plaintiff Westfield Insurance Company ("Westfield"), and Defendant Valley Forge Insurance Company, one of the CNA Companies ("CNA") filed with this Court cross-motions for summary judgment in the above-captioned matter.

2. Under Local Rule 7.1(c), Weis' memoranda page limits for its motions against Westfield and CNA and Westfield's and CNA's motions against Weis are 140 pages.

3. In its Opening Memorandum in support of its summary judgment motions against Westfield and CNA, Weis combined its arguments against both insurers into a single 31-page memorandum, even though under Local Rule 7.1(c) Weis was entitled to submit two memoranda with total page limits of 70.

4. In its Response to Westfield's and CNA's separate summary judgment motions, Weis again combined its arguments into one 31-page memorandum, instead of submitting two responsive memoranda with total pages limits of 70, as permitted by Local Rule 7.1(c).

5. In its Reply in support of its summary judgment motions against Westfield and CNA, Weis again combined its arguments into one 25-page memorandum, instead of submitting two Reply memoranda with total remaining page limits of 39 pages.

6. Although under Local Rule 7.1(c) Weis' memoranda page limit for the insurance coverage summary judgment motions is 140 pages, Weis submitted only 87 pages of memoranda to this Court.

THE COURT ORDERS that Weis' Opening and Reply Memoranda in support of its motion for summary judgment and in Response to the insurance coverage cross-motions for summary judgment complied with the page limits prescribed by Local Rule 7.1(c).

Dated: 12-31, 2003

BY THE COURT

[signature]

Honorable John N. Ericksen
Judge of United States District Court
District of Minnesota