UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

v.

Civ. No. 00-987 (JNE/JSM)
ORDER

Weis Builders, Inc., ct. al.

Defendants.

This matter is before the Court on Defendant J-Berd Mechanical Contractor, Inc.'s and Defendant Waterproofing by Expert's appeals from an Order issued by the Honorable Janie S. Mayeron, United States Magistrate Judge, on January 7, 2004. Having reviewed the record, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's January 7, 2004, Order [Docket No. 290] is AFFIRMED.

Dated: February 11, 2004

JOAN N. ERICKSEN
United States District Judge

FEB 11 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS