# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

WESTFIELD INSURANCE COMPANY,
Plaintiff(s),

v.

WEIS BUILDERS, INC., ET AL.,
Defendant(s).

**COURT MINUTES**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 00cv987 (JNE/JSM) |
| Date: | March 17, 2004 |
| Court Reporter: | |
| Tape Number: | 47/924-47/1071 |
| Time Commenced: | 3:30 |
| Time Concluded: | 3:45 |
| Time in Court: | 15 Minutes |

APPEARANCES:

| | |
|---|---|
| For Waterproofing by Experts, Inc.: | Mark Brown (Via telephone) |
| For J-Berd Mechanical Contractors, Inc.: | Rolf E. Sonnesyn |
| For Colloid Environmental Technologies: | Patrick D. Reiley |
| For Chris Craft Industrial Products, Inc. | John Veith |
| For Valley Forge Insurance: | Leo Brisbois |
| For Westfield Insurance Company: | Andrea Reisbord |
| For Weis Builders, Inc. | Chad Stepan |

Interpreter / Language: NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

J-Berd Mechanical Contractors Inc.'s Motion to Amend Pretrial Scheduling Order [Docket No. 312]
Waterproofing by Experts, Inc.'s Motion to Amend Pretrial Scheduling Order [Docket No. 316]

Both Motions are-**GRANTED**

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Steven Katras
Signature of Law Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

WESTFIELD INSURANCE COMPANY,
Plaintiff(s),
v.

WEIS BUILDERS, INC., ET AL.,
Defendant(s).

## COURT MINUTES
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 00cv987 (JNE/JSM) |
| Date: | March 17, 2004 |
| Court Reporter: | |
| Tape Number: | 47/924-47/1071 |
| Time Commenced: | 3:30 |
| Time Concluded: | 3:45 |
| Time in Court: | 15 Minutes |

APPEARANCES:

| | |
|---|---|
| For Waterproofing by Experts, Inc.: | Mark Brown (Via telephone) |
| For J-Berd Mechanical Contractors, Inc.: | Rolf E. Sonnesyn |
| For Colloid Environmental Technologies: | Patrick D. Reiley |
| For Chris Craft Industrial Products, Inc. | John Veith |
| For Valley Forge Insurance: | Leo Brisbois |
| For Westfield Insurance Company: | Andrea Reisbord |
| For Weis Builders, Inc. | Chad Stepan |

Interpreter / Language: NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

J-Berd Mechanical Contractors Inc.'s Motion to Amend Pretrial Scheduling Order [Docket No. 312]
Waterproofing by Experts, Inc.'s Motion to Amend Pretrial Scheduling Order [Docket No. 316]

Both Motions are-**GRANTED**

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Steven Katras
Signature of Law Clerk