UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESTFIELD INSURANCE COMPANY,

Plaintiff,

v.

WEIS BUILDERS, INC., et al.,

Defendants.

CIVIL NO. 00-987 (JNE/JSM)

ORDER

The above matter came on for hearing before the undersigned on March 17, 2004, upon J-Berd Mechanical Contractors Inc.'s Motion to Amend Pretrial Scheduling Order [Docket No. 312] and Waterproofing by Experts, Inc.'s Motion to Amend Pretrial Scheduling Order [Docket No. 316]. Appearances were as follows: Mark Brown, Esq., via telephone, on behalf of Waterproofing by Experts, Inc.; Rolf Sonnesyn, Esq. on behalf of J-Berd Mechanical Contractors, Inc.; Patrick D. Reiley, Esq. on behalf of Colloid Environmental Technologies; John Veith, Esq. on behalf of Chris Craft Industrial Products; Chad Stepan, Esq. on behalf of Weis Builders, Inc.; Leo Bribois, Esq. on behalf of Valley Forge Insurance Company; and Andrea Reisbord, Esq. on behalf of Westfield Insurance Company:

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. J-Berd Mechanical Contractors Inc.'s ("J-Berd") Motion to Amend Pretrial Scheduling Order [Docket No. 312] and Waterproofing by Experts, Inc.'s ("WBE") Motion to Amend Pretrial Scheduling Order [Docket No. 316] are **GRANTED** for the

limited purpose of allowing J-Berd and WBE to submit motions for summary judgment regarding the breach-of-contract claims that Weis Builders added to this case via its First Amended Third-Party Complaint. J-Berd and WBE are not allowed to move for summary judgment regarding any other claims that Weis has against them in this case.

2. The deadlines for WBE's and J-Berd's motions are as follows:

| | |
|---|---|
| March 22, 2004 | Deadline for WBE and J-Berd to serve supplemental summary judgment motions on Weis regarding the breach-of-contract claims added via Weis' First Amended Third-Party Complaint. |
| April 12, 2004 | Deadline for Weis to serve any papers in opposition to WBE and J-Berd's supplemental summary judgment motions. |
| April 19, 2004 | Deadline for WBE and J-Berd to serve their respective reply on Weis. |
| April 26, 2004 | Oral arguments on these motions. |

Dated: March 18, 2004

s/ *Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge