UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESTFIELD INSURANCE COMPANY, CIVIL NO. 00-987 (JNE/JSM)

Plaintiff,

v.

**FINAL** PRETRIAL
SCHEDULING ORDER

WEIS BUILDERS, INC., et al.,

Defendants.

The above matter came on before the undersigned upon the August 28, 2003 letter from Chad Stepan requesting that the Court extend the time for the taking of Mr. Desai's deposition to October 15, 2003. There was no opposition to this request.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the following schedule shall govern these proceedings.

Pleadings and Disclosures

November 8, 2000 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

February 3, 2001 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages or to certify a class. A motion for punitive damages must be brought on or before the nondispositive motion deadline.

Discovery and Nondispositive Motions

Discovery

July 1, 2003 - All fact discovery of any kind, shall be commenced in time to be completed by this date.

October 15, 2003 - Rule 30(b)(6) deposition of Mr. Desai shall be completed on or before this date.

Expert Discovery

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

July 15, 2003 - Promenade Village
August 15, 2003 - All Other Parties

October 15, 2003 - All expert discovery of any kind, including expert depositions, shall be commenced in time to be completed by this date.

Nondispositive Motions

October 20, 2003 - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by this date. Prior to scheduling any non-dispositive motion, the parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through a telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions

**March 22, 2004 -** **J-Berd Mechanical Contractors, Inc. and Waterproofing By Experts, Inc. shall serve their supplemental motions for summary judgment against Weis Builders, Inc. with respect to Weis Builders' breach of contract claim against**

**J-Berd Mechanical Contractors, Inc. and Waterproofing By Experts, Inc.**

**April 12, 2004 -** **Weis Builders shall serve its response to the motions.**

**April 19, 2004 -** **J-Berd Mechanical Contractors, Inc. and Waterproofing By Experts, Inc. shall serve their reply and file all papers associated with their motions with the Court.**

**April 26, 2004 -** **The supplemental summary judgment motions by J-Berd Mechanical Contractors, Inc. and Waterproofing By Experts, Inc. shall be heard on April 26, 2004 before the Honorable Joan Ericksen, at the same time as all other summary judgment motions scheduled to be heard before Judge Ericksen in this case.**

This case shall be ready for trial as of **July 1, 2004.** The parties estimate that trial of this Jury matter will take six weeks.

General

No more than 5 depositions shall be taken by plaintiff.

No more than 15 depositions shall be taken by defendants collectively.

No more than 25 Interrogatories (including all subparts) shall be served by any party.

Each party may depose no more than 3 experts.

Dated: March 19, 2004

*/s Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge