# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Westfield Insurance Company,
Plaintiff,
v.

Weis Builders, Inc.,
Promenade Village Townhomes,
Healey Ramme Company,
Valley Forge Insurance Company,
Chris Craft Industrial Products, Inc.,
Heller Financial, Inc.,
Waterproofing By Experts, Inc.,
BRW Elness Architects, Inc.,
Colloid Environmental Technologies, Inc.
J-Berd Mechanical Contractors,Inc.,
Mikesh, Inc.,
Defendants.

**COURT MINUTES**
BEFORE: Joan N. Ericksen
U.S. Judge

| | |
|---|---|
| Case No: | 00cv987 (JNE/JSM) |
| Date: | April 26, 2004 |
| Court Reporter: | Maria Weinbeck |
| Tape Number: | |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 3:30 p.m. |
| Time in Court: | 6 Hours & Minutes |

APPEARANCES:

Plaintiff(s): Andrea E. Reisbord for Westfield Insurance Company
Defendant(s): Dean B. Thomson/Jocelyn L. Knoll/Chad J. Stephen for Weis Builders, Inc.
Steven Rau/Steven Gaskins for Promenade Village Townhomes and Healey Ramme Company
Lee Brisbois for Valley Forge Insurance Company
John Veith for Chris Craft Industrial Products
Patrick D. Reilly for Colloid Environmental Tech
Mark S. Brown for Waterproofing by Experts
Rolf E. Sonnesyn/Chandelle L. Heyer for J-Berd by Experts
Jonathan Bye for Mikesh

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** 9 **COURT** 9 **PLAINTIFF** 9 **DEFENDANT**

**Defendant, Weis, Motion to strike affidavit (#349) is Denied. No further order will issue.**

Motions taken under advisement as of: April 26, 2004

9 ORDER TO BE ISSUED : NO ORDER TO BE ISSUED 9 R&R TO BE ISSUED 9 NO R&R TO BE ISSUED

9 Exhibits retained by the Court 9 Exhibits returned to counsel

s/Sheri L. Frette
Signature of Calendar Clerk