UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company, 00cv987 (JNE/JSM)

Plaintiff,

v. **ORDER**

Weis Builders, Inc., et al,

Defendants.

---

The above case is on the Court's Civil Trial Calendar commencing Tuesday, November 2, 2004 in St. Paul, Minnesota.

The following pretrial schedule shall be adhered to:

1. All pretrial submissions required by Local Rule 39.1 shall be filed and served on opposing counsel with a copy to the Court by **Friday, September 3, 2004.**

2. All motions in limine shall be filed and served on opposing counsel with a copy to the Court by **Friday, September 3, 2004**. The responses to the motions in limine shall be filed and served on opposing counsel with a copy to the Court by **Friday, September 17, 2004.**

A pretrial conference will be held on **Monday, October 4, 2004 at 9:30 a.m.,** in Courtroom 3, 7th Floor, in St. Paul. Parties shall bring all trial exhibits to the pretrial conference.

This Order supersedes any deadline dates imposed by Local Rule 39.l.

DATED: June 25, 2004

s/Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court