UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

v.

Civ. No. 00-987 (JNE/JSM)
ORDER

Weis Builders, Inc., et. al.,

Defendants.

On July 1, 2004, the Court issued an Order that addressed several summary judgment motions. Now, pursuant to Local Rule 7.1(g), Weis Builders, Inc. (Weis) seeks permission to file a motion to reconsider a portion of that Order. Westfield Insurance Company opposes Weis's request.

"Motions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances." D. Minn. L.R. 7.1(g). A motion to reconsider should not be employed to relitigate old issues but to "afford an opportunity for relief in extraordinary circumstances." *Dale & Selby Superette & Deli v. United States Dept. of Agric.*, 838 F. Supp. 1346, 1348 (D. Minn. 1993). After reviewing the parties' letters, the July 1 Order, and the arguments made before the Court in the summary judgment memoranda and at oral argument, the Court denies Weis's request because it has not demonstrated compelling circumstances to warrant reconsideration. Accordingly, IT IS ORDERED THAT:

1. Weis Builders, Inc.'s Request to File a Motion to Reconsider [Docket No. 365] is DENIED.

Dated: July 20, 2004

S/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge