# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., et al.,

Defendants.

**WESTFIELD INSURANCE COMPANY'S EXHIBIT LIST**

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE<br>Hon. Joan N. Ericksen | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY<br>(for __________) |
|---|---|---|
| TRIAL DATE (S)<br>November 2, 2004 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | Westfield Insurance Policy No. CSP 5 003 130 issued to Weis Builders, Inc. (Court Exhibit) |
| | | | | | Valley Forge Insurance Company Policy No. L1 73029900 issued to Weis Builders, Inc. (Court Exhibit) |
| | | | | | Standard Form of Agreement Between Owner and Contractor for Promenade Townhomes |
| | | | | | Standard Subcontract Agreement between Weis Builders, Inc. and Waterproofing by Experts relating to Promenade |
| | | | | | Standard Subcontract Agreement between Weis Builders, Inc. and J-Berd Mechanical Contractors relating to Promenade |
| | | | | | Architectural Drawing A5.1 |
| | | | | | Promenade Oaks Townhomes, L.L.C.'s calculation of rent and vacancy loss due to water problems on the property, 1/1/1998-12/12/2002 |
| | | | | | Promenade "Summary of Weis Costs - Promenade 1997-2002" |
| | | | | | July 26, 1999 letter from Daniel Spencer at Westfield to Dean Thompson, Esq. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Respectfully submitted,

COUSINEAU, McGUIRE & ANDERSON,
CHARTERED

Dated: September 1, 2004

By: s/ Mark A. Gwin

MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Westfield Insurance Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

869649