# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., et al.,

Defendants.

**WESTFIELD INSURANCE COMPANY'S WITNESS LIST**

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE<br>Hon. Joan N. Ericksen | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY<br>(for __________) |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>November 2, 2004 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES* | |
| | | | | | **Peter DeSai** - Testimony regarding contracts, design/build aspects of work, construction of Promenade and remedial work performed. | |
| | | | | | **Les Lawson** - Testimony regarding construction of Promenade and remedial work performed. | |
| | | | | | **Gary Nelson** - Testimony regarding remedial work performed at Promenade. | |
| | | | | | **Steve Messerich** - Testimony regarding WBE's waterproofing of courtyards and remedial work performed. | |
| | | | | | **Peter Ramme** - Testimony regarding Promenade's alleged injuries and damages. | |
| | | | | | **Ann Kimball** - Testimony regarding Promenade's alleged injuries and damages. | |
| | | | | | **Greg Ribich** - Testimony regarding Promenade's alleged injuries and damages. | |
| | | | | | **Lisa Dahl** - Testimony regarding Promenade's alleged injuries and damages. | |
| | | | | | **Tom Weber** - Testimony regarding information he obtained through the consultation work he performed for Promenade. | |
| | | | | | **Kirk Vellet** - Testimony regarding the design of Promenade, including the designation of courtyard waterproofing and drain systems as design/build. | |
| | | | | | **Curt Johnson** - Testimony regarding the contract between J-Berd and Weis and J-Berd's assumption of design responsibilities. | |
| | | | | | **Richard Kozial** - Expert testimony regarding design versus construction elements of Promenade and remedial work. | |
| | | | | | **Richard Stehly** - Expert testimony regarding design versus construction aspects of Promenade. | |
| | | | | | **Christopher Beriese** - Expert testimony regarding Weis remedial work. | |
| | | | | | **Thaddeus Palmer** (by deposition) - Testimony regarding GID's purchase of Promenade, due diligence and negotiations with Promenade. | |
| | | | | | **Scott Vanderburg** (by deposition) - Testimony regarding scope of remedial work, including estimated project costs, contemplated by GID. | |
| | | | | | **Kristen Barry** - Testimony regarding waiver issues raised by Weis. | |
| | | | | | **Daniel Spencer** - Testimony regarding Westfield's "consent" to remedial work performed by Weis. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | All witnesses identified on the Witness Lists of all parties. |
| | | | | | Foundation, impeachment and rebuttal witnesses. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Respectfully submitted,

COUSINEAU, McGUIRE & ANDERSON,
CHARTERED

Dated: September 1, 2004

By: s/ Mark A. Gwin
MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Westfield Insurance Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

869479