# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co.; Promenade Village Townhomes, L.L.C.; and Valley Forge Insurance Co., one of the CNA Insurance Companies,

Defendants.

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc.; Colloid Environmental Technologies Co.; and J-Berd Mechanical Contractors, Inc.

Third-Party Defendants.

and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

Civil Action, File No. 00-CV-987 JNE/JSM

## <u>WESTFIELD INSURANCE COMPANY'S REQUESTED VOIR DIRE</u>

Westfield Insurance Company respectfully requests that the following be asked of the jury panel in voir dire.

1. The case that is about to be tried is a lawsuit arising out of alleged construction defects in which Promenade Townhomes, L.L.C. claims that it has been damaged because of water leaks at an apartment complex in Eagan known as Promenade Oaks. Is anyone familiar with the Promenade Oaks complex?

2. Has anyone ever lived at Promenade Oaks, or does anyone know someone who has lived at Promenade Oaks?

3. Are you a homeowner? If so:

   a. How long have you been a homeowner?

   b. When did you purchase each home that you have owned?

   c. In what cities have you owned a home?

   d. Have you ever had a home built for you?

4. Have you ever rented an apartment or townhome?

5. Has anyone ever lived somewhere with leaking or water issues?

6. Has anyone ever had the occasion to work with an architect or builder? If so,

   a. What was the extent of your involvement?

   b. Can you describe the experience, generally?

   c. Were you satisfied with the architect or builder's work?

7. Have you ever been a plaintiff or defendant in a lawsuit? If so,

   a. Were you the plaintiff or defendant?

   b. What kind of lawsuit was it?

   c. What was the outcome of the lawsuit?

   d. If the lawsuit went to trial, did a jury decide the case or was it decided by a judge?

e. Are you satisfied with the result of the lawsuit? If the case went to trial, do you feel that the trial was a fair one and that you were fairly treated?

f. Will you be able to set aside your experiences in that case and decide this case solely on the evidence presented and the court' s instructions?

8. Have any of your family members or close friends been involved in a lawsuit? If so,

a. What kind if lawsuit was it?

b. Who was the family member or friend and were they the plaintiff or defendant?

c. What was the outcome of the litigation?

d. Do you think that your family member or friend was fairly treated during the litigation?

9. Have you ever served on a jury before? If so,

a. When have you served on a jury or juries?

b. Where did you serve?

c. On what type of case(s) did you serve?

d. What was the result of the case(s) on which you served?

e. What do you think of your experience(s) in serving on a jury?

f. Did anything happen during your prior jury service that would affect you in deciding this case?

g. Will you set aside any experience you might have had serving as a juror on another case and decide this case based on the evidence presented and the instructions of the court?

10. Have you ever been a witness in a lawsuit? If so,

a. What were the circumstances of that case?

b. Did you testify in court?

c. Did you testify on behalf of any particular party?

d. Will you be able to set aside your experiences in that case and decide this case solely on the evidence presented and the instructions of the court?

11. Do you know the judge, any of the lawyers, parties or witnesses in this case?

12. What is your occupation?

a. What company do you work for, if any, and how long have you worked there?

b. Where are they located?

c. What do your job duties entail?

d. What other career or types of employment have you had?

13. Do you have any personal or professional experience in hydrology, construction or design work? If so,

a. Does your experience include waterproofing or mechanical work?

b. Please describe the extent of your experience.

14. Do you have, or does any member of your family have, any legal training?

15. What types of hobbies do you have? How do you like to spend your free time?

16. Are you married and do you have any children? If so,

a. What are their names?

b. What is their occupation(s)?

c. Has either your spouse or any of your children ever served on a jury? If so, what do you know about the experience they had?

17. Do any of you believe that the assertion of a claim alone means that the party making the claim is entitled to recover damages?

18. Will you follow the law and the instructions that the court gives you at the end of this case even if you might personally disagree with them?

19. Can you think of any reason why you could not be fair in deciding this case?

Respectfully submitted,

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

Dated: September 1, 2004

By: s/ Mark A. Gwin

MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Westfield Insurance Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

869478