**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil Action, File No. 00-CV-987 JNE/JSM

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co.; Promenade Village Townhomes, L.L.C.; and Valley Forge Insurance Co., one of the CNA Insurance Companies,

Defendants.

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc.; Colloid Environmental Technologies Co.; and J-Berd Mechanical Contractors, Inc.

Third-Party Defendants.

and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

**WESTFIELD INSURANCE COMPANY'S NOTICE OF MOTION FOR REALIGNMENT AND TO SET ORDER OF PROOF FOR TRIAL**

---

TO ALL PARTIES ABOVE-NAMED AND THEIR COUNSEL:

**PLEASE TAKE NOTICE,** that plaintiff Westfield Insurance Company's Motion for realignment and to Set the Order of Proof for Trial shall be heard by the Honorable Joan N. Ericksen, United States District Judge, in Courtroom 3 of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, 55101 at the pretrial conference on October 4, 2004 at 9:30 a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

Dated: September 1, 2004

By: s/ Mark A. Gwin

MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Plaintiff Westfield Insurance Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

870370