**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil Action, File No. 00-CV-987 JNE/JSM

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co.; Promenade Village Townhomes, L.L.C.; and Valley Forge Insurance Co., one of the CNA Insurance Companies,

Defendants.

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc.; Colloid Environmental Technologies Co.; and J-Berd Mechanical Contractors, Inc.

Third-Party Defendants.

and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

**WESTFIELD INSURANCE COMPANY'S MOTION FOR REALIGNMENT AND TO SET ORDER OF PROOF FOR TRIAL**

---

Plaintiff, Westfield Insurance Company, hereby moves the Court for an order realigning the parties, substituting defendant Promenade Village Townhomes, L.L.C. as plaintiff, and setting the order of proof for trial. Said Motion is made and based upon the accompanying Memorandum of Law and all pleadings and papers on file in this action, together with such additional oral and documentary evidence as may be presented in connection with the hearing of the Motion.

Respectfully submitted,

COUSINEAU, McGUIRE & ANDERSON,
CHARTERED

Dated: September 1, 2004

By: s/ Mark A. Gwin
MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Plaintiff Westfield Insurance Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

870366