**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

**DAUBERT MOTIONS AND MOTIONS *IN LIMINE***

[Oral Argument Is Requested]

TO: All parties to the above-captioned matter and their counsel of record.

**MOTIONS *IN LIMINE***

Fourth-Party Defendant Chris Craft Industrial Products, Inc., hereby moves *in limine* for the following relief:

1. Pursuant to Rules 402, 403, 602 and 702 of the Federal Rules of Evidence, and pursuant to *Daubert v. Merrell Dow Pharmaceuticals,* 113 S. Ct. 2786 (1993) and its progeny, for an Order precluding any party from offering or eliciting the opinions of David Campbell, AIA, Inspec, Inc., with respect to whether the polyvinyl alcohol film component of Swelltite 3000 is defective and/or caused leaks at the Promenade Oaks apartment complex.

2. Pursuant to Rules 402, 403, 602 and 702 of the Federal Rules of Evidence, and pursuant to *Daubert v. Merrell Dow Pharmaceuticals,* 113 S. Ct. 2786 (1993) and its progeny, for an Order precluding any party from offering or eliciting the opinions of Richard Koziol, Mark Chauvin, Richard Stehley, Sid Bhatt, William Arockiosamy, and Jon Camaya with respect to whether the polyvinyl alcohol film component of Swelltite 3000 is defective and/or caused leaks at the Promenade Oaks apartment complex.

3. Pursuant to Rules 402, 403, 602, and 702 of the Federal Rules of Evidence, precluding any other party from offering any evidence relating to alleged failures of Chris Craft's PVOH film and/or CETCO's Swelltite 3000 at other construction projects including: the Medical College of Ohio, Castro Commons, Queens Tower Plaza, and the Army War College.

4. Pursuant to Rules 403 and 602 of the Federal Rules of Evidence, precluding any party from offering any evidence relating to the sample of water-soluble film CETCO sent to Chris Craft for testing in 1996.

This motion is supported by the accompanying Memorandum of Law, Affidavit of counsel with exhibits, as well as all of the other pleadings and records on file herein.

**BROWN & CARLSON, PA**

By: s/G. John Veith
G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950
763.591.9202 (facsimile)

*Counsel for Fourth Party Defendant*
*Chris Craft Industrial Products, Inc.*

Dated: September 2, 2004