**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-CV-987 JNE/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

**NOTICE OF HEARING ON *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE***

[Oral Argument Is Requested]

TO: All parties to the above-captioned matter and their counsel of record.

**NOTICE OF HEARING ON *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE***

PLEASE TAKE NOTICE that, on the 4th day of October 2004, commending at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Joan Erickson, United States District Court Judge, at the United States Courthouse, 700 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, Fourth-Party Defendant Chris Craft Industrial Products, Inc., will bring its *Daubert* motion and motions *in limine*.

**BROWN & CARLSON, PA**

By: s/Samuel J. Glover
G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950

*Counsel for Fourth Party Defendant*
*Chris Craft Industrial Products, Inc.*

Dated: September 2, 2004