**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. 00-CV-987 JEL/JSM

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

**AFFIDAVIT OF SAMUEL J. GLOVER**

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I, Samuel J. Glover, being duly sworn upon oath, do hereby depose and state as follows:

1. I am one of the attorneys representing Chris Craft Industrial Products, Inc., a Fourth-Party Defendant herein.

2. Attached hereto as Exhibit A is a true and correct copy of a Nov. 30, 2001 memorandum of Dean A. Rutila, Simpson Gumpertz & Heger, Inc., titled "Preliminary Conclusions Reported in 20 November 2001 Meeting."

3. Attached hereto as Exhibit B is a true and correct copy of a Dec. 3, 2001 letter from William M. Connolly re: "Collier Nursing and Allied Health Building, Medical College of Ohio, Toledo, Ohio."

4. Attached hereto as Exhibit C is a true and correct copy of a Feb. 6, 2002 Memorandum of Dean A. Rutila and Masrk K. LaBonte re: "Revised Scope of Repairs, based on 1 February 2002 Meeting and discussion" with diagrams attached.

5. Attached hereto as Exhibit A is a true and correct copy of an Aug. 16, 2001 facsimile from Lee Hurford, Project Manager, re: "Collier Building, Medical College of Ohio."

6. Attached hereto as Exhibit A is a true and correct copy of an Aug. 1, 2001 letter from Stephen M. Shanley, CETCO Building Materials Group, re: "Carlisle Army War College Plaza."

7. Attached hereto is a true and correct copy of Deposition Exhibit 312, a Mar. 18, 1996 letter from Stephen Silva, Jr., CETCO Group Manager, re: "Castro Commons."

8. Attached hereto is a true and correct copy of Deposition Exhibit 313, Third-Party Defendant Colloid Environmental Technologies Company's Answers to Interrogatories and Responses to Requests to Produce of Promenade Village Townhomes and Healey Ramme.

9. Attached hereto is a true and correct copy of Deposition Exhibit 315, a Jul. 8, 1998 letter

from Christopher W. Przywara, THP Limited, re: “Queens Tower Plaza, Waterproofing Integrity Review.”

10. Attached hereto is a true and correct copy of Deposition Exhibit 790, a May 1, 2002 report of David Campbell, Inspec, Inc., titled “Waterproofing Investigation Report.” (Filed electronically in four parts.)

11. Attached hereto is a true and correct copy of Deposition Exhibit 796, an undated diagram by David Campbell showing a taped Swelltite 3000 seam, titled “Inadequacies of the Existing Waterproofing Membrane.”

12. Attached hereto is a true and correct copy of Deposition Exhibit 806, an Aug. 15, 2003 letter of William D. Arockiasamy, Engineering Evaluations, Inc., re: “Promenade Oaks Apartments, Eagan, Minnesota, J-Berd Mechanical Contractors, Inc. (J-Berd).”

13. Attached hereto is a true and correct copy of Deposition Exhibit 822, a May 31, 2002 letter of Rich Koziol and Mark Chauvin, Wiss, Janney, Elstner Associates, Inc., re: “Review of Courtyard Waterproofing Design and Repairs.”

14. Attached hereto is a true and correct copy of Deposition Exhibit 827, an Aug. 15, 2003 letter of Sidney N. Bhatt, MEM Engineering, re: “Westfield Insurance Company v. Weis Builders, Inc. et al.”

15. Attached hereto is a true and correct copy of the transcript of the deposition of David Campbell.

16. Attached hereto is a true and correct copy of the transcript of the deposition of Al Thoreen.

17. Attached hereto is a true and correct copy of the transcript of the deposition of William Arockiasamy.

18. Attached hereto is a true and correct copy of the transcript of the deposition of Jon Camaya.

19. Attached hereto is a true and correct copy of the transcript of the deposition of Richard Koziol.

20. Attached hereto is a true and correct copy of the transcript of the deposition of Mark Chauvin.

21. Attached hereto is a true and correct copy of the transcript of the deposition of Richard Stehley.

THIS CONCLUDES MY AFFIDAVIT.

s/Samuel J. Glover___________________________
Samuel J. Glover

Subscribed and sworn to before me
this day, September 2, 2004.

s/Judy L. Hutar_(commission expires 1/31/05)
Notary Public