CONFIDENTIAL

SGH
Simpson Gumpertz & Heger Inc.
Consulting Engineers
Boston / San Francisco / Washington, DC

# Memorandum

Date: 30 November 2001

To: File

From: Dean A. Rutila

Comm.: 21511 – Plaza Leakage Investigation, Collier Building, Nursing School and Allied Health School, Medical College of Ohio, Toledo, OH

Subject: Preliminary Conclusions Reported in 20 November 2001 Meeting

Dean A. Rutila and Mark K. LaBonté of Simpson Gumpertz & Heger Inc, presented a summary of our field investigation into leakage and our preliminary conclusions at our 20 November 2001 meeting. At the meeting were representatives of the Medical College of Ohio, its outside counsel on this building, the Ohio Attorney General's office, Munger and Munger Associates (the associate architect for the building), Mosser Construction (the contractor for the building), Meinhart Electric (the electrical subcontractor for the building), its insurance representatives, and Poggemeyer (consultants retained by the Medical College of Ohio).

These conclusions are preliminary and may change as additional information becomes available to us about the design, construction, and history of the building and those participating in the project.

**Preliminary Conclusions**

1. **Gutter (both the Architect and Contractor materially contributed to the problem)**

**Design Defects**

- Seal between deck waterproofing and EPDM liner (Swelltite makes detail worse).
- No flashing over precast concrete curb along gutter.
- No protection for EPDM gutter liner.
- No gutter drain detail.

**Construction Defects**

- Holes and open seams in gutter liner.
- Missing EPDM flashing at ends of gutters.

CET 1912

297 Broadway, Arlington, MA 02474-5310 ■ Telephone: 781-643-2000 ■ Facsimile: 781-643-2009

EXHIBIT
A

- Open corners between deck waterproofing and EPDM gutter liner at ends of gutters.
- No gutter drain detail.

2. **Plaza Deck Membrane (both the Architect and Contractor materially contributed to the problem)**

**Design Defects**

- No Swelltite Membrane Design.
- Swelltite not equal to specified waterproofing for this plaza.
- Substitution approved not according to General Conditions of construction contract.
- Generic specifications do not address particulars of this project.
- Design relies on a few submitted manufacturer's details.
- No counterflashing for top of membrane.
- Termination of membrane below plaza wearing surface.
- Water behind precast concrete panels not controlled.
- Walkway column has no baseflashing detail.
- Specified water test and manufacturer's inspections (at least in part) not performed.

**Construction Defects**

- Not installed per manufacturer's details.
- M2000 missing at base flashing details.
- Membrane base flashing turns up against precast concrete and cast-in-place concrete, is trimmed low to the deck, placed in between layers of insulation, not confined at gaps in insulation.
- Column corners not flashed properly.
- Membrane found upside down.

**Other Possible Defects**

- Polyvinyl alcohol release film has become cross-linked, causing it to not dissolve when wet, creating a potential path for water migration.
- Membrane less durable than specified membranes because unconfined clay migration.

3. **Foundation Waterproofing (both the Architect and Contractor materially contributed to the problem)**

**Design Defects**

- Substitution not equal (particularly top 3 feet, and moisture vapor characteristics that increase vapor flow to interior).
- No counterflashing at top of waterproofing.
- Either waterproofing behind precast concrete was omitted as part of the design, or it remained part of the design with no controlled weep locations.
- Single seal joints at perimeter of precast concrete panels below grade.
- Project review during construction – no termination bar or seal at top of waterproofing, no protection board, no drainage stone along foundation.

**Construction Defects**

- No termination bar or seal at top of waterproofing, no protection board, no drainage stone along foundation.

**Owner Defect?** (some claim owner damaged waterproofing system with walkway work along north edge of south plaza, near enclosed walkway).

- Some facts point to construction defect.
- Some facts point to post construction damage (whether by the contractor or owner, or others).

4. **Curtain Wall (both the Architect and Contractor materially contributed to the problem)**

**Design Defects**

- No sill flashing.
- Single sealant joints at curtain wall perimeter and precast concrete joints.

**Construction Defects**

- Sealant defects.
- Installed flashing with holes and without watertight ends.
- Filled glazing pockets with sealant as repair attempt.

**Other Issues**

- Curtain wall appears to have shifted with stair tower movement. No evidence of structural defect.
- Installation of horizontal mullions across center vertical mullions not a defect.
- Condensation – wall finishes, HVAC remedial design.
- Perimeter footing drain – filled with sand.
- Precast Bearing – some joists have small bearing surfaces.

DAR111r-01-mg