CONFIDENTIAL

**Medical College of Ohio** **Governmental Affairs**

**William M. Connelly, J.D.**
*Vice President for Governmental Affairs and General Counsel*

Raymon H. Mulford Library
3045 Arlington Avenue
Toledo, Ohio 43614-5805

Telephone 419-383-4559
Fax 419-383-3097
E-mail wconnelly@mco.edu

MEDICAL COLLEGE OF OHIO AT TOLEDO 1964 ®

December 3, 2001

Munger Munger & Associates
Attn: Mr. Dave Wolfe
225 North Michigan Street
Toledo, Ohio 43624-4613
*(via facsimile and ordinary mail)*

Mosser Construction, Inc.
Attn: Mr. Charles H. Moyer
122 South Wilson Avenue
Drawer D
Fremont, Ohio 43420-0558
*(via facsimile and ordinary mail)*

√CETCO
Attn: Mr. Patrick E. Carpenter
1500 West Shure Drive
Arlington Heights, IL 60004-1440
*(via facsimile and ordinary mail)*

Meinhart Electric
Attn: Mr. James Baker
1021 Custer Drive
Toledo, Ohio 43612
*(via facsimile and ordinary mail)*

**Re: Collier Nursing and Allied Health Building**
**Medical College of Ohio, Toledo, Ohio**

Gentlemen:

As we indicated to those who were present at the meeting on November 20, 2001, the results of the investigation by Simpson Gumpertz & Heger, Inc. are preliminary and based upon their investigation to date. Their investigation continues. Nonetheless, in order to provide information concerning the nature and scope of the problems and our belief as to the cause of the problems, we are providing these very preliminary conclusions for your consideration but subject to a change in the opinion of Simpson Gumpertz & Heger that may occur as a result of further investigation.

Following receipt of this report, we would like to schedule a meeting with you not later than the week of December 10th to explore resolution of this matter. If you wish, you may bring representatives of your insurance company or any other person you believe should be in attendance. We would like to be advised in advance of the identity of these people.

We understand there may be some reluctance to speak candidly about this matter so long as there is the risk of litigation. Your counsel can confirm for you that our discussions of November 20th, the enclosures to this letter, and any statements made by

CET 1910

EXHIBIT B

tabbles

CONFIDENTIAL



any of us at our next meeting cannot be used by anyone as evidence, under rules favoring compromise over lawsuits.

We hope the enclosed will at least begin the process of amicable resolution of this problem.

Sincerely,

Bill Connelly

William M. Connelly

WMC:smc
Enclosure