CONFIDENTIAL

Simpson Gumpertz & Heger Inc.
Consulting Engineers

Boston / San Francisco / Washington, DC

# Memorandum

Date: 6 February 2002

To: File

From: Dean A. Rutila and Mark K. LaBonté

Comm.: 21511 – Plaza Leakage Investigation, Collier Building, Nursing School and Allied Health School, Medical College of Ohio, Toledo, OH

Subject: Revised Scope of Repairs, based on 1 February 2002 Meeting and Discussion

This describes the leakage we observed and discusses the scope of repair work first proposed by Mosser Construction, Inc. at the 17 January 2002 meeting at the Medical College of Ohio. The scope was modified during the 17 January 2002 meeting and in the Simpson Gumpertz & Heger Inc. (SGH) 31 January 2002 memorandum, and further modified during the 1 February 2002 meeting as documented herein.

## 1. BACKGROUND

SGH investigated conditions and conducted water tests of the plaza waterproofing, foundation walls, and curtain wall systems at the above-named building on 24 through 28 September 2001. The following is a partial summary of leakage and defects documented during our September 2001 field investigation.

### 1.1 Leakage Summary

**Area A – Southwest Corner of the North Plaza and Outboard of the Student Lounge**

Leakage occurred along the following paths into the student lounge and Room 401:

- Past the rising building wall at the membrane base flashing.
- Through form-tie holes in the cast-in-place concrete foundation wall.
- Behind the precast at the end of the trench drain, laterally along the cast-in-place ledge, into the interior, and off the end of the foundation wall.

**Area B – North End of the North Plaza at Stair Tower Wall and Exterior Stair Landing**

Leakage occurred along the following paths to the lower level interior below Area B:

- Past the upturned leg of the plaza membrane at the rising wall at the stair tower.
- Past a membrane gap between the plaza and the exterior stair landing.

EXHIBIT C

CET 2030

CONFIDENTIAL



- Past the transverse end of the trench drain.

**Area C – East Edge of the North Plaza**

Leakage occurred along the following paths to the lower level interior below Area C:

- Through cracks in the cast-in-place foundation above the foundation waterproofing.
- Water penetrates the precast panel joints, travels on the support ledge, and leaks in at cracks in corners of the cast-in-place wall at the window openings.
- Water bypasses the base flashing at column bases in the field of the plaza, and upside-down membrane.
- Water leaks at trench drain defects in the EPDM liner and by returning under the Swelltite membrane.

**Area D – South Plaza at Main Entrance**

Leakage occurred along the following paths to the lower level interior below Area D:

- Cracks in the cast-in-place concrete foundation wall.
- Past upturned leg of the plaza membrane at the stair tower wall.
- Sealant joint at the base of the main entry curtain wall and the end of the subsill (no end dam).

**Area E – Southwest Stair Tower and Plaza Adjacent to the Enclosed Walkway**

Leakage occurred along the following paths to the lower level interior below Area E:

- Behind the steel column base flashing below the west elevation of the walkway enclosure.
- Past the plaza membrane at the rising wall of the stair tower.

**Area F – Concrete Column Bases, South Perimeter Edge, and South Stair Tower**

Leakage occurred along the following paths to the lower level interior below the South Plaza:

- Perimeter leakage at the top of the foundation wall in the mechanical room and areaway. Water bypasses Swelltite membrane-Volclay panel lap and migrates through cracks in the cast-in-place concrete foundation.
- Water bypasses the base flashing at column bases in the field of the plaza and rising stair tower walls to leak into the building.

CONFIDENTIAL



## 2. SGH DISCUSSION SUMMARY OF REPAIR SCOPE

The following table lists the advantages and disadvantages of a basic scope of work developed by SGH based on conversations we had with Mosser at the 17 January 2002 meeting and further discussions at the 1 February 2002 meeting.

| Work Item – Description | Comment |
|---|---|
| **Trench Drain – North Plaza** | |
| Extend the plaza membrane and concrete wearing surface to the edge of north plaza (see SGH Revised Sketch SK-1 adapted from Mosser's "Revised Section", and SGH Revised Sketch SK-2).<br>• Remove guard fence, gutter grating, and gutter liner. Cap drain leaders. Fill gutter with concrete.<br>• Cut off top precast concrete panels along trench drain.<br>• Cut back and replace concrete wearing surface to expose existing sound membrane suitable for creating a watertight seam with the new membrane.<br>• Provide new membrane with termination at stainless steel drip edge and M-2000 seal. Obtain the membrane manufacturer's approval of the detail.<br>• Provide seam tape at all seams exposed and formed during the work.<br>Remove and reinstall exterior concrete stairs and address membrane termination at the end of the gutter.<br>Address leakage at precast concrete panels at southwest corner of north plaza (see Precast Concrete Waterproofing).<br>Design and provide an architectural finished edge.<br>Provide a perimeter drainpipe system at the base of the excavation around the North plaza. | **Advantages**<br>Addresses trench drain leakage.<br>Eliminates the exposed sealant joints on top of the precast wall panels adjacent to the trench drain.<br>Reduces the quantity of water that will reach the membrane due to gutter problems.<br>Addresses leakage contribution from the gutter and plaza into the student lounge.<br>Addresses leakage contribution from the gutter and the edge of the plaza at the exterior stair landing where there is no end dam in the gutter liner.<br>**Disadvantages**<br>Continues reliance on Swelltite membrane that was not specified or properly approved.<br>Run off from plaza previously captured in gutter will flow onto exposed precast concrete and foundation wall above the below-grade termination of the foundation waterproofing. This may aggravate foundation leakage.<br>Does not fully address clay confinement problem at the free edge of the deck as found at the plaza edge.<br>Matching concrete color and adding joints in concrete may be a negative (architectural design challenge). Munger recommended a contrasting architectural "broom" finish on replaced concrete wear surfaces. |

CONFIDENTIAL



| Work Item – Description | Comment |
|---|---|
| **Plaza Waterproofing At Walls – North and South Plaza** | |
| Reconstruct base flashing terminations at rising walls (see manufacturer's base flashing detail called SK-3 by SGH, SGH Revised Sketch SK-4, and Revised Alternate Sketch SK-5).<br>• Cut back and replace the concrete wearing surface along building walls and columns to expose existing sound membrane suitable for creating a watertight seam with the new membrane.<br>• Cut back the existing membrane, provide wall termination with M-2000 liquid flashing, and extend membrane over horizontal extension of M-2000 as detailed by the manufacturer.<br>• Provide seam tape at exposed membrane seams.<br>Counterflash the upturned leg of the M-2000 (Refer to SGH Revised Sketch SK-4). Obtain the membrane manufacturer's approval of the detail.<br>As a recommended alternate, extend the base flashing above the wearing surface (Refer to SGH Revised Sketch SK-5). Obtain the membrane manufacturer's approval of the detail.<br>Flash under doors and windows adjacent to plaza.<br>Note: Water behind the panels is likely to leak past the plaza membrane system. | **Advantages**<br>Addresses leakage past membrane perimeter at rising walls.<br>Provides base flashing repairs at all rising wall details (all that were uncovered are defective).<br>**Disadvantages**<br>Continues reliance on Swelltite membrane that was not specified or properly approved.<br>Does not address potential leakage from precast concrete wall cavity.<br>Scope of wearing slab removal may become substantial to locate existing membrane suitable for seam (e.g. membrane not affected by lake bed cracks, crosslinked release film, clay loss, upside down membrane, etc.).<br>Work not intended to uncover membrane defects away from repair areas.<br>Relies on non-reinforced liquid-applied, single component mastic to seal the termination. This is a problem if the plaza deck and the adjacent (precast concrete) wall move independently.<br>Matching concrete color and adding joints in concrete may be a negative (architectural design challenge). Munger recommended a contrasting architectural "broom" finish on replaced concrete wear surfaces.<br>Single stage sealant above the plaza base flashing is vulnerable to water infiltration behind the precast panels. The dual sealant shown in Sketch SK-13 reduces the possibility of leakage. |

CONFIDENTIAL



| **Work Item – Description** | **Comment** |
|---|---|
| **Plaza Waterproofing At Column Covers, Kiosks, Stand Pipe, etc. – North and South Plaza** | |
| Reconstruct base flashing terminations at columns, vent kiosks, etc. (see manufacturer's base flashing detail called SK-3 by SGH, and SGH Revised Sketch SK-6).<br>• Cut back and replace the concrete wearing surface at columns and other rising penetrations to expose existing sound membrane suitable for creating a watertight seam with the new membrane.<br>• At columns, remove or cut the base of column covers.<br>• Cut back the existing membrane, provide wall termination with M-2000 liquid flashing, and extend membrane over horizontal extension of M-2000 as detailed by the manufacturer.<br>• Provide seam tape at exposed membrane seams.<br>Counterflash the upturned leg of the M-2000 (Refer to SGH Revised Sketch SK-6). Obtain the membrane manufacturer's approval of the detail.<br>At pipe columns for walkways, modify the detail (T.B.D.). Obtain the membrane manufacturer's approval of the detail. | **Advantages**<br>Provides secure counterflashing at columns not provided by the Mosser detail.<br>Addresses leakage past membrane perimeter at column and standpipe penetrations.<br>**Disadvantages**<br>Continues reliance on Swelltite membrane that was not specified or properly approved.<br>Scope of wearing slab removal may become substantial to locate existing membrane suitable for seam (e.g. membrane not affected by lake bed cracks, crosslinked release film, clay loss, upside down membrane, etc.).<br>Work not intended to uncover membrane defects away from repair areas.<br>Relies on non-reinforced liquid-applied, single component mastic to seal the termination.<br>Matching concrete color and adding joints in concrete may be a negative (architectural design challenge). Munger recommended a contrasting architectural "broom" finish on replaced concrete wear surfaces. |

| Work Item – Description | Comment |
|---|---|
| **South Plaza Perimeter** | |
| Reconstruct the south plaza perimeter (see SGH Revised Sketch SK-7 with revisions suggested by the membrane manufacturer).<br>• Cut back and replace the concrete wearing surface along the edge to expose existing sound membrane suitable for creating a watertight seam with the new membrane.<br>• Provide new membrane below a new metal edge and extend the repair membrane down the face of the foundation. Cover the vertical wall with protection board and drainage mat. Obtain the membrane manufacturer's approval of the detail.<br>Provide seam tape at all seams exposed and formed during the work.<br>Provide a membrane trough liner on the face of the wear surface on the south plaza perimeter and integrate the new liner with a perimeter drainpipe system.<br>Membrane manufacturer recommends Swelltite as the repair membrane on the foundation wall. | **Advantages**<br>Addresses leakage, flashing defects, and the existing loss of Swelltite clay along south plaza perimeter.<br>**Disadvantages**<br>Scope not identified by Mosser.<br>Continues reliance on Swelltite membrane that was not specified or properly approved.<br>Improves, but does not eliminate the clay confinement problem at the free edge of the deck as found on the South Plaza.<br>Matching concrete color and adding joints in concrete must be addressed (see previous comments). Munger recommended a contrasting architectural "broom" finish on replaced concrete wear surfaces. |

CONFIDENTIAL



| Work Item – Description | Comment |
|---|---|
| **Other Plaza Waterproofing Repairs – North and South**<br><br>Mosser – Remove existing wear surface sealant, prepare the joints and caulk.<br><br>Not recommended by SGH to address waterproofing problems. | **Advantage** – Required for coating. Otherwise, maintenance item to limit tripping and keep debris out of joints.<br><br>**Disadvantage** – Not effective waterproofing. |
| **Other Plaza Waterproofing Repairs – North and South**<br><br>Mosser – Apply urethane deck coating.<br><br>Not recommended by SGH to address waterproofing problems. | **Advantages** – Provides more uniform appearance compared to concrete patches. Reduces the quantity of water that reaches the plaza membrane.<br><br>**Disadvantage** – Coating will need to be maintained. |
| **Other Plaza Waterproofing Repairs – North and South**<br><br>Water test after repairs following Mosser's program of blocking membrane level drainage. (However, unlike Mosser's proposal to water test for repair, use this testing to identify remaining problems after known repairs are complete).<br><br>Test not recommended by Cetco/Western. | **Advantages** - Provides greater confidence after plaza repairs are complete.<br><br>**Disadvantage** – Cannot do before other repairs without major leakage into building. |

CONFIDENTIAL



| **Work Item – Description** | **Comment** |
|---|---|
| **Foundation Waterproofing** | |
| Excavate building perimeter, expose and repair selected areas of Volclay panel waterproofing (see SGH Revised Sketch SK-9 with manufacturer's recommended revisions).<br>• Remove damaged Volclay panels from the foundation wall (generally 3 ft (+/-); damage includes cracked clay waterproofing with soil in cracks, panels with soil between panels and foundation wall, and panels with stones pushed into the clay).<br>• Remove Volclay panels from precast panels below grade (see below).<br>• Apply Bentoseal over wall tie holes exposed by reconstruction work.<br>• Provide repair membrane, protection board, and drainage layer in areas exposed by the reconstruction (see SGH Revised Sketch SK-9). Obtain the membrane manufacturer's approval of the detail.<br>• Provide termination bar and sealant at the top of the foundation waterproofing around the entire building perimeter.<br>• Seal cracks in the cast-in-place concrete foundation not covered by waterproofing.<br>• Provide watertight transition from South Plaza waterproofing at the South Plaza perimeter (see SGH Revised Sketch SK-7 with manufacturer's suggested revisions). Obtain the membrane manufacturer's approval of the detail.<br>• Re-grade building perimeter and repair landscaping.<br>Membrane manufacturer recommends Swelltite as the repair membrane on the foundation wall. | **Advantages**<br>Addresses defects at Volclay panels.<br>Addresses known leak paths.<br>Addresses many below-grade precast concrete panel joints by re-grading the site.<br>**Disadvantages**<br>Continues reliance on Volclay membrane that was not specified or properly approved.<br>Does not provide drainage layer (gravel fill or drainage panel) and protection board at entire surface of foundation (e.g. areas along the North Plaza where we know gravel is missing but not included in repair scope).<br>Does not provide water vapor resistance comparable to original specification (new finishes can limit this problem).<br>It will be difficult to prevent damage of existing panels scheduled to remain. |

CET 2037

| Work Item – Description | Comment |
|---|---|
| **Other Foundation Waterproofing** | |
| Clean out foundation drain lines (found silted along west side of north plaza). | **Advantages** – Reduces probability of hydrostatic pressure on waterproofing.<br>**Disadvantages** – None. |
| Provide drainage at southwest stair tower door area. | **Advantages** – Reduces probability of leakage through door.<br>**Disadvantages** – None. |

| **Work Item – Description** | **Comment** |
|---|---|
| **Precast Concrete Waterproofing** | |
| Re-grade landscaping to expose surface of precast panels currently below grade, except panels at stair towers (see SGH Revised Sketch SK-10 at stair towers and SGH Revised Sketch SK-9 at other locations).<br><br>(Panels will not be removed to inspect and provide cavity waterproofing.) | **Advantages**<br><br>Addresses deterioration of below grade sealant and accommodates periodic replacement of the precast panel joint sealant.<br><br>Allows the installation of weeps in the panel bed joints and reduces the problem of water trapped behind the panels.<br><br>**Disadvantages**<br><br>Does not address problems at the stair tower panels that cannot be exposed as a practical matter.<br><br>Does not address missing or defective cavity waterproofing behind the precast panels.<br><br>Panels may be stained.<br><br>Leakage off the top of the cast in place concrete foundation ledge not fully addressed, such as corner above the student lounge.<br><br>Does not fully address lateral migration of water on the ledges and leakage at cracks in the cast-in-place concrete back-up. |
| Provide dual seals in the vertical precast panel joints adjacent to the plaza and below the existing plaza level and at all the stair towers. Provide weeps above the foundation waterproofing terminations at the stair towers and in the bed joint of the panels below the North plaza (see SGH Sketch Sk-13). | **Advantages** - Dual stage sealant and weeps in the precast panel joints reduces the potential for water infiltration and leakage at the stair towers and the cast-in-place ledges.<br><br>**Disadvantages** – Dual sealant joint and weeps are no substitution for cavity waterproofing and through-wall flashing. |

| Work Item – Description | Comment |
|---|---|
| **Glass Curtain Walls** | |
| Provide continuous watertight sheet metal sill flashing with panned-up ends at the base of each curtain wall.<br><br>Repair perimeter (frame-to concrete) sealant.<br><br>SGH recommended alternate: Provide dual sealant joints (see SGH sketch SK-13,sym.). | **Advantages**<br><br>Controls water penetration at the sills.<br><br>Addresses defects in the perimeter sealant joints and improves the performance with dual seals.<br><br>**Disadvantages**<br><br>Does not address sealant filled frames and future leakage, glass breakage, and insulating glass seal failures. |
| **Other Issues** | |
| **Precast concrete deck bearing problems.**<br>• Structural engineer of record for the precast concrete plank design: Review the as-built bearing conditions of the plaza precast planks and tees. The engineer should observe conditions that have raised questions (see Photo 1) and recommend action as may be necessary. | |
| **Condensation, moisture vapor levels in the lower level.**<br>• Effect on planned building finishes.<br>• Effect on HVAC system.<br>SGH calculates that the basement wall system, including the Volclay waterproofing, will provide a satisfactory level of resistance to moisture vapor migration, provided that the Owner revises the details of the lower level room finishes and operates the HVAC system to accommodate the interior conditions. | **Advantages**<br>Minimizes excavation.<br>**Disadvantages**<br><br>Does not provide the same vapor resistance as the specified membrane.<br><br>Requires the owner to modify finishes and HVAC operation. |

CONFIDENTIAL



**Photo 1**

Precast concrete tee supporting plaza over Collier Building basement. The damaged bearing surfaces and small bearing area at the base of the tee are common throughout the basement.

CET 2041




CONFIDENTIAL

CET 2042

| | | |
|---|---|---|
| Collier Building<br>cal College of Ohio<br>Toledo, OH | | Drawing No.: P-1 |
| Plaza Deck Plan | | |
| KJV | Checked: MKL | Date: 2/6/2002 |
| | | Scale: N.T.S. |

CONFIDENTIAL




CET 2043

SK-1 DRAINAGE TROUGH INFILL

SGH
Simpson Gumpertz & Heger Inc.
Consulting Engineers
Arlington, MA
297 Broadway
Arlington, MA, 02474-5310
(781)643-2000
Fax (781)643-2009
San Francisco, CA
222 Sutter Street, Suite 300
San Francisco, CA, 94108-4445
(415)495-3700
Fax (415)495-3550

Project: Collier Building
Medical College of Ohio
Toledo, OH

Drawing Title: Drainage Trough Infill

| Comm. | Drawn: | Checked: | Date: |
|---|---|---|---|
| 21511 | KJV | MKL | 2/6/2002 |

Drawing No.: SK-1

REV.

Scale: N.T.S.




CONFIDENTIAL

SK-2 TYPICAL OPEN EDGE TERMINATION - PLAZA WATERPROOFING

CET 2044


SGH
**Simpson Gumpertz & Heger Inc.**
Consulting Engineers

Arlington, MA
297 Broadway
Arlington, MA, 02474-5310
(781)643-2000
Fax (781)643-2009

San Francisco, CA
222 Sutter Street, Suite 300
San Francisco, CA, 94108-4445
(415)495-3700
Fax (415)495-3550


| | | | |
|---|---|---|---|
| Project: | Collier Building<br>Medical College of Ohio<br>Toledo, OH | | |
| Drawing Title | Typical Open Edge Termination | | |
| Comm. 21511 | Drawn: KJV | Checked: MKL | Date: 2/6/2002 |

Drawing No.: SK-2

REV.

Scale: NTS

1 of 12

(7)

From Mosser 17 Jan 02




CET 2064

1 Feb '02

SK-1