CONFIDENTIAL

# FAX TRANSMITTAL

MOSSER
CONSTRUCTION, INC.
6056 Deer Park Court
Toledo, Ohio 43614
Phone: 419-861-5100
Fax: 419-861-5110
Email: lhurford@mossergrp.com

Date: August 16, 2001

**To:** **CETCO**
**Attn:** **Patrick Carpenter / Stacy Byrd**
**Fax #:** **847-506-6195**

**RE:** **COLLIER BUILDING**
Medical College of Ohio

From: Lee Hurford Project Manager
Phone: (419) 861-5100
Fax: (419) 861-5110

Project: REMEDIATION OF NORTH WING
MCI Job # 5678

Number of Pages including cover sheet: 3

---

Stacy
The following are drawings of the existing trench drain, a demo drawing, and the assembly that we are trying to create at the Collier building at MCO.
Could you recommend details to join up the new with the old swelltite and drainage board and the amount of lap between the swelltite and the stainless steel drip flashing. Also you may be able to help us with a possible water stop at the concrete fill that is going to be poured in to fill the trench. Would an application of the M-2000 material be appropriate at any of these joints? I discussed this with Pat Carpenter who gave me your name. He was careful to explain that you are not designing the system, only suggesting possible applications for your products and the information you give us would be similar to the information that you would give an architectural firm requesting product information.

LEE HURFORD

Time sent: 8:25 am

Sent by: lh
Copy: John Mazur - Western Waterproofing

CET 2095

EXHIBIT
tabbies
D




EXISTING SECTION

CONFIDENTIAL




DEMOLITION SECTION

CONFIDENTIAL

CET 2097




REVISED SECTION

CET 2098

CONFIDENTIAL