CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1500 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6150
http://www.cetco.com

Houck and Company Inc.
7464 Linglestown Road
Harrisburg, PA 17112
Steve Royer

August 1, 2001

Re: Carlisle Army War College Plaza

Dear Steve:

Enclosed with this letter please find a check in the amount of $3275.00 for repair work done on the aforementioned plaza last spring. In the future CETCO will not accept any invoices for repair work done on this plaza without prior authorization in writing from CETCO.

We have reviewed all the photographs and testimonies regarding the problems associated with the plaza and the Swelltite membrane installed. In all the years that CETCO has sold the Swelltite system, we have enjoyed tremendous success in our waterproofing applications. Our technical department has reviewed the product extensively regarding the issue of seam separation. In order for the PVC to shrink either, one of two situations would have had to occur:

1) During the application phase of the membrane, the membrane was left exposed to extreme sunlight or heat for an extended time, allowing the membrane to expand and contract.
2) Not enough weight has been placed on the waterproofing system especially on the seamed area from the overburden, allowing the material to move or shift under the paving system.

We do know that if the membrane was applied and kept from sun and heat exposure with the proper amount of weight on top, the seams would not separate. There is just no way for this to occur. Our history with the product and the nature of the components of the membrane system do not show any evidence that this could occur without outside influences.

EXHIBIT
tabbies
E



A Wholly Owned Subsidiary of AMCOL International

Printed on recycled paper.

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1500 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6150
http://www.cetco.com

Regardless, CETCO is available to discuss with you and the War College approaches to repair the current system. Your idea of re-seaming the membrane may, work, however we need to determine how much weight is actually on this membrane. If we reseal the seams and the weight issue remains, we may not be solving the problem.

Also to consider is how can we pin point the exact area that is leaking. The College could reseal the entire plaza and we still could experience the problems not knowing where the leaks are occurring. Another aspect to consider is the role the drainage composite system is playing within the system. Is the drainage composite directing flow of water properly and to the appropriate drainage system? I think this should be considered as part as an overall strategy into determining what is causing the leaking to occur on this plaza and how to fix it? Some of these questions may not be answered by CETCO Building Materials Group and Houck and Company. They may require the input of the design people responsible for the deck construction.

Please be assured that CETCO will cooperate with all parties concerned in helping to alleviate the problems associated with this waterproofing application.

Sincerely,

Stephen M. Shanley
Eastern Region Manager
CETCO Building Materials Group



A Wholly Owned Subsidiary of AMCOL International

Printed on recycled paper.