CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1350 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(708) 392-5800 • Fax (708) 506-6150

MARCH 18, 1996

DEP EX. NO. 312 ID
DATE: 11-20-02
DIANE HROMEK'S COURT REPORTERS, INC.
REPORTER:
1-800-556-5554

FAX TRANSMISSION

TO: Mr. Richard R. Dewey, Jr.
President
DCL - Castro Commons
999 Baker Way
Suite # 300
San Mateo, CA 94404

RE: Castro Commons

Dear Richard,

Pursuant to your most recent conversations with our Northern California representative, Construction Resource Incorporated's Barney Lehane, CETCO offers the following.

Barney Lehane has visited the site to report first hand to CETCO upon the present seepage being experienced. As our Northern California representative CRI is knowledgeable and experienced in waterproofing applications.

Barney has had an opportunity to review an area of the CMU wall that was excavated in an effort to determine if Volclay Swelltite was the cause of the water infiltration. Apparently this area was filled with water and interior seepage was immediate. This type of "water test" is irrelevant to the performance of Swelltite. Obviously the contractor that performed this type of a test is not well versed as to exactly how Volclay Swelltite works.

Swelltite's performance is based upon the sodium bentonite's waterproofing capabilities and expansion capabilities <u>confined under pressure</u>. Our guide specification requires a Modified Proctor of 85 %. The "water test" that was performed is not applicable to how our system works.

Additionally it is important to note that the water soluble film on the back side of the Swelltite membrane had not yet degraded (this usually is an immediate reaction) indicating that water is not passing through the Swelltite but around it. The fact that the water soluble film has still not hydrated points to a product installation that is not installed under a Modified Proctor of 85 %.

Please respond to CETCO with a project soils report including the compaction results achieved during backfill. The general contractor should have this information readily available.



A Wholly Owned Subsidiary of American Colloid Company Printed on recycled paper.

CETCO

Page Two
3/18/96
R. Dewey

There are also some concerns as to the termination detail at grade level. CETCO's local representative at the time of installation (May 1993), Forrester & Associates' Jim McKay, recommended an above grade membrane "applied to the exposed masonry block".... "it's use is recommended since any water which might come into contact with the exposed masonry block above grade might migrate into the wall, travel downwards and enter the structure, circumventing the Swelltite Membrane entirely". This letter along with an approved detail was sent to Dave Moore at Pacific Coast Waterproofing on May 12, 1993. This area of concern has not been waterproofed to date. To state clearly, the termination detail reviewed at the site by Barney Lehane is not approved, and is most likely one of the causes of the project's seepage.

I would also ask that the finalized termination detail (that was utilized and approved) be sent to CETCO for review and comment. Again the general contractor should be able to provide this information; especially as the use of Swelltite was a substitution; surely this paperwork (approved shop drawings) was required.

In reviewing the project further it has been revealed that mechanical fasteners were used to install the Swelltite to the block wall. CETCO's literature and statements are clear that fasteners are not recommended for block wall applications. The reasoning is that fasteners will cause large cracks and void spaces in a CMU wall, adhesive will not.

In your earlier correspondence to me on January 18th, you copied two gentlemen with San Jose Construction (Pat DiManto and Tucker Tomlinson). I would suggest that you again contact and copy them with CETCO's response to the present seepage; possibly they will have the answers to the questions relating to soils, compaction, termination detail and use of nails vs. adhesive.

I understand that our material was submitted as an alternate to the specified waterproofing system, possibly as a cost saving measure to the owner Castro Commons. However it appears as if our basic installation requirements; (compaction of substrate, proper termination detail, use of adhesive) were not followed.

CETCO is requesting answers to these questions raised herein prior to a commitment of remedial action.

Best Regards,

Stephen Silva, Jr.
Group Manager

cc: M. Monroe, CETCO
B. Lehane, CRI
V. Campanile, Castro