THP LIMITED • CONSULTING ENGINEERS • 100 E. EIGHTH ST., CINCINNATI 45202-2133 • 513-241-3222

July 8, 1998

Queens Tower Plaza

Mr. Gregory E. Land
CMC Properties
10925 Reed Hartman Highway
Suite 200
Cincinnati, Ohio 45242

Subject: Queens Tower Plaza
Waterproofing Integrity Review
THP #98038

Dear Greg:

This letter summarizes our understanding (as reported by others) of the construction of the Queens Tower Plaza in 1996, and our review of the plaza's waterproofing integrity this year to date.

**Plaza Construction**

Original plaza features were completely removed, exposing the top of the cast-in-place concrete structural slab. Cetco's Swelltight 3000 waterproofing system was installed by Project Skills, with all overlapping seams between sheets supplementally sealed with Seamtape. Liquid flashing material was used at drains, at turnups and elsewhere in accordance with manufacturer recommendations.

Photos of the structural slab prior to membrane installation showed ponded areas throughout the slab. No supplemental overlays to promote drainage were installed on the structural slab prior to the membrane installation. ?

No supplemental drainage mat was installed over the membrane prior to topping slab installations. Cellular fill material was installed in the raised concrete slab areas, apparently to allow the self-leveling material to flatten the floor to accommodate the subsequent varying thickness stamped concrete slab installation. Driveway topping slab concrete was placed directly over the membrane. The cellular fill and concrete slabs were installed by Parker Concrete.

**Waterproofing Integrity Observations**

Originally, leakage into the garage below the plaza was concentrated in parking stalls at the west side of the garage beneath the driveway topping slab areas. Moisture sensitive chemical grout was pumped into leaking cracks and joints at several locations in the garage, generally along or near the west side of the site. This work was performed at first by Project Skills, then

DEP
EX. NO. 315 ID
DATE: 11-20-02
DIANE HROMEK'S COURT REPORTERS, INC.
REPORTER: JOH
1-800-556-5554

Mr. Gregory E. Land
July 8, 1998
Page 2

WHO? WHEN?

an out-of-town contractor brought to the site by Cetco. Leakage has slowed, but not stopped, in the west side of the garage parking areas. Recently, extensive leakage has also occurred near the south end of the site, also beneath the driveway slab areas. No leakage of any consequence has occurred beneath the raised stamped concrete slab areas.

During our 3/17/98 meeting, THP raised concerns that shrinkage of driveway topping slab could have lifted the slab off the membrane waterproofing at several locations. Mr. Frank Varak with Cetco indicated the Swelltight membrane system would provide waterproofing protection if any such gap was 1/8 inch or less. These concerns prompted our recommendation to take cores in the driveway topping slab to evaluate the potential gap and the condition of the membrane below. Cores were taken at the south end of the driveway at current heavy leakage (Location No. 1), and in the driveway just to the north of the canopy, near the west side curb (Location No. 2). Records indicate no chemical grout was pumped in the vicinity of the south end (No. 1) core, but extensive grout was pumped in the vicinity of the core at the canopy (No. 2).

Core No. 1 revealed a 5-3/4" thick topping slab, then the Swelltight membrane system with reacted bentonite material swelled in a difficult-to-determine thickness gap between the topping slab and structural slab.

Core No. 2 revealed a 6-1/4" thick topping slab, then the Swelltight membrane with compressed bentonite material, then an approximately 1/10 inch thick layer of cured chemical grout on top the structural slab.

Other observations pertinent to the review include the leakage at the south end driveway occurring around a poorly consolidated full depth patch in the structural slab, and the recent installation of new urethane joint sealants throughout the stamped concrete area.

**Discussion and Recommendations**

There appears to be positive impacts of the cellular fill on the waterproofing performance of the Swelltight membrane system. The cellular fill was placed soon after the membrane installation, and likely acted to confine the membrane, isolate it from construction damage, and limit its exposure to other than minor water leaking through cracks and joints in the stamped concrete slab, which in turn slowly moves through the cellular fill.

In the driveway areas, shrinkage of the concrete topping slab may have lifted the slab somewhat at the west perimeter, but it does not appear the gap caused by the shrinkage exceeded the 1/8" tolerance reportedly acceptable for performance of the membrane. Original leakage through membrane system failures which occurred in these areas do not appear to have been due to greater than allowable confinement gaps on top the membrane. The subsequent chemical grout injection appears to have utilized the butyl rubber top layer of the membrane system as a confinement bladder to allow the lateral distribution of grout to fill the gap and substantially waterproof the affected area.

Mr. Gregory E. Land
July 8, 1998
Page 3

At excessive current leakage at the south end driveway area, the Swelltight membrane system has failed. An ill defined gap which may or may not be greater than the 1/8" tolerance exists at this location.

Aside from greater than allowable confinement gaps on top the membrane, a possible problems contributing to failures in the Swelltight membrane system include construction related damage, damage caused by freezing of entrapped water in ponded areas on the membrane, inadequate sealing of seams between membrane sheets, inadequate liquid flashing details at drains, turn-ups and elsewhere, and inadequate or potentially damaged membrane details at the west perimeter of the plaza, where the membrane was reportedly turned down the outside wall 12" to 18".

The cellular fill beneath the stamped concrete areas eliminated exposure to subsequent construction damage, and appears to have improved the confinement of the Swelltight membrane system and its seam sealing, termination and liquid membrane details. Similarly, surface drainage off the stamped concrete to frequent trench drains, coupled with recently installed and better quality joint sealants, limits the magnitude of water which can find its way eventually to the underlying membrane system.

Further investigation of problems in the driveway areas can be coordinated with repairs to the membrane. In the south end driveway area, defective concrete slab repairs require replacement, necessitating the localized removal of the topping slab and membrane in an approximately 4' by 4' area. A larger topping slab area, say 4' by 12', could be carefully removed to facilitate inspection of at least three seams between membrane sheets, plus a widespread inventory of the confinement gap provided by the topping slab. Such an investigation should yield the information necessary to determine if the waterproofing integrity of the membrane beneath the driveway slab areas can be salvaged with repairs, or if the driveway slabs should be removed to accommodate replacement of the membrane system.

Please call if you have questions or require any further assistance.

Very truly yours,

THP Limited

Christopher W. Przywara, P.E.
Principal

[illegible]