2. Assume that all existing waterproofing, flashing, related materials, and earth must be completely removed from the courtyard prior to new work.

3. Assume that all removed landscaping and site features will be repeated at the same location to match existing, including, but not necessarily limited to:

   a. Concrete sidewalks and entry slabs (on a sand base without frost footings).

   b. Planters with precast unit retaining walls (assume precast units are salvaged and reinstalled with 20 percent new, bearing on precast).

   c. New footlights in planters installed at same location and branch feeders to existing circuits.

   d. Assume that all green railings are salvaged and reinstalled at same location with touch-up painting.

   e. Assume that the irrigation system is replaced with new at same location and tied into existing controllers.

   f. Assume that the Entry canopies will be temporarily shored to facilitate waterproofing installation beneath the posts. (Currently, 4" x 4" wood columns pass through concrete slab and bear directly on precast garage roof.)

   g. Assume that all trees, sod, and other plant materials will be new and at the same locations.

4. Assume that all work is to take place in one construction season (April to November).

5. Assume a maximum construction equipment gross weight of 5,000 lbs. with load. Capacity restriction is increased to 10,000 lbs. with load, if precast plank is re-shored from below in the garage. Assume two building courtyards maximum will be shored at any one time.

6. Assume that apartments which have egress off the courtyards will not be occupied during the work. (Units which exit outside, other than courtyard exits or exits through the garage, can be occupied during construction.)

7. Assume that all existing courtyard drains will be replaced, but remain at existing locations.

8. Assume that all existing courtyard drain leaders will have to be cleaned out just prior to the completion of the work at each building.

BC00551

As a mutual protection to clients, the public and ourselves, all reports are submitted as the confidential property of clients and our written authorization is necessary to publish any statements, conclusions or extracts from or regarding our reports.

9. Assume that an allowance for temporary working platforms at the ends of courtyards for removal and replacement of materials in the courtyard is included. The driveways into the parking garages will be blocked by construction activities. Contractor will schedule the work with the Complex Management.

10. Assume that all work is competitively bid.

11. Assume cost estimate uses 2002 pricing.

12. Items not included in the construction estimate include stairs, entry canopies, structural repairs, and mold/mildew abatement.

Cost Estimates

| | |
|---|---|
| Design/construction observation services estimate (4% of const. cost estimate)* | $ 165,666 |
| Construction cost estimate (see CPMI, Inc., attachment) | $4,141,650 |
| Total | $4,307,316 |

*For a waterproofing project of this nature, we strongly recommend that the design firm provide extensive construction observation beyond the typical. This 4 percent fee reflects that assumption.

REMARKS

This report is a summary of the waterproofing investigation conducted on the above project. This report is not intended to cover structural features. Photographs and field notes will be retained in our files for future reference. If you have any questions, please feel free to call.

INSPEC, INC.

By: David W. Campbell

David W. Campbell, AIA
Waterproofing Department Manager

DWC/clb

BC00552

As a mutual protection to clients, the public and ourselves, all reports are submitted as the confidential property of clients and our written authorization is necessary to publish any statements, conclusions or extracts from or regarding our reports.




BC00553

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




B TYPICAL BUILDING SECTION
NO SCALE

BC00554

| | | | |
|---|---|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 | |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | | PROJ. MGR DC | DR. WFM |
| | | PROJ. NO. 205903 | CK. DC |
| | | DATE: 4/5/02 | SHT. . OF . |

x:\water2\private\promenade02.db




## (C) EXISTING CONDITION AT PRECAST

NO SCALE DTO'S 1, 2, 6, 12, 13, 17, 20

BC00555

| | | |
|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>©2002 |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




D EXISTING CONDITIONS AT WALL

NO SCALE DTO 3

BC00556

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




E

## EXISTING CONDITION AT ELEVATOR TOWER REPAIR

NO SCALE

DTO 4

BC00557

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




F EXISTING CONDITION AT WALL

NO SCALE DTO 5

BC00558

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
©2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: 4/5/02 | | SHT. | OF |

x:\water2\private\promenade02.db




G EXISTING CONDITION AT WALL

NO SCALE DTO 9, 14

BC00559

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




H

## EXISTING CONDITION AT ENTRY SLAB

NO SCALE

DTO 7, 8

BC00560

**PROJECT:** WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

**CLIENT:** FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
©2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. | OF |

x:\water2\private\promenade02.db




1 EXISTING CONDITION AT DRAIN

NO SCALE DTO 10

BC00561

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db