


J

## EXISTING CONDITIONS AT WOOD POST (NOT REPAIRED)

NO SCALE DTO 11

BC00562

x:\water2\private\promenade02.db

| | | | |
|---|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 | |
| CLIENT: | FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC | DR. WFM |
| | | PROJ. NO. 205903 | CK. DC |
| | | DATE: 4/5/02 | SHT. . OF . |




BC00563

## K EXISTING CONDITION AT WALL

NO SCALE DTO 13

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




L EXISTING CONDITION AT BURIED WALL

NO SCALE DTO 16

BC00564

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




M

EXISTING CONDITION AT END WALL REPAIR

NO SCALE DTO 18

BC00565

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. WFM JL | |
| PROJ. NO. | 205903 | CK. DC | |
| DATE: 4/5/02 | SHT. . | OF . | |

x:\water2\private\promenade02.db




N

# EXISTING CONDITION AT END WALL REPAIR

NO SCALE DTO 19

BC00566

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db

THE PRODUCT LITERATURE FOR THE VOLCLAY SWELLTITE 3000 WATERPROOFING MEMBRANE THAT WAS INSTALLED STATES THAT THE WATER-SOLUBLE FILM COMPONENT OF THE MEMBRANE IS SUPPOSED TO DISSOLVE IN THE PRESENCE OF WATER, THEREBY ALLOWING THE BENTONITE/BUTYL COMPONENT TO COME INTO DIRECT CONTACT WITH AND SEAL AGAINST ADJACENT SURFACES. HOWEVER, WE RECOVERED SAMPLES OF THE NOW 4-YEAR-OLD MEMBRANE WITH THE WATER-SOLUBLE FILM STILL INTACT AND NOT YET DISSOLVED. THIS MEANS THAT WATER IS FREE TO ENTER THE SEAM, BECAUSE THE UNDISSOLVED FILM IS KEEPING THE BENTONITE/BUTYL COMPONENT FROM SEALING AGAINST THE HDPE COMPONENT OF THE ADJACENT MEMBRANE. THIS ALSO MEANS THAT, ONCE THROUGH THE SEAM, THE WATER IS ALSO FREE TO MIGRATE UNDER THE MEMBRANE. AGAIN, THIS IS BECAUSE THE UNDISSOLVED FILM IS SEPARATING THE BENTONITE/BUTYL COMPONENT FROM THE PRECAST CONCRETE. THIS IS EVIDENCED BY THE FACT THAT WE FOUND WATER BELOW THE MEMBRANE AT FOUR DTO LOCATIONS. ONCE WATER IS PERMITTED TO MIGRATE UNDER THE MEMBRANE, IT IS ONLY A MATTER OF TIME UNTIL IT FINDS A CONVENIENT POINT OF ENTRY THROUGH THE STRUCTURE, SUCH AS A KEYWAY JOINT, EXPANSION JOINT, CONSTRUCTION JOINT, OR STRESS CRACK.




O DEFICIENCIES INHERENT TO THE EXISITNG WATERPROOFING MEMBRANE

NO SCALE

BC00567

| | | |
|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: | FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. JL / PROJ. NO. 205903 CK. DC / DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




## (P) NEW TYPICAL SYSTEM AT PRECAST

NO SCALE

BC00568

**FOR COST ESTIMATES ONLY-NOT FOR CONSTRUCTION**

| | | |
|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>©2002 |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




Q NEW TYP. TERMINATION AT BLDG. WALL

NO SCALE

BC00569

**FOR COST ESTIMATES ONLY-NOT FOR CONSTRUCTION**

| | | |
|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: | FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




SEE DETAIL P FOR ALL OTHER NOTES.

## (R) NEW TYPICAL COURTYARD DRAIN

NO SCALE

BC00570

**FOR COST ESTIMATES ONLY-NOT FOR CONSTRUCTION**

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db

Promenade Oaks Apartments



Photo #1:
Promenade Oaks complex looking northwest.



Photo #2:
Southeast end of Building 2.



Photo #3:
Typical courtyard.



Photo #4:
Typical garage below courtyard.



oto #5:
..filtration at long masonry wall.



Photo #6:
Infiltration at end masonry wall.

Promenade Oaks Apartments



Photo #7:
Infiltration at masonry pilaster.



Photo #8:
Infiltration at pipe penetration.



Photo #9:
Infiltration through precast plank keyway.



Photo #10:
Infiltration along beam span.



ıoto #11:
ınfiltration at beam bearing on column.



Photo #12:
Infiltration at masonry wall adjacent to exterior stairwell.

Promenade Oaks Apartments



Photo #13:
Infiltration below elevator tower.



Photo #14:
Infiltration at overhead door lintel.



Photo #15:
Infiltration at precast shelf angle.



Photo #16:
Infiltration at unusual precast/column detail.



oto #17:
..filtration along masonry wall supporting plaza.



Photo #18:
Infiltration at unusual shelf angle.