Promenade Oaks Apartments



Photo #19:
Gutter in garage for managing leak water.



Photo #20:
Gutters in garage for managing leak water.



Photo #21:
Painted gutter below precast keyway joints for managing leak water.



Photo #22:
Typical courtyard drain.



. noto #23:
Sidewalk heaving and cracking.



Photo #24:
Sidewalk cracking.

BC00574

Promenade Oaks Apartments



Photo #25:
DTO 1: Water vacuumed out.



Photo #26:
DTO 1: Materials exposed.



Photo #27:
DTO 2: Location of hole.



Photo #28:
DTO 2: 4" of water within two minutes.



ıoto #29:
ɔTO 3: Aggregate penetrating the flashing at wall edge.



Photo #30:
DTO 3: Perforated drain pipes at wall.




Photo #31:
DTO 4: Repair at elevator tower.




Photo #32:
DTO 4: Repair at elevator tower.



Photo #33:
DTO 5: Damage to ledge flashing at wall. No protection.




Photo #34:
DTO 5: Composite drainage sheet 100 percent clogged. Edge was not wrapped with fabric.




. noto #35:
DTO 6: Insulation driven into composite drainage sheet. Two inches of water in one minute.




Photo #36:
DTO 6: Composite drainage sheet 20 percent clogged.



Photo #37:
DTO 7: Unprotected electrical wire near wall.




Photo #38:
DTO 7: Flashing poorly bonded with water underneath.



Photo #39:
DTO 8: Wall at entry slab.




Photo #40:
DTO 8: Wall at entry slab.



Photo #41:
DTO 9: 100 percent clogged composite drainage sheet. Poorly bonded ledge flashing.




Photo #42:
DTO 9: 20 percent clogged composite drainage sheet.



Photo #43:
DTO 10: Typical courtyard drain.




Photo #44:
DTO 10: Lowest holes are too high. Some holes plugged.



Photo #45:
DTO 11: Canopy wood post (not repaired).



Photo #46:
DTO 11: Flashing releasing around wood post.



Photo #47:
DTO 12: Location of hole.



Photo #48:
DTO 12: 3" of water within one minute.



Photo #49:
DTO 13: Expanded polystyrene insulation, inappropriate below ground.




Photo #50:
DTO 13: Poor bentonite containment. Puncture in unprotected flashing.



Photo #51:
DTO 14: Inadequate containment of bentonite at bottom of wall.




Photo #52:
DTO 14: Unprotected ledge flashing is Miradri.



Photo #53:
DTO 15: Location of hole.



Photo #54:
DTO 15: 2" of water within 30 seconds.



Photo #55:
DTO 16: Location of hole.



Photo #56:
DTO 16: Filter fabric of unknown purpose.



Photo #57:
DTO 17: Location of hole.



Photo #58:
DTO 17: Unique back dirt backfill with sewage smell.



. noto #59:
DTO 18: Color-coated sheet metal should not extend below ground.



Photo #60:
DTO 18: Composite drainage sheet is properly wrapped.



Photo #61:
DTO 19: Repared end wall.




Photo #62:
DTO 19: Wall sheet poorly bonded.



Photo #63:
DTO 20: Location of hole.




Photo #64:
DTO 20: 2" of water within 30 seconds.



'hoto #65:
.8" diameter rocks found frequently in backfill.



Photo #66:
Water draining out of precast cores.

Prepared For INSPEC, Inc.
Prepared By **CPMI, Inc.**

**BUDGET**
**COST MANAGEMENT REPORT**
**PROMENADE OAKS APARTMENT WATERPROOFING**
**EAGAN, MINNESOTA**
**13 FEBRUARY 2001**

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL AMOUNT |
|---|---|---|---|
| **Demolition & Excavation** | | | |
| Re-Shoring (4x4, 2 rows @ 10' o.c.) (Reuse) | 470 EA | 55.00 | 25,850 |
| Temporary Platforms To Perform Work (Reuse) | 6 EA | 1,500.00 | 9,000 |
| Excavate & Haul Off Site | 6700 CY | 40.00 | 268,000 |
| Remove 2" Insulation Board/Drainage Sheet & Composite Bentonite Sheet & Clean Deck/Walls | 70100 SF | 1.35 | 94,640 |
| Remove 3 Rows of Siding @ Building Perimeter | 6800 SF | 1.50 | 10,200 |
| Remove Concrete Sidewalks & Patios | 24480 SF | 3.25 | 79,560 |
| Remove Patio Railings & Save For Reinstall | 1142 LF | 8.00 | 9,140 |
| Remove Interlock Retaining Walls & Save | 2000 SF | 5.00 | 10,000 |
| Remove & Cap Existing Irrigation System | 70100 SF | 0.40 | 28,040 |
| Remove Trees Off Site | 30 EA | 100.00 | 3,000 |
| Remove Shrubs Off Site | 140 EA | 75.00 | 10,500 |
| Remove Light Fixtures & Branch Feed | 24 EA | 100.00 | 2,400 |
| Shore Canopy Posts | 192 EA | 100.00 | 19,200 |
| Remove Existing Drains | 30 EA | 150.00 | 4,500 |
| **Subtotal Demolition & Excavation** | | | 574,030 |
| **Replacement & Reinstall** | | | |
| 4000 psi Tapered Concrete Topping - Pumped | 195 CY | 135.00 | 26,330 |
| Concrete Finish, Cure & Screeding of Topping | 70100 SF | 0.30 | 21,030 |
| Bentonite Layer - 1/2" | 70100 SF | 5.00 | 350,500 |
| Thermoplastic Waterproof Membrane/Protective Sheet/Drain Board/ 2" Insulation Board | | | |
| Horizontal | 70100 SF | 17.50 | 1,226,750 |
| Vertical (without Drain Board) | 26100 SF | 15.50 | 404,550 |
| Termination Bar SS Fastened @ 12" o.c. | 5220 LF | 5.00 | 26,100 |
| Stainless Steel Flashing - 26 ga. | 7500 SF | 6.25 | 46,880 |
| River Rock - 1/2" to 1" Diameter - 2" Deep | 70100 SF | 0.85 | 59,590 |
| Filter Fabric | 70100 SF | 0.25 | 17,530 |
| Free Drain Earth Backfill | 3650 CY | 38.00 | 138,700 |
| 6" Topsoil | 4700 CY | 47.00 | 220,900 |
| Grade Topsoil/Earth Backfill | 7790 SY | 4.00 | 31,160 |
| New Courtyard Drains | 30 EA | 500.00 | 15,000 |

BC00582

Prepared For INSPEC, Inc.
Prepared By **CPMI, Inc.**

**BUDGET**
**COST MANAGEMENT REPORT**
**PROMENADE OAKS APARTMENT WATERPROOFING**
**EAGAN, MINNESOTA**
**13 FEBRUARY 2001**

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL AMOUNT |
|---|---|---|---|
| **Replacement & Reinstall Continued** | | | |
| Clean Existing Drain Leaders | 2700 LF | 3.00 | 8,100 |
| Replace Siding | 6800 SF | 4.00 | 27,200 |
| Reinstall Railings & Touchup Paint | 1142 LF | 10.00 | 11,420 |
| Reinstall Interlock Block Retaining Wall With 20% Replacement | 2000 SF | 11.00 | 22,000 |
| Temporary Protection Horizontal & Vertical Surf. | 96200 SF | 0.20 | 19,240 |
| **Subtotal Replacement & Reinstall** | | | 2,672,980 |
| **Landscaping & Finishing** | | | |
| Sod | 4610 SY | 6.00 | 27,660 |
| Concrete Flatwork With Sand Base | | | |
| Sidewalks | 13635 SF | 4.50 | 61,360 |
| Cobblestone Finish/Color On Walks - Strip | 3620 SF | 3.00 | 10,860 |
| Patios | 10845 SF | 4.75 | 51,510 |
| New Ground Mount Light Fixtures With Branch | 30 EA | 425.00 | 12,750 |
| Landscaping Trees | | | |
| Amur Maple | 23 EA | 275.00 | 6,330 |
| Red Splendor Crab | 4 EA | 235.00 | 940 |
| Red Pine | 1 EA | 270.00 | 270 |
| Colorado Green Spruce | 2 EA | 240.00 | 480 |
| Landscaping Shrubs | | | |
| Dwarf Japanese Yew | 22 EA | 45.00 | 990 |
| Froebel Spirea | 52 EA | 50.00 | 2,600 |
| Sea Juniper Green | 11 EA | 80.00 | 880 |
| Annabelle Hydrangea | 29 EA | 45.00 | 1,310 |
| Bridalwreath Spirea | 13 EA | 55.00 | 720 |
| Miss Kim Lilac | 6 EA | 65.00 | 390 |
| Mugho Pine | 3 EA | 75.00 | 230 |
| Prairie D Shrub Rose | 4 EA | 30.00 | 120 |
| Residential Irrigation System (Hook into Existing Controllers) | 70100 SF | 0.80 | 56,080 |
| Landscape Rock/Weed Control Fabric | 4160 SF | 5.50 | 22,880 |
| PVC Edging | 1600 LF | 2.80 | 4,480 |
| **Subtotal Landscaping & Finishing** | | | 262,840 |
| **Subtotal Construction** | | | 3,509,850 |
| Prime Contractor Mark-up/(5%)Contingency | 18% | | 631,800 |
| **Total Construction** | | | 4,141,650 |

BC00583