ENGINEERING EVALUATIONS, INC.

7167 Shady Oak Road
Eden Prairie, MN 55344
Phone: (952) 937-0121
Fax : (952) 937-0139
engevaluations@aol.com

August 15, 2003

Ms. Chandelle L. Heyer
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422

Re: Promenade Oaks Apartments
Eagan, Minnesota
J-Berd Mechanical Contractors, Inc. (J-Berd)
Your File #: 138-039
EEI #: 03A110

DEPOSITION EXHIBIT
806
(10-7-03)

Dear Ms. Heyer:

This letter presents our opinions on the water leakage occurrences from the courtyard into the below grade (underground) parking garage and into the lower level rental units of the apartment complex. These opinions are based on our review of the following documents:

1. "Waterproofing Investigation Report" by Inspec, Inc. (Inspec) dated 5/1/02.

2. "Review of Courtyard Waterproofing Design and Repairs" by Wiss Janney Elstner Assoc. Inc. (WJE) dated 5/31/02

3. "Evaluation of Courtyard Waterproofing" by Raths, Raths & Johnson, Inc (RRJ) dated 9/23/02

4. "Hydrologic Investigation of the Promenade Townhomes" by Patrick Engineering Inc. (PEI) dated 9/27/02.

Based on the information presented on these documents, we were requested to provide opinions on the adequacy of the drainpipe and its inlet assembly which were intended to

receive and convey the surface and sub-surface water from the courtyard area. These documents dealt with the adequacy of the Drainage and the Waterproofing System of the courtyard area. Regarding the drainpipe and the inlet assembly, the following observations were presented in these documents:

a. RRJ mentioned their observation of "an apparent scarcity of the surface drains" to justify the need for a hydrological study. However, no specific information was given on the verification of this apparent scarcity.

b. Inspec stated that the quantity, size and locations of the existing drains were adequate.

c. PEI suggested that the size of the inlet grate be increased so that the area of flow through the inlet grate would be equal to or greater than the cross-sectional area of the 6" drainpipe. It is not clear whether a verification was made that the net area of the grate was inadequate to convey the water expected at the location of the drain inlet.

d. PEI also has suggested lowering of the elevations of all the surface inlet grates to 99.8'. We understand that the inlet elevations were based on the as-built finish grade established by others.

## OPINIONS

1. We understand the 2½" height of the first set of drain holes in the vertical PVC drainpipe was necessitated by the attachment of the PVC to the body of the drain base at the level of the concrete deck. This condition was recognized and accepted by the general and specialty construction teams. This meant that the retention of the ±2½" water was also accepted. This retained water would not have leaked but for the failure of the waterproofing system.

2. There is no indication that any leakage occurred from the inlet assembly of the drainpipe or the drainpipe itself.

3. Part of the water falling on and/or reaching the courtyard will percolate into the ground. It is not possible to eliminate this percolation and hence prevent water from reaching the top of the waterproofing layer. Since leakage of water occurred due to the failure of the waterproofing system at the concrete decking, adding more inlets or

increasing the size of the inlet grates would not have prevented or minimized the leakage. With the failed condition of the waterproofing, the leakage would have occurred long before the 2½" retention height was filled.

4. We concur that the leakage occurred due to the lack of an adequate site grading plan and the inadequacy and the failure of the waterproofing system.

Please contact us if we can be of further assistance to you on this project.

Respectfully,
Engineering Evaluations, Inc.

William D. Arockiasamy

William D. Arockiasamy, P.E.
WDA/ck

File: 03A110R.doc