Case 0:00-cv-00987-JNE-JSM Document 382-16 Filed 09/02/2004 Page 1 of 1

WJE | ENGINEERS
ARCHITECTS
MATERIALS SCIENTISTS

**Wiss, Janney, Elstner Associates, Inc.**
5775 Wayzata Boulevard, Suite 700
Minneapolis, Minnesota 55416
952.525.2230 tel | 952.544.6954 fax
www.wje.com

31 May 2002

COPY

Mr. Chad Stepan
Attorney
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788

Via: Fax and FedEx

Re: **Review of Courtyard Waterproofing Design and Repairs**
Promenade Oaks Townhouses
1160 Northwood Drive
Eagan, MN
WJE No. 2002.1499

Dear Mr. Stepan:

As you requested, Wiss, Janney, Elstner Associates, Inc. (WJE) reviewed background information related to the Promenade Oaks townhouse project located at 1160 Northwood Drive in Eagan, Minnesota. Our review was limited to background information relating to the original design and construction of the courtyard waterproofing system, the water leakage problems experienced, and the investigative work and repairs that have been completed to date (i.e., design drawings and details, project specifications, damage reports and locations, photographs, expert reports, etc.). The scope of our services also included performing two limited site inspections and preparing a report summarizing our findings and opinions.

WJE performed a review of project file information on 16 April 2002 to locate and identify documents and photographs relevant to the design, construction, investigation, and repair of the courtyard waterproofing and of the water leakage that has been experienced. Copies of this information were subsequently provided by you so that a more thorough review could be completed.

The review performed by WJE included the following documents:

- Project design drawings.
- Project specifications sections related to waterproofing.
- Product specifications and information related to the selected waterproofing system and their recommended installation details and procedures.
- Digital photographs taken during construction and repair of the courtyard areas.
- Maps identifying the water leakage locations.
- Reports and summaries of water leakage experienced.
- Documentation of the repairs performed by the general contractor and the waterproofing subcontractor.
- Maps identifying the locations of repair work.
- Previous engineering and expert reports.
- Geotechnical reports.
- Daily timesheets prepared by the waterproofing subcontractor.

DEPOSITION EXHIBIT
822
6-10-03