**S. N. BHATT, P.E.**
**MEM ENGINEERING**
**4200 KINGS POINT ROAD, EXCELSIOR, MINNESOTA 55331**
**Tel: (952) 472-5595**
**Fax: (952) 472-6945**

August 15, 2003

Mr. Rolf Sonnysyn
Ms. Chandelle Heyer
Tomsche Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422

Re: Westfield Insurance Company v. Weis Builders, Inc. et al.
Court No. 00-CV-987 JEL/JGL
Your File No. 138-039
MEM Proj. No. S038

## 1. INTRODUCTION

MEM Engineering was retained by your office to perform an engineering analysis of the cause of water leaks that were reported to have occurred at The Promenade Oaks Townhomes, 1160 Northwood Drive, Eagan, MN. In particular, claims that water leaks occurred due to deficiencies in the work performed by mechanical subcontractor J-Berd Mechanical Contractors, Inc. were at issue.

## 2. ACTIVITIES

I inspected the Promenade Apartments site on August 27 and 28, 2002.

I have reviewed the following documents:

J-Berd bid to Weis Builders, June 10, 1996;
Weis Builders, Inc. Standard Subcontract Agreement, dated October 16, 1996;
WJE report dated May 21, 2002;
Inspec, Inc. report dated May 1, 2002;
American Engineering Testing, Inc. report dated October 9, 2002;
Pope Associates memorandum dated May 30, 2002;
Pope Associates report dated April 20, 2001;
Raths, Raths & Johnson, Inc. report dated September 23, 2002;
Patrick Engineering, Inc. report dated September 27, 2002;
Guy Engineering Corp. report dated June 24, 1998;
GME Consultants, Inc. report dated August 19, 1999;
Tucker Alan Inc. report dated April 27, 2001;

DEPOSITION EXHIBIT
Bhatt #827
(10-13-03)

Larson Engineering of Minnesota bid dated June 19, 2003.

Drawings: Grading & erosion control plan; Storm Sewer Buildings 1&2; Storm Sewer Building 3, 4 & 5; A1.5a; M1.1a; M1.2a; M1.3a; M1.4a; M1.6a; M2.2; M2.3; M2.4: M2.5; M2.6; M2.7; M5.0

Depositions:
- Prashant Desai
- Leslie Howard Lawson
- Stacy Wayne Byrd
- Steve Messerich
- Al Thoreen
- Curt Johnson
- Gary Nelson
- Kirk Velett
- Jim Timm
- Jon Camaya
- Chad Filek
- John Mikesh
- Thomas Henry Weber
- Mike Blaskowski
- William Hanuschak

## 3. FACTS RELIED UPON

The Promenade Oaks project had six complexes. Each complex had a courtyard portion built on top of garage areas. The garages had pre-cast concrete plank ceilings. The courtyards were built by placing earth fill above these plank decks. The earth fill was contained on the sides by perimeter walls, which on two sides were the exterior walls of townhouses. The lower portions of the exterior walls were constructed of concrete masonry units. The courtyards had sodded areas, concrete walkways, and entry stoops to the townhouses. Wood support posts for the stoops rested on the pre-cast concrete plank.

The courtyards, being open, were subject to receiving precipitation directly. The courtyards also received water runoff from adjacent roofs. There were no roof gutters and downspouts channeling the water away from the courtyard areas.

J-Berd had installed the original piping for drainage of water from the courtyards to storm sewers. Above the pre-cast concrete planks the piping consisted of vertical six-inch diameter, perforated plastic pipes (risers). The risers were connected through openings in the deck to piping in the garage to piping leading to storm sewers. The risers had perforations in the pipe walls. The lowest perforations were about 2-1/2 inches above the pre-cast concrete decks.

J-Berd Mechanical Contractors, Inc. was the mechanical subcontractor who was to install the piping for courtyard drainage. J-Berd did install the drainage piping, but was not

involved in the other construction work, which included waterproofing, back-filling, and initial grading of the courtyard. The earth fill in the courtyard had a layer of clay, approximately 12" thick, below the topsoil layer. The initial slope of the courtyard grade was not specified in drawings. Subsequent changes of the courtyard grading were made, which included raising the grade level by 8". Subsequent addition of extra drain piping in the courtyards was performed. J-Berd was not involved in the work involving the initial slope and grading and the subsequent changes.

The Promenade Oaks Townhomes project was completed in 1997. Water leaks into residential areas, stair towers and garages have been reported for all six complexes during the years from 1997 onward.

Site inspections were conducted to investigate the cause of the reported water leaks. The inspections reported conditions of discontinuities in the waterproofing in courtyard areas, lack of waterproofing fully extending over the exterior building walls that were against the courtyard earth fill, and water being able to find a path under the waterproofing at the base of the wood posts resting on the pre-cast concrete deck. There were areas where the level of courtyard earth fill was above the bottom of siding on the wall. The site inspections also found areas where there was two inches of ponding of water over the concrete decks. Conditions of cracking and settling were observed on the courtyards.

## 4. OPINIONS

The water leakage at the Promenade project was not caused by the drains installed by J-Berd Mechanical Contractors, Inc. The reason that the water leaked was the failure of the waterproofing membrane system and/or improper grading in the courtyards. I hold these opinions to a reasonable degree of scientific and engineering certainty.

The courtyards in the Promenade project, being open areas, were subject to receiving precipitation directly. In addition, runoffs from adjacent roof areas also flowed into courtyards, adding to the water that had to be drained from the courtyards.

J-Berd Mechanical was a mechanical subcontractor for this project. The drains installed by J-Berd Mechanical to drain water from courtyard areas to storm sewer system included vertical piping, or risers, in the courtyards, and lateral connections to sewer drains. J-Berd was not involved in waterproofing, courtyard backfilling and courtyard grading.

The risers installed by J-Berd were to collect the water from the courtyards, and direct it to storm sewers through connecting piping. There were two paths for the entry of water into the risers: drain openings at the top, at courtyard level; and, perforations in the side of the risers, below the courtyard grade level.

Grading, or sloping, of the courtyard surface towards the drain openings was necessary to make surface water flow towards the openings. However, the existing grading contained low areas that would cause surface water to pond instead of flowing to the drain

openings, and to seek other paths via percolation through the soil or surface flow. The use of clay layer in the earth fill reduced the ability of the water to percolate through the soil. Combined effect of these conditions was to promote water ponding in the courtyard, and water seeking alternate paths, including leaks into the building,

Effective waterproofing at the bottom and sides of the earth backfill of the courtyards, and effective drain mats and slope at the bottom of the earth backfill for the courtyards were essential to prevent the subsurface water from entering the building, and for drainage of the water through the perforations in the sides of the risers. Waterproofing and drain mats had indeed been installed at Promenade Oaks; however, site inspections showed that the waterproofing had leaks, that the waterproofing at the base of the wooden posts resting on the pre-cast concrete plank below the earth fill allowed moisture to penetrate behind the waterproofing, and that waterproofing had not been present in some areas where the earth fill was against the walls of townhouse building.

These conditions had created paths through which the water could enter the building, and were probably responsible for water leaks into the buildings. Had the waterproofing functioned properly, the subsurface water would not have leaked into the buildings. The drainage mats were not sloped; hence, there would have been standing water regardless of the height of the lowest perforation in the riser above the mat. The lowest perforations were about two inches above the drainage mat; hence, the depth of ponding of water could have reached up to about two inches. Had the waterproofing system functioned, the water would not have leaked into buildings.

SnBhatt

S. N. Bhatt, P.E.