COPY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

File # 00-CV-987 JEL/JGL

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.
Promenade Village Townhomes, L.L.C.,
Healey Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Insurance Companies,

Defendants,

and

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF AL THOREEN, taken pursuant to Notice and Agreement under the Rules of Civil Procedure for the District Courts of Minnesota, and taken at Meagher & Geer, 33 South Sixth Street, Minneapolis, Minnesota, and taken on the 17th day of March, 2003, commencing at the hour of 9:04 a.m., before Martin R. Huber, a Notary Public in and for the County of Stearns, State of Minnesota.

HUBER COURT REPORTING
204 WILSON AVENUE NORTHEAST
ST. CLOUD, MINNESOTA 56304
(320) 259-0824

**** CAPTION CONTINUED ****

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,
Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# I N D E X

EXAMINATION OF WITNESS: Page


Mr. Stepan . . . . . . . . . . . . . . 6
Mr. Hull . . . . . . . . . . . . . . . 175
Mr. Pryor . . . . . . . . . . . . . . 226
Ms. Heyer . . . . . . . . . . . . . . 228
Mr. Reilly . . . . . . . . . . . . . . 239
Ms. Semke . . . . . . . . . . . . . . 250
Mr. Baumgartner . . . . . . . . . . . 253
Mr. Stepan . . . . . . . . . . . . . . 254
Ms. Heyer . . . . . . . . . . . . . . 264
Mr. Reilly . . . . . . . . . . . . . . 266


OBJECTION BY: Page


Mr. Brown . . . . . . . . . . . . . . 13
Mr. Hull . . . . . . . . . . . . . . . 38
Mr. Brown . . . . . . . . . . . . . . 39
Mr. Hull . . . . . . . . . . . . . . . 52
Mr. Hull . . . . . . . . . . . . . . . 55
Mr. Hull . . . . . . . . . . . . . . . 74
Mr. Brown . . . . . . . . . . . . . . 76
Mr. Hull . . . . . . . . . . . . . . . 80
Mr. Hull . . . . . . . . . . . . . . . 93
Mr. Hull . . . . . . . . . . . . . . . 94
Mr. Brown . . . . . . . . . . . . . . 97
Mr. Hull . . . . . . . . . . . . . . . 97
Mr. Hull . . . . . . . . . . . . . . . 137
Mr. Hull . . . . . . . . . . . . . . . 140
Mr. Reilly . . . . . . . . . . . . . . 145
Mr. Brown . . . . . . . . . . . . . . 145
Mr. Brown . . . . . . . . . . . . . . 151
Mr. Hull . . . . . . . . . . . . . . . 156
Mr. Brown . . . . . . . . . . . . . . 156
Mr. Hull . . . . . . . . . . . . . . . 175
Mr. Stepan . . . . . . . . . . . . . . 185
Mr. Brown . . . . . . . . . . . . . . 186
Mr. Stepan . . . . . . . . . . . . . . 188
Mr. Reilly . . . . . . . . . . . . . . 193
Mr. Reilly . . . . . . . . . . . . . . 194
Mr. Brown . . . . . . . . . . . . . . 198

Mr. Brown . . . . . . . . . . . . . . 200
Mr. Brown . . . . . . . . . . . . . . 203
Mr. Stepan . . . . . . . . . . . . . . 205
Mr. Stepan . . . . . . . . . . . . . . 206
Mr. Brown . . . . . . . . . . . . . . 207
Mr. Stepan . . . . . . . . . . . . . . 208
Mr. Brown . . . . . . . . . . . . . . 209
Mr. Brown . . . . . . . . . . . . . . 211
Mr. Brown . . . . . . . . . . . . . . 213
Mr. Stepan . . . . . . . . . . . . . . 213
Mr. Reilly . . . . . . . . . . . . . . 213
Mr. Reilly . . . . . . . . . . . . . . 214
Mr. Reilly . . . . . . . . . . . . . . 217
Mr. Brown . . . . . . . . . . . . . . 217
Mr. Brown . . . . . . . . . . . . . . 220
Mr. Stepan . . . . . . . . . . . . . . 220
Mr. Stepan . . . . . . . . . . . . . . 221
Mr. Stepan . . . . . . . . . . . . . . 222
Mr. Reilly . . . . . . . . . . . . . . 223
Ms. Heyer . . . . . . . . . . . . . . 224
Mr. Stepan . . . . . . . . . . . . . . 225
Mr. Stepan . . . . . . . . . . . . . . 239
Mr. Stepan . . . . . . . . . . . . . . 247
Ms. Heyer . . . . . . . . . . . . . . 247
Mr. Brown . . . . . . . . . . . . . . 251
Mr. Brown . . . . . . . . . . . . . . 252
Mr. Brown . . . . . . . . . . . . . . 256
Ms. Heyer . . . . . . . . . . . . . . 261
Mr. Brown . . . . . . . . . . . . . . 262
Mr. Reilly . . . . . . . . . . . . . . 262
Mr. Brown . . . . . . . . . . . . . . 263
Mr. Reilly . . . . . . . . . . . . . . 266

DEPOSITION EXHIBITS Page

Exhibit 480 marked . . . . . . . . . 39
Exhibit 481 marked . . . . . . . . . 70
Exhibit 482 marked . . . . . . . . . 77
Exhibit 483 marked . . . . . . . . . 79
Exhibit 484 marked . . . . . . . . . 81
Exhibit 485 marked . . . . . . . . . 83
Exhibit 486-487 marked . . . . . . . 141
Exhibit 488 marked . . . . . . . . . 149

APPEARANCES

CHAD J. STEPAN, Attorney at Law, 33 South 6th Street, Suite 4200, Minneapolis, Minnesota 55402, appeared on behalf of Weis Builders.

LORI SEMKE, Attorney at Law, 333 South 7th Street, Suite 2900, Minneapolis, Minnesota 55402, appeared on behalf of Healey Ramme Company.

ANDREA REISBORD, Attorney at Law, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, Minnesota 55416, appeared on behalf of Westfield Insurance Company.

LEO BRISBOIS, Attorney at Law, The Crossings, Suite 120, 250 Second Avenue South, Minneapolis, Minnesota 55401, appeared on behalf of Valley Forge Insurance Co.

WILLIAM D. HULL, Attorney at Law, 8500 Normandale Lake Boulevard, Suite 2100, Bloomington, Minnesota 55437, appeared on behalf of Elness Swenson Graham Architects.

MARK BROWN, Attorney at Law, 1800 U.S. Bancorp Piper Jaffray Plaza, 444 Cedar Street, St. Paul, Minnesota 55101, appeared on behalf of the Waterproofing by Experts, Inc.

PATRICK REILLY, Attorney at Law, 200 Riverview Office Tower, 8009 34th Avenue South, Minneapolis, Minnesota 55425, appeared on behalf of Colloid Environmental.

MARK PRYOR, Attorney at Law, 5411 Circle Down Avenue, Suite 100, Minneapolis, Minnesota 55330, appeared on behalf of Chris Craft Industrial Products.

CHANDELLE L. HEYER, Attorney at Law, 610 Ottawa Avenue North, Minneapolis, Minnesota 55422, appeared on behalf of JBerd.

BRIAN BAUMGARTNER, Attorney at Law, 3320 West Owasso Boulevard, Shoreview, Minnesota 55126, appeared on behalf of Mikesh, Inc.

* * *

WHEREUPON, the following proceedings were duly had, to-wit:

AL THOREEN,

after having been first duly sworn, deposes and says as follows:

EXAMINATION

BY MR. STEPAN:

Q Mr. Thoreen, my name is Chad Stepan. I'm one of the attorneys for Weis Builders in this matter. Have you ever had your deposition taken before?

A No.

Q Just kind of go over some ground rules as to what's going to go on here. You just took an oath, that means the testimony you're going to give has the same force and effect as if you were to give it in a court of law; do you understand?

A Yes.

Q You can answer out loud out here today, say yes or no as opposed to shaking your head or nodding your head or ah-ah, uh-huh, because those things don't transcribe very well for the court reporter; okay?

A Yes.

Q I'm going to ask you some questions. When I am finished, the rest of the counsel will likely have some questions for you, too; okay?

A Yes.

Q If you don't understand a question that I ask you, please ask me to repeat it or to clarify it, otherwise I'm going to assume that you understood it.

A Yes.
Q If you don't hear a question that I ask you, please ask me to speak up, to say it again, otherwise I'm going to assume that you heard it.
A Yes.
Q Give me your full name, sir?
A Allan Eugene Thoreen.
Q How old are you, Mr. Thoreen?
A 44.
Q Where do you reside?
A Taylors Falls, Minnesota.
Q What is your street address there?
A 16822 Wild Mountain Road, Taylors Falls.
Q How long have you been at that address?
A 12 years.
Q Any plans to move?
A No.
Q Are you a high school graduate?
A Yes.
Q What high school?
A Chisago Lakes.
Q When did you graduate from high school?
A '77.
Q Did you go and pursue any other education after that?
A No.

Q Entered the work force?
A Yup.
Q Did you look at any documents in preparation for your deposition here today?
A No.
Q Did you talk to anybody at Waterproofing by Experts about your deposition?
A Just my boss, he told me it was coming up.
Q Is that Steve Messerich?
A Yes.
Q What did Mr. Messerich have to say to you about your deposition?
A Just go in and tell the truth.
Q Anything else?
A No.
Q What was your first job out of high school?
A I was farming.
Q A laborer for somebody else?
A Yes.
Q How long were you in farming?
A All through school and two years after school.
Q What did you do after that?
A Come to work for Steve Messerich.
Q At Waterproofing by Experts?
A Yes.

Q You have been with Waterproofing by Experts ever since?
A Yes.
Q What was your first position at Waterproofing by Experts?
A Laborer.
Q Has your position changed over time?
A Yes.
Q Take me through the positions you have held at Waterproofing by Experts?
A Just a laborer, and then I became a foreman, run crews.
Q When did you become a foreman?
A About 12 years ago.
Q About 1991 or so?
A Yes, somewhere around there.
Q Do you know how long Waterproofing by Experts has been in existence?
A No, I do not.
Q Rather than saying Waterproofing by Experts every time, I'll refer to them as WBE.
A Right.
Q When you started at WBE, how many people worked there?
A I believe there was eight of us.

Q Has that number stayed constant through your time there? Has it become more or less?
A It's gotten more.
Q How many people work there today?
A About 12.
Q Are you familiar with the Promenade Town Homes project that's at issue in this lawsuit?
A Yes.
Q How many people worked at WBE at the time of the Promenade project?
A Probably about five.
MR. BROWN: Do you understand his question? Company-wide, how many employees were there of the company?
A At the time?
BY MR. STEPAN, CONTINUING:
Q Yes.
A At that time we had gone up and down. We get more work. At that time that was the only project that I believe we had going, so I think there was only about five of us.
Q Were you the foreman for WBE on that project?
A Yes.
Q Do you recall the people who were in your crew at Promenade?

A Pardon?
Q Do you recall who the people were that were in your crew at Promenade?
A What do you mean? Do I know who they were?
Q Yes.
A Yes.
Q Who were they?
A Jeremy.
Q Who else?
A There was a Mike. I can't think of -- I think there was some guys that had quit, that I don't even remember their names, too.
Q People have quit since?
A Right.
Q How long had Jeremy been with WBE prior to Promenade?
A About three years.
Q How long had Mike been with WBE prior to Promenade?
A Couple of years, but he no longer works for us.
Q And any other gentlemen whose names you couldn't recall? Do you recall what kind of experience they had or how long they had been at WBE prior to Promenade?
A Probably a year.
Q Did you have any concern about any of the people in your crew about their experience as waterproofers?

A No.
Q Have you ever had any problems with any of the people in your crew with other projects prior to Promenade?
A No.
Q How often was Steve Messerich out on site at Promenade?
A He would come every now and then. I can't count how many times.
Q Once a week, once every two weeks?
A I'd say once every couple.
Q Just to see how the work was going?
A Yes.
Q Would you consider Promenade to be a typical project for WBE? What I mean by that was, was it bigger than normal, harder than normal?
A It was normal.
Q Had you done bigger projects?
A Prior to that time?
Q Yes.
A I don't remember.
Q Since then have you done bigger projects?
A No.

MS. REISBORD: What was the answer to that question?

MR. STEPAN: He said no.

Q Be fair to say this is one of the bigger projects WBE worked on since you been there?

MR. BROWN: Hold on, just object in terms of vagueness. What do you mean by big, Chad, square footage, or materials or what?

BY MR. STEPAN, CONTINUING:

Q Square footage-wise, square footage of the waterproofing you are putting down?

A I would say that it's about -- we have done jobs about the same size.

Q None any bigger, though?

A Not all at one time, no.

Q How about dollar-wise?

A I have nothing to do with that.

Q I believe you said that you thought this was -- as you look back, you thought this was the only project you guys were working on at that time?

A Well, we had a couple of other small things going, but that was the big job at that time of that year.

Q Would you ever have to leave the site to go to the other jobs?

A No.

Q Would any of your crew people have to leave the site to go to other jobs?

A We would divide up at the shop. I would go to the

Promenade.
Q Were there times at Promenade where you would have less than five people out there?
A Yes.
Q The other guys would be at --
A At another job.
Q When did you first became aware that WBE was going to work on this Promenade project?
A Probably in the winter before we started, because we started that job, I believe, in the spring.
Q So winter of '96, '97, going into the spring of '97?
A I don't remember what the year was.
Q Do you recall if you learned of it after the new year?
A Yes.
Q How did you learn about it?
A Steve Messerich told me about it. And I would go out and just check the job over real quick before we started.
Q When Steve first told you about it, what did he have to say about it?
A What do you mean?
Q Did he explain to you what kind of job it was going to be, what kind of materials you were going to be using, things like that?

A Yes, he told me about that.
Q What did he say?
A Just told me that we got this job coming up down in Eagan. And he told me the products that we're going to be putting on it, and he told me to go out and just check the job out.
Q When you went out to check the job out the first time, is that still during the winter?
A Yes.
Q How many times did you go out to the site before you actually started doing work?
A Two times.
Q Did anybody go with you when you went out there those two times?
A No.
Q What did you do the first time you went out there?
A Just go out there and check how the process is going.
Q What do you mean by that?
A When the process was going on, what time we would be able to start, and they tell me a month away yet or something. Then I would go out there a week before we were going to start, make sure that everything is ready to go.
Q Did you do anything else while you were out there?
A No.

Q Did you take any notes?
A No.
Q Take any pictures?
A No.
Q How long after the first time you visited the site or the second time you went out?
A I don't remember.
Q What did you do the second time you were out there?
A Just make sure that everything looked like it was ready to go. Masonry was done.
Q Did you take any notes that second time?
A No.
Q Take any photos?
A No.
Q Was that second time about a week before you actually started there?
A Yes.
Q You're familiar there is six buildings out at this project?
A Yes.
Q The first time you were out there, what was the state of the project, framing up or --
A Building number 6 was in the process of being built.
Q Any other buildings been started?
A No.

Q How far along was building number 6?
A Probably about three quarters of the way.
Q Were the precast planks set in the floor of the courtyard at that time?
A That was all done.
Q The block walls were setup in the courtyards?
A They were working on that.
Q Did you notice if any of the drains that are in the precast planks, if those had been placed at that time?
A The second time they were.
Q Not the first time?
A No.
Q Did anything jump out at you the first time you were out there? Did you have any questions about anything?
A Yes.
Q What questions did you have?
MR. BROWN: Just on the second time, Chad?
MR. STEPAN: The first time I said.
A Oh, the first time?
Q Yes.
A No, nothing.
Q The first time you didn't have any questions?
A No.

Q Second time, how far long was the project?
A We were getting ready to -- they were going to move to the next building, so then I talked to Les about coming out here and work, and he says in about a week or so he had some cleaning to do. Then I suggested something about the drains.
Q You said moving to the next building, going to building 6 to building 5?
A Right.
Q What did you suggest about the drains?
A That they should be recessed into the precast.
Q Who did you suggest that to?
A Les.
Q What did Les say about that?
A He told me that the way they were supposed to be.
Q Did he say anything else?
A No.
Q Did you ever talk to the mechanical subcontractor about the drains?
A No.
Q Why did you want the drains recessed into the precast?
A Because I'd never seen anything like that before.
Q How were they?
A They were two inches above the precast.

Q Had you ever worked on a precast deck before?
A Yes.
Q How many times prior to this project?
A Many. I can't count how many.
Q Pretty common for you?
A It's pretty common.
Q Did you have any response for Les when he says that is the way the drains were supposed to be?
A I just said they should be recessed in so the water will get down to the drains. Right now there would be water on the deck at all times.
Q Did he have any response to that?
A No.
MR. BROWN: Other than what he already said?
BY MR. STEPAN, CONTINUING:
Q In response to Mr. Thoreen's comment that there would be water on the deck at all times.
A No.
Q Did you have any concerns about installing the waterproofing on the deck with the drains 2 inches above the precast?
A No, because they told me that's the way it was supposed to be, so that was the design, so --
Q They didn't think there would be any problem with

tying waterproofing into those drains?
A No, because I had them cement around them.
Q What do you mean by that?
A Make like a cone around them.
Q So slope down?
A No, like a little cone.
Q Who did you have do that?
A I talked to Les and had the masonry guys do it.
Q Why did you want a cement cone around the drains?
A Because you could throw a cat through the drain otherwise. Just a big hole there.
Q This cone is around the drain itself?
A Right.
Q The cone have anything to do with your waterproofing, help you tie it into the drain?
A Yes, to make it go up the drain easier.
Q Did you have any other suggestions for the drains?
A No.
Q Any other questions about the drains?
A No.
Q Did you have any other questions about the project when you went out there a second time?
A No.
Q Were you involved at all in putting together WBE's bid for the project?

A No.
Q Is that something Steve takes care of?
A Right.
Q You don't provide any help with the takeoffs or estimates or anything like that?
A No.
Q Did you see any of the other waterproofing bids for this project?
A No.
Q What was your understanding of the work that WBE was going to be doing at the project?
A We were going to be doing the waterproofing on the deck.
Q That included the precast --
A Right.
Q -- deck?
A That's the deck.
Q And your waterproofing also included the vertical walls of the courtyard, as well?
A Yes.
Q Are there other areas of the project other than the courtyards that WBE waterproofed?
A Yes.
Q What other areas?
A We did the foundation walls.

Q That would be on the exterior of the buildings?
A Yes.
Q Any other areas that WBE waterproofed on the project?
A No.
Q Are you familiar with the links between buildings 1 and 2, and there is a link between building 4 and 5?
A Yes.
Q Did you waterproof in those areas, as well?
A Yes.
Q Prior to going out to do your work on the project the first time, did you ever see any plans for the project?
A The first time, no.
Q When did you --
A Not until we started the job.
Q So the first day you went out there to actually do work is the first day you saw the plans?
A Right.
Q Do you recall what plans you looked at or what pages of the plans would have been pertinent to your work?
A I don't remember.
Q And when I say page, I'm not looking for a specific page number A5.1, but do you recall what kind of information you were looking for so that you knew where to do your work?

A I talked to Les and I asked him what building he wanted us to start on, and where he wanted us to start. He would show me in the waterproofing section, and he point me in the direction, and I would look at them, and go out and do my job.
Q You said in the waterproofing section. What do you mean by that?
A Well, for the deck areas, you look in to see what the waterproofing has to be installed.
Q That's on the plans?
A Right.
Q Those are the plans the architect put together?
A Right.
Q How about for the vertical walls, did you look at plans for those, too?
A Yes, that was all in sequence with it. What do you mean by vertical walls? The exterior walls or the deck walls?
Q That's a fair question. The block walls in the courtyards?
A That was on there, too.
Q Do you recall what kind of waterproofing you installed in the courtyards at the Promenade?
A Yes, it was a Volclay Swelltite product.
Q Have you ever installed this product before?

A Yes.
Q How many times?
A I don't remember.
Q Are you familiar with the company Cetco?
A Just that I have heard of it before. I'm not familiar with it.
Q Do you know who makes the waterproofing that you installed at Promenade?
A I would assume it would be Cetco, wouldn't it?
Q That is true. Did you ever meet with anybody from Cetco to talk about this project?
A No, I didn't.
Q Prior to doing your -- prior to doing your work, had you ever talked to the owners of the project?
A No.
Q Mr. Healey or Mr. Ramme?
A I wouldn't know them if they walked in front of me.
Q So you never talked to either of them during the project?
A No.
Q Were you involved at all in negotiating the subcontract, the WBE subcontract on this project?
A No.
Q That's something Steve takes care of?
A Right.

Q Did you ever see WBE's subcontract for this project?
A No.
Q Steve ever tell you what was in the subcontract with regard to what WBE is supposed to do out there?
A He didn't talk to me anything about this, the contract. He would give me a takeoff sheet and that's what I would go by.
Q What would be on the takeoff sheet?
A Dimensions of the decks and the walls.
Q Anything else?
A No.
Q Would they give that to you at the beginning of the project?
A Yes.
Q Had you ever worked with Weis Builders prior to this project?
A I don't remember.
Q Have you worked with them since?
A Yes.
Q How many times?
A Two times.
Q What is your opinion of them as a general contractor?
A Average.
Q You've worked with some that are better and some that are worse?

A Yes.
Q Did you ever work with the architect for Promenade? Have you ever worked with that architect prior to the Promenade project?
A No.
Q Worked with them since?
A No. What do you mean by since? I don't know the architect, so I don't know.
Q Do you know who the architect was for the Promenade project?
MS. REISBORD: Was your answer you don't know whether you've ever worked --
A The way I took the question was, did I work for the architect at another project before, and I don't know.
MR. BROWN: Well, do you know who the architect was at Promenade?
MR. STEPAN: He said no.
A I wouldn't know him, no.
Q Any of the other subs on the Promenade project, did you ever work with any of them before?
A Pardon? Say that again.
Q Any of the other subcontractors that were out there, had you ever worked with any of them prior to the Promenade project?

A Yes.
Q Who?
A Steenberg-Watrud, the masonry.
Q Any others?
A No.
Q Have you ever worked with any of those subs since this project?
A Yes.
Q Who?
A Steenberg-Watrud.
Q What is your opinion of Steenberg-Watrud as a masonry sub?
A They are average.
Q You said you had installed this kind of Volclay Swelltite waterproofing before; right?
A Yes.
Q Prior to the Promenade project, did you ever have any problems installing that waterproofing on any projects?
A No.
Q Did you ever see the Cetco literature prior to the Promenade project for how to install the Volclay Swelltite that you installed?
A I seen it but I don't remember everything on it.
Q Did you look at it for the Promenade project?

A Yes.
Q Do you recall why you looked at it?
A Because we were using two different systems out there. Well, they weren't two different systems, just one was a liquid and one was the sheet goods.
Q What liquids were you using?
A I couldn't recall the numbers.
Q M2000, does that sound right?
A That sounds right.
Q And the Volclay Swelltite, the waterproofing that you are using, you also heard of that as called Swelltite 3000?
A Right.
Q That's what you installed at Promenade?
A Right.
Q Do you know if the liquid waterproofing that you used, that was also a Cetco product?
A Yes.
Q You looked at the literature to see how you could have those two work together?
A Yes.
Q Do you recall for what part of the installation?
A Because you had to put the liquid on first because you had to let it cure out for a certain amount of hours before you could put the sheet goods on.

Q Where did you put the liquid?
A On all joints of the precast, and all joints for the knee wall would meet the precast.
Q What do you mean by knee wall?
A It's a wall that's about three, four blocks high, is what I call a knee wall.
Q So it would be the four vertical walls that make up the courtyards?
A Right.
Q Why do you put the liquid on the precast joints?
A So we can roll up the membrane up the side easier.
Q How does it help that?
A You don't have such a straight vertical. It's a nice cove.
Q That is why you put it at the base of the knee wall?
A Right. It's part of the system.
Q So you put it along the base of the knee wall where it meets the precast so you can -- it's easier to roll the waterproofing from the deck up the wall?
A Right.
Q And did you also put the liquid in the actual joints of the deck itself?
A The joints were mortared up first, and then we put the liquid membrane on top of that.
Q Do you know who mortared the joints?

A Molene Concrete.
Q Do you know why you put the liquid on top of those joints in the precast?
A Liquid?
Q Yes.
A What kind of liquid?
Q The M2000?
A Because it's a -- it's a joint there. It's like another -- you put prestrips there like another precaution.
Q To keep water out?
A I don't know the real answer what I'm looking for. Yes, keep the water out of there.
Q These knee walls in the courtyards, they are block walls?
A Right.
Q And so there is joints between each block?
A Yes.
Q And is there mortar put in those joints, too?
A Yes.
Q Was the mortar such that it was flush with the edge of the block?
A Yes.
Q Is that something Molene did, as well?
A No.

Q Who did that?
A Steenberg-Watrud.
Q Did you ever come across any of the knee walls at any of the courtyards of Promenade where the mortar wasn't flush with the blocks?
A Are you just talking on the knee wall now?
Q Yes.
A No.
Q How about on the deck itself?
A If there was a hole or something or something that the mortar fell through, I would have them remortar it.
Q So the mortar on the decks would be flush with the top of the deck, too?
A Right.
Q Were there any waterproofing specifications for this project, spec book, outline spec?
A Yes, there is.
Q How about for the courtyards?
A For the courtyards, I don't remember the courtyards, but there is a spec book just for waterproofing. It's a half a dozen pages.
Q Did that concern the courtyards at all or was that just for the courtyard foundation walls?
A It concerned the installation of the waterproofing.

Q For the whole project?
A For the whole project.
Q Do you know if WBE was an approved applicator for Cetco at the time of the Promenade project?
A No, I don't know.
Q That's not something you handle?
A It's not, no.
Q Something Steve deals with?
A Yes.
Q Do you recall there being any people from Cetco out at the project checking on the waterproofing work?
A No.
Q How about if I were to throw some names at you. John Weigand?
A No.
Q How about Tom Suter?
A That name sounds familiar.
Q Do you recall speaking to Mr. Suter on this project?
A Yes.
Q When did you speak to Mr. Suter?
A I think the job was done with, though. It was when we were doing some injecting, I believe.
Q Had you ever worked on a project like this before where you have got the enclosed courtyard that you are waterproofing, where you are waterproofing the

walls and the floor?
A Yes.
Q Did you know that there were garages underneath the courtyards?
A Yes.
Q Did you know there was also living space underneath part of the courtyards?
A Yes.
Q Had you ever worked on a project, any other -- have you ever worked -- had you ever worked on a project prior to this where you had a deck and some walls and there was living space beneath that deck?
A Yes.
Q How many times?
A I don't know.
Q So this kind of installation wasn't something unusual for you?
A No.
Q Do you know if WBE issues any warranties for its work?
A That I do know.
Q What do you know about that?
A They just give a warranty out after we're done with the job, I know that.
Q Do you know how long the warranty is for?

A No, I do not.
Q Is there an actual piece of paper that says this is our warranty?
A I haven't seen it.
Q You just know that there was a warranty that goes with the work?
A Yup.
Q Have you ever heard of the project called Southwind?
A No.
Q Did you know that there was a project in Burnsville that was built about 10 years before the -- eight years before the Promenade project that's almost just the same as Promenade?
A No.
Q I'm going to represent to you that there is this project, Southwind, that's in Burnsville, that is very similar to Promenade. It has similar kind of buildings with courtyards in-between them, garages below them, living space. They are the same people who own Promenade, put together the Promenade project. Healey-Ramme also did the Southwind project, the same architect that put together design for Promenade, also, put together designs for Southwind; okay?
A Right.

Q Would it have been helpful for you in working on the Promenade project to see what was done for waterproofing at the Southwind project?
A I couldn't give you a correct answer on that one.
Q There was some leaks at the Southwind project. Would you be interested in knowing that information?
A No.
Q Why wouldn't knowing that there were leaks -- you said there were leaks in the courtyards out at Southwind. Would that information have interested you at all in going into the Promenade project?
A I couldn't give you a correct answer on that one.
Q Is this the first time you've ever heard of this other project?
A Yes.
Q Do you know who Brent Anderson is?
A Yes.
Q How do you know Brent Anderson?
A He is another waterproofer, competitor.
Q Ever talked to him about the Promenade project?
A No.
Q Do you know, does he use a certain kind of waterproofing for his projects?
MR. BROWN: Right now? 2003, or over time.
MR. STEPAN: Right now.

A He uses all kinds of waterproofing, that's what he does.
Q Do you have any knowledge about any money that WBE claims it's owed for this project?
A No, I do not.
Q Are you familiar with the term design/build?
A No.
Q Never heard that during your work?
A No.
Q If I were to tell you that the waterproofing work on the Promenade project was design/build work, that wouldn't mean anything to you?
A No.
Q It's your understanding that WBE was to provide all the waterproofing material for this project?
A Yes.
Q Did you have any role in selecting the material for this project?
A No.
Q Something Steve did?
A Yes.
Q Do you know if WBE ever put together any as built drawings of the work it did on this project?
A No, I do not.
Q Would that be something -- well, in any of the

projects you worked on for WBE, did you ever put together as built drawings?
A No.
Q Would that be something you would be involved in?
A No.
Q Steve would know something like that?
A Yes. Could I say something?
Q Sure.
A What do you mean by something to do with the building? I mean -- you mean Steve's got something involved in saying on the waterproofing or what?
Q I'm not --
A Wouldn't that be architectural, too?
Q What would be architectural?
A As built drawings.
Q Well, I will tell you that the subcontract that Waterproofing by Experts entered into says the subcontractor agrees to provide all closeout documents, submittals and as built drawings. I'm just wondering if you're familiar with anything about as built drawings for the project?
A No.
Q You were of the understanding that the architect has put together as built drawings?
A Yes.

MR. HULL: Objection, foundation.

BY MR. STEPAN, CONTINUING:

Q Did you install drainage board on top of the Swelltite 3000?

A Yes.

Q Do you know what kind of drainage board it was?

A No, I don't right offhand. I don't know the numbers right offhand.

Q Was it a Cetco product?

A Yes.

Q Then you put insulation on top of that?

A Yes.

Q Do you recall how thick the insulation was?

A Two inch.

Q The drainage board and insulation were also applied to the vertical walls in the courtyards?

A Yes.

Q Did you monitor the backfill of that was put in over the top of your waterproofing work at all?

A What do you mean by monitor?

Q Did you watch it, watch them backfill the buildings?

A No.

Q Do you know if anybody from WBE watched the backfill get put back in?

A No.

MR. BROWN: You don't know?

THE WITNESS: No.

MR. STEPAN: I'm sorry, now I am confused.

A Well, the way I'm taking your question, was I there and supervised them.

Q Did you watch -- I'm not asking if you supervised the backfill, did you watch it --

A No.

Q -- happen? Do you know if anybody from WBE watched the backfill being put in?

A No.

Q Did you know that WBE's subcontract called for WBE to monitor the backfill operations to make sure there was no penetration of the system?

MR. BROWN: Object, foundation. He's already disqualified himself from answering any question about the contents of the subcontract. He said he never saw it and wasn't involved in negotiating it.

BY MR. STEPAN, CONTINUING:

Q Did you know that?

A No.

(WHEREUPON, Thoreen Deposition Exhibit 480 was marked for identification by the court reporter.)

Q Showing you what was marked as Exhibit 480, it's a

12-page document, provision 7, Thermal and Moisture Protection, Section 07110, waterproofing. Would you please take a look at that.

MR. REILLY: Does that have any Bate stamp numbers on it?

MR. STEPAN: It does not. Part of it was marked as Exhibit 145.

A (Witness examines document.)

(WHEREUPON, a short recess was taken.)

Q Mr. Thoreen, I put in front of you Exhibit 480. Have you seen that document before?

A Yes, I have.

Q What is it?

A It's about the materials and the job conditions and stuff like that. But I also look here --

MR. BROWN: He just asked you if you seen it before and what it is.

A Yes.

BY MR. STEPAN, CONTINUING:

Q Is that the waterproofing spec that you referred to before?

A Before --

Q Earlier today you talked about there being --

A About the job?

Q Earlier today you talked about there being a

specification for the waterproofing that you looked at. Is this document that specification?
A It's a waterproofing section, but it's the below grade stuff from what I see here.
Q Below grade, you mean the foundation wall?
A Foundation walls.
Q Do you know, as you sit here today, if there was a waterproofing specification for the courtyards? Put aside the plans, anything on the plans. Do you know of any specification like this that existed for the waterproofing in the courtyards?
A I don't remember.
Q Mr. Thoreen, I am showing you -- this is a roll of drawings for the project, Promenade project that was previously marked as Exhibit 72. And we talked earlier about drawings that you looked at to find out where your waterproofing was to go. Do you recall that?
A Yes.
Q Can you show me, and looking at these drawings to what you would have looked at to do your work on this project? Feel free to go ahead and flip through them.
MR. BROWN: Are you asking him what he was shown to do his work?

MR. STEPAN: What he looked at so he could --
A Les showed me from the beginning where the waterproofing was on the project.
Q What do you mean by that?
A Like, say, for instance, building 6, we go to building 6, and show me where the deck area was, where the waterproofing goes.
MR. HULL: On the plans or --
THE WITNESS: Right.
BY MR. STEPAN, CONTINUING:
Q So for instance, here we're looking at drawing A1.6A, which is building 6?
A Uh-huh.
Q Garage level and courtyards level. What would Les tell you about where the waterproofing is to go?
A Waterproofing would be in this area here (indicating), but then you got to go another section, you got to take a cutout of a different area here.
Q So he'd point out to you, waterproofing got to go in the courtyard area?
A Right. Then he go to another area, show me another cutout of it.
Q Cutout meaning like a cross-section?
A Yes.

Q Something like this?
A Yes.
Q So looking at A5.1, of Exhibit 72, and details 4 and 3 show a wall section for a typical building, and you have got the wall and the courtyard in-between. Is this the kind of cross-section you're talking about?
A Yes, but there was another one.
Q A4.1, something like this (indicating)?
A No.
Q Do you want to flip through?
A (Indicating).
Q Flip through here to look for the cutout you're looking for.
A Something doesn't look right. I can't find it right --
Q Is it a cross-section --
A Yes.
Q Of the courtyard walls, is that what you're looking for?
A These are not -- that isn't what I'm looking for. I can't find it right now.
Q It's not A4.1?
A No.
Q Or A4.2?
A No.

Q It's not a cross-section of 5.1. Is it this one?
A I thought there was another one, but maybe that one was the one.
Q Figure on A6.1?
A No.
Q How about 7.1?
A I see the waterproofing below grade here but I don't see it in the deck.
Q Do you know was it a structural detail?
A Yes, I thought there was.
Q S1.3, this is a typical exterior wall. Is that a foundation wall?
A That's a foundation wall.
Q Okay.
A This has been quite a few years. I don't remember.
Q How about here on S1.7, this is a typical stub wall of the courtyards. Is that the one you used?
A I don't remember. That's a courtyard stub wall picture there. It shows the waterproofing on there.
Q Where does it show the waterproofing on there?
A This dotted line here (indicating).
Q Running down the vertical and across?
A Yes. This is insulation. There is dirt (indicating).
Q Drawing S147, detail 5, Exhibit 72. Do you know if

this is the detail which you looked at to do your waterproofing?
A No, I don't. By looking at it, it's a courtyard area, it's got the knee wall there.
Q You see on this detail, S1.7, detail 5, do you see where the grade is on this detail?
A I think this is it there (indicating).
Q The cross hatch?
A Yes.
Q It's up above the top of the block wall; is that right?
A Yes.
MR. BROWN: That misrepresents. What the picture shoes is a 6 inch concrete block that extends up higher than the dirt. So unless you're referring to the bigger block then that's an inaccurate question.
A I'm not saying that this is the right picture, just it's in the courtyard area.
BY MR. STEPAN, CONTINUING:
Q Do you recall looking at any details to determine where to put your waterproofing in the courtyards?
A I don't recall the plan. I don't remember exactly where it was. I don't recall a picture. I mean, this is quite a few years ago now.

Q But you recall looking at --
A I recall.
Q Let me finish, sir. You recall looking at some detail --
A Right.
Q -- to determine where to put your waterproofing?
A Yes.
Q And that was for both on the deck and up in the knee walls?
A Right.
Q Let me show you what was marked previously as Exhibit 47. It's a detail from the structural engineer. It also relates to S1.7 on Exhibit 47. It's detail 9. Have you seen that before?
A I don't remember.
Q As you sit here today, all you can tell me is that you recall looking at some detail to determine where to put your waterproofing, but you don't know what detail it was; is that right?
A That's correct.
Q This Exhibit 47, the detail 9 for S1.7, you don't recall, as you sit here today, whether you ever seen this before?
A I don't remember.
Q How high up the vertical knee walls in the courtyards

initially when you first put in the waterproofing, did you believe the waterproofing had to go. How high up those knee walls?
A To the top of the block.
Q And you got that from the detail you looked at?
A Yes.
Q At that time, and this is initially when you first put in your waterproofing, where did you believe grade was going to be in the courtyards in relation to your waterproofing?
A Right at the waterproofing.
Q So the grade would be at the top of the block, as well?
A Right.
Q Where did you get that information, that the grade would be at the top of the block?
A In the blueprint.
Q Do you recall which drawing?
A No, I don't.
Q Any of it that we looked at here today?
A I don't remember.
Q On other projects you said you have done, you have waterproofed similar courtyard areas, areas similar to the courtyards at the Promenade; is that right?
A Right.

Q On any of those projects, was there dirt put into those courtyards, as well?
A The other jobs that I have done, they are not the same design as the Promenade, but yes, there is parking garages below.
Q Would there be dirt placed on top of the waterproofing you installed on these other projects?
A Yes.
Q And would you have to find out how high the dirt was going to be raised in determining how high you should bring the waterproofing?
A Yes.
Q On the other projects, what would you look to to determine how high the grade was going to be?
A First I would talk to the Sup, then he would show me in the plans. Then I could get familiar with the plans and then that's how I go about it.
Q You look to the plans to see where the grade was going to be?
A Right, the sup --
MR. BROWN: Misrepresents the answer he just gave, he said he talked to the sup and then looked at the plans.
BY MR. STEPAN, CONTINUING:
Q Did the sup tell you on these other projects where

the grade would be, or did you look to the plans to tell you that?
A The sup would tell me.
Q Would you concern that with the plans?
A Yes.
Q Did Les tell you how high the grade would be at the Promenade?
A Yes.
Q What did he tell you?
A He showed me in the plans.
Q So he didn't tell, he just pointed out the plans?
A Right.
Q You don't recall which plans he showed you?
A No, I don't.
Q Did you sit down with a copy of the plans and go through them?
A No. I just went out to the job, went up to the job shack, talked to Les, which was the superintendent at the time, and told them we're here to waterproof the decks. And he had showed me in the plans what had to be done, and he would show me where grade was going to be. And he said if you had any more questions, come book and talk to him.
Q That's what he did the day you came out there to actually start work?

A Yes.
Q While you were doing the waterproofing work in the courtyards at Promenade, did you ever notice that the top of the blocks, there are floor trusses on top of the block wall in the courtyards? Do you follow what I'm saying there?
A I believe the trusses were on the other side of the block.
Q On the inside of the building?
A Right.
Q Is that what you believe from the plans? Is that what you actually saw?
A I didn't sit and look at how the building was built. I just went in and did the waterproofing where I was told to do.
Q Do you recall coming across conditions on site where there were -- back up. Talked about these vertical knee walls in the courtyards --
A Uh-huh.
Q -- right?
A Right.
Q And some three blocks high; is that right?
A Three, four.
Q Did you ever come across conditions on any of those walls where on top of the very top block there was

wood --
A Yes.
Q -- on top of it?
A A plate.
Q A wood plate?
A Right.
Q Something like what's detailed in Exhibit 47, you have got three blocks and then a 2 by 6 plate?
A I don't know if it was just like it, but I remember seeing a plate there.
Q Be fair to say something like this (indicating)?
A I can't say fair, I mean, I don't know what was there. I remember seeing a wooden plate.
Q Did you bring your waterproofing up over the wood at those areas?
A No.
Q Why not?
A Because the waterproofing said just to go to the top of the block.
Q And that's the information you got from the plans?
A Right.
Q You said the first day when you out there to actually start your work, you went and talked to Les where you were supposed to put the waterproofing. He directed you to the plans, showed you the plans that would

tell you that information; correct?
A Correct.
MR. HULL: Object to the form of the question.
BY MR. STEPAN, CONTINUING:
Q Did you need any other information to do your work?
A No, I did not.
Q Did you need any instruction as to actually how to install the waterproofing itself?
A No, I did not.
Q You knew how to do that from all the other times you installed it?
A Correct.
Q Did you actually work hands on? Did you install the waterproofing yourself --
A Yes.
Q -- with your crew?
A Yes.
Q Did you encounter any problems installing the waterproofing on this project, installation problems?
A No.
Q I'm going to show you what was previously marked as Exhibit 289 in Mr. Messerich's deposition. Have you seen this document before?
A Yes.

Q What is that?
A This is what I referred to a takeoff from a while back.
Q That's what you use for the dimensions and where the waterproofing was going to go?
A Correct.
Q Do you see towards the top of the page, there is an entry that says Supplementary Conditions, Article Number; do you see that?
A Yes.
Q And it says none in spec book; do you see that?
A Yes.
Q Do you know what that refers to?
A No, I do not.
Q Can you tell me again, what did you use this information for, the information on Exhibit 289?
A For dimensions.
Q Did you order the materials from Cetco?
A No, I did not.
Q I show you what was marked as Exhibit 302 in Mr. Messerich's deposition. It's a photo of one of the courtyards under construction out at the site. Do you recognize in Exhibit 302 here, this is one of the courtyards out at the site?
A I recognize it, but I can't tell if that's the place

or not.
Q I am telling you it's at Promenade is where it's taken from. See in the left-hand side --
A 12-11-96, the job hasn't even been done yet.
Q It's prior to you getting out there; right?
A We didn't get out there until like April.
Q They were building buildings before you got there; right?
A Right.
Q I am telling you this is taken at the Promenade; okay? I am representing that to you. This photo was during the Promenade project at the Promenade site; correct?
A Right.
Q This is a photo of one of the courtyards. See on the left-hand side of the photo you have got part of the building being framed up; do you see that?
A Yes.
Q And base of the building you have got the block wall going down what would be the deck; right?
A Right.
Q See at the top of block there is some wood there; do you see that?
A That's not a real clear picture in my mind, but yes, I see something there, but I can't exactly tell what

it is.
Q It's not block, is it?
MR. HULL: I'll object to foundation. He said he can't tell exactly what it is.
A I mean, I can't tell exactly what it is. It's not a clear picture to me.
BY MR. STEPAN, CONTINUING:
Q Let me move onto other photos then. In the courtyards you have got two buildings, wings of buildings across from each other; right?
A Right.
Q Was the waterproofing on one side any different than the waterproofing on the other side, as far as going up the vertical walls?
MR. BROWN: You mean where it terminated or how high, or what do you mean?
BY MR. STEPAN, CONTINUING:
Q Just in general, was it any different?
MR. HULL: Object to the form of the question.
A I think one side had an extra row of block than the other side, but I don't remember right offhand.
BY MR. STEPAN, CONTINUING:
Q Either side, no matter how many blocks were in the vertical wall, you brought the waterproofing up to

the top of the block?
A Correct.
Q Were there buildings in which you waterproof where the siding was already installed before you waterproofed?
A On this job?
Q Yes.
A Yes.
Q And did that cause any problems for your waterproofing installation?
A I don't remember.
Q Would you run -- as you go up the vertical wall, would you run the waterproofing up underneath the siding, or would it terminate before you got to the siding?
MR. BROWN: In those cases where the siding had already been installed, you mean?
MR. STEPAN: Yes.
A Then again, it said to go to the top of the block.
Q Let me ask you if you recall -- do you recall how on the buildings where you were installing waterproofing where there is already siding put on, put on the buildings, did that siding come down below the top of the block; do you recall?
A I don't remember.

Q On the buildings where there was already siding installed, do you recall there being Tyvek underneath the siding?
A Not at that time, no.
Q What do you mean not at that time?
A I have seen it before, the Tyvek on the other buildings when there is siding.
Q Do you remember there being Tyvek on some of the buildings on this project?
A Not on the building that we were working on, no, I did not know.
Q You worked on all the buildings out there; right?
A Yes.
Q Were there times when you were installing waterproofing in the courtyards where there was Tyvek installed on the building you were working on?
A I don't remember.
Q Do you recall ever bringing your waterproofing up and underneath the Tyvek?
A No.
Q Do you recall ever having to run your waterproofing up underneath siding prior to any repairs during the actual installation?
A No.
Q Let me show you what's marked as Exhibit 111, another

photograph, another picture of the courtyard out at the Promenade site. Siding has already been installed on these buildings, and there is no waterproofing yet in the courtyards; right?
A Right.
Q And you see that there is Tyvek on the right side of the photo, there was Tyvek underneath the siding there?
A I see that.
Q And you see how the Tyvek comes down below the bottom of the siding on this photo?
A Yes.
Q As you are looking at the right-hand side underneath those first couple of entryways, you see some Tyvek there, the white, then there is some black, and you see some more Tyvek. Do you see that?
A Yes.
Q Do you know what the black material is?
A No, I don't.
Q Below the Tyvek there is no waterproofing installed on the vertical wall; right?
A Yes.
Q When you're doing the waterproofing work out there, did you install anything at the top of the block wall prior to putting any membrane in, put a liquid

flashing at the top of the wall or anything like that?

MR. BROWN: Do you understand his question?

A I understand his question, but what he is saying and what I am thinking are two different answers.

MR. BROWN: Why don't you just answer his question.

A These pictures were taken before we were even out there, looks like to me.

BY MR. STEPAN, CONTINUING:

Q Well, this one is dated May 6, '97, you indicated that you thought you were out there by then?

A But this would be a different building. I don't recall.

Q Well, my question, sir, was prior to installing any vertical waterproofing, any membrane up the vertical wall --

A No.

Q -- did you put any sort of liquid membrane at the top of the block?

MR. BROWN: Do you understand his question?

A No.

BY MR. STEPAN, CONTINUING:

Q You don't understand it?

A No.

MR. BROWN: Why don't you look at the picture again, and listen to the question.

BY MR. STEPAN, CONTINUING:

Q Why don't you take me through -- let's go about it this way. Take me through the steps that you took to install waterproofing at the courtyards from the time you get out there and there is no waterproofing in the courtyards, to the time you're done waterproofing?

A We go there, everything would be cleaned up. We go in and prestrip the precast joints, put a cove at the bottom of the block.

MS. REISBORD: What was that?

MR. STEPAN: Cove at the bottom of the block.

BY MR. STEPAN, CONTINUING:

Q What next?

A Then we put the horizontal membrane down.

Q Before you put the horizontal membrane down, would you detail anything around the drains in the deck?

A Yes, we would use the liquid.

Q And any other penetrations that there may be through the deck?

A Right, any penetrations going through the deck.

Q Then after that you would put the horizontal --

A Put the horizontal down.
Q What next?
A When you get to the vertical wall, you go up the wall with the membrane to the top of the block. We would tape with a tape that we would put on all seams of the membrane.
Q That's on the horizontal?
A Horizontal and vertical.
Q Do you recall what kind of tape it was?
A No, I don't know. It was part of the system.
Q Part of the products you received from Cetco?
A Right.
Q What next?
A We would put drain board down on the horizontal and on the vertical. Put two-inch insulation on the horizontal and vertical walls.
Q Anything else?
A Around all wooden posts.
Q What would you do around the wooden post?
A Put a liquid membrane around the wooden posts.
Q Would you do that before you put the horizontal down?
A Yes.
Q How high up the post would you put the liquid membrane?
A Foot, 16 inches.

Q Would you tie the horizontal membrane into the post at all?
A Yes.
Q How?
A We go up the side of the post a little bit and then tape it off.
Q Is that the same kind of tape you used over the seams?
A Right.
Q How high up would you bring the horizontal up the post?
A I don't remember that part.
Q As high as you brought the liquid membrane up?
A It's possible, yes.
Q You just don't recall?
A I just don't recall.
Q Anything else that you do in the courtyards?
A You go up the drains, go underneath the snapping ring.
Q What do you mean by that?
A Well, there is a ring on top.
Q Clamp?
A Yeah, clamping ring, sorry.
Q You say up the drains, does that mean up the little cement mound?

A Right.
Q Would you explain to me how you tied the waterproofing in with the drains?
A You take the clamping ring off and you would roll the roll up, and then it would all mould right around there, and put the clamping ring on top and cut the center out, center of the membrane that was covering the drain.
Q You clamp the ring down?
A Yes.
Q Anything else?
A No.
Q How about at the top of the vertical walls, how would you terminate that?
A Tape.
Q Same kind of tape you used on the seams?
A Yes. Back to your question, if there was anything else, we put a primer on the walls before we put the membrane on, too.
Q What kind of primer?
A It was a primer for the product.
Q Is that something you got from Cetco?
A Yes.
Q You don't recall what kind it was?
A No, I don't.

Q Did you put the primer on the horizontal deck, too?
A No.
Q Why just on the walls?
A Because membrane is heavy, you had to have something adhere so it would stay up.
Q Did you put any sort of a liquid flashing at the top of the walls, as well? Liquid membrane?
A I don't recall right offhand.
Q Were you ever involved with in any discussions during the project regarding how to terminate the membrane at the top of the wall?
A No.
Q Did you just do it the way you always done it?
A Right.
Q With regard to the installation -- let me back up. Anything else you did as far as installing the waterproofing to add to the list you just gave me here?
A Not that I recall.
Q When you said you detailed around the drains and any other penetrations there may be in the deck; right?
A Right.
Q How did you know how to do that?
A It's part of the system, you put -- it's like a detail work, you do all your penetrations, your

drains first.

Q As far as the actual detail work, did you look at the literature, the Cetco literature to find out how to detail around these drains, or is that something you know how to do from before?

A I don't recall looking at it, I just know.

Q Something you done several times?

A Yes.

Q Did anybody on your crew ever ask you any questions about how to install the waterproofing on this project?

A I don't remember that.

Q How about as far as detailing around drains or penetrations, anybody in your crew ever ask you how to do that?

A No, we pretty much have all done it.

Q When you go from the horizontal up the vertical wall, would you just continue the same roll of waterproofing, or would you stop at the bottom of the wall and then lap a vertical down over the horizontal?

A Just go right on up the wall.

MR. HULL: Off the record.

(WHEREUPON, there was a discussion off the record.)

BY MR. STEPAN, CONTINUING:
Q We talked about the wood post in this Exhibit 111, you can see the wood posts that are coming down from the canopies of the buildings. Are those the wood posts you're referring to?
A Yes.
Q And they were installed and attached to the deck before you started your work; is that right?
A Yes, they were.
Q Do you know whether the wood post that we're talking about in the courtyards, whether they were initially supposed to be concrete posts?
A No.
Q Would that have made any difference to you as to how you waterproofed whether wood or concrete?
A No.
Q You would have done the same thing with the membranes and up the post?
A Right.
Q Did anybody give you any instruction as to how to detail those wood posts?
A No.
Q That's something that you did based on your experience?
A Yes.

Q Did it concern you at all that the posts were already attached to the deck before you put your waterproofing in?
A I don't remember.
Q In your opinion, would it have been better to have the waterproofing actually run underneath the post as opposed to having the posts attached to the deck?
A Yes.
Q Why is that?
A Because where the posts sit, there is nothing under there.
Q And why is that a concern?
A It's possible water could get through.
Q Leaking down the -- wicking down the wood posts?
A Right. We just waterproof to the top. You didn't want to go any higher. You wanted to stay a little below grade. It's possible that water could seep down through the post.
Q Showing you what was marked as Exhibit 113 in a prior deposition, it's another photo of one of the courtyards out at Promenade. And you see in this photo there is insulation down. Do you see that?
A Yes.
Q And there is also vertical waterproofing coming up the walls. Do you see that?

A Yes.
Q At the top of the vertical waterproofing, it appears to be some sort of gray tape?
A That's tape we use to hold the drain board up. The waterproofing is behind it.
Q Is that tape taken off at any time?
A No.
Q Hold it up and the backfill is put in?
A Yes.
Q From this picture, you go ahead and you put insulation along those vertical walls; is that right?
A Yes.
Q Let me show you a photo marked as Exhibit 301 in the prior deposition. It's a pipe coming up out of the precast deck. Is that a condition you would have seen out at the site?
A Yes.
Q Would that be one of the drains and the pipe coming out of the drain?
A Yes.
Q Is that waterproofing around it or is that the drain board?
A Drain board.
Q Are you able to tell in that photo if -- let me back up. Would you tie the drain board into the pipe, as