well, like you explained how you tied in the waterproofing, would you tie the drain board, too?
A It's laying on top of the clamp ring.
Q Is that how you did it for all the drains?
A Yes.
Q How come you didn't run the drain board into the clamp ring like you did the waterproofing?
A Because you can't get a good seal around the drain then. The reason what the clamping ring is to seal the waterproofing to the drain.
Q Drain board is too thick to get a good seal?
A Yes.
Q Did you have any concerns about installing the drain board like that without having any clamp ring?
A No.
Q I am going to show you what was marked as Exhibit 115 in a prior deposition. We have got one of the drains from the deck; is that right?
A It looks like a drain but I can't clearly say that it is.
Q Do you know that's waterproofing or drain board around it?
A That's drain board.
Q Let me show you what was marked as Exhibit 411 in a deposition, it's Bate stamped 267. Is that one of

the drains you seen out on the site?
A Yes.
Q Is that drain board around it?
A Yes.
Q Is there any way to tell from the photos we've been looking at, any way to tell whether the waterproofing has been actually clamped into the clamp ring?
A No, you can't. It don't give a clear picture.
Q That part of it is not visible?
A Right.

MR. BROWN: Is not marked as an Exhibit.

MR. STEPAN: It was 411. I don't have one with a sticker on it, though. Mark that.

(WHEREUPON, Thoreen Deposition Exhibit 481 was marked for identification by the court reporter.)

Q Mr. Thoreen, I'm going to show you what's been marked Exhibit 481, another photograph from the project. This is a picture of a vertical wall in one of the courtyards. Do you know what the black material is over the vertical wall?
A That is a primary adhesive.
Q The black material on the right-hand side of the photo?
A Yup.
Q Do you see how there is some black material that runs

up over the top of the block and then partially up the sheathing?
A Yes.
Q What is that? Or up the gyp board?
A Looks like a liquid membrane but I don't remember right how.
Q Is that something your company installed?
A I think so.
MS. REISBORD: You don't think so?
THE WITNESS: I do.
BY MR. STEPAN, CONTINUING:
Q You do believe that's something your company installed; right?
A Right. Now that I look at the picture, I just don't remember, it's so long ago.
Q Are you able to by looking at this block wall, are you able to tell if those joints in the blocks, the mortars put in those joints to bring them flush to the top of the block?
A Yes.
Q Are they flush?
A Well, you don't have your mortar flush on a block, they have a tool, though, use to tool it in.
Q So you have some indentation?
A Right.

Q Do you know if part of the Swelltite 3000 waterproofing system was necessary to have the mortar to be flush with the top of the block?
MR. BROWN: Top of the block?
BY MR. STEPAN, CONTINUING:
Q The edge of the block? Do you know if that was required by the Swelltite 3000?
A I do not know that.
Q At any time during the course of this project, did you change how you were doing your waterproofing work?
A What do you mean?
Q Did you bring the waterproofing up higher, change any of the detailing work, anything like that?
A I don't remember.
Q I am going to show you what was marked as Exhibit 282 in a prior deposition. Would you please take a look at that.
A (Witness examines document.)
MR. BROWN: Do you want him to read it first, Chad, or do you want to know if he recognizes it or what?
BY MR. STEPAN, CONTINUING:
Q If you just flip through the cover page, you will see that there is some information about the Volclay

Swelltite waterproofing; is that right?
A Yes.
Q Is this literature that have seen before?
A Yes.
Q When had you seen this before?
A When we first started to use the Volclay Swelltite.
Q Do you recall when that was?
A I don't remember.
Q Several years prior to the Promenade project?
A Right.
Q Do you recall looking at any literature like this in association with the Promenade project? Did you refer back to it at all to do your work in the Promenade?
A I don't remember.
Q You see up in the upper top right-hand corner of the Volclay literature there is some fax page numbers. Cover page is page 1; see that?
A Yes.
Q If you turn to page 5, see it says Section 9, masonry block walls; do you see that?
A Yes.
Q It says, "All mortar joints shall be completely filled and struck flush before membrane is installed to make sure block walls." Do you see that?

MR. BROWN: He just wants to know if you seen that.
A Yes, I do.
BY MR. STEPAN, CONTINUING:
Q What does that mean to you?
A Means to me that the masonry should be done before the membrane is put on.
Q When it says struck flush, what does that mean to you?
A Flush with the wall.
Q Right up to the edge of the block?
A Yes.
Q Did you ever see that condition on the vertical block walls at Promenade where the grout and those joints was flush with the block?
MR. HULL: Object to the form of the question.
BY MR. STEPAN, CONTINUING:
Q The mortar was flush with the block?
A Not that I remember.
Q It always had some sort of indent in it?
A Yes.
Q Did you ever point that out to anybody before you put your waterproofing up?
A Not that I remember.

Q Let me show you what's marked Exhibit 196. It's two photos, and I'm most interested in the photo on the bottom. See in that photo, in the picture in one of the courtyards, can you tell if that's waterproofing or drain board in the photo?
A Waterproofing.
Q How are you able to tell it's waterproofing?
A Because it looks like some of it is falling down here.
Q On the vertical walls?
A Yes.
MR. REILLY: What Exhibit is that?
MR. STEPAN: 196.
Q You see there is some over the courtyards?
A Yes.
Q And the liquid flashing is brought up the posts?
A Right.
Q On the vertical walls, the Exhibit membrane appears to be falling down off the wall; is that right?
A Right. We probably weren't done with the job yet.
Q Do you see underneath the membrane on the vertical membrane appears to be some substance stuck to the walls?
A (Indicating).
Q Here (indicating), over here (indicating); do you see

that?

A I see something here but I don't see nothing here (indicating). That looks like electrical cord to me.

Q Over here on the left side of the picture, do you see that (indicating)?

A Yes.

Q Do you know what that is?

A No, I don't.

Q Did you ever see where vertical membrane would have fallen off the walls and some of the waterproofing would be left stuck to the wall? The Bentonite material?

MR. BROWN: I object to the form of the question. I don't think anybody has testified that whatever supposedly appears on the wall was Bentonite.

BY MR. STEPAN, CONTINUING:

Q In any event, did you ever see that vertical waterproofing was falling from the walls and looked like some of the waterproofing is left stuck on the vertical walls?

A I don't remember.

Q Are you familiar with what makes up the Swelltite 3000, if there is a membrane on top, then there is some Bentonite below that, and then a water soluble

film underneath that?
A Yes.
Q Were you aware of that at the time of this project?
A Yes.
Q When you were installing the water soluble film, did you ever wet the surface of the wall to try to get some sort of adhesion between the membrane and the wall?
A No.
Q Just put primer on the vertical?
A Yes.
Q Did you ever wet the water soluble film to give it some kind of gooey to make it stick better?
A No.

(WHEREUPON, Thoreen Deposition Exhibit 482 was marked for identification by the court reporter.)

Q I'm going to bring you back to 196 for a second. The waterproofing falling off the vertical wall there, is that waterproofing you guys would have put something back up on the wall, or would you have taken a piece like that out and put a different piece in?
A We would have taken that out and put a new piece in.
Q Do you recall doing that on the project? I mean, taking a piece out that had been installed and replacing them with new?

A Yes, I have at times, yes.
Q On this project?
A Yes. But I don't remember how much.
Q Why would you do that? Why would you take that piece out and install a new one?
A Because it fell down, and if it didn't look right, I would replace it with a new sheet.
Q What about would make -- what would prompt you to replace with new? You said a new piece, you said it wouldn't look right. What about it wouldn't look right to cause you to replace it?
A Let's say we were at a certain stage on a Friday, and it rained a little bit over the weekend and something and fell down, it's not going to stick back onto the wall because the Volclay had already expanded a little bit. And with the plastic on the back of it would be have been dissolved away. So we replaced it with a new one and start over.
Q So you saw conditions like that where the Volclay had expanded some and --
A I remember some but not a lot.
Q You replaced that?
A Yes.
Q Let me show you what's marked as Exhibit 482, another photo. It's one of the vertical walls in the

courtyard, and it looks like a ladder sitting on top of some drainage board; is that right?
A Right.
Q And next to the drainage board up against the wall, is that membrane that has fallen from the wall?
A It looks like, but I can't --
MR. PRYOR: Which Exhibit are we looking at?
MR. STEPAN: 482.
Q You see there is some kind of crusty dried up material. Do you know what that is?
A Yes.
Q Do you know what that is?
A It could be dirt, it could be Bentonite, it could be anything.
Q You don't know?
A No.
(WHEREUPON, Thoreen Deposition Exhibit 483 was marked for identification by the court reporter.)
Q I'm going to show you what's marked as Exhibit 483, another photograph. The right-hand side of this photo, is that drain board?
A Yes.
Q And can you tell what the photo is running up against the wall, running across the picture?

A It's primer on the wall it looks like.
Q How about the material that's up against the wall?
A Same again, it looks like material but it could be anything.
Q Looks like waterproofing to you?
MR. BROWN: Which stuff are we talking about, Chad?
BY MR. STEPAN, CONTINUING:
Q This grayish stuff that is between the drainage board and the wall. Do you know what that is?
A It could be membrane that had fallen down, or could be dirt down in there.
MR. BROWN: He's talking about --
A The bluish stuff? No, I don't.
BY MR. STEPAN, CONTINUING:
Q You don't know what the dried out material is on top of that?
A Not right offhand.
Q Similar to the last one, could be the Volclay, could be dirt, you don't know?
A Right.
Q If this were membrane, is that the kind of membrane you would have replaced if you saw that condition?
MR. HULL: Objection, foundation.
A Yes.

(WHEREUPON, Thoreen Deposition Exhibit 484 was marked for identification by the court reporter.)

BY MR. STEPAN, CONTINUING:

Q Mr. Thoreen, I'm going to show you what's marked as Exhibit 484. It's another photo in the Promenade site. It's a picture looking into the courtyards. On the left-hand side of the photo, up against the wall, I see there is some water there.

A Looks like water.

Q Can you tell what kind of material is underneath the water, if it's waterproofing, drainage board or anything?

A No, I can't.

Q Next to the water, between that stream of water and the post, moving left to right on the photo, is that drainage board?

A Looks like it is.

Q Then is the rest of the courtyard, is that drainage board on top?

A Yes.

Q Do you know how long after you completed installing the waterproofing, how long after that the fill would be put in?

A They pretty much work right behind us. We get building done, or sometimes they would be right

behind us.
Q So same day or within a day?
A Within a day, depending on where they were and where we were. There is some days that we were -- we would be down around the corner and they would be filling in.
Q Now, it looks like on this photo, that it rained out there?
A Yes.
Q Did you ever install waterproofing during the rain?
A No.
Q You sent everybody home?
A Yeah, it's pretty typical.
Q Would you cover-up -- if you started waterproofing in the courtyards and it started to rain, would you cover-up what you had installed?
A We just taped up the seams is all.
Q When you come back to the site after the rain had stopped, would you check to see if any of the waterproofing had expanded, the Volclay had expanded?
A Not that I remember.
Q What you said before, there were times when you did see Volclay that had expanded; is that right?
A I seen it kind of expand a little bit, but I didn't put it on. Like I always cut old stuff off, if it

didn't look right, I would cut it off and put it on with a new sheet.
Q But you didn't specifically look to see after a day it had rained to see if any of the Volclay expanded or not; is that right?
A No, I didn't see any problems.
Q Did you take any photos during the project?
A I don't remember.
Q Do you know if anybody from your crew did?
A I don't remember.
Q Did you take any notes?
A The only notes that I would write down at the end of the day is who was working there and what we did for the day.
Q Daily log?
A Right, just the product that we put down, work on building, whatever number of building we were working on, or tunnel link.
(WHEREUPON, Thoreen Deposition Exhibit 485 was marked for identification by the court reporter.)
Q Just to clear up a question that I asked you before, I think the way I asked it, with an answer may not be clear, so I will ask it a better way.
After it would rain on the project, you guys would stop work and can't work in the rain.

When you would come back, would you ever check to see if any of the waterproofing had expanded?
A If it had fallen done or something I would look at it. If it would need to be replaced because it wouldn't stay up no more, yes, I could.
Q Other than if it would have fallen down, any of the horizontal waterproofing or anything like that?
A Right. No, I did not look at the horizontal.
Q Before we took a little break, we were just starting to talk about -- in fact, you kept a daily log during the project; is that right?
A Right.
Q Record what you did that day?
A Right.
Q Who was on the site?
A Right.
Q I'm going to show you what's marked as Exhibit 485, and I represent to you it's a document received from your attorney, and it's -- well, first of all --
MR. REILLY: Are they Bate stamped?
MR. STEPAN: No, they are not.
Q Tell me what they are. Does that look like daily logs? Flip through some of the pages.
MR. BROWN: Look through it just briefly.
A Yes.

BY MR. STEPAN, CONTINUING:
Q Those are the daily logs you're talking about?
A Yes.
Q Now, I will tell you that what we got from your Counsel was quite a few more than what I have got here. I pulled some of the logs out, just so we have some verification. I have numbered the ones that I have pulled out here in the bottom right-hand corner, so --
A Okay.
Q On this first page, you have got a list of people who worked on the project. Mike M., is that the Mike you were referring to earlier?
A Yes.
Q Then Jeremy is next?
A Yes.
Q Jeremy Jule?
A Right.
Q Is he still with your company?
A Yes.
Q And you said Mike is no longer with your company?
A Yes.
Q Then Corey is next?
A Yes.
Q Is Corey still with the company?

A Yes.
Q Do you know how long he had been with the company at the time of the Promenade project?
A I don't remember.
Q Go ahead and flip over to the next page. Do you see in the foreman's comments says, "Repair rubber on building 6 and north knee wall fell down."
A Yes.
Q Is that what we have been talking about?
A Yes.
Q By repairing rubber, would that be taking that piece out and putting a new piece in?
A Right.
Q If it was a piece that was part of the horizontal, would you cut it off then and just install a new piece of vertical?
MR. HULL: You mean the vertical?
MR. STEPAN: He said before the horizontal would run across and then he run that up the wall.
Q And if part of it came down the wall, you wouldn't take the whole piece out, you cut it off?
A Cut it off.
Q Where would you cut it off?
A Where it looked good. You cut the bad stuff off. Just pick a point where it looked good and snap the

line and cut her off.
Q So you're moving down the vertical --
A We'd replace the whole vertical wall.
Q You determine how far into the horizontal you need to go by whether it looked good or not?
A Right.
Q And by looking good, would you be looking to see if it had expanded or --
A Right.
Q Turn the next page, page 3, talks about finish with rubber on deck number 6, and put drain board down and insulation and did caulking; do you see that? Did caulking on number 5?
A Yes, I do see that.
Q What caulking is that referring to?
A I am referring, again, the precast joints with the liquid membrane.
Q The next page says put drain board on and some insulation on side and watch the backfilling. So nothing moved; is that right?
A I have it written there but I don't remember it.
Q You don't remember watching the backfilling?
A No. I mean, I seen him backfill, but it's not like I stood there, you know, all day and watched it.
Q The fact that you wrote it down that you watched the

backfill so nothing moved, you have a better record of what happened than what you recall today?
A Yes.
Q What did you mean by saying nothing moved?
A Like the insulation moved around.
Q Similarly on the next page it talks about watch to make sure none of the insulation doesn't pop up or backfill.
A Right.
MR. BROWN: What's your question, Chad? If that's what it says?
MR. STEPAN: Yes, that was what I asked him.
A Yes.
Q That's the same thing you just got done talking about?
A Yes.
Q On the next page, page 6, you refer to striping the joints. Is that what you talked about before where you put the liquid over the joints?
A Yes.
Q The next page, you talk about detail work on concrete joints, and cant on bottom, the detail work. Would that be the liquid in the joints?
A Yes.

Q The cant would be that cove?
A Right.
Q The next page says, "Had to pump water off deck and sweep before we could do anything. Started to move some drain boards." Do you see that?
A Yes.
Q Did you have to pump water off the precast during this project before you could put the waterproofing down?
A I don't remember us doing it. I thought Weis did it.
Q Does this refresh your recollection as to whether you did it or Weis did it on the project?
A I thought they did it.
Q In your notes, would you ever put down stuff other contractors would do? You just record the stuff you did; right?
A I might have helped them get the stuff setup, but they initially pumped it off themselves.
Q Who from Weis would do that?
A I don't remember.
Q Would this be off the precast itself?
A Right.
Q Was there anything else done to prepare the deck after water had been on it?
A No. If I read this right, "Probably had the water

pumped off the deck before we could lay any membrane down." That's the way I am taking it.
Q The next page says, "Finish drain board on deck and started to insulate flat area. We worked in rain until we all got too wet."
A We could put drain board down if in the rain and put insulation down.
Q You're not concerned about any of the waterproofing --
A No.
Q -- getting wet at that point?
A I wasn't, no. It might have started raining at noon or 1 o'clock, too, you know.
Q What do you mean by that?
A We were there working, it might not have started until the end of the day.
Q The next page, page 10 talks about 50 mile per hour winds blowing the insulation around. See that?
A Yes.
Q Did you ever have any problems with the wind damaging any of the membrane?
A Not the membrane.
Q Just blow the insulation around?
A Right.
Q The next page, you refer to putting mastic up to

grade on rough stone. Do you see that?
A Yes, I do.
Q What is rough stone, what are you referring to?
A Like facial block. It's more of a textured block.
Q Is the block on the --
A On the exterior walls.
Q So this is a exterior wall?
A Right.
Q It says did part of tunnel between 5 and 4. What work is that?
A Probably putting the liquid flashing on.
Q Can you tell us where you are doing that work from this?
A No, I can't -- well, it would be building 1.
Q It says, "Did part of tunnel between number 5 and number 4." Is that the link between 4 and 5?
A Can you repeat the question?
Q Sure. This tunnel you refer to between building 5 and 4, is that the link between those two buildings?
A Yes.
Q From this daily log, can you tell what you were doing? Says did part of tunnel. Can you tell what was going on there?
A Yes, we put the liquid -- or the liquid on the joints, because I got it written up here that we used

five gallons up there, and then we use -- that was on the vertical walls.
Q The next page, page 12 says you started to put the liquid membrane down over precast joints, and started to rain. Deck got too wet to put cold tar down. See that?
A Yes.
Q What is cold tar?
A That's referring to the liquid.
Q That's what would happen when it would start to rain, that you stop doing your work?
A Right.
Q Can you jump ahead to page 16. Looks like the foreman on that day was Mike Miller?
A Right.
Q Why would Mike Miller be the foreman on that day or at any time during this project?
A It's possible that I had to go to a different job for a while, or that day.
Q Mike Miller, the next guy in line with the experience-wise, that he becomes foreman?
A Right.
Q Do you recall during the project being some large rainstorms?
A Yes, I recall some.

Q During any of the rainstorms, were you in the midst of installing the waterproofing?
A No, I believe it was -- It was always over a weekend or like a Monday or a Friday.
Q Would there ever be any waterproofing that didn't have drain board over the top of it when these storms would occur?
A No, because we always tried to put the drain board down to protect it from the people walking on it.
Q Do know if any of the storms occurred prior to any backfill being put in?
A During the backfilling?
Q Prior to them filling in?
A I don't remember.
Q Did the storms that occurred that summer cause any problems for your work?
A We didn't work for a few days, everything was just too wet.
Q Do you remember there being problems with a construction of the link between building 1 and 2?
MR. HULL: Objection, form.
A Like for what.?
BY MR. STEPAN, CONTINUING:
Q They were having -- there is trouble figuring out how to construct that link.

A In the designing department?

MR. HULL: Same objection.

A No, I have nothing to do with that.

BY MR. STEPAN, CONTINUING:

Q Did you have to change the way in which you did your waterproofing work because of any events that occurred with the construction of the link between building 1 and 2?

A Again, during what -- I mean there was all kinds of stuff going on in that area. I mean, there was different stages that you got to go through, and I suggested stuff and stuff didn't -- they didn't want to follow-up on.

Q What are you talking about when you say that?

A Well, when you talk about between building 1 and 2, for the handicap area, for example, I suggested to put rubber down before they started the handicap areas, and they didn't want to do it.

Q Where did you suggest that rubber be put?

A Well, as it stands right now, they put the handicap area together, and there is no rubber underneath the blocks.

Q When you say handicap area, are you talking about the area going up to the link, is that what you're talking about?

A Right.
Q And where in that area did you suggest they put rubber?
A That we should put rubber underneath the block before they started to lay the block up, and I suggested for another drain to be put in, and I was told it would cost too much.
Q Who told you that?
A Les.
Q Cost too much for who, the owner?
A I don't know, he just said it would cost too much. I don't recall him saying who.
Q Where did you suggest the drain?
A It would be in building 2, southwest corner.
Q In the courtyard?
A Yes.
Q Why did you suggest a drain there?
A Because there was always water puddling there.
Q And who did you suggest that to?
A Les.
Q What was his response?
A Cost too much.
Q I am a little confused, go through this, where you suggested to put the rubber at the link between 1 and 2. As you come into the courtyard with the building

2, and you're coming to that link, you have some ramps that go up kind of a plaza?
A Right.
Q Then there is ramps on the other side that go down to building 1?
A Right.
Q Where in this configuration -- and below that is the garage and a pass through for fire trucks and ambulance and things like that?
A Right.
Q Where in this configuration would you suggest that rubber be put in?
A Well, for the handicap ramp, they had to put like a row of blocks around there, and then put the -- bring it up to the right angle for the handicap wheelchairs. There is no rubber underneath there, and I suggested that we put rubber underneath there before they continue on.
Q Underneath the ramp on top of the blocks?
A You have to put a wall in first before you can so you get right grade of the ramp for the code.
Q Where on the wall did you want the rubber?
A It wasn't on the wall, it was underneath the blocks of the ramp. So in instead they put the blocks in and then we just went up and over the blocks.

Q Was that any cheaper than doing the way you suggested?
MR. BROWN: Objection, foundation.
A I don't know. That's out of my league.
BY MR. STEPAN, CONTINUING:
Q Did you ever hear why there were -- did you ever hear anything more about the construction of the handicap ramps at that area regarding anything?
MR. BROWN: Objection, form.
A No.
BY MR. STEPAN, CONTINUING:
Q Did you ever hear that the original design provided for ramps that didn't meet code, that they had to be reconstructed?
MR. HULL: Objection, foundation.
BY MR. STEPAN, CONTINUING:
Q Your answer was?
A No.
Q At any time during the project, did you ever hear that the design didn't meet code in some areas?
MR. HULL: Objection, form.
A No.
BY MR. STEPAN, CONTINUING:
Q Is there anything else about the link between 1 and 2 that you recall?

A No, not right offhand. No, I don't remember. The only thing I remember is they had to do something with the exhaust fan.
Q Do you recall what that was?
A I think they had to raise it.
Q Do you know why?
A I think it was too low.
Q Anything else about link 1 and 2?
A No.
Q How about the link between 4 and 5, do you remember anything going on there?
A As to what?
Q Did you make any suggestions about waterproofing the building between building 4 and 5?
A Not that I recall, no.
Q Is there any other waterproofing suggestions that you made during the project other than the ones you told me about already?
A Not that I remember of, just that that building 5 was my concern.
Q What at building 5?
A I wanted an extra drain in.
Q This is building 2?
A Oh, building 2, excuse me.
Q So the suggestion you made about the rubber at the

link between 1 and 2, and the drain at building 2 was the only suggestions you recall that you made?
A Right.
Q There is also the suggestion to put that concrete around the drains on the deck?
A Right.
MR. BROWN: The suggestion was to set the drains into the deck, recessed the drains.
BY MR. STEPAN, CONTINUING:
Q You started with the recessed, and then you decided on the -- then you suggested if they are not going to recess it, put that concrete cone around it?
A Right.
Q Anything else?
A Not that I remember.
Q Do you want to take a look at page 19 of Exhibit 485. Says you had to sweep water off deck number 3 so you could put rubber down; do you see that?
A Yes.
Q Did you just take brooms out there and sweep water off the precast?
A Yes, we pushed it off the end because the walls weren't up on the one end. And then the boards --
Q Put the boards that were put down on top of the insulation so they wouldn't blow away?

A Yes.
Q On page 20 of Exhibit 485 says, "Moved wood and put styro on sides for excavator. Used the rest of the primer on two areas needing repair." Do you know what that's about, needing repair?
A No, I wasn't there.
Q That is another day when Mike Miller was the foreman?
A Right.
Q Did you have any concerns about putting Mike Miller in charge on days you weren't at the site?
A No, I did not.
Q Were you ever out there when the walls were torched, the deck was torched to dry it out?
A Not that I remember.
Q Do you want to turn to page 23. That's something that happened when Mike Miller was the foreman, torched saturated walls until dry. Ran out of propane; do you see that?
A Yes.
Q Did you have any problems with doing that?
A No. There again, you had to dry the walls and put the primer adhesive on the walls for the membrane.
Q Turn ahead to page 25. See at the top, talking about you list out the laborers?
A Yes.

Q Nick. Is Nick still with WBE?
A No.
Q How about Darryl?
A No.
Q Did WBE sub out any work on this project?
A No, we did not.
Q Is it something WBE ever does? Do you ever sub out work?
A Not that I recall, no.
Q On this page 25, it says, "Cutoff membrane on building number 3 that fell, and pick up and clean building number 1. A lot of mud and water. Water still coming on deck from area we did already." Do you see that?
A Yes.
Q "Section of water still coming on deck from area we did already." Do you know what that's about?
A They had backfilled up to about three, four feet from where we left off. And I suppose we had a downpour, so the mud and everything come down onto the deck before we could continue on.
Q So then you have to clean all that off?
A Right.
Q Did you have any concerns about cleaning the mud off the deck and then going ahead with your work?

A Well, you had to get the mud off to continue on.
Q I understand that. My question is, was the fact that mud came down onto the waterproofing, is that going -- obviously you're going to come in and clean it off, but does it mean you'd rather not see it happen?
A Right.
Q Why is that?
A You should have a clean surface when you are putting this product down.
Q So it would come onto the deck before there was even waterproofing?
A Right.
Q Would you clean the deck to make sure it would be okay to put the waterproofing down?
A Get the mud off and take brooms and start cleaning it up.
Q Would you hose it down?
A No.
Q How would you get the mud off?
A The brooms would get it off pretty good.
Q I am going to turn ahead to page 27. Says, "Dug out number 4 building. And siders took off siding and went up with log membrane 8 inches up on siding, west wall only." Do you see that?

A Yes, I see that.
Q What does that refer to, dug out number 4 building?
A We had to put liquid membrane. I think they suggested to have us put liquid membrane on up the wall and up a particular area.
Q Who suggested that?
A I think Les did.
Q Do you know why?
A There might have been a water leak at one time prior to this.
Q So we're talking about going 8 inches up the top, above the top of the block?
A Right.
Q Is this the only time you had to do that?
A Not that I remember, offhand.
MR. PRYOR: What was the answer?
A Not that I remember right off.
BY MR. STEPAN, CONTINUING:
Q Did you have to do that on buildings other than building 4?
A Prior to this or after?
Q At any time?
A Yes.
Q Did you do that on all the buildings?
A Yes.

Q Liquid membrane 8 inches farther up the wall?
A We put a sheet membrane on.
Q Meridri?
A Right.
Q When you did that, did the siders have to take their siding off to bring it up the wall?
A Yes.
Q Would your workers actually dig out along the wall?
A No, Weis Builders had a couple laborers do it. Then they clean it off, and then would let it dry for a day, then we come in a day or so after, put our Meridri membrane on.
Q Do you know why the Meridri membrane was necessary?
A Because they wanted us to go up the walls higher afterwards.
Q Who wanted that?
A I don't know. I was just told what to do.
Q Told by Les?
A No, I was told by my boss.
Q Steve?
A Right.
Q Messerich?
A Right.
Q Was the addition of the Meridri because of leaks in the buildings?

A Right.
Q Go ahead and turn to page 31.
MR. REILLY: What is the date of that?
MR. STEPAN: July 17, '97.
Q It says, "Rain like hell. Everything flooded in number 4, and number 2, and number 1. Pump out water out of planter area. Steve came out and we walked around and checked things out." Do you recall what was going on that day?
A Probably raining and quit. And I think I called Steve and told him to come out and see the mess we had out here.
Q What kind of mess did you have?
A It was just water everywhere in the decks, because the --
MR. BROWN: Read the whole thing.
MR. HULL: Mark, could I see those that you have gone through. Please pass them over when you are done, if you don't mind.
BY MR. STEPAN, CONTINUING:
Q Have you had a chance to look at that?
A It's just that we had water standing everywhere. And then come in the building and stuff, and allowed him to look at it.
Q Why did you want Steve to come out and look at it?

A I was just concerned about it.
Q What were you concerned about?
A About all the water standing on the deck, it was 4 inches of water on the deck and the drains, again the water couldn't get off the decks.
Q Do you recall at the time when this happened how many of the buildings you had waterproofed?
A I don't recall, maybe half. I'm just going by what I have got written here.
Q Refer you to flooded in number 4. Is that the inside the building everything is flooded, is that what you're referring to?
A I don't remember right offhand.
Q In what order did you waterproof the buildings?
A Started from 6 and worked back.
Q To 1?
A Yes.
Q Do you recall at this time if there was waterproofing on number 4, July 17th of '97?
A I don't recall.
Q What did Steve have to say when he came out to the site?
A I don't remember what was said.
Q It goes onto the next page and refers to 4 inches of water standing on the deck in building 3. Is that on

top of the precast or is that top of the waterproofing?

A I don't recall.

Q "Building 1, a lot of water came in through air shaft on wet end." Do you see that?

A Yes, that's where they had a stairway over there where the water went right in.

Q Then an air shaft at the stairway?

A Right.

Q Now, next page, page 33 says, "All areas leaking and raining." What are you referring to when you say all areas?

A I don't remember.

Q The next page says, "Put five gallons Trimco on walls between buildings 1 and 2." Do you see that?

A Yes.

Q Is that something you were going to do, or is that something that was added to building 1 and 2 because of all the rain?

A I don't remember that. I remember putting it on, but there again, that's that rough face block again.

Q Go ahead to page 36.

MR. REILLY: What date is that?

BY MR. STEPAN, CONTINUING:

Q August 4, 1997. It says, the second sentence there

says, "Took off 2 by 4 on the doors and put vertical flashing on the thresholds." Do you see that?
A Yes.
Q What is that about?
A I think that I asked somebody to take them off before we proceed with our work, and they didn't do it, so I did it myself.
Q Why did you do that?
A I think it was just a block just to hold the door up while they set it, and then when the doors were all set, they forgot -- they didn't go around and take them out because they had been taking them out prior to that.
Q Had you put vertical flashing under the threshold on the buildings prior to this?
A I believe so, if the boards were out.
Q Do you know who Frank Varak is?
A I believe he's got something to do with Cetco.
Q Did you ever talk to him when he was out at the site?
A Yes, I think that's when him and that Tom Suter came out, if I remember right, and we did some injecting in front of the door thresholds.
Q Why was that work done?
A Because I think some water come in through in a few areas, so then they had us do it instead of just

taking the chance of just repairing a few, we thought we just go ahead and do them all.
Q Where would you inject?
A In front of the thresholds of the doors. That was after everything was done.
Q Were the stoops in place?
A Everything was done. We had to drill holes and put injectors in and inject the product in there.
Q Let me show you what's been marked previously as Exhibit 31, the photo of one of the entryways off the courtyard.
A Right.
Q And see there is a board here in front of the door threshold.
A Yes.
Q It's a 2 by 4 you are referring to in your daily log of August 4th?
A Uh-huh.
Q Is that the kind of thing you are referring to?
A Yes.
Q So you're saying this particular day, and August 4th you took a 2 by 4 off, and ran vertical flashing out that threshold where the 2 by 4 was?
A Right.
Q Is that something you had done on the buildings prior

to August 4th of 1997?
A I believe so.
Q Do you recall specifically doing it?
A Taking them out or --
Q When you were installing the waterproofing in the courtyards in the buildings that you worked on prior to August 4, 1997, do you specifically recall removing this 2 by 4 and putting vertical flashing under the threshold?
A I don't remember.
Q Did you ever hear that a lack of flashing at that area was said to be causing the leaks?
A No, I did not.
Q If you would have seen those 2 by 4s on the doorways as you were going along doing your job, would you have taken them out and run flashing up that threshold?
A I don't remember us taking them all out. I believe they took some out.
Q Who's they?
A Weis Builders.
Q Before or after this August 4th date?
A That I don't remember.
Q You don't recall yourself taking any out prior to this August 4th date?

A No.
Q Go ahead and turn to the next page, it's page 37. Says, "Finish number 3 building, and dug up drain in number 2 building. Repaired area by elevator shaft area number 2 building." Do you see that?
A Yes.
Q What did you do with the drain?
A I think there was a leak there and we dug it up and repaired it.
Q Do you recall what was causing the leak?
A No, I did not see anything.
Q Do you recall what repairs were done?
A Right.
Q Do you recall the repairs that you did?
A Yes, I repaired the drain. I put membrane around it again.
Q Was there anything -- strike that.
A There was nothing out of the ordinary that was wrong, that I could see.
Q Do you recall what repairs were done at the elevator shaft that you referred to?
A No, I don't.
Q Can you turn to page 39. It says, "Went to look for leaks." Do you see that?
A Yes.

Q How did you know where to look for leaks?
A That was the south wall knee wall up on the deck. They said there was a leak coming down into the -- if I remember right, there was an apartment down there, and we dug it out and looked for leaks, but we couldn't find anything that was wrong. It was a lot of water on the deck as we were digging it out. The water -- there was nowhere for the water to go. Again, that goes back to the drains.
Q Why do you say that?
A Because you've always got two inches of water on the deck.
Q When during the time that you were out there and digging up the fill to look for leaks, did you ever find anything wrong with the way you -- the way WBE had installed the membrane?
A No.
Q Do you ever find the membrane had been damaged in any way?
A I don't remember that, no.
Q Holes in it or tears in it?
A No.
Q Anything like that?
A No.
Q After you installed the membrane, would you and your

crew go back over to make sure there were no -- there was no damage to it?
A Right.
Q And when the materials from Cetco came to you, did they come directly to the site or did they come to you at WBE?
A They come directly to the site.
Q Where were they stored on site?
A I think we put some inside the number 2 garage, and some of it was outside.
Q Was the stuff outside covered with anything?
A I don't remember.
Q Were the materials packaged in anything?
A Yes.
Q What were they packaged in?
A They were packaged individually into their own plastic container bag.
Q When you would take out the membrane from its package to install it, would you check the membrane to see if it was damaged in any way?
A Yes.
Q What would you do to check it?
A Take it out of the bag and look at it, and looked fine.
Q Did you instruct your crew to do that, as well?

A I didn't specifically tell them to check everyone.
Q Do you know if they checked the membranes to see if they were damaged?
A We could tell as soon as we pulled them out of the bag if they were damaged or not.
Q Did you ever find any membrane that was damaged?
A Not that I recall, no.
Q This page 39, you go onto say that, "A lot of water on deck, looked for leak on building 1 and 2 link under concrete slab and building 4 and 5 in mailbox area, not our fault." Do you see that?
A Yes, I do.
Q What are you saying is not your fault?
A If I remember right, there was precast on top of that, and I think the water got in through the precast, I believe, somehow from the sides.
Q Why did you note on this that it wasn't your fault?
A I think, if I remember right, this is the handicap area, and the dirt was higher again than our membrane, and then they poured the handicap ramp on. Somehow the water gets in there and travels down through the precast because the precast is hollow.
Q Why did you note here not our fault when it's not been noted anywhere else in the pages we have looked at so far?

A Because that was an area where there was precast on top, and it was just different.
Q Is that an area you would recommend putting rubber in?
A Yes, there was a fully adhered rubber on top of that, but I don't believe it went down over because I don't think I did that.
Q Whose fault did you think this was?
A I don't remember.
(WHEREUPON, a short recess was taken.)
Q Mr. Thoreen, we're looking at Exhibit 485, your daily logs. Can you go ahead and turn to page 41.
MR. REILLY: Just give us the date, please.
MR. STEPAN: August 25th, '97.
Q See about the third line down says, "Found a small hole, patch hole and put back dirt." Do you see that?
A Yes.
Q Is that a hole in the waterproofing?
A Yes.
Q Do you know what caused the hole?
A No, I don't.
Q It goes on to say, "Looked for a leak on link building number 1 and number 2, no luck."

A Couldn't find it.
Q How did you know to look there for a leak?
A Must have been leaking inside the link somewhere.
Q At least a leak surfaced and water showed up somewhere?
A Right.
Q Do you have any way of determining somebody inside would see water show up in one of the garages or at the links. Did you have any way to determine where that leak started?
A No, I did not.
Q Today would you be able to do that if they had a leak in a particular unit or particular garage, would you be able to identify where it started?
A No.
Q Turn ahead to page 44. That one says, "Knock some block out in garage by handicap area to find leak in drain precast." Do you see that?
A Yes.
Q What block are you knocking out?
A I don't remember that.
Q Do you remember anything about that?
A No.
Q How about draining the precast, do you remember that?
A I think we went down and we were testing a few areas

to see where the water was in the precast from underneath.
Q Down in the garage?
A Drill a hole through.
Q Up through precast?
A Right.
Q You worked with precast before?
A Yes.
Q Precast takes on water; is that right?
A Yes.
Q When you drill holes in the precast, did water come out?
A Yes.
Q How many times did you do that, drill holes in the precast?
A I can't come up with a number, but it was quite a few times.
Q Did you do that in every building? And not necessarily on this day, but through the course of this project?
A I don't remember that.
Q Page 44 for the record is September 2nd, '97. Turn to page 45. Page 45 is September 3rd, '97. Indicates that you walked through with Peter from Weis to check on leaks; do you see that?

A Yes, I do.
Q Had you met Peter Desai prior to this date?
A Yes.
Q And is that the Peter you're referring to here, Peter Desai?
A Used to work for Weis Builders or still does, yes.
Q Did you just know him as Peter?
A Yes.
Q How many times do you think you talked to him during the course of the project?
A I talked to him but I couldn't come up with a number.
Q Do you recall what was said on September 3rd when you walked the site with Peter?
A No, I don't.
Q Do you recall any specifics from any conversations you had with him?
A No.
Q Is your main contact with Weis, was your main contact Les?
A Right.
Q You talked to Les on a daily basis or fairly regularly throughout the project?
A Daily basis because he had walked through and check on all the subs on the job site.
Q Turn to page 46, which is September 4th, 1997, it

says, "Look for leaks on building number 3, and was to waterproof around vent fan but told them they had to cement around fan first."
A Yes, I see that.
Q Why is there going to be some waterproofing put around a vent fan?
A I don't remember that.
Q Turn ahead to page 48, which is September 11, 1997. Says, "Went and drilled holes in front of building number 2 and rest of building number 5." Do you see that?
A Yes.
Q Is this again drilling into the precast?
A Right.
Q Did you find a water leak there?
A Yes.
Q How much water would come out of the precast when you would drill in it?
A Not every time we drilled a hole water would come out, sometimes a cup or two would come out, or sometimes put a five-gallon pail under there and it would drip out. It varied.
Q Turn ahead to page 53, which is September 18th, 1997. Says, "Injection number 1 and number 2 link again, and number 4 building in middle of garage."

Do you see that?
A Yes.
Q What injections were you making at the 1 and 2 link?
A This had to be when we were injecting from underneath in the precast.
Q From within the garage?
A Yes, along the edges.
Q Along what edges?
A The link edges.
Q Where was the material you injected, where was that supposed to go?
A We would drill a hole and put an injector in and inject it in through an injector along the edge.
Q Where would you drill the hole?
A Like on an edge.
Q Edge of the precast plank?
A Yes.
Q At a spot where a wall came down on top of it?
A Yes.
Q What was the purpose of putting that on?
A See if we could get the water to stop.
Q What would you inject into the hole?
A I don't know the name of it right offhand.
Q Aqua Seal?
A Some kind of a liquid seal.

Q Product that you got from Cetco?
A Right.
Q How did you decide to inject in the middle of the garage of building number 4?
A It wasn't in the middle of the garage, it was on the wall.
Q It says here in number 4 building in middle of garage.
A Oh, there was a column there trying to inject it to go up to see if it would stop the leak.
Q Column --
A A column that held the precast on.
Q If you could let me finish my question, I know you know where I'm going, but just so it comes across clear. Column that's up above sitting on the precast?
A Right.
Q Is that column, is that one of the walls to the building?
A It's just the column off to the side of the garage.
Q Was there a leak noticed in the garage at this point, is that why --
A Yes.
Q Turn ahead to page 54, which is September 19th, 1997. Says, "Went to Promenade for a meeting and

showed John from Cetco what I have done there. Discussed what we were going to do about leaks. Started working on number 2 building taking off sod and digging to put membrane on." Do you see that?
A Yes.
Q Yes, do you recall talking to John from Cetco?
A I don't remember that, but I must have.
Q Do you recall anything about the conversation you had with him?
A No, I don't.
Q Turn to the next page, page 55, September 23rd, 1997. Says, "Dug out along north wall to put rubber on and some injecting on number 3 building south end, water leak seemed to stop." Do you see that?
A Yes.
Q What water leak? Where was the water showing itself?
A That was another leak now where the precast was sitting on top of the south wall.
Q The leak was showing itself in the garage?
A Right, right.
Q Turn to page 57, September 29th, 1997. You note that Weis laborers helped WBE in the plaza area; do you see that?
A Yes.
Q Do you recall what laborers from Weis?

A I don't recall their names, no.
Q Do you recall how many people from Weis helped out?
A Two, I believe.
Q What did they do?
A They dug out the dirt.
Q Along the building?
A Yes.
Q Did you ever see anybody from Weis do any other work on site, other than help dig out along the buildings?
A What do you mean by other work?
Q Other actual construction work?
A As the project was being built?
Q Yes.
A Yes, there was laborers out there.
Q Do you know if they were Weis people or if they were subcontractors of Weis?
A Weis, I think, had at least one or two laborers out there.
Q And how do you know that?
A Because I have talked to them before.
Q What are their names?
A I think one was Tim. I don't know the other one's name.
Q What work did you see them doing?
A They were kind of like whatever Les would tell them

what to do they would do. I can't specify everything what they done.
Q Do you recall with any specifics any work you saw them doing?
A Prior to this or during repair work?
Q Prior to repair work?
A Not that I am aware of.
Q The only work you saw anybody from Weis do are these two guys who helped dig out along the buildings?
A Right.
Q Can you turn ahead to page 60, October 6, 1997. Says, "Started to rain, sent Mike home, and Jeremy and I stayed to look for leaks on 1 and 2 buildings, small leak on 4 and 5 link, water comes through top door and bottom door and threshold." Do you see that?
A Yes.
Q And this 4 to 5 link where you're saying there is water coming through the top door and bottom door and threshold, what are you referring to there?
A I don't remember.
Q Turn ahead to page 64, January 16th, 1998. Says about halfway through the sentence, "Put holes in precast by cell number 66 and water came out of cavity." Do you see that?

A Yes.
Q There again, were you drilling holes into the precast?
A Yes.
Q Do you remember how much water came out of the precast there?
A No, I don't.
Q Do you see the notation below, "Steve here. Some old job sheets from when Al was laid off." Do you see that?
A Yes.
Q Did you get laid off at some time after the Promenade project?
A We didn't work when it got real cold out.
Q Then you would be hired back again each year?
A Yes.
Q Turn ahead to page 69, dated April 10th, 1998. It says, "Put flashing (turn bar) on end of patio." I'm not sure what that word is. "Number 3 in backfill, put rubber in planter area on building number 2, and flashed with Carlisle rubber and turn bar." Do you see that?
A Yes.
Q First off, it says, that first sentence before number 3, do you know what that word is?

A Turn bar.
Q Says put flashing (turn bar) on end of -- the next word?
A No, I don't know.
Q Why did you start using turn bar on the repairs?
A I think we went and did a repair job and we put like a flashing on there and put turn bar at the top.
Q What kind of a flashing?
A I don't remember. It was a Carlisle rubber.
Q Do you recall discussions during the project regarding putting in a metal flashing over the top of the waterproofing membrane on the vertical walls in the courtyards?
A No, I don't.
Q You go on in the page 69, "Found a hole top of block cavity, it's filled with liquid membrane and put rubber over hole, and dug out in triangle area, put liquid membrane on ledge where it was -- I'm not quite sure what that word is?
A Coved up.
Q Do you know what that refers to?
A No, I don't.
Q It says you found a hole. Where was that hole; do you recall?
A No.

Q Is that in the membrane, or is it in the block, or don't you know?
A No, I don't.
Q Is there any reason why you didn't use turn bar when you initially installed the waterproofing in the project?
A I don't think it called for it, or I don't remember seeing anything on it.
Q To your understanding, who put together the waterproofing plans for this project?
A To my understanding it was Steve Messerich.
Q Can you turn ahead to page 70, dated May 11th, 1998. And third line down says, "Went to Promenade, met Steve with Weis, and look over leaks in building number 1, 2 and 3. Took some siding off to look, and membrane goes up wall about a foot above grade. Found a hole in southeast corner at sidewalk grade and I caulked it up." This hole in the southeast corner, was that hole in the membrane?
A I don't remember that.
Q Do you remember anything about this log?
A I remember being there with Steve, he works for Weis.
Q Do you know what Steve's last name is?
A No, I don't.
Q What did you and Steve talk about on this day?

A Just talked about leaks. I can't remember right in general what we talked about.
Q You don't remember anything specific about it?
A No.
Q Did you talk to Steve on any other occasion about leaks?
A He wasn't there very long. I think I only talked to him a couple of times.
Q Do you recall anything about your conversation -- about the conversations you had with him?
A No, I don't.
Q Can you turn to the next page, page 71, May 14th, 1998. Says, "Water test area on building number 3 southwest corner. It leaked above south door coming through block and by west door and hallway, by southwest corner door where stoops are above." Do you see that?
A Yes.
Q What kind of a water test was done?
A We ran a garden hose and ran the water on top.
Q Did you dig out this area and run --
A No, we didn't, we just let it like Mother Nature like it would rain.
Q Why did you choose this area to water test?
A Because there must have been a leak there at one time

where it was leaking.
Q Did you choose this area, or who came up with the idea of water testing here?
A I have no idea.
Q Did you make any repairs to this area based on this water test?
A On this day?
Q At any time based on what you saw as a result of this water test?
A Eventually we did, I think.
Q Do you know what you did?
A Probably put Meridri membrane on.
Q Up the wall farther?
A Right.
Q Can you turn to page 74, which is May 18th, 1998. Says, "Water test leak between 1 and 2 building, got it to leak in corner of walkway, building number 2 in corner. Jeff with Weis did some caulking on sidewalk area, handicap area." Do you see that?
A Yes.
Q Is it similar kind of water test, you just ran a hose?
A Yes.
Q And you say you got it to leak. How long did you run the hose during the water test?

A Probably most the day before any water came in.
Q Do you recall the water test we looked at just a minute ago, how long you ran the hose before it leaked there?
A Few hours.
Q Do you know, you refer to a Jeff from Weis. Do you know his last name?
A No, I don't.
Q Did you talk to Jeff on May 18th, 1998?
A Yes, I did, but I don't remember him.
Q Did you ever talk to Jeff at any other time?
A No.
Q Turn ahead to page 79, which is December 18th, 1998. "Went to Promenade to look at leaking, got Greg with maintenance and he showed me the leak, and it is in building number 1, east end apartment. There is a small flat roof above stairway. 2 by 2 area where it was leaking. The area is not leaking now." Do you see that?
A Yes.
Q Greg was a maintenance man at Promenade?
A Yes.
Q And had you ever talked to him before this date about leaks?
A I talked to him a few times.

Q Do you recall anything from any of the conversations you had with him?
A No.
Q Did you determine what was causing the leaks that are discussed here on page 79?
A No.
Q Do you know if it was from the flat roof above the stairway?
A I don't know that, no.
Q Turn to the next page, page 80, which is February 13th, 1999. Says foreman, Steve.
A That's the boss.
Q He's referring to visit to the site, and he talked to a Terry. Did you ever talk to anybody named Terry from Promenade?
A I remember a Terry, but I don't --
Q It says you talked to him regarding frozen drain tile; see that?
A Yes.
Q Did you have any -- or were you part of that conversation?
A No.
Q Did you ever talk to Steve about frozen drain tile?
A No.
Q Turn ahead to page 82, which is September 3rd, '99.

See at the top, it says project name, UMD, location Duluth?
A Yes.
Q Is this entirely separate project?
A Yes.
Q Do you remember what kind of a membrane you installed at this Duluth project?
A There was a loose laid Carlisle membrane.
Q How come there are 110 holes in that membrane, do you know?
A Because I found welding rods and nails and whatever --
Q Did you ever --
A -- screws.
Q Did you ever find anything like that out at Promenade?
A No, I did not.
Q No welding rods or nails or screws damaging the membrane?
A No.
Q Turn ahead to page 85, October 11th, '99. Says, "Recaulk seams that were bad and damn proof 7 stoop areas on number 2 and number 1 building." Do you see that?
A Yes.

Q What seams were bad?
A I don't remember that.
Q Remember anything about it?
A No.
Q Where did you damn proof?
A Had to be behind the stoops.
Q What is meant by damn proofing? What does that mean?
A Well, it's a waterproofing, it's a liquid membrane.
Q Turn to page 86, October 14th, 1999, says, "Started doing patio areas on building number 1 and repatch areas on building number 2 and building number 3." What areas are being repatched?
A That would be the patio areas where they took the concrete out from underneath the overhangs.
Q And so when you say repatch, what work are you doing?
A We're putting the Meridri rubber on, going up the wall.
Q Had you patched that area before?
A No.
Q Why does it say repatch?
A What I meant by that is they took out the concrete, we couldn't get to it before so we had to go in and patch it. Because you done up to the stoops already, so then they took the stoops out and we had to go in and patch in-between the two, where the concrete was

taken out.

Q Turn ahead to page 89, October 21st, 1999. Says, "Tarred up the ones that needed it." Do you see that?

A Yes.

Q Do you know what that refers to?

A No. I wasn't there.

Q Turn ahead to page 93, November 18, '99. Says, "Redid number 1 building west end wall on deck area with Swelltite membrane and drain board and insulation. And on number 6 building found two holes in corners, repaired them and put on drain board and insulation, ran out of insulation, used theirs." These two holes, were they holes in the membrane?

A Yes.

Q Do you know what caused the holes?

A No.

Q What did you do to repair the holes?

A Put a patch of Swelltite membrane over it.

Q What would you use to attach the patch to the membrane?

A Swelltite tape, part of the process.

Q Went through your daily logs here, there was a few instances where we referenced holes in the membrane. Do you recall there being other holes in the membrane

that you discovered during repairs?
A If there was any holes I would repair, other than that, I don't remember.
Q I understand that, but do you recall any others other than the ones we talked about here, that we're referenced in your daily logs?
A No.
Q Do you have any opinion as to how the holes that you discovered in the membrane, how they got there?
A No.
Q Turn to page 95, May 25th, 2000. Says, "They were not ready, talked to Gary about leaks out there." Do you see that?
A Yes.
Q And who is Gary?
A Gary is the guy that took over for Steve that we had talked about before in there that I did water testing with.
Q Gary referring to is Gary who works for Weis?
A Right.
Q The Steve you're referring to is also the Steve that works for Weis?
A Right.
Q Prior to this day, May 25th, 2000, had you ever talked to Gary?