A No.
Q What did you talk to Gary about with regard to leaks?
A I don't recall.
Q Did you ever talk to him again after that day about the project?
A Yes.
Q Do you recall any specifics from any conversations you had with him?
A No.
Q During your time with Waterproofing by Experts, have you had an opportunity on various projects to look at the architectural plans for the projects?
A Could you repeat that question?
Q Sure. During your time at Waterproofing by Experts, have you had occasions to look at architectural plans on the projects you're working on?
A I have looked at them, yes.
Q And you looked at some of the plan sheets from the Promenade project?
A Right.
Q Did you have any questions about anything in any of the plans from the Promenade project?
A About the plans themselves?
Q Yes.
A No, I did not.

Q Did you have any concerns about anything that was in the plans that you looked at?
A Not that I remember.
Q Do you know who John Fegis is?
A No, I don't.
Q Do you remember there being an individual named John on site?
MR. HULL: Objection, foundation, and form.
MR. BROWN: Go ahead and answer.
BY MR. STEPAN, CONTINUING:
Q Do you remember there being an individual named John on site?
A I wouldn't know him if I seen him on the street. I remember a John, but I don't know who he was.
Q You never talked to him?
A Not that I remember.
Q Did you ever hear anybody complain about John?
A Not that I know of.
Q Based on your understanding, based on what you knew about the project, did the architect have any role in designing the waterproofing system for the project?
A I have no idea.
Q Did Weis?
A I have no idea.

Q Did you ever see Weis' contract for the project?
A No.
Q Did you ever hear that the grade, the height of the grade in the courtyards was changed during the course of the project?
A No.
Q Did you ever hear that the grade at building 6 was too steep so they changed the grade, the grade in the courtyards for the other buildings?
A No.
Q Did you ever talk to anybody from the City of Eagan during the course of the project?
A No.
Q Did you learn during the course of the project that the backfill went up above the top of the waterproofing?
A Yes.
Q When did you learn that?
A When it was almost done.
Q Do you recall the time?
A No.
Q Sometime during the summer?
A It was towards the end of the project, I believe.
Q How did you learn that the fill was over the top of the waterproofing?

A That's when the majority of the leaks started.
Q How did you learn of it? Did you see it that it was over the top of the waterproofing? Did somebody tell you?
A When we had to go out and repair.
Q Was the first you knew about it?
A Right.
Q We looked at some photos before, where it showed sort of liquid membrane that had been applied at the top of the block wall and running a little bit up the wall of the unit; do you recall that?
A Right.
Q Was the grade over the top of that even when you saw it?
A Yes.
Q Did you expect the grade to be that high?
A No.
Q Do you know anything about how it ended up that the grade -- the fill was placed that high so it was above the waterproofing?
A No.
Q Have you ever heard anybody talk about it?
A No.
Q Now, you talked earlier when we were -- was asking you some questions about what plans you looked at to

determine where to place your waterproofing, you said Les directed you to the plans.
A Right.
Q Did Les give you any instructions or did he just point you to the plans and say here is --
A He went through them with me. I don't know if they were architectural or structural.
Q What did he say to you?
A He opened up the plan and go right to the -- whatever building that we were on, he would tell me what had to be done, and the waterproofing goes to the top of the wall, concrete block wall.
Q On those plans you looked at, do you recall the grade being at about that level, as well?
A Yes.
Q And it wasn't any higher than that; is that right?
A Not that I recall.
Q You don't recall. Do you recall any specificity in any of the plans that you looked at?
A No.
Q What Les was telling you, was that information that he was taking from the plans or was he actually giving you instructions?
MR. HULL: Objection, foundation.
A He'd point them out to me.

BY MR. STEPAN, CONTINUING:
Q He point out to you the plans?
A Yes.
Q Did you get the sense that he was just following what was being called for in the plans, as well?
A Yes.
(WHEREUPON, Thoreen Deposition Exhibits 486 and 487 were marked for identification by the court reporter.)
Q The days that you weren't on site, the days where Mike was the foreman, we saw in the log notes, would Mike report to you what happened during those days?
A No. I might have been out of town working in Duluth.
Q When you would come back to the site, would he tell you what happened while you were gone?
A He would go over a few things with me.
Q Do you recall anything specific that he relayed to you at the times you were gone?
A Not that I recall.
Q How about when anybody else was a foreman while you were out; do you recall anything they ever told you?
A No.
Q Do you know if anybody on your crew at any time talked to Les during the course of the project?
A I do not know that.

Q Did you have any problems working with Les on the project?
A No problems.
Q I am going to show you what's marked as Exhibit 486. It's a photo of the buildings in the courtyard out at the Promenade, and you can see in there, there is some fill, looks like waterproofing installed about up just beyond that doorway, moving left to right on the photo. Do you see that?
A Yes.
Q And then there is no waterproofing beyond that; do you see that?
A Yes.
Q Would this be one of those -- well, can you tell me why? Do you have any idea as to why that would be the case, why there would be no waterproofing on the rest of the wall?
A We had stopped here because maybe something had to be done there, like this wall might have had to be put up, or something, there is a reason. I don't know right offhand, but I can tell that we stopped there because there is no adhesive or anything on these walls. There is no adhesive on there.
Q Then once whatever work was done, you guys would come in and finish off the waterproofing?

A Yes.
Q When you were -- well, let me show you Exhibit 487, which is a view of the same building, but from a -- if you want to keep that in front of them still, but from a different angle, it's the same area where there is a wall built up or the wall where there is no waterproofing?
A Uh-huh.
Q And you see that as you -- left-hand side of the photo, there is part of that area has been backfilled, part of that courtyard; do you see that?
A Right.
Q So you guys would have to come back and waterproof that area; right?
A Right.
Q When you would come back, when you come back to waterproof this area, there is fill in part of the courtyard; right?
A Right.
Q Would that happen on occasion during the project? Would there be fill in part of the courtyard and you still be waterproofing in another part of that same courtyard?
A Yes.
Q Did you notice how high the fill was being placed?

A No, because they didn't grade it off right away, they just wanted to get the fill in to hold everything in place.
Q Were you ever working on your waterproofing while they were finishing the grade?
A No.
Q Prior to the repairs you did when you discovered that the fill had gone up above the waterproofing, did you ever notice that fill on the site was up above the bottom of the siding?
A Not that I remember.
Q If you would have seen that the fill had gone up above the bottom of the siding, would that have concerned you that the fill might be above your waterproofing?
A Yes.
Q Would you have told somebody that the fill might be too high?
A I don't remember.
Q If you saw that condition, would you have told somebody, hey, the fill might be too high here, could be over the waterproofing?
MR. BROWN: Are you talking about graded out fill, as you said was done after they were off the courtyard.

MR. STEPAN: He saw that the grade was up above the siding, the bottom of the siding.

MR. REILLY: Same objection.

A I mean when they were putting the dirt in, they could have got up over the siding. I mean, I wasn't there during the finishing part, I was just there when they put the sub dirt in, not the black dirt and the sand and stuff. So they could have the laborer go along and shovel it and level it off.

BY MR. STEPAN, CONTINUING:

Q My question to you, sir, was if you would have seen final grade up above the bottom of the siding, is that something you would have pointed out to somebody?

MR. REILLY: Objection, calls for speculation.

A No.

BY MR. STEPAN, CONTINUING:

Q Why not?

A I don't remember it. I mean --

MR. BROWN: Are you asking him a hypothetical question then, Chad?

MR. STEPAN: Yes.

MR. BROWN: I'm objecting as improper and incomplete hypothetical, but if you want to make sure

he understands that's what you're driving at.

MR. STEPAN: What I'm saying, he said he already testified that if he would have seen the fill that high would have caused him concern.

Q Why would that have concerned you, if you would have seen the final grade fill up over the bottom of the waterproofing?

A I'm looking at this at two ways. I'm looking at, number 1, I'm going by the blueprint; and number 2, what they do is their own, you know, what they did on the dirt is their business. I'm not going to tell the excavator, tell him how to do his job.

Q So you wouldn't have said anything about it?

A I just went by the blueprint.

Q You just did your work and whatever else they do is what they do?

A Just doing my job.

Q Did you ever attend any of the site meetings that the subcontractors had during the project?

A Not that I remember.

Q Steve go on behalf of WBE?

A He might have. I don't know what he did.

Q Was it ever relayed to you at the site subs were instructed to coordinate their work with one another?

A I do know as the buildings, each building got done we

went in and did our work. And then when we got done, then the excavator would come in behind us and do his work, masonry and right on down the line.
Q Was it ever relayed to you at these meetings, the subs were told to make sure they coordinate their work with one another?
A Not that I recall.
Q Did you ever speak to anybody from the excavator?
A Yes.
Q Who?
A Gramps.
Q What did you talk to Gramps about?
A Just when he was going to put dirt in.
Q Just scheduling kind of things?
A Kind of. Tell him that we were going to be done by the end of the week. He could get in after we're done.
Q Did you ever talk to him about how high the fill was going to be placed?
A No.
Q Did you ever talk to anybody from the mechanical subcontractor?
A No, I did not.
Q Do you know who the mechanical subcontractor was on the project?

A No, I do not.
Q Did you ever talk to an individual named Chad Filek?
A Chad sounds familiar, but I'm not sure who he is.
Q Do you recall any conversations you had with Chad?
A That I don't remember.
Q Did you ever talk to anybody named Kurt Johnson?
A No.
Q How about Kurt Villette?
A No.
Q How about Jim Timm?
A No.
Q Let me show you what was marked as Exhibit Number 117, another photo from courtyards out on site. See there, dirt had been placed up against the building. Does the height of that fill concern you at all?
A It's level with the edge.
Q That's the way you inspected it to be?
A I had an idea that's where it was going to be.
Q See the drain board, kind of bulges out there?
A Yes.
Q When you put the insulation up, would that flatten that out or would the bulge remain?
A I can see there is no insulation there, so we would probably go back in there. This could have been on a end of the day or whatever, and I had somebody go

over there and put in insulation there.

MR. BROWN: He just asked if once you put insulation there, would flatten that bulge out.

A If it was a little bulge, yes, big bulge no.

BY MR. STEPAN, CONTINUING:

Q Do you recall there ever being any bulges in the drain board after you put the insulation on?

A No.

(WHEREUPON, Thoreen Deposition Exhibit 488 was marked for identification by the court reporter.)

Q I'm showing you what's been marked as Exhibit 488. It's a one-page Exhibit, a photograph on it. It's a photo taken at one of the buildings, the courtyard side of the buildings, where some of the siding has been taken off. It's around one of the stoop areas. Do you see on the left-hand side of the photo, you have got some grass and grade is up above the bottom of the siding. Do you see that?

A Yes.

Q Below the siding there is some sort of black material; do you see that?

A Yes.

Q And not the building itself, but some black material that looks to have been installed there?

A The fact it was behind the siding?

Q Yes.
A Yes.
Q Do you know what that is?
A That's the Meridri membrane that we put on before we took the stoops out in-between.
Q At the bottom of the photo is one of the stoops; is that right?
A Right.
Q I'm going to show you what was marked previously as Exhibit 432, it's another photo. Shows one of the walls in the courtyards before any waterproofing has been installed; is that right?
A Yes.
Q And it's one of the doorways into units at one of the courtyards; right?
A Right.
Q You get to top of the block wall and kind of a jog in and step up into the doorway; is that right?
A Right.
Q When you bring the waterproofing up, the wall configured like this out at site, would you stop it at the top of the block, or would you run it over that top to the -- up against the wall of the unit itself?
A Top of the block.

Q Just to the top of the block?
A Yes.
MR. BROWN: You're talking about the Swelltite, Chad?
MR. STEPAN: Yes.
Q That's how you did your original installation before the Meridri?
A Right, yes.
Q And would you then seal it off at the top of the block?
A Yes.
Q With the tape?
A Yes.
Q So this spot here, the doorway threshold, there was no waterproofing on that; is that right?
MR. BROWN: Objection, foundation.
BY MR. STEPAN, CONTINUING:
Q Did you put any waterproofing, you or any of your crew put any waterproofing at that threshold area?
A Yes.
Q What waterproofing was put there?
A Liquid.
Q At the time of the initial installation?
A Yes.
Q Did that go in before you installed the Swelltite

liquid?
A Yes.
Q Would you run that up over the edge and into the unit, the liquid?
A On top of the block and up the side of the -- or the sheetrock.
Q How about in the entryway, though, would it run up on top of the block and then would it go up that -- those steps up?
A Not with the sheet membrane, no.
Q How about the liquid?
A Yes.
Q Would the liquid go up to that little edge and be into the unit slightly to cover that edge?
A No, just up to the top.
Q Just up to the top?
A Top.
Q Is that the same area where we talked about those 2 by 4s?
A Yes.
Q Is that the same area where the 2 by 4s were in the door threshold?
A Yes.
Q Do you recall installing your liquid waterproofing at those areas prior to the 2 by 4s being installed?

A I don't remember.
Q It's possible that the 2 by 4s could have been installed?
A It's possible.
Q It's possible they may not have been?
A Right.
Q Did you ever see that the leaks that were occurring, were occurring in those leaks at that threshold area?
A Yes.
Q Did you ever hear what was thought to be causing the leaks at those threshold areas?
A No.
Q Did you believe there were leaks occurring at the threshold?
A I don't remember.
Q Did you ever talk to anybody about that?
A No.
Q Who did you hear -- who told you that they thought there might be leaks occurring at that area?
A Because when the job was completed, that's when we started doing our injecting, we injected the thresholds.
Q I think we looked at this a little bit earlier, page 31, picture of the threshold with the 2 by 4?
A Right.

Q If you would come across while you're installing your waterproofing, entryway where the 2 by 4 was already in place, would you have waterproofed over the 2 by 4 or what would you have done?
A I don't remember. If we did, I'm sure they were taken out and we had to rewaterproof them. Waterproof behind the 2 by 4.
Q Could you have taken the 2 by 4s out yourself and waterproofed behind them?
A I have a couple of times.
Q Were there specific duties that you and your crew had out there, and one of you would install the vertical, one would do the horizontal?
A We work as a team.
Q So at sometime or another, each one of you would do each and every job out there?
A Yes.
Q Did anybody in your crew ever have any questions for you about their work?
A Not that I remember.
Q You said earlier that you thought Weis was an average general contractor; do you recall that?
A Yes.
Q Did you have any complaints about Weis on this job?
A No.

Q Did you ever hear anybody else complain about Weis on this job?
A No.
Q Did you have any complaints about any of the other subs on the job?
A No.
Q Did you hear of any of the other subs complain about other subs?
A No.
Q Do you still install Cetco materials for WBE?
A No.
Q When did you stop doing that?
A It's been probably two, three years.
Q Do you know why WBE doesn't install Cetco materials anymore?
A Because not every job is the same, it's what the architect suggests.
Q Are you familiar at all with any issues concerning payment to Cetco for their materials on this job?
A No.
Q You said earlier that it was your understanding that Steve Messerich designed the waterproofing system for this job?
A No, he did not.
Q Who --

A What do you mean by design? Work with the architect?
Q Well, when I asked you and your understanding of who designed the waterproofing system, I thought you stated Steve Messerich?
A I thought -- well, I misunderstood you then. I thought you said who put the bid system together.
Q And your understanding who designed the waterproofing system?
A I don't know who designed it.
Q You expected it to be the architect?
MR. HULL: Objection, foundation.
MR. BROWN: I think the question is a little vague, Chad, so I object.
BY MR. STEPAN, CONTINUING:
Q Is that something you expect a design professional to do as opposed to a contractor or subcontractor?
MR. HULL: Same objection.
A No, I think the architect, he gets his waterproofing, gets different membranes or whatever he wants, and then whoever sells the best one.
BY MR. STEPAN, CONTINUING:
Q You don't know who designed it here?
A No.
Q Do you have any understanding of who was to make sure

that WBE's waterproofing work coordinated with the other work on the project?
A No.
Q What is your understanding of why Weis hired WBE for this project?
A I have no idea. I know it was by bids, that's all I know.
Q Did you look at the mechanical plans at all to do your work on this project?
A No.
Q Mechanical plans concerning waterproofing work as far as you're concerned?
A Right.
Q You understood that Weis hired WBE to waterproof the courtyards?
A Right.
Q And you understood that Weis was relying on WBE to waterproof -- to make the courtyards waterproof?
A Right.
Q Any of the other precast decks you have worked on, the decks ever been sloped in any way to facilitate drainage?
A I recall some being sloped to an outside edge.
Q Were the decks at Promenade sloped in any way that you recall?

A Not that I remember.
Q You said sloped to an outside edge?
A Outside wall or --
Q To get it to the drain that way?
A Yes, and I have seen drains flush with the decks.
Q You mentioned before that you suggested that the drains and the precast deck be recessed into the deck; isn't that right?
A Resay that question again.
Q You said earlier that your work on the project, you suggested that the drains that are in the precast deck, that they would be recessed down into the deck; right?
A That should have been on this job?
Q Yes. This is one of your recommendations?
A Right.
Q As opposed to being two inches above?
A Right.
Q How would you have tied in the waterproofing to the drain if the drain would have been recessed?
A Just the same process, you just go over the drain and then put the clamping ring on it.
Q Do you know who selected the drains for the deck and the courtyards?
A No, I do not.

Q Had you ever heard of having the insulation sloped, thicker on the edges and gets thinner as you move toward the drain to facilitate drainage?
A Yes.
Q Did that ever come up on this project as an idea?
A No, it did not.
Q Have you ever used insulation like that before?
A Yes, I have.
Q Is that something that WBE has come up with as part of its waterproofing system, that they are going to use tapered insulation?
A No, it's something to do with the architectural.
Q What do you mean by that?
A It's what the architect wants.
Q Mr. Thoreen, we talked earlier at some length about the link between buildings 1 and 2 and the link between building 4 and 5; do you recall that?
A Right.
Q Anything else about either of those links that occurred during the project that we haven't talked about?
A Not that I remember. Just that the link on 1 and 2 about the drain that I suggested and to lower the drains on the whole project.
Q You suggested to lower the drains on the whole

project?
A Yes.
Q What do you mean by that -- or those were the drains in the deck that we talked about?
A Right.
Q The ones that stood up two inches?
A Right.
Q Did you ask for any change orders in this project?
A No.
Q Did you submit any RFIs on this project?
A No.
Q We talked a few minutes ago about tapered insulation; do you recall that?
A Yes.
Q What is the purpose of tapered insulation as far as you know?
A Tapered insulation is used for more of a butal waterproofing on like your flat roofs where it's flat and they have to taper them for the drains before they put their butal waterproofing or roofing material on.
Q So the waterproofing actually goes on top of the insulation?
A Right.
Q Did you have any contact with the civil engineer on

this project?
A No.
Q Do you know who the civil engineer was?
A No.
Q Did you ever talk to anybody named Paul Pearson?
A Not that I remember.
Q Did you ever talk to anybody named Tom Weber?
A No.
Q Based on your experience in working with the Swelltite 3000 -- let me ask you this way. Have you ever on any project installed the Swelltite 3000 over wood?
A No.
Q Do you know if it's acceptable practice to do so?
A No.
Q I'm sorry. No, you don't know, or no, it's not?
A I don't know.
Q What is your understanding of what Weis' role was on this project?
A They were the general.
Q Do you have any understanding what they were to do?
A They were to general the job, they are in charge to keep all subs in control, and keep the job rolling.
Q In your opinion, did they accomplish those things in this project?

A Yes. Too fast.
Q Too fast?
A Yes.
Q Schedule was tight?
A Yes.
Q Did that impact your work at all?
A They wanted a day's work done in two hours.
Q Impact your ability to do your work the way it was supposed to be done?
A Yes.
Q How so?
A You're in a hurry. I mean, you're still doing your job, but you're in a hurry.
Q Do you know if anybody above them who was driving the schedule that hard?
A No, I don't.
Q Anything other than the fact that the schedule was tight? Anything else regarding Weis' role in this project?
A No.
Q Did you ever talk to anybody from Steen Engineering related to this project?
A No.
Q When you started hearing about leaks occurring on the project, did you have any opinion as to what was

causing the leaks?
A Not that I remember.
Q How about if you started making repairs, did you have any opinions as to what was causing the leaks?
A No.
Q Today, do you have any opinion as to what caused any of the alleged leaks at the site?
A Just them drains.
Q What do you mean by that?
A If them drains would have been lowered, probably would have helped a lot.
Q How so?
A Get the water off the deck so that the water could move faster.
Q How does the water -- two inches of water on the deck, how does that translate into being leaks?
A Well, that's not the only problem.
Q What other problems?
A I just went by the blueprint.
Q I'm sorry, I'm not following you. What other problems. We talked about the drains leaving two inches of water on the deck --
A That's a lot of it.
Q The drains?
A Trying to get the water away the quicker the better.

Q When you refer to the blueprint, are you referring to the fact that the blueprints called for the waterproofing and grade to stop at the top of block?
A Right.
Q The grade went over the top of that?
A Right.
Q Anything else?
A No.
Q Have you done any investigation as to determine what caused the leaks at the site?
A Not that I remember, or right now, no.
Q Have you seen any of the expert reports prepared in this project?
A The what?
Q Expert reports?
A No.
Q Any of the reports that have been produced or putting forth a reason why the leaks are supposedly occurring?
A No, I haven't.
Q When is the last time you were out at the site?
A I think it was last fall.
Q What were you out there for last fall?
A I believe they were doing some work out there or something, looking into it.

Q Just investigating?
A Right.
Q Part of this lawsuit?
A Right.
Q When is the last time you were out there to do work?
A It's been a while, I can't come up with a date.
Q Sometime last year or even before that?
A I believe it was even before that, might have been a couple of years.
Q We talked some about the posts in the courtyards, remember talking about that?
A Yes.
Q Did you ever work on a project before where there were posts that were attached to a precast deck that you had to waterproof around?
A Not that I remember. Most decks that I worked on that I remember were wide open.
Q I'm showing you what's marked as Exhibit 100, an RFI from Weis submitted to ESG, the architect. Ever seen that before?
A No, I have not.
Q The request is we need a detail on the patio roof supports of the courtyards, how these posts are anchored to the precast and how it will affect the waterproofing on the plaza; do you see that?

A Yes.
Q Then the response is, posts extends to precast and secured by galvanized post bracket, fastened to the precast; do you see that?
A Yes.
Q Goes on to say, "Waterproofing contractor should wrap posts with membrane and secure with adhesive." Do you see that?
A Yes.
Q Is that along the lines of what you did out there with the posts?
A Yes.
Q Showing you previously what's been marked as Exhibit 323, a photo taken out there, and it's the precast deck before water membrane has been installed. Do you see on the post, there is the liquid flashing; is that right?
A Yes.
Q Liquid membrane.
A Yes.
Q Then the joints of the precast, is that the --
A Yes.
Q -- stripping you did?
A Yes.
Q And then you have got a drain here in the bottom of

the photo; right?
A Right.
Q And there is some black material around the drain, what is that?
A That's the liquid membrane, also.
Q Now, with the concrete cove that you talked about that would go around the drain, would that go on before or after the liquid membrane?
A That was on before.
Q Who put in the concrete around the drain, the cove recommended?
A I have no idea who did that. I suggested it to Les and then he would get somebody to do it.
Q Then a liquid membrane was put around that?
A After a few days that it cured.
Q In that photo, can you see the concrete cove around the drain?
A I can't see it, but I'm sure there is something there, because we wouldn't just go ahead and put it on there without there being something there.
Q You specifically recall that each drain there was a concrete --
A Yes, because otherwise it was just a big hole.
Q Do you recall earlier I showed you some of the Volclay Swelltite literature?

A Yes.
Q Do you recall seeing any other literature other than the one we looked at earlier, in relation to this project?
A Not that I remember.
Q Showing you what's been marked as Exhibit 216, could you take a look at that.
A (Witness examines document.)
Q Have you had a chance to look at the Exhibit?
A Yes.
Q Have you seen it before?
A No, I have not seen it before, I was just reading it.
Q Do you know what it pertains to?
A Yes, in the handicap areas.
Q What is this Exhibit showing?
A Well, this ain't showing nothing of the handicap areas.
Q You're referring to the drawing on the second page of the Exhibit?
A Right.
Q Do you know what that drawing is?
A I believe it's the deck.
Q Do you know why that drawing is on there?
A No, I do not.
Q You said this refers to the handicapped area?

A I am reading number 3.

MS. REISBORD: Just for the record, can you explain to us what 216 was?

MR. STEPAN: Fax from John Weigand to Les Lawson, dated July 11th, 1997, relating in detail that Mr. Weigand received from Steve Messerich.

Q Number 3, do have a understanding what's going on there, what that comment is about?

A Yes.

Q What's going on there?

A They are saying to put the block in the handicap area, and that we will continuously wrap it with waterproofing over the top, which we did.

Q Which you did?

A Yes.

Q How about item number 1 on the Exhibit here, do you know what that's all about?

A No, I don't. I know what they're talking about, but I don't know what it contains.

Q It's not something you dealt with on the project?

A No.

Q Showing you what's been marked as Exhibit 99, it's an RFI.

MR. BROWN: Did he say he didn't know what number 1 was?

THE WITNESS: I know what precast is. I just don't know what it contains to, which building or where on what building.

MR. STEPAN: He said he didn't know what it dealt with on the project. He understood the terms but not where -- how it actually played into it.

THE WITNESS: Right.

Q Have you had a chance to look at Exhibit 99, sir?

A Yes.

Q Have you ever seen that before?

A No.

Q Do you know what it pertains to?

A There again, it goes back to what I believe I suggested, that the water collected there by 1 and 2, that's what I wanted the extra drain for.

Q Do you know what the work that's -- applying the RFI, regarding the installation of a four inch perforated drain tile with a silt sock. Do you know if that work was done?

A I have no idea. I've never seen this, but it seems like it's coming back to what I suggested.

Q You don't know if that work was ever done?

A I would have no idea.

Q Do you recall there being any problems with the slag on the deck or on the vertical walls in the

courtyards?
A Not that I remember.
Q Were there problems having too many people on waterproofing while it was being installed? Other trades?
A At times there was trades walking through, but I mean, it wasn't like a main artery where people are walking all the time.
Q Did you ever hear that there were problems with subs leaving windows open?
A Not that I recall.
Q Did you ever attend any meetings, people from Weis and Cetco and the architect, to try to determine how to address the leaks?
A Not that I remember.
Q Did you ever receive any complaints from Weis that WBE didn't have enough people on the job?
A Not that I remember.
Q During Mr. Messerich's deposition we showed him some letters that he had drafted regarding leaks in this project. Did you ever help him draft any letters regarding any leaks?
A No, I did not.
Q Did you ever see any of the letters that he sent out?
A No.

Q Do you know if Cetco was supposed to have people out to the project to inspect the insulation?
A No, I did not.
Q During the course of this suit, parties have exchanged what's known as interrogatories, it's questions we ask one another, and they have to be answered. We submitted some to WBE's Counsel. Do you have any input into answering that discovery?
A No.
Q The materials from Cetco, would they -- would there be a product literature that would come along with those materials in the packages?
A I don't recall seeing any, it was just the packaging list, shipping list.
Q Was there anything on the packaging list or shipping list you would use to help you install the materials?
A No.
Q No instructions?
A No, just what was there and list of stuff.
Q Do you know what the purpose of the drain board is?
A It's to get the water to run to the drain as quick as possible, so it's not sitting in one spot.
Q And one side of the drain board has dimples on it?
A Right.
Q Which way should those dimples be facing?

A Facing up, or on a vertical facing out.
Q Why is that?
A Let's the water down quicker down the wall, and then over to the drain.
Q If it's installed the wrong way so the dimples in the vertical wall are facing the wall, or on the horizontal if they're facing down, does it just simply slow the process down?
A On the vertical wall it wouldn't really make that much of a difference, but on a horizontal wall, or horizontal flat surface, the water couldn't -- there is channels in the dimples, that's the reason the dimples go up.
Q So would slowdown the drainage quite a bit in the horizontal surface?
A Right.
Q Would the drain here where there is two inches of water on the deck, does the drain board have any impact?
A Any affect to it?
Q Yes.
A No.
Q Are you familiar with the term counter flashing?
A Yes.
Q What's your understanding of counter flashing?

A It's flashing that masonrys use, I believe, or like a metal flashing, I believe, like a through wall flashing.
Q Do you know if there were supposed to be any counter flashing installed anywhere in relation to the vertical walls in the courtyards?
A Not that I remember.
Q Is that something you thought was necessary?
A Right.
Q Did you think it was necessary, counter flashing?
A I thought it was. I see it all the time on job sites.
Q And where on the vertical walls of the courtyards?
A Like a brick ledge.
Q The top of the block wall here, would that be where you would expect to see it?
A That's where I thought it would have been.
Q You said that's something that the masons typically install?
A Yes.
Q Do you know if the plans called for counter flashing on this project in or near the courtyards?
A Not that I remember.
Q Is that typically where you see it, it's called out in the architectural plans?

MR. HULL: Objection, foundation.
A Yes.
BY MR. STEPAN, CONTINUING:
Q Is there anybody that you recall having conversations with regarding the courtyard waterproofing that we haven't talked about here today?
A No.
Q Is there anything else regarding your work on this project that jumps out at you that we didn't touch on here?
A No.
MR. STEPAN: That's all I have got for you right now. Thank you, sir.
MR. BROWN: Let's take two minutes.
(WHEREUPON, a short recess was taken.)

EXAMINATION

BY MR. HULL:
Q Mr. Thoreen, my name is Bill Hull, and I represent the architect. And I understand you joined WBE right out of high school; is that right?
A Two years out.
Q And when was that?
A About May of '79.
Q Been doing waterproofing work ever since then?
A Yes.

Q Now, this project was work that WBE did was in 1997. Do you recall in relation to that when WBE or when you first were involved in the project that used Swelltite?
A It was probably in the '80s before then.
Q Now, do you recall what the first project was that you used Swelltite on?
A The name of the project?
Q Yes.
A It was Willmar College.
Q Now, did you go through any training program on how to install Swelltite before that Willmar College project?
A No, but when we started installing any kind of like a peel and stick membrane, we had some people come out for about three, four days and show us how to do it.
Q What does that have to do with Swelltite?
A Swelltite is basically the same installation except it's not an adhered system.
Q It's not a what?
A Adhered system.
Q You're saying it's basically the same as the peel and stick?
A Right.
Q And in what respects?

A Peel and stick, for instance, Meridri membrane is -- you put a primer down, and there is a paper backing on the back, which is fully adhered to the concrete deck. Where Swelltite is laid loosely on the deck, and then the joints are taped together.
Q In any event, there wasn't any real formal training program on installing the Swelltite; is that correct?
A Correct.
Q Did you receive any product literature before you first installed Swelltite?
A Yes, I looked at it at our office with my boss.
Q Do you remember what it was?
A I don't remember offhand, it was just briefly how to install it. You went through different stages of it. Like if you had your cold joints like your precast joints and stuff like that, you used a liquid membrane and put down first, then you put your --
MR. BROWN: He just wants to know if you received literature on Swelltite?
A I didn't receive it personally, no, I looked at it at the office.
BY MR. HULL, CONTINUING:
Q And you went over it with Mr. Messerich; is that right?
A Right.

Q Was there anybody with you at the time you did that, any other employees?
A Not that I remember.
Q And how long did you spend doing that?
A 15 minutes.
Q Now, did you work on any projects using Swelltite where you installed it over a spancrete deck that went over usable space, garage or living unit or anything like that?
A For instance, out at the Willmar College, that was not a spancrete. That was a fully concrete deck which sloped to the outside wall.
Q What was underneath the deck?
A Library, offices.
Q Any other installations over usable space?
A Yes.
Q Okay.
A At the U of M, Green Hall tunnel, that was also a fully concrete walls and deck.
Q Now, were those walls and deck sloped, also?
A Yes.
Q And any other projects where you used Swelltite over usable space?
A Not that I remember.
Q Were both of those instances, Willmar College and the

U of M, horizontal use of Swelltite?
A Yes.
Q Were there also a vertical application or not?
A Yes. You mean a different type of material, or do you mean we applied it on a vertical wall?
Q Did you use Swelltite on a vertical wall at either Willmar or Green Hall at the U of M?
A Yes.
Q Any problems with either of those two installations that you became aware of?
A Not that I remember.
Q Now, at any time prior to the time you were involved in the Promenade project, did you ever go through a training program of how to install Swelltite?
A No.
Q Did you ever review any literature other than the instance you described where you first were going to use it on the Willmar College project?
A Not that I remember.
Q Did you review any literature with any of the other people or crew at the Promenade project prior to starting work out there?
A Not that I remember.
Q Do you know if any of the other members of the crew went through any training program on how to install

Swelltite?

A No, I do not know.

Q Now, I believe you testified that you first learned about the Promenade project from Mr. Messerich in early 1997; would that be correct?

A Yes, I believe approximately before we were going to start the job.

Q Shortly before you were going to start the job?

A Couple months before we were going to start the job.

Q What did he tell you about it when you first learned about this project?

A He just told me to go out like he normally does, just go out and check on the job and see how they are going along so we can kind of plan accordingly.

Q Did he tell you anything else about the job?

A Not that I recall.

Q Did you review any documents with him about the job, when he first told you about it?

A No, not that I remember.

Q Now, you testified that you received this Exhibit 289 sometime before the project started; is that correct?

A Right.

Q Would that have been when you first discussed this project with Mr. Messerich?

A Yes, this is what I call as a takeoff, what he gives

me when I go out on the job site.
Q So did he give this to you the first time you talked about it, or did he wait until you were ready to go out on the job site?
A Wait until we were ready to go out on the job site.
Q So when you first talked about it, you didn't see any documents?
A No, I did not.
Q Did he describe the project to you at all?
A He just told me it's six buildings and we have foundation walls out there and plaza decks, that's pretty much it.
Q First trip out there, you went out just to see how the project was coming along and get some idea of when you guys might start; is that correct?
A Right.
Q And you talked to Les Lawson at that time?
A I don't remember if I talked to him or not.
Q Do you remember if you talked to anyone?
A Not right offhand, no.
Q Did you look at any drawings at that time?
A The first time?
Q The first time.
A No, I did not.
Q The second time you went out there, did you talk to

anyone?
A I believe I talked to Les then.
Q And did you review any documents when you went out there the second time?
A No, I did not.
Q So the only document then you reviewed before you went out to the project was Exhibit 289; is that correct?
A At that point, yes.
Q There is a reference to the specifications on Exhibit 289; is that correct?
A I guess I'm not understanding your question.
Q Well, there is a reference to -- there's a project manual or specifications section?
A Section?
Q Yes.
A 7110.
Q But you didn't see that before you went out to the job site, did you?
A No, I did not.
Q All right. First day out on the job site to start your work, was anyone else from your crew out there that day?
A Yes, I came there with -- I believe there was four of us. I went and talked to Les and told him that we

were here to work. And we went over some blueprints real quick. And he told me that start on building number 6, that we were working backwards. And he showed me what to do on the blueprint, and then I proceeded on.
Q Did you review section 7110 at that time?
A Not that I remember.
Q Have you ever reviewed section 7110 in the specifications?
A Have I ever or just on this job?
Q On this job?
A I don't remember.
Q Okay. Let me show it to you here. I think you saw it earlier today, it's Exhibit 480, and I'd like you to take a minute and page through there, and what I want to know is, is there any reference in Exhibit 480 to the plaza deck waterproofing?
A I looked at it, the first time I looked at it today, I did not see anything, that's what caught my eye. As soon as I seen materials, I seen right away that I didn't see any Swelltite on there.
Q I want to clear this up, so I can take a lot at these drawings here. Mr. Thoreen, you've been in this business it sounds like since what, late '70s?
A No, I only been doing actual commercial waterproofing

about 17 years.
Q Okay. And you have had an opportunity to review drawings during that time; isn't that right?
A Yes, I have.
Q Would you say that you have reviewed drawings on every project that you work on?
A I have looked at them, every drawing is different, some are difficult and some are easy.
Q Do you feel that you have developed an understanding of how to read drawings in the 17 years you have been doing commercial waterproofing work?
A Like I said, everyone is different but once I get how to learn how the drawing is, I can go in there and take a look at it, yes.
Q I want to direct your attention to a particular drawing section, it's A5.1. Now, on the first day you went out to the project, and you went through the drawings with Mr. Lawson. Do you recall if you looked at A5.1?
A I don't remember that.
Q I would like to direct your attention to note 3.A under the keynotes here. Can you read that?
A This one here?
Q No, A. Actually what I'm pointing to here is what I'm interested in.

A I haven't even hardly read these. I always looked at just the drawings.

Q Do you know what that means (indicating)?

A Earth fill slope to drain.

Q Next one.

A Waterproofing and insulation system. I don't know what this is, read it out, something installation by general contractor.

Q This I will tell you is design.

A Okay.

Q Were you aware that the general contractor was responsible for the design and the installation of the waterproofing system?

MR. STEPAN: Objection as to form, calls for a legal conclusion, misstates the --

MR. HULL: How does that misstate, Chad?

MR. STEPAN: That's not what you asked. You asked him what the contract between general contractor and owner called for.

BY MR. HULL, CONTINUING:

Q Were you aware that the general contractor was responsible for the design and installation of the waterproofing system?

A No.

MR. STEPAN: Objection as to form, lack of

foundation, and misstates the evidence.

MR. BROWN: You can answer.

A No.

BY MR. HULL, CONTINUING:

Q And Mr. Lawson didn't point that out to you when you first went to the drawings with it; is that right?

A I don't remember reading that. We went right -- he showed me what building 6 was, like here is building 6, and tell me what to do, take a cut. I can't exactly remember where the cut was and then show me how high to go up the walls. But I was only there, briefly there 10, 15 minutes.

Q Okay. You independently can read drawings; is that right?

A I can read them but I'm not as fast as some of the guys are.

Q Okay. Would you be able to pick out references to waterproofing in these drawings?

MR. BROWN: I object to the form of the question, calls for speculation.

A I mean, I couldn't just do it in five minutes, it would take me a while to look through it again, to get a feel of, you know, just -- this job was different. I mean, every print is different. There is some jobs I can go in and look at the picture and

say go to 3A5 4A2 or whatever, and then go from there and go to another cut that says 1421 or something. Every one is different. I mean, I can read them, but it just takes me time.

BY MR. HULL, CONTINUING:

Q Okay. Fair enough. I'm not going to ask you to do that while we sit here. But Mr. Lawson pointed at least some sections of those drawings out to you; is that right?

A Yes, he did.

Q Was anybody else with you when you went through those drawings with Mr. Lawson?

A No, there was not.

Q The other members of your crew weren't there then?

A No, they were not. If I had a problem with something, I was the one that usually went and talked to Mr. Lawson.

Q Okay. Now, tell me as near as you can recall, what Mr. Lawson told you in that 15 minutes that you reviewed the drawings prior to starting work on your first day of work out there?

A Just went out and told him who I was, and said we're here to start the project and the waterproofing on the plaza decks. And I asked him could you show me in the print where it was, so I could get a feel of

the blueprints. Like I said, every job is different, and he did. He went through the cuts and just told me here's what you do, you go up to the top of the block. That's what I was told to do.

Q So Mr. Lawson told you to go up to the top of the block?

A Right.

MR. STEPAN: Objection, misstates his testimony.

BY MR. HULL, CONTINUING:

Q What else did he tell you besides that you had to go up to the top of the block with the waterproofing, that you can recall?

A I don't recall him telling me anything about doing anything. There is some things I already knew, what my boss, Steve Messerich told me what I had to do, which I already knew, too, was prestrips all the joints.

MR. BROWN: He just wants to know what exactly you remember about everything you said with Les Lawson during those 15 minutes, not what you didn't say, but what you did.

BY MR. HULL, CONTINUING:

Q Let's try that again, because you talked about going to the top of the block with the waterproofing?

A Right.
Q All right. Did Lawson tell you anything else in that 15 minute meeting you had?
A Not that I recall.
Q Now, what else did you know about this project before you went out there on that first day?
A What do you mean by what else did I know?
Q You said that you had -- you knew some of the things, like you knew that you had to prestrip the joints?
A Right, that I already knew.
Q What else did you know about --
A That was it.
Q Okay. Did you ever look at the project drawings again after that first meeting with Mr. Lawson on the day you started work?
A I looked at them when I needed to, like around -- like your links and stuff like that. But, I mean, otherwise the courtyards are pretty well basic until you got to your links, then it was a little different question, and I looked at them, yes, I did.
Q Do you remember how many other times you reviewed the drawings?
A No, I do not.
Q Did you look at them with Mr. Lawson, or did you do it by yourself on those other occasions?

A I probably looked at some by myself, and I don't know if Les might have been there.
Q When you went over these drawings that first time when you had your discussion with Mr. Lawson, was there any discussion about where the grade in the courtyards would be?
A I thought I seen in the blueprint when we looked at it, it was up to the block.
Q When you looked at it with Mr. Lawson?
A Right.
Q Are you sure, or do you just think maybe you did?
A I'm not a hundred percent sure, but --
Q Okay. Did Mr. Lawson say anything about the grade?
A No, he did not, not that I recall.
Q Was that an issue that was important to you in doing your job, to know where the grade was going to be?
A When he told me that go to the top of the block, I assume that grade was going to be right there.
Q Okay. There have been a couple of products we've talked about here, and I have to admit just a little bit of confusion about them. I want to have you straighten that out for me. You prestripped the joints on the plaza deck.
A Right.
Q What material do you use for that?

A Liquid.
Q What kind of liquid? Is it this M2000 that we referred to?
A Yes.
Q Now, we have also referred to a liquid membrane and liquid flashing. Are those different?
A That's the same.
Q That is the same product?
A Same product.
Q And then we also referred to the type of adhesive product?
A Right.
Q Is that a different product?
A Yes, it is.
Q Do you know what that's called?
A If I remember seeing on the can, it says Cetco adhesive or something, I don't know the number.
Q You just used that on the vertical walls on the plaza?
A Right.
Q So there were two types of liquid products that you use, you used the M2000?
A Right.
Q Which is the liquid membrane?
A It said liquid flashing on the can, if I remember

right.
Q Okay. And then you used the liquid adhesive?
A Right.
Q Now, is this liquid flashing a product you had used in the past?
A Yes.
Q So you were familiar with it?
A Yes.
Q Is that intended to be a waterproofing product?
A Yes, to my understanding.
Q And tell me where you installed that on the plaza deck. You installed it on the joints of the spancrete, and you installed it on the coves around the drains; right?
A Yes. And we put a cove where the block wall meets on the bottom of the deck.
Q What was that cove made of?
A The liquid flashing.
Q There was no hard product that you had in that joint?
A No, we just put it and troweled it in.
Q And how thick was it at that joint?
A I don't remember right offhand. It wasn't that big of a joint.
Q But it would create an angle there?
A Yes.

Q And then how far up the wall -- did you go up the wall with it at all?
A With the liquid flashing?
Q Yes.
A No, it was just on the bottom.
Q Did you put it on the top of the wall where the waterproofing membrane ended?
A I think so. From what I could see in the pictures, it looked like we did.
Q And was that then intended to waterproof that area up the Built-Rite?
MR. REILLY: Object as calls for speculation.
BY MR. HULL, CONTINUING:
Q Let me just show you here what was marked as Exhibit 481. At the bottom of that concrete block wall on the plaza there is black material, is that the liquid flashing?
A I don't know, to me it looks like the adhesive.
Q What about at the top of that block wall, is that a liquid flashing?
A Yes.
Q Now, was that put there for the purpose of waterproofing that area on the top of the wall and up the Built-Rite?

MR. REILLY: Object, calls for speculation.

A I believe I put it there to cover that joint down there, where the sheetrock meets the block.

BY MR. HULL, CONTINUING:

Q That's actually Built-Rite, though, it's not a sheetrock?

A I thought it was sheetrock.

Q Okay. And you put it there where the concrete met the Built-Rite?

A Right.

Q And the purpose of putting it there was what?

A To seal up that joint right there.

Q Did you put anything on the top of that concrete block?

A No.

Q Was that a solid concrete across there?

A Yes, it was.

Q Didn't have the holes in the center of the block?

A They filled them in.

Q What did they fill those in with?

A They filled them in with mortar.

Q Okay. Now, were all six of the buildings constructed similarly at that junction where the Built-Rite and the concrete block wall intersected?

A Pretty much, yes. One side would seem to have an extra row of block than the other. That was the only difference, if I remember right.
Q But it didn't vary from building to building, it just --
A The first one was the same as the last one.
Q Okay. Did you install the liquid flashing up the Built-Rite some distance on both sides of the plaza?
A Yes.
Q And approximately how far?
A How far up?
Q Yes.
A Oh, I don't know, we just put it on, we took a trowel, maybe four inches or so.
Q And how did you know to do that, to put it at that junction and how far up the wall to go?
A I was told to.
Q By who?
A My boss.
Q Steve Messerich?
A Right.
Q And when did he tell you that?
A Just that brief talk that me and him had a talking before I went out there to do the job.
Q Okay. You didn't use a termination bar at the top of

your waterproofing at all on this project during the initial construction, did you?
A No, I did not.
Q Any discussion with Mr. Messerich about that, whether to use a termination bar or not to use one before you went out to the project?
A No, there was not.
Q Are you familiar with what a termination bar is?
A Yes.
Q What is the purpose of that?
A The purpose of a turn bar is that where you come up with the waterproofing. It's part of the system if it calls for, that this one did not call for any turn bar.
Q How do you know it didn't call for it?
A Because I talked to my boss about it.
Q So Mr. Messerich told you that you didn't need a turn bar; is that correct?
A Right.
Q Do you know who selected the Swelltite product for this project?
A No, I do not.
Q Have you ever seen Swelltite specified by an architect before?
A No, I have not.

Q Have you ever seen it in a set of specifications before?
A Written in there?
Q Yes.
A In like the old 7110?
Q Yes.
A I believe I have on the other jobs.
Q But it wasn't in this project?
A It's not in this one.
Q Did you have any discussion with anyone about the use of a metal flashing at that concrete block Built-Rite junction?
A Not that I remember.
Q Did that concern you that there wasn't metal flashing or counter flashing installed there?
A It didn't at the time.
Q And what about now?
A Now I do. I have seen it other jobs.
Q Have you seen it on other jobs before or since this one, or both?
A Both.
Q Was it a concern of yours that the grade was going to be at the same elevation as the termination of the waterproofing?
A At the time when I seen it, I thought that's where

grade was, was at the top of termination.
Q Did that concern you?
A No.
Q You weren't worried about water, you know, during a heavy rain getting over the top of the waterproofing?
A No. I thought grade was going to be right there.
Q And if it did, did you expect that the liquid flashing would act as a barrier?
MR. BROWN: Objection, foundation. Calls for speculation.
A I don't remember.
BY MR. HULL, CONTINUING:
Q All right. I think you were shown Exhibit 488 earlier. I just want to ask you -- or 47, excuse me. Did you look at this earlier? Did Mr. Stepan ask you to take a look at that?
A Yes.
Q And the third page of that is a drawing; is that right?
A Right.
Q Now, you never saw that drawing, did you?
A Not this particular drawing, but I saw a drawing like it.
Q And where did you see the drawing like it?
A From the blueprints when I talked to Les.

Q Okay. Now, the third page of Exhibit 47, has a detail for the junction of the block wall and the wood framing of the building; is that right?
A I don't remember.
Q I'm asking you on here?
A Yes, I see it.
Q And that detail shows a waterproofing membrane going up past the end of the block wall; is that right?
A In here I can see it, but here, I don't remember seeing this (indicating), but right here (indicating).
Q Okay. Now, do you remember seeing that on the drawing that you looked at at the time Mr. Lawson showed you the drawings to this project?
A I just remember seeing it to the top of the block. Other than that I don't remember.
Q What about the flashing, the document you're looking at here, Weis Builders, Bates number 8700 shows a flashing at the junction of the block wall and the wood; isn't that right?
A Yes.
Q Do you know what kind of material that flashing would be made of?
A No, I do not.
Q Is there any way you can tell from that drawing?

A No.
Q Was there a flashing installed at the Promenade at the junction of the block wall in the concrete -- excuse me, the wood framing?
MR. BROWN: At what time? Object.
BY MR. HULL, CONTINUING:
Q At the time the project was built?
A No, there was not.
Q Now, this detail that we're looking at on Bates number 8700, would be only on one side of the plaza; is that correct?
A That's correct.
Q And the other side of the plaza, the wood framing would be flush with the block wall; is that right?
MR. BROWN: Object, foundation. If you even know the answer to that question.
A I don't remember. I just remember one side being higher than the other for some reason.
BY MR. HULL, CONTINUING:
Q What do you mean higher than the other?
A Seemed like there was an extra block.
Q Okay. You don't remember one side having the wood framing setback from the edge of the block?
A No, I don't.
Q Okay. Now, you have been on a number of projects

where you saw metal flashing installed at your waterproofing; is that right?
A I have seen all kinds of flashing.
Q Well, have you seen a metal flashing installed there?
A I have seen copper.
Q And that's metal. Anything besides the metal flashing installed at the top of your waterproofing?
A They call it through wall flashing, I have seen.
Q Tell me what that is.
A The masonrys put in. They put it on before they put their rows of block up. And then they put their weeps in so if any water did get behind it, would have a way to come out.
Q And then the flashing would go up behind the wood frame, is that right, or behind the Built-Rite anyway?
A Again, every job is different.
Q Well, let's go back to the jobs that you seen a flashing installed at the junction of the -- at the top of your waterproofing; okay?
A Yes.
Q Now, what types of flashing have you seen installed at that location on other jobs?
A Mainly it's the through wall flashing.
Q Okay. Have you ever seen another kind of flashing

installed there?
A Yes, I have.
Q And describe that for me?
A Copper one.
Q Okay. And can you describe what that -- was it just attached to the Built-Rite and then ran over the top of your waterproofing?
A It was bedded in hot tar.
Q And do you recall a specific project where that was installed?
A Yes.
Q Who installed it?
A I have no idea, but it was at Mankato State in Mankato, Minnesota.
Q It was a trade other than yours?
A Yes.
Q And when you observed the through wall flashing, who installed that?
A The masonrys usually do that.
Q You never installed a flashing to cover the top of your waterproofing, have you?
A No.
Q Exhibit 31, we looked at that earlier, and did you testify that you would, would typically install that liquid membrane under that wood block?

A Yes, we would. I don't know why this one was left in there.
Q I'm sorry, you don't know why what?
A It probably got pulled out afterwards. See, they put them wood blocks in to hold the door in place until it was fully secured.
Q Okay. And what would they put in place of that wood block once they took it out?
A Nothing.
Q Well, how would the threshold be supported?
A It was only out this far (indicating).
MR. BROWN: He is just -- okay. I'm just going to object to foundation. If you don't know what the --
BY MR. HULL, CONTINUING:
Q This isn't a trick question. It looks like the threshold here is supported by this wood block; is that right?
A Yes.
Q But you said in some instances -- did they pull that wood block out at some point?
MR. BROWN: Do you know?
BY MR. HULL, CONTINUING:
Q Do you know?
A I seen them with them out and I seen them with them

in.

Q How about on this project here?

A That's where I seen them with them in or out.

Q When it's out, how is that threshold supported?

A It was fully secured then.

Q So there would be a -- there would be a space underneath the metal threshold that just there is nothing there; is that right?

A Just a little space, not a big space.

Q Like what size space?

A That 2 by 4 inch and -- probably inch and a half or whatever.

Q So you saw at least some installations where the -- there was an inch and a half of space between the threshold and the block wall with nothing else.

A It was sheetrock behind there.

Q Okay. Did you ever observe a flashing installed at that location?

A A liquid flashing?

Q No, a metal flashing.

A No.

Q Did you always install a liquid flashing at the door thresholds?

A Yes.

Q And then did you cover the entire top of the concrete