block with your liquid flashing on those instances?
A Yes.
Q And did you run it up the back of the sheetrock?
A Yes.
Q So if there was a piece of wood there when it came time for you to install your liquid flashing, you would take it out; is that right?
A I took some out and lot of them were out already.
Q Okay. When you got done installing your liquid flashing, would you put that wood block back in or not?
A No, not that I remember.
Q Now, when you went out there on your second visit, this was just kind of determined scheduling issues. Did you talk to Les Lawson about anything about when you would be starting work?
A No.
Q When you showed up the first day on the job, did you talk to Mr. Lawson at all about sequencing issues, you know, what should come first in terms of installation?
MR. STEPAN: Objection as to form.
BY MR. HULL, CONTINUING:
Q Do you know what I mean?
A The sequence of our product?

Q Yes, in relation to the other construction on the job?
A Just that we came in after certain amount of people got out of our way.
Q What I'm really interested in is you talked about how you would have preferred to have run the installation under the wood support posts. Do you remember that testimony earlier today?
A Yes.
Q Did you talk to Mr. Lawson about sequencing issues like that at all?
A No.
MR. STEPAN: Objection as to form.
A No, I did not.
BY MR. HULL, CONTINUING:
Q You also mentioned that you would have preferred to have run your insulation under block walls supporting the handicap ramps of the links; is that right?
A I talked to them about that, yes.
Q Did you talk to him about that at the beginning of the job or not?
A No.
Q Did you talk to him about that before the ramps were installed?
A Yes.

Q And what did he tell you?
A He told me that they were just going to go ahead and do it.
Q Okay. When you would leave the job site at the end of day before a plaza you were working on was filled in, would you take any precautions to guard against rain falling on Swelltite?
A We usually put everything inside at the end of the day.
Q The unused product?
A The unused product would be inside at the end of the day.
Q But there were instances where you would have installed the Swelltite, but the plaza had not been filled with dirt yet; right?
A Right.
Q Did you do anything to protect the Swelltite of those instances?
MR. BROWN: Object to the form of the question. There is never a case when they installed the Swelltite and the courtyards filled in already. So I don't understand your question.
MR. HULL: I must have misspoke.
Q What I meant was, there were instances when you installed the Swelltite in the courtyards, and you

left at the end of the day and the Swelltite was not covered with fill; correct?
A Correct.
Q Did you do anything in those instances to protect the Swelltite against rain?
A We put the drain board down as soon as we were done with the Swelltite for traffic-wise. Rain-wise there is nothing I can do about that.
Q That drain for it would not provide a watertight barrier, though?
A No, it was to protect for any pedestrian traffic.
Q Okay. Now, did Mr. Lawson ever come -- did Mr. Lawson ever come to you and ask you if there was a problem with installing the grade higher than your waterproofing?
MR. STEPAN: Objection as to form.
A Not that I remember.
BY MR. HULL, CONTINUING:
Q Do you remember having any discussion with anyone during the construction process about installing the grade higher than the waterproofing?
A Not that I remember.
Q When did you first figure out that there was -- that the grade was higher than your waterproofing?
A Toward the end of the job.

Q Were you done with your waterproofing work by the time you learned of that condition?
A Well, had maybe two buildings left by then.
Q What did you do when you learned of that condition?
A I don't remember if I talked to anybody. I might have talked to my boss about it.
Q But you didn't talk to Les Lawson about it, or did you?
A I don't remember.
Q Okay. Now, you said you might have talked to your boss. I mean, do you have a specific recollection of talking to Mr. Messerich about it or not?
A No, not right offhand, no.
Q Did you change the way you installed your waterproofing in the last two buildings as a result of learning that the grade on the earlier buildings was set higher than your waterproofing?
A Not that I remember.
Q Did you, when you learned of that condition, think that that would be a problem?
MR. BROWN: Object to the form, vague.
A Like I said, when they were filling in, you know, they were just putting the dirt in. They didn't have it fully graded, so I wasn't exactly sure where grade was at the time.

BY MR. HULL, CONTINUING:
Q But at some point you learned the grade was higher than your waterproofing; right?
A Towards the end of the job, yes.
Q Did that concern you?
A I don't have an answer for that one. I don't remember. I am just going by what I was told to do.
Q As you sit here today, do you think that that's a problem, to have grade higher than your waterproofing?
A I know it's a big problem.
Q Okay.
A Two problems.
Q Tell me what the two problems are?
A You don't put sheetrock below grade.
Q Okay. What else, what's the other problem?
A The grade -- well, what I just said, the grade --
Q Shouldn't be above your waterproofing?
A Right.
Q The grade should not be above your waterproofing?
A Right.
Q And your recollection of the plans was that they showed grade terminating at the top of the water -- or grade being at the top of the waterproofing; is that right? Not over it.

A That's right.
Q Okay. Now, you testified when I asked you if you were concerned about grade being higher than the waterproofing at the time you learned about it at the Promenade project, and you said you really didn't know. What is it that has happened since then that makes you now think that that's an improper installation?
A Well, like all jobs are different, and you just go to the top, and a lot of times they put a face block on and they tell me that grade is right there. I haven't really seen another job like this one.
Q But you now believe that it's improper to have the grade higher than your waterproofing; is that correct?
A That's right.
Q But you didn't have an opinion about that when you first learned of that condition at the Promenade; is that correct?
MR. BROWN: Objection, misstatement of his testimony. He said he didn't recall what his opinion was.
A I don't remember my opinion at that time. I don't have an answer for you on that at that time.
BY MR. HULL, CONTINUING:

Q Okay. Well, but you believe it's an improper installation now; is that correct?
A Yes, it is.
Q Is there anything that you learned since you found out that that condition existed at the Promenade and now, that has convinced you that that is an improper installation?
A Are you telling me that I did an improper installation at that job?
Q No, I'm --
A I'm misunderstanding the question.
Q Okay. In the summer of 1997, leaks developed at the Promenade project; is that correct?
A Yes.
Q And you were involved in some efforts to locate and fix those leaks; is that correct?
A That's correct.
Q And over how long a period did that effort continue? When did you quit trying to fix the leaks?
A We were out there off and on for, I would say, darn near a year later.
Q Okay.
A I don't really remember the dates, I just remember by looking at some of them that I seen up to 2000 or so.
Q All right. Did you observe a pattern at all to the

leaks that occurred out there?
MR. BROWN: Object to the form.
MR. STEPAN: Same objection.
MR. BROWN: Do you know what he means by pattern?
A Yes. The pattern, the way -- how it's getting in there. No, I did not.
BY MR. HULL, CONTINUING:
Q So it would be fair to say that there were leaks coming from a variety of sources; is that correct?
A That's correct.
Q Was this Swelltite membrane intended to allow water to migrate under it if it got underneath?
MR. REILLY: Objection, calls for speculation.
A No, it's supposed to be worked under compressed -- compression, like putting dirt on there and that.
BY MR. HULL, CONTINUING:
Q So it's your understanding anyway, that water should not be migrating over distances underneath the Swelltite; is that correct?
MR. REILLY: Object to form. The question is vague. What do you mean by under? In the middle of the cement or right directly underneath?
MR. HULL: You can still answer the

question.

MR. BROWN: Do you understand his question?

THE WITNESS: Yes.

MR. REILLY: Also object, calls for speculation.

A I understand that there should not be any water underneath. I do know that that plastic film that's on the back of it will dissolve when water hits it.

BY MR. HULL, CONTINUING:

Q Do you know if that Swelltite product is designed to prevent water from moving underneath the Swelltite?

MR. REILLY: Same objection.

BY MR. HULL, CONTINUING:

Q If it gets underneath?

MR. REILLY: Same objection, speculation and vague.

BY MR. HULL, CONTINUING:

Q If it gets underneath?

A No.

Q Now, you were involved in some repairs at the Promenade project; is that correct?

A That's correct.

Q And one of the repairs was to install a peel and stick product at the top of -- at the junction of the block wall and the Built-Rite; is that correct?

A That's right.
Q And the Weis Builders employees would do the excavation to allow you to get at it; is that correct?
A That's right.
Q And who would remove the siding?
A I believe the siders came out at first, and then I don't think we could get the siders back there. But what I am saying by we, I am saying by what Weis couldn't get the siders back there. Then Weis started taking it off, and then I think the siders came back and replaced it.
Q And then you and your crew would apply the steel -- peel and sticks, you install the peel and stick product; is that right?
A That's correct.
Q And what was that product?
A It was a Meridri 861 product.
Q And who was that manufactured by?
A By Mirafi.
Q And what is that product like, is it rigid or is it flexible or what is it?
A It's flexible.
Q Is it like a rubber base type product, do you know?
A It's a rubber -- I mean, it's flexible, it goes

around corners real easy. Lays on the wall flat, really sticks.
Q And how wide of a strip of that did you install?
A I don't recall right now. I don't remember.
Q Okay. Tell me approximately where the bottom of this product was installed, and then where the top of it would end up?
A We would get like a 3 inch overlap over the top of the ledge, and then go up to where they had taken the siding off.
Q And do you recall typically how far up the wall that would be?
A Up the wall from the ledge could have been 18, 20 inches.
Q Did you apply that?
A We had to get higher than the grade.
Q Did you apply that on both sides of the plazas?
A Yes.
Q Did you apply that on all buildings?
A Yes.
Q Did you apply that initially in the areas only between stoops?
A Yes.
Q And did you subsequently apply it -- was the concrete stoop saw cut and part of it removed and then apply

that product?
A That came at a later date, I believe.
Q Were you involved in that?
A Yes.
Q And was that done at each of the stoop locations?
A Yes, it was.
Q Your recollection then is that this Meridri product was installed wherever there was a wood -- the wood intersected with the concrete block; is that correct?
A Yes.
Q Did that stop the leaking?
MR. REILLY: Objection, calls for speculation.
MR. BROWN: Lacks foundation, vague.
A I think it slowed it down, if I remember right, but there was still leaking, that's why they took the stoops out.
BY MR. HULL, CONTINUING:
Q Well, first you put the Meridri in-between the stoops; is that right?
A Right.
Q Then they took the stoops out and you put the Meridri behind the stoops?
A Right.
Q After both of those operations had been complete, the

Meridri covered the junction wherever there was a junction of wood siding and concrete block; is that correct?
A That's correct.
Q All right. You believe that it stopped the leaking at that wood block -- or wood cement block junction?
A I don't remember because I was out there a few times doing other things. I don't know if we did the injecting first, or if we put the rubber membrane on first. I don't remember the sequence that we did.
Q Okay. One of the repair methods was putting the peel and stick membrane on; is that correct?
A That's correct.
Q Another repair effort was injecting the stoops; is that correct?
A That's correct.
Q But you also were involved in some other repair efforts; isn't that right?
A There again, to what?
Q Well, what else did you do besides those two types of repairs. What other types of repairs did you do?
A I don't remember doing any other repair. I know Weis was out there doing some other stuff, but I don't know exactly what they were doing. I wasn't involved in that.

Q We went through your log and talked about looking for leaks in a whole variety of places.
A Right, I did that, yes.
Q That's what I'm after.
A Okay.
Q So in addition to the peel and stick and the foam injection, tell me what else you did to try to find and stop leaks?
A Well, for instance, one of them Exhibits there, we did a lot of work on I believe it was building number 3, south wall, and we dug that up, and doing some repair, and then we put a flashing on there, and we dug up around some drains.
Q Where is this building 3 south -- I bet it's on the south side of building 3, huh?
A It's on the corner of Lexington and Pilot Knob Road.
Q What I am after is, what is at the end of that wall?
A I think there is grass down below or a sidewalk, I'm not sure. I don't remember exactly what's there, but I do know that there is a stairway just off to the side of it.
Q The leaks were going down into the garage from there?
A Into the garage, yes.
Q Well, it sounded to me like as we went through your log there, that you were looking for and attempting

to stop, you know, quite a number of other leaks?
A Yes.
Q We had looked at a picture earlier, where the siding had been installed before you came along to do your waterproofing work; do you remember that picture?
A Yes.
Q What did you do about getting your liquid flashing behind the siding, or did you do anything?
MR. BROWN: I object as assuming facts not in evidence. I don't know if there is any evidence of the siding goes lower than the top of the block in that photograph.
BY MR. HULL, CONTINUING:
Q Exhibit 111, take a look at that.
A (Witness examines document.)
Q Now, did you put any liquid flashing behind the siding if it were installed prior to the time you started your waterproofing work on a particular building?
MR. BROWN: Same objection, lacks foundation, assumes facts not in evidence.
MR. STEPAN: I join in those objections.
MR. BROWN: But you can answer the question if you remember it.
A I was just going to. I don't see anything here that

we even started this, so I don't understand what this stuff here is. I know what the Tyvek is all loosely laid here.

BY MR. HULL, CONTINUING:

Q Was there instances where siding had been installed on the building in the plaza areas before you came in to do your waterproofing work?

A Yes.

Q I'm sorry?

A Yes.

Q Do you remember how many buildings that occurred on?

A I don't remember.

Q Was it more than one?

MR. BROWN: He just said he doesn't remember.

A I don't remember.

BY MR. HULL, CONTINUING:

Q Did you consider that work to be out of sequence when it occurred?

MR. STEPAN: Objection as to form.

A No.

BY MR. HULL, CONTINUING:

Q Go ahead, were you finished?

A That I can remember of any sequence change or anything.

Q So it didn't interfere with your work then if the siding was installed first; is that correct?

MR. STEPAN: Objection as to form.

A I don't remember.

(WHEREUPON, there was a discussion off the record.)

BY MR. HULL, CONTINUING:

Q I want to show you Exhibit 488. You earlier talked about that Exhibit. Can you tell me where that is located, what that shows?

A I don't know the building number of it, but it looks like it's in the -- they took out concrete and there was stoop went all the way to the building, and then they cut it out.

Q So does that appear to you to be in the plaza?

A Yes.

Q And the concrete that we're seeing there, you believe that would be one of the stoops; is that correct?

A Right.

Q And what is the black material behind the siding?

A This here (indicating)?

Q Yes.

A That would the Meridri 861 membrane.

Q Let me show you what has been marked as Exhibit 117, talked about that earlier, also. What is this on

that I am pointing at? It looks like on the top of that brick ledge.
A That's a ledge. That's tar on top. It's probably -- this brown stuff, I'm going to say, is dirt or particles that were blown around on a windy day or something.
Q So you think that's not a board, that's just dirt on top of the tar?
A No.
Q What do you think it is?
MR. REILLY: Object, calls for speculation.
BY MR. HULL, CONTINUING:
Q Can you tell what it is?
A You mean this material here (indicating)?
Q Right. What is that piece?
A I can't tell what it is.
Q Okay. And then the liquid flashing is on the Built-Rite; is that correct?
A On the wall here (indicating)?
Q Yes.
A Yes.
Q Okay. Then let me show you what we marked as Exhibit 115, and that shows a plaza drain; is that correct?
A That's correct.
Q Now, you testified earlier that the Swelltite would

be installed up the plaza drain some distance, and then a clamp put around it; is that correct?

A No, this was added in afterwards, if I remember right. There is a clamping ring underneath this PVC pipe. This was set in afterwards, because this was a collar. And then I can't remember what Exhibit it was, but then you seen the pipe that was sticking out.

Q I know there is a pipe that extends up to the grade elevation which is between two and a half and three feet. Was there an extension other than that?

MS. HEYER: Objection, foundation.

A Not that I remember, no.

BY MR. HULL, CONTINUING:

Q So you believe that underneath -- what is the black material on the top there?

A This here (indicating)?

Q Yes.

A That's the drain board.

Q You believe that there would have been then a clamp underneath that drain board holding the Swelltite to the drain?

A Yes.

Q Mr. Stepan showed you Exhibit 100. And you remember Mr. Stepan showing you that earlier?

A Yes.
Q You never seen that before today, have you?
A No.
Q So you didn't rely on that for your company's work at the Promenade project; is that correct?
A Correct.
MR. STEPAN: Objection as to form and foundation.
A That's correct.
BY MR. HULL, CONTINUING:
Q Did you and Mr. Messerich ever have any discussion about the installation of flashing at the concrete block wood junction prior to the time you guys put that peel and stick flashing on as a repair effort?
A At the top of the wall?
Q Yes.
A I don't remember.
Q Do you remember having a discussion with anyone about using a flashing at that concrete block wood junction during the initial installation of the waterproofing?
A At the beginning was done on the joints, the bottom of the block and the top.
Q I am not talking about the liquid flashing.
A You're just talking about a regular flashing?
Q Right?

A I didn't talk to them about anything like that, no.
Q And you never had any discussion with anybody about rigid flashing being installed there, just part of the initial construction?
A Not that I remember.
MR. HULL: I don't have anything else. Thank you very much for your time.

EXAMINATION

BY MR. PRYOR:
Q Mr. Thoreen, I'm Mark Pryor. I represent Chris Craft, and I have a few questions for you.
Does that name mean anything to you, Chris Craft Industrial Products?
A No, it doesn't.
Q How about the name Monicell, LLC?
A No.
Q How many times had you installed this Swelltite product before this job?
A I remember a couple of jobs that I told you.
Q So just a couple, you think?
A That I can think of right now.
Q And I think you told us that there is a film on the outside of the membrane?
A Right, it's on the bottom side.
Q And in any of the jobs that you had been at before

this one, had you ever been aware that that film hadn't dissolved?
A No.
Q Had there been any problems with the Swelltite product on any of those prior jobs?
A No.
Q Now, the installation steps that you talked to us about, are they the same on the vertical services as they are on the horizontal?
A Yes.
Q And is the product the same on the vertical as it is on the horizontal?
A Yes.
Q Do you have any knowledge that water soluble film didn't dissolve on this job that we are talking about here today?
A No, I do not.
Q What was done to keep the traffic off of the horizontal surfaces after the installation?
A We put the drain boards down.
Q Anything else?
A No.

MR. PRYOR: I don't think I have anything further.

EXAMINATION

BY MS. HEYER:

Q My name is Chandelle Heyer, and I represent JBerd Mechanical Contractors. We met earlier. And I think you testified previously that you do not recall the name JBerd Mechanical Contractors?

A The way I understood is, I don't recall them being out there. I thought they said that I talked to them. I knew there was a mechanical, but I didn't know what their name was.

Q Sure. And then I thought you also said -- just so I am clear. You don't recall speaking to anybody from JBerd. You may have but you don't recall anybody specifically?

A Right.

Q Okay. Do you recall speaking with anyone with regard to work on the drains? I know you testified previously about Les Lawson. I guess exclusive of that, I'm wondering if you spoke with anybody else on this project regarding the drain work on the Promenade project?

A Not that I remember.

Q My understanding is that your work -- your waterproofing work followed the installation of the drains. My understanding is, and correct me if I'm wrong. Is that your waterproofing work followed the

installation of the drain at the precast plank level?
A It didn't follow, it followed a little the job proceeds as the building went up, and everybody got out of there and we would move in and do our work.
Q So it's fair to say that when you came in to do your work, the drain, the precast plank level had already been installed --
A Yes.
Q -- on a particular building?
A Yes, they were installed by the time I got in there.
Q Okay. Now, I know you testified previously that you worked on projects prior to the Promenade project that involved precast plank, and in addition to that precast plank and there was livable space underneath. I'm wondering -- let me back up for a second before I ask you that question. You were aware that -- or were you aware that there were precast -- that a precast plank level drain and there was going to be PVC piping that was going to extend up from those precast drains up to grade level?
A I didn't know at the time that there was going to be a PVC pipe going up to grade, no.
Q When you say you didn't know at the time, when do you mean, by what time did you -- at what time did you become aware that PVC pipe was going to extend up

from the drain?

A Probably when they started backfilling, I just seen them putting them in.

Q You saw someone putting -- you saw someone putting -- or somehow fastening PVC piping to the precast plank level?

A Right.

Q So prior to that, you didn't -- you weren't aware that that's how the drain system was going to work on this project?

A No, I was not.

Q Were you aware that there was going to be PVC piping extending from the drains at the precast plank level at the time that you spoke with Les Lawson about your concern about the drains?

A No, I was not.

Q Have you ever worked on a project where there has been drains at the precast plank level, and then there has also been PVC piping extending from those drains and then drains installed at grade level, as well?

A Not that I recall.

Q Do you have any knowledge as to why the drains that were used on this project were used?

A No. The only thing I didn't understand is why they

were so high up in the air compared to what I have seen over the past.

Q Just so I'm clear, what you seen in the past, were the drains that you seen that are flush with the deck level or the spancrete level, did any of those drains also have like PVC piping or anything that were extending up from them?

A No, every job is different. Sometimes they poured concrete on top.

Q You testified that you recommended to, I believe it was Weis, that they create a cone, cement cone?

A Right, otherwise it was just -- you could look right through into the basement. Whoever put the drains in, they made the hole just big enough, you know, little bit larger than what they needed, you could look right down in the basement. And the liquid membrane would just flow right down in there, so I had them make some kind of a cone to go around it. So membrane would come up over the drains easier, too.

Q So it's the membrane part that would come up over the drains easier with the cone being in?

A Right.

Q Did you at any time learn either from talking with Les or anyone else on the other project, why the

drains that were used on the project were used?
A That style of a drain or what?
Q Style or just the drain in general?
A It just looked like a general drain to me.
Q So your answer would be no then?
A Right.
Q I believe you testified earlier today regarding the detail around the drain, and if I'm paraphrasing your testimony correctly, that you didn't recall specifically looking at the details, like the specifications for how to detail around these drains, but that you just knew how to detail the drains?
A Right.
Q And is that because of your previous experience waterproofing on projects that you know the detailing?
A Right.
Q Can you explain for me what you just knew -- I guess I would like -- I know that's a very vague question, so I will try to narrow in a little bit here. I'd like to know what type of detailing was done around the drain?
A We put the liquid flashing around, liquid membrane flashing around the drains.
Q Was there various portions of the drains, like you

got the hole in the precast plank, and you mentioned that you wanted the cone in there in order to put liquid flashing. I'm just curious, if there is various stages and different portions of this drain area that you have to flash and do with waterproofing. I'd like you to be as detailed as possible for me as to what areas you did work in around the drains?

A Just went around the drain and went up the side, up to the clamping ring, the base drain itself, and went out on the deck 16, 18 inches.

Q With liquid flashing?

A Right.

Q So you went around the clamping ring; correct?

A Right.

Q Was there any other flashing that you did in that area?

A What do you mean in another area? You mean like the precast joints or the stage one of the project, or just the drains?

Q Just the drains?

A Just the drains.

Q Is there a certain thickness that you did with the liquid flashing in the area around the drain?

A No, there isn't. I did not, certain thickness.

Q How do you know how much liquid flashing to put in that area then?
A I just know you don't want too much, you don't want too little, you just know. Say 60 mill for an average.
Q Do you know whether or not you used or employed 60 mill of thickness in the detailing around the drains on this project?
A I am pretty sure we did, yes.
Q Is that the type of information that you would detail in those daily logs that you were going through earlier?
A Just 60 mills is what I use, that's right there, it's not too thin and not too thick. You don't want it too thick because it won't cure out, and still be wet inside.
Q Is there a certain period of time that you needed to let the liquid flashing in the area -- in the area of the drains cure on this project?
A I usually let it cure a couple of days.
Q Did you use any liquid flashing to counter flash at all in the areas around the drain?
A No.
Q So after the membrane, after you clamped the membrane to the drain, there was no other additional flashing

that you did in the area around the drain?
A Not that I remember.
Q When you were testifying about some of the repair work that you were involved in, you mentioned that there was at one point that you were digging up a drain to do work; do you recall that testimony?
A I don't recall it right at this moment.
Q Okay. I think it was in response to an Exhibit that you were being shown, and you said that -- or perhaps it was in there.
When you were shown Exhibit 485 earlier, it was page 37, one of the daily logs, and then under the foreman's comments, finish number 3 building and dug up drain in building 2 -- or in number 2 building repaired area by elevator shaft. Something that I can't read, and then on number 2 building. Do you recall that testimony now?
A Yes.
Q And I think you said that you repaired -- you did some repair work, or you did some work in that area around the drain?
A Yes.
Q Would you expand a little bit more for me as to what work you did in that drain area?
A I would put a liquid or -- excuse me. I would put a

Swelltite around, put another layer of Swelltite and then put powder Bentonite around it.
Q And maybe I missed this, but what prompted you to go into that area in the first place to dig up that drain and do that work?
A It might have been leaking underneath. I don't really remember exactly.
Q You were asked some questions about tapering of insulation, and I think you mentioned how the installation that you usually see it on is flat roof installation; is that correct?
A That's correct.
Q I just want to clarify. Is tapered insulation something that could have been used on the Promenade project?
A Not with this product, no.
Q When you say not with this product, what do you mean specifically, the Swelltite product?
A Right.
Q And why is that?
A Because when you see tapered insulation, they put on big sheets, like 20 by a hundred, or 30 by a hundred, it's not the 3 foot by 30 foot sheet that you put on. Tapered insulation is more or less for like your rubber roofs. That way it gets the slope to the

drains to put the rubber down.
Q Did you in preparation for your deposition review the deposition of Mr. Messerich at all?
A Did I review it?
Q Review it with him or review his deposition transcript?
A No, no.
Q If I represent to you that in Mr. Messerich's deposition on -- I'm looking at the transcript from October 16th of 2002. That he testified that tapered insulation can be used pretty much on any project. Would you agree or disagree with that statement?
A My opinion? I disagree.
Q And is that because of what you previously testified to regarding the difference in product, or why don't you tell me why you disagree?
A It's from what I have seen over the years with different products.
Q That different products can be used for --
A No, that with the tapered insulation, it's more or less like a Carlisle waterproofing or roofing material.
Q So have you ever been involved on a project where tapered insulation has been used?
A No.

Q To the best of your recollection, have you seen any -- did you see any correspondence or other forms of communication involving JBerd during the Promenade project?
A With me?
Q Yes, did you see any?
A Not that I remember.
Q I'm going to show you what's been previously marked as Exhibit 206, ask you a question regarding this. I am in section 7 of what is Swelltite composite Bentonite membrane product literature. I'm going to have you look at section 7, and specifically under section 7 there is some figures, like figure 7.4 and 7.5, and I'll give you second to look at those before you ask you the question.
A (Witness examines document.)
Q Have you seen these types of details before, the Swelltite product literature?
A Not that I remember.
Q So do you know at all when we're referring to in 7.4 and 7.5, when you say sloped to drain. As an installer of waterproofing, do you know what they are referring to in these figures?
A The way I am taking that, you start at the middle of the drain, you work your way up.

Q With the waterproofing membrane itself?
A Yes.
Q Do you know what type of material was used for backfill on this project?
A No, I do not.
MS. HEYER: I think that's all I have. Thank you.
MR. BRISBOIS: Nothing.

EXAMINATION

BY MR. REILLY:
Q I am Pat Reilly. I represent Cetco, so I do have some questions for you.
Let me ask you first off, I think you said this already, but you had no complaints or concerns about the Cetco product that you used on this product, did you?
A No, I did not.
Q And as far as you know, the products did work as advertised?
MR. STEPAN: Objection as to form, foundation.
A Worked as advertised.
BY MR. REILLY, CONTINUING:
Q As far as you know, did the products do their job?
MR. STEPAN: Same objection.

A I believe I applied it the way it was supposed to have been installed right. After that, I don't know what happened.
BY MR. REILLY, CONTINUING:
Q All right. So you don't have an opinion whether there was any problem with the product or not?
A As far as I can see, there wasn't any problems or anything.
Q At the time you installed this product, did you seek advice on how to install from anyone outside of Waterproofing by Experts?
A Not at the time of installation, no.
Q Do you know whether there was any exposure of the waterproofing products to any unusual chemicals during either storage or installation at the project?
A Do you mean by chemicals like an oil spill or some kind of an oil film or something?
Q Something like that?
A No.
Q Okay. Now, you have talked about these drains, and I just want to make sure I understand. The reason you suggested that they put this additional concrete or mortar material around the drains, is to fill in the hole between the drain and the precast where that hole was cut; right?

A Right.
Q And then you had them just slope it just to make a little better design?
A Right.
Q And then over that you would put the liquid flashing?
A Right.
Q And then you would put the Swelltite over that and tie it in with a collar to the drain itself?
A Right.
Q All right. Do you know of any problems that that design itself, and I'm not talking about the height of the drain, we will talk about that in a second, but doing that caused in this project?
A No.
Q Okay. Now, we have talked about the drain being two inches above the precast; correct?
A Right.
Q And obviously the materials that are used for waterproofing, specifically the Swelltite, is a substantially thinner material than two inches; correct?
A Correct.
Q And so the Swelltite is less than a half-inch thick?
A Swelltite?
Q Yes.

A It's about 60 mill.
Q How is that in inches? Just an estimate?
A It's under an eighth, I know that.
Q So when we're talking about a drain being two inches above the precast, that drain is about an inch and at least three-quarters above the Swelltite?
A All of that, yes.
Q And above the Swelltite in this application would be a drainage board?
A That would be correct.
Q The drainage board, I understand, is a canvas kind of material, it's got a rubberized bottom to it?
A The drain board?
Q The drain board.
A It's some kind of a plastic.
Q And that plastic, is that permeable, do you know? That bottom part of it?
A You mean will it dissolve away or not?
Q Will water go through it?
A That I don't know.
Q Okay. Then it has dimples?
A Yes.
Q Then on top of it is like a fabric cover?
A Correct.
Q And that cover fabric is designed to let water

through but keep dirt out?
A Correct.
Q And if you had that material above the drains, sloped to the drains, that aqua drain, that drain material would cause water to flow to those drains quicker?
A I don't believe that would have done any good.
Q Let me ask you this. If the drains had been like you suggested, recessed, let's get that first hypothetical; okay? So that they are below the level of -- or at the level of the precast; okay? Assuming that?
A Correct.
Q And secondly, that there was some slope in the precast, so that there was a slope of the -- ultimately of the drain board to the drains; correct? You follow me there?
A Yes.
Q That drain board would then serve to move water quickly to those drains?
A Correct.
Q But in this situation, that did not occur?
A Correct.
Q And there are two reasons why that did not occur. One is that there was no slope?
A Correct.

Q And secondly, the drain is higher than the drain board?
A Correct.
Q So the drain board does nothing other than sit on top of the Swelltite that protects from people walking on.
A Correct.
Q And on top of that drain board, you had two inches of insulation?
A Correct.
Q And that insulation is not waterproofing; correct?
A Correct.
Q And in fact, water will go through that insulation?
A I don't know that. I'm not -- I don't test insulation out.
Q When you dug down to where the drain -- after the work was completed and you did some digging down, there was water down sitting on top of where the drain -- where the drain board was on top of the Swelltite; correct?
A Correct.
Q Anyways, you were asked some questions about sloping insulation, and you talked about that being on a built up roof essentially; correct?
A Correct.

Q That's because the insulation in a built up roof is underneath the waterproofing?
A Correct.
Q And in this application, the insulation is on top of the waterproofing?
A Correct.
Q And in this installation, the insulation is really there to protect the waterproofing, not to give insulation to the home or building underneath?
A Correct.
Q So the purpose of the insulation in these two applications is totally different for one thing.
A Correct.
Q Now, in order to create a slope, would that have to be done with the cement, either the precast or cement added to the top of the precast underneath the Swelltite?
A That would be correct.
Q Have you seen that done in other applications, where there was a slope created either by the design of the members or additional cement added to create a slope?
A Yes.
Q And how have you seen it done, both ways or --
A I have seen it both ways where it's just one big concrete slab, or the precast has been sloped to the

outside edge.

Q Okay. And then did you have the aqua drain in that situation, a drain board. It's called aqua drain by Cetco. A drain board that will cause -- that will then be able to move that water away?

A Correct.

Q And you really want to move water away from waterproofing, don't you?

A It can sit there, but you want it to get it away as quick as possible.

Q And even though waterproofing won't protect the environment to some extent, you never want water just to be sitting on there indefinitely?

A Correct.

Q Because water can find its way through most anything.

A That's correct.

Q So one of the things you want to do, is move water away from the waterproofing and get it out into the outside environment?

A Correct.

Q And that's the purpose for one thing of the drain board.

A Correct.

Q That's the purpose to have drains at the level of the

precast.
A Correct.
Q Is there any other reason to have drains at the level -- at the lowest level possible than to get the water out of there?
MR. STEPAN: Objection, lack of foundation.
MS. HEYER: Same objection.
A It's there to get the water off the deck to release pressure, I believe, off.
BY MR. REILLY, CONTINUING:
Q I mean, obviously a drain is there to drain, and by drain we mean moving water away from wherever it's collecting as soon as possible?
A Correct.
Q Now, one of the concerns you had when you learned that the grade was higher than -- was higher than the block wall, was that it would be siding and wood below grade. Do you remember talking about that?
A I remember talking about it.
Q Why was that a concern of yours?
A Sheetrock is not meant to be below grade.
Q Is it meant to be waterproofed?
A No.
Q Is that something you routinely waterproof, either

wood members or sheetrock?
A No.
Q Now, there was some pictures shown to you of waterproofing that had been damaged in some ways. One was, I think, there was an indication that the Bentonite had been activated before it had been filled. Do you remember seeing those pictures?
A I remember seeing some, yeah.
Q If you saw that at the site and it came to your attention that the Bentonite had been activated before the fill had been put in, would that have been replaced by you with new Swelltite?
A Yes, it would.
Q Why?
A Because I don't put it on like that. That might have happened like over a weekend or something, and we had a light rain and we come back and seen that. We would have cut it off where it looked good, and then replaced it with a new sheet.
Q Is that something you would have done routinely if you saw that situation?
A Yes.
Q Now, you also talked about where might have been damaged either physically because somebody damaged by walking on it or a hole was punched in it.

A Shipping.

Q You came across a situation where there was a physical damage. In other words, it was torn or there was a hole or something. Would you replace that?

A Yes, I would have.

Q Would there be any reason not to?

A No.

Q If it had fallen down during that weekend or came off the wall and you felt that it was not able to be put back in pristine condition, would you have replaced it then?

A Yes.

Q And would that be a reason not to?

A No.

Q So as far as you are concerned, all the Swelltite you put up and left up after it was filled in, was in as good a condition as it could possibly be when it was installed; correct?

A To my knowledge, yes; correct.

Q And on those occasions where there was water damage to the Swelltite before the fill was put in and you had to replace it, had the film been dissolved, the film that was on the back of it?

A I believe so.

Q And I think you earlier testified that you don't recall ever seeing it where water had not dissolved that film. In other words, it had been attacked by water, film dissolved as far as you can recall?
A Right.
MR. REILLY: That's all the questions I have, sir. Thank you, very much.
MS. REISBORD: I don't have any today.

EXAMINATION

BY MS. SEMKE:
Q My name is Lori Semke. I represent Promenade. We have talked a lot about the method of waterproofing around the subsurface drains on the bottom of the deck. There is one detail I'm just not catching amazingly through all of this. I just want to clear it up. You had said that throughout the plaza deck, wherever you applied or laid down the membrane, you said you taped the seam or you taped at the top. And then you said on the wood posts when you put them up, you taped at the top where the membranes stopped; correct?
A Correct.
Q On the drains, you said that you put the waterproofing -- you put the membrane up to the edge and cut a hole, then you clamped down on it with the

clamp?
A You put the clamping ring down first, then put an X in so you know where you are working, and you cut around that.
Q Then do you tape that edge down at all or --
A There is nothing to tape to.
Q So the water membrane just kind of come and stops, and there is a clamp there, but there is nothing between the bottom of it and the drain taped in the same fashion that you taped everywhere else?
MR. BROWN: Objection to the form.
A When you go through a drain, you tried to use one piece and go through it, so there was no taping, but on the outside edges, that's your lowest point.
BY MS. SEMKE, CONTINUING:
Q Maybe I am not understanding. I am picturing when you finished a membrane that has a hole in it around where the drain is, and then a clamp over that to keep it down.
A The clamping ring is to compress the membrane to the base of the drain. You have to cut the hole out in the middle so that the water can go down through the drain, just like a drain in your floor basement.
Q I am wondering about water getting in like where the drain is, because then going back underneath. Does

the clamping have the same effect as the tape everywhere else?

A No. The clamping ring is compressed. The water is not going to get between the clamping ring and the base. Even if it does, it's going to flow and then go into the drain itself.

Q Okay.

A Because it's all one piece.

Q Okay. Thanks for clearing that up for me. You said that no one from Cetco came to the site to look at the work; is that correct?

MR. BROWN: That's a mischaracterization of his testimony.

BY MS. SEMKE, CONTINUING:

Q Did anyone from Cetco come to the site to inspect the work of the waterproofing?

A Not as the project was being done, no, they came afterwards. When we had some water problems, they came there.

Q So before fill was installed, they didn't come to inspect or approve the application of the waterproofing?

MR. BROWN: Object to the form of the question. Are you referring to the employees of Cetco or Cetco's representatives?

BY MS. SEMKE, CONTINUING:
Q Anyone from Cetco who would be able to look at it and see if it was applied correctly?
A Not that I remember.
Q You said you had been on previous work sites, previous projects where Swelltite had been used. Had they ever inspected those applications on those previous occasions?
A Not that I remember.
MS. SEMKE: I don't have any further questions.

EXAMINATION

BY MR. BAUMGARTNER:
Q Mr. Thoreen, I'm Brian Baumgartner, and I represent Mikesh, Incorporated. And, first of all, I want to thank you for your time today.
Were you familiar with who did the mechanical engineering for this project?
A No, I'm not.
Q Okay. Did you ever meet with or talk to John Mikesh regarding this project?
A No.
Q Do you know who John Mikesh is?
A No.
MR. BAUMGARTNER: That's all I have, thank

you.

MR. STEPAN: I have got a few follow-up questions, sir.

EXAMINATION

BY MR. STEPAN:

Q Did you ever feel that you were undermanned or didn't have enough people on the project at any time?

A Not that I remember, no.

Q You talked about a couple of other projects where you used Swelltite, Willmar College, and U of M project; do you recall that?

A Yes.

Q Did you ever hear that there were leaks at either of those projects?

A Not that I remember.

Q You mentioned in response to some of Mr. Hull's questions, that some drawings you see during projects are difficult, some are easy; do you recall that?

A Yes.

Q How would you characterize the drawings that you saw for this project?

A I don't remember the drawing that well. I don't know.

Q At the time do you recall having any feeling whether they were difficult or easy when you were looking at

them with Les?
A I don't recall.
Q There has been quite a few questions asked of you about what Les told you during the meeting you had the first day you came out to work.
A Right.
Q And talking about the waterproofing stopping at the top of block; right?
A Concrete block.
Q And was that something when that information was conveyed to you, that the waterproofing was to stop at the top of the block. Is that something that Les pointed out in the plans, and the plans showed it stopping at the top of block?
A If I recall, yes.
Q So Les was giving you the information. As far as you know, he was getting it from the plans, as well?
A Right. I was right there with him.
Q Would it be fair to say that when you went through the various drawings with Les, that Les told you what to do -- told you to do what was on the drawings?
A Right. Then I would ask him to show me where it says waterproofing.
Q So Les wasn't really giving you instructions, Les was pointing you to the drawings that showed where the

waterproofing was to be installed?
A Right.
Q Were you aware that there were changes, that the drawings for the link between buildings 1 and 2 was changed during the course of the project?
A No, I was not.
Q Did you ever see any revisions to that drawing?
A No.
Q Would revisions to the 1 and 2 link area have been helpful to you in how to waterproof that area?
MR. BROWN: Object to the form of the question, it assumes facts not in evidence. I don't think there is any evidence anywhere that they were originally supposed to waterproof the link areas.
BY MR. STEPAN, CONTINUING:
Q Were you supposed to put waterproofing in at the link between buildings 1 and 2?
A If I remember right, there is an overpass there.
Q Were you supposed to waterproof that overpass?
A I don't remember that.
Q We talked quite a bit about the ramps going up to the plaza, and then going from building 2, you go up some ramps, get to plaza, which is the overpass, and then you take some ramps down to building 1.
A Right.

Q And you did some waterproofing in that area; right?
A Correct.
Q From the time the project started until the time it was done, did you know what waterproofing was supposed to be done at that area change?
A Not that I remember.
Q There was quite a bit of talk, as well, about rigid flashing, metal or through wall flashing as opposed to the liquid flashing; do you recall that?
A Yes.
Q Would you consider a metal flashing to be part of a waterproofing system?
A I can't give a correct answer on that because I don't know. I never seen anything in the waterproofing section. I've seen -- I believe I have seen it in masonry section.
Q How about a through wall flashing?
A That's masonry.
Q And I just want to clarify something with regard to those ramps at the link between building 1 and 2. You testified in response to some questions, that Les told you after you made the suggestion that they should put some rubber up there, and Les said they would just go ahead and install the ramps; is that right?

A No, I wanted to put rubber underneath before they put the blocks on, so that they could buildup for the ramp, and he said no.
Q And he said no. And he also told you that because it would cost too much; right?
A No.
Q Isn't that what you stated at the --
A The drain would cost too much. When I suggested putting extra drains in, he said it would cost too much.
Q Les didn't tell you that they weren't going to put the rubber at that area because it would cost too much?
A No.
Q If it would indicate otherwise at the beginning of the transcript, would you disagree with that?
A I would disagree that we must have misunderstood each other there.
Q The drain you're talking about, the drain at building 2?
A Correct.
Q Did he tell you why they weren't going to take your suggestion and put the rubber on the block at the handicap areas by the link?
A I don't recall, but he said they were going to just

put the blocks in and we would have to go up and over them.

Q Is that all you recall?

A That is all I remember.

Q When Mr. Hull was asking you questions about where you installed the peel and stick, the Meridri during the repairs, he was talking about the intersection between the block wall and the Built-Rite of the building; do you recall that?

A Yes.

Q Now, as he went on through his questioning, he referred to Built-Rite, he referred to wood, and he referred to wood siding. Did you understand him to mean, for each of that, that he was referring to this intersection where the building meets the block wall?

A Yes.

Q You put peel and stick Meridri over that intersection on all the buildings; is that right?

A Not on all buildings, no. Most of the buildings that we do are concrete.

MR. BROWN: He means at the Promenade.

A Yes.

BY MR. STEPAN, CONTINUING:

Q During the repairs?

A Correct.

Q Mr. Hull asked you some questions about installing your waterproofing on buildings where the siding had been installed before you got there to do your work; do you recall that?
A I recall that.
Q And just so I'm clear, did the fact that the siding was installed, did that inhibit your ability to do your work?
A No.
Q You were still able to put the liquid flashing at the intersection between the Built-Rite and the block wall?
A Yes.
Q You specifically recall doing that?
A Yes.
Q Ms. Heyer asked you some questions about whether or not you knew there was going to be a PVC pipe extending up from those deck drains; do you recall those questions?
A Yes.
Q The fact that there is a PVC pipe coming out of that drain, if the drain -- do you know if the drain could have been recessed and still have that PVC pipe coming out?
A Yes.

MS. HEYER: Objection, foundation.

BY MR. STEPAN, CONTINUING:

Q And how do you know that?

A Because I have seen it before.

Q On a precast deck?

A Precast, fully concrete, could put a sleeve in there.

Q What do you mean by that?

A I have seen where they -- the drain is recessed into the concrete, and then like a sleeve on top, just like what's here.

Q You're referring to Exhibit 115?

A Correct.

Q So you have the drain recessed, and then you put a sleeve in a drain and the pipe into the sleeve?

A Correct. It's no difference if the drain is up in the air or recessed. There is still a flange or something that you go can recess a coupling or whatever you want to call that you put in there.

Q And would having the drain recessed with a PVC pipe, would that at all inhibit waterproofing into the drain?

A With the drain recessed it would have helped get the water off the deck.

Q Would it have inhibited your ability to tie the waterproofing into the drain?

A No.
Q Have you ever heard that the Swelltite 3000 has a expiration date, if you will, that will only hold water on it for a certain amount of time?
A Not that I remember.
Q It's your understanding that it should hold water as long as water sits on it?
MR. BROWN: Objection, lacks foundation.
MR. REILLY: Join. Speculation.
BY MR. STEPAN, CONTINUING:
Q Is that your understanding of the Swelltite 3000 waterproofing?
MR. BROWN: Also contradicts his prior testimony.
A I understand, but I don't have an answer for your question.
BY MR. STEPAN, CONTINUING:
Q You don't know one way or the other?
A No, I don't.
Q And out at Promenade officially we've got what amounts in these courtyards to a bathtub or a swimming pool?
A Right.
Q And the idea to have a waterproof courtyard to keep the water from getting into the buildings and the

garages; right?
A Correct.
Q So if there is two inches of water sitting in that swimming pool, you would expect that two inches of water to stay there forever, wouldn't you?
A I would --
MR. BROWN: Object to the form.
A I would think there is no way for the water to get out, so where is it going to go?
BY MR. STEPAN, CONTINUING:
Q Just going to sit there?
A Correct.
Q You're not expecting the waterproofing all of a sudden not work and have the water just go through it, are you?
A No. Goes back to the drains again, if the drains are properly recessed in where it got rid of that water.
Q If the waterproofing is doing its job, the water should just sit there; right?
A Yes.
Q We talked a few occasions about waterproofing on the vertical wall that's falling down, you would replace that?
A Correct.
Q Did you ever check to see if any water, when the

waterproofing fell down, if any of the water had run down the vertical wall and run underneath the horizontal waterproofing?
A No, I did not.
MR. STEPAN: That's all I have for you, sir.
MS. HEYER: I have one or two follow-up.

EXAMINATION

BY MS. HEYER:
Q With regard to your previous testimony about where you have seen drains recessed, and then there is a sleeve and the pipe fits into the sleeve and then there's a flange?
A Correct.
Q I am curious, on those projects, how far up have the PVC piping extended on those projects that you have seen?
A I have seen them where there hasn't been dirt, pavers or concrete poured over it, approximately 6 to 8 inches.
Q Of piping?
A Right.
Q Is extended up?
A Yes.
Q Any other instances?

A Not that I can remember right offhand.
Q So just the one where you have seen the piping from the drain at the precast plank level extending up 6 to 8 inches?
A Right. But the drain is recessed, and then they put an extension on.
Q So you never worked on a project where you've seen a drain recessed in a precast plank where the PVC piping had to extend up two, three feet through grade, up to a grade level?
A This was the first one.
Q So do you have any knowledge as to whether or not there was a drain that would accommodate PVC piping to that height?
A No.
Q Do you have any knowledge is all I'm asking?
A No. I have knowledge that there isn't. Maybe I'm misunderstanding your question.
Q Based on your testimony, I'm gathering that you have seen drains recessed, and you have seen drains that can accommodate PVC piping, as you testified before about where the drains have been recessed and pipes fit into the sleeve?
A Right. I just did a job. They used metal.
Q And my question is, you don't know one way or another

whether or not there was drains that can accommodate the height that was needed on this project with regard to the PVC piping extending up to grade, do you?

MR. REILLY: I'll object to the form of the question. The project has a drain with a piping extending up that high. I don't understand your question. Your question makes no sense. The question is vague and ambiguous.

MR. BROWN: Plus assumes facts.

A All that is is an extension.

BY MS. HEYER, CONTINUING:

Q I will try to -- maybe it's not going to come out the way Pat wants it in the first place, but a drain that's recessed and can accommodate the height necessary on this project. You are not aware one way or another if there's a drain that would accommodate that, are you?

A No.

MS. HEYER: That's all I have.

EXAMINATION

BY MR. REILLY:

Q Is there any reason why you couldn't recess this drain? The one used in the project?

MS. HEYER: Objection, foundation.

BY MR. REILLY, CONTINUING:
Q Go ahead.
A I don't know why it couldn't. The only thing that I can come up with, maybe the clearance wasn't in the basement for the vehicles. Because when you got to drop down 2 inches, now you got to drop down that elbow. I don't know what their clearance height was, I don't know.
Q Okay. Other than that, you don't know of any other reason?
A Other than that I have no other reason. I never seen them like this before.
Q Have you ever seen a drain 2 inches above the precast or above the deck?
A No, I have not.
MR. REILLY: Thank you.
MR. PRYOR: Nothing.
MR. BROWN: We'll read and sign.
(WHEREUPON, the deposition concluded at 6:09 p.m.)

STATE OF MINNESOTA
COUNTY OF STEARNS

BE IT KNOWN THAT, I took the foregoing deposition of AL THOREEN, pursuant to Notice and Agreement;

THAT, I was then and there a notary public in and for the County of Stearns, State of Minnesota;

THAT, I exercised the power of that office in taking said deposition;

THAT, said witness, before testifying, was duly sworn to tell the truth, the whole truth and nothing but the truth relative to the cause specified in the Notice;

THAT, the reading and signing of the deposition by the witness were not waived;

THAT, I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action;

THAT, the testimony was taken down in stenotype by me, then was reduced to typewriting under my direction, and is a true and correct transcript of my stenotype notes.

WITNESS MY HAND AND SEAL this 31st day of March, 2003.

______________________________________

Martin R. Huber, Notary Public, Stearns County
My commission expires: January 31, 2005