UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff, Civil File No. 00-CV-987 JEL/JSM

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

* * * * * *

DEPOSITION OF: MARK R. CHAUVIN
TAKEN ON: MONDAY, NOVEMBER 10, 2003
COMMENCING AT: 9:00 A.M.

* * * * * *

CHARLES G. WILLIAMSON, Court Reporter
4209 113th Street West
Bloomington, MN 55437
Telephone: 952-888-8586
Fax: 952-888-3562

and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTES

Page Line

APPEARANCES:

PATRICK D. REILLY, Esq., Erstad & Riemer, P.A., 200 Riverside Office Tower, 8009 34th Avenue South, Minneapolis, MN 55425, appeared representing Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Co.

G. JOHN VEITH, Esq., Brown & Carlson, P.A., 5411 Circle Down Avenue, Suite 100, Minneapolis, MN 55416-1311, appeared representing Fourth-Party Defendant Chris Craft Industrial Products, Inc.

CHAD J. STEPAN, Esq., Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788, appeared representing Defendant Weis Builders, Inc.

STACEY SEVER, Esq., Stich, Angell, Kreidler & Dodge, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, appeared representing Defendant Valley Forge Insurance Company.

MARK S. BROWN, Esq., Iverson Reuvers, LLC, 250 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438, appeared representing Third-Party Defendant Waterproofing By Experts, Inc.

WILLIAM D. HULL, Esq., Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, appeared representing Third-Party Defendant Elness Swenson Graham Architects, Inc.

CHANDELLE HEYER, Esq., Tomsche, Sonnesyn & Tomsche, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared representing Third-Party Defendant J-Berd Mechanical Contractors, Inc.

STEVEN GASKINS, Esq., Flynn, Gaskins & Bennett, LLP, 2900 Metropolitan Centre, 333 South Seventh Street, Minneapolis, MN 55402-2440, appeared representing Defendant Promenade Village Townhomes, LLC.

ANDREA E. REISBORD, Esq., Cousineau, McGuire & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318, appeared representing Westfield Insurance Company.

# I N D E X


| | PAGE |
|---|---|
| Pursuant to Notice | 6 |
| WITNESS: | |
| Mark R. Chauvin | 6 |
| Examination by Mr. Veith | 6,214 |
| Examination by Mr. Gaskins | 39,215 |
| Examination by Mr. Reilly | 124,225 |
| Examination by Mr. Brown | 151,226 |
| Examination by Mr. Hull | 182 |
| Examination by Ms. Reisbord | 211 |
| Witness Excused | 228 |
| Signature/Correction Page | 229 |
| Certificate Page | 230 |


## INDEX OF EXHIBITS


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit No. 852 | Personnel Qualifications | 9 |
| Exhibit No. 853 | E-Mail Correspondence | 19 |
| Exhibit No. 854 | Site Visit Report No. 4 | 26 |


# The original exhibits and original transcript are in the possession of Attorney G. John Veith.

THE DEPOSITION OF MARK R. CHAUVIN, is taken on this 10th day of November, 2003, before Charles G. Williamson, a Notary Public in and for the State of Minnesota, County of Hennepin, at the Law Offices of Brown & Carlson, 5411 Circle Down Avenue, Suite 100, in the City of Minneapolis, Minnesota, commencing at the hour of approximately 9:00 a.m., pursuant to NOTICE:

* * * *

MARK R. CHAUVIN,

called as a witness, being first duly sworn, was examined and testified on his oath as follows:

EXAMINATION

BY MR. VEITH:

Q Good morning. Would you please state your name for the record?

A Mark Chauvin.

Q Mr. Chauvin, you have never been deposed before as an expert; is that correct?

A Correct.

Q And you've never testified under oath as an expert as well; correct?

A Correct.

Q What is your current professional address?

A My title?

Q Your professional address, where you work?

A Oh. I work for Wiss, Janney, Elstner & Associates, the

Minneapolis office, which is located at 600 Highway 169 South, Suite 1520, Minneapolis, Minnesota.
Q Okay. Mr. Chauvin, if at any point in this deposition you don't understand a question that I am asking you, I would like you to let me know that because I want to make sure that my questions are clear and that you understand what I'm asking; is that fair?
A Okay.
Q And if you answer a question that I ask you, I will assume that you understood the question; all right?
A All right.
Q Did you review any documents in preparation for your deposition today?
A Yes.
Q What did you look at?
A The extent of my file.
Q What does that consist of?
A My site visit notes, our report, and then a collection of background information that was provided by our client.
Q Is that all you looked at?
A Yes.
Q You are aware that Mr. Koziol was deposed in this case?
A Yes.
Q Have you talked with him about his deposition?
A Yes.

Q What did you talk about?
A We mainly -- well, we discussed the questions that were asked, the format of the questioning and also his opinions which we had also discussed in advance of his deposition.
Q Okay. Did you discuss any particular questions that you might be asked?
A Yes.
Q What was discussed about that?
A Specifically questions that Rich deferred to me on, issues that he was questioned on and then suggested that you, in turn, ask me.
Q What was it that he considered to have deferred to you?
A Questions relating to some of the site inspections that I made, some of the issues that he did not inspect or review in person. That was the majority of it.
Q Meaning the two limited site reviews that you did prior to Mr. Koziol getting involved?
A Yes. And there were actually three, but yes, essentially.
Q And am I correct in my understanding that the only time Mr. Koziol has been out to the Promenade site was when the excavations were dug?
A Correct.
Q Have you reviewed a copy of Mr. Koziol's deposition?

A I have.
Q You read the transcript?
A I have.
(Chauvin Deposition Exhibit Number 852 was marked for identification at this time.)
Q (By Mr. Veith.) Mr. Chauvin, looking at Exhibit 852, I think that's a copy of your Personnel Qualifications and your CV. Would you look and see if that's what that is?
A Yes. However, it will be updated shortly just merely to update our titles. Our company titles changed recently, so --
Q What is -- I'm sorry?
A Yes. That is my CV.
Q Okay. What is your current title?
A Associate III.
Q Okay. Is that one step above Engineer III?
A It's essentially the same thing, it's just -- it's more geared towards some of our -- some of the younger engineers and architects within our company that were previously designated as Engineer II or Engineer I, similarly Architect II or Architect I. However, did not necessarily have the license, or were licensed.
Q Is that the only change you expect to be made, is the change in title?
A Yes.

Q And that doesn't involve a change in responsibility; right?
A No.
Q All right. Over on the right-hand side, under Representative Projects, you have a project under Building Envelope Assessment noted as The Falls At Riverplace. Do you see that?
A Yes.
Q What was the waterproofing product that's involved in that?
A There was no waterproofing.
Q There wasn't waterproofing. Okay. Aside from the Promenade, have you ever been involved in a water leak investigation that involved a bentonite-based below grade waterproofing product?
A No.
Q All right. Have you ever been involved with any waterproofing product that involved a water-soluble film component?
A No.
Q Have you ever been involved in any investigation of a waterproofing system on a below grade precast concrete deck such as at the Promenade?
A No.
Q I'm going to show you what's been previously marked at Mr.

Koziol's deposition as Exhibit 822. Is Exhibit 822 a document that you wrote?
A Yes.
Q Did anyone else have any input into this document?
A Yes.
Q Who?
A Rich Koziol.
MR. BROWN: I'm sorry. What was the name?
THE WITNESS: Rich Koziol.
Q (By Mr. Veith.) Did he actually have any substantive input or did he just review it for content?
A Both.
Q What specifically was his contribution to this report?
A His initial contribution was co-writing the opinion section of the report and then providing a comprehensive review.
Q All right. So some of the opinion section was written by him and some of it was written by you?
MR. STEPAN: Objection, misstates his testimony.
MR. VEITH: Well, maybe if he could clear it up because I don't understand it.
THE WITNESS: I would say the opinion section in its draft format was authored by me. As to which exact comments in its final format were written by

me and which were written by Rich, I don't recall.
Q (By Mr. Veith.) And by the opinion section, are you referring to the section of the report at the end with the caption Preliminary Findings?
A The opinion section?
Q Yes. What is the opinion section in that report?
A Yes. Preliminary findings.
Q That's what you mean by that?
A Yes.
Q Okay. Aside from that section of the report, you drafted the remainder?
A Yes. And comments and changes were provided by Mr. Koziol.
Q All right. Did you write this on May 31, 2002, on or before that date?
A On or before that date, yes.
Q Was Mr. Koziol -- had he been brought in as of May 31, 2002, do you know?
A Yes.
Q All right. Now, paragraph one, basically, on the first page summarizes what you were hired to do, is that right, in the first paragraph?
A Yes.
Q And you were basically to review various documents, conduct a couple of limited site reviews and issue a

report; right?
A Yes.
Q And those limited site reviews would not have included excavations, you were just asked to go out and look at what the conditions were; is that right?
A Yes. At the time we weren't at liberty to create or inspect excavations.
Q Why was that?
A I believe --
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: I know that an attempt was made to schedule a site inspection where such inspections would -- or such excavations would be made I believe on May 17th, and that inspection, for reasons that I do not know, was canceled.
Q (By Mr. Veith.) All right. Now, the second paragraph mentions that you started -- or you reviewed documents initially on April 16, 2002; do you see that?
A Yes.
Q Was that about the time that you were brought in to serve as an expert on this case, then?
A Several days after, yes.
Q How much later from April 16th was it that Mr. Koziol was brought in?

A Probably a month.
Q All right.
A I believe it was shortly before the canceled inspection I just referenced.
Q Now, do you see the bulleted points that start at the bottom of the page and continue onto the next page?
A Yes.
Q Are those the documents that you reviewed in this case? Is that a complete list?
A At the time of the report, yes.
Q I had a couple of questions about the second and third bulleted points on page 1. When you are talking about the project specifications in bullet point number two, are you talking about the project manual?
A The section of the project manual that I reviewed was related to waterproofing. However, I believe that was essentially related to waterproofing on non-courtyard walls, on exterior -- exterior walls away from the courtyard areas.
Q Okay. With respect to the third bulleted point, you have stated there that you reviewed product specifications and information related to the selected waterproofing system. Are you referring there to the project manual as well?
A That would refer to materials attached with bids. Some of the information we reviewed was from the onset of the

project before a particular waterproofing system had been selected and there were several options as well as several contractors that were being investigated -- or that were bidding on the project.
Q Okay. So bullet point number three is not referring to product literature relating to Swelltite, it's referring to bids that Weis Builders received in anticipation of working on this project?
MR. STEPAN: Objection, misstates his testimony.
Q (By Mr. Veith.) So you did review some product literature relating to Swelltite, then?
A Yes.
Q Okay. And did you review any of the technical data that went along with that product as well?
A Yes.
Q Are you aware that Swelltite 3000 has a water-soluble film component?
A Yes.
Q Did you review any of the literature that goes with that product?
A I do not believe it was attached.
Q And have you ever seen or reviewed any of the material safety data sheets for the water-soluble film component?
A No.

Q Now, you do not have a background in chemistry?
A Correct.
Q And you're not a chemist?
A Correct.
Q And you don't know the chemical composition or formulation for the water-soluble film?
A Correct.
Q You would have, then, no knowledge about the film's physical products or dissolution properties; correct?
A Correct.
Q Or you wouldn't have any idea of what materials it might be incompatible with?
A Correct.
Q You wouldn't know about the materials, the water-soluble film's chemical stability or reactivity?
A Correct.
Q You wouldn't know the effect of thermal conditions on that film?
A Correct.
Q Or the effect of hydrostatic pressure on the film?
A Correct.
Q Do you know what crosslinking is?
A No.
Q Now, Mr. Koziol testified that he was brought into this case primarily because you weren't familiar with the

Swelltite 3000 product. Would you agree with his assessment?
A Yes.
Q Would you also agree that Mr. Koziol has more experience investigating water leakage problems than you do?
A That question I don't think I can answer. In terms of roofing and waterproofing issues, yes.
Q Well, let's talk about below grade waterproofing.
A Yes.
Q You would agree with the statement that he has more experience?
A Yes.
Q Is it fair to say, then, that you would defer to Mr. Koziol with respect to any opinions about the Swelltite 3000 product, including the film component itself?
A Yes.
Q Okay. You would have no opinions about whether that product is defective or not; right?
A Any opinions would be based largely on information gained from discussions with Mr. Koziol.
Q Okay. Would you just tell me generally how you and Mr. Koziol are dividing up the labor on this project?
A Well, it's never been discussed as to who would handle which portions of the project. In essence, this project is no different than most any other project we work on

where Rich and I would constitute an investigative team. The bulk of the work on this project probably fell on my shoulders simply because I'm local. So I think we -- we work hand-in-hand.

Q I'm not going to mark it, but I'm going to show you some e-mails that were sent out by you. You're familiar with those?

A Yes.

Q Is the reason that you sent those out to locate someone who was familiar with the Swelltite product rather than for the purpose of gaining information about the product itself?

MR. STEPAN: Go ahead and look at them.

THE WITNESS: No. I would say it was both.

Q (By Mr. Veith.) It was both? Aside from Mr. Koziol, did you ever contact any of those people?

A Yes.

MR. BROWN: Are those marked, John?

MR. VEITH: No.

Q (By Mr. Veith.) Because you do not have any opinions about the waterproofing product, you would not be relying on the information that you received in those conversations, is that right, to formulate any kind of thoughts about the product; right?

MR. STEPAN: Objection, misstates his testimony and as to form.

THE WITNESS: Would you rephrase that?

MR. VEITH: Strike that. Let me take it back.

MR. GASKINS: Let's mark that since we showed it to the witness so we'll know what it was.

(Chauvin Deposition Exhibit Number 853 was marked for identification at this time.)

Q (By Mr. Veith.) Going back to Exhibit 822, which is your report, I'd like to go to page 4 of the report, the section captioned WJE Observations. Does this section of your report constitute the sum total of what you observed during your limited site reviews that you conducted prior to going out and looking at excavations?

MR. STEPAN: Objection, vague.

THE WITNESS: Yes. It summarizes my observations from two site inspections that were made prior to the date of issue.

Q (By Mr. Veith.) So there's a third one after this report?

A Yes.

Q Okay. These observations that are contained in this section, though, would be your observations rather than Mr. Koziol's?

A Yes.

Q This section would not contain any of your observations with respect to your review of the excavations later in August?
A Correct.
Q Okay. From this section, it appears that during these two limited site reviews that you conducted initially you went into the stairwells, the garages; is that fair?
A Yes.
Q Did you go through all of the garages for all the buildings?
A Yes.
Q Okay. Did you go through all of the courtyards as well?
A Yes.
Q Did you look at the end walls for the courtyards?
A Yes.
Q Did you look at the link areas?
A Yes.
Q Both of the link areas?
A Yes.
Q There are two links, as I understand it?
A We walked the entire project.
Q Did you go into any units?
A Yes.
Q Did you go into Unit 3-115?
A Yes.

Q Now, as I read through this observation section, as I was preparing for this deposition, I did not see any observations made by you of any active leaking during these reviews. Is that --
A That's correct.
Q Okay. You did see some water staining and efflorescence and that kind of thing?
A There was evidence of previous water leakage.
Q Okay. Could you tell from looking at any of these stains the source of any particular leak?
A It appeared that the majority of the staining that I saw was related to the courtyard areas.
Q And how were you able to determine that?
A The staining that I observed in the garage in many areas was directly below the courtyard areas and the staining that I observed on the end walls of the garage was similarly in many areas directly below the courtyard areas.
Q Is there any other basis for your statement other than that they were directly underneath?
A No.
Q Okay. So you don't know -- do you know, for example, whether water can move around through the -- you're aware that the courtyards have hollow core precast planks?
A Yes.

Q And do you know whether if water gets into the cores of those planks, whether they can move around in there, whether the water can move around those planks?
A It can move longitudinally along the length of the core.
Q Okay. Can you tell from looking at the stains whether for example water might be sourced from one of the end walls of the courtyards versus, say, a link area; would you be able to even know that?
A I believe so, yes.
Q How would you do that?
A Water is primarily and flow of water is primarily governed by gravity. I think you can use reasonable engineering judgment to -- if a leak is located in the center of a courtyard area directly below the courtyard, I think you can eliminate certain possibilities.
Q If you saw a link in the center of a courtyard, though, you wouldn't be able to tell whether it was coming from a wall of a courtyard versus a drain; correct?
A A leak or a link?
Q Well, from looking at the stain, can you tell if the water is coming from, say, a drain area, where a drain would go through the deck, versus a vertical -- a side wall of a courtyard? How would you make that determination just by looking at the stain?
A If it's in the center, if it's between planks in the

center of a garage area, I don't think -- no. I think you're correct. I don't think you could isolate it to either a post or a drain. However, with the configuration of the courtyards, a lot of the end wall staining that was present, I think that's where you could isolate it a little more closely.
Q So what you're saying is that with respect to a leak -- so I would be correct, then; by looking at a stain underneath the courtyard, you can't tell the precise source of the leak, correct?
A Correct.
Q And you weren't able to do that during your limited walk-throughs of the site; right?
A Correct.
Q All right. However, you're making an observation that of the end walls, at the end wall areas, that you believe -- well, strike that question. That was a bad question. Would it be fair to say, then, that you are unable to give an opinion to a reasonable degree of certainty as to the particular source of any particular leak?
A I think that depends on the constraint of the question. Particular meaning the courtyard areas or a specific detail?
Q Give me a specific example of a stain that you observed during these limited walk-throughs that you are able to

tell me exactly where the leak was sourced? Just name me --
A I think it depends on the constraint of the question.
Q Well, I'm asking you for one example?
A I think the staining on the end walls of the garage as a general symptom of a water leakage problem, I think you could reasonably assume that it's originating from water either entering at the interface of the block walls and the precast planks or water that is entering the cores of the precast planks and then exiting the system at the interface with the garage wall.
As to its exact specific -- or the detail, I guess, which it's originating, no, I don't think you could isolate it just by observing a leak in the garage.
Q And that was really what my question was, is you're not able to identify the source of any particular leak that was evidenced by staining?
A Beyond saying it's coming from the courtyards above, no.
Q And similarly, you can't tell from looking at any of the stains that you saw there the age of those leaks or when those leaks would have occurred; right?
A Correct.
Q Going to page 7 of Exhibit 822 and the last paragraph before the preliminary finding section, it says, "Based on our background information review and site inspection, the

previous repair work has significantly reduced or
eliminated the water leakage to the townhouse units."
That is an opinion that you hold?
A Well, I believe it's also based on -- it's based on
essentially what is written, the background information
review and the site inspection.
Q When you say background information review, are you
talking about your review of the documents?
A Document review as well as information that was reported
by the owner during our site inspection.
Q Now, when you're saying that the previous repair work has
significantly reduced or eliminated the water leakage to
the townhouse units, you're including not just the
interior units but the garages as well; right?
A I believe I'm referring to exactly what it says, the
townhouse units, the rental units.
Q So you would not include the garages?
A I would agree that the repair work has been effective in
reducing leakage to the garages. However, my
understanding is, at the time the report was written,
there was only one townhouse unit that was identified as
leaking, and in previous years there had been more than
one.
Q So in this statement you may not have been specifically
referring to the garages, but you would agree that the

repair work has eliminated leakage in those areas as well; right?
A I think what I said was it was effective in reducing the leakage.
Q Okay. But the statement would apply to the garage areas as well?
A That it has been effective, yes.
(Chauvin Deposition Exhibit Number 854 was marked for identification at this time.)
Q (By Mr. Veith.) Mr. Chauvin, is 854 a document that you drafted?
A Yes.
Q Mr. Koziol did not participate or contribute to this document?
A Correct.
Q Does this document contain only observations made by you from the review of the excavations in August of 2000?
A Yes.
Q Now, as I understand it, you reviewed four test pits on Building 1?
A Yes.
Q Those test pits were on the courtyards?
A Yes.
Q And two of the test pits were at vertical wall locations; is that right?

A Yes.
Q And one test pit was at a drain down to the subsurface deck?
A Yes.
Q And another test pit was at an unrepaired stoop post location?
A Yes.
Q Mr. Koziol testified that he looked at two samples of the waterproofing membrane product when he was at the site. Is that consistent with what you saw?
A I believe two samples were removed but several samples were looked at.
Q All right. Well, let's go through each one. Let's start with Test Pit #1, and you can refer to this report as you need to to help with these questions. Test Pit #1 was at a drain location; is that right?
A Correct.
Q Did you look at any samples of the waterproofing product at that location?
A No.
Q Test Pit #2 was at a vertical wall location?
A Correct.
Q And was Test Pit #2 located near Unit 222?
A I believe that is correct.
Q All right.

A Yes.
Q And by the way, showing you Exhibit 819, which is a packet of photos, did you take all of those photos?
A Yes.
Q Okay. You were the guy with the camera?
A Yes. Rich may have taken one or two photos, but with my camera.
Q Okay. Did you review any samples of the waterproofing product from this test pit, Unit 222?
A Yes.
Q Are there any photographs of the sample that you took contained in Exhibit 819?
A My recollection is that no samples were retained from Test Pit 2.
Q All right. I understand that no samples were retained, but I'm asking if there were photos of the sample that you looked at from the Test Pit #2?
A Yes.
Q What paragraph numbers?
A R1-17 and R1-19.
Q Okay. I don't see a sample there. I see -- well, looking at photo R1-19, I see waterproofing still against the building wall. Is that what you're talking about?
A A section of the waterproofing was inspected. I guess that's what I'm identifying as a sample.

Q Okay. Not that you actually looked at a chunk of the sample yourself but that you saw the condition depicted in R1-19?
A The waterproofing was cut away and it was inspected at the time. However, I guess a complete sample was not removed and retained.
Q Okay. So your observation of the waterproofing membrane in Test Pit #2 is what we're looking at here in photograph R1-19; correct?
A And R1-17.
Q And R1-17, which is almost the same thing; right?
A Right. And R1-15, actually, as well, which is almost the same thing.
Q Do any of the photos that you just referenced show the back side of the waterproofing product where the film component would be?
A No.
Q So you have no knowledge, then, as to whether the film on the sample, as you put it, at that site was there or not or had dissolved or not; correct?
A Correct.
Q And you don't see any undissolved water-soluble film in any of those photos; correct?
A Correct.
Q Test Pit 3 was also at a vertical wall location?

A Correct.
Q Did you look at samples of Swelltite 3000 from that location as well?
A Yes.
Q Would you agree that the samples of the Swelltite product that you looked at, that it was apparent that those samples had not seen any water?
A No, I would not agree.
Q Mr. Koziol testified that from his review of the samples at this test pit, that it was apparent to him that the samples had not seen water, and you're disagreeing with him?
A Well, there were --
MR. STEPAN: Objection, assumes facts not in evidence.
THE WITNESS: Well, there were several samples.
MR. STEPAN: Misstates Mr. Koziol's testimony.
MS. HEYER: Did the witness respond to the question?
THE WITNESS: There were several samples.
Q (By Mr. Veith.) And are the samples that you looked at from this test pit shown in photographs R-33 to R-38?
A And R-39.

Q Would you agree that the bentonite on the samples shown in these photographs has not activated?

MR. BROWN: Objection, foundation.

MR. REILLY: Join.

MR. STEPAN: Objection as to form, vague.

MR. VEITH: I'll strike that question.

Q (By Mr. Veith.) Would you agree that because you had no experience with the product and have never been involved with a bentonite-based waterproofing product before that you wouldn't know whether that bentonite had activated or not; would you agree with me?

A No.

Q Why not?

A Well, I think --

Q My question is why you feel you would be qualified to talk about whether bentonite is activated?

A My discussions with both Mr. Koziol as well as Mr. Kudder as well as the CETCO representatives during our site inspections on the general behavior of the product.

Q Are you aware that Mr. Koziol testified that the samples shown in these photographs had not seen water, in his opinion?

MR. STEPAN: Objection. Misstates Mr. Koziol's testimony, assumes facts not in evidence.

Q (By Mr. Veith.) Are you aware?

A No, I'm not aware.
Q And you would agree that he has more experience with Swelltite than you do?
A I think where the discrepancy is occurring is several samples of the waterproofing were cut at this particular test pit. Photograph 3-9 I believe displays bentonite that has been activated.
MR. REILLY: Object to the answer as being nonresponsive.
Q (By Mr. Veith.) And maybe I can clear this up. On page 5 of your report, of your site visit report, Exhibit 853, the last bulleted point near --
MR. REILLY: 854.
MR. VEITH: I'm sorry. I've got it marked wrong. 854.
Q (By Mr. Veith.) Do you see the second bulleted point at the top of the page?
A Yes.
Q An additional cut? Okay. So when you're saying that you saw a sample that had activated bentonite on it, you're talking about near the top of the vertical wall?
A Correct.
Q You're not talking about samples taken from the horizontal location or the bottom of the vertical wall?
A Correct.

MR. HULL: Where are you referring to, John, what page?

MR. REILLY: Page 5, second bulleted point.

Q (By Mr. Veith.) Looking at the photograph that you have referenced R3-9, do you have that in front of you?

A Yes.

Q Okay. There is no film on that sample; is there?

A Can't tell from the photograph.

Q Looking at photograph R3-8, the section of the product that's been rolled down, you can't tell whether there is any film on that either; right?

A I believe the lower section, or the lower portion of that peeled back section has the film intact based on my notes more than my current review of the photograph.

Q What notes?

A That same bullet item you previously referenced.

Q Where do you reference anything about the film in that bullet item?

A I don't reference the film in that bullet item.

Q Oh. Then I don't understand.

A I believe.

Q What notes, then, are you referring to?

MR. STEPAN: Objection, asked and answered.

MR. BROWN: I think he might be confused.
Q (By Mr. Veith.) Are you confused?
A No.
MR. STEPAN: Would you like him to restate the question?
THE WITNESS: Sure.
Q (By Mr. Veith.) From looking at photograph R3-8, you cannot tell whether the water-soluble film component of the product has dissolved or not from looking at the photo?
A No. And I was referring to my statement that the bentonite does not appear to have been activated, and then assuming that if it had not been activated, the film would have no reason to -- not to be there.
Q So you would agree that if the bentonite has not been activated, you would assume -- well, if the bentonite has not been activated, then you would assume that the film would still be there?
MR. STEPAN: Objection, vague.
Q (By Mr. Veith.) I'm not sure I understood your answer?
A In this particular reference, yes.
Q All right. Looking at -- well, going to the last test pit, Test Pit #4, that was at the unrepaired post location?
A Correct.

Q And did you look at or retain samples from this location?
A Yes.
Q And the photographs that would relate to the samples that you looked at from Test Pit #4, would those be contained in photos R3-27 and R3-28?
A Yes.
Q Okay. Did you look at any other samples aside from the ones that we've looked at here in these photographs?
A No.
Q Now, during your evaluation or investigation in this case, you have not performed any testing of the waterproofing products; is that true?
A Testing in a general sense?
Q You did not test any of the products at the scene; right?
A Correct.
Q And you have not performed any tests in the laboratory on the samples that you took from the site; correct?
A Correct.
Q And you did no water testing out at the Promenade site in the sense that you either tried to recreate a particular leak --
A Correct.
Q -- or that you just flooded the system in general to see what would happen; right?
A Correct.

Q Now, when you were out there in August of 2002 to review the excavations, did you also walk through, you know, do another site inspection in the sense of walking through the garages, walking through the courtyards?
A Yes.
Q At that time, did you walk through all of the garages again?
A No.
Q Just Building 1?
A No. I believe it was Building 1 and 2, and I believe we may have also walked through the courtyard of Building 3 and 4, but I don't recall the specifics. It was a more limited review than I had previously done; general review.
Q As you walked through those locations, you did not see any active leaks; is that right?
A Correct.
Q When you reviewed the excavations, did you observe standing water in those excavations prior to removing the waterproofing products that were installed?
A Yes.
Q And did you observe that the standing water -- first of all, you saw standing water in each of the excavations?
A Yes.
Q And the standing water that you saw in the bottom of those

excavations was roughly two inches to three inches deep; correct?
A Roughly.
Q Correct. I mean, you didn't have a measuring tape, but --
A Right.
Q Now, Mr. Koziol in his deposition testified that he observed locations where sheets of Swelltite came together and that they had been nicely taped. Now, assuming that he testified to that, do you have any reason to disagree with him?
A No. And I observed the similar conditions.
Q And you would also similarly agree that you have no evidence as to whether water ever penetrated the seam tape to get into the seams between the product sheets themselves; right?
MR. STEPAN: Objection, vague.
THE WITNESS: In relation to those four openings.
Q (By Mr. Veith.) Okay. Right. I'm just asking about the things that you observed?
A Correct.
Q Okay. Now, you would defer to Mr. Koziol about the issue as to any opinion of whether or not the water-soluble film dissolves or not; is that right?
A Yes.

Q You did not do any testing to determine whether or not water ever penetrated any of the seams between sheets of Swelltite; correct?
A Correct.
Q So you would have no opinion about that; right?
A Well, I believe Inspec has identified in their report areas where seam problems were observed.
Q And you would defer to Inspec about that issue?
A Correct.
Q And you never did any testing to make any determination about whether water ever migrated between the top of the precast concrete deck and the underside of the Swelltite product; correct?
A Correct.
Q And you would defer to Inspec about that as well; correct? Your answer?
A Correct.
Q And you have as you sit here no opinion as to whether any alleged failure of the water-soluble film caused any particular leak; correct?
A Correct.
Q Would you agree that any information you would have about the Comiskey Park project would be derived from Mr. Koziol?
A No.

Q What other source of information would you have -- you didn't work on that project?
A Correct.
Q What other source of information would you have about the Comiskey Park project?
A Other project representatives.
Q So Mr. Duntemann?
A Correct.
Q So the source of any information you would have about the project would come from Mr. Duntemann or Mr. Koziol?
A And Chris Giffin.
MR. VEITH: I don't have any other questions.
MR. STEPAN: Take a break.
(A short recess was taken at this time.)
MS. HEYER: I don't have any questions at this time.
MS. REISBORD: Nothing.

EXAMINATION

BY MR. GASKINS:
Q Would you look at Exhibit -- I think it was marked as Exhibit 823?
MR. VEITH: Which document?
MR. GASKINS: That's the one I asked you to mark after you showed it to him.

MR. HULL: 853.
MR. GASKINS: I'm sorry.
Q (By Mr. Gaskins.) Who did you talk to, as listed in that memorandum, and what did they say?
A I talked to --
MR. STEPAN: Objection, vague, the document speaks for itself.
THE WITNESS: I talked to all of the identified people here as well as several others.
Q (By Mr. Gaskins.) Okay. Go down the list of identified people, the people identified in that memorandum, and tell me what each of them said, if you would?
MR. STEPAN: Objection, vague.
THE WITNESS: Would you like me to restate their responses?
MR. GASKINS: Yes.
THE WITNESS: Steve Hovland.
Q (By Mr. Gaskins.) Who is Steve Hovland?
A He's a consultant in our San Francisco office.
Q All right. What did he tell you about pertinent to this case?
A All of their responses were geared more towards my question, which was, I guess, the particular product, not so much this case in general.
Q The Swelltite 3000 product?

A Correct. Or Volclay Swelltite. My understanding is there's more than just the 3000.
Q Would you, without going into each individual response, summarize what intelligence you gathered from these conversations?
A Well, the purpose of the e-mail was to garner experience within the company in relation to that particular product both as a company and individually, and so the main thing that I gained from these responses was that there were several people who were familiar with the product and most people had, I guess, a negative impression of it.
Q And what was the matter with the product, as far as you learned?
MR. REILLY: Objection. Calls for speculation, lack of foundation, hearsay.
MR. VEITH: Join.
THE WITNESS: Well, Steve Hovland reported that one of the frequent misuses of bentonite that I know of is used in areas where the material was not properly confined.
Q (By Mr. Gaskins.) Would that apply to this case?
MR. REILLY: Objection, foundation.
MR. BROWN: Objection, foundation.
THE WITNESS: No.
MR. REILLY: Withdrawn.

THE WITNESS: Linda McGowan reported there seems to be a lot of questions such as leakage at the laps, erosion of the clay particles and the need for water to get into the system to make it work. I think all of the responses were just general personal experience related.

Q (By Mr. Gaskins.) Did you find that any of the general personal experience related comments seemed to apply at the Promenade location?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Same objection.

MR. STEPAN: Objection, vague.

THE WITNESS: Can you rephrase the question?

Q (By Mr. Gaskins.) Well, you said that the comments were personalized experience, and as I understand it, you were making these inquiries as it related to your role as an expert in this case at Promenade; is that right?

A Yes and no. I think at the time that I sent the e-mail it was essentially before we had been retained on the matter and it was more to garner what kind of, if we were ultimately to be retained, what kind of experience both individually and company-wide that I would have as a resource to tap into to locate someone such as Rich

Koziol.
Q Okay. So were you only looking for experience with the Volclay products?
A This particular product.
Q Okay. And which is?
A Volclay Swelltite.
Q Okay. Now, with respect to the comments you received, other than comments from Mr. Koziol, did you receive any comments that shed any light on what you could expect at Promenade?
A No. And I did not request. At the time I had not been to the site, so to ask specific questions on specific revised or configurations was beyond my knowledge of the project at the time.
Q Okay. That's not really my question. Thank you for that, for your answer. What I'm trying to find out is did anybody tell you anything that helped you in your evaluation later?
A No.
Q Was there anything that was reported wrong with the product in these early conversations that you had with the people in your firm that showed up at Promenade?
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Same objection.

MR. STEPAN: Objection, vague.
THE WITNESS: No. I think there were general comments that the waterproofing -- that there has been experience involved with water leakage projects in horizontal applications.
Q (By Mr. Gaskins.) Was this a horizontal application out at the Promenade?
A Partially, yes.
Q And the problems that were related were problems with the waterproofing material not being watertight; is that true?
MR. REILLY: Objection, foundation.
MR. VEITH: Objection, mischaracterizes the evidence.
THE WITNESS: No.
Q (By Mr. Gaskins.) Was it that leaks resulted from the problems with the waterproofing materials?
A There were -- as evidenced by the documents here, there's no additional revised aside from a general comment.
Q What would be the problem with the product if it was watertight?
MR. REILLY: Objection, form of the question.
MR. VEITH: Objection, lack of foundation, form of the question.
MR. STEPAN: Vague as to form.

THE WITNESS: I would have to speculate.
Q (By Mr. Gaskins.) I don't understand how there could be a problem with waterproofing materials if it did not result in a leak.
A Well, I think --
MR. VEITH: I'll object. That's not a question.
MR. STEPAN: That's just a statement.
MR. VEITH: That's not a question.
THE WITNESS: Well, I think as an example --
MR. STEPAN: Mark, wait until he asks you a question. Is there a question, Steve?
MR. GASKINS: Yes, there is a question.
MR. STEPAN: You made a statement what you thought.
Q (By Mr. Gaskins.) True or false?
MR. BROWN: True or false whether you understand it, Steve? Object.
MR. STEPAN: Objection on foundation.
THE WITNESS: Can you restate that or rephrase it or something?
MR. GASKINS: I can. Would you read the question back and I will restate it?
(The court reporter read back the last

question at this time.)
Q (By Mr. Gaskins.) You stated that there were various problems reported to you; correct?
A Correct.
Q Would you identify each problem that was reported to you? And let's just go through them one by one. I think that's the only way we can do it.
A Okay. Steve Hovland reported that it's frequently misused in areas where it's not confined and that it does not have a positive means -- or if his recollection is correct, it does not have a positive means of seaming between adjacent sheets of material.
Q Okay. Now let me just stop you right there. What would be the result of those two items that he reported on?
MR. VEITH: Object.
MR. BROWN: Objection to the form and lacks foundation.
MR. REILLY: Calls for speculation.
THE WITNESS: It would depend entirely on the project.
Q (By Mr. Gaskins.) Do you have any idea what would happen if the -- read it again. There is a seaming issue? What's the seaming issue?
A All I know is simply what he stated, that it does not have a positive -- if his recollection is correct, it

does not have a positive means of seaming between adjacent sheets of material.
Q Did you have an understanding at any time, including up to today, what he meant by a lack of positive seaming?
A I think -- all I read into it is simply that joints between separate sheets of material can be problematic, which I think --
Q And problematic in what sense?
MR. VEITH: Objection, lack of foundation.
MR. REILLY: Join.
THE WITNESS: That it's a critical detail.
Q (By Mr. Gaskins.) And that it's a critical detail for what?
MR. REILLY: Same objection.
MR. VEITH: Same objection. And hearsay.
THE WITNESS: That it could be a potential problem area.
Q (By Mr. Gaskins.) And by problem area, you mean it might leak there; right?
A Ultimately, yes, I guess.
Q Okay. Now, what was the other issue that was discussed by Mr. Hovland?
A That it's frequently misused in areas where the material is not properly confined.
Q Okay. And did you come to have an understanding of what

that meant?

MR. REILLY: Objection, asked and answered.

MR. VEITH: Same objection, lack of foundation.

THE WITNESS: Again, my interpretation of it was that it needs to be used in an application where it is confined, where the sheets are confined.

Q (By Mr. Gaskins.) And were the sheets confined in the Promenade project?

A Yes.

Q Were they properly confined from the plank all the way up to the top?

MR. STEPAN: Objection as to form, vague.

THE WITNESS: I guess my -- I don't know exactly what PSI level --

MR. STEPAN: Foundation.

THE WITNESS: -- or what -- I guess what the required extent of confinement would be, if one inch of soil would be sufficient versus three feet. I'm assuming that, yes, the horizontal application was properly confined.

Q (By Mr. Gaskins.) Do you have a basis for that assumption?

A No.

Q Okay. Now, what's the next person's comment?
A Dave Deress stated that it needs soil or something firm to react against when it swells and seals when it gets wet. If this does not happen, it just becomes a gooey mess. Hollow core planks can leak at joints and let water run through the cores to wherever. A topping slab is essential and allowance for cracks at joints to be bridged by the waterproofing is important, too. That was --
Q So each of the things that he stated were problems that could result in leaks instead of a watertight system; is that true?
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Objection, mischaracterizes the evidence as well.
THE WITNESS: No.
Q (By Mr. Gaskins.) What problem would it be other than leaks as described in his comment?
MR. STEPAN: Objection, vague.
THE WITNESS: It depends on the project and the application.
Q (By Mr. Gaskins.) Were any of the issues described there in that comment present at Promenade?
MR. STEPAN: Objection, vague.

MR. REILLY: Objection, relevance.
MR. STEPAN: And lack of foundation.
THE WITNESS: No. I would say no.
Q (By Mr. Gaskins.) Okay. How about the water running wherever, was that present at the Promenade, that you know of?
A Well, I think there was evidence -- there were symptoms of water leakage at the joints between the hollow core planks. However, I think his statement was too general to I think apply it specifically on this project.
Q What do you mean by there were symptoms of leakage at the joints between the hollow core planks?
A Efflorescence and staining.
Q How about the next person's comment?
A Peter Stork just recommended that I contact John Duntemann.
Q Did you contact John Duntemann?
A Yes, I did.
Q Are his comments included later?
A Yes.
Q Okay. Now let me ask you, before we go on, any of these people that you've gotten comments from on the e-mail, did you talk to them personally as well?
A John Duntemann, Chris Giffin and Rich Koziol.
Q Okay. What did John Duntemann tell you?

MR. REILLY: Objection, relevance.

THE WITNESS: We discussed both the Promenade Oaks project and he discussed in a general sense the Comiskey Park project.

Q (By Mr. Gaskins.) And how many occasions did you talk to him?

A Several.

Q When approximately did you first talk to him?

A Approximately a week to ten days after these e-mails were sent out.

Q Okay. When was the last time?

A Approximately the end of May.

Q Can you separate what you learned from him at each separate conversation that you had?

A No.

Q Okay. Tell me what he said to you in substance about the Promenade project and the Comiskey project and their relation, if any?

MR. REILLY: Objection, relevance, lack of foundation.

MR. VEITH: Join.

THE WITNESS: I think his -- his comments regarding the Comiskey project were general as his involvement was more as project manager, or project managerial duties, and I think it was -- the gist of our

conversations was simply that it was used in a horizontal application and there were water leakage problems.
Q (By Mr. Gaskins.) He identified what he thought the water leakage problems resulted from, where they came from on the horizontal usage?
A No. He didn't go that far.
Q Okay. Did you ask him?
A No.
Q Why not?
A Well, I think the configuration of the project aside from the similarity in waterproofing was different.
Q Okay. How about the Promenade project; what did he tell you about that?
MR. REILLY: Same objection.
MR. VEITH: Join.
THE WITNESS: We discussed the general configuration of the building as well as the work done by Inspec.
Q (By Mr. Gaskins.) And what did he say?
A He said that he agreed, some of the problems identified by Inspec were problems that he was aware of.
Q Who was this guy?
A John Duntemann?
Q Yes.
A He's a senior consultant in our Northbrook office.

Q North what?
A Northbrook, Illinois.
Q So did you say that some of the problems identified in the Inspec report he had seen before --
MR. REILLY: Objection, lack of foundation, speculation, relevance.
Q (By Mr. Gaskins.) -- in other projects?
MR. VEITH: Join.
THE WITNESS: He had I think some of them, yes.
Q (By Mr. Gaskins.) Which ones, do you remember?
A No, I don't remember.
MR. REILLY: Same objection.
Q (By Mr. Gaskins.) I'm sorry?
A No, I don't remember.
Q Okay. Who is the next person in your e-mail list?
A Linda McGowan.
Q Did you talk to her personally aside from this e-mail response?
A No.
Q And what does she say in response?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: She said there seemed to be a lot of questions, such as leakage at the laps, erosion

of the clay particles and the need for water to get into the system to make it work, et cetera. She goes on to say -- yes, just personal opinions.
Q (By Mr. Gaskins.) And what were the personal opinions?
MR. REILLY: Same objection.
THE WITNESS: That she has been reluctant to recommend it.
Q (By Mr. Gaskins.) Does she say why on that?
MR. REILLY: Same objection.
THE WITNESS: No, not specifically. No.
Q (By Mr. Gaskins.) How about the next person?
A Luis Estenssoro.
MR. REILLY: If you're going to say something, there's no question, so I'll object to being nonresponsive until he asks you a question.
Q (By Mr. Gaskins.) What does the next person respond to your e-mail?
MR. REILLY: I'll object, lack of foundation, speculation, relevance.
MR. VEITH: Join.
THE WITNESS: Again, offers personal opinion.
Q (By Mr. Gaskins.) Who this is again? I'm sorry.
A Luis Estenssoro.
Q And who is she in your firm?

A It's a he, and he's a consultant in our Denver office.
Q All right. And what does he say?
MR. REILLY: Same objection.
THE WITNESS: Just makes a reference to someone in materials, but he doesn't remember who, indicating that bentonite has durability problems with regard to waterproofing, they don't last too many wet/dry cycles, and that was it.
Q (By Mr. Gaskins.) It was a comment on bentonite alone and not on Swelltite, the Volclay Swelltite product in particular?
A Correct, as it reads.
Q Okay. How about the next person; what does he or she say?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: Christopher Giffin.
Q (By Mr. Gaskins.) Who is what?
A He's a senior architect and engineer in our Northbrook, Illinois office. Stated that we have -- we as a company I am assuming -- have extensive experience with the product, and then just directs me to talk to Rich Koziol or John Duntemann.
Q Does he have any opinion listed in there about the product, whether there had been any problems?
MR. REILLY: Same objections.

THE WITNESS: No.
Q (By Mr. Gaskins.) The next person is who?
A Mark Hopmann.
Q And Mark Hopmann is?
A He is the manager of our Houston office. He just refers me to John Duntemann.
Q Okay. And in your conversations with John Duntemann, did he give you a general opinion about whether the Volclay products were good products or poor products for waterproofing?
MR. REILLY: Same objection.
THE WITNESS: Yes, he did.
Q (By Mr. Gaskins.) What did he say?
MR. REILLY: Same objection.
THE WITNESS: His experience had not been good.
Q (By Mr. Gaskins.) Did your Houston man say anything other than talk to John Duntemann?
A No.
Q Okay. Who is the next person that responded to your e-mail?
A Robert Kerns.
Q Where was he?
A He's an architect in our Chicago, Illinois office, I believe.

Q What did he say?

MR. REILLY: Same objection.

MR. VEITH: Join.

THE WITNESS: That he is working on a waterproofing project in San Francisco and that the project is approximately four months old and following the rainy season there was water leakage into the garage continuously at cracks and construction joints in the walls and slabs on grade.

Q (By Mr. Gaskins.) And was he using the Volclay Swelltite product?

A He refers to Voltex below grade waterproofing. I don't know if that's a typo or not.

Q Did you inquire further of him?

A No.

Q What was that guy's name?

A Robert Kerns.

Q Robert Kerns. Okay. Who is the next responder to your e-mail inquiry?

A Neal Anderson.

Q And Neal Anderson is who?

A He is a consultant in our Northbrook, Illinois office and he referred me as well to John Duntemann.

Q All right. And did Mr. Duntemann have experience other than on the Comiskey Park with this particular product?

A I don't believe so, no, but he may have.
Q Who is the next person who responded?
A Don Meinheit.
Q Where was he?
A He is a senior consultant in our Chicago office.
Q What did he say?
MR. REILLY: Same objection.
THE WITNESS: He simply stated bentonite is not the best waterseal and referred me to John Seidensticker, who is a retired senior consultant, just stating that he has extensive experience with that particular product.
Q (By Mr. Gaskins.) Did you talk to Mr. Seidensticker?
A No.
Q Did you send an e-mail to Mr. Seidensticker?
A No.
Q Where is Mr. Seidensticker?
A I believe he's still in the Chicago area. We have work with him on other projects, but not on this one.
Q Okay. How do you spell Seidensticker?
A S-E-I-D-E-N, Sticker, S-T-I-C-K-E-R.
Q And what's his first name?
A John.
Q And have you worked with Mr. Seidensticker in the last year or so?

A I have.
Q And he is still in the Chicago area?
A Yes.
Q Do you remember what town he's in?
A No, I don't.
Q And you said that he was retired. I take it he is not a full time employee of Wiss, Janney?
A He's an affiliated consultant.
Q And what does affiliated consultant mean?
A A retired person who works part time on projects where we need him, basically.
Q Okay. So he works project by project on an as needed basis?
A Essentially, yes. If needed basis.
Q Okay. Do you know whether anyone has consulted him from Wiss, Janney on this Promenade Oaks project?
A Aside from Don Meinheit forwarding him my e-mail, no. I have no reason to believe he's been consulted.
Q Who is the next responder to your e-mail?
A William White. And he just referred me to John Duntemann.
Q Okay. No other substance to his response?
A No. He made a general reference that Comiskey Park --
MR. REILLY: I'll object.
MR. GASKINS: Go ahead.

MR. REILLY: I'm going to object. Same objection.
THE WITNESS: He made a general reference to the Comiskey Park job in Chicago and stated that it was bentonite that basically didn't work, was his summary.
Q (By Mr. Gaskins.) Okay. How about the next responder to your e-mail; who is he and what did he say, he or she as the case may be?
A The next was Richard Koziol who just stated that he and Chris Giffin have experience with Swelltite and that it was used and ultimately replaced at Comiskey Park.
Q Okay. How about the next person who responded to your e-mail?
A Larry Meyers.
Q Who is that?
A He is the unit manager of our Chicago office. He stated that several --
MR. REILLY: Objection, lack of foundation, speculation, relevance.
MR. VEITH: Join.
THE WITNESS: Stated that there were several people who have experience with this material, none of it favorable, and then referred me to Rich Koziol and John Duntemann and Bill Perenchio.
Q (By Mr. Gaskins.) Bill Perenchio?

A Yes.
Q Did you talk to Bill Perenchio?
A No.
Q Who is Bill Perenchio?
A He is also recently retired and an affiliated consultant.
Q Where is he?
A The Chicago area, I believe.
Q And how do you spell Perenchio?
A P-E-R-E-N-C-H-I-O.
Q Perenchio. Okay. Who responded next to your e-mail?
A John Duntemann.
Q Okay.
A And he stated --
MR. REILLY: There's no question.
Q (By Mr. Gaskins.) What did Mr. Duntemann say?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: That the system does not work well for most waterproofing applications and the NRCA specifically does not recommend this product for horizontal applications and states WJE has investigated dozens of Volclay failures, provides no additional detail.
Q (By Mr. Gaskins.) Okay. Did anyone else respond?
A Yes.
Q Who else?

A Ralf Leistikow, spelled L-E-I-S-T-I-K-O-W. Ralf is R-A-L-F.
Q What did Mr. Leistikow say?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: That he participated on a project in Virginia that used Volclay panels and Swelltite rods as a passing waterproofing system -- sorry. He states that this is a passive waterproofing system that is only activated when it comes in contact with water. There are different panel types out there. We also met with Volclay to discuss the system and found some other problems with the system.
Q (By Mr. Gaskins.) Did you talk to him?
A No.
Q Where is he?
A He's the manager of our Atlanta office.
Q Do you know if Mr. Koziol ever talked to him?
A No, I do not know.
Q And I know you didn't talk to him, but do you have any source of knowledge as to who he talked to from the Volclay people?
A Whom are you referring?
Q Didn't he say in his e-mail he met with the Volclay people?

A Oh. I have no idea.
Q Okay. Who else responded to your e-mail?
A Mike Violette. And he stated I assume the --
MR. REILLY: Wait a minute. There's no question.
Q (By Mr. Gaskins.) What did Mr. Violette say?
MR. REILLY: Same objection.
MR. VEITH: Join.
THE WITNESS: I assume the Volclay was used on the walls and not on the decks. It is not a great waterproofing system in a horizontal situation. Have had some experience with these products. Let me know if I can help.
Q (By Mr. Gaskins.) Did you ever talk to him further?
A No.
Q Do you know whether Mr. Koziol ever did?
A No. I have no idea.
Q And what was that man's position?
A He is a consultant in our Washington, D.C. office.
Q Okay. Who is the next person who responded to your e-mail?
A James Hauck.
Q What's his position?
A Actually, I don't know. I believe he's a consultant in our San Francisco office, but I might be wrong.

Q Is that because his responsive e-mail comes to you from San Francisco?
A No. It's just an assumption. I'm not overly familiar with him. I have not dealt with him much.
Q Why do you assume that he's from your San Francisco office?
A I just seem to recall seeing that at some point.
Q Just a vague recollection?
A Yes.
Q What did he say?
MR. REILLY: Same objection.
MR. VEITH: Join.
THE WITNESS: That he is working with that particular product on a litigation project in New York City, and in parentheses identifies the waterproofing was improperly installed. I can tell you something about it, and then refers me to Larry Meyers.
Q (By Mr. Gaskins.) Okay. Did you talk to him?
A No.
Q Did you talk to Larry Meyers?
A No.
Q Who is Larry Meyers?
A He's the manager of our Chicago office.
Q Do you know what the project was in New York?
A No. I have no idea.

Q Would you look at your 31 May 2002 report, please?
A (Witness complies.)
Q On page 7, you state, "Based on our background information review and site inspection, the previous repair work has significantly reduced or eliminated the water leakage to the townhouse units." Now, what previous repair work are you referring to?
A The repair work cumulatively.
Q Okay. And where is that identified in your report?
A On page 4.
Q Okay. Now, are these repair efforts identified by bullet points at the top of the page; is that the repairs that you understand were done?
A Yes.
Q Do you understand that there were any other repairs done?
A Not to my knowledge.
Q Okay. The first bullet point says, "Revising waterproofing revised around the base of wood posts supporting the overhead entryway canopies." Can you tell me in what way the waterproofing revised were revised?
A Well, I believe where post repairs had been performed, the bottom section of the post has been removed and a concrete block masonry unit has been installed over a patch in the waterproofing membrane.
Q Do you know when approximately those repairs were done?

A I believe the post repairs, one was performed during our August 2002 site inspections. I believe the remainder of the post repairs were performed in 2000 or 2001. I don't recall the exact year.
Q Do you know whether there were post repairs done in more than one year?
A No, I don't. I don't believe there were.
Q Do you know how many posts were repaired?
A I think approximately 43 or 44.
Q Do you know which buildings the repairs were done on?
A Not off the top of my head, no.
Q Were you supplied with that information?
A Yes.
Q You just don't remember it?
A Correct.
Q Did all of the buildings have some posts repaired?
A I believe so.
Q Was there a particular method by which posts were chosen for repair?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: I would not know that.
Q (By Mr. Gaskins.) So no one told you that in connection with your opinions here?
A Correct.

Q Did you observe a pattern to which posts were repaired?
MR. STEPAN: Objection as to form, vague.
THE WITNESS: No. However, I didn't -- I wasn't particularly looking for a pattern.
Q (By Mr. Gaskins.) Okay. All posts weren't repaired; true?
A Correct.
Q What percentage of the posts at the site were repaired?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: I believe it was on the order of 10 to 20 percent.
Q (By Mr. Gaskins.) Do you know why other posts weren't repaired?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: Ultimately no, but I believe the repair work was -- the repair program was terminated in 2001.
Q (By Mr. Gaskins.) Do you know why the repair program was terminated in 2001?
A Again, why the exact decision was made, no. No.
Q Did you inquire?
A No.
Q Did it appear to you from your observations at the site

that other posts needed repair?

MR. STEPAN: Objection as to form.

THE WITNESS: Yes.

Q (By Mr. Gaskins.) Is it fair to say that while the repair of the posts may have been necessary, the repairs that were done were not sufficient to stop the leakage around the posts?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Join.

MR. STEPAN: I'll join.

THE WITNESS: No.

Q (By Mr. Gaskins.) It's not fair to say that?

A Correct.

Q Why not?

A Through discussions with Mr. Gary Nelson of Weis Builders while on site, my understanding is that the post repairs have been effective.

Q Okay. Is it your understanding that the repair of the 43 or 44 posts have stopped the leakage at the Promenade Oaks?

MR. VEITH: Object to the form.

MR. REILLY: Lack of foundation.

MR. BROWN: Join.

THE WITNESS: No.

Q (By Mr. Gaskins.) Is it your understanding that there are leakage sites at other posts on that property?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Join.

THE WITNESS: I don't think the leaks have been pinpointed to specific posts.

Q (By Mr. Gaskins.) Do you have any opinion that the post repairs that have been done have stopped all the leaks at the posts?

MR. REILLY: Objection, lack of foundation, calls for speculation.

MR. VEITH: Join.

MR. STEPAN: Asked and answered.

THE WITNESS: I believe the post repairs have been effective in reducing the extent of water leakage, yes.

Q (By Mr. Gaskins.) What do you mean by effective?

MR. STEPAN: Objection, vague.

THE WITNESS: I think the -- my understanding, again, through discussions with Mr. Nelson, is that in areas where leakage was previously experienced and a post repair was subsequently performed, leakage has been reduced if not eliminated.

Q (By Mr. Gaskins.) And how did Mr. Nelson tell you he knew

that?
A Simply stating it.
Q Well, did he say what he had observed that indicated to him that when they did a repair to a post, the leak stopped?
A Aside from monitoring for future leakage, no.
Q Okay. Did he indicate to you that he was able to pinpoint certain posts causing certain leaks?
A Yes.
Q Okay. Can you give me an example of that?
A He stated that in areas where water leakage was reported and a post repair was subsequently performed, in many cases that leak was ultimately resolved. And he also stated that he, when making the particular post opening Test Pit #4 while we were on site, that that opening was -- that the anchors for the post base had not penetrated the cores for the hollow core plank and that that condition, being the nails penetrating the cores for the hollow core plank, was frequently observed in areas where leakage was also observed.
Q Okay. Did Mr. Nelson tell you whether the anchoring system had penetrated the hollow core plank in posts that were unrepaired?
A No, he did not tell me that.
Q Did he identify for you any way that he might know whether

they had penetrated the planks or not?
A Aside from reports of leakage, no.
Q Did Mr. Nelson indicate to you that at every post where leakage was reported, they had made repairs?
A No.
Q Did Mr. Nelson ever tell you that there were other posts that it would be good to repair?
A No.
Q Do you have any information or opinion that would lead you to come to an expert conclusion that other posts should be repaired?
A Yes.
Q And tell me what that information is?
A I believe that detail that was employed can be problematic.
Q In what respect?
A Well, I think the length of the wood post was not -- with the design that was ultimately selected or specified, that the waterproofing was not extended to grade exposing approximately two and a half feet of the wood post to potential water penetration. I think the liquid-applied flashing that was installed at the base of the post, at least based on the conditions reported by others and what I observed at Test Pit #4, appears prone to peeling off or separating from the wood posts providing openings for

water penetration, additional openings.
Q Did you investigate how the decision came about to apply liquid flashing to the bottom of the wood posts?
A No.
Q Do you have sufficient expertise to determine whether at the time the liquid flashing at the bottom of the wood posts was applied, whether it was a reasonable and prudent thing to do?
MR. STEPAN: Objection as to form.
MR. VEITH: Join.
MR. REILLY: Lack of foundation.
THE WITNESS: No. I would defer to Mr. Koziol.
Q (By Mr. Gaskins.) Now, look at your second bullet point, will you, on that page 4?
A (Witness complies.)
Q "Extending the waterproofing system vertically up the walls of the townhouse unit behind the vinyl siding so that the end terminations are located above grade level." Can you tell me what the effect of that repair effort was?
A Essentially what it says, extending the waterproofing system above, so that it terminated above grade.
Q And what effect did that have on the leaks present before that repair was made?
A My understanding is that it was effective in reducing or

eliminating the leakage to the townhouse units.
Q Okay. It's interesting the terminology you used, reducing or eliminating. Is that your words or is those the words of Mr. Nelson?
A No. Those are my words.
Q When you say reducing or eliminating, why do you use those words together?
A Well, there is still water leakage to the one, one townhouse unit. My understanding at the time the report was issued was that there was only one townhouse unit that was identified as having current leakage problems. So water leakage to the townhouse units obviously hadn't been eliminated. However, it had been eliminated at a number of units on a case by case basis.
So as a whole, it had been reduced significantly from however many initial townhouse unit leaks there were to one. However, on a specific area by area or unit by unit basis, it had eliminated leakage.
Q And that was based on what information that -- where did you get the information that it had eliminated leaks in all the units save one?
A From both Mr. Tom Healey as well as the water leakage reports that I received.
Q Okay. And now, there were water leakage reports also in the garages?

A Correct.
Q Is it your understanding that this particular repair had any effect to reduce or eliminate water leakages into the garage?
A Well, I think it was a portion of the repair project as a whole, and so in that sense, yes. Whether or not this particular repair did, I don't think it had ever been identified which particular detail was contributing to which particular leak.
Q Okay. Now, with respect to the leakages in the garage, it's your understanding that there were leakages in all garages, all buildings?
A Correct.
Q Now, your third bullet point, "Installing sealant and waterproofing at the bottom of main entrance doorways of the individual townhouse units," what was the effect -- strike that, please. What was the problem that this particular repair addressed?
MR. STEPAN: Objection as to form.
THE WITNESS: I believe it was speculated or reported by various representatives that were installing repairs and various individuals that visited the site that did inspection or testing work, that it was believed that water leakage was occurring at the door thresholds.

Q (By Mr. Gaskins.) And who did you talk to about that issue?
A I didn't. It was contained in background information that I reviewed.
Q You didn't talk to Mr. Nelson about that?
A No.
Q What is your understanding of the extent of the installation of sealant and waterproofing at the main entrance doorways throughout the projects?
A I believe it was installed in approximately half of -- or on one half of each courtyard.
Q One particular side?
A Correct.
Q Which side?
A I believe it was installed on the B unit side of the building. But I could be wrong.
Q Do you have a reference as to which sides got this particular repair with respect to how they sit, how the units sit compared to the garage?
A I believe it was the units that sit on top of the garage.
Q Okay. From the background information that you reviewed, did it appear to you that it had been established that leaks were coming from that area; that is, the bottom main entrance doorways?
A Yes.

Q And what did you see that led you to that conclusion?
A Well, I believe again it was just more reports, summaries, correspondence from various people involved with the repair efforts.
Q You don't remember specifically?
A Correct.
Q Now, with respect to your next bullet point, "Installing drain tile in the courtyard areas above the garage ceiling along the base of the lower level CMU walls," first, could you tell me what the base of the lower level CMU walls means?
A Well, I believe as it's written and from what I garnered from the background information was that drain tile was installed along the base or near the precast plank in the courtyard areas. However, once I was a party to excavations, it became apparent that that was not specifically the case.
Q Okay. What was the case?
A That it had been installed approximately a foot below grade.
Q All right.
A In the areas that I observed.
Q Now, what problem was this repair designed to address?
MR. REILLY: Objection, lack of foundation.

MR. STEPAN: Join.
THE WITNESS: I would speculate that it's -- it was designed to reduce the amount of ground water within the courtyards.
Q (By Mr. Gaskins.) All right. Now, what is the basis of that speculation?
A Simply that that's typically what drain tile is used for, to collect and divert ground water.
Q Was there anything in the background information that you reviewed that revealed where this suggestion came from or what they expected the result to be?
A No. It was simply that drain tile had been installed.
Q Did you see any evidence in your review that the installation of the drain tile had a positive effect on the leakage rates at the Promenade?
A Not individually, no.
Q Did you come to an opinion as to whether it did or not?
A I would doubt that it is overly effective.
Q Now, your last repair that you list here on the bullet point is installing additional surface drains in the courtyard areas. When did that occur?
MR. STEPAN: Objection, lack of foundation.
MS. HEYER: Objection.
THE WITNESS: I believe at or around the

time the drain tile was installed in 1998 or '99.
Q (By Mr. Gaskins.) And where did the surface drains drain into?
MR. STEPAN: Objection, lack of foundation.
MS. HEYER: Join.
THE WITNESS: I believe they were directed towards the main drains, the main vertical drain pipes.
Q (By Mr. Gaskins.) Did you see any drawing revised that would indicate where the additional surface drains drained into?
A No.
Q Did you see any drawings indicating where the additional surface drains were located?
A No. But my site inspection, I observed them generally near post locations.
Q Do you know how many additional surface drains were placed at the site?
A No.
Q Do you know whether they were placed at all buildings?
A No, I do not know. I believe they were.
Q Do you have an opinion, based on what you observed at the site and your expertise, as to whether the additional surface drains had any material effect on the water leakage problems at the plaza decks?

A Again, I would doubt that they are overly effective.
Q Do you have an opinion whether in order to cure the water problems currently existing at the Promenade Oaks, the only reasonable solution is to dig up the plaza decks and re-waterproof?
MR. STEPAN: Objection.
MR. BROWN: Objection, foundation.
MR. STEPAN: Lack of foundation, assumes facts not in evidence.
THE WITNESS: Could you repeat the question?
MR. GASKINS: Maybe.
Q (By Mr. Gaskins.) Do you have an opinion, based on your review, whether the only reasonable method for curing the water leakage problems currently existing at the Promenade Oaks is to dig up the courtyards and re-waterproof?
MR. STEPAN: Objection, lack of foundation, assumes facts not in evidence.
MR. VEITH: Join. Mischaracterizes the evidence.
MR. REILLY: I'll join.
Q (By Mr. Gaskins.) You do have an opinion?
A Yes.
Q And what is your opinion?
A I don't believe that's a necessary solution.

Q And why?
A Based on the previous performance of the repair work that has been -- based on the performance of the repair work that has been previously completed.
Q And what do you think would solve the problem?
A I believe similar repair efforts in areas of leakage.
Q What specifically?
A The flashing repairs at grade. However, I think those have been performed in the majority of areas where they would apply. Also, post repairs. And -- yes. And similar repairs at concrete stoops, again, if those had not been installed, and everywhere they would apply.
Q The repairs of the concrete stoops or the threshold repairs?
A Correct. But again, I believe those had been performed in most areas where they are relevant.
Q So what you would do is you would extend the waterproofing vertically up the walls of the townhouse units where it hasn't been done?
A Correct.
Q You would repair the thresholds where it hasn't been done?
A Correct.
Q And you would repair all the posts?
MR. STEPAN: Objection, misstates his testimony.

THE WITNESS: Yes. I guess backtracking, all of the -- all of the repair recommendation would be tied to leakage, not necessarily globally. I think if the intent of the repair work is to address water leakage, then I think it would be the location of water leakage that would govern where the repair would be performed.
Q (By Mr. Gaskins.) Now, with respect to your work and your opinion in this case, did you come to an opinion as to which posts that were unrepaired need to be repaired?
A No.
Q Did you come to an opinion one way or another whether the repairs that have been done to the posts are enough with respect to the posts? Do you understand my question?
MR. STEPAN: Objection as to form, vague.
THE WITNESS: Yes, I do understand, and no, I don't -- I believe there are still posts that could be -- I believe there are still posts that probably should be repaired, yes.
Q (By Mr. Gaskins.) And how would you go about determining which posts need to be repaired rather than all the posts?
A Again, based on posts in proximity to locations of active water leakage.
Q Could we look at your -- go through your pictures?
A Sure.
Q Let's just start at R1-1. What does that show?

A An overall view of Test Pit 1.
Q Okay. And Test Pit 1 was where?
A At a drain location in the courtyard of Building 1.
Q Okay. And you took this picture?
A Yes.
Q Is there any significance other than as an overall view to R1-1?
A No.
Q How about R1-2; is there any significance to that photograph other than a general overall view of the test pit?
A No.
Q R1-3 I take it shows the area of Test Pit 1 at the drain?
A Correct.
Q What is the significance of that photograph?
A Again, it's more a close-up view of the general condition present.
Q Okay. And what is the significance of the general condition present, if any?
MR. VEITH: Object to the question as vague.
MR. REILLY: Join.
MS. HEYER: Same objection.
THE WITNESS: None.
Q (By Mr. Gaskins.) How about R1-4?

A R1-4 just shows aggregate that has clogged.
Q Clogged the drain?
A Yes.
Q And what is the effect of aggregate clogging the drain?
A Well, it would reduce the effectiveness of the drain.
Q Is water shown in that picture?
A Yes.
Q Is there any significance to this picture other than showing that the aggregate clogs the drain and reduces its effectiveness?
A Aside from aggregate and the fact that there was some evidence of soil on the outside of the drain pipe.
Q And what's the significance of the evidence of soil on the outside of the drain pipe?
A Well, it just shows that there -- if soil can access the drain pipe, it may clog it.
Q Is there a solution to this?
A Yes.
Q What's the solution?
MR. STEPAN: Objection as to form, foundation.
MS. HEYER: Join.
THE WITNESS: There would be several.
Q (By Mr. Gaskins.) Any spring to mind?
A For this particular drain pipe, I guess I would actually

defer to Rich Koziol.
Q Was this addressed in the Inspec report?
A Yes.
Q Did the solution identified in that report seem reasonable and prudent to you?
MR. STEPAN: Objection, vague.
THE WITNESS: I don't recall what the solution was off the top of my head other than it was that a general solution was presented.
Q (By Mr. Gaskins.) I take it since you don't recall exactly what it was, you didn't see anything wrong with it?
MR. BROWN: Object to the form, foundation.
MR. STEPAN: Objection to form.
MR. VEITH: Join.
THE WITNESS: I would disagree with that statement.
Q (By Mr. Gaskins.) Why?
A Because I don't recall exactly what it was.
Q Okay. Would you look at R1-5? Is this a photograph of the same drainage area?
A Yes.
Q And what does that show in addition to what was shown in R1-4, if anything?

A Some standing water at the base of the pipe and also that the lowest perforations were approximately several inches above the waterproofing membrane.
Q Okay. R1-6, what does that show?
A It shows one of the additional drain pipes, or drain tile -- it shows the penetration of some of the additional drainage work that was done.
Q And does that have any significance to the leakages we've seen in this case?
MR. STEPAN: Objection, vague.
THE WITNESS: It would constitute one of the repair efforts that was performed.
Q (By Mr. Gaskins.) Is there anything in this photograph that indicates the repair effort was effective or not effective?
A No. There is nothing in the photograph either way that would indicate that.
Q R1-7, what is that a photograph of?
A Just of the soil removed from Test Pit 2 and that there were several large pieces of aggregate that were removed from the soil backup.
Q And what significance is the fact that there were large pieces of aggregate?
MR. STEPAN: Objection, lack of foundation and as to form.

THE WITNESS: I'm not a geotechnical engineer, but my understanding is that larger aggregate --well, I'm not a geotechnical engineer.

Q (By Mr. Gaskins.) Okay. Given that, what is your understanding of the problem?

MR. REILLY: Objection, lack of foundation.

MR. STEPAN: Lack of foundation, calls for speculation. He's disqualified himself.

MR. GASKINS: Go ahead.

THE WITNESS: That it could damage the -- it could cause damage during a soil backfilling operation and that it would also I think be obstructive to general drainage.

Q (By Mr. Gaskins.) How about R1-8?

A That just shows an overall view of the test pit location in relation to Unit 222.

Q R1-9 is a photograph of what?

A Of the opening and the installation of the insulation.

Q And that's the Test Pit #2?

A Yes.

Q Is there any significance to showing the shovels over there on the left?

A No.

Q What is that sort of yellowish material on that one

shovel? Do you know what that is?
MR. STEPAN: Objection, lack of foundation, objection as to form and also vague.
THE WITNESS: No, I don't know what that is.
Q (By Mr. Gaskins.) Do you know if those were the shovels that were used to dig this test pit?
A I believe they were.
Q Okay. Did you consult in connection with your opinions a soils engineer of any kind?
A No.
Q Did you evaluate in connection with your opinion whether the fill that was used was appropriate for a waterproofing system?
A No, I did not evaluate that.
Q Do you have any basis on which to evaluate it?
A No, aside from reviewing comments by others.
Q Have you reviewed comments by others?
A Yes.
Q What others have you reviewed comments of?
A Several of the individuals who have performed investigations.
Q To wit?
A I believe Inspec commented, Braun Intertech, Hanuschak & Associates, maybe, Hanuschak Consultants, I believe GME

also commented on the fill, I believe Patrick Engineering may have addressed it as well.

Q Okay. And in terms of evaluating the fill as to whether it was appropriate or inappropriate, based on any of these comments, have you come to any conclusions or opinions as to whether the fill was appropriate for the waterproofing system or not?

MR. STEPAN: Objection, lack of foundation.

THE WITNESS: I don't remember what the particular comments were as to the fill. Any information that I reviewed relating to the soil backfill was I guess observed during a more cursory review. Our role was not specifically to address the soils and the soil backup.

Q (By Mr. Gaskins.) Okay. So you're not going to address the soils and the soil backup?

A In a general sense, yes.

Q How about in the specific sense?

A To the best of my recollection, I don't think we specifically addressed it, no.

Q Okay. R1-10 is a photograph of the Test Pit #2; right?

A Correct.

Q And what is the significance of this photograph?

A Simply that the waterproofing was terminated approximately six to eight inches below grade at this

location.
Q Was there standing water in this test pit?
A I believe the test pit was damp, but I don't believe that there was standing water, no.
Q So this hasn't been cleaned of water? This photograph is a depiction of what it looked like after the digging was done and nothing else?
A Correct.
Q R1-11, would you look at that photograph, please? What does that show?
A I believe it's again just another general view of Test Pit 2. I can't -- because of the quality of the print, I can't read the tape measure to determine exactly how far that's going down.
Q What was the purpose of the tape measure?
A I don't recall. Probably to estimate the depth of the pit.
Q Did you take this picture, do you know, or did Mr. Koziol?
A Yes -- no, I did.
Q Okay. Is there anything else of significance about R1-11?
A No.
Q How about R1-12; what does that show?
A R1-12 I believe goes back to Test Pit 1 after the pit was enlarged.
Q Now, are these photographs in chronological order with the

way they were taken?
A In a time sense, yes.
Q Okay. And were they all taken with one camera?
A Yes.
Q So after you had dug Test Pit #2, you went back and enlarged Test Pit #1?
A I believe someone else had enlarged Test Pit #1.
Q Oh. And you went back to photograph it?
A Yes.
Q Does the enlargement show anything of significance?
A No.
Q What was the purpose of enlarging it, if you know?
A I didn't perform the work.
Q Well, did you direct the work?
A No.
Q Were you informed of the purpose of enlarging the pit?
A No.
Q R1-13, what is that a photograph of?
A I believe it shows the general condition of the opening after some of the insulation had been cut away and also in a general sense documents the flashing at the top of the -- at grade basically.
Q Where does the flashing end here, R1-13?
A Which end?
Q Oh. There where the shovel is?

MR. REILLY: Where, at the top or bottom? Object to the question as being vague.
MR. STEPAN: Objection, vague.
Q (By Mr. Gaskins.) Okay. Please describe for me where the flashing ends at the top and bottom with reference to this photograph?
MR. STEPAN: Objection, vague.
THE WITNESS: The vinyl siding is not removed at this location, so the top termination is unclear. However, it is above -- well, it's unclear. The lower termination appeared to lap over the waterproofing membrane approximately several inches.
Q (By Mr. Gaskins.) Do you remember where the flashing ended in Test Pit 2, aside from what's shown in this photograph?
MR. STEPAN: Objection, form, vague.
THE WITNESS: Which flashing?
MR. GASKINS: The flashing at the top.
THE WITNESS: It was never exposed.
Q (By Mr. Gaskins.) Is there any significance to R1-13 other than showing the flashing?
A And as an overall documentation of the opening.
Q Okay. How about R1-14; what does that show?
A It shows the -- well, aside from being, again, a general documentation of the condition of the opening at the time

that the photo was taken, it also specifically shows the drainage mat for the waterproofing, or the drainage mat on top of the waterproofing partially clogged with soil. It shows that the end of the drainage board was not wrapped or sealed, and also the -- it appears that the bentonite component of the waterproofing has been activated at the upper edge of the waterproofing.
Q Can you direct me to that portion of the photograph?
A It would be behind the kind of cross-sectional cut of insulation on the upper center of the picture.
Q And what significance is that, if any, to you?
A Simply that water had -- it appears that water has been present at one point at some time at that location.
Q Okay. Could you tell whether the bentonite at that location was effectively sealing against the plank?
A It's not against the plank.
Q I mean the CMU.
A Aside from seeing that it has seen water at some point, no, we can't provide any other comments on the performance of it. I can't, I should say.
Q Now, would you tell me what photograph labeled R1-15 shows?
A A close-up of the conditions that I just discussed.
Q And the bentonite that has been exposed to water, can you tell -- or could you tell at the time when you were out

there whether the film had dissolved, partially dissolved or was undissolved?
MR. VEITH: Objection, asked and answered.
Q (By Mr. Gaskins.) Refresh my recollection, please?
A No, I could not tell.
Q Where are the prints of these pictures?
A The actual photographs?
Q Yes.
A I believe those are in my original file, which is here somewhere.
Q Okay. R1-16 is a photograph, it appears, of the same area only a little bit lower as R1-15?
A I believe it's actually --
MR. REILLY: To the left.
THE WITNESS: Yes. To the left if I was standing in the courtyard facing the pit, based on the position of the utility knife.
Q (By Mr. Gaskins.) Oh, I see. And what does that show?
A Soil clogging the drainage board.
Q R1-17, that's a photograph of the same stuff, same area?
A Yes. And also just documenting the width of the cut through the waterproofing membrane at nine inches.
Q Is that the only purpose of that tape measure?
A Yes.
Q How wide was the cut?

A Nine inches.
Q R1-18 shows what?
A Again, soil clogging the drainage board as well as soil behind the drainage board.
Q And what significance is soil behind the drainage board?
A Just simply that water is also getting behind the drainage board, possibly --
Q Why would that be?
MR. BROWN: Objection to foundation.
Q (By Mr. Gaskins.) Why would that happen?
A I guess, restating my previous answer, that water is possibly getting behind the drainage board because it does not extend to and above grade.
MR. BROWN: To and above where? I'm sorry.
THE WITNESS: Grade.
Q (By Mr. Gaskins.) Now, photograph R1-19 shows a measurement of something. What are you measuring there?
A I believe it's actually more a makeshift pointer just identifying another -- I guess a close-up of the same area of activated bentonite.
Q R1-20 is a picture of?
A It's an overall view of Test Pit 3.
Q Going back to R1-19, what is the significance to your opinions that the bentonite had been exposed to water in

this particular location?
A I think it -- because the waterproofing was terminated approximately eight inches below grade, I think it just symbolizes, at least at this location, that it has the potential to be problematic.
Q Photograph R1-21 shows us what?
A Again, just a close-up view of the opening as well as the grade extending to the bottom of the vinyl siding and a protection board installed over the top of the insulation that's partially removed.
Q Okay. And the significance of this is what?
MR. STEPAN: Objection, vague.
THE WITNESS: Again, that the grade is extended above the bottom of the vinyl siding.
Q (By Mr. Gaskins.) Which means what?
A That it's also above the top termination of the waterproofing.
Q And is a potential leak site?
A As originally designed.
Q But not now?
A Well, when I said over the top termination of the waterproofing, I should have clarified that to be the original waterproofing and not the retrofit flashing that appears to have been installed subsequent to that.
Q Is the retrofit flashing shown in either of these

photographs?
A A portion of it is.
Q Okay. Does it appear that the retrofit flashing is working, or can you tell at that test pit?
MR. STEPAN: Objection as to form, it's vague.
THE WITNESS: Yes.
Q (By Mr. Gaskins.) Yes, you can tell?
A Well, based on a number of issues, my opinion is that it has been effective at that location.
Q Okay. And what are those issues?
A That there is no water leakage at that location to the interior of the unit.
Q What does B1-22 show?
A It's actually an R.
Q I'm sorry. R1-22.
A Similar conditions to the first photograph.
Q What's the man in the photograph doing?
A It's Bob Kudder, and I believe he's just cutting through -- well, actually, I can't tell based on the clarity of the picture.
Q It looks to me like he's cutting through --
A The insulation?
Q -- the insulation?
A I agree. It's possible.

Q Do you remember him doing that?
A Yes.
Q Now, R2-2 shows what?
A It shows the condition of the test pit after the insulation was removed.
Q Okay. And it looks like it is intended to show the size of the cut?
A In a general sense, I believe so, yes.
Q Can you tell what you're looking at how big the cut was?
A No, I can't.
Q Is there any other significance to R2-2?
A I don't believe so.
Q How about R2-1, which is below R2-2?
A Again shows an additional view of the same opening and shows that the drainage board was installed backwards at this location.
Q Okay. R2-3, what does that show?
A It shows a section of the waterproofing after it had been cut by Mr. Kudder.
Q Anything significant?
A No.
Q Okay. What would be the effect of drainage board being installed backwards?
MR. BROWN: Object to foundation.
MR. REILLY: Join.

THE WITNESS: I'm not a waterproofing -- I guess I would defer to Mr. Koziol.
Q (By Mr. Gaskins.) R2-4? I guess that shows the depth of the test pit, or the test opening?
A Correct.
Q Anything else --
A No.
Q -- of significance? That's a no, right?
A Yes, no. Correct.
Q R2-5 photograph?
A Shows the retrofit flashing that was installed over the top termination of the original waterproofing membrane as it's being cut and peeled up by Mr. Kudder.
Q And did you examine behind that to see whether it had been effective?
A Again, I believe it has.
Q Okay. Was there anything about what you observed that day that contributed to that conclusion or is it just there's no leaks into the building?
A There is no evidence of leaks either behind the flashing.
Q R2-6, what does that show?
A I believe it just shows the -- as Mr. Kudder is cutting through the exterior wall board, and my notes indicate that it -- well, the wall construction consisted of exterior sheathing at the level of the main floor trusses

as shown in this photograph, but from the photograph, I don't see any bearing points of the trusses.
Q Is there anything shown in this photograph that's significant to the original waterproofing?
A No.
Q R2-7?
A Again, just similar documentation of the wall, wall construction.
Q R2-8?
A Again, same thing.
Q Is there any significance to the leakage issues identified in R2-8?
MR. BROWN: Object to the form, vague, time.
MR. STEPAN: Object to the form and vague.
THE WITNESS: I think in a general sense all of the photographs are related to leakage issues.
Q (By Mr. Gaskins.) How is what is shown in R2-8 related to the leakage issues here?
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Join.
THE WITNESS: As just general documentation of the grade level repairs.
Q (By Mr. Gaskins.) R2-9 is a photograph again. Is that a

photograph of the makeshift pointer?
A I believe so.
Q And what's it pointing to?
A I believe it's pointing at the end of a truss.
Q And the significance of that is what?
A Simply that the trusses were top cord bearing on the sill plate.
Q Does that have any relevance to the waterproofing issues in this case, that the truss was top cord bearing?
MR. STEPAN: Object to form of the question.
MR. VEITH: Vague.
MR. REILLY: Join.
MR. BROWN: Join.
THE WITNESS: With my understanding, that it might.
Q (By Mr. Gaskins.) In what way?
A I guess my understanding is that it may be tied to some of the issues with the final grade location.
Q (By Mr. Gaskins.) And how so?
A Additional revised I don't have. However, in a general sense, that's my understanding.
Q How did the final grade affect the issues, then?
MR. STEPAN: Objection, vague.
THE WITNESS: The final grade elevation

was both above the bottom of the vinyl siding and above the top termination of the waterproofing.

Q (By Mr. Gaskins.) And how did that happen?

MR. STEPAN: Objection, lack of foundation.

THE WITNESS: I have not been a party to all of the revised related to that change aside from its reference in reports by others.

Q (By Mr. Gaskins.) So you don't know how it happened?

A Correct.

Q Based on reference by others, do you have any opinions that you'll express in this case about whether that top bearing truss had anything to do with the leakage issues in this case?

MR. STEPAN: Objection as to form, vague.

THE WITNESS: With the information I have now, no.

Q (By Mr. Gaskins.) Photograph R2-10, what is that intended to illustrate?

A Again, just an overall view of the opening and the wall construction at that location.

Q And is there anything significant about the material that's peeled up?

A No, I don't believe so. I believe that's the retrofit flashing that was installed.

Q R2-11, what is that?
A An overall view of the same opening.
Q Same test hole?
A Yes.
Q And then R2-12?
A R2-12 and 13 are just additional views of Test Pit 2, just additional documentation.
Q And what conditions do those two photographs document?
A All of the general conditions that we've previously discussed, just again --
Q In Test Pit 2? Okay. R2-14, what does that show?
A Just the -- well, it's unclear from the copy of the photograph that I have, but my notes indicate it's documenting the material applied on the exterior surface of the concrete masonry walls.
Q Originally or in the retrofit?
A Originally.
Q Originally? And is there anything you can tell about the quality of the particulars of construction from this photograph?
MR. STEPAN: Objection as to form, foundation. Also vague.
THE WITNESS: No. At this particular opening, no.
Q (By Mr. Gaskins.) R2-15, is there anything significant in

this photograph to your opinions or to the issues there at Promenade, the leakage issues?

MR. STEPAN: Objection, vague.

MR. BROWN: I object to the form of the question.

THE WITNESS: Well, again, all of the photographs, I think all --

Q (By Mr. Gaskins.) Anything in particular that you were trying to show here?

A No. Just that the vinyl siding was also cut by Mr. Kudder at the second test pit similar to the third test pit.

Q Now, -- yes, let's take a break.

(A noon recess was taken at this time.)

Q (By Mr. Gaskins.) Photograph R2-16, l what does that show?

A Just a view of the enlarged opening.

Q And which one are we looking at here?

A Test Pit 3.

Q Is there anything about any of the conditions shown there that is noteworthy?

A No.

MR. STEPAN: Objection as to form, vague.

THE WITNESS: It's just simply a bigger opening.

Q (By Mr. Gaskins.) Now with respect to R2-17, again, this is Test Pit 3?
A Correct.
Q And it shows what?
A Just an additional view of the opening.
Q What's that white pipe there, or is that a pipe?
A Yes. I believe that's one of the drain tile lines, but I could be incorrect.
Q Is that one of the new ones?
A Yes. It could be. I'm not positive.
Q You don't know? And what about that pipe just to the right of it, the smaller diameter pipe?
MR. REILLY: Sprinkler system.
THE WITNESS: Yes. I believe that's the sprinkler system.
Q (By Mr. Gaskins.) Okay. This piece laying here on the bottom right-hand corner, what is that?
A I believe that's the section of insulation that was cut away by Mr. Kudder.
Q So that would correspond to that damp shown in R2-18?
A I believe so.
Q And what does R2-18 show?
A Again, just a general overview of the test pit following the removal of the insulation from the top of the horizontal membrane.

Q All right. And what's the green hose?
A It's for the water pump.
Q And that was to pump the water out of the test pit?
A Correct.
Q Do you know what this, in the left-hand middle, along the left-hand edge, what that white item is?
MR. STEPAN: Objection, vague.
THE WITNESS: I believe it's a handle of the shovel.
Q (By Mr. Gaskins.) Oh, it is the handle of the shovel. Okay, thanks. Does the photograph R2-18 reveal to you any problems with the waterproofing system?
MR. STEPAN: Objection as to form.
MR. REILLY: Lack of foundation.
THE WITNESS: It's simply an overall view of the condition of the test pit. I don't think -- the photograph doesn't explicitly show the waterproofing system.
Q (By Mr. Gaskins.) Is there any evidence indicated in this picture of a problem with the waterproofing system?
MR. REILLY: Objection, foundation.
MR. STEPAN: Objection as to form, vague.
THE WITNESS: No.
Q (By Mr. Gaskins.) R2-19, what does that show?
A I believe just the water pumping operation, similar to

R2-20 and 21.
Q Okay. And can you tell me what the -- how did the water pumping operation, how did that come about?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: The creation of the test pits just excavating into the courtyards, because there is water in the soil backfill, specifically at the level of the insulation in the drainage board, once the insulation was removed, test pits typically filled up with water, so in order to inspect the waterproofing membrane beneath the drainage board, you needed to remove the water. Hence the use of the water pump and the bentonite.
Q (By Mr. Gaskins.) Do you know when it had last rained prior to this inspection?
A No, I do not know.
Q What was the date of this inspection?
A August 26th through August 28th of 2002.
Q And in Test Pit 3, what day was that?
A I believe that was the 28th.
Q R2-22, what does that photograph show?
A I believe it shows the drainage board was installed backwards, as previously documented in some other paragraphs.
Q Okay. R2-23, does that show the same thing?

A Yes. And the soil --
Q I'm sorry?
A And soil clogging the drainage board, similar to the next photograph as well.
Q And the next photograph is R2-24, right?
A Correct.
Q R2-25, what does that add to knowledge here?
MR. STEPAN: Objection as to form, vague.
THE WITNESS: It's just kind of a general view of the conditions following the removal of the drainage board.
Q (By Mr. Gaskins.) Do you know what the man shown in the photograph is doing?
A I believe he's just removing the drainage board.
Q And R2-26, what does that show?
A Just an overall view following the removal of the drainage board.
Q And what does it show about the conditions following removal of the drainage board?
A Just shows the waterproofing membrane.
Q And what condition was the waterproofing membrane in at that area?
MR. VEITH: Objection, asked and answered.
MR. STEPAN: Objection, vague.
MR. VEITH: Objection, lack of foundation.

THE WITNESS: Good.
Q (By Mr. Gaskins.) Good meaning what?
A There were no obvious punctures or -- yes. That there were no obvious punctures or problems with the seams or anything along those lines.
Q Okay. R2-27, what does that show?
A I believe that goes back to Test Pit #2, and it just shows that -- there's a close-up of the same condition in R2-28. And just that the outer material on the surface of the drainage board was not the same between Test Pits 2 and 3, that one had a woven skin and the other had a non-woven skin.
Q And what is in the gentleman's hand in R2-27?
A I believe that's a section of the drainage board.
Q Does the difference in materials shown in R2-28 have any significance to what happened in this case?
MR. BROWN: Objection, foundation.
MR. STEPAN: Objection, vague.
MR. REILLY: Join both.
MR. VEITH: Join.
THE WITNESS: The drainage board was clogged with soil at both locations, so I don't think there would be any obvious effect to it, to that single fact, that I could attribute anyways.
Q (By Mr. Gaskins.) R3-1, are we --

A It's an overall view of the Test Pit 3 again following the installation of some bentonite to limit the water penetration into the opening.
Q And R3-2?
A It would be a view of the waterproofing after a section of it was cut away at the base of the wall.
Q What is shown in the cut-away portion?
A It's what's called a cant, C-A-N-T, that is built up. It's a mastic type material just to reduce the angle -- I believe to reduce the angle so it's less than a 90-degree angle, I guess, at the corner. It creates some kind of a radius at the intersection between the plank and the wall.
Q And what is that for?
MR. VEITH: Lack of foundation.
THE WITNESS: I believe it's just to, again, to -- well, one, to serve as almost a sealant or joint material between the plank and the wall, but then also to just ease the transition from a horizontal to a vertical surface.
Q (By Mr. Gaskins.) And why would you want to ease the transition from a horizontal to a vertical surface?
A Just to -- for that simple fact alone, just to prevent bending the membrane in a complete 90-degree angle, I believe.

Q Did you review any of the -- I believe you answered this, but I can't remember what you said. Did you review any of the materials that went along with the Volclay 3000?
A Yes.
Q Is that a recommended installation procedure?
A I believe it is.
Q R3-3, what is that?
A Just an additional view of the -- although it's all not clearly shown, an additional view of the mastic type material that was installed at the intersection of the horizontal and vertical surfaces. Basically the same condition that's again shown in R3-4 and what's shown previously in R3-2.
Q R3-5 shows what?
A A section of the waterproofing that was cut away or removed.
Q And what are the conditions illustrated in that photograph?
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Join.
THE WITNESS: That in that area the bentonite had not been activated and the film was intact in the back side.
Q (By Mr. Gaskins.) And R3-6 is an illustration of the same

thing?
A Yes. Same condition on a different sample.
Q Okay.
A From the same test pit.
Q And what significance do you attribute these facts?
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Join.
THE WITNESS: At this location, it would appear that no water had penetrated through the -- no water had reached the underlying substrate at that location.
Q (By Mr. Gaskins.) R3-7?
A Shows an overall view of the two pieces that were previously individually photographed in the preceding two pictures.
Q R3-8, what is that?
A Just shows basically the condition of the membrane after the samples were cut and removed, or after samples were cut and removed.
Q What is your understanding with respect to this area whether there had been leakage into that unit or not?
MR. REILLY: Objection, lack of foundation.
THE WITNESS: My understanding based on

both the background information as well as information reported by Gary Nelson was that there had not been leakage.
Q (By Mr. Gaskins.) Ever?
A That's my understanding.
Q R3-9, what does that show?
A It shows again the area where the samples were removed from a slightly different angle as well as the area of activated bentonite at the top of the waterproofing membrane that was previously discussed.
Q Okay. How about R3-10?
A Would show an overall view of Test Pit #4.
Q And R3-11?
A Would be similar.
Q Any significance to R3-12?
MR. STEPAN: Objection, vague.
THE WITNESS: It's just a -- again, just documentation of the process of creating the opening.
Q (By Mr. Gaskins.) Okay. R3-13, what does that photograph show?
A Just shows that, although it's not overly clear, just cutting back on the insulation and the drainage board in the vicinity of the post base, as shown a little more clearly in the following picture.
Q Okay. And how is that area performing?

MR. REILLY: Objection, lack of foundation.

MR. STEPAN: Objection, form, vague.

THE WITNESS: In what sense?

MR. VEITH: Join.

Q (By Mr. Gaskins.) How is it working as part of the waterproofing system?

MR. STEPAN: Objection, vague.

MR. BROWN: Object to the form of the question.

MR. REILLY: Lack of foundation.

MS. REISBORD: Also nonspecific as to time.

THE WITNESS: The photograph just documents the condition at the post base, basically.

Q (By Mr. Gaskins.) Is this the post base that was repaired later?

A It was the repaired the same day, yes.

Q The same day? This is a photograph before it was repaired?

A Correct.

Q Does the photograph illustrate a leakage path in this area?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Objection, lack of foundation.

THE WITNESS: It illustrates a potential leakage path.

Q (By Mr. Gaskins.) Is there any way looking at that area when you were out there that you could tell whether or not leaks had been present at this point?

MR. VEITH: Objection, lack of foundation.

THE WITNESS: Yes and no. Based on the background information that I had reviewed and information reported by Mr. Nelson, it appeared that water leakage had not been problematic at this particular location. He supported those comments by the condition of the waterproofing membrane stating that it still appeared hard and had impressions from the drainage board in it, which he reported was indicative that it had not likely seen water in the vicinity of some of the seams. However, me personally, no. Just by observing it, I would not know that, no.

Q (By Mr. Gaskins.) Photograph R3-15, what does that show?

A It shows an overall view of the opening after the base of the post was cut. A close-up view of that condition is shown in the next photograph, I believe. No, that's later. Just shows the -- just again the overall condition of the opening and some of the seams that are present in the waterproofing.

Q And R3-17?
A Same thing. Just the overall, the location of the seams between adjacent sections of the waterproofing.
Q And 3-18?
A Just shows kind of an unspecified material that was present on the surface of the waterproofing that I don't -- I don't know what it was.
Q Are those the little white flecks?
A Yes. Right at the center of the picture.
Q Were they hard, soft, or do you remember?
A I don't believe I touched them or investigated them.
Q But the purpose of this photograph when you took it was to show that they were there?
A Just to document it.
Q What does 3-19 show?
A That I believe does show -- I believe it's just right after the base of the post has been cut by Gary Nelson.
Q Okay.
A And then removed, as shown in the next photograph.
Q 3-20?
A Yes.
Q Did you or anyone else examine the post, interior of the post at that point for evidence of water wicking?
A There was evidence of previous water penetration at that location.

Q And how did you determine that?
A Based on the corrosion that was observed on the nails used to anchor the post base to the precast and then also evidence of water staining on the underside of the post base.
Q And is the water staining shown on 3-21?
A Yes.
Q And is that what is being pointed out there?
A I believe it's just simply pointing out the base of the post.
Q Okay. And does this particular photograph show the corrosion that you were talking about?
A Not directly, no. But yes, it does in the sense that it's showing the base of the post and the bracket.
Q Okay. R3-22 shows us what?
A Just an overall view following the removal of the base of the post.
Q Then R3-23?
A Shows the section that was removed and the extent of the flashing material that was applied at the post base extended approximately five inches up from the base of the post at this location.
Q Okay. Anything else significant about the condition of that piece of the post that's been removed?
A Not that hasn't been previously discussed.

Q Okay. R3-24?
A Again just shows the condition of the test pit and I believe Mr. Nelson was installing bentonite around the perimeter of the area where the drainage board and the insulation had been removed just to prevent further water entry into the test pit.
Q R3-25 shows what?
A Shows the top.
Q I'm sorry?
A Shows the top of the precast plank where the post base was affixed to the precast plank and just the slight corrosion staining that was present on the surface of the precast.
Q R3-26, what does that show?
A It shows the -- I guess the remainder of the liquid-applied flashing at the base of the post around the perimeter of the metal bracket. It was removed after the post was cut and pulled out.
Q And can you comment on the condition of that flashing?
MR. REILLY: Objection, lack of foundation.
THE WITNESS: No, I can't.
Q (By Mr. Gaskins.) R3-27 I believe we have talked about, but why don't you go ahead and tell us again what that is?
A R3-27 and 28 show sections of the waterproofing that was

removed from around the base of the post, at the interface with the post bracket, and there was evidence that the bentonite had been activated at these locations.
Q Okay. And what was the condition of the film?
A In some areas the film was not present and in other areas where the bentonite had been activated, it was present.
Q Okay. What is your expertise for the purpose of this case precisely?
A I guess my --
MR. STEPAN: Objection, vague.
THE WITNESS: -- expertise is -- well, it's kind of a general question. As an engineer working for Wiss, Janney, Elstner, I have investigated numerous water leakage problems, facade problems, collapses, hail damage, fire damage, pretty much you name it, and this would fall into that realm somewhat as an investigation of a problem.
Q (By Mr. Gaskins.) So is it engineering that you --
A Yes.
Q Okay. Do you have any comments on the design of the waterproofing?
MR. STEPAN: Objection as to form.
MR. BROWN: Objection to form.
MR. VEITH: Objection.
THE WITNESS: I would defer to Rich

Koziol.
Q (By Mr. Gaskins.) What opinions do you intend to offer at the time of trial?
A In what sense?
Q Well, why were you retained?
MR. STEPAN: Objection, asked and answered.
THE WITNESS: Well, we were retained to review the conditions present with specific emphasis on the waterproofing and drainage issues.
Q (By Mr. Gaskins.) With respect to the waterproofing issues, what opinions do you have to a reasonable degree of engineering certainty?
MR. VEITH: Objection, form of the question and asked and answered.
MR. REILLY: Also object on foundation grounds.
MR. VEITH: The question is overbroad.
MR. STEPAN: Join.
THE WITNESS: Yes. It would depend on what specifically you're referring to, I think.
Q (By Mr. Gaskins.) Do you intend to offer any opinions other than those expressed in your written report at the time of trial?
MR. STEPAN: And to what he's testified to

here today?

MR. GASKINS: No. Any opinions other than those reflected in your written report?

MR. STEPAN: Objection to form, overbroad.

THE WITNESS: I think my opinions would be -- my opinions would relate to our final report, to my site visit that was issued subsequent to our final report, and to matters discussed and opinions presented today.

Q (By Mr. Gaskins.) Are there any opinions that you presented today that are not reflected in your final report plus the amendment?

A I would have to review a transcript to say for sure.

Q How does engineering enter into your opinions that you hold about the waterproofing?

MR. STEPAN: Objection, vague.

THE WITNESS: In what sense?

Q (By Mr. Gaskins.) Does it have anything to do with the design of the waterproofing system?

A Do you mean engineering as a profession or engineering as my background?

Q The engineering that you applied to your opinions in this case?

A Could you now restate what your original question was?

Q What does your engineering expertise have to do with the waterproofing in this case?

MR. STEPAN: Objection, vague.
THE WITNESS: Well, I think the expertise that I provided on the project doesn't tie necessarily to the waterproofing directly, it ties to the project as a whole and the occurrence of water leakage and just the general duties that are associated with any water leakage investigation that our company or myself performs regardless of what material or system or building type or -- you know, irrespective of whether it's a waterproofing or what the matter is.
Q (By Mr. Gaskins.) Okay. Did you perform any calculations?
A No.
Q Did you draw any opinions with respect to the long term performance of the waterproofing in place at the time you observed it?
MR. VEITH: Objection, lack of foundation.
THE WITNESS: Me myself, no.
Q (By Mr. Gaskins.) Now, you observed standing water two to three inches deep at the site?
MS. HEYER: Object to the form.
THE WITNESS: In three of -- in two of four test pits I observed standing water.
Q (By Mr. Gaskins.) Okay. Now, what is the significance of the fact that the waterproofing was not leaking at that

time?

MR. STEPAN: Objection, vague.

MR. GASKINS: Okay. Withdrawn.

Q (By Mr. Gaskins.) Can you conclude from the fact that you observed two to three inches of water standing that the waterproofing in other areas was intact, from what you saw?

A My observations, that those four test openings would relate to those four test openings.

Q So is it fair to say you can draw no general conclusions from the four test openings?

A No, I wouldn't say that's fair.

Q Okay. What general conclusions can you draw from the four test openings?

A I believe that -- I think the detail at the post bases has the potential to be problematic based on the conditions I observed at the test opening and the fact that corroborates much of the information that's been previously reported by others and documented by others. Similar statement and conclusions in relation to the grade change along the walls of the townhouse units that was documented at two of the openings, and the condition that I observed at the drain that also corroborate some of what was reported by Inspec.

I think all of that information because it

again does corroborate much of -- or some of what has been previously said by others would be used to draw conclusions, I guess.
Q Do you have a conclusion or opinion that those are the only problem areas?
A Based on my review of the background information and based on the conditions that I observed and based on the conditions that have been reported by others, I believe that the post detail and the flashing detail where the finish grade was higher than the top termination of the waterproofing, I believe those two are prime contributors to the leakage that has and is in some select areas still being experienced.
MR. BROWN: Object lately on foundational grounds.
Q (By Mr. Gaskins.) What is the last leak report that you looked at, do you remember?
A I believe it was September or October of 2002, subsequent to my final site visit.
Q And that was after all of the repairs that you have described had been done?
A As far as I know. I don't know if repairs had been performed between then and as we sit here today.
Q Okay. And with respect to those leaks, did you attempt to determine in any way whether they were attributable solely

to the posts and the side walls or whether they were attributable potentially to something else?
A No, I did not.
Q What would be the effects, to your knowledge, of installing a drain board backwards?
MR. BROWN: Objection, foundation, asked and answered.
MR. REILLY: Join.
MR. VEITH: Join.
THE WITNESS: My understanding of the drainage board is that its effectiveness would be adversely affected by being installed backwards.
MR. GASKINS: I'll pass the witness. Thank you.
MR. STEPAN: Take a quick break.
(A short recess was taken at this time.)

EXAMINATION

BY MR. REILLY:
Q Sir, my name is Pat Reilly. I represent Colloid. I have a few questions for you.
Now, when you were out there, and before you got there, you had read materials regarding this project? Had you read the materials before you did the inspection?
A Yes.

Q And you were aware that the drainage holes for the subsurface drainage were approximately two to two and a half inches above the level of the precast?

A Yes.

Q So you were aware prior to your inspections that there was likely to be standing water on the waterproofing membrane at all times; correct?

A Yes.

Q And your examination, physical examination confirmed that there was standing water in those pits; correct?

A My examination of Test Pit 1 confirmed that -- confirmed that conditions that had been -- or corroborated the information reported by others that the lowest holes on the drain pipes were approximately two inches above the waterproofing membrane and would therefore promote a continual standing water condition.

Q And I think you indicated that at two of the holes you definitely found standing water?

A Yes.

Q Is that correct?

A Right.

Q And the other two holes you found dampness, is that what you described?

A There was -- at the test pit that was created at the drain, I would say there was water present, and at Test

Pit 2 that was created along the wall of one of the townhouse units there was definitely dampness or moisture present, and I believe the only reason that we did not observe standing water similar to what we did observe at Test Pit 3, which was right across the courtyard, was simply because we did not remove the insulation. I don't believe that it's because it was not there, I just believe the extent of the opening at Test Pits 3 and 4 was such that it allowed the condition to become fully apparent, I guess.

Q And we looked at the pictures of the fourth test pit, the one involving the post, and there obviously was standing water there?

A Yes.

Q And in fact, that had to be not only vacuumed up but had to put a berm of bentonite around it to keep the water from coming back in when the post was removed; right?

A Similar to Test Pit 3.

Q I think you were asked a question about water testing. I know you didn't do any water testing, but to effect the water test, you'd essentially isolate an area and put water on it; correct?

A In effect.

Q And then you determine if there's a leak by seeing if it results in a leak?

A Correct.
Q And a prior witness testified that because there's this standing water on the membrane, that this membrane is being water tested basically continually; is that true?
A In a general sense, the phrase water test, yes.
Q And on the various occasions, the days you were out there, you saw no active leaking; correct?
A During one site inspection, I did.
Q Okay. When was that?
A That would be the third site inspection, which I believe was in July and was a day or two after a significant rain event.
Q Was that leak at or near one of the linkages?
A No. Off the top of my head, I don't believe so, no.
Q Was it in a room where they have equipment?
A No. I believe, from what I recall, the active leaks that I observed consisted of dampness or recent wetness on garage end walls, the end walls of garage stalls, as well as drips in the drive lanes.
Q Okay. If the evidence were consistent that, as you have described, it only leaks after a rain, it doesn't leak continually, would that be consistent with the evidence showing that the leaks were in fact as a result of the membrane being circumvented as opposed to penetrated?
MR. STEPAN: Objection, vague.

THE WITNESS: Could you rephrase that?
Q (By Mr. Reilly.) Okay. In other words, this membrane has got water sitting on it 24/7, right, and it doesn't leak all the time and it leaks after a rain?
A (Witness nods head in the affirmative.)
Q Assuming those facts and consistent with your observation, would that indicate that that membrane is not being penetrated but in fact is being circumvented?
MR. STEPAN: Objection, hypothetical.
MR. HULL: Form of the question.
MS. HEYER: Object to the form also.
THE WITNESS: I guess I don't think I could -- I think I would have to make too many assumptions to answer that.
Q (By Mr. Reilly.) Well, you do recognize that there is standing water in that membrane; correct?
A Correct.
Q You do recognize that it is not leaking all the time?
A Correct.
Q Based upon your observation, it's only leaked after a rain?
A Correct.
Q Do you know where those leaks are coming from after a rain?
A No. Not specifically.

Q All right. Would it be fair to assume it's not coming through the horizontal membrane since it's not leaking there all the time?
A No, I don't think you could assume that.
Q Did you -- you looked at the seams that were exposed by those test pits that you saw, correct, and you said that they were properly sealed?
A Correct.
Q And they had seam tape on them?
A Correct.
Q And you saw no evidence of water penetrating those seams?
A At those four openings, no.
Q Do you know of anybody ever looking at a seam and finding water penetrating through the seam?
A I believe Inspec identified seams that were problematic. However, I don't know if they identified seams that had evidence of leakage through them.
Q Mr. Campbell, I will suggest to you, ask you as a hypothetical, testified that he never examined one seam.
A Okay.
Q All right. Other than Mr. Campbell's assertion that there might be leaks to seams, are you aware of any other evidence to support that?
A No.
Q Now, you're aware that the Swelltite product has multiple

layers; correct?
A Correct.
Q The top layer, as you're looking from the top down, would be a poly type material; correct?
A Correct.
Q And that would act, would it not, as a water barrier?
A My understanding is that it's essentially impermeable, yes.
Q And if the seam tape is also a water barrier and properly applied, the entire bentonite would be covered by an impermeable layer of poly; correct?
A Ideally, yes.
Q And then the bentonite would only react if a penetration or some other way the water got beyond the poly; correct?
A Correct.
Q Now, are you familiar, or at least in your reading of literature, that there are other kinds of bentonite waterproofing materials?
A Yes.
Q Including you can actually put down raw bentonite and then cover it with a material?
A Yes.
Q In your report on page -- let me find it real quick here.
MR. VEITH: Which report, Pat?
MR. REILLY: It would be Exhibit 822, page

7.
Q (By Mr. Reilly.) You talk about the National Roofing Contractor's Association Waterproofing Manual and its reference to bentonite waterproofing. Do you know if they refer to Swelltite specifically in that manual?
A I don't -- the section to which this paragraph refers I believe simply states bentonite waterproofing. I don't believe it identifies any particular product aside from the general identification of bentonite waterproofing.
Q And it is true that if bentonite were put down in its raw state, for the waterproofing component of that system to operate, the waterproofing is going to have to get wet; correct?
A Correct.
Q And with Swelltite you have more than one component, so this can function without the bentonite ever getting wet; correct?
A In theory.
Q And in fact, in the areas you saw when you were out there, you did find areas under water where the bentonite had never come in contact with water?
A Correct.
Q Now, when the repairs that you've talked about are being done, and specifically to the posts, what they are actually doing is completing the membrane so it is a

continual membrane underneath where the post is; correct?
A In essence, yes.
Q And that hasn't apparently been effective?
A It would appear so, yes.
Q They haven't had to replace the membrane, they're actually extending the membrane in that area?
A They are in essence completing it, yes, or sealing a penetration in it.
Q Now, are you aware of any water tests that were done by anybody on this site at the Promenade?
A Yes.
Q What water tests are you familiar with?
A The only water test that I'm familiar with is one that I was not a party to and only read through the reports of others, being Bob Kudder, who identified a water test that Mr. Healey testified to performing with a -- again, it would be my review of words of others, but it sounded as though a water test was performed in the vicinity of Unit 3-115.
Q And as I recall, it wasn't Mr. Healey himself but at his direction or one of his employees who performed it, but it was done with a hose in the area of 3-115?
A Right. And again --
MR. HULL: Object to foundation.
THE WITNESS: Aside from the reference in

Mr. Kudder's report, I know I was not aware that any water testing had been performed on site.
Q (By Mr. Reilly.) Now, you're aware that there are end walls made out of CMU block at these courtyards?
A Yes.
Q Have you done any investigation yourself to determine if they were properly and sufficiently flashed?
A We were not charged to address flashing of the end walls.
Q You're also aware that there are linkages in two locations in this project?
A Yes.
Q And did you visually inspect those linkages?
A Yes.
Q And did you see that there was cracked cement?
A I would have to review my pictures and notes.
Q Do you recall seeing that stairways had become separated from their walls?
A I remember seeing a number of conditions that appeared problematic at stairways.
Q What conditions do you recall seeing in the stairways that were problematic?
A Efflorescence and staining along the side walls of stairways, crack and poorly detailed -- actually, I take that back. Cracked sealant joints.
Q Did you determine whether those were any sources of

leaking in the garages?
A No. But the -- I don't see how the -- the stairways that I'm recalling off the top of my head were adjacent to garages, they weren't over top of or -- I don't see how water -- from the ones that I recall off the top of my head, I don't see how water could penetrate the garages.
Q Well, you're aware that in the link between Buildings 1 and 2, the passageway for the fire truck is directly beneath the link; correct?
A Correct.
Q And attached to that are two garages, one going in each direction?
A Right. And the stairways to which I am I guess envisioning in my head are the stairways leading up from grade to the courtyard level typically located alongside the main entrance doors to the garage.
Q Okay. And those had nothing to do with the courtyard, those stairways; correct?
A Correct.
Q So any leakage there was from another source?
A Well, those were more just general observations that I identified in my report.
Q Going back to the links themselves, you saw that there was evidence of water leakage underneath the area of the links; correct?

A Yes.
Q And did you ever make any determination as to what kind of waterproofing was done in the links?
A No. It was reported while I was on site and it was also discussed in some of the project correspondence that there may not be any waterproofing there. However, a positive or negative affirmation of those statements and the reported background information was never made to the best of my knowledge.
Q That is a place that you would expect there to be a functioning waterproofing system; correct?
MR. HULL: Object, foundation.
THE WITNESS: I would expect there to be some form of -- something to prevent water from entering the garage space below, yes.
Q (By Mr. Reilly.) Now, I think the only unit you were aware of leakage still occurring at any time in the area, the time you were out there, was 3-115; right?
A Yes, at the time the report was written, and then I think the third site inspection we made in July to inspect the areas of active leaking, I think an additional townhouse unit was identified by Mr. Healey that had some interior leakage issues that was on Building 6. I think ultimately there was some mold testing done there, but I believe the water leakage at that issue was not related

to courtyard issues from conditions that I saw.
Q What did you come to conclusion it was from?
A It appeared related to other -- to water penetration from other areas.
Q For instance? I don't understand what you're saying.
A It was on the opposite side of the building, water staining at the base of the wall, and there was, you know, there were several potential water entry points at that location. However, none of them, in my opinion, appeared any way related to the courtyard area, and to pin it down to a specific cause, I did not dig into it that much, but --
Q Going back, then, to 3-115, you're aware that 3-115 is a somewhat unique unit in that it is underneath part of the courtyard and actually has a knee wall that's above it; correct?
A Yes.
Q And I think you earlier testified when I asked you about the knee walls, you said you hadn't done any investigation on that, but if the knee wall is in fact allowing water to intrude into it because of improper flashing, that could be a source of water into 3-115?
MR. HULL: Object, foundation.
Q (By Mr. Reilly.) Just physically from the location of 3-115?

MR. HULL: Same objection.
THE WITNESS: Based on the configuration of the unit, the waterproofing and flashing of the courtyard area above that unit would be important, yes.
Q (By Mr. Reilly.) Now, you said you have investigated numerous water problems in your career?
A Yes.
Q None of them were bentonite waterproofing per se?
A Correct.
Q What kind of waterproofing was used on the various kinds of projects that you had been called on to investigate prior to this one?
A Well, as I testified earlier, I had not worked on a below grade plaza waterproofing project of a similar nature previous to this. The bulk of the water leakage work that I had done is related to vertical wall surfaces, basically, or roofs.
Q Your company does investigation for many, many different projects; correct?
A Correct.
Q And are you aware that they have done investigation for many water leak problems involving other kinds of waterproofing other than the kind of waterproofing involving bentonite?
A Yes.

Q Can you describe the kinds of waterproofing materials that have been involved in those investigations?
A I'm aware that other investigations have been performed, but to identify specific products, I can't say we have a ten most wanted list or anything like that.
Q Okay. You mentioned something about the Comiskey project and that you were aware from one of your co-employees that bentonite had been used on that project; correct?
A (Witness nods head in the affirmative.)
Q Are you aware that after they had removed that product and had done repairs, it still leaks, Comiskey?
A Again, my -- the information that I have on that was limited to some preliminary discussions with Chris Giffin and John Duntemann and then also recent discussions with Rich Koziol. But to answer your question, no, I'm not aware of what the extent of repair work was, whether the current leakage is in areas where repairs have been performed or -- you know, any other specifics I simply just do not know.
Q You were asked some questions about the drainage mat; you remember that?
A Uh-huh.
Q And that some of it might have been put on backwards at one time or another; do you recall that question?
A Right.

Q Since the drainage mat is below the lowest portion of the drains in the horizontal application, the drainage mat actually is performing no drainage function in this application; correct?
A Well, I believe it's still diverting water towards the drains. Well, depending on the depth of water within the courtyard areas, that may be correct, it may not be performing, it may not be working.
Q Are you aware that there was in fact no topping slab on these precast panels --
A Yes.
Q -- and that in fact, the underground area is essentially flat?
A Yes.
Q So assuming that to be true and assuming that you have this two and a half inches and that obviously from your inspection the drainage mat is below that two and a half inches, it's not moving water at all anyways, is it?
A Horizontally, no. You're probably correct. But again, it would -- I can't speak knowledgeably about the performance of the courtyard when it comes to retaining water, how much water evaporates over time. If during the course of, say, this summer, where we did not get rain for an extended period of time, if there would even still be two inches of water, I think you would need to

ask a soil engineer or a hydrologist what to expect in terms of fluctuations, in that sense.
Q Well, there's another source of water in those courtyards beyond natural accumulation, and that's a sprinkler system?
A Yes.
Q And I think some testimony has been that they sprinkled it as many as four times a day in those courtyards?
A I believe when I was on site it was reported that eight o'clock every morning, the sprinklers were turned on at that time.
Q And your inspection on the days that you were out there, the dirt was moist, the grass was thick?
A Yes.
Q There was no indication of any drought or any reduction in water in that time?
A Correct.
Q Going to the vertical drain mat, since the water is going to percolate through gravity one way or the other whether you have a drain mat there or not, would you agree that the principal purpose of the drain mat at that point is just to provide an added level of protection for physical -- for physical protection for the membrane?
A I would agree that that would be another function for it. I think it does provide some additional drainage at the

face of the waterproofing.
Q And if the water were able to move through that drainage mat because it had a drain to go to, in other words, when water is percolating through that drainage mat, it would have a tendency to keep itself clean by moving out the fines of dirt; would it not?
A I believe the drainage board still -- as it's specified to be installed, I believe the ends of the drainage board are still supposed to be protected to prevent soil from entering.
Q In this scenario, the way it ended up being built, not the way it was designed, the way it ended up being built, does it have any effect whatsoever on whether the water is going to be moved to drains or not at this point, the drainage board?
MR. STEPAN: Objection, asked and answered.
MS. HEYER: Same objection. Also vague.
MR. BROWN: Also lacks foundation.
THE WITNESS: Yes. I think it's -- well, based on the conditions that I observed at the two wall openings, no. I would say its effectiveness has severely been compromised.
Q (By Mr. Reilly.) It's got no place to put the water; does it?

A For the most part, based on what I saw, no. However, again, it's specific to those two openings.
Q Is there anything to lead you to believe that, for instance, the standing water that you found in those openings, where you got down deep enough, was not consistent throughout the entire project?
MS. HEYER: Objection, lack of foundation, calls for speculation.
THE WITNESS: I saw nothing that would indicate that any of the other buildings would be vastly different.
Q (By Mr. Reilly.) You didn't feel the need yourself to do additional test pits to confirm that information, for instance?
A Well, the bulk of our excavation work was governed by the property owners, and just not wanting to dig up each and every courtyard again, I think it had been expressed to us directly that there was some concern about digging up all of the courtyards again or any more than absolutely necessary and how that might affect, you know, unhappy tenants and whatnot because it had happened before and because repairs had been performed before, and I think the extents of our investigation were severely constrained by other interests, I guess.
Q And you saw that Mr. Campbell found standing water in the

holes that he dug throughout the project; correct?
A I don't recall off the top of my head if his photographs document that, but I'm sure that I do recall him making mention of the lowest drain hole perforations and the presence of standing water.
Q Okay. And you have now testified that, in your opinion, to correct the problems that are out there, you would fix the posts that need to be fixed; correct?
A Correct.
Q You would make sure that the flashing and the waterproofing was brought up to a high enough level to protect against water infiltrating at the side walls of the courtyards?
A Correct.
Q You have not addressed any repairs to the linkages, and why is that?
A Mainly because I don't think it's been established exactly what is going on, whether or not there is or isn't waterproofing, what the material is or is not. I don't think the source of the leak there has been, at least from the information that I have reviewed, has been investigated.
Q You did not address anything to do with the knee walls or the end walls in the courtyards, whether that's a cause of potential leakage. Is there a reason why not?

A I would assume -- again, we did not make any test pits at the end walls, so the extent of my knowledge is limited to the photographs and information that I reviewed by others. But because the grade was ultimately raised during construction approximately eight inches after the waterproofing had been installed and the finish grade ended up being positioned approximately eight inches above the top termination of the waterproofing, that that was consistent not only along the walls of the townhouse units but also on the end walls of the courtyard, and so I think repairs similar to those made along the walls of the townhouse units should be performed at the end walls.
Q With an end wall such as those in this project, you would also have to have flashing that penetrated through across the entire top of the block so that water could not penetrate through the block itself; correct?
A Or core fill the blocks.
Q Did you do anything in your investigation to determine whether that was a reasonable need for repairs, to do something of that nature?
A Along the end walls, you mean?
Q Yes.
A No. I would say our focus was more on the garages and townhouse units.
Q Did you determine whether there was any leakage possible

through the siding of the buildings itself?
A No, I did not. The owners of the property reported that there were two leaks into townhouse units at windows, windows that were located at grade, that they believed were due to penetrations in the siding. I don't remember why or how penetrations arose, but that they believed were due to openings in the siding. Aside from that brief discussion, no. We were not -- we were not asked to look at the vinyl siding or the roofing or --
Q If water can penetrate through the vinyl siding, it can, in fact, get behind and around the waterproofing membrane; can it not?
A It's possible, but it would take quite a bit of water.
Q Or a large enough opening?
A Correct.
Q Did you form any opinions as to the appropriateness of having dirt up and over the top of the CMU level; in other words, higher than the level of the block on the courtyard?
A Yes.
Q What was that?
A That it's not advised and it would be against code requirements.
Q And what code are you referring to?
A The UBC.

Q And why is it ill-advised to have the level of dirt above the level of block?
A Well, it wouldn't so much be the level of block as the top termination of the waterproofing and the location of the sill plate. I believe the code requires that finish grade should be six inches below non-treated wood members, I believe.
Q And in this case, it's actually above the bottom portion of non-treated wood members?
A Correct. There would be a 12 inch difference.
Q And you didn't determine what was the cause of that change, did you?
A No. However, my background information review indicated that it was related to some -- primarily if not entirely related to some design issues.
MR. HULL: I'll object to foundation.
Q (By Mr. Reilly.) To do with the trusses?
A No. I believe the information that I am specifically referring to is that of Marshall Evan and Pope Associates who indicated that the grade change was related to disability access to the townhouse units and slope of pathways within the courtyards.
Q Were you ever made aware that a row of block was removed from the original design to the way it was built?
A Aside from brief and fragmented discussions here and

there, yes, I was made aware of it, but it's a marginal awareness. I have not seen details or RFIs or -- the information I have reviewed is mainly just kind of fragmented discussions, I guess. But I do know of that change.

MR. REILLY: You got Exhibit 820, Bill? Could you show him Exhibit 820?

Q (By Mr. Reilly.) The first page of that -- I think he's handed you actually three different exhibits, but the first page is 820, which has got Rich Koziol's name at 72903?

A Yes.

Q Was this prepared by Mr. Koziol?

A No. It was prepared by me.

Q Okay. The first bullet point says RRJ, which I assume is who?

A Raths, Raths & Johnson.

Q And that's Mr. Kudder?

A Yes.

Q "The report was pretty good in a factual sense." What did you mean by that?

A I guess my comment for that bullet would pretty much relate to most of these, just summarizing things that Rich said to me during a phone conversation, and in his opinion, the report factually, as it relates to the test

pits that were created, was good, or that he agreed with the -- I guess the observations of the test pits that were summarized and reported.
Q Okay. Going down to the fourth bullet point, it talks about film on the bentonite system. Did you do any testing yourself to determine whether the Inspec report was correct?
A No, I did not. And I think Rich's comment was based on his experience with the product, that he reviewed the Inspec report and what they were reporting was consistent with his experience.
Q And you did no -- you said you did no testing. You don't know, for instance, whether the film is permeable or not, for instance?
A No, I do not.
Q You did in fact find places where the bentonite had been activated and the film was no longer present in your site visits?
A Yes.
Q The next one is RRJ, once again, Mr. Kudder, makes a good point that only problems appear related to posts and grade change. That's consistent with what you've testified today?
A Yes.
Q The next one basically says -- apparently this refers that

you've only done a small percentage of inspection but you don't feel the need to do any more at that point?
A Yes, essentially.
Q And the next two bullet points both refer to the post, and you've testified to that substantially. Is there anything additional in there beyond what you've already testified to in regard to the posts?
A No.
Q It says, "RK agree with RRJ on ponding issues." Do you know what that refers to?
A I believe he's just referring to the location of the lowest perforations on the drain pipes and the two to two and a half inches of ponding water that we previously discussed.
Q Okay. And the next one about the soils, you said you did nothing to address the soil issue in this case; correct?
A Correct.
Q Why is it significant that the bentonite was selected by owner, as indicated in the next bullet point?
A I think -- I believe what Rich was referring to is that he -- I think he did not think it was necessarily the best choice for waterproofing, and therefore, because it was not -- because it was directed by the owner, or was the choice of the owner, at least as it was reported, that that selection would then be the result of a design

choice, or a choice made, I guess, similar to picking vinyl siding or asphalt shingles.
Q For instance, vinyl siding would not be, quote, the best choice in a construction such as this; correct?
A Well, I think the connotation, I guess, associated with the word best is different between the two materials. Based on my understanding, I know Rich believes that -- and based on my discussions with him and others, I have come to believe that the system is problematic and would not be -- would not be our first choice if we were to design this project.
MR. GASKINS: What system? The vinyl siding, is that what you're talking about?
THE WITNESS: The Swelltite waterproofing.
Q (By Mr. Reilly.) You have testified today of no opinions you have that the Swelltite has failed in any place in which it was properly applied; have you?
A That I have observed?
Q Yes.
A No.
Q Assuming you had unlimited budget where you could put the most expensive waterproofing system available in this project, would you still want the drains to be low enough to drain all the water off of the waterproofing?
A Yes.

Q Why?
A I think for the same reasons I would recommend installing gutters and having a more free flow or free-flowing soil backfill. I think you can't have a water leakage problem if you don't have water, and so to minimize the potential for water leakage, it would be best to minimize the amount of amount of water that is contacting the waterproofing membrane.
Q Would you also recommend that the -- I think you talked about the sloped topping slab on the precast to the drain be installed?
A Yes.
Q For the same reason; you want to get the water away from the waterproofing as fast as possible?
A Correct.
Q And even with the most expensive waterproofing system we could buy, you would still want to do that; correct?
A Correct.
MR. REILLY: I have no other questions. Could we just take a two minute break?
(A short recess was taken at this time.)

EXAMINATION

BY MR. BROWN:
Q Mr. Chauvin, I'm Mark Brown. We've met. I'm probably mispronouncing your name, so don't take it personally. I

can pronounce your first name as Mark. How do you say it, Chauvin?
A It's easiest to remember like chauvinistic.
Q Okay. Mr. Chauvin, I want to look at your employment history just a little bit. You've always worked for Wiss, Janney since completing your education; correct?
A Correct.
Q So in the course of your work with Wiss, Janney, it's been exclusively these sorts of investigations such as you did for Chad's firm; correct?
A In essence. I think the younger engineers and architects, or now associates, throughout all of our company offices work on a wide variety of investigations, accident analyses, pretty much anything, you name it. The younger engineers work on a real variety of projects, and as you then find areas in which you're interested in or for whatever reason start to do more and more work in particular areas, you can sort of compartmentalize your expertise and become a, quote, unquote, expert, if you so care to, in a number of areas, such as roofing and waterproofing or -- you name it; collapses, fire damage, steel, concrete, whatever.
Q Who determines at Wiss, Janney when a young engineer or architect such as yourself has qualified to be compartmentalized as an expert in any of those areas?

A It's never -- it's not a certain number of investigations or a certain number of years or -- you know, there's never a time where you graduate, in a sense, to becoming an expert. I think it's something that's developed over time and I think it varies depending on your exposure to projects of a particular type, how often, how many, but then also that particular individual, how quick they are to pick things up. I think it varies. There's no set time line that's established by the company.
Q Did the absence of downspouts and gutters at the perimeters of the courtyards bear in any way upon your conclusions or observations?
A I believe gutters and downspouts throughout the courtyard areas would have been a good idea.
Q Is that an opinion that you hold to a reasonable degree of engineering certainty?
A Yes.
Q Why would it have been a good idea?
A To limit the amount of water entering the courtyard areas, to limit and divert.
Q I'm sorry. I didn't mean to cut your answer off.
A Just to limit and divert water that is traveling down the roof and wants to enter the courtyard area.
Q Essentially the entire surface areas of the roofs as they pitch toward all those courtyards sheets onto that

courtyard surface?

A Fifty percent of the roof drainage would be diverted to the courtyards, and I think it would be good practice or good design to then take that water and channel it elsewhere.

Q Has it been your experience in investigating the many leaks and so forth that you've described in your CV and today in your testimony that gutters and downspouts are part of or should be part of an initial design concept?

MR. HULL: Objection, foundation.

THE WITNESS: In a general sense, I think gutters and downspouts or similar systems, yes, would typically be good construction practice, good design.

Q (By Mr. Brown.) Something that an architect or the architect's consultant on a project would design; is that correct? Has that been your experience?

MR. HULL: Objection, foundation.

THE WITNESS: Yes. It's also been my experience that in some cases it's dictated by property owners as well who do not want to see gutters and downspouts.

Q (By Mr. Brown.) You understand that generally the architects, and specifically with respect to this project, the architects were the agents of the owners?

A Yes.

Q You understood they were the owner's representatives on site?
A Yes.
MR. HULL: I'll object to the form of the question.
Q (By Mr. Brown.) Did you ascertain during your investigation why there were no gutters and downspouts surrounding the perimeters of these courtyards?
A Aside from -- no, I guess I didn't.
Q And I didn't see in the list of documents that you reviewed, at least the written list, any deposition transcripts; is that right?
A Aside from Rich Koziol's, no, I did not review any depositions.
Q You mentioned Rich's today, but you didn't have it on your list; correct?
A Correct.
Q Did you ask to review any depositions of any of the parties to the project?
A No, I did not.
Q Why not?
A I simply didn't ask.
Q Was it your task merely to make observations regardless of cause or how those observations, conditions, so to speak, were created? I'm going to ask that a different way. Was

it your assignment by Mr. Stepan's firm or Mr. Stepan himself to merely make observations of physical conditions regarding the courtyards as opposed to determine how those conditions got that way?

MR. STEPAN: Objection as to form.

Q (By Mr. Brown.) Do you want me to be more specific, sir?

A Yes. I'm just kind'a wondering if you'd rephrase that.

Q I'll try. For example, Mr. Reilly asked you a number of questions about posts and grade and termination of finished grade and you've given a lot of testimony about all those various conditions that are identified in your report?

A Right.

Q Am I correct in saying that your assignment in this case was not to ascertain who was responsible for those conditions or how those conditions got that way?

A In a sense, yes.

Q For example, you don't even know what led to the ultimate decision or why the grade line, final finished grade line ended up 12 inches above where the Minnesota Building Code restricts it to being; correct?

MR. HULL: I'll object to the form of the question.

THE WITNESS: We were specifically asked to review and inspect and document and comment on issues

related to waterproofing and drainage, a holistic review or a pinpoint and solve water leakage or coming out of roofing, siding, any of the other issues that we may or may not get involved in on a project by project basis.

On this particular project, we were specifically commissioned to focus on the waterproofing and the drainage issues.

Q (By Mr. Brown.) Were you asked in connection with that assignment to render an opinion as to whether your client in this case, Weis Builders, was responsible for any of the conditions that you've identified in your report?

A Conditions in what sense?

Q The termination of the finish grade line, the posts, the lack of gutters or downspouts; any of the conditions that you observed and discussed today?

MR. STEPAN: Objection, vague.

THE WITNESS: Well, in relation to the gutters and downspouts, as we just discussed, my understanding was that it was a design issue. It was determined long before, possibly even before a contractor had even been selected.

My understanding of the post detail is that that is something that arose during construction and I reviewed an RFI sent by the waterproofing subcontractor, I understand, by Weis on behalf of the waterproofing

subcontractor, I believe, to the architect, I believe, who specified the detail that we ended up observing, had tested, and --

Q (By Mr. Brown.) You know, I'm going to walk you through these. It was a vague, broad question. I'll try to be a little more specific. But to finish up your thought about the RFI, did you see that RFI or were you simply told about it?

A No. I believe I have it in my file.

Q All right. And it's your understanding that the RFI was a specific request for information, as the acronym stands for, from a Weis supervisor on the project to the architect's contract administrator for information about how to install the posts to the precast deck and how to waterproof those posts once installed; is that what you mean?

A Additional explanation on the detail as a whole, yes.

Q First of all, were you even aware or do you know as you sit here today whether posts installed directly to the precast were represented in the original design drawings?

A I believe that they were not.

Q How did you obtain that belief?

A In reviewing the design drawings that were in my file.

Q Would you expect that some sort of formal change order would be issued to the parties to a project such as this

with respect to that kind of a change?
MR. HULL: I'll object to foundation.
THE WITNESS: Yes.
Q (By Mr. Brown.) Were you aware of any such change order being issued to wooden posts from whatever originally was depicted in the design drawings?
A I have not reviewed any such documents.
Q Has it been your experience in working on projects, or even in dealing with architects that are employees of your firm, that if an architect responds to an RFI with a specific directive that the trades or the entities involved in putting that directive into practice will follow and comply with the architect's directive?
A Specifically in relation to any details formulated by our company, yes. However, I think -- yes. In general, yes.
Q Now, you mentioned you made some comments about the manner in which the galvanized steel brackets to hold those posts in place on the precast were pneumatically driven into the precast with a nailer; is that right?
A With power -- I believe the term that I saw used was power-actuated.
Q Power-actuated. Basically like a .22 shell; is that about the process, do you know?
MR. HULL: I'll object to form of the question.

Q (By Mr. Brown.) Well, what is a power-actuated nailer; do you know?
A No, I don't. As far as I was concerned, it was just a nail, essentially a nailed connection.
Q Nail gun?
A Or similar, yes.
Q And was it your understanding, did you obtain information from I believe you said Mr. Larson, an employee of Weis, that --
A Nelson?
Q Or Nelson, I'm sorry. I knew it was some Scandinavian name. That the nails that were driven in in the precast with that tool, that power-actuated nailer, caused damage to the planks in many places?
A In many places, yes.
Q And it was the damage caused to those planks that created a pathway for water that could find its way to that area; was that your understanding?
MR. STEPAN: Objection as to form, vague, misstates his testimony.
MS. REISBORD: I'll join.
THE WITNESS: The damage, I think -- what he was implying was essentially that the post bases were mechanically fastened to the precast planks and that method of mechanical anchorage resulted in an opening into

the cores of the plank and it was an opening that was not sealed or was not grouted. So his comments were in relation to nails that had been driven into the cores of the planks. So I think damaging the planks or some of the other words that I've heard and seen I guess were somewhat inappropriate. I think it was more just the detail of the connection.

Q (By Mr. Brown.) Did you observe any of the actual holes in the planks that were created by these nails?

A Only at the one post opening that I observed.

Q And other than the holes that were created by the nails themselves at that location, did you observe any damage in the form of spalling or shattering or cracking associated with those holes?

A No, I didn't.

Q Were you given to understand by Mr. Nelson that there was no conclusion drawn that leaks were associated with that particular post, but since that's the one that was excavated, they might as well repair it while the hole was there?

A Right.

Q Did you ever gain an understanding of why the posts were installed directly on the precast without first putting a membrane underneath?

A I believe the posts -- or I know based on photographs

during construction that the posts in the canopies were constructed before the waterproofing commenced.
Q Would you agree that the better method would have been to put -- or the optimal method would have been to install a membrane first so you don't have the hole, as you've used the term, that's created when the post is installed first?
A I think there would have been a number of better ways to do it.
Q Would the optimal way have been to put a membrane down so that there is not a hole, a donut hole, so to speak, at every spot where a post is anchored to the precast?
A Or eliminating the post entirely, yes.
MR. HULL: I'm sorry, what was that? Or do what?
THE WITNESS: Or eliminating the post.
Q (By Mr. Brown.) Are you a civil engineer, by any chance, or trained in civil engineering?
A Civil engineering is the governing discipline for structural engineering, so my bachelor's degree is in civil engineering. My master's degree is more focused, much like the various divisions of the law, I'm sure.
Q And you did lead me to a question that I had about your report. You made a specific comment in your report about the fact that when the post in the fourth destructive test opening was repaired and the bottom foot or two feet or

whatever was sawed off, that no attempt was made to support the overhanging roof anywhere? Do you know what I'm referring to?
A Yes. And my comment was actually more geared towards the concrete stoop because the excavation extended several feet underneath the concrete slab, so it was cantilevered out over the opening.
Q Do you have an opinion as to whether it was even necessary to have posts, given the configuration as you know it now, in those courtyards extending below the stoops?
A I have not run any calculations, but I would be surprised if posts were required to support the weight of those canopies.
MR. HULL: I'll object to that on foundation.
Q (By Mr. Brown.) In other words, based upon your education and specialty in structural engineering?
A Just based on my review of the canopies, their design, and without recalling what their exact construction configuration is.
Q In other words, the canopy itself, at least based on your observations, isn't -- I'm sorry. The post under the canopies aren't a structural member that are supporting the weight of those canopies, it's more decorative; is that understanding?

MR. HULL: I'll object to foundation.
THE WITNESS: I think they are now just because they're built.
Q (By Mr. Brown.) That's how they're installed?
A And in that sense they're built to be structural members now. However, whether or not they are -- I would be surprised if they're being used anywhere near their full capacity.
Q And even, obviously, once a determination was made to run those posts all the way to the surface of the precast, given the fact that they were going to be filled and were filled with compacted dirt in those courtyards, would it even have been necessary, in your opinion, to anchor them in place on the precast surface?
A I don't believe it would have been required to anchor them, no.
Q Now, did you do any analysis of the compaction characteristics of the soil?
MR. STEPAN: Objection, asked and answered.
THE WITNESS: No, I did not.
Q (By Mr. Brown.) Did you do any analysis of the composition characteristics of the soil?
MR. STEPAN: Objection, asked and answered.

THE WITNESS: Aside from reviewing reports of others, Braun Intertech, Patrick Engineering, et cetera, no.
Q (By Mr. Brown.) And in the same way, you didn't do any analysis other than reviewing, for example, Patrick Engineering's report in the flow characteristics or pathways for water on those courtyards; correct?
A Correct.
Q Were you asked to ascertain whether the slope or lack of slope on the surface of the courtyards was proper?
MS. HEYER: Objection, vague.
THE WITNESS: Which slope?
Q (By Mr. Brown.) The surface, where the sidewalks and grass and people walk?
A No. We were not asked to ascertain.
Q Did you even ascertain just visually whether the courtyards, at least the courtyards that you inspected in your walk-throughs, had any slope, any measurable slope at all from one side to the other?
A Measurements were never taken, no.
Q Do you know what the maximum required slope at least of sidewalks in a multiunit residential property such as the Promenade is or at least at the time that project was constructed was?
A No, aside from my review of -- I think it's mentioned in

the Pope Associates report.
Q Did you observe any of the concrete aprons that surround the courtyard surface grates in terms of their relationship to the surrounding grade?
A Yes.
Q What were your observations?
A They were generally -- the upper edge of the concrete apron was generally several inches above the surrounding grade.
Q Is that significant to you, or was it significant to you?
MR. STEPAN: Objection, vague.
THE WITNESS: Somewhat, yes.
Q (By Mr. Brown.) How so?
A I think, obviously, surface water would have to build up to a certain depth in order to enter the grate. However, I think the design of the courtyard is such that the bulk of -- there were four surface grates, I believe, or three, in a large area, and while having surface drainage geared or directed towards surface grates would limit the amount of water within the soil backfill, there's still going to be a significant quantity of water in the soil backfill regardless of the surface drainage.
Q And you've already said that it's important, regardless of the type of waterproofing materials used themselves in an application such as this, to get the water out of the area

that is --
A Yes.
Q -- within the waterproofing material; correct?
A Yes.
Q And that is regardless of whether it's a bentonite-based material or Bituthene-based material or any of the other types of waterproofing systems that you've been involved with in your profession; correct?
A Yes. I think it's generally good design practice.
Q And is it also inappropriate and harmful, at least based on your understanding and your experience, to any type of waterproofing system, at least in a below grade application such as at the Promenade on top of precast planks, to be constantly submerged in two and a half to three inches of water?
MS. HEYER: Object to the form of the question.
THE WITNESS: I think that the design of the waterproofing is such that it should perform irrespective of the depth of water, that in theory I believe it is supposed to essentially be a bathtub for the courtyard area. However, I do believe it is good design practice nonetheless, whether it is plaza waterproofing, below grade waterproofing, vertical wall surfaces, to limit the amount of water that has the potential to leak

into any given system. I think that's just general good design practice.

Q (By Mr. Brown.) Now, in your report when you mention that one of the couple of major contributors, at least in your belief I think was your word, to, you know, leakage and so on that has occurred in the past at the Promenade was the final grade line as it was installed in comparison to the top of the waterproofing membrane; correct?

A Uh-huh.

Q Now, did you see the original design drawings in connection with your investigation?

A Yes.

Q Were you able to ascertain where, at least on those drawings, the final grade line was depicted with respect to we'll say the top of the CMU blocks on either side of the courtyards?

A It was depicted below the top of the CMU blocks.

Q At a level, at least based on what you observed, that would be consistent with the Minnesota Building Code anyway?

A Well, without dimensions on the drawings, visually, yes.

Q Now, you stated that the link area was not really part of the focus -- was not even at all within the focus of your investigation in terms of leaks or cause of leaks; is that right?

MR. STEPAN: Objection, misstates his testimony.
THE WITNESS: We -- or I reviewed the interior condition of the link as well as the exterior condition of the link and I think the difference between that area and specifically Building 1 was simply that there was no excavation work performed there by any of the involved parties, from my knowledge.
Q (By Mr. Brown.) Now, you were at the site four times; is that right?
A Yes.
Q And on each of those occasions, were you in the link area?
A No.
Q In other words, underneath the link?
A Possibly three times.
Q Would you agree that at least visually the predominance of staining and visual evidence of water was within and immediately adjacent to that Building 1-2 1 pass-through area?
MR. STEPAN: Objection, vague.
THE WITNESS: Are you referring to the extent of staining throughout the entire project?
MR. BROWN: Yes, sir. That it was more noticeable and observable, if that's a word, than the other areas?

THE WITNESS: I would say the symptoms or evidence of previous leakage were most obvious in that area in terms of the extent of corrosion, staining and efflorescence that was observed.

Q (By Mr. Brown.) And did you gain an understanding during your investigation of when, if ever, before the leaks were first discovered at the project a final design was finally determined for that link area?

A Aside from -- again, aside from what was reported during my site inspection, the document that I reviewed between Weis Builders and Waterproofing By Experts, no. That's the only material that I recall that references the construction of that area specifically.

Q Now, you gave some answer, I think, to Mr. Reilly about the significance to you of some of the efflorescence of -- the staining, we'll call it, on the stairways going up to the links?

A Uh-huh.

Q Now, other than the stairways, though, I just wanted to clarify what your answer was with respect to the end walls and the ramps and the link itself in terms of your opinion as to whether water that penetrated some of those features could explain some of the staining underneath in the garages and the links?

MR. GASKINS: Objection, form.

MR. BROWN: Want me ask to ask it again? I'll withdraw that question.
Q (By Mr. Brown.) The end walls themselves that Mr. Reilly asked you about are located adjacent to or directly above precast planks in some of those areas; correct?
A Uh-huh.
MR. REILLY: That's a yes?
THE WITNESS: Yes.
Q (By Mr. Brown.) And the precast planks themselves are permeable to water; is that right?
A Yes, in theory. I don't think they're overly permeable. Concrete as a material is not overly permeable to water, but --
Q If it would happen to be under an inch or two of water at all times, would it be a little more permeable, do you think?
A I think eventually water would access the hollow cords, yes.
Q And the CMU block itself is a very permeable construction material; is that right?
A Relatively, yes.
Q Do you know whether there were any recommendations made by Waterproofing By Experts to waterproof the CMU block end walls?
MR. STEPAN: Mark, just so we're clear,

you're talking about the end wall at the 1-2 link?
MR. BROWN: Yes. Thanks.
THE WITNESS: In relation to the link area?
MR. BROWN: Yes.
THE WITNESS: No. I'm not aware of any recommendations or suggestions or details or RFIs, again, aside from that one brief memo that I saw, in relation to the 1-2 link.
Q (By Mr. Brown.) And if for example membrane had not been run out to the edge of the precast plank upon which those knee walls or end walls are installed or through wall flashing wasn't installed or the hollow cores to those CMU blocks were not filled, then you would expect water to wick down through the CMU and eventually find its way into the precast planks; would you not?
A Yes
Q And that would then create a path of water that could ultimately show up in the garages underneath; correct?
A I would think you would have significant water leakage problems in the area below, yes.
Q And in fact, you saw signs in terms of staining and so forth of significant water leaking problems below those areas in the 1-2 link area; correct?
A There was evidence of previous water leakage problems,

definitely.

Q I'm bouncing around here, but I just want to ask you, very early on, you were talking about the preliminary findings on pages 7 and 8 of your final report?

A Uh-huh.

Q Did you say that those were essentially Mr. Koziol's findings but they were incorporated into the draft report that you initially wrote?

MR. STEPAN: Objection, misstates his testimony.

MR. BROWN: Well, that's why I'm asking.

THE WITNESS: The entire report was coauthored by myself and Mr. Koziol. Ultimately, he wouldn't sign anything that he disagreed with or would not necessarily have written himself. However, the preliminary finding section I think was specifically partially written by myself and partially written by Mr. Koziol, so the references to the NRCA I know were written by Mr. Koziol. However, specific bullet points, I do not remember which one of us.

And the same goes throughout the report. Some of the bullet points -- I think the majority of the report up to the preliminary findings, I know it was drafted by me, but as to whether his comments and changes were incorporated, I can't say for sure.

Q (By Mr. Brown.) The first bullet point on 8, you can't recall whether that was yours or Mr. Koziol's?
A Correct.
Q When you say terminating the waterproofing system approximately eight inches below the finish grade level is another, and perhaps as you have learned during your investigation, the more accurate description finish grade level being installed eight inches above the termination of waterproofing?
MR. STEPAN: Objection to form.
THE WITNESS: I guess my understanding of the project, yes, that would be correct.
Q (By Mr. Brown.) The waterproofers put their materials in first; correct?
A Correct.
Q And was it your observation that the original waterproofing membrane, the Swelltite 3000 system that was installed by Waterproofing By Experts, terminated at a point that was consistent with the original architectural drawings that you saw?
A I believe that it was.
Q Did you ever learn of any change -- and if this was asked, I apologize -- from bottom to top cord bearing trusses which resulted in the substitution of what had been depicted in the architectural drawings as a CMU block

course to eight inches' worth of wooden dimension lumber on that course?
A I have definitely heard references to that, I've seen some reference in various reports. However, I have not seen specific details or RFIs or change orders or anything from the structural engineer in relation to that issue. But I know it has been talked about.
Q And if there was a sketch, design change sketch pertaining to that change -- first of all, that would be a design change in your opinion; correct?
MR. HULL: I'll object to the foundation.
THE WITNESS: Yes. I would think it would happen, yes.
Q (By Mr. Brown.) And if the structural engineer drew a sketch depicting that design change, as, if I just understood your previous answer, would also be an expectation of yours in that event?
MR. HULL: I'll object to foundation.
THE WITNESS: I would expect some kind of a construction detail or any change of that nature.
Q (By Mr. Brown.) And would you agree that that change, assuming that was done, from the four courses of block to three courses of block topped off by eight inches of dimension lumber with top bearing trusses, if that change actually took place, would that have an impact, in your

opinion, on below grade waterproofing?
A I guess I would have to see that detail and know when it's being formulated and issued in relation to the progress of construction and essentially how it would impact the finish grade, the termination of the waterproofing and the related project. Without seeing the detail, and not much information is provided, it's tough the speculate.
Q Did you see in the Swelltite literature that Swelltite 3000 is, at least in the terms of the kind of project at the Promenade, restricted to below grade applications?
A Yes.
Q And did you also see in there that the only substrate that's reflected for below grade precast plank type applications is either to concrete walls -- and I'm talking about vertical applications -- either to concrete walls or CMU block walls?
A Yes.
Q All right. So if there was a sketch that reflected a change as I have described earlier but that still depicted grade line going up against what now was wooden dimension lumber, would you expect that to have an impact on the waterproofing below grade?
A Yes. I would think you would not in general want to bury wood-based products below grade that are not treated or

wall board.
Q In fact, that's against code for one reason, as you've described earlier; correct?
A Yes.
Q And it's your understanding that that's exactly what occurred originally and led to the initial volume of leakage in units and so on; correct?
A My understanding is that it contributed significantly.
Q Because if there is wood directly up against dimension lumber, particularly if it's pieced together dimensional lumber, that's a direct pathway for water; is that right?
A Well, I think, with the grade terminated above the top termination of the waterproofing and above the sill plate, I think there are multiple locations for water entry.
Q Do you know anything about a recommendation by Waterproofing By Experts before in fact they were even formally retained on this project to install some sort of a counterflashing material to cover that joint or that area between the concrete block wall and the stud walls above in the courtyards?
A No. I did observe that counterflashing over the top termination of the waterproofing membrane is recommended in the product literature.
Q Do you know if it's recommended only on the CMU or

concrete block substrate, though, at least in the Swelltite literature?

A I do not know that.

Q Do you know if a counterflashing in addition to that that's depicted in the Swelltite material was recommended by Waterproofing By Experts?

A No, I do not.

Q Did you investigate whether there was any other way to install the precast surface drains that would not have resulted in perforations being two and a half inches above the deck?

A Aside from recessing the bottom flange of that selected drain, I think you would have to change the drain.

Q Did you perform an analysis to determine whether there were drains on the market that could accomplish that task of bringing the lowest perforations down to the deck level?

A No, I did not. But the understanding I garnered from discussions with Mr. Koziol is that yes, there are, or yes, there were, I guess.

Q Would that be proper practice, in your opinion?

A I think --

MR. STEPAN: Objection as to form.

MS. HEYER: Objection as to foundation also.

THE WITNESS: For the reasons we discussed previously, I think you would want to limit the amount of water on top of the waterproofing membrane in any way possible.

Q (By Mr. Brown.) Did I hear you say that the grade line that you observed in the DTOs and elsewhere along the edges of the courtyard was actually at a point higher than the sill plate to the doorways?

A I would -- I guess it was probably about, about at that location. It was six inches, six to eight inches above the top of the waterproofing. And I think I may have misstated that earlier. I think it was probably pretty close to right at the level of the sill plate. It was definitely not six inches below the level of the sill plate.

Q One last thing. If you look, please, at Exhibit 820? Do you have your copy there?

MR. REILLY: It's this thing.

THE WITNESS: Yes.

Q (By Mr. Brown.) Did you ever draft a similar document with your own opinions and conclusions pertaining to the RRJ report?

A My comments -- no, in summary. When I reviewed the initial RRJ report, I tried to condense and summarize the report with some brief comments on the face of their

report simply so that if, say, a year down the line I wound up in a deposition type format or even just wanted to remind myself of the case, I wouldn't necessarily need to review the entire report if time didn't permit that. But no, I did not jot down notes to myself as to my opinions or thoughts.
Q All right. The third bullet point pertains to contract issues; correct?
A Yes.
Q Your assignment -- well, did your assignment from Mr. Stepan's firm involve interpreting the contract between the parties in this project?
A Somewhat, or indirectly, I guess, yes.
Q What do you mean by indirectly?
A Well, I think -- I think it was a document that I have in my file and I have reviewed, and I know Mr. Koziol has reviewed as well. So we've seen it, yes.
Q Was anything further done with respect to analyzing at least the contract between your client and my client after this conversation with Mr. Koziol on July 29th?
A No. There was never a report or a letter or a summary of opinions or anything like that prepared for I guess the essential reason that I kind of summarized Rich's thoughts in that bullet point you referenced, just basically that because it was a contract, it appeared to

be more of a legal issue and a legal interpretation of the phrase design-build and the wording of the contract and -- so no, we elected not to provide a summary or a letter or anything describing our view of that, of the contract.

Q And does that answer, then, pertain to the last sentence of the third bullet point, which says, "MRC should review various information"?

A Yes. Rich asked me to just dig through the file, pull that out and send him a copy of it because he had not seen it. At least I don't believe he had seen it. And then I believe we ended up receiving additional copies at or around that same time anyways.

Q And the last bullet point is just another way of referring to the same issue; is that right?

A Essentially, yes.

Q And this is the last question. On page 3 of your final report, you have a topic headline Waterproofing System?

A Yes.

Q Now, where you say in the second sentence, "The selected system reportedly consisted of a Volclay Swelltite composite bentonite membrane," and goes on with some other points, when you say reportedly, what do you mean by that?

A Essentially just that at that point I hadn't seen it yet and everything I had been -- everything I had reviewed

was that which had been reported by others in the way of Inspec, so it's essentially just a way of saying that because I couldn't positively identify it because I had never seen it at that time.
Q Now that your investigation is completed and you're sitting here giving your deposition today, do you identify the same elements as being what makes up the waterproofing system as you've identified on page 3 of your report?
A Yes.
MR. BROWN: That's all I have. Thanks, sir.
MR. HULL: Want to take a break or go ahead?
MR. STEPAN: I'm fine.
THE WITNESS: I'm fine.

EXAMINATION

BY MR. HULL:
Q Mr. Chauvin, my name is Bill Hull and I'm going to have a few questions for you. Take a look, if you would, I think you've got in front of you some exhibits we previously marked, Exhibit 823, if you would? This is what it looks like. (Indicating.)
A Okay.
Q Should be three of them. Maybe I can give you that.
A Thanks.

Q Take a look at 823 there, if you would?
A Okay.
Q What is that?
A It's a phone memo that I typed up when I was initially contacted by Mr. Stepan in regards to this project and our potential involvement.
Q So you were the first contact at Wiss, Janney?
A Yes.
Q And you issued a report, then, on May 31st, 2002; is that correct?
A Yes.
Q So you essentially had from April 11th to May 31st to conduct your investigation and come up with your opinions; is that right?
A Well, in a sense. We also conducted an investigation and formed opinions and work that was performed subsequent to May 31st. But at the time our report was issued, additional work such as was performed wasn't necessarily guaranteed.
Q And did you feel that you needed to do any additional investigation prior to issuing your May 31st, 2002 report in order to do an adequate job?
A No.
Q And have your opinions changed from the time the May 31st, 2002 report was issued?

A No.
Q Now, you learned at some point in this investigation process and prior to issuing your May 31st, 2002 report that the plaza waterproofing system was a design-build system; is that right?
A My understanding is that the courtyard waterproofing was, yes, a design-build system.
Q And that means that the party that had the responsibility for -- that one party had the responsibility for both the design and the construction and installation of that waterproofing system; isn't that right?
MR. STEPAN: Objection to the form, foundation, calls for a legal conclusion.
MR. BROWN: Object to form.
THE WITNESS: Yes. I think my interpretation of that is that yes, the selected subcontractor would be responsible for the design and installation of the waterproofing.
Q (By Mr. Hull.) Now, one of the documents you reviewed in coming up with your final report were the project design drawings; is that correct?
A Correct.
Q Now, did you notice on there that they designated the plaza waterproofing system as a design-build component of the project?

A Yes.
Q And so you wouldn't expect, then, to find information about plaza waterproofing on those architectural drawings, would you?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: Not necessarily, no.
Q (By Mr. Hull.) Okay. Well, explain to me why you would expect, then, to find architectural drawing information about waterproofing if someone else was responsible for designing and installing that system?
A Well, I think frequently guidelines can be given even if it is a design-build project that it may have to meet certain performance criteria or performance specifications that are provided that I guess contain the limits of the possible options for that design-build system and its subsequent forms, and so I think it varies depending on the particular project.
Q Would those be design criteria?
A They could be.
MR. STEPAN: Objection, vague.
Q (By Mr. Hull.) And tell me what you would mean by design criteria? Give me an example of what that would entail?
A Could be --
MR. STEPAN: Objection, vague, lack of

foundation.

THE WITNESS: It could be performance criteria or material limitations, certain systems that are either prohibited or recommended.

Q (By Mr. Hull.) Now, you didn't see any limitations on the type of waterproofing systems that could be used for the courtyards in the project drawings or specifications, did you?

A No, I did not.

Q Did you ever see any design drawings of the waterproofing system?

A No, I did not.

Q Did you ever see any specifications for the courtyard waterproofing system?

A I do not believe there were any, but no, I did not.

Q Now, the purpose of that courtyard waterproofing system was to make sure that the water that entered the courtyard would not enter the building or the garages; isn't that right?

MR. BROWN: Objection.

THE WITNESS: I believe so, yes.

Q (By Mr. Hull.) And so under a design-build contract, the party that was responsible for designing and installing that courtyard system would be responsible for making sure that the water entering the plaza didn't enter the

building or the garages; isn't that right?
MR. STEPAN: Objection to the form, foundation, calls for a legal conclusion.
MR. REILLY: Also assuming facts not in evidence.
THE WITNESS: Yes.
Q (By Mr. Hull.) You have mentioned during your testimony that gutters would have been a good idea?
A Uh-huh.
Q Now, is it your opinion that the plazas could not be waterproofed unless there were gutters?
A No.
Q They could still be waterproofed even if there weren't gutters; isn't that right?
A Yes.
Q And those canopy posts that you talked about, I think you indicated that there was a problem with those that they may contribute to the water leaks there; is that right?
A Yes.
Q Did you, by the way, ever see any design details for waterproofing the canopy posts?
A Aside from the RFI which was previously discussed, no.
Q Okay. Dealing with those canopy posts, however, was an important part of having a waterproofing system that worked; isn't it?

MR. STEPAN: Objection as to form, vague.
THE WITNESS: I believe any opening or penetration in the waterproofing system is a critical detail, yes.
Q (By Mr. Hull.) So you would expect the person or the party that's responsible for the design and installation of the waterproofing system to at least be consulted about a construction component like that; wouldn't you?
MR. STEPAN: Objection as to form, foundation.
MR. REILLY: Assumes facts not in evidence.
THE WITNESS: Possibly, yes.
Q (By Mr. Hull.) You were asked some questions about the links, and there are links between I believe Buildings 1 and 2 and 4 and 5; is that right?
A Sounds correct to me.
Q And those links butt up against the end of plazas for those buildings; isn't that right?
A Yes.
Q So for example, the link between 4 and 5 would have the plazas for Buildings 4 and 5 butting up against it; is that right?
A Yes.
Q And you didn't -- did I understand your testimony that you

didn't investigate the waterproofing in that area?
A Correct.
MS. REISBORD: Are you talking about 1-2 or 4-5?
MR. HULL: I'm talking about both links.
THE WITNESS: Correct.
Q (By Mr. Hull.) You didn't investigate that at all?
A No.
Q So you aren't prepared to render an opinion about the cause of any water leaks in those areas; is that right?
A No. I could only provide an opinion, essentially, that there is evidence of water leakage in previous -- previous water leakage and water staining in those areas.
Q Now, as you did your investigation here, did you hear of many complaints about links and water leaks in those areas?
A Yes.
Q And who did you hear those from?
A The owners of the property.
Q So why didn't you investigate those areas?
A Our role in this project was not working on behalf of the owners or the property managers or the property insurers. Our role was not to determine the cause of all leaks or specific leaks, or I guess to in effect solve the leakage problem, it was more to address the construction and the

design and the installation of the waterproofing system drainage issues and then in general observations of the exterior as well as some of the units that I inspected. So if we were working on behalf of the owner, such as Inspec, we may have made, you know, many more openings than we ultimately did.
Q So you really weren't directed to investigate the link areas?
A Well, in effect --
MR. STEPAN: Object, misstates his testimony.
THE WITNESS: Well, in effect, I don't think we were essentially allowed to just take a shovel and dig wherever we wanted to dig.
Q (By Mr. Hull.) And what about the end walls? Did you also testify that you didn't investigate the waterproofing in the area of the end walls?
A For the same reasons.
Q Okay. So you're not prepared to render any opinions as to what's causing the leakage at the end walls, if there is any?
A Correct.
Q There are a couple of references in your report to changes in grades in the plazas; is that right?
A Yes.

Q How did you learn about that?
A Through the report issued by Marshall, Evan and Pope Associates, and I believe it was also referenced in other reports. But that is the one that comes to mind immediately.
Q Did you ever have any discussions with anyone about this change in grade issue?
A Yes. While on site, I believe it was discussed with various parties.
Q Did you tell me what you learned about this change in grade issue from discussions on site?
A My understanding from the discussions or the information that I learned from those discussions supported essentially what I had previously read in the Pope report, that the grade change was directly related to disability access and/or handicapped access, I should say, and it was a change made during construction in relation to ADA requirements.
Q Now, do you know if the grade or the elevation of the dirt in the courtyard was changed up against the buildings, from Building 6 to the rest of the buildings?
MR. STEPAN: Objection, vague.
THE WITNESS: On the exterior of the building, you mean?
MR. HULL: No. In the courtyards. The

elevation of the dirt as it butts up against the building, did that change, when you're referring to the grade change?
THE WITNESS: I believe it did. I believe it was the depth of the fill in the courtyard I believe changed across the board.
Q (By Mr. Hull.) So your understanding was that the dirt at Building 6, then, is what, lower than at the rest of the buildings, at the side walls?
MR. STEPAN: Objection, vague, misstates his testimony.
THE WITNESS: I guess I do not know if grade in Building 6 was ultimately then raised similar to Buildings 1 through 5 after the soil backfill was installed, if it was something done after it was, quote, unquote, completed.
Q (By Mr. Hull.) So first of all, you don't know if the grade was ever changed in Building 6; is that right?
A No, I do not know that. Well, actually, no. I do -- my recollection is that grade was above the bottom of the vinyl siding on that building as well, and so I would assume that it would have been changed, that it would not have been installed that way originally based on the information I have garnered on other buildings.
Q So your understanding is that after the plaza in Building

6 was filled in with dirt, it was again then subsequently raised, the dirt level?
A I believe grade may have been changed following an inspection. But in relation to Building 6, off the top of my head, I don't --
Q You don't know if the grade at Building 6 has been changed from what it originally was; is that right?
A No, I don't.
Q And when you're referring to grade change, then, you're referring to a grade change between Building 6 and the other buildings; is that correct?
A In general, yes.
Q Okay. And is it your understanding that the entire elevation of the dirt in the courtyards was raised in the other buildings as opposed to the level it was at in Building 6?
A In relation to the level it was supposed to be installed to per the design drawing.
Q And what level was it supposed to be installed to per the design drawings?
A I believe it was two and a half feet at the exterior walls.
Q And did you measure how high the dirt was then installed in any of the courtyards?
A I believe at the excavation in Building 1 it was over

three feet at the exterior walls.
Q I'm a little confused. The grade was supposed to be changed because of slopes on the sidewalks in the courtyards to meet handicap requirements; was that your understanding?
A And the entryways of the -- I believe the original design had step-up, had stairs at the entries to townhouse units.
Q So from your review of the project drawings, then, you understood that there was a step as you came into the unit; is that right?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: I believe between the doorway threshold and the concrete stoop, there were stairs.
Q (By Mr. Hull.) And you recall that from the project drawings; is that right?
A I believe it was from the Pope Associates report as well.
Q Do you recall whether that was shown on the project drawings as a step up from the stoop into the door?
A I don't recall that.
Q So the only place you got that, that you can recall seeing that, is in the Pope report; is that right?
A Off the top of my head as I sit here now, yes.

Q You made some comment about counterflashing recommended at the top of the waterproofing. Do you recall testifying to that?
A Yes.
Q And where did you see that recommendation?
A I believe it's on the last page of the Volclay Swelltite literature that's attached to the various project correspondence.
Q And what is counterflashing?
A Essentially, it would almost be like shingles on a roof. Simply a way to flash over the upper or the top termination of the waterproofing membrane.
Q And is that an additional layer of waterproofing or is it intended to be just protection for waterproofing underneath?
A Both. It can serve as both depending on the material.
Q Do you recall what the Volclay literature recommended in terms of a product for that application?
A No, I do not.
Q Now, you indicated that in the course of your investigation, you reviewed an RFI that was sent on behalf of the waterproofing subcontractor to Weis Builders and to the architect; is that correct?
A I believe that was the configuration, yes.
Q How did you learn that that RFI was initiated by the

waterproofing subcontractor?
A I believe -- I believe it specifically references the waterproofing installation, but actually, I don't know. That was speculation.
Q You don't know where that RFI originated from; is that right?
A Not as I sit here right now, no.
Q In fact, you don't know if it ever got back to the waterproofing subcontractor at all, do you?
A My understanding is that it did.
Q And where did you get that understanding from?
A Both discussions and -- primarily discussions.
Q And those discussions would be with whom?
A Various representatives on the project site during my inspections as well as Mr. Stepan.
MR. GASKINS: Did you say did or didn't?
THE WITNESS: My understanding is that it did.
MR. GASKINS: I still didn't pick it up.
THE WITNESS: Yes, it did.
Q (By Mr. Hull.) Do you recall who the representatives of the project on the project site were that told you that particular RFI you're referring to made its way to the waterproofing subcontractor?
A Some of the people sitting in this room now as well as

discussions with Mr. Kudder. And beyond that, I don't recall.
Q Did anyone from Weis Builders tell you that they gave it to the waterproofing subcontractor?
A No.
Q Did any representative of the waterproofing subcontractor tell you that they had received that RFI?
A No.
Q So the information that you got about the RFI going to the subcontractor was either from one of the attorneys in this room or from Mr. Kudder?
A Or possibly the owners or any one of the other various people that I listed off during the site inspection. I can't recall. I think it was discussed among several parties, as a number of facts of the case typically have been.
Q But you can't recall any particular person that told you that?
A No.
Q Would you take a look at your report on site visit number four?
A (Witness complies.)
Q And if you look at page 2 of that for me, the third bullet point under item number 4 says along the side walls of the courtyards, the waterproofing membrane was installed in

accordance with the design drawings which showed the membrane extending to the tops of the eight inch concrete blocks. Are those the architectural drawings that you're referring to?
A I've only seen one set of drawings, so yes, I would assume we're talking about the same thing.
Q And you knew if you reviewed those drawings that the architect was not responsible for the design of the waterproofing system; didn't you?
MR. STEPAN: Objection, assumes facts not in evidence.
MR. BROWN: Objection, foundation.
THE WITNESS: As originally designed, yes.
Q (By Mr. Hull.) Then I'd like you to look down under your photograph log, it says R1-1, the third bullet point there, and it talks about the insulation, waterproofing and drainage mat appeared to be terminated or cut short of the drain pipe and that there was no method of flashing between the drain pipe and the termination of the waterproofing membrane.
MR. REILLY: Objection. You didn't read the whole thing.
THE WITNESS: I think what it states is that I couldn't --
Q (By Mr. Hull.) You couldn't tell if there was?

A The insulation board was not cut away and the water in the opening was not sufficiently drained to accurately document what the exact flashing detail was at that location, but what I felt and what I observed is consistent with a detail included in the Inspec report for drain location.
Q Well, is what you determined by feel and touch and sight consistent with no flashing being there between the termination of the waterproofing and the drain?
A No. I think what that comment states and what I stated is that I could not tell if there was flashing, yes or no, whether there is flashing there. However, -- well, yes, that's essentially what it states.
Q All right. And you didn't investigate that any further, then, I take it?
A There wasn't any way to without cutting back the insulation board and setting up a water pump, which because the openings were created by a party that was not myself or Mr. Koziol or Weis Builders, we were simply observing the conditions.
Q How many of the test openings that you observed were against side walls in the plazas? Was it two?
A Two.
Q And can you tell me from what you observed where the Volclay or the Swelltite waterproofing membrane terminated

in relation to the top of the concrete masonry units?
MR. STEPAN: Objection, asked and answered.
THE WITNESS: It appeared to terminate at or near the top of the CMU block walls.
Q (By Mr. Hull.) And were you able to determine if there was any flashing as part of the original design?
A Flashing where?
Q Where the Swelltite terminated?
A At the top edge of the waterproofing, I don't believe counterflashing was -- or I don't believe flashing was installed over the top termination of the waterproofing in the original installation of the system.
Q You did observe Miradry waterproofing that was used as part of one of the repairs; is that right?
A Yes.
Q And I think you testified that your observation was that that extended up above grade; is that correct?
A Yes.
Q Now, you testified that it was contrary to UBC to have wood members below grade; is that correct?
A Yes.
Q Now, is that true even if those wooden members are waterproofed?
A No. And I made that clear for designation to treated

wood members.
Q So if the wood members are treated, it's okay to have them below grade; is that right?
A I believe they're -- it might be, yes. But my recollection -- I would have to double-check the language of the code. I just know that it's not okay if they are not treated.
Q Now, by treated, what do you mean?
A Basically the difference between treated and non-treated wood. I believe it's -- I don't know the chemical that -- I guess I can't comment knowledgeably on it.
Q What about if the wooden members below grade are waterproofed; is that still contrary to the Uniform Building Code?
MR. REILLY: Objection, asked and answered.
THE WITNESS: I believe so.
Q (By Mr. Hull.) You believe that it is?
A Yes.
Q And can you tell me what section of the Uniform Building Code I would find that in?
A Not off the top of my head, but I could find it for you.
Q Did you check that in connection with your investigation? Did you review the Uniform Building Code in that regard in connection with this investigation you conducted?

A I reviewed it in relation to a number of other investigations such that I wouldn't need to make a special case by case basis for this application.
Q Now, is it your opinion that those side walls where the wood was below grade could not be waterproofed in order to keep the water out of the building?
A No. I think they could have.
Q And in fact, I think you testified that you thought the remedial efforts, applying the Miradry, would be effective to waterproof that area; isn't that right?
A In essence, yes.
Q Now, you didn't conduct any calculations to determine if the canopy support posts were necessary; did you?
A No, I did not.
Q And that really wasn't part of your investigation to determine if those canopy support posts were structural components or decorative; was it?
A Well, I think now they're both. But no, it was not part of my investigation to figure out if they were one or the other or both.
Q If you could turn to page 4 of your report, under R2-16, the very last bullet item there?
MR. BROWN: Which report, Bill?
MR. HULL: This is the Site Visit No. 4.
MS. REISBORD: Which bullet point?

MR. HULL: We're on the fourth bullet point under R2-16. In fact, maybe we ought to take a look at that photograph, which was 2.26.
Q (By Mr. Hull.) Now, I think what the report says is that there was not a seam at the intersection of the horizontal planks and the vertical wall. Was that true at both of the test openings that you observed?
A I don't know. It was observed at Test Pit 3, but at Test Pit 2, the insulation and drainage board at the wall to plank interface was not removed to expose that area.
Q So your comment there was simply an observation, it wasn't meant to contrast it with any other location?
A Essentially, yes. It was more in reference to conditions observed or reported by Inspec who had observed problems with seams at that -- or at least had reported problems with seams at that area.
Q Now, you observed the Miradry flashing was applied as part of the remedial efforts there. Was there any need to protect that flashing with some kind of a metal protection?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: My discussions with Mr. Koziol has led me to believe that it should have been protected. However, I observed no damage to that membrane

at the openings that I inspected.
Q (By Mr. Hull.) Now, on these canopy support posts, you talked about having reviewed an RFI that addressed those?
A Yes.
Q Did the RFI specify what material was to be used on the canopy support posts for waterproofing material, what waterproofing material?
A I believe it just specified the installation detail, so no.
Q Did it say whether or not the waterproofing should extend all the way up the canopy support posts?
A I do not recall that, but I do not think it did.
Q Did it talk about how the support posts were to be fastened to the precast planks?
A Yes. My recollection is that in a sense, yes, it did.
Q And what's your recollection about that?
A The metal brackets anchored to the precast planks.
Q Did it say how the metal brackets were to be anchored, do you recall?
A How in what sense?
Q Well, were you supposed to use, as we've talked about here, a power-actuated nailer or should they have been drilled and grouted? Did it say either way?
A I don't recall that, to be honest.
Q How they were attached, however, would be an important

consideration in determining whether they were adequate to waterproof; wouldn't it?
MR. STEPAN: Objection to form, foundation, and vague.
MR. BROWN: Objection.
THE WITNESS: I think it would be one component of the detail, yes.
Q (By Mr. Hull.) And how high on the canopy post the waterproofing extended would be an important waterproofing detail also; wouldn't it?
A Given the design and installation method that was specified, yes.
Q And in fact, even the sequencing of construction with the posts going in before the waterproofing was an important waterproofing consideration; wasn't it?
MR. STEPAN: Objection to form and foundation.
MR. REILLY: Objection, foundation.
THE WITNESS: Yes, in essence.
Q (By Mr. Hull.) And if you could just look at the very end of your Site Visit Report No. 4, that very last bullet point, there is a reference -- the last sentence says that this material was easily peeled off of the black mastic type material and appeared incompatible with the mastic-type material. Let's take a look at picture 3-26.

Now, was the black mastic applied directly to the wooden posts or was this other material you're referring to applied first and the mastic on top of that?
A My recollection of the detail is that this black mastic was installed in contact with the wood post and the metal bracket.
Q And you are referring to the mastic -- or the product that's shown in 3-26?
A Yes. And I believe the material that's referenced in that bullet item was then installed between the top surface of this mastic and the surrounding waterproofing, so it would have been located two to three inches away from the base of the post, and that the comment that references the possible incompatible was something that Mr. Koziol stated when he picked up the material and easily peeled it off the mastic and just his initial review of what that material appeared to be.
Q Now, did that material extend down over the top of the waterproofing or did it go underneath the waterproofing?
A It went over the -- over the top surface of the horizontal waterproofing.
Q And did the mastic that was underneath that also go over the top surface as a horizontal waterproofing?
A The mastic that was at the base of the wood post, yes, partially.

Q When you say partially, what do you mean partially?
A Well, that the waterproofing was terminated short of the post base and mastic was used to kind of bridge the gap or make up the difference.
Q Let's just take a look at a few of these photographs which you've got in front of you. Let's take a look at R1-19.
MR. GASKINS: 2-19?
MR. HULL: 1-19.
Q (By Mr. Hull.) At the very end of that measuring tape, do you know what that product is there? It looks like there is a rigid product?
MR. STEPAN: Objection, asked and answered.
THE WITNESS: I guess it depends on -- there are several products in the vicinity at the end of the measuring tape.
Q (By Mr. Hull.) The one I'm pointing to. (Indicating.)
A That?
Q Yes.
A That appears to be the waterproofing membrane.
Q The Swelltite?
A Yes.
Q Okay. And let's take a look at 2-4. Skip that one. I don't think we can see what's there. Take a look at 2-13, if you would. Is the silver material right underneath the

siding, is that the Miradry?
A Yes, I believe it is.
Q Take a look, if you would, at Exhibit 821, which is that packet of three exhibits that was referenced earlier. Was this your summary of the Raths, Raths & Johnson report?
A Yes. My summary or interpretation of their various comments and opinions.
Q Okay. And there is a comment second from the bottom that the liquid-applied waterproofing at the post base and top Swelltite membrane was effectively sealed. Did you agree with that opinion?
MR. BROWN: Objection, foundation.
MR. REILLY: Join.
THE WITNESS: No.
Q (By Mr. Hull.) And the next one, it says concluded the bentonite system was installed in accordance with the manufacturing recommendations and are performing, and mine is cut off there. Do you know what the rest of that was supposed to say?
A Not off the top of my head, no, but it's cut off on this, too.
Q Let me just ask you, do you have an opinion as to whether or not the bentonite system was performing adequately?
MR. VEITH: Objection, lack of foundation.
MR. REILLY: Join.

THE WITNESS: Yes, I have an opinion.
Q (By Mr. Hull.) And what is that?
MR. REILLY: Same objection.
MR. VEITH: Join.
THE WITNESS: I believe aside from some problematic details that -- I guess I haven't seen any evidence that significant problems exist.
Q (By Mr. Hull.) So you think that the waterproofing system is performing adequately?
MR. VEITH: Objection, asked and answered.
THE WITNESS: Again, aside from some potentially problematic areas, yes.
Q (By Mr. Hull.) And I think you touched on those earlier; is that right?
A Yes.
Q One more question and I'll wrap this up. Your report talks about the National Roofing Contractors Association not recommending bentonite waterproofing for horizontal applications. Do you have an opinion as to whether or not this Swelltite product was appropriate for this application?
MR. REILLY: The question is whether you have an opinion.
THE WITNESS: Yes.
Q (By Mr. Hull.) What is your opinion?

MR. REILLY: Objection, lack of foundation.
MR. VEITH: Objection, lack of foundation.
THE WITNESS: Based on my review of the NRCA, that NRCA section as it relates to bentonite waterproofing, and based on my discussions with other engineers within our company, I would not have recommended.
Q (By Mr. Hull.) Have you ever designed a waterproofing system before?
A No.
Q Have you ever seen designs for a waterproofing system before?
A Yes.
Q Did those include drawings of the details of that system?
A Some have. Through seminars, conferences and whatnot, I have some familiarity with other systems, yes.
MR. BROWN: Object as to that's nonresponsive.
Q (By Mr. Hull.) My question was -- well, let me ask you this. Have you ever dealt with a below grade waterproofing system on a horizontal plaza deck like this?
A No.
MR. STEPAN: Objection, asked and answered.

Q (By Mr. Hull.) And you have never seen any waterproofing design for a system like that; have you?
A Yes, but not through projects that I have worked on directly. In a matter similar to this.
Q Where have you seen them?
A Other projects worked on through the company, through technical conferences and whatnot.
MR. HULL: All right. That's all I have.
MR. VEITH: I have a couple more questions.
MS. REISBORD: I actually have a few questions, too.
MR. VEITH: Go ahead.

EXAMINATION

BY MS. REISBORD:
Q I'm Andrea Reisbord. I represent Westfield Insurance. Mr. Gaskins was asking you questions earlier about additional remedial measures that you feel could be undertaken at the Promenade; do you recall that?
A Uh-huh.
Q You testified that you believe that other posts could or should be repaired; do you recall that?
A Yes.
Q And your concern with respect to the posts is that the detail that currently exists on the originally constructed

posts have potential to fail; is that the basis for your recommendation?

MR. STEPAN: Objection, misstates the testimony.

THE WITNESS: I think it's potentially problematic.

Q (By Ms. Reisbord.) As you sit here today, are you aware of any posts currently in the original condition that have failed that have not been remediated?

A I am aware that there are leaks in some of the garage areas still and I am aware that in nearby or neighboring areas there are posts that have not been repaired, but I don't think one has been corroborated to the other specifically.

Q Am I correct that your testimony earlier was that you did not undertake to identify the exact source of any particular leak?

A Correct.

Q Can you turn to page 8 of your report, the main portion of the report? Second to last bullet point in the last slash mark, you've got any and all defects to unsealed seams, tears or openings in the waterproofing system would then be susceptible to subsurface water penetration. Am I correct you did not observe any seams on the horizontal surface?

A No. I observed seams.
Q That seam was sealed; correct?
A The seams that I observed were sealed. I think taped nicely is the way that --
Q And did you observe any tears?
A No.
Q Did you observe any openings beyond possibly the post base assembly?
A No.
Q So this particular reference here --
A Possibly the drains as well.
Q Okay. This particular reference here is then to a potential situation that could exist or could arise at some point?
A Yes. I don't recall if it was specifically addressed in Inspec's report if there were tears and punctures and penetrations observed or damage to the waterproofing membrane. But yes, if said conditions existed, then having a constant ponding condition would obviously be problematic.
Q Okay. But as you sit here today, you did not observe any of those conditions?
A Correct.

MS. REISBORD: That's all I have.

EXAMINATION

BY MR. VEITH:
Q Mr. Chauvin, could you turn to the photograph R1-4?
A (Witness complies.)
Q This shows that -- as I'm looking at this photograph, it looks like the excavation went down to right about where the perforated drain pipe connects into the collar of the subsurface drain; right?
A Yes.
Q This particular test pit, I think it's Test Pit #1, you never went down any further than that, right?
A No. Aside from just by touch, but not with a shovel, no.
Q Okay. And at the bottom of the drain pipe, it looks like we can actually just see the top lip of the collar or the drain itself, perhaps, where the perforated pipe is actually going into?
A Yes.
Q Is that what I'm looking at?
A I think what you can kind'a see is the edge of the insulation where it intersects the -- where it intersects the drain pipe.
Q And it looks to me like there's water all the way up to the point where the perforated drain pipe connects; do you see that?
MS. HEYER: Object to the form of the question.

THE WITNESS: That appears to be the condition, and I recall something similar to that, yes.

MR. VEITH: Okay, thanks. Nothing further.

MR. STEPAN: More pictures, Steve?

MR. GASKINS: Yes.

EXAMINATION

BY MR. GASKINS:

Q Was the waterproofing of the posts done the way it was recommended in the RFI you identified?

A I don't recall specific directives or step one, step two type instructions as to how to flash this, or waterproof the post, I should say.

Q Okay. In Deposition Exhibit 821, which are those little notes, when you're summarizing the report, --

A Yes.

Q -- there's a bullet point coordination by architect resulted in leakage at the posts and grade change. Do you agree with that?

A Yes.

Q What coordination by the architect resulted in leakage at the posts?

A I believe the recommended installation detail for fastening the base of the post and the resultant penetration it created in the waterproofing.

Q Okay. Now, was the waterproofing -- were the posts attached after the waterproofing was put down?
A I don't believe -- no. No, they weren't.
Q Okay. Was there something about that attachment system that prevented that portion from being waterproofed?
A No.
MR. BROWN: Object to the form, vague. Which portion?
MR. STEPAN: Vague.
MR. REILLY: Also object, lack of foundation.
Q (By Mr. Gaskins.) The detail that you say was problematic was the attachment of the posts by -- what did you say?
MR. STEPAN: Objection, vague.
Q (By Mr. Gaskins.) The detail, the metal bracket?
A Oh, yes.
Q Tell me again what detail was specified, in your recollection, as to the attachment of the posts?
A Well, I believe it was just setting the post in a metal bracket that was fastened to the precast deck with nails and I don't remember if power-actuated nails were specified or not.
Q Okay. But that particular operation was performed before the waterproofing was installed?
A I believe so.

Q And is it impossible, then, to waterproof that area?
A No.
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Join.
Q (By Mr. Gaskins.) So it's not really the holes in the precast that are the problem, it's that water gets in past the waterproofing?
MR. REILLY: Objection, lack of foundation.
Q (By Mr. Gaskins.) And into the holes; is that right?
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Join.
MR. STEPAN: Objection as to form.
THE WITNESS: No, that's not right.
Q (By Mr. Gaskins.) Okay. What's wrong? Where am I making a mistake?
MR. REILLY: Same objection.
THE WITNESS: I think you would need to waterproof the perimeter of the post as well as the entire height of the post to prevent any water entry, check for splits in the wood and along the length of the buried posts as well as the above grade portions of the posts.
Q (By Mr. Gaskins.) Okay. So the fact that the posts

themselves are not waterproofed as much as you think they should be allows water to go down into the holes?
A I believe there was evidence of that at the opening that we made, yes.
Q And how do you think the posts should have been waterproofed so that leaks would not have gotten to the holes in the precast?
MR. REILLY: Objection, lack of foundation.
THE WITNESS: Well, I guess I'm not convinced the posts were necessary.
Q (By Mr. Gaskins.) Okay. So one, the posts shouldn't have been put in, but two, given that the posts were there, were they capable of being waterproofed so that water did not get into the holes of the precast planks?
A Yes, I believe so.
Q Now, how did coordination by the architects result in leakage as a result of the grade change?
A Well, again, my understanding is that issues related to grade and slopes within the courtyard and access and whatnot, the issues that I understand prompted the final change in the final grade elevation were all issues that arose during backfilling after the installation of the waterproofing was completed and were all issues that could have been and probably should have been addressed

in advance of that time, during design.
Q During the design of what, the waterproofing?
A Or the project in general. I think any global requirements related to -- I'm not familiar with ADA requirements, but I'm assuming an architect would be.
Q Now, did you make a study of the contract document?
A Contract documents in reference to?
Q Between the architect -- I'm sorry. Strike that. You saw the contract documents to the extent that it made the plaza waterproofing system design-build; right?
A Yes.
Q What does the term design-build mean to you as a professional?
A Well, I think it varies by project.
Q What would you think it meant here?
MR. STEPAN: Objection, lack of foundation.
MR. REILLY: Join.
THE WITNESS: That the waterproofing subcontractor was responsible for designing and installing the waterproofing system that was selected. However, I don't know if they were also charged with selecting the system because indications have been that the bentonite system was selected by others as well.
Q (By Mr. Gaskins.) With respect to the waterproofing, the

building after the grade change, who was responsible for that?

MR. STEPAN: Objection, lack of foundation, calls for a legal conclusion.

MR. BROWN: Objection.

THE WITNESS: I think any changes during construction need to be coordinated between the parties that are making the change and the parties that are ultimately affected by the change.

Q (By Mr. Gaskins.) Do you know whether Waterproofing By Experts was given the information that this grade change had occurred and they were going to need to waterproof the building up above where they had quit?

A I do not know that.

Q Do you know whether Weis Builders made any provision for waterproofing the building once they determined that the grade change had come about and more waterproofing was going to be needed?

A I do not know that either.

Q Once a grade change had been made and it was clear that the grade was going to extend above the termination of the presently existing waterproofing, was it obvious that the waterproofing was not going to work?

MR. STEPAN: Objection, lack of foundation.

THE WITNESS: Obvious to who?
Q (By Mr. Gaskins.) Obvious to whoever was putting the waterproofing in?
MR. BROWN: Object to the form.
MR. GASKINS: Strike that.
Q (By Mr. Gaskins.) Obvious to the person making the change and filling in the plaza with extra material?
MR. STEPAN: Objection as to form. It's multiple. Also vague.
THE WITNESS: I don't know who did the backfilling and what their knowledge of the project design or waterproofing in general would be.
Q (By Mr. Gaskins.) Was it clear once the grade change was made to Weis that they were going to have to waterproof in addition to where the waterproofing had been?
MR. STEPAN: Objection, lack of foundation. Also object as to form.
THE WITNESS: I have no idea.
Q (By Mr. Gaskins.) Is it clear to you from examining it that they were going to have to do some more waterproofing?
A It's clear to me that some additional waterproofing or counterflashing or some sort of additional flashing or waterproofing detail should have been employed to bring the top termination of the waterproofing system as a

whole above grade level.
Q And is it fair to say that it was unreasonable and not prudent not to do that?
MR. STEPAN: Objection as to form, foundation, argumentative.
THE WITNESS: I don't think I would necessarily use those words. Not prudent, yes, but I don't know about unreasonable.
Q (By Mr. Gaskins.) So it was not prudent to put fill in that plaza over the top of the waterproofing as it existed at the time the fill was added; true?
A Yes.
Q Was it reasonable or prudent to waterproof the posts in the manner that they were waterproofed?
MR. REILLY: Objection, lack of foundation.
THE WITNESS: No, I don't think so.
Q (By Mr. Gaskins.) Now, the way bentonite operates, in this system, as I understand it, the bentonite is separated from the plank on the horizontal wall and from the masonry on the vertical wall by a film; is that right?
MR. VEITH: I'll object as to vague and lacking foundation.
THE WITNESS: Yes, essentially.
Q (By Mr. Gaskins.) Okay. Now, as I understand it also,

what is supposed to happen, a, is that you are never supposed to get water at that point?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Join.

MR. STEPAN: Objection as to form, vague.

Q (By Mr. Gaskins.) Do you understand what I'm saying?

A Is that a question?

Q Yes.

A Yes. I think preferably you would like not to ever have water contact the bentonite, yes.

Q Okay. But once the water does contact the bentonite, the bentonite is supposed to swell; right?

A My understanding of the product is yes, that water should contact the bentonite and it should swell and expand to fill whatever opening resulted in the water penetration, or wherever the water entered, basically.

Q Okay. So the purpose of that bentonite is an additional layer of waterproofing behind the plastic sheet?

MR. VEITH: Object to the form of the question.

THE WITNESS: In a sense.

Q (By Mr. Gaskins.) In a sense? Okay. So if that film does not dissolve, what's happening is that water that's not supposed to be there in the first place doesn't go any

farther; right? Well, that's the purpose of the bentonite?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Objection, lack of foundation.

THE WITNESS: Did you say if the film does not dissolve, it doesn't go any further?

Q (By Mr. Gaskins.) I'm sorry. The film is supposed to dissolve so it doesn't go any further?

MR. REILLY: Same objection.

MR. VEITH: And calls for speculation.

THE WITNESS: I believe if water does not contact the bentonite directly at the edge of a panel section per se and somehow it manages to get behind a section of bentonite, or Swelltite waterproofing, that the film is intended to -- the water-soluble film is intended to dissolve and therefore activate the bentonite from the back side.

Q (By Mr. Gaskins.) And therefore prevent water from going past that point?

MR. REILLY: Same objection.

MR. VEITH: Same objection.

THE WITNESS: Yes. That's my understanding of it.

MR. GASKINS: That's all I have.

EXAMINATION

BY MR. REILLY:

Q Let me ask you this, sir. In house construction, where they're building a canopy over the front door, they often have cement stoops put in and they tie a two-by-four from the canopy to the building kind'a at a horizontal 45 degree angle in an effort to support the post until they get the stoop in and then they can lay the post against the stoop. Have you seen that kind of construction?

A Yes.

Q Is there any reason they couldn't have done that here so that they wouldn't have posts all the way down to the cement?

A I think they could have done a lot of things to -- you know, any crane that you see building a building is essentially a big heavy cantilever. I don't see any reason why the stoop, the structural framing of the stoop or the canopy couldn't have been configured to, in effect, support its own weight.

Q And even if you needed some support, you could do what I suggested, keeping the support above the height of the ultimate level of the ground so that you would be able to put your stoop in and support it off the stoop, for instance?

A Yes.

Q And in either of those kind of situations you wouldn't need a post going all the way through, a wooden post touching upon cement precast planks?
A Yes. And you would not have a penetration in the waterproofing.
Q And you would have a continuous membrane instead of one that is interrupted periodically by these holes caused by the posts?
A Yes.
MR. REILLY: Thank you. That's all the questions I have.

EXAMINATION

BY MR. BROWN:
Q Can you think of a worse design for what was underneath those cement patios in terms of these four-by-four posts nailed right into the precast that could confront a waterproofer?
MR. STEPAN: Objection as to form, foundation.
THE WITNESS: Yes.
Q (By Mr. Brown.) What would be worse than what's actually out there?
A Realistically speaking?
Q Realistically speaking.
A If the perimeter of the stoop had been framed with a

concrete block unit that weren't core built, or I think with a courtyard such as this, one objective in design should be to minimize the number of penetrations in it and the size of those penetrations. So I would think any design that had more and larger penetrations in relation to the stoops and the posts than what are currently out there would be a worse design, yes.
Q So if there were four posts instead of eight posts?
A Yes. Or if the posts were 12-by-12 wood members or -- anything that would increase the size and the frequency of the penetrations would be a worse design.
Q And just one last thing about these posts. If I understand your report and your testimony today correct, you're not sure what commercial name was given to the material that forms the vertical waterproofing sleeve, so to speak, on those posts, at least as originally installed; correct?
A No. I'm not familiar with what that material was, no. It appeared to be some sort of a black mastic. It was easily peeled from the post; I remember that.
Q And was it your testimony that water somehow penetrated the wood above the termination of that mastic, whatever it was, to get behind it and that accounted for that phenomenon?
A I think it potentially could, but to pinpoint an exact

location throughout the entire detail, I couldn't do that, no.

Q Are the posts a waterproof post, though, I mean a water-impregnable post?

A I believe water, as evidenced by the staining on the bottom of the post cross-section, water can definitely penetrate in and wick up or down out of those posts.

Q Both above and below grade?

A Yes.

Q And in terms of at least below grade, the more saturated the soil is and the less lateral or movement, I guess, in any direction of subsurface water, the more saturation in those wood posts is going to occur; is that right?

A Yes.

MR. BROWN: That's all I have, sir. Thanks.

MR. STEPAN: Anybody else? All right. We'll read and sign.

(Witness excused.)

(The deposition was adjourned at approximately 4:55 p.m.)

(The original exhibits and original transcript were provided to Attorney G. John Veith.)

(End of Record.)

DEPOSITION SIGNATURE/CORRECTION PAGE

I, MARK R. CHAUVIN, do hereby certify and state, that I have read and examined the typewritten transcript of the deposition taken of me, at the time and place therein named, consisting of the preceding 228 pages, and find the same to be true and correct. (Except as follows:)

PAGE NO. LINE NO. CORRECTION/REASON

Dated this ______ day of __________, 2003.

______________________________
Mark R. Chauvin

RETURN THIS SHEET TO: Charles G. Williamson, Court Reporter, 4209 113th Street West, Bloomington, MN 55437.

NOTARY-REPORTER'S CERTIFICATE

STATE OF MINNESOTA)
ss.
COUNTY OF HENNEPIN)

I, Charles G. Williamson, a Notary Public within and for the County of Hennepin, and State of Minnesota, do hereby certify:

That I reported the deposition of Mark R. Chauvin, on the 10th day of November, 2003, in Minneapolis, Minnesota, and that the witness was by me first duly sworn to tell the whole truth;

That the testimony was transcribed under my direction and is a true record of the testimony of the witness;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

That the right to read and sign the deposition by the witness was not waived.

WITNESS my hand and seal this 13th day of November, 2003.

Charles G. Williamson
Notary Public
Hennepin County, Minnesota

My Commission Expires January 31, 2005.

'
'99 - 78:1
0
00-cv-987 - 1:4
1
1 - 14:12, 26:20,
36:10, 82:1, 82:2,
90:6, 90:7, 125:11,
188:15, 192:14, 9:18,
1-19 - 207:89
172:9, 172:24, 189:3
100 - 4:4, 6:512
113th - 1:23, 229:23
12 - 146:10, 156:20
120 - 4:9- 227:9
13 - 102:65:4
151,226 - 5:5
1550 - 4:21
169 - 7:19
17th - 13:15
19 - 5:11
1998 - 78:1
2
28:14, 28:17, 29:8,
88:21, 89:12, 90:5,
108:7, 108:11, 126:1,
197:23, 203:9,
2-19 - 207:74
2.26 - 203:3
200 - 4:12
2001 - 66:3, 67:19,
2002 - 12:14, 12:18,
66:2, 106:18, 123:18,
183:25, 184:3,
229:20, 230:5, 230:15
21 - 106:1:20
2110 - 4:13
222 - 27:23, 28:9,
228 - 5:6, 229:2
230 - 5:7

250 - 4:9, 4:10
26th - 106:18
28th - 106:18,
2900 - 4:18
29th - 180:20
3
94:23, 103:19, 104:2,
109:1, 126:5, 126:8,
182:8, 203:817,
132:19, 132:22,
136:22, 136:25,
3-19 - 115:15
3-21 - 116:60
3-9 - 32:6:25, 206:8
17:15, 30:2, 40:25,
176:10110:3, 174:17,
65:1, 230:2012:17,
183:12, 183:17,
33 - 4:6183:24, 184:3
34th - 4:2
39,215 - 5:4
4
34:23, 35:4, 36:12,
72:15, 112:12, 126:8,
188:22, 197:24,
205:21, 202:24,
4200 - 4:74
43 - 66:9, 68:19:23
45 - 225:6 68:20
4:55 - 228:21
5
188:16, 188:21,
5411 - 4:4, 6:4
55402-2440 - 4:19
55416-1311 - 4:4
55422 - 4:16 4:21
55437 - 1:24, 4:14,
55438 - 4:11
6
6 - 5:2, 5:3, 135:23,

192:13, 192:18,
193:10, 193:16193:6,
600 - 4:21, 7:1
610 - 4:16
7
131:1, 173:45:3,
78th - 4:11:11
8
8 - 173:4, 174:1,
8009 - 4:2
820 - 147:6, 147:7,
821 - 208:3, 215:14
24:23, 130:259:10,
183:1 39:22, 182:21,
852 - 9:4, 9:6
5:11...personnel -
40:1- 19:8, 32:11,
853....e-mail - 5:11
32:13, 32:1526:10,
8585 - 4:11 - 5:12
9
9 - 5:11
109:24ree - 109:10,
952-888-8586 - 1:24
9:00 - 1:21, 6:6
A
39:15, 49:6, 59:10,
110:15, 114:21, :14,
a - 6:2, 6:9, 7:4, 7:9,
10:5, 10:13, 10:14, 1,
11:1, 11:15, 12:25,
14:11, 15:1, 15:17,
22:7, 22:13, 22:14,
22:19, 22:21, 22:22,
23:7, 23:8, 23:17, 3:6,
24:5, 24:6, 24:14, ,
27:21, 28:2, 28:21,
29:25, 31:9, 32:20,
37:4, 39:14, 40:19,
42:24, 44:6, 44:18,

45:9, 45:13, 45:14, :8,
46:22, 46:25, 47:1,
47:16, 48:23, 49:4,
52:1, 52:25, 53:25,
55:9, 55:18, 55:19,
57:22, 58:5, 58:10,
62:6, 62:8, 62:9, 63:4,
63:24, 64:8, 64:14,
67:1, 67:4, 69:23, ,
72:7, 73:13, 73:14,
75:17, 76:15, 76:19,
82:10, 82:16, 83:17,
86:1, 86:3, 86:12,
88:13, 88:17, 88:21,
90:21, 91:24, 93:11,
94:19, 94:20, 94:22,
96:9, 97:8, 97:18,
99:25, 100:4, 100:21,
103:17, 103:24,
105:20, 107:9, 108:8,
109:5, 109:8, 109:9,
109:17, 109:19,
110:5, 111:2, 112:8,
113:19, 113:22,
118:17, 119:12,
121:4, 121:9, 123:4,
124:20, 125:2,
126:19, 126:24,
127:11, 127:15, 27:5,
128:4, 128:20,
129:18, 130:4, 130:6,
130:21, 131:25,
132:15, 132:16,
133:18, 135:6,
136:13, 136:15,
137:14, 138:4,
140:1, 140:4, 140:8,
143:11, 143:24, 41:5,
145:13, 145:14,
147:1, 147:20,

1

149:1, 149:13,
151:3, 151:4, 151:20,
152:15, 152:19,
153:1, 153:2, 153:3,
153:15, 153:18,
155:25, 156:8,
157:1, 157:2, 157:4,
158:5, 158:10,
158:25, 159:1,
159:22, 160:1, 160:3,
161:23, 162:4, 162:7,
162:11, 162:16,
163:23, 164:9,
166:18, 166:21,
167:14, 167:21,
170:7, 171:7, 171:12,
172:18, 174:18,
175:14, 175:20, 75:9,
177:16, 177:19,
179:20, 180:1, 180:2,
180:25, 181:1, 181:3,
181:21, 182:2,
182:19, 183:1, 183:4,
184:7, 184:13, 184:4,
186:22, 187:3, 187:8,
188:3, 188:8, 190:13,
193:10, 193:21,
194:21, 195:10,
197:15, 197:20,
199:18, 202:1, 202:2,
204:15, 204:22, 3:19,
206:23, 207:5, 207:6,
207:24, 208:3, 208:8,
210:21, 210:22,
211:11, 213:12, 1:9,
215:17, 216:19,
219:6, 219:12, 220:4,
222:21, 223:1, 223:8,
224:13, 224:14,
225:14, 225:15, 5:6,

226:6, 226:14, 226:4,
227:2, 227:7, 227:11,
230:7, 230:10, 230:3,
a/k/a - 1:1513
22:17, 23:12, 23:25,
168:13, 200:6, 225:22
8:9, 13:21, 14:11,
16:14, 17:8, 17:14,
18:25, 25:8, 28:23,
33:18, 37:19, 37:22,
38:15, 38:22, 39:4,
50:14, 51:16, 52:12,
55:23, 56:8, 60:6, ,
75:1, 75:5, 81:19,
88:18, 89:20, 89:22,
101:12, 101:22, :17,
104:11, 106:3,
116:12, 116:23,
126:19, 131:2,
138:6, 138:20,
148:5, 149:15,
156:9, 156:10, 158:6,
159:16, 159:22,
170:14, 171:4, 172:1,
177:16, 179:9, 185:3,
188:7, 188:14, 189:3,
190:15, 191:1, 191:6,
198:6, 198:16, 197:9,
204:13, 204:16,
211:17, 214:5, 216:4,
above - 9:16, 24:18,
85:3, 91:10, 94:13,
101:1, 125:3, 125:14,
146:1, 146:8, 156:20,
177:12, 177:13, 4:8,
179:10, 192:20,
220:13, 220:21,
227:22, 228:8,
absolutely - 142:19
146:21, 171:17,

accident - 152:14
178:15lish -
208:16ance - 198:1,
accumulation - :23
accurate - 174:7
acronym - 158:11:2
144:14, 192:65,
action - 230:12,
activate - 224:17
31:10, 31:16, 32:7,
34:16, 34:17, 62:10,
112:9, 118:3, 118:6,
active - 21:3, 36:16,
135:21 127:7, 127:16,
actually - 8:19, 1:8
83:25, 93:13, 94:19,
131:25, 132:5, 30:20,
139:3, 146:8, 147:9,
192:19, 196:3, 179:7,
214:15, 226:21,
actuated - 159:21,
160:13, 204:22,
Ada - 191:18, 219:4
added - 140:22,
addition - 84:24,
Additional - 100:21,
additional - 32:19,
77:20, 78:10, 78:13,
85:7, 97:14, 102:6,
110:9, 135:21, 10:8,
149:6, 181:12,
195:13, 211:18,
223:18, 221:23,
6:24, 76:23, 81:4,
143:23, 149:16, 3:8,
addressed - 74:18,
143:15, 204:3, 20,
adequate - 183:22,
adequately -
adjacent - 46:12,

169:18, 171:4134:3,
administrator - 20
advance - 8:4,
adversely - 124:12
146:1ed - 145:22,
142:20, 230:133,
220:9ted - 124:12,
affiliated - 59:8,
affirmation - 135:7
138:9mative - 128:5,
after - 13:23, 19:20,
89:23, 90:5, 90:20,
111:18, 111:19, :5,
117:17, 123:20,
128:4, 128:20,
144:5, 180:19,
192:25, 216:2,
again - 36:7, 46:22,
80:11, 80:15, 89:11,
103:6, 104:1, 109:1,
112:7, 112:17,
123:1, 132:16,
142:2, 142:17,
148:20, 170:9, 171:1,
218:19 193:1, 216:17,
67:22, 79:1, 81:21,
95:13, 97:14, 98:16,
104:23, 117:2, 1:20,
against - 28:22,
143:12, 145:22, 16,
188:18, 188:22, 77:9,
199:22, 225:8,
agents - 154:24
83:4, 83:9, 83:11,
agree - 17:1, 17:4,
30:5, 30:8, 31:1, 31:7,
37:12, 38:22, 96:25,
149:9, 162:3, 169:16,
215:19, 208:10,
148:1d - 52:20,

59:25, 86:10, 117:24,
all - 7:10, 7:20,
36:6, 36:23, 40:8,
66:16, 69:9, 73:21,
80:23, 81:2, 81:20,
103:6, 103:7, 110:8,
125:7, 128:4, 128:18,
142:19, 150:24,
156:11, 158:18,
168:23, 171:15,
189:23, 192:17, 89:7,
212:21, 213:24, 11:8,
218:24, 224:25,
226:10, 228:15, 230:9
10:17, 11:17, 12:14,
23:15, 27:13, 27:25,
40:22, 46:24, 55:2,
77:5, 102:9, 105:1,
158:10, 176:19,
228:17 199:14, 211:8,
allowance - 49:7
190:13d - 126:9,
allows - 218:2:20
29:12, 109:17, 195:10
along - 15:15, 22:4,
108:5, 110:3, 122:21,
144:11, 179:6, 144:9,
Along - 144:21
already - 149:6, 5
also - 8:3, 8:4, 17:4,
36:11, 37:12, 61:5,
73:24, 85:1, 86:13,
92:1, 92:5, 93:21,
109:19, 116:3, 3:10,
130:9, 133:9, 135:4,
144:14, 151:9, 153:7,
175:16, 176:13,
190:16, 191:3,
219:22, 222:25,
102:22, 113:12,

141:19, 187:4,
although - 110:8, :17
always - 152:5
156:14, 212:15,
am - 7:4, 8:21,
146:18, 212:10,
230:10, 230:12,
120:11ent -
amount - 77:3,
166:20, 167:25, 179:2
13:12, 13:22, 18:1,
27:5, 42:18, 45:10,
56:24, 58:15, 59:8,
70:10, 71:10, 77:17,
79:22, 81:8, 81:11,
94:23, 96:15, 97:14,
105:15, 107:16,
110:25, 111:14, 0:9,
115:5, 116:16,
126:21, 130:10,
140:22, 144:13,
153:15, 154:9,
157:24, 159:10,
161:22, 163:8, 161:1,
171:14, 175:16,
178:14, 183:15,
187:23, 189:9,
195:13, 195:21,
204:25, 205:9,
209:1, 209:19,
223:18, 225:7,
An - 32:19, 82:1,
analyses - 152:14
164:22, 165:5, 178:14
anchor - 116:3, 18
anchorage - 160:25
204:17, 204:18:11,
anchors - 70:1621
1:17, 2:1, 2:7, 4:2,
7:18, 8:3, 8:11, 9:7,

11:18, 12:1, 12:12,
14:6, 14:11, 14:21,
18:1, 18:13, 19:2,
21:15, 22:11, 24:8,
25:6, 25:22, 27:14,
30:11, 31:8, 33:24,
36:12, 37:8, 38:12,
41:10, 42:3, 42:17,
45:24, 46:9, 46:16,
49:22, 50:13, 50:24, 7,
52:2, 54:1, 55:1, 55:8,
57:5, 57:6, 57:8, 57:9,
60:7, 60:9, 60:10,
61:5, 61:19, 61:21,
64:15, 64:17, 65:4,
70:12, 70:17, 71:20,
74:14, 74:22, 75:8,
79:4, 79:16, 80:12,
83:11, 84:5, 85:1,
86:19, 87:3, 88:14,
90:20, 91:5, 92:5,
95:8, 95:23, 96:19,
99:15, 101:1, 101:20,
107:23, 108:7, 06:13,
109:18, 110:11,
111:19, 111:20,
114:14, 114:24, 14:9,
116:19, 117:2, 117:4,
117:24, 117:25,
119:6, 119:10, 18:15,
122:17, 122:19, 21:5,
123:6, 123:7, 123:9,
124:1, 124:7, 124:21,
125:25, 126:3, 126:8,
127:11, 128:3, 128:4,
130:9, 130:20, 131:3,
133:7, 133:15,
134:8, 135:4, 135:7,
136:10, 136:15,
138:14, 139:12, 8:10,

139:17, 140:4,
142:20, 142:21,
143:10, 143:15,
144:23, 145:11, 4:10,
146:4, 146:19,
147:24, 148:3,
148:21, 149:4,
149:22, 150:8, 150:9,
152:16, 152:17, 2:11,
153:5, 153:10,
153:22, 153:23,
154:8, 154:12, 54:7,
155:7, 156:9, 156:10,
157:7, 157:15, 157:2,
158:3, 158:14,
161:1, 161:5, 162:25,
164:11, 164:19,
165:14, 166:18,
167:14, 168:5, 169:5,
169:24, 170:3,
170:24, 172:15,
173:13, 173:17,
174:22, 176:2, 176:3,
176:15, 177:6, 177:7,
178:10, 179:6,
180:16, 180:19,
181:10, 181:22, 1:3,
182:18, 183:5,
183:16, 184:3,
185:11, 185:17,
188:15, 188:16,
189:13, 189:15,
190:14, 191:2, 191:3,
193:10, 193:21,
196:12, 198:16,
198:19, 199:1, 199:4,
199:17, 200:2, 201:9,
204:23, 205:4, 203:9,
205:24, 206:3, 206:5,
206:15, 206:16,

208:9, 208:17, 208:7,
210:6, 210:16,
212:11, 212:21,
215:18, 215:24,
218:20, 218:24,
220:8, 220:12,
221:7, 221:11, 222:2,
223:15, 224:14,
225:23, 227:4, 227:5,
227:13, 227:23,
228:18, 228:22, 8:11,
230:6, 230:7, 230:9,
230:15, 230:14,
8:19, 8:21, 10:1, 12:2,
15:14, 15:23, 16:3,
23:12, 24:15, 24:19,
27:23, 28:2, 29:10,
30:23, 30:25, 32:2,
35:3, 35:16, 35:19,
37:12, 38:8, 38:10,
41:12, 43:5, 43:11,
47:12, 47:15, 47:18,
51:5, 52:19, 53:21,
56:4, 56:7, 57:10,
58:24, 59:2, 59:6, ,
61:13, 62:20, 63:3,
70:13, 71:13, 72:23,
76:1, 78:2, 79:24,
80:23, 81:19, 82:2,
83:13, 84:24, 85:8,
88:23, 90:3, 90:8,
93:18, 93:21, 94:5,
97:6, 98:14, 100:3,
101:22, 102:5, 102:8,
104:4, 104:11,
106:2, 106:19, 107:1,
107:18, 107:21, 7:15,
109:14, 109:21, 09:4,
111:5, 112:13,
115:19, 116:1, 116:6,

117:19, 118:4,
123:24, 125:1, 125:9,
126:11, 126:15,
129:9, 129:11, 130:6,
131:10, 131:15,
132:20, 132:23,
134:11, 134:13,
136:18, 137:21,
140:12, 141:2,
145:24, 146:1, 146:8,
148:8, 148:12, 149:4,
155:10, 158:10,
161:11, 162:22,
165:4, 166:23, 167:5,
170:5, 171:9, 171:19,
172:22, 173:21,
175:14, 175:21,
179:11, 181:6,
181:17, 183:9,
184:8, 185:2, 185:22,
188:18, 188:25,
193:9, 193:13,
194:6, 194:17, 195:5,
196:11, 196:13,
199:14, 199:24, 98:7,
200:25, 201:20,
204:16, 205:8,
206:7, 206:9, 206:22,
208:15, 209:2,
211:24, 213:5,
217:1, 217:11, 218:5,
224:19, 225:20,
227:12, 227:21, 6:6,
and/or - 191:16
57:20, 57:21:21,
211:16 - 4:20,
angle - 109:9,
109:24, 112:8, 225:7
36:3, 81:11, 89:11,
138:24, 140:3,

answer - 7:9, 17:6, 4
43:16, 94:11, 128:14,
170:14, 170:20,
answered - 33:25,
107:23, 110:1, 119:7,
141:17, 164:20,
201:16, 207:13,
anticipation - 15:7
88:11, 112:15, 120:2
10:17, 10:21, 11:4, ,
15:23, 16:11, 17:14,
18:24, 20:1, 20:22,
21:10, 21:19, 23:20,
28:8, 28:11, 29:14,
33:12, 35:7, 35:11,
37:9, 37:23, 38:1, ,
38:19, 38:22, 39:9,
43:8, 43:9, 46:21,
51:18, 55:23, 55:24,
70:25, 71:9, 74:3,
78:24, 82:6, 82:9,
86:22, 87:10, 87:16,
92:11, 92:19, 97:11,
101:11, 103:20, :8,
108:15, 108:23,
118:20, 119:22, 4:4,
121:14, 123:25, 1:11,
131:8, 132:9, 133:1,
134:20, 135:2, 135:6,
136:19, 138:18,
142:10, 142:19,
144:25, 145:16,
152:25, 153:11, 0:16,
155:18, 157:3,
159:4, 159:7, 159:14,
162:16, 163:11,
165:4, 165:18, 166:2,
169:7, 171:22, 172:6,
178:8, 179:3, 183:20,
186:13, 186:15,

189:10, 190:19,
193:24, 197:6,
199:14, 199:16,
203:12, 203:18,
212:16, 212:21, 2:8,
213:21, 214:10, 13:7,
220:15, 223:25, 20:6,
225:15, 225:16, 5:11,
Anybody - 228:1730:11
129:13, 132:107,
59:15, 61:23, 115:22,
anything - 33:18,
77:9, 84:11, 84:25,
98:17, 99:3, 101:13,
102:25, 103:20,
142:3, 143:23, 138:5,
152:14, 173:14,
180:18, 180:22,
Anything - 97:20,
anyway - 168:206:23
139:18, 181:1324,
164:7ere - 163:2,
apparent - 30:6, 3
apparently - 132:3,
appear - 34:12,
111:10, 132:4, 148:21
appeared - 4:2, 4:5,
4:16, 4:19, 4:21, 14,
114:13, 133:18, 4:10,
180:25, 198:17,
206:17, 227:19
71:24, 92:5, 92:12,
215:1, 95:24, 207:20,
48:7, 48:21, 49:22,
166:25, 167:13, :4,
applications - 44:5,
176:15, 176:16, 6:11,
applied - 71:21,
117:16, 120:21, 6:20,
203:17, 206:1, 206:3,

apply - 26:5, 41:21,
80:10, 80:12 72:2,
appropriate - 87:13,
appropriateness -
Approximately -
approximately -
66:9, 71:20, 75:10, 25,
91:12, 95:3, 116:21,
144:7, 174:5, 228:21,
183:12- 13:19, 13:24,
aprons - 166:2
architect - 55:18,
154:14, 158:1,
198:8, 215:17,
architect's - 154:15,
Architects - 1:15,
architects - 9:19,
154:24, 159:9, 218:17
174:19, 174:25,
Are - 14:8, 14:23,
31:20, 31:25, 34:2,
138:10, 139:9, 20:9,
189:3, 198:3, 228:3
12:2, 14:12, 14:13, 2,
23:18, 23:25, 25:7,
48:8, 62:11, 62:23,
72:19, 73:5, 79:1,
81:17, 89:25, 93:6,
99:17, 102:6, 103:18,
114:24, 120:10,
128:23, 129:22, 3:11,
131:23, 131:24,
133:3, 133:9, 134:11,
141:9, 143:7, 145:24,
159:9, 163:23, 164:2,
172:12, 176:25, 1:9,
185:15, 186:3,
200:23, 201:2, 201:6,
207:15, 208:17,
212:12, 215:14,

223:1, 227:6, 220:8,
22:21, 23:1, 47:17,
61:7, 73:17, 73:18,
93:11, 93:20, 94:21,
111:21, 112:7, 112:8,
114:4, 117:4, 126:21,
134:24, 135:17,
139:12, 153:23,
166:25, 167:22,
169:12, 169:19,
172:4, 172:21, 70:13,
189:1, 190:17,
203:16, 217:10,
20:16, 20:18, 21:12,
21:18, 23:16, 23:22,
41:19, 46:9, 47:23,
76:8, 76:15, 76:22,
80:16, 118:5, 122:6,
131:19, 131:20,
138:17, 139:7,
152:20, 152:25,
153:24, 169:25,
189:10, 189:13,
190:8, 209:12,
aren't - 163:23,
argumentative -
arise - 213:13
157:23, 218:23
22:2, 22:3, 65:18,
117:16, 118:1, 7:3,
173:2, 181:131,
6:10, 6:16, 6:19, 9:20,
12:17, 13:22, 14:23,
19:2, 20:12, 20:20,
25:9, 25:14, 25:21,
27:14, 28:25, 29:12,
31:5, 31:17, 31:18,
38:15, 38:18, 39:21,
41:12, 42:2, 42:17,
44:17, 44:25, 45:10,

50:23, 51:23, 51:24,
55:19, 57:23, 59:12,
67:2, 68:2, 72:9,
74:5, 74:19, 75:17,
81:8, 81:14, 82:6, ,
87:3, 88:2, 88:3, 88:5,
93:12, 94:3, 95:7,
99:1, 101:15, 102:21,
105:22, 106:23,
112:1, 112:8, 112:23,
115:19, 118:16,
121:4, 123:22,
127:19, 127:20,
129:18, 130:3, 130:6,
135:2, 137:13, 140:8,
145:16, 146:3,
149:24, 150:4,
152:16, 152:20, 52:9,
153:24, 154:20,
157:18, 158:11, 7:9,
158:25, 160:3,
162:5, 163:8, 163:9,
167:13, 168:7, 169:4,
173:24, 174:6,
176:20, 177:2,
180:5, 180:17, 182:7,
184:24, 188:1, 188:9,
190:19, 192:1, 190:4,
194:10, 194:19,
195:16, 196:7,
197:15, 200:7,
204:21, 206:23,
210:5, 210:18,
214:4, 215:12,
217:21, 217:24,
219:12, 219:24,
221:25, 222:4,
222:22, 222:25,
227:16, 228:5, 229:3,
36:15, 95:19, 99:23,

160:3, 198:13, 212:7
156:15, 165:9, :6,
168:13, 165:16,
12:10, 18:16, 59:17,
92:18, 132:25, 145:7,
155:13, 165:1, 170:9,
214:11, 187:22,
52:10, 53:18, 87:17,
131:8, 165:25, 170:9,
ask - 7:9, 8:12, :11
129:18, 140:1, 2:7,
155:25, 171:1, 173:2,
Asked - 69:140, 225:3
13:4, 33:24, 39:24,
119:6, 119:15, 124:6,
138:20, 141:16,
157:8, 164:19, 56:24,
165:15, 171:4,
188:14, 200:2,
209:10, 210:24,
24:4, 28:16, 37:19,
asks - 45:12, 54:15
assembly - 213:8
Assessment - 10:61
assignment - 156:1,
Associate - 9:1580:10
150:5, 161:13, 161:17
87:25, 146:19, 166:1,
associates - 152:12
209:17ation - 131:3,
34:16, 34:17, 63:3,
129:4, 144:1, 147:15,
assumes - 30:14,
198:10 79:8, 79:18,
assuming - 34:13,
139:15, 175:22, 20,
Assuming - 128:6,
assumption -
assumptions -
at - 6:3, 6:5, 7:1,

9:6, 10:23, 10:25, 5,
18:13, 19:9, 19:15, :5,
22:5, 22:20, 22:24,
24:10, 24:19, 25:20,
27:5, 27:8, 27:9,
27:19, 27:21, 28:17,
29:8, 29:19, 29:25,
30:23, 32:5, 32:16,
34:9, 34:22, 34:23,
35:14, 35:19, 39:15, 8,
42:8, 42:19, 42:20,
44:7, 46:1, 47:3, 49:5,
50:8, 50:11, 51:13,
64:7, 65:1, 65:12,
69:2, 69:9, 71:3, ,
72:6, 72:14, 73:9,
75:8, 77:15, 77:25,
78:25, 79:3, 79:15,
81:25, 82:13, 84:21,
90:21, 90:22, 91:1,
91:25, 92:7, 92:13,
93:22, 95:4, 96:4, ,
97:15, 98:25, 100:4,
103:11, 103:14,
107:21, 108:22,
109:12, 110:10,
113:15, 114:4, 114:6,
115:23, 115:24,
117:16, 118:1, 118:3,
121:15, 121:20,
122:17, 122:22,
124:16, 125:7,
125:25, 126:4, 126:8,
129:5, 129:13,
132:20, 133:4,
135:19, 135:25,
139:18, 140:10, 8:23,
141:14, 141:21,
144:1, 144:12, 145:3,
149:2, 149:24, 47:10,

152:23, 153:10,
161:12, 162:10,
165:18, 165:21,
167:12, 167:13,
168:18, 168:23, 8:13,
171:14, 172:1, 170:7,
178:1, 179:7, 179:9,
180:18, 181:12,
183:7, 183:17, 184:2,
192:7, 192:8, 192:9,
193:21, 193:25,
196:9, 197:20, 95:1,
203:3, 203:5, 203:6,
203:16, 204:1, 03:15,
206:24, 207:5, 207:6,
207:24, 208:3, 208:9,
214:4, 214:12,
215:21, 218:3,
224:13, 225:6,
228:20, 229:2, 230:9
14:10, 36:6, 43:11, 6,
129:12, 168:18, 1:9,
Atlanta - 62:17 207:9
15:22, 134:11, 195:7,
attachment - 216:4,
attempt - 13:12,
attorney - 230:11
228:23ey - 5:13,
230:12eys - 197:10,
123:25, 124:2-
111:5bute - 108:24,
26:17, 36:1, 66:2,
authored - 11:24
Avenue - 4:2, 4:4,
aware - 7:22, 15:17,
32:1, 52:21, 125:1,
129:25, 132:9, 133:1,
135:17, 136:13, 4:7,
138:10, 138:16, 38:7,
158:18, 159:4, 172:6,

awareness - 147:22:11
90:20, 104:19, 109:6,
151:13, 199:1, 206:12
B
B - 75:15
bachelor's - 162:19
29:15, 33:14, 45:24,
90:8, 94:24, 108:7,
126:17, 133:24,
196:8, 199:16, 224:18
106:8, 151:4, 166:20,
backfilling - 86:12,
background - 7:19,
25:7, 65:3, 75:3,
112:1, 114:9, 120:20,
backtracking - 81:13
88:14, 88:1621,
97:23, 106:23, 124:5,
bad - 23:17:23
130:9er - 130:6,
71:22, 76:9, 76:10,
112:23, 113:15, :6,
115:17, 116:3, 116:5,
116:16, 116:20,
117:16, 118:1, 136:7,
207:3, 208:9, 213:7,
Based - 24:24, 65:3,
116:2, 123:6, 128:20,
based - 10:14, 10:4
33:14, 71:23, 73:19,
81:21, 88:4, 93:16,
122:16, 123:7, 1:25,
150:8, 161:25, 148:8,
163:21, 167:5, 167:6,
176:25, 192:23, 210:6
160:23- 122:15,
159:22, 201:910:11,
12:24, 59:11, 60:5,
113:15, 127:4,
180:25, 223:17,

48:23, 59:13, 59:14,
87:16, 157:4, 202:3,
bathtub - 167:21
13:14, 16:12, 17:19,
22:7, 22:17, 23:8,
34:1, 34:14, 34:18,
42:23, 44:19, 45:2,
48:7, 48:19, 48:20,
60:8, 63:25, 71:7,
77:11, 81:2, 81:5, ,
81:18, 81:20, 83:23,
95:5, 95:22, 97:22,
104:10, 108:23,
122:16, 123:2, 124:4,
126:15, 127:10,
129:22, 130:4,
132:17, 135:6,
136:22, 137:4, 139:7,
139:25, 140:24,
142:10, 143:8, 41:14,
146:3, 146:6, 146:10,
150:10, 150:23,
152:24, 154:2, 154:3,
158:5, 158:25, 156:6,
164:11, 166:21, 64:6,
168:19, 171:14,
175:9, 175:16,
182:24, 184:17,
185:20, 185:24,
187:10, 187:13, 6:24,
193:19, 194:2,
196:13, 198:17,
204:5, 204:13, 02:9,
204:25, 205:6, 205:9,
211:18, 211:22,
215:1, 218:2, 219:5,
221:12, 223:25,
227:3, 227:7, 227:11,
bear - 153:11
100:6, 100:9, 101:13,

became - 76:16
84:20, 177:9:21,
11:22, 16:25, 18:3,
94:12, 95:2, 106:7,
127:2, 136:21, 141:3,
143:17, 144:4,
163:5, 164:3, 180:25,
199:18, 219:23 194:3,
133:16, 152:19,
becoming - 153:3
10:13, 10:17, 10:21,
17:23, 25:18, 25:22,
32:7, 33:11, 34:12,
37:8, 42:21, 43:11,
56:15, 59:18, 65:21,
68:18, 69:7, 69:9,
73:15, 74:7, 75:22,
80:4, 80:9, 80:12,
81:12, 89:5, 90:20,
94:25, 95:24, 96:10,
110:23, 111:22, 1:6,
115:17, 116:24, 4:11,
118:6, 122:18, 123:1,
123:22, 125:12,
138:2, 138:3, 138:8,
140:7, 141:23,
143:17, 143:20,
148:16, 152:8,
154:6, 154:16,
159:8, 161:3, 162:3,
164:13, 164:15, 2:9,
174:24, 175:7,
192:22, 192:23, 87:8,
203:24, 204:22, 7:16,
212:12, 212:13,
218:25, 219:23,
221:24, 225:18,
before - 6:2, 6:16,
15:1, 24:24, 31:9,
72:23, 113:19, 3:4,

142:21, 142:22,
177:17, 205:14, 70:6,
216:23, 210:13,
189:21, 190:4, 195:21
behind - 72:18,
94:12, 98:14, 98:20, 6,
224:14, 227:23,
32:8, 44:10, 54:14,
97:22, 98:13, 116:8,
127:4, 127:24, 128:7,
132:15, 141:11,
156:21, 159:5, 164:7,
182:7, 199:8, 216:5,
belief - 158:22,
believe - 13:9,
15:22, 22:9, 23:16,
27:24, 32:6, 33:13,
56:25, 58:1, 58:18,
65:21, 66:1, 66:2,
67:17, 69:15, 71:14,
75:20, 76:2, 76:12,
79:25, 80:6, 80:15,
87:24, 87:25, 88:1,
90:7, 90:19, 93:9,
97:8, 97:12, 98:16,
101:24, 104:7, 00:4,
104:21, 105:8,
106:22, 107:14,
109:10, 109:16,
114:22, 115:11, 10:6,
117:23, 122:15, 17:3,
123:18, 126:3, 126:7,
127:14, 127:16,
135:25, 139:5, 140:9,
146:5, 146:7, 146:18,
150:9, 153:13, 158:1,
159:20, 160:8,
166:17, 167:21,
181:11, 181:12,
188:2, 188:15, 191:3,

193:3, 193:21, 92:5,
194:14, 194:19,
200:10, 200:11, 96:2,
201:17, 201:18,
208:2, 209:5, 211:21,
216:19, 216:25,
224:12, 228:5,
145:4, 145:64:24,
below - 10:14, 7
21:17, 22:14, 57:12,
97:13, 135:15, 5:3,
139:17, 146:6,
167:24, 168:17,
174:5, 176:1, 176:11,
176:25, 179:14,
201:12, 202:5,
bending - 109:2428:10
134:9th - 106:11,
bentonite - 10:14,
31:16, 32:6, 32:20,
41:18, 55:6, 55:9, ,
92:14, 92:24, 94:21,
110:23, 112:9, 117:3,
130:10, 130:13, 6:16,
131:4, 131:7, 131:9,
131:20, 137:8,
148:16, 149:18, 48:5,
208:16, 208:23,
219:23, 222:18,
223:12, 223:13,
224:2, 224:13,
bentonite-based -
berd - 1:17, 2:8,
berm - 126:16
135:9, 149:22, 150:3,
better - 162:3, 162:7
between - 22:25,
46:12, 47:1, 47:6,
109:12, 109:18, :10,
150:6, 169:5, 170:10,

180:19, 188:15,
194:14, 198:19,
220:7, 201:9, 206:10,
130:14, 140:4, 149:6,
Beyond - 24:18
bids - 14:24, 15:7
bigger - 103:24:16
61:2, 61:4, 147:6, ,
bit - 93:12, 145:13,
Bituthene - 167:6
167:6hene-based -
206:1, 206:4, 227:19
133:4, 144:15, 5:23,
146:2, 146:3, 146:23,
174:25, 175:22,
177:20, 178:1, 200:5,
blocks - 144:17,
172:14, 198:37,
4:11, 229:23- 1:24,
94:3, 94:4, 94:5, 94:7,
97:22, 98:23, 106:9,
107:3, 107:11,
107:19, 108:10,
112:22, 114:14,
141:7, 141:8, 141:15,
199:17, 203:9 199:1,
Both - 11:12, 20:18,
both - 18:15, 18:16,
51:2, 73:22, 101:1,
112:1, 149:4, 184:9,
202:18, 202:20, 203:6
32:24, 36:25, 65:22,
75:23, 91:1, 91:5,
104:17, 146:8, 1:1,
178:12, 192:20,
Boulevard - 4:1328:6
bracket - 116:14,
216:15, 216:20 206:6,
204:17, 204:18:17,
break - 39:14, 165:2

151:20, 182:12,
bridged - 49:8
146:25, 172:8, 179:25
bringing - 178:16
brought - 12:17,
143:11 13:25, 16:24,
5:5, 6:4, 11:8, 18:19,
45:18, 46:16, 68:24,
94:14, 97:24, 99:13,
108:17, 113:9,
124:6, 141:19,
154:14, 154:22,
158:4, 159:4, 160:1,
163:16, 164:4,
165:13, 166:13,
170:5, 171:1, 171:3,
172:10, 173:11, 2:5,
175:14, 175:21,
182:10, 184:14,
202:23, 205:5,
216:7, 220:5, 221:4,
228:15, 226:21,
budget - 150:21
181:2, 184:4, 184:7,
185:16, 186:22,
Builders - 1:6, 1:12,
157:10, 170:11, ,
199:19, 220:15
26:20, 36:9, 36:10,
156:20, 168:19, :23,
191:21, 192:8,
192:25, 193:4, 193:6,
193:25, 201:14,
building - 28:23,
121:8, 136:6, 186:18,
192:21, 202:6, 220:1,
225:4, 225:6, 225:15
66:10, 66:16, 74:12,
188:19, 191:20, 45:1,
192:24, 193:11,

Buildings - 134:7,
192:14, 188:22,
141:11, 141:12,
227:14, 164:3, 164:5,
142:15, 166:1637:15,
33:17, 33:19, 33:20,
74:14, 76:7, 77:19,
148:4, 149:4, 149:19,
174:1, 180:7, 180:24,
197:23, 198:15,
203:1, 205:21,
215:17, 212:20,
14:12, 14:20, 32:12,
buried - 217:23
But - 26:5, 75:16,
115:12, 116:13, :20,
139:19, 144:4, 147:4,
180:5, 183:17, 191:4,
202:18, 213:18, 01:4,
223:12, 216:23,
25:14, 25:25, 27:11,
36:12, 37:4, 55:5,
63:25, 67:17, 86:2,
104:7, 109:18, 110:2,
126:20, 128:8,
132:21, 135:24,
138:4, 143:3, 144:10,
147:9, 149:1, 153:6,
163:11, 171:13,
176:20, 186:15, 3:24,
203:8, 204:12, 01:22,
212:12, 214:11,
227:25, 219:5, 222:7,
butting - 188:22
buy - 151:171
6:12, 9:6, 11:10, 12:2,
18:21, 19:10, 19:20,
31:25, 32:10, 32:16,
34:20, 37:19, 39:20,
41:21, 42:7, 42:16,

45:17, 46:2, 46:21,
48:23, 49:18, 49:23,
52:19, 53:7, 53:11,
54:11, 54:16, 54:23,
56:13, 56:17, 57:10,
61:15, 61:23, 62:14,
66:23, 67:5, 67:13,
69:1, 69:8, 69:18,
77:5, 78:2, 78:9, ,
81:19, 82:25, 83:24,
86:4, 86:15, 87:6, ,
91:20, 93:4, 93:18,
96:8, 98:3, 99:18, ,
100:20, 101:3, 101:9,
103:8, 103:15, 104:1,
105:19, 105:24,
108:2, 108:25,
111:13, 112:4,
113:16, 114:4,
118:18, 119:2,
120:9, 120:17,
121:24, 122:4,
128:2, 128:15, 131:2,
136:24, 137:5,
146:17, 147:8,
154:14, 154:22,
158:4, 159:4, 160:1,
163:16, 164:4,
165:13, 166:13,
170:11, 171:3, 171:9,
174:1, 174:13,
175:21, 177:17,
182:17, 184:19, 9:20,
186:22, 187:7, 188:5,
190:15, 192:7,
196:21, 198:14,
201:18, 203:4, 204:2,
207:17, 208:15, 07:9,
209:25, 210:9, 09:13,
211:15, 212:7, 214:1,

216:15, 217:6,
217:25, 218:12,
221:2, 221:6, 221:13,
222:18, 222:25,
224:19, 225:2, 224:8,
by - 5:3, 5:4, 5:5,
11:18, 11:24, 11:25,
12:12, 18:6, 21:3,
24:14, 24:17, 25:10,
46:6, 47:4, 47:18,
52:17, 52:21, 59:12,
71:23, 73:14, 73:17,
87:18, 97:19, 98:13,
103:10, 104:19,
114:12, 114:17,
122:24, 123:2, 123:8,
126:24, 129:5,
135:22, 141:5,
144:3, 147:13,
149:18, 149:23,
157:4, 157:24, 156:1,
161:9, 161:11,
169:7, 171:22,
173:19, 173:24,
177:16, 178:6,
182:1, 183:5, 185:22,
195:25, 199:7,
203:14, 214:11, 02:3,
216:13, 218:17,
220:9, 222:21, 225:5,
230:6, 230:14, 228:5,
C
calculations -
202:12, 163:11,
called - 6:9, 109:8,
Calls - 41:14, 46:18
142:8, 184:13, 187:3,
came - 37:7, 52:4,
camera - 28:5, 28:7,
Campbell - 129:18,

Campbell's - 129:21
45:21, 51:13, 65:19,
97:9, 122:4, 138:1,
can - 17:6, 21:23,
22:12, 22:15, 22:20,
46:7, 47:6, 49:5, 3,
83:15, 92:24, 96:4,
117:19, 122:10, 6:2,
131:16, 145:10,
152:18, 182:24,
195:16, 199:24,
214:13, 214:18,
Can't - 33:9
33:11, 89:12, 89:13,
97:10, 110:2, 117:22,
173:25, 174:1, 151:4,
201:11, 197:17,
14:3eled - 13:16,
canopies - 65:19,
163:18, 163:23,
canopy - 163:21,
187:23, 202:13,
204:11, 205:8, 225:4,
cant - 109:88
cantilever - 225:16
capable - 218:1463:6
caption - 12:4:8
care - 152:209:12
Carlson - 4:4, 6:4
14:8, 16:25, 35:10,
42:19, 60:8, 73:14,
85:9, 100:9, 101:12,
118:7, 120:22,
149:16, 156:14,
197:15, 202:3,
154:19- 70:13,
136:11, 143:24,
168:24, 189:10,
caused - 38:19,
causing - 70:8, 226:7

ceiling - 76:8
225:5, 225:13, 226:3,
center - 22:14,
92:10, 115:9, 23:1,
certain - 22:15,
166:15, 185:14, 186:3
119:13, 153:16:19,
230:1ficate - 5:7,
230:4fy - 229:1,
cetera - 54:2, 165:3
Chad's - 152:10
Chandelle - 4:15
10:1, 101:7, 122:21,
147:5, 148:22,
174:22, 175:5, 175:8,
175:15, 175:20,
176:20, 178:13,
191:15, 191:17,
193:10, 215:18, 3:9,
220:1, 220:8, 220:9,
220:20, 221:6, 221:13
183:24, 191:20,
192:22, 193:3, 193:6,
changes - 12:12,
channel - 154:4 220:6
164:18, 164:23, 165:6
219:22, 230:9:8,
229:22, 230:3, 230:18
6:1, 6:8, 6:15, 6:16,
26:8, 26:10, 151:24,
214:2, 229:1, 229:21,
chauvinistic - 152:3
201:23, 217:22
16:15, 201:10:5,
chemistry - 16:1
58:5, 58:18, 59:2,
64:23 60:16, 61:7,
149:24, 150:1, 150:4,
chosen - 66:18
39:11, 50:24, 60:10,

Christopher - 55:16
89:25ological -
Circle - 4:4, 6:4
127:24, 128:8-
Civil - 1:4, 162:18
162:17, 162:20,
clarify - 170:202
clay - 42:3, 54:1
cleaned - 89:5
32:10, 112:21, :21,
220:20, 221:13,
clearly - 110:9,
client - 7:19, 157:9,
clog - 83:16
92:3, 108:22:1,
clogging - 83:4,
clogs - 83:9 107:3
92:23, 94:20, 95:7,
close-up - 82:16, :13
108:8, 114:21 95:7,
Cmu - 76:9, 76:10,
168:15, 168:17, 5:17,
172:13, 172:15,
177:25, 200:57,
co - 11:14, 138:7
4:3- 1:6, 1:17, 2:2,
138:7ployees -
coauthored - 11:14
code - 145:22,
201:64, 146:5, 177:2,
168:19, 201:14,
Coleman - 4:13
152:21ses - 118:14,
214:13 - 214:6,
collection - 7:18
4:3, 124:19:16, 2:2,
47:25, 71:10, 77:17,
106:3, 131:21, 136:2,
comes - 62:10, 220:17
coming - 22:17, 1:4

126:17, 128:23, :23,
Comiskey - 38:23, 20
51:23, 57:25, 59:23,
138:1160:11, 138:6,
commencing - 6:52
comment - 44:18,
50:14, 55:9, 117:19,
156:25, 162:23,
201:11, 203:11, 9:10,
commented - 8
comments - 11:25,
43:7, 43:8, 43:9, 44:3,
87:17, 87:18, 87:20,
114:12, 118:20, 19,
173:24, 179:23,
commercial -
Commission -
commissioned -
compacted - 164:12
164:17tion -
1:9panies - 1:7,
9:19, 41:7, 41:8,
137:18, 152:13, 1:7,
211:6, 159:15, 210:7,
1:7, 1:8, 4:9, 4:22
42:24ny-wide -
comparison - 168:7
152:18tmentalize -
- 152:25entalized
complete - 14:9, 15
completed - 80:4,
completing - , 218:24
complies - 65:2, 2:6
comply - 159:13214:3
15:18, 15:24, 17:15,
131:11, 131:15, 6,
components - , 205:7
composite - 181:22
164:23ition - 16:5,
11:15ehensive -

141:23mised -
concern - 142:18,
concerned - 160:3
concluded - 208:15
76:1, 98:18, 123:4,
184:13, 187:3, 220:4
122:10, 122:13, :5,
153:12, 179:21
concrete - 10:22,
80:13, 102:15, 0:11,
166:2, 166:7, 176:15,
178:1, 194:15, 198:2,
condense - 179:24
70:18, 82:16, 82:19,
105:16, 107:21, :4,
111:18, 113:15, 11:2,
114:24, 116:23,
122:22, 125:16, 18:4,
212:8, 213:19, 215:2
16:17, 37:11, 71:23,
102:9, 103:20, 02:8,
110:17, 119:9,
125:12, 133:18, 23:8,
141:21, 155:24,
156:16, 157:11, 6:11,
203:13, 213:18,
Conditions - 157:12
183:13, 202:125,
20:6, 183:15, 201:25
210:16, 211:7
23:4, 52:10, 52:17,
195:24 163:9, 163:20,
43:13gurations -
confined - 41:20, 8
48:9, 48:12, 48:22
48:19nement -
confirmed - 125:9,
confront - 226:16
34:2, 194:234:1,
87:9, 87:12, 157:8,

201:23, 201:25168:11,
214:22ts - 214:6,
consideration - 0:5
considered - 8:13
consisted - 98:24,
consistent - 27:10,
128:6, 142:6, 144:9,
168:19, 174:19,
consisting - 229:2
constantly - 167:14
19:13, 85:11 18:1,
142:24ained -
24:3traint - 23:21,
162:2, 165:24, 211:25
98:24, 99:8, 101:21,
154:13, 157:23, 50:4,
170:13, 171:19,
184:10, 188:8,
205:13, 220:7, 225:3,
consult - 87:9
52:25, 55:1, 57:22,
59:9, 61:5, 63:19,
Consultants - 87:25
59:18, 188:759:15,
50:15, 50:17, 62:10,
223:11, 223:12, 06:5,
contacted - 183:5
contain - 20:1, :7
contained - 19:22,
content - 11:11:3
132:1nual - 125:16,
127:22ually - 127:4,
continuous - 226:6
Contract - 219:77:8
180:7, 180:11, 13,
181:2, 181:5, 186:22,
contractor - 157:202
Contractors - 1:17,
contractors - 15:3
201:13ry - 200:20,

contribute - 26:13,
contributed - 98:18,
contributing - 74:8
11:13, 11:14 -
123:11, 168:4-
51:14, 147:24, 180:20
18:24, 41:5, 43:21,
convinced - 218:11
coordination - 20:7
218:17, 215:21,
230:9, 230:1012,
102:12, 179:17, ,
cord - 100:6, 100:9,
cords - 171:17
49:5, 50:8, 50:12,
144:17, 227:1 70:22,
49:6, 70:17, 70:18,
corner - 104:17, :13
correct - 6:17, 6:20,
22:18, 23:2, 23:8,
29:20, 29:23, 35:17,
38:15, 38:20, 46:3,
125:10, 125:20, 5:7,
128:16, 129:6, 130:1,
130:14, 131:13,
134:18, 134:25, 34:9,
137:19, 138:8, 139:4,
143:7, 143:8, 144:16,
151:17, 152:6, 150:4,
155:16, 156:14,
167:8, 168:8, 171:5,
174:12, 174:14,
180:8, 183:10, 177:7,
193:11, 195:23,
212:15, 212:24,
227:17, 229:3,
8:24, 16:2, 16:4, 16:7,
16:19, 16:21, 20:4,
26:15, 27:17, 27:22,
32:22, 32:25, 34:25,

35:25, 36:17, 37:4,
38:14, 38:17, 38:21,
55:12, 66:15, 66:25, 4,
74:13, 75:13, 76:6,
82:14, 88:22, 89:8,
104:3, 105:4, 107:6,
128:17, 128:19,
129:10, 130:2, 130:5,
131:22, 134:10,
137:20, 140:17,
145:15, 146:10,
151:18, 152:7,
174:15, 184:22, 74:3,
212:18, 213:23190:22,
229:4ction/reason -
104:20pond -
5:11espondence -
76:3, 135:5, 195:8
122:23, 123:1
125:12, 212:13
122:18orates -
116:12, 117:12, 170:3
could - 11:21, 23:2,
43:9, 45:2, 47:16,
81:16, 86:11, 86:12,
104:10, 108:24, :8,
134:6, 136:21, 129:4,
151:17, 160:17,
178:15, 185:20,
187:13, 189:11, 7:10,
202:5, 202:7, 202:21,
211:21, 213:13,
225:14, 225:20,
Could - 21:9, 79:10,
128:1, 147:7, 151:20,
couldn't - 182:3,
225:11, 225:18, 228:1
counterflashing -
178:4, 195:1, 195:9,
County - 6:3, 230:2,

couple - 12:25,
211:9, 168:4, 190:23,
152:8, 175:1, 175:2,
courses - 175:22,
court - 45:25
229:22- 1:1, 1:23,
14:19, 21:12, 21:15,
22:18, 22:23, 23:9,
76:8, 76:15, 77:21,
134:15, 134:17, :5,
136:15, 137:4, 139:7,
144:10, 145:19,
153:23, 154:1, 166:3,
179:7, 184:6, 186:13,
186:24, 191:20,
courtyards - 20:12,
23:4, 24:18, 26:22,
106:7, 133:4, 140:3,
143:13, 143:24,
153:25, 154:3, 155:8,
164:12, 165:7,
168:16, 177:21,
193:14, 193:24,
Cousineau - 4:20
177:19- 130:21,
crack - 133:2310
Cracked - 133:24
cracks - 49:7, 57:8
crane - 225:15:5
172:18 - 13:6,
126:1, 148:1, 155:25,
161:11, 162:6,
creates - 109:11
creation - 106:68
185:19, 185:23, 186:3
47:12, 188:37:11,
cross-section - 8:6
cross-sectional -
crosslinking -
cumulatively - 65:8

curing - 79:14
33:15, 73:11, 138:17,
79:15, 211:25, 212:8,
cursory - 88:13
32:19, 90:20, 92:9,
97:9, 97:19, 98:13,
109:6, 109:7, 110:15,
114:21, 115:17,
198:17, 199:1,
cut-away - 109:7
96:22, 98:22, 112:22,
Cv - 9:8, 9:13, 154:7
cycles - 55:8
D
damage - 86:11, :1
152:21, 160:13,
161:12, 203:25,
damaging - 161:4
dampness - 125:22,
data - 15:14, 15:24
19:19, 106:17 12:16,
Dave - 49:2:20
106:19, 113:18, ,
140:8, 229:20, 230:5,
days - 13:23, 51:9,
Dc - 63:19:12
Dealing - 187:23
decision - 67:22, 21
deck - 10:23, 22:22,
178:11, 178:16, :14,
decks - 63:10,
decorative - 163:24,
deep - 37:1, 121:20,
defective - 17:18
Defendant - 2:6,
4:9, 4:11, 4:14, 4:16,
Defendants - 1:10,
defer - 17:13, 37:22,
84:1, 98:2, 118:25,
8:13rred - 8:10,

126:2, 173:1, 175:3,
degree - 23:19,
162:19, 162:20, 225:7
depend - 46:19,
depending - 139:6,
depends - 23:21, 5:16
depicted - 29:2, 14
168:17, 174:25,
depicting - 175:15
deposed - 6:16,
deposition - 7:3,
11:1, 21:2, 37:6, :25,
228:20, 229:1, 230:5,
Deposition - 1:20,
215:14, 228:25, 26:8,
155:14, 155:18
139:6, 166:15, 98:3,
Deress - 49:2
describe - 91:4,
described - 49:19,
125:23, 127:21,
describing - 181:4:3
Description - 5:107
118:20, 120:18,
149:25, 150:11,
154:15, 157:19, 4:13,
159:6, 163:18,
167:18, 167:22,
175:8, 175:9, 175:15,
184:10, 184:17, 4:7,
185:13, 185:16,
186:10, 186:22,
193:18, 193:20, 90:1,
200:7, 205:11, 211:2,
219:12, 221:11, 9:10,
227:7, 227:11, 227:5,
181:2, 184:4, 184:7,
185:16, 186:22,
designated - 9:20,
designation -

designed - 76:23,
198:13, 210:9141:12,
186:23, 219:205:11,
destructive - 12
detail - 23:23,
61:22, 71:14, 74:8,
157:22, 158:2,
175:20, 176:2, 176:7,
204:8, 205:7, 205:10,
215:23, 216:12,
221:24, 228:17,
details - 147:2,
187:20, 209:6, 210:15
22:23, 38:10, 135:2,
determine - 21:13,
116:1, 123:25, 13,
133:25, 144:18,
148:6, 156:3, 178:14,
202:12, 202:16
157:20, 170:8, 199:7,
determines -
determining -
developed - 153:4
dictated - 154:19
11:10, 12:14, 15:20, ,
20:16, 20:22, 20:24,
30:20, 35:7, 42:7,
53:18, 56:17, 57:14,
61:23, 62:14, 63:14,
67:1, 67:23, 67:25,
71:3, 71:6, 72:2, ,
78:13, 81:11, 84:4,
110:1, 110:2, 115:22,
129:5, 133:25,
145:16, 148:5,
155:18, 161:8,
165:16, 166:2, 173:6,
178:14, 179:5, 178:8,
186:13, 187:20,
191:10, 196:16,

201:24, 204:5, 01:23,
204:18, 204:23,
213:7, 224:615,
8:17, 9:21, 11:11, 15,
21:2, 21:6, 26:13, ,
35:19, 36:2, 36:6,
38:1, 38:10, 40:3, ,
43:11, 43:16, 45:3,
50:25, 51:5, 51:8, ,
56:7, 56:12, 56:13,
60:7, 61:15, 62:3,
69:25, 70:3, 70:4,
74:7, 74:23, 75:1, ,
77:21, 78:2, 81:8,
90:14, 98:14, 100:23,
116:1, 123:24, 124:3,
126:6, 127:8, 131:20,
135:2, 136:2, 136:11,
144:1, 145:2, 146:12,
148:12, 148:16,
152:9, 155:13,
158:22, 160:7,
164:17, 164:21,
176:13, 177:22,
180:10, 183:20,
186:12, 186:15, 86:9,
189:18, 190:6, 191:1,
195:5, 195:25, 93:23,
196:16, 196:18,
202:13, 202:14,
206:18, 206:19,
212:24, 213:5,
218:14, 218:17,
Didn't - 62:24
52:6, 60:5, 62:20, ,
84:11, 90:13, 126:20,
153:21, 155:9,
155:22, 161:15,
186:25, 188:25, 6:5,
190:16, 196:16, 9:20,

198:21, 199:14,
difference - 108:15,
207:40, 169:5, 201:9,
52:11, 62:11, 111:2,
142:11, 147:9, 150:6,
dig - 79:4, 79:16,
181:9, 190:14 142:16,
142:18g - 89:6,
175:24, 176:21, 177:9
177:10ional -
168:21ions -
177:11 - 90:14, 92:8,
149:23, 166:19, 190:7
134:12, 228:12, 230:7
159:12, 159:139:11,
directly - 21:15, 1
116:13, 121:4, 134:8,
161:23, 171:4, 177:9,
224:13, 206:1, 211:4,
dirt - 140:13, 141:6,
164:12, 191:19,
193:2, 193:14, 193:23
191:16lity - 146:21,
84:17ree - 37:9,
disagreeing - 30:11
discovered - 170:78
discuss - 8:6, 62:12
8:4, 8:9, 17:23, 47:21,
92:23, 102:10, 16,
120:8, 135:5, 149:14,
179:1, 187:22, 191:8,
discussion - 145:8
17:20, 31:17, 68:16,
138:14, 146:25,
191:6, 191:11, 78:19,
196:12, 196:13,
displays - 32:6210:6
dissolution - 16:99
224:7, 224:9, 224:17
34:9, 93:1- 29:20,

District - 1:1:24
153:20, 153:22
diverting - 139:5
divisions - 162:21
13:15, 13:19, 14:5,
18:21, 21:22, 22:1,
33:6, 33:18, 36:2,
50:11, 53:11, 58:20,
64:5, 69:18, 72:8,
80:5, 80:17, 81:15,
101:13, 102:8,
115:10, 119:2,
120:24, 123:17,
128:18, 133:20,
138:24, 142:12,
144:18, 144:19,
148:15, 149:2, 148:5,
152:17, 154:20,
160:1, 162:8, 162:14,
165:4, 167:22,
178:3, 178:7, 180:14,
183:20, 183:22,
192:12, 192:19,
204:12, 204:18, 01:8,
211:19, 211:22, 8:22,
220:14, 220:19,
225:20, 228:1, 229:1,
Do - 10:6, 16:22,
48:23, 59:4, 59:15,
65:15, 65:25, 66:5,
67:20, 69:8, 71:9,
78:20, 78:22, 79:2,
87:6, 87:16, 91:13,
107:12, 118:20, :14,
123:4, 128:23,
133:16, 149:9, 156:6,
171:22, 177:16, 5:21,
179:16, 194:20,
196:21, 208:18,
220:10, 220:15, 223:7

document - 11:2,
26:16, 39:23, 40:7,
156:25, 170:10, 43:3,
199:3, 219:615,
91:22, 91:25, 99:7,
documented - 112:18
122:22, 122:19,
93:21, 102:14
12:24, 13:18, 14:8,
113:15, 155:10, 21,
219:9, 184:19, 219:7,
does - 7:17, 34:12,
47:1, 49:4, 53:21,
59:9, 61:18, 61:20,
85:8, 89:10, 89:22,
94:13, 96:14, 97:17,
103:15, 104:22,
106:25, 107:7,
108:6, 112:6, 112:19,
115:16, 116:11,
120:13, 120:24,
140:25, 141:12,
219:12, 223:12,
Does - 19:12, 26:16,
96:3, 100:8, 105:11,
120:17, 113:22,
105:17, 121:3, 55:5,
223:25, 224:7, 224:9
107:13, 131:25 97:1,
don't - 7:4, 11:22,
21:22, 23:1, 23:2,
33:20, 33:21, 36:12,
48:15, 53:12, 53:15,
59:5, 63:24, 66:3,
74:7, 76:5, 79:25,
84:20, 87:4, 88:10,
97:12, 99:2, 100:21,
104:11, 105:16,
115:11, 117:24,
127:14, 128:12,

131:7, 134:2, 134:4,
143:17, 143:20, 3:2,
151:5, 151:25, 149:2,
164:15, 171:11, 62:5,
192:17, 193:5, 193:6,
196:5, 196:8, 197:1,
201:10, 203:8,
212:13, 213:15,
216:21, 219:22,
222:17, 225:16 222:8,
65:13, 65:15, 65:25,
69:9, 80:19, 80:21,
123:21, 131:24, 7,
135:3, 135:24, 133:6,
137:21, 138:11,
180:18, 192:15,
donut - 162:10 225:14
194:21, 225:4
doorway - 194:15
75:9, 75:24, 179:8
double-check -
doubt - 77:18, 79:1
40:10, 89:14, 130:3,
136:11, 142:5, 148:4,
172:15, 178:16,
206:18, 214:5, 98:14,
225:12, 228:7, 218:2,
downspouts - :4
154:8, 154:12,
157:14, 157:18
draft - 11:24, 173:7,
drafted - 12:10,
drain - 22:18, 22:21,
76:8, 76:13, 77:7,
78:2, 78:8, 82:3, ,
83:5, 83:9, 83:12,
85:5, 104:7, 122:23,
125:25, 140:18,
141:3, 143:4, 149:12,
178:13, 198:18,

214:6, 214:7, 214:12,
214:22, 214:20,
85:7, 86:14, 92:2,
94:4, 94:5, 94:7,
106:9, 106:12, 7:22,
107:11, 107:14,
108:10, 108:14,
114:14, 117:4,
125:1, 125:2, 138:20,
139:17, 140:25, 9:3,
141:8, 141:15, 154:2,
166:22, 190:2, 66:18,
drained - 78:10,
drains - 77:20, 78:2,
78:17, 78:24, 139:2,
150:23, 178:9,
draw - 121:14,
drawing - 78:9, 123:2
drawings - 78:13,
159:6, 168:10,
174:20, 174:25,
186:10, 193:20, 86:7,
194:21, 198:1, 198:3,
drawn - 161:17210:15
drilled - 204:23
drive - 127:19
160:12, 161:318,
Dtos - 179:60:15
dug - 8:23, 90:5,
duly - 6:9, 230:6
39:10, 50:16, 50:17,
55:22, 56:6, 56:7, ,
59:21, 60:24, 61:11,
durability - 55:6
20:5, 21:3, 23:12,
35:10, 66:1, 86:12,
147:24, 155:6, 144:5,
170:9, 174:6, 187:7,
197:13, 218:23,
During - 127:8,

duties - 51:25,
121:6
E
e - 18:6, 41:6, 42:20,
53:18, 54:17, 56:21,
59:19, 60:7, 60:13,
63:21, 64:14, 63:2,
50:22, 53:16, 53:18,
58:15, 59:17, 59:19,
62:24, 63:2, 63:21,
e-mails - 18:6, 51:9
40:12, 41:3, 46:5, ,
134:11, 142:16, :11,
earlier - 136:18,
177:3, 179:12, 208:4,
212:15, 211:17,
ease - 109:19, 173:3
easiest - 152:3
206:16, 227:203,
166:7, 172:11, 5:6,
224:13, 214:18,
education - 152:6,
effect - 16:17,
74:3, 74:16, 77:14,
108:23, 126:20, 22,
189:24, 190:9,
effective - 25:18,
69:16, 69:18, 72:25,
85:15, 96:10, 98:15,
effectively - 92:15,
effectiveness -
141:2283:10, 124:11,
Efflorescence -
efflorescence -
effort - 72:20, :15
efforts - 65:11,
202:9, 203:185:12,
140:9, 144:5, 144:7,
175:23, 179:10, 5:1,
either - 23:3, 24:8,

95:25, 98:20, 168:15,
186:4, 197:10,
elected - 181:3 226:1
elevation - 100:25,
193:14, 218:22
74:3inate - 22:15,
25:12, 26:1, 65:5,
73:20, 73:13, 73:18,
73:3, 73:6, 162:12,
Elness - 1:15, 1:16,
else - 11:4, 61:23,
89:20, 90:7, 98:6,
124:2, 185:10, 228:17
179:6here - 154:5,
118:13r - 6:25,
employed - 71:14,
employee - 59:7,
employees - 0, 230:11
employment - , 159:9
End - 228:24
21:16, 22:6, 23:4,
72:19, 90:23, 90:24,
133:3, 133:8, 143:24,
144:12, 144:13,
171:3, 171:23, 172:1,
190:15, 190:17,
207:9, 207:150,
141:11, 141:12,
181:12 156:20, 158:2,
Engineer - 9:16, 8
engineer - 55:18,
118:12, 140:1, 10,
175:6, 175:146,
22:13, 118:18,
120:19, 120:21,
162:17, 162:18,
163:17, 162:20,
165:2eering - 88:1,
165:6eering's -
152:11, 152:15, 210:7

90:6, 90:7, 103:17
90:10gement -
90:16ging - 90:12,
142:5, 143:11,
entail - 185:23
153:23, 166:15,
entered - 186:17,
entering - 24:8,
153:19, 186:25141:10,
130:10, 142:6,
169:22, 173:12,
217:21, 228:1,
146:14, 162:1219,
entrance - 74:15,
entries - 194:74:16
177:15, 217:22 136:8,
entryways - 194:6
Environmental -
envisioning -
equipment - 127:15
53:25on - 42:3,
Esq - 4:1, 4:4, 4:6,
4:18, 4:20 4:13, 4:15,
132:2, 132:7, 152:11,
essential - 49:7,
Essentially - 59:14,
181:16, 181:24,
essentially - 8:20,
42:21, 126:21, 130:7,
160:23, 167:21, 60:4,
183:12, 189:11, 2:2,
199:13, 222:24,
established - 75:22,
Estenssoro - 54:12,
estimate - 89:16
evaluate - 87:12,
evaluating - 88:3
43:18ation - 35:10,
191:2- 146:19,
even - 22:8, 139:24,

157:20, 157:21,
164:9, 164:13, 163:8,
177:17, 180:2,
200:23, 205:13,
event - 127:12,
eventually - 171:17,
Ever - 112:4
10:21, 15:23, 18:17,
62:18, 63:14, 63:16,
131:16, 135:2, :13,
170:6, 174:22,
186:13, 187:20,
210:9, 210:12, 196:8,
every - 71:3,
162:11, 142:17,
everywhere - 80:125
30:15, 31:24, 37:13,
77:13, 79:9, 79:18,
98:20, 105:19, 3:13,
116:4, 118:2, 127:20,
129:17, 129:23,
170:2, 172:25, 187:5,
198:11, 209:7, 218:3
44:17, 228:524:17,
24:12, 66:4, 67:22,
212:16, 227:25
25:15, 48:16, 84:11,
177:5, 89:13, 143:18,
125:9, 125:11
5:4, 5:5, 5:6, 6:11,
151:22, 182:16,
215:7, 225:1, 226:12
115:22e - 98:14,
129:19, 229:110,
example - 21:22, 9
45:11, 70:10, 156:8,
172:10, 185:23,
excavated - 161:19
excavation - 106:7
193:25, 214:5, 169:7,

13:4, 13:7, 13:14,
36:2, 36:18, 36:19,
Except - 229:36:16
Excused - 5:6 152:9
Exhibit - 5:10, 5:11,
19:8, 19:10, 24:23, ,
32:11, 39:21, 39:22,
179:16, 182:21, 47:7,
Exhibits - 5:9
147:9, 182:20, 208:4,
exist - 209:7,
existed - 213:18,
existing - 79:3,
exists - 211:25
expand - 223:15
135:10, 135:13, 3:9,
172:14, 175:19,
188:52, 185:2, 185:9,
175:17ation -
expensive - 150:22,
experience - 17:4,
41:6, 42:5, 42:8,
44:4, 55:20, 56:15,
60:22, 63:12, 148:9,
154:16, 154:19,
experienced -
expert - 6:17, 6:19,
152:19, 152:25, 153:4
78:23, 118:7, 118:11,
Experts - 1:15, 4:12,
174:18, 177:17,
Expires - 230:20
185:8in - 170:23,
158:17ation -
expose - 203:105:17
92:24, 94:25, 129:5
exposure - 153:5
express - 101:12
142:17sed - 119:23,
94:13, 204:10,

extended - 71:19,
139:24, 163:5,
Extending - 72:17
95:8, 132:6, 163:10,
extensive - 55:20,
extent - 7:16, 48:19,
126:8, 138:16, 144:2,
extents - 142:2319:9
98:23, 98:25, 102:14,
193:21, 194:1 191:23,
extra - 221:7
F
face - 141:1, 179:25
fact - 83:11, 85:22,
121:25, 122:4,
127:23, 128:8,
139:9, 139:12,
162:24, 164:11,
177:17, 196:8, 202:8,
facts - 30:14, 31:24,
128:6, 187:4, 188:11,
factual - 147:20
fail - 212:1147:25
212:9d - 150:16,
failures - 61:22
20:7, 23:18, 68:4,
122:12, 129:1, 222:2
Falls - 10:66
familiar - 16:25, 18
64:3, 130:16, 132:12,
familiarity - 210:178
89:13, 123:22, 160:3
fast - 151:14:1
204:14, 216:20:24,
favorable - 60:234
features - 170:22
149:2, 183:20, 199:7,
feet - 48:20, 71:20,
193:21, 194:1,
felt - 199:4

182:19, 207:5, 211:11
figure - 202:19
file - 7:16, 93:9,
180:16, 181:9,
88:3, 88:6, 88:11,
222:11, 223:16 222:9,
164:11, 164:12,
filling - 221:7
15:24, 16:6, 16:18,
29:18, 29:22, 33:8,
33:20, 34:8, 34:13,
93:1, 110:23, 118:4,
148:17, 222:21, 8:13,
224:16, 224:6, 224:8,
final - 11:25, 16:15
100:25, 120:6, 120:7,
156:19, 168:7,
181:17, 184:20, 73:4,
finally - 170:7
find - 42:7, 43:16,
148:16, 152:16,
185:2, 185:9, 201:21,
finding - 24:24,
Findings - 12:4
173:3, 173:7, 173:23
182:15 182:14,
finish - 123:10,
158:6, 174:5, 174:7,
finished - 156:10,
fire - 118:15, 134:8,
firm - 43:22, 49:2,
159:10, 180:11 156:1,
12:22, 36:22, 51:8,
96:17, 147:8, 147:10,
152:1, 161:23, 162:5,
174:14, 175:9, 183:7,
223:25, 230:6,
five - 116:218
fixed - 143:8
flash - 195:11,

flashed - 133:7
72:3, 72:6, 80:8,
91:13, 91:17, 91:18,
96:3, 98:11, 98:20,
117:16, 117:19,
137:3, 143:10, 36:21,
198:18, 199:3, 199:8,
200:7, 200:11,
221:23, 203:19,
flat - 139:130:8
flooded - 35:23
flow - 22:11, 151:3,
flowing - 151:3
Flynn - 4:18 - 140:2
157:6, 168:233,
follow - 159:130
104:23, 107:10, ,
109:1, 112:24,
follows - 6:10,
foot - 76:19, 162:25
142:1, 150:3, 151:13,
190:18 156:18, 179:1,
7:12, 9:5, 11:11, :25,
18:11, 19:9, 20:9,
21:22, 22:5, 24:4,
42:3, 43:2, 43:15,
48:23, 49:7, 54:1, ,
66:19, 67:4, 69:12,
70:18, 70:25, 71:25,
87:13, 88:6, 91:4,
109:23, 115:23, :14,
120:12, 124:20,
137:18, 137:21, 34:8,
140:23, 140:24,
144:19, 147:22, 2:13,
149:22, 151:2, 151:6,
152:17, 156:15,
158:12, 158:13,
165:5, 165:7, 167:21,
173:25, 176:14,

177:14, 180:22,
184:13, 184:17,
186:6, 186:13,
187:3, 187:20, 188:6,
188:22, 195:14,
198:8, 199:6, 200:25,
209:18, 209:20, 04:6,
215:23, 217:22, 12:1,
220:15, 224:11, 20:4,
227:23, 230:4, 230:10
Form - 128:104:9
44:21, 44:24, 44:25,
68:2, 68:22, 72:9,
84:13, 84:15, 85:25,
99:13, 99:15, 100:10,
103:4, 103:23,
107:8, 113:3, 113:9,
119:14, 120:4,
135:14, 145:16,
159:24, 160:19, 6:22,
170:25, 174:10,
184:14, 187:2, 188:1,
214:24, 216:7, 05:16,
221:17, 222:4, 223:6,
formal - 158:24
format - 8:3, 11:24,
formed - 183:16
227:15- 185:17,
formulated - 8:24
formulation - 16:5
172:23- 154:7,
found - 62:12, :17
142:4, 142:252,
foundation - 13:11,
41:23, 42:11, 43:24,
46:17, 47:9, 48:5, ,
53:6, 54:19, 60:19,
68:9, 68:23, 69:4, ,
77:23, 78:5, 79:7, ,
84:14, 85:24, 86:7,

97:24, 99:21, 101:5, 9,
105:21, 106:5,
109:15, 110:20,
113:11, 113:25, 13:2,
119:16, 121:17, 7:21,
135:12, 136:23,
146:16, 154:10,
163:15, 164:1,
178:24, 184:13,
188:10, 194:13, 7:3,
205:4, 205:17,
208:24, 210:2, 210:3,
217:10, 217:13,
220:25, 221:17, 20:4,
222:23, 223:4, 224:4,
foundational -
four - 26:19, 37:17,
122:9, 122:11, 22:8,
140:8, 166:17, 169:9,
225:5, 226:15, 227:8
226:15y-four -
148:4, 162:24, 203:1
2:9, 2:12, 4:3, 4:5
2:6, 2:9, 2:12, 4:3, 4:5
146:25, 147:4
framing - 225:17
57:5, 63:25, 64:2,
free - 151:3
frequency - 227:10:3
frequently - 46:8,
from - 10:12, 12:10,
17:20, 18:16, 19:18,
22:17, 22:20, 22:21,
26:17, 28:9, 28:13,
30:24, 32:23, 33:9,
35:17, 38:23, 39:10, 7,
44:15, 44:18, 48:12,
52:10, 53:18, 59:15,
64:5, 67:25, 70:6,
75:23, 76:3, 76:12,

85:19, 85:21, 87:17,
99:1, 101:7, 102:12,
109:19, 109:22,
116:21, 118:1, 122:4,
122:13, 126:17,
130:3, 131:8, 132:25,
134:14, 134:20,
136:3, 136:24, 138:7,
143:21, 145:7,
151:13, 155:9,
159:5, 160:8, 165:1,
169:8, 170:9, 172:8,
175:22, 178:12,
183:12, 183:24,
191:11, 191:12,
193:7, 194:9, 194:17,
196:5, 196:11, 197:3,
199:24, 206:13,
214:11, 216:5, 09:11,
224:17, 224:19,
From - 20:5, 34:7,
front - 33:6, 182:20,
full - 59:7, 164:7
function - 131:16,
functioning -
further - 57:14,
199:14, 214:10, 0:18,
future - 70:6 224:9
G
G - 1:23, 4:4, 5:13,
230:3, 230:18229:22,
gained - 17:19, 41:9
galvanized - 159:17
garage - 21:14,
24:11, 24:14, 26:5,
75:19, 75:20, 76:8,
135:15, 212:10,
20:9, 25:14, 25:17,
36:6, 73:25, 74:12,
134:11, 144:23, 4:6,

186:18, 187:19,
garnered - 76:12, 22
Gary - 68:16, 112:2,
Gaskins - 4:18, 5:4,
40:2, 40:3, 40:10,
42:7, 42:16, 44:6, ,
45:17, 45:23, 46:2,
48:9, 48:23, 49:18,
52:3, 52:19, 53:7,
54:8, 54:11, 54:16,
56:2, 56:13, 56:17,
60:6, 60:25, 61:15,
63:14, 64:18, 66:23,
68:4, 68:13, 69:1,
72:14, 75:1, 77:5,
79:13, 79:22, 81:7,
84:10, 84:19, 85:13,
87:6, 88:15, 91:4,
93:4, 93:18, 94:10,
98:3, 99:18, 99:25,
101:3, 101:9, 101:18,
103:15, 104:1,
105:19, 105:24,
108:2, 108:25,
111:13, 112:4,
113:16, 114:4,
118:18, 119:2,
120:2, 120:9, 120:17,
121:24, 122:3, 122:4,
150:12, 170:25,
207:7, 211:17, 215:6,
216:15, 217:6,
217:25, 218:12,
221:2, 221:5, 221:6,
222:9, 222:18,
223:23, 224:8,
gathered - 41:4
197:3- 170:14,
40:22, 163:4, 166:19
general - 24:6,

36:13, 40:24, 42:5,
50:9, 51:3, 51:23,
60:3, 82:10, 82:16,
88:17, 89:11, 90:19,
99:16, 99:23, 100:21,
118:12, 121:6, 107:9,
127:5, 131:9, 134:21,
168:1, 176:24, 190:2,
generally - 17:21, 12
166:8, 167:92, 166:7,
108:13man's -
86:1, 86:3al -
54:1, 73:20, 131:12,
151:13, 157:4,
218:15, 223:2,
gets - 22:1, 49:3, 23
getting - 8:18, 94:6,
Giffin - 39:11, 50:24,
gist - 51:25, 138:13
70:10, 182:24 56:8,
given - 156:10, 5:23
164:11, 168:1,
220:11, 227:14,
giving - 182:6205:11
globally - 81:3
Go - 18:13, 40:10,
go - 13:4, 19:11, 13
20:24, 22:21, 27:13,
81:19, 81:23, 117:24,
206:19, 206:22,
224:9, 223:25, 224:7,
89:23, 108:7, 173:21,
going - 10:25, 18:5,
54:13, 60:1, 88:15,
134:11, 140:18,
155:25, 158:4,
170:16, 176:21,
205:14, 214:15,
220:21, 220:23,
224:19, 226:2, 228:13

24:23, 94:24, 134:23,
good - 56:9, 56:16, 4
148:20, 153:14, 8:1,
154:13, 167:9, 154:4,
Good - 6:13, 108:1,
gooey - 49:4
124:22, 128:3, :17,
142:5, 147:6, 147:10,
182:20, 194:23,
212:21 197:9, 207:6,
218:6n - 50:22,
governed - 22:12,
governing - 162:18
grade - 10:14,
57:12, 71:19, 72:19,
88:25, 90:22, 94:13,
99:24, 100:19, 13,
122:21, 123:10,
144:4, 144:6, 145:4,
148:21, 156:9,
157:13, 166:4, 166:9,
168:7, 168:14, 174:5,
176:11, 176:14, 6:5,
176:25, 177:12,
191:15, 191:19, 1:11,
192:18, 192:20,
193:10, 194:2, 93:9,
201:3, 201:12, 202:5,
217:24, 218:18,
220:1, 220:11,
220:21, 221:13,
grades - 190:2428:10
Graham - 1:16, 4:14
165:14- 140:13,
grates - 166:3,
gravity - 22:12,
great - 63:10
ground - 77:3, 77:8,
grounds - 119:17,
grouted - 161:2,

guaranteed -
guess - 24:13,
41:11, 47:20, 48:15,
88:12, 94:11, 94:20,
109:11, 117:15, 18,
128:12, 134:13, 6:10,
147:22, 148:2, 150:1,
174:11, 176:2, 61:5,
180:13, 180:22,
192:12, 201:11,
218:10, 228:11
gun - 160:5- 185:12
153:10, 153:13,
154:20, 155:7,
187:8, 187:11, 187:14
guy's - 57:162:22
H
Had - 124:23
14:11, 15:1, 25:22,
31:7, 31:10, 31:21,
37:8, 41:11, 42:21,
53:4, 53:9, 55:24, ,
70:3, 70:16, 70:22,
73:15, 73:18, 73:20,
76:19, 77:12, 77:14,
90:5, 90:7, 90:20, ,
97:18, 98:14, 101:13,
110:23, 111:10,
112:2, 114:6, 114:9,
114:15, 117:5, 118:3,
123:22, 124:22,
129:9, 129:16,
133:16, 134:17, 33:2,
137:13, 137:16,
138:11, 141:3,
142:22, 144:6,
157:21, 158:2, 161:3,
172:10, 174:24,
181:25, 182:1, 182:3,
191:14, 194:7, 197:7,

220:12, 220:13,
221:15, 226:25, 227:5
136:19, 181:24,
half - 71:20, 75:10,
139:17, 149:13, 9:16,
193:21, 178:10,
104:17, 105:5, 105:6,
hand-in-hand - 18:4
handicap - 194:4
191:16apped -
105:8, 105:103,
87:25chak - 87:24,
46:21, 49:4, 94:10,
175:13, 223:1,
108:16, 142:21:9,
hard - 114:13, :24
harmful - 167:10
17:4, 17:10, 25:1,
26:7, 31:2, 32:2, 32:7,
34:16, 38:6, 44:3,
59:15, 61:21, 65:4,
80:3, 80:4, 83:1, 92:6,
95:4, 96:10, 98:16,
123:1, 123:12, 128:2,
140:7, 141:22,
147:10, 150:16,
168:6, 175:7, 180:16,
212:13, 230:8, 230:13
159:8 154:6, 154:16,
80:21, 89:5, 116:25,
Hauck - 63:22
10:17, 10:21, 63:11,
210:12, 210:21, 225:9
9:1, 9:3, 9:22, 10:5,
13:3, 14:20, 15:23,
17:17, 18:21, 21:24,
29:18, 31:8, 33:5,
35:11, 35:16, 36:11,
38:5, 38:18, 38:22,
39:12, 39:16, 42:24,

46:21, 46:25, 47:1,
55:19, 55:20, 55:23,
58:24, 59:1, 59:18,
63:1, 63:17, 64:4, ,
68:18, 68:20, 69:6,
71:9, 72:5, 72:23,
79:13, 79:22, 80:9,
87:20, 87:21, 88:2,
100:8, 100:21, 101:6,
102:13, 108:15,
118:20, 119:12,
120:24, 123:4, 123:8,
127:15, 127:20,
131:15, 133:15,
138:3, 138:4, 138:12,
139:15, 140:20,
143:15, 143:21, 43:6,
147:3, 150:8, 150:15,
150:18, 151:4, 151:5,
153:18, 155:15,
162:4, 162:5, 162:7,
163:11, 164:13, 3:9,
172:20, 173:15,
175:25, 176:2, 75:4,
178:9, 178:13,
180:15, 180:16,
182:18, 183:24,
188:21, 190:5, 191:6,
192:24, 193:3,
201:2, 201:5, 202:7,
206:12, 208:22,
209:23, 210:7,
211:1, 211:2, 211:3,
211:11, 212:1, 212:8,
213:24, 218:5, 218:6,
219:23, 221:14,
221:24, 223:10,
225:11, 225:12,
226:4, 226:6, 226:11,
230:12, 229:1, 230:9,

209:6't - 132:5,
145:17, 151:3,
204:3, 213:194,
52:20, 53:9, 56:5,
58:8, 59:23, 60:3,
63:19, 70:11, 114:11
8:15, 11:10, 11:11,
17:10, 27:8, 27:9, ,
40:20, 45:12, 46:14, 9,
51:3, 51:16, 52:3,
52:21, 53:4, 54:15,
55:13, 55:23, 56:8,
57:1, 57:4, 57:10, ,
58:6, 58:11, 59:2,
60:7, 60:9, 61:6, ,
62:21, 62:24, 63:3,
70:3, 70:7, 70:13, ,
114:15, 129:19, :25,
149:21, 160:23, 8:9,
181:10, 181:11,
He's - 40:19, 52:25,
62:17, 64:23, 86:9,
59:4, 59:18, 63:24,
107:14, 119:25, 22,
head - 66:11, 84:8,
134:6, 134:14, 138:9,
201:22, 208:20194:25,
Healey - 1:6, 73:22,
135:22, 132:20,
189:14, 189:18
hearsay - 41:15, 5:3
heavy - 225:16
225:21 - 217:22,
helped - 43:1763:13
Hennepin - 6:3,
her - 53:184, 230:19
38:18, 40:9, 44:17,
93:9, 99:19, 103:9,
107:7, 120:1, 123:23,
158:19, 173:2, 182:6,

196:7, 204:22, 212:7,
213:21, 219:15,
hereby - 229:1,
Heyer - 4:15, 30:20,
82:23, 83:22, 121:21,
142:7, 165:11,
214:24, 178:24,
193:23, 205:8,
145:18, 179:710,
him - 7:24, 11:18,
37:10, 39:25, 51:6,
57:14, 58:19, 59:11,
62:18, 62:20, 63:14,
97:1, 143:3, 147:7,
himself - 86:9,
hired - 12:21, 173:15
his - 6:10, 7:24, 8:3,
15:9, 17:1, 19:1, 30:9,
46:25, 49:19, 50:9,
58:22, 59:22, 60:5,
80:24, 132:20, 4:1,
147:24, 148:9,
161:2, 169:1, 173:9,
192:11, 206:16,
hold - 25:3, 120:14,
hole - 102:3, 143:4,
holes - 125:1, 162:10
125:22, 143:1, 161:8,
217:6, 217:11, 218:2,
holistic - 157:126:7
hollow - 21:24,
70:19, 70:22, 171:17,
honest - 204:24
56:4ann - 56:3,
44:5, 44:6, 48:21,
63:11, 104:25, 21,
110:11, 129:2, 139:2,
206:23, 209:18,
222:20, 225:64,
139:19ntally -

132:22 105:1,
house - 225:3
56:17on - 56:5,
40:18, 41:17, 46:8,
how - 17:21, 21:13,
69:25, 72:2, 75:18, :8,
97:9, 100:20, 101:3,
112:25, 116:1, 134:2,
142:20, 145:6, 153:6,
156:16, 158:14, 56:3,
204:13, 204:18, 3:23,
218:17 215:12, 218:5,
22:23, 50:4, 50:14,
58:20, 60:6, 60:12,
88:18, 89:22, 91:23,
100:23, 112:11, :18,
158:22, 166:13, 52:1,
199:21, 204:20,
However - 9:9, 9:21,
25:19, 29:5, 50:9,
76:15, 80:8, 91:10,
129:16, 135:6, 136:9,
159:15, 164:6,
173:15, 173:19,
203:25, 219:21
187:23, 204:256,
170:18, 171:6, 173:5,
Hull - 4:13, 5:5,
132:24, 135:12, 10,
146:16, 154:10,
156:22, 159:2,
163:14, 164:1,
182:12, 182:17,
185:8, 185:22, 186:5,
188:14, 189:5, 189:7,
192:7, 192:17,
198:14, 198:25,
202:24, 203:1, 203:4,
207:8, 207:9, 207:17,
209:13, 209:25, 09:8,

211:8, 210:20, 211:1,
hydrostatic - 16:20
128:9, 129:19-
I
I - 5:1, 6:25, 7:4,
9:1, 9:3, 9:6, 9:20,
12:1, 13:9, 13:12,
14:11, 14:15, 14:16,
18:3, 18:14, 20:20,
21:14, 21:16, 22:9,
23:2, 23:5, 23:8, ,
24:6, 24:13, 25:4,
26:19, 27:11, 27:24,
28:24, 29:5, 30:8, ,
32:10, 33:13, 33:20,
34:11, 34:20, 36:10,
37:11, 38:6, 39:12,
40:5, 40:8, 40:23, ,
42:4, 42:17, 42:20,
45:1, 45:2, 45:5, ,
46:6, 46:24, 47:5, ,
48:18, 50:3, 50:7,
50:18, 51:22, 51:25,
53:15, 55:20, 56:24,
59:1, 59:5, 59:6, ,
62:20, 63:1, 63:3,
63:24, 63:25, 64:4,
65:21, 66:1, 66:2,
66:17, 66:22, 67:3,
69:15, 69:20, 71:14,
72:12, 73:23, 74:5,
75:4, 75:10, 75:15,
76:12, 76:15, 76:22,
78:7, 78:15, 78:21,
80:8, 80:15, 81:1,
81:16, 81:17, 82:13,
84:17, 84:20, 86:13,
87:24, 87:25, 88:1,
89:3, 89:11, 89:12,
90:7, 90:13, 90:19,

93:5, 93:9, 93:13, ,
94:19, 94:20, 95:2,
96:19, 96:20, 96:25,
98:1, 98:2, 98:3, ,
99:16, 100:2, 100:4,
101:6, 101:16,
103:4, 103:7, 104:7,
104:21, 105:8,
106:16, 106:20,
108:7, 108:14,
109:9, 109:11,
110:1, 110:2, 110:6,
114:22, 115:6, 115:7,
116:9, 117:2, 117:15,
118:9, 118:13,
120:5, 120:12, 121:2,
122:12, 122:15,
122:25, 123:3, 123:7,
123:18, 123:22,
125:17, 125:25,
126:10, 126:19, 6:7,
127:14, 127:16,
128:13, 129:4,
129:18, 131:6, 131:7,
133:1, 133:15,
134:2, 134:4, 134:5,
134:21, 135:4,
135:19, 135:21,
136:1, 136:5, 136:11,
137:16, 138:4,
139:5, 139:20,
140:24, 140:25, 40:9,
141:21, 141:22, 1:20,
142:22, 142:24, 2:17,
143:19, 143:21, 3:17,
144:23, 145:2, 145:5,
147:1, 147:2, 147:3,
147:22, 148:2, 148:8,
149:20, 149:21,
150:8, 150:18, 151:2,

151:25, 152:4, 51:19,
153:8, 153:13, 153:5,
154:11, 155:9,
155:20, 155:22,
157:25, 158:1, 158:9,
159:15, 159:20,
160:22, 161:4, 161:5,
161:15, 161:25,
163:11, 164:2, 164:6,
165:25, 166:14,
167:9, 167:18,
168:1, 168:5, 169:3,
170:12, 170:14, 0:10,
171:17, 172:8,
173:16, 173:18,
173:23, 173:25,
174:23, 175:3, 175:4,
175:15, 175:19,
176:24, 177:12,
178:3, 178:7, 178:13,
178:22, 179:2, 179:5,
179:12, 179:23,
180:5, 180:13, 180:3,
180:22, 180:23,
181:24, 181:25,
182:19, 182:24,
185:12, 185:15,
186:12, 186:15,
188:2, 188:15,
189:24, 190:3,
191:13, 191:14, 91:8,
192:12, 192:19, 92:5,
193:3, 193:5, 193:8,
194:6, 194:14,
194:25, 195:6,
196:2, 196:3, 196:7,
197:13, 197:14,
198:24, 199:4,
199:15, 200:10,
200:25, 201:4, 201:5,

201:11, 201:17,
202:1, 202:2, 202:7,
202:18, 203:4, 203:8,
204:12, 204:24, 04:8,
207:23, 208:2, 209:1,
210:7, 210:16, 211:3,
211:16, 212:5, 11:11,
212:12, 212:15,
213:15, 213:24, 13:3,
215:11, 215:13, 15:2,
216:19, 216:21,
217:20, 218:3,
218:21, 219:3,
220:6, 220:14,
221:18, 222:6, 222:7,
222:25, 223:10,
225:14, 225:16,
227:1, 227:4, 227:12,
228:1, 228:3, 228:5,
229:1, 230:3, 230:5,
I'd - 19:11, 198:14
54:14, 54:18, 59:24,
146:16, 155:4, 156:8,
159:24, 160:21, 59:2,
175:11, 175:18, 71:2,
I'm - 7:7, 9:12,
18:5, 24:4, 25:15,
32:14, 34:20, 37:19,
53:14, 54:23, 60:1,
94:14, 96:16, 98:1,
132:13, 134:3, 138:3,
151:24, 153:21,
160:11, 162:13, 58:4,
163:22, 172:6, 173:2,
182:14, 182:15,
207:17, 211:16, 94:2,
218:10, 219:4, 219:5,
227:18 223:7, 224:8,
175:3, 198:5, 161:5,
63:1, 63:17, 64:25,

187:8, 221:188,
identification - 9:5,
identified - 25:21,
40:11, 52:3, 52:20,
73:11, 74:8, 84:4,
129:16, 132:15,
156:11, 157:11,
identifies - 64:15,
identify - 24:16,
182:3, 182:6, 212:16
94:20ifying - 28:25,
11:21, 22:1, 22:13,
34:13, 34:15, 34:16,
45:3, 46:10, 46:22,
57:13, 62:18, 63:12,
82:19, 83:15, 84:25,
93:15, 123:22, :11,
130:9, 130:13, 131:4,
136:20, 139:24,
150:10, 151:5, 46:14,
159:10, 163:12,
172:10, 174:22, 70:6,
175:15, 175:24,
177:10, 177:25,
182:19, 182:21, 0:4,
185:12, 187:13,
191:19, 192:12,
193:6, 196:8, 197:23,
199:11, 200:6,
201:12, 202:12, 01:6,
205:20, 207:25,
213:16, 213:18,
223:23, 224:6,
227:8, 227:920,
49:4, 54:13, 59:14,
145:10, 171:14,
226:25, 227:12,
Iii - 9:15, 9:16
ill-advised - 146:1
55:19, 56:24, 57:22

113:22rate - 101:19,
illustrates - 114:27
immediately - 110:25
impact - 175:25,
impartiality -
impermeable -
implying - 160:23
137:4, 166:23, 8,
205:9, 205:145,
impregnable - 17:1
impression - 41:11
114:14sions -
improperly - 64:16
7:3, 7:12, 7:22, 8:4,
10:1, 10:9, 10:13, :24,
12:6, 12:17, 12:22,
14:13, 15:7, 16:1,
20:2, 21:14, 21:17,
22:25, 24:14, 25:18,
26:3, 26:17, 28:12,
30:15, 30:24, 31:1,
33:18, 33:20, 35:5,
35:16, 35:19, 35:23,
36:23, 36:25, 37:6,
40:19, 40:24, 41:7,
43:21, 43:22, 44:4,
47:23, 48:7, 48:9,
51:3, 51:16, 52:1, ,
53:7, 53:16, 53:21,
55:10, 55:18, 55:23,
57:8, 57:22, 58:5,
59:4, 60:4, 62:7, ,
63:19, 63:24, 64:14,
65:20, 65:24, 66:3,
67:21, 69:16, 69:22,
70:22, 72:25, 73:20,
74:11, 75:3, 75:10,
77:13, 77:20, 78:1,
80:6, 80:9, 80:16,
83:6, 84:2, 84:4,

85:16, 86:17, 87:9,
89:2, 89:25, 90:21,
94:25, 95:25, 96:18,
99:16, 99:18, 100:9,
101:12, 101:14,
103:8, 104:20, 105:5,
106:11, 106:19, 06:9,
107:21, 108:8,
108:16, 109:7,
110:13, 110:17,
111:15, 112:22,
114:14, 114:16,
115:19, 116:13,
120:10, 120:21, 20:3,
121:22, 122:6,
123:25, 125:10,
126:25, 127:11,
127:23, 128:5, 128:8,
131:5, 131:10,
132:6, 132:7, 132:8,
132:25, 133:9,
134:1, 134:7, 134:11,
135:3, 135:5, 135:17,
136:14, 136:20,
138:17, 139:2, 139:3,
140:2, 140:3, 140:8,
141:3, 142:4, 142:25,
144:13, 144:18,
145:17, 146:8, 45:11,
148:16, 148:17,
149:19, 150:4, 49:16,
152:8, 152:16,
152:25, 153:3,
154:8, 154:19, 154:7,
156:14, 157:4, 157:8,
157:12, 157:17,
158:23, 159:6, 159:8,
159:14, 159:17,
160:14, 160:25,
162:1, 162:17, 61:12,

162:24, 163:10,
164:12, 164:13,
165:17, 165:22, 65:6,
166:15, 166:18,
167:8, 167:12,
168:3, 168:4, 168:6,
168:24, 169:12,
170:23, 171:5, 70:21,
172:19, 172:21,
174:13, 174:24,
175:10, 175:17, 75:6,
176:10, 176:13, 76:9,
177:17, 177:21,
178:5, 178:10, 178:4,
179:23, 180:2, 179:6,
180:24, 181:20,
183:15, 183:22, 83:5,
187:4, 188:3, 188:11,
189:12, 189:13,
189:24, 190:2, 190:9,
190:23, 190:24,
191:14, 191:17, 1:10,
192:13, 192:18,
193:14, 193:15, 93:4,
194:3, 194:24,
196:25, 197:10,
199:1, 199:5, 199:22,
201:21, 201:23,
202:8, 203:13, 202:5,
205:1, 205:13,
206:5, 206:8, 206:9,
208:16, 212:8,
212:20, 212:22,
215:18, 215:21,
216:19, 217:6, 217:7,
218:13, 218:17,
219:7, 221:3, 221:7,
222:9, 222:13,
223:25, 225:5, 225:7,
225:23, 226:1, 226:4,

227:5, 228:7, 228:10,
230:5, 230:12, 230:13
34:21, 37:17, 71:16,
97:8, 100:17, 102:11,
120:16, 121:22, 9:4,
130:23, 131:18, 28:2,
152:11, 154:11,
159:15, 160:15,
169:14, 172:3, 177:2,
193:17, 196:8,
215:14, 223:22, 11:4,
inappropriate -
Inc - 1:6, 1:12, 1:15,
2:11, 4:5, 4:7, 4:12,
inch - 48:19,
inches - 37:1, 85:2,
94:1, 95:3, 116:21,
125:14, 139:16, 25:3,
144:5, 144:7, 146:6,
166:8, 167:15, 174:5,
178:10, 179:10,
inches' - 175:1
210:15e - 25:17,
50:19, 199:53:3,
including - 17:15,
incompatible -
incorporated - 206:14
incorrect - 104:8
Index - 5:9227:10
71:3, 78:10, 85:17,
142:10 102:13, 128:7,
105:19, 125:17, ,
149:19, 187:17,
indicates - 85:14
207:17ting - 182:22,
78:13ating - 55:6,
indications - 40:15
indicative - 114:15
180:14ctly - 180:13,
74:16, 153:7 41:3,

42:24, 77:16, 111:15
87:21iduals - 74:22,
infiltrating - 143:12
14:22, 14:25, 17:19,
25:5, 25:7, 25:9, 5,
39:9, 65:3, 66:12,
73:20, 75:3, 75:21,
101:16, 112:1, 114:9,
123:6, 125:13, 135:8,
143:21, 144:3,
147:3, 158:11,
181:8, 185:2, 185:9,
197:9, 220:114,
initial - 11:14,
179:24, 206:16177:6,
20:6, 173:8, 183:4
input - 11:4, 11:11
67:23re - 57:14,
inquiry - 57:1918
38:15, 52:18, 52:21,
122:24, 129:15, 4,
190:5, 199:5, 203:14,
inspect - 8:15, 13:7,
135:20, 156:25,
29:4, 165:17, 190:3,
inspection - 13:13,
25:6, 25:10, 36:3,
106:15, 106:17, 15,
127:10, 135:20,
149:1, 170:10, 193:4,
inspections - 8:14,
66:2, 125:5, 196:15,
162:4, 177:18, 178:9
77:14, 86:19, 109:2,
184:18, 188:6, 190:1,
205:11, 215:23, 04:8,
installed - 36:20,
75:10, 75:15, 76:14,
80:12, 95:9, 95:24,
101:25, 106:22, :11,

141:8, 144:6, 151:11,
161:23, 162:6, 164:4,
172:13, 174:8,
192:23, 193:17,
197:25, 200:12,
208:16, 216:24,
Installing - 74:14,
installing - 74:22,
151:2, 185:11, 24:5,
instance - 136:5,
148:13, 148:14,
instead - 49:11,
instructions -
insulation - 86:19,
96:23, 96:24, 97:5,
106:9, 112:22, 117:5,
199:17, 203:9, 214:19
1:7, 1:8, 1:9, 4:9,
insurers - 189:22
110:23, 122:64,
intend - 119:2, 1:4
intended - 97:6,
224:16, 195:14,
interest - 230:13
230:12sted - 152:16,
interests - 142:24
24:11, 118:2, 203:10
96:13, 115:22, 4,
interpretation -
208:6 181:1, 184:16,
180:11reting -
intersection - 26:7
intersects - 214:19:5
165:2tech - 87:24,
20:7, 20:22, 20:24,
42:4, 42:25, 47:5,
78:11, 98:19, 106:7, 3,
118:16, 120:13, 17:6,
136:22, 145:3,
160:25, 161:3, 168:1,

194:10, 194:21,
217:11, 218:2,
intrude - 136:21
137:11, 178:8, 189:1,
190:16, 199:14 190:7,
61:21, 115:11, 15:3,
investigating - 43:22
investigation -
118:16, 121:7, 133:6,
137:21, 142:23,
168:11, 168:24,
183:13, 183:15, 2:5,
189:14, 195:21,
202:15, 202:19,
87:22, 138:2, 138:3,
202:2, 152:13, 153:1,
involve - 10:1, 18:1
involved - 8:18,
10:17, 10:18, 10:21,
138:2, 157:4, 159:12,
involvement -
involving - 126:12,
irrespective -
Is - 7:20, 9:16, 9:23,
18:9, 21:4, 21:19,
64:1, 68:4, 68:19, ,
83:6, 83:8, 83:17, 2:6,
89:20, 91:20, 93:23,
99:11, 99:25, 103:20,
113:16, 114:4, 110:5,
143:25, 149:5,
207:25, 214:17,
is - 6:1, 6:17, 6:22,
9:13, 9:14, 9:23, 12:6,
16:22, 17:18, 17:25,
22:11, 22:13, 22:21,
25:3, 25:5, 25:20,
27:24, 28:2, 28:13,
31:15, 31:16, 32:4,
36:16, 37:24, 40:18,

43:5, 43:16, 44:10,
46:24, 46:25, 47:5,
49:8, 49:11, 53:16,
56:2, 56:4, 56:5, 7,
57:18, 57:21, 57:22,
58:10, 58:17, 59:2,
60:15, 60:16, 61:4,
62:16, 63:10, 63:19, 9,
65:9, 65:12, 68:17,
73:3, 73:8, 75:7, 5,
77:18, 77:20, 79:4,
81:4, 82:9, 82:15, ,
85:18, 85:22, 86:2,
87:1, 87:5, 88:21,
90:25, 91:8, 91:9,
93:11, 94:5, 94:6,
95:11, 95:13, 95:18,
96:12, 97:6, 97:13,
99:18, 99:25, 100:5,
101:22, 102:1,
103:21, 104:2, 104:6,
105:10, 106:7, 107:5,
109:7, 109:8, 109:14,
111:17, 111:21, 0:25,
113:19, 114:21,
118:7, 118:11, 17:24,
121:10, 121:24,
123:16, 124:11,
127:3, 127:4, 128:7,
128:18, 130:7, 130:9,
131:25, 132:1,
135:10, 136:13,
137:16, 138:17,
139:17, 139:18, 9:12,
141:4, 141:13,
143:19, 144:2, 146:1,
147:10, 147:15,
149:18, 149:20,
151:7, 153:22, 50:13,
157:22, 157:23,

159:22, 160:1, 162:6,
162:18, 162:19,
163:24, 165:23,
167:10, 167:19, 67:5,
167:23, 168:24,
171:12, 171:19,
176:10, 176:15, 76:7,
177:23, 178:19, 7:11,
181:17, 182:5,
183:3, 183:9, 183:14,
184:21, 185:13, 4:16,
188:3, 188:16,
189:12, 190:20,
192:18, 192:20, 92:8,
193:11, 193:13,
194:24, 195:9,
196:5, 196:10,
199:4, 199:7, 199:11,
200:18, 200:21,
201:13, 201:18,
204:15, 205:22, 03:4,
207:11, 208:1, 208:2,
209:2, 209:9, 209:14,
211:24, 212:1, 213:4,
214:18, 217:1,
222:2, 222:19,
223:13, 223:14,
224:8, 224:16,
228:11, 228:13, 230:7
163:22, 184:11,
187:14, 187:25,
isolate - 23:2, 23:6,
issue - 12:25,
46:22, 46:23, 47:21,
157:19, 175:7, 181:1,
issued - 73:10, 91:11
176:3, 183:9, 183:17,
issues - 8:11, 8:15,
96:11, 99:11, 99:17,
100:23, 101:13, 0:19,

119:12, 135:23, 9:10,
156:25, 157:3, 157:7,
218:21, 218:22, 8:19,
issuing - 183:21,
It - 18:16, 19:17,
46:19, 49:21, 55:9,
85:5, 85:11, 91:19,
96:22, 97:4, 97:18,
109:11, 112:7,
114:20, 117:15,
130:25, 132:4, 135:4,
149:9, 157:19, 158:5,
179:13, 186:2,
203:13, 206:20, 03:8,
it - 8:13, 8:16, 9:9,
13:24, 14:3, 15:22,
18:14, 19:4, 19:7,
23:2, 23:6, 23:18,
25:15, 26:3, 26:7,
30:6, 30:10, 32:14,
39:21, 39:25, 41:11,
42:21, 42:22, 44:15,
45:22, 45:24, 46:7,
46:24, 46:25, 47:5,
49:2, 49:3, 49:4, ,
52:1, 54:2, 54:7, 55:8,
60:10, 60:23, 62:10,
67:25, 68:4, 68:19,
72:21, 72:22, 72:25, 7,
73:20, 74:2, 74:5, ,
75:10, 75:15, 75:20,
76:19, 77:3, 77:17,
81:5, 82:13, 83:5, ,
84:10, 84:11, 84:12,
86:12, 86:13, 87:16,
89:6, 90:8, 90:12,
92:5, 92:12, 92:18,
95:2, 95:3, 95:4, 96:2,
97:18, 98:14, 98:16,
100:3, 100:16, 8:24,

104:12, 105:10, 04:4,
107:18, 108:7,
111:9, 113:6, 113:19,
114:14, 114:15,
115:12, 115:14,
118:15, 118:18,
121:16, 122:10,
126:7, 126:9, 126:16,
127:15, 127:21,
129:1, 130:6, 130:21,
131:10, 131:25,
132:20, 132:21, 2:17,
136:14, 136:15, 6:11,
138:23, 139:7, 139:8,
139:21, 140:7, 140:9,
141:3, 141:4, 141:6,
141:13, 141:25,
145:10, 145:12,
146:1, 146:3, 146:14,
147:25, 148:4,
149:22, 149:23,
151:6, 151:25, 152:1,
153:5, 153:8, 153:18,
155:15, 155:23, 4:6,
157:19, 158:8, 158:9,
160:11, 160:16, 0:7,
162:8, 163:6, 163:8,
164:15, 166:10,
167:21, 167:22,
169:23, 170:16,
171:15, 173:23,
175:7, 175:12, 176:4,
180:15, 180:17, 9:12,
181:11, 181:24,
185:13, 185:17, 2:21,
188:22, 189:25,
192:1, 192:4, 192:5,
193:1, 193:7, 193:13,
193:19, 193:21,
195:10, 195:13,

196:17, 196:19, 6:10,
197:14, 198:15,
199:13, 199:15,
201:4, 201:11,
202:1, 202:4, 202:17,
203:12, 203:24,
204:12, 204:13,
204:23, 205:2, 205:6,
206:12, 206:16,
208:2, 208:15, 210:5,
214:12, 214:19,
215:25, 216:19,
219:15, 220:20, 9:14,
221:19, 222:2, 222:9,
222:19, 222:25,
224:14, 224:24, 24:9,
227:21, 227:22,
It's - 9:17, 55:1,
92:16, 94:23, 96:15,
105:2, 105:15, 107:9,
112:17, 141:24, 9:9,
154:18, 179:18, 53:1,
it's - 9:17, 15:6, 2
24:13, 24:18, 25:4,
47:12, 47:23, 74:11,
89:11, 91:10, 93:13,
98:13, 100:4, 102:12,
109:10, 109:16,
115:16, 116:9,
121:9, 126:7, 128:20,
139:5, 139:18, 141:7,
143:17, 145:22,
153:1, 153:4, 154:19,
165:25, 166:23,
176:7, 177:5, 177:10,
201:2, 201:6, 201:10,
217:6, 217:75, 214:9,
33:20, 105:6, 197:24,
items - 46:140
24:12, 83:9, 101:7,

131:10, 141:22,
185:17, 196:23,
itself - 17:15, 18:12,
145:1, 163:21, 4:16,
214:14, 171:19,
Iverson - 4:10
J
4:161:17, 2:8, 4:6,
4:16rd - 1:17, 2:8,
Janney - 6:25, 59:7,
152:8, 152:23, 183:7,
Jel/jsm - 1:4:20
John - 4:4, 5:13,
50:17, 50:24, 50:25,
56:7, 56:18, 57:23,
60:24, 61:11, 138:14,
Johnson - 147:17,
join - 68:11, 79:21,
Join - 31:4, 41:16,
53:8, 54:20, 57:3, ,
68:10, 68:24, 69:5,
78:6, 79:19, 82:22,
99:22, 100:13, 7:25,
108:20, 110:21,
124:8, 124:9, 208:13,
217:14, 219:18, 223:5
177:19- 109:18,
49:7, 50:8, 50:12, ,
jot - 180:54
July - 127:11, 3
just - 9:9, 9:17,
17:21, 22:23, 24:14,
37:19, 41:2, 42:5, ,
49:4, 50:15, 54:3,
59:20, 60:9, 64:3,
81:25, 83:1, 83:15,
93:21, 94:19, 95:3,
98:22, 99:7, 99:23,
102:10, 103:24, 02:7,
105:25, 106:7, 107:9,

109:9, 109:16, 108:9,
112:17, 112:21,
115:16, 116:9, 117:2,
126:7, 134:21, 121:5,
142:16, 147:3,
151:20, 152:5, 156:7,
164:2, 165:16, 168:1,
173:2, 175:15, 180:2,
181:14, 181:24,
195:14, 201:6, 204:8,
207:5, 208:22,
216:19, 227:12,
55:4, 64:8, 85:19,
103:17, 104:5, 03:10,
109:23, 110:8,
114:17, 114:23,
116:16, 136:24, 5:14,
153:22, 163:18
K
141:5, 202:66,
Kerns - 56:22, 1
kind - 18:24, 21:7,
92:9, 107:9, 109:11,
137:10, 137:23, 35:2,
176:10, 180:23, 5:19,
226:19, 207:3, 225:9,
214:18, 225:67,
137:10, 137:22, 138:1
136:19, 136:20,
knew - 69:25,
knife - 93:17
13:12, 13:16, 16:5,
19:7, 21:22, 22:1, ,
41:18, 46:24, 48:15,
62:18, 62:19, 62:20,
64:24, 65:25, 66:5,
67:13, 67:20, 70:25,
87:1, 87:4, 87:6, 1,
104:11, 105:5, 01:9,
107:12, 114:17,

126:20, 128:23, 3:22,
131:4, 133:1, 136:8,
142:20, 147:4,
150:7, 153:2, 156:18,
159:23, 160:2,
165:21, 168:5, 163:9,
173:23, 175:7, 176:2,
178:3, 178:4, 180:16,
192:12, 192:17,
196:5, 196:8, 201:6,
207:10, 208:18,
220:14, 220:15,
222:8, 225:150,
29:18, 43:13, 62:21,
135:9, 144:2, 169:8,
knowledgeably -
Koziol - 7:22, 8:18,
12:13, 12:17, 13:24,
17:20, 17:22, 18:16,
31:17, 31:20, 37:6,
43:1, 43:8, 50:24, ,
62:18, 63:16, 72:13,
119:1, 138:15, :2,
173:18, 173:19,
180:20, 199:19,
Koziol's - 8:25,
31:24, 147:10, :18,
Kreidler - 4:8 174:2
96:19, 97:19, 98:13,
104:19, 132:15,
197:1, 197:110,
Kudder's - 133:1
L
labeled - 92:21
laboratory - 35:16
42:10, 43:23, 44:23,
49:13, 50:2, 51:19,
66:20, 67:9, 67:15,
76:24, 77:22, 78:4,
87:2, 88:8, 99:20,

110:19, 111:6, 07:25,
113:24, 114:1, 114:7,
142:7, 157:14, 165:9,
194:12, 203:21,
216:10, 217:3, 217:9,
219:16, 220:3,
222:15, 223:3, 224:3,
Lack - 68:23, 72:11,
109:15, 113:115:14,
lacks - 46:17, 3
Lake - 4:13
language - 201:5
laps - 42:3, 53:25
145:14, 166:18 85:22,
larger - 86:2, 227:5
64:20, 64:224, 64:17,
last - 24:23, 32:12,
55:7, 58:24, 77:19,
179:16, 181:6,
195:6, 202:22,
212:20, 227:12,
later - 13:24, 20:2,
114:23 50:19, 113:17,
Law - 6:4 228:11
lay - 225:81
130:11, 195:13,
layers - 130:1
lead - 71:9, 142:3,
leading - 134:14
22:13, 22:19, 23:7,
24:14, 24:16, 35:21,
49:5, 70:4, 70:13,
126:24, 126:25, :16,
128:3, 137:22,
212:17, 167:25,
21:8, 24:6, 25:2,
26:4, 42:2, 44:4, 50:8,
53:25, 57:7, 65:5,
69:17, 69:22, 69:23,
71:2, 71:4, 73:1, 73:8,

73:22, 73:24, 74:24,
80:6, 81:3, 81:4, 81:5,
99:17, 99:19, 101:13,
113:22, 114:3, 112:3,
121:5, 121:6, 123:12,
134:24, 135:17,
137:15, 138:17,
151:4, 151:6, 157:2,
172:25, 177:7, 72:20,
189:24, 190:20,
218:18, 215:21,
74:10, 74:11, 85:8
leaking - 21:3,
128:18, 129:2, 134:1,
leaks - 24:20, 24:21,
49:19, 69:6, 69:9, ,
73:20, 75:23, 98:19,
127:16, 127:21, 3:24,
128:23, 129:22,
161:17, 168:24, 54:7,
189:10, 189:15,
212:10, 218:64,
191:1, 195:252,
51:13, 174:6, 184:2,
least - 71:23, 95:4,
149:24, 155:11,
165:21, 165:23,
168:4, 168:13,
176:10, 178:1,
188:7, 203:15,
led - 76:1, 156:18,
left - 86:23, 93:14,
left-hand - 105:5,
legal - 181:1,
Leistikow - 62:1, :4
length - 22:4, 71:17,
less - 109:10,
let - 7:5, 46:13,
210:2050:21, 130:23,
208:22, 225:33:12,

46:6, 103:13, 207:23
81:25, 205:25, 207:5,
letter - 180:21,
level - 48:16, 72:19,
99:24, 106:8, 125:3,
143:11, 145:17,
146:3, 168:18, 174:5,
179:13, 179:14,
193:17, 193:19,
liberty - 13:6
licensed - 9:22
like - 7:5, 19:11,
96:22, 97:6, 138:5,
162:21, 180:22,
195:10, 198:14,
211:2, 214:5, 214:12,
likely - 114:15,
limit - 109:2,
153:22, 166:19,
limitations - 186:3,
limited - 8:17,
20:6, 23:12, 23:25,
limits - 185:16144:2
Line - 3:2, 229:417
157:13, 168:7, 56:19,
179:5, 180:121,
link - 20:16, 20:18,
134:7, 134:9, 168:22,
169:14, 170:8, 69:12,
172:9, 172:24, 172:3,
linkages - 127:13,
links - 20:20, 143:15
135:3, 170:17,
188:18, 189:5, 189:15
liquid - 71:21, 72:3,
liquid-applied - :9
list - 14:9, 40:10,
155:10, 155:11, 8:5,
listed - 40:3, 55:23,
literature - 15:6,

176:9, 177:24, 178:2,
litigation - 64:14
112:23, 115:8, 152:5,
215:14 171:15, 194:2,
Llp - 4:18 4:10, 4:19
locate - 18:9, 42:25
27:23, 72:19, 78:14,
206:12, 145:4, 171:4,
27:16, 27:19, 27:21,
34:24, 35:1, 42:9,
89:1, 91:9, 92:13,
96:10, 96:12, 97:16,
111:9, 111:12,
115:25, 116:22,
149:11, 161:12, 46:4,
203:12, 228:1, 199:6,
36:15, 37:7, 78:16,
133:9, 177:14, 118:3,
long - 121:14,
longer - 148:17
22:4itudinally -
13:4, 18:13, 20:14,
35:1, 35:7, 39:21,
84:21, 89:9, 145:9,
182:19, 183:1,
198:14, 203:2,
207:5, 207:6, 207:23,
looked - 7:20, 27:8,
30:6, 30:23, 35:4,
126:11, 129:523:17,
33:10, 34:22:5,
21:9, 22:5, 22:20, 5,
28:21, 29:8, 34:7,
103:18, 114:4, 4, 97:9,
214:17, 130:3, 214:4,
182:21, 207:10, 7:6,
lot - 23:4, 42:2, :21
low - 150:230, 225:14
76:10, 91:11, 93:12,
lowest - 85:2,

149:12, 178:16 143:4,
lumber - 175:1, :24
177:10, 177:11,
M
made - 8:15, 9:23,
21:3, 26:16, 45:15,
71:4, 72:24, 133:4,
144:11, 146:23,
162:23, 163:1, 164:9,
191:17, 195:1,
218:4, 219:9, 220:15,
mail - 5:11, 41:6,
53:18, 54:17, 56:21,
59:19, 60:7, 60:13,
63:21, 64:14, 63:2,
main - 41:8, 74:15,
98:25, 134:16, 212:19
mainly - 8:2, 147:3
majority - 8:16,
make - 7:5, 22:23,
128:13, 135:2, :2,
155:23, 156:2,
219:67, 202:2, 207:4,
148:20, 182:7
100:1hift - 94:19,
42:18, 70:14, 143:3,
220:8, 221:617,
107:1256:17, 96:18,
manager - 51:24,
64:23 60:16, 62:17,
managers - 189:225
manner - 159:16,
manual - 14:14,
Manual - 131:3131:5
208:17cturing -
21:17, 51:5, 55:7,
78:17, 128:13, :16,
140:8, 153:6, 154:6,
189:15, 190:5, 199:21
mark - 18:5, 19:6,

Mark - 1:20, 4:10,
45:12, 56:3, 56:4, ,
171:25, 229:1,
marked - 9:5, 10:25,
32:14, 39:21, 182:21
Marshall - 146:19,
masonry - 65:23,
master's - 162:202:21
110:9, 205:23,
206:4, 206:7, 206:11,
206:24, 207:3,
mastic-type -
mat - 92:2, 138:20,
140:18, 140:20, 9:17,
198:17, 141:3, 141:4,
41:19, 44:10, 46:12,
60:22, 78:24, 86:25,
108:9, 109:9, 109:18,
116:20, 121:8, 130:4,
167:3, 167:6, 170:12,
177:19, 178:5, 186:3,
204:7, 205:23, 204:6,
206:2, 206:9, 206:15,
207:25, 221:7,
materials - 14:24,
45:3, 55:5, 108:15,
124:23, 130:18,
174:13 150:6, 166:24,
42:22, 121:10, 211:4
maximum - 165:21
13:15, 51:12, 65:1,
183:17, 183:21,
may - 25:24, 28:6,
68:5, 83:16, 88:2,
139:8, 157:3, 157:4,
187:18, 190:5, 193:3
182:24- 79:12,
32:10, 87:25, 203:2
53:17an - 42:1,
me - 7:5, 8:10, 8:12,

19:4, 23:24, 24:1,
40:14, 46:13, 50:21,
57:23, 58:9, 59:20,
65:20, 70:10, 70:24,
91:4, 92:8, 92:21, ,
130:23, 147:14, 4:16,
162:22, 171:1,
185:22, 185:23, 85:8,
197:23, 199:24,
208:22, 210:20,
221:22, 225:3, 229:2,
Me - 121:18
mean - 12:8, 37:4,
69:18, 92:17, 120:19,
153:21, 158:16,
185:22, 191:24,
228:3, 207:1, 219:12,
meaning - 23:22,
means - 46:10,
95:15, 184:8 76:11,
203:12, 219:1548:1,
165:18able -
89:15, 93:23, 193:23
94:18rement -
165:20ements -
measuring - 37:4,
Mechanical - 1:17, 6
mechanical -
mechanically -
meet - 185:13,
Meinheit - 58:3,
member - 163:23
146:9, 164:5, 200:21,
201:12, 227:9, 201:2,
29:7, 65:24, 85:3,
104:25, 106:11, :12,
109:24, 111:18,
125:6, 125:15, 127:3,
128:16, 129:2, 128:7,
132:6, 140:23, 132:5,

161:24, 162:5, 162:9,
174:17, 177:23,
195:12, 197:25,
199:25, 203:25,
213:18, 226:60,
183:4- 172:8,
40:4, 40:11-
168:3on - 143:4,
155:15, 159:16, 6,
mentions - 13:18
155:23, 156:2
met - 62:11, 62:24,
metal - 117:17,
204:18, 206:5,
method - 66:18,
162:4, 198:18, 205:11
Meyers - 60:14, :18
middle - 105:564:22
22:6, 34:1, 47:18,
129:22, 138:23, 0:16,
migrated - 38:11201:4
Mikesh - 2:11
mine - 208:17 191:4
151:6, 227:351:5,
4:4, 4:7, 4:9, 4:13,
7:1, 7:2, 230:61, 6:5,
6:3, 6:5, 7:2, 156:20,
230:6, 230:19, 230:4,
151:20 - 63:4,
202:9, 203:17, 208:1
79:19aracterizes -
44:12, 49:15izes -
151:25nouncing -
Misstates - 30:18,
misstates - 11:19,
160:20, 169:1, 173:9,
mistake - 217:18212:3
47:23ed - 46:9,
Mn - 1:24, 4:2, 4:4,
4:16, 4:19, 4:21, 14,

moist - 140:13
mold - 135:246:2
monitoring - 70:6
months - 57:6
more - 9:17, 17:4,
32:2, 33:15, 36:12,
51:24, 66:5, 76:2,
112:23, 131:15, :19,
144:23, 149:2, 151:3,
161:6, 162:20, 163:4,
171:15, 174:7, 181:1,
203:13, 209:16,
221:20, 227:5,
morning - 6:13,
most - 17:25, 41:11,
142:1, 147:23, 38:5,
move - 21:23, 22:2, 2
moved - 141:141:2
moving - 139:18,
Mr - 5:3, 5:4, 5:5,
8:18, 8:22, 8:25, 9:6,
11:19, 11:21, 12:2,
13:17, 13:24, 15:9,
17:13, 17:20, 17:21,
18:20, 18:21, 19:1,
19:16, 19:20, 19:24,
30:9, 30:14, 30:18,
31:5, 31:6, 31:7,
31:25, 32:8, 32:10,
33:1, 33:3, 33:5, 6,
34:4, 34:7, 34:19,
37:19, 37:22, 38:23,
39:14, 39:20, 39:23,
40:3, 40:6, 40:10,
41:14, 41:16, 41:21,
42:7, 42:10, 42:12,
43:23, 43:25, 44:1,
44:15, 44:21, 44:23,
45:8, 45:9, 45:12,
45:18, 45:20, 45:23,

20

46:18, 46:21, 47:9,
47:15, 47:18, 47:22,
48:14, 48:17, 48:23,
49:20, 49:23, 49:25,
51:5, 51:19, 51:21, :1,
52:19, 53:5, 53:7,
53:14, 53:22, 53:23,
54:11, 54:13, 54:16, 9,
55:3, 55:9, 55:14, ,
56:2, 56:11, 56:13,
57:3, 57:10, 57:24,
58:17, 58:24, 59:24,
60:18, 60:20, 60:25,
61:17, 61:23, 62:3,
62:18, 63:4, 63:6,
63:16, 64:11, 64:12,
67:2, 67:5, 67:9, 3,
68:2, 68:4, 68:8, 0,
68:16, 68:22, 68:23,
69:5, 69:8, 69:11,
69:19, 69:21, 69:25,
72:9, 72:10, 72:11,
73:22, 74:19, 75:1,
77:5, 77:22, 78:2,
79:8, 79:12, 79:13, :7,
79:22, 80:24, 81:7,
82:22, 82:25, 83:20,
84:13, 84:15, 84:16,
85:24, 86:4, 86:6, ,
87:2, 87:6, 88:8, ,
91:3, 91:4, 91:7, ,
91:20, 93:3, 93:4, ,
94:10, 94:14, 94:17,
96:8, 97:19, 97:24,
98:13, 98:22, 99:13,
99:22, 99:25, 100:10,
100:14, 100:17,
101:3, 101:4, 101:9,
102:21, 102:25,
103:10, 103:15, 3:8,

104:13, 104:16,
105:10, 105:13,
105:21, 105:22,
106:14, 107:8,
107:24, 107:25,
108:18, 108:19,
109:15, 109:21,
110:25, 111:6, 111:8,
112:4, 112:16,
113:5, 113:6, 113:8,
113:16, 113:24,
114:10, 114:19, 4:7,
117:23, 118:10,
118:23, 118:24,
119:14, 119:16, 9:11,
119:22, 119:25,
120:15, 120:17, 0:9,
121:17, 121:19,
122:4, 123:14, 122:3,
124:9, 124:13, 124:8,
127:25, 128:2, 128:9,
129:18, 129:21,
131:2, 132:16,
133:1, 133:3, 135:12,
136:23, 136:24,
141:19, 141:24, 1:16,
146:16, 146:17,
147:18, 148:20, 7:13,
151:19, 151:23,
154:10, 154:14,
155:4, 155:6, 156:1,
156:22, 157:8, 56:8,
159:4, 159:24, 160:1,
161:16, 162:13, 61:8,
163:16, 164:1, 164:4,
164:24, 165:4,
166:13, 168:3, 169:1,
169:23, 170:5,
171:1, 171:3, 171:7,
172:5, 172:10, 173:6,

173:13, 173:17,
174:10, 174:13, 74:2,
175:18, 175:21,
179:5, 179:18,
180:16, 180:20,
182:14, 182:17,
184:12, 184:14,
185:21, 185:22, 85:8,
186:20, 186:22,
188:1, 188:5, 188:9,
189:5, 189:7, 190:10,
191:25, 192:7,
194:12, 194:17,
196:19, 196:21,
198:10, 198:12,
198:25, 199:19,
201:18, 202:23, 1:15,
203:21, 203:23, 03:4,
205:8, 205:16, 05:5,
206:15, 207:7, 207:8,
207:17, 208:12,
208:24, 208:25,
209:8, 209:10, 09:4,
209:25, 210:1, 210:3,
210:20, 210:24,
211:13, 211:17, 1:9,
215:3, 215:5, 215:6,
216:10, 216:12, 6:9,
217:3, 217:5, 217:6,
217:12, 217:14,
217:19, 217:25,
219:16, 219:18,
220:10, 220:24, 20:5,
221:6, 221:8, 221:13,
222:4, 222:9, 222:15,
222:25, 223:3, 223:5,
223:23, 224:3, 224:5,
224:11, 224:19,
224:25, 225:2,
226:18, 226:21,

Mrc - 181:7:17
39:16, 39:18, 77:24,
113:12, 121:21, 22,
142:7, 160:21,
178:24, 189:3,
211:15, 212:7,
much - 13:24,
122:18, 123:1, 8:15,
146:3, 147:22,
176:7, 218:121,
177:14, 221:99:25,
my - 7:6, 7:16, 8:21,
24:15, 25:19, 28:6,
40:22, 43:13, 43:15,
65:16, 66:11, 68:17,
81:13, 84:8, 86:2,
94:11, 96:9, 98:23,
100:22, 102:13,
120:6, 120:20, 123:6,
127:14, 132:17,
134:14, 134:22, 34:5,
143:2, 144:2, 146:13,
154:18, 157:18, 50:8,
162:19, 163:4,
169:8, 170:10,
180:16, 180:19,
192:19, 193:5,
201:4, 201:22,
210:4, 210:6, 218:19,
230:13, 230:15
28:13, 31:15, 31:17,
111:25, 122:8, :9,
130:7, 157:22,
179:23, 184:6,
196:17, 203:23,
210:20, 223:14, 08:6,
myself - 121:7,
173:17, 180:3, 180:5,
199:19
N

nail - 160:4
nailed - 160:4,
nailer - 159:19,
nails - 70:18, 116:2,
161:11, 216:20, 61:9,
name - 6:13, 11:8,
118:15, 124:19, 22,
152:1, 152:14,
182:18, 227:14,
National - 131:2,
natural - 140:4
144:20, 175:204,
near - 27:23, 32:12,
127:13, 164:7, 200:5
necessarily - 9:22,
173:15, 180:3, 9:21,
necessary - 68:5, :7
164:13, 202:13, 63:8,
need - 27:15, 42:3,
81:20, 139:25, :9,
144:19, 149:2, 180:3,
217:20, 220:7,
needed - 59:12,
183:20, 220:18, :12,
needs - 48:7, 49:2
135:7ive - 41:11,
212:11oring -
69:21, 69:25, 70:21,
112:2, 114:10, 4, 75:5,
160:10, 160:11,
never - 6:16, 6:19,
91:19, 129:19, :10,
153:3, 165:20, 153:1,
214:10, 223:1, 211:1,
new - 104:9, 64:24
50:14, 53:16, 54:11,
56:20, 57:18, 58:2,
60:12, 61:10, 63:20,
114:22, 115:19, :5,
149:4, 149:15,

nicely - 37:8, 213:4
Nine - 94:12
17:17, 17:25, 23:1,
28:15, 29:18, 31:7,
37:12, 38:5, 38:18,
54:14, 58:1, 59:17,
63:1, 63:4, 63:17, ,
67:17, 67:22, 70:6,
88:20, 89:4, 89:19,
98:9, 98:19, 98:20,
108:3, 108:4, 111:10,
114:18, 116:13,
127:7, 127:14,
138:15, 139:3, 139:9,
141:22, 141:24,
148:17, 150:15, 8:12,
155:9, 155:13, 155:7,
164:16, 165:3,
170:11, 179:23,
186:15, 187:22, 5:7,
198:18, 199:8,
203:25, 204:9,
216:3, 221:18,
No - 1:4, 5:10, 5:11,
10:20, 10:24, 15:25,
21:21, 27:20, 29:17,
34:3, 34:11, 35:9,
38:25, 41:24, 43:11,
48:25, 49:17, 50:3,
53:12, 53:15, 53:20,
57:15, 58:14, 58:16,
61:3, 62:15, 62:19,
64:19, 64:21, 64:25,
67:24, 68:12, 68:25,
72:4, 72:12, 73:5,
78:15, 78:19, 78:21,
85:16, 86:24, 87:4,
89:21, 90:11, 90:15,
97:21, 98:7, 99:5,
103:10, 103:22,

114:22, 117:22,
122:12, 124:3,
128:25, 129:4,
144:23, 145:2, 135:4,
147:14, 148:8,
150:20, 155:20,
164:21, 165:15, 1:15,
172:6, 177:22, 178:7,
183:23, 184:1, 186:9,
189:8, 189:11,
193:8, 195:19, 197:5,
199:10, 200:25,
202:24, 205:21,
210:23, 213:1, 213:6,
216:6, 217:2, 217:16,
nods - 128:5, 138:9:4
146:6, 146:9, 201:9,
14:17ourtyard -
146:9, 201:9- 146:6,
none - 60:23, 136:9
nonetheless - 137:8
nonresponsive -
nonspecific - 10:19
noon - 103:14
North - 4:16, 53:1
53:2, 55:18, 57:22,
66:11, 77:16, 116:13,
185:7, 196:7, 201:22,
not - 8:15, 9:21,
15:22, 16:1, 16:3,
18:22, 20:1, 21:2,
25:24, 26:13, 29:5,
30:8, 30:11, 30:14,
31:21, 31:24, 32:1,
34:13, 34:14, 34:15,
35:14, 35:16, 36:15,
40:23, 41:19, 43:11,
45:6, 45:9, 46:9, ,
47:1, 47:24, 49:4, ,
56:15, 57:13, 58:9,

61:20, 62:19, 63:10,
68:6, 68:13, 68:15,
71:1, 71:17, 71:19,
78:21, 79:9, 79:18,
86:1, 86:3, 87:15,
91:8, 92:4, 92:16,
95:23, 98:1, 101:6,
108:10, 110:8,
112:2, 112:21, 114:5,
114:17, 118:5,
124:3, 126:3, 126:6,
128:18, 129:1, 129:2,
133:8, 135:6, 135:25,
138:15, 138:19,
139:23, 140:20, 9:18,
141:14, 142:5,
143:18, 143:19,
144:1, 144:9, 144:15,
145:22, 146:14, 5:12,
148:15, 149:21, 8:13,
150:10, 153:1,
155:20, 155:21,
158:21, 159:7, 161:1,
163:11, 164:6,
168:22, 168:23,
172:10, 172:14,
173:19, 175:4, 176:7,
178:3, 178:7, 178:9,
180:5, 181:3, 181:10,
186:15, 186:18,
188:11, 189:21,
192:12, 192:19,
198:8, 198:10, 199:1,
199:18, 201:6, 201:7,
202:18, 203:5,
204:12, 208:23,
210:7, 211:3, 212:9,
212:24, 213:21,
217:6, 217:16, 218:1,
218:15, 219:4,

220:23, 222:2, 222:3,
223:24, 223:25,
227:14, 227:18, 26:4,
230:14, 230:12,
230:3, 230:18 230:1,
230:1y-reporter's -
Notes - 3:16
33:16, 33:23, 98:23,
180:5, 215:155,
103:21rthy -
215:3ng - 39:18,
89:7, 134:17, 142:9,
notice - 184:23
noticeable - 169:24
November - 1:20,
now - 73:24, 95:20,
143:6, 152:12, 163:9,
194:25, 196:7, 76:21,
Now - 12:20, 13:17,
21:1, 25:11, 26:19,
37:8, 37:22, 43:7,
50:21, 65:6, 65:11,
76:7, 76:23, 77:5, ,
92:21, 94:17, 97:3,
121:19, 121:24,
130:16, 131:23,
137:5, 159:16, 35:16,
168:10, 168:22,
170:19, 181:20,
184:23, 186:5, 84:19,
189:14, 191:19,
200:23, 201:8, 202:4,
203:17, 204:2, 206:1,
218:17, 219:6,
Nrca - 61:19,
number - 14:13,
133:18, 152:20, 9,
162:7, 197:15, 56:8,
202:1, 227:324,
26:8er - 9:4, 19:8,

numerous - 118:13,
137:6
O
Oaks - 51:3, 59:16,
oath - 6:10, 6:196
54:18, 59:24, 60:1, ,
146:16, 155:4,
159:24, 163:14,
175:18, 216:10,
Object - 32:8, 45:19,
84:13, 91:2, 97:24,
113:9, 121:21, 00:10,
132:24, 135:12,
184:14, 190:10,
216:7, 221:4, 223:20
13:10, 15:9, 19:1,
31:5, 31:23, 33:24,
40:13, 41:14, 41:22,
43:23, 44:1, 44:11,
45:20, 46:16, 47:9,
49:15, 49:20, 49:25,
53:5, 60:18, 66:20,
68:2, 68:8, 69:3,
74:19, 76:24, 77:22,
79:7, 79:17, 80:24,
84:15, 85:10, 85:24,
91:7, 91:16, 93:3, 1:3,
99:20, 100:24, 101:4,
103:3, 103:23, 105:7,
105:22, 106:4, 107:8,
107:25, 108:17,
111:6, 111:23,
113:8, 113:24, 114:1,
118:10, 118:22,
119:6, 119:14, 120:4,
121:17, 122:2, 124:6,
141:16, 142:7,
156:5, 157:16,
164:24, 165:11,
169:20, 170:25,

22

178:23, 178:24,
185:21, 185:25,
188:9, 191:22, 188:1,
198:10, 198:12,
201:15, 203:21,
205:18, 207:12, 5:16,
209:10, 210:1, 210:3,
216:14, 217:3, 217:9,
218:8, 219:16, 220:3,
221:16, 222:4, 221:8,
224:3, 224:5, 226:18,
43:25, 47:14, 47:15,
53:22, 53:23, 54:5,
55:15, 56:11, 56:14,
61:16, 61:17, 62:4,
82:23, 87:3, 137:1,
217:19, 224:10,
objections - 55:25
observable - 169:24
23:15, 29:7, 128:6,
200:17, 203:11,
19:12vations -
19:18, 19:22, 19:23,
67:25, 122:8, 134:21,
155:23, 155:24,
190:2, 163:22, 166:6,
36:22, 67:1, 126:4,
177:22, 200:14, 66:2,
213:21, 213:5, 213:7,
21:14, 21:16, 23:24,
38:7, 70:3, 70:19,
78:15, 78:22, 88:13,
121:19, 121:23, 1:16,
122:23, 123:7,
150:18, 157:15,
170:4, 179:6, 199:4,
203:7, 203:8, 203:14,
213:1, 213:3, 213:17
114:17, 158:2, 199:20
obtain - 158:22, 13

obvious - 108:3,
220:22 108:23, 170:2,
221:2, 221:61:1,
126:12, 139:16, 2,
occasions - 51:5, :19
occur - 77:21,
occurred - 24:21,
occurrence - 121:512
74:24, 135:172:4,
Of - 1:1, 1:20, 5:9,
230:286:19, 230:1,
6:3, 6:4, 6:5, 6:6,
8:4, 8:14, 8:15, 8:16,
11:15, 11:17, 11:18, 1,
12:25, 13:10, 14:6,
14:25, 15:7, 15:14,
16:17, 16:20, 17:6,
18:17, 18:24, 19:11,
20:1, 20:2, 20:9, 9,
21:7, 21:8, 21:9, ,
22:1, 22:4, 22:6, 22:7,
22:18, 22:22, 23:1,
23:15, 23:19, 23:20,
24:5, 24:6, 24:8, 24:9,
24:23, 25:8, 26:17,
28:3, 28:8, 28:11,
29:7, 29:14, 29:15,
30:9, 31:19, 32:5,
32:24, 33:6, 33:10,
35:11, 35:14, 36:1,
36:22, 36:23, 36:25,
38:11, 38:12, 38:19,
40:10, 40:12, 40:22, 8,
41:18, 41:19, 42:2,
42:10, 42:22, 42:23,
44:23, 44:24, 46:11,
47:2, 47:4, 47:6, 47:9,
48:19, 48:20, 49:10,
50:2, 50:6, 50:8, 3,
51:19, 51:25, 52:10,

53:3, 53:5, 53:9, 1,
56:5, 57:14, 59:7,
61:22, 62:17, 62:21,
65:22, 66:2, 66:11,
67:9, 67:12, 67:15,
68:19, 68:23, 69:3,
71:2, 71:17, 71:20,
72:11, 72:18, 72:20,
74:15, 75:7, 75:8,
75:20, 76:9, 76:10,
77:14, 77:22, 78:4,
80:3, 80:6, 80:9,
81:4, 81:5, 81:21,
82:13, 82:15, 82:16,
83:12, 83:13, 83:14,
85:5, 85:6, 85:11,
85:23, 85:24, 86:5,
86:18, 86:19, 86:25,
87:21, 88:3, 88:4,
88:23, 89:5, 89:6,
89:16, 89:20, 90:10,
90:19, 90:20, 90:21,
92:4, 92:6, 92:7, 92:8,
92:23, 93:6, 93:11,
93:23, 94:18, 94:20,
95:7, 95:8, 95:9, 3,
95:21, 95:25, 96:2,
97:4, 97:7, 97:14,
98:8, 98:12, 98:20,
99:7, 99:17, 99:20,
100:5, 100:10, 00:4,
101:4, 101:7, 101:20,
102:12, 102:15, 2:9,
103:17, 103:20, 03:6,
104:12, 104:18, 4:9,
105:3, 105:8, 105:10,
105:20, 106:4, 106:6,
106:17, 106:18,
107:16, 107:19,
108:10, 108:14,

109:6, 109:11, 09:5,
110:8, 110:9, 110:10,
110:25, 111:6,
111:23, 112:8, 112:9,
112:23, 113:1, 113:6,
113:24, 114:1, 114:7,
114:20, 114:21,
115:5, 115:6, 115:9,
115:22, 115:23,
116:14, 116:16, 16:9,
116:23, 116:24,
117:12, 117:15, 7:10,
117:19, 117:20,
118:7, 118:12, 118:4,
119:3, 119:13,
120:18, 121:5, 121:8,
121:17, 121:22,
122:18, 122:21,
122:25, 123:1, 123:6,
123:20, 124:4,
125:11, 125:17,
126:16, 127:13, 6:11,
127:18, 127:23,
129:13, 129:17,
130:16, 130:17,
132:14, 132:17, 32:9,
132:22, 133:4, 133:8,
133:25, 134:3, 134:4,
135:5, 135:7, 135:9,
135:21, 136:6, 136:7,
136:21, 136:22,
137:10, 137:11, 37:8,
137:22, 137:23,
138:23, 139:1, 139:6,
139:24, 139:25,
140:21, 140:22, 0:15,
142:7, 142:10, 41:8,
142:23, 143:2, 143:4,
143:20, 143:24,
144:10, 144:11, 4:9,

145:1, 145:2, 145:13,
145:18, 146:1, 146:2,
146:11, 146:19, 6:9,
147:1, 147:3, 147:4,
149:1, 149:11, 148:2,
149:25, 150:15,
152:9, 152:12, 152:8,
152:18, 152:20,
153:6, 153:10, 153:2,
153:19, 153:24,
155:4, 155:8, 155:10,
156:2, 156:8, 156:9,
157:2, 157:3, 157:10,
157:22, 157:25,
159:1, 159:4, 159:9,
160:25, 161:1, 161:3,
161:13, 161:22, 1:8,
163:12, 163:18,
164:17, 164:18,
165:2, 165:9, 165:10,
166:2, 166:3, 166:7,
166:20, 166:21,
166:24, 166:25,
167:11, 167:13, 7:7,
167:18, 167:20,
168:15, 168:17, 68:8,
168:24, 169:4, 169:5,
169:16, 169:17,
170:6, 170:13, 170:3,
170:22, 170:23,
172:11, 172:18, 72:6,
172:25, 173:4,
174:9, 174:11,
175:1, 175:9, 175:17,
175:22, 175:23,
177:6, 177:13, 76:10,
178:12, 178:16,
179:11, 179:13, 9:7,
180:3, 180:21,
181:4, 181:7, 181:10,

23

181:21, 182:1, 182:2,
182:24, 184:10,
184:19, 184:24,
185:23, 185:25,
186:16, 187:24,
189:10, 189:12,
189:21, 189:23,
190:4, 190:17, 90:3,
191:21, 191:23,
192:17, 192:20, 2:8,
193:24, 194:3, 194:6,
194:25, 195:2, 195:6,
195:18, 195:20,
196:25, 197:6,
197:15, 197:23,
198:8, 198:17, 198:5,
199:9, 199:21, 200:1,
200:12, 200:13, 0:10,
201:20, 201:22,
202:19, 202:21, 2:15,
203:19, 203:21, 3:18,
205:21, 205:23,
206:13, 206:17, 6:11,
206:24, 207:2, 207:3,
207:15, 208:4, 208:5,
208:20, 208:24,
210:15, 212:8, 10:4,
212:19, 213:22,
214:13, 214:18,
215:24, 216:10,
217:3, 217:9, 217:12,
217:23, 217:24,
218:15, 218:18, 8:14,
219:6, 219:16, 220:3,
221:11, 221:16,
222:10, 222:15,
223:18, 223:19,
224:5, 224:13, 224:3,
225:9, 225:14,
225:22, 226:1, 226:6,

226:25, 227:3, 227:4,
227:19, 227:22,
228:12, 228:24, 8:10,
230:4, 230:5, 230:7,
Off - 127:14, 194:255
84:8, 134:3, 134:5,
153:21, 163:1,
197:13, 201:22,
208:18, 208:20,
offer - 119:2, 119:22
Office - 4:221
52:25, 55:1, 55:19,
58:5, 60:16, 62:17,
64:23, 63:25, 64:6,
Offices - 6:4:13
Oh - 6:25, 33:21, :4
93:18, 105:10, 216:16
9:14, 9:16, 10:12, 6,
15:14, 17:17, 17:21,
21:6, 21:9, 21:22,
28:21, 29:1, 29:7, 8:8,
37:19, 37:22, 40:10,
43:15, 46:8, 46:13,
50:4, 50:21, 50:25,
52:12, 53:16, 55:13,
58:20, 59:12, 59:15,
61:10, 61:12, 61:23,
65:9, 65:11, 65:17,
70:10, 70:21, 73:2,
76:18, 82:2, 82:4, ,
86:4, 87:9, 88:3, ,
90:3, 91:4, 91:23, ,
96:3, 96:11, 97:6, ,
102:11, 104:16, :17,
106:25, 108:6, 111:3,
112:25, 115:18,
116:23, 117:1, 118:4,
121:11, 121:24,
123:24, 127:9,
129:20, 134:17,

148:4, 149:15, 152:4,
187:23, 190:19, 85:8,
208:8, 213:12,
215:3, 215:14, 216:1,
217:17, 217:25,
223:12, 223:18,
okay - 201:2, 201:6
on - 6:1, 6:10, 8:10,
12:14, 12:20, 13:14,
14:17, 14:18, 15:4,
17:19, 17:22, 17:25,
23:21, 24:3, 24:5,
26:22, 29:18, 31:1,
33:12, 33:14, 35:16,
43:12, 45:20, 46:14,
50:21, 50:22, 52:4,
55:10, 57:4, 57:9,
59:12, 59:16, 62:6,
66:10, 67:11, 68:17,
72:15, 72:23, 73:14,
75:15, 75:20, 77:14,
79:13, 80:2, 80:3, ,
86:23, 86:25, 87:16,
92:10, 92:19, 93:16,
101:11, 102:14, :6,
111:25, 112:22, 11:2,
116:4, 116:6, 117:12,
119:9, 119:16,
122:16, 123:6, 123:7,
125:13, 126:22,
128:3, 129:9, 130:23,
135:23, 136:6, 135:4,
137:10, 137:11,
138:12, 138:23,
140:10, 140:12, 0:9,
142:1, 143:18,
145:18, 148:5, 148:8,
150:8, 151:10, 150:7,
153:5, 154:15, 155:1,
157:4, 157:6, 157:25,

159:8, 159:18,
163:14, 163:18,
165:7, 165:10,
168:6, 168:13,
168:21, 169:12,
174:1, 175:2, 176:1,
177:18, 177:25,
179:25, 180:20,
184:23, 185:3, 183:9,
189:21, 190:4, 191:8,
192:23, 192:24,
195:10, 195:16, 95:6,
196:22, 197:20,
204:5, 205:8, 206:3,
209:13, 210:4, 210:6,
211:25, 212:24, 11:6,
227:16, 228:5, 230:5
32:10, 65:3, 65:10,
Once - 220:20, 191:23
148:20, 158:15, 6:9,
221:13, 223:12
12:20, 19:20, 22:6,
27:2, 27:13, 28:6,
48:19, 58:19, 66:1,
73:10, 73:17, 73:21,
85:11, 86:25, 90:3,
104:9, 108:11, 104:7,
126:12, 127:8,
131:15, 132:13,
137:12, 138:7,
148:20, 148:25,
161:18, 165:19,
177:2, 184:9, 184:19,
197:12, 198:5,
205:6, 207:17,
212:13, 215:11,
227:12, 226:6, 227:2,
209:1675:12, 179:16,
104:9, 134:5 53:11,
only - 8:21, 9:23,

46:7, 62:10, 73:10,
93:23, 123:5, 126:3,
128:20, 130:13,
135:16, 144:9,
170:12, 176:13,
194:23, 198:51,
onto - 14:6, 153:25
70:15, 86:19, 90:19,
97:14, 98:4, 101:20,
103:17, 103:25,
114:20, 114:24, 2:18,
145:14, 160:25,
162:25, 163:7, 188:2,
openings - 37:18, 16
122:9, 122:11, 2:8,
129:12, 141:22,
190:5, 199:18, 45:7,
212:22, 213:7, 204:1,
operates - 222:18
105:25, 106:3, 216:23
11:17, 11:23, 12:2,
25:3, 31:22, 37:23,
55:23, 56:8, 69:8,
79:2, 79:13, 79:22,
87:12, 96:9, 123:4,
153:15, 157:9, 163:8,
175:10, 176:1,
189:9, 189:11, 202:4,
209:1, 209:19,
opinions - 8:4,
18:21, 54:3, 54:4, ,
94:25, 101:11, 103:1,
119:22, 120:2, 120:5,
120:13, 120:21, 0:9,
150:15, 179:21,
183:13, 183:16,
opposed - 127:24, 8:7
opposite - 136:6
162:9al - 162:4,
185:16s - 15:2,

24

41:1, 144:17, 145:14,
162:12, 162:13,
219:3, 227:912,
9:22, 11:11, 12:14, 1,
13:18, 15:3, 15:23,
17:18, 22:19, 23:3,
24:20, 25:1, 25:12,
29:20, 31:10, 32:24,
35:10, 35:23, 37:23,
43:13, 45:17, 45:18,
48:18, 49:2, 51:24,
57:13, 58:25, 60:7,
68:20, 71:1, 71:9,
73:3, 73:6, 73:18, ,
74:23, 75:10, 76:14,
78:1, 80:13, 81:11,
88:5, 88:7, 89:18,
92:25, 93:2, 96:4,
103:1, 104:6, 108:3,
110:15, 111:19,
115:10, 115:11,
121:7, 121:8, 121:9,
123:18, 124:1, 123:4,
127:11, 127:13,
130:16, 132:7,
137:17, 138:5, 135:7,
140:1, 140:15,
141:14, 142:19,
143:23, 145:6, 145:9,
149:23, 150:1, 150:2,
152:17, 152:21,
153:12, 154:3, 154:9,
155:24, 156:1,
157:2, 157:3, 157:14,
159:11, 161:2, 161:4,
162:4, 162:17,
165:9, 165:23, 165:6,
166:19, 167:6,
171:4, 171:14, 172:7,
173:14, 174:2, 175:5,

176:25, 177:19,
180:2, 180:6, 180:13,
181:3, 181:4, 181:13,
186:3, 186:4, 186:7,
188:5, 189:4, 189:22,
191:12, 191:19,
196:16, 197:11,
199:11, 199:19,
200:11, 202:17,
203:14, 203:15,
206:2, 206:7, 206:19,
209:19, 211:21, 8:23,
213:13, 213:17,
215:12, 216:22,
221:23, 222:13,
225:18, 227:1, 227:9,
230:10, 230:11,
order - 67:12, 79:2,
158:24, 159:4,
ordered - 230:9 202:5
original - 5:13,
99:4, 120:23, 146:24,
174:16, 174:19,
212:8, 228:22, 230:8,
102:17, 102:1802:16,
159:5, 177:6, 192:23,
211:25, 227:16
originating - 24:7,
Other - 39:6, 129:21,
other - 17:25, 21:19,
39:12, 43:8, 47:21,
57:24, 58:19, 59:22,
68:1, 69:2, 71:6, 3,
83:8, 84:8, 91:21,
108:11, 118:5, 06:23,
125:22, 128:2, 122:6,
130:17, 136:3, 136:4,
138:3, 138:18,
142:10, 142:24,
157:3, 161:5, 161:11,

165:5, 165:19, 167:6,
170:19, 178:8,
192:24, 193:11,
202:1, 202:20,
210:17, 211:21, 10:6,
others - 40:9, 71:23,
101:8, 101:11, 7:20,
125:13, 132:15, 23:8,
165:2, 182:1, 219:24,
ought - 203:2
189:21, 189:23:13,
9:10, 9:18, 9:19,
40:19, 51:25, 52:25,
56:24, 57:22, 58:5,
63:25, 64:23, 65:3,
121:7, 142:15, 0:7,
150:10, 152:12,
183:17, 210:7, 183:6,
18:6, 18:9, 19:15,
44:6, 51:10, 62:11,
116:8, 116:9, 117:18,
131:19, 133:4,
141:5, 143:7, 157:2,
172:11, 181:10,
226:22, 227:6, 228:7
outside - 83:12,
over - 65:23, 86:22,
98:11, 134:4, 139:22,
177:22, 193:25, 63:7,
206:18, 206:20,
Over - 10:4:10, 225:4
82:10, 86:16, 91:22,
105:15, 107:16, 02:2,
112:12, 114:20,
overbroad - 119:18, 6
overhanging -
overhead - 65:19
79:1, 112:21, 171:11,
overview - 104:23
225:19179:21,

149:19, 149:23,
owner's - 155:1
145:2, 154:20, ,
189:22, 197:12,
P
Pa - 4:1, 4:4, 4:16
page - 12:21, 14:6,
32:10, 32:17, 33:2,
72:15, 130:23, :12,
147:10, 181:17,
202:21, 212:19197:23,
5:10, 33:3, 228:25, ,
pages - 173:4,
panel - 62:11,
panels - 62:7,
paragraph - 12:20,
28:19, 131:6, 24:23,
106:24aphs -
64:15theses -
51:4, 57:25, 59:23,
part - 59:10, 113:6,
168:22, 187:24, 54:9,
202:15, 202:18,
Partially - 44:8
93:1, 95:10, 173:17,
participate - 26:13
particles - 42:3, 6
Particular - 23:22
15:1, 21:10, 23:20,
35:20, 38:20, 40:23,
57:25, 58:12, 64:14,
74:7, 74:8, 74:9, ,
83:25, 88:11, 95:1,
114:11, 116:11,
153:7, 157:5, 161:18,
197:17, 212:17,
214:9, 216:232,
177:10ularly - 67:4,
parties - 155:19, 19
180:12, 191:9,

230:9, 230:11, 230:12
2:3, 2:6, 2:9, 2:12,
4:14, 4:16, 76:15, ,
184:9, 186:23, 188:6,
pass - 124:13,
pass-through -
passageway -
passing - 62:8
past - 168:6, 217:7,
Pat - 124:19, 130:24
path - 113:22,
pathway - 160:17,
pathways - 146:22,
patios - 226:15
165:2, 165:51, 88:1,
peeled - 33:14, 67:4
205:23, 206:16,
peeling - 71:24
144:16, 145:10, 228:7
38:2, 70:17, 70:22,
128:8, 144:14, 27:24,
penetrating - 70:18,
penetration - 71:21,
115:24, 130:13, 3,
212:23, 215:25, 8:3,
penetrations -
227:3, 227:4, 227:5,
people - 18:17,
41:11, 43:22, 50:22,
76:3, 165:14, 196:25,
per - 137:8, 193:18,
percent - 67:12,
percentage - 67:8,
percolate - 140:19
Perenchio - 60:24,
61:8, 61:9, 61:10,
214:14, 214:2214:6,
143:4, 149:12, 85:2,
perform - 90:13,
178:14, 167:19,

80:3, 92:20, 121:15,
performed - 35:11, :2
66:3, 69:23, 70:12,
85:12, 87:21, 123:23,
133:2, 138:3, 138:18,
169:7, 183:16,
performing - 3
139:3, 139:8, 208:17,
performs - 121:7
214:14s - 174:6,
117:17, 217:21, 4,
perimeters -
period - 139:24
permeable - 148:13,
171:12, 171:15,
permit - 180:4
53:16, 54:11, 54:16,
58:2, 59:10, 60:12,
221:6, 188:5, 197:17,
50:14n's - 49:1,
42:8, 54:3, 54:4,
personalized -
personally - 50:23,
Personnel - 9:7151:25
pertain - 181:63
179:21ning - 175:8,
pertinent - 40:20
phenomenon -
phone - 147:24,
photo - 28:22,
photograph - 29:8,
33:15, 34:7, 82:10,
85:16, 85:18, 86:18,
89:9, 90:8, 90:18,
92:21, 93:11, 93:20,
98:10, 99:1, 99:3, ,
102:20, 103:1, 02:13,
106:21, 107:4, 107:5,
112:19, 113:14,
114:22, 115:12,

198:15, 203:3, 214:2,
Photograph - 32:6,
114:19101:18, 103:15,
111:15raphed -
28:11, 30:24, 31:2,
89:25, 93:7, 96:1,
143:2, 144:3, 161:25,
photos - 28:3, 28:6,
35:56, 29:14, 29:23,
181:2e - 127:5,
125:9, 140:23, 156:2
pick - 153:8, 196:19
picking - 150:1
83:8, 89:18, 92:10, ,
112:24, 115:9, 205:25
93:6, 111:16, 126:11,
piece - 104:16,
pieced - 177:10
85:23, 111:140,
pinpoint - 70:7,
pinpointed - 69:7
83:16, 83:25, 85:1,
104:12, 198:18,
214:12, 214:14,
pipes - 78:8, 85:5,
pit - 27:2, 27:5,
32:6, 34:23, 82:11,
89:3, 89:17, 89:23,
97:4, 98:4, 103:11,
105:3, 105:16, 111:4,
126:11, 214:9 125:24,
27:21, 27:23, 28:14,
34:23, 35:4, 70:15,
82:13, 85:19, 86:20,
90:5, 90:6, 90:7, 3,
102:11, 103:19, 2:6,
109:1, 112:12, 108:7,
126:18, 203:8, 203:9,
pitch - 153:25
pits - 26:19, 26:22,

121:23, 125:10, 6:10,
148:1, 148:23, 144:1,
135:10, 141:24,
164:14, 175:25,
placed - 78:17, 229:2
places - 148:16,
Plaintiff - 1:4, 1:13,
plank - 48:12,
76:14, 92:15, 92:16,
117:10, 117:11,
176:14, 203:10,
planks - 21:24,
24:9, 24:10, 49:5,
160:14, 160:16, 1,
167:14, 171:5, 171:9,
204:14, 204:17,
plastic - 223:19
177:14, 179:8, 146:5,
plaza - 78:25, 79:4,
184:4, 184:24, 185:3,
210:22, 219:10,
Plaza - 4:110
188:18, 188:22,
please - 6:13, 65:1,
179:16 89:9, 93:4,
Pllp - 4:6, 4:13
Pm - 228:2111
159:18tically -
14:20, 15:5, 32:12,
65:17, 72:14, 74:14,
92:18, 114:6, 115:23,
147:15, 148:4,
149:19, 174:1,
180:24, 181:7, 180:7,
184:2, 197:24,
203:2, 205:22,
214:22, 215:17,
pointed - 116:8
100:1er - 94:19,
100:4, 116:9, 207:17

65:12, 99:2, 136:8, ,
173:22, 181:23
130:11, 130:14
149:13, 213:199,
poorly - 133:23
166:1, 191:2, 191:14,
portion - 33:13,
109:7, 139:1, 146:8,
portions - 17:24, :8
position - 63:18,
positioned - 144:7
46:11, 46:25, 47:1,
135:7 77:14, 104:10,
possession - 5:133
possible - 96:25, :15
151:14, 179:4,
Possibly - 169:15,
possibly - 94:7,
197:12, 213:7,
34:23, 65:21, 65:22,
68:17, 69:8, 69:15,
70:14, 70:16, 71:3,
78:16, 80:10, 112:23,
114:21, 115:17,
116:3, 116:4, 116:10,
116:20, 116:22,
117:16, 117:18,
123:9, 126:12, 22:15,
157:22, 160:23, 49:4,
162:6, 162:11,
162:24, 163:22,
206:24, 207:3, 208:9,
215:24, 216:19,
225:7, 225:8, 226:2,
228:60, 228:3, 228:4,
66:16, 66:18, 67:1,
68:1, 68:5, 68:7,
69:10, 70:8, 70:22,
72:3, 72:7, 80:23,
81:16, 81:17, 81:20,

143:8, 148:21, 149:7,
158:14, 158:15,
159:17, 161:22,
163:12, 164:10, 63:9,
187:23, 202:13,
204:11, 204:13, 04:6,
211:21, 211:24,
215:9, 215:18, 12:12,
216:13, 216:18,
218:5, 218:11,
222:13, 225:12,
227:8, 227:9, 227:12,
228:13, 228:3, 228:7,
71:21, 95:5, 95:18,
143:25, 151:5, 136:8,
213:13, 183:6, 212:1,
209:12, 212:5, 227:25
159:21, 160:1,
216:21, 204:22,
power-actuated -
160:13, 204:22,
Power-actuated -
practice - 154:3,
167:9, 167:23, 168:2,
precast - 10:22,
38:12, 76:14, 116:3,
117:13, 125:3,
158:14, 158:20,
160:12, 160:24,
164:10, 164:14,
172:11, 172:16, 71:9,
204:14, 204:17,
218:15, 226:3, 226:16
229:2ding - 111:15,
precisely - 118:8
169:16inance -
Preliminary - 12:4,
preliminary - 24:24,
173:16, 173:23
prepared - 147:13,

189:9, 190:192,
presence - 143:5
49:24, 50:5, 72:23,
114:6, 114:25, 115:6,
119:9, 125:25, 126:3,
presented - 84:9,
presently - 220:22
pretty - 118:15,
152:14, 179:12,
117:5, 135:14, 141:9,
prevented - 216:5
25:1, 25:11, 25:22,
94:11, 115:24, 2,
172:25, 175:16,
previously - 9:20,
69:22, 80:4, 102:9,
111:15, 112:10,
123:2, 149:13, 179:2,
191:14, 187:22,
22:11, 146:14, 196:12
principal - 140:21
prints - 93:6
19:19, 36:19, 106:15,
183:21, 184:3 137:12,
81:17, 139:19, ,
179:12, 218:25
89:16bly - 14:1,
44:19, 45:3, 46:5,
74:17, 76:23, 80:5,
123:5, 151:4, 187:17,
problematic - 47:6,
114:11, 122:16, 5,
133:21, 150:9, 209:6,
213:20, 216:12
38:7, 44:9, 44:16,
52:4, 52:20, 52:21,
62:13, 73:11, 78:25,
108:4, 118:14, 137:6,
148:21, 172:21,
203:14, 203:15, 209:7

process - 112:18,
product - 10:9,
15:6, 15:11, 15:15,
17:18, 18:10, 18:11,
27:18, 28:9, 29:15,
31:19, 33:10, 34:9,
40:25, 41:7, 41:10,
44:19, 55:10, 55:21,
58:12, 61:20, 64:14,
138:10, 148:9,
206:7, 207:10,
223:14, 209:20,
products - 16:9, :5
43:3, 56:9, 63:12, ,
profession - , 207:15
professional - 6:22,
program - 67:18,
progress - 176:4
project - 10:5, :4
14:23, 15:1, 15:4, ,
17:25, 18:2, 20:21,
39:6, 39:10, 43:14,
50:10, 51:3, 51:4, ,
52:10, 52:12, 57:5,
62:7, 64:14, 64:24,
124:23, 133:10, :4,
138:8, 142:6, 143:1,
150:23, 154:15,
157:4, 157:5, 158:12,
169:22, 170:7,
176:10, 177:18,
184:20, 184:25,
186:7, 189:21, 194:9,
195:7, 196:14,
219:14, 221:11
53:7, 58:19, 59:10,
152:15, 153:6, 159:8,
Projects - 10:5
4:19, 8:22, 10:13,
42:19, 43:10, 43:22,

50:5, 51:3, 51:17,
77:15, 79:3, 79:15,
165:23, 167:13,
promote - 125:1511:19
prone - 71:248:21
proper - 165:10,
properly - 41:19,
129:7, 130:9, 133:7,
properties - 16:9
142:16, 145:2, ,
189:19, 189:22,
203:19t - 143:12,
203:25ted - 141:9,
140:22, 140:23, 9,
provide - 92:19,
181:3, 189:115,
12:12, 121:3, 176:7,
provides - 61:22
71:25ding - 11:15,
proximity - 81:215
84:5, 222:3, 222:7,
Psi - 48:1613
230:18 - 6:2, 230:3,
pulled - 117:18
105:3, 106:13, 199:17
106:3ng - 105:25,
108:4, 213:1608:3,
41:6, 89:15, 90:12,
118:7, 140:21, 15:12,
pursuant - 6:6, 224:1
put - 29:19, 126:16,
131:10, 138:23,
162:4, 162:9, 174:13,
225:5, 225:23, 222:9,
161:23, 221:2:12,
Q
Qualifications -
qualified - 31:15,
quality - 89:12,
quantity - 166:21

7:10, 17:6, 23:17, ,
30:21, 31:6, 31:15,
43:15, 44:22, 44:24,
45:14, 45:24, 46:1,
63:5, 79:11, 81:13,
103:5, 113:10, 0:11,
119:18, 120:23,
138:15, 138:24,
159:25, 162:22, 58:5,
181:17, 209:16,
214:25, 223:8, 223:21
questioning - 8:3
8:2, 8:6, 8:10, 14:11,
42:2, 43:12, 53:25,
151:19, 156:9,
211:10, 211:12,
Questions - 8:14
130:23, 153:75,
quite - 145:13
152:19, 192:15
R
R - 1:20, 5:3, 6:1,
229:21, 230:529:1,
R-38 - 30:24
R1-1 - 81:25, 82:7,
R1-10 - 88:21
R1-12 - 89:22, 89:23
91:20 - 90:18, 90:23,
R1-15 - 29:12, 92:21,
R1-16 - 93:11
29:11, 93:200, 29:10,
R1-19 - 28:20, 28:22,
94:24, 207:694:17,
R1-20 - 94:22
R1-22 - 96:16
R1-4 - 82:25, 83:1,
R1-5 - 84:21
R1-7 - 85:18
R1-9 - 86:18
R2-10 - 101:18

R2-12 - 102:5, 102:6
R2-15 - 102:25
202:21, 203:25,
R2-18 - 104:20,
R2-19 - 105:24
97:13- 97:3, 97:11,
R2-22 - 106:21
R2-24 - 107:55
R2-26 - 107:15
108:13- 108:6,
108:15- 108:9,
R2-4 - 98:37
R2-6 - 98:21
R2-8 - 99:9, 99:12,
R2-9 - 99:25
R3-10 - 112:11
R3-12 - 112:15
R3-15 - 114:19
R3-2 - 109:4, 110:13
R3-23 - 116:18
R3-25 - 117:7
R3-27 - 35:5, 117:23,
R3-28 - 35:5
R3-4 - 110:12
R3-6 - 110:25
R3-8 - 33:10, 34:7,
R3-9 - 33:6, 112:6
rain - 127:11,
128:21, 128:24,
rained - 106:14
raised - 144:4,
Ralf - 62:1, 62:23:14
ramps - 170:21
rates - 77:15
19:23, 81:2010,
208:5 - 147:17,
131:10130:20,
re-waterproof -
reached - 111:11
reactivity - 16:1513

45:23, 45:25, 46:22,
124:23, 132:14, :22,
228:18, 229:1, 230:14
reads - 55:12:16
152:15 130:23,
226:23, 226:24-
43:15, 168:22, 190:7,
realm - 118:16
34:14, 37:9, 59:18,
151:13, 152:17,
225:11, 225:17
23:19, 72:7, 79:4,
144:19, 153:15, :12,
reasonably - 24:7
151:2, 179:1, 190:18
64:7, 66:4, 84:7, 12,
127:16, 132:20, :16,
134:5, 138:24, 143:2,
194:17, 194:20, 74:2,
195:2, 195:17,
197:14, 197:17,
204:24, 211:19,
215:2, 215:115,
163:19ing - 134:3,
received - 15:7,
197:7, 43:7, 73:23,
recent - 127:17, 2
recently - 9:10, 61:5
103:14, 124:16,
recessing - 178:12
128:18ize - 128:15,
28:13, 46:10, 46:25,
192:20, 201:5, :4,
206:4, 216:186,
61:20, 151:2, 151:9
81:2, 177:16, 195:5,
recommendations -
recommended - 208:17
177:25, 178:5, 186:4,
215:10, 215:23 210:8,

209:18ending -
Record - 228:24230:7
reduce - 74:3, 77:3,
reduced - 25:1, :10
73:15, 65:5, 69:24,
reducing - 25:19,
73:2, 73:66, 72:25,
refer - 14:24, 27:14,
reference - 33:18,
59:23, 60:3, 75:17,
131:4, 132:25, 175:4,
213:10, 213:12, 219:7
29:14, 33:6, 33:17,
208:44, 191:3, 206:9,
170:12, 173:18,
206:14 190:23, 196:2,
58:9, 59:20, 60:23
14:23, 15:5, 15:6,
33:23, 34:11, 62:23,
146:19, 149:11, 5:24,
169:21, 181:14,
196:23, 198:4, 206:3,
refers - 56:5, 57:12,
149:10 131:6, 148:25,
120:10, 176:14, 3,
Refresh - 93:4
149:7, 201:24,
124:22, 156:31:23,
155:23, 166:22, :8,
regards - 183:5
31:4, 32:8, 32:13,
41:25, 42:10, 43:23,
47:10, 47:14, 48:2,
51:19, 52:14, 53:5,
54:9, 54:13, 54:18,
56:11, 56:14, 57:2,
60:18, 61:14, 61:16,
64:11, 68:8, 68:23,
76:24, 79:21, 82:22,
97:25, 99:20, 100:13,

105:21, 108:19,
111:23, 113:1,
117:20, 119:16,
124:19, 128:2,
131:2, 133:3, 135:16,
141:24, 142:12,
150:15, 151:19, 47:8,
171:7, 179:18, 187:4,
201:15, 205:18,
209:3, 209:22, 210:1,
217:12, 217:19, 17:9,
222:15, 223:3, 224:3,
225:2, 226:101,
39:18, 113:12, , 5:6,
202:25, 211:11,
212:7, 213:246,
122:9, 147:23, 120:6,
14:17, 14:22, 21:12,
44:9, 99:17, 99:18,
136:10, 137:16, 36:3,
146:20, 148:21,
218:19, 219:4 191:15,
210:5es - 147:25,
15:6, 15:12, 88:12
41:7, 51:18, 86:17,
159:14, 161:3, 172:3,
191:18, 193:4, 76:3,
227:57, 200:1, 202:1,
relative - 230:10, 4
Relatively - 171:21
51:1, 51:19, 53:6,
relevant - 80:160:8
relying - 18:226
66:2, 117:1512:11,
203:18, 211:18:9,
remember - 53:11,
59:4, 66:14, 76:5,
110:2, 115:10, 7:1,
138:21, 145:5, 152:3,
227:20, 216:21,

removal - 104:24,
107:19, 116:16,
126:6e - 106:12,
29:6, 65:22, 85:19,
97:5, 106:10, 110:16,
112:7, 115:19,
117:5, 117:17, 118:1,
146:23, 203:10,
107:14ng - 36:19,
189:9, 190:199,
repair - 25:1, 25:11,
65:6, 65:8, 65:11,
68:1, 68:4, 68:19, ,
71:7, 72:20, 72:24,
74:18, 75:18, 76:4,
80:3, 80:6, 80:21,
81:6, 85:12, 85:14,
repaired - 66:8,
67:8, 67:14, 71:11,
113:16, 113:18, 20,
211:22, 212:12,
65:15, 65:21, 65:25,
66:10, 68:5, 68:17,
74:22, 80:8, 80:10,
81:12, 99:24, 123:20,
138:11, 138:17,
144:11, 144:19,
repeat - 79:10
42:14, 45:22, 128:1,
replace - 132:5
Report - 5:12, 1
report - 7:18, 11:13,
12:10, 13:1, 14:10,
25:20, 27:14, 32:11,
73:9, 84:2, 84:4, 65:9,
120:7, 120:11, 120:6,
130:24, 133:1,
147:20, 147:25,
156:12, 157:11,
168:3, 173:4, 173:7,

173:23, 179:22,
180:1, 180:4, 180:21,
183:17, 183:21, 83:9,
184:20, 190:23,
194:19, 194:24,
202:21, 202:23,
212:19, 212:20, 9:16,
227:13, 215:15,
41:17, 42:1, 43:20,
46:14, 70:11, 71:4,
114:10, 114:15, 2:2,
123:8, 125:13, 135:4,
148:3, 149:24, 170:9,
203:15, 230:5,
181:23edly - 181:21,
Reporter - 1:23,
reporter's - 230:1
reports - 71:2, 10
101:8, 132:14, 165:1,
represent - 124:19,
Representative -
representative -
representatives -
155:1, 196:14, 196:21
158:20ented -
4:5, 4:7, 4:9, 4:11,
request - 43:11, 4:21
required - 48:19,
165:21, 164:15,
145:23, 191:18,
requires - 146:59:5
resolved - 70:135:22
respect - 14:20,
43:7, 71:16, 74:10,
81:13, 104:1, 111:21,
123:24, 154:23,
170:20, 180:18,
respond - 30:20,
responded - 56:20,
63:2, 63:20, 61:10,

59:19, 60:6 57:18,
response - 41:3,
responses - 40:15,
responsibility -
responsible - 84:9
184:17, 185:10,
188:6, 198:8, 219:20,
responsive - 64:1
208:18 191:21, 192:8,
40:14, 45:21, 45:24,
restating - 94:11
restricts - 156:211
49:11, 77:11, 127:23,
218:18, 218:17,
resulted - 44:15,
178:10, 215:18, 4:24,
results - 126:25
retained - 28:13,
42:23, 119:5, 119:8,
retaining - 139:21
59:6, 59:10, 61:5
95:25, 96:3, 98:11,
Return - 229:22
reveal - 105:11
review - 7:12, 8:16,
15:11, 15:14, 15:20,
25:7, 25:8, 25:9,
33:15, 36:1, 36:13,
79:14, 88:13, 110:1,
123:6, 132:17, 20:12,
155:13, 155:18,
163:18, 165:25,
201:24, 206:17, 210:4
13:18, 14:8, 14:15,
26:19, 36:18, 75:4,
87:20, 88:12, 114:9,
148:9, 155:11, 147:3,
170:10, 179:23, 69:3,
181:25, 184:19,
204:31, 198:7, 202:1,

158:23, 165:1, 165:5
12:25, 13:3, 19:14,
revised - 43:13,
78:9, 100:21, 101:7,
Rfi - 157:24, 158:7,
187:22, 195:21,
196:23, 197:7, 197:9,
Rfis - 147:2, 172:7,
Rich - 8:10, 11:7,
42:25, 50:24, 55:21, 6,
138:15, 147:10, :25,
150:7, 155:13, 181:9
155:15, 180:23,
Riemer - 4:1:9
10:2, 10:4, 10:17,
12:21, 13:1, 13:5, ,
18:24, 18:25, 23:13,
26:2, 26:25, 27:13,
29:11, 33:12, 34:22,
37:15, 37:24, 38:5,
47:19, 55:2, 57:24,
98:8, 104:12, 104:17,
126:5, 126:17, 128:3,
135:18, 155:12,
168:25, 169:10,
176:19, 177:11,
181:15, 183:14,
186:19, 187:1,
188:16, 188:19,
190:24, 192:18,
194:18, 194:24,
200:15, 201:3, 99:14,
209:14, 211:8, 214:5,
217:11, 217:16,
223:13, 224:1,
228:17, 230:14,
37:19, 115:9, 125:21,
138:25, 156:13,
right-hand - 10:4,
rigid - 207:11

Riverside - 4:2:6
Robert - 56:22,
rods - 62:88
189:21, 189:2388:13,
roof - 153:23, 154:2,
roofing - 17:7,
Roofing - 131:2, 7:3
roofs - 137:17,
room - 127:15,
roughly - 37:1
row - 146:23:3
149:9, 179:22, 179:24
164:9, 172:1163:11,
running - 50:4
S
safety - 15:24
42:16, 51:16, 52:20,
110:2, 123:2, 129:6,
147:24, 148:12,
166:23, 213:18
43:25, 47:14, 47:15,
53:22, 53:23, 54:5,
55:15, 55:25, 56:11,
60:1, 61:16, 61:17,
64:11, 82:23, 102:3,
141:18, 209:3, 37:1,
224:21, 224:22,
29:13, 33:17, 84:22,
97:14, 99:10, 102:2,
108:10, 110:11,
113:18, 113:19,
173:21, 181:13, 65:4,
190:18, 198:6, 229:2,
sample - 28:11,
29:2, 29:5, 29:19, ,
samples - 27:8, :2
28:13, 28:15, 30:2,
30:11, 30:17, 30:22,
32:5, 32:23, 35:1,
111:19, 112:75:17,

63:25, 64:2, 64:5,
saturation - 228:12
saw - 21:11, 22:16,
32:20, 36:23, 36:25,
129:11, 131:19, 9:6,
142:9, 142:25, 142:1,
172:22, 174:20, 219:8
say - 11:23, 17:13,
23:18, 25:7, 40:4,
53:21, 54:3, 54:8,
56:13, 56:17, 57:1,
62:3, 62:24, 63:6,
70:3, 73:6, 92:20,
122:12, 125:25,
141:22, 144:23,
173:6, 173:25, 174:4,
181:23, 191:17, 1:20,
204:18, 204:23,
215:13, 216:12,
saying - 23:7, 224:6
136:5, 156:14, 182:2,
says - 24:24, 25:15,
148:25, 149:9, 181:7,
203:4, 205:22, 208:15
160:11navian -
scene - 35:141:11
se - 137:8, 224:14
sealant - 74:14,
sealed - 92:5, 33:24
213:2, 213:3, 208:10,
132:7ng - 92:15,
seam - 37:13, 38:7,
129:14, 129:19,
seaming - 46:11, :2
47:42, 46:23, 47:1,
38:2, 108:4, 114:16,
129:11, 129:15, 29:5,
203:15, 203:16,
213:1, 213:324,
Second - 4:9,

second - 13:17,
72:14, 103:11, 3:3,
section - 11:15,
12:3, 12:5, 12:6, ,
19:23, 20:1, 20:5, ,
33:10, 33:13, 33:14,
108:14, 109:5, 04:18,
131:6, 173:16,
224:14, 224:15, 228:6
sections - 115:3,
see - 9:8, 10:7,
21:6, 28:21, 28:22,
36:15, 76:1, 77:13,
93:18, 98:14, 99:2,
134:6, 154:20, 134:4,
168:10, 176:2, 176:9,
186:10, 186:13,
207:24, 214:13,
225:15, 225:16,
92:18, 126:24,
133:20, 176:6, 194:23
seemed - 42:8, :4
seems - 42:2
30:11, 31:21, 53:4,
147:2, 161:5, 175:3,
181:11, 181:24,
210:12, 211:1, 211:5,
Seiden - 58:21
58:10, 58:13, 58:15,
select - 123:128:24
15:2, 71:18, 149:18,
181:20, 184:16,
selecting - 219:22
seminars - 210:165
181:10 58:15,
55:18, 58:5, 58:10
35:20, 36:3, 47:8,
88:18, 90:2, 90:21,
113:4, 116:13, 119:4,
147:20, 153:3, 140:2,

157:12, 164:5,
204:20, 223:22,
sent - 18:6, 18:9,
195:21 51:10, 157:24,
181:20, 205:22:6,
51:13, 51:147:6,
222:20ted - 133:16,
September - 123:18
205:13cing -
109:17, 195:16
setting - 199:17,
Seventh - 4:18
Several - 13:23,
several - 15:2, 15:3,
32:4, 40:9, 41:10, ,
85:2, 85:20, 91:12,
197:14, 207:15166:8,
142:23ly - 141:22,
she - 53:21, 54:6,
60:7, 54:25, 55:13,
sheathing - 98:25
sheet - 223:19
sheets - 15:24,
46:12, 47:2, 47:6,
shell - 159:223:25
195:10es - 150:2,
124:16, 151:21,
shortly - 9:9, 14:3
should - 71:10,
144:12, 146:6, 154:9,
191:16, 203:24,
211:22, 215:13,
221:24, 223:14, 8:25,
shoulders - 18:3
shovel - 87:1, :12
190:13, 214:11105:10,
87:6els - 86:22,
29:14, 81:25, 84:24,
90:10, 91:23, 93:18,
98:21, 102:11, 103:9,

105:17, 105:24,
107:15, 107:18,
112:20, 114:19, 2:12,
115:16, 116:11,
147:7, 172:195,
39:25, 43:22, 198:1
83:9, 86:22, 91:21,
shown - 30:24,
84:24, 91:14, 95:25,
103:20, 104:20, 8,
109:7, 110:9, 110:12,
115:19, 116:6,
Shows - 98:11,
117:8, 117:109,
83:1, 83:15, 85:5,
91:24, 92:1, 92:4,
95:6, 97:3, 97:4, ,
98:3, 98:22, 104:4,
108:8, 110:14,
112:21, 114:20,
116:15, 117:2, 117:7,
side - 10:4, 22:22,
75:15, 110:24, 124:1,
143:12, 165:19,
197:24, 199:22,
sides - 75:17
165:22, 194:365:13,
95:8, 95:14, 101:1, ,
145:7, 145:9, 145:10,
157:3, 192:21, 208:1,
sign - 173:14,
Signature/0:14
228:25tion - 5:7,
82:9, 82:15, 82:18,
85:22, 86:22, 88:23,
92:11, 94:5, 94:24,
99:11, 100:5, 108:16,
121:24, 170:15
99:4, 101:22, 102:25,
149:18, 166:10,

172:23, 209:70,
25:12, 65:5, 73:16, ,
signs - 172:22
177:13, 179:8, 46:5,
silver - 207:25
122:20, 126:187,
80:6, 80:11, 99:7,
107:3, 112:14, 126:4,
150:1, 154:12, 160:6,
211:4, 215:213,
similarly - 9:21,
simple - 109:237:12
46:24, 47:5, 52:1,
103:24, 105:15, 6,
138:18, 155:22, 1:7,
199:19, 203:11180:1,
88:24, 92:12, 100:6,
Since - 139:1
129:2, 140:18, 152:6,
single - 108:23
182:11, 225:3, 228:15
sit - 38:18, 75:18,
158:19, 194:25, 3:23,
site - 7:18, 8:14, 1
13:3, 13:13, 19:14,
24:25, 25:6, 25:10,
32:11, 35:17, 35:19,
66:2, 67:8, 67:25,
78:15, 78:18, 78:23,
123:19, 127:8, 21:20,
133:2, 135:4, 135:20,
169:9, 170:10, 191:8,
196:22, 197:13,
Site - 202:24,
sites - 69:2
182:6, 196:25:3,
213:13ion - 63:11,
six - 88:25, 146:6,
Sixth - 4:7:14
227:10 97:6, 227:4,

175:15, 176:19,
108:12 108:11,
slab - 49:6, 139:9,
slabs - 57:96
sleeve - 227:15
slightly - 112:8
165:9, 165:10,
165:21, 165:18,
slopes - 194:3,
small - 149:1
So - 11:17, 15:5,
21:22, 23:7, 25:17,
32:19, 34:15, 38:5,
49:10, 53:3, 59:12,
80:17, 88:15, 89:5,
118:18, 122:10, :20,
139:15, 152:8, 161:2,
180:17, 183:7,
188:21, 189:9,
190:19, 192:7, 190:7,
194:9, 194:23, 197:9,
213:10, 217:6, 209:8,
222:9, 223:18,
so - 9:11, 19:7, 7:8
41:8, 43:12, 54:14,
72:18, 72:22, 74:6,
100:2, 100:20, 12,
106:10, 108:22,
131:15, 131:25,
144:15, 146:3, 151:5,
154:7, 155:24, 162:5,
162:19, 163:6,
171:25, 172:22,
181:3, 182:2, 185:2,
186:22, 192:21,
206:12, 216:25, 04:8,
218:16, 222:17,
225:22, 227:15
Soil - 93:190
83:12, 83:13, 83:15,

88:12, 88:14, 88:16,
106:8, 107:1, 107:3,
149:16, 151:3, 141:9,
166:20, 166:21,
soils - 87:10, 88:14,
solely - 123:25
15:17, 15:24, 16:6,
37:23, 38:19, 224:16
79:25, 83:17, 83:19,
solve - 80:5, 157:2,
some - 8:14, 8:15,
15:11, 18:5, 21:6,
62:12, 63:12, 64:7,
90:20, 92:13, 92:18,
109:2, 109:11,
118:5, 122:23, 123:1,
135:5, 135:14,
138:13, 138:20,
140:25, 142:18,
154:19, 158:24,
161:4, 170:14,
170:23, 171:5, 175:4,
179:25, 181:22,
188:14, 190:3, 195:1,
209:11, 210:17,
221:20, 221:22,
227:19, 225:20,
173:22, 196:25, :1,
somehow - 224:14,
someone - 18:9,
185:10 55:5, 90:7,
something - 45:22,
94:18, 124:2, 135:14,
157:23, 192:15, 53:4,
somewhat - 118:16, 4
Somewhat - 166:12,
somewhere - 93:10
sorry - 9:12, 11:8,
54:23, 62:8, 94:15,
153:21, 160:11, 7:9,

219:8, 224:822,
158:24, 177:18, 2:18,
sorts - 152:99
Sounds - 188:177
23:9, 23:20, 24:16,
62:21, 134:20, 9,
143:20, 212:16
sources - 133:2524:1
4:18, 4:21, 7:27, 4:9,
spalling - 161:13
155:24, 162:10,
speaking - 226:23,
speaks - 40:7
specialty - 163:17
23:24, 24:12, 43:12,
119:9, 136:11, 138:4,
158:11, 159:11, 8:6,
175:5, 189:24, 215:11
25:24, 50:10, 54:10,
80:7, 88:14, 88:20,
128:25, 131:5, 9:21,
154:23, 156:24,
173:16, 196:2, 70:13,
Specifically - 8:10,
specifications -
186:7, 186:13 185:15,
138:18ics - 36:12,
141:7, 158:2, 204:8,
216:22, 216:17,
speculate - 45:1,
speculated - 74:20
41:15, 46:18, 53:6,
77:6, 86:9, 142:8, ,
spell - 58:20, 61:8
splits - 217:23
spring - 83:24
Sprinkler - 104:13
140:4kler - 104:15,
ss - 230:2 - 140:10
Stacey - 4:816:15

23:8, 23:2420, 22:24,
21:11, 21:14, 21:15,
50:13, 116:4, 116:6,
136:7, 169:17,
170:16, 170:23,
stains - 21:9, 22:5,
stairs - 194:7,
stairways - 133:16,
133:23, 134:2,
134:18, 170:16,
stairwells - 20:7
standing - 36:19,
85:1, 89:2, 89:4, 5,
121:23, 122:5, 125:6,
125:18, 126:4,
128:16, 142:4,
stands - 158:11
81:25, 152:17 27:13,
State - 6:3, 230:1,
state - 6:13, 65:3,
Stated - 55:19,
stated - 14:21, 46:2,
58:8, 60:4, 60:9, ,
70:11, 70:14, 168:22,
statement - 17:10,
34:11, 45:8, 45:15,
statements - 135:70
states - 61:21, 62:9,
199:10, 199:13
70:2, 114:13:11,
159:17- 152:22,
194:10, 194:21, :7,
step-up - 194:7
13:10, 15:9, 18:13,
30:18, 31:5, 31:23,
37:16, 39:14, 40:6,
44:25, 45:8, 45:12,
48:17, 49:20, 49:25,
67:9, 67:15, 68:2,
72:9, 74:19, 77:1, ,

79:8, 79:17, 80:24,
84:15, 85:10, 85:24,
91:7, 91:16, 95:12, :3,
100:24, 101:4, 0:10,
103:3, 103:23, 105:7,
106:4, 107:8, 107:24,
113:3, 113:8, 118:10,
119:19, 119:25,
122:2, 124:15, 121:1,
141:16, 156:1, 156:5,
164:19, 164:24,
169:20, 171:25,
178:23, 182:14,
185:21, 185:25, 85:5,
190:10, 191:22, 8:9,
196:15, 198:10,
205:16, 207:12, 05:3,
216:9, 216:14, 215:5,
220:3, 220:24, 221:8,
226:18, 228:17 223:6,
180:11's - 156:1,
40:18, 41:17, 45:13,
Steven - 4:18215:5
Sticker - 58:21
58:18, 59:2, 73:8, 8,
123:12, 135:17, 4:13,
139:25, 141:7, 141:9,
166:20, 176:20,
201:13, 212:11,
194:15, 194:21, 3:5,
225:23, 226:25225:17,
80:13, 163:10, 225:5,
stop - 46:13, 68:6
69:9, 70:568:20,
Street - 1:23, 4:7,
strike - 23:17, 31:6,
Strike - 19:4, 219:8,
structural - 162:19,
164:5, 175:6, 175:14,
stud - 177:207

stuff - 93:20
157:24, 158:1,
196:1, 196:9, 196:24,
219:20 197:6, 197:10,
167:14ged -
95:24, 120:7, 123:18,
subsequently -
substance - 51:16,
substantial - 230:13
149:5antially -
substitution - 1:10
substrate - 111:11,
subsurface - 27:2,
228:12 212:23, 214:7,
13:14, 42:2, 42:25,
150:4, 152:9, 152:20,
159:4, 159:7, 165:22,
167:13, 167:19,
227:2, 230:10, 230:11
sufficient - 48:20,
sufficiently - 133:7,
suggest - 129:18
225:21ted - 8:11,
suggestions - 7:10
Suite - 4:4, 4:7, 4:9,
sum - 19:137:2
summarize - 41:4,
summarized -
summarizes -
summarizing -
summary - 60:5,
181:3, 208:5, 208:6
supervisor - 158:12
support - 129:23,
202:13, 202:16,
204:13, 225:7, 04:11,
225:21, 225:23,
191:13ted - 114:12,
163:23ting - 65:19,
167:21, 193:17, ,

204:21, 208:19,
223:25, 224:8 223:13,
120:12, 143:3, 20,
173:25, 186:17,
Sure - 34:6, 81:24
78:2, 78:10, 78:14,
108:9, 109:20, 02:14,
117:12, 153:24,
164:14, 165:10,
166:14, 166:17,
166:22, 178:9,
206:23, 212:25,
137:16, 167:24:11,
164:7ised - 163:11,
surrounding - :2
206:11 166:4, 166:8,
212:23tible -
223:15- 223:13,
Swelltite - 15:6,
17:14, 18:10, 30:2,
38:12, 40:25, 41:1, :3,
60:10, 62:7, 129:25,
150:14, 150:16,
178:5, 181:21, 195:6,
207:21, 208:10,
Swenson - 1:16,
sworn - 6:9, 230:6
symptom - 24:65:4
50:11, 170:10:7,
system - 10:22,
35:23, 42:4, 49:11,
62:9, 62:12, 62:13,
72:22, 87:14, 88:7,
105:12, 105:18,
120:18, 121:8,
140:5, 148:5, 150:9,
151:16, 167:12,
181:21, 182:8, 184:4,
184:24, 185:11, 4:11,
186:14, 186:16,

188:3, 188:7, 190:1,
208:16, 208:23,
210:12, 210:15,
212:22, 216:4,
219:23, 219:24,
systems - 154:12,
210:17 186:3, 186:6,
T
Take - 39:14,
183:1, 207:24, 208:3
59:6, 82:13, 84:10,
133:23, 145:13,
154:4, 182:12,
199:15, 203:2,
207:23, 207:5, 207:6,
taken - 6:1, 28:6,
90:3, 92:1, 103:14,
165:20, 229:21,
31:15, 40:3, 50:23,
55:21, 56:18, 58:13,
63:14, 64:18, 64:20,
204:1375:5, 131:2,
40:8, 62:18, 62:21,
151:9, 175:7, 187:16,
talking - 14:12,
32:21, 32:23, 116:12,
176:16, 189:3, 189:5,
talks - 148:4,
tap - 42:25:17
89:13, 89:15, 93:23,
207:16 130:9, 207:9,
task - 155:23, 13:3
team - 18:1
213:5, 213:162,
211:7ical - 15:14,
1:17, 2:2, 4:3
Tell - 51:16, 216:17
22:5, 22:17, 22:20,
33:9, 33:11, 34:8,
50:25, 52:12, 64:16,

70:24, 71:6, 71:13,
92:21, 92:25, 93:5,
97:9, 102:18, 106:2,
185:22, 191:10,
199:11, 199:24, 8:25,
ten - 51:9, 138:5
tendency - 141:5,
term - 121:14,
terminate - 200:49:12
67:21, 72:22, 88:24,
198:17, 199:25, 7:12,
terminating - 174:4
91:11, 95:16, 95:21,
144:8, 146:4, 156:9,
177:13, 177:23, 76:5,
199:9, 200:12,
227:22, 221:25,
72:19nations -
terms - 17:6, 88:3,
170:3, 170:21, 68:24,
195:18, 226:15,
test - 26:19, 26:22,
28:9, 30:10, 30:24,
82:10, 86:16, 87:7,
98:4, 102:3, 103:11, 4,
105:16, 106:6,
117:6, 121:23, 122:8,
122:14, 122:17,
126:21, 127:5, 129:6,
132:18, 142:13,
162:24, 199:21, 48:2,
Test - 27:14, 27:15,
28:17, 29:8, 29:25,
71:24, 82:1, 82:2,
88:21, 89:11, 89:23,
91:14, 94:23, 102:6,
104:2, 106:19, 108:7,
112:12, 125:11,
126:18, 203:8, 214:9,
158:3d - 127:4,

6:19, 16:24, 27:8,
37:9, 119:25, 127:2,
136:18, 137:13,
149:6, 150:15, 149:5,
202:8, 211:210,
testifying - 195:2
15:10, 19:2, 30:19,
154:8, 156:10, 40:7,
173:10, 187:7,
192:11, 212:4,
227:21, 230:73,
35:19, 38:1, 38:10,
126:20, 133:2,
Testing - 35:13148:12
132:12- 35:16, 132:9,
18:10, 19:23, 21:19,
36:13, 41:2, 43:8,
66:6, 81:20, 82:6, ,
91:21, 109:10, :8,
123:10, 129:21,
142:19, 145:18,
169:24, 170:19,
214:10, 226:21, 227:6
124:14, 226:10
215:3s - 105:11,
182:10, 182:25,
that - 6:17, 7:4, 7:5,
7:17, 7:19, 7:20, 7:22,
8:11, 8:13, 8:14, 8:15,
9:19, 9:23, 10:1, 10:7,
11:2, 12:6, 12:8, 8,
12:21, 13:5, 13:8, ,
13:19, 13:21, 13:24,
14:15, 14:16, 14:21,
15:14, 15:15, 15:17,
17:4, 17:10, 17:13,
18:23, 18:24, 19:3,
19:18, 19:22, 20:5,
21:11, 21:13, 21:14, 7,
22:8, 22:10, 22:23,

23:15, 23:16, 23:17,
23:25, 24:7, 24:9, ,
25:3, 25:9, 25:11, ,
26:10, 26:25, 27:8,
27:24, 28:11, 28:13,
29:1, 29:2, 29:14, ,
30:6, 30:9, 30:10,
31:7, 31:9, 31:10,
32:19, 32:20, 33:5,
33:13, 33:18, 33:20,
34:17, 34:23, 35:3,
35:20, 35:23, 36:6,
36:25, 37:6, 37:8, ,
37:24, 38:5, 38:8,
40:3, 40:11, 41:7,
42:7, 42:16, 42:19,
43:15, 43:17, 43:20,
44:9, 44:10, 44:15,
46:8, 46:9, 46:14,
47:21, 48:1, 48:7,
49:10, 49:12, 49:24,
51:14, 52:1, 52:6,
53:3, 54:8, 55:6, 55:8,
57:16, 58:11, 59:6,
60:9, 60:10, 60:15,
62:9, 63:18, 64:1,
65:9, 65:12, 65:15,
68:1, 68:4, 68:5, 3,
69:1, 69:2, 69:8, 69:9,
70:4, 70:7, 70:10,
70:15, 70:16, 70:17,
70:25, 71:3, 71:6, ,
71:13, 71:14, 71:18,
72:19, 72:20, 72:22,
73:3, 73:10, 73:11,
74:2, 74:6, 74:11, ,
74:23, 74:24, 75:1,
75:21, 75:22, 75:23,
76:22, 77:2, 77:6,
77:12, 77:13, 77:18,

79:1, 80:2, 80:4, 81:6,
81:17, 81:25, 82:9,
83:9, 83:11, 83:15,
84:24, 85:1, 85:4,
85:14, 85:16, 85:17,
85:22, 86:2, 86:4, ,
87:4, 87:7, 87:13,
89:3, 89:9, 89:10, ,
92:1, 92:4, 92:5, 92:8,
92:14, 92:18, 92:23,
94:6, 94:8, 94:10, ,
95:13, 95:22, 95:23,
96:9, 96:10, 96:12,
98:3, 98:11, 98:14,
98:24, 99:25, 100:5,
100:15, 100:18, 0:9,
101:18, 101:21, 1:12,
102:11, 102:13, 02:9,
103:15, 103:21,
104:17, 104:18, 4:11,
105:24, 106:3, 105:6,
106:21, 106:25,
107:22, 108:6, 108:7,
108:23, 108:24, 8:11,
109:23, 110:3, 110:5,
110:15, 110:17,
111:11, 111:14,
112:2, 112:6, 112:10,
112:25, 113:16,
114:10, 114:13, 4:9,
114:19, 114:21,
115:13, 115:23, 15:6,
116:8, 116:12, 116:2,
116:20, 116:24,
117:14, 117:19,
118:3, 118:16,
120:10, 120:13, 20:9,
121:7, 121:25, 122:4,
122:18, 122:21, 2:15,
123:4, 123:7, 123:8,

123:16, 123:20,
125:9, 125:11, 125:5,
125:17, 125:20,
126:1, 126:3, 126:7,
127:3, 127:4, 127:9,
127:20, 127:22,
128:14, 128:15, 28:7,
129:4, 129:5, 129:6,
129:19, 129:21,
130:6, 130:7, 130:17,
131:11, 131:23,
132:13, 132:16, 2:9,
133:14, 133:16, 3:9,
133:24, 134:2, 134:5,
134:21, 134:23,
135:22, 135:23,
136:12, 136:13, 36:9,
136:21, 137:4,
137:21, 138:1, 138:3,
138:10, 138:12, 8:8,
138:24, 139:7, 139:9,
139:16, 139:17,
140:11, 140:12, 0:9,
140:21, 140:24,
142:3, 142:4, 142:9,
142:18, 142:20,
143:6, 143:7, 143:8,
143:21, 144:3, 144:8,
144:19, 144:20,
145:7, 145:21, 146:5,
146:18, 146:19,
147:4, 147:8, 147:21,
148:1, 148:2, 148:9,
149:2, 149:5, 149:10,
149:20, 149:25,
150:16, 151:7, 151:9,
153:15, 153:22,
154:8, 154:14, 154:7,
154:19, 154:22,
155:25, 156:4, 156:7,

156:16, 157:3, 157:8,
157:19, 157:23,
158:15, 158:21, 8:10,
158:24, 159:1, 159:9,
159:12, 159:19,
160:9, 160:12,
160:17, 160:18,
161:1, 161:3, 161:5,
161:11, 161:12,
161:18, 162:1, 162:3,
162:22, 162:24,
163:23, 163:25,
165:17, 165:23,
166:16, 166:23,
167:18, 167:19, 7:7,
168:3, 168:6, 168:18,
169:6, 169:10,
170:2, 170:4, 170:8,
170:13, 170:22,
171:20, 172:8, 71:10,
173:14, 174:2, 173:8,
174:17, 174:19,
175:2, 175:3, 175:6,
175:17, 175:20,
175:24, 175:25,
176:19, 176:20, 6:13,
177:5, 177:8, 177:11,
178:3, 178:4, 178:9,
178:19, 178:21,
179:12, 180:1, 180:4,
180:23, 180:24,
181:10, 181:13, 81:6,
181:24, 182:1, 182:2,
183:3, 183:4, 183:9,
183:20, 184:4, 184:5,
184:10, 184:11, 4:9,
184:23, 185:11,
185:16, 185:23,
186:17, 186:18, 6:16,
186:25, 187:1, 187:8,

187:16, 187:17,
188:8, 188:16,
188:25, 189:1, 189:7,
190:3, 190:16,
191:13, 191:15, 91:4,
192:19, 192:20, 2:18,
192:23, 192:25,
193:13, 194:4,
194:17, 194:18,
194:23, 194:24,
195:18, 195:20, 5:13,
195:24, 195:25,
196:11, 196:17,
197:7, 197:9, 197:13,
197:23, 198:3, 198:7,
199:3, 199:10,
199:18, 199:21,
200:17, 200:18,
200:23, 200:25,
201:13, 201:18, 1:11,
201:24, 202:2, 202:4,
202:15, 203:3, 203:4,
203:15, 203:16, 3:10,
203:25, 204:1, 204:3,
204:16, 204:24,
205:22, 206:3, 206:4,
206:14, 206:17,
206:24, 207:2, 207:9,
208:1, 208:3, 208:4,
208:18, 209:2, 209:6,
210:5, 210:15, 211:2,
211:19, 211:21,
211:25, 212:1, 212:8,
212:11, 212:12,
213:13, 214:4, 213:4,
214:23, 215:2,
216:12, 216:20, 16:5,
217:11, 217:25, 17:7,
218:14, 218:19, 8:13,
218:24, 219:1, 219:8,

219:23, 220:2, 220:8,
220:16, 220:19,
221:5, 221:14,
222:2, 222:3, 222:10,
223:1, 223:2, 223:8,
223:23, 223:24,
225:9, 225:11,
225:22, 226:7,
227:10, 227:15, 27:5,
227:21, 227:22,
228:13, 229:1, 230:6,
That - 8:16, 9:13,
25:3, 26:7, 33:17,
49:8, 54:6, 57:4, 3,
76:19, 86:11, 86:16,
110:22, 115:16, 8:3,
145:22, 150:18,
196:4, 207:18,
219:19, 230:5, 230:7,
230:12, 230:14
39:24, 43:15, 45:6,
112:5, 148:22, 164:4,
182:10, 211:8,
224:25, 226:10,
that's - 9:7, 9:8,
33:11, 46:6, 57:13,
89:14, 93:20, 95:10,
101:24, 104:7, 01:23,
108:14, 110:12,
122:12, 122:18,
143:24, 147:18,
162:6, 168:1, 169:24,
177:2, 177:5, 177:11,
199:13, 206:8, 206:9,
223:24, 224:16,
10:6, 11:9, 11:23, 16,
18:2, 18:14, 19:3,
30:16, 30:22, 34:6,
40:17, 40:25, 41:17,
44:2, 44:14, 45:1,

46:19, 47:11, 47:16,
49:17, 49:21, 50:3,
53:9, 53:24, 54:6,
55:16, 56:1, 56:2,
58:8, 60:3, 60:9, ,
62:6, 63:9, 64:13,
67:3, 67:11, 67:17,
69:6, 69:15, 69:20,
77:25, 78:7, 79:10,
81:15, 82:24, 83:23,
86:1, 86:11, 87:4,
91:17, 91:18, 91:19,
95:13, 96:7, 96:23,
100:15, 100:25, 23,
102:23, 103:6,
105:8, 105:15,
108:1, 108:21, 107:9,
111:9, 111:25,
113:14, 113:19,
118:11, 118:25, 7:22,
119:20, 120:5,
121:2, 121:18,
128:1, 128:12, 130:3,
135:13, 137:2,
142:9, 145:2, 145:25,
147:20, 148:20,
150:14, 152:15,
156:24, 157:13,
160:22, 162:15,
164:21, 165:1,
166:12, 167:18,
171:3, 171:8, 172:3,
174:11, 174:13, 74:1,
179:1, 179:19, 180:7,
184:15, 185:7, 186:2,
188:13, 189:6, 188:2,
191:23, 191:25,
194:14, 196:17, 94:2,
198:23, 199:1, 200:4,
204:17, 205:6,

207:14, 207:17,
209:1, 209:5, 209:11,
210:4, 212:5, 213:3,
216:15, 217:16,
219:19, 220:6, 221:1,
222:6, 222:17,
224:6, 224:8, 224:12,
228:20, 228:22,
6:5, 6:13, 6:25, 7:10,
8:16, 8:17, 8:21, 8:22,
9:23, 10:4, 10:9, :22,
11:14, 11:15, 11:17,
12:6, 12:10, 12:11,
13:6, 13:17, 13:21,
14:10, 14:11, 14:12, 8,
14:20, 14:22, 14:23,
15:20, 15:23, 15:24,
16:14, 16:17, 16:20,
17:15, 17:22, 17:24,
18:11, 18:22, 18:23,
19:13, 19:19, 20:2,
20:14, 20:16, 20:18,
21:12, 21:14, 21:15,
21:24, 22:1, 22:3, ,
22:13, 22:14, 22:16, 7,
22:25, 23:3, 23:4, ,
23:19, 23:21, 23:22,
24:9, 24:10, 24:11, :8,
24:18, 24:19, 24:20,
25:2, 25:5, 25:6, 25:8,
25:13, 25:14, 25:15,
25:19, 25:20, 25:25,
26:22, 26:24, 27:2,
28:2, 28:5, 28:8,
28:22, 28:24, 29:1,
29:11, 29:12, 29:14,
30:5, 30:9, 30:10, ,
31:8, 31:18, 31:19,
32:8, 32:12, 32:16,
32:24, 33:5, 33:9, ,

33:15, 33:18, 33:20,
34:11, 34:13, 34:15,
34:23, 35:3, 35:7, ,
35:17, 35:19, 35:20,
36:4, 36:6, 36:11,
36:22, 36:23, 36:25,
37:19, 37:22, 37:23,
38:19, 38:23, 39:4,
40:8, 40:10, 40:11,
41:7, 41:8, 41:10,
42:2, 42:3, 42:4, 42:5,
42:16, 42:20, 42:21,
43:12, 43:13, 43:14,
44:7, 44:9, 44:13,
44:19, 44:21, 44:24,
46:14, 46:16, 46:20,
47:23, 48:8, 48:9, ,
48:21, 49:1, 49:6, ,
49:21, 49:22, 49:23,
50:11, 50:12, 50:14,
51:11, 51:12, 51:16,
52:3, 52:5, 52:10, ,
52:17, 52:20, 53:3,
54:2, 54:4, 54:11,
55:20, 55:23, 56:5,
57:6, 57:7, 57:8,
58:2, 58:9, 58:18, ,
60:4, 60:6, 60:8, ,
61:19, 62:12, 62:13,
63:3, 63:9, 63:10, ,
64:24, 65:4, 65:5, ,
65:19, 65:20, 65:22,
66:3, 66:4, 66:10,
67:11, 67:18, 67:20,
68:5, 68:6, 68:7, ,
68:22, 69:6, 69:8, ,
69:16, 69:20, 70:4,
70:18, 70:19, 70:21,
71:18, 71:19, 71:20,
71:25, 72:2, 72:3, ,

72:19, 72:20, 72:21,
73:3, 73:8, 73:9,
73:22, 73:25, 74:3,
74:16, 74:17, 74:23,
75:9, 75:15, 75:18,
75:23, 76:4, 76:8, ,
76:14, 76:17, 76:18,
77:5, 77:9, 77:11,
77:19, 77:20, 77:25,
78:10, 78:13, 78:18,
78:25, 79:2, 79:3, ,
79:15, 79:16, 79:19,
80:13, 80:17, 80:18, 9,
81:3, 81:4, 81:5, 81:6,
81:20, 82:3, 82:10,
82:18, 82:20, 83:2,
83:11, 83:12, 83:13,
84:2, 84:4, 84:7, 84:8,
85:2, 85:3, 85:5, 85:6,
85:16, 85:19, 85:21,
86:16, 86:19, 86:20,
87:13, 87:21, 88:1,
88:11, 88:12, 88:14,
88:21, 88:23, 88:24,
89:13, 89:15, 89:16,
90:12, 90:13, 90:14,
90:21, 90:22, 90:23,
91:4, 91:5, 91:9,
91:21, 91:22, 91:24,
92:3, 92:4, 92:5, 92:6,
92:10, 92:14, 92:15,
92:23, 92:24, 92:25,
93:14, 93:15, 93:16,
93:21, 93:22, 93:23,
94:5, 94:6, 94:12,
95:2, 95:4, 95:7, 95:8,
95:14, 95:16, 95:21,
96:3, 96:12, 96:13,
96:21, 96:24, 97:4,
97:14, 97:15, 97:18,

98:11, 98:12, 98:19,
98:24, 98:25, 99:1,
99:11, 99:13, 99:15,
100:1, 100:4, 100:5,
100:10, 100:19, 0:9,
101:7, 101:13, 101:2,
101:22, 101:24,
102:14, 102:15, 2:12,
102:19, 103:1, 103:2,
103:11, 103:17, 3:10,
104:9, 104:11, 104:7,
104:16, 104:18,
105:1, 105:2, 105:3,
105:11, 105:12, 5:10,
105:20, 105:25,
106:8, 106:9, 106:11,
106:17, 106:20,
107:1, 107:3, 107:5,
107:14, 107:16,
107:20, 107:21,
108:10, 108:11, 8:9,
108:15, 109:1, 109:2,
109:7, 109:9, 109:10,
109:18, 109:19,
110:1, 110:3, 110:8,
110:11, 110:15,
110:23, 110:24,
111:10, 111:11,
111:18, 111:19,
112:9, 112:18, 12:8,
112:24, 113:6, 113:9,
113:18, 113:22,
114:14, 114:16,
114:22, 114:23,
115:2, 115:3, 115:6,
115:17, 115:19, 5:12,
116:4, 116:6, 116:9,
116:14, 116:16,
116:20, 116:21,
116:24, 117:2, 117:3,

117:10, 117:11, 7:8,
117:16, 117:17,
117:25, 118:1, 118:2,
118:6, 118:7, 118:20,
119:11, 119:14, 9:10,
120:14, 120:17,
121:2, 121:3, 121:4,
121:14, 121:15,
121:24, 121:25,
122:13, 122:15, 2:11,
122:18, 122:20,
122:23, 123:4, 123:6,
123:12, 123:16, 3:10,
124:10, 124:13, 24:4,
125:6, 125:12, 125:3,
125:17, 125:22,
126:5, 126:6, 126:8,
126:12, 126:16,
127:3, 127:5, 127:6,
127:14, 127:16,
127:20, 127:22,
128:10, 128:11, 28:5,
129:5, 129:14, 129:3,
130:10, 130:13, 30:9,
131:9, 131:11, 131:6,
131:19, 131:20,
131:25, 132:1, 132:5,
132:14, 132:18,
133:8, 133:20,
134:3, 134:5, 134:6,
134:13, 134:14, 4:9,
134:17, 134:23,
135:8, 135:15, 135:5,
135:18, 135:19,
136:6, 136:7, 136:10,
136:20, 136:24,
137:15, 137:23, 7:10,
138:12, 138:16, 8:9,
139:5, 139:6, 139:12,
139:21, 139:23,

140:13, 140:18,
140:23, 140:25,
141:7, 141:8, 141:11,
141:14, 141:21,
142:6, 142:10, 142:4,
142:19, 142:23,
143:4, 143:7, 143:8,
143:13, 143:15,
143:21, 143:23,
144:4, 144:5, 144:6,
144:11, 144:12, 4:10,
144:17, 144:21,
145:5, 145:7, 145:9,
145:16, 145:17,
146:3, 146:4, 146:5,
146:17, 146:18,
146:22, 146:24,
148:2, 148:4, 148:5,
148:16, 148:17, 8:13,
149:11, 149:12, 9:7,
149:18, 149:19,
149:24, 149:25,
150:9, 150:16, 50:6,
150:24, 151:2, 151:5,
151:10, 151:13, 1:9,
152:8, 152:11, 153:9,
153:13, 153:19,
153:24, 154:2, 154:3,
154:22, 154:24,
155:10, 155:11, 5:8,
156:3, 156:18,
156:22, 157:3, 157:6,
157:13, 157:14,
157:24, 157:25,
158:10, 158:11, 8:7,
158:17, 158:19,
158:25, 159:6,
159:16, 159:17,
159:23, 159:24,
160:16, 160:23,

161:4, 161:6, 161:8,
161:11, 161:13,
161:22, 161:23,
162:3, 162:4, 162:5,
162:12, 162:15, 2:11,
162:24, 162:25,
163:6, 163:7, 163:9,
163:18, 163:21,
164:10, 164:11,
164:18, 164:22,
165:9, 165:10, 165:6,
165:17, 165:19,
165:23, 166:1, 166:2,
166:8, 166:15, 66:7,
166:20, 166:21,
166:25, 167:3, 167:6,
167:18, 167:19,
167:25, 168:4, 168:6,
168:14, 168:15, 8:10,
168:19, 168:21,
169:3, 169:4, 169:5,
169:14, 169:16, 9:12,
169:24, 170:1, 170:3,
170:12, 170:15, 0:10,
170:19, 170:20,
170:24, 171:9,
171:23, 172:1, 172:3,
172:13, 172:15,
172:21, 172:24,
173:18, 173:21, 3:15,
174:4, 174:5, 174:7,
174:16, 174:17,
174:25, 175:6,
175:22, 176:3, 176:5,
176:9, 176:10, 76:8,
176:22, 177:6,
177:20, 177:21,
177:24, 177:25,
178:11, 178:12, 8:9,
178:16, 178:18,

179:5, 179:6, 179:7,
179:13, 179:14,
179:24, 179:25,
180:11, 180:12, 0:4,
181:2, 181:4, 181:6,
181:15, 181:17, 1:14,
183:7, 183:17, 182:7,
184:8, 184:9, 184:10,
184:17, 184:18,
184:23, 184:25,
185:18, 186:5, 186:6,
186:13, 186:16,
186:22, 186:25,
187:18, 187:20, 7:10,
188:3, 188:5, 188:6,
188:18, 188:21,
189:21, 189:22, 9:19,
189:25, 190:1, 190:2,
190:15, 190:16, 0:7,
190:20, 190:24,
191:14, 191:15, 1:12,
191:21, 191:23,
192:5, 192:6, 192:7,
192:17, 192:20, 2:14,
193:2, 193:4, 193:6,
193:14, 193:15,
193:19, 193:21,
193:25, 194:1, 194:3,
194:10, 194:14, 4:9,
194:19, 194:20,
194:24, 194:25,
195:11, 195:12, 5:7,
195:20, 195:22,
195:25, 196:2, 196:8,
196:22, 196:23,
197:9, 197:10, 197:6,
197:15, 197:23,
198:1, 198:2, 198:3,
198:15, 198:16, 8:8,
198:22, 199:1, 199:2,

199:9, 199:16, 99:8,
199:21, 199:22,
200:1, 200:5, 200:7,
200:12, 200:13,
201:6, 201:9, 201:10,
201:20, 201:22,
202:8, 202:9, 202:13,
202:24, 203:1, 203:4,
203:9, 203:17, 03:7,
204:8, 204:10, 204:5,
204:14, 204:17,
205:11, 205:13, 05:8,
205:22, 205:23,
206:3, 206:4, 206:5,
206:11, 206:13, 6:10,
206:16, 206:18,
206:22, 206:23,
207:4, 207:9, 207:15,
207:25, 208:1, 208:5,
208:16, 208:18, 8:15,
209:8, 209:17, 210:4,
211:19, 211:24,
212:8, 212:10, 212:3,
212:19, 212:20,
213:4, 213:7, 213:11,
214:6, 214:12, 214:5,
214:18, 214:19,
214:22, 214:24,
215:13, 215:15, 5:10,
215:22, 215:23,
216:1, 216:2, 216:7,
216:18, 216:19,
217:6, 217:7, 217:8,
217:22, 217:23,
218:2, 218:3, 218:5,
218:12, 218:13, 8:11,
218:18, 218:20,
218:23, 219:2, 219:3,
219:12, 219:19, 9:9,
219:23, 219:25,

220:9, 220:11, 20:8,
220:21, 220:22,
221:7, 221:10, 21:6,
221:15, 221:25,
222:13, 222:14,
222:20, 222:21,
223:14, 223:15,
223:18, 223:19,
224:1, 224:6, 224:13,
224:17, 225:4, 225:6,
225:12, 225:17, 5:9,
225:22, 225:23,
226:10, 226:16, 6:8,
227:6, 227:9, 227:10,
227:15, 227:20,
228:5, 228:6, 228:10,
229:1, 229:2, 230:4,
230:8, 230:9, 230:11,
230:14, 230:13,
40:22, 51:17, 133:17,
164:7, 166:3, 174:13,
them - 18:13, 40:12,
78:15, 115:11, 129:9,
164:13, 164:16, 37:8,
themselves - 37:15,
166:24, 171:3, 171:9,
then - 7:18, 8:11,
16:8, 17:13, 23:8, ,
33:23, 34:13, 34:17,
81:5, 100:23, 102:5,
116:3, 123:23,
130:20, 135:19,
149:25, 152:16,
172:18, 181:6, 72:14,
185:9, 190:2, 192:8,
193:23, 194:9, 193:9,
212:22, 213:12,
Then - 33:21, 225:8
theory - 131:18,
there - 8:19, 14:21,

22:2, 24:20, 25:21,
28:21, 29:19, 30:13,
34:14, 34:18, 36:1,
44:2, 44:3, 45:2,
46:13, 47:19, 49:23,
53:24, 55:23, 55:24,
65:15, 66:5, 66:7,
73:8, 73:10, 73:17,
81:16, 81:17, 82:6,
83:15, 83:17, 85:13,
86:23, 89:2, 89:4, ,
94:18, 96:12, 97:11,
101:22, 102:18, 11,
103:20, 104:6,
108:23, 111:22, 08:3,
115:13, 116:8, 118:2,
124:22, 125:5,
126:2, 126:7, 126:12,
128:15, 129:3,
131:19, 133:3, 133:9,
134:23, 135:6,
135:18, 135:24,
139:24, 140:12, 9:9,
142:18, 143:7,
143:25, 144:25,
149:6, 155:7, 161:16,
162:10, 166:17,
176:13, 176:19, 75:8,
178:14, 178:19, 78:8,
183:1, 184:23,
187:13, 187:17,
189:12, 190:20,
198:16, 198:18,
199:11, 199:12,
203:11, 203:18, 03:5,
207:15, 207:24,
212:10, 212:12,
218:13, 223:25, 18:3,
227:7, 227:822,
20:20, 21:8, 30:22, ,

62:10, 83:23, 85:16,
115:24, 125:24, 8:3,
172:25, 180:21,
there's - 19:20,
98:18, 108:8, 126:24,
166:20, 214:21, 3:2,
There's - 61:14,
therefore - 125:15,
224:19, 224:17,
thermal - 16:17
these - 20:5, 21:4,
31:2, 31:21, 35:8,
43:21, 50:21, 51:9,
89:25, 93:6, 95:25,
139:10, 147:23, 3:4,
161:9, 204:2, 207:5,
they - 21:20, 22:2, 2
52:4, 55:7, 70:4, 71:1,
78:7, 78:20, 78:21,
80:16, 87:8, 90:1,
123:25, 124:1, 15:13,
129:16, 131:4, 129:9,
137:21, 138:10, 34:4,
148:10, 153:7, 45:6,
158:21, 161:19,
173:7, 177:17, 64:11,
197:3, 197:7, 201:6,
204:22, 204:25,
218:14, 219:22, 8:1,
220:16, 221:14,
225:4, 225:5, 225:7,
225:12, 225:14
166:7, 185:20, 187:13
164:3, 164:4, 164:5,
202:18, 225:4, 201:4,
thing - 9:17, 21:7,
72:8, 99:10, 106:25,
179:18, 198:6, 79:16,
things - 37:20,
225:14 147:23, 153:8,

18:3, 22:12, 22:15,
23:21, 24:3, 24:5,
31:14, 32:4, 34:1,
44:2, 45:5, 45:10,
50:9, 50:10, 51:22, :7,
66:9, 69:6, 69:20,
74:7, 80:5, 80:8, 81:3,
95:2, 95:3, 99:16,
108:22, 119:21,
122:25, 125:17, 2:15,
128:13, 129:4,
135:21, 135:23,
140:7, 140:25,
142:22, 143:17,
147:8, 148:8, 149:20,
151:4, 151:9, 152:11,
154:3, 154:11, 53:8,
161:4, 161:6, 162:7,
166:14, 166:16,
168:5, 169:5, 170:14,
171:17, 172:20,
175:12, 176:24,
178:13, 178:22,
179:12, 180:15,
185:12, 185:17,
197:14, 198:23,
202:7, 202:8, 202:18,
207:24, 209:8, 205:6,
212:13, 213:3, 214:9,
218:1, 218:5, 219:3,
220:6, 222:6, 222:17,
226:14, 227:1, 227:4,
third - 14:11, 14:20,
127:10, 135:20, 3:11,
198:15 181:7, 197:23,
4:2, 4:11, 4:14, 4:16
1:18, 4:2, 4:11, 4:14,
This - 20:1, 43:4,
182:21, 202:24, 3:19,
229:22, 214:4, 214:9,

9:5, 11:4, 11:13, :22,
15:8, 16:24, 17:22,
19:12, 19:20, 19:22,
25:24, 26:9, 26:13,
30:10, 30:24, 32:5,
35:10, 39:15, 39:17,
42:19, 44:6, 46:1, ,
53:18, 54:23, 57:25,
61:20, 62:9, 74:2, ,
76:23, 77:10, 81:8,
83:25, 84:2, 84:21,
88:23, 88:25, 89:2,
91:9, 91:14, 95:1,
99:1, 99:3, 100:9,
102:19, 102:23,
105:5, 105:19, 104:1,
108:16, 110:1, 111:9,
113:22, 114:6,
116:11, 116:22,
120:21, 120:25,
127:2, 127:3, 128:2,
132:10, 133:10,
139:3, 139:16,
141:14, 144:13,
148:25, 149:16,
150:22, 151:21,
157:5, 157:10,
174:22, 177:18,
180:20, 181:17,
191:6, 191:10, 89:21,
201:25, 202:3,
206:11, 208:5, 206:4,
209:20, 210:21,
213:10, 214:4,
222:19, 225:3, 227:2,
those - 13:3, 14:8,
18:19, 18:23, 22:2,
26:1, 28:3, 29:23,
36:19, 36:25, 37:17,
73:6, 80:8, 80:11,

96:11, 102:8, 108:5,
119:23, 120:3, 122:8,
123:24, 125:10, 3:11,
129:11, 129:12, 29:6,
134:17, 134:18,
140:3, 140:8, 142:2,
144:13, 152:25,
156:3, 156:11,
158:15, 159:17,
163:10, 163:12,
164:12, 165:7,
170:22, 171:5,
172:23, 173:6, 185:3,
187:17, 187:23,
189:10, 189:13,
189:20, 191:13,
200:23, 202:4, 198:7,
209:13, 210:15,
222:7, 226:1, 226:15,
228:13 227:16, 228:7,
though - 19:23, 3:5
170:19, 178:1, 228:3
52:3, 158:6, 202:8
180:6, 180:24:25,
37:1, 48:20, 121:20,
166:18, 167:15, 47:9,
182:24, 194:1,
threshold - 80:13,
thresholds - 74:25,
through - 20:9,
22:22, 27:13, 36:2,
36:11, 36:15, 46:6,
93:22, 96:20, 96:22,
111:10, 129:2,
132:14, 140:19,
144:16, 145:1, 44:14,
169:18, 172:12,
192:14, 211:3, 211:6,
Through - 68:16,
throughout - 75:9,

153:13, 169:22, 2:12,
throughs - 23:13,
tie - 121:3, 225:5
ties - 121:4 100:18
77:7, 77:12, 77:14,
time - 8:21, 9:5,
19:9, 25:20, 26:9,
39:17, 42:20, 43:11,
51:11, 59:7, 59:10,
91:25, 92:13, 92:25, 2,
113:13, 119:3,
122:1, 124:16, 128:4,
135:17, 135:18,
139:22, 139:24,
151:21, 153:3, 153:5,
181:13, 182:4, 180:4,
219:1, 222:11, 229:2
140:8, 169:9, 169:15,
title - 6:23, 9:14,
titles - 9:10
8:10, 8:13, 8:14, 8:17,
11:13, 11:24, 12:3, 25,
13:6, 13:13, 13:21,
14:22, 14:23, 14:24,
15:12, 17:13, 17:14,
18:24, 19:2, 19:7,
19:19, 20:2, 21:12,
22:17, 23:2, 23:7,
23:25, 24:12, 24:16,
25:15, 25:19, 25:25,
27:14, 27:15, 29:18,
31:5, 31:15, 32:8, ,
34:11, 34:12, 34:14,
35:23, 36:1, 36:19,
37:14, 37:17, 37:22,
38:10, 38:15, 38:18,
40:8, 40:14, 40:20,
42:2, 42:4, 42:8,
42:25, 43:7, 43:12,
46:3, 46:5, 46:16,

48:13, 48:14, 49:3,
50:23, 51:5, 51:8,
53:24, 54:1, 54:2,
54:16, 55:4, 55:7,
56:20, 57:12, 57:18,
58:15, 59:18, 59:19,
60:4, 60:6, 60:12,
62:12, 62:14, 62:18,
63:14, 63:20, 64:1,
64:20, 65:5, 65:7,
67:12, 67:25, 68:2,
68:22, 69:7, 70:3,
71:10, 71:19, 71:20, 7,
72:5, 72:8, 72:9,
73:12, 73:17, 74:3,
75:1, 75:5, 75:17,
76:1, 76:7, 76:15, ,
77:11, 77:17, 78:23,
81:3, 81:4, 81:7, 81:8,
81:13, 81:14, 81:20,
82:20, 83:8, 83:17,
84:5, 84:13, 84:15,
86:13, 86:17, 86:22,
88:3, 88:5, 88:6,
88:15, 88:25, 89:13,
91:2, 91:5, 91:11,
92:24, 94:9, 94:13,
95:8, 95:22, 95:24,
96:22, 97:6, 97:11,
98:18, 99:4, 99:11,
99:18, 100:3, 100:8,
101:6, 101:7, 101:13,
102:21, 103:1, 103:4,
103:23, 104:1,
105:3, 105:11,
105:25, 106:11,
107:3, 107:7, 107:8,
108:23, 109:2, 109:9,
109:17, 109:19,
109:23, 111:21,

113:12, 115:12,
117:11, 118:22, 17:5,
119:2, 119:8, 119:11,
119:22, 119:25,
120:8, 120:12, 20:7,
120:24, 121:3, 121:4,
121:21, 122:5, 122:9,
122:20, 123:2,
123:24, 124:1, 124:2,
125:6, 126:4, 126:9,
126:18, 126:20,
128:13, 128:14,
129:22, 129:23,
131:11, 131:12, 1:6,
132:14, 132:16,
133:15, 134:3, 133:8,
134:15, 134:16,
135:2, 135:8, 135:10,
135:20, 136:1, 136:2,
136:11, 136:13,
137:12, 137:15,
138:13, 138:15,
139:25, 140:1,
140:22, 141:2, 141:3,
141:14, 141:24, 1:9,
142:13, 142:16, 2:12,
143:11, 143:15, 43:8,
144:11, 144:14,
145:5, 145:7, 145:9,
146:1, 146:14,
146:19, 146:20,
147:23, 147:24,
148:21, 149:2, 149:4,
149:11, 149:12, 9:10,
150:1, 150:9, 150:10,
151:5, 151:6, 151:10,
152:3, 152:4, 152:17,
153:3, 153:5, 153:8,
153:21, 153:22,
154:20, 154:23, 54:4,

155:19, 155:23,
156:2, 156:3, 156:5,
156:18, 156:21,
157:1, 157:6, 157:9,
158:5, 158:6, 158:12,
158:25, 159:1, 159:2,
159:14, 159:17,
160:16, 160:17,
161:3, 161:16, 162:3,
162:10, 162:11, 2:9,
163:8, 163:9, 163:12,
164:9, 164:10, 164:5,
164:15, 165:9,
166:4, 166:10,
166:21, 166:25,
167:16, 167:21,
168:5, 168:7, 168:13,
169:21, 170:14,
170:19, 170:20,
171:10, 171:12, 71:4,
172:3, 172:8, 172:11,
173:2, 173:18,
174:10, 174:23,
175:9, 175:11, 75:6,
176:2, 176:3, 176:11,
176:22, 176:24,
177:19, 178:4, 178:8,
178:16, 178:23,
179:10, 179:13, 79:8,
180:3, 180:4, 180:5,
180:25, 181:3, 181:6,
182:12, 182:18,
183:16, 183:20,
184:3, 184:12,
185:9, 185:13, 185:8,
187:18, 188:1, 188:7,
189:23, 189:24, 89:9,
190:13, 190:14,
191:4, 191:15,
192:2, 192:13, 193:4,

193:15, 193:17,
194:2, 194:4, 194:7,
195:14, 195:22, 5:11,
197:9, 198:2, 198:4,
199:2, 199:16, 200:1,
200:25, 201:2, 201:5,
202:5, 202:10, 202:2,
202:19, 202:21,
203:12, 203:13, 3:10,
203:25, 204:5,
204:17, 204:18,
205:1, 205:3, 205:16,
206:12, 206:17, 6:7,
207:20, 208:19,
210:5, 210:18, 211:4,
212:13, 212:16,
212:21, 212:23,
214:2, 214:5, 214:21,
215:12, 216:7, 215:2,
217:1, 217:15,
218:2, 218:6, 218:19,
219:12, 219:25, 9:9,
220:18, 220:21,
221:4, 221:6, 221:8,
221:17, 221:19,
221:24, 222:2, 222:3,
222:22, 223:1, 223:2,
223:13, 223:15,
224:8, 224:14,
225:6, 225:7, 225:12,
225:22, 226:18,
227:16, 227:19, 7:14,
228:13, 228:23,
230:13, 230:14230:9,
93:14, 93:15, 94:14,
229:22, 153:19,
120:1, 120:8, 120:10,
150:15, 154:8,
158:19, 182:6, 212:7,
together - 37:7,

told - 66:23, 158:7,
Tom - 73:22:17
too - 49:8, 50:9,
211:12128:13, 208:21,
82:4, 115:12, 175:25
top - 32:17, 32:21,
66:11, 75:20, 84:8,
91:9, 91:18, 92:3,
98:12, 100:6, 100:9,
104:24, 112:9, 117:8,
127:14, 130:3, 134:3,
144:8, 144:15, 43:2,
167:13, 168:8,
174:23, 175:24,
179:3, 179:11, 193:4,
195:11, 200:1, 200:5,
201:22, 206:3,
206:20, 206:23,
214:13, 221:25,
topic - 181:18
topping - 49:6,
tops - 198:20
touch - 199:7,
touched - 115:11,
touching - 226:3
toward - 153:25
40:22, 78:8, 139:5,
Tower - 4:2, 4:21
Townhomes - 1:8,
townhouse - 25:2,
65:6, 72:18, 73:1, ,
73:16, 74:16, 80:18,
135:21, 144:9,
145:3, 146:21, 194:7
trades - 159:11
transcribed - 230:7
9:2, 120:12, 228:23,
transcripts - 155:12
109:22tion - 109:19,
traveling - 153:22

146:9, 176:25, ,
201:8, 201:92, 201:7,
tried - 35:20, 179:24
True - 45:17, 45:18
49:12, 67:6, 127:4,
200:23, 203:6,
truss - 100:4, 100:9,
trusses - 98:25,
174:23, 175:2446:17,
try - 156:8, 158:5
turn - 8:12, 202:21,
turned - 140:10
two - 8:17, 14:13,
26:24, 27:8, 27:11,
71:20, 102:8, 111:14,
121:22, 122:5,
125:2, 125:14,
127:11, 133:9,
139:17, 139:25,
149:4, 149:12, 150:6,
167:14, 171:14,
199:22, 206:12,
two-by-four - 225:5:5
121:8, 130:4, 153:6,
176:14, 180:2, 186:6,
215:12, 205:25,
types - 62:11, 167:7
typically - 77:7, 1
154:13, 197:15,
typo - 57:13
U
200:20145:25,
170:18, 171:6, 173:5,
Uh-huh - 138:22,
173:5, 187:9, 211:20,
225:22te - 156:18,
60:11, 70:13, 71:18,
172:19, 190:6,
Ultimately - 47:20,
unable - 23:18

102:12r - 91:10,
10:5, 131:20, 163:22,
197:24, 198:14,
underground - 230:7
underlying - 111:11
23:8, 132:1, 134:24,
163:6, 169:14,
195:15, 206:19,
226:14, 207:25,
116:4side - 38:12,
7:6, 11:22, 20:20,
42:17, 45:2, 45:19,
81:15, 136:5, 154:22,
188:25, 218:21,
223:7, 227:135,
8:21, 25:20, 41:1,
68:19, 69:1, 69:21,
74:11, 75:7, 86:2,
100:22, 111:21, 0:18,
124:10, 130:7, 150:7,
158:10, 160:7,
163:25, 167:11,
177:8, 178:18, 184:6,
192:25, 193:13,
196:11, 196:17,
224:24, 223:14,
34:20, 155:1, 175:16,
undertake - 212:16
211:19aken -
29:22, 93:2 -
Uniform - 201:13,
unique - 136:14
28:9, 86:17, 132:19,
65:23, 72:18, 73:9,
75:15, 96:13, 111:22,
136:14, 137:3, 137:4,
United - 1:11
25:13, 25:14, 25:16,
73:14, 73:21, 74:16,
122:21, 126:2, 0:18,

144:24, 145:3,
194:8, 200:17, 190:3,
unlimited - 150:21
192:16e - 152:19,
222:2, 222:8 -
34:23, 70:23, 81:9
unspecified - 115:5
225:7 - 45:12, 54:15,
32:10, 43:22, 47:3,
79:16, 80:18, 82:16,
98:13, 101:23, 5:7,
114:21, 116:21, 09:8,
141:11, 141:12,
143:11, 144:7,
156:20, 158:2, 158:6,
172:19, 173:23,
181:12, 182:7, 183:4,
188:18, 188:22,
194:21, 196:19, 94:7,
204:11, 206:15,
214:21, 220:13, 228:7
updated - 9:9
153:11, 163:16,
upper - 92:7, 92:10,
us - 95:6, 116:15,
173:20, 142:18,
use - 22:12, 73:6,
used - 41:19, 48:7, 7
63:10, 73:2, 77:7,
123:2, 137:10, 138:8,
166:24, 186:6, 164:7,
using - 57:10, 207:3
utility - 93:17
V
vacuumed - 126:15
100:12, 216:9,
34:19, 37:16, 40:6,
48:14, 49:20, 49:25,
81:14, 82:21, 84:6,
91:3, 91:7, 91:16,

99:15, 100:24, :13,
103:3, 103:23, 105:7,
107:24, 108:18,
118:10, 120:15, 13:8,
141:18, 157:16, 7:25,
165:11, 166:11,
185:25, 188:1,
205:4, 216:7, 216:14,
Valley - 1:8, 4:93:6
varies - 153:5,
variety - 152:13, :14
various - 12:24,
76:3, 127:6, 137:10,
175:4, 181:8, 191:9,
Various - 196:1408:6
Veith - 4:4, 5:3,
11:21, 12:2, 13:17, 10,
18:21, 19:4, 19:10,
31:6, 31:7, 31:25, ,
33:5, 34:2, 34:7, 6,
39:23, 41:16, 42:12,
45:6, 45:9, 46:15, ,
49:15, 51:21, 52:15,
55:15, 57:3, 60:20,
64:12, 68:10, 68:22,
79:19, 82:20, 84:16,
107:23, 107:25, :12,
110:21, 111:8, 113:5,
119:14, 119:18, 8:24,
130:24, 208:24,
211:9, 211:13, 214:1,
222:22, 223:5, 17:14,
224:11, 224:22,
versus - 22:7,
vertical - 22:22, 0
32:21, 32:24, 78:8,
110:11, 137:16,
176:16, 203:6,
vertically - 72:17,
very - 171:19,

205:20, 205:21, 207:9
114:16, 132:18, 3,
view - 82:1, 82:6,
89:11, 94:23, 95:7,
103:17, 104:5, 102:2,
107:16, 109:1, 109:5,
112:12, 114:20, 1:14,
views - 102:66, 181:4
vinyl - 72:18, 91:8,
103:10, 145:9, 1:1,
150:12, 192:21 150:3,
Virginia - 62:7, 63:6
205:21- 5:12, 202:24,
120:7, 123:19, 197:20
visits - 148:18
visually - 133:12,
169:16, 168:21,
Volclay - 41:1, 43:3,
57:10, 61:22, 62:7,
63:9, 110:3, 181:21,
Voltex - 57:12 199:25
vs - 1:5, 1:14, 2:4,
2:10
W
Wait - 63:42
walk - 23:13, 23:25,
165:14, 165:188:4,
23:13, 23:25, 165:18
36:11, 36:1521,
wall - 22:18, 22:22,
26:24, 27:21, 28:23,
98:23, 98:24, 99:7,
109:13, 109:18,
136:20, 137:16, 6:15,
167:24, 172:1,
177:20, 203:6, 203:9,
walls - 14:18, 20:14,
24:5, 24:8, 57:9, ,
76:10, 80:18, 102:15,
127:18, 133:4, 133:8,

136:19, 143:12,
144:2, 144:9, 144:10,
144:21, 170:20,
172:12, 176:15,
190:15, 190:17,
193:22, 194:1,
200:5, 202:422,
182:12 171:1,
150:23, 151:13, 21,
154:20, 156:6, 173:2,
wanted - 138:5,
wanting - 142:1690:14
was - 6:9, 7:19,
8:16, 8:22, 9:4, 10:9,
11:14, 11:17, 11:18,
13:16, 13:24, 14:3,
15:22, 16:24, 18:10,
19:8, 21:1, 21:8, ,
22:17, 23:5, 23:17,
25:9, 25:20, 25:21,
27:9, 27:15, 27:21, :5,
29:5, 29:19, 29:25,
34:23, 36:10, 36:12,
40:23, 41:6, 41:9,
42:22, 43:13, 43:20,
48:7, 48:21, 49:9,
51:11, 51:24, 51:25,
52:22, 55:8, 55:9,
57:16, 58:4, 59:6,
60:11, 63:9, 63:18,
67:11, 67:18, 67:20,
70:7, 70:11, 70:12,
70:20, 71:4, 71:14,
71:22, 72:7, 72:20,
73:11, 73:19, 74:5,
74:20, 74:23, 74:24,
75:20, 76:2, 76:13,
76:23, 77:3, 77:12,
84:8, 84:9, 84:11,
85:12, 85:14, 87:13,

88:13, 88:24, 89:3,
89:23, 90:12, 91:19,
93:2, 93:15, 93:25,
97:15, 98:11, 100:9,
103:10, 103:14,
106:10, 106:17,
106:22, 107:21,
109:6, 110:10,
112:2, 112:10,
113:19, 114:15,
115:12, 115:24, 15:7,
116:20, 117:3,
117:17, 117:18,
118:5, 118:6, 120:7,
122:6, 122:22,
123:18, 123:20,
125:10, 125:24,
126:5, 126:7, 126:9,
127:9, 127:11,
132:22, 133:1,
134:23, 135:3, 135:4,
135:19, 135:22,
135:25, 136:2, 136:6,
138:12, 138:16,
140:15, 141:12, 0:13,
142:18, 143:11,
144:23, 144:25, 4:19,
146:14, 146:20,
147:1, 147:14,
148:8, 148:10, 148:7,
149:20, 149:21,
150:17, 151:21,
157:19, 158:5,
159:20, 160:3, 160:7,
160:18, 160:23,
161:16, 161:18, 1:6,
162:25, 163:1, 163:4,
165:10, 165:23, 4:9,
166:10, 168:5, 168:6,
168:17, 168:22,

169:17, 169:23, 69:7,
170:20, 172:25, 0:9,
173:23, 174:2,
174:19, 174:21,
175:22, 176:19,
179:7, 179:9, 179:10,
180:15, 180:21,
183:16, 183:17, 83:4,
184:4, 184:6, 185:10,
187:17, 187:22,
189:23, 189:25,
191:17, 191:20, 1:15,
192:14, 192:15, 2:13,
193:1, 193:7, 193:14,
193:19, 193:21,
194:2, 194:4, 194:10,
195:21, 195:24,
197:10, 197:14,
198:18, 198:25,
199:11, 199:18, 9:3,
200:14, 200:17,
202:17, 202:18,
203:10, 203:11, 3:8,
204:5, 205:11,
206:1, 206:2, 206:5,
206:22, 206:24,
208:10, 208:16, 8:4,
209:20, 210:20,
213:2, 213:15, 215:9,
216:13, 216:17, 6:12,
216:23, 216:24,
219:20, 219:21,
220:11, 220:17,
220:22, 220:23,
222:9, 222:11, 222:2,
227:18, 227:19,
228:20, 230:6, 230:7,
Was - 12:17, 13:21,
66:18, 77:9, 84:2,
127:15, 147:13, :13,

180:18, 199:22,
215:9, 216:4, 221:13,
Washington - 63:19
67:4, 132:20, 172:13,
202:15, 203:11,
Water - 22:11
10:18, 15:17, 15:24,
21:6, 21:8, 21:23,
22:11, 22:20, 24:6,
25:12, 29:22, 30:7,
35:19, 36:19, 36:22,
37:23, 38:2, 38:11,
49:6, 50:4, 50:8, 52:2,
62:10, 65:5, 69:16,
73:8, 73:12, 73:22,
77:4, 77:8, 78:24,
81:5, 81:22, 83:6,
92:12, 92:18, 92:24, 5,
96:12, 105:2, 105:3,
106:10, 106:12, 06:8,
111:10, 111:11,
115:23, 115:24,
118:14, 121:5, 121:6,
122:5, 125:6, 125:10,
125:25, 126:4,
126:19, 126:20,
127:3, 127:4, 127:5,
129:11, 129:14,
131:20, 131:21, 0:14,
132:13, 132:15,
134:6, 134:24, 134:5,
136:3, 136:6, 136:8,
137:6, 137:15,
139:18, 139:22, 39:6,
140:16, 140:18,
141:24, 142:4, 41:13,
143:12, 144:15,
149:13, 150:24,
151:7, 151:13, 51:6,
154:4, 157:2, 160:17,

166:20, 166:21,
167:20, 167:25,
171:10, 171:12,
172:14, 172:18,
172:25, 177:11,
186:17, 186:25,
189:12, 189:13,
199:17, 202:6,
217:7, 217:22, 218:2,
223:11, 223:12,
223:17, 223:24,
224:19, 227:21,
228:12 228:5, 228:6,
10:18, 15:17, 15:24,
34:8, 37:23, 38:19,
waterproof - 79:5,
171:23, 202:10,
217:21, 220:12, 17:1,
waterproofed - 228:3
200:24, 201:13,
218:6, 218:14, 222:14
226:17roofer -
174:13roofers -
1:15, 4:11, 131:3,
174:18, 177:17,
waterproofing - 20:10
10:15, 10:18, 10:22,
15:1, 17:7, 17:8, 2,
28:8, 28:22, 28:24,
31:9, 32:5, 35:11,
44:16, 45:3, 49:8,
57:5, 57:12, 61:19,
64:15, 65:18, 65:20,
72:21, 74:15, 75:8,
88:6, 88:24, 91:11,
93:22, 95:2, 95:17, :7,
98:1, 98:12, 99:4, ,
105:17, 105:20, 5:12,
107:21, 109:5,
114:13, 114:25, 13:7,

118:21, 119:10, 7:25,
120:18, 120:25,
121:15, 121:25,
125:15, 130:18, 25:6,
131:11, 131:12, 1:9,
137:3, 137:8, 137:10,
138:1, 141:1, 143:11,
145:11, 146:4, 144:8,
150:22, 150:24,
151:16, 152:21,
157:25, 162:2, 57:24,
167:12, 167:19, 67:7,
168:8, 174:4, 174:9,
176:23, 177:13, 76:6,
179:11, 182:7, 184:4,
184:18, 184:24,
186:10, 186:14, 86:6,
187:24, 188:3, 188:7,
195:2, 195:12, 90:16,
195:22, 196:1, 196:3,
197:6, 197:25, 198:9,
199:9, 199:25,
200:14, 204:6, 204:7,
205:14, 205:15,
206:21, 206:23,
209:8, 209:18, 210:6,
210:22, 211:1,
215:9, 215:25, 216:1,
218:24, 219:2, 217:8,
219:21, 219:25,
220:22, 220:23,
221:15, 221:21,
221:25, 222:10,
226:5, 227:155,
watertight - 44:10,
way - 28:2, 46:7,
81:11, 85:16, 90:1,
123:25, 130:14,
141:11, 141:12,
155:25, 156:4,

162:9, 164:10, 165:4,
181:14, 182:1, 182:2,
195:11, 196:23,
204:23, 213:4,
222:18, 225:12, 226:2
We - 8:2, 20:21,
62:11, 133:8, 145:8,
169:3, 183:155,
14:25, 17:25, 18:3,
42:22, 46:7, 50:21,
81:23, 88:19, 92:19,
117:23, 119:8,
126:6, 126:11, 126:4,
139:23, 144:1, 145:8,
151:16, 151:20,
158:2, 179:1, 181:3,
190:4, 190:5, 190:6,
199:19, 203:2,
we'll - 19:7, 168:15,
We'll - 228:18
we're - 29:8,
We've - 151:24
102:9, 180:17, 204:21
weight - 163:12,
Weis - 1:6, 1:12, 4:7,
157:25, 158:12, :10,
195:22, 197:3,
221:14, 220:15,
17:23, 22:20, 24:4,
30:16, 31:14, 38:6,
45:5, 45:10, 50:7,
71:17, 73:8, 74:5,
83:15, 90:14, 95:21,
119:8, 121:2, 128:15,
137:13, 139:5, 139:6,
150:5, 157:17, 160:1,
177:12, 180:15,
185:12, 190:9,
199:7, 202:18,
216:19, 218:10,

well - 6:20, 8:2, 4:1
20:12, 23:17, 25:9,
28:21, 29:12, 30:3,
34:22, 38:15, 40:9,
57:23, 61:19, 73:22,
91:24, 94:3, 95:7,
107:4, 109:17, 112:1,
127:18, 141:20,
169:4, 180:10,
192:21, 194:19,
199:12, 210:20,
217:24, 219:24,
90:5, 90:8, 110:3,
were - 8:2, 8:19, :10
11:25, 12:1, 12:12,
13:5, 13:21, 15:2,
19:18, 21:13, 21:20,
27:12, 28:5, 28:13,
30:16, 30:22, 32:5,
40:22, 41:9, 41:10,
42:22, 43:2, 44:2,
48:9, 49:10, 50:7,
52:2, 52:21, 54:4,
65:15, 65:20, 65:25,
66:10, 66:18, 67:1, :8,
70:23, 71:6, 73:17,
75:23, 78:7, 78:14,
81:9, 85:2, 85:20, ,
87:8, 88:11, 90:1,
103:8, 108:3, 108:4,
112:7, 114:5, 115:13,
123:25, 124:1, 119:8,
125:5, 125:14, 125:2,
127:20, 127:23,
131:10, 131:19, 9:15,
133:21, 133:25, 3:8,
135:16, 135:18,
138:20, 140:10, 8:7,
142:23, 145:3, 145:4,
148:1, 148:3, 148:10,

155:1, 155:7, 155:25,
158:18, 158:20, 58:7,
159:18, 160:12,
161:9, 161:11, 161:5,
162:1, 163:12,
165:20, 166:6, 166:7,
169:12, 170:2, 170:6,
173:3, 173:6, 173:7,
177:17, 178:15,
184:20, 186:15,
190:4, 190:13,
199:18, 199:19,
202:13, 202:16,
204:18, 204:21,
213:16, 216:1, 213:3,
218:13, 218:14,
219:22, 220:12,
222:14, 227:8, 227:9,
Were - 48:12, 49:23,
146:23, 157:8, 159:4,
weren't - 13:6, 68:13
67:13, 134:4, 187:13,
West - 1:23, 4:11,
Westfield - 1:3,
wet - 49:4, 131:12,
wet/dry - 55:7
what - 7:6, 9:8,
16:11, 16:22, 19:7,
25:5, 25:15, 26:3,
29:8, 33:2, 35:24, ,
41:12, 42:22, 42:23,
46:24, 47:4, 47:8,
48:16, 48:18, 51:13,
52:19, 53:1, 53:21,
55:17, 59:4, 59:9,
65:6, 65:20, 70:3,
72:20, 72:21, 72:23,
76:10, 76:12, 76:23,
78:22, 79:24, 80:5,
84:7, 84:11, 84:20,

85:22, 86:4, 86:18,
88:23, 89:6, 89:22,
92:21, 93:18, 94:2,
95:11, 95:15, 96:11,
98:17, 98:21, 99:18,
101:18, 102:1, 102:8,
104:4, 104:11,
105:5, 105:6, 105:24,
106:21, 107:7,
107:18, 107:21,
108:16, 109:14, 8:13,
110:17, 111:5, 10:14,
112:19, 113:4,
116:15, 117:7, 116:8,
118:4, 119:4, 119:12,
120:16, 120:23,
121:24, 122:6,
125:22, 126:4,
135:2, 136:5, 138:16,
143:19, 145:24, 3:18,
148:22, 149:6,
150:13, 156:18,
160:1, 160:22,
163:2, 163:19,
170:9, 170:20,
177:5, 181:23, 182:7,
185:23, 190:15,
192:8, 193:7, 193:19,
198:23, 199:3, 199:4,
199:13, 199:24,
204:5, 204:6, 204:20,
207:10, 208:18,
214:18, 216:13,
221:11, 223:1, 223:7,
227:6, 227:14, 227:18
7:17, 8:1, 8:9, 8:13,
11:13, 12:6, 28:19, :8,
39:4, 40:20, 43:16,
50:11, 50:25, 54:16,
58:6, 61:15, 62:3,

69:18, 74:17, 75:7,
82:15, 86:25, 87:20,
94:18, 96:14, 97:22,
111:21, 115:15,
122:13, 123:16, 0:24,
133:20, 136:2,
147:20, 150:12,
201:12, 209:25, 83:3,
219:15, 226:21,
49:1, 58:22, 83:13,
109:8, 110:12, 05:1,
207:24, 223:24,
What's - 46:23,
104:6, 217:17 96:18,
152:22, 159:5, 163:1,
whatnot - 142:21,
whatsoever - , 218:21
when - 8:22, 24:20,
36:1, 49:3, 62:10,
92:25, 95:21, 106:14,
124:21, 126:17,
136:18, 139:21,
162:6, 162:24, 168:3,
183:4, 192:2, 193:9,
When - 14:12, 25:7,
73:6, 77:21, 127:9,
Where - 33:1, 33:18,
61:6, 62:16, 90:23,
211:5, 217:1700:9,
18:1, 22:21, 23:5, ,
37:7, 38:7, 41:19,
48:8, 52:4, 59:10,
70:11, 70:20, 71:3,
78:10, 78:13, 80:9,
81:6, 82:2, 90:25, ,
112:7, 117:4, 117:10,
128:23, 131:20, 7:15,
139:23, 142:5,
153:3, 156:20,
168:13, 181:20,

199:24, 200:8, 202:4,
214:19, 214:22,
wherever - 49:6, 25:3
whether - 17:17, :17
22:3, 22:5, 22:17,
33:11, 34:8, 37:13,
38:18, 45:18, 55:24,
66:5, 70:21, 70:25,
78:20, 78:23, 79:2,
88:3, 88:6, 92:14, ,
111:22, 114:5, 121:9,
133:25, 138:16,
143:18, 143:24,
148:6, 148:13, 157:9,
165:9, 165:16, 167:5,
171:22, 173:24,
194:20, 199:12, 8:14,
208:22, 209:19,
220:15, 220:10,
Which - 39:23,
91:17, 95:15, 130:24,
202:25, 216:83,
11:25, 12:1, 17:24,
29:11, 29:12, 40:23,
66:18, 67:1, 74:8,
81:20, 87:16, 93:9,
114:14, 126:5,
134:13, 147:10,
152:16, 159:17,
174:24, 181:7, 182:1,
199:17, 203:3, 207:5,
While - 191:8
70:15, 135:4, 161:19,
White - 59:20
105:6, 115:86,
41:10, 54:25, 55:5,
58:10, 59:10, 60:7,
62:21, 63:20, 75:1,
132:21, 146:20,
156:15, 158:1,

203:14, 220:1, 221:1,
Who - 11:6, 40:3,
54:23, 55:17, 56:20,
60:15, 61:4, 61:10,
64:22, 152:2363:20,
whole - 73:15, 74:6,
198:22, 222:1, 230:6
Whom - 62:233
67:13, 67:20, 67:22,
117:24, 119:5, :21,
145:6, 146:1, 155:7,
173:11, 185:8,
Why - 13:8, 31:13,
84:19, 94:8, 94:10,
153:18, 155:21
wicking - 115:2328:7
152:13 42:24, 93:25,
will - 7:9, 9:9, 45:24,
William - 4:13, 59:12
Williamson - 1:23,
230:1829:22, 230:3,
145:4ws - 145:3,
59:16, 118:13, 152:5,
wit - 87:2323, 183:7
12:3, 14:24, 15:15,
17:1, 17:10, 17:14,
20:2, 23:3, 23:7, ,
27:15, 28:5, 28:6, ,
31:11, 31:17, 32:2,
43:2, 43:7, 43:20, ,
44:16, 44:19, 45:3,
57:25, 58:11, 58:19,
62:10, 62:11, 62:13,
64:13, 66:12, 66:24,
74:10, 75:18, 76:4,
84:11, 84:17, 87:9,
91:5, 92:3, 100:19,
105:12, 105:20,
108:22, 110:3,
120:17, 120:24, 19:9,

123:24, 127:22,
131:15, 131:21,
132:16, 132:22,
138:14, 143:23,
148:11, 148:22, 48:9,
151:16, 152:8, 50:8,
159:9, 159:10, 159:1,
160:13, 161:14,
167:8, 168:11,
170:20, 173:14,
177:12, 178:19,
180:18, 180:20,
184:20, 187:17,
193:1, 196:13, 197:1,
201:23, 201:25, 9:8,
203:16, 203:19,
205:24, 206:5,
210:6, 210:17,
214:11, 215:19,
219:22, 221:7,
227:18, 230:12,
With - 14:20,
119:11, 144:13,
withdraw - 171:2
122:3rawn - 41:25,
77:4, 139:6, 146:22,
168:23, 169:17,
without - 41:3, 30:4
163:19, 168:21,
Without - 176:6
11:9, 11:23, 13:12,
30:16, 30:22, 34:6,
40:17, 41:17, 41:24,
44:14, 45:1, 45:10,
47:16, 48:6, 48:15,
50:3, 51:2, 51:22, ,
54:6, 54:10, 54:21,
56:12, 56:15, 57:4,
61:18, 62:6, 63:9,
67:3, 67:11, 67:17,

69:6, 69:15, 69:20,
77:2, 77:25, 78:7, ,
82:24, 83:23, 84:7,
86:11, 87:4, 88:10,
93:15, 94:16, 95:13,
99:23, 100:15, 16,
101:16, 102:23,
104:14, 105:8,
106:6, 107:9, 108:1,
110:22, 111:9,
113:4, 113:14, 114:2,
118:11, 118:25,
120:16, 121:2, 120:5,
124:10, 128:1, 128:5,
135:13, 137:2, 138:9,
150:14, 154:11,
157:17, 159:3,
164:2, 164:21, 165:1,
167:18, 169:3,
172:3, 172:6, 173:12,
175:19, 179:1,
184:15, 185:7, 186:2,
188:13, 189:6, 188:2,
192:4, 192:12,
196:20, 197:22,
200:4, 201:17,
205:19, 207:14,
209:11, 209:24, 09:5,
215:1, 217:16, 14:3,
219:19, 220:6, 221:1,
222:6, 222:17,
224:6, 224:12,
228:19, 230:15,
30:20, 124:13, 127:2,
Wje - 19:12, 61:2114
wood - 65:18, 6:7
72:3, 72:6, 146:6, ,
200:21, 201:1, 201:2,
206:24, 217:23, 06:5,
wood-based - , 228:13

wooden - 159:5,
200:23, 201:12,
word - 150:6, 168:5,
wording - 181:2
73:7, 128:2, 132:17,
163:16, 163:21, 61:5,
work - 6:24, 6:25,
25:1, 25:11, 25:18,
52:17, 54:2, 58:18,
65:6, 65:8, 67:18,
81:4, 81:7, 85:7,
138:16, 142:15, 7:15,
152:15, 152:17,
183:18, 220:23
137:13, 152:5,
working - 15:8, 11:6
113:6, 118:12, 139:8,
works - 59:10, 190:4
worse - 226:14,
worth - 175:1, 227:11
13:3, 13:14, 14:24,
17:17, 17:19, 17:23,
19:23, 20:1, 22:7,
23:8, 24:21, 25:17,
29:16, 30:8, 31:11,
34:15, 34:16, 34:17,
35:24, 37:12, 37:22,
38:22, 38:23, 39:1,
40:12, 42:24, 44:19,
46:21, 48:19, 48:20,
71:7, 71:9, 72:12,
79:1, 80:5, 80:10,
80:23, 81:2, 81:5, ,
83:23, 83:25, 84:17,
89:9, 92:9, 92:21, ,
98:2, 104:20, 108:23,
114:17, 118:16, 11:9,
120:5, 120:6, 120:12,
124:11, 125:15, 4:4,
127:22, 128:7,

130:10, 130:13, 30:6,
132:17, 133:15,
137:4, 139:20,
140:20, 140:24,
142:9, 142:10, 143:7,
144:13, 144:23,
146:10, 147:22,
150:10, 150:23, 50:9,
153:14, 153:18, 1:17,
154:15, 158:25, 4:12,
163:11, 164:6, 62:7,
166:14, 166:19,
171:14, 171:15,
172:16, 172:18,
174:12, 175:9,
175:19, 175:21,
176:22, 176:24, 76:4,
179:9, 182:19, 179:2,
184:17, 185:4, 185:8,
186:18, 186:24,
192:21, 192:22, 8:21,
198:5, 201:5, 201:21,
205:9, 206:12, 205:6,
212:22, 213:19, 10:7,
219:15, 221:12, 19:5,
225:22, 226:4, 226:6,
227:10, 227:11 227:7,
17:1, 17:4, 17:21,
31:1, 31:7, 34:4,
41:3, 41:21, 45:23,
112:12, 112:14, 1,
162:3, 162:9, 169:16,
197:20, 185:19,
16:14, 16:17, 22:17,
173:14, 180:3, 185:2,
205:10, 225:12, 226:1
woven - 108:11,
wrap - 209:16
write - 12:145
written - 11:17,

25:5, 25:20, 76:12,
135:19, 155:11,
173:18, 173:17,
43:20, 63:25, 75:16,
wrote - 11:2, 173:8
X
X - 5:1
Y
year - 58:25, 66:4,
years - 25:22, 153:2
yes - 8:19, 12:16,
22:9, 26:7, 34:21,
53:10, 54:3, 59:14,
81:18, 88:17, 90:2,
113:18, 116:13, 8:3,
132:2, 132:4, 132:7,
154:12, 156:17, 47:1,
160:6, 160:15,
168:21, 171:7,
172:21, 174:12,
178:20, 180:13,
184:7, 184:16,
188:13, 193:12,
198:5, 198:13,
201:4, 202:11,
205:7, 205:12,
210:17, 213:18,
222:7, 223:11, 218:4,
Yes - 7:14, 7:21,
9:9, 9:13, 9:25, 10:8,
12:9, 12:12, 12:19, :7,
13:20, 14:7, 15:13,
17:9, 17:12, 17:16,
19:21, 19:25, 20:8,
20:17, 20:19, 20:23,
26:18, 26:21, 26:23,
28:4, 28:6, 28:10, 8:1,
33:7, 35:2, 35:6, 36:5,
40:16, 42:20, 45:14,
52:24, 56:12, 59:3,

65:14, 66:13, 68:3,
79:23, 81:1, 81:15,
83:18, 84:3, 84:23,
90:4, 90:9, 93:8, 9,
96:7, 96:8, 97:2, 98:9,
104:14, 107:1, 110:4,
115:21, 116:7, 15:9,
124:25, 125:4, 125:8,
130:19, 130:22,
133:11, 133:13,
136:17, 137:7,
139:14, 140:6,
144:22, 145:20,
148:19, 148:24,
150:25, 151:12,
154:25, 155:3, 156:7,
167:2, 167:4, 167:9,
169:23, 171:8,
172:17, 175:12, 72:5,
176:24, 177:4,
181:19, 182:9, 183:8,
185:1, 187:6, 187:15,
188:24, 189:17,
196:20, 200:16, 95:4,
201:19, 204:4,
206:9, 207:19,
209:1, 209:15, 208:6,
211:3, 211:23,
214:16, 215:6,
218:16, 219:11,
223:9, 223:10,
225:25, 226:4, 226:9,
228:14, 227:9, 228:9,
York - 64:14, 64:24
6:24, 7:3, 7:4, 7:5,
7:15, 7:20, 7:24, 8:1,
8:25, 9:8, 9:23, 10:5,
10:21, 10:25, 11:2,
12:10, 12:14, 12:18,
13:18, 13:19, 13:21,

14:13, 14:20, 14:21,
15:17, 15:20, 15:23,
16:22, 16:25, 17:1,
17:21, 18:5, 18:6,
18:22, 18:23, 19:3,
20:9, 20:12, 20:14,
21:3, 21:9, 21:13, ,
22:7, 22:10, 22:12,
22:20, 22:23, 23:2,
23:16, 23:18, 23:24,
24:13, 24:19, 24:20,
25:24, 25:25, 26:10,
27:14, 27:18, 28:2,
28:16, 29:1, 29:2,
29:22, 30:2, 30:5, ,
31:7, 31:10, 31:11,
32:2, 32:3, 32:16, ,
33:6, 33:11, 33:17,
34:4, 34:7, 34:15,
35:4, 35:7, 35:11,
35:20, 35:23, 36:1,
36:18, 36:22, 36:23,
37:12, 37:20, 37:22,
38:15, 38:18, 38:22,
39:21, 39:24, 39:25,
40:20, 41:3, 41:4,
42:16, 42:17, 43:2,
43:15, 43:17, 43:21,
45:21, 45:23, 46:3,
47:3, 47:18, 47:25,
50:17, 50:21, 50:23,
51:13, 51:14, 51:16,
53:11, 53:18, 54:15,
58:15, 58:20, 58:24,
61:2, 61:8, 62:14,
63:14, 63:16, 64:1,
64:20, 64:24, 65:1,
65:15, 65:19, 65:25,
66:12, 66:23, 67:1,
67:25, 69:8, 69:18,

70:21, 70:25, 71:3,
72:15, 72:20, 73:2, :5,
75:17, 75:21, 75:22,
77:13, 77:17, 77:19,
78:20, 78:22, 79:2,
80:17, 80:23, 81:8,
82:4, 84:5, 84:10, ,
87:6, 87:9, 87:12,
88:5, 89:9, 89:18, ,
90:14, 90:16, 91:13,
92:21, 92:24, 92:25,
97:1, 97:9, 98:14,
102:18, 103:8, 105:5,
106:12, 106:14,
110:1, 110:2, 111:5,
115:12, 115:22,
117:19, 117:24,
118:20, 119:2, 119:5,
120:9, 120:13,
120:23, 121:9,
121:15, 121:19,
122:13, 123:4, 22:10,
123:20, 123:24,
124:21, 124:22,
125:17, 125:22, 25:5,
126:20, 126:24,
128:1, 128:15, 27:20,
129:6, 129:11, 129:5,
129:22, 130:16,
131:15, 131:19,
132:12, 133:6,
133:16, 133:20,
135:2, 135:10,
136:2, 136:7, 136:18,
137:11, 137:21,
138:18, 138:20, 8:10,
139:15, 139:25,
142:3, 142:4, 142:5,
143:6, 143:7, 144:13,
144:25, 145:16,

146:12, 146:23,
148:5, 148:12, 149:1,
150:16, 150:17,
151:4, 151:5, 151:9,
152:1, 152:9, 152:14,
152:19, 152:21,
155:6, 155:10, 53:15,
156:6, 156:8, 156:18,
158:7, 158:15, 158:4,
158:24, 159:4,
160:2, 160:7, 160:8,
161:16, 161:22,
162:22, 163:2, 163:8,
164:22, 165:4, 165:9,
165:21, 166:2,
168:10, 168:13, 68:5,
169:9, 169:12,
170:5, 170:14,
171:15, 171:22,
172:20, 172:22,
173:8, 174:1, 174:4,
174:22, 175:21,
176:22, 176:24,
178:4, 178:8, 178:13,
179:6, 179:16, 179:5,
180:14, 180:24,
181:23, 182:6,
182:21, 182:24,
183:12, 183:20, 3:9,
184:23, 185:2, 185:4,
186:8, 186:10, 186:5,
187:20, 188:5, 188:8,
189:14, 189:18, 89:9,
190:15, 190:16, 90:7,
191:19, 191:24, 1:10,
194:9, 194:10,
194:23, 195:2, 195:5,
195:21, 195:25,
196:16, 196:21, 6:11,
197:9, 197:17, 197:7,

198:7, 198:9, 198:14,
199:21, 199:24,
200:20, 201:8,
201:23, 201:24,
202:12, 202:13,
203:17, 204:2,
205:20, 206:7, 207:1,
207:25, 208:3,
208:22, 209:8,
209:22, 210:9,
210:21, 211:1, 211:2,
211:18, 211:19,
212:7, 212:15,
213:5, 213:7, 213:21,
214:22, 215:10, 4:18,
216:13, 217:20,
219:12, 219:15, 9:6,
221:19, 223:1, 223:7,
225:9, 225:14, 225:3,
225:22, 226:1, 226:4,
You - 7:22, 9:2, 6:14
17:10, 17:17, 21:6,
45:15, 46:2, 66:14,
80:21, 104:11, 22,
138:20, 142:12, 38:6,
143:23, 147:6,
150:15, 154:22,
162:23, 187:7, 158:4,
195:1, 196:5, 198:21,
201:18, 211:21, 219:8
156:7 - 126:21,
you're - 16:3, 21:23,
24:15, 25:11, 25:13,
32:20, 54:13, 88:15,
130:3, 133:3, 134:7,
150:13, 152:16,
192:2, 193:9, 196:23,
227:14 206:2, 215:15,
133:9, 139:19, 32:23,
you've - 6:19,

148:22, 149:1, 149:5,
157:11, 162:5, 56:10,
182:8, 182:20, 207:6,
young - 152:23
152:11, 152:15,
7:12, 9:7, 9:8, 9:14,
19:23, 20:1, 20:2, ,
29:7, 32:11, 34:20,
43:17, 43:22, 53:16,
56:17, 56:20, 57:18,
61:10, 63:2, 63:20,
66:24, 67:25, 68:19,
74:2, 74:11, 74:14,
77:19, 78:23, 79:13,
86:4, 87:9, 87:12,
118:7, 119:23, 120:3,
120:21, 120:23,
125:9, 128:6, 128:20,
137:6, 138:7, 138:15,
143:6, 144:18,
152:1, 152:4, 152:6,
153:11, 153:21, 53:5,
154:16, 155:6, 54:8,
156:1, 156:11,
157:11, 158:6,
160:7, 160:18, 159:9,
163:16, 163:21,
166:6, 167:8, 167:11,
168:11, 168:23, 8:5,
170:21, 173:4, 174:6,
175:16, 175:25,
179:17, 179:21,
181:17, 182:5, 182:6,
183:21, 183:24,
187:10, 188:25, 87:7,
192:7, 192:25,
195:20, 197:20, 94:9,
201:23, 202:4,
203:11, 204:16,
209:25, 211:24,

212:19, 216:17,
227:21, 227:13,
137:18, 180:10, 16,
yours - 174:2,
yourself - 29:2,
152:24 142:12, 148:6,