UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff, Civil File No. 00-CV-987 JEL/JSM

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

* * * * * *

DEPOSITION OF: RICHARD S. KOZIOL
TAKEN ON: FRIDAY, OCTOBER 10, 2003
COMMENCING AT: 9:00 A.M.

* * * * * *

CHARLES G. WILLIAMSON, Court Reporter
4209 113th Street West
Bloomington, MN 55437
Telephone: 952-888-8586
Fax: 952-888-3562

and
Colloid Environmental Technologies Co.,
Fourth-Party Plaintiff,
vs.
Chris Craft Industrial Products, Inc.,
Fourth-Party Defendant,
and
J-Berd Mechanical Contractors, Inc.,
Fourth-Party Plaintiff,
vs.
Mikesh, Inc.,
Fourth-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTES

Page Line

APPEARANCES:

PATRICK D. REILLY, Esq., Erstad & Riemer, P.A., 200 Riverside Office Tower, 8009 34th Avenue South, Minneapolis, MN 55425, appeared representing Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Co.

G. JOHN VEITH, Esq., Brown & Carlson, P.A., 5411 Circle Down Avenue, Suite 100, Minneapolis, MN 55416-1311, appeared representing Fourth-Party Defendant Chris Craft Industrial Products, Inc.

CHAD J. STEPAN, Esq., Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788, appeared representing Defendant Weis Builders, Inc.

LEO I. BRISBOIS, Esq., Stich, Angell, Kreidler & Dodge, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, appeared representing Defendant Valley Forge Insurance Company.

MARK S. BROWN, Esq., Iverson Reuvers, LLC, 250 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438, appeared representing Third-Party Defendant Waterproofing By Experts, Inc.

WILLIAM D. HULL, Esq., Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, appeared representing Third-Party Defendant Elness Swenson Graham Architects, Inc.

ROLF E. SONNESYN, Esq., Tomsche, Sonnesyn & Tomsche, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared representing Third-Party Defendant J-Berd Mechanical Contractors, Inc.

STEVEN E. RAU, Esq., Flynn, Gaskins & Bennett, LLP, 2900 Metropolitan Centre, 333 South Seventh Street, Minneapolis, MN 55402-2440, appeared representing Defendant Promenade Village Townhomes, LLC.

ANDREA E. REISBORD, Esq., Cousineau, McGuire & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318, appeared representing Westfield Insurance Company.

I N D E X


PAGE

Pursuant to Notice.................................. 6

WITNESS:

Richard S. Koziol............................ 6
Examination by Mr. Veith...................... 6
Examination by Mr. Brown..................... 86
Examination by Mr. Sonnesyn............. 142,193
Examination by Mr. Reilly.................. 157
Examination by Mr. Rau..................... 175
Examination by Mr. Hull.................... 177
Witness Excused............................ 194
Signature/Correction Page.................. 195
Certificate Page........................... 196


INDEX OF EXHIBITS


EXHIBIT NO. DESCRIPTION PAGE

Exhibit No. 816....Personnel Qualifications............. 6
Exhibit No. 817....E-mail, two pages, 8/12/02........... 54
Exhibit No. 818....WJE Interoffice Memo, 5 pages........ 57
Exhibit No. 819....Site Photographs, 39 pages........... 61
Exhibit No. 820....Rich Koziol, 7/29/03, one page....... 68
Exhibit No. 821....Handwritten Summary, Sept. 23, 2002.. 75
Exhibit No. 822....Review of Courtyard Waterproofing Design and Repairs, 31 May 2002, 9 pages.... 76
Exhibit No. 823....Chad Stepan, Meagher and Geer, (612) 337-9646, one page............ 152
Exhibit No. 824....Box containing post and samples..... 174


# The original exhibits (except Exhibit No. 824) and original transcript are in the possession of Attorney G. John Veith.

# Exhibit No. 824 is in the possession of Attorney Chad Stepan.

THE DEPOSITION OF RICHARD S. KOZIOL, is taken on this 10th day of October, 2003, before Charles G. Williamson, a Notary Public in and for the State of Minnesota, County of Hennepin, at the Law Offices of Brown & Carlson, 5411 Circle Down Avenue, Suite 100, in the City of Minneapolis, Minnesota, commencing at the hour of approximately 9:00 a.m., pursuant to NOTICE:

* * * *

(Koziol Deposition Exhibit Number 816 was marked for identification at this time.)

RICHARD S. KOZIOL,

called as a witness, being first duly sworn, was examined and testified on his oath as follows:

EXAMINATION

BY MR. VEITH:

Q Good morning, sir. My name is John Veith. I represent Chris Craft Industrial Products. They're a manufacturer of the insoluble film, Swelltite. Would you just state your name for the record, please?

A Richard Koziol.

Q And what's your current business address, sir?

A 330 Pfingsten, P-F-I-N-G-S-T-E-N, Road, Northbrook, Illinois.

Q Sir, I would just like to remind you that if you don't understand a question, if you would just let me know and I will try and re-ask the question and rephrase it for you.

I just want to make sure we're understanding each other today; is that fair?
A That's fine.
Q Could you tell me what you reviewed in preparation for your deposition today?
A I reviewed the field notes that I prepared when I was out at the site last August, including the photographs, I reviewed the Raths, Raths & Johnson report, the Inspec report, Patrick Engineering report, the other consulting engineering report. I forgot their name, but they were -- I think it begins with an A.
Q Arockiasamy perhaps?
A I don't recall.
Q Okay.
A And other miscellaneous documents that I had in my file.
Q Showing you Exhibit 816, if you would take a look at that, it's a copy of your personnel qualifications and a list of publications and testimony. Do you have an actual resume or is this all you have?
A This is all I have. I am working on -- the whole company, all of Wiss, Janney, Elstner is working on changing the look and format and style of their -- of what we call PQ or resume sheets. This is a common format for professional qualifications for WJE but it's being revised and I am currently in the process of

revising it right now. So it needs to be updated. It's probably five or six, maybe seven years old.
Q How long have you been a registered architect?
A Probably since 1983.
Q Do you have any other formal post-high school education aside from what you have listed here, the University of Illinois?
A Well, professional, continuing professional type seminars. I've attended many.
Q How many CLE or continuing education credits do you need to keep your license?
A That is just being implemented currently right now in the state of Illinois, so this is the first year and I haven't got all the information on it, but I've been -- as a member of the American Institute of Architects been maintaining continuing education credits through them for probably the past three years and I think it's a minimum of about 35 to 40 per year.
Q During your attendance at the University of Illinois, did you have any or take any course work that involved or related to below grade waterproofing specific to that issue?
A No, I don't remember any specific courses at all. It may have been covered during some of the courses as a small part of it, but it wasn't any special course, no.

Q And did you have any course work with regard to below grade waterproofing products of any kind?
A In college?
Q Yes.
A No.
Q You worked for John Victor Frega while you attended the University of Illinois?
A That's correct. But that would have been only for my freshman through sophomore, perhaps a portion of my junior years.
Q Generally what were your responsibilities and duties when you worked there?
A I was a draftsman essentially. I did the leg work for the architects in the office working on projects, a lot of hospital work, a lot of work on municipal buildings in the surrounding suburbs of Chicago.
Q You've indicated here that you prepared contract documents while you were at that job. Were those documents that you were writing or you were drafting yourself?
A Well, I was operating under the direction of someone.
Q Were any of those documents design-build type contracts?
A I'm sure there were -- I don't really know, to be honest. I don't know.
Q When you were working for John Frega, or John Victor Frega, were you involved in any investigation of below

grade waterproofing issues?
A No.
Q Was your entire work responsibilities relating to roofing issues as opposed to below grade issues?
A Well, there were roofing and other issues. I did do several roof projects at the Rush Presbyterian St. Luke's Hospital within Chicago as an employee of John Victor Frega, but I also worked on a lot of life safety issues like doors and fire code issues inside the hospital, the interior fire code requirements.
Q But nothing below grade when you worked for John Victor Frega, is that right?
A That's correct.
Q You worked there until 1980?
A That's correct, I believe. Yes.
Q And then you went to USG Corporation?
A That's right.
Q And you worked as an architect at that company?
A Correct.
Q What were your duties generally when you worked at USG?
A I was a staff architect within the engineering department of USG. At the time they had an in-house engineering department. I don't think they do today. But they -- you know, having an in-house engineering department, they have many plants and facilities throughout the United

States and there's always a project going on and it would handle all of that work internally. So I was working at different plants, and specifically there was one project that I had a lot of work on was their research facility in Libertyville, Illinois. They bought a complex and they were expanding research and development for USG at this location and I worked on a lot of the renovation of an existing building.
Q Did any of your responsibilities at USG involve issues of below grade waterproofing?
A No.
Q Were you a registered architect at that time?
A No.
Q Why did you leave USG Corporation?
A I had an opportunity to join WJE.
Q And you joined WJE in 1982?
A Yes. Sometime in the summer of 1982.
Q And have you worked there ever since?
A Yes.
Q Could you just generally describe how your career has progressed while you've been at WJE? What did you start at and what has happened since then as far as what your positions are and what your responsibilities are?
A Okay. The titles have changed over the years, so I don't know if it's all exact in my recollection, but I think at

the time I joined I was a junior architect and was probably at that level or position for a couple of years. And basically as you get more experienced and handle more projects you become promoted, so that the hierarchy is the junior engineer or architect or chemist, because we have in-house testing, engineer 1 or 2, engineer 1/2, engineer 1, I should say engineer 2, engineer 3 or architect 1, 2 or 3 or chemist, and then senior architect or engineer, and then consultant, and then senior consultant, and then you're either a principal or branch manager or something. I'm currently at the senior architect -- or I'm sorry, senior consultant position and have been there for about three years now.
Q Okay. What are your duties and responsibilities as a senior project consultant? What does that involve doing?
A Anyone at a level of senior engineer or architect and above is able to manage projects on behalf of the company, so they have client contact and are able to write proposals and handle projects entirely on their own. So that's a big distinction between those at the senior position, senior engineer or architect position, which is like two levels below this, and above, so you manage projects. So depending upon your expertise, you could do a variety of things. I myself specialize in building infiltration, water infiltration problems,

focusing specifically on roofing and waterproofing. I've been doing that for heavily all my time probably for the past 10 or 15 years.
Q So when you first joined Wiss, Janney, that's when you would have first had exposure to below grade waterproofing issues, right around when you first started there and continuing on up to the present time?
A I don't think so. It's not my recollection there were any below grade waterproofing projects when I first started. When I first started, I had exposure to a variety of things other than roofing and waterproofing. So I don't remember when first exposure was, when I first joined WJ, but it would have been several years after I joined.
Q At what point did you reach a level within the company that you were able to manage investigations of leak failures or what have you on your own?
A When you reach the senior engineer or architect level.
Q When was that?
A Probably around 1988, '89 maybe.
Q Are you able to tell me how many water leak investigations you have participated in relating to below grade waterproofing? Do you remember the question?
A I do.
Q Okay.

A Can you define below grade waterproofing to me?
Q Well, could you define below grade waterproofing for me?
A Well, I guess I'm asking specifically are you referring to a basement application or are you talking about plaza or a terrace like you might see at a hotel or similar to Promenade Oaks project? Are you lumping those all together or are you making a distinction, say like a basement, a wall application versus a horizontal application?
Q Well, I was making just a distinction between above grade and below grade period, but why don't we limit it to below grade plaza decks?
A Then I would say many. Many plazas specifically. I don't know a number off the top of my head, but over the years, I'd say one or two a year easily.
Q All right. What percentage of your time is spent working with above grade roofing versus below grade waterproofing of any kind?
A It's a tough question to answer. It depends on the work that comes in. Sometimes if the work comes in, it's a lot of roofing work. Lately it's been a lot of waterproofing work over the past five years because we have done a lot of plazas, as I'll call them. We've done a lot of plaza work in the past five years, six years.
Q During the time that you have been at Wiss, Janney, have

you been involved in any below grade construction projects involving Swelltite 3000?
A Yes.
Q How many?
A One.
Q Which one?
A The Comiskey Park project in Chicago. It's a park for the Chicago White Sox.
Q How is the Swelltite 3000 applied in that construction?
A It's applied in supported concrete, structural concrete slabs at the concourse levels. It was applied that way. It's been since replaced. Essentially there is a poured-in-place structural concrete slab, the Swelltite 3000 was applied to the concrete, structural concrete, then there was an extruded polystyrene insulation placed on top of this Swelltite and then a topping slab of concrete four inches or so thick sloped to drain.
Q Concrete pavers?
A No. Concrete, poured-in-place concrete topping.
MR. BROWN: I'm sorry. Was that right above the insulation?
THE WITNESS: Yes.
MR. BROWN: Thank you.
Q (By Mr. Veith.) Was the application strictly a horizontal application or were there vertical elements to it?

A Largely horizontal. I mean, there were vertical aspects of it in terms of flashing at the curbs and perimeters, but it's a horizontal application.
Q Can you tell me how the Swelltite was installed in terms of what types of accessory products were used?
A The Comiskey Park project we're talking about?
Q Yes.
A Largely Swelltite material was used. I'm not sure about all of the accessory products, but around drains there was a lot of problems. It was simply Swelltite material, and it was a consolidation of the Swelltite product around the drains, many of the drains because of the operation and function of the building and how it operates.
Q Could you explain how it operates so I can understand what you're talking about?
A Well, after a baseball game there's a lot of food and debris everywhere and so it's common practice to fire hose clean the entire facility. Like a two inch diameter fire hose is used to completely clean the concrete flooring, and so that's a very aggressive procedure and it generates a lot of water, much more than rain, in fact. So in that cleaning process, a lot of water is applied to the concrete, goes through the concrete at joints and penetrations and things and it was washing out

the Swelltite material specifically. There was a flow of water, and when concrete was removed -- there were a lot of leaks first, there was many leaks, and in investigating these leaks we found that the bentonite component of the Swelltite would settle around the drains, often-times would settle around the drains and it was being washed out.
Q What type of drain was used?
A I don't remember off the top of my head, but it was like a Smith or a Josam drain with a -- I don't recall because we ended up replacing many of the drains.
MR. SONNESYN: I'm sorry, sir. What did you say?
THE WITNESS: I said I don't recall the exact type because we ended up replacing many of the drains in conjunction with our design. So the drain I was thinking of when you first asked that question is a new drain, it's a square grate, and I think the original ones had a round grate. I don't remember who the manufacturer was.
Q (By Mr. Veith.) Was it Swelltite? Was it a type of Swelltite that comes in rolls?
A It was largely the type of material that I observed here, the Swelltite on the Promenade project. I don't know how they installed it. We came and saw it after the fact.

We investigated -- our work was to investigate leakage at the park.
Q Tell me how the -- well, you were there, you saw the application, didn't you?
A No.
Q You never saw the Swelltite at that site?
A Yes, but we didn't see it being installed.
Q No, I understand that. But when you were out there, you saw the Swelltite in place during your investigation; right?
A During demolition of the -- not during our initial investigation, but when the concrete was demolished, a lot of the Swelltite was exposed. Then you could see because you normally can't see it.
Q That's what I'm getting at.
A Yes.
Q When you were there and you saw it exposed, how was it put together?
A Overlapped.
Q Do you know whether there were expansion joints between the sheets?
A I don't think that there were. There were a lot of expansion joints in the building in general, structural expansion joints, and there were a lot of problems with the expansion joints, leaks at the expansion joints, and

there still are.
Q There are still leaks at the expansion joints?
A Yes.
Q By the way, when was this investigation that you performed; what years?
A 1995 probably, '96 perhaps. '95, '96.
Q What product is in there now?
A The waterproofing membrane material?
Q Waterproofing membrane material.
A American Hydrotech 6125. It's a hot rubberized asphalt material.
Q Do you know whether any other CETCO products were used in that application in addition to Swelltite?
A I'm not aware of any.
Q Do you know whether, for example, any seam tape was used manufactured by CETCO?
A No, I don't recall, but I wasn't out there during all of the demolition.
Q All right. So you don't know how the -- you don't know how the seams were sealed, if at all? I mean, is that what you're basically telling me, you can't tell me?
A Not specifically. I don't recall.
Q You don't know what products may have been used in connection with it; right?
A Well, I know it was Swelltite 3000.

Q Well, I'm talking about accessory products.
A No.
Q Were you in charge of that investigation?
A No.
Q Did you oversee it?
A No.
Q Did John Duntemann oversee it?
A No. Bill Perenchio oversaw it.
Q What was your participation in this investigation?
A I reviewed the report for Bill Perenchio. Bill Perenchio started the project out and I reviewed his investigative report.
Q You just read the report, is that all you did?
A I read the report and I talked to him on the phone a couple times, we discussed it, he probably showed me some pictures.
Q So you had a somewhat limited role?
MR. STEPAN: Objection, misstates his testimony. He went out to the site, too.
THE WITNESS: Well, we had been working on the Comiskey Park job for a long time, ever since that time. We're still on it today, in fact, working on it in a number of capacities. So I have been involved with it since the beginning, including today.
Q (By Mr. Veith.) In your participation in the

investigation as pertains to Swelltite, did you participate in any testing of the product or the materials at the site?

MR. BROWN: Which site, John?

MR. VEITH: Comiskey Park.

THE WITNESS: I don't believe so.

Q (By Mr. Veith.) Do you know whether anyone ever tested the materials, the Swelltite 3000 materials used at Comiskey Park?

A I don't know.

Q You don't know?

A I don't know.

Q Okay. Would it be fair to say that your familiarity with the Swelltite 3000 at Comiskey Park was limited to reading a report and your one-time view of the product during demolition; would that be fair?

A I think I was there more than a couple of times during demolition.

Q How many times?

A Maybe three times.

Q Did you take any samples during any of those times of the product?

A No.

Q Did you look underneath the product or open it up?

A I didn't, but I think Bill Perenchio did.

Q Did you do anything other than look at it as it laid there on the deck?
A No. That was about it.
Q What was the purpose of you reviewing the report relating to the Comiskey Park project if you did not verify any of the conditions?
A We have a peer review. We've had an in-house peer review process for years and we advocate it today, and Bill Perenchio's experience is largely in concrete materials and some waterproofing and I think he wanted me to review the waterproofing portions of his report because there were a number of things besides leakage. There was -- concrete cracks were a big issue and problem at the place, and so Bill chose me as the reviewer of his work product.
Q So you weren't reviewing the report to offer your expertise or opinion about Swelltite, you were reviewing it to ensure that he was doing a thorough job or something?
MR. STEPAN: Objection, misstates his testimony.
THE WITNESS: I would say both. I was reviewing for both reasons.
Q (By Mr. Veith.) Well, what was your expertise with regard to Swelltite 3000 prior to that Comiskey Park project?

A Well, I had done waterproofing projects. Bill chose me to help him on this job. I had looked at other waterproofing projects, many waterproofing projects before Comiskey Park, none of which were Swelltite. But I had waterproofing expertise and I think he sought that out.
Q Prior to this case, have you had any experience with a waterproofing membrane used below grade that involves a water-soluble film?
A No.
Q Do you belong to any professional organizations aside from the ones that are listed here in your PQ, Exhibit 816?
A I'm also a member of the Roof Consultants Institute in addition to these, which would be American Institute of Architects, the ASTM, and Construction Specifications Institute. That largely would be them.
Q By the way, do you know what the conclusions or -- were any conclusions reached as to what caused the leaks at Comiskey Park?
A The waterproofing was not able to function because it was being washed away.
Q Do you know whether that was due to an installation error; was that the conclusion that was reached in that project?
A I don't remember. I didn't review the file on Comiskey Park.

Q Well, you reviewed the investigation report?
A Yes, but you know, you're taxing my memory. It's been a while.
Q Okay. So it could have been due to installation errors and that could have been the cause of the problem; correct?
A I wouldn't say it was the entire cause.
Q Well, what would you say?
A I think it was a combination of material and installation.
Q What conclusions were reached in that investigation report, if you can recall any?
A Let me back up, if I could say one thing. It was also design. It was design and installation and material. But design was I think a big part.
Q Tell me what the design problem was?
A I think there was a lack of clarity and a lot of the expansion joint flashing conditions, I think some of the detailing at the drains for the drains was not good, they were bad, I think the lack of a slip sheet between the concrete and the insulation was a design issue because the concrete topping bonded to the insulation, which was an unwanted thing, and I think we felt that in general it was a poor choice to use Swelltite 3000 in that application. There was also no slope to drain, just like

at the Promenade project.
Q Who was responsible on that project for providing the design for the expansion joint details and the drain details?
A The architect was HOK.
MR. BROWN: HLK?
THE WITNESS: HOK.
Q (By Mr. Veith.) Was there any litigation arising out of the Comiskey Park project?
A Oh, yes.
(A short recess was taken at this time.)
Q (By Mr. Veith.) Mr. Koziol, do you know if in the litigation arising out of the Comiskey Park project whether the manufacturer was sued of the product or was named as a party in that case?
A I think everyone was sued. I'm not sure of the legal outcome of it all. I participated in a mediation on it and the mediation I think was close to settling but it didn't, and I don't know what happened after that point.
Q You don't know whether the manufacturer was sued or not; is that fair?
A They were named in the lawsuit. I don't know what the outcome was.
Q Did you testify in that litigation?
A Well, I participated in the mediation. I don't

believe -- I think it was settled out of court, so there was no formal deposition.
Q Who was responsible for making the or for giving the conclusions as to what the failures were at the Promenade?
A Bill Perenchio was the product manager of WJE at the time. He had charge of the project.
Q Do you recall whether there was any conclusion reached by anyone at Wiss, Janney as to whether the -- was it your understanding there was a water-soluble film on Swelltite?
A Yes.
Q Do you know whether there was any conclusion reached as to whether the film contributed in any way to the failure of that project, at that project?
A I believe that may have been part of Bill Perenchio's deposition testimony, but I haven't read his deposition.
MR. BROWN: How do you spell Perenchio?
THE WITNESS: P-E-R-E-N-C-H-I-O. He's retired now.
Q (By Mr. Veith.) And Wiss, Janney would have a copy of that deposition?
A Yes. If it was taken, it should be on file someplace.
Q Do you know who the attorneys were who took the deposition?
A No.
Q Have you ever lectured or taught any courses relating to

waterproofing below grade plaza decks?
A I've made presentations on plaza deck waterproofing to -- at least on two occasions that I can think of.
Q When and what were the seminars that you gave?
A They were WJE seminars given to property owners. One was a -- one in New York, New York City someplace some time ago, maybe as much as eight, nine years ago, and one of the other branch offices. I've given several of these combination promotional and technical seminars through the branch offices and there are many branch offices, so I don't remember the other.
Q Do you know whether you've lectured or taught any courses relating to bentonite as a waterproofing material, below grade?
A No.
Q Okay. Do you have any materials that you developed in connection with those courses that you gave?
A There were slide shows at the time and everything's being converted to Power Point. So I probably have individual slides and photographs, but there wouldn't have been an assembly of, let's say, of -- because it's basically a slide carousel that I put together for that talk, and as I talk, you move it around. It's Power Point driven today.
Q Have you ever attended any seminars or lectures relating

to below grade waterproofing plaza decks?
A Yes, I have.
Q What have you attended?
A I have attended the below grade waterproofing course that's available through the University of Madison at Wisconsin.
Q Is that it, just one course?
A That's all I can recall.
Q Did that course involve in any way bentonite as a waterproofing or Swelltite?
A It did bentonite, I'm sure of it. I don't remember if it did Swelltite specifically or not. It was quite a while ago.
Q How long ago was it?
A Probably ten years or more.
Q Is the list of testimony that you have given complete here in Exhibit 816?
A Deposition testimony?
Q Yes. Or is there more since this was prepared?
A There's probably one or two more since this has been prepared.
Q Do any of these depositions have anything to do with bentonite as a waterproofing material?
A No.
Q Do any of these depositions involve issues of

waterproofing below grade plaza decks?
A Yes. Item 14 is one. I haven't looked at the other two pages yet, but the 4th and Plum Apartments in Cincinnati, Ohio involved a big waterproofing aspect.
MR. REILLY: Which one is that?
THE WITNESS: 14, the 4th and Plum Apartments in Cincinnati, Ohio.
Q (By Mr. Veith.) What was the waterproofing product that was used on that project? Was it a bentonite system.
A No, it wasn't. I think it was a modified Bitumen and it might have been like a W. R. Grace material. It wasn't -- it was a sheet material. I don't remember the exact material. In fact, there may have been a Coppers -- it was a Coppers. Now I remember. It was a Coppers Company product, Coppers out of Pittsburgh.
Q Any others?
A I'm still checking. The Bent Creek Country Club, Item 25, Bent Creek Country Club in Lititz, Pennsylvania, which is near Lancaster, Pennsylvania.
Q What product was used in that, on that plaza deck?
A I think Bituthene 3000 or 4000. W. R. Grace's Bituthene.
Q Do you know where we could get a copy of those two depositions? How would we get a copy?
A I don't know how you could get a copy. I probably have one for the Bent Creek, but I doubt if I have anything

prior to let's say Item Number 20. Just didn't keep depositions at the time like typically do today.
Q Do you know how we could get a copy of Mr. Perenchio's deposition?
A No, I don't.
Q Does Wiss, Janney keep copies of the depositions?
A If it's a part of the project file, they should. Whatever is a part of the job is part of the file. Let me finish reviewing the list. That would be it on this list that involved waterproofing.
Q I'd like you to when we're done search for Mr. Perenchio's deposition, if you would, and provide that to your counsel so that we could have a copy of that. Would you do that?
A I will ask someone to do it.
Q Are you aware of any learned treatises or publications relating to below grade buildings, the waterproofing of below grade structures that you would consider learned treatises or publications?
A I think that the course book that I got from the University of Madison, Wisconsin is a good one. I think that the National Roofing Contractors Association Roofing and Waterproofing Manual is a good one.
Q The NCRA?
A NRCA.
Q NRCA. Okay. Any others?

A There was a book by Justin Henschell entitled Below Grade Waterproofing. That's a pretty good one.

MR. BROWN: How do you spell Henschell?

THE WITNESS: H-E-N-S-C-H-E-L-L. I think that's right.

Q (By Mr. Veith.) Any others?

A I think Architectural Graphic Standards has got some good information.

MR. HULL: I'm sorry. Repeat that, please?

THE WITNESS: Architectural Graphic Standards has got some good information.

Q (By Mr. Veith.) Who publishes that or who authors it?

A That's Ramsey Sleeper.

MR. BROWN: Who?

Q (By Mr. Veith.) Would you spell Ramsey Sleeper maybe?

A R-A-M-S-E-Y, Sleeper. The American Society For Testing Materials, ASTM, has several books or treatises that they consider STP's, Special Technical Publications, that are compiled by people who are members of the committee and typically write papers. There are probably a couple of books that have some -- STP's that might have a couple of papers in them that would be good references, I think, and waterproofing concepts and design ideas. I'm sure there's others. Those are all I can think of that I

would consider to be the better shelf products.
Q Do you know what the chemical composition of the water-soluble film is on Swelltite 3000?
A No.
Q You're not familiar with the chemistry of that film, are you?
A No, I'm not.
Q You're not familiar with the physical characteristics or the properties of that film?
A No, I'm not.
Q You wouldn't know the dissolution rates or times of the film?
A No.
Q You wouldn't know what cross linking is?
A Well, I'm familiar with cross linking from roofing technology. That's essentially the chemical change that occurs in EPDM membrane sheets. If it's a similar phenomena, I'm familiar with the concept through my experience with EPDM.
Q Do you know how it would work specific to polyvinyl alcohol?
A No, I don't.
Q Do you know whether polyvinyl alcohol has a shelf life -- or let me rephrase it. Do you know whether the water-soluble film component on Swelltite 3000 has a shelf

life?
A No, I don't.
Q Do you know whether the dissolution of the water-soluble film can be affected by age?
A No, I don't.
Q Do you know whether it can be affected by heat or thermal forces?
A I intuitively believe it would be affected by heat or thermal courses. I couldn't see how it could not be.
Q What do you mean by intuitively?
A Well, any given man-made material, whether it's PVC, PVA or anything, given enough heat is going to melt, so it will be affected by temperature or heat.
Q Do you know what the necessary heat would be to affect it?
A Relatively low. A similar release film would perhaps -- PVA type film is used on a lot of modified Bitumen roofing materials and a torch is usually applied to these -- to the underside of these products to get it to bond, let's say, to concrete or insulation, and so it would be, I would guess -- if it's comparable to it, it would be comparable to what's used on roofing materials. I don't know what exact temperature, though.
Q Tell me what other products you are aware of that use a dissolvable polyvinyl alcohol film other than Swelltite 3000?

A None that I know of. I think I answered that before.
Q Well, I'm asking about the water-soluble film on Swelltite 3000. Do you know what the necessary heat would be to affect its dissolution property?
A No.
Q What is the chemical makeup of the comparable product -- well, what is the product that you were describing for me that has a film on it? What is the product and then what is the film that's on it?
A I don't know what the film is exactly. I don't know if it's a PVA or some other. It's a clear plastic release film that is used on modified Bitumen sheets.
Q Is it supposed to be removed from the sheet at or before installation?
A No.
Q Is it supposed to go away or dissolve?
A It dissolves when they heat it with either a warm air gun, a hot air gun or a torch, blow torch.
Q Do you know what the chemical makeup of that film is?
A No.
Q Do you know whether it has polyvinyl alcohol in it?
A No.
Q Do you know whether it's expected to dissolve on contact with water?
A That for sure I know it's not supposed to.

Q So what are you making the assumption on that it's comparable to the film on Swelltite 3000?
A Well, you asked me about heat and I'm pretty comfortable and confident in saying that given enough heat, that's going to be able to dissolve like any other plastic film will.
Q Aside from the common theme of heat, what else is there that would make it similar?
A That's it. That was your question and I answered it.
Q Do you know whether the water-soluble film on Swelltite 3000 is incompatible with any materials or substances?
A I'm not aware of any.
Q You don't know?
A I'm not aware of any.
Q Well, that wasn't my question. You don't know whether there are materials or not; right?
A I don't.
Q Okay. You are not a chemist, you don't have a background in chemistry; right?
A That's right.
Q You don't have a working knowledge of polyvinyl alcohol; right?
A That is correct.
Q Do you know who Steven Hovland is?
A Yes.

Q Have you had any conversations with him about Swelltite 3000?
A No.
Q Have you had any conversations with Mr. Hovland relative to the Promenade Oaks?
A No.
Q Do you know who David Deress is?
A Yes.
Q Have you had any conversations with him relative to the Promenade Oaks?
A No.
Q Have you had any conversations with him relative to Swelltite 3000?
A No.
Q Do you know who Peter Stork is?
A Yes.
Q Have you had any conversations with him relative to the Promenade Oaks?
A No.
Q Have you had any conversations with him relative to Swelltite 3000?
A No.
Q Do you know who Linda McGowan is?
A Yes.
Q Have you had any conversations with her relative to the

Promenade Oaks?
A No.
Q Have you had any conversations with her relative to Swelltite 3000?
A No.
Q Have you had any conversation -- or do you know Luis Estenssoro?
A Yes.
Q Have you had any conversations with him relative to the Promenade Oaks?
A No.
Q Have you had any conversations with him relative to Swelltite 3000?
A No.
Q Do you know who Christopher Giffin is?
A Yes.
Q Have you had any conversations with him about the Promenade Oaks?
A General, probably, in that I informed him what we were doing here.
Q What did you discuss?
A That there was a big leakage problem involving Swelltite 3000 at Promenade Oaks in Minneapolis.
Q Can you be more specific about topics that you discussed?
A That was it. Really no more. I know Chris very well.

He's in our Atlanta office today. He did a lot of work on Comiskey with John Duntemann. He's very intimately familiar with the Comiskey Park project and he and I worked on a lot of jobs together.
Q Did he give you any opinions about Swelltite 3000?
A No.
Q Do you know who Mark Hopmann is?
A Yes.
Q Have you talked with Mr. Hopmann relative to the Promenade Oaks?
A No.
Q Or relative to Swelltite 3000?
A No.
Q Do you know Robert Kerns?
A No.
Q Are you familiar with any Swelltite installations in San Francisco?
A No.
Q Do you know Neal Anderson?
A Yes.
Q Have you discussed the Promenade Oaks with Mr. Anderson?
A No.
Q Have you discussed Swelltite with Mr. Anderson?
A No.
Q Do you know Donald Meinheit?

A Yes.
Q Have you discussed Promenade Oaks with Mr. Meinheit?
A No.
Q Have you discussed Swelltite with Mr. Meinheit?
A No.
Q Same questions with respect to William White?
A I know him. I didn't discuss any of it with him.
Q Same question with respect to Larry Meyers?
A I know Larry. I didn't discuss really the Promenade Oaks job with him.
Q Did you discuss Swelltite?
A Over the past we have in general, prior to the Promenade Oaks project. Probably, you know, over the Comiskey Park job and other jobs. He has a job that he's seen in Indianapolis or something like that. I'm not sure where the location was at that he saw.
Q No specific discussions about the materials used in Swelltite?
A No.
Q Okay. John Duntemann?
A Yes.
Q You've had discussions with him about Swelltite?
A Through the Comiskey Park job, not through Promenade Oaks job specifically other than in the very beginning him suggesting to Mark Chauvin that he involve me on the

Promenade Oaks job.
Q What has Mr. Duntemann told you about Swelltite 3000, if anything, about the product?
A I believe his opinion of it is it's not good.
Q Did he tell you why?
A This is going back to the Comiskey Park job, so I don't remember our conversations there, but the opinion was that it wasn't a good material.
Q Is that all you can recall?
A Yes.
Q Do you know Ralf Leistikow?
A Yes.
Q Same questions with regard to Mr. Leistikow?
A And the same answers. Did not speak to him about Swelltite or this job.
Q Are you familiar with any Swelltite installations in Virginia?
A No, I'm not.
Q Michael Violette?
A Yes.
Q Same questions?
A I know Michael and I have not talked to him about Swelltite or this job.
Q Same questions with respect to James Hauck? Do you know Mr. Hauck?

A No, I don't.

MR. REILLY: What was his last name?

MR. VEITH: H-A-U-C-K.

Q (By Mr. Veith.) The answer was no?

A I've met him. I don't really know him.

Q Are you aware of any construction sites aside from Comiskey Park where Swelltite 3000 was used and is alleged to have failed?

A Personally, other than the list that you were going off of, no.

Q How did it come about that you were asked to serve as an expert on this case?

A I believe John Duntemann was contacted by Mark Chauvin and John Duntemann recommended me to Mark Chauvin.

Q Do you know why you were brought in?

A Because of my expertise on roofing and waterproofing.

Q Do you know whether Mr. Chauvin has any experience or knowledge of Swelltite?

A I don't know his experience with Swelltite other than this project. I don't know. I don't think he's seen it before.

Q Is it your understanding that you were brought in because Mr. Chauvin didn't know or wasn't familiar with that product?

A That's probably a fair characterization of it. In

addition, just other aspects of below grade waterproofing concepts and issues.
Q What expertise do you bring to the table that Mr. Chauvin doesn't have?
A I think the experience in roofing and waterproofing.
Q So nothing specific?
A Well, experience is specific.
Q Okay. What is your understanding as to your role with respect to how you're working with Mr. Chauvin on this project?
A I've been assisting him in a consulting capacity. He has been heavily involved in this project reviewing documents and I have only been involved since last year, last summer sometime. So my role is to work along with Mark and be of assistance, provide my help and knowledge, and I think officially I'm designated as the project consultant on the report that you have that was authored by WJE.
Q What was it that you were asked -- when you were brought in as a consultant expert on this case, what was it that you were asked to evaluate?
A I was asked to evaluate the waterproofing and drainage issues.
Q Were you asked to evaluate the design of the waterproofing issues?

A No.
Q Were you asked to evaluate the installation of the waterproofing?
A Well, stepping back to that design, I never reviewed the design drawings per se, if you will, but I reviewed the design in examining the overall assemblage of materials in the openings made last summer.
Q Okay. But my question was were you asked to evaluate the design?
A Could I say -- or should I say the architectural design as you mean in the whole design of the complex?
Q Design of the waterproofing system?
A I would say yes.
Q Were you asked to evaluate the installation of the waterproofing system?
A Yes.
Q And were you asked to evaluate the products that were used?
A It's all lumped together.
MR. SONNESYN: John, may I ask a question? Mr. Koziol, what were the areas -- when you initially said what you were asked to do, what areas were they?
THE WITNESS: Waterproofing and drainage.
MR. SONNESYN: Thank you.
Q (By Mr. Veith.) Were you asked to evaluate all aspects of

the drainage system as well, design, installation?
A I don't think it ever got that specific.
Q What documents were you provided with relative to this project?
A I was provided with a number of documents by Mark Chauvin, which would have been at the time the Inspec report, a number of documentary materials that showed photographs and things. I don't know who the authors were, I don't recall who the authors were, but I vividly remember the Inspec report. And the leak plans; I don't know who they were prepared by. Maps or diagrams and photographs, photographic evidence.
Q Anything else you've been provided with?
A Well, since the investigation of last summer, the RRJ report, Raths, Raths & Johnson report, the Patrick Engineering report, and whatever other materials. My file is very limited, my own personal file is limited. Simply photographs that I took, my recollection of the events and my notes that I took on that day.
Q Have you reviewed any of the depositions in this case?
A No.
Q Not one deposition transcript?
A No.
Q Have you reviewed any product literature for Swelltite?
A Over the past I have. Not for this case. I mean for

this day, I should say. I have for this case, but not -- well, let me clarify that. I have reviewed it in the past, including for this case.
Q Okay. Have you reviewed any of the technical data for Swelltite 3000?
A Yes, I have.
Q Have you reviewed any product literature relating to the water-soluble film component of Swelltite 3000?
A I don't believe that they have a water-soluble film anymore. I believe they have a release film that is peel-away now.
Q Have you reviewed the product literature for the water-soluble film component?
A No.
Q Have you reviewed any of the technical data relating to the water-soluble film component?
A No.
Q Have you reviewed any contracts or subcontracts entered into between the parties to this lawsuit?
A I have in my file the contract between Weis and the waterproofing subcontractor, Waterproofing By Experts. That's the only contract.
Q Did you review the architect's drawings?
A No.
Q Did you review any of the original construction drawings?

A There may be some cross sections of the complex and some other details that were copied from the architectural drawings that are contained in the materials I have, but I did not receive like a set of drawings to review. They were not included in the materials I got.
Q Have you reviewed any drawings of the as-built construction details of the Promenade Oaks?
A I think some drawings prepared by Inspec document as-built conditions.
Q Contained in your report?
A Contained in their report.
Q Anything else aside from that?
A No.
Q Are there any other documents that you have reviewed upon which you rely in forming any opinions in this case?
A None that I have other than what I've stated originally.
Q Do you know who Tony Poralis is?
A No.
Q Do you know who Dean Rutilla is?
A I've heard of his name. I've heard the name. I believe he's someone with Simpson, Dunkers & Hager.
Q Have you spoken with him relative to Swelltite at all?
A No.
Q What have you done in the course of your evaluation or investigation in this case?

A Reviewed all of the materials that I mentioned that I received from Mark Chauvin and participated in one day's site investigation, which involved some excavations, and provided my review and offered my comments in the report that we both co-authored.
Q Do you consider yourself an expert with respect to water leak investigations?
A I do.
Q What would encompass -- well, tell me what would be involved in a complete water leak investigation for a below grade plaza deck?
A Well, that's a very general question and so I'm going to have to give general answers because everything is unique and different, and so unless you give me some specifics, that will be hard. But generally speaking, we first do a survey of the leaks, if you will. We document where they exist, where they occur so that you can get an understanding of them. That's a very important step.
Q Do you do that with excavations, is that how you go about that process?
A No. That's a survey from the bottom typically. You look at the leak spots and you try to correlate patterns. Before you even step on the site, you try to get documentary evidence of where the leaks occur so that you can comprehend. And also, before you step foot on the

site, you try to do a thorough review of any drawings so that you can understand the architecture of the building and how the building works architecturally and structural. That's important to know.

So you have that information, and then you develop an investigative plan, which sometimes involves -- often-times involves water testing, and followed by excavation to identify existing or as-built conditions. And that would be in maybe one or in multiple areas depending upon the job. And then you may follow up with some laboratory testing if it's unique to the project. And then you generally prepare a report after those general items I just outlined.

Q What sorts of water tests are available?

A Flood testing for horizontal applications is a common form of testing, flood testing. Sometimes it's also just spraying, spray testing using either a garden hose or fire hose.

Q When you do a complete water leak investigation, one of the things that you want to do is pinpoint or identify the sources of the leaks; correct?

A Pinpoint, you try to. That's kind of a tough word. But you try to identify sources of leakage, correct, and paths of leakage. That is equally important.

Q By paths of leakage, you mean the path of water moving

around in the structure?
A The path the water follows the leak inside.
Q Tell me what -- well, would you agree that the best method to identify sources of leakage would be to attempt to localize or isolate a potential source and try to recreate that leak?
A Yes. That's very fundamental.
Q Are there any other scientific tests that you can do to identify sources of leaks?
A Well, answering it in the context of your question, yes and no. You can identify sources of leaks with the overburden out of the way. There are some electrical devices that you can use to try to find leaks in a membrane before soil is, say, applied to it. But after the fact, how effective it is or how -- how effective it is is highly, I guess, debatable. There is a technique called electro field vector mapping. That's what I'm talking about.
Q And you would do that test, for example, during an installation or prior to backfill, right; you wouldn't do that afterwards?
A You could do it afterwards. How effective it is afterwards is, in my opinion, questionable. It's fairly new in this country. They're promoting it like crazy in the past year or so. However, I see real value in using

it as a QA tool during -- right after the installation. But after the fact, you don't know if the electric current is -- when everything is installed, you don't know that you're getting the electric current properly, and it's always -- you're not pinpointing anything. You're always going to say it's in this general area, it could be the size of this room, and you're going to have to excavate an area the size of this room, so pinpointing it is never really -- it's kind of a misnomer for waterproofing applications. If you're going to excavate something, you're going to generally open up a large area if it's involving soil.

Q So you would agree with me that the best method of trying to source the leak would be to localize the leak and try and recreate it?

A That's right.

Q And that would be the most scientific method; correct?

A Yes.

Q Now, you didn't perform any such tests at the Promenade Oaks, did you?

A I didn't.

Q Do you know whether anyone else did?

A I think that there was some effort by Inspec to do that.

Q To try and localize leaks and recreate them?

A Not testing, but to do a number of excavations and to

examine existing conditions. I think they did a number of investigative openings.
Q Well, conducting an excavation and looking at the conditions is different from trying to localize the leak and recreate it; isn't that true?
A Yes, but you're generalizing everything. I mean, you could -- in the case of Comiskey Park, water testing can be done because the surface is concrete. The water is not going to be absorbed by the concrete per se like soil would be. If I was to water test a courtyard, like at Promenade, how do I -- I mean, I can't control where the water is going. Water is just going to saturate the soil, so I don't have a controlled water test. So it doesn't make sense to test a landscaped area unless you can isolate it. You have to isolate it some way. So how would you isolate it? You would physically have to excavate the soil, create some kind of a dam, and then you can isolate it.
Q Do you know whether Inspec did that?
A I don't think they did that, according to their report. I don't know it would be valuable to do that in this specific case on this job.
Q You don't know; might be?
A I wouldn't consider it my first choice right off the top of my head. I wouldn't want to do it. It would be a

losing battle, losing proposition. I'd spend my time chasing my tail on it. I wouldn't even think it would be a good investigative tool in the case of the Promenade.
Q You did a site review of Promenade Oaks?
A What do you mean by site review?
Q You went out to the site and looked at it?
A Yes.
Q Did you go there only one time?
A Yes.
Q You were there for a two day period?
A Day and a half.
Q Day and a half. Did you do a visual walk-thru?
A Yes.
Q Did you go in all the garages?
A I don't think we went in all the garages. I think we went to a couple of them.
Q Do you know which ones?
A Building 1 for sure. I don't know the other one.
Q Did you walk through the courtyards?
A I walked through the courtyard of Building 1 and probably one or two others.
Q Was your inspection primarily limited to Building 1?
A Yes.
Q Did you inspect any of the link areas?
A I'm sorry?

Q The link areas between any of the buildings?
A I believe we walked by them, but I don't think there was anything more than just a cursory examination of it.
Q Did you go into any units?
A I don't think we did. I don't remember.
Q Did you observe any active leaks?
A Most of the leaks that we were looking -- the consequence, at least, that we were looking at were the ceiling planks in the garage, the parking garages, and there may have been active drips. I don't recall if there were any active drips, but I'm sure there were stains from prior leaks. But I don't remember in my mind as we sit here today if there was actual dripping occurring.
Q You looked at four excavations?
A I think only three. I believe only three.
Q Okay. At any time during your inspection of the site, did you perform any tests on any of the materials?
A No.
Q Did you water test any seams in the Swelltite?
A No.
Q Did you take any samples of Swelltite?
A We did.
Q Did you take them with you?
A Mark Chauvin took them and kept them in his office. We

have them.
Q Was any testing done of those samples after they were retained?
A No.
Q And you didn't try and recreate any leaks; is that right?
A No.
Q You didn't perform any water testing when you were out at the site; right?
A Correct.
Q Do you recall the construction details that you looked at?
A I do. I also prepared some hand sketches of the details and I took many photographs as well.
MR. STEPAN: John, I don't mean to interrupt your flow. Before you dive into that, take a quick break to run to the restroom?
MR. VEITH: Okay.
(A short recess was taken at this time.)
(Deposition Exhibit Number 817 was marked for identification at this time.)
Q (By Mr. Veith.) Mr. Koziol, Exhibit 817 is an e-mail from Mr. Chauvin to Mr. Stepan, and if you take a look in his second paragraph, oh, about halfway through that paragraph, there is a sentence that says, "Rich also wondered how they were going to create their openings (bobcat, shovel.)" This was apparently a question you had

relative to how they were going to do the excavations at the Promenade Oaks when you came out to review the site; right?

A Yes.

Q And what was your concern about how they were going to create the openings? Why were you concerned about that?

A Well, Mark and I had a telephone conversation and we were aware there was going to be some inspection openings made by either Patrick Engineering or Raths, Raths & Johnson or both, and so -- I just wasn't aware of what was the protocol, what they were going to do, so I told him what I thought we needed as a minimum to be able to investigate this project. So I told him, you know, if we're going to make an opening, it should be a large opening. And I didn't know at the time the context, if they could drive a bobcat in here or not. I suggested using a bobcat, but -- or hand shovel. So I wasn't sure, you know, how they were going to make an opening, but my thinking was if we're going to make some openings, let's be effective that day because there is going to be a lot of people watching, so let's open up the largest area we possibly can. So that's what I was suggesting there.

Also, having made openings before in soil excavations in a big job in Tennessee, a plaza, depending upon the ground that you have, the soil that you have and

how much rain there has been, there could be -- when you excavate an opening, water is going to fill into the hole that you make, if the soil is really wet. That's going to happen. And so being able to see materials at the very bottom is difficult, so you need to come up with a plan to extract water like via pumps that was done on this job or to isolate the perimeter of the opening with some kind of a bentonite sausage. That's a common thing to do, that the contractors do.
Q What's the importance of the bentonite sausage?
A Well, when you make an opening, when you make a big hole and you're going to be standing in it, there's going to be three feet deep or so, moisture in the soil is going to want to seep into the opening, and the bentonite clay absorbs that water, it just keeps on absorbing that water and it kind'a creates a dam at the outside of the opening to keep that water from filling in onto the floor that you're standing on.
Q And it's important to do that because when you cut the membrane open, you don't want water to go in there; right?
A Oh, yes. Sure.
MR. SONNESYN: What's the date of that e-mail?
THE WITNESS: 8/12.
MR. SONNESYN: That's 817?

MR. STEPAN: Exhibit 817.
(Deposition Exhibit Number 818 was marked for identification at this time.)
Q (By Mr. Veith.) Showing you Exhibit 818, is this a copy of your field notes that you talked about earlier?
A Correct. And of course, my field notes would include my photographs, which are not included, attached to this particular exhibit.
Q Okay. But these are your notes per se?
A Yes.
Q And is this a complete set of your field notes from your review, aside from the photographs?
A Yes, it is.
Q Okay.
A Four pages.
Q Now, when you locate the excavations, you choose the locations of the excavations based on where you think there might be a leak; right?
A Yes. And I think in this case the choice of excavation was made by Raths, Raths & Johnson or Patrick Engineering or both. We didn't have any say in locations. But I agree in concept with what you said.
Q Okay. Now, on the second page of the exhibit, is that an overview of the courtyard of Building 1?
A Yes. This would be like a plan view, and the center two

lines that have some dots between them would be like representative of or indicative of a sidewalk that runs through there.
Q And the boxes with the X's through them are where the excavations are?
A Yes.
Q And are these the only two excavations that you took samples of Swelltite from?
A Samples of Swelltite were only really taken from one of the openings, the three openings, the third one being at a drain -- or the first one, actually, being at a drain.
Q I thought you just -- okay. You confused me. I thought you said you took them from one and then you said being at a drain?
A Oh, I'm sorry. I apologize for the confusion. There were three inspection openings made. One was at a drain, and the other two are represented on this diagram. The one at the drain is not because it's at a different location, but there is a note above, at the top, says that the inspection opening was made at the drain adjacent to Units 217 and 219, and then my diagram is a localized diagram that shows conditions adjacent to Units 222 and 223.
Q What is the note "Swelltite samples taken here" at the bottom of the page talking about; which excavations?

A The excavation on the north wall. The diagram shows the north there. It would be on the north wall at the bottom of the left-hand side. That opening would have been adjacent to Unit 223. That's where the Swelltite was physically cut at the bottom and taken.
Q Tell me what conditions you observed at the first excavation you looked at? Is that the one with the drain?
A Yes.
Q Okay. Tell me what you saw in there?
A We saw the --
Q Well, first did you see any standing water on the bottom of it?
A I believe we did.
Q How deep was the standing water when you looked at it?
A I don't remember exactly. We'd have to look at photographs that are in the file. But I think that the drain is configured, or the conditions are configured such that water has to build up to a couple of inches or so before it could flow into the drain.
Q What's your understanding of why that's the case?
A Well, the way the drain is installed and the perforations around the drain, actually, the pipe, let's say, the perforated pipe around the drain doesn't have holes right at the very bottom of the pipe, but being -- the first ones being a few inches off the bottom. So the reason

would be is the holes that allow drainage from the surrounding soil don't start until a couple of inches from the bottom of the pipe.
Q So the bottom two inches of the courtyard can never drain; is that right?
A That's correct.
Q So there will always be about two inches of water on that deck at all times; true?
A From what I have seen at the inspection openings made and from what I've read, yes, that's true.
Q And your observations of the standing water in the excavations are consistent with that; true?
A True.
Q And did you see standing water that deep in each of the excavations that you looked in?
A I don't remember how deep it was at 222. That was -- on the south side there, the inspection opening adjacent to Unit 222. It may have been. I just don't have a recollection of it. We'd have to go to pictures. But it was very apparent at Unit 223 to be very deep.
Q Okay. The excavations that you looked at, one involved a drain in the center of the courtyard?
A Correct.
Q And one involved a vertical wall?
A Well, both involved a wall. The other two both involved

a wall.
Q Did one involve a post configuration?
A You're right. That would make a fourth opening. Correct. It would be at the -- one was a post -- it was kind of an extension, if you will, of the one adjacent to Unit 222, kind of in the same general region, and it did include -- the last opening of the day did include one of the posts under a porch slab.
(Deposition Exhibit Number 819 was marked for identification at this time.)
Q (By Mr. Veith.) So you looked in four openings, then?
A Yes.
Q Did you look at or cut into the membrane at each of the excavations?
A No.
Q Which excavations did you actually cut into the membrane? And you can refer to your photographs or your notes.
A Well, the one adjacent to Unit 223 was cut and the one at the post was essentially cut because a piece of the post was removed and kept by us.
Q Where was the excavation located for the post; can you show that to me?
A Can I write on the --
Q Sure. On Exhibit 818?
A 818. This post right here. It would be the western post

on that porch slab of the three posts.
Q All right. So you cut into the membrane at the excavation on the north wall by Unit 223 and the excavation at the post by Unit 222?
A Yes. Now, that would be the Swelltite membrane.
Q That's what I'm asking.
A Okay. We also cut into the repair membrane above the Swelltite at the wall at Unit 222.
Q But not with respect to the Swelltite itself; right?
A That's right.
Q So let's deal with Unit 223 first. What were your observations of the Swelltite sample that you took from that excavation? And maybe there is some photographs that relate to that?
A Well, my observations are also -- some of my observations are discussed in sheet 4 of my notes and we can go to the photographs. From my notes of page 4, we found a lot of water standing on the Swelltite membrane, so it had to be pumped out and vacuumed off.
MR. REILLY: Is there an R2 number next to that? Is that what you're referring to?
THE WITNESS: I'm talking about sheet 4 of my field notes.
MR. STEPAN: Exhibit 818. No.
MR. VEITH: We haven't identified a

photograph yet.

MR. REILLY: I'm sorry. This here. Thank you.

Q (By Mr. Veith.) So there was standing water, and you had to remove two inches of standing water; right?

A Yes. At least two inches of water.

Q And you vacuumed it out?

A It was first pumped out and then vacuumed out to get it cleaner.

Q And the Swelltite sample, did you take that from the wall portion or from the horizontal portion?

A I think both. We cut on the wall and the horizontal.

Q Did you put up a bentonite sausage, I think you put it, to prevent water from getting in there before you cut the membrane?

A I don't remember if he did or not, the person who was doing it. We didn't do the work. It was done by someone else.

Q I see. What observations did you make of the sample that was taken from it?

A The sample of the Swelltite looked -- it was taped. First of all, the sample was taken over a joint in the concrete planking, which is why we chose it. We wanted to see what and how a typical joint between precast planks was handled and treated. The Swelltite was nicely

taped. The HDP portion of the Swelltite was nicely taped over.
Q What do you mean by nicely taped?
A The taped application was nicely done. It was nice and smooth. There were no fish mouths in it. It was a clean contact.
Q And you didn't see any evidence that the water had infiltrated that seam tape; right?
A Correct.
Q Did you look at the bentonite on the Swelltite?
A I did.
Q Did it look like it had not hydrated?
A Correct.
Q And you saw a film on there, a water-soluble film still there?
A Still there.
Q And you don't have any evidence, do you, that water actually hit that sample; do you?
A It appeared as though water had never hit that sample at that location.
Q The other place that you looked at a sample of Swelltite was at the post configuration; is that right?
A Yes.
Q Okay. Was there standing water on the bottom of that? Can you tell from your notes or photographs of that

excavation? And we're talking about the one by Unit 222, right?
A That would be correct.
MR. REILLY: Are these the pictures that start with R1-1 on the first one?
MR. VEITH: Yes.
MR. REILLY: Thank you.
THE WITNESS: The pictures start about R3-10 at the post. That's the first photograph in the exhibit that I have.
Q (By Mr. Veith.) Do photographs R3-13 and R3-14 show that excavation as well?
A 11, R3-11, R3-12, R3-13, R3-14 show it.
Q And do some of these photographs show the standing water on the bottom of the excavation?
A Yes. And also would be 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 5, 26, 27 and 28.
Q Okay.
A So everything from -- everything from R3-10 back to the end of the exhibit are photographs of that inspection opening at the post.
Q And you had to pump the standing water out before you could cut into the sample -- cut into the membrane; correct?
A Yes.

Q Do you know whether you created a bentonite dam to prevent water from going in under the membrane when you cut it open?
A I don't remember. I don't think it was done. And again, we weren't doing the work, it was done by Gary with Weis who had done a number of openings before, and I don't think he did create the dam.
Q Okay. Once you got the water removed, did you reach the same conclusion, that the tape -- that it was nicely taped?
A The tape seams appeared like they were put on nice and uniform and made good contact without fish mouths.
Q And you saw no evidence that water had penetrated those taped areas; correct?
A Not at the tape seams itself, but it appeared that there was water that had penetrated at the post flashing.
Q Okay. And the post flashing, that's a liquid material?
A Yes.
Q Liquid-applied material?
A Yes.
Q Did you observe a sample of the Swelltite from there? Is there a photo that shows the Swelltite sample that you looked at?
A Yes. It started on R-30 -- or I'm sorry, R3-20. I'm sorry. It's really -- the Swelltite is actually lapped

over by the liquid-applied membrane material.
Q Which photo -- I'd just like you to identify a photo of the sample that you looked at?
A 27 and 28 and 26.
Q The sample that you observed, had the bentonite hydrated?
A Well, bentonite is shown on photographs 27 and 28. It's the kind of greenish material, but it's kind of -- the bentonite is, let's say, in contact with the mastic, the component.
Q With the liquid-applied flashing around the base of the post?
A Yes.
Q Did you observe any film, water-soluble film remaining on the Swelltite sample or had it dissolved?
A I think there's a little bit of it showing in the left-hand corner of the sample on 3-27.
Q You said the left-hand corner?
A Yes. Upper left-hand corner.
Q Okay. Is that just a partial -- I mean, has any of the film dissolved on that sample?
A I think it had, but that portion, that region, the left-hand side of that sample on photograph R3-27 shows some undissolved film.
Q Do you know whether all of the bentonite on that sample had activated or just partial activation?

A I would say the majority of it that I'm holding in my hand there had activated. It was hydrated.
Q Are those the only two samples of Swelltite that you looked at during your site review?
A Yes.
MR. SONNESYN: John, have these photos been marked as an exhibit?
MR. VEITH: Yes.
MR. SONNESYN: What is the exhibit number, please?
THE WITNESS: 819.
MR. REILLY: Is that R1, R2 and R3 photos all --
MR. VEITH: It's all contained within the same exhibit.
THE WITNESS: Yes. And they are the 1s, 2s and the 3s.
MR. REILLY: And again, that's 819?
THE WITNESS: Exhibit Number 819.
MR. REILLY: Thank you.
MR. SONNESYN: Can I see how that -- I want to put mine together. Can I see those just for a minute? Thank you.
(Deposition Exhibit Number 820 was marked for identification at this time.)

Q (By Mr. Veith.) Showing you Exhibit 820, have you ever seen this exhibit before?
A I believe it's a summary that Mark put together, Mark Chauvin put together.
Q Is this exhibit a summary of a conversation he had with you?
A I think that's a fair characterization of what it is.
Q And apparently you had reviewed a draft report from Raths, Raths & Johnson and that's what you're discussing here in Exhibit 820?
A Yes.
Q Referring you to the second bulleted point, RK, that's referring to you; right?
A Yes.
Q Does not agree with RRJ's interpretation that the waterproofing system is performing adequately (disputable). Do you see that?
A The second bullet point?
Q Yes. I skipped some of the text there, but do you see where I'm reading?
A Yes.
Q Okay.
A Yes.
Q Would you tell me what it was that you felt was disputable?

A Well, what I was meaning there is --
MR. BROWN: Object to foundation.
THE WITNESS: At the inspection opening made at Unit 223, Swelltite looked good and it was apparent that there was no water at that location. We were looking at a small area, a relatively small area, and the fact is that there is a lot of leaks in this building from everything I've read, and -- so it's a relative thing. The fact that the waterproofing system has been performing adequately, it's been leaking heavily in my understanding of the project.
Q (By Mr. Veith.) Well, let me just ask you, do you have an opinion as to the source of any specific leaks at the Promenade Oaks?
A I think the posts are a significant source of leakage.
Q What do you base that on?
A What I saw at the posts, my discussions with Gary, with Weis, the fact that the repairs that they've done and undertaken have significantly reduced or eliminated leakage.
Q Are you able to identify any other specific sources of leaks? Do you have an opinion on it in that regard, aside from the post areas?
A I think that given the issues I reviewed and read about, the wall conditions were another source of leak, leakage.

Q Meaning the area of the wall above the termination of the membrane where there was --
A At the -- the entire wall, but mostly near the top of the foundation wall.
Q By the flashing?
A By the flashing, correct. Beneath the siding, the vinyl siding.
Q Aside from those two areas, you are not able to offer an opinion regarding the specific sources of any other leaks at the Promenade Oaks, correct?
A That's correct.
Q Will you go down to the fourth bulleted point? Inspec report is correct about film on bentonite system. I'm wondering what in particular you're referring to in the Inspec report?
MR. STEPAN: Well, lack of foundation. This is something Mr. Chauvin put together. Want to ask him about the conversation he had with him. These are Mr. Chauvin's notes.
Q (By Mr. Veith.) You can answer.
A I think there was a discussion on the Inspec report about the film on the bentonite clay is not dissolving completely entirely. There's some reported discussion about that and I am commenting that I agree with the --
Q You agree with the assessment that there is some film

still there?
A Right.
Q You don't have an opinion as to whether or not that film is chemically insoluble, though, do you?
MR. STEPAN: Objection as to form.
THE WITNESS: I am not aware of the chemical components of the film.
Q (By Mr. Veith.) So you wouldn't know whether it's been rendered insoluble, correct, because you don't know the chemical makeup of the film? You're not qualified to offer an opinion on that; are you?
A I'm not a chemist. I already mentioned that.
Q Is that a yes?
A What was the question?
Q You are not qualified to render an opinion as to whether the water-soluble film is insoluble out at the Promenade Oaks?
A Based on chemistry, no. Based on a chemical analysis of it, no. But based on my visual observations of it, yes. It doesn't. I have a sample of it that we just talked about at Exhibit 819, there was moisture on it and there was still film there.
Q Actually, your earlier testimony was that you had seen no evidence that water had touched that sample, so --
A We're talking about different samples, though.

Q We're talking about the excavation at 223, aren't we?
A No. I was referring to the post, the post sample adjacent to Unit 222.
Q How do you know that water touched the portion of the film? What evidence do you have that water touched the portion of the film that hadn't dissolved?
A The photograph. There's water all over my hand in the picture and it was wet. Photograph 3-27.
Q Well, you agree, don't you, that the majority of that film is dissolved on that sample?
A I don't know how much film was on that sample originally, but it would appear that way, that it was.
Q Well, let's assume that it had all the film on it when it came from the manufacturer. It's not there anymore, right, only a small portion?
A Only a small trace of it is, yes.
Q So it's fair to say that you can't assume that the film doesn't dissolve, then; correct?
A Correct.
Q Have we fully discussed everything you thought with respect to bullet point number 4 on Exhibit 820?
A I think so.
Q The next bulleted point says that RRJ makes a good point that the only problems appear related to posts and grade change; do you see that?

A Yes.
Q So you're in agreement with the report from Raths, Raths & Johnson in that respect; correct?
A Yes, I am. I mean, the grade change -- qualifying the grade change to mean that it's that flashing detail at the walls, okay, and the posts, like I mentioned earlier. Those are the two sources of leakage.
Q Did you learn or have you become aware that repairs were made at the post areas?
A I became aware and I learned in conversations with Gary and then subsequent information provided to me by Mark, that was file information, that many of the posts have been repaired, and that when the repairs are done, that there is a big improvement and minimization of leakage.
Q They were largely successful in eliminating leaks at those areas?
A That's my understanding.
Q Okay. There's a -- I don't know if I referenced it before, but there's a bulleted point that begins the project is clearly leaking; do you see that?
A No.
Q About two-thirds of the way down?
A Okay.
Q Do you see it?
A Yes.

Q The second sentence in that references the worker from Weis was a good resource for the project?
A Yes.
Q Is that referring to Gary Nelson?
A I don't know his last name, but his first name is Gary.
Q Gary?
A Yes.
Q He's a Weis employee?
A I don't know that. I assume he is. And the reason I mention he's a good resource is he has firsthand experience, he's excavated a lot, so he's seen most of the physical conditions out there, more than anybody probably. That's why he would be a good resource. He's actually done the digging and looked at conditions around posts and other areas and locations. So I mean the factual conditions is what I'm referring to there.
Q All right.
(Deposition Exhibit Number 821 was marked for identification at this time.)
Q (By Mr. Veith.) Showing you Exhibit 821, sir, is that a document that you have written?
A No. This is a report prepared by Raths, Raths & Johnson.
Q Well, the handwritten portion, do you know who wrote that?
A These are Mark Chauvin's.
Q Do you know whether that was based on a conversation he

had with you?
A No. I think these were his own comments that he put down after his review of it.
(Deposition Exhibit Number 822 was marked for identification at this time.)
Q (By Mr. Veith.) Is 822 a copy of your final report in this case?
A It is.
Q Were there any prior drafts of that report?
A Probably. It's common to do drafts of reports before we issue a final. Very common in my experience. I usually go through two or three drafts myself personally.
Q Do you keep those drafts?
A No.
Q Why not?
A It would be a huge file for every project and that's how you work out a job. I mean, there's grammatical mistakes and --
Q Did you make any changes following your review of the Raths, Raths & Johnson report to your final report?
A No.
Q You did not?
A No. None.
MR. REILLY: The date of that report again, please?

THE WITNESS: WJE's?
MR. REILLY: Your final report.
THE WITNESS: May 31st, 2002.
MR. REILLY: Thank you.
Q (By Mr. Veith.) Could you go to page 8 of Exhibit 822?
A Page 8?
Q Yes.
A Okay.
Q Now, actually back up to page 7 for a second. There is a section on page 7 with a heading Preliminary Findings?
A Yes.
Q But those are actually the final conclusions or opinions, correct?
A Correct.
Q Okay. Then on the next page there are some bulleted points and I'd like it if you could go down one, two, three, four, five, to the fifth bulleted point. And it reads, "According to the investigative work performed by Inspec, the waterproofing system was improperly installed, damaged, and/or not functioning properly at several locations." Do you see that?
A Yes.
Q You're basing that on the Inspec report and the Inspec report alone, correct?
A Correct.

Q Fair to say that because you didn't observe any penetration at the seams in the Swelltite and because you did no testing of the seams at the Swelltite that you cannot offer an opinion with respect to whether water ever penetrated the seams out at the Promenade Oaks?

A Well, that would be hard to say wholeheartedly because the Promenade Oaks is a flat slab that turns up at the walls, okay, so it's a U-shaped component, if you will. We saw certain conditions at the walls, and where the horizontal joins the vertical is an important detail. Now, I may agree with your comment about if we saw tape seams, we have no other basis of saying that the seams were bad or good -- or I'm sorry, bad. But I'm not so sure about the tape seams where the membrane stops at the horizontal and turns vertically. That is typically a problem area for any waterproofing system, whether it's Swelltite or anybody else's, and I would be banking on if I could trench an area 20, 30 feet long, eventually I'll find a problem.

MR. REILLY: Objection, nonresponsive and foundation.

MR. VEITH: And speculation as well.

Q (By Mr. Veith.) You didn't observe that, correct; you're just speculating?

A I'm speculating that based on my experience in

waterproofing, finding waterproofing problems, you're going to find that problem at that location more than any other spot.
Q You didn't actually observe any bentonite samples taken from near the tops of the vertical walls; true?
A Correct. The walls were repaired, so there were no bentonite samples at the tops of the walls.
Q The samples of Swelltite that you looked at all came from the horizontal portion of the configurations and the excavations; correct?
A And a portion of the vertical, about a six inch or eight inch portion of the vertical.
Q Near the bottom of the wall?
A At the bottom of the wall.
Q And that was -- is that the excavation at Unit 223?
A Yes.
Q Did you say that you had observed seams on the vertical walls that appeared -- or you had observed water penetration at seams on the vertical walls, or were you just concerned about them even though you didn't observe it?
A At the opening made at Unit 222, we were able to examine because of the way the opening was configured the top edge of the Swelltite and saw that it was hydrated, it was -- that it had expanded, and --

Q Are you talking about by the liquid flashing around the post?
A No, no. I'm talking about by the wall now, by the wall now. If I could refer back to the photographs?
Q Sure. At photograph R2-3, Bob Kudder is making some sort of peel-back opening, he's peeling back some membrane material, and I think that is just down below the siding, and that's the location at this opening where the bentonite clay ends and -- or starts depending on how you see it. But it's graphically depicted in my sketch number 3, page 3.
MR. SONNESYN: What exhibit are you on now, Mr. Koziol?
THE WITNESS: Well, I'm both on Exhibit 818 and 819. So photograph R2-3 and 4 and 5 and 6 and others would be pictures of the graphically depicted in sheet 3 of Exhibit 818.
Q (By Mr. Veith.) So the seam that you're talking about here in picture R2-3, is that a seam with flashing?
A Yes.
Q Okay. But I'm talking about with the seam tape used on the horizontal -- on the seams between layers or sheets of Swelltite. Those are the seams that I'm talking about.
A Okay. Then the only two locations where we actually observed those seams would have been at the one adjacent

to 223 and then the post at Unit 222.
Q And you have no opinion that water ever penetrated the seams between those sheets of Swelltite, do you? You didn't see any evidence of that; right?
A I didn't see any defects in the seam tape that was visible in the inspection.
Q And so you can't offer an opinion on that; right?
A Well, the opinion is that the seam tape looked like it was intimately bounded without defects in the application.
Q And it's true that in order to get through that seam, water would first have to get between the seal between the seam tape and the polyethylene sheet, right, before we even get to the seam; right?
MR. HULL: I will object to the form of the question and foundation.
THE WITNESS: Yes. It would have to get through either the seam tape or through the HDPE in some fashion, like a puncture.
Q (By Mr. Veith.) And only then would it get to the seal, correct, the actual seal between the sheets; right?
A Before it would reach the bentonite.
Q You're in agreement with my statement?
A Well, what seal are you referring to?
Q I'm going to use drawing O from Exhibit 790 and put that

in front of you.

MR. REILLY: May I look over his shoulder, Chad? I don't mean to intrude.

MR. STEPAN: That's fine.

Q (By Mr. Veith.) Now, do you see in this drawing that there are two sheets of Swelltite there?

A Yes.

Q And there is a seam. Do you see the overlap?

A Yes.

Q Now, in this drawing, there is no seam tape depicted in that drawing; is that right?

A That's correct.

Q And you didn't observe any condition like that out at the Promenade Oaks.

MR. REILLY: Without the seam tape?

MR. VEITH: Right.

THE WITNESS: No, I did not.

Q (By Mr. Veith.) In fact, at every place you saw a joint between two sheets of Swelltite there was nicely taped seam tape over it; correct?

A Correct.

Q Now, wouldn't it be true that in order for the water to get into that seam, it would first, as it's built out there, it would have to get past that seal between the seam tape and the polyethylene on the sheet?

A The HDPE component, you mean?
Q Yes.
A That would be one of the two ways. It would have to either go through some seam tape breach or physically puncture the HDPE. It would be physical puncture of the HDPE component of the Swelltite product.
Q And you saw no evidence that water ever penetrated the seam tape to even get to that seam; right?
A Correct.
Q So you can't offer an opinion as to whether that happened; right?
A As to whether what happened?
Q As to whether water penetrated or even got into the seam?
MR. STEPAN: Objection as to form.
THE WITNESS: Well, I think it has to based on just the fact that there was massive leakage.
MR. REILLY: Well, I'll object. That's nonresponsive and speculation.
MR. VEITH: Try the question again, please.
(The court reporter read back the last question at this time.)
Q (By Mr. Veith.) You can't offer an opinion about that to a reasonable degree of scientific certainty; correct?
A Not based on the evidence observed at the inspection

openings made. However, I can't close my eyes to the fact that there were a lot of leaks here.

Q In general at the Promenade; right?

A In general at the Promenade. And if there are two components to the waterproofing system at the time, tape and HDPE, it's reasonable to assume that water has to be coming through one of those or both of them in order to create a leak.

MR. REILLY: Objection. Lack of foundation, speculation, nonresponsive.

MR. BROWN: Join.

MR. SONNESYN: And Charlie, will you mark that?

Q (By Mr. Veith.) Do you have an opinion as to whether or not water was able to migrate between the top of the precast and the product, the membrane?

A I have no firsthand knowledge of it based on observations made at the openings, but I believe that's the case that has been reported by Inspec.

Q And you would rely on and defer to Inspec for the basis for their opinion on that?

A Yes.

Q So you don't have an independent opinion on that; correct?

A I have no firsthand evidence from the openings made that shows water beneath the Swelltite membrane.

Q And you did no testing to see if that was in fact even possible; right?
A We did not do any testing.
Q You're in agreement with my statement? Strike that.
MR. BROWN: He answered.
MR. VEITH: That's fine.
Q (By Mr. Veith.) You do not have any opinion as to whether the film, the water-soluble film component of Swelltite 3000 is incompatible with any materials or substances out at the Promenade Oaks, do you?
A No.
Q You don't know whether the water-soluble film component of Swelltite 3000 is permeable to water, do you?
A You mean can water pass through it?
Q Right.
A In the form of a vapor or liquid?
Q Liquid.
A Well, I think it's intended -- the intent is that it should dissolve.
Q I understand that, but that wasn't my question. Let's assume it's not dissolving.
A Okay.
Q You don't have any knowledge as to whether it would be permeable or whether water would be able to permeate that membrane, or that film, do you?

A I am not aware of its chemical makeup.
Q So you wouldn't be aware; right? You wouldn't know one way or the other whether it would or wouldn't?
A Well, since it's openly identified in Volclay's information or CETCO's information that it's intended to dissolve, it should permeate water. Water should permeate through it. It should be permeable.
MR. VEITH: I don't have any more questions.
MR. BROWN: It's 10 to 12:00.
MR. REILLY: Let's take a 40 minute break. Can we do that?
(A noon recess was taken at this time.)

EXAMINATION

BY MR. BROWN:
Q Mr. Koziol, I'm Mark Brown, and as we just reminded each other off the record, we met on that one occasion you were at the Promenade Oaks a summer ago.
A Yes.
Q And I represent Waterproofing By Experts who you have earlier identified as the subcontractor who installed the Swelltite 3000 system in those courtyards; you understand that was my client's role in the project?
A Yes, I do.
Q I want to trace back a little bit chronologically your

involvement in this project and also what to your understanding, anyway, your firm was retained to provide in terms of services to Mr. Stepan's firm here. And before I even ask that, have you ever worked for Mr. Stepan or his firm before, Meagher, Geer?
A Not me personally.
Q Has Wiss, Janney or experts with Wiss, Janney been retained by Meagher, Geer before, to your knowledge?
A I don't know off the top -- I don't know. I don't have any firsthand knowledge of that, but being a large firm, it's possible that we could have.
Q Okay. There was a document, and I think it was an e-mail from you to Mark Chauvin. I'm going to paraphrase until I find it. You mentioned in this correspondence, and I don't remember if it was an e-mail or letter to Mark when you transmitted some documents, evidently, that the bulk of the documents you already had and so you were not sending those along. Do you know what I'm talking about?
A Yes, I do.
MR. REILLY: It's Exhibit 818.
MR. BROWN: Okay. That's why I can't find it. It's already an exhibit.
Q (By Mr. Brown.) Is the remainder that you were referring to that you were holding back because it was duplicative, was that produced in the course of this lawsuit?

A My understanding is that it was. I think Mark produced it, but rather than me duplicating the exact same thing twice, he just asked me to provide what I had.
Q Save a few trees in the process maybe?
A Yes.
Q Earlier you were describing what it was that you understood Wiss, Janney's assignment in this case to be, and I think initially you stated it was to focus on the materials and methods of installation of the waterproofing; is that what your understanding was?
A Well, globally it was to participate, or investigate, I should say, the waterproofing and drainage components or aspects of the project.
Q What was your understanding of drainage in that context on the project? What did you understand the drainage involved?
A Both subsurface and surface.
Q Can you define or describe for me your understanding of the subsurface drainage, drain system in the courtyards as you sit here today?
A Well, yes. I'll attempt to the way I believe it should be contained within the role that I am involved in. And that is, first of all, drainage or lack thereof in the structural concrete deck, that's a form of drainage. There is no drainage.

Q What do you mean? You talking about the slope?
A Yes. That's a component of analyzing the drainage. Then there is the drainage system that takes water to the drains, the pipes, perforated pipes.
Q Are you talking about the vertical pipes?
A Both vertical and horizontal.
Q Do you have an understanding that there is some horizontal perforated pipes within that system?
A Yes.
Q Okay. Go on.
A And the drains themselves, the actual drains that collect the water, and also the roof of the complex, its drainage onto and into the courtyard area.
Q Does the composition or compaction characteristics of the soil within the courtyards have anything to do with drains or drainage, in your opinion?
A I haven't studied the composition of the soil, so I have no opinion concerning it. However, I know that the moisture content of the soil is apt to be higher than normal because of the fact that two inches of water typically is allowed to stand on the deck rather than be drained away.
Q You didn't conduct any study to determine any other explanation or any additional explanation for why the moisture content of the soil was higher than normal, did

you?
A No.
Q You're not a soils engineer, is that true?
A That's true.
Q You're not a hydrologist by training or profession?
A No.
Q Did you -- I see somewhere in the record, maybe you testified earlier today, that you received a copy of the Patrick Engineering report; is that true?
A Yes, it is.
Q Did you make a decision not to review it thoroughly because what Patrick Engineering did was outside of the scope of what you were retained to do on the project?
A I'd say that's partially true. I looked through their report and all the backup supporting it and felt that it wasn't germane to the issues I was interested in looking at.
Q You also testified -- well, I'll get to that in a second. Well, I'll get into it now. You testified that you did not review the actual architectural plans or drawings for the project; correct?
A Correct.
Q Although that, you agree, would be part of an actual comprehensive leak investigation had that been what you retained and provided on this project; true?

A Normally it would be.
Q You understood that the purpose of your retention in this case was not to provide a comprehensive leak investigation but something less than that anyway; true?
A True.
MR. STEPAN: Objection as to form.
Q (By Mr. Brown.) Do you have an understanding of whether a level concrete precast plank deck was contemplated in the original concept or design of the property?
A From what I read in the Inspec report, I think that that was the depiction shown on the drawings.
Q Now, is it at least from your experience in the many different types of below grade waterproofing systems you have investigated over your years an important component of any below grade installation to have a system whereby whatever water collects in the below grade part of the project is drained off of that component as quickly as possible; is that a fair summary?
A Yes. That's a fair summary of the industry-recommended design recommendations.
Q And one of the ways that that is accomplished and you've gone through a number of methods of permitting that to occur or ensure that that drainage occurs is to have some sort of slope to the substrate or the deck, is that right?
A That is the preferred way.

Q Okay. Now, do you even know whether precast planking such as you understand to be in place at the Promenade itself can be cantered or -- I don't even know if that's the word -- or sloped somehow?
A It could.
Q But if that's not, then what's the common method, if there is a most common method, for -- at least for courtyard details such as we have at the Promenade to put a slope on that deck?
A Usually with a precast plank structural system, the most common way is to apply a concrete topping over the planks directly.
Q And did you gain an understanding one way or another whether there was any concrete topping contemplated in the original concept or design of the Promenade project?
A No. I don't know if there was any contemplated or not.
Q Do you know in cases where concrete topping is applied to create a slope on the deck some sort of structural engineer needs to be consulted to make sure that the weight that the topping will add to the precast deck is within permissible limits, I guess?
A Well, yes. This is something that we normally evaluate or consider, and whenever we are involved as people who are to design repairs for leaking problem plazas, if we do a total replacement rather than a repair, we

frequently do employ providing some slope for drainage.
Q And in order to do that, let me just have you assume for the purpose of this question that on a project involving a precast covered courtyard, during the course of a comprehensive leak investigation you determined that there was no concrete topping on the deck level; okay?
A Okay.
Q Assume that. And if you further concluded that total replacement was required as opposed to spot repairs and therefore we're going to apply concrete topping on that precast planking, what in your capacity at Wiss, Janney and in that role as a leak investigator would you do?
MR. STEPAN: Objection, vague.
THE WITNESS: I guess I'm not totally understanding your question.
Q (By Mr. Brown.) Well, let me try to break it down, then. Who typically or maybe as a universal rule actually installs concrete topping on precast plank below grade applications?
A Concrete subcontractor would.
Q Subcontractor to the general?
A Usually, usually. Sometimes generals have their own concrete people.
Q Okay. But I still need to know if you have an answer to my question whether prior to, you know, the actual

materials being installed on the precast plank to create that slope any structural engineer, some sort of professional needs to be consulted to make sure the weight that will be added to that precast deck by the concrete topping will be compatible to whatever the weight bearing characteristics of the planking system is?

A Well, yes. Very definitely that is a fundamental concern and consideration, and the structural engineer reviewing it is like I can't imagine, you know, proceeding without having that step taking place.

Q And a structural engineer would typically be an agent or consultant to the owner, in your experience; is that right?

MR. HULL: I will object to foundation.

THE WITNESS: In the general context of your question, I guess it could be -- I guess the answer depends on -- it can be yes and no, the answer. General contractors often hire structural engineers to look at structural components.

Q (By Mr. Brown.) And I take it from your earlier testimony you did not review any of the materials produced by the structural engineer on the Promenade project; is that right?

A Correct.

Q And you didn't review any deposition testimony, including

that of the structural engineer; correct?
A That's correct. I didn't review any deposition testimony.
Q And in fact, the only contract at all that you were furnished, it sounds like, was my client's subcontract with Weis Builders; is that true?
A That's true.
Q Now, I saw a comment in one of the exhibits that you didn't necessarily agree with Mr. Kudder's discussion regarding the design-build aspect of the project and Waterproofing By Experts contract. Do you recall that point you made in one of the exhibits?
A Yes.
Q But if I also understand your testimony, you were not retained on this project for the purpose of analyzing the parties' responsibilities on the project; is that right?
A Well, that wasn't a specific work task that we were told about, it just happened to be something that was commented on by Mr. Kudder and I just responded, no more, no less, in the way I did it in that e-mail.
Q And I suppose I could quote it, but if I could paraphrase it, the last point of 820 says, "RK mainly does not agree with RRJ interpretation of contract issues but WJE should review further and let client play legal arguments and interpretations." That was at least how Mark summarized

part of the telephone conversation he had with you regarding this point; is that right?
A Correct. And let me expand on it, I guess, or clarify it further.
Q Well, let me ask you a question about it.
MR. STEPAN: If he wants to clarify something, he can clarify.
MR. BROWN: He can respond to a question I asked him. There was no question before him.
MR. STEPAN: He was answering a question you had asked him.
MR. BROWN: All right. Go ahead and clarify.
THE WITNESS: Okay. What I was I guess referring to specifically in that case is I agree as -- obviously have to agree as it's stated, that we are not lawyers and would not be interested in reviewing the contract for legal purposes, but in the context of a general, who is a generalist searching for I'd say a specialist, it's -- a design-build contract is such that I think differs in the way Mr. Kudder describes it is you seek out the expertise of the specialist, whether it's a waterproofer, an electrician or plumber, anybody who's a tradesman is a specialist in the field, and it's very common to seek out expertise on behalf of the general

contractor through the waterproofing contractor. I mean, they are the specialist in their field.
Q (By Mr. Brown.) And in that context, the design team for the owner or at least members of that team have a responsibility, at least in your experience, to correlate whatever design-build aspects on a particular project might be with the overall design scheme; is that fair to say.
A You mean coordinate?
Q Coordinate. I don't mean correlate.
A Coordinate?
Q Yes, sir.
A That is one of the primary functions of the general contractor, is to coordinate the construction.
Q And what's the primary function of the architect, then, in that kind of a situation, if you know? You're an architect, aren't you, sir?
A Yes. Well, the contractor's primary responsibility is design.
Q My question was architect, sir.
A I'm sorry. Did I not say --
Q You said --
A I'm sorry. I meant architect. It's to serve in the role of the designer. But in this case, in the design-build contract, it would be a subcontractor to the general.

Q And what's been your experience either as an architect or in your role as a consultant for WJE that a project architect's responsibility is with respect to overall maintenance of integrity of the design of a project when there are design-build components?
A And that's not an easy question to answer because every contract differs. Sometimes the designer is only hired to do a design and he's not put through to the construction phase, he's dropped at the construction phase, and so -- or participation during construction may be part time, let's call it, or periodic rather than full time. So it depends on the contractual obligation, and I don't know. It can vary all over the board.
Q You didn't review any documentation created by or furnished by the architect in this case; correct?
A Correct.
Q You didn't review any deposition testimony by any employees of the architect?
A No.
Q You didn't review the contract between the owner and the architect; is that right?
A That's right.
Q In fact, you didn't review any of the other contracts outside of the scope of my client's subcontract; is that true?

A That's true.
Q You have no idea what the either expected, or as the project unfolded, the actual relationships between the various parties to the project was in terms of who ultimately bore responsibility for what as the project progressed; is that right?
A That's right.
Q Now, it mentions one of the organizations in your little bio that you're involved in is an AIA organization; is that right?
A Yes.
Q And that stands for what, AIA?
A American Institute of Architects.
Q And what's your role in that organization, sir?
A I am a member and I participate in a couple of what they call professional interest or practice areas.
Q Which areas are those?
A Design-build is one.
Q And are you expressly aware that there are actual AIA form contracts between owners and design-build contractors?
A There are. And I think there's also designer led design-build contracts as well.
Q Do you know if either one of those were used on the Promenade project?
A I don't think there was an AIA contract that I reviewed,

but I think there was -- it was a separate contract. I don't think there was an official AIA contract that I saw.
Q Do you know what kind of contract there was between Mr. Stepan's client here and the owner?
A I don't know. I didn't review it in that context.
Q There are AIA form contracts that would be geared to, between owners and contractors, to projects that involve design-build components; correct?
A Yes, there are.
Q At any rate, getting back to the various areas about -- the various components that you earlier described that contribute to diverting water off of a below grade surface, the second one were the pipes and you mentioned vertical and horizontal. Now, the vertical pipes are the ones you talked about that you did an excavation -- or you didn't do an excavation, you observed Mr. Kudder do an excavation out on site, right?
A Right.
Q And it was those pipes that you came to understand had perforations that terminated two inches or so above the precast surface; correct?
A Above the membrane surface.
Q Membrane surface. Thank you. Do you know whether -- first of all, do you even know if there was a

subcontractor expressly retained to provide design-build -- I better restate that. Do you know whether there was an additional contractor on the project that designed and installed the courtyard drain and drainage systems?
A Other than being told that by Mark Chauvin, that's all I know of.
Q Do you have an estimate of the number of covered courtyards about which you have performed leak investigations regardless of the type of waterproofing used?
A I'll try to put a number. Keep in mind that not every job ends up in litigation. Sometimes there is a leak problem and it is resolved. So there are many more of those than there are those that end up in litigation.
Q And everybody sitting here wishes that weren't the case, but despite that tragedy --
A Well, there's a big one that comes up, other than those that I mentioned that I was deposed on, there was a big project that I was involved in in Tennessee, the Murfreesboro Civic Center, Civic Plaza I think it's called. It's a very large plaza that has both landscaped area and about four feet of soil, pool, a water fountain or pool, reflecting pool type component to it, and just general hardscaping, brick paving surfaces running

between a library building, a police building and a city hall building, and it was a very large project where we were involved in investigating -- I was involved in investigating and developing repair documents to replace the problems, leakage problems typically.
Q Do you want me to ask the question again?
A Yes. How many?
Q Yes.
A I could say easily more than ten, but I don't want to try to pin it down because it could be more. I would have to look at the list of jobs that I was involved in and see what would be considered terraced because sometimes they're, let's say, a ground level, sometimes they're a setback roof that you can consider to be either a roof or a plaza.
Q Did you investigate the drain or drainage system in the courtyards enough in your mind to reach a conclusion as to why there were two and a half inches of water in the bottom of the courtyards all the time?
A Well, I could visually see that the precast planks were flat just by walking around the underside of the garage. You could tell that by looking at them visually. And then other than that, I relied on information in the Inspec report.
Q Now, in conducting a comprehensive leak investigation,

which is one of the functions you performed for Wiss, Janney, is it fair to say that you wouldn't satisfy yourself in order to report back to your principal as to, you know, source of leaks or cause of leaks or recommended remediation measures or whatnot based solely on the review of some other expert's report, at least in carrying on one of those comprehensive leak investigations; is that fair to say?

MR. STEPAN: Objection as to form.

THE WITNESS: We would use that information typically because we often-times get involved when someone else has done an investigation already. We take advantage of that information. But often-times we like to make inspection openings ourselves like we did last summer in August.

Q (By Mr. Brown.) You didn't make any inspection openings, though, yourself; right?

A No, we didn't, but we were able to witness those that were made by Raths, Raths & Johnson.

Q In performing a comprehensive leak investigation, though, for Wiss, Janney on behalf of a Wiss, Janney client, presumably that client wouldn't be too happy to know that what they paid you to do, the conclusions you reached for which they paid you were simply derived from some other entity's report and by watching some other entity dig some

holes; is that fair to say?

MR. STEPAN: Objection as to form.

THE WITNESS: Believe it or not, sometimes I'm asked to do just that. But I think it's very common to, when we do undertake an investigation, that the parties kind of pool their resources and say let's make all the holes at one time so we're not making three separate groups of holes. That's very common and everyone else is participating even though one entity is taking charge to initiate the openings.

Q (By Mr. Brown.) What do you charge for a comprehensive leak investigation for Wiss, Janney for a project the size and complexity of Promenade?

MR. STEPAN: Objection as to form.

THE WITNESS: It would be a wild guess at this point for me to even think about that because I don't know whether I looked at the entire complex or one of the buildings. You know, this is a fairly large complex and you need to define it for me a little bit.

Q (By Mr. Brown.) You would have to go through the steps that you earlier described that amounted to one of those comprehensive evaluations and some of those can veer off in different angles depending upon what you're observing as that investigation proceeds; is that fair to say?

A That's fair.

Q Did you have an opportunity to determine or observe how the precast level drains were secured to the precast?
A No.
Q Do you know as you sit here whether the inlets for those drains and grates are at the level of the precast or higher or lower than the level of the precast?
A No.
Q Would it be proper courtyard drainage procedure, based at least on your experience, to make sure that the inlets for precast level drains would be at or below the actual surface of the precast?
A That would be -- proper practice would be to have the flange of the drain body be flush or lower than the top surface of the precast concrete.
Q And there are a number of commercially manufactured drains that permit just that sort of construction detail to be performed, or installation detail, I should say?
A Oh, yes. Yes, it is. But it would be a unique, unique thing for precast concrete, in my opinion.
Q Did you have an opportunity to observe how the courtyard level drains, where they sat with respect to the surrounding courtyard grade and fill?
A I did, at least on Building 1 and maybe one of the other ones. I mean, there are these surface drains, large catch basins, let's call them, with a ring of concrete

around them. Is that what you're referring to?
Q Yes, it is, sir. Did you observe anything with respect to those that you took into account in performing your assignment on this case?
A Well, the first opening that was made by Raths, Raths & Johnson was at one of those locations and that's where he found standing water at the bottom.
Q Do you remember whether the concrete apron and the grate opening were higher than the surrounding fill or soil?
A I think that that was the case, but I don't see how that's a significant point.
Q Do you think those grates are doing any good if they're higher than the surrounding soil?
A No. The grates should be lower. However, it is a catch basin in the middle of a field of soil, so the water can be absorbed by the soil.
Q Did you determine -- and you're talking about through the perforations; is that what you're saying?
A No. Just through the soil itself and then eventually through the perforations. But unless I have a sheet of water flowing across the grass, let's say, I don't think that the very grate of -- with that ring of concrete around it is not going to catch a lot of sheeting water. Now, this water is sheeting into it. More water is going to be absorbed by the soil and then be collected through

the perforated ring.
Q Did you do any studies or investigation to determine whether any water was actually being accepted through the perforations in those vertical stand pipes, vertical leaders?
A I did not. I did read testimony by -- or not testimony, I'm sorry. I read the report by Inspec that they found clogs and they also found that the pipe was wrapped directly with filter fabric rather than with rock, which would be poor practice. The better practice is to put rock around the pipe and to wrap that rock, to envelope that rock with the filter fabric simply so that you have more surface area.
Q So if the vertical leaders are not accepting water through the perforations, -- all right?
A Okay.
Q -- if the courtyard level, surface level grates are higher than the grade line itself, and if the plaza level drains are -- and I want you to assume this fact -- are higher than the level of the plaza, or at least the vertical perforations are higher than the level of the plaza, do you have an opinion as to whether the drainage, the courtyard drainage system is performing at all?
MR. STEPAN: Objection, incomplete hypothetical.

THE WITNESS: Well, let's say -- can we make a distinction between below the deck and above the deck drainage system?
Q (By Mr. Brown.) Why don't you just answer the question and we'll see if maybe we're still on the same wavelength?
A Because I make a distinction when you talk to me about drainage system of below the deck and above the deck, meaning the actual plumbing pipes that take the water to the sewers versus everything else above the structural concrete is another system.
Q Do you know if the parties to the Promenade project made that distinction?
A I think Inspec makes the distinction.
Q Do you know if the parties to the Promenade project made that distinction?
A Parties being everyone at this table?
Q Everyone who was involved in the construction of the Promenade Townhome Apartments. Do you know if those parties made that distinction?
A Oh, I don't know.
Q Because you didn't read any of the contracts or depositions or any other documents; right?
A That would be right.
Q Well, did you form an opinion? It sounds like you were supposed to examine and investigate the courtyard drainage

system. Did you do that? Did you form an opinion as to the efficacy of that system, the sufficiency of that system?
A Well, from what I observed and read from the Inspec report, what I observed physically myself, which was limited, but read through the Inspec report, my opinion would be that the plumbing system above the concrete can clog and is not done correctly because of the filter fabric. The pipes don't have holes that reach all the way down to the level of the waterproofing membrane. And the drains themselves, the actual plumbing drains below the structural concrete may or may not be adequate. I don't really know if they are because the area that's drained by them is the courtyard area plus half the roof area.
Q And you would've had to have performed a more complete and comprehensive investigation in order to render an opinion with respect to that component; correct?
A Correct.
Q The more complete investigation is simply reading the Inspec report and observing those three or four openings that were made by RRJ; correct?
A It would be more than that.
Q All right. Because otherwise it wouldn't be a comprehensive leak investigation with respect to that

component; true?

MR. STEPAN: Objection as to form.

THE WITNESS: No. I think it would be checking the size of the plumbing, the pipes beneath the structural concrete and the diameter of them to see how much volume of water can be handled by them, looking at the drains specifically to see how they're tied into the concrete, like you were asking a few questions ago. I mean, where is the relative level of the drain ring relative to the top of the concrete. And I guess I would employ a plumber to run some -- to chase in a few pipes to see where the clogs would be.

Q (By Mr. Brown.) If the courtyard drainage system is not draining surface and subsurface water off of that deck, does that have a potentially damaging effect on the waterproofing membrane or of the ability of the waterproofing membrane to perform?

A Well, by definition, a waterproofing membrane is a material that can withstand hydrostatic pressure. That's just any material. It doesn't matter. If it's a waterproofing membrane, it should be able to withstand hydrostatic pressure and water should be able to sit on it and it should be unaffected by it. But by the same token, it is good practice to remove water from the system, for a number of reasons; freezing, saturation of

soil, in the event there is a problem with the waterproofing membrane that develops in the future, less damage. And a number of reasons, and these are the main ones, and I think just -- I would be surprised of somebody coming forward and saying it's not good practice, you don't have to slope the structural surface with drainage or create some kind of slope to drain. I think anyone who is worth their weight would agree with the fact that it's just good practice to slope surfaces to keep water from ponding in the first place.

Q It's bad practice to have a completely level deck and courtyard drainage that doesn't drain such that water constantly stands at a certain depth on top of that membrane; correct?

A It's bad practice.

Q And that would -- go ahead. I don't want to cut off your answer.

A But the reality is, in investigating problems that we do over the years, that I've done over the years, that's a common problem. It's a very common problem.

Q And if you've investigated -- or on those occasions where you have conducted those investigations and you found conditions resulting in water constantly standing on the bottom of a plaza or courtyard type design, you didn't just button it up and fill the dirt back in and tell your

client that's fine, there's a membrane under there, you had to take some remedial measures to create a condition whereby water no longer stood at all times on that membrane; correct?
A That's correct. Because getting back to general concepts, leaks occur with changes in plane and penetrations typically in any waterproofing system.
Q And that includes American Hydrotech?
A That includes American Hydrotech. So the vulnerability is at the joints and penetrations, not in the middle somewhere. So water standing in the middle as a measure of whether or not a system is good or not is not a good comparison or analogy because you need to consider all the penetrations and wall conditions and all the other things that make up the entire system.
Q Because as a matter of natural law, water will seek and find its own level; correct?
A It will find its own level and find the easiest path, the path of least resistance.
Q Now, why did you mention roof drainage in addition to all these other aspects of courtyard drainage?
A Well, when we were there and made the observation that the roofs have no gutters and that the roofs having a gable shape or geometry happen to slope inward towards the courtyards, so when I see that, it's just kind'a

obvious to me that, hey, 50 percent of the roof, because it's a gable geometry, is going to drain into the courtyard, so I right away would be alerted in my mind whether the designer considered the tributary area to be collected by the drains to be the roof plus the courtyard.

Q When you say designer, who on a project like this would have to make that determination?

A It would be the party responsible for the design, the architect and any of his sub-engineers, if that's how it was structured.

Q Did you do any investigation to determine one way or another whether courtyard side gutters and downspouts were ever contemplated?

A I never reviewed the drawings.

Q If you were to have been tasked with the assignment of coming up with remedial measures, based on your observation of the project, would one of them have been to install downspouts and gutters to divert water away from the courtyards?

A Not necessarily. My main worry or fear would be is the size of the pipe in the courtyards that takes away the water at the bottom of the courtyards, is it large enough to carry the volume of water that's deposited on the courtyards?

Q Because all the water from those roofs sheets right onto those courtyards; right?
A That's right.
Q Who gave that course in Madison that you went to; do you remember?
A I do recall Brent Anderson being one of the people, and --
Q Was he the main presenter?
A He was the main presenter, and maybe there was one other. I don't remember who it was. But he was certainly the most colorful and, in my opinion, the best presenter.
Q Colorful is a good word. You mentioned some documentation that you would consider, or at least that you identified as learned treatise, maybe, broad definition, were -- I don't want to get this wrong -- some NRCA standards; is that right?
A Yes.
Q Do you know if those are standards? Are those an industry-mandated authority?
A They're not an industry-mandated authority for sure. I know that. The National Roofing Contractors Association, what NRCA stands for, puts out what they call a Roofing and Waterproofing Manual, and in that five volume set of three ring binders they've got a number of things that are advocated as being good practices, and they even

provide details for some of these practices. It's a very comprehensive treatise, let's call it, and it's been around for a while. It's not new.

Q Well, it looks like it's dated 1653 here, so --

MR. SONNESYN: Is that the year?

THE WITNESS: No. It's constantly updated, like all documents like that are over the years.

Q (By Mr. Brown.) Have you authored any of those provisions in NRCA?

A No. The NRCA themself, I mean it's authored by the Roofing Contractors Association. They are not a -- like they are not like ASTM, where participation is open to anyone.

Q Do you know if Brent Anderson sits on the NRCA provisions panel or whatever it's called that drafts these various provisions?

A I don't know if he does or not.

Q One of the assignments you were not asked to do, though, was to evaluate whether the general contractor's work on the project was proper or sufficient; correct?

A Was or was not?

Q Was not? You weren't asked to evaluate the general contractor, you were asked to evaluate the waterproofing in the courtyards; correct?

A I don't think that charge was, the way you

characterize it, was presented to us that way. I think that they were interested in us providing an impartial opinion on the waterproofing and drainage aspects, and whether that included or did not include installation by the contractor, I think that -- you know, I don't think it was specified in the way you asked.
Q Is it a fair statement that other acts or other decisions can be made on a project that can implicate, for example, the waterproofing installation functions?
A Oh, yes.
MR. STEPAN: Objection, vague.
Q (By Mr. Brown.) Do you know, for example, whether the wooden posts that were below the courtyard entryway stoops was part of the original design?
A From reading the Inspec report and other things that I had in my file, and I don't know specifically what it is, my recollection is that the porches and stoops were always part of the design and so were the posts.
Q (By Mr. Brown.) Do you know whether the waterproofing subcontractor was consulted regarding the decision to install the posts directly to the precast planking before membrane was laid down?
A Consulted? No, I don't know if they were consulted. Like by the general contractor?
Q By anybody?

A In the form of an RFI or something? I don't know.
Q Do you know whether -- or would you consider posts such as you know were in place or are in place at the Promenade installed directly to the precast planking would be considered bad practice?
A In this case I would say yes because the posts are wood. I don't know if there was a change to make them to wood or if there was something else other than wood originally, but the fact that they are wood is a problem. And the way they rest on the concrete, then, or are attached to it is a problem as well.
Q Be specific? What do you understand of how those posts are secured to the precast?
A I believe that they're mechanically attached, fastened, with some sort of a clip that's attached through the concrete.
Q Do you know if they were attached with power-actuated nailers
A I think that's what was used.
Q Is that what Mr. Nelson told you?
A I think Mr. Chauvin told me that.
Q Mr. Nelson was out there -- in fact, he was sort of in charge of excavating the post portion of the excavations that were done last summer; correct?
A Is that his last name? Would that be Gary?

Q Gary. I'm sorry.
A Okay. That would be Gary. I didn't know his last name.
Q Did Gary tell you that's how those posts were secured to the precast planks?
A I think he did.
Q Did he tell you what happened as a result of those power-actuated nails being driven into the precast surface?
A Yes.
Q What?
A He said that the concrete was spalled in many cases.
Q And what's the problem with that in the context of a below grade waterproofing system?
A Well, first it's a hole in the concrete that's unwanted, that leads to a horizontal chase in the concrete, if you will. So there's a funnel within the concrete that water can get in through that spalled concrete hole.
Q And would the best possible practice of all have been to lay down the membrane over the surface of the precast courtyards before setting those posts regardless of what the posts were made of?
A The best practice first would I think have been to use something other than wood, and then the second best practice would be to flash it in some other way, better way. But you know, wood has got checks and cracks in it

and it absorbs water whether it's treated or not treated wood, and if you wrap something up six inches, eight inches but the soil is all wet around it, there's nothing preventing water from bypassing the flashing through the checks in the wood or the cracks in the wood or through absorption in the wood.
Q Is there anything preventing water from getting into those checks and cracks even above ground, for example, on the surface?
A Well, I don't think that the -- well, the post is continuous, now that my memory serves me. The post is continuous, but the concrete around it isn't. So no. The answer would be no.
Q No what?
A No. Water can get in from above the ground or grass level.
Q My question is this, though, sir. You know that as the condition exists on the project, the posts were installed directly to the precast before any waterproofing membrane was installed; correct?
A I think that's correct.
Q Now, would the best practice, the acceptable, appropriate practice have been to install the membrane first before posts, whether they were wood, concrete or some other material were set in place so that there was no hole

beneath the post, or opening, I should say?
A Oh, I don't know. I haven't thought about what the best practice is. There is a number of ways to do it, like adding a base plate to the wood to spread the load better, and maybe using a different material.
Q Than wood?
A Than wood would be the best practices, in my opinion.
Q Well, what's the difference if you use concrete blocks if they're applied directly to the precast before any waterproofing membrane is laid down?
A Nothing, nothing. I don't think there's any problem. And I think that that's probably an acceptable way of doing it. I think that you get into temporary measures here. These posts are big and they're carrying these little porches, and at the time they're installing it, there is no soil there, so they need to anchor the posts in some way to keep the roofs from collapsing or having a big mess, whether the post gets knocked or bumped or driven off by the wind, okay? After the soil is in place, that post isn't going to go anywhere laterally, so there's no need for attachment. So it becomes a means and methods issue.
Q I'm just going to try one more time, sir.
A Okay.
Q I understand how the sequencing, and it sounds like you

understand how the sequencing between the installation of the posts and the installation of the waterproofing was done in reality and in the real life of the Promenade. I understand we're both in agreement on how that occurred.

I'm simply asking if in an ideal world, before the posts were even stuck in there, if it would be better practice in terms of waterproofing these courtyards to put the membrane in first, if they had that opportunity?

A I'd have to think on that. I don't know because in this case the membrane is Swelltite 3000, okay, and I'd have to think on that. I would be sitting on top of the Swelltite 3000, and I don't know the implications of that.

Q Didn't examine or investigate that?

A Didn't investigate that.

Q Do you have any idea whatsoever whether the waterproofing contractor knew when the membrane was being installed that there would be two and a half inches of water on the bottom of those courtyards at all times? I should say did you form an opinion regarding that question?

MR. STEPAN: Would you read that question back, Charlie?

(The court reporter read back the last question at this time.)

THE WITNESS: So the question is did I form an opinion as to whether the contractor knew that there would be standing water there at all times?
Q (By Mr. Brown.) I guess I'm asking if you knew what the waterproofing subcontractor knew and you can answer what was in their minds or not? So I think I'm asking you what was in their minds. I guess I'll withdraw that question.
All right. I'll move on to something that maybe you did know. But if you were able to know, then --
A Then I would be a mind reader.
Q Then you wouldn't be here, you would be doing something a little more exciting probably.
MR. SONNESYN: Mr. Koziol, what am I thinking right now?
THE WITNESS: You're thinking about the Cubs winning tonight.
Q (By Mr. Brown.) All right. I'm just going to go through a couple of points in your report. I'm going to hand it off in a few minutes here. You did see some staining both on photographs and during your walk-thru of at least one garage at the Promenade; correct?
A Correct.
Q On the walls and various surfaces in those garages anyway; right?
A On the concrete masonry walls and particularly the

underside of the precast planks.
Q Now, you testified earlier that you did no independent testing yourself and that would include any independent testing such as hose testing to determine whether components of the project outside of the actual outline of the courtyards may have been accepting leaks or water penetrations; true?
A That's correct.
Q And do you know whether there is any waterproofing protection or water repelling protection at the Promenade behind the vinyl siding?
A There is. I know that there is because I saw it.
Q What protection did you see?
A Well, the protection, let's say, above grade line, the Tyvek paper, there is Tyvek paper, which is a moisture barrier product.
Q Did you perform any testing to determine whether there were any penetrations or any water gaining access through any penetrations such as seams or where lights are screwed into the walls or whatnot in that Tyvek?
A We didn't perform any investigation of the wall system whatsoever.
Q And you also understand -- well, actually I'll try it this way. The stains that you did see in the garage units wouldn't look any different had their origination been

through a seam in the Tyvek above grade or through a puncture in the membrane or elsewhere, the water stains themselves will look the same in those garages regardless of where the leaks originated; correct?

MR. STEPAN: Objection, calls for speculation.

THE WITNESS: Well, I will probably say no.

Q (By Mr. Brown.) Why?

A If the leaks originated in the Tyvek, I would expect to see -- or above it, if they're within the wall somewhere through some defect in the wall or Tyvek, I would see a lot more -- I would see evidence of it in the form of stains and damage on the inside.

Q Understand. But outside of what you may find inside, I'm saying the water stains that you observed in the garages -- because water can find its way through many paths until it finally gets, as you said earlier, to its own level, correct?

A Correct.

Q Outside of the possible ability, had you performed that investigation, to see also stains inside the Tyvek or whatever, I'm simply asking if the water staining in the garages themselves could have originated from any number of places without doing any further investigation than you

did?
A I think I can make a reasonable conclusion, and in simply studying, if I had a detail of the drawings showing me how the courtyard works and knowing where the leaks occur primarily, I could ascertain very quickly whether the walls contribute to the leaks or not.
Q And you didn't make that kind of analysis; correct?
A Well, I guess I did indirectly. I did through the fact that no one is claiming damage on the interior. There was just no comment of it in Inspec's report. The fact that the wall above grade is thinner than the wall below grade is an important thing. In other words, the concrete block is probably a foot thick, the walls are either two-by-fours or two-by-sixes, they sit on the inside face of the wall, so the wall would have to leak through through wood plates before it could get into the concrete block. It's highly unlikely.
Q Did you investigate that, sir? I'm just asking you that question.
A No.
Q And you didn't even go inside one unit, if I understand your testimony; is that right?
A That's correct.
Q You also testified earlier that you were aware that the grade line was several inches higher than the termination

of the waterproofing and the top of the CMU block on the side or on the opposing sides of those courtyards; correct?
A Correct.
Q Do you have any idea why that dirt terminated at that point in those courtyards?
A From what I have been told by Mark Chauvin and what I have read in the reports, it was the grade line changed because of a response to problems with ADA and accessibilities into the units, which was mandated by code.
Q Beyond whatever Mr. Chauvin told you, did you investigate that phenomenon further?
A No.
Q All right. Do you have an understanding of whether the grade line appeared at the level it actually exists in the courtyards on the drawings as well? Well, I'm going to re-ask that question, Charlie. I'm sorry. Do you know where the grade line was depicted in the original construction drawings, architectural drawings?
A No.
Q Do you have an understanding of whether Swelltite 3000 is a below grade waterproofing product, intended and designed to be a below grade waterproofing product?
A That's the way it's intended to be used, yes. Not above

grade certainly.
Q Do you know whether if the grade line was depicted at a level lower than it ended up, in fact, at a level that was below the top of the CMU blocks and essentially at the level of the below grade waterproofing originally, do you know if the waterproofing contractor was consulted about that change or told about that change?
A I don't know whether they were consulted on it or not. But that area you speak of is an area of high vulnerability for waterproofing materials in general, but especially for bentonite-based materials in particular.
Q You would want to at least have, in addition to the bentonite material and the components of the Swelltite system, put some sort of a counterflashing material over the termination of the Swelltite system and up above the top of the CMU block under the dimension lumber; correct?
A Correct. In concept, I agree a hundred percent with what you said.
Q And do you have any idea whether that specific feature was recommended by the waterproofing contractor and the supplier of the Swelltite system to the general contractor or the architect or the owner or all three at the beginning of construction?
A No. I'm not aware of any recommendations by anyone for that detail.

Q Do you know anything about whether the truss, floor truss design as you saw out in the courtyards changed during the course of construction?
A I don't know. However, I have read in some of the correspondence that I had that changes were made from top cord to bottom cord bearing, or from bottom cord to top cord bearing.
Q Do you know whether that change resulted in the substitution of what had been a CMU block layer on one side of the courtyards to wooden construction members that comprise those trusses?
A No. Never investigated any of that.
Q Would you expect if such a change was made -- well, before I ask that, would that change implicate the waterproofing in the courtyards, the waterproofing system?
A In and of itself, I don't think it would. I would have to study that change in the context as where is the top of my CMU wall, because the top of CMU is more critical than whether the trusses are top cord or bottom cord bearing. That would just raise the floor elevation inside the apartments. It wouldn't have anything else to do with, let's say, grade level of the courtyards whatsoever.
Q Let's say the top of the CMU block wall was eight inches below the final grade line?

A Then that would become an issue.
Q Be an important issue; wouldn't it?
A Yes.
Q Do you have any knowledge if any drawings by the structural engineer were distributed to the architect in the project that specifically included waterproofing detail that should be installed at that point where wooden truss members were now going to take the place of what had been CMU block?
A I have no knowledge of what recommendations or suggestions were made by the structural engineers or others, any others regarding that detail other than there was a grade change, the general comment that there was a grade change driven by an ADA-imposed code.
Q So if such a drawing was made by the structural engineer, you're unaware of it?
A Yes.
Q Now, assuming neither the counterflashing or any waterproofing suggested by the structural engineer to address that change, that design change, was ever installed but the dirt did end up eight inches above the top of the CMU block, would that implicate waterproofing and potential leaking in those courtyards?
MR. REILLY: You mean affect?
MR. BROWN: Effect.

MR. SONNESYN: I don't understand the question.

MR. REILLY: You said implicate and I think you meant --

MR. BROWN: Let me ask it again.

Q (By Mr. Brown.) I want you to assume that the condition in the courtyards before any repairs or investigation were ever undertaken included plaza dirt against the side walls of those courtyards eight inches above the top of the CMU and eight inches above the termination of the waterproofing system, so that the intervening eight inches was unprotected by any sort of waterproofing; all right?

A Yes.

Q Would that be a concern to you, in effect? Would that be a concern to you?

A I would be very much concerned. I could almost guarantee that would be trouble and a leaking problem right away.

Q And why is that?

A Because --

Q Is wood pregnable? Is that a word?

MR. REILLY: Porous.

MR. BROWN: Porous?

THE WITNESS: Yes, wood is pregnable. So is gypsum wall board, gypsum sheathing, which is behind the Tyvek paper.

Q (By Mr. Brown.) And water would just go right up and over that CMU and into the units and garages and there you'd have it, huh?
A Right into the -- that basically eventually would cause decay of the wood. And not only would you have leaks, you would have big-time structural trouble with the walls because they would be rotted at the bottom.
Q Would you consider it a poor practice on a project for either the design team or the general contractor or both who were aware that that condition was going to be put into practice not to take any steps to make sure some waterproofing was installed in that unprotected area and/or not to contact the waterproofing contractor?
MR. HULL: I will object to foundation.
MR. STEPAN: Join. Object as to form as well.
THE WITNESS: I don't really know. It appears to me in my review of this that no one really knew where final grade was going to be until it ended up where it was one day.
Q (By Mr. Brown.) Who's supposed to know where final grade is going to be on a project like this?
MR. STEPAN: Object to form and foundation.
Q (By Mr. Brown.) Would that be a design issue, sir?

A It is a design issue.
Q Is there any excuse for the design team not to know where the final grade was going to be at the conceptual stage of this project?
A Well, final grade, we're talking about earth here, so there is tolerances, and this is not like steel or something where you're talking about fractions of an inch or something. I didn't study this site, but I know there is a grade change from one level of this site to another one, meaning, I think, that it's taller on one side of the property than it is on the other or there's more exposed. And so that generalization may apply to what you're saying, but maybe it doesn't exist completely all the way around the complex, and simply because of it's configuration within its site. And it may be that they're looking for, you know, let's say rough grade to be a certain elevation and finish grade could be within eight inch tolerance, let's say.
MR. HULL: Excuse me, Mark. The magistrate is available at two. Do you want to talk about how long people are going to need to finish up here?
MR. BROWN: We can. I've got ten more minutes.
MR. HULL: Well, it's two o'clock and the magistrate is available.

(An off the record discussion took place at this time.)
Q (By Mr. Brown.) You mentioned a number of items in your report under WJE Observations. First of all, you testified that this was a jointly or coauthored report; is that right?
A Well, Mike and I discussed what it was going to say, he did an initial draft, I think I reviewed it, had contributory comments to it and we ended up with what we have here.
Q Who actually drafted it?
A The actual physical drafting of it was Mark, I believe, or his secretary.
Q Did you review it before the draft was sent to counsel here?
A Most likely, yes.
Q All right. You mentioned, or at least in the observations section there is mentioned a bunch of areas starting with the stairwells. Did you do any investigation with respect to waterproofing or the lack of waterproofing regarding the stairwells other than just your physical observations that are mentioned in this report?
A Could you tell me what page you're on?
Q Page 4.
A Page 4. Okay. Other than observing water staining and

efflorescence, we didn't actually investigate it beyond just observing the fact that there are evidence -- there is evidence of water staining and leakage at the stairwells.

Q And the water staining and efflorescence and so forth can be caused by water coming right into the top of those conditions or through unprotected, ungrouted or unsealed areas; correct?

MR. STEPAN: Objection, vague.

THE WITNESS: Those are certainly ways that water can cause efflorescence and staining. I'm sure there is others.

Q (By Mr. Brown.) And do you know whether these CMU blocks listed under the stairwell section are hollow?

A I don't.

Q Do you know whether the concrete that those blocks are made out of is porous?

A Most CMU is porous.

Q Do you know whether there was any waterproofing or water protection measures recommended by the waterproofing contractor during construction that were ultimately not followed?

A No, I don't.

Q Once water gets into those blocks, it can migrate into the precast planking adjacent to the construction component

that you're describing in this section, correct?
A They could if the walls are bearing walls and the precast planks bear on one of the blocks of the CMU, yes.
Q Well, once water gets into those precast planks, it can travel laterally anywhere until it could find a route in; correct?
A Yes. It could travel through the joints between the precast plank sections or within the core holes of the precast planks.
Q In the Garages section on the next page, sir, you mention a number of other conditions as well, and some of those, you'd agree, aren't even connected to or associated with courtyard below grade waterproofing; true?
A Correct.
Q And those signs of corrosion and paint peeling and so forth can be the result of water getting inside the various features that you're describing in this section; correct?
MR. SONNESYN: Where are you on the report now?
MR. BROWN: Garages on page 5.
MR. SONNESYN: Thank you.
MR. STEPAN: Objection, vague.
THE WITNESS: Well, Mark Chauvin may have looked into this issue more than I have. I just have no

knowledge of whether he did or not.
Q (By Mr. Brown.) That wasn't part of what you did out there, anyway?
A No. That's right.
Q You mentioned one potential problem with courtyard fill that didn't drain properly and therefore retained too much water was that you had cracking and so on of the sidewalks; is that what you testified to earlier?
A I don't remember specifically testifying to that, but I do recall saying freezing in general is a problem.
Q Did you observe any cracking or signs of heaving in the courtyards or at least learn of that condition during your investigation?
A I don't recall. I may have. I'm sure I looked at the concrete sidewalk within the courtyards, but I don't remember if it was cracked or uncracked.
Q Did you investigate at all the end walls of those courtyards?
A No.
Q Did you even look at either photographs of those end walls or observe them physically without doing any investigation just to see what they looked like or were made out of?
A Yes. I remember walking through and Mark Chauvin pointing it out to me and that's about it and we didn't investigate it further. He may have looked into it more

than that, but I don't know as we sit here today, you know, anything about it.
Q And there are ways to waterproof and otherwise protect end walls constructed such as you observed those end walls to be from water getting inside the concrete blocks and then from there into the precast planks; right?
A I'm sure there's a number of ways that can be done.
Q Do you know whether any of those potential ways were suggested by the waterproofing contractor?
MR. STEPAN: Objection, vague.
THE WITNESS: I don't know what if any recommendations there might have been by the waterproofing contractor or subcontractor.
Q (By Mr. Brown.) Did you interview any Weis Builders employees, by the way, in conjunction with your investigation?
A Well, --
Q Strike -- you know, I'm going to withdraw that. You did say you had a few conversations with Gary Nelson; correct?
A Yes.
Q Was it your testimony today, though, that you didn't know if he was an employee of Weis?
A Yes. I do not know whether he's a direct employee of Weis or not.
Q Was the only conversation or conversations you had with

Mr. Nelson, Gary, out at the site on that one day?
A That's the one and only conversation.
Q Did you ever speak with Peter Desai?
A No.
Q Do you know Peter Desai?
A No.
Q Do you know anything about the chronology of the design and implementation of the Building 1-2 link?
A No, I don't.
Q Do you know whether the 1-2 link as you observed it -- and you understand the area I'm talking about, where the fire trucks can drive through? Do you know what I'm talking about?
A Roughly.
Q Were you inside that area during your site visit, the big, tall garage door?
A We did go into one of the tall garage door areas, but again, other than just touring it, I really didn't do anything other than tour it.
Q Do you remember if that area was an area that you saw more of the signs of efflorescence and staining and so on in the garages than anywhere else on your site visit?
A I would be totally speculating. I think Mark Chauvin has a much better handle on that. I don't know.
Q Mark Chauvin is not an expert, to your knowledge, in below

grade bentonite waterproofing systems, though, is he?
A Mark's a capable engineer.
MR. VEITH: Objection, nonresponsive.
MR. STEPAN: Objection, lacks foundation, what he knows about Mark Chauvin.
MR. RAU: Objection, irrelevant.
Q (By Mr. Brown.) Do you know what year the fourth edition of the NRCA went into effect, if there is such a thing as effective dates for that document?
A There is. I don't know it off the top of my head. I think that we're in the fifth edition now, I believe.
Q You don't know is your answer?
A I don't know.
Q All right. Just one last question and I'll pass you on. On the second to the last bullet point on page 8 of your report -- and I lied. I'm going to ask you two questions, one about that bullet point and one about the very last bullet point; okay?
A Okay.
Q And really, the subset at the first bullet point is the last dash of that bullet point. Are you with me?
A Yes.
Q Beginning with the words any and all?
A Yes.
Q If I understood your prior testimony when Mr. Veith was

questioning you correctly, you did not personally observe during your site visit any defects or unsealed seams, tears or opening in the waterproofing system; is that a fair rendition of your earlier testimony?

MR. VEITH: Asked and answered.

MR. STEPAN: Objection as to form.

THE WITNESS: Well, it is. However, the waterproofing membrane, let's call it, because system to me is flashings and everything else, all the accessory materials. But the waterproofing membrane itself is primarily a butyl bentonite system and HDPE happens to be a carrier component to the system and it does provide dual waterproofing functions. I don't think that tape is intended for water tightness all by itself.

Q (By Mr. Brown.) Do you know?

A Well, I think it helps. I do know. It helps. But I think the primary purpose of the tape is to keep the bentonite from being hydrated in the first place.

MR. REILLY: I'll object to the answer as being nonresponsive.

MR. BROWN: And I will, too.

Q (By Mr. Brown.) And sir, maybe you didn't hear my question. I simply asked if it was your testimony that based on your observations during your site visit you did not observe any defects or unsealed seams, tears or

openings in the waterproofing system? That's all I'm asking.
A That's correct.
Q All right. And the last question and I will pass it on. You say in the last bullet point that water penetrating the horizontal waterproofing system would be free to travel beneath the system and so on and so forth; correct? I'm just reciting what you wrote there.
A Yes, yes.
Q Or actually what Mr. Chauvin wrote.
A Okay.
Q In the same way, though, water that defeated the waterproofing membrane, for example, going up and behind because of grade being installed too high, would also be free to travel beneath the system along the top surface of the planks if that indeed occurred; true?
MR. VEITH: Objection, lack of foundation.
MR. STEPAN: Objection to form.
Q (By Mr. Brown.) Do you know?
A I don't think so because of the way it's built. I don't see water getting in at the tops of the walls unless it could get into the concrete block itself. I would make that qualifier. Unless I can get water through the concrete block, it's not going to get it into the concrete planks. In other words, water in the stud

cavity would be more apt to leak directly on the back side of this wall, the foundational wall and the garage. If you're standing on the garage side, if you got water coming into the stud wall, it's going to leak there before it leaks anywhere else.
Q Okay. I just want to make sure I get clarification. So if it bypasses the -- if the dirt is too high, such as you understand was the condition out there before any repairs were undertaken, water can either get into the blocks themselves or could even go all the way behind the blocks and then into the garages and units that way?
A Yes.
MR. BROWN: Okay. That's all I have, sir. Thanks.
(A short recess was taken at this time.)
EXAMINATION
BY MR. SONNESYN:
Q What's a drainage board? I saw a drainage board in your field notes, a reference to a drainage board.
A That's the dimpled plastic with a filter fabric product. It's a generic term applied to any material.
Q I think it's in your field notes?
A Yes.
Q And let's get the reference to the exhibit number. Exhibit 818, and it's on sheet number 3, and there is a

reference to drainage board, Drainage BD, drainage board?
A Yes.
Q Explain what a drainage board is, please?
A It's a composite of a plastic material that allows water to -- it serves as a protection for the membrane and also allows water to sheet down vertically by gravity to the lowest point where it can then be directed towards drains.
Q Okay. And do you know who installed the drainage board?
A No, I don't know who installed it.
Q Is the drainage board part of the drainage system?
A It can be.
Q And then I think there was also -- you mentioned the rocks and the filter fabric weren't quite right in what you observed; is that right?
A Around one of the drains. I don't know if it's -- well, we did observe that at Unit 223, but the basis of my opinion is also based upon what's stated in the Inspec report as having that being the prevalent finding in their investigation.
Q What was it about it that -- I was trying to ascertain it while you were testifying. You had some criticism, I understand, of the filter fabric and the rocks and the way they were installed or put together.
A Okay.

Q Explain that for me?
A Okay. You have a pipe that is perforated, that allows water to get into the pipe, and whether that pipe was vertical or horizontal -- and the case I was thinking of and referring to in my testimony was horizontal. That pipe is usually set in a bed of rock. In other words, as they place soil down and they're going to be putting this pipe in, they lay down rock.
Q Who is they?
A Whoever is backfilling the soil.
Q All right.
A Rock is placed around the pipe for the purposes of acting as a filter.
Q The rock acts as a filter?
A The rock is one filter. Another filter is some sort of fabric that lets water pass but keeps the gravel and sands out, fines out, if you will.
Q Out of where? Keeps it out of where?
A Out of the pipe -- out of the rock so that it wouldn't clog easily over time. And the way to do that would be to, if you had a trench, let's say, and you were going to put a pipe in that trench, you would first lay down a blanket of fabric of some kind, fill rocks on top of that, put your pipe in and then more rocks, and then later envelope that whole top that you can see with more

blanket so that, in essence, when you viewed a cross section of it, you would have a fabric of material covering the outer diameter of the rocks, the rocks themselves, and then the pipe.

Q Now, you were referring to a horizontal pipe, but in this instance it was a vertical pipe; wasn't it?

A Well, there's both. I think there was horizontal perforated pipe and vertical perforated pipe over the drains.

Q And what was the problem that you found, or do you simply rely on the Inspec report?

A Well, we saw evidence that there was a construction as depicted in Inspec's report. We saw that at our opening made at 223, Unit 223.

Q That's what you or Mark observed?

A Mark and I both observed. We saw that at the opening made that day in August of last year.

Q But what was it that you observed? That's what I didn't quite understand.

A We observed the plastic pipe wrapped with filter fabric, without any rock around it.

Q Okay. The grade of the soil on the surface of the courtyard, that's part of the drainage system, too; is it not?

A It is.

Q I think you testified, Mr. Koziol, that more water will be absorbed by the soil than by the grates; did I write that down correct?
A Yes, I think that's what I said because there's more area of soil than there is of surface area of grate.
Q That was going to be my question. What's the basis of that, because of more area?
A Yes.
Q I take it you didn't perform any tests; that's just your opinion based upon observation?
A That is right.
Q Okay. You were referring to an area of high vulnerability for water penetration and I didn't quite catch where you were referring to. What area was the area of high vulnerability for water penetration? Or is my question too vague?
A No. I think there was a couple, not just one. One is the -- one area of vulnerability would be where the concrete masonry walls intersect the precast concrete plank deck, and the other would be the posts for the porches or stoops.
Q All right. You testified that wooden posts are not preferable. What type of material is preferable for posts?
A I would have chosen steel or -- steel or concrete. But

to be an architectural -- within the architectural aesthetics of what they have, steel would be preferred because it would be small.

Q I have another question for clarification. I think you said water standing in the middle is not a good analogy. Were you referring to the middle of the membrane or the middle of the concrete, precast concrete deck?

A I forgot what context that was taken from.

Q Okay. That course in Madison at the University of Wisconsin, when did you take that course?

A I don't know the exact date, but I'm sure it's at least ten years ago or more.

Q And where might we obtain those materials?

A What materials?

Q From the course?

A The course book?

Q Yes.

A I have them in my office.

Q I see. You said that the water from the stud cavity is unlikely to reach the precast concrete. Why is that?

A The precast concrete planks.

Q Why?

A Well, first there's a stud plate, there is a stud plate, wood stud plate that runs continuously horizontal around the top of the concrete CMU wall and water would have to

pass through that wood first in order to leak, or joints in it.
Q Any other reasons?
A No. That's the reason.
Q In Exhibit 820, these are some bullet points. Do you have the exhibit in front of you?
A I do.
Q Toward the bottom, the second bullet point from the bottom, it states bentonite selected by owner, question mark, question mark. Appeared so. Significant. What do you mean -- that's your note, isn't it, or is that Mark's?
A No. I think it's mine.
Q What is the meaning of this bullet point?
A Well, I think there was question as to how do we get to the selection of and use of Swelltite on this job, and it appeared questionable as to whether it was by the owner or not, whether the owner mandated its use or recommended its use or something, and I just am making the comment that, you know, the choice was a significant one by whomever it was made.
Q Why was it significant?
MR. REILLY: Lack of foundation.
Q (By Mr. Sonnesyn.) You thought it was significant. Why do you think it was significant?
MR. REILLY: Same objection.

THE WITNESS: I think it was a poor choice.
Q (By Mr. Sonnesyn.) Why?
MR. REILLY: Same objection.
THE WITNESS: Because there are several aspects to the Swelltite system that cause me concern over its use in applications like this.
Q (By Mr. Sonnesyn.) Are those reasons set forth in your report that is marked as Exhibit 822?
A Some are.
Q Where are they found?
A Under page 7.
Q And where on page 7?
A At the bottom, under Preliminary Findings. You know, all of the bottom of page 7 and the top two sentences of page 8. And one important other point that may or may not be in here, I just don't know, I don't remember it being stated here, but a conceptual point is that a major disadvantage to the material is that it cannot be tested and it -- it cannot be tested and it is not adhered. Those are two major drawbacks. It is not initially adhered to the concrete. I guess eventually, if it gets wet, it becomes adhered. But when you have a material that is adhered to concrete, your ability to trace and find leaks is greatly increased. So you could pretty

much -- if you have a leak and you can see it below, you can pretty much find the area up above and know that you're going to be near the vicinity, you will find a leak near the vicinity of where you see it. It's not necessarily true with this until hydration occurs.

The other thing is, putting down a waterproofing material -- selecting a waterproofing material for use in a buried and hidden application, it's going to be buried by three feet, two feet of soil. It's ridiculous to think that you're going to put something down and then bury it without testing it. I would never think of doing a waterproofing job without putting down the waterproofing, flood testing that waterproofing and then say yea or nay depending on the outcome of that water test.

You can't do that with this material. If it gets wet, it's shot. It depends on hydration after the fact.

Now, that's a major drawback, in my opinion, and that's why I would never choose it for a horizontal application, no matter how good it is. The fact that you cannot water test something is a major detriment, in my opinion.

Q I didn't understand your testimony about it cannot be adhered or it is adhered. Explain that, please?

A Well, initially with the butyl bentonite component, the Swelltite is expected to expand and it has to be confined in order to work well. Confinement is an important, an important item that has to take place in order for the material to work effectively. If the bentonite is not confined, it can either wash out or it can just expand into the space that's above it. So it has to be, you know, sandwiched or confined between two points and then held together tightly that way with some pressure to be able to squeeze laterally and fill in all the little crevices and spaces between.

So what the manufacturer relies upon is putting the material down, keeping it dry while it's being installed and during installation, and then once everything else is applied in the form of soil, insulation and everything else, then it can get wet because it's in a confined state. But it's vulnerable during installation and until materials are placed upon it, and you don't want it to get wet until then.

Q You don't want it to get wet until when?

A Until the material is confined.

Q And it would be confined by the presence of soil?

A And insulation.

Q And insulation?

A Correct.

Q And that's when the process of adherence occurs?
A Correct.
Q What is the activation of adherence? Is it water?
A Water causes the swelling to occur.
Q And then it adheres?
A Eventually adheres, yes, because it fills in the pores of the concrete.
MR. SONNESYN: Is this an exhibit?
MR. STEPAN: I don't think so.
(Deposition Exhibit Number 823 was marked for identification at this time.)
Q (By Mr. Sonnesyn.) What is Exhibit 823?
A This is the first time I'm seeing it.
Q Is it not part of your file?
A It might be, but I don't recall seeing it. It's not something that I relied heavily upon in my investigation or analysis.
Q Well, do you know what Exhibit 823 is?
A It looks like some sort of note summary by Mr. Stepan, or Mark Chauvin.
MR. SONNESYN: Chad, is this an inadvert -- this is not your work product, is it?
MR. STEPAN: It's not something I created, no.
Q (By Mr. Sonnesyn.) Assuming it's from your file, all

right, from your company's file, I highlighted Item 22. It says, "One problem initially was that fill was higher than water-proofing along walls of courtyard. They also did a lot of work around the concrete stoops of the units." Are you able to interpret that, what the meaning of that is?
A Yes, I think I do. I think it's fairly clear. There's nothing hidden in it, I don't think.
Q Expand on it, please? What does it mean?
A Well, the first sentence talks about the fact that the soil at the exterior was --
Q And the exterior is --
A Exterior walls of the courtyard walls.
Q Okay.
A Was higher than the waterproofing along the walls of the courtyard. So that gets into that eight inch dimension that we were talking about earlier and the relative finish to elevation of the soil and all of that.
The second sentence is they also did a lot of work around the concrete stoops of the units.
Q Do you know who the reference is to "they"?
A No, I don't know. Just in the context of that's Item Number 22, I would interpret that to mean someone did repairs to the perimeter of the courtyards, including the concrete stoops.

Q Is what we see in Exhibit 823, Item 22, is that repetitive of what you've already testified to or is there a new opinion contained in Item 22?

MR. STEPAN: Objection as to form. It's vague.

Q (By Mr. Sonnesyn.) Do you understand my question?

A Well, no, I don't think I do.

Q Do you agree with what is asserted in Item 22 of Exhibit 823?

MR. REILLY: Would you read that?

MR. SONNESYN: Sure. "One problem initially was that fill was higher than water-proofing along walls of courtyard. They also did a lot of work around the concrete stoops of the units."

MR. REILLY: Thank you.

THE WITNESS: I think that's accurate based upon my review of file documents and observations out there.

Q (By Mr. Sonnesyn.) Is what is asserted in Item 22 of Exhibit 823 an amplification or an addition to what you've already testified to or is it redundant of what you've already testified to?

MR. STEPAN: Objection as to form, vague.

MR. SONNESYN: And to form, in what way is it bad?

MR. STEPAN: Well, I don't know what you mean by amplification.

MR. BROWN: It's louder.

Q (By Mr. Sonnesyn.) Do you understand the question?

A Yes and no. Let me --

Q Answer it to the best of your ability, then?

MR. STEPAN: Object. It's vague.

THE WITNESS: Well, I understand the meaning of your question, but I'm concerned about the specific language you have chosen me to answer within the context of the way you stated it. I did not --

MR. SONNESYN: That makes me feel good to know.

THE WITNESS: Well, I did not investigate the fill or soil elevation. However, in my review of the documents, that seems to be something that everyone discusses.

Q (By Mr. Sonnesyn.) The fill is the problem?

A The fill is the problem.

Q Okay. And what I want to know is in what way or ways is the fill a problem, or have you already told us everything in that regard, everything you know and have an opinion about in that regard?

MR. STEPAN: Just so I'm clear, are you talking about the fill itself or the height of the fill as

it's referred to here?

THE WITNESS: The fill is misleading because I think that word should be soil. Unfortunately, it's not. The word is fill here. Fill is something other than soil typically in construction. It's backfill, it's rocks, it's a number of other materials, it's not soil, and so it's misleading.

Q (By Mr. Sonnesyn.) All right. So is the soil a problem -- I mean, if we substitute the word soil, is that more precise for you?

A That would be more precise.

Q So where it says, "One problem initially was that soil was higher than water-proofing along the walls of courtyard."

A Sure.

Q Have you already -- what I'm trying to find out is if that note expands or is an addition to what you've already testified to or is it redundant?

A I think it's redundant.

Q All right. And then the second sentence of Item 22, "They also did a lot of work around the concrete stoops of the units." You have testified as completely as you can about that comment; is that correct?

A Well, as much as I can, yes. I've testified about the posts for the stoops. I have not testified but I'm aware of repairs being made at the concrete stoops themselves,

meaning specifically that saw cuts were made to allow repair of the flashing.

Q All right. And other than the fact that there was repair work, is it significant in terms of the opinions you have rendered?

A No.

Q Okay. Thank you. On Exhibit 822, which is your report, page 6, at the very top, first bullet point?

A Beginning with the word four, F-O-U-R?

Q Correct. The last sentence, it says, "The surface grates for several of these drains were clogged by leaves and debris." Are you referring to the grates at the courtyard surface area or level?

A Correct. Those would be the grates, the steel grates that would be at the level of the grass or the soil.

Q Will drains on a courtyard surface or any surface occasionally get clogged by debris and leaves?

A Yes. It's going to be a common thing.

Q And so what is the remedy to that?

A To unclog it.

Q And would that aid in the drain?

A It sure would.

MR. SONNESYN: I think that's all I've got right now, so I'm going to pass. Thank you.

EXAMINATION

BY MR. REILLY:
Q Sir, my name is Pat Reilly. I represent CETCO and I have some questions for you. You talked a little bit about the Comiskey Park job, and after the Swelltite was removed and replaced, I understand there is still leaking going on out there; is that correct?
A In certain areas, yes. Expansion joints are constantly leaking and the areas behind where the Swelltite was, there was no waterproofing remedy done. They still leak.
Q And the expansion joints where the Swelltite was were also a problem; were they not?
A Yes.
Q Okay. And are you still dealing with those problems today? And I'm talking about the expansion joint problems?
A Yes, we are. It's a high maintenance detail.
Q And that's some what, nine years or so after you began that project?
A Well, we don't do all the expansion joints at one time. So many of them just go by, and by the time you finish one, you go around and five years expires, you're back to replacing them again.
Q Now, if you had a concern in a courtyard or plaza such as at Promenade with a certain detail, there is in fact a way to water test that detail; is there not?

MR. STEPAN: Objection, vague.

THE WITNESS: What do you mean concern? In what way, in the design?

Q (By Mr. Reilly.) Let's assume from looking at the design, you know, geez, this could be a problem and maybe that's where the leaks are coming from, whether it's a seam or a detail like a post or whatever. Isn't there a method that you have used in the past to test that particular concern?

A Yes.

Q And that would be a specific test for that particular area that you have a concern with; correct?

A Most likely would be a water test.

Q And that water test would require exposing the area of concern, isolating it so that the water is located only in that area and then adding water through a hose or whatever to saturate that area to see if it leaks?

A Yes, but it's not as easy as that. You have to figure out a way to remove the water because otherwise you're going to fill the hole from where you're standing and testing. And you're also worried about getting any spray on the soil because it begins to slide in on you. It becomes very difficult.

Q It's not an easy process, but it is one that you've done in the past?

A I can't remember when we have done it. We have more

often than not flooded the entire surface with a fire hose, tried to recreate the leakage and then came back at some later point in time after studying the leakage and decide that would help us determine where to make excavations.
Q All right. Doing it in the dirt, in the discussion that I -- there were holes out there, for instance, the day you were there?
A Well, we made the holes.
Q Right.
A Or they were made by RRJ.
Q So if it is possible to make a hole and it's possible to examine the area, is it possible to do a water test on the area if you want to take the time and expend the effort?
A Yes.
Q All right. Do you know of anybody who's ever done any water testing of any specific area in the courtyards at Promenade?
A No. Except nature has done the testing.
Q And by that, do you mean that there is two inches of water sitting on that horizontal membrane as we speak?
A Two inches or more from rain in the soil, yes.
Q Okay. And when you do a water test such as you described prior to completion of the project in a non-bentonite application, you said that the principal purpose for doing

that is to test the horizontal area of the waterproofing; correct?
A Yes.
Q And if it doesn't leak, you've succeeded, or it has passed its test; correct?
A Correct.
Q Now, on the day you were out there, day and a half or so, you did go down in the garages; correct?
A Correct.
Q Specifically underneath the courtyard that the excavations were done in; correct?
A Correct.
Q And you saw no active leaking; correct?
A I don't recall any.
Q Okay. And when you dug the holes at that time, all three or four, whatever there was, there was water in the bottom of those holes; correct?
A Yes.
Q So nature is in fact doing a water test constantly on that horizontal membrane?
A Yes, it is.
Q All right.
A But not a controlled one.
Q It's not localized?
A Right.

Q Now, you talked about seeing evidence of leaks, apparently leaks that had occurred at some time in the past in the garages; do you remember testifying about that?
A Yes, I do. I recall testifying that I saw staining.
Q Staining. And is it possible from your observation to determine the age of that staining?
A Not really.
Q Now, you know that repairs have been done, and we just heard some discussion of that, to the stoop areas, to the flashing at the top of the wall, at the top of the CMU walls, to the posts, all of which apparently has reduced to some extent the leaking in the buildings. Do you know whether any of these leaks postdate those repairs? And I'm talking about the stains that you saw.
A No, I do not.
Q Were you able to a reasonable degree of scientific certainty locate the source of any particular stains that you saw out there?
A No.
Q Now, there has been some discussions about other possible sources of leakage other than through the membrane. One was discussed, I think, about the area of the side walls where the dirt was raised above the level of the CMU?
A Within the courtyards.
Q Courtyards, correct. You mentioned something about the

plate. How big a plate is there?
A This is a two foot by -- I'm sorry. Two-by-four wood plate. It's called a sill plate.
Q How thick is the CMU block, or deep? I don't know what you want to call it, but from front to back, how much?
A The depth of the -- the thickness of the block would be -- this is 12 inch block, but there is a small little block, or concrete, I'm not sure which, that's the width of the two-by-four, three and a half inches, for a couple of inches above the top of CMU.
Q Well, if in those cases where in fact that stud plate is actually sitting on top of wood, for instance, where that -- we've talked about where they put wood members up and to supporting the truss, did you understand that to be the case, that the wood members beneath the truss, on top of the CMU and below, where the floor would be on top of that truss?
A We talked about whether the truss would be top or bottom cord bearing and I have read that, but I haven't really studied or am aware of that issue except I graphically depicted what I know exists at Unit 223. That's depicted on Detail 2 in Exhibit 818.
Q Okay. Apparently, according to the drawings that we've seen in this case, the top bearing truss is sitting not on CMU but on wood members used to fill the space where a

fourth course of block would have been had the truss been sitting on CMU block, so that that fourth course actually is wood, and not even one continuous piece of wood but pieces of wood, whether two-by-fours or two-by-sixes, stacked. Do you have a picture of that, counsel, or an exhibit? You just handed him something.

MR. STEPAN: I was just looking at what was already Exhibit 818.

THE WITNESS: 818. My sketch, the sketch I made. I was not aware of that condition that you're describing.

Q (By Mr. Reilly.) Is that a condition that as an architect, you would be concerned with?

MR. HULL: I'll object to foundation.

THE WITNESS: It would be.

Q (By Mr. Reilly.) Why?

A Well, there is more opportunity for moisture to pass through with that type of detail and more vulnerability for decay to occur.

Q And if the water can get into the top of that CMU block underneath the wood members, however many members there are, it can get basically down to the garages through the CMU; can't it?

A Yes.

Q And then it could spread out down the -- horizontally in

various directions?
A Yes.
Q Or just pour down the wall itself?
A Either one.
Q Now, I note in your report there is some discussion of the links, and I know you saw them, but I assume that the description in here was made by your associate, and that's included I think on page 6?
A Okay. I have it.
Q All right. If you want to review that, but I'll just ask you, do you recall there being a link between Building 1 and 2 as a pass-thru for a fire truck; do you remember that?
A I do, but I really didn't investigate the link issue as much as Mark Chauvin. He knows it hands-down much more than I do.
Q You see the fourth bullet point, "Extensive water staining and efflorescence on the CMU walls and concrete beams, and surface corrosion of the steel bearing plates and pipes, was observed throughout the garage below this area," below the 1-2 link?
A Yes. And I remember him pointing that out to me as we walked up the stairs by those walls. But other than him pointing it out to me, I really didn't study it any further.

Q Okay. Did you ever determine what if any waterproofing was done to the 1-2 link?
A No.
Q Was that outside the scope of the work you were asked to perform?
A I would say for me it was. I'm not sure, it may have been -- it was obviously for Mark Chauvin to look at it.
Q Now, turning to the next page, there is Building 3 - Unit 115. And according to this, it says it's the only unit, the only townhouse unit that experienced water leakage in the year 2001. Is that information that your associate garnered?
A Yes.
Q Did you yourself ever look at Building 3, Unit 115?
A No.
Q Do you even know where it is?
A I have no idea.
Q Did you ever examine any of the knee walls on the ends of the courtyards?
A I remember Mark pointing them out to me.
Q Do you recall any evidence of water penetration into the CMU blocks of the knee walls?
A I remember seeing a lot of efflorescence on the CMU blocks.
Q And was some of that efflorescence above the level of the

courtyard?
A I think it was.
Q Which would indicate, would it not, that the water is entering the block either at or near the top of the block itself?
A Or through the block itself. At this location, yes, at these locations. That's an indication of something other than the courtyards.
Q And if that water can get into those knee walls, it can get into the garages beneath them; can it not?
A Only in a localized sense.
Q In the localized sense. Is that because the planks go across instead of long ways down the --
A I think because of the geometry and construction of building, it's isolated.
Q But that would be a concern?
A Locally it would be a concern.
Q And if there was a unit right beneath that knee wall, would that be a concern for that particular living space?
A Probably.
Q Now, you've been asked some questions about contracts and understandings between people. Have you ever actually operated as an architect where you were the architect for the owner in a design-build project?
A Myself personally, no.

Q As an architect, if you are asked to render an opinion, whether it's mandated by the contract or just as a favor to the contractor who is doing a design-build, do you have a duty to provide that recommendation within accepted architectural standards?

MR. HULL: I'll object to foundation.

THE WITNESS: Yes, if you're providing professional advice.

Q (By Mr. Reilly.) Now, going to those posts we talked about, I think you indicated that you've done no studies to determine whether Swelltite could have been underneath a cement pad to which those posts were attached; in other words, between a pad and the planks?

A I think I testified that I needed to think through that detail a little further or closer. I want to fully realize the consequence of doing it.

Q Okay. Now, you've seen the repairs that -- you saw one repair actually being done the day you were there; correct?

A To the posts?

Q Yes.

A Yes.

Q And in fact, the way it's being repaired now is they cut off a portion of the bottom of the post, extend a membrane throughout so there's a continuous, or at least as

continuous as can be since they're piecing it in, and waterproofing and then put a pad and then allow the remaining portion of the post to sit on it; correct?
A I think that was essentially the repair that they installed.
Q Do you have any problems with that?
A No. Not that I can think of offhand.
Q Another witness the other day was asked regarding this sloping of the cement or whatever is underneath the membrane so the drainage is allowed and you've been asked some questions about that, and one of the people testified that one of the reasons you want to do that is to make the life expectancy of the membrane to last as long as possible? In other words, that without that drainage, it is going to shorten the expected life of a waterproofing membrane. Do you agree with it?
A Who said that? Did someone say that?
Q Yes.
A Was it me?
Q No.
A I wouldn't make that wholesale comment without any qualifiers. I wouldn't agree with that entirely. I think it matters whether you're in a freezing area or a non-freezing area, it depends on the depth of soil and all kinds of other things. But in layman's terms, I

think that ponding on a soil area over time would be bad because there's going to be a lot of things that are going to exacerbate the problem.
Q Including freezing and thawing?
A Well, freezing is one. There's going to be fertilizer added to the soil over time that's going to create chemical attack, the roots of the landscaping will be affected and root attack on waterproofing membranes is a big problem. That's going to limit the life of the waterproofing, and -- things like that. So I don't know if just soil with water standing on it by itself is going to be a problem, but water is going to draw other things into it.
Q So it's a complicated issue, but the water itself is kind of a precursor for some of these other possible problems?
A Yes.
Q And that's one of the reasons why you want a slope?
A Yes.
Q Now, that drainage mat or board such as in this application is meant to drain the water to the drains; is it not?
A It provides a channel. It doesn't drain anything, it just provides a channel for water to flow through.
Q Okay. And then the application as you would design it, there would be a slope, you would have the membrane and

then you have this drainage board and the drainage board would slope to the drains and then the drains would take away the water that was flowing down this slope?
A Yes.
Q In this application, you have two problems. You have no slope; that's the first problem, correct?
A That's right.
Q The second problem is the lowest spot in those drains is two inches above the membrane, so it's above the drainage mat?
A The drainage mat is flooded all the time. Correct. It's useless.
Q Other than providing perhaps some physical protection for the membrane underneath it, it's providing nothing regarding the flow of water?
A Correct.
Q And in fact, the drainage board can't even carry away any dirt or whatever gets into it because it's got no place to go?
A Right.
Q And over time it's going to silt up, is it not?
A Most likely.
Q And you testified earlier that in your examination of the three or four holes, you found no water underneath the membrane; correct?

A There were only two openings where the membrane was actually --
Q Okay. But in both of those two you found no evidence of water behind the membrane?
A There was partial water at the post, which was one of them, and the other one, which is where I took the larger Swelltite sample, there was none.
Q So you found no evidence of water migration behind the membrane and above the cement?
A The concrete?
Q Yes. Concrete on one side.
A Not at the large opening made at Unit 223, we didn't. We did at the post.
Q Right. And that was right around the area of the post; correct?
A Correct.
Q And you expected that water to be coming from the wood of the post?
A Or the flashing material itself.
Q Assuming that post is as it is indicated, even if water is allowed to eventually completely fill all the voids in that wood, for whatever reason, it's going to continue to put hydrostatic pressure on the top of that plank, is it not? In other words, the wood acts as a column of water, does it not, even though it's wood? I mean, it's all

porous and the water will continue to flow down that wood?
A Wood can only absorb so much moisture before it becomes saturated. I don't really know what the number is there. It's probably about 20 percent by its weight.
Q I understand that it's not going to be like a test tube full of water, but it's going to be a certain amount of water filled into those voids and it can't take any more and it's going to have pressure flow out of it?
A Sure.
Q And in that situation, gravity will keep that pressure on the plank beneath it and the plank is porous to some extent?
A Not really. The plank isn't porous. The concrete is pretty impervious. It's only able to leak through cracks.
Q Okay. So if there's a crack or a hole created by a nail or some other source to get that water into the middle of that hollow core, then it can flow?
A Yes.
Q And that would be a potential, at least, source of leak in this application?
A Yes.
Q And you indicated that you removed some materials, a wood post and some membrane. You've done no tests on those artifacts; correct?

A Nothing other than keeping them and retaining them. No test.
Q Okay. And do you at this time have any plans or instructions from anyone to do any additional testing?
A Right now, no, but Mr. Stepan and I were talking about the possibility of doing some additional testing.
Q What kind of additional testing are you contemplating?
A Laboratory testing.
Q Of what?
A The chemical testing of the film on the underside of the Swelltite membrane.
Q You have brought a box here with the post and the film?
A It should be there.
Q And these are the artifacts from your inspection?
A Yes.
MR. REILLY: I'd like to just mark this box.
(Deposition Exhibit Number 824 was marked for identification at this time.)
Q (By Mr. Reilly.) I just want you to identify that for the record?
A This is a box containing the two samples removed on the 27th of August 2002 by Mr. Chauvin and I.
Q And that has the post as well?
A The post is sort of in the center and the flashing is at

one side of it, and then there is a folded over U-shaped product that would be the Swelltite membrane that was removed from the opening at Unit 223.

MR. REILLY: Okay. I have no other questions. If you don't mind, I'd like to take about a two minute break.

(A short recess was taken at this time.)

EXAMINATION

BY MR. RAU:

Q Mr. Koziol, my name is Steve Rau and I represent the owner in this case. You might not believe it, but I only have two questions for you.

A Okay. And you wrote them out?

Q Directing your attention to Exhibit 820, upon what basis is there a conclusion that the bentonite was selected by an owner, do you know?

A I don't know. That statement or that bullet point is made in the context of information garnered through the Inspec report and Mark Chauvin to me.

Q Okay. In your experience, do you believe that if an architect presents a design to an owner, or for that matter a design professional, and the owner says okay, that then the architect or design professional is relieved of any liability for that design?

MR. STEPAN: Objection, calls for a legal

conclusion.

THE WITNESS: That's a very broad statement. There's all different types of architectural arrangements, and I don't know how this one was. But often-times there is a -- common practice is for the design architect to be brought in in the artistic, if you will, portion and then someone then takes the ball and does the nuts and bolts. That would be the architect of record, usually, the one who is going to seal the drawings and take the liability. That's a common scenario. I don't know that that was done here. I doubt it. So I guess you haven't qualified it enough for me to be able to --

MR. RAU: I'll qualify it for you.

THE WITNESS: For me to be able to really answer it properly.

Q (By Mr. Rau.) Okay. If a design professional -- I'm not going to limit it to an architect -- presents a waterproofing design to the owner and the owner says okay, is that design professional relieved of any liability for the design by virtue of the owner's consent?

MR. STEPAN: Objection, calls for a legal conclusion.

THE WITNESS: I don't know what the design is. The design may simply be selection of the material

without coming up with any of the specific details on how to make this material work, and that may be a design. Certainly material selection is part of the design.
Q (By Mr. Rau.) Are you done?
A Yes, I am.
MR. RAU: Okay. Thank you.

EXAMINATION

BY MR. HULL:
Q Mr. Koziol, my name is Bill Hull. I pulled that, what I thought was a piece of Swelltite out of your box. Is that what that is on the top there?
A Yes, it is.
Q And could you open that up for me? It's kind'a folded over. Is that clear material the water-soluble film?
A Yes.
Q Do you mind if we snipped a piece of that off and dropped it in my glass of water?
MR. REILLY: I object.
MR. VEITH: I object.
MR. HULL: I'm surprised you guys don't want to find out the truth.
MR. REILLY: Well, that's -- I guess we'll ask to strike that as argumentative in the extremus. Nothing like an unscientific test.
Q (By Mr. Hull.) Mr. Koziol, do you think these plazas

could have been waterproofed?

MR. STEPAN: Objection, vague.

MR. REILLY: Objection, assumes facts not in evidence.

THE WITNESS: Well, they were waterproofed.

Q (By Mr. Hull.) Well, let me put it this way. Do you think they could have been waterproofed to the degree that it would have kept water out of the building and the garages?

A Well, certainly.

Q Pardon?

A Certainly.

Q Now, did you see any waterproofing drawings or specifications for the plaza areas?

A No, I did not.

Q Have you done waterproofing design on new construction?

A I do a lot of peer reviews, what I call peer reviews of new designs where the design professionals submit their drawings to me for review and I will comment on them and recommend materials or changes to their details and things like that. So in that sense I do. Whenever there is a renovation, replacement of a plaza, do it then, and sometimes it's on newer construction but not brand new. It might be a building that's only a year or two old

suffering leakage, or it may be a very old building. So WJE doesn't get involved in brand new construction design, like a traditional design. We're more or less a building diagnostics firm.
Q Now, you have participated in designing a waterproofing system as remedial measures, though; haven't you?
A Oh, yes. Many times.
Q And when you do that, is it your practice to prepare drawings?
A Most often times it is; yes.
Q And what would typically be shown on a drawing for a waterproofing system? And let's talk about a below grade waterproofing system.
A Like the plaza here?
Q Yes.
A Okay. There would be a plan drawing showing the configuration of -- obviously the configuration of the plaza, where the drains are located, what the slopes are.
Q What the slopes to the drains are?
A What the slopes of the drains should be, and whether or not there will be new drains added. And from that plan there will be a bunch of keyed references that would be linked to details with various conditions around the plaza.
Q Now, if you were designing a replacement waterproofing

system for this plaza, what details would you put in the drawings?
A I'd have a drain detail, I'd have a typical wall detail, perimeter wall detail, I'd have a post detail if I knew the posts were going to be part of the construction from the beginning, drain I mentioned, post, wall, wall edge, both top and bottom of wall. And I think that's all the conditions that exist out there, so it would be all of those details. Anything else would be pretty unique and can be handled in the field.
Q And what about specifications; do you typically prepare specifications as part of a waterproofing design?
A Yes.
Q And what would you have in the specifications?
A Well, it would be in the CSI format. I would have an 07500 type specification section for the waterproofing material, probably a separate spec section for the insulation and drainage boards, or board, and one for sheet metal or paint sealant. Those would be the spec sections I would have for that.
Q Would you have anything in the specifications on application?
A Well, that would be part of every specification section, a three part -- a structure of the specifications has part 1, 2 and 3, and application is always included in

part 3 of the spec section.
Q And 1 and 2 are what?
A 1 is general, 2 is products, 3 is application. So part 1 would be general and references, 2 would be products where you list the products, and 3 the specifics of the application.
Q Now, for a waterproofing system for the plazas out at the Promenade, what would be in the general section?
A References to other related work items, standards, applicable standards, references to ASTM, references to warranty, scope.
Q And what about in the application section; what would likely appear there?
A Well, there you'd get into the specifics of the installation of the materials, what specifically to avoid, and you might get into the precautions and weather concerns, protection.
Q And in designing the waterproofing system for the plazas out at the Promenade, would you consider the type of soil that would be used in those plazas?
A I would not. I would hire a landscape specialist who is knowledgeable in that.
Q Okay. As a subconsultant to you?
A Yes.
Q And are there any characteristics of the soil that you

would believe would be important to the waterproofing design?

MR. STEPAN: Objection, lack of foundation.

THE WITNESS: Soil that has good permeability or proper permeability and one that can sustain good root growth for the plants that are planted within it.

Q (By Mr. Hull.) Now, you say permeability. Would you be looking for a soil that would drain well?

MR. REILLY: Objection, lack of foundation.

MR. STEPAN: Join.

THE WITNESS: Drainage through the soil would be a desirable characteristic.

Q (By Mr. Hull.) And would you consider in designing a waterproofing system for these plazas the number and location of drains?

A Oh, very definitely.

Q And would you consider the slope at the grade level, at ground level, as part of your waterproofing design?

MR. STEPAN: Objection as to form, lack of foundation.

THE WITNESS: Not really. That would be more of the architectural feature design and landscaping

type of concerns. I really wouldn't be concerned about that because everything is going to permeate through the soil eventually and be drained by the system under the top surface of the soil.

Q (By Mr. Hull.) So it would be your opinion, then, that drainage at the surface level would really not be a critical component of a waterproofing system; is that right?

A That's right.

Q Could those wooden canopy posts have been waterproofed?

MR. STEPAN: Objection, vague.

MR. HULL: I'm talking about the ones at the Promenade.

MR. STEPAN: Same objection.

THE WITNESS: Improvements could have been made to the flashing detail.

Q (By Mr. Hull.) I'm sorry. I didn't quite catch that.

A Improvements could have been made to the flashing detail.

Q I guess my question is if you -- well, could someone design a waterproofing system that would adequately include a waterproofing of those wooden posts?

A Sure, eventually. Regardless of the system, whether it's a Swelltite system or somebody else's?

Q Well, if you were selecting the waterproofing system, could you incorporate into that a detail that would have

waterproofed those posts?
A Yes, I could. My first choice would be, though, if I was designing it from scratch, would be to use something other than wood. But if I was given the task of I have to live with wood, I can make it work, yes.
Q And if you were responsible for the design of that waterproofing system, I guess what you're telling me, then, is you would consider the type of material that you'd use for those canopy support posts?
MR. STEPAN: Objection as to form and vague.
Q (By Mr. Hull.) Is that right?
A Well, yes, I would, but I would also consider how -- it could be broken up structurally. You could have posts supporting the slab and another post above the slab. In this case it was one continuous post, and I think it makes a difference in making the selection.
Q But if it were entirely up to you, you would at least consider what material those posts would consist of as part of the waterproofing design; is that fair?
A Yes.
Q Now, let's assume that you're stuck with the Swelltite system.
MR. REILLY: I'll object to that question. Could you rephrase that, counsel?

Q (By Mr. Hull.) Let's assume that there is a Swelltite system that's going to be used. Could you waterproof those wooden support posts?

MR. VEITH: I'll object, vague.

MR. STEPAN: Join.

THE WITNESS: I would want to see the entire post waterproofed at the top of the soil, on the other side of the concrete stoop. In other words, I would envelope the wood completely.

Q (By Mr. Hull.) Up to the top of the concrete?

A Or the bottom. You couldn't do it to the top -- or maybe you could, because the concrete was casted later. So somewhere within the concrete I would decide to do it.

Q By the way, were you aware that those posts were surrounded by one inch cedar boards above grade?

A Yes. That's more of a finishing detail. I don't remember. That may have been the case, though. That's probably the case.

Q Would that help keep water from wicking down those wood posts that might hit them from rain?

A Yes, it would.

Q One of the things in the Swelltite literature is a reference to Swelltite, and I think it's true of bentonite in general, needing to be under pressure to work properly. Is that your understanding?

A Yes.
Q What types of problems does that create when you're using bentonite on a vertical surface like these plazas up the side walls?
A Well, it creates a problem at the very top edge of the waterproofing because it's always an area of vulnerability and an area where it's difficult to maintain confinement.
Q So would it be your opinion, then, that you would have to terminate the Swelltite at some point below grade?
A You have to.
Q So then some consideration would have to be given to what would be the transition from the bentonite to somewhere above grade?
A Correct.
Q And what would your recommendation be for a material of that transition?
A I would use some other material other than Swelltite if I had to do the Swelltite.
Q Would you use a sheetgood or would you use a liquid flashing like the M-2000 in this case?
A Oh, I don't know. I'd be partial towards the sheet material and I'd have it covered over by a sheet metal counterflashing.
Q And that would be to protect it?

A Protect it from both UV and from physical abuse.
Q Did you ever see any plaza grading plans for this project?
A I didn't see any plans at all for this project.
Q Is it typical in your business to rely on observations, photographs and reports of others in reaching your conclusions?
A Yes, in that, you know, there are -- when there is factual evidence presented in the form of photographs and you have access to that or if they provide support, scientific support, it's common to rely upon them. I have been in that position myself. I know many others at WJE have.
Q Now, there has been some testimony in this case that the support brackets for those wooden canopy posts were attached to the precast with power-actuated nailers. Would you recommend that method of attachment?
MR. STEPAN: Objection, lack of foundation.
THE WITNESS: I don't know. I don't know what I would recommend because as I mentioned earlier, the attachment only needs to be temporary in nature, not permanent, because once the soil is in place, there is no concern over lateral shifting. The soil is blocking the post from moving around.
Q (By Mr. Hull.) Would you -- I'm sorry.

A So it doesn't need to be attached anymore when it's surrounded by soil and confined by it.
Q Would you consider that to be a means and methods issue?
MR. STEPAN: Objection as to form, foundation.
Q (By Mr. Hull.) Do you know what that phrase means?
A Yes. It could be. It could be very well means and methods.
Q You talked a little bit about the difficult condition at the junction of the plaza walls and the precast panels; do you recall that?
A Yes.
Q How would you have detailed that intersection?
A With Swelltite?
Q Well, yes, because that's what we're dealing with here.
A I would try to avoid -- in the first case, I would try to avoid the use of it in general, but I would probably provide a large cant of some kind, a cementitious cant, some form of cant, large, cementitious cant, or maybe a Bentoseal or bentonite clay cant, and I may or may not have put the drainage board right along the membrane. It's only two, three feet deep. It's not that deep relative to the basement foundation. So I don't know that I would have gone directly to it. I have to think about it. But I may just prefer to see insulation

directly against it rather than drainage board. And then I would have some other material -- after it terminates below the soil, I would have some other material going above it and similar to what was done in the repair, transitioning to the wall and above the wall, similar to what's done with that Miradrain material.
Q Does the phrase earth fill have particular meaning in your business?
A The word fill to me implies gravel and -- combination of materials other than soil. Gravel and fines and sand, that would be fill to me.
Q And if that were modified by the adjective earth, would that change the meaning?
A Yes. And then to me, I would interpret it to be soil and clay mixed together.
Q So earth fill would be what, then?
MR. REILLY: Objection, lack of foundation.
MR. STEPAN: Objection, asked and answered.
THE WITNESS: Soil and clay.
Q (By Mr. Hull.) In your report, on page 3, at the bottom of that top paragraph, there is a phrase that says, "The intent of the waterproofing system was to prevent groundwater and runoff accumulating within the landscaped

courtyard areas from infiltrating into the lower level townhouse units and the below grade parking garages." Would that be considered a design criteria?

MR. STEPAN: Objection as to form.

MR. SONNESYN: This is on page 3, Bill?

MR. HULL: It is. It's the last sentence of the top paragraph.

MR. SONNESYN: I see. Thank you.

MR. REILLY: Well, I guess I'm going to object because he didn't write this sentence and maybe he doesn't know what the meaning is. So I'm going to object to the form of the question as asking him to assume facts not in evidence.

THE WITNESS: I think it would be fair to characterize it as design criteria.

Q (By Mr. Hull.) That's certainly the purpose and objective of the plaza waterproofing system?

MR. REILLY: Objection, form of the question.

THE WITNESS: I'm sure it would be. I don't think anyone would intend -- there would be an intent for a waterproofing system to allow groundwater and runoff to accumulate within the townhouse units. So that has to be the only possible intent.

Q (By Mr. Hull.) There is another sentence I want to ask

you about in here, and this is under the Changes During Construction. And it says, "After the backfilling of the Building 6 courtyard was completed, the Building Inspector reportedly specified that the grade elevation at the center of the courtyards of Buildings 1 through 5 be raised to meet slope requirements related to handicap access." Do you know where your firm got the information that the grade elevation in the center of the courtyards had to be raised at Buildings 1 through 5?
A I do not. Mark Chauvin might know.
Q Okay. Would that necessarily mean that the grade elevations at the edge of the courtyards would need to be raised?
MR. STEPAN: Objection, incomplete hypothetical.
THE WITNESS: I don't know.
Q (By Mr. Hull.) You testified earlier to something that I wasn't quite clear about. You referred to a thin block on the top of the CMUs and you were kind'a pointing at your diagram. Would you explain that to me, please?
A Well, this is based -- this sketch is based upon an opening made by Mr. Kudder.
MR. SONNESYN: Which one are you looking at, Mr. Koziol? Exhibit 818?
THE WITNESS: Well, both -- yes. Exhibit

818, and both details, or sheets 2 and 3.
MR. SONNESYN: Thank you.
THE WITNESS: In an inspection opening made, I believe we saw that there was some material under the wood sill plate that had some thickness to it. I didn't dimension it or anything, I just noted there was some material that is the width of the stud wall, and it could be less or thicker than I show here in the sketch.
Q (By Mr. Hull.) But do you know what material that was?
A It's a cementitious material, but I don't know exactly the material that it is.
MR. SONNESYN: Can I ask a question for clarification?
MR. HULL: Sure.
MR. SONNESYN: On Exhibit 818, sheet number 2, what material are you referring to there?
THE WITNESS: The material that I am pointing to here, which is underneath this big X, that's the wood sill plate, and directly underneath it is this small rectangular block that's got a couple diagonal lines in it and some dots within it.
MR. SONNESYN: And that's a cementitious --
THE WITNESS: Yes.
MR. SONNESYN: Does that mean cement?

THE WITNESS: Cement-based.
MR. SONNESYN: Okay, thanks. Thanks, Bill.
Q (By Mr. Hull.) By the way, do you know if the grade at Courtyard 6 was above the concrete masonry units?
A Is Courtyard 6 adjacent to Building 1?
MR. REILLY: No. It's on the other side.
Q (By Mr. Hull.) I think it's on the other side, but why don't we let you look at a diagram of the project just so that we're sure you're talking about the same building I am. So it would be this building here. (Indicating.)
A I'm not aware of the specifics at Building Number 6. May have walked through it with Mr. Stepan and Chauvin, but all of the investigative activities took place at Building 1.
MR. HULL: Okay. I don't have any other questions. Thank you.
MR. SONNESYN: I have a follow-up question. Can I ask it now or do you want to go? I have a question I forgot to ask.

EXAMINATION

BY MR. SONNESYN:
Q Mr. Koziol, if you'll look at Exhibit -- what is your report, 820? No, 822.
A Yes.

Q And page 7, and top, it says Building 3 - Unit 115, first bullet point, "This lower level unit was identified by Mr. Tom Healey (property owner) as the only townhouse unit that experienced water leakage problems in 2001 and the only townhouse unit with ongoing water leakage problems." Is it your understanding that that includes the garages?

MR. REILLY: Well, I'll object. He already indicated this was not written by him and he didn't know anything about 3, 115. So I'll object that he lacks foundation.

THE WITNESS: I'm not sure about the specifics of this particular bullet point. I think Mr. Chauvin knows the specifics and should be asked that question.

MR. SONNESYN: Okay. Thanks.

MR. REILLY: I have nothing.

MR. VEITH: I'm done.

MR. STEPAN: We'll read and sign.

(Witness excused.)

(The deposition was adjourned at approximately 4:00 p.m.)

(End of Record.)

DEPOSITION SIGNATURE/CORRECTION PAGE

I, RICHARD S. KOZIOL, do hereby certify and state, that I have read and examined the typewritten transcript of the deposition taken of me, at the time and place therein named, consisting of the preceding 194 pages, and find the same to be true and correct. (Except as follows:)

| PAGE NO. | LINE NO. | CORRECTION/REASON |
| --- | --- | --- |

Dated this ______ day of __________, 2003.

______________________________
Richard S. Koziol

RETURN THIS SHEET TO: Charles G. Williamson, Court Reporter, 4209 113th Street West, Bloomington, MN 55437.

NOTARY-REPORTER'S CERTIFICATE

STATE OF MINNESOTA)
ss.
COUNTY OF HENNEPIN)

I, Charles G. Williamson, a Notary Public within and for the County of Hennepin, and State of Minnesota, do hereby certify:

That I reported the deposition of Richard S. Koziol, on the 10th day of October, 2003, in Minneapolis, Minnesota, and that the witness was by me first duly sworn to tell the whole truth;

That the testimony was transcribed under my direction and is a true record of the testimony of the witness;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

That the right to read and sign the deposition by the witness was not waived.

WITNESS my hand and seal this 13th day of October, 2003.

Charles G. Williamson
Notary Public
Hennepin County, Minnesota

My Commission Expires January 31, 2005.

'
'89 - 13:20
'96 - 19:6
0
00-cv-987 - 1:4
1
1 - 12:6, 12:7, 12:8,
57:24, 105:23, 2:22,
181:2, 181:3, 191:5,
1-2 - 138:8, 138:10,
1/2 - 12:66:2
86:101:20, 13:3,
10th - 6:1, 196:5
113th - 1:23, 195:25
194:1, 194:9 166:14,
120 - 4:97
13th - 196:15
142,193 - 5:4:6
152 - 5:15 65:16
157 - 5:521
1653 - 115:4
174 - 5:16
177 - 5:6
19 - 65:16
195 - 5:7, 195:4
1980 - 10:14
1983 - 8:416, 11:17
1995 - 19:60
1s - 68:16
2
163:22, 165:12, 12:8,
181:4, 192:1, 192:16,
78:18, 173:45:16,
2001 - 166:11, 194:4
77:3, 174:23 5:14,
195:22, 196:5, 196:15
21 - 65:16:20
217 - 58:21
22 - 65:16, 153:1,
154:8, 154:19, 156:19

60:18, 61:6, 62:4,
79:22, 81:1 73:3,
60:20, 61:18, 62:3,
79:15, 81:1, 143:17,
172:12, 175:31,
24 - 65:17 65:17
250 - 4:9, 4:11
27 - 65:17, 67:4,
27th - 174:23
67:6 65:17, 67:4,
2s - 68:179
3
3 - 12:7, 12:8, 80:11,
166:14, 180:25, 66:8,
189:22, 190:5, 192:1,
3-27 - 67:16, 73:8
3000 - 15:2, 15:9,
21:14, 22:25, 24:24,
33:25, 34:3, 35:2,
36:21, 37:4, 37:13,
40:2, 41:7, 45:5, 45:8,
121:11, 121:13, 22,
31 - 5:14, 196:20
33 - 4:67:3
333 - 4:19
34th - 4:2 5:15
39 - 5:12
3s - 68:17
4
62:22, 73:21, 80:15,
40 - 8:18, 86:11
4200 - 4:721
4:00 - 194:21195:25
4th - 29:3, 29:6
5
80:15, 135:21, 191:5,
50 - 113:1
5411 - 4:4, 6:4
55402-2440 - 4:19
55416-1311 - 4:4

55422 - 4:16 4:22
55437 - 1:24, 4:14,
55438 - 4:11
57 - 5:12
6
80:15, 157:8, 165:8,
193:12 193:5, 193:6,
61 - 5:121
612 - 5:15
68 - 5:13:10
7
7 - 77:9, 77:10,
149:15, 194:13,
75 - 5:13 5:13
78th - 4:11
790 - 81:25
8
139:15, 149:16,
8/12/02 - 5:11
816 - 6:8, 7:16,
816....personnel -
817 - 54:18, 54:20,
817....e - 5:11
818 - 57:2, 57:4, 11
80:15, 80:17, 87:20,
164:8, 164:9, 191:24,
818....wje - 5:12
68:18, 68:19, 72:21,
819....site - 5:12
69:10, 73:21, 95:22,
820....rich - 5:13:24
821....handwritten -
822 - 76:4, 76:6,
193:24149:9, 157:7,
823 - 152:10, - 5:14
154:1, 154:9, 154:20
824 - 5:17, 5:19,
824....box - 5:16
8585 - 4:11
86 - 5:4

9
952-888-3562 - 1:25
9:00 - 1:21, 6:6:24
A
A - 7:11, 25:11, 142:15, 175:7 86:13, 6:24, 7:16, 7:17, 7:23, 9:9, 9:13, 9:14, 9:15, 11:4, 11:5, 11:7, 12:10, 12:14, 12:16, 13:15, 14:4, 14:5, , 14:14, 14:15, 14:19, 14:24, 15:7, 15:12, 16:10, 16:11, 16:17, 16:23, 17:1, 17:2, , 17:19, 17:21, 18:12, 20:14, 20:17, 20:21, 22:7, 22:12, 22:13, 23:13, 24:2, 24:9, 24:21, 24:24, 25:15, 27:6, 27:13, 27:21, 29:4, 29:9, 29:10, 29:14, 29:22, 29:23, 30:8, 30:13, 30:20, 31:21, 31:22, 32:17, 33:17, 33:23, 34:8, 35:18, 35:21, 37:22, 40:8, 41:25, 42:11, 44:7, 45:9, 45:10, 47:15, 47:18, 47:21, 48:17, 48:19, 48:22, 50:1, 50:9, 50:11, 51:13, 51:14, 51:17, 52:10, 52:11, 52:12, 54:21, 54:23, 54:25, 55:16, 55:17, 55:20, 56:11, 56:16, 57:4, 58:2, 58:11, 58:14, 58:21, 59:18, 59:25, 60:24, 60:25, 61:1,

1

61:19, 62:17, 62:25, 8,
64:5, 64:14, 64:21,
66:21, 66:22, 67:2,
69:3, 69:5, 69:7, 69:8,
70:15, 71:21, 72:12,
73:15, 73:16, 73:23,
75:2, 75:8, 75:10, ,
75:22, 75:25, 76:6,
77:9, 77:10, 78:7, ,
79:11, 80:19, 81:19,
84:2, 84:8, 85:16,
87:10, 87:12, 88:4,
90:5, 90:8, 90:11,
91:15, 91:18, 91:19,
92:10, 92:11, 92:18,
93:12, 93:17, 94:7,
96:5, 96:8, 96:10,
96:22, 96:23, 96:24,
97:25, 98:2, 98:4,
100:13, 100:25, :1,
101:18, 101:19,
102:1, 102:2, 102:13,
102:17, 102:18,
103:21, 104:11,
104:18, 104:19,
105:25, 106:11,
106:20, 106:23,
109:24, 110:8, 09:16,
110:18, 110:20,
111:11, 111:13, 11:3,
111:24, 112:1, 112:2,
112:16, 112:23,
114:22, 114:24, 4:12,
116:7, 116:8, 117:7,
117:15, 118:6,
118:15, 118:16,
120:17, 120:21, 0:5,
122:11, 122:17,
124:1, 124:12, 125:2,
126:23, 126:24, 26:9,

127:17, 128:9, 27:14,
129:15, 130:14,
130:20, 131:8,
132:1, 132:9, 132:17,
135:5, 135:11, 33:18,
137:19, 137:23,
140:3, 140:11, 139:8,
142:19, 142:20,
143:3, 143:4, 143:5,
144:14, 144:21, 4:13,
145:5, 145:6, 145:12,
147:23, 148:19,
149:23, 150:1, 150:3,
150:12, 150:19, 0:8,
151:16, 153:4,
154:13, 155:21,
157:16, 157:18, 6:20,
158:16, 158:23,
159:7, 159:10, 159:6,
159:15, 159:18,
160:13, 160:23,
161:19, 161:23,
163:3, 163:7, 163:9,
164:12, 165:11,
167:11, 167:16,
167:19, 167:24,
168:12, 168:13, 8:4,
168:25, 169:2,
170:1, 170:2, 170:8,
170:15, 170:17,
170:25, 172:24,
173:20, 173:23, 3:16,
175:1, 175:5, 175:15,
175:25, 176:2, 176:5,
176:18, 176:22,
177:16, 178:18,
179:1, 179:3, 179:5,
179:16, 179:22,
180:12, 180:17, 80:4,
181:21, 181:23,

182:16, 183:6, 183:7,
183:23, 183:25,
185:16, 185:22,
186:20, 186:23, 6:16,
188:19, 189:23, 8:18,
191:18, 192:10,
192:22, 193:9,
196:3, 196:7, 196:10,
a/k/a - 1:1513
124:21, 149:24, 155:6
13:16, 13:21, 23:20,
70:21, 71:8, 79:22,
110:21, 110:22, 3:18,
162:16, 173:14, 53:5,
about - 8:18, 12:13,
16:16, 20:1, 22:3,
36:1, 37:17, 37:24,
40:2, 40:3, 40:14,
49:18, 54:22, 55:5,
60:7, 62:22, 65:1,
71:18, 71:21, 71:24,
78:11, 78:14, 79:11,
80:18, 80:21, 80:23,
89:5, 95:18, 96:5,
101:9, 101:23,
108:6, 120:2, 122:15,
132:5, 132:7, 132:20,
138:11, 138:13, 38:7,
143:21, 150:24,
155:9, 155:23,
156:23, 158:3,
162:1, 162:3, 162:14,
162:25, 163:13,
168:10, 169:11,
179:12, 180:11, 5:5,
183:12, 188:9,
191:18, 193:10,
About - 74:22
above - 12:17,
15:21, 58:19, 62:7,

108:7, 108:9, 109:7,
123:14, 124:1,
126:25, 127:15,
130:10, 150:2, 151:7,
166:25, 171:9, 172:9,
186:14, 189:4, 189:5,
absorb - 173:2
106:16, 106:25, 146:2
absorbs - 56:15,
absorption - 119:6
acceptable -
accepted - 107:3,
accepting - 107:14,
access - 123:18,
accessibilities -
accessory - 16:5,
accomplished - :9
according - 51:20,
According - 77:18
accumulate - :3
accumulating -
accurate - 154:16
167:13 - 106:21,
action - 196:12,
activated - 67:25,
activation - 67:25,
active - 53:6, 53:10,
activities - 193:14
144:14, 172:24
81:21, 89:11, 90:20,
99:19, 105:10, 108:8,
Actually - 72:2333:12
59:22, 61:16, 64:18,
77:12, 79:4, 80:24,
126:16, 133:11, 3:23,
163:12, 164:2,
actuated - 117:17, :2
Ada - 126:9, 129:14
129:14posed -
added - 94:4, 170:6,

adding - 120:4,
addition - 19:13,
127:12, 154:20, :20,
additional - 89:24,
174:7, 174:4, 174:6,
129:20s - 6:20,
adequately - 69:16,
adhered - 149:20,
149:24, 150:25,
152:3ence - 152:1,
152:6es - 152:5,
58:22, 59:4, 60:17,
80:25, 134:25, 193:6
adjourned - 194:20
advice - 168:83:13
advocated - 114:25
affect - 33:14, 34:4,
affected - 33:4,
170:8 33:8, 33:13,
After - 120:19, 191:2
17:25, 25:19, 48:12,
54:2, 76:3, 150:17,
189:2, 158:17, 160:3,
49:22, 49:23 49:21,
76:25, 83:19, 102:6,
against - 130:8, 8:22
age - 33:4, 162:6
aggressive - 16:21
28:14, 86:18, 110:8,
agree - 49:3, 50:13,
71:25, 73:9, 78:11,
96:15, 96:16, 111:8,
154:8, 169:16, 169:22
81:23, 85:4, 121:4
111:16- 96:12,
99:19, 99:25, 100:2,
aid - 157:21
alcohol - 32:21, 8
35:21, 33:24, 34:21,
All - 14:16, 19:19,

109:24, 122:8, :12,
133:17, 139:14,
146:22, 156:8,
160:16, 161:22, 60:6,
all - 7:19, 7:20,
11:25, 13:2, 14:6, 1:2,
20:13, 25:17, 28:8,
43:25, 46:22, 47:1,
63:22, 67:24, 68:13,
79:8, 88:23, 90:15,
101:6, 102:19, 104:7,
109:9, 112:3, 112:13,
114:1, 115:7, 118:18,
127:22, 130:12, 22:3,
136:17, 139:23,
142:10, 142:13, 41:1,
152:25, 153:18,
161:15, 162:11,
172:21, 172:25,
187:3, 193:14, 196:9
allow - 60:1, 157:1,
allowed - 89:21,
allows - 143:4,
almost - 130:16
along - 42:14,
153:15, 154:13, 53:3,
already - 72:12,
154:2, 154:21, 03:12,
156:15, 156:16,
Also - 55:23
24:13, 24:25, 47:25,
62:7, 62:15, 65:16,
95:14, 99:21, 107:8,
125:24, 141:14,
143:18, 153:3,
156:20, 158:10,
Although - 90:23
50:6, 60:7, 116:18,
am - 7:20, 7:25,
86:1, 88:22, 99:15,

163:20, 177:5,
196:10, 196:12,
American - 8:15,
99:13, 112:8, 112:9,
amounted - 104:21
154:20, 155:2 -
an - 7:11, 7:18,
10:24, 11:8, 11:15,
24:23, 27:20, 41:11,
49:19, 50:8, 51:3,
56:2, 56:11, 57:23,
70:12, 70:22, 71:8,
78:4, 78:10, 78:18,
84:14, 84:23, 87:12,
90:23, 91:7, 91:14,
96:23, 97:16, 98:1,
100:2, 100:16, 25,
103:12, 104:5, 105:1,
108:24, 109:1,
114:20, 116:2, 117:1,
121:21, 122:2,
126:22, 127:9, 129:1,
133:8, 137:22, 132:7,
146:12, 147:1, 151:3,
154:20, 155:22,
164:5, 164:12, 167:7,
175:16, 175:20,
177:24, 180:15,
191:21, 192:3, 196:13
147:5gy - 112:13,
125:7, 152:17:18,
95:15zing - 89:2,
and - 1:11, 1:15,
5:14, 5:15, 5:16, 5:17,
7:17, 7:18, 7:22, 7:25,
10:9, 10:25, 11:1, 0:5,
11:22, 11:23, 12:1, :7,
12:10, 12:12, 12:14,
12:22, 13:1, 13:6, ,
16:2, 16:11, 16:13,

16:25, 17:2, 17:3, ,
18:17, 18:24, 18:25,
22:8, 22:10, 22:13,
24:5, 24:9, 24:14,
25:3, 25:18, 25:19,
27:10, 27:18, 27:20,
29:10, 30:12, 30:22,
33:19, 34:8, 35:3, ,
39:14, 40:22, 41:7,
42:5, 42:13, 42:15,
44:11, 44:16, 44:19,
47:3, 47:4, 47:12,
48:5, 48:7, 48:23,
50:7, 50:14, 50:15,
51:5, 51:17, 52:6,
53:9, 53:25, 54:5, ,
55:10, 55:25, 56:12,
58:13, 58:17, 58:21,
60:9, 61:6, 61:18,
62:19, 63:4, 63:8,
64:4, 65:11, 65:17,
67:4, 67:6, 68:12,
70:6, 70:8, 70:18,
73:8, 73:24, 74:6, ,
74:14, 75:14, 75:15,
77:23, 78:2, 78:9, ,
79:9, 79:24, 79:25,
80:15, 81:1, 81:13,
83:18, 84:6, 84:16,
87:12, 87:14, 87:17,
88:17, 89:6, 89:12,
91:21, 92:23, 93:9,
95:10, 95:19, 95:24,
98:8, 98:10, 98:12,
100:5, 100:8, 100:14,
101:14, 101:23,
102:4, 102:11, 102:2,
104:6, 104:8, 104:13,
105:5, 105:22,
106:17, 106:19, 06:8,

107:11, 107:18,
108:7, 108:25, 109:4,
109:21, 110:5,
110:23, 111:3, 111:4,
111:22, 111:25,
112:14, 112:16,
112:23, 113:10,
114:7, 114:9, 114:11,
115:2, 116:3, 116:15,
116:18, 118:23,
119:8, 120:5, 120:14,
120:25, 121:2, 121:3,
121:19, 122:5,
122:25, 123:3,
126:1, 126:7, 126:9,
127:13, 127:15,
129:23, 130:3,
131:1, 131:2, 131:23,
132:17, 132:24,
134:3, 134:5, 134:11,
135:15, 136:6, 136:7,
137:3, 137:5, 138:2,
138:21, 139:14,
139:23, 140:5, 140:9,
141:4, 141:7, 141:13,
142:25, 143:5,
144:3, 144:4, 144:5,
144:21, 144:24,
146:13, 146:20, 5:16,
148:18, 149:15,
150:1, 150:2, 150:8,
150:20, 151:2, 151:8,
151:14, 151:16,
153:18, 154:17,
157:11, 157:17, 56:7,
158:20, 158:21, 8:8,
159:19, 160:2, 160:3,
161:7, 162:8, 163:9,
163:19, 164:3,
165:12, 165:18, 65:7,

167:21, 168:13,
169:11, 169:24, 9:10,
170:25, 171:1, 171:2,
173:7, 173:8, 173:11,
174:12, 174:23, 74:5,
175:10, 175:19,
176:8, 176:10, 176:7,
177:16, 178:9,
178:23, 179:20,
180:25, 181:2, 181:4,
182:17, 182:25, 82:6,
184:15, 184:16,
186:23, 187:1, 187:5,
188:7, 188:10, 88:3,
189:9, 189:10, 189:5,
189:21, 189:25,
190:16, 190:22,
192:7, 192:19, 192:1,
194:1, 194:4, 194:8,
195:3, 195:4, 196:4,
196:12, 196:14, 6:9,
And - 6:20, 7:15,
11:16, 11:18, 12:3,
44:10, 47:25, 48:9,
50:17, 54:5, 55:5, ,
57:6, 57:11, 57:19,
60:14, 60:24, 61:17,
64:7, 64:14, 64:17,
65:22, 66:4, 66:13,
69:8, 75:9, 77:17, ,
81:2, 81:7, 81:11, ,
83:7, 84:4, 84:12,
87:3, 88:22, 89:11,
93:8, 94:11, 94:20,
96:3, 97:3, 97:15,
99:14, 99:19, 99:21,
102:22, 105:15,
110:10, 111:3,
112:8, 117:10,
120:12, 123:9,

125:21, 127:19,
132:12, 132:15, 31:5,
135:15, 137:3,
140:22, 141:4,
143:13, 144:20,
149:13, 149:16,
151:24, 152:1, 152:5,
155:20, 156:19,
157:21, 158:10,
158:17, 159:10,
160:20, 160:23,
161:15, 162:5,
164:25, 165:22,
167:18, 168:23, 67:9,
171:17, 171:21,
172:17, 173:10,
174:3, 174:14,
177:13, 179:8,
179:21, 180:7,
181:2, 181:12,
182:16, 182:20,
186:25, 189:1,
191:2, 192:22, 194:1
131:13 - 77:20,
38:19, 38:21, 38:23,
Andrea - 4:21
angles - 104:23
92:13, 108:10, ,
184:15, 190:25 147:4,
169:8er - 144:15,
answer - 14:19,
94:16, 94:17, 98:6,
119:13, 122:5,
155:10, 176:16,
35:9, 85:5, 140:5,
answering - 49:10,
answers - 40:14,
Any - 29:16, 30:25,
any - 8:5, 8:20,
9:21, 9:25, 11:9, 13:9,

19:14, 19:15, 21:2,
23:11, 23:18, 24:12,
26:12, 26:25, 27:12,
28:22, 28:25, 30:15,
35:12, 35:14, 36:1,
36:17, 36:20, 36:25,
37:12, 37:17, 38:5,
41:6, 41:17, 44:20,
45:15, 45:18, 45:25,
48:1, 49:8, 50:19,
53:6, 53:11, 53:17,
54:2, 54:5, 54:7, 2,
64:17, 67:13, 67:19,
76:9, 76:19, 78:1,
81:4, 81:5, 82:13,
85:23, 86:8, 87:10,
92:14, 92:16, 94:2,
98:14, 98:17, 98:23,
106:12, 107:2, 107:3,
110:20, 112:7,
115:8, 119:19, 120:9,
123:3, 123:9, 123:17,
123:21, 123:25,
126:5, 127:19,
129:4, 129:12,
130:12, 131:11,
134:19, 136:11,
137:11, 137:14,
140:25, 142:8,
146:9, 157:16,
160:17, 161:14,
165:24, 166:1,
169:6, 169:21,
174:4, 175:24, 174:3,
178:14, 181:25,
196:11 187:3, 193:16,
78:17, 96:23, 116:25,
anymore - 45:10,
anyone - 21:7, 26:8,
127:24, 174:4, 190:21

Anything - 44:13,
anything - 22:1,
40:3, 50:5, 53:3, 2,
128:1, 128:21, 137:2,
170:22, 180:21,
anyway - 87:2, 91:4,
anywhere - 120:20,
apartments - , 142:5
Apartments - 29:3,
apologize - 58:15
70:5rent - 60:20,
apparently - 54:25,
appear - 73:12, :11
Appearances - 4:1
appeared - 4:2, 4:5,
4:16, 4:19, 4:22, 14,
79:18, 126:16, 148:16
applicable - 181:10
14:8, 14:9, 15:24,
19:13, 24:25, 64:4,
160:25, 170:20, 0:21,
173:21, 180:22,
181:12, 181:3, 181:6,
48:15, 50:10, 93:19,
applied - 15:9,
16:24, 33:17, 49:14,
92:17, 120:9, 142:21,
apply - 92:11,
appropriate -
approximately -
apron - 106:8
architect - 8:3, 1
12:1, 12:5, 12:8, 2,
13:18, 25:5, 97:15,
98:1, 98:15, 98:18,
127:22, 129:5,
168:1, 175:21,
176:18, 176:6, 176:8,
98:3itect's - 45:23,
1:16, 4:15, 8:15,

architects - 9:14
31:11tectural - 31:7,
43:10, 46:2, 90:20,
176:3, 182:25, 168:5,
48:3itecturally -
are - 5:17, 11:23,
14:4, 14:7, 19:1, 19:2,
31:20, 31:21, 31:25,
35:16, 35:18, 46:3,
57:9, 58:4, 58:5, 58:7,
60:12, 62:15, 62:16,
71:8, 71:18, 72:11,
75:24, 77:12, 77:15,
82:6, 84:4, 92:23, ,
98:5, 99:17, 99:19,
100:15, 101:14, 0:10,
105:15, 105:24,
107:17, 107:19,
111:3, 114:18,
115:11, 115:12,
117:10, 117:13, 7:9,
125:13, 128:19,
134:2, 134:10,
135:2, 135:19, 137:3,
149:10, 149:11, 49:5,
155:24, 158:7,
159:6, 164:22, 168:1,
179:18, 179:19, 4:14,
187:7, 191:23, 192:16
30:15, 38:16, 40:16,
65:4, 68:3, 70:21,
139:21, 149:8, 153:5,
area - 50:6, 50:8,
70:6, 71:1, 78:16, ,
107:13, 109:13, 1:23,
113:4, 127:9, 131:12,
138:20, 146:4, 146:5,
146:14, 146:18,
159:10, 159:13,
160:13, 160:14,

162:22, 165:20,
170:1, 172:14, 186:6,
areas - 43:21,
53:1, 66:14, 70:23,
75:15, 99:16, 99:17,
134:8, 138:17, 158:7,
190:1, 162:9, 178:15,
135:12 - 73:1, 97:17,
177:23ntative -
arising - 25:8, 25:13
Around - 143:16:12
13:20, 16:9, 16:12,
49:1, 59:22, 59:23,
102:21, 106:1, 0:1,
115:3, 119:3, 119:12,
145:21, 147:24,
154:14, 156:20,
179:23, 187:24,
176:4gements -
174:14cts - 173:25,
As - 83:12, 83:13,
as - 1:6, 1:7, 6:11,
10:7, 10:18, 11:22, :4,
21:1, 22:1, 22:14,
26:8, 26:11, 27:7,
28:23, 41:11, 42:8,
44:1, 46:6, 46:9, 48:8,
55:12, 64:19, 65:12,
72:5, 72:15, 78:22,
84:14, 85:7, 85:23,
91:6, 91:17, 92:2, ,
93:12, 93:17, 96:15,
99:2, 99:5, 99:22,
104:2, 104:14, 103:9,
107:22, 109:1, 110:2,
114:14, 114:25,
119:17, 122:2, 123:4,
126:17, 128:2,
135:11, 137:1, 137:4,
140:19, 142:7, 143:5,

144:13, 144:14,
148:16, 149:9, 154:4,
156:21, 156:23,
160:21, 160:23,
165:14, 165:15,
168:2, 168:25, 169:1,
170:24, 172:20,
177:23, 179:6,
182:22, 184:10,
188:4, 190:4, 190:12,
as-built - 46:6, 46:9,
ascertain - 125:5,
Aside - 35:7, 71:8
41:6, 46:12, 57:12,
ask - 6:25, 30:14,
87:4, 96:5, 102:6, ,
130:5, 139:16,
190:25, 192:12,
Asked - 140:50
41:11, 42:19, 42:21,
43:8, 43:14, 43:17,
96:9, 96:11, 104:4,
115:23, 116:6,
167:21, 168:1, 169:8,
194:13, 189:19,
62:6, 110:8, 121:5,
125:18, 141:2, 190:12
aspects - 16:1, 5:10
97:6, 112:21, 116:3,
asphalt - 19:10
assembly - 27:216
154:19ed - 154:8,
assignment - 88:7,
assignments -
assistance - 42:15
associate - 165:7,
associated - 135:12
114:21, 115:1130:21,
73:17, 75:9, 84:6,
130:6, 159:4, 165:6,

Assume - 93:8, 190:12
Assuming - 152:25,
assuming - 129:18
Astm - 23:15, 31:18,
at - 6:3, 6:5, 6:9,
9:18, 10:6, 10:18, 23,
11:9, 11:12, 11:21,
12:11, 12:16, 12:20,
16:2, 16:24, 18:1,
19:2, 19:20, 21:3,
22:13, 23:2, 23:18,
26:4, 26:5, 26:8, ,
28:5, 29:2, 30:2, ,
44:6, 46:22, 47:22,
52:6, 53:8, 53:15,
54:19, 55:1, 55:15,
58:10, 58:11, 58:13,
58:20, 58:24, 59:2,
59:14, 59:15, 59:24,
60:20, 60:21, 61:4,
62:2, 62:3, 62:8, 8,
64:22, 65:9, 65:21,
67:3, 68:4, 68:25, ,
70:13, 70:17, 71:10,
74:5, 74:9, 74:15,
77:20, 78:2, 78:3,
78:14, 79:2, 79:7,
79:22, 80:8, 80:25,
83:22, 83:25, 84:3,
85:10, 86:13, 86:18,
92:7, 92:8, 93:11,
97:4, 97:5, 98:9, ,
103:6, 104:7, 104:15,
105:10, 105:23, 05:8,
107:23, 108:16, 7:20,
112:10, 113:23, 12:3,
120:15, 121:20,
122:20, 122:21,
126:16, 127:2, 127:3,
127:22, 129:7, 131:7,

133:17, 134:3, 133:2,
136:17, 136:20,
141:21, 142:15,
145:14, 145:16,
152:11, 153:11,
157:12, 157:15,
159:4, 160:2, 160:17,
162:10, 163:21,
167:4, 167:6, 168:25,
172:13, 173:20,
174:25, 175:3, 175:7,
182:20, 183:6,
185:7, 186:5, 186:10,
189:22, 191:4, 191:9,
191:24, 193:4, 193:9,
193:23, 194:20,
At - 1:21, 10:22,
70:3, 71:3, 79:14,
149:14, 167:6100:11,
attached - 57:7,
117:15, 117:17,
attachment - 5, 188:1
187:21, 187:16,
170:8k - 170:7,
88:21pt - 49:4,
attended - 8:9, 9:6,
attention - 175:14
Attorney - 5:17,
attorneys - 26:22,
August - 7:7,
174:23, 145:17,
47:5, 115:8, 115:10
114:20ity - 114:19,
44:8, 44:931:13,
48:14, 132:20, 132:25
4:9, 4:16, 4:21, 6:4
188:16, 188:17,
30:15, 33:23, 35:12,
55:10, 72:6, 74:8,
99:19, 125:24, :2,

156:24, 163:20,
193:12, 185:14,
45:11, 89:22, 113:3,
130:17, 171:3, 171:17
B
back - 24:13, 40:6,
80:4, 80:6, 83:21,
103:3, 111:25, 112:5,
142:1, 158:21, 160:2,
backfill - 49:20,
backfilling - 144:10,
background - 35:18
bad - 24:20, 78:13,
117:5, 154:25, 170:1
banking - 78:17
base - 67:10, 70:16,
baseball - 16:17
72:19, 75:25, 78:25,
103:5, 105:8, 113:17,
143:18, 146:10,
Based - 72:181, 193:1
14:8, 188:234:4,
19:21, 27:21, 131:4,
basin - 106:15
basins - 105:25
84:20, 143:17, 146:6,
battle - 52:1
be - 8:1, 9:22,
23:16, 26:21, 30:9,
33:6, 33:8, 33:9,
33:20, 34:3, 34:13,
46:1, 47:9, 47:15,
50:14, 50:17, 51:8,
51:23, 51:25, 52:2,
55:20, 56:1, 56:12,
58:1, 59:2, 60:1, 60:7,
62:5, 62:18, 65:3,
78:6, 78:17, 80:16,
84:6, 85:23, 85:24,
88:22, 89:19, 89:21,

92:3, 92:19, 94:3,
94:16, 94:17, 95:18,
98:11, 100:7, 102:10,
103:22, 104:15,
105:12, 105:13,
106:14, 106:16,
108:23, 109:7,
109:24, 110:3, 110:6,
110:22, 110:23,
113:5, 113:9, 113:21,
118:2, 118:24, 17:25,
121:12, 121:19, 21:6,
122:11, 126:24,
130:14, 130:16,
131:10, 131:19,
132:3, 132:15,
135:16, 137:5, 137:7,
141:6, 141:14, 142:1,
144:20, 146:1, 146:6,
147:1, 147:2, 147:3,
149:20, 150:3, 150:9,
151:9, 151:22, 151:7,
156:3, 156:11,
157:18, 159:5,
163:7, 163:14,
164:13, 164:15,
167:19, 169:1, 170:1,
170:12, 170:25, 0:7,
173:20, 174:13, 73:6,
176:12, 176:15, 6:8,
178:25, 179:1,
179:20, 179:21,
180:9, 180:10, 180:8,
180:23, 181:4, 181:8,
182:15, 182:24, 82:9,
183:6, 184:2, 184:3,
185:24, 186:9,
186:16, 186:22,
188:1, 188:3, 188:7,
189:16, 190:3,

190:21, 190:24,
192:8, 193:11, 91:12,
Be - 117:12, 129:2
bear - 135:318
128:6, 128:7, 128:20,
163:24, 165:19
Because - 41:16,
109:24, 112:5,
130:19, 149:5,
14:22, 16:12, 17:10,
23:20, 24:21, 27:21,
55:20, 56:19, 58:18,
78:2, 78:6, 79:23,
98:6, 102:10, 102:12,
109:8, 109:13,
121:10, 123:12, 17:6,
128:18, 131:7,
141:14, 141:20,
151:16, 152:6, 156:3,
167:12, 167:14,
185:12, 186:6, 183:2,
188:15, 190:10,
74:8, 129:1:4,
149:23, 159:22, 173:2
been - 8:3, 8:14,
12:13, 13:2, 13:13, 21,
15:12, 19:23, 20:20,
24:5, 26:14, 27:20,
42:11, 42:12, 42:13,
56:1, 59:3, 60:18,
72:8, 74:13, 80:25,
98:1, 113:16, 113:18,
118:22, 119:23,
128:9, 129:9, 137:12,
166:7, 167:21, 164:1,
178:1, 178:8, 183:10,
185:17, 187:11,
before - 6:2, 23:4,
47:25, 49:14, 55:23,
66:6, 69:2, 74:19, ,

87:5, 87:8, 96:9, ,
119:19, 119:23,
128:13, 130:7, 25:16,
173:24, 142:5, 142:8,
54:14, 81:2223,
beginning - 20:24,
Beginning - 139:23,
begins - 7:11,
behalf - 12:17,
behind - 123:11,
142:10, 158:8, 172:4,
being - 6:11, 7:25,
23:21, 27:18, 56:4,
59:24, 59:25, 87:10,
108:16, 114:6, 7:3,
121:18, 140:18,
143:19, 149:17,
165:11, 168:18,
Believe - 104:3
21:6, 26:1, 26:14,
45:9, 45:10, 46:20,
69:3, 84:18, 88:21,
139:11, 175:11,
belong - 23:11 192:4
below - 8:21, 9:1,
11:10, 12:22, 13:5,
14:2, 14:11, 14:17,
27:13, 28:1, 28:4,
42:1, 47:11, 80:7,
93:18, 100:13, 1:16,
109:11, 116:13, 08:7,
126:23, 126:24,
135:13, 138:25, 8:25,
165:20, 179:12,
beneath - 84:25, 0:2
141:15, 163:15, 1:7,
173:11, 167:18,
Bennett - 4:18
29:25- 29:17, 29:18,
27:13, 28:9, 28:11,

56:10, 56:14, 63:13,
67:6, 67:8, 67:24,
79:7, 80:9, 81:22,
139:1, 140:11,
151:5, 160:24, 151:1,
186:3, 186:13, 188:20
127:11ite-based -
berd - 1:17, 2:8,
besides - 22:12
114:11, 118:18, 13,
119:22, 120:2, 120:7,
better - 32:1, 101:2,
120:5, 121:7, 138:24
14:10, 18:20, 24:20,
58:1, 63:24, 80:22,
82:19, 82:24, 84:15,
100:4, 100:8, 102:1,
151:8, 151:11, 35:7,
168:13, 167:22,
Beyond - 126:12
24:15, 29:4, 37:22,
101:18, 101:19, :14,
131:6, 138:15, 163:1,
big-time - 131:6
21:25, 22:8, 22:14,
177:9, 190:5, 193:3
bio - 99:9114:24
104:19, 158:3, 188:9
33:16, 34:12:10,
blanket - 144:23,
block - 125:13,
127:16, 128:9,
129:22, 141:22,
163:7, 163:8, 164:1,
167:6, 191:18, 192:20
blocks - 120:8, 3
134:16, 134:24,
142:10, 166:22, 2:9,
Bloomington - 1:24,
blow - 34:18

130:24, 142:18,
143:9, 143:11, 143:3,
171:17, 180:18,
boards - 180:18,
Bob - 80:5
55:16, 55:1725,
bolts - 176:8
bonded - 24:22
147:16 30:19, 31:1,
31:22 - 31:18,
Both - 88:17, 89:6
47:5, 55:10, 57:21,
84:7, 101:22, 121:4,
145:16, 172:3, 180:7,
bottom - 47:21, 92:1
59:5, 59:11, 59:24,
64:24, 65:15, 79:13,
111:24, 113:23, 06:7,
128:19, 131:7, 148:8,
149:15, 161:16,
180:7, 185:11, 189:22
Boulevard - 4:14
box - 174:12,
177:10, 174:22,
brackets - 187:14
27:8, 27:10:10,
179:2 - 178:24,
break - 54:15,
Brent - 114:6, 75:6
brick - 101:25
Brisbois - 4:8
176:2 - 114:14,
brought - 41:15,
176:6, 42:19, 174:12,
5:4, 6:4, 15:20, 15:23,
31:3, 31:15, 70:2,
86:15, 86:16, 87:21,
94:20, 96:8, 96:12,
104:20, 108:4, 04:11,
116:12, 116:19,

129:25, 130:5, 130:6,
131:21, 131:25,
134:13, 135:21,
140:15, 140:21, 39:7,
142:13, 155:39,
build - 9:21, 59:18,
97:24, 98:5, 99:18,
101:2, 167:24, 168:3
4:7, 95:6, 137:14:12,
12:25, 16:13, 18:23,
102:1, 102:2, 167:15,
179:4, 193:10, 193:11
52:20, 52:22, 57:24,
165:11, 166:8,
193:12, 193:15, 194:1
191:9ings - 191:5,
30:16, 53:1, 104:18,
built - 46:6, 46:9,
bulk - 87:16 141:20
73:21, 139:15,
139:20, 139:21,
148:13, 157:8, 48:8,
194:2, 194:127,
71:12, 73:23, 74:19,
bumped - 120:18
179:22- 133:18,
150:9d - 150:8,
business - 6:20,
but - 7:10, 7:24,
11:25, 13:13, 14:11,
17:9, 18:7, 18:12,
25:18, 26:15, 27:20,
43:5, 44:9, 45:1, 46:3,
53:11, 55:17, 55:18,
67:7, 67:21, 69:19,
75:5, 84:18, 85:20,
95:21, 95:23, 96:18,
103:18, 106:10, 02:9,
119:12, 127:10, 9:3,
132:13, 136:9,

138:17, 143:17,
147:11, 149:18,
156:24, 159:17,
163:19, 163:25, 63:7,
165:14, 170:12, 5:10,
175:11, 178:24, 74:5,
192:10, 193:8, 193:13
10:23, 18:8, 23:4,
48:22, 49:14, 50:2,
59:16, 60:19, 62:9,
80:10, 80:21, 92:6,
103:13, 104:4, 7:24,
110:23, 111:18,
122:9, 124:15, 127:9,
145:18, 146:25,
161:23, 165:23,
172:3, 176:4, 184:4,
button - 111:25 192:9
151:1 - 140:11,
6:14, 15:24, 17:21,
22:24, 23:17, 25:8,
31:6, 31:13, 31:16,
48:25, 54:20, 57:4,
69:1, 70:12, 71:5,
75:20, 76:6, 77:5,
82:5, 82:18, 83:23,
86:20, 87:23, 91:7,
97:3, 103:16, 104:11,
110:13, 115:8,
116:25, 122:4,
131:1, 131:21, 130:6,
134:13, 136:2,
140:15, 140:22,
148:23, 149:3, 149:8,
154:6, 154:19, 155:4,
159:4, 164:12, 158:1,
174:20, 175:9,
177:25, 178:7, 182:9,
183:17, 184:12,
185:14, 187:25,

190:16, 190:25,
193:8, 193:22, 193:4,
5:6, 19:16, 26:7, 31:1,
33:8, 33:10, 33:13,
44:11, 46:8, 48:7,
53:2, 55:9, 57:20,
63:17, 64:3, 65:1,
75:22, 77:18, 80:1,
90:5, 94:4, 94:21,
98:17, 101:6, 102:21,
103:25, 106:5,
107:6, 107:7, 109:14,
110:18, 110:23,
116:24, 120:19, 16:4,
126:10, 127:20,
129:11, 129:14,
130:12, 134:6,
137:12, 137:15,
148:9, 148:16, 146:2,
151:22, 152:19,
157:17, 158:20,
163:2, 163:9, 164:4,
170:11, 173:4, 168:2,
175:15, 176:21,
186:23, 188:2,
194:2, 194:8, 196:6,
bypasses - 142:7
bypassing - 119:4
C
98:11, 99:16, 105:25,
163:5, 178:18, 140:8,
101:22, 115:15, 163:3
175:25, 176:22
73:14, 79:8, 100:20,
Can - 14:1, 16:4,
68:21, 68:22, 86:12,
can - 16:15, 24:12, 9
33:4, 33:6, 40:9,
49:8, 49:11, 49:13,
55:22, 60:4, 61:17,

85:14, 92:3, 94:17,
102:14, 104:22, 3,
110:6, 110:19, 116:8,
122:5, 124:17, 125:2,
134:11, 134:24,
138:12, 141:23, 37:7,
144:25, 150:1, 150:2,
156:21, 156:23,
167:9, 167:10, 169:1,
180:10, 182:6, 184:5,
51:11, 73:17, 81:7, ,
87:21, 94:9, 150:16,
171:17, 173:73,
149:19, 149:20,
canopy - 183:10,
cant - 188:18,
cantered - 92:3
capacities - 20:23
93:11ity - 42:11,
Carlson - 4:4, 6:4
carrier - 140:12
171:17- 113:24,
120:14ng - 103:6,
41:12, 42:20, 44:20,
46:15, 46:25, 51:7,
59:20, 76:7, 84:18,
97:24, 98:15, 101:16,
121:11, 144:4, 117:6,
175:11, 184:16,
186:21, 187:13,
cases - 92:17,
casted - 185:12
106:14, 106:23,
cause - 24:5, 24:7,
149:6, 131:4, 134:11,
134:6d - 23:18,
cavity - 142:1,
cedar - 185:15
cement - 168:12,
Cement - 193:1192:25

193:1t-based -
188:18, 188:19,
center - 57:25,
191:8, 174:25, 191:5,
Centre - 4:1921
111:13, 132:17,
certainly - 114:10,
178:11, 190:16
178:13nly - 177:3,
162:17nty - 83:24,
196:1ficate - 5:7,
196:4fy - 195:3,
19:16, 158:22,
Chad - 4:6, 5:19,
change - 32:16,
117:7, 127:7, 128:8,
128:17, 129:13,
132:9, 189:130,
126:8, 128:2:24,
112:6, 128:5, 178:21
changing - 7:22
170:23l - 170:22,
182:15teristic -
32:8, 89:14, 94:6,
characterization -
characterize -
charge - 20:3, 26:6,
115:25, 117:23,
Charles - 1:23, 6:2,
Charlie - 84:12, 6:18
chase - 110:11,
chasing - 52:2
41:13, 41:14, 41:17,
44:6, 47:2, 53:25,
87:13, 101:6, 117:21,
135:24, 136:23,
139:5, 141:10,
166:7, 174:23,
193:13, 194:13,
75:24in's - 71:19,

110:4ing - 29:17,
119:5, 119:8:25,
32:16, 34:6, 34:19,
86:1, 170:7, 174:10
chemist - 12:5, 4
chemistry - 32:5,
Chicago - 9:16,
choice - 24:24,
149:2, 184:2, 148:19,
150:20 - 57:16,
63:23 - 22:14, 23:1,
155:10 - 146:25,
6:16, 37:25, 4:5,
chronologically - 5
chronology - 138:7
29:7innati - 29:3,
city - 102:1, 6:4
Civic - 101:21:6
claiming - 125:9
142:6, 147:4, 192:13
96:6, 96:7, 96:136:3,
clay - 56:14, 71:22,
189:21188:20, 189:15,
clean - 16:19,
cleaner - 63:9
clear - 34:11, 153:7,
191:18, 177:14,
client - 12:18,
103:22, 112:1 103:21,
95:5, 98:2486:23,
clog - 109:8, 144:20
157:17d - 157:11,
110:12- 107:8,
closer - 168:1584:1
Cmu - 126:1, 127:4,
128:18, 128:24,
131:2, 134:13, 130:9,
147:25, 162:10,
163:10, 163:16,
164:20, 164:23,

166:23, 166:22,
Cna - 1:7, 1:8
Co - 1:6, 1:17, 2:2,
co-authored - 47:5
code - 10:9, 10:10,
Coleman - 4:13
collect - 89:110:17
113:5cted - 106:25,
college - 9:3:16
4:3loid - 1:16, 2:2,
Colorful - 114:12
combination - 24:9,
come - 41:11, 56:5
17:22, 101:18,
coming - 84:7, 5:3
142:4, 159:6, 172:17,
Comiskey - 15:7,
21:9, 21:14, 22:5,
23:24, 25:9, 25:13,
39:23, 40:6, 41:7,
Commencing - 1:21
comment - 78:11,
148:18, 156:22, 9:13,
commented - 95:19
71:24nting -
76:2, 133:947:4,
105:15cially -
196:20sion -
common - 7:23, 20
56:8, 76:10, 76:11,
96:25, 104:4, 104:8,
176:5, 176:10, 187:10
Companies - 1:7, 4
company - 7:21,
Company - 1:3, 1:6,
29:151:8, 4:10, 4:22,
comparable - 53:1
35:20, 33:21, 34:6,
112:13ison -
compiled - 31:205

47:10, 48:19, 57:11,
completed - 191:3
71:23, 111:11, :20,
172:21, 185:91,
160:24tion -
43:11, 46:1, 89:12,
132:14, 104:18,
complicated - 04:13
component - 17:5,
45:16, 67:9, 78:8,
85:12, 89:2, 91:14,
109:18, 110:1,
151:1, 183:712,
84:5, 88:12, 94:19,
123:5, 127:13100:12,
composition - 32:2,
comprehend -
comprehensive -
102:25, 103:7, :5,
104:22, 109:17,
comprise - 128:11
57:22, 91:9, 92:15,
concepts - 31:24,
conceptual - 132:3,
concern - 55:5,
149:6, 158:23, 159:2,
159:14, 167:16,
187:23, 167:19,
79:20, 130:16, 155:9,
concerning - 89:18
183:1rns - 181:17,
conclusion - 23:23,
102:17, 125:2, :9,
conclusions - 176:23
26:4, 77:12, 103:23,
concourse - 15:11
15:19, 93:20, 172:11
15:13, 15:14, 15:17,
17:2, 18:12, 22:9, ,
33:19, 51:8, 51:9, ,

92:11, 92:14, 92:17,
93:23, 94:4, 105:14,
106:8, 106:22,
109:12, 110:5, 110:8,
117:16, 118:11,
118:16, 118:17,
120:8, 122:25,
134:16, 136:15,
141:24, 141:25,
147:7, 147:20,
149:22, 149:24,
153:25, 154:14, 3:20,
163:8, 165:18,
185:8, 185:10,
condition - 82:13, :5
131:10, 136:12, 30:6,
164:12, 188:9,
24:18, 46:9, 48:8,
59:6, 59:17, 70:25,
78:9, 111:23, 112:14,
179:23, 180:8,
conducted - 111:22
102:25ting - 51:3,
configuration -
179:1764:22, 132:15,
79:9igurations -
79:23gured - 59:17,
151:6, 151:8, 151:17,
confinement - , 188:2
Confinement -
confused - 58:12
conjunction - :15
connected - 135:12
27:17ction - 19:24,
consequence - 21
consider - 30:17,
51:24, 92:23, 102:14,
117:2, 131:8, 181:19,
184:8, 184:13,
consideration -

considered -
190:32, 113:4, 117:5,
consistent - 60:12
consolidation - :4
constantly - 111:13,
161:19, 115:6, 158:7,
construction - 15:1,
46:7, 54:10, 97:14,
108:17, 126:20, :16,
128:10, 134:21,
156:5, 167:14,
179:2, 180:524,
23:15, 191:2 -
12:10, 12:12, 12:15,
98:27, 42:20, 94:12,
consulted - 92:19,
127:6, 127:8, 116:23,
consulting - 7:9,
contact - 12:18,
67:8, 131:13 66:12,
contained - 46:3,
Contained - 46:10,
containing - 5:16,
contemplated -
113:1492:14, 92:16,
174:7mplating -
89:25nt - 89:19,
55:15, 88:14, 94:15,
118:12, 128:17, :6,
155:11, 175:18
173:1nue - 172:22,
8:10, 8:16, 13:7,
119:11, 119:12,
184:16 168:25, 169:1,
147:24uously -
45:20, 45:22, 95:4,
96:20, 97:25, 98:7,
100:2, 100:4, 168:2,
contractor - 97:1,
116:5, 116:24, 15:23,

127:20, 127:21, 27:6,
134:21, 137:9,
contractor's -
contractors - 56:9,
Contractors - 1:17,
114:21, 115:1121,
45:18, 98:23, 99:20,
167:21 100:7, 108:21,
contribute - 100:13,
contributed - 26:12
133:9ibutory -
controlled - 51:13,
conversation -
71:18, 75:25, 96:1,
conversations -
36:12, 36:17, 36:20,
37:12, 37:17, 40:7,
converted - 27:197:25
97:14inate - 97:9,
97:11inate - 97:10,
copies - 30:6,
Coppers - 29:14,
copy - 7:17, 26:19,
30:3, 30:13, 57:4, ,
cord - 128:6, 128:7,
core - 135:8, 173:18
67:17, 67:1816,
11:14ration - 10:16,
10:15, 24:6, 35:23, ,
60:6, 65:3, 65:24, ,
71:11, 71:13, 72:9,
77:24, 78:23, 79:10,
83:24, 84:23, 90:21,
100:9, 100:22, 15,
111:14, 112:4, 112:5,
115:24, 117:24,
122:21, 123:8, 124:4,
125:23, 126:3,
135:6, 135:18, 135:1,
146:3, 156:22, 158:6,

8

161:8, 161:11, 161:5,
162:25, 168:19,
172:15, 173:25, 195:5
54:9, 57:6, 60:23,
73:19, 77:14, 77:25,
90:22, 94:24, 96:3,
122:22, 124:20,
135:14, 151:25,
157:14, 161:6, 161:9,
171:16, 172:16,
Correction/reason -
correctly - 109:8,
correlate - 47:22,
correspondence -
corrosion - 135:15,
cost - 196:8
18:13, 24:4, 24:5, ,
30:3, 30:13, 33:9, ,
55:16, 56:1, 59:19,
80:4, 87:11, 92:5, ,
102:10, 102:20, 2:9,
125:5, 125:16,
135:2, 135:5, 135:7,
149:25, 159:5,
177:13, 178:1, 178:8,
183:19, 183:25,
185:12, 188:7, 192:8
16:15, 43:10, 77:5,
184:25, 185:20,
185:11't - 33:9,
133:14, 164:5, ,
counterflashing -
186:24, 129:18,
Country - 29:17,
County - 6:3, 196:2,
couple - 12:2,
31:22, 52:16, 59:18,
146:17, 163:9, 192:20
9:1, 28:4, 28:7, 28:9,
87:25, 93:4, 114:4,

147:15, 147:16, 7:10,
courses - 8:23,
27:17, 33:9, 27:12,
195:24- 1:1, 1:23,
121:24- 26:1, 83:21,
52:20, 57:24, 60:4,
93:4, 101:4, 105:8,
107:17, 107:23,
110:13, 111:12,
113:3, 113:6, 113:13,
135:13, 136:5,
153:13, 153:16,
157:12, 157:16,
167:1, 190:1, 191:3
193:5, 193:65:14,
courtyards - 52:19,
101:9, 102:17, 9:15,
113:20, 113:22,
114:2, 115:24,
121:20, 123:6, 126:2,
128:10, 128:15, 28:2,
130:7, 130:9, 136:12,
153:24, 160:17,
167:8, 191:5, 191:8,
Cousineau - 4:21
93:4, 101:8, 186:23
crack - 173:16:3
cracking - 136:7,
cracks - 22:13,
173:15, 119:5, 119:8,
crazy - 49:244:5, 6:16
54:24, 55:6, 66:7,
111:7, 112:2, 170:6,
created - 66:1,
creates - 56:16, 3:16
credits - 8:10, 8:16
29:18, 29:257,
criteria - 190:3,
critical - 128:18,
criticism - 143:22

32:15, 46:1, 145:1
Cubs - 122:16
current - 6:20, 50:3,
currently - 7:25,
cursory - 53:3
61:13, 61:16, 61:18,
63:12, 63:14, 65:23,
cuts - 157:1, 168:23
D
D - 4:1, 4:13, 5:1
66:1, 66:77, 56:16,
124:14, 125:93,
damaging - 110:15
data - 45:4, 45:15
147:11 56:22, 76:24,
dated - 115:42
David - 36:79
45:1, 52:10, 55:20,
145:17, 160:7, 161:7,
195:22, 196:5, 196:15
day's - 47:2 52:12
dealing - 158:13,
Dean - 46:19
debris - 16:18, 6
decay - 131:5,
decide - 160:4,
decision - 90:11,
decisions - 116:7
29:20, 47:11, 60:8,
91:24, 92:9, 92:18,
108:2, 108:3, 108:7,
146:20, 147:71,
28:1, 29:1:12, 27:1,
60:14, 60:16, 60:20,
defeated - 141:12
defects - 81:5, 81:9,
Defendant - 2:6,
4:9, 4:12, 4:14, 4:17,
Defendants - 1:10,
defer - 84:20

88:18, 104:19, 14:2,
182:19tely - 94:7,
114:14tion - 110:18,
162:16, 178:84,
demolition - 18:11,
department - 10:21,
depending - 12:23,
104:23, 150:1480:9,
94:17, 98:12, 150:17,
depicted - 80:10,
127:2, 145:13, 163:21
deposed - 101:191
Deposition - 1:20,
57:2, 61:9, 68:24, :18,
174:18, 195:2152:10,
26:2, 26:15, 26:20,
44:22, 94:25, 95:2,
196:5, 196:9, 196:14,
28:22, 28:25, 29:23,
108:2230:6, 44:20,
163:6, 169:243,
derived - 103:24
describe - 11:20, :5
described - 100:12,
describes - 96:21
88:6, 135:1, 135:17,
description - 165:7
design - 9:21, :10
24:16, 24:21, 25:3,
43:5, 43:6, 43:9, ,
91:9, 91:20, 92:15,
97:3, 97:6, 97:7, 0,
98:5, 98:8, 99:20,
111:24, 113:9, 01:2,
128:2, 129:20, 131:9,
138:7, 159:3, 159:4,
170:24, 175:21,
175:24, 176:6,
176:20, 176:21,
177:2, 177:3, 178:17,

180:12, 182:2,
183:20, 184:6,
Design - 5:14, 190:15
Design-build -
design-build - 9:21,
97:24, 98:5, 99:20,
167:24, 168:3 101:2,
designed - 101:4,
designer - 97:24,
113:7 99:21, 113:4,
179:25, 181:18, 5,
designs - 178:19
despite - 101:1715
detail - 74:5, 78:10,
125:3, 127:25, 129:7,
158:24, 158:25,
168:15, 180:3, 180:4,
183:25, 185:16,
detailing - 24:19
46:2, 46:7, 54:10, 4,
177:1, 178:21, 5:1,
192:13, 180:1, 180:9,
113:8mination -
105:1, 106:17, 107:2,
123:17, 160:4, 162:6,
determined - 93:5
develop - 48:60:23
developing - 102:4
develops - 111:2:6
diagnostics - 179:4
diagram - 58:17,
191:20, 193:9 59:1,
diameter - 16:19,
Did - 11:9, 20:5,
22:1, 25:24, 28:9,
40:14, 45:23, 45:25,
52:19, 52:24, 53:4,
53:24, 61:2, 61:13,
66:21, 67:13, 74:8,
90:11, 97:21, 102:16,

106:17, 107:2, 109:1,
123:17, 125:18, 18:6,
136:11, 136:17,
138:3, 166:1, 166:14,
did - 8:19, 9:1, 9:13,
13:15, 17:12, 20:13,
28:11, 28:12, 37:21,
50:20, 50:22, 51:1,
53:5, 53:17, 53:23,
61:6, 61:7, 61:16, ,
64:11, 66:7, 66:8, ,
85:1, 85:3, 88:15,
92:13, 94:21, 95:20,
105:23, 107:6,
116:4, 118:5, 121:20,
123:2, 123:13, 22:19,
126:12, 129:21, 25:8,
137:18, 138:17, 6:2,
143:17, 146:2,
153:19, 153:23,
155:14, 156:20,
172:13, 178:14,
didn't - 18:4, 18:7,
30:1, 39:7, 39:9, 9,
54:5, 54:7, 55:15, ,
78:1, 78:23, 79:4,
82:13, 89:23, 94:25,
98:17, 98:20, 98:23,
103:16, 103:18,
118:2, 123:21, 125:7,
136:6, 136:24, 134:1,
140:22, 145:18,
150:24, 165:14,
183:17, 187:3,
Didn't - 121:15, 4:9
difference - 120:8,
different - 11:3,
72:25, 91:13, 104:23,
differs - 96:21, 98:7
159:22, 186:7, 188:9

digging - 75:14
127:16, 153:16, 192:6
direct - 137:230
Directing - 175:14
196:7tion - 9:20,
directly - 92:12,
119:19, 120:9, 142:1,
dirt - 111:25, 126:5,
160:6, 162:23, 171:18
149:19antage -
39:7, 39:9, 39:11
37:24, 38:21, 38:23,
73:20, 133:7, 162:22
discussing - 69:97
71:23, 95:9, 133:1,
discussions - 165:5
162:20 39:22, 70:17,
69:25table - 69:17,
33:3, 34:4n - 32:11,
dissolve - 34:16, 4
85:19, 86:6, 73:18,
67:20, 73:6, 73:10
dissolving - 71:22,
distinction - 12:20,
108:6, 108:12, 8:2,
108:19, 108:15,
District - 1:1129:5
divert - 113:19
do - 8:10, 10:5, 3
22:1, 23:17, 25:12,
30:13, 30:14, 31:3,
43:22, 47:8, 47:15,
48:20, 49:8, 49:19,
50:25, 51:11, 51:21,
54:11, 55:1, 55:11,
63:17, 64:3, 64:17,
70:12, 70:16, 72:4,
74:20, 75:23, 76:10,
85:10, 85:13, 85:25, 7,
89:1, 89:15, 90:13,

93:2, 93:12, 98:8,
103:23, 104:4, 104:5,
107:21, 109:1,
114:4, 114:6, 115:18,
127:5, 127:19, 123:9,
134:13, 136:10,
140:16, 143:9,
148:7, 148:10,
150:16, 152:18,
159:2, 160:13, 58:19,
162:3, 162:4, 162:15,
165:14, 165:16,
174:4, 175:16, 174:3,
178:18, 178:22,
180:11, 185:11,
188:10, 191:10,
195:3, 196:4, 193:19,
13:23, 18:20, 19:12,
23:22, 26:7, 26:11,
28:22, 28:25, 29:22,
32:23, 32:24, 33:3,
34:19, 34:21, 34:23,
36:15, 36:23, 37:15,
38:25, 40:11, 40:24,
46:19, 47:6, 47:19,
54:10, 65:11, 66:1,
74:24, 75:25, 76:13,
87:18, 89:7, 91:7,
100:4, 100:24, 101:2,
106:8, 106:12, 05:4,
108:18, 114:18,
116:19, 117:2,
126:5, 126:15,
127:2, 128:1, 128:8,
134:16, 134:19,
138:10, 138:12, 8:7,
140:15, 141:19,
154:8, 155:4, 160:16,
166:16, 166:21,
177:16, 178:7, 188:6,

document - 46:8,
139:9, 75:21, 87:12,
44:7, 47:24 -
98:14, 114:12 -
9:17, 9:18, 9:21,
46:14, 87:16, 87:17,
154:17, 155:16 115:7,
does - 12:15, 95:22,
140:12, 153:9,
Does - 30:6, 69:15,
doesn't - 42:4, 2:25
73:18, 110:20, 2:20,
161:4, 170:22, 179:2,
Doing - 160:6
22:18, 37:20, 63:17,
122:11, 124:25, 0:13,
160:25, 161:19,
don't - 6:23, 7:13,
10:23, 11:24, 13:8,
17:9, 17:10, 17:14,
19:17, 19:19, 19:22,
21:11, 21:12, 23:24,
25:25, 27:11, 28:11,
32:22, 33:2, 33:5,
35:15, 35:17, 35:18,
41:5, 41:19, 41:20,
44:10, 45:9, 50:2,
51:21, 51:23, 52:15,
53:10, 53:12, 54:13,
60:16, 60:18, 63:16,
72:3, 72:9, 73:9,
75:9, 82:3, 84:23,
87:9, 87:15, 92:3,
99:25, 100:2, 100:6,
106:10, 106:21,
109:13, 111:6, 109:9,
114:15, 115:17,
116:16, 116:23,
120:2, 120:11, 19:10,
127:8, 128:4, 128:16,

134:15, 134:23,
136:15, 137:1,
138:24, 139:10,
140:13, 141:20,
147:11, 149:17,
152:9, 152:15, 153:8,
158:19, 161:14, 55:1,
175:5, 175:17, 176:4,
177:20, 185:16,
188:23, 190:21,
193:9, 193:160,
done - 14:23, 23:1,
54:2, 56:6, 63:17,
70:18, 74:13, 75:14, 6,
111:19, 117:24,
159:23, 159:25, 8:9,
161:11, 162:8, 166:2,
173:24, 176:11,
189:6, 194:17, 189:4,
138:17 138:16,
dots - 58:1, 192:21
176:11- 29:25,
down - 71:12, 4
80:7, 93:16, 102:10,
118:19, 120:10,
144:22, 146:3, 150:6,
151:13, 161:8,
165:3, 165:15,
185:19, 171:3, 173:1,
113:13, 113:19
133:14- 69:8, 133:8,
drafting - 9:19,
drafts - 76:9, 76:10,
draftsman - 9:135:15
17:10, 17:16, 17:18,
58:14, 58:16, 58:18,
59:19, 59:21, 59:22,
88:19, 101:4, 102:16,
111:12, 113:2, 136:6,
170:22, 180:3, 180:6,

Drainage - 143:1,
drainage - 42:22,
88:12, 88:14, 88:15,
88:25, 89:2, 89:3, ,
93:1, 101:5, 102:16,
107:23, 108:3, 108:7,
111:7, 111:12,
116:3, 142:18,
143:9, 143:11, 143:3,
169:14, 170:19,
171:17, 180:18, 1:11,
drained - 89:22, 9:1
draining - 110:143:3
17:6, 17:11, 17:16, ,
89:15, 105:2, 105:5,
105:21, 105:24,
110:7, 113:5, 143:8,
157:11, 157:16,
179:18, 179:19, 71:8,
182:18, 179:21,
drawback - 150:19
drawing - 81:25, 1
129:15, 179:11, 11,
drawings - 43:5,
46:4, 46:6, 46:8, 48:1,
125:3, 126:17, 13:15,
163:23, 176:9,
179:9, 180:220,
drips - 53:10, 53:11
138:12- 55:16,
118:7, 120:19, 129:14
177:16d - 98:9,
dual - 140:12
dug - 161:15 24:4
Dunkers - 46:216:6
38:2, 39:20, 40:2,
duplicating - 88:2
During - 8:19, 7:24
during - 8:24, 18:9,
21:17, 21:21, 49:19,

93:4, 98:10, 122:20,
136:12, 138:15,
151:14, 151:17
12:14s - 9:11, 10:20,
duty - 168:4
E
5:1 4:16, 4:18, 4:21,
87:12, 87:15, 95:20
56:23, 87:12, 87:15,
each - 7:1, 60:14,
Earlier - 88:6
74:6, 86:21, 90:8, 23,
104:21, 123:2,
136:8, 140:4, 153:17,
191:17, 187:20,
189:12, 189:16 189:7,
easily - 14:15,
easy - 98:6, 159:17,
edge - 79:24, 180:6,
edition - 139:7,
education - 8:5,
effect - 110:15,
Effect - 129:25
49:22, 55:20, 139:9
efficacy - 109:21:5
134:1, 134:5, 134:11,
166:23, 166:25,
160:14 - 50:23,
119:2, 128:24, 9:11,
130:10, 130:11,
Either - 165:4
34:17, 48:17, 55:9,
99:2, 99:23, 102:14,
136:20, 142:9, 151:6,
electric - 50:2, 50:4
electrician - 96:23
elements - 15:25
132:17, 153:18, 20,
elevations - 191:128
eliminating - 74:15

4:14ss - 1:15, 1:16,
46:12, 50:22, 63:18,
117:8, 128:21, 108:9,
151:15, 151:16, 180:9
183:23 - 78:17,
Elstner - 7:214:2
110:11 - 93:1,
75:8, 137:22, 137:23,
employees - 98:18,
encompass - 47:9
129:21, 136:17, :15,
End - 194:223, 137:4
17:15, 127:3, 131:19,
ends - 80:9, 101:13,
engineer - 12:5,
12:16, 12:21, 13:18,
94:8, 94:11, 94:22,
129:19, 139:2129:15,
44:16, 55:9, 57:20,
engineering - 7:10,
engineers - 94:18,
enough - 33:12,
176:12102:17, 113:23,
91:23e - 22:18,
entering - 167:4
24:7, 71:3, 104:17, ,
entirely - 12:19, :7
entitled - 31:1184:18
104:9y - 103:25,
entryway - 116:13
144:25, 185:97:11,
1:16, 2:2, 4:3-
equally - 48:242:19
errors - 24:4
especially - 127:11
4:8, 4:11, 4:13, 4:16,
essence - 145:1
essentially - 9:13,
169:4, 61:19, 127:4,
estimate - 101:87

42:22, 42:24, 43:2,
43:25, 92:22, 115:19,
evaluation - 46:24
104:22tions -
79:20, 81:14, 83:8,
92:1, 92:3, 100:25,
114:25, 119:8, 121:6,
136:20, 142:10,
171:17, 172:20,
event - 111:1
eventually - 78:18,
149:22, 172:21,
Eventually - 152:6
21:7, 26:25, 27:25,
83:7, 87:4, 113:14, :2,
160:16, 166:1, 138:3,
167:22, 187:28,
82:18, 98:6, 101:12,
everybody - 101:16
104:8, 108:16, 155:16
everything - 47:13,
70:8, 73:20, 108:9,
151:16, 155:21,
everything's - 27:18
evidence - 44:12,
66:13, 72:24, 73:5,
84:24, 124:13, 134:2,
166:21, 172:3, 172:8,
evidently - 87:16:13
exact - 11:25, 0:3
88:2, 147:11, 33:22,
59:15, 192:1010,
171:23ation - 53:3,
5:4, 5:5, 5:6, 6:13,
157:25, 175:8, 177:7,
examine - 51:1,
121:15, 160:13,
examined - 6:12,
examining - 43:6
49:19, 116:8, 116:12,

excavate - 50:8,
excavated - 75:112
excavation - 48:8,
59:7, 61:21, 62:2,
65:12, 65:15, 73:1,
100:17, 100:18
47:19, 50:25, 53:15,
57:17, 58:5, 58:7,
60:21, 61:14, 61:16,
161:10 117:23, 160:5,
195:5t - 160:19,
163:20 - 5:17,
excuse - 132:2:12
Excused - 5:619
exhibit - 57:8,
68:7, 68:9, 68:15, ,
87:22, 142:24, 148:6,
Exhibit - 5:10, 5:11,
5:16, 5:17, 5:19, 6:8,
54:18, 54:20, 57:1,
61:24, 62:24, 68:19,
72:21, 73:21, 75:18,
80:14, 80:17, 81:25,
149:9, 152:10, 148:5,
154:1, 154:8, 154:20,
174:18, 175:14, 64:8,
192:15, 193:23,
95:8, 95:125:17,
exist - 47:17,
existing - 11:8,
exists - 119:18,
Expand - 153:9
151:2, 151:63,
expanding - 11:6
expansion - 18:20,
19:2, 24:18, 25:3, ,
158:19, 158:14,
expect - 124:10,
expectancy -
expected - 34:23,

11

172:17151:2, 169:15,
experience - 22:9,
41:19, 42:5, 42:7,
91:12, 94:12, 97:5,
experienced - 12:3,
expert - 41:12,
expert's - 103:6:25
22:17, 22:24, 23:5,
96:25, 42:3, 96:22,
Experts - 1:15, 4:12,
Expires - 196:20:11
explain - 16:15,
Explain - 143:3,
explanation - 89:24
18:17, 132:1213,
exposure - 13:5,
Express - 4:21
101:1ssly - 99:19,
extension - 61:5
extent - 162:12, 7
exterior - 153:11,
Exterior - 153:13
extremus - 177:23
eyes - 84:115:15
F
fabric - 107:9,
142:20, 143:14,
144:23, 145:2, 145:20
facilities - 10:25
fact - 16:23, 17:25, 9
50:2, 70:7, 70:9, 5,
84:2, 85:1, 89:20, ,
111:9, 117:9, 117:22,
134:2, 150:18, 127:3,
157:3, 158:24,
168:23, 171:17,
190:12- 178:3,
187:8al - 75:16,
failure - 26:12
26:4ures - 13:17,

21:16, 25:21, 41:25,
91:19, 97:7, 103:2,
104:25, 116:7, 140:4,
Fair - 78:1:14
104:18, 153:73,
32:15, 32:18, 38:3, 8,
familiarity - 21:13
fashion - 81:19
favor - 168:27:14
fear - 113:21
182:25e - 127:19,
feel - 155:125:17
101:23, 150:9, 188:22
90:15- 24:23, 69:24,
few - 59:25, 88:4,
122:19, 137:19
57:5, 57:6, 57:11,
106:15, 142:19, :2,
fifth - 77:17, 139:11
file - 7:15, 23:24,
44:17, 45:20, 59:16,
152:14, 152:25, 6:16,
File - 1:4:17
106:9, 111:25, 136:5,
153:2, 154:12,
155:19, 155:21,
159:19, 163:25, 56:4,
189:11, 189:16 189:9,
filled - 173:7
fills - 152:617
26:9, 26:12, 32:3,
32:25, 33:4, 33:15,
34:8, 34:9, 34:10,
35:5, 35:10, 45:8,
45:16, 64:14, 67:13,
71:22, 71:25, 72:3,
72:22, 73:5, 73:6,
73:17, 85:8, 85:12,
174:12, 177:14
107:12, 109:8,

143:23, 144:13,
145:20, 144:15,
76:20, 77:2, 77:12,
131:21, 132:3, 132:5
financially - 196:12
79:2, 87:14, 87:21,
124:15, 124:17,
150:3, 156:15, 150:2,
finding - 79:1,
Findings - 77:10,
fine - 7:3, 82:4,
fines - 144:17,
finish - 30:9,
153:18, 158:20,
fire - 10:9, 10:10,
138:11, 160:1, 165:12
87:5, 87:10, 179:4,
first - 6:11, 8:13,
13:10, 13:12, 17:3, :9,
58:11, 59:6, 59:11,
65:5, 65:9, 75:5, ,
100:25, 106:5, 8:23,
118:22, 119:23,
140:18, 144:22,
152:13, 153:10,
188:16, 194:1, 196:6
firsthand - 75:10, 4
fish - 64:5, 66:120
14:24, 77:17, 114:23,
flange - 105:13
flashing - 16:2,
67:10, 71:5, 71:6, ,
119:4, 157:2, 162:10,
183:16, 183:18,
flashings - 140:9
Flood - 48:15102:21
150:13- 48:16,
171:11d - 160:1,
128:20, 163:16 128:1,
flow - 17:1, 54:14,

171:15, 173:1, 173:8,
flowing - 106:21,
flush - 105:13
focus - 88:8
folded - 175:1,
follow - 48:10,
follow-up - 193:18
134:22ed - 48:7,
follows - 6:12, 49:2,
food - 16:17
163:2- 47:25, 125:13,
for - 6:3, 6:8, 6:18,
9:6, 9:8, 9:13, 9:24,
12:13, 13:2, 14:2,
20:21, 22:8, 22:23,
26:3, 27:22, 29:25,
44:24, 44:25, 45:1,
47:10, 48:15, 49:19,
54:19, 57:3, 58:15,
68:25, 75:2, 75:19,
78:16, 82:22, 84:20,
89:24, 90:20, 92:7,
95:15, 96:18, 96:19,
99:12, 103:1, 103:21,
104:12, 104:16,
105:19, 110:25, 05:9,
114:22, 115:1, 115:3,
120:21, 124:5, 119:8,
127:24, 131:8, 132:2,
140:14, 141:13,
146:13, 146:15, 4:12,
147:4, 150:8, 150:20,
156:10, 156:24,
159:10, 160:7,
163:12, 164:17,
166:6, 166:7, 167:19,
170:23, 171:13,
174:20, 175:12,
175:25, 176:5,
176:20, 176:22,

178:20, 179:11,
180:17, 180:18,
181:18, 182:7,
184:6, 184:9, 186:16,
190:22, 192:12, 7:14,
forces - 33:7
forgot - 7:10, 147:8,
form - 48:16, 72:5,
88:24, 91:6, 99:19,
104:14, 108:24, 4:2,
121:21, 122:2, 17:1,
131:23, 140:6,
154:4, 154:23,
184:10, 187:8, 188:4,
190:12, 190:18
format - 7:22, 7:24,
forming - 46:15
135:16, 141:7, 149:8
found - 17:4, 62:17,
111:22, 145:10, 7:8,
172:3, 172:824,
71:4, 71:16, 78:21,
131:14, 131:24, :14,
148:22, 164:14,
182:23, 187:18, 2:12,
189:18, 194:10
142:2ational -
four - 15:17, 53:15,
109:21, 157:9, 01:23,
171:24, 163:2, 163:9,
fours - 125:14, 7:9
fourth - 61:3, 71:12,
165:17 164:1, 164:2,
2:9, 2:12, 4:3, 4:5
2:6, 2:9, 2:12, 4:3, 4:5
Francisco - 38:17
freezing - 110:25, 5
169:24, 170:4, 170:5
9:25, 10:8, 10:12,
freshman - 9:93:1

from - 8:6, 23:11,
35:7, 41:6, 46:2, 3,
51:4, 53:12, 54:20,
58:8, 58:9, 58:13, ,
62:12, 63:10, 63:11,
65:19, 66:2, 66:21,
71:8, 73:14, 74:2,
81:25, 84:24, 87:13,
109:4, 110:24, 03:24,
114:1, 119:4, 119:7,
124:24, 128:5, 128:6,
140:18, 147:8, 37:6,
152:25, 153:1, 159:4,
160:22, 162:5, 163:5,
174:14, 175:3,
185:19, 185:20, 84:3,
187:24, 190:1,
91:10, 116:15, 126:7,
front - 82:1, 148:6,
full - 98:11, 173:6
function - 16:13, :15
functioning - 77:20
103:1, 116:9, 140:13
94:7amental - 49:7,
furnished - 95:5,
further - 93:8,
126:13, 136:25, :25,
future - 111:2
G
G - 1:23, 4:4, 5:18,
196:1895:24, 196:3,
113:2 - 112:24,
gaining - 123:18
garage - 53:9,
123:24, 138:16,
165:20, 142:2, 142:3,
135:21s - 135:10,
52:15, 53:9, 122:23,
124:24, 131:2,
161:8, 162:3, 164:22,

190:2, 194:610,
garnered - 166:12,
Gary - 66:5, 70:17,
75:6, 117:25, 118:1,
138:1, 118:3, 137:19,
gave - 27:4, 27:17,
geared - 100:7
87:5, 87:8, 5:15,
General - 37:19,
general - 18:23,
47:13, 48:13, 50:6,
93:21, 94:15, 96:19,
101:25, 112:5, 7:25,
116:24, 127:10,
131:9, 136:10, 181:3,
188:17 181:8, 185:24,
generalization - 9
generalizing - 51:6
generally - 10:20,
50:11, 47:15, 48:12,
generates - 16:22
geometry - 112:24,
germane - 90:16
29:23, 29:24, 30:3,
63:8, 81:11, 81:12,
82:23, 82:24, 83:8,
114:15, 118:17, 3:11,
125:16, 141:22,
142:6, 142:9, 142:24,
151:16, 151:19,
164:20, 164:22,
173:17, 179:2,
gets - 120:18,
135:4, 149:22,
171:18, 153:16,
50:4, 63:14, 100:11,
137:5, 141:21, 159:20
give - 38:5, 47:13,
given - 27:5, 27:8,
35:4, 70:24, 184:4,

giving - 26:3
globally - 88:11
52:8, 52:14, 53:4,
71:12, 76:12, 77:5,
111:16, 120:20, :20,
131:1, 138:17,
158:21, 161:8,
193:19, 171:19,
goes - 16:2496:12
35:5, 40:6, 41:9, 2,
50:10, 50:11, 51:9,
55:5, 55:8, 55:11,
55:20, 56:2, 56:3, ,
79:2, 81:25, 87:13,
106:24, 113:2,
122:17, 122:18,
131:10, 131:19,
132:21, 133:7,
141:13, 141:24,
146:6, 150:3, 150:9,
157:24, 158:5,
169:15, 170:2, 170:3,
170:11, 170:12, 0:9,
173:5, 173:6, 173:8,
183:2, 185:2, 189:3,
gone - 91:22,
good - 24:19, 30:20,
31:12, 31:23, 40:4,
70:4, 73:23, 75:2,
106:12, 110:24, :13,
114:12, 114:25, 2:12,
155:12, 182:5, 182:7
got - 8:14, 30:19,
46:5, 66:8, 83:13,
132:22, 142:3,
191:7, 192:208,
Grace's - 29:21
grade - 8:21, 9:2,
11:10, 13:5, 13:9,
14:10, 14:11, 14:12,

27:1, 27:14, 28:1,
30:17, 42:1, 47:11,
91:13, 91:15, 91:16,
105:22, 107:18,
124:1, 125:11,
126:8, 126:16,
126:24, 127:1, 127:2,
128:25, 129:13,
131:21, 132:3, 132:5,
132:17, 135:13,
145:22, 179:12,
186:10, 186:14,
191:11, 193:4 191:8,
Graham - 1:16, 4:15
76:17atical -
31:11ic - 31:7,
80:16, 163:20 80:10,
119:15, 157:15,
106:8, 106:22, 146:5,
106:12, 106:14,
157:10, 157:12,
gravel - 144:16,
Gravel - 189:10
173:10y - 143:6,
greenish - 67:75
102:13, 119:8,
groundwater -
groups - 104:8
guarantee - 130:16
49:16, 92:21, 93:14,
104:15, 110:10, 14,
149:22, 176:12, 5:8,
184:7, 190:919,
gutters - 112:23,
guys - 177:209
gypsum - 130:24
H
11:4, 11:15, 13:5,
20:20, 22:7, 23:1, ,
36:1, 36:4, 36:9, 26:6,

36:25, 37:3, 37:6, ,
39:22, 54:25, 55:7,
64:12, 64:19, 65:22,
67:5, 67:14, 67:21,
69:8, 71:18, 72:23,
79:17, 79:18, 79:25,
96:1, 96:11, 100:20,
116:16, 121:8,
125:3, 128:5, 128:9,
137:19, 137:25, 6:7,
158:23, 162:2, 164:1,
hadn't - 73:6, 192:5
half - 52:11, 52:12,
121:19, 161:7, 163:9
hall - 102:2:22
59:3, 67:16, 67:17,
73:7, 122:18, 196:15
handicap - 191:6
12:19, 138:24, 12:3,
110:6, 180:1025,
hands-down - 5
handwritten - 75:23
112:24 - 56:4,
25:19, 83:10, 83:12,
happens - 140:11
hard - 47:15, 78:6
101:25aping -
has - 11:20, 11:22,
31:18, 32:23, 32:25,
40:2, 41:17, 42:11,
70:9, 75:10, 83:15,
103:12, 118:25, :22,
151:7, 160:19, 161:4,
174:24, 180:24,
190:24, 196:8, 196:13
40:25, 41:324,
7:20, 8:3, 8:5, 8:6,
10:25, 11:18, 11:24,
13:5, 13:13, 13:17,
19:23, 20:23, 22:7,

13

26:14, 26:19, 27:16,
28:3, 28:4, 28:16,
29:24, 29:25, 30:13,
39:12, 40:22, 41:8,
44:6, 44:25, 45:1,
45:10, 45:20, 46:3,
47:13, 48:5, 50:7, ,
53:10, 54:1, 55:25,
59:15, 59:23, 60:9,
65:10, 68:6, 69:1, ,
72:3, 72:20, 73:5, ,
78:12, 80:25, 81:2,
83:3, 84:14, 84:17,
85:23, 86:8, 86:20,
89:7, 89:15, 89:17,
91:23, 92:8, 93:2,
97:4, 99:2, 101:8, ,
104:20, 105:1,
106:20, 107:12,
109:16, 110:15,
111:22, 112:23,
113:18, 118:18,
121:10, 121:11,
124:24, 125:15,
126:15, 126:22, 6:8,
128:4, 128:16,
129:10, 131:3, 131:5,
135:24, 135:25,
137:12, 142:13,
147:2, 147:4, 147:18,
149:23, 150:1,
155:22, 156:21,
159:8, 159:11, 158:2,
162:8, 163:19, 164:1,
166:17, 168:3, 66:6,
170:25, 171:1, 171:5,
175:4, 175:11, 178:1,
180:3, 180:4, 180:14,
180:21, 183:10,
183:25, 184:4,

186:9, 186:11,
187:9, 187:11,
188:21, 188:24,
193:13, 193:16, 9:7,
194:16, 195:3, 196:9,
Have - 26:25, 27:25,
36:12, 36:17, 36:20,
37:9, 37:12, 37:17,
39:2, 39:4, 44:20,
45:12, 45:15, 45:18,
115:8, 156:15, :20,
haven't - 8:14,
89:17, 120:2, 163:19,
having - 10:24,
120:17, 143:19112:23,
Hdpe - 81:18, 83:1,
140:1183:6, 84:6,
22:18, 23:5, 38:3,
40:5, 63:16, 66:7,
75:10, 75:13, 75:25,
96:7, 106:6, 114:8, :6,
117:22, 118:5, 118:6,
139:1, 139:5, 190:10,
He - 20:19, 26:6,
85:5, 96:8, 96:10,
136:25, 165:15, 194:7
46:21, 75:10, 75:11,
137:2398:8, 98:9,
38:2, 75:8, 75:131,
51:25, 139:10 17:9,
Healey - 1:6, 194:3
heard - 46:20, 162:9
33:12, 33:13, 33:14,
35:4, 35:77, 35:3,
42:12, 70:10, 152:16
height - 155:251
help - 23:2, 42:15,
helps - 140:16
196:2, 196:4, 196:19
31:3, 31:4- 31:1,

here - 8:6, 9:17,
37:20, 53:13, 55:16,
69:9, 80:19, 84:2,
101:16, 105:4, 115:4,
122:19, 132:5,
133:15, 137:1,
156:1, 156:4, 165:7,
179:14, 188:15,
193:11 192:8, 192:18,
196:4y - 195:3,
hidden - 150:8,
hierarchy - 12:4
141:14, 142:7, :9,
158:16, 146:14,
89:25, 105:6, 106:9,
107:19, 107:21,
153:15, 154:12,
highlighted - 153:1
125:17 - 49:16,
36:1, 36:9, 36:12,
37:12, 37:17, 37:19,
39:24, 40:14, 40:22,
55:11, 55:13, 71:18,
165:22, 165:23, :6,
hire - 94:18, 181:21
his - 6:12, 20:11,
22:20, 26:15, 40:4,
53:25, 54:21, 75:5,
113:10, 117:25, , 87:5,
hit - 64:18, 64:19,
Hlk - 25:6
holding - 68:1,
hole - 56:2, 56:11,
119:25, 159:19,
holes - 59:23, 60:1,
109:9, 135:8, 160:7,
161:17, 171:24
173:18 - 134:14,
Hopmann - 38:7,
horizontal - 14:8,

48:15, 63:11, 63:12,
80:22, 89:6, 89:7,
141:6, 144:4, 144:5,
150:21, 160:21, 7:24,
horizontally -
hose - 16:19, 16:20,
159:15, 160:2 123:4,
Hospital - 10:7, 10:9
hotel - 14:5 34:18
house - 10:22,
Hovland - 35:24,
how - 11:20, 13:21,
17:24, 18:3, 18:17,
30:3, 32:20, 33:9, ,
49:15, 51:11, 51:15,
55:18, 56:1, 60:16,
76:16, 80:9, 95:25,
106:10, 110:5, 110:7,
118:3, 120:25, 121:1,
148:14, 150:21, 2:21,
184:13 176:4, 177:1,
15:4, 15:9, 21:19,
31:3, 41:11, 49:22,
163:1, 163:4, 188:13
84:1, 89:18, 106:14,
however - 164:215:15
huh - 131:36
31:9, 81:15, 94:14,
132:24, 164:14,
177:20, 177:25, 7:9,
183:5, 183:12, 82:16,
185:1, 185:10,
189:22, 190:6,
191:17, 192:9,
193:16, 193:4, 193:8,
hydrated - 64:12,
140:1868:2, 79:24,
150:17ion - 150:5,
hydrostatic - 90:5
172:23, 110:22,

112:8, 112:919:10,
107:25, 191:15
I
I - 4:8, 5:1, 6:15,
7:7, 7:10, 7:11, 7:13,
8:17, 8:23, 9:13, 9:20,
10:15, 10:21, 10:23, 8,
11:15, 11:24, 11:25,
13:8, 13:9, 13:10,
14:3, 14:10, 14:13,
17:10, 17:14, 17:16,
17:24, 18:8, 18:22,
19:25, 20:10, 20:11,
21:10, 21:12, 21:17,
23:1, 23:2, 23:5, 2,
24:13, 24:15, 24:17,
25:16, 25:17, 25:18,
26:1, 26:14, 26:15,
27:22, 27:23, 28:2,
29:2, 29:10, 29:12,
29:25, 30:5, 30:14,
31:7, 31:23, 31:25,
33:8, 33:9, 33:20,
34:25, 35:9, 35:17,
39:7, 39:9, 40:4, 40:6,
41:13, 41:19, 41:20,
42:22, 43:4, 43:5,
44:2, 44:5, 44:8, 44:9,
44:25, 45:1, 45:2, ,
45:20, 46:3, 46:4,
46:20, 47:1, 47:8,
50:21, 50:23, 51:1,
51:13, 51:20, 51:21,
52:15, 52:18, 52:20,
53:12, 53:16, 54:11,
55:10, 55:11, 55:12,
55:17, 55:22, 57:19,
59:13, 59:15, 59:16,
61:23, 63:12, 63:13,
65:10, 66:4, 66:6, ,

68:1, 68:21, 68:22,
70:1, 70:15, 70:17,
72:6, 72:12, 72:20,
74:4, 74:6, 74:10,
75:15, 76:2, 76:11,
78:18, 80:4, 80:7, ,
82:3, 82:17, 83:15,
84:24, 85:18, 85:20,
86:24, 86:25, 87:4,
87:14, 87:19, 87:21,
88:11, 88:21, 88:22,
90:14, 90:16, 91:10,
93:14, 93:24, 94:9,
95:2, 95:8, 95:14, ,
96:3, 96:8, 96:14, ,
97:10, 97:21, 97:23,
99:25, 100:1, 100:2,
101:19, 101:20, 1:6,
102:10, 102:11, 02:9,
104:4, 104:16,
105:23, 105:24,
106:21, 107:6, 107:7,
108:13, 108:20,
110:3, 110:8, 110:10,
112:25, 113:3, 11:16,
114:10, 114:14,
115:17, 115:25,
116:16, 116:23, 6:15,
117:14, 117:19, 7:7,
118:22, 119:10, 18:5,
120:11, 120:12, 20:2,
121:3, 121:10,
121:20, 122:1, 122:4,
122:13, 123:12, 2:10,
124:12, 124:13,
125:8, 125:21, 126:7,
128:5, 128:14, 128:4,
130:1, 130:3, 130:6,
131:17, 132:8,
133:12, 134:15, 33:8,

136:9, 136:14,
137:1, 137:11,
138:18, 138:23,
139:11, 139:13,
140:13, 140:16,
141:4, 141:20,
142:6, 142:13,
143:10, 143:13,
143:22, 144:4, 145:7,
146:1, 146:2, 146:4,
146:17, 146:25,
147:18, 147:19, 7:11,
148:14, 148:18,
149:22, 150:11,
152:9, 152:15,
153:1, 153:7, 153:8,
154:7, 154:16, 155:1,
155:14, 155:20,
156:23, 156:24, 6:18,
159:25, 160:7, 158:5,
162:15, 162:22,
163:20, 163:21,
165:6, 165:8, 165:9,
165:22, 165:24,
166:20, 166:23,
168:10, 168:14,
169:21, 169:22, 69:7,
172:6, 172:25, 173:3,
174:23, 175:4, 74:20,
175:17, 176:4,
176:24, 177:5, 177:9,
177:22, 178:16,
178:22, 180:4, 180:6,
180:20, 181:21,
183:19, 184:2, 184:4,
184:16, 185:6, 185:8,
185:23, 186:18,
187:10, 187:11,
188:16, 188:17,
188:24, 188:25,

190:8, 190:9, 190:14,
191:10, 191:16,
192:6, 192:8, 192:10,
193:8, 193:10,
193:19, 193:20,
195:3, 196:3, 196:5,
I'd - 14:15, 30:11,
90:14, 96:19, 121:10,
175:5, 180:3, 180:4,
I'll - 14:23, 78:18,
90:19, 101:12, 122:7,
139:14, 140:19,
168:6, 176:14,
194:94, 185:4, 194:7,
12:12, 14:3, 15:20,
19:14, 20:1, 23:13,
31:9, 31:24, 32:7, ,
34:2, 35:3, 35:12, ,
42:16, 47:12, 49:17,
62:6, 62:22, 63:2, ,
71:13, 72:12, 75:16,
80:14, 80:21, 80:23,
87:18, 93:14, 97:21,
118:1, 120:23, 121:5,
122:18, 124:15, 2:17,
126:17, 126:18,
136:14, 137:7,
138:12, 139:16,
152:13, 155:9, 47:11,
156:24, 157:24,
163:2, 163:8, 166:6,
183:12, 183:17,
190:11, 190:20,
194:17, 194:11,
27:2, 27:8, 41:5, 13:1,
60:10, 70:8, 111:19,
157:23, 156:23,
126:5, 127:19, 166:17
ideas - 31:24
54:19, 57:3, 61:10, ,

152:11, 174:1976:5,
86:4, 86:21, 114:13,
identify - 48:8,
49:9, 49:11, 67:2,
if - 6:23, 6:24, 7:16,
22:5, 24:12, 24:13,
30:12, 33:20, 34:10,
48:11, 50:2, 50:12,
55:13, 55:15, 55:19,
74:18, 77:16, 78:8,
85:1, 87:15, 92:3,
93:8, 93:24, 95:14,
100:25, 106:12, :23,
107:18, 108:5,
108:18, 109:13,
114:18, 115:14,
117:7, 117:8, 117:17,
121:5, 121:6, 121:8,
124:23, 125:3, 24:11,
128:13, 129:4, 127:6,
136:16, 137:11,
139:8, 140:23,
143:16, 144:17, 42:7,
150:1, 156:9, 156:15,
160:12, 160:14,
164:20, 166:1, 167:9,
170:11, 172:20, 68:7,
176:6, 177:16,
183:19, 183:24,
184:18, 186:18, 4:6,
193:23 189:12, 193:4,
32:17, 50:10, 51:10,
110:20, 113:16, 13,
142:3, 150:16, 151:5,
Illinois - 6:22, 8:7,
imagine - 94:97, 11:5
impartiality - :2
impervious -
implementation -
implemented - 8:12

128:14, 129:22, 130:3
121:13ations -
importance - 56:10
48:4, 48:24, 56:19,
129:2, 149:16, 151:3,
imposed - 129:14
improvement - 7:19
Improvements -
In - 9:3, 20:25,
84:3, 84:4, 85:16, ,
117:1, 117:6, 125:12,
135:10, 141:12,
158:7, 159:3, 167:12,
172:24, 175:20,
189:22, 192:3,
6:5, 7:4, 7:15, 7:25,
10:22, 10:24, 11:5, 25,
12:6, 12:24, 13:22,
15:7, 15:9, 15:10,
16:4, 16:22, 16:23,
18:9, 18:23, 19:7,
20:3, 20:9, 20:22, ,
22:9, 23:12, 23:13,
24:24, 25:12, 25:15,
25:25, 26:12, 27:6,
29:3, 29:7, 29:18,
34:21, 35:4, 35:19,
38:16, 39:12, 39:14,
41:15, 41:22, 42:5,
43:6, 43:7, 43:11, ,
46:3, 46:5, 46:10,
46:25, 47:2, 47:4, ,
49:10, 49:13, 49:23,
51:7, 51:21, 52:3,
53:12, 53:20, 53:25,
55:24, 56:12, 56:13,
57:21, 57:22, 59:9,
60:15, 60:22, 61:6,
63:22, 64:5, 65:9, ,
68:1, 69:9, 70:7,

73:7, 74:2, 74:3, 4,
76:6, 76:11, 78:2,
80:19, 81:5, 81:6, ,
81:23, 82:1, 82:5,
85:1, 85:4, 86:4, ,
87:3, 87:14, 87:25,
88:19, 88:22, 88:23,
90:18, 91:2, 91:8,
92:2, 92:14, 92:17,
94:12, 95:4, 95:8,
96:17, 96:18, 96:21,
97:5, 97:15, 97:23,
99:4, 99:8, 99:9, ,
101:12, 101:13, 0:6,
102:3, 102:11,
102:18, 102:23,
103:15, 104:23, 03:6,
106:15, 107:4,
110:11, 111:1, 111:2,
111:23, 111:25,
112:11, 112:20, 2:10,
114:11, 114:23, 14:4,
116:6, 116:16, 117:3,
118:12, 118:14,
118:24, 118:25,
119:25, 120:7, 19:15,
121:3, 121:4, 121:5,
121:10, 122:6, 122:7,
122:23, 123:20,
124:3, 124:10, 124:2,
124:16, 124:23,
126:8, 126:16, 126:6,
127:10, 127:11,
128:8, 128:15, 128:4,
129:23, 130:7,
131:18, 133:3,
135:1, 135:5, 135:17,
137:15, 138:21,
140:3, 140:18, 141:1,
141:25, 142:18,

143:18, 143:19,
144:22, 144:24, 4:8,
145:17, 147:5, 147:9,
148:6, 149:7, 149:8,
150:19, 150:23,
151:15, 151:16, 1:10,
153:22, 154:1, 154:3,
154:24, 155:15,
155:23, 156:5, 157:4,
158:24, 159:3, 159:8,
159:24, 160:3, 160:6,
160:24, 161:8,
161:19, 162:2,
163:22, 163:24,
166:10, 167:11, 65:7,
168:23, 169:1,
170:19, 171:8,
172:3, 172:21,
174:25, 175:11,
177:17, 177:23,
179:5, 180:1, 180:10,
180:21, 180:25,
181:18, 181:20,
184:17, 185:22,
187:4, 187:5, 187:7,
187:13, 187:21,
188:17, 189:4, 189:7,
192:8, 192:21, 194:4,
in-house - 10:22, :13
inadvert - 152:21
1:16, 1:17, 2:5, 2:8,
4:15, 4:17 4:7, 4:12,
79:12, 132:7, 132:18,
inches - 15:17, 85:15
60:4, 60:7, 63:5, 63:6,
102:18, 119:2, 119:3,
128:24, 129:21,
130:11, 160:20,
163:10, 171:9,
116:4, 123:3, 183:21,

57:7, 116:4, 129:6,
includes - 112:8, 25
Including - 170:4
20:24, 45:3, 94:25,
incompatible -
incomplete -
incorporate -
increased - 149:25
independent - 6
Index - 5:92, 123:3
39:15napolis -
indicated - 9:17,
173:23, 194:80,
indication - 167:71
indirectly - 125:8
Industrial - 2:5, 4:5,
industry - 91:19,
industry-mandated
industry- 114:20
91:19mended -
infiltrating - 190:1
information - 8:14,
74:11, 74:12, 86:5,
103:13, 166:11,
informed - 37:19
initially - 43:21, 3:8
153:2, 154:12, 156:12
inlets - 105:4, 105:9
124:14, 124:15, 9:2,
125:21, 128:21,
insoluble - 6:17, :15
Inspec - 7:8, 44:6,
51:19, 71:12, 71:15,
84:19, 84:20, 91:10,
108:13, 109:4, 109:6,
143:18, 145:11,
Inspec's - 125:10,
inspect - 52:24
53:17, 55:8, 58:16,
65:20, 70:3, 81:6,

103:16, 174:14, 192:3
install - 113:19,
installation - 23:22,
34:14, 43:2, 43:14,
88:9, 91:15, 105:17,
121:2, 151:14, 21:1,
installations -
installed - 16:4,
59:21, 77:19, 86:21,
119:18, 119:20, :4,
129:21, 131:12,
143:10, 143:24,
installing - 120:15
instance - 145:6,
instead - 167:13
23:13, 23:14, 23:16,
instructions - 174:4
15:21, 24:21, 24:22,
151:23, 151:24,
Insurance - 1:3,
integrity - 98:4:9, 4:22
intended - 85:18,
140:14126:23, 126:25,
189:24, 190:22,
interest - 99:16,
interested - 90:16,
interior - 10:10, 12
internally - 11:2
interpret - 153:5,
interpretation -
interpretations -
interrupt - 54:14
intersection - :19
intervening -
interview - 137:14
81:9mately - 38:2,
54:14, 56:2, 56:14,
62:2, 62:7, 65:23, ,
90:19, 106:3, 106:24,
119:7, 120:13, 18:7,

126:10, 131:2, 131:4,
134:24, 135:4,
137:6, 138:17, 139:8,
142:4, 142:9, 142:11,
164:20, 166:21, 3:16,
170:13, 171:18,
181:14, 181:16,
intrude - 82:3
33:10tively - 33:8,
55:13, 88:11, 102:16,
121:16, 125:18,
136:17, 136:25,
investigated - 18:1,
investigating - 28:12
111:18102:3, 102:4,
9:25, 18:9, 18:12,
24:1, 24:11, 44:14, :1,
48:19, 90:24, 91:3,
103:20, 104:5, 03:12,
107:2, 109:17,
113:12, 123:21,
130:7, 133:19,
137:16, 143:20,
investigations -
101:10, 103:7, 111:22
20:11, 48:6, 51:2,
investigator - 93:12
12:15, 28:9, 28:25,
involved - 8:20, 8
29:4, 30:10, 42:12,
60:21, 60:24, 60:25,
99:9, 101:20, 102:3,
108:17, 179:21,
involves - 23:8, 1
involving - 15:2,
inward - 112:243:3
is - 5:19, 6:1, 6:15,
7:23, 8:12, 8:13, :21,
12:22, 14:16, 15:9,
17:17, 19:7, 19:20,

28:19, 29:2, 29:5,
30:22, 32:3, 32:14,
34:6, 34:7, 34:8, 34:9,
35:7, 35:11, 35:23,
36:23, 37:15, 38:7,
42:8, 42:14, 44:17, :7,
47:13, 47:19, 48:15,
49:15, 49:16, 49:22,
51:4, 51:8, 51:12,
55:20, 56:2, 56:3,
57:11, 57:13, 57:23,
58:24, 59:17, 59:21,
63:23, 64:22, 66:25,
69:16, 70:1, 70:7, 9:7,
71:25, 72:4, 72:16,
74:20, 75:5, 75:9, ,
75:22, 76:8, 77:9, ,
79:15, 80:5, 80:7,
82:10, 82:11, 85:9,
88:10, 88:23, 88:25,
89:21, 90:3, 90:9,
91:18, 91:21, 91:23,
92:11, 92:17, 92:20,
94:9, 94:12, 94:22,
96:15, 96:19, 96:20,
97:13, 97:14, 97:18,
98:24, 99:6, 99:9,
101:14, 103:1, 103:2,
104:18, 104:24, 4:9,
106:14, 106:18,
107:10, 107:23,
109:14, 109:20,
110:18, 110:24,
112:10, 112:12, 1:18,
113:23, 114:12,
116:16, 116:17,
119:10, 119:11, 19:3,
120:10, 120:16,
122:1, 123:9, 123:12,
125:11, 125:12,

126:22, 127:9,
130:18, 130:23,
132:1, 132:6, 132:9,
132:25, 133:5,
134:12, 134:17,
136:10, 138:25,
139:12, 139:20, 9:10,
140:10, 140:13, 0:9,
142:25, 143:3,
144:2, 144:6, 144:9,
144:15, 145:23,
146:11, 146:15,
147:5, 147:19,
148:11, 148:13,
149:19, 149:20,
149:25, 150:6,
150:25, 151:2, 151:3,
151:15, 151:21,
152:13, 152:18,
153:6, 153:12,
154:1, 154:2, 154:8,
154:24, 155:18,
156:2, 156:4, 156:8,
156:16, 156:17,
157:19, 158:2, 158:5,
158:25, 159:14,
160:13, 160:20,
161:21, 162:5, 163:1,
163:11, 163:24, 3:7,
166:8, 166:16, 167:3,
169:10, 169:12, 69:9,
170:11, 170:12, 70:8,
171:8, 171:11,
172:20, 172:23,
173:13, 174:22,
175:10, 175:15,
176:5, 176:9, 176:20,
177:11, 177:12, 77:9,
179:10, 180:25,
183:7, 183:19, 184:8,

185:22, 187:7,
189:23, 190:5, 190:6,
191:1, 191:21, 192:7,
192:19, 193:23, 196:7
34:13, 34:16, 40:9,
62:21, 66:21, 67:19,
75:4, 76:6, 87:23,
117:20, 117:25, 6:7,
143:11, 152:3, 152:8,
154:19, 164:12,
177:10, 177:14,
187:4, 193:6, 194:6
120:20, 148:11, 9:12,
Isn't - 159:7
51:15, 51:16, 51:18,
isolated - 167:15
issue - 8:22, 22:13,
129:1, 129:2, 131:25,
163:20, 165:14,
issues - 10:1, 10:4,
13:6, 28:25, 42:2, 1:9,
90:16, 95:23, 70:24,
8:14, 8:25, 11:1, :1,
16:2, 16:11, 16:13,
17:6, 17:9, 17:21, ,
18:17, 19:24, 19:25,
20:15, 20:22, 20:23,
22:3, 22:8, 22:18,
24:9, 24:23, 25:17,
26:21, 27:23, 28:7,
29:10, 29:12, 29:14,
32:20, 32:24, 33:6,
33:14, 33:18, 33:19,
34:13, 34:16, 34:17,
37:25, 39:7, 40:4,
41:22, 41:25, 42:19,
49:10, 49:14, 49:15,
50:6, 50:9, 50:15,
51:16, 51:18, 51:21,
52:6, 53:3, 55:14,

57:13, 59:12, 59:14,
61:4, 61:6, 62:18, ,
63:17, 63:20, 63:21,
65:13, 66:2, 66:4,
67:14, 67:15, 67:21,
70:4, 70:22, 72:19,
73:12, 73:13, 73:16,
77:16, 77:17, 79:21,
81:8, 81:20, 81:22,
82:24, 83:15, 84:17,
86:3, 86:6, 86:7, 3,
87:22, 87:24, 88:1,
88:11, 88:21, 89:18,
90:19, 91:1, 91:12,
94:17, 94:20, 95:5,
95:22, 96:3, 96:5, ,
98:12, 99:8, 100:1,
101:14, 101:24,
104:3, 104:19, 105:8,
106:14, 106:23,
110:3, 110:21,
111:25, 113:10,
115:2, 115:4, 116:1,
117:11, 118:24, 6:16,
119:12, 120:3, 119:3,
120:21, 120:25,
123:12, 123:23,
124:18, 125:10,
126:16, 127:3, 127:8,
129:16, 130:5, 131:3,
131:20, 132:11,
133:7, 133:8, 133:9,
133:14, 134:1,
136:16, 136:24, 35:5,
137:21, 138:10,
139:10, 140:7, 140:8,
140:23, 141:4,
142:5, 142:7, 143:5,
143:21, 144:18,
145:18, 145:21, 45:6,

148:2, 148:9, 148:11,
148:20, 148:21,
149:1, 149:17,
149:22, 149:23,
150:17, 150:20, 0:11,
150:25, 151:2, 151:6,
151:16, 151:18,
151:22, 152:3, 152:5,
152:14, 152:15,
154:21, 154:25, 53:9,
156:12, 156:17,
157:20, 159:14,
159:23, 159:25,
160:13, 161:4,
164:22, 164:23, 63:5,
165:15, 165:24,
166:16, 167:2, 167:3,
167:17, 168:16,
169:16, 169:19, 9:14,
170:11, 170:13,
170:24, 171:14,
172:20, 172:23,
173:8, 173:11, 173:7,
175:11, 176:11,
176:16, 176:18,
178:7, 178:9, 178:23,
180:8, 180:15, 182:8,
184:13, 184:16, 4:5,
185:13, 185:21,
186:25, 187:1, 187:4,
188:24, 188:25, 8:17,
189:14, 190:14, 9:4,
191:2, 192:5, 192:6,
192:19, 192:21,
193:19, 194:1, 194:6
15:11, 16:10, 17:23,
28:12, 29:11, 29:14,
60:18, 61:4, 61:25,
64:5, 64:19, 66:24,
76:16, 81:17, 83:3,

98:13, 104:15, 5,
110:20, 112:18,
131:17, 132:1, 135:7,
145:25, 149:21,
152:19, 153:2,
164:15, 170:22,
188:7, 190:625,
8:17, 11:25, 14:20,
17:18, 27:21, 30:7,
34:11, 34:23, 34:25,
48:16, 50:5, 50:6,
58:18, 67:7, 69:3,
73:17, 74:5, 78:8,
82:23, 84:6, 85:18,
87:11, 96:16, 96:20,
104:4, 110:20, 111:5,
115:2, 115:4, 115:10,
119:1, 126:25,
132:24, 141:20,
142:22, 142:25,
148:12, 150:8,
151:16, 151:17,
156:4, 156:5, 156:6,
159:17, 160:12, 59:6,
168:23, 170:14, 68:2,
171:18, 171:21,
173:5, 173:6, 173:8,
185:23, 186:6, 186:7,
It's - 8:1, 13:8, :8
15:12, 19:10, 24:2,
49:23, 66:25, 67:6,
86:10, 87:20, 87:22,
111:11, 111:15,
115:6, 125:17, 115:3,
150:9, 152:15, 150:4,
155:7, 156:5, 157:18,
161:24, 163:3,
173:14, 177:13,
192:10, 193:7,
30:1, 153:1, 153:22,

154:19, 156:19154:8,
items - 48:13,
its - 34:4, 86:1,
112:18, 124:17,
148:17, 148:18,
itself - 62:9, 66:15,
128:16, 140:10, 7:18,
155:25, 165:3, 167:5,
170:14, 172:19
Iverson - 4:11
J
4:171:17, 2:8, 4:6,
4:17rd - 1:17, 2:8,
Janney - 7:21, 13:4,
30:6, 87:7, 93:11,
Janney's - 88:7104:12
Jel/jsm - 1:4:20
22:18, 23:2, 30:8,
39:24, 40:1, 40:6, ,
51:22, 55:24, 56:6,
148:15, 150:12, 158:4
102:11 38:4, 39:14,
6:15, 9:6, 9:24, 10:7,
38:2, 39:20, 41:13,
68:64, 43:20, 54:13,
44:15, 55:9, 57:20,
76:20, 103:19, 106:6
182:13, 185:5 131:15,
joined - 11:16, 12:1,
joins - 78:1013:14
63:22, 63:24, 82:18,
jointly - 133:5
18:20, 18:23, 18:24,
135:7, 148:1, 158:7,
Josam - 17:109
junior - 9:10, 12:1,
just - 6:17, 6:23,
14:10, 20:13, 24:25, 0,
48:16, 51:12, 53:3,
60:18, 67:2, 67:19,

72:20, 78:24, 79:20,
88:3, 93:2, 95:18,
102:21, 104:4,
110:20, 111:4, 111:9,
120:23, 122:17,
128:20, 131:1,
135:25, 136:22,
146:9, 146:17, 142:6,
151:6, 158:20, 162:8,
165:10, 168:2, 65:3,
174:16, 174:20,
Just - 30:1, 106:19,
155:24, 153:22,
Justin - 31:1
K
keep - 8:11, 30:1,
111:10, 120:17, 13,
185:19, 173:10,
174:1ng - 151:13,
keeps - 56:15,
kept - 53:25, 61:20,
Kerns - 38:14
kind - 9:2, 14:18,
56:7, 61:5, 61:6, 67:7,
111:7, 125:7, 144:23,
kind'a - 56:16, 88:18
191:19, 177:13,
knee - 166:18,
knew - 121:18, 167:18
131:18, 180:4 122:5,
know - 6:24, 9:22,
14:14, 17:24, 18:20,
19:23, 19:25, 21:7,
23:17, 23:22, 24:2,
25:22, 26:11, 26:22,
30:3, 32:2, 32:11, ,
32:24, 33:3, 33:6, ,
34:3, 34:10, 34:19,
35:10, 35:13, 35:15,
36:23, 37:6, 37:15,

38:19, 38:25, 39:7,
40:22, 40:24, 41:5,
41:20, 41:23, 44:8,
48:4, 50:2, 50:4, 9,
51:23, 52:17, 52:18,
66:1, 67:24, 72:8, ,
74:18, 75:5, 75:9,
86:2, 87:9, 87:18, ,
92:16, 92:17, 93:24,
98:13, 99:23, 100:4,
100:25, 101:2, 101:7,
104:17, 104:18,
108:14, 108:18,
114:18, 114:21,
116:5, 116:12,
116:23, 117:1, 117:2,
118:2, 118:25, 17:17,
121:10, 121:13,
126:18, 127:2, 127:6,
128:8, 131:17, 28:4,
132:16, 134:13, 32:8,
137:1, 137:2, 137:8,
137:21, 137:23,
138:12, 138:24, 8:10,
139:12, 139:13,
141:19, 143:9,
147:11, 148:19,
150:2, 151:8, 152:18,
155:1, 155:13,
159:5, 160:16, 162:8,
163:21, 165:6,
173:3, 175:16,
176:11, 176:24,
187:11, 187:19,
190:11, 191:7,
192:9, 192:10, 193:4,
knowing - 125:4
41:18, 42:15, 84:17,
129:4, 129:10, 136:1,
knowledgeable -

knows - 139:5,
Koziol - 1:20, 5:3,
6:19, 25:12, 43:21, ,
122:13, 146:1, 6:16,
177:25, 191:24,
195:23, 196:5,
Kudder - 80:5,
191:22 96:21, 100:17,
Kudder's - 95:9
L
laboratory - 48:11
lack - 24:17, 24:20,
141:17, 182:3, 33:20,
187:17, 189:17,
194:10- 139:4,
120:10 22:1, 116:22,
Lancaster - 29:19
landscaped - 51:14,
landscaping -
language - 155:10
large - 50:11, 55:14,
104:18, 105:24, 02:2,
188:18, 188:19,
22:9, 23:16, 74:15
larger - 172:6, 16:8
Larry - 39:8, 39:9
42:13, 43:7, 44:14,
95:22, 103:15, 21,
118:2, 121:24,
139:17, 139:21,
157:10, 169:13, 190:6
later - 144:25,
lateral - 187:23
135:5, 151:1020:20,
law - 112:16
45:19, 87:25:22,
lay - 118:19, 144:8,
layer - 128:9
layman's - 169:25
107:14s - 107:5,

leak - 13:16, 13:21,
47:22, 48:19, 49:2,
57:18, 70:25, 84:8,
93:12, 101:9, 101:13,
103:20, 104:12,
142:1, 142:4, 148:1,
161:4, 173:14, 173:20
22:12, 37:22, 48:23,
70:15, 70:20, 70:25,
102:5, 134:3, 160:2,
166:10, 179:1, 194:4,
leaking - 70:10,
130:17, 158:5, 158:8,
leaks - 17:3, 17:4,
47:16, 47:24, 48:21,
50:24, 53:6, 53:7,
70:13, 70:22, 71:9,
112:6, 123:6, 124:4,
131:5, 142:5, 149:25,
162:2, 162:13, 162:1,
learned - 30:15, :12
least - 27:3, 53:8,
95:25, 97:4, 97:5,
107:20, 112:19, 5:23,
127:12, 133:17,
168:25, 173:20,
leave - 11:14
157:17 - 157:11,
27:12red - 26:25,
led - 99:2127:25
67:17, 67:18, 67:22
67:16, 67:17, 67:18,
leg - 9:13
96:18, 175:25, 176:22
40:13ikow - 40:11,
less - 91:4, 95:20,
Let - 24:13, 30:8,
let - 6:24, 32:24,
93:16, 95:24, 96:3,
Let's - 85:20, 86:11,

let's - 27:21, 30:1,
59:22, 62:11, 67:8,
104:6, 105:25, 02:13,
123:14, 128:22, 15:2,
140:8, 142:24,
184:22, 179:12,
letter - 87:15
13:15, 13:18, 91:8,
105:5, 105:6, 105:10,
107:18, 107:20,
110:9, 111:11,
119:16, 124:19,
128:22, 132:9, 127:5,
162:23, 166:25,
183:6, 190:1, 194:2
liability - 175:24, 1
Libertyville - 11:5
license - 8:111
life - 10:8, 32:23,
169:15, 170:9169:13,
like - 6:23, 10:9,
17:9, 24:25, 29:11,
39:15, 46:4, 49:24,
57:25, 58:1, 64:12,
77:16, 81:8, 81:19,
103:14, 108:24, 5,
115:7, 115:11, 15:4,
120:25, 131:22,
152:19, 159:7, 149:7,
174:16, 175:5,
179:3, 186:3, 186:21
179:14 16:19, 116:24,
159:12, 171:22,
limit - 14:11, 170:9,
limited - 20:17,
109:6, 44:17, 52:22,
Linda - 36:231
123:14, 125:25,
126:19, 127:2, 128:25
lines - 58:1, 192:20

138:8, 138:10, 3:1,
165:21, 166:24,
linking - 32:14,
links - 165:6
67:10, 80:1, 85:16, ,
Liquid - 66:19, 85:17
67:1, 67:10ied -
66:19d-applied -
30:9, 30:10, 41:9,
listed - 8:6, 23:12,
literature - 44:24,
litigation - 25:8,
101:15 25:24, 101:13,
little - 67:15, 86:25,
122:12, 151:10, 0:15,
188:9, 163:7, 168:15,
living - 167:19
Llp - 4:18 4:11, 4:20
localize - 49:5,
localized - 58:22,
167:12, 167:11,
locate - 57:16,
located - 61:21,
location - 11:7,
70:5, 79:2, 80:8, 0,
locations - 57:17,
80:24, 106:6, 167:7,
28:14, 78:18, 132:21,
longer - 112:3
21:24, 22:1, 47:21,
64:10, 64:12, 82:2,
123:25, 124:3,
166:14, 193:9, 193:23
52:6, 53:15, 54:10,
60:21, 61:11, 63:21,
68:4, 70:4, 75:14,
104:17, 135:25, 4,
136:25, 136:22,
53:8, 70:6, 90:16, 7,
132:16, 159:4, 164:7,

looks - 115:4,
losing - 52:1
10:8, 11:4, 11:7,
16:10, 16:17, 16:22,
18:22, 18:24, 24:17,
55:20, 62:17, 70:7,
124:13, 153:4, 6:23,
156:20, 166:23,
louder - 155:3
lower - 105:6,
127:3, 190:1, 194:2
171:8t - 143:7,
Luke's - 10:6
lumped - 43:196
lumping - 14:6
M
made - 27:2, 33:11,
57:20, 58:16, 58:20,
74:9, 79:22, 84:1,
103:19, 106:5, 5:12,
108:19, 109:22,
118:21, 128:5,
129:15, 134:17,
145:17, 148:20,
160:11, 164:10, 60:9,
175:18, 183:16,
Madison - 28:5, 192:4
magistrate - 147:9
mail - 5:11, 54:20,
95:20, 87:12, 87:15,
113:21, 114:8, 114:9
maintain - 186:8
maintenance - 98:4,
major - 149:18,
150:22, 150:19,
make - 7:1, 35:8, 3:9
55:19, 56:3, 56:11,
90:11, 92:19, 94:3,
104:6, 105:9, 108:2,
117:7, 125:2, 125:7,

142:6, 160:4, 160:12,
177:2, 184:521,
108:13, 155:12,
makeup - 34:6,
making - 14:7, 6:1
80:5, 104:7, 148:18,
man - 33:11
manage - 12:17,
manager - 12:11,
mandated - 114:19,
148:17, 168:20,
114:23 - 30:22,
19:16, 105:15-
6:16, 17:19, 25:14,
many - 8:9, 8:10, 12
15:4, 16:12, 17:3, ,
23:3, 27:10, 54:12,
102:7, 118:11, 01:14,
164:21, 187:11,
mapping - 49:1779:7
mark - 84:12,
Mark - 4:11, 38:7,
42:14, 44:5, 47:2, ,
74:11, 75:24, 86:16,
95:25, 101:6, 126:7,
135:24, 136:23,
139:5, 145:15,
165:15, 166:7,
191:10, 175:19,
148:11 - 139:2,
57:2, 61:9, 68:7, 8,
149:9, 152:10, 174:18
146:19, 193:5:25,
mastic - 67:816
171:10, 171:11
16:10, 17:1, 17:23,
24:9, 24:14, 27:13,
29:13, 33:11, 40:8,
67:7, 80:7, 110:19,
120:5, 127:13,

143:4, 145:2, 146:23,
150:7, 150:8, 150:16,
151:21, 172:19,
177:14, 180:17, 77:3,
186:16, 186:18,
189:6, 192:4, 192:7,
192:11, 192:16,
Materials - 31:18
21:8, 22:9, 27:16,
35:16, 39:17, 43:6,
46:5, 47:1, 53:18,
94:21, 127:10, 9, 94:1,
147:13, 147:14,
173:23, 178:21,
matter - 110:20,
175:22, 150:21,
May - 5:14, 77:3,
may - 8:23, 19:23,
46:1, 48:10, 53:10,
109:12, 123:6, 8:10,
132:15, 135:24,
149:16, 166:6,
185:17, 188:20, 79:1,
Maybe - 21:20
27:7, 31:16, 48:9,
93:17, 105:23, 108:5,
122:9, 132:13, 120:5,
185:11, 188:19,
Mcgowan - 36:23
me - 6:24, 7:4,
16:4, 18:3, 19:21,
23:1, 24:13, 24:16,
34:7, 35:3, 39:25,
47:14, 49:3, 50:13,
61:22, 69:24, 70:12,
88:3, 88:18, 93:2,
102:6, 104:16, :5,
117:21, 119:11, 13:1,
132:19, 133:23, 1:18,
140:9, 144:1, 149:6,

155:12, 165:22,
166:20, 169:19,
176:15, 177:13,
189:9, 189:11, 184:7,
195:4, 196:620,
87:5, 87:84:6, 5:15,
33:10, 43:11, 44:25,
52:5, 54:13, 64:3,
75:15, 76:17, 82:3,
97:1, 97:9, 97:10,
115:10, 129:24,
153:23, 155:2, 156:9,
172:25, 191:11,
meaning - 70:1,
148:13, 153:5, 155:9,
190:11 189:7, 189:13,
means - 120:21,
meant - 97:23, 88:7
measure - 112:11
112:2, 113:17, 5,
Mechanical - 1:17, :6
mechanically -
mediation - 25:17,
meet - 191:6
39:2, 39:4 38:25,
member - 8:15,
members - 31:20,
163:13, 163:15, 9:8,
membrane - 19:8,
49:14, 56:20, 61:13,
62:7, 62:18, 63:15,
71:2, 78:14, 80:6,
100:23, 109:10, :25,
110:18, 110:21,
112:4, 116:22, 112:1,
119:23, 120:10,
121:18, 124:2, 140:8,
143:5, 147:6, 160:21,
168:24, 169:10,
170:25, 171:9,

172:1, 172:4, 172:9,
175:2, 188:211,
membranes - 170:8
memory - 24:2,
mention - 75:10,
mentioned - 47:1,
100:14, 101:19, 14,
133:17, 133:18,
143:13, 162:25,
mentions - 99:8
met - 41:5, 86:17
186:23- 180:19,
50:13, 50:17, 92:6,
methods - 88:9, :16
188:8, 120:22, 188:3,
Meyers - 39:8- 4:19
40:22el - 40:19,
112:10, 112:11,
173:17 147:6, 147:7,
31:22, 51:23, 57:18,
152:15, 175:11, 7:13,
185:20, 191:10,
134:24e - 84:15,
Mike - 133:7172:8
mind - 53:12,
113:3, 122:10, 175:5,
minds - 122:6,
mine - 68:22,
minimization -
minimum - 8:17,
Minneapolis - 4:2,
4:16, 4:19, 4:22, 6:5,
Minnesota - 1:1,
196:6, 196:19:1, 196:4,
86:11, 175:623,
132:23s - 122:19,
miscellaneous - 6
misleading - 156:2,
misnomer - 50:9
22:20ates - 20:18,

mixed - 189:1517
4:7, 4:9, 4:11, 4:14,
195:254:19, 4:22,
33:16, 34:12, 189:12
72:21, 89:19, 89:25,
More - 106:247, 173:2
21:17, 28:15, 28:19,
53:3, 75:12, 79:2, ,
102:9, 102:10, 1:14,
109:20, 109:23,
124:13, 128:18,
135:25, 136:25,
144:24, 144:25,
147:12, 156:10, 6:7,
160:22, 164:17,
173:7, 179:3, 182:25,
morning - 6:15
134:18, 159:12, :16,
most - 50:17, 75:11,
mostly - 71:3114:11
66:12s - 64:5,
moving - 48:25, 2:8
Mr - 5:3, 5:4, 5:5,
15:23, 15:24, 17:12,
21:4, 21:5, 21:7, 5,
25:8, 25:12, 26:16,
30:3, 30:11, 31:3,
31:15, 31:16, 36:4,
39:2, 39:4, 40:2, ,
41:3, 41:4, 41:17,
43:20, 43:21, 43:24,
54:20, 54:21, 56:22,
61:11, 62:20, 62:24,
65:4, 65:6, 65:7,
68:9, 68:12, 68:14,
69:1, 70:2, 70:12, ,
71:20, 72:5, 72:8, ,
77:2, 77:4, 77:5, ,
80:12, 80:13, 80:18,
82:4, 82:5, 82:15,

83:17, 83:19, 83:23,
84:14, 85:5, 85:6,
86:11, 86:15, 86:16,
87:21, 87:23, 91:6,
94:14, 94:20, 95:9,
96:10, 96:12, 96:21,
103:9, 103:16, 104:2,
104:20, 107:24,
115:5, 115:8, 116:11,
117:20, 117:21,
122:4, 122:13,
126:12, 129:24, 24:9,
130:5, 130:6, 130:21,
131:14, 131:15,
131:25, 132:19,
133:3, 134:9, 134:13,
135:22, 135:23,
137:14, 138:1, 139:3,
139:25, 140:5, 140:6,
140:21, 140:22,
141:18, 141:19,
146:1, 148:22,
149:3, 149:4, 149:8,
152:19, 152:21, 2:12,
154:4, 154:6, 154:10,
154:19, 154:23,
155:4, 155:7, 155:12,
156:8, 157:23, 158:1,
164:12, 164:14, 4:7,
174:5, 174:16, 168:9,
175:4, 175:9, 175:10,
176:17, 176:22,
177:9, 177:18, 77:8,
177:22, 177:25,
182:3, 182:9, 182:11,
182:22, 183:5,
183:14, 183:17,
184:24, 185:1, 185:4,
187:17, 187:25,
189:19, 189:22, 9:17,

190:8, 190:9, 190:16,
191:14, 191:17,
191:24, 192:2, 192:9,
192:15, 192:22,
193:7, 193:8, 193:13,
193:22, 193:23,
194:15, 194:16, 4:12,
much - 16:22, 27:7,
130:16, 136:6, 0:6,
156:23, 163:5, 150:2,
multiple - 48:9
Murfreesboro - 5
my - 7:15, 9:8, 9:9,
14:14, 17:9, 24:2,
42:14, 42:15, 43:8,
45:20, 47:4, 49:23,
52:2, 53:12, 55:18,
62:16, 62:17, 62:23,
72:19, 73:7, 74:17,
81:23, 84:1, 85:4, ,
95:5, 98:24, 105:19,
116:16, 116:17, 4:11,
128:18, 131:18,
143:17, 144:5, 146:6,
150:19, 150:23,
154:17, 155:15,
177:17, 183:19, 77:9,
My - 6:15, 44:16, :15
119:17, 164:9, 184:2,
myself - 12:24,
Myself - 167:2587:11
N
N - 5:1
nailers - 117:18,
nails - 118:7
7:10, 41:2, 46:20,
158:2, 175:10, 177:9
25:22, 195:45,
114:21al - 30:21,
nature - 160:19,

nay - 150:1421
Neal - 38:19
near - 29:19, 71:3,
167:4 150:3, 150:4,
113:21, 150:5, 191:11
34:3ssary - 33:14,
93:24, 104:19, :5,
120:21, 132:21,
needed - 55:12,
needing - 185:24
94:3, 187:21 92:19,
Nelson - 75:4, 8
137:19, 138:12,
never - 18:6, 43:4,
113:15, 150:11, 9,
New - 27:6
115:3, 154:2, 178:17,
179:2, 179:214,
next - 62:20, 73:23,
nice - 64:4, 66:11:8
64:3, 64:4, 66:9, :1,
nine - 27:7, 158:17
5:12, 5:13, 5:14, 5:15,
9:5, 10:2, 11:11, 8:23,
18:8, 19:17, 20:2,
21:23, 22:3, 23:10,
29:10, 30:5, 32:4, ,
32:22, 33:2, 33:5,
34:22, 36:3, 36:6,
36:22, 37:2, 37:5, ,
38:11, 38:13, 38:15,
39:3, 39:5, 39:17, ,
43:1, 44:21, 44:23,
46:13, 46:18, 46:23,
54:4, 54:6, 61:15, ,
75:22, 76:2, 76:14,
82:17, 85:11, 90:2,
103:18, 105:3, 105:7,
110:3, 115:6, 115:10,
119:15, 125:20,

127:24, 128:12,
136:19, 138:4, 138:6,
146:17, 148:4,
157:6, 160:19,
166:3, 166:15, 169:7,
178:16, 193:7,
no - 8:25, 24:25,
41:10, 49:11, 64:5,
72:19, 72:23, 78:3,
81:2, 82:10, 83:7,
88:25, 89:18, 93:6,
96:9, 99:2, 112:3, ,
119:13, 119:25,
123:2, 124:8, 125:9,
131:18, 135:25,
154:7, 155:5, 158:9,
167:25, 168:10,
171:24, 172:3, 172:8,
187:22, 196:12 175:4,
169:24160:24,
160:24ntonite -
169:24eezing -
76:23- 34:1, 46:16,
nonresponsive - :7
139:3, 140:20 84:10,
normal - 89:20,
Normally - 91:1
92:22lly - 18:14,
north - 59:1, 59:2,
North - 4:16
Not - 19:22, 44:22,
83:25, 87:6, 113:21,
172:12, 173:13, 69:7,
not - 13:8, 16:8,
23:20, 24:19, 25:16,
32:7, 32:8, 32:10,
35:14, 35:16, 35:18,
40:14, 40:18, 40:22,
51:9, 55:16, 57:7, 0:5,
64:12, 69:15, 71:8,

72:10, 72:12, 72:15,
77:20, 78:13, 82:17,
85:21, 86:1, 87:17,
90:20, 91:3, 92:6,
95:14, 95:22, 96:16,
98:8, 101:12, 104:3,
107:14, 109:8, 107:6,
111:5, 112:10,
115:3, 115:11,
115:18, 115:21,
122:6, 125:6, 127:8,
131:11, 131:13,
136:1, 137:23, 34:21,
140:1, 140:25,
146:17, 146:22,
149:16, 149:20,
152:14, 152:15, 51:5,
155:11, 155:14,
158:11, 158:25, 6:24,
160:1, 161:23,
163:8, 163:24, 164:3,
167:10, 170:21, 67:3,
172:25, 173:5,
178:3, 178:16,
181:21, 183:6,
188:22, 190:13,
194:8, 194:11,
196:14, 196:12,
196:3, 196:18 196:1,
196:1y-reporter's -
148:11, 152:19, :24,
noted - 192:6
57:5, 57:6, 57:9, ,
62:17, 62:23, 64:25,
Notes - 3:119, 142:22
42:6, 119:3, 120:11,
Nothing - 120:11, :16
Notice - 5:2, 6:6
Now - 29:14, 50:19,
77:9, 78:11, 82:5,

92:1, 95:8, 99:8, 2,
106:24, 112:20,
129:18, 145:5,
161:7, 162:1, 162:8,
167:21, 168:9, 166:8,
178:14, 179:5,
184:22, 187:13 182:9,
12:13, 19:7, 26:18,
80:13, 90:19, 119:11,
135:20, 139:11,
174:5, 193:193,
114:15, 114:22, :25,
115:14, 139:8,
54:18, 57:2, 61:9,
76:4, 152:10, 153:23,
number - 14:14,
44:7, 50:25, 51:1,
73:21, 80:10, 91:22,
105:15, 110:25,
124:24, 133:3, 120:3,
142:24, 142:25,
192:16 173:3, 182:17,
nuts - 176:8
O
o'clock - 132:24
Oaks - 14:6, 36:5,
37:10, 37:18, 37:23,
39:9, 39:13, 39:23,
52:4, 55:2, 70:14,
78:7, 82:14, 85:10,
oath - 6:12
131:15, 131:23, 155:7
83:17, 94:14, 131:14,
168:6, 177:18,
185:4, 190:10,
Objection - 20:18, 9
83:14, 84:9, 91:6,
104:14, 107:24, 4:2,
134:9, 135:23, 124:5,
139:6, 140:6, 141:17,

154:23, 159:1,
178:2, 178:3, 182:3,
183:11, 184:10,
189:17, 189:19,
objection - 148:25, 4
objective - 190:16
observation - 8:12
146:10, 162:58,
133:4vations -
60:11, 62:12, 62:15,
133:17, 133:21, :17,
observe - 53:6, 187:4
78:23, 79:4, 79:20,
106:2, 136:11, 05:20,
140:25, 143:17
59:6, 67:5, 79:17,
100:17, 109:4, 109:5,
138:10, 143:15,
145:18, 145:20,
observing - 104:23,
obtain - 147:13 134:2
obviously - 96:16,
occasion - 86:17
157:17onally -
111:21ons - 27:3,
47:24, 91:23, 112:6,
occurred - 121:4, 19
occurring - 53:14
91:23, 150:5, 152:1
196:5, 196:150, 6:2,
6:1, 174:9, 196:1, ,
of - 1:8, 5:14, 5:17,
6:5, 6:6, 6:17, 7:17,
8:13, 8:15, 8:18, 8:19,
9:9, 9:15, 9:16, 9:20,
10:22, 11:2, 11:4, 0:8,
12:2, 12:16, 12:17,
14:14, 14:16, 14:18,
15:16, 16:2, 16:5, ,
16:12, 16:13, 16:17,

17:3, 17:5, 17:8, 17:9,
17:21, 17:23, 18:11,
19:14, 19:17, 20:3,
21:17, 21:21, 22:4,
22:14, 23:4, 23:13,
24:17, 24:18, 24:20,
25:16, 25:17, 26:1,
26:14, 26:19, 27:3,
28:5, 28:11, 28:16,
29:22, 30:3, 30:6, ,
30:15, 30:16, 30:20,
31:25, 32:2, 32:5, ,
33:16, 33:18, 33:23,
35:7, 35:12, 35:14,
39:7, 40:4, 41:6,
41:25, 42:1, 42:15,
43:11, 43:12, 43:14,
44:14, 44:18, 44:20,
45:25, 46:1, 46:4,
46:24, 47:1, 47:16,
48:2, 48:14, 48:16,
48:23, 48:24, 48:25,
49:11, 49:12, 50:7,
50:25, 51:2, 51:7,
52:4, 52:16, 52:20,
53:7, 53:17, 53:18,
55:10, 55:21, 56:7,
57:5, 57:6, 57:11, ,
57:24, 58:2, 58:8, ,
59:12, 59:18, 59:20,
60:4, 60:7, 60:11,
61:5, 61:6, 61:7, 2,
62:12, 62:15, 62:16,
63:6, 63:19, 63:21,
64:24, 64:25, 65:14,
66:21, 67:2, 67:7,
67:19, 67:22, 67:24,
69:19, 70:7, 70:11, :7,
70:25, 71:1, 71:3, ,
72:7, 72:10, 72:18,

73:6, 73:9, 73:16,
74:22, 75:11, 76:3,
76:19, 76:24, 77:5,
79:7, 79:8, 79:9,
79:14, 79:23, 79:24,
80:22, 81:3, 81:4,
82:19, 83:3, 83:5,
84:7, 84:9, 84:15,
85:16, 86:1, 87:3,
88:9, 88:13, 88:14,
89:2, 89:12, 89:14,
89:25, 90:8, 90:12,
91:7, 91:9, 91:13,
91:19, 91:21, 91:22,
93:3, 93:4, 94:2, 94:6,
95:8, 95:10, 95:12,
96:1, 96:18, 96:22,
97:15, 97:16, 97:24,
98:24, 99:4, 99:8,
100:4, 100:13, 9:23,
101:10, 101:14, 01:8,
102:18, 102:19,
103:6, 103:7, 103:13,
104:13, 104:17, 04:8,
105:5, 105:6, 105:11,
105:15, 105:16,
106:6, 106:15,
106:23, 107:20,
108:17, 108:21,
110:4, 110:5, 110:6,
110:14, 110:16,
111:7, 111:13, 111:4,
112:16, 112:19,
113:10, 113:16,
113:23, 113:24,
114:24, 115:1, 115:8,
116:18, 117:1,
117:22, 117:23,
118:18, 118:19,
120:3, 120:12, 121:1,

121:12, 121:13, 1:7,
122:18, 122:20,
124:4, 124:13, 23:21,
124:25, 125:3, 125:7,
126:1, 126:2, 126:9,
127:4, 127:5, 127:9,
127:15, 127:16,
127:24, 128:3, 128:4,
128:12, 128:16,
128:24, 129:8,
129:22, 130:9,
131:5, 131:18, 132:3,
132:14, 133:3, 133:4,
133:20, 134:3, 134:6,
135:11, 135:15, 35:8,
136:7, 136:11, 136:2,
136:20, 136:22,
137:23, 138:7, 138:8,
139:8, 139:10,
140:4, 140:17,
141:17, 141:20,
143:11, 143:16, 43:4,
144:4, 144:6, 144:12,
144:19, 144:23,
145:22, 145:23, 5:17,
146:12, 146:14, 6:7,
147:2, 147:6, 147:7,
148:13, 148:15, 48:6,
150:4, 150:9, 150:12,
151:22, 152:1, 152:3,
152:19, 153:3, 153:4,
153:15, 153:18,
153:24, 154:2, 154:8,
154:17, 154:19,
155:11, 155:15, 55:9,
156:13, 156:19,
157:2, 157:4, 157:11,
159:13, 160:16,
160:24, 161:1,
162:9, 162:10, 162:6,

162:16, 162:17,
162:23, 163:6, 163:9,
163:16, 163:20,
164:5, 164:10, 64:4,
165:5, 165:19, 166:4,
166:22, 166:23,
167:13, 167:14, 67:7,
169:3, 169:7, 169:9,
169:13, 169:15,
170:2, 170:7, 170:9,
171:15, 171:23,
172:14, 172:17, 2:8,
173:6, 173:8, 173:17,
174:10, 174:23, 74:7,
175:18, 175:24,
176:21, 176:25, 6:20,
177:16, 177:17, 7:10,
178:23, 179:17,
180:5, 180:7, 180:8,
180:24, 181:1, 181:5,
181:19, 181:25,
182:18, 182:21,
183:1, 183:4, 183:7,
184:4, 184:6, 184:8,
185:7, 185:8, 185:10,
185:23, 186:2, 186:5,
187:8, 187:16, 187:5,
188:17, 188:18,
189:17, 189:23,
190:12, 190:17,
191:8, 191:12, 191:5,
193:12, 193:14, 93:9,
195:3, 195:4, 195:22,
196:8, 196:11, 196:15
41:9, 51:24, 59:25,
91:17, 100:13, 7:9,
111:16, 120:19,
139:10, 168:24,
offer - 22:16, 71:8,
83:10, 83:23 81:7,

offhand - 169:7
53:25, 147:18, 38:1,
Offices - 6:4
official - 100:227:10
often - 17:6, 48:7,
103:13, 160:1, 176:5,
often-times - 17:6,
176:5 103:11, 103:13,
58:15, 105:18, 21,
120:2, 179:7, 182:19,
oh - 54:22
Okay - 7:14, 11:24,
24:4, 27:16, 30:25,
43:8, 45:4, 53:17,
57:23, 59:9, 60:21,
66:8, 66:17, 67:19,
77:8, 77:15, 80:21,
87:21, 89:10, 92:1,
107:16, 118:2, :14,
139:19, 141:11,
143:25, 144:2, 143:9,
147:9, 153:14,
158:13, 160:23,
165:9, 166:1, 168:17,
173:16, 174:3, 175:4,
176:17, 177:6,
191:11, 193:2,
okay - 58:12, 74:6,
121:11, 139:18, 19,
old - 8:2, 178:25,
on - 6:1, 6:12, 7:20,
10:8, 11:1, 11:4, 11:7,
13:7, 13:17, 14:19,
20:20, 20:22, 22:2,
25:17, 26:9, 26:21,
29:20, 30:9, 32:3,
34:2, 34:8, 34:9, 1,
35:2, 35:10, 38:2,
41:16, 42:9, 42:17,
47:25, 51:22, 52:2,

56:18, 57:17, 57:23,
59:11, 60:7, 60:16,
62:18, 63:12, 64:10,
65:15, 66:11, 66:24,
67:20, 67:22, 67:24,
71:21, 71:22, 72:11,
73:10, 73:11, 73:13,
77:15, 77:23, 78:17,
80:9, 80:12, 80:14,
82:25, 83:16, 83:25,
84:23, 86:17, 88:8,
90:13, 90:25, 91:11,
93:6, 93:10, 93:18,
95:15, 95:16, 95:19,
98:12, 99:23, 100:18,
102:23, 103:5, 103:6,
105:23, 106:4, 108:5,
111:13, 111:21,
113:17, 113:24, 13:7,
116:3, 116:8, 117:10,
121:10, 121:12, 21:4,
122:19, 124:14,
126:2, 126:17, 127:8,
132:10, 132:11, 1:22,
135:10, 135:19,
138:21, 138:22, 38:1,
139:15, 140:24,
142:3, 142:25, 42:1,
145:22, 148:15,
150:17, 153:9,
159:21, 160:13,
161:19, 163:12,
163:22, 163:24,
165:18, 166:18, 65:8,
169:24, 170:1, 170:8,
172:23, 173:10,
174:22, 177:1,
178:20, 178:24,
185:7, 186:3, 187:4,
191:18, 193:7, 193:8,

On - 1:20, 61:24,
139:15, 157:7, 192:15
once - 135:4, 34:24
one - 1:8, 5:13,
15:6, 21:15, 24:13,
28:20, 29:2, 29:5,
31:2, 44:22, 47:2, ,
52:18, 52:21, 58:9,
58:18, 59:7, 60:21,
61:5, 61:7, 61:18,
80:25, 83:3, 84:7,
92:13, 95:8, 95:12,
99:23, 100:14, :18,
104:7, 104:9, 104:17,
106:6, 113:12,
120:23, 122:20, 14:9,
131:18, 131:20, 28:9,
136:5, 138:1, 138:2,
139:17, 143:16,
146:18, 148:19,
158:21, 159:23,
168:17, 169:11, 65:4,
170:17, 172:5, 172:6,
176:9, 180:18, 182:6,
191:23, 185:15,
58:16, 115:18, 5,
154:11, 156:12,
one-time - 21:15
52:17, 59:25, 100:16,
ongoing - 194:5183:12
only - 9:8, 42:13, 1
58:7, 58:9, 68:3, ,
81:20, 95:4, 98:7, ,
159:14, 166:9, 138:2,
173:14, 175:11, 73:2,
188:22, 190:24,
onto - 56:17, 89:13,
open - 21:24, 50:11,
115:12, 177:1366:3,
55:15, 55:18, 56:2,

56:16, 58:20, 59:3,
65:21, 70:3, 79:22,
106:5, 106:9, 120:1,
145:16, 172:12,
openings - 43:7, 2:3
55:8, 55:19, 55:23,
61:11, 66:6, 84:1,
103:16, 104:10, 3:14,
openly - 86:4, 172:1
operates - 16:14,
operating - 9:20
opinion - 22:17,
70:13, 70:22, 71:9,
78:4, 81:2, 81:7, 81:8,
84:21, 84:23, 85:7,
107:22, 108:24, 5:19,
114:11, 116:3, 120:7,
143:18, 146:10,
154:3, 155:22, 168:1,
opinions - 38:5,
opportunity - 11:15,
164:17 105:20, 121:9,
93:9sed - 10:4,
Or - 28:19, 38:12,
160:11, 165:3, 167:6,
or - 7:19, 7:23, 8:2,
12:2, 12:5, 12:6, 12:7,
12:11, 12:12, 12:16,
13:18, 14:4, 14:5,
15:25, 17:10, 21:2,
23:17, 25:14, 25:20,
27:25, 28:10, 28:12,
30:15, 30:18, 31:13,
32:24, 33:6, 33:8,
34:11, 34:13, 34:16,
37:6, 39:15, 40:15,
43:10, 44:11, 45:18,
48:17, 48:20, 49:5,
52:21, 55:9, 55:10,
56:13, 57:20, 57:21,

59:18, 61:13, 61:17,
66:24, 67:14, 67:25,
76:12, 77:12, 78:13,
79:19, 80:9, 80:22,
84:7, 84:14, 85:9,
86:3, 86:5, 87:5, 87:7,
88:18, 88:23, 89:14,
90:20, 91:9, 91:23,
92:13, 92:15, 92:16,
96:3, 96:23, 97:4, ,
98:14, 99:2, 99:16,
101:24, 102:14,
104:3, 104:17, 105:1,
105:13, 105:17, 5:10,
107:20, 108:21, 7:6,
109:21, 110:16,
111:24, 112:12,
113:12, 113:21,
115:17, 115:20,
117:1, 117:2, 117:3,
119:5, 119:15, 119:1,
120:17, 120:18,
123:10, 123:18, 23:6,
124:1, 124:2, 124:11,
125:6, 125:14, 126:2,
128:6, 128:19, 27:22,
129:18, 130:7, 131:9,
133:5, 133:13, 32:11,
134:7, 134:19, 135:8,
136:11, 136:12,
136:22, 137:13,
140:2, 140:3, 140:25,
144:4, 145:10,
146:25, 147:6,
148:11, 148:17,
150:14, 150:25,
152:19, 154:2, 52:17,
155:15, 155:20,
156:16, 156:17,
157:16, 158:17,

159:15, 160:22, 59:7,
163:4, 163:8, 163:18,
167:4, 168:2, 168:15,
169:23, 170:19,
173:16, 173:17,
175:21, 175:23,
178:25, 179:1, 179:3,
180:19, 182:6,
186:20, 187:9,
192:1, 192:6, 192:8,
196:11, 196:13,
82:22, 84:7, 93:2,
151:3, 151:47, 148:1,
organization - 99:9,
organizations -
original - 5:17,
92:15, 116:14, 1:9,
originally - 46:16,
originated - 124:4,
origination - 123:25
133:25, 171:13
7:15, 8:5, 10:5, 13:11,
27:8, 27:11, 29:2,
35:5, 39:14, 39:24,
44:16, 46:2, 46:14,
58:17, 60:25, 64:21,
78:12, 79:3, 86:3,
101:18, 102:23, :23,
103:25, 105:23,
112:21, 114:9, 116:7,
118:23, 118:24,
129:12, 132:11,
138:18, 138:19,
146:20, 148:3,
156:6, 157:3, 162:20,
167:7, 168:12, 169:8,
170:12, 170:15,
173:17, 174:1, 175:4,
186:18, 189:2, 189:3,
193:16, 193:7, 193:8,

30:25, 31:6, 31:25,
134:12, 187:5, 187:11
137:3, 159:1809:24,
our - 17:16, 18:1,
145:13 38:1, 40:7,
Out - 144:18, 144:19
17:7, 18:8, 19:17,
25:8, 25:13, 26:1,
54:7, 55:2, 62:19,
72:16, 75:12, 76:17,
85:9, 96:22, 96:25,
117:22, 128:2,
136:22, 136:24,
144:18, 144:19, 4:17,
156:15, 158:5,
162:18, 164:25, 61:7,
166:20, 173:8,
177:21, 178:9, 180:8,
outcome - 25:17,
outer - 145:3
outlined - 48:13
outside - 56:16,
124:15, 166:4 123:5,
14:22, 39:13, 63:22,
82:20, 91:14, 92:11, 2,
118:19, 127:14, 15:7,
149:6, 170:1, 170:6,
177:14, 186:23,
Over - 39:12, 44:25
98:3all - 43:6, 97:7,
overlap - 82:89:12
oversaw - 20:88:19
overview - 57:2420:7
44:17, 76:2, 93:22,
124:19, 112:18,
98:20, 100:5, 127:22,
148:17, 167:24,
175:21, 175:22,
owner's - 176:21
99:20, 100:85,

P
Pa - 4:1, 4:4, 4:16
168:13, 169:2
57:23, 58:25, 62:17,
77:15, 80:11, 133:23,
139:15, 149:12,
157:8, 165:8, 166:8,
Page - 3:2, 5:1, 5:7,
133:25, 195:2, 195:6
5:14, 29:3, 57:15,
paid - 103:23,
paint - 135:15,
panel - 115:15
paper - 123:15,
papers - 31:21,
paragraph - 54:22,
paraphrase - 87:13,
Pardon - 178:12
20:21, 21:5, 21:9,
23:4, 23:19, 23:25,
39:13, 39:23, 40:6,
park - 15:7, 18:2
190:2ng - 53:9,
26:14, 30:7, 30:8,
98:11, 116:14, 6:1,
143:11, 145:23,
180:12, 180:23, 80:5,
181:1, 181:3, 182:21,
partial - 67:19,
partially - 90:14:22
88:11, 99:15- 21:2,
13:22, 25:17, 25:25,
participating -
participation - 20:9,
particular - 57:8, 2
159:8, 159:10, 7:11,
189:7, 194:129,
122:25ularly -
parties - 45:19,
108:14, 108:19, :11,

parties' - 95:1696:12
2:3, 2:6, 2:9, 2:12,
4:14, 4:17, 25:15, ,
pass - 85:14,
144:16, 148:1,
165:12, 164:17,
passed - 161:45:12
14:22, 14:24, 39:12,
82:24, 159:8, 159:24,
Pat - 158:2
112:18, 112:1949:2,
48:25, 124:18,
44:15, 55:9, 57:20,
patterns - 47:22
paving - 101:25
peel-away - 45:116
peeling - 80:6,
peer - 22:7, 178:18
66:16, 78:5, 81:2,
penetrating - 141:5
79:19, 146:13, 8:2,
penetrations -
112:14, 123:7, 12:10,
Pennsylvania -
people - 31:20,
114:6, 132:21, 3:23,
per - 8:18, 43:5,
percent - 113:1,
percentage - 14:16
20:10, 21:25, 26:5,
Perenchio's - 22:9,
perforated - 59:23,
144:2, 145:8107:1,
59:21, 100:21,
107:4, 107:15, 107:21
53:18, 54:7, 110:17,
146:9, 166:521,
77:18, 101:9, 103:1,
124:21, 109:16,
70:10, 103:20, 106:3,

perhaps - 7:12, 9:9,
perimeter - 56:7, 3
perimeters - 16:2
52:10d - 14:11,
permanent - 187:22
182:6, 182:9 -
85:24, 86:7 85:13,
86:6, 86:7, 183:2
permit - 105:162:21
person - 63:161:22
personally - 76:12,
Personally - 41:925
persons - 196:13
Peter - 36:15, 138:3,
Pfingsten - 6:21
phenomena - 32:1810
126:13enon -
photo - 66:22, 67:2
photograph - 63:1,
80:5, 80:15, 73:7,
44:12graphic -
27:20, 44:8, 44:12,
57:12, 59:16, 61:17,
65:11, 65:14, 65:20,
136:20, 187:5, 187:8
photos - 68:6, :12
phrase - 188:6,
physical - 32:8,
133:21, 171:13, 187:1
59:5, 83:4, 109:5,
picture - 73:8,
pictures - 20:16,
80:16, 65:4, 65:8,
164:3, 177:10, 177:16
piecing - 169:1
pinpoint - 48:20
pinpointing - 50:5,
pipe - 59:22, 59:23,
107:11, 113:22, :8,
144:8, 144:12, 44:6,

144:24, 145:4, 145:5,
pipes - 89:4, 89:5,
100:20, 107:4, 108:8,
165:19 110:4, 110:11,
place - 15:13, :15
64:21, 82:18, 92:2,
119:25, 120:20, 17:3,
144:7, 151:4, 171:18,
placed - 15:15, 195:4
places - 124:25
2:3, 2:9, 4:3:4, 1:13,
57:25, 179:16, 179:21
plank - 91:8, 92:10,
146:20, 172:23, :8,
planking - 63:23,
116:21, 117:4, 134:25
63:25, 92:11, 102:20,
135:4, 135:9, 137:6,
147:21, 167:12,
plans - 44:10,
187:3, 174:3, 187:2,
plants - 10:25, 11:3,
plastic - 34:11,
145:20142:20, 143:4,
147:23, 147:24,
192:5, 192:19 163:11,
165:19 - 125:16,
Plaza - 4:11, 101:21
14:24, 27:1, 27:2, ,
47:11, 55:24, 101:22,
107:20, 107:21,
158:23, 178:15,
179:18, 179:24,
190:17 187:2, 188:10,
14:23, 92:24, 177:25,
181:20, 182:17, 186:3
31:10, 68:10, 76:25,
153:9, 191:20 150:25,
Plum - 29:3, 29:6
110:11r - 96:23,

109:7, 109:11, 110:4
Pm - 194:2114, 113:5
point - 13:15, 25:19,
73:21, 73:23, 74:19,
96:2, 104:16, 106:11,
139:17, 139:18, 9:15,
141:5, 143:7, 148:8,
149:18, 157:8, 160:3,
186:10, 194:2, 194:12
165:22, 165:24, 4,
192:18, 191:19,
122:18, 148:5, 151:8
polyethylene -
polystyrene - 15:15
32:23, 33:24, 34:21,
ponding - 111:10,
pool - 101:23,
poor - 24:24,
Poralis - 46:17149:1
porches - 116:17,
pores - 152:61
130:22 - 130:21,
134:18, 173:1, ,
portion - 9:9, 63:11,
73:6, 73:15, 75:23,
117:23, 168:24, 12,
portions - 22:11
12:12, 12:21, 187:11
possession - 5:17,
possibility - 174:6
87:11, 91:18, 118:18,
160:13, 162:5,
170:15, 190:24,
post - 5:16, 8:5,
61:21, 61:25, 62:4,
66:16, 66:17, 67:11,
80:2, 81:1, 117:23,
120:1, 120:18,
168:24, 169:3, 172:5,
172:18, 172:20,

174:24, 174:25,
184:16, 185:7, 187:24
postdate - 162:13
70:15, 70:17, 73:24,
116:13, 116:18, 15,
117:12, 118:3, 117:6,
119:18, 119:24,
121:2, 121:6, 146:20,
156:24, 162:11,
168:20, 180:5,
184:1, 184:9, 184:14,
185:14, 185:20,
potential - 49:5,
173:20, 136:5, 137:8,
pour - 165:3- 110:15
15:19d - 15:13,
15:13, 15:19ace -
27:23 - 27:19,
118:7, 187:157,
117:17, 118:7, 187:15
practice - 16:18,
107:10, 110:24,
111:15, 117:5, 11:11,
118:24, 119:22,
131:8, 131:11, 176:5,
practices - 114:25,
precast - 63:24,
92:10, 92:20, 93:4,
94:4, 100:22, 102:20,
105:10, 105:11, 5:6,
116:21, 117:4,
118:19, 119:19, 18:7,
135:2, 135:4, 135:8,
147:7, 147:20, 46:19,
188:10, 187:15,
181:16tions -
precise - 156:10,
precursor - 170:15
preferable - 146:23
147:2rred - 91:25,

130:23ble - 130:20,
149:14inary - 77:10,
prepare - 48:12,
prepared - 7:6,
44:11, 46:8, 54:11,
Presbyterian - 10:6
present - 13:7:22
27:2entations -
187:8nted - 116:1,
114:9, 114:1114:8,
176:18ts - 175:21,
110:22, 151:9, 19,
173:10, 185:24
103:22ably -
149:25, 150:2, 35:3,
prevalent - 143:19
66:1, 189:24:14,
119:7nting - 119:4,
125:5, 140:112:22,
97:15, 97:18, 140:17
103:3, 160:252:10,
39:12, 49:20, 53:12,
160:2493:25, 139:25,
probably - 8:2,
20:15, 27:19, 28:20, 6,
41:25, 52:20, 75:13,
124:7, 125:13, 173:4,
188:17, 185:18,
13:20, 28:15, 39:13,
problem - 22:13,
78:16, 78:19, 79:2,
111:20, 117:9, 111:1,
120:11, 130:17,
145:10, 153:2,
155:19, 155:21,
158:11, 159:5, 170:3,
171:8, 186:52, 171:6,
16:10, 18:24, 73:24,
126:9, 158:13, 1:18,
170:15, 171:5, 186:2,

procedure - 16:21,
proceeding - 94:9
process - 7:25, 4
88:4, 152:1, 159:23
88:1, 94:2187:25,
19:7, 21:2, 21:15,
25:14, 26:5, 29:8, ,
34:7, 34:8, 40:3, ,
45:12, 83:6, 84:16,
126:24, 142:20,
products - 9:2,
19:23, 20:1, 32:1,
181:3, 181:4, 181:5,
6:16ucts - 2:5, 4:5,
professional - 7:24,
99:16, 168:8, 175:22,
176:20, 176:17,
178:19sionals -
99:6ressed - 11:21,
12:15, 14:6, 15:7, 3,
22:5, 22:25, 23:23,
25:13, 26:6, 26:13,
39:13, 41:20, 42:10,
48:11, 55:13, 70:11,
86:23, 87:1, 88:13,
90:25, 91:17, 92:15,
95:15, 95:16, 97:6,
99:5, 99:24, 101:3, :4,
104:12, 108:11,
113:18, 115:20,
129:6, 131:8, 131:22,
160:24, 167:24,
projects - 9:14, :9
12:19, 12:23, 13:9,
100:8 23:1, 23:3,
4:20, 14:6, 17:24,
36:10, 36:18, 37:1,
38:9, 38:21, 39:2, ,
40:1, 46:7, 50:19,
55:2, 70:14, 71:10,

82:14, 84:3, 84:4,
92:8, 92:15, 94:22,
108:11, 108:14,
122:21, 123:10, 21:3,
181:8, 181:19, 183:13
promoting - 49:24
proofing - 153:3,
proper - 105:8,
properly - 50:4, 82:6
185:24 136:6, 176:16,
property - 27:5,
194:3 91:9, 132:11,
proposition - 52:1
186:25t - 137:3,
protection - 123:10,
134:20, 143:5,
protocol - 55:11
42:15, 87:2, 88:3,
140:12, 168:4, 187:9,
provided - 44:3,
74:11, 90:25 47:4,
170:23es - 170:22,
93:1, 116:2, 168:7,
provisions - 115:8,
Public - 6:2, 196:3,
Publications -
publications - 7:18,
publishes - 31:13
pump - 65:22:9
63:8ed - 62:19,
puncture - 81:19,
purpose - 22:4,
140:17, 160:25, 5,
purposes - 96:18,
Pursuant - 5:2
put - 18:17, 27:22,
69:3, 69:4, 71:17, ,
98:8, 101:12, 107:10,
131:10, 143:24,
150:10, 163:13,

180:1, 188:21, 178:7,
putting - 144:7,
Pva - 33:11, 33:16, 3
Pvc - 33:11
Q
Qa - 50:1
7:17, 7:24ions -
5:11ifications -
72:15, 176:122:10,
qualifiers - 169:22
qualifying - 74:4
6:25, 13:23, 14:19,
39:8, 43:8, 43:20,
72:14, 81:16, 83:19,
93:15, 93:25, 94:16,
96:10, 97:20, 98:6,
121:21, 121:22, 9:17,
125:19, 126:18, 22:7,
140:23, 141:4, 146:6,
148:10, 148:14, 48:9,
183:19, 184:24, 5:9,
192:12, 193:19,
questionable -
questioning - 140:1
40:13, 40:21, 40:24,
158:3, 167:21, 9:16,
175:12, 193:17
quickly - 91:17,
quite - 28:12,
146:13, 183:17,
quote - 95:21
R
R - 29:11, 29:21
R1 - 68:1224
R2 - 62:20, 68:12
80:19- 80:5, 80:15,
R3-10 - 65:9, 65:19
R3-12 - 65:13
R3-14 - 65:11, 65:13
R3-27 - 67:22

160:22, 185:2056:1,
raised - 162:23,
Ralf - 40:11, 191:13
Ramsey - 31:14,
rate - 100:11,
rates - 32:11
92:25, 98:11, 107:9,
Raths - 7:8, 44:15,
69:9, 74:2, 75:22,
Rau - 4:18, 5:5, 6:5
176:14, 176:17, 5:10,
re - 6:25, 126:18
126:18 - 6:25,
13:18, 66:8, 81:22,
reached - 23:18, 7:20
26:11, 103:23 26:7,
read - 20:13, 20:14,
70:24, 83:21, 91:10,
109:4, 109:6, 121:22,
154:10, 163:19, 28:4,
reader - 122:10196:14
69:20, 109:20, 116:15
real - 49:25, 121:3
121:3ty - 111:18,
really - 9:22, 39:9,
66:25, 109:13, 3, 58:9,
138:18, 139:20,
165:14, 165:24,
176:15, 182:24,
Really - 37:25
75:9, 148:4, 172:22
84:6, 125:2, 162:16
110:25, 111:3, 148:3,
recall - 7:13, 17:10,
24:12, 26:7, 28:8, ,
54:10, 95:11, 114:6,
152:15, 161:14,
166:21, 188:11
received - 47:2,
recess - 25:11,

175:7, 86:13, 142:15,
recollection - 8
60:19, 116:1744:18,
178:21, 187:16,
recommendation -
recommendations -
129:10, 137:12
41:14, 91:19, 103:4,
148:17, 134:20,
86:17, 90:7, 133:1,
Record - 194:22196:7
50:15, 50:24, 51:5,
rectangular -
reduced - 70:19,
redundant - 154:21,
refer - 61:17, 80:4
142:24, 143:1, :19,
referenced - 74:18
75:1, 179:22, 181:4,
References - 181:9
191:18ed - 156:1,
referring - 14:3,
73:2, 75:4, 75:16, ,
106:1, 144:5, 145:5,
147:6, 157:12, 192:16
regard - 9:1, 22:24,
155:23 70:22, 155:22,
95:10, 96:2, 116:20,
133:20, 169:8, 171:15
regardless - 183:22
region - 61:6, 67:213
11:12tered - 8:3,
29:5, 41:2, 62:20,
68:12, 68:18, 68:20,
78:20, 82:2, 82:15,
87:20, 129:24, 130:3,
148:22, 148:25,
154:15, 158:1, 158:2,
164:16, 168:9,
175:4, 177:18,

182:11, 184:24,
190:18, 193:7, 194:7,
Reisbord - 4:21
related - 8:21,
relating - 10:3, :6
27:13, 27:25, 30:16,
relationships - 99:3
36:12, 36:17, 36:20, ,
37:12, 38:9, 38:12,
70:8, 110:9, 110:10,
196:10, 196:11,
Relatively - 33:15
34:11, 45:10:15,
152:16 - 102:23,
relieved - 175:23,
rely - 46:15, 84:20,
remainder - 87:237:10
169:3ning - 67:13,
113:17, 179:62:2,
remedy - 157:19, :5
remember - 8:23,
17:19, 23:24, 27:11,
40:7, 44:10, 53:5, ,
63:16, 66:4, 87:15,
136:9, 136:16, 14:10,
149:17, 159:25,
165:22, 166:20,
remind - 6:237
remove - 63:5, 6
removed - 17:2,
158:4, 173:23, 6:8,
render - 72:15,
rendered - 72:9,
rendition - 140:4
178:23tion - 11:7,
102:4, 157:2, 157:3,
repaired - 74:13, :4
Repairs - 5:14
74:8, 74:13, 92:24,
153:24, 156:25, :8,

Repeat - 31:9, 168:17
repetitive - 154:1
32:24, 184:2525,
replaced - 15:12,
replacement -
179:25 93:9, 178:23,
17:15, 158:227:11,
7:10, 20:10, 20:12,
22:4, 22:11, 22:16,
44:7, 44:10, 44:15,
47:4, 48:12, 51:20,
71:21, 74:2, 75:22,
76:24, 77:2, 77:23,
91:10, 102:24, 103:3,
109:5, 109:6, 109:21,
125:10, 133:4, 133:5,
139:16, 143:19,
149:9, 157:7, 165:5,
193:24, 189:22,
84:19, 196:51:23,
Reporter - 1:23, 4
reporter - 83:21,
reporter's - 196:1
126:8, 187:5:10,
86:20, 158:2, 175:10
58:2esentative -
representing - 4:2,
4:14, 4:17, 4:19, 4:22
required - 93:93
10:10, 191:6 -
11:6arch - 11:4,
resolved - 101:1419
75:10, 75:135:2,
respect - 39:6, 39:8,
62:9, 73:21, 74:3,
106:2, 109:18, :21,
respond - 96:8
response - 126:99
9:11, 10:3, 11:9,
responsibility - 16

99:5, 97:18, 98:3,
26:3, 113:9, 184:6,
restate - 101:2
result - 118:6,
resulted - 128:8
resume - 7:18, 7:23
87:2, 87:8, 90:13,
136:6, 95:15, 101:1,
retention - 91:21
Return - 195:24
review - 22:7,
45:25, 46:4, 47:4, ,
57:12, 68:4, 76:3, 5:2,
94:21, 94:25, 95:2,
98:20, 98:23, 100:6,
133:14, 154:17,
178:20, 165:10,
reviewed - 7:4, 7:6,
24:1, 43:4, 43:5,
45:4, 45:7, 45:12,
46:14, 69:8, 70:24,
reviewer - 22:1433:8
22:16, 22:17, 22:23,
96:17 42:12, 94:8,
revised - 7:2518
Rfi - 117:18:1
Richard - 1:20, 5:3,
195:23, 196:519, 195:3,
Riemer - 4:1 150:10
85:15, 100:19, 131:4,
171:20, 172:14, 174:5
10:12, 10:17, 13:6,
19:19, 19:24, 31:5,
35:22, 49:20, 50:1,
54:8, 55:3, 56:20,
61:3, 61:25, 62:2,
64:8, 64:22, 65:2,
81:4, 81:7, 81:13, ,
83:8, 83:11, 84:3, ,
94:13, 94:23, 95:16,

98:22, 99:6, 99:7,
103:17, 107:15,
109:24, 113:3, 114:1,
122:8, 122:14, 14:16,
125:22, 126:15,
131:1, 133:6, 133:17,
139:14, 141:4, 37:6,
144:11, 146:11,
156:19, 157:3, 156:8,
160:16, 161:22,
171:7, 172:14, 183:8,
188:21, 196:14
106:22, 107:1, 110:9,
Riverside - 4:2
Road - 6:21 95:22
Rock - 144:124
107:11, 107:12,
144:15, 144:19, 4:14,
rocks - 143:13,
144:24, 145:3, 156:6
42:14, 86:23, 88:22,
99:14, 97:23, 98:2,
rolls - 17:22
102:14, 109:14, 12,
Roof - 23:131, 113:5
13:1, 13:11, 14:17, ,
33:21, 41:16, 42:57,
114:21, 114:22,
roofs - 112:23,
room - 50:7, 50:8
roots - 170:7 182:7
rough - 132:16
round - 17:19:14
Rrj - 44:14, 73:23,
Rrj's - 69:15, 160:11
rule - 93:17 19:10
running - 101:25:11
190:23 - 189:25,
Rush - 10:6, 147:24
Rutilla - 46:19

S
6:1, 6:10, 195:3, 3,
safety - 10:8
57:22, 58:13, 67:17,
124:18, 127:18,
147:19, 160:25, 7:5,
Same - 39:6, 39:8,
148:25, 149:4, 183:14
66:9, 68:15, 88:2,
141:12, 193:10, 24:3,
sample - 62:12,
63:22, 64:18, 64:19,
66:22, 67:3, 67:5, ,
67:22, 67:24, 72:20,
73:11, 172:7 73:10,
21:21, 53:22, 54:2,
72:25, 79:4, 79:7,
Samples - 58:9
sand - 189:10
sandwiched - 151:8
satisfy - 103:2
159:16te - 51:12,
saturation - 110:25
56:10, 63:13:8,
saw - 17:25, 18:3,
39:16, 59:9, 59:10,
78:9, 78:11, 79:24,
100:3, 123:12, 128:2,
145:12, 145:13,
161:13, 162:4,
165:6, 168:17, 192:4
14:13, 14:15, 17:13,
24:8, 24:13, 27:21,
43:13, 45:1, 49:14,
67:8, 68:1, 73:17,
88:12, 90:14, 96:19,
102:13, 103:2, 103:8,
105:17, 106:21, 4:24,
120:1, 121:20, 17:6,
128:22, 128:24,

133:7, 137:19, 141:5,
166:6, 169:17, 182:9
78:12, 106:18, 111:5,
136:10, 132:13,
73:23, 95:22, 153:2,
166:9, 175:22,
191:2, 194:123,
scheme - 97:76:10
scientific - 49:8,
187:10 83:24, 162:16,
98:24, 166:4, 181:11
screwed - 123:19
seal - 81:12, 81:20,
176:9, 196:15 82:24,
sealed - 19:2019
80:18, 80:19, 80:21,
81:13, 81:14, 81:18,
82:20, 82:23, 82:25,
124:1, 159:683:13,
53:20, 66:11, 66:15,
78:12, 78:14, 79:17,
80:25, 81:3, 123:19,
search - 30:11
Second - 4:996:19
57:23, 69:12, 69:18,
100:14, 118:23, 8,
153:19, 156:19, 171:8
section - 77:10, 3
135:1, 135:10,
180:16, 180:17,
181:12, 181:1, 181:8,
135:8, 180:20:1,
117:13, 118:3:2,
18:13, 18:14, 33:9,
60:14, 63:19, 63:24,
69:17, 69:19, 73:25,
80:10, 81:4, 81:5, ,
102:11, 102:20, , 90:7,
110:7, 110:12, 110:5,
123:13, 123:24,

124:13, 124:22,
144:25, 147:19,
159:16, 165:17, 4:1,
187:3, 188:25, 190:8,
152:15, 162:1, 166:23
112:16 96:22, 96:25,
seen - 39:14, 41:20,
75:11, 163:24, 168:17
selected - 148:9,
selecting - 150:7,
selection - 148:15,
seminars - 8:9, 84:17
27:25 27:5, 27:9,
senior - 12:8, 12:9,
12:16, 12:21, 13:18,
167:11, 167:12,
sent - 133:14
75:1, 153:10, 153:19,
190:6, 190:10, 190:25
separate - 100:1,
Sept - 5:1317
120:25, 121:1
serves - 119:11, :23
services - 87:3
114:23, 119:25, 1,
setback - 102:14
settle - 17:5, 17:6
settling - 25:18
Seventh - 4:19
13:13, 27:8, 31:18,
157:11 125:25, 149:5,
shape - 112:24
175:1d - 78:8,
sheet - 24:20, :24
62:22, 80:17, 81:13,
142:25, 143:6,
186:23, 192:15,
sheetgood - 186:20
106:24ng - 106:23,
18:21, 32:17, 34:12,

82:6, 82:19, 114:1,
shelf - 32:1, 32:23,
shifting - 187:23
142:15, 175:7, 54:17,
shot - 150:17:15
26:21, 30:7, 43:10,
86:6, 86:7, 88:12,
106:14, 110:21, 5:17,
120:1, 121:20, 129:7,
179:20, 194:13
shovel - 54:25,
show - 61:22,
192:8, 65:13, 65:14,
44:7ed - 20:15,
125:3, 179:1615,
57:4, 69:1, 75:20
91:11, 179:11
58:22, 59:1, 66:22,
side - 59:3, 60:17,
128:10, 130:8, 126:2,
162:22, 172:11, 42:3,
193:7, 193:8, 186:4,
sidewalk - 58:2,
sidewalks - 136:8
80:7, 123:116, 71:7,
196:14 194:18,
correction - 5:7,
Significant - 148:10
106:11, 148:19, :15,
148:24, 157:43,
signs - 135:15, 70:19
sill - 163:3, 192:5,
silt - 171:21
32:17, 33:15, 35:8,
simply - 16:10,
109:20, 121:5,
132:14, 140:23,
Simply - 44:18
since - 8:4, 11:18,
20:24, 28:19, 28:20,

169:1, 44:14, 86:4,
sir - 6:15, 6:20,
97:17, 97:20, 99:14,
120:23, 125:18,
140:22, 142:13,
105:4, 110:22, :20,
site - 7:7, 18:6, :3
47:3, 47:23, 48:1,
53:17, 54:8, 55:2,
132:9, 132:15, 138:1,
140:2, 140:242,
sits - 115:14
121:12, 160:21, ,
situation - 97:16, :2
six - 8:2, 14:24,
sixes - 125:14,
Sixth - 4:7
104:12, 110:4, 113:22
164:9, 191:21, 192:8
skipped - 69:191
61:8, 62:1, 78:7, 6,
slabs - 15:11
31:16, 31:17:14,
159:21- 27:18, 27:22,
slip - 24:2020
91:24, 92:8, 92:18,
111:7, 111:9, 112:24,
171:2, 171:3, 171:6,
sloped - 15:17, 92:4
179:19, 179:208,
small - 8:24, 70:6,
163:7, 192:20 147:3,
smooth - 64:5
So - 8:1, 11:2,
13:12, 16:23, 17:16,
22:16, 24:4, 27:19,
48:5, 50:13, 51:13,
55:22, 59:25, 60:4,
62:11, 63:4, 65:19,
75:15, 80:15, 80:18,

98:12, 101:14, 6:2,
112:11, 118:16,
122:1, 122:6, 129:15,
149:25, 151:7,
156:8, 156:12,
161:19, 170:10,
173:16, 176:11,
183:5, 185:12, 186:9,
188:23, 189:16,
193:11, 194:93,
12:4, 12:18, 12:22,
16:18, 16:21, 21:6,
30:13, 33:12, 33:19,
47:17, 47:24, 48:1,
55:10, 55:11, 55:21,
59:19, 62:18, 70:8,
78:8, 78:13, 79:6, ,
98:10, 100:21, 104:7,
112:25, 113:3, 115:4,
120:16, 120:20,
132:5, 132:12, 134:5,
138:21, 141:7,
145:1, 148:10, 152:9,
157:19, 157:24,
161:7, 164:2, 168:25,
180:8, 193:99, 173:2,
soil - 49:14, 50:12,
55:23, 55:25, 56:3,
89:17, 89:19, 89:25,
106:13, 106:15,
106:25, 111:1, 119:3,
144:7, 144:10,
150:9, 151:15, 146:5,
153:18, 155:15,
156:8, 156:9, 156:12,
160:22, 169:24,
181:19, 181:25, 0:11,
183:3, 183:4, 185:7,
188:2, 189:3, 189:10,
Soil - 182:5, 189:21

solely - 103:5
32:3, 32:25, 33:3, 9,
45:9, 45:13, 45:16,
85:8, 85:12, 177:14,
some - 8:24, 20:15,
31:7, 31:12, 31:22,
47:3, 47:14, 48:11,
51:17, 54:11, 55:8,
62:13, 62:15, 65:14,
71:25, 77:15, 80:5,
87:16, 89:7, 91:23,
103:6, 103:24, :2,
110:11, 111:7, 112:2,
115:1, 117:15,
120:17, 122:19,
128:4, 131:11,
144:15, 144:23,
158:3, 158:17, 160:3,
162:20, 165:5, 62:12,
169:11, 170:15,
173:17, 173:23,
186:10, 186:12,
188:18, 188:19,
192:5, 192:7, 192:21
183:23dy - 111:5,
someone - 9:20,
103:12, 153:23, :17,
someplace - 26:21, 19
something - 12:11,
71:17, 91:4, 92:22,
117:8, 118:23, 119:2,
132:8, 148:18, 132:7,
152:16, 152:23,
162:25, 164:6, 167:7,
Sometime - 11:17
sometimes - 48:6,
104:3, 178:243,
48:16, 93:22, 98:7,
somewhat - 20:17
112:11, 124:11, ,

Sonnesyn - 4:16,
43:24, 56:22, 56:25,
80:12, 84:12, 115:5,
135:19, 135:22,
149:3, 149:8, 152:8,
152:25, 154:6,
154:24, 155:4,
156:8, 157:23, 190:5,
192:12, 192:15, 92:2,
193:2, 193:18,
sophomore - 9:9
17:12, 31:9, 52:25, ,
66:25, 78:13, 97:21,
126:18, 163:2, 18:1,
sort - 80:5, 91:24,
117:15, 117:22, :16,
144:15, 152:19,
sorts - 48:14
sounds - 95:5,
source - 49:5,
70:25, 103:4, 162:17,
sources - 48:21,
49:11, 70:21, 71:9,
South - 4:2, 4:7, 4:9,
south - 60:17
space - 151:7,
spaces - 151:11
118:17d - 118:11,
127:9, 138:3, 160:21
spec - 180:17, 5
special - 8:25
specialist - 96:20,
181:21 96:24, 97:2,
specific - 8:21, 4
39:17, 42:6, 42:7,
70:21, 71:9, 95:17,
155:10, 159:10,
specifically - 11:3,
17:1, 19:22, 28:12,
116:16, 129:6, 136:9,

Specifically -
specification -
Specifications -
specifications -
180:12, 180:14,
specifics - 47:14,
193:12, 194:12,
specified - 116:6,
speculating -
speculation - 138:23
124:6, 83:18, 84:10,
31:16 - 26:16, 31:3,
spent - 14:16
spot - 79:3, 93:9,
spots - 47:22
159:20- 48:17,
spread - 120:4,
square - 17:18
ss - 196:2151:10
stacked - 164:5
stage - 132:3
staining - 122:19,
134:3, 134:5, 134:11,
165:17, 162:4, 162:6,
123:24, 124:2,
124:22, 162:14,
stairs - 165:23
stairwells - 133:19,
stand - 89:21, 107:4
114:18, 168:5, 181:9,
Standards - 31:7,
standing - 56:12,
60:11, 60:14, 62:18,
65:14, 65:22, 106:7,
122:3, 142:3, 147:5,
stands - 99:12,
start - 11:21, 60:2,
started - 13:6,
starting - 133:1824
State - 6:3, 196:1,

state - 6:17, 8:13,
stated - 46:16, 88:8,
149:18, 155:11
85:4, 116:7, 175:17,
states - 148:9
steel - 132:6, 1:1
157:14, 165:19
47:25, 94:10, 47:23,
5:19, 20:18, 22:20,
62:24, 71:16, 72:5,
91:6, 93:13, 96:6,
104:14, 107:24, 4:2,
121:22, 124:5,
134:9, 135:23,
141:18, 152:9, 140:6,
154:4, 154:23, 155:1,
164:7, 174:5, 175:25,
182:13, 182:22, 82:3,
184:10, 185:5,
189:19, 190:4,
194:18, 193:13,
100:5n's - 87:3,
steps - 104:20,
Steve - 175:10
Stich - 4:818, 35:24
still - 19:1, 19:2,
72:1, 72:22, 93:24,
158:13 158:5, 158:9,
stoop - 162:9, 185:8
116:17, 146:21,
153:25, 154:14,
156:25, 156:24,
Stork - 36:15
Street - 1:23, 4:7,
strictly - 15:2425
Strike - 85:4, 137:18
15:13, 15:14, 18:23,
92:18, 94:2, 94:8,
94:22, 95:1, 108:9,
129:5, 129:11, 111:6,

structurally - 131:6
structure - 49:1,
structured - 113:11
stuck - 121:6, :17
stud - 141:25,
147:23, 147:24,
studied - 89:17,
studies - 107:2,
study - 89:23,
studying - 125:3, :24
style - 7:22
sub-engineers -
subconsultant -
subcontract - 95:5,
Subcontractor -
subcontractor -
97:25, 101:1, 116:20,
subcontracts -
submit - 178:19
subset - 139:20:11
85:9tances - 35:11,
substitute - 156:913
substrate - 91:248:9
88:19, 110:1488:17,
succeeded - 161:4
such - 50:19, 59:18,
111:12, 117:2, 123:4,
129:15, 137:4, 139:8,
160:23, 170:19,
sued - 1:6, 1:7,
suffering - 179:120
sufficient - 115:20
129:19, 137:95:16,
55:22sting - 39:25,
129:11tions -
4:14, 6:4:4, 4:7, 4:9,
summary - 69:3, 25
152:1991:18, 91:19,
summer - 11:17,
86:18, 103:15, 117:24

support - 184:9,
187:14 187:9, 187:10,
supporting - 90:15,
suppose - 95:21
34:16, 34:25, 108:25,
Sure - 56:21, 61:24,
173:9, 183:22, 192:14
16:8, 25:16, 28:11,
52:18, 53:11, 55:17,
105:9, 114:20, 4:3,
136:14, 137:7, 142:6,
163:8, 166:6, 190:20,
surface - 51:8,
100:22, 100:23,
105:14, 105:24,
110:14, 111:6, 118:8,
141:15, 145:22,
157:13, 157:16,
183:6, 186:39, 183:4,
111:9, 122:231:25,
177:20sed - 111:4,
185:15, 188:2
60:2, 105:22, 106:9,
survey - 47:16,
sustain - 182:7
Swelltite - 6:17,
15:16, 16:4, 16:8,
17:5, 17:21, 17:22,
18:13, 19:13, 19:25,
22:17, 22:25, 23:4,
28:12, 32:3, 32:25,
35:10, 36:1, 36:13,
37:22, 38:5, 38:12,
39:11, 39:18, 39:22,
40:23, 41:7, 41:18,
45:8, 46:22, 53:20,
58:24, 59:4, 62:5,
62:18, 63:10, 63:21,
64:21, 66:21, 66:22,
70:4, 78:2, 78:3, ,

80:23, 81:3, 82:6,
85:8, 85:13, 86:22,
126:22, 127:13,
148:15, 149:6, 151:2,
168:11, 172:7, 58:10,
177:10, 183:23,
185:22, 185:23,
186:19, 188:14,
4:15son - 1:16,
system - 29:9, 96:6
69:16, 70:9, 71:13,
86:22, 88:19, 89:3,
94:6, 102:16, 107:23,
109:1, 109:2, 109:3,
110:25, 112:7,
118:13, 123:21,
127:21, 128:15,
140:11, 140:12, 40:8,
141:15, 143:11, 1:7,
179:12, 179:13, 79:6,
182:17, 183:3, 183:7,
183:23, 183:24,
189:24, 190:17, 85:2,
systems - 91:13,
101:5, 139:1
T
tail - 52:23, 108:16
21:21, 53:22, 53:24,
86:11, 94:20, 103:13,
131:11, 146:9, 29:8,
160:14, 171:2, 173:7,
taken - 6:1, 25:11,
58:24, 59:5, 63:20,
142:15, 147:8, 175:7,
Taken - 1:20
113:22, 176:7
104:9g - 94:10,
108:6, 132:20, 179:12
40:22, 57:5, 72:20, ,
163:13, 163:18, 62:1,

talking - 14:4, 16:6,
58:25, 62:22, 65:1,
80:3, 80:18, 80:21,
89:5, 106:17, 132:5,
138:12, 153:17,
162:14, 174:5,
talks - 153:10
taller - 132:10138:17
66:9, 66:11, 66:15,
81:5, 81:8, 81:13, ,
82:20, 82:25, 83:4,
140:1784:5, 140:13,
64:3, 64:4, 66:10, ,
task - 95:17, 184:4
taught - 26:25,
taxing - 24:2
131:9, 132:2 97:4,
140:25- 140:3,
technical - 27:9,
technique - 49:16
1:17, 2:2, 4:3
Telephone - 1:2416
96:1phone - 55:7,
33:23, 49:3, 59:6,
tell - 7:4, 13:21,
47:9, 64:25, 69:24,
118:3, 118:6, 133:23,
telling - 19:21,
temperature -
temporary - 120:13,
ten - 28:15, 102:9,
tendency - 196:13
101:20see - 55:24,
terminate - 186:10
100:21, 126:5
termination - 71:1,
130:10, 127:15,
87:3, 99:4, 121:7,
terrace - 14:5
test - 49:19, 51:10,

150:15, 150:22, :20,
159:10, 159:12,
160:23, 161:1, 161:5,
177:24, 173:5, 174:2,
149:19, 149:20
90:8, 90:18, 90:19,
136:8, 146:1, 146:22,
154:22, 156:17,
156:24, 168:14,
191:17, 171:23,
testifying - 136:9,
testimony - 7:18, :4
28:16, 28:18, 72:23,
95:14, 98:17, 107:6,
139:25, 140:4,
150:24, 187:13, 196:7
testing - 12:6, 21:2,
48:16, 48:17, 50:25,
85:1, 85:3, 123:3, 8:3,
150:11, 150:13,
160:19, 174:4, 174:6,
tests - 48:14, 49:8,
173:24 53:18, 146:9,
than - 13:11, 16:22,
39:24, 41:9, 41:19,
79:2, 88:2, 89:19,
92:25, 98:11, 101:6,
102:9, 102:23, 105:6,
106:13, 107:9,
107:21, 109:23,
124:25, 125:11,
128:19, 129:12,
133:25, 135:25,
138:19, 138:22,
153:15, 154:12, 3:3,
160:1, 162:21, 157:3,
167:8, 171:13, 174:1,
189:10, 192:8, 189:1,
Thank - 15:23, 20:7
68:20, 68:23, 77:4,

154:15, 157:7,
192:2, 193:17, 190:8,
193:2, 194:1514,
That - 8:12, 22:3,
35:9, 35:23, 37:22,
60:16, 61:3, 65:3,
95:25, 97:13, 105:12,
128:20, 136:2, 144:5,
155:12, 156:11, 47:9,
182:24, 185:17,
196:10, 196:12, 6:8,
that - 6:23, 7:2, 7:6,
9:8, 9:17, 9:18, 10:12,
11:12, 12:2, 12:4,
13:19, 14:20, 14:25,
16:23, 17:4, 17:17,
18:8, 18:22, 19:4,
20:13, 20:21, 21:13,
23:5, 23:8, 23:12, ,
24:11, 24:23, 24:24,
25:21, 25:24, 26:13,
27:4, 27:16, 27:17,
28:16, 29:5, 29:8,
30:12, 30:13, 30:17,
31:13, 31:18, 31:19,
32:5, 32:9, 32:16, ,
34:8, 34:12, 34:19,
35:15, 37:19, 37:24,
39:25, 40:8, 40:9, ,
41:23, 42:3, 42:17,
43:17, 44:2, 44:7,
45:9, 45:10, 46:2,
46:16, 47:1, 47:5,
47:20, 47:24, 48:2,
49:3, 49:6, 49:8,
50:4, 50:13, 50:17,
51:20, 51:21, 53:7,
54:14, 54:22, 54:23,
56:3, 56:6, 56:8, ,
56:22, 57:5, 57:23,

58:20, 58:22, 59:7,
60:5, 60:7, 60:12,
61:22, 62:1, 62:5, ,
62:21, 63:10, 63:19,
64:18, 64:19, 64:20,
64:25, 65:4, 65:10,
66:13, 66:15, 66:16,
67:19, 67:20, 67:21,
68:3, 68:12, 68:21,
69:24, 70:5, 70:7,
70:22, 70:24, 71:24,
72:12, 72:13, 72:20,
73:5, 73:6, 73:9, ,
73:13, 73:17, 73:23,
74:5, 74:8, 74:12,
75:1, 75:4, 75:9, 0,
75:25, 76:2, 76:9, ,
78:1, 78:3, 78:6, 78:7,
79:2, 79:8, 79:15, ,
79:25, 80:7, 80:18,
81:4, 81:5, 81:7, 81:8,
82:11, 82:13, 82:22,
83:8, 83:10, 83:16,
84:13, 84:18, 84:21,
85:4, 85:18, 85:20,
86:12, 86:17, 86:23,
87:16, 87:23, 87:24,
88:10, 88:14, 88:22,
89:8, 89:11, 89:18,
90:9, 90:15, 90:18,
91:2, 91:4, 91:10, ,
91:22, 91:23, 91:24,
92:22, 93:2, 93:3,
93:12, 94:2, 94:4,
94:22, 95:1, 95:4,
95:16, 95:17, 95:18,
96:16, 96:20, 97:3,
98:2, 98:21, 98:24,
99:12, 99:14, 99:19,
100:7, 100:8, 100:12,

100:21, 101:2, 101:4,
101:15, 101:16,
101:19, 101:20,
102:14, 102:20,
103:2, 103:7, 103:10,
103:22, 104:1, 104:4,
104:21, 104:24,
106:3, 106:5, 106:10,
107:7, 107:8, 107:11,
108:12, 108:15,
109:7, 109:9, 109:18,
109:25, 110:14,
111:2, 111:9, 111:12,
111:18, 111:19,
112:22, 112:23, 2:15,
113:22, 114:4, 113:8,
114:21, 114:23,
115:15, 115:25, 15:7,
116:5, 116:7, 116:8,
116:17, 117:9,
117:21, 117:24,
118:12, 118:15,
119:10, 119:11,
120:12, 120:13,
121:10, 121:12, 21:8,
121:16, 121:18,
122:2, 122:7, 122:8,
123:20, 123:24, 3:12,
125:7, 125:9, 125:11,
125:24, 126:5,
127:3, 127:7, 127:9,
128:5, 128:8, 128:10,
128:17, 129:1, 129:6,
129:13, 129:20,
130:11, 130:14,
130:20, 131:2, 131:4,
131:18, 131:25,
132:15, 133:5, 133:6,
134:11, 134:16,
135:17, 136:6, 136:7,

137:1, 137:7, 137:18,
138:15, 138:20,
139:11, 139:17,
140:13, 140:23,
141:16, 141:23,
143:15, 143:17,
144:1, 144:2, 144:3,
144:20, 144:22,
145:1, 145:10,
145:16, 145:17,
146:7, 146:22, 147:8,
147:20, 147:24,
148:19, 149:6, 149:9,
149:19, 149:24,
150:13, 150:14,
150:25, 151:4, 151:9,
153:6, 153:10, 153:5,
153:18, 153:23,
154:12, 155:16,
156:3, 156:9, 156:12,
157:1, 157:3, 157:15,
158:6, 158:18,
159:10, 159:11, 59:8,
159:15, 159:16,
160:4, 160:6, 160:20,
161:1, 161:10,
162:2, 162:3, 162:4,
162:14, 162:17, 2:9,
163:14, 163:15,
163:20, 163:23,
164:12, 164:18, 4:10,
165:10, 165:13,
166:10, 166:11,
167:12, 167:16, 67:9,
168:4, 168:10,
169:4, 169:6, 169:7,
169:14, 169:17,
170:1, 170:2, 170:10,
171:23, 172:14,
172:22, 172:23,

173:17, 173:18, 3:10,
174:20, 174:24,
175:17, 175:20,
175:24, 176:11,
177:10, 177:11, 77:9,
177:16, 177:23,
179:21, 179:22, 79:8,
180:23, 181:20,
182:5, 182:6, 182:7,
183:7, 183:17, 183:5,
184:6, 184:8, 184:12,
184:24, 184:25,
185:19, 185:20,
186:17, 186:25, 86:9,
187:13, 187:16, 7:11,
188:13, 188:22, 8:11,
189:11, 189:12,
190:3, 190:23, 191:4,
191:17, 191:20,
192:9, 192:11, 92:7,
193:10, 194:4, 194:6,
196:6, 196:9, 196:13,
16:21, 28:5, 31:5, 4,
55:22, 59:20, 60:10,
69:9, 69:12, 76:16,
90:14, 92:3, 92:6,
106:11, 109:13, :6,
113:10, 113:24,
118:3, 118:14,
136:24, 145:23,
150:19, 150:20, 8:11,
154:16, 157:23, 3:22,
165:7, 170:6, 170:17,
178:25, 180:7, 185:2,
192:20, 192:22,
10:13, 10:15, 10:17,
31:14, 32:16, 35:9,
47:18, 47:21, 48:4,
50:16, 56:3, 56:8,
62:6, 62:10, 65:9,

82:4, 82:12, 83:17,
90:4, 91:19, 95:2,
99:7, 104:8, 104:25,
123:8, 125:23, 114:3,
141:1, 141:3, 142:13,
145:18, 148:4,
171:7, 176:2, 176:10,
185:17, 190:16
The - 5:17, 6:1,
16:6, 17:14, 19:8,
23:20, 25:5, 25:7,
30:23, 31:4, 31:11,
49:2, 51:8, 53:1, ,
60:21, 60:25, 62:22,
64:4, 64:21, 65:8,
68:16, 68:19, 69:18,
73:23, 75:1, 76:24, :7,
80:14, 81:17, 82:17, 8,
93:14, 94:15, 96:14,
104:15, 106:14,
109:20, 110:3, 109:9,
115:10, 118:22,
121:24, 122:1,
124:7, 125:10,
132:19, 133:12,
137:11, 140:7,
145:22, 147:16,
150:6, 150:21, 149:5,
155:8, 155:14,
156:2, 156:4, 157:10,
164:15, 168:7, 171:8,
173:13, 174:10,
176:15, 176:24,
182:14, 182:24, 82:5,
187:19, 187:23,
189:23, 190:14,
191:25, 192:3,
193:1, 194:11, 194:20
6:3, 6:5, 6:17, 6:18,
7:9, 7:20, 7:22, 7:25,

8:15, 8:17, 8:19, 8:24,
9:20, 10:6, 10:9, :16,
11:7, 11:17, 11:24,
12:11, 12:17, 12:20,
13:18, 13:23, 14:14,
14:24, 14:25, 15:8,
15:14, 15:21, 15:24,
16:11, 16:12, 16:13,
17:1, 17:4, 17:5, 17:6,
17:15, 17:16, 17:18,
17:25, 18:2, 18:3, ,
18:12, 18:13, 18:21,
19:4, 19:18, 19:19,
20:13, 20:14, 20:19,
21:2, 21:3, 21:8, 5,
21:24, 22:2, 22:4, ,
22:13, 22:14, 22:16,
23:17, 23:18, 23:23,
24:7, 24:16, 24:17,
24:21, 24:22, 25:1,
25:12, 25:13, 25:14,
25:22, 25:25, 26:3,
26:12, 26:22, 27:4, :8,
27:18, 28:4, 28:5,
29:6, 29:8, 29:12,
30:7, 30:8, 30:9,
31:20, 32:1, 32:2, ,
32:11, 32:16, 32:18,
33:18, 34:2, 34:3,
34:10, 34:13, 34:19, 9,
35:10, 36:5, 36:9,
37:17, 38:3, 38:9,
39:13, 39:16, 39:17,
40:3, 40:6, 40:7, 5,
42:5, 42:16, 42:17,
43:4, 43:5, 43:6, 43:7,
43:12, 43:14, 43:17,
44:8, 44:9, 44:10,
44:20, 44:25, 45:2,
45:15, 45:16, 45:19,

45:25, 46:1, 46:2, ,
46:20, 46:24, 47:1, :7,
47:22, 47:23, 47:24,
48:10, 48:11, 48:20,
49:2, 49:3, 49:10,
49:25, 50:1, 50:2, ,
50:13, 50:14, 50:17,
51:7, 51:8, 51:9,
51:24, 52:3, 52:6, ,
52:19, 52:20, 52:24,
53:17, 53:18, 53:20, 9,
54:15, 55:1, 55:2,
55:21, 55:25, 56:2,
56:10, 56:13, 56:14, 9,
56:22, 57:12, 57:16,
57:24, 57:25, 58:4,
58:15, 58:17, 58:18,
58:25, 59:1, 59:2, ,
59:7, 59:10, 59:11, :6,
59:19, 59:20, 59:21,
59:25, 60:1, 60:3, ,
60:14, 60:17, 60:22,
61:8, 61:13, 61:16, :7,
61:23, 61:25, 62:1,
62:8, 62:9, 62:12, 2:7,
63:11, 63:12, 63:14,
63:21, 63:22, 64:1,
64:24, 65:1, 65:4,
65:15, 65:19, 65:20,
66:2, 66:5, 66:7, 66:8,
66:17, 66:21, 66:22,
67:5, 67:7, 67:8,
67:16, 67:17, 67:19,
68:3, 68:9, 68:14,
69:15, 69:19, 70:3,
70:13, 70:15, 70:17,
70:25, 71:1, 71:3, ,
71:10, 71:12, 71:14,
71:24, 71:25, 72:6,
72:14, 72:16, 73:1,

73:7, 73:9, 73:13, 3:6,
74:2, 74:4, 74:6, 74:7,
74:19, 74:22, 75:1,
75:14, 75:15, 75:23,
77:17, 77:18, 77:19,
78:5, 78:7, 78:9,
79:5, 79:7, 79:9, 4,
79:14, 79:15, 79:17,
79:24, 80:1, 80:3, ,
80:16, 80:18, 80:21,
80:25, 81:1, 81:2, ,
81:12, 81:13, 81:14, 9,
81:20, 81:21, 81:22,
82:22, 82:24, 82:25,
83:13, 83:16, 83:19, 7,
84:3, 84:4, 84:5, ,
84:20, 84:24, 84:25,
85:16, 85:18, 86:3,
86:23, 87:9, 87:16,
88:2, 88:4, 88:8, 88:9,
88:19, 88:21, 88:22,
89:3, 89:4, 89:5,
89:14, 89:15, 89:17,
89:21, 89:24, 89:25,
90:13, 90:15, 90:16,
91:8, 91:9, 91:10,
91:19, 91:21, 91:24,
92:6, 92:8, 92:10,
92:18, 92:19, 92:20,
93:21, 93:25, 94:1,
94:8, 94:12, 94:15, :6,
94:22, 95:1, 95:4, ,
95:15, 95:16, 95:20,
96:18, 96:21, 96:22,
97:2, 97:3, 97:4, 97:7,
97:18, 97:23, 97:24,
98:8, 98:9, 98:12,
98:20, 98:23, 98:24,
99:8, 99:23, 100:5, :5,
100:14, 100:15,

101:3, 101:4, 101:8,
101:20, 102:5, 102:6,
102:18, 102:19,
102:23, 103:1, 103:5,
104:10, 104:12, 04:7,
105:2, 105:4, 105:5,
105:11, 105:12, 5:10,
105:20, 105:21,
106:8, 106:9, 106:10,
106:16, 106:17,
106:21, 106:22,
107:7, 107:8, 107:11,
107:15, 107:17,
107:21, 107:22,
108:7, 108:8, 108:9,
108:14, 108:17,
109:2, 109:4, 109:6,
109:10, 109:11, 9:9,
109:14, 109:20,
110:9, 110:10, 10:7,
110:15, 110:16,
111:1, 111:2, 111:3,
111:18, 111:19, 1:10,
112:9, 112:10,
112:15, 112:18,
112:25, 113:1, 113:2,
113:15, 113:16, 3:9,
113:21, 113:22,
114:1, 114:6, 114:8,
114:11, 115:5, 115:7,
115:18, 115:19,
115:23, 115:24,
116:6, 116:9, 116:12,
116:15, 116:17,
116:20, 116:21,
117:4, 117:6, 117:9,
117:15, 117:23,
118:12, 118:14, 8:11,
118:18, 118:19,
119:3, 119:4, 119:5,

119:12, 119:15, 9:10,
119:19, 119:22,
120:4, 120:7, 120:8,
120:16, 120:17,
120:25, 121:1, 121:2,
121:11, 121:12, 1:8,
121:18, 121:19,
122:4, 122:15, 122:2,
122:25, 123:1, 123:5,
123:11, 123:14,
123:24, 124:1, 124:2,
124:11, 124:12, 4:10,
124:16, 124:21,
125:3, 125:4, 125:5,
125:11, 125:12, 5:9,
125:15, 125:16,
126:1, 126:2, 126:8,
126:16, 126:17,
127:2, 127:4, 127:5,
127:13, 127:15,
127:21, 127:22,
128:8, 128:10, 28:4,
128:17, 128:18,
128:21, 128:22,
129:4, 129:5, 129:6,
129:13, 129:15,
129:21, 129:22,
130:8, 130:9, 130:10,
131:2, 131:4, 131:5,
131:13, 132:2, 132:3,
132:24, 133:1,
133:19, 133:20,
134:5, 134:6, 134:14,
134:24, 134:25,
135:8, 135:10, 35:7,
136:7, 136:11,
136:17, 137:5, 137:6,
137:15, 137:25,
138:8, 138:10, 38:7,
138:17, 138:21,

139:10, 139:11, 39:8,
139:20, 139:23,
140:10, 140:12, 0:9,
140:19, 141:1, 141:4,
141:12, 141:15, 1:7,
141:21, 141:22,
141:25, 142:1, 142:2,
142:8, 142:9, 142:10,
142:24, 143:5, 143:6,
143:13, 143:14,
143:18, 143:19,
144:10, 144:12, 44:4,
144:20, 145:3, 145:4,
145:11, 145:16,
145:23, 146:2, 146:6,
146:19, 146:20,
147:7, 147:9, 147:11,
147:20, 147:25,
148:13, 148:15, 8:8,
148:18, 148:19,
149:15, 149:19,
150:4, 150:13, 150:3,
151:1, 151:4, 151:5,
151:12, 151:13,
151:22, 152:1, 152:3,
152:13, 153:4, 153:5,
153:12, 153:13,
153:18, 153:20,
153:24, 154:14,
155:9, 155:10, 55:8,
155:18, 155:19,
156:8, 156:9, 156:13,
156:23, 156:24,
157:4, 157:8, 157:9,
157:15, 157:19,
158:8, 158:10, 158:4,
158:20, 159:3, 159:4,
159:14, 159:18, 9:13,
159:24, 160:1, 160:2,
160:9, 160:13, 60:7,

160:19, 160:22,
161:1, 161:7, 161:8,
161:16, 162:2, 162:6,
162:11, 162:12,
162:21, 162:22,
162:25, 163:4, 163:6,
163:14, 163:15, 3:10,
163:23, 163:24,
164:20, 164:21, 64:9,
165:3, 165:5, 165:6,
165:18, 165:19,
165:23, 166:2, 166:4,
166:11, 166:18, 6:10,
166:22, 166:23,
167:6, 167:8, 167:10,
167:14, 167:23,
168:13, 168:16, 68:3,
168:20, 168:23,
169:4, 169:8, 169:9,
169:12, 169:13,
170:3, 170:6, 170:7,
170:17, 170:20,
171:1, 171:2, 171:3,
171:11, 171:14, 1:9,
171:23, 171:24,
172:6, 172:8, 172:9,
172:14, 172:17,
172:21, 172:23,
173:11, 173:17, 73:3,
174:12, 174:14,
174:24, 174:25,
175:15, 175:18, 5:10,
176:5, 176:6, 176:7,
176:19, 176:21, 6:10,
177:1, 177:3, 177:11,
177:23, 178:8, 178:9,
179:14, 179:16,
179:19, 179:20,
180:6, 180:7, 180:10,
180:16, 180:17,

180:24, 181:1, 181:5,
181:14, 181:15, 1:12,
181:19, 181:25,
182:17, 182:20, 2:14,
183:4, 183:6, 183:12,
183:18, 183:22,
184:8, 184:15, 184:6,
184:22, 185:6, 185:7,
185:11, 185:12, 5:10,
185:17, 185:18,
186:10, 186:13, 86:5,
186:22, 187:8,
187:20, 187:22,
188:10, 188:16,
188:23, 189:3, 189:4,
189:13, 189:22, 9:12,
190:1, 190:2, 190:6,
190:12, 190:16,
190:23, 190:24,
191:4, 191:5, 191:7,
191:12, 191:19,
192:11, 192:19, 2:8,
193:8, 193:9, 193:10,
194:3, 194:4, 194:6,
195:3, 195:4, 196:4,
196:8, 196:9, 196:11,
196:14, 196:13,
11:4, 12:19, 46:11,
90:14, 93:22, 97:2,
122:7, 123:25, 22:6,
178:21, 178:19,
23:16, 31:23, 47:18,
53:24, 53:25, 54:1,
79:20, 84:7, 102:22,
109:14, 110:5, 110:6,
136:21, 147:18,
165:6, 166:20,
175:13, 178:20, 74:1,
theme - 35:710
themselves - 89:11,

124:24, 142:10,
then - 10:16, 11:22,
15:15, 15:16, 34:8,
51:17, 58:13, 58:21,
74:11, 81:1, 81:20,
102:23, 106:19, 15,
118:23, 122:9, 137:5,
143:13, 144:24,
150:14, 151:8,
151:19, 152:5, 155:6,
160:2, 164:25, 169:2,
173:18, 175:1, 171:2,
178:23, 183:5, 184:8,
189:14, 189:16 189:1,
77:15, 80:24, 89:2,
there - 9:12, 9:22, 1
11:18, 12:13, 13:6,
15:25, 16:1, 16:9,
18:17, 18:20, 18:22, 8,
19:17, 21:17, 22:1,
26:1, 26:7, 26:9, ,
28:19, 29:13, 35:7,
46:14, 49:8, 50:23,
53:10, 53:11, 53:13,
55:22, 56:1, 56:20,
59:2, 59:9, 60:7, ,
63:4, 63:14, 64:14,
66:15, 66:21, 66:22,
70:5, 70:7, 71:2,
72:21, 72:22, 73:14,
76:9, 77:15, 79:6, ,
82:19, 82:24, 83:16,
92:6, 92:14, 92:16, :7,
99:25, 100:1, 100:2,
100:25, 101:3,
101:15, 101:19,
105:24, 111:1, 112:1,
117:8, 117:22, 119:7,
121:6, 121:19, 122:3,
123:15, 123:17,

131:2, 132:2, 132:6,
134:12, 134:19, 34:2,
137:12, 139:8, 141:8,
143:13, 145:7, 42:25,
146:17, 147:23,
154:18, 157:3, 158:5,
158:25, 159:7, 160:7,
161:16, 162:18, 61:7,
164:17, 164:21, 63:7,
167:18, 168:18, 66:8,
174:13, 175:1, 173:3,
177:11, 178:22,
180:8, 181:13,
185:1, 187:7, 187:13,
190:21, 192:4, 192:6,
There - 17:1, 18:22,
27:18, 31:1, 31:21,
58:15, 64:5, 77:9,
99:21, 100:7, 120:3,
139:10, 172:1, 172:5,
there's - 11:1,
67:15, 74:19, 76:17,
118:16, 119:3, 112:1,
132:11, 137:7, 145:7,
168:25, 170:2, 173:16
71:23, 73:7, 74:18,
therefore - 93:10,
therein - 195:4
thermal - 33:6, 33:9
75:24, 120:14,
27:8, 28:22, 28:25,
58:7, 65:4, 65:14,
111:3, 112:21, 115:1,
121:7, 134:13, 148:5,
167:7, 170:15,
182:17, 186:35,
10:23, 10:24, 11:6,
30:7, 31:18, 34:17,
45:10, 47:16, 47:17,
54:24, 55:1, 55:5,

66:11, 68:16, 97:2,
103:24, 105:21,
114:22, 114:25, 9:13,
116:23, 117:9,
119:24, 120:16,
131:7, 136:22, 127:8,
144:9, 147:2, 149:11,
158:11, 160:11,
169:4, 178:5, 178:8,
They - 11:5, 25:22,
115:11, 135:2, 153:3,
they're - 102:13, 8:9
117:14, 120:9,
124:11, 132:16,
They're - 6:16,
they've - 70:18,
thick - 15:17,
thicker - 192:8
192:5ness - 163:6,
thing - 24:13, 24:23,
105:19, 125:12, ,
things - 12:24, 7:18
44:8, 48:20, 112:15,
169:25, 170:2,
178:22, 185:22,
10:23, 11:25, 13:8,
21:25, 22:10, 23:5,
24:18, 24:20, 24:23,
27:3, 29:10, 29:21,
31:7, 31:23, 31:25,
42:16, 44:2, 46:8,
52:2, 52:15, 53:2,
57:19, 59:16, 63:12,
67:15, 67:21, 69:7,
73:22, 76:2, 80:7, ,
88:1, 88:8, 91:10, ,
100:1, 100:2, 101:21,
106:10, 106:12,
110:3, 111:4, 111:8,
117:19, 117:21, 16:5,

119:10, 119:21,
120:13, 121:10,
128:16, 130:4, 125:2,
138:23, 139:11,
140:17, 141:20,
145:7, 146:1, 146:4,
148:12, 148:14,
150:10, 150:12,
154:7, 154:16, 156:3,
162:22, 165:8, 167:2,
168:14, 169:4, 169:7,
177:25, 178:8, 180:7,
188:24, 190:14,
thinking - 17:17, :12
122:15, 144:4,
Third - 1:13, 1:18,
third - 58:1014, 4:17
1:18, 4:2, 4:12, 4:14,
thirds - 74:22
8:13, 11:7, 12:22, 19,
23:2, 23:7, 25:11,
40:15, 40:23, 41:12,
42:20, 44:3, 44:20,
45:19, 46:15, 46:25,
50:8, 51:21, 51:22,
56:6, 57:3, 57:4, 57:7,
61:10, 68:25, 69:2,
76:5, 76:7, 80:8, 82:5,
87:1, 87:14, 87:25,
93:3, 95:15, 96:2,
104:18, 106:4, 04:16,
108:16, 113:7,
119:17, 121:10,
131:18, 131:22,
132:9, 133:2, 133:5,
135:17, 135:25,
145:5, 148:13, 144:7,
150:16, 152:8, 150:5,
152:22, 159:5, 163:7,
166:9, 167:6, 169:8,

171:5, 173:21, 174:3,
175:7, 175:11, 176:4,
184:16, 186:21, 0:1,
190:10, 191:1, 87:13,
192:19, 193:11,
195:22, 196:15
40:6, 54:25, 57:25,
75:22, 92:22, 152:13,
194:2, 195:24, 190:5,
48:1ough - 22:18,
Those - 31:25, 74:7,
149:21, 157:14,
those - 9:18, 9:21,
27:17, 29:22, 48:12,
68:22, 71:8, 74:15,
81:3, 84:7, 86:22, ,
100:20, 101:15, :23,
103:18, 104:21,
106:6, 106:12, 107:4,
111:21, 111:22,
115:8, 117:12, 118:3,
121:20, 122:23, 19:7,
128:11, 129:23, 6:6,
134:24, 135:4, 34:16,
136:17, 136:20,
149:8, 158:13, 47:13,
163:11, 165:23,
171:8, 172:3, 173:7,
181:20, 183:10,
184:19, 185:3, 184:9,
187:14, 185:19,
64:19, 72:4, 72:25,
103:20, 104:9,
137:21, 139:1,
179:6, 184:2, 185:17
58:12, 73:20, 120:2,
three - 8:17, 12:13,
58:10, 58:16, 62:1,
109:21, 114:24, 4:7,
161:15, 163:9,

188:22, 180:24,
16:24, 27:9, 28:5, ,
52:20, 54:22, 58:3,
81:18, 83:4, 84:7,
91:22, 97:1, 98:8,
106:19, 106:20,
107:14, 109:6,
119:4, 119:5, 122:17,
124:12, 124:17,
135:7, 136:23, 134:7,
148:1, 159:15,
164:22, 167:6,
173:14, 175:18,
191:9, 193:13, 191:5,
throughout - 10:25,
thru - 52:12, 122:20,
tied - 110:7
tightness - 140:14
11:12, 12:1, 13:2,
20:21, 20:22, 21:15,
27:18, 30:2, 44:6,
54:17, 54:19, 55:15,
75:19, 76:5, 83:22,
98:12, 102:19, 104:7,
121:25, 131:6, 133:2,
152:11, 152:13,
160:3, 160:14,
170:6, 171:11, 170:1,
174:19, 175:7, 195:4
21:17, 21:19, 21:20,
60:8, 103:11, 103:13,
176:5, 179:7, 179:10,
To - 50:24, 157:20,
to - 5:2, 6:6, 6:23,
8:21, 9:1, 9:22, 10:3,
12:17, 12:18, 13:5,
13:21, 13:22, 14:1,
14:19, 15:14, 15:17,
16:24, 18:1, 19:13,
21:13, 21:14, 22:5,

22:25, 23:2, 23:7, ,
23:20, 23:22, 24:4,
25:18, 26:4, 26:8, ,
27:2, 27:5, 27:13, ,
30:1, 30:11, 30:12,
32:20, 33:12, 33:14,
33:20, 33:21, 34:3,
34:25, 35:2, 35:5, ,
36:17, 36:20, 36:25,
38:9, 38:12, 39:6,
40:6, 40:13, 40:14,
41:11, 41:14, 42:3,
42:21, 42:22, 42:24,
43:14, 43:17, 43:22,
45:15, 45:19, 46:4,
47:13, 47:22, 47:23,
48:11, 48:20, 48:22,
49:8, 49:13, 49:14,
50:8, 50:10, 50:11,
51:4, 51:9, 51:10, ,
51:16, 51:20, 51:21,
52:22, 54:13, 54:15,
55:2, 55:5, 55:8, ,
55:18, 55:19, 55:20,
56:7, 56:8, 56:12, 6:5,
56:20, 57:7, 58:21,
59:18, 60:17, 60:19,
61:18, 61:22, 62:9,
62:20, 62:21, 63:5,
65:19, 65:22, 66:1,
69:13, 70:2, 70:13,
71:14, 71:17, 72:3,
73:2, 73:3, 73:17,
74:11, 75:4, 75:16,
77:9, 77:17, 77:18,
79:22, 80:4, 81:1, 9:2,
81:15, 81:17, 81:20,
82:22, 82:24, 83:3,
83:13, 83:14, 83:15,
84:6, 84:7, 84:14,

85:7, 85:13, 85:23,
86:25, 87:1, 87:2,
87:15, 87:24, 88:3,
88:21, 89:3, 89:15,
90:11, 90:13, 90:16,
91:15, 91:22, 91:23,
92:11, 92:17, 92:19,
93:9, 93:10, 93:16,
94:1, 94:3, 94:4, 94:5,
95:18, 96:6, 96:8, ,
97:5, 97:7, 97:14, ,
98:6, 98:8, 99:4, ,
100:13, 100:20, 0:11,
101:24, 102:4, 102:6,
102:14, 102:17,
103:9, 103:14, 03:8,
103:23, 104:1, 104:2,
104:14, 104:16, 4:10,
104:21, 104:24,
105:12, 105:16, 5:9,
106:1, 106:2, 106:23,
107:10, 107:11,
108:6, 108:8, 108:11,
109:1, 109:10,
109:18, 109:25,
110:10, 110:11, 0:7,
110:22, 110:24,
111:10, 111:11, 1:9,
112:13, 112:20, 12:5,
113:4, 113:5, 113:8,
113:18, 113:19,
114:15, 115:12,
115:22, 115:23,
116:21, 117:4, 117:7,
118:3, 118:15,
118:24, 119:19,
120:9, 120:16, 120:4,
120:23, 121:8,
122:2, 122:8, 122:9,
123:4, 123:17,

124:22, 125:6,
126:17, 126:24,
127:21, 128:6,
128:21, 129:5, 129:8,
130:14, 130:15,
131:13, 131:14,
131:19, 131:21,
132:2, 132:3, 132:9,
132:20, 132:21,
133:20, 134:25, 3:14,
136:22, 136:24, 36:9,
138:25, 139:15, 7:18,
140:11, 140:12, 40:8,
141:6, 141:15,
142:1, 142:4, 142:6,
142:24, 143:1, 143:5,
144:5, 144:7, 144:20,
146:12, 146:14, 46:6,
147:25, 148:1, 47:20,
149:6, 149:19,
150:3, 150:9, 150:10,
151:5, 151:7, 151:9,
151:20, 152:4, 153:5,
153:23, 153:24,
154:21, 154:22, 4:20,
155:6, 155:10,
155:20, 156:1,
156:17, 157:1,
157:19, 157:24,
159:8, 159:16,
159:19, 159:21,
160:13, 160:14, 0:12,
162:9, 162:11, 162:5,
163:5, 163:14,
164:14, 164:17,
165:10, 165:22,
166:7, 166:8, 166:9,
168:4, 168:6, 168:9,
168:14, 168:15,
169:13, 169:15,

170:6, 170:9, 170:12,
171:2, 171:18,
172:21, 172:22,
173:8, 173:11, 73:6,
174:4, 174:16,
175:14, 175:19,
176:12, 176:15, 76:9,
177:2, 177:21,
178:20, 178:21,
179:23, 180:5, 181:9,
181:23, 182:1,
183:16, 183:18,
184:18, 184:24, 4:10,
185:11, 185:13, 5:10,
186:7, 186:9, 186:11,
186:19, 186:25,
187:15, 187:21, 7:10,
188:16, 188:23, 8:4,
189:4, 189:5, 189:9,
189:24, 190:4, 190:9,
190:14, 190:22,
190:25, 191:6, 191:9,
191:18, 191:20,
192:18, 193:6,
195:4, 196:6, 196:9,
today - 7:2, 7:5,
22:8, 27:24, 30:2, ,
90:8, 137:1, 137:21,
together - 14:7,
43:19, 68:22, 69:3,
151:9, 189:15143:24,
told - 40:2, 55:11,
117:20, 117:21, 1:6,
155:21 126:12, 127:7,
tolerances - 132:6
Tomsche - 4:16
Tony - 46:172:16
136:6, 140:21, 3:22,
145:23, 146:16
44:19, 53:25, 54:12,

106:3, 133:1, 172:6,
tool - 50:1, 52:3
17:9, 51:24, 58:19,
87:9, 105:13, 110:10,
126:1, 127:4, 127:16,
128:18, 128:19, 8:17,
130:9, 134:6, 139:10,
144:25, 147:25,
162:10, 163:10,
163:16, 163:18,
167:4, 172:23,
185:7, 185:10, 183:3,
189:23, 190:7,
topics - 37:24
15:19, 24:22, 92:11,
93:6, 93:10, 93:18,
tops - 79:5, 79:7,
torch - 33:17, 34:18
totally - 93:14, :8
touched - 72:24,
tough - 14:19,
tour - 138:19
Toward - 148:818
143:7, 186:22:24,
Townhome - 108:18
4:20homes - 1:8,
166:10, 190:2,
Townline - 4:11194:5
149:24- 73:16, 86:25,
traditional - 179:3
training - 90:57
transcript - 5:17,
transition - 186:13,
transitioning -
transmitted - 87:16
135:7, 141:7, 141:15
treated - 63:25,
treatise - 114:14,
treatises - 30:15,
trees - 88:4

144:21, 144:22,
tried - 160:213:4
131:6le - 130:17,
trucks - 138:12
true - 51:5, 60:8,
81:11, 82:22, 90:3,
90:25, 91:4, 95:6,
110:1, 123:7, 135:13,
185:23, 195:4, 196:7
163:14, 163:15, 29:8,
163:24, 164:18,
128:19s - 128:11,
196:6 - 177:21,
47:23, 48:1, 48:22,
50:14, 50:24, 54:5,
120:23, 123:23, 02:9,
Try - 83:19
143:21, 156:15, 51:4,
turning - 166:8
twice - 88:3, 78:15
two - 5:11, 12:22,
28:20, 29:2, 29:22,
58:7, 58:17, 60:4, ,
63:6, 68:3, 71:8, 74:7,
80:24, 82:6, 82:19,
100:21, 102:18, 0,
132:20, 132:24,
149:21, 150:9, 151:8,
164:4, 171:5, 171:9,
175:6, 175:12, 74:22,
Two-by-four - 163:2
two-by-fours - 63:9
two-by-sixes -
two-thirds - 74:22
17:8, 17:15, 17:21,
101:24, 111:24, 1:10,
180:16, 181:19,
types - 16:5, 91:13,
typewritten - 195:3
180:3, 187:4:24,

31:21, 47:21, 78:15,
102:5, 103:11, 112:7,
Tyvek - 123:15, 80:11
124:10, 124:12,
124:22, 130:25
U
U-shaped - 78:8,
ultimately - 99:5,
unaffected - 110:23
unclog - 157:206
Under - 149:126:16
66:2, 112:1, 127:16,
149:14, 183:3,
196:74, 191:1, 192:4,
161:10, 164:21, 24,
171:14, 171:24,
underside - 33:18,
Understand - , 174:10
understand - 6:24,
85:20, 86:22, 88:15,
117:12, 120:25, :20,
125:21, 130:1, 23:23,
143:23, 145:19,
155:8, 158:5, 163:14,
understanding -
47:18, 59:20, 70:11, 8,
88:10, 88:14, 88:18,
93:15, 126:15, 13,
understandings - 94:6
understood - 88:7,
undertake - 104:5
130:8, 142:9 70:19,
unfolded - 99:37:23
156:3tunately -
uniform - 66:12:7
48:11, 105:18, 180:9
166:10, 167:18, 66:9,
Unit - 59:4, 60:18,
62:3, 62:4, 62:8, ,
73:3, 79:15, 79:22,

163:21, 166:8, 45:14,
175:3, 194:112,
units - 53:4, 123:24,
142:11, 153:5,
156:21, 190:2,
Units - 58:21, 58:22
University - 8:6,
147:9 9:7, 28:5, 30:20,
51:14, 106:20, 141:21
unlikely - 125:17,
unprotected -
unscientific - 134:7
unsealed - 134:7,
Until - 151:21
87:13, 124:18, 60:2,
151:18, 151:19, 50:5,
unwanted - 24:23,
Up - 185:10
17:15, 21:24, 24:13,
56:5, 59:18, 63:13,
101:15, 101:18, 13,
113:17, 119:2, 127:3,
131:1, 131:19,
141:13, 150:2,
171:21, 177:1,
184:18, 186:3, 193:18
115:7ed - 8:1,
48:10, 55:25, 104:23,
151:12, 151:18,
175:14, 187:10,
Upper - 67:18
116:2, 155:21, 160:4
49:13, 81:25, 103:10,
148:15, 148:17,
184:3, 184:9, 186:18,
used - 16:5, 16:8,
19:15, 19:23, 21:8,
33:16, 33:21, 34:12,
80:21, 99:23, 101:11,
159:8, 163:25,

useless - 171:12
10:22, 11:6, 11:9,
using - 48:17,
186:2, 55:17, 120:5,
76:11, 93:22, 144:6,
Usually - 92:10,
Utica - 4:21
Uv - 187:1
V
63:7, 63:8 62:19,
116:11, 134:9,
146:16, 154:5,
178:2, 183:11, 159:1,
Valley - 1:8, 4:9
value - 49:25:21
vapor - 85:16
13:11ty - 12:24,
100:11, 100:12,
135:17, 165:1, 179:23
vector - 49:17
Veith - 4:4, 5:3,
15:24, 17:21, 20:25,
25:8, 25:12, 26:19,
31:16, 41:3, 41:4,
57:4, 61:11, 62:25,
68:8, 68:14, 69:1,
75:20, 76:6, 77:5,
81:20, 82:5, 82:16,
84:14, 85:6, 85:7, ,
140:5, 141:17, 9:25,
verify - 22:5, 194:17
14:17, 108:98,
16:1, 60:24, 78:10,
79:17, 79:19, 89:5,
107:14, 107:20, 7:4,
186:3, 145:6, 145:8,
143:6cally - 78:15,
38:2, 39:24, 44:17,
56:4, 59:24, 60:20,
104:4, 104:8, 106:22,

130:16, 139:17, 25:5,
179:1, 182:19, 186:5,
Very - 76:11, 94:7
vicinity - 150:3,
Victor - 9:6, 9:24,
view - 21:15, 57:25
Village - 1:8, 4:20
Violette - 40:193:11
virtue - 176:217
visit - 138:15,
visual - 52:12, 40:24
visually - 102:20,
vividly - 44:9
voids - 172:21,
Volclay's - 86:4
113:24, 114:23,
2:10 1:5, 1:14, 2:4,
112:9, 127:10,
146:18, 164:18, 186:7
vulnerable - 151:17
W
waived - 196:141
122:20 52:12, 52:19,
122:20hru - 52:12,
53:2, 165:23, 193:13
136:23g - 102:21,
59:2, 60:24, 60:25,
63:10, 63:12, 70:25,
79:13, 79:14, 80:3,
124:11, 124:12,
128:18, 128:24,
147:25, 162:10, 42:4,
180:4, 180:6, 180:7,
walls - 74:6, 78:8,
79:18, 79:19, 122:23, ,
125:6, 125:13, 130:8,
136:20, 137:4, 36:17,
153:3, 153:13,
156:13, 162:11,
165:23, 166:18,

188:10, 167:9, 186:4,
51:25, 56:14, 56:20,
102:9, 107:19, 02:6,
127:12, 130:6,
151:18, 151:20,
163:5, 165:10,
170:17, 174:20,
190:25, 193:19
wanted - 22:10,
wants - 96:6
warranty - 181:11
9:13, 9:20, 10:21, 6,
13:12, 13:19, 14:10, 1,
16:4, 16:8, 16:10, ,
17:2, 17:3, 17:7, 17:8,
17:23, 18:1, 18:12,
19:15, 19:25, 20:9,
22:4, 22:12, 22:18,
23:22, 23:23, 24:7,
24:15, 24:16, 24:17,
24:24, 24:25, 25:2,
25:16, 25:18, 25:20,
26:3, 26:5, 26:7, 26:8,
27:5, 28:12, 28:14,
29:10, 29:12, 29:14,
37:22, 37:25, 39:16,
41:13, 42:17, 42:19, 7,
44:5, 50:23, 51:10,
54:18, 54:25, 55:5,
55:22, 56:6, 57:2,
59:4, 59:14, 60:16,
61:18, 61:19, 61:20,
63:16, 63:17, 63:20,
64:1, 64:4, 64:5, 5,
66:9, 66:16, 68:2,
70:4, 70:5, 71:2, ,
72:22, 72:23, 73:2,
74:12, 75:2, 75:18,
79:15, 79:23, 79:24,
82:19, 83:16, 84:15,

87:2, 87:12, 87:15,
88:6, 88:8, 88:10,
90:12, 90:16, 91:3,
92:16, 93:6, 93:9,
96:9, 96:10, 96:14,
100:1, 100:2, 100:4,
101:3, 101:19,
102:11, 106:5, 106:6,
108:17, 109:5, 107:8,
114:10, 115:19,
115:25, 116:1, 116:6,
116:22, 117:7, 117:8,
118:11, 119:20,
121:18, 122:6, 122:7,
126:8, 126:10,
127:6, 127:19, 127:3,
129:13, 129:15,
131:10, 131:12,
132:3, 133:5, 133:7,
134:19, 136:7,
138:20, 139:25,
142:15, 143:13,
144:5, 145:6, 145:7,
145:18, 146:6,
147:8, 148:14,
148:20, 148:21,
149:1, 152:10, 153:2,
156:12, 157:3, 158:4,
161:16, 162:22, 8:10,
164:10, 165:7, 164:8,
166:7, 166:25, 167:2,
171:3, 172:1, 172:5,
174:18, 175:2, 175:7,
176:11, 177:10,
185:12, 189:4, 84:16,
192:6, 192:9, 193:5,
196:6, 196:7, 196:14,
15:24, 17:21, 25:8,
64:24, 114:8, 115:21,
137:25, 153:15,

wash - 151:69
23:21d - 17:7,
wasn't - 8:25,
35:15, 40:8, 41:23,
90:16, 95:17, 136:2,
watching - 55:21,
water - 12:25,
17:2, 23:9, 26:9, 32:3,
34:24, 35:10, 45:8,
47:6, 47:10, 48:7,
49:2, 51:7, 51:8, 5,
53:20, 54:7, 56:2, ,
56:20, 59:11, 59:14,
60:14, 62:18, 63:4,
64:7, 64:14, 64:17,
65:22, 66:2, 66:8, ,
70:5, 72:16, 72:24,
79:18, 81:2, 81:12, :4,
84:6, 84:15, 84:25,
85:14, 85:24, 86:6,
91:16, 100:13, :20,
106:7, 106:15,
106:24, 107:3,
110:14, 110:22, 10:6,
111:12, 111:23,
112:16, 113:19,
114:1, 118:16, 119:1,
122:3, 123:6, 123:10,
124:16, 124:17,
133:25, 134:3, 134:5,
134:19, 134:24,
137:5, 140:14, 141:5,
141:23, 141:25,
143:6, 144:3, 144:16,
146:15, 147:5,
150:14, 150:22,
156:13, 158:25, 4:12,
159:14, 159:15,
160:17, 160:20,
161:19, 164:20,

166:21, 167:3, 167:9,
170:14, 170:20,
171:15, 171:24,
172:17, 172:20, 2:8,
173:7, 173:17, 173:6,
178:9, 185:19, 194:4,
Water - 51:12, 86:6,
water-proofing -
water-soluble - 56:13
32:25, 33:3, 34:2,
45:13, 45:16, 64:14,
85:12, 177:14 85:8,
185:2proof - 137:3,
178:1, 178:6, 178:8,
waterproofer - 185:7
waterproofing -
13:1, 13:5, 13:9, 1:10,
14:2, 14:17, 14:22,
23:1, 23:3, 23:5, 23:8,
27:13, 28:1, 28:4,
29:4, 29:8, 30:10,
42:1, 42:5, 42:22, ,
43:15, 45:21, 50:10,
78:16, 79:1, 84:5,
97:1, 101:10, 109:10,
110:18, 110:21,
116:3, 116:9, 116:19,
120:10, 121:2, 121:7,
126:1, 126:23, 123:9,
127:10, 127:20, 27:6,
129:6, 129:19,
130:12, 131:12,
134:19, 134:20,
137:12, 139:1, 140:3,
140:13, 141:1, 141:6,
150:12, 150:13,
166:1, 169:2, 169:15,
176:19, 178:14,
179:12, 179:13,
180:16, 181:7,

182:17, 182:21,
183:21, 183:24,
189:24, 190:17, 86:6,
Waterproofing -
30:22, 31:2, 43:23, :9,
114:23 86:20, 95:11,
way - 15:11, 19:4,
49:12, 51:15, 59:21,
86:3, 88:21, 91:25,
96:21, 109:10, 5:20,
116:1, 116:6, 117:10,
120:12, 120:17,
126:25, 132:14,
141:20, 142:10,
144:20, 151:9,
155:20, 158:24,
168:23, 178:7,
ways - 83:3, 91:21,
137:7, 137:8, 155:20,
we - 7:23, 12:5,
17:11, 17:15, 18:7,
24:23, 29:22, 29:23,
39:12, 47:5, 47:15,
53:7, 53:8, 53:13,
59:13, 62:16, 62:17,
73:1, 73:20, 76:10,
80:24, 81:13, 86:12,
92:8, 92:22, 92:23,
96:16, 102:2, 103:11,
103:18, 104:5, 108:1,
133:9, 134:1, 136:24,
145:12, 147:13,
154:1, 156:9, 158:16,
160:9, 160:21, 162:8,
172:12, 177:16,
We - 17:25, 18:1,
53:25, 57:21, 59:10,
63:17, 63:23, 70:5,
103:12, 123:21, 10,
145:13, 145:16,

163:18, 172:12,
we'll - 108:5, 177:22
We're - 20:22,
we're - 7:1, 16:6,
65:1, 93:10, 104:7,
139:11, 188:15, 2:5,
we've - 163:13,
We've - 14:23, 22:7
weight - 92:20,
173:4 94:5, 111:8,
45:20, 66:5, 70:18, 7,
137:14, 137:22, ,
Well - 8:8, 9:20,
14:10, 16:17, 19:25,
23:1, 24:1, 24:8, ,
34:2, 35:3, 35:15, ,
47:12, 49:10, 51:3,
59:21, 60:25, 61:18,
70:12, 71:16, 73:9,
80:14, 81:8, 81:24,
86:4, 88:11, 88:21,
94:7, 95:17, 96:5, ,
102:20, 106:5, 108:1,
110:18, 112:22,
119:10, 120:8,
126:17, 132:5, 125:8,
135:24, 137:17, 35:4,
145:12, 147:23, 45:7,
152:18, 153:10,
155:14, 156:23, 5:8,
163:11, 164:17,
178:7, 178:11, 178:5,
181:14, 183:24,
188:15, 190:9,
well - 18:3, 34:7, :7
47:9, 49:3, 54:12,
99:22, 117:11, 0:18,
126:17, 128:13,
143:16, 151:3,
183:19, 188:70,

52:6, 52:15, 52:16,
were - 7:11, 9:11,
9:25, 10:5, 10:20, :24,
15:25, 16:1, 16:5,
18:17, 18:20, 18:22,
22:12, 22:13, 22:17,
24:20, 25:22, 26:4,
27:18, 34:7, 37:19,
41:22, 42:19, 42:21,
43:22, 44:3, 44:9,
52:10, 53:7, 53:8,
54:24, 55:1, 55:5,
55:18, 58:9, 58:16,
70:6, 70:25, 74:8,
79:6, 79:19, 79:22,
87:23, 87:24, 88:6,
95:17, 99:23, 100:14,
102:20, 103:18,
105:2, 106:9, 108:24,
112:22, 113:13,
115:18, 115:23,
116:17, 116:18,
117:17, 117:24,
119:18, 119:24,
123:18, 125:24, 22:9,
129:8, 129:11, 130:7,
136:22, 137:8, 142:9,
144:21, 145:5,
153:17, 157:1,
158:11, 160:7, 160:8,
161:11, 166:4,
168:18, 172:1, 174:5,
183:24, 184:6, 180:5,
187:14, 189:12,
Were - 9:18, 9:21,
43:2, 43:14, 43:25,
162:16138:15, 147:6,
66:5, 101:16, 115:22,
West - 1:23, 4:11,
western - 61:25

wet - 56:3, 73:8, :22
150:17, 151:16,
What - 10:20, 11:21,
17:8, 17:12, 19:7, ,
28:3, 29:8, 29:20,
37:21, 40:2, 41:2,
44:3, 46:24, 47:9,
62:11, 63:19, 64:3,
72:14, 73:5, 80:12,
96:14, 104:11, 9:1,
123:13, 143:21,
147:14, 148:10,
152:12, 153:9, 159:2,
179:20, 186:2,
8:6, 9:11, 11:22,
16:5, 16:15, 18:15,
22:24, 23:17, 23:18,
25:22, 26:4, 27:4,
33:22, 33:23, 34:3,
34:19, 35:1, 35:7,
43:22, 46:16, 47:9,
55:10, 55:11, 55:22,
60:9, 60:10, 62:6,
69:9, 69:24, 70:1,
83:12, 87:1, 87:18,
90:12, 90:13, 90:24,
99:5, 99:12, 99:15,
103:23, 104:23,
109:5, 114:22, 109:4,
117:20, 118:6,
120:2, 122:4, 122:5,
124:15, 126:7,
129:10, 132:12, 29:8,
136:2, 136:8, 136:22,
139:5, 139:7, 141:8,
143:14, 145:10,
146:4, 147:2, 147:8,
153:5, 154:1, 154:2,
154:20, 154:21,
155:20, 156:15,

158:17, 159:3, 163:4,
173:3, 174:9, 175:14,
177:11, 178:18,
180:1, 180:11,
181:12, 181:15, 81:8,
186:12, 186:16,
188:15, 189:4,
192:9, 192:16, 193:23
56:22, 59:20, 142:18,
what's - 6:20,
98:1, 99:14, 118:12,
Whatever - 30:8189:6
91:16, 94:5, 97:6,
126:12, 159:7,
169:9, 171:18, 172:22
123:20t - 103:5,
121:17, 123:22,
when - 7:6, 9:11,
13:6, 13:9, 13:12,
18:12, 19:4, 30:11,
50:3, 54:7, 55:2, 56:1,
59:14, 66:2, 73:13,
103:12, 104:5, 108:6,
121:18, 139:25,
149:23, 151:20,
160:23, 161:15,
188:1, 186:2, 187:7,
13:18, 13:19, 18:17,
Whenever - 178:227
Where - 61:21, 3
where - 29:22,
47:17, 47:24, 51:11,
69:20, 71:2, 78:9,
92:17, 102:2, 105:21,
111:21, 115:12, 0:12,
126:19, 128:17, 25:4,
131:21, 132:2, 132:7,
144:18, 146:13,
149:13, 150:4,
158:10, 159:6,

162:23, 163:11,
163:16, 163:25,
172:1, 172:6, 178:19,
191:78, 181:5, 186:7,
112:3by - 91:15,
19:12, 19:15, 21:7,
26:7, 26:8, 26:11, ,
32:24, 33:3, 33:6, ,
35:10, 35:15, 41:17,
67:24, 72:3, 72:8,
78:16, 83:10, 83:12,
85:12, 85:23, 85:24,
92:14, 93:25, 96:22,
104:17, 105:4, 106:8,
112:12, 113:4,
116:4, 116:12,
119:24, 120:18, 19:1,
123:9, 123:17, 125:5,
127:2, 127:8, 127:19,
134:13, 134:16, 8:19,
137:23, 138:10, 37:8,
148:17, 159:6,
164:4, 168:2, 168:11,
183:22, 179:20,
29:5, 61:16, 67:2,
which - 12:22, 23:4,
44:6, 46:15, 47:3, ,
58:25, 63:23, 101:9,
109:5, 123:15, 107:9,
157:7, 162:11, 163:8,
192:18, 172:5, 172:6,
11:21, 24:3, 28:12,
White - 15:8, 39:6:13
31:13, 31:15, 93:17,
169:17 133:11, 144:9,
31:13, 31:20, 35:24,
37:15, 38:7, 44:8,
46:19, 63:16, 66:6,
92:23, 96:19, 99:4,
114:10, 131:10, 13:7,

153:21, 168:3, 176:9,
who's - 96:23,
Who's - 131:21
whole - 7:20, 43:11,
wholeheartedly -
wholesale - 169:21
Why - 11:14, 55:6,
147:20, 147:22, 4:9,
149:3, 164:163,
41:15, 59:20, 63:23,
102:18, 112:20, :24,
150:20, 170:17, 193:8
width - 163:8, 192:7
Will - 71:12, 157:16
33:13, 35:6, 43:5,
61:5, 78:8, 81:15,
94:5, 94:14, 112:16,
124:3, 124:7, 131:14,
144:17, 146:1, 150:3,
176:7, 178:20, 73:10,
William - 4:13, 39:6
6:2, 195:24, 196:3,
wind - 120:19
Wisconsin - 28:6,
wishes - 101:16
14:25, 26:8, 26:19,
93:11, 103:1, 103:21,
With - 67:10, 188:14
14:17, 17:10, 17:16,
21:13, 22:24, 23:7,
32:8, 32:15, 32:18,
35:11, 36:1, 36:4, ,
36:20, 36:25, 37:3,
38:2, 38:3, 38:9, ,
39:2, 39:4, 39:6, 39:7,
40:13, 40:16, 40:24,
42:9, 42:14, 44:3,
46:22, 47:6, 47:19,
53:24, 56:5, 56:7, ,
60:12, 62:9, 62:11,

69:15, 70:17, 71:18, 5,
74:2, 74:10, 76:1, ,
80:19, 80:21, 81:23,
89:15, 92:10, 95:6,
97:7, 98:3, 105:21,
106:22, 107:9,
109:25, 111:1, 111:7,
113:17, 117:15, 3:16,
126:9, 127:17,
133:18, 133:19, 33:9,
137:15, 137:19,
139:21, 139:23,
145:20, 150:5,
154:8, 157:9, 158:13,
160:1, 164:13,
169:16, 169:22,
177:1, 179:23, 184:5,
188:15, 189:6,
196:12, 196:13
137:18aw - 122:7,
13:15, 68:14, 88:22,
118:16, 124:11, 21,
135:8, 136:15, 147:1,
185:13, 189:25, 82:8,
Within - 162:24 196:4
81:9, 94:9, 124:25,
150:11, 150:12,
Without - 82:15 177:1
110:21and - 110:19,
15:22, 17:14, 20:20,
26:17, 29:6, 31:4,
62:22, 65:8, 68:11,
72:6, 77:1, 77:3, ,
83:15, 93:14, 94:15,
104:15, 108:1, 110:3,
124:7, 130:23, 22:15,
135:24, 137:11,
154:16, 155:8, 49:5,
164:9, 164:15, 168:7,
176:24, 178:5, 182:5,

183:15, 185:6,
190:14, 190:20,
192:3, 192:17,
194:11, 194:19,
witness - 6:11,
196:8, 196:14, 196:6,
Wje - 7:24, 11:15,
27:5, 42:18, 95:23,
187:12133:4, 179:2,
wondered - 54:24
wood - 117:6, :14
118:23, 118:25, 7:9,
119:24, 120:4, 120:6,
130:20, 130:23,
163:2, 163:12, 148:1,
163:25, 164:3, 164:4,
172:22, 172:24,
173:23, 184:4, 184:5,
192:19 185:19, 192:5,
wooden - 116:13,
146:22, 183:10,
word - 48:22, 92:4, 4
156:3, 156:4, 156:9,
words - 125:12,
144:6, 168:13,
work - 8:20, 9:1, 5:8
11:4, 14:19, 14:20, :2,
18:1, 22:14, 32:20,
66:5, 76:17, 77:18,
151:5, 152:22, 153:4,
156:20, 157:4, 166:4,
185:24 181:9, 184:5,
10:8, 10:11, 10:14,
11:18, 38:4, 87:47,
working - 7:20,
14:16, 20:20, 20:22, 2,
works - 48:3, 125:4
worried - 159:20
worth - 111:81
30:13, 31:16, 69:24,

121:22, 128:13,
131:25, 154:10,
185:19, 186:20,
188:3, 190:3, 191:11,
would - 6:23, 6:24,
13:13, 14:13, 17:5, 5,
23:14, 23:16, 24:8,
30:12, 30:17, 31:23,
33:14, 33:15, 33:19,
43:13, 44:6, 47:9,
49:19, 50:13, 50:14,
51:21, 51:25, 52:2,
59:2, 59:3, 60:1, 61:3,
65:3, 65:16, 68:1,
78:6, 78:17, 80:16,
81:20, 81:22, 82:23,
84:20, 85:23, 85:24,
93:12, 93:20, 94:11,
102:10, 102:12, 0:7,
104:20, 105:10,
107:10, 108:23,
110:10, 110:12, 10:3,
113:3, 113:7, 113:9,
114:13, 117:2, 117:4,
118:22, 118:24, 8:18,
120:7, 121:6, 121:12,
122:10, 122:11,
124:12, 124:13,
128:14, 128:16,
129:22, 130:16,
131:5, 131:6, 131:7,
141:14, 141:22,
144:22, 145:2,
146:25, 147:2, 147:3,
150:20, 151:22,
157:14, 157:15,
159:10, 159:12,
163:16, 163:18, 63:6,
164:15, 166:6, 167:3,
167:19, 170:1,

171:2, 173:20, 175:2,
179:16, 179:22, 9:11,
180:14, 180:15, 0:9,
180:23, 181:4, 181:8,
181:20, 181:21,
182:15, 182:16,
183:5, 183:6, 183:20,
184:8, 184:13, 184:3,
185:6, 185:8, 185:13,
186:12, 186:13,
186:20, 186:25,
188:16, 188:17,
189:11, 189:12, 89:3,
190:14, 190:20,
193:11, 191:12,
wouldn't - 24:7,
49:20, 51:24, 51:25,
86:2, 86:3, 103:2,
122:11, 123:25,
144:19, 169:21,
wrap - 107:11,
wrapped - 107:8,
write - 12:19, 31:21,
writing - 9:19190:10
194:8en - 75:21,
wrote - 75:23,
141:8, 141:10, 175:13
X
X's - 58:492:18
Y
yea - 150:14
14:15, 42:13, 49:25,
166:11, 178:25145:17,
9:10, 11:24, 12:2,
14:15, 14:22, 14:24,
28:15, 91:14, 111:19,
158:17, 158:21
49:10, 56:21, 60:10,
88:21, 92:22, 94:7,
116:10, 117:6,

135:3, 141:9, 152:6,
160:22, 167:6, 179:7,
184:13, 188:15,
Yes - 9:4, 10:15,
15:22, 16:7, 18:7,
26:10, 26:21, 28:2,
36:8, 36:16, 36:24,
38:20, 39:1, 39:21,
43:16, 45:6, 49:7, ,
52:9, 52:13, 52:23,
57:19, 57:25, 58:6,
63:6, 64:23, 65:6,
66:20, 66:24, 67:12,
68:16, 69:11, 69:14,
74:1, 74:4, 74:25, ,
77:11, 77:22, 79:16,
82:9, 83:2, 84:22,
88:5, 89:2, 89:9, 9,
97:12, 97:18, 99:11,
105:18, 106:2, 102:8,
129:17, 130:13, 29:3,
136:23, 137:20,
139:24, 141:9,
143:2, 146:4, 146:8,
157:18, 158:12, 55:5,
159:17, 160:15,
161:21, 162:4,
165:22, 166:13,
168:22, 169:18,
171:4, 172:11,
174:15, 177:5,
179:15, 180:13,
184:21, 185:16,
188:7, 188:12, 187:7,
193:25, 192:24,
York - 27:6 63:1
6:24, 6:25, 7:4, 7:16,
8:6, 8:10, 8:20, 9:1,
9:19, 9:24, 9:25, :18,
10:20, 10:24, 11:12,

11:20, 11:21, 12:3,
13:4, 13:6, 13:15,
13:21, 13:22, 13:23,
14:5, 14:6, 14:7, 14:4,
16:4, 16:15, 17:13,
18:8, 18:13, 18:14,
19:12, 19:15, 19:19,
20:13, 20:17, 21:1,
22:1, 22:4, 22:5, ,
23:11, 23:17, 23:22,
24:12, 25:12, 25:24,
26:22, 26:25, 27:4,
27:23, 27:25, 28:3,
30:3, 30:11, 30:12,
31:3, 31:16, 32:2, ,
32:24, 33:3, 33:6,
34:3, 34:7, 34:19, ,
35:3, 35:10, 35:18,
36:7, 36:9, 36:12,
36:23, 36:25, 37:3,
37:15, 37:17, 37:21,
38:9, 38:14, 38:16,
38:25, 39:2, 39:4, ,
40:5, 40:9, 40:11,
41:9, 41:11, 41:15,
42:17, 42:19, 42:21,
43:8, 43:11, 43:14,
43:24, 43:25, 44:3,
45:7, 45:12, 45:15,
46:6, 46:14, 46:15,
46:24, 47:6, 47:14,
47:22, 47:23, 47:24,
48:5, 48:10, 48:12,
48:23, 48:25, 49:3,
49:20, 50:2, 50:3,
50:22, 51:6, 51:14,
52:5, 52:8, 52:12, ,
52:24, 53:4, 53:6, ,
53:24, 54:5, 54:7, ,
54:25, 55:2, 55:6, ,

56:1, 56:3, 56:5, 5,
57:4, 57:5, 57:16, ,
58:12, 58:13, 59:6,
59:14, 60:14, 60:15,
61:13, 61:16, 61:17,
63:3, 63:4, 63:7, ,
63:19, 64:3, 64:7, ,
64:18, 64:21, 64:25,
66:2, 66:8, 66:13,
67:3, 67:5, 67:13,
68:23, 69:1, 69:6,
69:17, 69:19, 69:24,
70:22, 71:8, 71:12,
72:11, 72:23, 73:4,
73:20, 73:25, 74:8,
75:21, 75:23, 75:25,
76:19, 77:4, 77:5,
78:2, 78:3, 78:8, 79:8,
79:20, 80:1, 80:9, ,
81:7, 81:24, 82:1,
82:18, 83:1, 83:7,
84:20, 84:23, 85:1,
86:2, 86:17, 86:20,
87:16, 87:17, 87:18,
88:8, 88:15, 88:18,
89:7, 90:1, 90:7, 90:8,
90:23, 90:24, 91:7,
92:13, 92:17, 93:2,
93:24, 93:25, 94:9,
95:8, 95:11, 95:12,
96:11, 96:21, 97:16,
99:23, 100:4, 100:12,
100:17, 100:20,
101:2, 101:8, 101:9,
102:16, 103:1, 103:2,
103:24, 104:11,
105:1, 105:4, 105:20,
106:12, 106:17, 6:8,
107:19, 107:22,
108:14, 108:18, 8:11,

109:1, 109:16, 110:8,
111:24, 112:1,
113:7, 113:12,
114:13, 114:18,
115:18, 115:23,
116:12, 116:19, 16:6,
117:17, 117:20, 7:12,
118:25, 119:2, 120:8,
121:17, 121:21,
122:6, 122:9, 122:11,
123:17, 123:23, 3:13,
124:16, 124:18,
125:7, 125:18,
126:5, 126:12,
126:22, 127:2, 127:5,
127:19, 128:1, 128:2,
130:4, 130:6, 130:14,
131:8, 132:16, 131:6,
133:14, 133:19,
134:16, 134:19,
135:22, 136:2, 136:7,
136:17, 136:20,
137:14, 137:18, 7:8,
137:25, 138:3, 138:5,
138:11, 138:12,
139:7, 139:14,
140:1, 140:15,
141:8, 141:19, 142:3,
143:14, 143:22, 3:13,
144:22, 144:25,
145:10, 145:15, 5:5,
146:13, 147:4, 147:6,
148:11, 148:19, 48:6,
149:25, 150:1, 150:3,
151:18, 152:18, 51:7,
154:8, 154:10, 154:6,
155:10, 155:11, 55:4,
155:24, 156:10,
157:4, 157:7, 157:12,
158:13, 158:17,

158:23, 159:2, 159:5,
159:21, 160:7,
160:20, 160:23,
161:13, 161:15, 61:8,
162:12, 162:14, 2:8,
163:5, 163:14, 164:5,
165:10, 165:11,
166:14, 166:16, 66:4,
167:22, 167:23,
168:17, 168:18, 8:10,
169:16, 170:17,
171:1, 171:5, 171:23,
172:17, 173:23, 72:8,
175:5, 175:12, 74:20,
175:20, 176:6,
177:4, 177:6, 177:13,
177:25, 178:7,
179:5, 179:6, 179:8,
180:11, 180:14,
181:16, 181:19,
182:9, 182:16,
183:24, 183:25,
184:25, 185:2, 84:18,
186:9, 186:20, 187:2,
187:25, 188:3, 188:6,
190:8, 191:1, 191:7,
191:23, 192:2, 192:9,
193:17, 193:19 193:9,
18:6, 19:23, 20:13,
32:14, 35:13, 35:15,
49:11, 49:22, 51:15,
52:6, 52:10, 53:15,
71:20, 71:25, 72:3,
79:4, 81:3, 83:23, ,
85:23, 86:2, 87:14,
90:19, 91:2, 97:9,
98:20, 99:2, 102:22,
104:20, 114:12,
122:19, 125:24,
130:3, 133:3, 133:17,

139:12, 141:5,
146:12, 146:22,
149:14, 150:16,
158:3, 159:17,
165:17, 171:5,
184:14, 185:11,
191:17, 191:18
135:12, 181:14, 184:9
you're - 12:10,
42:9, 50:4, 50:5, 50:7,
56:12, 56:18, 62:21,
78:23, 79:1, 80:18,
106:17, 106:18, 6:1,
132:13, 133:23,
150:3, 150:10, 142:3,
159:19, 159:20,
169:23, 184:7,
You're - 32:5, 32:8,
77:23, 81:23, 85:4,
122:1590:5, 97:16,
27:12, 44:13, 91:21,
154:20, 154:21,
161:4, 167:21,
169:10, 168:17,
39:22, 173:24,
your - 6:18, 6:20,
9:11, 10:3, 10:20, 19,
11:23, 12:14, 12:23,
20:9, 20:25, 21:13,
23:12, 26:8, 30:12,
46:10, 46:24, 49:10,
55:5, 57:5, 57:9, 4,
61:17, 62:11, 64:25,
76:19, 76:20, 78:11,
87:8, 88:10, 88:14,
91:12, 91:14, 93:11,
94:20, 95:14, 97:5,
99:14, 102:17, 103:3,
111:25, 113:17, 1:16,
125:22, 133:3,

137:15, 137:21,
138:25, 139:12,
140:2, 140:4, 140:23,
142:22, 144:24,
149:24, 150:24, 49:8,
152:25, 153:1, 155:6,
165:5, 165:7, 166:11,
175:14, 175:20,
182:21, 183:5,
186:16, 187:4, 187:5,
191:19, 193:23, 194:6
47:6, 103:3, 103:17,
123:3, 166:14