UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff, Civil File No. 00-CV-987 JEL/JSM

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

* * * * * *

DEPOSITION OF: WILLIAM D. AROCKIASAMY, P.E.
TAKEN ON: TUESDAY, OCTOBER 7, 2003
COMMENCING AT: 9:40 A.M.

* * * * * *

CHARLES G. WILLIAMSON, Court Reporter
4209 113th Street West
Bloomington, MN 55437
Telephone: 952-888-8586
Fax: 952-888-3562

and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTES

Page Line

APPEARANCES:

PATRICK D. REILLY, Esq., Erstad & Riemer, P.A., 200 Riverside Office Tower, 8009 34th Avenue South, Minneapolis, MN 55425, appeared representing Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Co.

G. JOHN VEITH, Esq., Brown & Carlson, P.A., 5411 Circle Down Avenue, Suite 100, Minneapolis, MN 55416-1311, appeared representing Fourth-Party Defendant Chris Craft Industrial Products, Inc.

CHAD J. STEPAN, Esq., Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788, appeared representing Defendant Weis Builders, Inc.

LEO I. BRISBOIS, Esq., Stich, Angell, Kreidler & Dodge, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, appeared representing Defendant Valley Forge Insurance Company.

MARK S. BROWN, Esq., Iverson Reuvers, LLC, 250 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438, appeared representing Third-Party Defendant Waterproofing By Experts, Inc.

WILLIAM D. HULL, Esq., Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, appeared representing Third-Party Defendant Elness Swenson Graham Architects, Inc.

ROLF E. SONNESYN, Esq., Tomsche, Sonnesyn & Tomsche, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared representing Third-Party Defendant J-Berd Mechanical Contractors, Inc.

STEVEN E. RAU, Esq., Flynn, Gaskins & Bennett, LLP, 2900 Metropolitan Centre, 333 South Seventh Street, Minneapolis, MN 55402-2440, appeared representing Defendant Promenade Village Townhomes, LLC.

ANDREA E. REISBORD, Esq., Cousineau, McGuire & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318, appeared representing Westfield Insurance Company.

JONATHAN M. BYE, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, appeared representing Fourth-Party Defendant Mikesh, Inc.

I N D E X

PAGE

Pursuant to Notice.................................. 6

WITNESS:
William D. Arockiasamy, P.E..................  6
Examination by Mr. Reilly................. 6,125
Examination by Mr. Stepan................ 48,115
Examination by Mr. Brown................ 81, 117
Examination by Mr. Bye...................... 103
Examination by Mr. Hull................. 113,125
Examination by Mr. Sonnesyn................. 124
Witness Excused............................. 126
Signature/Correction Page................... 127
Certificate Page............................ 128

INDEX OF EXHIBITS

EXHIBIT NO. DESCRIPTION PAGE

Exhibit No. 805...... Services and Resume............... 7
Exhibit No. 806...... Report dated August 15, 2003..... 27
Exhibit No. 807...... Supplemental Report Dated October 3, 2003.................. 42

# The original exhibits and original transcript are in the possession of Attorney Patrick D. Reilly.

THE DEPOSITION OF WILLIAM D. AROCKIASAMY, P.E., is taken on this 7th day of October, 2003, before Charles G. Williamson, a Notary Public in and for the State of Minnesota, County of Hennepin, at the Law Offices of Erstad & Riemer, 200 Riverview Office Tower, 8009 34th Avenue South, in the City of Minneapolis, Minnesota, commencing at the hour of approximately 9:40 a.m., pursuant to NOTICE:

* * * *

(Deposition Exhibits 805, 806 and 807 were marked for for identification at this time.)

WILLIAM D. AROCKIASAMY, P.E.,

called as a witness, being first duly sworn, was examined and testified on his oath as follows:

EXAMINATION

BY MR. REILLY:

Q Sir, for the record, could I have your full name, please?

A William D. Arockiasamy.

Q Mr. Arockiasamy, what's your home address?

A 7561 Huron Place, Eden Prairie, Minnesota, 55344.

Q Today, Mr. Arockiasamy, we will be taking your deposition. If at any time you don't understand my question or any other counsel's question, please let us know; all right?

A Yup.

Q If you answer, we will assume that you understood it, so I don't want you guessing about what the questions were, and

if you didn't hear it for whatever reason, let us know; all right?
A Okay.
Q As you have just done, please answer out loud, don't nod or shake your head. Since we're taking down what we both say, it's important that we both speak audibly; all right?
A Okay.
Q And finally, we both can't speak at the same time, so it's important that we wait until each other's done before we answer or ask the next question; all right?
A Okay.
Q Sir, I'm going to show you what's been previously marked Exhibit 805. Would you take a look at that, please?
A I have looked at this.
Q All right. And what is that document, sir?
A The first page is a brief description of the services offered by the company I work for, Engineering Evaluations, and the remainder of the pages are a compilation of my resume.
Q All right. Is it up-to-date, sir, as far as you're aware?
A That is the up-to-date resume that I have.
Q Okay. I assume you are the one who prepared this document?
A Yes.
Q Are there any errors or corrections that you feel need to

be made in this document, or additions?
A In the time period after '84, I had a brief employment with a firm called Strgar, Roscoe & Fouschish, and that is not shown in this resume. I just happened to notice that.
Q And for the benefit of the court reporter, would you repeat the name of that company?
A Strgar, Roscoe & Fouschish.
Q How do you spell that?
A I think it is spelled S-T-R-G-A-R, Roscoe, R-O-S-C-O-E, and Fouschish, F-O-U-S-C-H-I-S-H, whatever. It's a local consulting firm.
Q Is that in Minneapolis?
A Yes.
Q And what kind of company that?
A Wayzata. It's consulting structural and civil engineers.
Q And how long did you work for them?
A Approximately one year.
Q So that would be in the approximately 1984, '85 period?
A I think it is during '85.
Q All right. Let's start with your educational background. Did you grow up in India, sir?
A Yes.
Q And could you just take us through the educational system in India? Is it similar to the United States or is it

different, before college?
A Before college, it is kind of similar except for some minor differences. From start of the elementary school through high school, it is 11 years of schooling, at least at that time. At the end of 11 years, I graduated from high school. And prior to entering into college there is a requirement of one year of studies, what was at that time called pre-university education, it's called P-U-C, and the completion of that would qualify students to enter into a degree program in college or university.
Q Is there any specialization in that pre-university educational training?
A I believe that is the year the kind of division takes place between math, physics, chemistry, those kind of sciences as opposed to biology, zoology and those kind of sciences. So it's a division where, for example, if somebody wants to go into engineering, they will take math, science, physics, chemistry. If somebody wants to go into other, like for example medical field, they will take natural --
Q All right. And then you attended school, the P.S.G. College of Technology?
A That is correct.
Q Is that a college of sort? I mean is it a university?
A When I went to P.S.G., that was an institution or a

college which was part of the University of Madras.
Q How long did you attend that school?
A The engineering program entails five years.
Q And you received a B.E. degree in civil engineering?
A That is correct.
Q Have you had any formal education since leaving the P.S.G. College of Technology?
A Since leaving P.S.G. College of Technology, I came to United States for studies.
Q Now, you have an M.S. degree at the South Dakota School of Mines and Technology?
A That's correct.
Q And it says your major at that was structural analysis and design?
A That is correct.
Q Was there any specialty or subspecialty underneath that major that you were involved in?
A No. General structural emphasis. The program is still called civil engineering, master's in civil engineering, but the emphasis was structures, the major emphasis.
Q You completed that in 1971?
A That is correct.
Q And you have an M.S. degree in civil engineering?
A That's correct.
Q Do you have any other formal education after that?

A No.
Q Okay. During your course of education either at P.S.G. College of Technology or at South Dakota School of Mines & Technology, did you ever study a course involving waterproofing?
A There was no specialized course per se in waterproofing.
Q Was there any courses that involved as part of its subject matter waterproofing techniques and materials?
A In a general sense, that would be covered under building materials, construction materials. That would be a part of one of the courses.
Q And where would that course have been taken?
A In the undergraduate level.
Q Okay. So it would have been in India?
A Yes.
Q At any time did you study with any specificity bentonite type waterproofing?
A I didn't study per se as either a course work for a curriculum. I developed a general knowledge about bentonite in the course of work practice in the past years.
Q I note that you've taught at P.S.G. College and also at the South Dakota School of Mines & Technology; is that correct?
A Yes. I was a teaching staff at the College of Technology

for two years. In South Dakota School of Mines I was a teaching assistant.
Q Did any of the classes, either as a teaching assistant or as an undergrad teacher, include any course work on waterproofing?
A In the undergraduate course work, one of the courses that I was teaching was the building materials. In that, waterproofing is kind of a very general, just for the purpose and general, no specific specialization.
Q All right. Have you ever since your completion of formal education taken any classes, seminars regarding waterproofing?
A Not that I recall.
Q Now, the first job listed here is a civil engineer with Schoell and Madson from 1971 to '73?
A That is correct.
Q All right. Were you a -- well, first off, what kind of work did Schoell and Madson do?
A Mostly what we consider civil engineering projects dealing with water supply systems, sanitary sewer systems, land development. I think those would be the major -- streets.
Q Is that the type of work you've always done as a civil engineer, in those areas, or has it expanded over time or --

A First those two years I worked as a civil engineer, not too much involvement in structural engineering work, and after those two years I started working as a structural engineer or practicing in the structural discipline.
Q And what's the difference between working as a structural engineer and a civil engineer as you were before?
A Structural engineers are also civil engineers except structural engineers practice in a narrow area of specialization dealing with strength of structures.
Q So let's assume that you're working as a structural engineer on a project. Have you ever worked on an apartment complex project as a structural engineer?
A No.
Q All right. I note that you've worked, for instance, in cement plants and feed mills, grain and shipping facilities, things of that nature; correct?
A Correct.
Q Let's take one of those, I don't care which. Let's talk a cement plant. How would your involvement coordinate with the architect, the contractor, that sort of thing as a structural engineer?
A Generally for those kind of industrial projects there is no architect involved.
Q Okay.
A There are process engineers who decide on the process and

the equipment and the machinery involved in that facility and the structural engineers have to accommodate those in the building.
Q Now, who would have overall responsibility for the design of the building itself?
A Building itself? Overall responsibility by way of requirement would be still the process people who kind of, in an analogy, we can compare them to architects.
Q All right. And then your job as a structural engineer would be what, then, at that point?
A Would be to accommodate their specification by way of size of the building and strength of the building elements to support the intended or superimposed loads.
Q And you did that, I understand, for McKenzie, Hague, Gilles Company from '73 to '78?
A Correct.
Q Okay. And I won't go over this list, but you apparently left there to go with Ibberson, I-B-B-E-R-S-O-N, Companies?
A Correct.
Q Why did you leave McKenzie to go with Ibberson?
A It was an opportunity to take a kind of step up or promotion.
Q What type of work did you do at Ibberson?
A Similar. They were also contractors, mostly design-build

contractors for similar industrial facilities involving material.
Q For either McKenzie or Ibberson, were you ever required to work regarding a choice or selection of waterproofing materials?
A Yes.
Q Where and when?
A In both of those places. A lot of these facilities involved below ground structures like grain elevators, feed mills. They generally -- they extend below grade to a level of one or two stories. There are tunnels that are below grade, so all those structures have to be waterproofed.
Q Would you be the person involved at either McKenzie or Ibberson who selected the type of waterproofing?
A In some cases.
Q Okay. Have you ever selected bentonite type waterproofing in any of the applications either for McKenzie or Ibberson?
A Yes, I have.
Q Okay. Was it for both or which one?
A Either of them. Most of the structures require.
Q And let's talk about McKenzie. What facility do you recall recommending bentonite waterproofing?
A Almost all facilities that extend below grade would

require some kind of waterproofing.
Q Okay. But I'm asking specifically about bentonite?
A Bentonite material. I don't -- I can't recall anything specific.
Q How about at Ibberson; do you recall any projects that you recommended bentonite waterproofing?
A Same. I can't recall anything specific.
Q Okay. Then from 1984 to the present, you've been the principal engineer at Engineering Evaluations, Inc.?
A That is correct.
Q Are you an owner of that?
A Yes, I am.
Q Are you the sole owner?
A Sole owner.
Q And tell me what Engineering Evaluations, Inc. does?
A They have two or three different segments or areas that we offer services in. One is dealing with building problems to review, analyze and find out, provide opinions as to the cause of certain problems that exist in the building. Also assess the extent of damages, and in some cases suggest remedial measures. That's one segment of our work.
The second one is we continue to provide structural engineering services for industrial bulk material handling facilities. And the third one is we

provide structural engineering services for overhead material handling systems that are overhead rails and cranes. They are generally used or mostly used in manufacturing facilities.

And the fourth one, we get into certain special work that are kind of not very common; again, in structural areas.

Q All right. Do any of the projects that you've worked with in the last 20 years, approximately, for Engineering Evaluations include below grade waterproofing?

A Yes. Several of them.

Q How many?

A I would say about half of those. I can't recall the number. About half of the projects will require some kind of waterproofing below grade.

Q Okay. Just for a ballpark figure, how many projects would you work on in an average year?

A Average year, in the design side of it, probably anywhere from, oh, approximately a dozen.

Q Okay. And during the period of time you've worked as principal of Engineering Evaluations, have you recommended bentonite type waterproofing for below grade applications?

A Not recently. We haven't specified or selected any specific waterproofing. We note on our drawings that waterproofing is required and we let the owner and

contractor to choose.
Q And how long has that been the approach that you've used at Engineering Evaluations, Inc.?
A For quite some time. If there are some waterproofing material that are set in the concrete, maybe they're plastic or rubber, those kind of things we show. Even that, we don't select an exterior waterproofing. It's generally left to the contractors to select.
Q And when you say quite some time, do you mean 20 years or 10 years or --
A Most of the 20 years, I would say.
Q Have you yourself ever worked with a project where waterproofing materials was made by a company called CETCO?
A No.
Q Have you ever worked with a product named Swelltite?
A No.
Q Have you yourself ever done any testing of any products made by CETCO, including Swelltite?
A No.
Q Now, if you'll turn to the cases that show where you've testified as an expert, and the fax number at the top, it's page 8. Can you see that?
A Okay, yup.
Q And there are four listed there; correct?

A Yes.
Q Is that all the times that you've testified prior to today, in those four cases?
A That will be in the court testified as expert, yes.
Q How about in a deposition such as today; have there been other cases that you've testified?
A Yes. I think there may have been more.
Q You'll see on the next page there are four additional cases which you've worked as a consultant. Were you deposed in any of those cases?
A The third one I may have.
Q That's the JLT Group case?
A Uh-huh. And the fourth one also I may have. I don't remember for sure.
Q And that's the Roberts & Schaefer, S-C-H-A-E-F-E-R, Company case?
A Right.
Q All right. Let's start with the previous page, Capp Industries versus Goud, G-O-U-D. What were the issues involved that you were asked to testify regarding in that case?
A It dealt with damage to concrete structural elements like walls and floors as a result of an exposure from the acids that were used in the manufacturing process of a battery. It may be Goud or Goud. That company

manufactured batteries.
Q All right. It had nothing to do with waterproofing?
A No.
Q Okay. The next case is Clark Taylormade Structures, 1990. Do you remember why you were asked to act as an expert in that case?
A That was a grain storage facility. It involved adequacy of a conveyor tunnel, below grade tunnel. It again dealt with structural adequacy.
Q Was waterproofing involved in any of the issues in that case?
A Waterproofing was not an issue.
Q Do you know what kind of waterproofing was used in that below grade application?
A No, I don't.
Q All right. And the next case, Timothy Long versus City of St. Paul, 1993?
A That involved injuries suffered by an individual by a light pole falling on his head.
Q And what was the area of your testimony?
A The structural analysis of the pole and the forces that were subjected or imparted on that pole from wind loading as well as the banners that were tied to that pole.
Q And finally on this list Sandy Goetze, G-O-E-T-Z-E, versus Prudential?

A Yes.
Q What were the issues in that case?
A That was a residential structure. It related to movement of the building framing. That was considered to be the damages.
Q And that didn't involve any waterproofing?
A No.
Q All right. Turn to the next page, then, which you've been asked to work as a consultant. There are four cases listed here. The first one listed is Foster Poultry Farms?
A Yes.
Q What were the issues that you were asked to address in that case?
A That dealt with the adequacy of a storage silo for storing malt.
Q When you say adequacy, are you talking strength of the construction?
A Strength, yes.
Q No waterproofing issues?
A No.
Q Number 2, Brookhill Corporation versus Continental, do you remember what the issues were that you were asked to consult on?
A I'm not quite sure what that was all about. I don't

remember.
Q Okay. If it comes back to you at a later date, please let me know?
A Okay.
Q Next one, JLT Group versus Granite State?
A That was a partial collapse of a structural element in a parking ramp in Edina.
Q What was the cause or -- was there a cause determined for the collapse?
A Yes. That was the manufacturing of the precast unit and its attachment between the related units, connection.
Q I assume that had nothing to do with waterproofing?
A No.
Q All right. And the final one is Roberts & Schaefer. What was that case about?
A That dealt with the collapse of a coal storage silo in West Virginia and that didn't have any connection to waterproofing.
Q Okay. Now, as you sit here today, are there any other cases that you can recall that either you've acted as an expert witness or as a consultant in that are not listed here?
A No.
Q The final page in this exhibit is your fee schedule?
A Fee schedule.

Q Is that the fees upon which you're working in this case today?
A That is correct.
Q Now, you were hired in this case by Mr. Sonnesyn's firm?
A That is correct.
Q What were you charged to do?
A To provide an opinion as to the adequacy of the drain assembly, drain system.
Q And were you asked to do any other evaluations other than the drain assembly?
A The second part was whether that drain system as designed contributed or had any part in the leakage of water into the units.
Q Have you ever in your career as an engineer worked on a project that included an apartment complex with below grade waterproofing?
A No.
Q When you were asked to look into this case, what did you do once you were advised what the scope of your work was to be?
A I reviewed a set of drawings which were mechanical drawings showing the layout of the piping and layout of the drains.
Q All right. And then what else did you do?
A Then I performed some -- oh. I made a site visit to

become -- to make myself familiar with the project, then performed some calculations to check the adequacy or check the conformance of this drain system to the plumbing code.
Q All right. What did that site visit entail as far as your activities out there?
A I just walked from one building to another along the courtyard just to make myself familiar with the layout and configuration of the site. I also walked in one garage, that was Building 1, to see the bottom of the precast decks.
Q What other activities or information did you obtain to assist in carrying out your duties in this case?
A Then I had one of my other engineers to go back to the site to take an inventory of the drains as to how many there were and also to document their approximate locations.
Q Then what next did you do?
A Next we calculated the tributary areas, approximate tributary areas served by each of those drains to find out the worst case scenario and check whether that conformed to the plumbing code requirements.
Q When you say plumbing code requirements, which codes or statutes were you looking at?
A Minnesota Plumbing Code, I don't recall the numbers,

dealing with the drains.
Q Are there any other codes, such as building codes, that would also apply?
A Not for the drain system.
Q Okay. Is there any other information that you put together or collected?
A That would be it.
Q Did you do any testing at the site?
A No.
Q Did you do any excavation of any areas at the site?
A No.
Q Were you present when anybody else did any excavations at the site?
A No.
Q Have you ever examined any of the materials used in the project?
A Would you repeat the question?
Q Yes. Have you, in other words, gotten a sample or through some source looked at materials that were used either as a sample of something that had been used or actually was dug up from the project or --
A Yes. I have seen the floor drain or the drain assembly that was supposedly used in this project.
Q Is that what's called the Fat Max drain?
A Fat Max, yes.

MR. SONNESYN: Pat, we have one back at the office, that Mr. Arockiasamy examined in our office. Is that what you're referring to?

THE WITNESS: Yes, uh-huh.

Q (By Mr. Reilly.) And other than that component, have you looked at, you know, in your hands or visually inspected any other components outside of looking at the site?

A No, I haven't.

Q And I understand you were provided with depositions and other materials that were created as a result of this case?

A Yes.

Q Including reports from various other people?

A Yes.

Q All right. Anything else that you relied on in forming your opinions in this case?

A I have reviewed some of those documents. Some of them are reports issued by other engineers and I have also gone through depositions by some of them.

Q Was there some logic or basis upon which you decided you'd look at some and not others?

A Time.

Q Okay. Since time is short, what caused you to choose "I'm going to look at this deposition but not that one, this report but not that one"?

A I chose them based on where I could find information relevant to the topic that I'm working on.
Q And that's the drains?
A Drains.
Q I'm going to show you what's been marked Exhibit 806, which is dated August 15th, 2003. And that is a three page document; is that correct?
A Yes.
Q And is that your signature on the last page, sir?
A Yes, it is.
Q And what is this document?
A It's a report that I provided to Tomsche, Sonnesyn & Tomsche.
Q Okay. Now, in this document, on the first page you list four documents that you reviewed, and basically they are four reports from other witnesses in this case; correct?
A That is correct.
Q The Inspec report, the Wiss, Janney report, the Raths, Raths & Johnson report and the Patrick Engineering report, correct?
A That's correct.
Q Other than what we've already discussed, what you've testified as to your site visit, all those sort of things, the documents you reviewed, was there anything else you did to prepare for issuing this report?

A Not that I can think of.
Q Okay. Now, you'll note -- turn to the second page, your opinions. Your first opinion indicates that the drain holes in the vertical PVC drain pipe was two and a half inches above the precast concrete; is that correct?
A Above the level or top of the precast concrete.
Q All right. And as you indicate in this first opinion, that there would be retention of approximately, and I'm not holding you to the exact depth, but there would be approximately two and a half inches, according to this, water would be on that precast concrete?
A Yes.
Q Have you designed drains in precast concrete yourself?
A No.
Q Have you ever designed a system where drains were installed in precast concrete?
A No. Not on precast concrete.
Q Okay. Are you aware of drains that could be used in a precast concrete plank that would allow the collar of the drain to be flush with the top of the plank?
A I'm not familiar with a lot of those products, so I can't.
Q Now, you've seen the Fat Max drain?
A Yes, I have.
Q To your knowledge, is there a way in which the Fat Max

drain could have been installed in this application to allow the top of the collar to be even or flush with the top of the precast plank?

A Would you repeat that one more time?

MR. REILLY: Would you read that back?

(The court reporter read back the last question at this time.)

THE WITNESS: The way I recall, the collar, I think it was at the level of the precast deck. Collar, I meant the flange that sticks out. If you call that as a collar, I think it was at the level of the top of the deck.

Q (By Mr. Reilly.) You understood, as you indicate in your opinion, that the first holes on the PVC pipe were two and a half inches above the deck?

A That is correct.

Q And the reason that height was in existence was because part of the metal portion of the drain extended above the precast deck, correct?

A The sleeve, part of the sleeve above the flange, or what you call collar, extended above. Therefore, the PVC pipe that was attached to that, that would have to be drilled above that part of the sleeve.

Q We'll call it a sleeve, then?

A Okay.

Q And we'll go back to my prior question, which I will restate this way. Are you aware of a manner in which that drain could have been installed at that location in this application with that sleeve, the top of the sleeve flush or even with the top of the precast plank?
A Yes. It could have been done, but the collar will be two inches down below the top of the deck.
Q And how would you do that?
A By drilling a bigger hole in the deck, in the precast concrete deck.
Q Sort of like countersinking screw?
A No. Countersinking is a bevel surface. That may not be practical here. But oversizing, just make the hole large enough so it can drop the Fat Max down, that might have been possible.
Q Okay. Did you do any examination or inspection to determine whether that was feasible in this application or not?
A I didn't do an examination, but observing the Fat Max assembly -- I take that back. What was the first part of the question?
Q I'll repeat the question so we understand each other. My question was did you do anything that would assist you in determining whether that was possible or not in this application, to drill a bigger hole so that the sleeve

would be at or below the top of the precast deck?
A My opinion is it is possible, but it may not have been desirable.
Q Okay. So physically it's possible?
A Possible.
Q Why would it not be desirable?
A Number one, structural engineers do not like drilling bigger holes in the concrete deck. It compromises the strength of the precast deck. Number two, it would be harder for installation both for the plumber as well as the connection of the waterproofing membrane to that collar, so the chances of things not working out will be compromised.
Q Let's start with the first concern. Drilling the bigger hole obviously makes less concrete in the plank, I understand that, and therefore the strength is somewhat diminished?
A And also it cuts the reinforcing tenons or reinforcing wires.
Q And that would happen no matter what hole, but the bigger the hole, the more damage, the more material is missing, obviously?
A Yes.
Q To determine whether a hole could be drilled, would there be testing that would be necessary?

A Not testing. They have to go to the structural engineer and ask him whether that is possible and they have to address that issue.
Q All right. And you didn't do any testing yourself to determine whether that hole would have been so big as to cause a structural concern in this application?
A I didn't.
Q That would be a concern, but if you were the structural engineer and they came to you and said, "I want to drill a bigger hole than this particular size hole, can we do it?" what would you do at that situation?
A I would have said no.
Q Why not?
A Because the general instruction that I would give is you get by with smallest hole possible and you make other adjustments.
Q What other adjustments do you make?
A Like accommodate whatever the condition that comes out.
Q If this was the best option as far as dealing with the drain, to, in other words, make a bigger hole, and they came to you and said, "We want to do it this way because this is the best way we think we can do it," would you as a structural engineer then have to determine whether that plank can be structurally sound with that size of a hole in it?

A Yes. I have to analyze it to find out whether that is adequate, or if it is not adequate, what we need to do to provide that strength.
Q And first off, what would you do to determine whether the strength of the plank was adequate for the bigger hole?
A Have to find out from the precast supplier as to what they designed that plank for, what kind of rodding, what kind of reinforcing there is, and for the size of hole, how many wires will be cut and how much of the plank will be compromised, whether the remaining will carry the load. If it cannot carry the load, we have to provide supplemental structural elements.
Q And in a precast plank, have you ever had to provide supplemental structural elements?
A Yes.
Q How do you do that?
A By steel framing down below.
Q Do you know if either of those options -- well, first off, if this exercise of determining whether a bigger hole could have been done, was ever done in this particular application?
A I don't know whether it was done.
Q Have you ever done the calculations to determine whether that was possible structurally?
A No, I did not.

Q Did you ever talk with the supplier of the precast planks to determine whether that was possible?
A No.
Q Fair to say you don't know whether that's possible as you sit here today?
A Yes. I don't know whether that is possible or not.
Q Now, I understand that it would be harder for the installation of the drain by the plumber because it would be down inside the cement; correct?
A And he has to work inside that hole.
Q Okay. Now, you also said it could be harder for the connection of the waterproofing membrane. What's the basis of that opinion?
A Just a physical -- any membrane, any material that has to come in and attach to that round collar, it has to dish down all the way around and then -- so it makes one bend out, another bend to level it up, and then you have to attach it again. It is down in the hole.
Q In this application as it was there, do you know how the waterproofing was attached to the drain? Do you yourself know?
A Not specifically, no. Other than from looking at the Fat Max, I can have a general idea as to what it would have been.
Q And have you reviewed any materials from any waterproofing

either contractor or material supplier regarding their recommendations as to properly waterproofing around a drain such as a Fat Max?
A I have not.
Q Now, the way this was in fact installed resulted in there being a retention of approximately two and a half inches of water on top of the precast; correct?
A Correct.
MR. SONNESYN: Objection, speculation, foundation.
Q (By Mr. Reilly.) And that's because there are no drains below those perforated holes in the PVC pipe?
A That is correct.
Q Would you agree that when you're designing a drainage system, you want to remove as much water as possible?
A Yes.
Q It is not desirable to leave standing water either on the surface or below surface if you can do that?
A It is not desirable to hold water, is that what you're asking?
Q Yes.
A Yes.
Q And why is that not desirable?
A It goes against the purpose of removing water.
Q Is that because standing water can lead to additional

problems?

MR. SONNESYN: Objection, vague. Go ahead and answer.

THE WITNESS: I don't know whether that standing water would lead to problems. It depends on the material, waterproofing material.

Q (By Mr. Reilly.) Well, let me ask you this. When you design a building with a roof and it has drains, whether it's a built-up roof, flat roof or whatever, you want to remove as much water from that roof as quickly as possible; correct?

A That is correct.

Q Why do you want to remove as much water as quickly as possible from that structure?

A The same reason you don't want to let water stand there. As a structural engineer, it's the weight of water, and exposure, moisture exposure to the material will affect the durability -- might affect the durability and performance of the encountered materials.

Q Okay. Also, it's not good practice to allow water to pond or pool at ground level as well; correct?

MR. HULL: I'll object to form of the question.

MR. SONNESYN: Do you understand the question?

THE WITNESS: Yes. If I want to clarify --
Q (By Mr. Reilly.) Sure. I'll clarify this. In other words, I think somewhere in your report you talk about the top parts of the drain, where they are at ground level; in other words, at the level of the sidewalks, the level of the grass. Do you understand what I'm talking about there?
A Okay. At that level.
Q And I think you indicated in your report that there is some ponding or collection of water that is not flowing into the drains in those areas?
A Okay.
Q Is my recollection correct?
A That is correct. I don't recall exactly what I said.
Q All right. We can get to it. But in any event, do you recall there being some water ponding and certain events on the surface?
MR. BYE: Are we talking the surface of the grass?
MR. REILLY: Surface of the grass. In other words, the top surface.
THE WITNESS: Based on my observation, I saw stagnant water.
Q (By Mr. Reilly.) Is that also a concern for a structural

engineer?
A It's not -- in a way it is a concern for a structural engineer because he has to take into account the amount of water held. But generally it's not -- the structural engineering should include, allow for a certain amount of water.
Q All right. Once again, if you're designing a drain system that includes surface drainage, you want to remove as much water as quickly as possible; correct?
A That is correct.
Q And you want to try to avoid in that design water that does not flow to the drain?
A Water that does not?
Q That does not ultimately flow to a drain?
A Avoid that, is that what you're -- yes.
Q Now, what as an engineer do you do to either eliminate or attempt to prevent that from occurring?
A To avoid ponding and stagnant water?
Q Yes.
A At the ground level, you provide adequate slope for the water to flow towards that --
Q To provide adequate slope, you need to have the drains at a lower level than the majority of the land around it; correct?
A That is correct. And vice versa.

Q Or obviously have the ground up -- I mean, the top of the drain has to be below the overall grade of the land so there is a slope to the drain?
A That is correct.
Q Without that slope, the water will not get to the drain, therefore it cannot go into the drain?
A The surface water.
Q Right.
A Okay.
Q There is always going to be some percolation of water in any permeable soil?
A That is correct.
Q And the purpose of those PVC holes is to take in that water; correct?
A That is correct.
Q Now, let's go to your third opinion. You reference a failure of the waterproofing system. Did you form any opinions as to what you meant by a failure of the waterproofing system?
A Whatever system that was there to hold and intercept and prevent water from finding its way into the structure below or the space below, it's that system. I was talking about the failure of that system.
Q So what you're saying is there is water leaking below the courtyards; right?

A Yes.
Q And the overall system, including materials, the structure, the way it was designed, all that was supposed to prevent that from occurring?
MR. HULL: Object to the form of the question.
THE WITNESS: In this case we are dealing with the drain system and the waterproofing system.
Q (By Mr. Reilly.) Okay. And the waterproofing system can be -- would you agree with me that it can be defeated by penetrating it, circumventing it?
A Yes.
Q Okay. Did you do any studies to determine whether this waterproofing system was either being penetrated or circumvented?
A No, I did not.
Q So you don't have an opinion as you sit here today what is causing the leaks in the waterproofing system?
A If the drain system did not leak, then the waterproofing system allowed water to leak, whether it is all the things that you mentioned.
Q But what I'm asking is you don't know why water is getting through the waterproofing system or around the --
A I don't know.
MR. SONNESYN: Make sure that Mr. Reilly

finishes his question.
Q (By Mr. Reilly.) Let me ask you the question. You don't know as you sit here today why water is getting below the courtyards into the garage areas?
A I know in a general sense.
Q But as to the specific causes of that?
A No.
Q And you were not hired to make that opinion?
MR. SONNESYN: Do you understand his question when he said you were not hired to make that opinion? Do you know what he's referring to?
Q (By Mr. Reilly.) The opinion as to the adequacy or inadequacy of the waterproofing system itself?
A No. I was not hired to do that.
Q And when you say in your number 4 inadequacy and failure of the waterproofing system, what I take from your prior testimony is what you're saying is there is water that is entering the building below the courtyard, so something's gone wrong to allow that to happen; correct?
A Pardon me. I kind of missed that.
Q Go back to your fourth point. You refer to inadequacy and failure of the waterproofing system, in your opinion?
A Yes.
Q What you're saying there is in a general sense, water is getting below the courtyard, and therefore something is

allowing that to happen?
A That is correct.
Q You do not know the specific cause of that water reaching there?
A I can form the opinion that it has to do with the waterproofing, but what I don't know is specifically what happened to the waterproofing.
Q For instance, if the water was entering above and behind the waterproofing system, just as a hypothetical question, in other words, it's entering through the walls of the building above where the waterproofing material is applied, and allowed to enter into the garages that way, you wouldn't have an opinion one way or the other whether that's occurring?
A I wouldn't have an opinion.
Q And you don't have an opinion as to any penetrations that may have been existing in the waterproofing system?
A Yes.
Q And you don't have any knowledge yourself of any failure, specific failure of the material used in the waterproofing system?
A That's correct. I do not.
Q Let's go to Exhibit 807. Take your time and look at that, if you would?
A Okay.

Q That's the October 3rd, 2003 report?
A Yes.
Q And is that your supplemental report, sir?
A That is correct.
Q And it looks like the last two pages include a service list and the front page is your letter to Ms. Heyer?
A That is correct.
Q Okay. What was your intent and purpose for providing this supplemental report?
A We wanted to find out whether the drain system as designed and shown in the drawings, whether it conforms to the Minnesota State Plumbing Code requirements.
Q And as I understand the basis for that examination is you compare the watershed for each drain and determine the size of the drain necessary to carry away an appropriate amount of water?
A The size of the pipe.
Q Right.
A Okay.
Q And that also requires a certain size of inlet grate as well?
A That is correct.
Q When you did the calculations, did you include the square footage of the roofs area that drained into the courtyards as well?

A Yes, we did.
Q And as to the standard for the amount of water entering into the drain system, do you use a certain standard for that?
A Amount of water entering that?
Q Yes.
A That is incorporated into the plumbing code requirements.
Q Do you know what type year storm, in other words, a ten year storm, a 50 year storm, 100 year storm, whatever is required to be met by the code?
A I am not sure what type of a model storm, but it's rainfall, four inches an hour rainfall. The plumbing code numbers and their charts are based on four inches an hour rainfall.
Q Okay. Did you determine that the size of the pipe in the system was appropriate for this application?
A Size of the pipe, it was adequate for this installation.
Q Okay. And as far as the drain, -- and I'm talking about the drain at ground level, at the level of the sidewalk, grass, whatever, the top of the drain?
A The grate.
Q The grate. That was appropriate for the size?
A Yes. We found that that was adequate.
Q And that was basically based upon a calculation that you did --

A Yes.
Q -- and compared that to the code?
A Requirements of the code, yes.
Q Now, in making that determination, the speed with which ground water gets to the drain is determined by the slope of the ground as well as the amount of water entering the system; correct?
A Would you --
Q The speed with which the water gets to the drain from an event is determined not only by the amount of water but the amount of slope going to the drain?
A It depends on the slope and the amount of water.
Q All right. The amount of water causes hydraulic pressure forcing the water to move; correct?
A That is correct.
Q And the slope, of course, creates a gravity flow?
A Yes.
Q Am I right?
A Uh-huh.
Q Okay. When your inspection on site took place, did you notice that there was situations where the drains were higher than the ground around them?
A I recall seeing such a condition.
Q Do you know what caused that?
A I can speculate.

Q I don't want you to speculate or guess. I want to know if you have an opinion, based upon a reasonable degree of engineering certainty, as to what would have caused that?
A One of the main causes of that is a consolidation of the soil.
Q Compaction?
A Yes.
Q And is that something that you've dealt with in the past in your career?
A In some cases.
Q And how is that dealt with?
A As far as drainage is concerned?
Q As far as drainage is concerned.
A You anticipate or estimate the amount of consolidation of the soil and locate the drains below that.
Q If that occurs, can you merely add more soil and raise the ground level around the drains?
A Not always. In some cases you can. The grade may be restricted by other parameters of the building.
Q All right. And if that grade is restricted and it turns out that because of compaction the drain is too high, what options does an engineer have to rectify the problem?
A If we cannot -- your question, if we cannot raise the grade, then we need to lower the drains.
Q All right. What would that entail in this application?

Let's assume you wanted to lower one of these particular drains. What would that require?
A Making adjustment to the leader, the PVC leader.
Q Height?
A Uh-huh. Shorten it.
Q And then you just put the top of the drain back on?
A That is correct.
Q Have you ever in your experience been called on to design, a flowage pattern such that would occur in these courtyards; in other words, a slope, elevations, that sort of thing to accommodate the drains?
A I have not.
Q Is that a specialty other than structural engineer?
A I would consider so.
Q And what specialty would you consider that to be?
A I would -- my first choice would be the civil engineer, civil engineering.
Q All right. At any time did you talk to anyone, other than counsel, of course, regarding the reason for those drains being above the level of the ground around them?
A I have not talked to anybody.
Q Have you talked to anybody other than your counsel regarding the reason why those perforations were above the precast and the PVC pipe?
A I have not talked to anybody.

MR. SONNESYN: Pat, is now a good time for a break to make a phone call?

MR. REILLY: It's a great time for a break.

(A short recess was taken at this time.)

MR. REILLY: I am done, sir. Thank you very much.

EXAMINATION

BY MR. STEPAN:

Q Mr. Arockiasamy, my name is Chad Stepan. I'm one of the attorneys for Weis Builders in this matter and I've got some questions for you as well here today. Some of the stuff will be kind of a follow-up on some issues Mr. Reilly talked to you about, so I may jump around a little bit, so bear with me there.

Are you a mechanical engineer, sir?

A I'm a civil/structural engineer.

Q What does a mechanical engineer do that you don't do?

A They are designers of machinery, equipment and so-called mechanical systems.

Q By mechanical systems, would that include drainage systems?

A Drain systems, not drainage systems. I wouldn't consider mechanical engineers doing drainage systems.

Q Drain systems?

A Yes.
Q So a drain system is what you're saying is something a mechanical engineer would do?
A Yes.
Q Such as the drain system we've been talking about here today that's out at the Promenade, the Fat Max drains and the PVC pipe?
A Yes.
Q Have you had any training in the field of mechanical engineering?
A Not -- I won't call myself as a mechanical engineer, but there are certain areas which overlap between civil and mechanical engineering disciplines.
Q What areas are those?
A In this case, the drain system; there is an overlap in that area. Fluid mechanics and hydraulics is basically a civil engineering subject. So there is an overlap between civil/structural, mechanical engineers in that area.
Q In your work as a civil engineer, have you ever designed a drain system?
A Not drain system. We have incorporated drains into civil design and structural design.
Q Drains that were selected by a mechanical engineer?
A Yes. Either a mechanical engineer or the owner or the

contractor.
Q Would it be fair to say that -- well, let me ask it this way. Have you worked on projects where you were working as a civil engineer where there has been a mechanical engineer on that project as well?
A Very rarely in my area of practice.
Q Have you ever worked on any sort of residential building in your practice?
A Not design.
Q Prior to this case, had you ever been asked to verify the adequacy of a drain system before?
A On one instance. It involved a roof.
Q Where was the roof; what building?
A It's someplace in the Twin Cities area, in the northwestern part. I don't remember.
Q Do you recall when that was?
A Maybe a couple of years ago.
Q What kind of drains were on the roof?
A I really don't know what kind of drain there was. Our involvement was the roof structural adequacy, so we needed to look at the drain locations and the amount of water that is going to be held up on the roof.
Q To determine whether the roof could hold that water?
A Hold that, as well as verify the adequacy of the pipe to see whether it was properly sized to drain the water.

Q What kind of calculation did you use on that project to determine the adequacy of the pipe and how much water would be held on the roof?
A The area of the roof, and taking into account the slope and also the overflow stopper elevation, the calculation of the amount of water that could be held on the roof, then verify whether it's a control flow or not control flow and then verify the pipe size.
Q What kind of a roof was it?
A It's a gravel, I think.
Q Flat roof?
A Flat roof.
Q Rubber membrane with gravel over the top of it?
A Yes.
Q When was the first time you went to the Promenade site?
A September 10th.
Q Of what year?
A 2003.
Q So when you created your report which has been identified here as Exhibit 806, you had not been to the site prior to creating that report; is that right?
A I believe so. That is correct.
Q Was September 10th the only time you've been to the site?
A For myself, yes.
Q Who else at your office has been to the site?

A Another engineer by name John Boyum.
Q What kind of an engineer is John Boyum?
A He is also a civil/structural engineer.
Q Do you know if he has any mechanical engineer training in his background?
A He is not a mechanical engineer. He has education and experience as a civil/structural engineer, so by that nature there will be this overlap.
Q How many times has Mr. Boyum been to the site?
A Twice.
Q Do you know the dates?
A I was going to find that out for you. September 29th.
Q Of 2003?
A 2003. And it was a Friday, last Friday, October 3rd. October 3rd of 2003.
Q Did you instruct him to go to the site on those two occasions?
A Yes.
Q And did you give him instructions as to what he should do at the site?
A Yes.
Q What did you tell him with regard to the September 29th visit?
A September 29th, he was asked to verify the number of courtyard drains, plaza drains, and verify with the

drawings that we had to see whether the count was correct.
Q To determine whether what was on site matched what was in the drawings?
A With the drawings that we had at that time.
Q And those are the drawings that were produced by Mikesh; is that right?
A Yes.
Q The mechanical engineer for the project?
A That's correct.
Q Did the number of drains on site match the number of drains called for by Mikesh?
A No, it did not.
Q Were there more or less drains?
A In the project in the field, there was more. There were more.
Q Do you know if there were more drains on site than what were called for in the mechanical plans in 1997, when the project was complete, or were there drains added after the fact?
A The particular drains that we were looking at were the plaza drains, the nine and a quarter inch grate size. There were more in the field than the set of drawings that we were working with. Once we discovered that, there was a question as to whether we had the latest

drawing that we were looking at.
Q Did you do anything to determine whether you had the latest drawing?
A We asked our counsel.
Q Were you supplied with any additional drawings, mechanical drawings?
A No.
Q Was Mr. Boyum instructed to do anything else on the September 29th visit other than to verify the number of plaza drains?
A He was also asked to mark or document the approximate location of those drains.
Q And was he then to compare whether the location matched the locations set out on the drawings?
A Yes.
Q Would you have expected the drain location in the field to be approximately where they were set out in the drawings?
A I expected them to.
Q Were they?
A They didn't match. That was mainly because of my assumption. I was looking at a set of drawings. I didn't quite understand them, the way they were shown, so I had him go back and verify those. That was the reason for the second visit.
Q What didn't you understand about the drawings?

A There was a -- this involves a second set of drawings that were produced by Larson Engineering. Those drawings showed the proposed remedies. Looking at that drawing, I assumed that they were proposing to move the location of the drains because I saw a dashed line indicating the pipe. That's when I wanted him to verify that. But in fact, after his verification, we found out that they were actually showing the pipe underneath the precast deck and dashed line. They were not really proposing to move the location of the drains. So the location of the drains shown on those drawings were fairly correct.
Q Now, just so we're clear here, just so I'm clear, when you first sent Mr. Boyum out there to verify the location of the drains, were you looking to make sure that the drains were at approximately the location that Mikesh had called for the drains to be?
MR. BYE: Objection, no foundation.
THE WITNESS: I thought there was a discrepancy between the Larson Engineering drawing and Mr. Mikesh drawing by number. That was the primary reason I sent him out there. But incidental to that, I asked him to kind of approximately verify the general location. That's what prompted the second visit.
Q (By Mr. Stepan.) And I understand that. But when you wanted to verify the location of the drains in the

courtyards, did you expect that they would be located approximately where Mikesh called for them to be located?
A I would.
Q And were they located approximately where Mikesh called them?
A Yes, approximately, except for that Building Number 1 where we found two additional drains.
Q Is that the only building where you found additional drains?
A Yes.
Q Why would you expect that the location of the drains would be approximately where Mikesh had called for them to be?
A That was the general intent of his drawings.
Q He's the mechanical engineer, he sets out the design for the drain system and the contractors are to follow that?
A Yes.
Q Did you notice on the Mikesh drawings that Mikesh had called for a Zurn drain as opposed to a Fat Max drain?
A I noticed that.
Q Did that raise any questions for you as to why a Fat Max drain was installed as opposed to a Zurn drain?
A In my first visit or John Boyum's visit, we were not really paying attention to what kind of drain that was other than the fact there was a drain expected there. Subsequently I learned the difference, that Fat Max was

installed as opposed to Zurn.
Q And where did you learn that?
A From counsel as well as reading through one of the depositions.
Q Is that Chad Felix's deposition?
A I would think so.
Q And he's an employee with J-Berd Mechanical?
A Yes.
Q Did you read any other J-Berg Mechanical depositions other than Mr. Felix's?
A I don't recall so, but I'm not still good with the names.
Q Do you recall reading a deposition of a Mike Blaskowski?
A No.
Q How about a Curt Johnson?
A No.
Q Did you do any analysis to determine whether the Zurn drain that Mikesh specified would have worked in this application?
A I did not.
Q In your mind, would it be good practice for the mechanical subcontractor to consult with the mechanical engineer if there's going to be a change in the type of drains used from what was specified?
A Could you read that again?
Q Sure. In this project, the mechanical engineer specified

a Zurn drain and ultimately a Fat Max drain was installed; right?
A Yes.
Q In your mind, would it be good practice for the mechanical subcontractor who is installing the drain to consult with the mechanical engineer about such a change?
A It varies. I wouldn't think that was necessary for them to consult depending on the subject matter. In this case, because it's a floor drain, it's a manufactured entity. The mechanical engineer who put that system together was not going to really look at the design of that when it's a product that he select. Again, it depends on the background. Sometimes contractors are more used to and they would have more knowledge about certain product than the design engineer. They could tell the design engineer this is what we're going to use, this has worked, this is what we like. So they don't need to in some cases.
Q Have you worked on projects where there has been general contractors and subcontractors?
A Yes.
Q And there's been general contractors and a mechanical subcontractor?
A Yes.
Q And as you indicated, there are cases where the, say,

subcontractor knows the products better than even the engineer because the subcontractor installs them and works with them on a day-to-day basis?

MR. HULL: I'll object, foundation.

THE WITNESS: In some cases, yes.

Q (By Mr. Stepan.) Would you agree that then where the subcontractor, for instance, in this case the mechanical subcontractor selects a drain for the project, that the others in the project, be reasonable for them to rely on the mechanical subcontractor's selection of the drain?

MR. HULL: I'll object to that, foundation.

THE WITNESS: I want to listen that one more time.

MR. STEPAN: Sure. I'll state it again.

MR. SONNESYN: Do you want it read back?

MR. STEPAN: Sure. Go ahead and read it back, Charlie.

(The court reporter read back the last question at this time.)

THE WITNESS: If the subcontractor by his expertise and familiarity he selects all by himself, then others would rely on him.

Q (By Mr. Stepan.) On this project, the Promenade project, would you have expected the civil engineer and the

mechanical engineer to work together to coordinate their plans some way to make sure that they matched up?
MR. HULL: I'll object to foundation.
THE WITNESS: They would coordinate in a sense. I would expect the civil engineer up higher and coordinate down to the mechanical engineer or subcontractor. And because of the narrowness of the scope of the mechanical subcontractor, they pretty much have to live by the parameters established by civil engineer who has, in my opinion, broader scope. So coordination is true, but it's top down.
Q (By Mr. Stepan.) Would the mechanical subcontractor also be required to live by the parameters set by the mechanical engineer?
A Say that again.
Q I believe you just stated that the mechanical subcontractor is in some sense required to live by the parameters that the civil engineer sets; is that right?
A Yes.
Q And then is the mechanical sub also required to live with the parameters set by the mechanical engineer?
A In the scope of work that was established by the mechanical engineer. But the total scope may be a combination of subcontractor's involvement and mechanical engineers, so it may not be hundred percent mechanical

engineer.
Q And you indicated that Mr. Boyum was sent back out to the site on October 3rd to figure out if there was a discrepancy between the Larson plans and the Mikesh plans and what was on site; is that right?
A That is correct.
Q Was there any other reason why he went back out there on October 3rd?
A No. That was the reason.
Q And you indicated that you were not hired, or you stated earlier that you were not hired to analyze the adequacy of the waterproofing system; is that right?
A That is correct.
Q Do you have any plans down the road to offer any opinion regarding the adequacy of the waterproofing system?
A Not at this point.
Q In Exhibit 806, which you were asked about earlier, you state at opinion number 3 that leakage of water occurred due to the failure of the waterproofing system; is that right?
A That is correct.
Q Is that based upon what you read in the reports that are set forth on page 1 of your report?
A Part of it was based on the reports I read.
Q What was the other part based on?

A Other part is that there was adequacy of the drain system and that there wasn't any indication that the drain system in itself caused the leakage, so it's a logical inference that something else came through for the water to flow.
Q And when you put together the report that is Exhibit 806, you said you had not been out to the site; is that right?
A That is correct.
Q So what do you base your conclusion -- on what do you base your conclusion that the drain system didn't contribute to the leakage?
A That was the purpose of the drain system, to hold the waters, intercept and prevent the water from leaking into the building, and the drain system was to receive and convey the water once the water gets to that point. So if water traveled, find it's way into the building, then it is the intercepting mechanism gave way.
Q Did you do any testing to determine whether the drain system contributed to the leaks in any way?
A No, I did not.
Q And you know that the drain system allowed approximately two and a half inches of water to stand on the deck?
A Correct.
MR. SONNESYN: Objection, speculation.
Q (By Mr. Stepan.) Is that right?

A Understood that.

Q And the two and a half inches of water on the deck was a result of the type of drain that was selected; isn't that right?

A I don't know whether I can say it was because of the type of the drain that was selected. It was a result of the assembly and the restrictions of that, that you cannot drill through the flanges or collar of that drain assembly.

Q When you say drain assembly, what are you referring to?

A The Fat Max.

Q So the use of a Fat Max drain assembly on this project resulted in the two and a half inches of water on the deck; is that right?

A In this particular case, we can say that, but I don't know about other drain assemblies might have similar restriction.

Q But that's true in this case, the Fat Max caused there to be two and a half inches of water?

A The connection of the Fat Max to the PVC pipe.

Q As part of your work on this case, have you had an opportunity to look at any of the literature from the waterproofing manufacturer?

A I have not had.

Q Have you seen any installation instructions from the

waterproofing manufacturer on this case?
A No, I have not.
Q Have you seen the subcontract that J-Berd Mechanical entered into for this project?
A I have seen it and browsed through it quickly.
Q Have you seen any other contract for this project?
A No, I have not.
Q Were you hired to analyze the general contractor's role in this project?
A No.
Q Did you look at any of the architectural drawings for this project?
A I was given a set of architectural drawings. I didn't spend a lot of time with it. My intent was to locate mechanical drawings and look at the plaza drain layout.
Q Would the drainage at this site have been helped if the concrete deck had been sloped to the drains?
A Not really.
Q Why is that?
A The drainage of the site depends on the grade or soil up on the top. Down at the bottom, the sloping of the precast panels or deck, the only thing that could have done is to reduce the amount of water that is held at the bottom.
Q I'm sorry. Were you finished, or if you have more, go

ahead?
A I would say that's it.
Q And maybe we were on a different page there, I guess. When you, in your mind, talk drainage, you're talking about the water that hits the surface and gets to the surface drains and percolates down through --
A Part of it percolates down, part of it flows to the drain.
Q I guess as far as my question was concerned, it sounds like you would agree with me that if the concrete deck itself had been sloped, less water would have been left standing on the deck; is that right?
A Had it been sloped, less water, yes.
Q On Exhibit 805, the first page, under Services, number 2, it says Structural Damage Review, and then it goes on to state, "Review and analysis of damage caused by fire, wind, water, snow, ice, and other elements to evaluate cause and extent of damage and recommend repair methods." Do you see that?
A Yes.
Q What part of your practice, what percentage of your practice involves reviewing and analyzing damage caused by water?
A Just my practice alone, my work in that line is about maybe 70 percent of my time and maybe one third of it is

water related. So on the whole, 25 percent of the problems I look at have something to do with water.
Q And it goes on to say that you review the damage caused by water and other elements to evaluate the cause and extent of damage and recommend repair methods, right?
A Right.
Q Have you been asked to recommend any repair methods for this project?
A No.
Q Are there any mechanical engineers at Engineering Evaluations, Inc.?
A No.
Q Did you consult with anybody outside of Engineering Evaluations, Inc. to put together your reports for this case?
A No. I have talked to another mechanical engineer that counsel has given me name.
Q Who is that?
A Sid Bhatt.
Q Sid Bhatt?
A Very brief telephone conversation.
Q What did you and Mr. Bhatt discuss?
A The plumbing code requirements.
Q Anything else?
A No.

Q Were you calling Mr. Bhatt with a question or did he call you?
A I called him.
Q Is Mr. Bhatt a mechanical engineer?
A I think so. I'm not hundred percent sure.
Q In Exhibit 806, Opinion Number 1, you state the fact that the first set of drain holes were two and a half inches above the top of the concrete deck, that that condition was recognized and accepted by the general and specialty construction teams. What do you base that on?
A From information provided to me by the counsel and also from -- now, at that time I did not read the deposition, so mainly the description of the Fat Max and the connection information provided by counsel.
Q Are you aware that J-Berd Mechanical selected the Fat Max for this project?
A From the deposition, I understand that they selected it with consultation with the others.
Q And that's from Mr. Felix's deposition?
A Right, uh-huh.
Q And when you say accepted it, that sounds -- you indicated that they consulted about it with others. Who are the others?
A Weis Builders and another gentleman from the architects.
Q John Feges?

A Sounds right.
Q Was it your understanding that J-Berd came to Weis and to the architect with the Fat Max and said this is what we would like to use, or what's your understanding of how the --
A That's the understanding.
MR. HULL: Objection, foundation.
MR. BROWN: I don't know if he finished his answer.
THE WITNESS: I said yes. My understanding was J-Berd took the Fat Max to Weis and --
Q (By Mr. Stepan.) And recommended that it be used?
A Asked them whether that would work.
Q And that comes from your reading of Mr. Felix's deposition?
A Yes, uh-huh.
Q At Opinion Number 2, you say, "There is no indication that any leakage occurred from the inlet assembly of the drainpipe or the drainpipe itself." What is that based on?
A Based on the reports that I read, which are listed on the previous page.
Q You didn't verify that yourself, did you?
A No, I did not.
Q At Opinion Number 4, you say that you concur that the

leakage occurred due to the lack of an adequate site grading plan and the inadequacy and failure of the waterproofing system; right?
A Correct.
Q The lack of an adequate site grading plan, based on what you testified to earlier, it sounds like a grading plan is something you would expect a design professional to come up with; is that right?
MR. HULL: Objection, foundation.
Q (By Mr. Stepan.) Whether it's a civil engineer or another kind of consultant?
A That is possible. There are instances when the grading plan was developed or created by the contractor who did the grading work.
Q Who did the draining work?
A Grading.
Q Grading?
A Uh-huh.
Q Do you know what occurred on this project?
A No.
Q The projects you've worked on, is it most typical that it's a civil engineer or other design professional who will come up with a grading plan?
A It depends on the size of the project and complexity of the project. Larger projects involved, yes.

Q Do you consider this would be a large or complex project?
A I would consider this to be a complex project.
Q Did you do any sort of test or analysis to determine if the waterproofing system used was compatible with the type of drain assembly used?
A No, I did not.
Q When you put together your analysis for the supplemental report, which is Exhibit 807, did you take into consideration the fact that there are gutters on the buildings?
A No, I did not.
Q Why not?
A As a part of the original design, all of the tributary areas were incorporated into the drain system or the calculation of the location of drains.
Q Are you familiar at all with what the Eagan city codes require for drain system on this project?
A I don't -- what I know is Eagan does not require anything special other than what Minnesota Plumbing Code requires for drain.
Q Have you looked at the Eagan codes before?
A No, I haven't.
Q How do you know that it doesn't require anything special or in addition to what the Minnesota Plumbing Code requires?

A I made an assumption that Eagan had to comply with the Minnesota Plumbing Code.
Q Can communities such as Eagan go beyond -- be more strict than what the plumbing code requires?
A They could.
Q They have to meet the Minnesota Plumbing Code, but they could even go farther?
A Even go more.
Q You don't know if that's the case here, though?
A No, I don't.
Q On the tables in the drawings that are provided in Exhibit 807, the JAB, is that Mr. Boyum?
A Yes.
Q And below that, it says CHKD BY. I assume that's checked by?
A Yes.
Q And those are your initials?
A My initials.
Q On preliminary sheet number 4 of 8, the one with the plaza drain detail, it says in the right-hand side Assumed Worst Case. What is that reference?
A The height of that PVC pipe was said to vary anywhere from 18 inches to 24 inches or thereabouts. In some cases 30 inches, even mention of 30 inches was there. For this purpose, we just used the 18 inch for a

compilation of the area flow.
Q Why is that the assumed worst case?
A If we knew the PVC pipe is longer or taller, you will have more holes, so you will have more flow area, and hence it would be more than what we need to meet.
Q On the plaza drain detail, there are arrows that are below the grass surface that are slanting downward towards the PVC pipe; do you see those?
A Yes.
Q Is that to indicate water flow towards the pipe?
A Yes.
Q How do you arrive at the arrows slanting towards the pipe as opposed to going straight down?
A We have shown both of them. See, there are some arrows in the soil just to indicate that part of the water flows on the surface to the drain and part of the water reaches the drain through the soil. That was the purpose of those arrows.
Q Now, it says the numbering for these details and drawings are preliminary sheet numbers. Was there a final plan done or final sheet number?
A No. This is the stage we are in. The purpose of that is at a later time if we add more pages, and then when it's all done, then the final numbers will be put in.
Q Do you anticipate doing further analysis and adding more

pages?
A Not at this point.
Q Towards the back of Exhibit 807, after preliminary sheet number 8 of 8, there's some handwritten notes and it says Depositions at the top and it lists out various depositions, it indicates which items you reviewed; is that right?
A Yes, uh-huh.
Q If there's a check mark by it, that means you reviewed it?
A I looked at it, yes.
Q Why did you not review Peter Desai, Les Lawson, Al Thoreen or Stacy Byrd's depositions?
A I didn't get to them.
Q The next page lists reports and there is checks by the ones that you reviewed; is that right?
A That is correct.
Q And the reason you didn't review numbers 4 and 6, is that because you did not get to them?
A They were provided to me subsequently. And you are right, I haven't gotten to them.
Q And then the next page is another list. In this case, it's drawings again with check marks by what you reviewed; is that right?
A That is correct.
Q And there is no check mark by the architectural and

structural drawings?
A I didn't spend much time on that, no.
Q You referenced previously that there were drains on site that you observed where the drain was now, the surface drain, the drain that's at the sidewalk or grass level, the grate is higher than the surface level around it; is that right?
A The grate is higher than the soil.
Q Yes.
A Okay.
Q You saw a condition like that?
A I saw that.
Q Do you know how many drains were like that?
A No, I don't.
Q Did you make a notation of how many drains were like that?
A No.
Q Why not?
A I wasn't looking for that.
Q Why? Why not?
A The purpose of me going there was just to get an overall general idea as to what we are dealing with. I just wanted to see the site.
Q The fact that those grates are higher than -- there's some grates on site that are higher than the soil around it, is that something that will impact the drain system?

A It would affect the amount of water that reaches the grate.
Q If it's going to impact the amount of water that reaches the grate, when you did your analysis, why did you not look to see how many grates were in that condition?
A Why I didn't?
Q Yes.
A I didn't think about it.
Q Do you have any plans to go back and figure that into your analysis, how many drain grates are above the soil around it?
A No.
Q Why not? Would it change your analysis in any way?
A No.
Q You talked about how it could be possible, physically possible to make a bigger hole in the deck so the sleeve would be flush with the top of the concrete deck; right?
A Yes. Possible.
Q What would prevent the assembly from just falling through the deck, then? How would you prevent that if you made a bigger hole?
A You have to support the pipe, attach it to the deck by some structural means down below, underneath the precast deck.
Q Do you know if it would be possible to do that with the

Fat Max assembly?
A It would be possible. In that case I wouldn't anticipate supporting the Fat Max, but I will support the pipe, which will in turn support the Fat Max.
Q You stated earlier that you reviewed some of the depositions and some of the reports, and the ones you chose were based on where you could find information that you considered to be relevant to the topics you were working on?
A That is correct.
Q What did you consider to be relevant to what you were working on?
MR. SONNESYN: Do you understand Mr. Stepan's question? It's a very broad question. Do you understand?
THE WITNESS: I'm understanding that you're asking why I picked those depositions, what the relevancy was?
Q (By Mr. Stepan.) Yes. You had stated earlier that you picked depositions and reports based on the fact that you thought the information provided would be relevant to the topics you're working on?
A That is correct.
Q So I want to know what you thought was relevant? What was going to be relevant to your work here?

A Relevant was how the mechanical engineer sized his pipe and drain. So that was why I wanted to read the mechanical engineer's deposition. And Chad Felix was I wanted to find out what they installed and how they installed. I thought that information would be helpful. And John Mikesh the same way. He's the mechanical -- Bill Hanuschak, who was --

MR. SONNESYN: Bill Hanuschak?

THE WITNESS: Uh-huh. He was a --

MR. HULL: Structural engineer.

THE WITNESS: Structural engineer. Okay. And the Inspec report I picked after that. It was kind of a, just a -- I picked one report which seemed to have more information, more diagrams.

Q (By Mr. Stepan.) So you picked the Inspec report because it had more information and more diagrams about the project?

A Yes. And also they said they didn't find anything -- Inspec stated that the quantity size and locations were adequate, so I wanted to read their information.

Q You worked briefly at Strgar, Roscoe & Fouschish?

A Strgar, Roscoe & Fouschish.

Q What did you do there?

A I worked on one project on the downtown Minneapolis parking ramps. There are three big parking ramps. I

worked on one of them.
Q What was your role in the project?
A I helped their engineers to design the pre-stressed elements using a software.
Q You answered a number of questions earlier today that were asked whether you had ever specified a bentonite waterproofing product. You indicated you've not done so or you couldn't recall any specifically?
A Nothing specific, yes.
Q But you've worked on projects where you specified waterproofing?
A Waterproofing, yes.
Q What would you do to come up with the type of waterproofing that -- just generally, how would you arrive at the type of waterproofing that you would ultimately specify?
A We will look at -- if we were to specify very specific products and materials, then we have to study the products and their properties that is mainly from the manufacturer's supplied information and talk to the contractors who have had experience with it and then make the selection. A second part is we can make a generic specification and let the contractor select suitable waterproofing means and methods and materials.
Q On projects where you have looked at the manufacturer's

literature, have you come across instances where the manufacturer has recommended their waterproofing product for certain applications, say for a horizontal application or a vertical application?
A Okay. What was the question?
Q Have you ever come across that in looking at manufacturers' literature?
A Not recently, but I recall there are different materials for different application.
Q And where the manufacturer has recommended their waterproofing for a particular application, would you rely on the manufacturer that the manufacturer's done the testing and knows its product and that since it's recommending its product for a particular application, that its product would work for that application?
MR. VEITH: Objection, speculation, foundation.
THE WITNESS: Engineers most often rely on that information.
Q (By Mr. Stepan.) And have you yourself relied on such information?
A Yes.
Q Earlier, it was in reference to your work at Ibberson, you referenced the phrase design-build; do you recall that?
A Yes.

Q What's your understanding of that phrase?
A Design-build to me or the way I understand it is one entity takes on the responsibility for doing the actual design or engineering work as well as the installation.
Q Has your understanding of the phrase design-build changed over time at all?
A No.
Q When did you first come across that phrase?
A When I was employed at McKenzie, Hague & Gillis. That was a design-build construction company. So is Ibberson.
Q Were those companies construction companies and then you were kind of the in-house engineers for them?
A That is correct. That was correct.
Q And so on those cases, those companies would take on a project, look to their in-house engineers such as yourself to come up with a design and then they would also construct?
A Build.
Q Have you ever worked on a design-build project where the contractor did not have in-house engineers or design professionals?
A Yes.
Q And tell me about those? How is the design-build aspect performed there, on the projects you've had experience with?

A When I was employed at Ibberson, we have had several occasions where he went on a subcontract basis which involved a design-build contract and the subcontractor may have to go and hire an engineer and work with them.

MR. STEPAN: I think that's all I've got for you now, sir. Thank you.

(A short recess was taken at this time.)

EXAMINATION

BY MR. BROWN:

Q Mr. Arockiasamy, my name is Mark Brown. I represent Waterproofing by Experts in this matter and I will try to keep my questions brief. I don't have much ground to cover. I'm going to bounce around a little bit like Chad did, too, since a lot of the questions I originally had have been asked.

You indicated earlier that you had a brief conversation with Sid Bhatt. I assume you got his name from counsel and knew that he was consulting already in this case; is that right?

A Yes.

Q Have you ever worked with or even heard of Sid Bhatt before?

A I had heard his name before, but I never worked with him.

Q Do I correctly infer from your explanation of the conversation you had that Mr. Bhatt is the one that

referred you to the Minnesota Building Code in terms of the authority for the number and placement of the courtyard drains?

MR. SONNESYN: Objection, misstatement of the evidence. Go ahead and answer.

THE WITNESS: No. I asked him whether he had done anything to verify the conformance to Minnesota Plumbing Code.

Q (By Mr. Brown.) Had he?

A At that point, no.

Q And to your knowledge -- you haven't spoken to him since that conversation?

A Since then, no.

Q Did you even ask Mr. Bhatt during that conversation, since I think your earlier testimony was a mechanical engineer would be the type of expert who would initially be involved in the design and so forth of that feature; correct?

A No. The designs of this drain system?

Q Yes, sir.

A A civil engineer can do, structural engineer can do.

Q And you know that there was a not a civil engineer on the design team on the Promenade project; are you aware of that?

A No.

Q At any rate, did you ask Mr. Bhatt whether the Minnesota Building Code provisions that you've cited in your report did actually apply to this type of construction; in other words, covered courtyards such as are in place at the Promenade?
A I didn't ask him that.
Q Did you check anywhere else to find out whether these particular building code provisions actually do apply to that kind of construction?
A I didn't ask or check anyplace. Based on my knowledge, I assumed it would apply.
Q And I understand that you have at least once or twice in your career been involved in determining whether an existing roof drain system, anyway, conformed to the code requirements? You testified about that a few moments ago; correct?
A That is correct.
Q Now, the difference, of course, in that configuration is the roof at issue was not covered by three feet of dirt and other features that are unique to the Promenade project here; correct?
A That is right. Roof was not covered.
Q Do you know to a reasonable degree of engineering certainty whether the Minnesota Building Code provisions you cited actually do apply to the Promenade construction

within those courtyards?
A To my knowledge, I would say that it applies.
Q And you base that answer on what, sir?
A On my knowledge of the rainfall and how water is collected and drained as a part of the building requirement. And the courtyard is -- actually, another term for it is green roof. This kind of applications, they are called green roofs.
Q All right. What's the point of that answer?
A So it is -- for the purpose of drains, that is similar to the roof.
Q Well, I don't see any green roof term used in any of these code provisions that you cited in your report.
MR. SONNESYN: Wait. Is there a question posed?
MR. BROWN: That's argumentative.
Q (By Mr. Brown.) Is there a particular building code provision that applies to, quote, green roofs, end quote, that you're aware of?
A No.
Q In the materials that were contained in your file, you mentioned, and you've already talked about this somewhat, the various expert reports that were already generated in this case that you reviewed or at least had access to; correct?

A I reviewed some of them.
Q All right. Did you review thoroughly the Patrick Engineering report, either one of the two that you were supplied with?
A I reviewed part of Patrick Engineering report.
Q Now, you understand that the author of that report performed the hydrological engineering study of the courtyards and the drainage out there; correct?
A I understand that.
Q Did you review the part of that report that cited various code and other provisions that applied to the drainage out there in terms of city requirements and other local requirements?
MR. BYE: Objection. I think that misstates the report.
MR. SONNESYN: I join in that objection. Go ahead.
THE WITNESS: I recall some of those. Not specific, but --
Q (By Mr. Brown.) Did you investigate whether the city requirements that the Patrick Engineering report said were in effect and applied at the Promenade actually did apply?
MR. BYE: Objection, misstates the report.
THE WITNESS: I did not.
Q (By Mr. Brown.) And then you checked off various reports

that you evidently at least reviewed some of in your materials. You did not check off the revised or the updated Patrick Engineering or Raths, Raths & Johnson reports? Do you see that in your materials there?
A Yes.
Q So do I take it, then, from the lack of a check next to those two documents that you have not reviewed any of the two currents reports from those two experts?
A I have not.
MR. SONNESYN: Make sure you let Mr. Brown finish his question.
Q (By Mr. Brown.) And your answer was you have not; correct?
A Yes.
Q All right. You mention that you relied upon, in part at least, a sentence from Mr. Campbell's report, that was the Inspec report, that the, I think, number and size of the courtyard drains were sufficient. I may be misquoting what you wrote. Do you remember talking about that a few minutes ago?
A Yes, I do.
Q Did you review the entire Inspec report?
A I have read the entire report.
Q All right. You're aware also, though, that Mr. Campbell cited a number of criticisms he had of the courtyard

drainage system and the installation of that system; do you remember reading those comments?
A I do.
Q Did you not rely on those comments in reaching your conclusions, though?
A I was -- I would say I was looking for information that was pertinent to the drain systems even though I read other observations that they have made.
Q I understand that. But the only mention you make in your reports of the Campbell report, at least in terms of what you relied upon, was at point b on page 2 of your initial report, August 15th, where you say Inspec stated the quantity, size and locations of the existing drains were adequate; correct?
A That is correct.
Q That's the material from the Inspec report that you relied upon in arriving at the opinions contained in your initial report; correct?
A That is correct.
Q So is it a fair statement, then, that you disregarded the parts of the Inspec report that were critical of the courtyard drain system?
MR. SONNESYN: Object. It's a vague question.
THE WITNESS: I wouldn't say I disregarded

that, but this was pertinent to me because I was looking at the drain system, not the drainage system.
Q (By Mr. Brown.) All right. What's the difference?
A Drainage system encompasses the whole thing; the surface grading, the type of soil, all of those things. Drain system is the mechanical assembly of the receptacle which collects -- receives water, not even collects, receives water and conveys to the pipe. So that is a drain system as I take it.
Q Wasn't Mr. Campbell critical of the fact that a two and a half inch gap existed between the surface of the precast deck and the first perforations in the stand pipes or the leaders?
A He was.
Q And that's part of the drain system; correct?
A That is -- I would consider that is a drainage system, a little bit beyond that.
Q All right. Maybe I'm not getting your answer correct. Is it part of the drain system and part of the drainage system at that point, the connection there?
A The fact that it held approximately two, two and a half inches of water, that encompasses or connects other aspects of the drainage system, the whole drainage system.
Q I see. Had you been retained -- this is a hypothetical

question. Had you been retained as the structural engineer by the owners of the Promenade project at the outset, for before construction actually got under way, in other words, at the design phase, would you have desired to have as part of the design team a hydrological engineer or some hydrological studies performed?

MR. HULL: I'll object to foundation and to form of the question.

THE WITNESS: If I was a structural engineer, your question was whether I would like to have a hydrological study done?

MR. BROWN: Yes, sir.

THE WITNESS: Not necessarily.

Q (By Mr. Brown.) Would it depend upon the complexity of the particular project and the physical details out there?

A For the structural engineer. I have to design the structural element for the maximum possible loading. So irrespective of hydrological study, it is limited by how much water that area is going to hold, height of backfill, or soil, and the escape level or the control level. So the structural system has to be designed that at some point it's going to be loaded to that worst condition.

Q So in other words, as a structural engineer, you personally would not have sought out to complement what

you were retained to do, a hydrological study, if that was to be -- if that type of an expert or consultant was to be retained, that would be up to the owner or somebody else; is that right?
A I would say so. For doing my duty as a structural engineer, I didn't need that.
Q I understand. I have a question about opinion number 4 on your August 15th report, which is at page 3. Mr. Stepan touched upon it, regarding the adequate site grading -- or the lack of an adequate site grading plan. What did that pertain to, this portion of your opinions? What are you referring to when you say you concur that the leakage occurred due to the lack of an adequate site grading plan, in part?
A In those reports I gathered, the leakage was very widespread. It happened in a general sense all over the building. So that included the perimeter of the lower part of the building. So the grading was -- if the grading had been adequate, water would have been all directed towards the interior part of the courtyard where the drains are.
Q Are you talking about the slope of the grade in the courtyard?
A Slope of the grade, right.
Q Did you read anything in those reports about a condition,

an actual condition during or shortly after construction whereby the grade line itself was above the top of the waterproofing and above the top of the concrete blocks in those courtyard?
A Yes, I did.
Q Did that enter into your opinions at all?
A It helped or it entered into this opinion that leakage occurred everywhere, but that was outside of the drain.
Q And that was also outside of the scope of what you were asked by Mr. Sonnesyn to investigate; is that right?
A Yes. It was not the primary.
Q And whether all or any leaks that were ultimately observed in the garages or elsewhere beneath or around those courtyards originated because of dirt being above the top of the concrete block or the waterproofing or otherwise, you've testified you haven't reached a conclusion; correct?
A You lost me on that.
Q I'll ask it a different way. Your studies didn't involve determining whether or to what extent any of the leaks that were ultimately observed in the garages and elsewhere originated because of dirt being too high or otherwise, you were focusing on whether the drain pipes were sized properly and there were a proper number of drains in the courtyard; right?

A That is correct.
Q Who took the photographs that are contained in your file?
A I did.
Q If I understood your testimony earlier correctly, you only walked through one of the garages on your sole site visit; correct?
A That is correct.
Q Were you accompanied by anybody during your inspection?
A No one.
Q How long were you there?
A Two, two and a half to three hours, probably two to two and a half, in there.
Q Why did you select Garage Number 1 as opposed to any of the other garages?
A I assumed -- I understood that all the garages were secured and I needed a key to get in or somebody has to let me in. So since I was there just to get a general idea of what the garage consisted of, I had a key for only one building, and that was the closest to the office.
Q There is a document in your file, it's just a one page document, but I think the copies everyone has has writing both on the front and back and it's titled Field Trip Observation Report. Do you have that?
A Yes.

Q Are the notes that are on the front and back of that in your handwriting?
A Yes.
Q Were those notes written contemporaneously with this three hour walk-through that you've just talked about?
A Or immediately after.
Q Did you take measurements, actually, to arrive at the conclusion that the outside dimension of the grates -- I can't read, understand that word right after the word grate, point number 1?
A The outside diameter of the grate for the six inch pipe.
Q Did you actually measure the pipe out there during that three hours?
A No.
Q You just eyeballed it?
A Based on what I have read on the reports, there was a mention of a six inch pipe, so I didn't measure that.
Q Point 3 says the courtyard had auto -- short for automatic, I assume?
A Yes.
Q -- sprinkler system. Why did you add that comment?
A Just for information, that that's another source of water, a constant source of water.
Q Did you see any evidence during your inspection or in your review of any of the documents that the automatic

sprinkler system was on, at least in your view -- or operated, at least in your view, an excessive amount of time?

A I wouldn't be able to say whether it was operated excessively other than it was operated or used.

Q Okay. And then when you refer in point number 4 to an inadequate drainage to the plaza drain at several locations, are you referring to the slope of the grade within the courtyards themselves?

A That's correct.

Q Did you observe generally and make a mental note if not a handwritten note somewhere that the courtyards themselves are virtually flat or level?

A That is correct.

Q Was that an unusual condition? Were you surprised to see that?

A It was unusual that the grade was flatter than what I would normally expect.

Q Flatter than a pancake? At least as flat as a pancake?

MR. SONNESYN: I think he's just kidding.

Q (By Mr. Brown.) You would've expected to see some slope from the edges of the courtyards towards the center; correct?

A Towards the drain.

Q Toward each of the drains?

A Yes.
Q And was it also -- did it seem to you an unusual configuration or at least a difficult configuration in terms of placing drains and so on due to the staggered design of the sidewalks as opposed to running straight down the middle of the courtyards?
A It was a difficult configuration, yes, not only for the location of the drain, but also for the grading.
Q Because they'd have to make -- whoever was installing the drains would have to account for the fact that there was sidewalks virtually surrounding the courtyard areas up and down those courtyards; correct?
MR. BYE: Objection, calls for speculation.
Q (By Mr. Brown.) At least from your observations?
A Observation, yes.
Q And what's the significance of your notation of point 5 here where you observed stagnant water between the drains?
A That means water didn't reach the drain.
Q Did you reach a conclusion as to why that was? Arrive at a conclusion, I should say? Was that again the same level courtyard grading issue?
A Inadequate drainage or drainage slope.
Q Did you ever learn during your investigation or review of the documents that you did take a look through who was

responsible for the grading within the courtyards?
A I don't know who was responsible.
Q Did you do any study of the actual composition of the fill in those courtyards during your investigation?
A No, I did not.
Q Do you agree that's part of the courtyard drainage system?
A I would say so.
Q Did you do any study as to whether or to what extent any filter fabric or gravel or any other material surrounded the vertical pipes in the courtyards?
A Did I observe?
Q Yes, sir.
A I did not observe those things because they would be down below.
Q And would you agree, also, though, that those components that I've just suggested would be considered part of the courtyard drainage system?
A I would.
Q So you weren't asked to investigate whether the courtyard drainage system was faulty or failed in any way, you were specifically focusing on whether the courtyard drain system failed or was faulty; is that right?
A Whether the drain was adequate, whether it conformed to requirements.
Q Do you know who was responsible, if anybody, for, for

example, ensuring the proper filter fabric or gravel or whatnot was installed around the vertical leaders in the courtyards?
A The question was who would be responsible?
Q Did you ever learn?
A Not specifically.
Q What's the last, number 6 on the front page, failed, is that caulking?
A Uh-huh.
Q At?
A Accessory structures, like stairs.
Q All right. And you photographed that condition in a number of locations; is that right?
A Yes.
Q What was the significance of adding that in your notes and comments?
A It's a moisture or water entry point.
Q Point 7 on the reverse side of this page states erosion of soil under the concrete rim at some locations?
A Yes.
Q And you have addressed that with Mr. Reilly already today; is that right?
A I don't know.
Q Are you referring to the concrete collars around the courtyard drains at the surface of the courtyards?

A Yes. That's what I'm calling concrete rim.
Q And that was significant because, obviously, when the collars and the grates that are set in those collars are higher than the surrounding soil, the water can't enter into those grates; right?
A That is correct.
Q Regardless of the slope of the courtyards?
A That's true.
Q Point 8 states damaged PVC pipe?
A And dislocated grates.
Q At?
A The four inch pipe inlets.
Q How many times did you observe that condition?
A Could be either one or two.
Q You don't have any idea of when that damage occurred or why; is that right?
A No.
Q You did not review any installation or product materials, literature created by the manufacturer of the waterproofing membrane; is that what you testified to?
A Yes. I have not.
Q You've never installed, either professionally or just for fun, any of the kind of waterproofing materials that were used in the Promenade project; is that fair to say?
A No, I have not.

Q Do you have any idea how Swelltite 3000 is to be installed in the kind of below grade applications that are in existence at the Promenade?
A No.
Q Is it fair to say that you were not asked to and you did not form an opinion as to whether the Swelltite 3000 membrane and components manufactured by CETCO were installed in accordance with CETCO specifications and installation instructions?
A No, I was not.
Q Do you have any intention of reading the rest of those reports and depositions after we're done here?
A The ones I haven't read so far?
Q Yes, sir.
A Yes. I plan to go through some of those.
Q Do you plan to go through all of them?
A At least the reports and some of the depositions maybe.
Q Can I get a commitment from you that if your review of that additional material alters or changes your opinions in any way that you'll let your counsel here know so that we can know?
A I will.
Q Do you know if Swelltite 3000 is designed and manufactured to withstand or be exposed to constant standing water such as is occurring at the Promenade?

MR. BYE: You're asking was it indeed or is it supposed to be?
Q (By Mr. Brown.) Is it supposed to be, to your knowledge?
A I don't know.
Q And I think you earlier testified that with respect to the one roofing project that your company was asked to investigate and analyze the sufficiency of the drain system on that roof, that there was waterproofing on top of that roof; is that right?
A That was correct.
Q There were both surface drains and waterproofing?
A There was waterproofing, but we were not -- our primary work was not to check the drains but to make sure the structural was adequate for the condition the drain was designed at.
Q Now, if water had been observed by your company on that occasion to be standing at a certain depth, say at two and a half inches at all times on that roof, despite the existence of waterproofing, would that have been an improper condition, in your opinion?
A I wouldn't consider that improper for the purpose we were trying to do because our structural design was to account for water staying there.
Q So whether that would have been bad for whatever kind of waterproofing was out there, that just wasn't your

company's role?
A Yes.
Q I understand. I do have a question from your resume. You mention on page 3 your affiliations?
A Yes.
Q There are three listed and I just want to ask you, first of all, are you active in any of those organizations?
A I'm active in ACI. I am a member of a committee.
Q And the committee is mentioned right below; correct?
A Uh-huh, yes.
Q Has to do with concrete silos and bunkers?
A Uh-huh, yes.
Q Other than that, you're not active in those three organizations; is that right?
A What do you mean by active?
Q Are you an officer, are you a board member?
A No.
Q Do you lecture in any of those three committees?
A No.
Q Do you know whether J-Berd's contract, at least with respect to the courtyard drain and drainage system, was to be design-build?
MR. SONNESYN: Objection. Misstatement of the evidence as to the extent of the contract between the two entities.

Q (By Mr. Brown.) Do you know whether any portion of J-Berd's contract with the general contractor on the Promenade project was to be design-build?
A I remember reading something to the effect that it was a partial design-build in one of those papers.
Q Did you follow up to find out what part was to be design-build?
A I read the requirements, subsequent requirement, which said what, related to the courtyard, what the drains were supposed to be designed for. There was criteria provided.
Q I don't know if that answered my question. If it did, I didn't hear your answer properly. So by that do you mean that it was your understanding that the courtyard drain and drainage system portion of J-Berd's contract was to be design-build?
MR. SONNESYN: Objection, misstatement of the evidence.
THE WITNESS: The drain system. The drain system was part of their design-build.
Q (By Mr. Brown.) Just the drain system?
A Right.
Q That was your understanding from reviewing that contract?
A Yes.
Q Did you ever interview any J-Berd employees in connection

with your investigation?
A No.
Q Why not?
A I haven't so far felt a need to do that.
Q Have you ever worked with Mr. Sonnesyn before or his law firm?
A No.
Q Do you know how he came into contact with you?
A No.
Q Did you ever see a Fat Max drain in your life before you saw the one in Mr. Sonnesyn's office?
A No.
MR. BROWN: I don't have anything else, sir. Thanks very much for your time.
MR. REILLY: Let's break for lunch.
(A noon recess was taken at this time.)
EXAMINATION
BY MR. BYE:
Q Sir, my name is John Bye. I represent John Mikesh, or Mikesh, Inc., in this matter. Turning to Exhibit 807, which is your October 3rd supplemental report, and turning to the preliminary sheet numbers and sheet number 2 of 8, and then also be looking at 3 of 8, I just want to make sure I understand. On 2 of 8, this is a calculation that was done by you of the drainage area for the various areas

serviced by the drains at the Promenade building; is that correct?
A Yes.
Q And am I correct that the drain which serves the largest area is Building Number 3, Drain 3D, 6,000?
A That is correct.
Q And then on page 3 of 8, I want to make sure I understand that on the left-hand side, you have put down what you understand is from the Minnesota Plumbing Code, is that correct, as to the vertical pipe diameter that is required for a certain tributary area?
A That's correct.
Q And am I correct in saying, then, that because the largest tributary area is 6,052 square feet, that it is your belief that the code would require no greater than a five inch vertical pipe for that area?
A That is right. It would require no greater than five, but you can provide more than five.
Q You could go more than five?
A Yes.
Q But you should have somewhere between four and five?
A Four and five.
Q Okay. And therefore, is it your conclusion that for the entire Promenade plaza area, that if the drain pipe used were five inches or greater, that the Minnesota Plumbing

Code would be met with respect to the size of the drains -- the drain pipe?
A Pipe, yes.
Q Now, you've also referred to a different requirement with respect to the size of the drain itself, I guess, or the drain grate?
A Grate.
Q Do you know where that is in the plumbing code, the specific reference for that?
A It's in the same plumbing code --
MR. SONNESYN: Is this what you're looking for?
THE WITNESS: Yes.
MR. SONNESYN: Can I show him the --
MR. BYE: Sure.
THE WITNESS: Section 4715.2760, subparagraph 3.
Q (By Mr. Bye.) 4715 point --
A 2760.
Q 2760, sub --
A Paragraph 3.
Q Subparagraph 3. Thank you. I believe you stated earlier that based on your experience, it is your opinion that it is the state plumbing code which applies to the sizing of the drains at the Promenade plaza; correct?

A That is correct.
Q And that while Eagan could require more stringent requirements, you're not aware that Eagan has done that?
A Yes. I'm not aware.
Q And in your review of the materials, you didn't see where anyone else said that Eagan has imposed a stricter requirement?
A Yes. Nobody.
Q You indicated that you reviewed at least in part one of the Patrick Engineering reports that was prepared with respect to the Promenade project?
A That is correct.
Q And they did some sort of a hydrologic investigation; is that your understanding?
A That is correct.
Q And that they did an analysis with respect to surface water drainage systems or storm sewer systems; is that your understanding of what they were doing?
A I understand it is the hydrological properties of the soil as to whether that area will pond or not.
Q Okay. They say that with respect to surface water drainage systems, that the city engineering department requires the use of the Soil Conservation Service or National Resource Conservation Service methodology to design surface water drainage systems. I'll just tell you

that. Do you recall that?
A I remember reading that, but I didn't make anything out of it.
Q Are you familiar with either the SCS or the NRCS methodology?
A No, I'm not.
Q Are you familiar with determining or designing storm sewer systems?
A No, I'm not familiar with that technique dealing with the hydrology of the ground. I have dealt with, a long time ago, sizing of the storm sewer system, but that would be sizing of the pipes.
Q Do you generally understand that when you're talking about storm sewers, you're talking about sewers that are not located over an inhabited area?
MR. BROWN: Objection, foundation.
THE WITNESS: Storm sewers are pipes that are set in ground to convey the water outside the buildings.
MR. BROWN: I'll withdraw that.
Q (By Mr. Bye.) And are you saying that the storm sewer itself or the inlet to the storm sewer, is that generally located outside the building, in your understanding?
A The part of the system that's outside of the building, that's considered storm sewer, and you are calling the

inlet is where the building pipes will connect to the outside storm sewers?

Q Well, let me just ask you. Maybe out in the parking lot out here, if I see a grate in the parking lot, and I'm talking about the lot that's not -- that's not the ramp, just the surface lot, and I see a grate there, I would consider that to be a storm sewer as a lay person. Would you agree with that, that that's a storm sewer?

A It's part of the storm sewer system.

Q Okay. Do you consider the drains on the Promenade plaza deck to be storm sewer drains?

A I would not.

Q Do you know that in calculating storm sewers that are located outside the perimeter of a building, whether in designing the capacity of those, one of the things that's taken into account is how much water is absorbed into the ground before it runs off into the storm sewer?

A That is correct.

Q And in that case, is it your understanding that the water that is absorbed into the ground is viewed as not entering the system at all?

A That is true.

Q And that's different than here on the Promenade deck, that generally, the water is designed to go into the system?

A Into the drain.

Q Into the drain. So would you view it as irrelevant as to the sizing of the drain pipes on the Promenade deck as to what the hydrologic qualities of the soil are?
MR. SONNESYN: Objection, vague. Go ahead and answer.
MR. BROWN: Object, foundation.
THE WITNESS: I didn't consider that relevant for sizing of either the drain or the drain pipe.
Q (By Mr. Bye.) And it's your understanding that it's not relevant to the Minnesota Plumbing Code, to determining compliance with the Minnesota Plumbing Code?
MR. REILLY: Objection, lack of foundation.
MR. BROWN: Also calls for a legal conclusion. I base my objection on that ground.
MR. SONNESYN: Do you remember the question?
Q (By Mr. Bye.) Is it your understanding that the hydrologic conditions of the soil is irrelevant to determining whether or not the drains at the Promenade plaza complied with the Minnesota Plumbing Code?
MR. REILLY: Same objection.
THE WITNESS: I didn't consider that to be relevant.
Q (By Mr. Bye.) And in addition to you not considering it,

is that because, as you understand it, that is not relevant to determining compliance with the code?

MR. REILLY: Lack of foundation.

MR. BROWN: Same objection.

THE WITNESS: I consider that not relevant for this drain system pertaining to the plumbing code.

Q (By Mr. Bye.) And that's because it's your understanding that the code says for a given area, you need a given drain?

A That is correct.

Q And it doesn't say anything about what the soil conditions are around it?

A That is correct.

Q Are there any other opinions other than what you've talked about today that you anticipate testifying about at trial?

A Not at the present time.

Q You referred a couple of the times to the differentiation in your mind between a drain system and a drainage system?

A Yes.

Q And I believe you said that a mechanical engineer would be involved with a drain system; is that correct?

A That is correct.

Q But that a mechanical engineer would not be the expert who should be involved in drainage systems, or at least in the entire drainage system?

A That is true.
Q And when you refer to that distinction between -- what is the distinction between drain system and drainage system?
A Drain system for a mechanical area or plumbing, I understand that to include the receptacle and the conveying pipe, which is the drain assembly itself and then the pipe that conveys the water out to.
Q And based on what you've reviewed, is it your understanding that that is what Mr. Mikesh was involved with or Mikesh, Inc. was involved with with respect to the draining of the Promenade decks?
MR. HULL: I'll object to foundation.
THE WITNESS: I'm not sure what he was involved with.
Q (By Mr. Bye.) But you know he was involved with the drain system?
A Drain system, right.
Q I take it you don't know whether or not he was involved with the drainage system to the extent that that's more than the drain system?
A Yes. I am not aware of that.
Q You said you looked at the drawings that you understand that Mr. Mikesh prepared; is that correct?
A Yes.
Q And I believe you stated that those drawings reflect the

general intent of the location of the drains?
A That is correct.
MR. STEPAN: Objection. That misstates his testimony.
Q (By Mr. Bye.) Have I misstated or is that your understanding of what those drawings did?
A That's my understanding.
Q Okay. There were no specific measurements or locations called out in terms of number of feet from the sides or any specific dimensions called out on his drawings; were there?
A No. I didn't observe those.
Q And is that consistent with your understanding of acceptable practice under these circumstances for a mechanical engineer?
A For this particular installation, when we are dealing with drains on a courtyard, that is acceptable, in my opinion.
Q I asked you earlier whether there was any other opinion you anticipated providing at trial. You said you didn't know of any right now. I haven't read one, I haven't heard it, I just want to make sure that I haven't missed it somewhere. I don't see anywhere that you have opined that Mikesh, Inc. was in any way negligent or in breach of any contractual duties with respect to this project. Is

my understanding correct?
A I don't know enough about the contractual part for the project to make that statement.
Q So you are not rendering any opinion that Mikesh, Inc. was somehow negligent or deficient with respect to its performance of its functions on this job?
A I'm not rendering any opinion on that.
MR. BYE: No further questions.
MR. VEITH: I have no questions.
MS. REISBORD: No questions.
MR. HULL: I've got just a couple questions for you.

EXAMINATION

BY MR. HULL:
Q The fourth opinion in your report refers to site work; is that correct?
A Both site work and waterproofing.
Q Right. When you're referring to site work, are you referring to work outside or inside of the building footprint?
MR. BROWN: Object to the form.
MR. STEPAN: Join.
THE WITNESS: That site work is within the confines of the building assuming the two segments are considered as one building. So including the courtyard,

then I consider that as one entity.
Q (By Mr. Hull.) Have you reviewed the site work portions of the project manual?
A No, I have not.
Q Then you don't know if the specifications governing the site work relate to the plaza areas or not; is that right?
A No, I do not.
Q Civil engineers typically do site work?
A That is correct.
Q And isn't it true that civil engineers generally work outside of the building footprint?
A Generally.
Q The scope of your work in rendering opinions in this case was determined by your contract with Mr. Sonnesyn's firm; is that right?
A That is correct.
Q And when you're retained to perform work as a designer on a project, or when your firm is, that work is defined by the contract also; isn't it?
A That is correct.
Q You were asked a number of questions about who might have been responsible for certain things. Mr. Bye has asked you about the mechanical engineer, I think Mr. Brown asked you about the civil engineer. Do you recall those questions?

A I might recall as you --
Q My question to you is, without knowing what the scope of work was in the respective contracts of the design professionals, you really can't say what they were or were not responsible for, can you?
A I cannot say specific details, but in a general sense, based on the knowledge of what general area of practice for civil, mechanical, structural engineers and what general practice is, I can provide opinions.
Q But that may be different than what the contractual relationships are on a particular project; isn't that right?
A Could be.
Q Were you aware that the general contractor in this case was responsible for both the design and the installation of the waterproofing system?
MR. STEPAN: Objection as to form.
THE WITNESS: I think so. I gathered that.
MR. HULL: All right. I have nothing further.
MR. REILLY: I have nothing further.
MR. STEPAN: I have a couple follow-up.
EXAMINATION
BY MR. STEPAN:

Q Mr. Arockiasamy, you recall earlier we talked about there is some grates in the courtyards that are now at a higher level than the soil around them; do you recall talking about that?

MR. SONNESYN: Wait. We got talk going around. Did you hear the question, because I didn't hear it?

THE WITNESS: I heard, but I am not sure whether that's what you meant.

Q (By Mr. Stepan.) Earlier do you recall talking about that there are some grates in the courtyard?

A Grates.

Q Grates at the Promenade where the soil is now lower than the grate?

A Lower. Okay.

Q Do you recall talking about that?

A Yes.

Q In your opinion, is that a situation where additional soil could be brought in to build up the ground around those grates so the water could flow along the surface to the drain?

A Yes, it's possible to build that grade up, ground level up that it has been lost due to whatever consolidation.

Q I believe it was Mr. Brown asked you some questions about filter fabric; do you recall that?

A Yes.
Q Do you consider filter fabric to be part of the drain system?
A I wouldn't consider that as part of a drain system.
MR. STEPAN: That's all I've got. Thank you.
MR. BROWN: I actually do have a couple now. Sorry.

EXAMINATION

BY MR. BROWN:
Q Was it your understanding that Mr. Mikesh, the mechanical engineer on the project, was essentially the design entity with respect to the mechanical contractor J-Berd's design-build responsibilities?
MR. SONNESYN: Before you -- repeat that question. Can you read that back, please?
(The court reporter read back the last question at this time.)
MR. BYE: Objection, vague, no foundation.
MR. SONNESYN: And foundation. Go ahead and answer if you're able.
THE WITNESS: I understand that Mikesh, Incorporated was the design entity for J-Berd, but that was not -- it may not be a complete design entity. In other words, he could be partial design entity. Some of

the design could be done by either J-Berd or somebody else.

Q (By Mr. Brown.) Let me narrow that question, then, down to the courtyard drain and drainage system components of J-Berd's contract that you said you reviewed earlier. With that modification of my question, is your answer yes?

MR. BYE: Objection, vague, compound.

THE WITNESS: Partially, yes.

Q (By Mr. Brown.) Because I thought you had testified earlier it was your understanding from your review of J-Berd's contract that the courtyard drain and drainage system components of their contract were to be design-build; was that your understanding?

MR. SONNESYN: Objection. Misstatement of the evidence.

THE WITNESS: My understanding was the courtyard drain system was design-build for J-Berd, but Mikesh design work pertained to the drain system and the courtyard.

Q (By Mr. Brown.) Did you have an understanding, did you gain an understanding from your review of the materials identified in your file or from any other source who was responsible for designing, to the extent there is any difference, the courtyard drainage system?

MR. SONNESYN: I also have another

objection, and that is it is not the best evidence. Go ahead and answer the question.

THE WITNESS: I didn't understand --

MR. BROWN: I'll agree with that, by the way.

THE WITNESS: I didn't understand that Mikesh's scope of design work included the drainage system of the courtyard.

Q (By Mr. Brown.) You do or you do not have that understanding?

A I did not have that understanding.

Q My question to you, sir, was if you gained an understanding from your investigation as to who or which entity was responsible for designing the courtyard drainage system?

A I do not have that understanding.

Q All right. Would you agree, though, based on your review of the materials, that the hydrological studies that Mr. Bye here was questioning you about performed by Patrick Engineering pertained to the courtyard drainage system and are relevant to that system?

A That is correct.

Q All right. And lastly, would you agree that regardless of the restrictive scope of Mr. Mikesh's responsibility as you've understood them to be on the project, it is the

responsibility of the mechanical contractor, and specifically Mr. Mikesh in this case, to make sure his design comports with other systems in a project with which his design is going to be integrated?

MR. SONNESYN: Objection, calls for a legal conclusion. Go ahead and answer the question.

MR. BYE: Misstates the evidence.

THE WITNESS: I would like to hear that again.

Q (By Mr. Brown.) Well, let me try to give you an example instead of restating the question, unless somebody wants it read back, but I'll restate it.

Part of the courtyard drain system, as you've defined it, is the vertical PVC leaders that were perforated and the Fat Max drain that we've talked exhaustively about, correct, and the connection between those two components; that's part of the courtyard drain system?

A Drain system.

Q Yes.

A Okay.

Q Now, do you agree that the mechanical engineer is responsible, though, to make sure that the courtyard drain system integrates properly with systems that will relate to that drain system such as in this case the courtyard

drainage system?

MR. BYE: Objection, no foundation.

MR. SONNESYN: No foundation and it's not the best evidence. Go ahead and answer the question.

THE WITNESS: In general that is true, but it also depends on the specific responsibility that was assigned to Mikesh, Incorporated by J-Berd.

Q (By Mr. Brown.) Was it your testimony that Mikesh, as the mechanical engineer responsible for the courtyard drain system design, was responsible for the height of the surface drain grates; in other words, where they're tied into the vertical leaders?

MR. BYE: Objection, no foundation.

THE WITNESS: I don't know whether I said Mikesh. It could be J-Berd's responsibility.

Q (By Mr. Brown.) All right. But what part of the vertical leader where it connects with the surface grates is courtyard drain system?

A Starting from the grate on down going through the pipe; that's all considered drain system. But the contractor could have, if that is so, said we will take care of selecting or assembling the receptacle section part of it. The mechanical engineer may have been given the responsibility to design the pipe. In this case, your question was confusing me because you are referring to

Mikesh. I don't know what Mikesh was supposed to or expected to do under his contract.

Q (By Mr. Brown.) What I'm looking for is this, sir, if you have an opinion and if you gained one from your review of the materials. Who, if you know, was responsible for ensuring that the level at which the grates and those concrete aprons out on the courtyards actually exist did not end up at a level higher than the surrounding dirt, soil on those courtyards?

MR. SONNESYN: Is the question does he have an opinion?

MR. BROWN: Yes. If you formed an opinion as to that.

THE WITNESS: As to who is responsible for the height?

Q (By Mr. Brown.) Yes. Who is to make sure that the top of the courtyard drain system, which as you just described is the grate sitting on top of the dirt, who is responsible to make sure that that grate, the opening to that courtyard drain system, isn't at a level higher than the surrounding courtyard dirt?

MR. SONNESYN: And the question posed to you is do you have an opinion in that regard?

THE WITNESS: I have an opinion.

MR. SONNESYN: Just wait for him to follow

up, then.
Q (By Mr. Brown.) All right. What is your opinion?
A I'm going to try and answer that. The opinion is the height at which the grate has to be located, that has to be determined by the drainage system, drainage system. Once that is determined and given to the mechanical contractor, then the mechanical contractor, or the plumbing contractor, they would have the responsibility to install it at that pre-specified height, or the height established by somebody else.
Q (By Mr. Brown.) Do you have any evidence that whichever between those two entities you just identified, the mechanical contractor, the mechanical engineer, ever received that data?
A I gathered from the reading I did that that was established by the grade, grade at which the soil was finished.
Q And that was established in those non-existing grading plans, correct?
MR. HULL: Objection.
THE WITNESS: Well, that, I didn't know that.
Q (By Mr. Brown.) I thought you testified that you saw no evidence of grading plans in this case?
A I didn't see it.

Q So my question, though, was did you see any evidence that whoever it was that's supposed to set those heights in accordance with the grade data actually received that grade data?
A I think they have -- the data was given to them by way of saying you install the grates at the height where the soil is, or within small amount less than that.
MR. BROWN: All right. Thanks, sir. I don't have anything more.
MR. SONNESYN: Anybody? I might have a question. Let me see.

EXAMINATION

BY MR. SONNESYN:
Q Mr. Arockiasamy, is it uncommon in your experience for water to be on a waterproofing membrane on a regular or a continuous basis?
MR. REILLY: Objection, lack of foundation, calls for speculation, it is leading and suggestive.
MR. VEITH: Join.
THE WITNESS: Would you repeat that question?
Q (By Mr. Sonnesyn.) In your experience, is it uncommon for water to be on top of a waterproofing membrane system?
MR. REILLY: Same objection.

THE WITNESS: It's not uncommon. It's very common.
Q (By Mr. Sonnesyn.) How do you know that?
A I know a lot of structures that are built and in existence below normal water table in ground, low grade structures. The waterproofing is based on the premises that water is there.
MR. SONNESYN: Okay.

EXAMINATION

BY MR. REILLY:
Q It's also based on the premise that the drains are going to take that water as expeditiously as possible; correct?
MR. RAU: Had Mr. Sonnesyn finished?
MR. SONNESYN: I am done.
THE WITNESS: Yes. The water is taken out by the drain system.
MR. REILLY: Thank you.
MR. HULL: I have one question for you.

EXAMINATION

BY MR. HULL:
Q Does the term earth fill have a specific meaning in the construction industry?
A Earth fill.
MR. BROWN: Objection, foundation.
MR. STEPAN: Same.

THE WITNESS: I don't know whether it has any specific other than it's soil fill.

Q (By Mr. Hull.) Which could mean any kind of soil?

A It depends on the application. If there is weight restriction, then you look for special material. If there is no restriction as far as supporting that soil, then you look for the kind of properties that you need, whether it is a drainage or retainage.

MR. HULL: Thank you.

MR. SONNESYN: Anybody else?

MR. REILLY: Not unless you have some more questions, Rolf.

MR. SONNESYN: I don't. Read and sign.

(Witness excused.)

(The deposition was adjourned at 2:50 p.m.)

(End of Record.)

DEPOSITION SIGNATURE/CORRECTION PAGE

I, WILLIAM D. AROCKIASAMY, P.E., do hereby certify and state, that I have read and examined the typewritten transcript of the deposition taken of me, at the time and place therein named, consisting of the preceding 126 pages, and find the same to be true and correct. (Except as follows:)

| PAGE NO. | LINE NO. | CORRECTION/REASON |
|---|---|---|

Dated this ______ day of __________, 2003.

________________________________
William D. Arockiasamy, P.E.

RETURN THIS SHEET TO: Charles G. Williamson, Court Reporter, 4209 113th Street West, Bloomington, MN 55437.

NOTARY-REPORTER'S CERTIFICATE

STATE OF MINNESOTA)
ss.
COUNTY OF HENNEPIN)

I, Charles G. Williamson, a Notary Public within and for the County of Hennepin, and State of Minnesota, do hereby certify:

That I reported the deposition of William D. Arockiasamy, P.E., on the 7th day of October, 2003, in Minneapolis, Minnesota, and that the witness was by me first duly sworn to tell the whole truth;

That the testimony was transcribed under my direction and is a true record of the testimony of the witness;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

That the right to read and sign the deposition by the witness was not waived.

WITNESS my hand and seal this 17th day of October, 2003.

Charles G. Williamson
Notary Public
Hennepin County, Minnesota

My Commission Expires January 31, 2005.

'
'73 - 12:15, 14:15
'84 - 8:215
'85 - 8:19, 8:20
0
00-cv-987 - 1:4
1
61:23, 67:6, 92:13,
10 - 18:10
103 - 5:6, 44:9
11 - 9:4, 9:5 51:23
113th - 1:23, 127:24
120 - 4:9
126 - 5:7, 127:3
128 - 5:8
1550 - 4:21
90:8 - 27:6, 87:12,
18 - 71:23, 71:25
1984 - 8:19, 16:815
1993 - 20:17
1997 - 53:18
2
68:17, 87:11, 103:22,
20 - 17:9, 18:9,
200 - 4:1, 6:4
5:14, 6:2, 27:6, 43:1,
52:15, 127:21, 128:5,
2005 - 128:20
24 - 71:234
250 - 4:9, 4:11
2760 - 105:19,
2900 - 4:19
52:24, 54:92, 52:22,
2:50 - 126:15
3
93:18, 101:4, 103:23,
105:21, 105:22105:17,
3000 - 99:1, 99:6,
31 - 128:20
333 - 4:19

3d - 104:5, 6:5
52:15, 61:3, 61:8,
103:21
4
71:19, 73:17, 90:7,
42 - 5:14
4209 - 1:23, 127:24
4715.2760 - 105:16
48,115 - 5:5
5
50 - 44:9
55344 - 6:19
55402 - 4:24
55402-3788 - 4:79
55416-5318 - 4:22
55425 - 4:26
127:24- 1:24, 4:14,
55438 - 4:11
6
97:75:2, 5:4, 73:17,
6,052 - 104:14
600 - 4:214
610 - 4:16
7
70 - 65:255:12, 97:18
78th - 4:11
7th - 6:2, 128:5
8
73:4, 98:9, 103:22,
80 - 4:2403:24, 104:7
805 - 5:12, 6:9, 7:13,
806 - 5:13, 6:9, 27:5,
67:60, 61:17, 62:6,
42:23, 70:8, 71:12,
81 - 5:53:20
8585 - 4:11
9
952-888-3562 - 1:25
9:40 - 1:21, 6:7:24
A

a - 6:2, 6:12, 7:13,
8:11, 9:7, 9:10, 9:16,
11:9, 11:10, 11:18, :4,
12:3, 12:8, 12:14,
13:3, 13:5, 13:6, 13:8,
13:18, 13:20, 14:9,
17:16, 17:19, 18:12,
19:9, 19:23, 19:24,
21:3, 21:9, 21:15,
22:16, 22:21, 23:14,
25:19, 26:10, 27:6,
28:15, 28:18, 28:21,
29:24, 30:2, 30:9, ,
32:6, 32:8, 32:9, 4,
33:13, 33:19, 34:14,
35:6, 35:14, 36:8,
38:2, 38:5, 38:7, ,
39:16, 39:18, 41:5,
43:20, 44:3, 44:8,
45:16, 45:23, 46:2,
47:13, 48:1, 48:2,
48:16, 48:17, 48:18,
49:20, 49:24, 49:25,
50:17, 51:7, 51:9,
52:7, 52:14, 53:22,
55:5, 55:18, 56:18,
57:12, 57:14, 57:22,
58:12, 58:22, 59:3,
61:3, 62:3, 62:22,
63:13, 63:19, 64:13,
67:4, 67:7, 69:6, 69:7,
70:1, 70:2, 70:13, ,
73:9, 74:11, 74:15,
77:9, 77:13, 78:4, ,
79:3, 79:4, 79:11,
80:16, 80:19, 81:2,
81:16, 82:15, 82:22,
84:14, 84:17, 86:6,
87:20, 87:23, 88:8,
88:25, 89:5, 89:9, ,

90:5, 90:7, 90:16,
91:24, 92:11, 92:12,
92:21, 93:16, 93:17,
95:3, 95:7, 95:20, ,
97:17, 99:18, 100:17,
101:16, 102:4, 103:4,
104:11, 104:15,
107:10, 108:4, 108:6,
109:14, 110:8, 08:14,
110:20, 110:21,
112:14, 112:17,
114:18, 114:21,
115:23, 116:2,
117:24, 120:3, 120:5,
124:10, 124:15,
125:21, 126:8, 128:3,
128:11, 128:13
81:7, 82:21, 103:1622,
able - 94:4, 117:21
about - 6:25, 11:19,
17:13, 19:5, 21:25,
39:23, 44:18, 48:14,
58:6, 58:14, 61:17,
67:22, 75:8, 75:15,
84:22, 86:19, 90:7,
107:13, 107:14, :5,
110:15, 113:2,
114:24, 116:1, 116:4,
116:24, 119:19,
above - 28:5, 29:15,
29:23, 42:8, 42:11,
75:10, 91:2, 91:3,
Above - 28:6
108:20ed - 108:16,
112:14, 112:17
67:21ted - 67:9,
Accessory - 97:11
14:2, 14:11, 32:18,
accompanied - 92:8
124:3dance - 99:8,

1

account - 38:3, 0
108:1695:10, 100:22,
acids - 19:24
80:8ss - 79:1, 79:6,
acted - 22:20
128:13 - 128:12,
101:8, 101:13, 101:15
24:12ities - 24:6,
96:3al - 80:3, 91:1,
55:8, 83:3, 83:8,
89:3, 93:7, 93:12,
add - 46:16, 72:23,
added - 53:19
97:15g - 72:25,
109:25on - 70:24,
35:25, 54:5, 56:7,
additions - 8:16:18
21:13, 32:3:18,
adequacy - 20:7,
23:7, 24:2, 41:12,
51:2, 61:11, 61:15,
adequate - 33:2,
44:17, 44:23, 69:1,
90:9, 90:10, 90:13,
adjourned - 126:1514
adjustments - 7:3
advised - 23:19
36:18, 75:1, 128:13
affiliations - 101:4
13:3, 53:19, 55:7,
93:6, 93:9, 99:12,
34:18, 38:7, 57:24,
95:21, 120:9, 73:22,
against - 35:24
86:20, 107:1183:15,
40:10, 59:6, 65:10,
119:4, 119:17, 8:8,
ahead - 36:2, 59:17,
109:4, 117:20, 119:2,
Al - 73:11:4

7:10, 15:12, 15:25, ,
34:16, 40:3, 40:20,
72:24, 80:6, 81:5, ,
91:6, 91:12, 92:15,
108:21, 117:5, 101:7,
All - 7:15, 7:20,
12:17, 13:14, 14:9,
20:16, 21:8, 22:14,
28:7, 32:4, 37:16,
46:25, 47:18, 84:9,
88:3, 88:18, 97:12,
119:23, 121:16,
allow - 28:19, 29:2,
allowed - 40:20, 9
allowing - 42:1
alone - 65:245
already - 27:22, :20
97:21, 84:22, 84:23,
14:25, 19:13, 24:9,
31:18, 34:11, 37:25,
54:11, 60:12, 60:20,
86:24, 91:9, 95:2, ,
105:4, 114:19, 3:23,
Also - 16:20, 36:20,
alters - 99:19
39:10, 46:1823,
45:181:21, 6:7,
48:6, 101:8, 104:4,
116:8, 125:14,
amount - 38:3,
45:6, 45:10, 45:11,
50:21, 51:6, 64:23,
124:7 75:3, 94:2,
an - 9:25, 10:10,
14:8, 14:22, 16:11,
19:23, 20:5, 20:12,
23:14, 23:15, 24:15,
42:13, 42:15, 42:16,
45:9, 46:2, 46:22, ,
57:7, 63:21, 69:1,

81:4, 83:13, 90:2,
94:2, 94:6, 94:15,
101:16, 106:16, 19,
118:21, 119:12,
122:11, 122:12,
128:13, 122:24,
analysis - 10:13,
70:3, 70:7, 72:25, ,
106:1675:10, 75:13,
33:1, 61:11, 64:8,
analyzing - 65:22
8:15, 8:17, 8:24, 9:6,
10:23, 11:12, 13:5,
15:23, 16:15, 16:25,
18:9, 18:25, 19:13,
20:24, 21:6, 22:14,
26:9, 27:3, 27:6, 27:9,
30:1, 30:8, 31:18,
33:13, 34:10, 34:25,
38:11, 38:25, 39:13,
41:15, 42:16, 42:19,
43:20, 44:2, 44:18,
46:11, 46:20, 47:6,
53:6, 54:13, 55:24,
58:22, 58:25, 60:7,
62:6, 62:21, 63:2,
67:21, 68:12, 68:14,
73:19, 73:21, 73:25,
77:18, 79:10, 79:20,
82:22, 83:12, 84:3,
88:15, 91:9, 91:12,
96:15, 97:12, 97:21,
101:9, 104:4, 104:7,
106:2, 106:5, 106:13,
108:19, 108:23,
110:11, 110:20, 10:7,
112:13, 114:10, 1:25,
119:23, 122:22,
and - 1:11, 1:15,
5:12, 5:16, 6:3, 6:9,

8:11, 8:16, 9:9, 9:15,
11:22, 12:9, 12:15,
13:15, 13:25, 14:1,
16:18, 16:20, 17:2,
20:21, 22:10, 22:17,
24:21, 26:9, 26:18,
28:4, 28:8, 28:10, ,
32:9, 32:15, 32:20,
34:15, 34:16, 34:17,
36:16, 36:18, 37:17,
41:15, 41:21, 41:25,
43:6, 43:8, 43:11,
45:2, 45:12, 46:15,
48:11, 48:19, 49:6,
50:21, 51:2, 51:4, ,
52:25, 53:22, 54:23,
58:1, 58:14, 58:20,
59:22, 59:25, 60:5,
62:2, 62:13, 62:14,
63:13, 63:19, 64:5,
65:15, 65:16, 65:17,
66:4, 66:5, 66:22, ,
67:13, 67:24, 68:2,
69:24, 72:4, 72:16,
73:4, 73:5, 73:14, ,
76:6, 76:20, 77:2,
78:18, 78:19, 78:20,
79:13, 80:11, 80:16,
81:18, 82:2, 82:5,
84:5, 84:22, 85:8,
86:17, 87:1, 87:13,
88:19, 88:21, 89:7,
91:21, 91:24, 92:11,
92:23, 93:1, 94:11,
98:3, 99:5, 99:7, 99:8,
100:7, 100:11, 9:23,
101:11, 101:21,
103:22, 103:23,
107:25, 108:4, 108:6,
111:5, 111:6, 113:17,

117:21, 118:4,
119:1, 119:2, 119:20,
120:16, 121:3, 121:4,
123:6, 124:18, 125:4,
127:4, 128:4, 128:6,
128:14, 128:15128:12,
Andrea - 4:2121
Another - 52:1
34:17, 66:16, 67:24,
93:22, 118:25 84:6,
7:10, 36:3, 68:9, 82:5,
88:18, 102:13, 109:5,
120:6, 121:4, 123:32,
102:12ed - 78:5,
72:25, 76:2, 110:15
any - 6:21, 7:25, 20
10:25, 11:7, 11:16,
15:18, 16:5, 17:8,
20:10, 21:6, 22:17,
25:2, 25:5, 25:8, ,
26:7, 30:16, 32:4, ,
39:11, 39:17, 40:13,
49:9, 50:7, 52:4, 54:5,
61:7, 61:14, 62:2,
63:25, 64:6, 64:11,
70:3, 75:9, 75:13,
86:7, 91:12, 91:20,
96:3, 96:8, 96:9, 5,
98:23, 99:1, 99:11,
102:1, 102:25, 01:18,
112:19, 112:21,
113:4, 113:7, 118:22,
124:1, 126:2, 126:3,
anybody - 25:12,
66:13, 92:8, 96:255,
126:10y - 124:10,
106:6e - 47:18,
anything - 16:3,
54:2, 54:8, 70:18,
90:25, 103:13, 107:2,

Anything - 26:15,
anyway - 83:14
71:22, 83:7, 112:23
23:15ment - 13:12,
Appearances - 4:17
4:7, 4:9, 4:12, 4:14,
application - 20:14, 4
30:25, 32:6, 33:21,
57:18, 79:3, 79:4, ,
79:15, 126:4 79:14,
15:18, 17:22, 79:3,
applied - 42:12,
applies - 84:2,
apply - 25:3, 83:3,
85:22 83:11, 83:25,
appropriate - 43:15,
approximate -
approximately - :11
28:8, 28:10, 35:6, :19,
56:2, 56:4, 56:6, 2,
Approximately - :21
aprons - 122:7
13:23, 68:3 13:20,
1:16, 4:15 - 1:15,
67:24tects - 14:8,
64:11, 64:13, 73:25
7:22, 13:7, 13:25,
17:3, 17:6, 18:4, 18:5,
21:17, 22:19, 22:21,
37:5, 40:7, 44:13, ,
53:6, 56:15, 58:13,
67:22, 68:21, 69:12,
72:6, 72:7, 72:14,
74:21, 74:23, 74:24,
82:23, 83:4, 83:20,
92:2, 93:1, 94:8, ,
101:6, 101:7, 101:16,
107:18, 107:21,
109:3, 110:12,
113:18, 113:24,

116:11, 119:21,
Are - 7:25, 16:11, 11
30:2, 37:19, 48:16,
90:22, 93:1, 97:24,
110:14, 107:4, 107:7,
43:24, 49:16, 49:19,
72:1, 72:4, 89:19,
104:11, 104:14,
106:20, 107:15,
areas - 12:24, 15:7
24:20, 25:10, 37:12,
70:14, 95:11, 103:25,
argumentative -
Arockiasamy - 1:20,
6:18, 6:20, 26:2, 17,
124:14, 127:2, 16:1,
around - 34:16,
45:22, 46:17, 47:20,
75:10, 81:13, 91:13,
116:3, 116:6, 116:19
arrive - 72:12,
arriving - 87:17
72:12, 72:14, 72:18
46:12, 46:13, 63:21,
as - 1:6, 1:7, 6:12,
11:18, 12:3, 12:4, 1:7,
13:5, 13:6, 13:10,
16:19, 17:20, 18:22,
19:23, 20:5, 20:23,
22:21, 23:7, 23:11,
25:2, 25:19, 26:10,
29:13, 31:10, 32:5,
34:4, 34:19, 34:23,
36:10, 36:13, 36:21,
39:18, 40:17, 41:3,
42:16, 43:10, 43:13,
44:18, 45:6, 46:3,
49:5, 49:11, 49:20,
51:20, 52:7, 52:19,
56:21, 57:1, 57:3, ,

72:13, 74:21, 80:4,
88:9, 89:1, 89:5,
94:19, 95:5, 95:20,
101:24, 104:10, 5,
108:20, 109:1, 109:2,
114:17, 115:1, 114:1,
119:13, 119:24,
121:8, 122:13,
126:6, 127:412,
36:7, 41:2, 50:2,
83:10, 91:19, 101:6,
Asked - 68:13
21:9, 21:13, 21:23,
52:24, 54:4, 54:11,
78:6, 81:15, 82:6,
100:6, 112:19, 9:5,
114:23, 116:24,
35:20, 40:22, 76:17,
aspect - 80:23
assemblies - 63:16
121:22ling -
23:10, 25:22, 30:20,
63:12, 68:18, 70:5,
111:6, 76:1, 88:6,
assigned - 121:7
30:23t - 24:13,
12:3stant - 12:2,
7:22, 13:10, 22:12,
93:19 71:14, 81:17,
72:2, 83:11, 92:15
assuming - 113:24
54:21, 71:1-
37:9, 38:20, 47:18, 6,
83:1, 94:19, 95:15,
at - 6:4, 6:6, 6:10,
9:4, 9:5, 9:8, 10:10,
11:22, 11:25, 14:10,
16:9, 18:3, 18:22,
25:10, 25:12, 25:19,
26:21, 26:24, 29:7,

31:1, 32:11, 34:22,
38:22, 42:23, 44:19,
51:25, 52:20, 53:5,
55:3, 55:15, 58:11,
63:22, 64:11, 64:15,
66:2, 66:10, 67:12,
72:23, 73:2, 73:5, ,
78:15, 78:17, 78:25,
80:9, 81:1, 81:7, 83:4,
85:22, 86:1, 86:15,
88:2, 88:20, 89:2, ,
91:6, 93:7, 94:1, 94:2,
97:19, 97:25, 99:3,
100:17, 100:18,
103:23, 104:1,
108:21, 109:20,
110:24, 111:22,
116:13, 117:18,
123:4, 123:9, 123:16,
128:9, 126:15, 127:3,
34:18, 75:2215,
34:20hed - 29:22,
attempt - 38:17:11
attended - 9:21
attorney - 128:11
attorneys - 48:11,
audibly - 7:6
87:12, 90:813, 27:6,
authority - 82:2
automatic - 93:19,
Avenue - 4:2, 4:4,
average - 17:17, 6:5
avoid - 38:11, 38:18
aware - 7:20, 28:18,
84:19, 86:24, 106:3,
away - 43:151, 115:14
B
b - 87:11
26:1, 29:5, 29:6, 30:1,
54:23, 59:16, 59:18,

73:3, 75:9, 92:23,
120:12117:16, 117:17,
background - 8:21,
bad - 100:24
banners - 20:236
84:3, 109:15 67:10,
44:24, 46:2, 61:22,
69:5, 76:7, 76:20, ,
119:17, 125:6, 125:11
68:21, 83:10, 93:16
44:24, 49:1627:15,
34:13, 43:13, 59:3,
batteries - 20:1
be - 6:20, 8:1, 8:19,
14:7, 14:10, 14:11,
19:25, 21:4, 23:20,
28:11, 28:18, 28:20,
30:12, 31:1, 31:6,
31:25, 32:8, 32:24,
34:9, 34:11, 39:2,
46:18, 47:15, 47:16,
51:3, 51:6, 52:8, ,
56:2, 56:12, 57:20,
60:13, 60:23, 60:25,
70:2, 71:3, 72:5, ,
75:25, 76:2, 76:8, ,
77:5, 82:16, 86:18,
90:3, 94:4, 96:13,
99:1, 99:24, 100:2,
101:22, 102:3, 102:6,
103:23, 105:1,
108:11, 109:23,
110:24, 115:10,
117:2, 117:24,
118:12, 119:25,
123:5, 124:15, 123:4,
Be - 10:427:3
because - 29:17,
35:25, 38:3, 46:21,
59:2, 60:7, 63:5,

3

91:14, 91:22, 96:13,
110:1, 110:7, 116:6,
Because - 32:14,
become - 24:1
11:14, 16:8, 18:2,
25:20, 27:5, 29:1,
31:2, 32:5, 33:20,
49:5, 50:4, 50:10,
51:25, 52:9, 58:19,
64:17, 65:11, 65:13,
88:25, 89:1, 90:19,
100:24, 114:22,
128:8, 128:923,
9:1, 13:6, 50:11,
89:3, 103:5, 103:10,
Before - 9:2, 117:15
being - 6:12, 35:6,
91:14, 91:22, 47:20,
believe - 9:13,
110:20, 111:25, 5:22,
below - 15:9, 15:10,
17:15, 17:22, 20:8,
31:1, 33:17, 35:12,
39:24, 41:3, 41:18,
72:6, 75:23, 96:14,
bend - 34:16, 34:17
benefit - 8:613
bentonite - 11:16,
16:2, 16:6, 17:22, ,
Bentonite - 16:3
4:17, 57:7, 64:3,
102:25, 117:23, 11,
berd's - 101:20, 1:7
117:13, 118:5,
berg - 57:9:15
119:1, 121:4, 32:22,
between - 9:14,
49:18, 55:19, 61:4,
104:21, 110:18, 1:24,
123:12 111:3, 120:16,

beyond - 71:3,
Bhatt - 66:19, 66:20,
81:17, 81:21, 81:25,
big - 32:5, 77:25
30:25, 31:8, 31:14,
33:5, 33:19, 75:16,
Bill - 77:7, 77:8
bit - 48:15, 81:13,
Blaskowski - 57:12
blocks - 91:3
4:11, 127:24- 1:24,
both - 7:5, 7:6, 7:8,
72:14, 92:23, 100:11,
Both - 113:17
64:21, 64:2410,
bounce - 81:1314
52:9, 54:8, 55:13,
Boyum's - 56:22
break - 48:2, 48:4,
brief - 7:16, 8:2,
briefly - 77:211:16
broad - 76:148
Brookhill - 21:22
Brown - 4:4, 4:11,
82:9, 84:16, 84:17, 10,
86:12, 88:3, 89:12,
100:3, 102:1, 102:21,
107:20, 109:6,
113:21, 114:23,
117:10, 118:3, 118:9,
120:10, 121:8, 119:9,
122:12, 122:16,
123:23, 124:8, 125:24
Brw - 1:1564:5
80:2, 80:5, 80:10, 4,
101:22, 102:3, 102:5,
102:20, 116:19,
118:13, 118:17,
Builders - 1:6, 1:12,
building - 11:9,

14:12, 16:17, 16:20,
41:18, 42:11, 46:19, 8,
62:14, 62:16, 83:8,
90:18, 92:19, 104:1,
108:1, 108:14,
113:25, 114:11,
24:10, 56:6, 82:1,
buildings - 70:10,
built - 36:9, 125:4
bulk - 16:246:9
But - 16:2, 30:13,
41:6, 55:6, 55:21,
78:10, 87:9, 104:21,
115:10, 121:16,
but - 10:20, 14:17,
30:6, 30:19, 31:2,
44:11, 45:10, 49:11,
71:6, 76:3, 79:8, 5,
91:8, 92:22, 95:8,
104:18, 107:2,
117:23, 118:17, 16:8,
By - 1:15, 4:12,
30:9, 33:17, 35:11,
40:9, 41:2, 41:12,
59:6, 59:24, 60:12,
71:14, 76:19, 77:15,
84:17, 85:20, 85:25,
94:21, 95:15, 100:3,
103:18, 105:18,
109:18, 109:25,
113:14, 114:2, 112:5,
117:10, 118:3, 118:9,
120:10, 121:8,
122:16, 123:2,
124:13, 124:23,
125:20, 126:3,
5:7, 7:17, 14:6, 14:11,
23:4, 24:20, 26:18,
39:18, 40:10, 44:10,
49:24, 52:1, 52:7,

55:20, 59:21, 59:22,
60:21, 60:22, 65:16,
67:11, 67:14, 69:13,
73:22, 73:25, 75:22,
89:18, 91:10, 92:8,
101:15, 102:13, :16,
114:14, 114:18,
121:7, 123:5, 123:10,
125:16, 128:6, 128:14
37:19, 55:17, 85:14,
103:18, 103:19, 0:1,
107:21, 109:9,
110:7, 111:15, 112:5,
117:19, 118:7,
121:13, 120:7, 121:2,
Byrd's - 73:12
C
calculating - 108:13
51:1, 51:5, 70:15, ,
calculations - 24:2,
call - 29:10, 29:21,
67:14, 48:2, 49:11,
9:8, 10:19, 18:13,
53:12, 53:18, 55:15,
56:18, 67:3, 84:8,
calling - 67:1, 98:1,
calls - 95:13,
came - 10:8, 32:9, 18
103:8, 62:4, 68:2,
87:10, 88:106:24,
Can - 18:23, 71:3,
can - 14:8, 22:20, 16
32:22, 32:24, 34:23,
40:9, 40:10, 42:5, ,
63:5, 63:15, 78:22,
115:5, 115:9, 104:18,
16:7, 17:13, 28:22,
cannot - 33:11, 4
115:6 46:23, 63:7,
Capp - 19:1808:15

career - 23:14, 46:9,
Carlson - 4:4
43:15 - 33:10, 33:11,
Case - 71:214:13
19:21, 20:4, 20:6, ,
21:14, 22:15, 23:1,
24:21, 26:11, 26:16,
50:10, 58:9, 59:7,
64:1, 66:15, 71:9, ,
81:19, 84:24, 108:19,
120:2, 120:25,
cases - 15:16,
19:6, 19:9, 19:10,
46:18, 58:18, 58:25,
caulking - 97:8:14
32:6, 42:3, 65:18, ,
caused - 26:23,
63:18, 65:16, 65:22,
causes - 41:6,
causing - 40:18
13:19, 34:9:15,
Center - 4:242
certain - 16:19,
43:20, 44:3, 49:12,
104:11, 114:2200:17,
83:24inty - 46:3,
128:1ficate - 5:8,
128:4fy - 127:2,
18:19, 99:7, 99:8
57:5, 77:3, 81:13,
change - 57:22,
changed - 80:5
charged - 23:6,
Charles - 1:23, 6:2,
Charlie - 59:18128:18
check - 24:2, 24:3,
73:25, 83:7, 83:10,
checked - 71:14, 3
checks - 73:14
9:18istry - 9:14,

4

choice - 15:4, 47:16
26:23e - 18:1,
Chris - 2:5, 4:5:7
circumstances -
circumvented -
circumventing -
cited - 83:2, 83:25,
Cities - 50:1486:25
city - 70:16, 85:12,
civil - 8:16, 10:4,
12:19, 12:23, 13:1,
47:17, 49:12, 49:17,
59:25, 60:5, 60:9,
82:21, 82:22, 114:10,
Civil - 1:4, 114:8
48:17, 49:18, 52:3,
clarify - 37:2, 37:3
classes - 12:3,
clear - 55:12
Cna - 1:7, 1:89
4:3- 1:6, 1:17, 2:2,
code - 24:4, 24:22,
44:13, 45:2, 45:3,
83:14, 84:13, 84:17,
105:10, 105:24, 05:8,
Code - 24:25, 43:12,
71:6, 82:1, 82:8, 83:2,
109:10, 109:11, 5:1,
codes - 24:23, 25:2,
Coleman - 4:13
22:9, 22:1622:6,
29:9, 29:11, 29:21, ,
63:8, 31:12, 34:15,
collars - 97:24, 98:3
84:5ected - 25:6,
collects - 88:7:11
10:8, 11:3, 11:22, 7,
college - 9:1, 9:2,
Colloid - 1:16, 2:2,
combination -

come - 34:15, 69:7,
79:6, 80:8, 80:161,
32:18, 68:14,
commencing - 6:61
comments - 87:2,
Commission -
commitment -
committee - 101:8,
committees -
common - 17:6,
communities - 71:3
compaction - 46:21
1:9, 14:19- 1:7,
80:14nies - 80:11,
8:7, 8:15, 18:13,
100:16 80:10, 100:6,
1:7, 1:8, 4:10, 4:22,
company's - 101:1
43:14, 54:13:8,
compatible - 70:4
72:1ilation - 7:19,
89:25ement -
117:24te - 53:19,
completion - 9:9,
complex - 13:12,
complexity - 69:24,
compliance -
complied - 109:21
component - 26:5
96:15, 99:7, 118:4,
comports - 120:3
compound - 118:7:3
31:13, 33:10-
31:8romises -
32:6, 32:8, 37:25,
concerned - 46:12,
conclusion - 62:9,
95:20, 95:21, 104:23,
conclusions - 87:5
19:22, 28:5, 28:6,

28:17, 28:19, 30:10,
65:10, 67:8, 75:17,
97:24, 98:1, 101:11,
concur - 68:25,
condition - 32:18,
75:5, 89:23, 90:25,
98:13, 100:14, 100:20
109:19, 110:11
24:9, 83:18, 95:3,
confines - 113:24
24:3, 82:7e -
83:14, 96:2324:22,
confusing - 121:25
connection - 22:11,
63:20, 67:14, 88:20,
connects - 88:22,
Conservation -
consider - 12:19,
70:1, 70:2, 76:11, ,
108:10, 109:7, 108:7,
117:2, 117:45, 114:1,
70:9ideration -
76:8, 96:16, 107:25,
considering -
consisted - 92:18
consisting - 127:33
46:4, 46:14, 116:23
99:24ant - 93:23,
construction - 17
80:10, 80:11, 83:3,
91:1, 125:22 89:3,
57:21, 58:5, 58:8,
consultant - 19:9,
90:2, 22:21, 69:11,
67:18ltation -
consulting - 8:12,
contact - 103:8
87:17, 92:2 84:21,
y - 93:4raneousl
continue - 16:23:22

124:16uous -
81:3, 101:20, 101:24,
102:23, 114:14,
118:11, 118:12,
contractor - 13:20,
69:13, 78:23, 80:20,
117:13, 120:1,
123:13, 123:7, 123:8,
contractors - 14:25,
58:13, 58:20, 58:22,
Contractors - 1:17,
contracts - 115:3
112:25, 113:2, 115:10
contributed - 23:12,
control - 51:7,
conversation -
82:12, 82:14, 81:25,
107:18 - 62:15,
conveyor - 20:8:6
111:7ys - 88:8,
60:1, 60:4, 60:619,
60:10ination -
128:9, 128:102,
Correct - 13:17, 22
62:23, 69:40, 35:8,
10:12, 10:15, 10:22,
13:16, 16:10, 18:25,
27:16, 27:17, 27:20,
29:19, 34:9, 35:7,
36:21, 37:14, 37:15,
38:25, 39:4, 39:12,
42:2, 42:22, 43:4, ,
45:14, 45:15, 47:7,
55:11, 61:6, 61:13,
73:24, 76:10, 76:23,
83:17, 83:21, 84:25,
87:15, 87:18, 87:19,
92:1, 92:6, 92:7, 7,
95:12, 98:6, 100:10,
104:6, 104:10, 04:4,

105:25, 106:1,
108:18, 110:10,
110:22, 111:23,
114:9, 114:16, 13:16,
120:16, 123:19,
Correction/reason -
corrections - 7:25
92:4ectly - 81:24,
could - 6:16, 8:24,
30:3, 30:6, 31:24,
51:6, 58:15, 64:22,
76:7, 104:19, 106:2,
117:25, 118:1,
Could - 57:24, 126:3
couldn't - 78:8
47:22, 54:4, 57:3,
81:18, 99:20, 128:11
count - 53:16:22
30:11ersinking -
30:12ersinking -
128:4, 128:19 128:2,
110:17, 113:11,
course - 11:2, 11:4,
11:20, 12:4, 12:6,
courses - 11:7, :18
court - 8:6, 19:4,
Court - 1:1, 1:23,
courtyard - 24:8,
82:3, 84:6, 86:18, ,
90:23, 91:4, 91:25,
96:6, 96:17, 96:19,
102:9, 102:14, 01:21,
116:11, 118:4,
118:19, 118:24,
119:20, 120:13,
120:25, 121:9,
122:20, 122:21,
41:4, 43:24, 47:10,
91:14, 94:9, 94:12, :8,
96:1, 96:4, 96:10,

116:2, 122:7, 122:9
cover - 81:13:21
83:4, 83:19, 83:22
cranes - 17:34:5
51:19, 69:13, 98:19
creating - 51:21
critical - 87:21,
criticisms - 86:25
curriculum - 11:19
cut - 33:914
cuts - 31:18
D
5:1, 5:4, 5:16, 6:1,
127:22, 128:527:2,
11:3, 11:23, 12:1
damage - 19:22,
65:22, 66:3, 66:5, ,
damaged - 98:9
21:5ges - 16:20,
data - 123:14, 55:9
date - 7:20, 7:21,
dated - 5:13, 27:6
dates - 52:11 127:21
127:21, 128:5, 128:15
dealing - 12:20,
32:19, 40:7, 74:21,
dealt - 19:22, 20:8,
46:11, 107:10 46:8,
decided - 26:20
29:15, 29:19, 30:7,
31:8, 31:9, 55:8,
64:17, 64:22, 65:10,
75:17, 75:20, 75:22,
108:23, 109:2 108:11,
111:11- 24:11,
Defendant - 2:6,
4:9, 4:12, 4:14, 4:17,
Defendants - 1:10,
deficient - 113:5
120:14d - 114:18,

10:10, 10:23, 46:2,
department -
depend - 89:14
depends - 36:5,
69:24, 121:6, 126:4,
deposition - 6:20,
57:12, 67:12, 67:17,
126:15, 127:3, 128:5,
Deposition - 1:20,
Depositions - 73:5
26:19, 57:4, 57:9,
76:17, 76:20, 99:12,
depth - 28:9, 100:17
described - 122:17
67:13iption - 7:16,
design - 10:14, 11
36:8, 38:11, 47:8,
58:11, 58:15, 58:16,
78:3, 79:24, 80:4,
80:19, 80:20, 80:23,
89:4, 89:5, 89:16,
102:3, 102:5, 102:7,
106:25, 115:3,
117:14, 117:23,
118:1, 118:13,
119:7, 120:3, 120:4,
Design - 80:24
14:25, 79:24, 80:5,
81:3, 101:22, 102:3,
102:20, 117:14, 2:16,
Design-build - 80:2
28:13, 28:15, 33:7,
89:21, 99:23, 100:15,
designer - 114:17
designing - 35:14,
118:23, 119:1408:15,
desirable - 31:3,
35:23 35:17, 35:19,
despite - 100:18
details - 72:19, 2:6

determination -
determine - 30:17,
33:4, 33:23, 34:2,
50:23, 51:2, 53:3, ,
70:3, 57:16, 62:18,
45:5, 45:10, 114:14,
determining -
91:20, 107:7, 109:10,
developed - 11:19,
development -
diagrams - 77:14,
diameter - 93:11,
did - 8:17, 10:2,
14:14, 14:21, 14:24,
24:12, 24:18, 25:12,
40:16, 40:19, 43:23,
47:18, 51:1, 52:19,
57:2, 57:19, 62:20,
68:23, 68:24, 69:13,
70:11, 73:11, 73:18,
80:8, 80:20, 81:14,
85:24, 86:2, 90:10,
93:21, 95:2, 95:25,
98:18, 99:5, 102:12,
112:6, 118:20,
123:15, 124:1,
25:8, 25:10, 30:16,
44:15, 52:16, 53:11,
57:9, 57:16, 62:18,
74:15, 82:14, 83:7,
86:22, 87:4, 90:25,
93:24, 94:11, 95:20,
96:11, 97:5, 102:6,
116:6, 118:200,
21:6, 22:17, 30:19,
54:22, 54:25, 62:10,
73:17, 74:2, 75:6, ,
83:10, 90:6, 91:19,
106:5, 107:2, 109:7,
112:20, 116:6, 119:3,

difference - 13:5, 25
118:24 83:18, 88:3,
different - 9:1,
79:9, 91:19, 105:4,
differentiation -
difficult - 95:3, 95:7
dimensions - 3:8
diminished - 31:17
direction - 128:7
91:22, 122:8, 122:18,
discipline - 13:4
discovered - 53:243
55:19, 61:4 -
discussed - 27:22
dislocated - 98:10
87:20, 87:25-
111:3nction - 111:2,
division - 9:13, 9:16
20:5, 20:13, 33:18,
41:9, 41:11, 44:8,
52:11, 53:17, 57:12,
69:19, 70:1, 72:25,
76:13, 76:14, 81:24,
92:24, 96:6, 96:25,
99:23, 101:18, :16,
105:8, 107:1, 107:13,
109:16, 114:24,
do - 8:9, 12:18, 3:11
18:9, 20:2, 21:22,
23:19, 23:24, 24:18,
30:16, 30:19, 30:23,
32:11, 32:17, 32:21,
33:16, 34:19, 35:18,
40:13, 41:14, 42:3,
48:18, 49:3, 52:19,
62:9, 62:18, 66:2,
72:8, 72:12, 75:25,
82:21, 83:8, 83:25,
87:3, 90:1, 96:3, 96:8,
101:11, 101:15,

114:8, 116:3, 116:10,
119:16, 120:22, 19:9,
127:2, 128:43, 125:3,
7:23, 8:1, 24:16, 27:7,
92:21, 92:22, 54:11,
27:15, 27:24, 86:7,
Dodge - 4:95
does - 16:15, 38:12,
48:18, 70:18, 122:10
110:11t - 70:23,
72:25, 80:3, 90:5,
don't - 6:21, 6:25,
19:13, 20:15, 21:25, 7,
34:6, 36:4, 36:15,
40:24, 41:2, 42:6, ,
48:18, 50:15, 50:19,
63:15, 68:8, 70:18,
81:12, 84:12, 96:2,
102:12, 103:13, 0:4,
113:2, 114:5, 121:14,
126:13 124:9, 126:1,
12:23, 18:18, 30:6,
48:6, 64:23, 72:21,
82:7, 89:11, 99:12,
125:14, 106:3, 118:1,
down - 7:5, 30:7,
34:16, 34:18, 60:6,
65:7, 72:13, 75:23,
104:8, 118:3, 121:19
downward - 72:74
Drain - 48:23, 48:25,
111:17, 120:1911:4,
23:10, 23:11, 24:3,
28:3, 28:4, 28:20,
30:3, 32:20, 34:8,
38:7, 38:12, 38:14,
40:8, 40:19, 43:10, :6,
44:18, 44:19, 44:20,
46:21, 47:6, 49:2,
49:22, 50:11, 50:19,

56:15, 56:18, 56:21,
58:1, 58:5, 58:9, 59:8,
62:10, 62:12, 62:14,
63:6, 63:8, 63:10,
65:8, 67:7, 70:5, 5,
71:20, 72:6, 72:16,
74:25, 75:10, 77:2,
87:22, 88:2, 88:8,
91:23, 94:7, 94:24,
96:23, 100:7, 100:14,
102:19, 102:21,
104:24, 105:2, 105:5,
109:2, 109:8, 110:6,
110:21, 111:3, 111:6,
116:21, 117:2, 117:4,
118:17, 118:18,
120:17, 120:23,
121:11, 121:18,
122:20, 125:16,
38:8, 46:12, 46:13,
64:16, 64:20, 65:4,
88:2, 88:16, 88:19,
96:6, 96:17, 96:20,
103:25, 106:17,
110:18, 110:24,
111:19, 118:4,
119:7, 119:15,
126:80, 121:1, 123:5,
drained - 43:24,
draining - 69:15,
drainpipe - 68:19
drains - 23:23, 9:24
27:3, 28:13, 28:15,
37:12, 38:22, 45:21,
47:2, 47:11, 47:19,
52:25, 53:11, 53:12,
53:21, 53:22, 54:10,
55:14, 55:16, 55:25,
57:22, 64:17, 65:6,
74:15, 82:3, 84:10,

91:24, 94:25, 95:4,
100:11, 100:13, :25,
105:25, 108:10, 5:2,
112:1, 112:17, 125:11
54:3, 55:3, 55:19,
drawings - 17:24,
53:1, 53:4, 53:5, 53:6,
54:14, 54:17, 54:21,
55:11, 56:13, 56:17,
71:11, 72:19, 73:22,
112:6, 112:10 111:25,
63:8l - 30:25, 32:9,
31:24ed - 29:22,
drilling - 30:9, 31:7
due - 61:19, 69:1,
dug - 25:20, 116:23
durability - 36:18
17:20, 82:14, 91:1,
95:24, 96:4, 93:24,
duties - 24:13,
duty - 90:5
E
E - 4:16, 4:18, 4:21,
each - 7:9, 24:20,
Eagan - 70:16, 4:25
71:3, 106:2, 106:3,
Earlier - 79:23,
earlier - 61:11,
76:19, 78:5, 81:16,
105:22, 112:19, :5,
earth - 125:21118:10
Eden - 6:19:23
Edina - 22:72
10:6, 10:25, 11:2,
educational - 8:21,
effect - 85:22, 102:4
either - 11:2, 11:18,
15:18, 22:20, 25:19,
38:16, 40:14, 85:3,
109:8, 118:1, 107:4,

element - 22:6, 49:25
elementary - 9:3
19:22, 33:12, 33:14,
elevation - 51:54
elevators - 15:910
Elness - 1:15, 1:16,
else - 23:24, 25:12,
54:8, 62:4, 66:24, ,
106:6, 118:2, 123:10,
elsewhere - 91:13,
emphasis - 10:18,
employed - 80:9,
employee - 57:7,
employees - 102:25
encompasses - :2
encountered -
End - 126:17
122:8 9:5, 84:18,
12:24, 13:1, 13:4,
13:21, 14:9, 16:9,
32:23, 36:16, 38:1,
47:13, 47:16, 48:16,
49:11, 49:20, 49:24,
52:1, 52:2, 52:3, 52:4,
56:14, 57:21, 57:25,
58:16, 59:2, 59:25,
60:14, 60:18, 60:21, 9,
67:4, 69:10, 69:22,
81:4, 82:15, 82:21,
89:10, 89:16, 89:24,
112:15, 114:23, 0:23,
120:22, 121:9,
engineer's - 77:3
10:3, 10:4, 10:19,
16:24, 17:1, 38:5,
49:13, 49:17, 80:4,
Engineering - 7:17,
17:21, 18:3, 27:19,
66:13, 85:3, 85:5,
119:20 86:3, 106:10,

13:7, 13:8, 13:25,
31:7, 48:24, 49:18,
80:12, 80:15, 80:20,
Engineers - 79:185:8
113:2h - 30:14,
122:6ing - 97:1,
entails - 10:3 46:25
91:6, 98:410, 42:12,
entering - 9:6, 91:7
44:2, 44:5, 45:6, ,
entire - 86:22,
entities - 101:25, 25
entity - 58:10, 80:3,
117:23, 117:24,
entry - 97:174
1:16, 2:2, 4:3-
48:19ment - 14:1,
errors - 7:2518
escape - 89:206:4
4:8, 4:11, 4:13, 4:16,
essentially - 117:12
60:22, 123:10, 0:9,
estimate - 46:14
66:4uate - 65:17,
Evaluations - 7:18,
17:21, 18:3, 66:11,
even - 29:2, 30:5,
81:21, 82:14, 87:7,
Even - 18:6, 71:8
events - 37:17 45:10
13:11, 15:3, 15:17,
23:14, 25:15, 28:15,
34:1, 47:8, 49:20, ,
79:6, 80:19, 81:21,
103:5, 103:10, 123:13
everywhere - 91:8
93:24, 101:24, ,
119:1, 120:7, 121:4,
evidently - 86:1124:1
exactly - 37:15

5:5, 5:6, 5:7, 6:14,
113:13, 115:24, 17,
125:19 124:12, 125:9,
30:16, 30:19, 43:13
25:15, 26:2, 127:2
9:19, 97:1, 120:10
excavations - 25:12
56:6pt - 9:2, 13:7,
excessive - 94:2
excused - 126:14:5
exercise - 33:19
120:16tively -
5:13, 7:13, 27:5, 12,
62:6, 65:14, 67:6, ,
103:2071:11, 73:3,
Exhibits - 5:10, 6:9
exist - 16:19, 122:7
existence - 29:17,
existing - 42:17, 5
expanded - 12:243:18
56:11, 60:5, 69:7,
expected - 54:16,
94:21, 122:2, 59:25,
125:12tiously -
52:7, 78:21, 80:24,
124:23, 124:14,
20:5, 22:21, 82:16, ,
expertise - 59:2223
Experts - 1:15, 4:12,
Expires - 128:20
exposed - 99:241:24
36:17ure - 19:23,
extend - 15:10,
extended - 29:18,
extent - 16:20,
96:8, 101:24, 111:19,
exterior - 18:7
eyeballed - 93:15
F
116:25, 117:2, 97:1,

15:1, 15:8, 15:25,
facility - 14:1,
fact - 35:5, 53:20,
70:9, 74:23, 76:20,
failed - 96:20, :10
failure - 39:17,
41:22, 42:19, 42:20,
fair - 50:2, 87:20,
Fair - 34:4
falling - 20:19,
familiar - 24:1, 24:8,
107:7, 107:9, 107:4,
far - 7:20, 24:5, 2
46:13, 65:9, 99:13,
Farms - 21:11
Fat - 25:24, 25:25,
30:19, 34:22, 35:3,
56:25, 58:1, 63:11,
67:13, 67:15, 68:3,
76:4, 103:10, 120:15
fax - 18:22:20, 96:22
feasible - 30:17
features - 83:20
Fee - 22:25
feel - 7:255, 15:10
feet - 83:19, 104:14,
Feges - 67:25
Felix's - 57:5, 57:10,
felt - 103:4
field - 9:19, 49:9,
Field - 92:23 54:16
75:9re - 17:16, 61:3,
file - 84:21, 92:2,
fill - 96:3, 125:21,
filter - 96:9, 97:1,
final - 22:14, 22:24,
finally - 7:8, 20:24
find - 16:18, 24:20,
43:10, 52:12, 62:16,
83:7, 102:6, 127:3

finish - 86:111
68:8, 123:17, 125:13
fire - 65:161:1
23:4, 103:6, 114:14,
first - 6:12, 7:16,
27:14, 28:3, 28:7, ,
33:4, 33:18, 47:16,
65:14, 67:7, 80:8, ,
First - 13:1, 128:6
104:17, 104:18, :15,
104:22, 104:25,
29:20e - 29:10,
flat - 36:9, 94:13,
Flat - 51:11, 51:12
Flatter - 94:19
floors - 19:23 58:9
38:21, 45:16, 51:7,
72:10, 116:202:1, 72:4,
flowing - 37:11
Fluid - 49:16 72:15
30:4, 75:1720, 29:2,
focusing - 91:23,
follow - 48:13,
122:25 102:6, 115:23,
115:23-up - 48:13,
127:4ws - 6:13,
footprint - 113:20,
For - 15:3, 18:4,
89:16, 90:5, 112:16
6:16, 7:1, 7:17, 8:6,
10:9, 11:18, 12:1, 19,
14:4, 14:14, 15:1,
17:1, 17:9, 17:16, ,
22:8, 25:4, 27:25, ,
33:8, 34:7, 34:11,
38:20, 43:8, 43:13,
44:16, 44:17, 44:22,
48:11, 48:12, 52:12,
54:24, 55:16, 56:2,
56:18, 56:20, 57:20,

59:9, 62:4, 64:4, 64:6,
67:16, 70:7, 70:17,
74:18, 79:3, 79:9, ,
80:3, 80:12, 81:6, ,
87:6, 89:3, 89:17,
93:22, 95:7, 95:8, ,
96:25, 98:22, 100:14,
100:24, 102:10,
103:25, 104:11,
105:9, 105:12, 109:8,
111:4, 112:14, 113:2,
115:5, 115:8, 115:15,
118:23, 119:14,
122:3, 122:5, 122:14,
124:18, 124:23,
128:4, 128:10, 126:7,
forcing - 45:14
form - 36:22, 39:17,
113:21, 115:17:8, 99:6,
12:10l - 10:6, 10:25,
forming - 26:15
Foster - 21:10 82:17
56:7, 56:8:23, 55:7,
55:17, 59:4, 59:12,
79:17, 89:7, 107:16,
111:12, 117:19, 10:3,
121:13, 124:18, 21:3,
Four - 104:22
19:8, 21:9, 27:15,
98:12, 104:21 44:13,
41:21, 113:15, 19:13,
2:9, 2:12, 4:3, 4:5,
Fourth-party - 2:3,
4:5, 4:24 2:12, 4:3,
8:8, 8:11, 77:21,
framing - 21:4,
Friday - 52:14
67:11, 67:1757:3,
14:15, 16:8, 17:19,
25:21, 26:13, 27:16,

36:10, 36:14, 38:17,
45:9, 57:23, 62:13,
67:19, 67:24, 68:14,
78:19, 81:18, 81:24,
87:16, 94:22, 95:15,
104:9, 112:9, 118:10,
119:13, 121:19,
front - 43:6, 92:23,
full - 6:16
functions - 113:6
113:8, 115:21, 115:22
G
G - 1:23, 4:4, 6:2,
gain - 118:21, 128:18
122:4d - 119:12,
garage - 24:10,
Garage - 92:13
91:13, 91:21, 92:5,
Gaskins - 4:18
115:18, 123:1515,
Geer - 4:617
general - 11:9,
32:14, 34:23, 41:5,
58:19, 58:22, 64:8,
92:17, 102:2, 112:1,
115:14, 121:5 115:9,
17:3, 18:8, 38:4,
107:22, 108:24, 7:13,
Generally - 13:22,
generated - 84:23
gentleman - 67:24
37:16, 39:5, 73:13,
92:17, 99:18, 92:16,
62:15, 65:5, 45:9,
41:3, 41:25, 88:18
Gillis - 80:95
120:10 32:14, 52:19,
66:17, 110:8, 121:23,
Go - 36:2, 41:21,
109:4, 117:20, 119:1,

go - 9:17, 9:19,
24:14, 30:1, 32:1, ,
52:16, 54:23, 64:25,
81:4, 99:15, 99:16, :9,
goes - 35:24, 65:15,
Goetze - 20:24
27:5, 39:10, 45:11,
58:11, 58:16, 72:13,
81:13, 89:19, 89:22,
123:3, 125:11 121:19,
good - 36:20, 48:1,
got - 48:11, 81:5,
116:5, 117:5 113:11,
73:20n - 25:18,
governing - 114:525
15:12, 15:25, 17:10,
20:14, 23:16, 39:2,
64:20, 90:22, 90:24,
99:2, 116:22, 123:16,
grading - 69:2, 5:5
69:14, 69:23, 88:5,
90:18, 90:19, 95:8,
123:24 96:1, 123:18,
69:17ng - 69:16,
Graham - 1:16, 4:15
20:7n - 13:15, 15:9,
grass - 37:7, 37:20,
74:51, 44:20, 72:7,
grate - 43:20, 44:21,
74:8, 75:2, 75:4, ,
108:4, 108:6, 116:14,
122:19, 123:48,
74:24, 75:5, 75:10,
98:10, 116:2, 116:11,
121:17, 122:6, 124:6
116:13 - 116:12,
51:13, 96:9, 97:1
great - 48:3:16
104:17, 104:2515,
84:12, 84:18, 84:8,

36:21, 37:5, 38:20,
45:6, 45:22, 46:17,
107:18, 108:17, 7:10,
116:19, 116:22, 125:5
grow - 8:2212, 22:5
65:9, 105:51, 65:3,
gutters - 70:95
H
had - 8:2, 10:6,
24:14, 25:20, 33:13,
53:1, 53:5, 53:25,
56:12, 56:17, 62:7,
65:11, 71:1, 76:19,
80:24, 81:1, 81:14,
82:7, 84:24, 86:25,
100:16, 118:9 93:18,
88:25, 89:1, 125:13
half - 17:13, 17:14,
35:6, 62:22, 63:2,
88:11, 88:21, 92:11,
hand - 71:20, 104:8,
handling - 16:25,
hands - 26:6
handwritten - 73:4,
Hanuschak - 77:7,
happen - 31:20,
happened - 8:4,
harder - 31:10,
has - 12:24, 18:2,
36:8, 38:3, 39:2, 42:5,
52:4, 52:6, 52:9, ,
66:17, 79:2, 79:10,
106:3, 106:6, 114:22,
128:8, 128:13, 126:1,
have - 6:16, 7:4,
10:23, 10:25, 11:12,
15:12, 15:20, 16:16,
19:11, 19:13, 22:17,
26:17, 26:18, 28:24,
30:6, 30:14, 31:2,

32:12, 32:23, 33:1,
34:17, 34:23, 34:25,
40:17, 42:13, 42:15,
46:2, 46:3, 46:22, ,
49:20, 49:22, 54:16,
60:8, 61:14, 63:16,
64:5, 64:7, 64:16,
66:2, 66:16, 71:6, ,
75:22, 77:13, 78:18,
79:20, 80:20, 81:1,
83:12, 86:7, 86:9,
89:4, 89:5, 89:10,
90:19, 92:24, 93:16,
98:15, 98:21, 98:25,
100:24, 101:3, 0:19,
104:21, 107:10,
114:21, 115:20, 14:4,
117:7, 118:20,
119:11, 119:16,
122:4, 122:11,
123:8, 123:11, 124:5,
125:18, 125:21,
128:12, 127:2, 128:9,
13:11, 15:17, 18:12,
25:15, 25:18, 28:13,
47:8, 47:22, 49:9,
63:25, 64:3, 64:6,
80:19, 81:21, 103:5,
haven't - 17:23,
82:11, 91:16, 99:13,
he - 34:10, 38:3, :22
52:24, 54:13, 56:14,
67:1, 68:8, 81:2, ,
86:25, 103:8, 111:13,
117:25, 122:10,
54:11, 77:9, 88:14
he's - 41:11, 57:7,
head - 7:5, 20:19
hear - 7:1, 102:13,
heard - 81:21,

height - 29:17, 16:8
122:15, 123:4, 123:9,
Height - 47:4
held - 38:4, 50:22,
88:21 51:6, 64:23,
78:3, 91:74:16,
hence - 72:5:5
128:2, 128:4, 128:19
22:19, 22:22, 30:13,
48:12, 49:5, 51:20,
83:21, 95:18, 99:12,
119:19 108:4, 108:23,
128:4y - 127:2,
high - 9:4, 9:6,
higher - 45:22,
74:23, 74:24, 98:4,
him - 32:2, 52:16, 0
55:6, 55:21, 59:23,
82:11, 83:6, 105:14,
himself - 59:22
hired - 23:4, 41:8,
61:11, 64:84, 61:10,
41:1, 41:9, 52:5, 55:7,
77:1, 81:17, 81:23,
112:10, 120:2, 120:4,
hits - 65:5
50:23, 62:12, 89:19,
holding - 28:9
30:25, 31:15, 31:20,
32:10, 32:15, 32:20,
33:19, 34:10, 34:18,
holes - 28:4, 29:14,
67:7, 72:42, 39:13,
horizontal - 79:3
44:14, 93:5 44:12,
house - 80:12, 93:13
How - 8:9, 10:2,
19:5, 33:16, 52:9,
75:20, 80:23, 92:10,
how - 8:17, 17:16,

33:9, 34:19, 46:11,
74:15, 75:5, 75:10,
78:14, 84:4, 89:18,
huh - 19:13, 26:4,
68:16, 69:18, 73:8,
101:1297:9, 101:10,
36:22, 40:5, 59:4,
69:9, 77:10, 89:7,
113:14, 114:2,
125:18, 125:20,
hundred - 60:25,
Huron - 6:19
hydraulics - 49:16
106:13, 109:3, 109:19
89:5, 89:6, 89:11, ,
119:18 90:1, 106:19,
hypothetical - 42:9,
88:25
I
6:24, 7:14, 7:17, 7:21,
8:20, 9:5, 9:13, 9:24,
11:19, 11:22, 11:25,
12:21, 13:1, 13:3,
14:17, 15:20, 16:3,
18:11, 19:7, 19:11,
22:12, 23:21, 23:25,
24:25, 25:22, 26:8,
27:1, 27:12, 28:1,
29:9, 29:10, 29:11,
31:15, 32:7, 32:9,
33:22, 33:25, 34:6,
36:4, 37:1, 37:4,
39:1, 39:22, 40:16,
41:16, 41:20, 42:5,
43:13, 44:11, 45:18,
47:12, 47:14, 47:16,
48:14, 48:23, 49:11,
51:22, 52:12, 54:18,
55:5, 55:6, 55:18,
56:3, 56:19, 56:25,

58:7, 59:13, 60:5,
63:5, 63:15, 63:24,
64:13, 65:2, 65:3,
67:3, 67:5, 67:12,
68:21, 68:24, 70:2,
70:22, 71:1, 71:10,
73:20, 74:2, 74:12,
75:6, 75:8, 76:2, 76:3,
77:3, 77:5, 77:12,
77:25, 78:3, 79:8, ,
81:10, 81:11, 81:12, 5,
81:24, 82:6, 82:15,
84:2, 84:12, 85:1,
85:16, 85:18, 85:24,
86:18, 86:21, 86:23,
87:25, 88:1, 88:9, 7:9,
89:10, 89:16, 90:5,
91:5, 92:3, 92:4,
92:18, 92:22, 93:8,
94:4, 94:17, 94:20,
96:7, 96:11, 96:13,
98:25, 99:10, 99:13,
100:4, 100:5, 100:21,
102:4, 102:8, 102:12,
103:19, 103:23,
104:13, 105:5, 104:7,
106:19, 107:2,
108:12, 109:7, 108:6,
110:5, 110:20, 111:4,
111:25, 112:5,
112:21, 112:22,
114:1, 114:4, 114:7,
115:9, 115:18, 115:6,
115:23, 116:6, 116:8,
117:22, 118:9, 117:7,
119:11, 119:16, 19:6,
122:24, 123:15, 22:1,
123:25, 124:5, 124:8,
125:14, 125:18,
128:3, 128:5, 128:10,

I'll - 30:22, 36:22,
59:15, 60:3, 89:7,
107:20, 111:12,
I'm - 7:12, 16:2,
27:5, 28:8, 28:21,
48:10, 48:17, 55:12,
76:16, 81:13, 88:18,
107:6, 107:9, 108:4,
123:33, 113:7, 122:3,
96:16, 113:11, 117:5
14:21, 14:24, 15:3,
79:23, 80:10, 81:1,
idea - 34:23, 74:21,
identification - 6:10
118:22, 123:121:19,
if - 7:1, 9:16, 18:21,
33:19, 35:18, 38:7,
46:20, 46:23, 52:4,
62:16, 64:16, 64:25,
71:9, 72:23, 75:20,
90:2, 90:18, 94:11,
100:16, 102:12, :23,
117:21, 119:12, 14:5,
122:51, 122:3, 122:4,
18:4, 22:2, 29:10, 18,
40:19, 46:16, 46:23,
75:3, 89:9, 92:4,
126:4, 126:512,
impact - 74:25, 75:3
impartiality - 2
important - 7:6, 7:9
improper - 100:20,
in - 5:16, 6:3, 6:5,
8:22, 8:25, 9:10, 9:11,
10:21, 10:23, 11:6,
13:2, 13:4, 13:8, 4,
14:8, 15:18, 16:17,
17:6, 17:9, 17:17,
19:4, 19:5, 19:10,
20:10, 20:13, 21:2,

22:16, 22:21, 22:24,
23:14, 24:9, 24:13,
26:2, 26:6, 26:15, ,
28:4, 28:7, 28:13, ,
29:1, 29:13, 29:17,
30:17, 30:23, 30:24,
32:20, 32:25, 33:13,
35:5, 35:12, 37:4, ,
37:16, 38:2, 38:11,
41:5, 41:15, 41:22,
42:20, 43:11, 44:8,
46:9, 46:25, 47:8,
49:9, 49:15, 49:18,
52:4, 53:3, 53:15,
54:17, 55:6, 55:25,
59:7, 59:9, 60:4, 8,
62:3, 62:19, 63:13,
65:24, 70:24, 71:11,
72:24, 75:5, 75:13,
79:6, 79:23, 80:12,
81:18, 82:1, 82:17,
83:12, 83:13, 83:18,
84:23, 85:12, 85:16,
86:15, 87:4, 87:9,
89:3, 89:24, 90:14,
91:3, 91:13, 91:21,
92:16, 92:17, 92:21,
94:2, 94:6, 95:3, 96:4,
97:12, 97:15, 98:3,
99:20, 100:20, 101:7,
101:18, 102:5,
103:11, 103:20,
105:10, 106:5, 106:9,
108:3, 108:4, 108:13,
109:25, 110:18,
112:17, 112:24,
115:3, 115:6, 115:14,
116:19, 118:22,
121:11, 122:23, 0:25,
124:2, 124:14, 125:4,

128:12, 128:13 128:5,
12:1, 12:6, 12:7, 15:8,
37:21, 40:7, 46:10,
53:15, 56:22, 57:20,
59:5, 60:22, 61:17,
73:21, 76:2, 84:21,
117:24, 121:5,
in-house - 80:12,
inadequacy - 41:13,
inadequate - 94:72
Inc - 1:6, 1:12, 1:15,
2:11, 4:5, 4:7, 4:12,
16:15, 18:3, 66:11, :9,
111:10, 112:24, 113:4
88:11, 93:11, 93:17,
inches - 28:5,
35:6, 44:12, 44:13,
63:19, 67:7, 71:23,
104:25 88:22, 100:18,
include - 12:4, 21
43:23, 48:21, 111:5
90:17, 119:73:15,
including - 18:19,
Including - 26:13
49:22, 70:14 - 44:7,
117:23, 121:7-
Index - 5:10:1
11:14 - 8:22, 8:25,
29:13, 72:10, 72:15
58:25, 61:2, 61:10,
106:9, 78:7, 81:16,
73:6cates - 28:3,
indication - 62:2,
individual - 20:18
industrial - 13:22, 5
Industries - 19:19
infer - 81:245:22
information - 24:12,
67:14, 76:7, 76:21,
77:20, 78:20, 79:19,

inhabited - 107:15
initially - 82:1687:17
71:18als - 71:17,
inlet - 43:20, 68:18,
inlets - 98:12
113:19 - 34:9, 34:10,
77:12, 77:15, 77:19,
87:16, 87:21, 87:12,
inspection - 30:16,
install - 123:9, 4
installation - 31:10,
80:4, 87:1, 98:18,
installed - 28:16, 5
56:21, 57:1, 58:1,
98:22, 99:1, 99:8
95:9alling - 58:5,
instance - 13:14,
instances - 69:12,
instead - 120:11
instruct - 52:1625
instruction - 32:14
52:19, 63:25, 99:9
1:7, 1:8, 1:9, 4:9, 4:22
integrates - 120:24
intent - 43:8, 56:13,
intention - 99:11
62:13cept - 39:20,
interest - 128:13:17
interior - 90:20:12
into - 9:6, 9:10,
23:12, 23:18, 37:12,
41:4, 42:12, 43:24,
51:4, 62:13, 62:16,
75:9, 91:6, 91:7, 98:5,
108:17, 108:20,
Into - 108:25, 109:1
investigate - 85:20,
investigation - 0:7
106:13, 119:1303:1,
91:19ve - 21:6,

11:7, 13:23, 14:1,
20:7, 20:10, 20:18,
82:17, 83:13, 110:21,
111:10, 111:14,
involvement - 13:2,
involves - 55:1, 24
involving - 11:4,
irrelevant - 109:1,
irrespective - 89:18
7:21, 8:4, 8:10, 8:20,
9:13, 9:23, 9:24, 10:5,
11:23, 12:8, 12:14,
16:17, 16:23, 16:25,
22:14, 22:24, 23:3,
27:7, 27:9, 27:10,
28:25, 29:16, 30:12,
32:2, 32:14, 32:22,
34:18, 35:13, 35:17, 6,
37:10, 37:11, 37:15,
38:25, 39:3, 39:4,
39:15, 39:24, 40:17,
41:17, 41:24, 41:25,
43:3, 43:4, 43:6, 43:7,
44:9, 45:5, 45:10,
46:11, 46:12, 46:13,
48:1, 48:10, 49:2,
50:22, 51:21, 51:22,
58:5, 58:16, 58:17, :7,
60:20, 61:5, 61:6, ,
61:21, 62:1, 62:6, ,
63:14, 64:19, 64:23,
66:18, 68:3, 68:17,
69:12, 69:21, 70:8,
72:2, 72:3, 72:22, ,
73:16, 73:17, 73:21,
74:6, 74:8, 74:24, ,
78:22, 80:2, 80:10,
81:19, 81:25, 83:17,
84:6, 84:7, 84:10,
88:6, 88:8, 88:16, ,

90:4, 90:8, 91:10, ,
94:14, 96:22, 97:7,
98:16, 98:20, 98:24,
100:2, 100:9, 101:9,
103:21, 103:24,
104:9, 104:10, 04:6,
104:23, 105:8,
106:1, 106:12,
106:17, 106:19,
108:16, 108:18,
108:22, 108:24,
110:10, 110:13,
111:1, 111:2, 111:6,
112:2, 112:5, 112:13,
113:23, 114:6, 114:9,
114:18, 114:20,
116:13, 116:18, 6:2,
119:22, 119:25, 19:1,
120:22, 121:5,
122:3, 122:14,
122:18, 122:23,
124:7, 124:14, 23:6,
125:6, 125:7, 125:15,
128:7, 126:6, 126:8,
9:11, 9:24, 12:23, 25,
25:24, 26:3, 35:25,
56:8, 57:5, 61:22, ,
84:14, 84:17, 88:18,
109:18, 112:25, :11,
isn't - 63:3, 114:10,
122:20, 115:11,
83:19, 95:222, 32:3,
issues - 19:19,
21:20, 21:23, 48:13
it - 6:24, 7:1, 7:20,
9:4, 9:24, 10:13, 9:2,
17:18, 22:2, 25:7, ,
29:24, 30:14, 31:2,
32:10, 32:21, 32:22,
33:11, 33:22, 34:7,

34:16, 34:17, 34:18,
37:16, 38:2, 38:23,
40:11, 40:20, 42:5,
46:20, 47:5, 50:2,
52:14, 53:13, 57:20,
59:16, 59:17, 60:25,
64:5, 64:14, 65:2,
65:15, 65:25, 66:3,
68:2, 68:12, 69:6, ,
71:20, 72:5, 72:19,
73:10, 74:6, 74:24, :9,
75:15, 75:22, 75:25,
80:2, 83:11, 84:2, ,
87:20, 88:9, 88:19,
90:9, 91:7, 91:19, ,
95:2, 96:23, 99:5,
102:4, 102:12, 00:3,
104:23, 105:23,
108:17, 108:19,
109:25, 110:1,
111:8, 111:18,
114:10, 114:19,
116:24, 117:11,
119:1, 119:25,
121:6, 121:8, 121:17,
123:25, 124:2,
124:23, 126:1, 126:8
19:25, 20:2, 20:7,
34:18, 35:17, 35:19, 8,
50:12, 58:7, 63:6,
77:12, 90:16, 91:7,
104:17, 121:15, 126:4
18:7, 27:12, 38:2,
76:14, 87:23, 97:17,
125:11, 108:9, 125:1,
9:16, 18:23, 31:4, 8,
38:4, 39:22, 42:10,
58:12, 60:11, 62:3,
72:23, 73:22, 75:3,
92:23, 109:9, 110:7,

items - 73:63, 126:2
39:21, 79:13, 79:14,
itself - 14:5, 14:6,
68:19, 91:2, 105:5,
Iverson - 4:11
J
J - 1:17, 2:8, 4:6,
67:15, 68:2, 68:11, :3,
102:15, 102:25,
118:1, 118:5, 118:11,
J-berd - 1:17, 2:8, 5
67:15, 68:2, 68:11,
118:1, 118:17, 121:7
102:2, 102:15, 20,
118:11, 121:15
Jab - 71:12:9
January - 128:20
Jlt - 19:12, 22:5
113:6 12:14, 14:9,
52:2, 56:22, 67:25,
Johnson - 27:19,
Join - 113:22,
join - 85:16
jump - 48:14:23
12:8, 24:7, 24:8, :24,
55:12, 60:16, 71:25,
75:19, 77:13, 78:14,
93:15, 94:20, 96:16,
103:23, 106:25, 01:6,
113:11, 122:17, 2:22,
Just - 17:16, 34:14,
122:25 93:22, 102:21,
K
keep - 81:12
kidding - 94:20:18
9:13, 9:14, 9:15, 12:8,
14:22, 16:1, 17:6,
33:7, 33:8, 41:20,
51:1, 51:9, 52:2, 9,
77:12, 80:12, 83:9,

100:24, 126:3, 126:7
know - 6:22, 7:1,
33:18, 33:22, 34:4,
36:4, 40:22, 40:24,
42:3, 42:6, 44:8,
52:4, 52:11, 53:17,
68:8, 69:19, 70:18,
75:25, 76:24, 82:22,
97:23, 99:20, 99:21,
102:1, 102:12, 103:8,
111:15, 111:18,
121:14, 122:1, 122:5,
126:11, 125:3, 125:4,
knowledge - 11:19,
82:11, 83:10, 84:2,
knows - 59:1, 79:13
Kreidler - 4:8
L
lack - 69:1, 69:5,
109:12, 124:170:13,
land - 12:21, 38:23,
large - 30:13, 70:1
largest - 104:4,
Larson - 55:2, 55:19,
last - 17:9, 27:9,
59:19, 97:7, 117:17
later - 22:2, 72:23
Law - 6:453:25, 54:3
Lawson - 73:11
layout - 23:22, 24:8,
lead - 35:25, 36:5
121:17 - 47:3,
97:2, 120:14, 121:12
leak - 40:19, 40:20
61:18, 62:3, 62:11,
90:15, 91:7, 90:12,
62:13ng - 39:24,
91:12, 91:208, 62:19,
97:5n - 57:2, 95:24,
least - 9:5, 83:12,

87:10, 94:1, 94:2,
99:17, 101:20, 106:9,
leave - 14:21, 35:17
lecture - 101:1810:8
65:11, 104:8, 18:8,
legal - 109:14, 8
Leo - 4:8
less - 31:15, 53:14,
let - 6:22, 7:1, :7
36:15, 50:2, 78:23,
108:3, 120:10 99:20,
124:1141:2, 118:3,
39:16 - 13:10, 15:23,
19:18, 31:14, 42:23,
letter - 43:6
28:6, 29:9, 29:11, 1,
37:6, 37:9, 38:20,
47:20, 74:5, 74:6, ,
95:21, 116:3, 116:22,
life - 103:10 122:20
Like - 32:189
19:22, 30:11, 31:7,
68:4, 69:6, 74:11,
89:10, 97:11, 120:8,
Lindquist - 4:23
65:24, 91:2, 55:9,
list - 14:17, 20:24,
listed - 12:14, 21
68:21, 101:6, 22:21,
lists - 73:5, 73:14
79:1, 79:7, 98:192,
88:17e - 48:14, 81:13,
60:17, 60:20 60:13,
Llp - 4:18 4:11, 4:20
loaded - 89:22
89:17ng - 20:22,
local - 8:11, 85:12
64:14e - 46:15,
56:4, 107:15, 107:23,
location - 30:3,

55:4, 55:10, 55:13,
56:11, 70:15, 95:8,
locations - 24:17,
87:13, 94:8, 97:13,
logic - 26:20
long - 8:17, 10:2,
Long - 20:16 107:10
look - 7:13, 23:18,
50:21, 58:11, 63:22,
75:5, 78:17, 80:15,
looked - 7:14, 26:7
73:10, 78:25, 111:22
looking - 24:24,
54:1, 54:21, 55:14,
88:1, 103:23, 105:11,
looks - 43:5
lot - 15:8, 28:21, 3
108:4, 108:5, 108:6,
loud - 7:4
lower - 38:23,
116:13 47:1, 90:17,
lunch - 103:15
M
M - 4:23
48:19nery - 14:1,
18:19, 23:25, 71:1,
Madras - 10:1
12:18n - 12:15,
mainly - 54:20,
major - 10:13,
majority - 38:23:22
30:13, 32:15, 32:17,
48:2, 55:14, 60:2,
78:22, 87:9, 94:11,
104:7, 107:2, 112:22,
122:16, 122:19120:23,
makes - 31:15, 6:10
making - 45:4
malt - 21:163
manual - 114:3

20:1, 58:9, 99:7,
manufacturer -
79:10, 79:12, 98:19
78:20, 78:25, 79:12
79:7facturers' -
17:4, 19:24, 22:10
17:16, 24:15, 33:9,
75:5, 75:10, 98:13,
mark - 54:11, 73:9,
marked - 6:9, 7:12,
marks - 73:22
match - 53:11, 9
matched - 53:3,
material - 15:2,
18:5, 31:21, 34:14,
42:11, 42:20, 87:16,
materials - 11:8,
18:13, 25:15, 25:19,
40:2, 78:18, 78:24,
86:4, 98:18, 98:23,
119:18, 122:5,
matter - 11:8, 31:20,
103:20 58:8, 81:11,
28:23, 28:25, 30:14,
49:6, 56:18, 56:20,
63:12, 63:18, 63:20,
68:11, 76:1, 76:3,
maximum - 89:1720:15
19:13, 19:25, 30:12,
48:14, 60:23, 60:25,
117:24, 121:2315:10,
88:18, 108:37,
65:25, 99:17, 65:3,
Mckenzie - 14:14,
15:18, 15:23, 80:9,
36:7, 40:10, 41:2,
65:10, 66:17, 67:11,
80:23, 88:1, 91:18,
120:10, 121:25, 8:3,
Meagher - 4:6, 128:6

39:1, 101:15, 102:13,
meaning - 125:21
75:23, 78:24, 95:19
39:18, 116:90,
93:17re - 93:12,
93:7, 112:8s -
mechanical - 23:21,
48:21, 48:24, 49:3,
49:18, 49:24, 49:25,
53:18, 54:5, 56:14, :9,
58:4, 58:6, 58:10, ,
60:1, 60:6, 60:8, ,
60:20, 60:21, 60:23,
66:10, 66:16, 67:4,
82:15, 88:6, 110:20,
112:15, 114:23,
117:13, 120:1,
121:23, 123:6, 123:7,
Mechanical - 1:17,
64:3, 67:1557:7, 57:9,
mechanism - 62:17
meet - 71:6, 72:5
101:16 - 101:8,
34:12, 34:14, 51:13,
124:24 99:7, 124:15,
mention - 71:24,
101:4, 87:9, 93:17,
84:22, 101:940:21,
met - 44:10, 105:1
methodology -
methods - 65:18,
Metropolitan - 4:19
might - 30:14,
115:1, 124:10 114:21,
Mikesh - 2:11, 4:24,
55:20, 56:2, 56:4,
61:4, 77:6, 103:19,
111:10, 111:23,
117:11, 117:22,
121:8, 121:15, 122:1,

119:24's - 119:7,
mind - 57:20, 58:4,
Mines - 10:11, 11:3,
Minneapolis - 4:2,
4:16, 4:19, 4:22, 4:24,
128:68:13, 77:24,
6:3, 6:6, 6:19, 24:25,
71:2, 71:6, 82:1, 82:7,
104:25, 109:10, :9,
128:1, 128:4, 128:6,
minor - 9:3
misquoting - 86:18
112:22 - 41:20,
misstated - 112:5
101:23, 118:14
82:4, 102:17 -
misstates - 85:15,
Mn - 1:24, 4:2, 4:4,
4:16, 4:19, 4:22, 4:24,
model - 44:11
118:6ication -
97:17ure - 36:17,
more - 19:7, 29:4,
53:15, 53:16, 53:17,
64:25, 71:3, 71:8, ,
72:25, 77:13, 77:14,
104:19, 106:2,
Most - 15:22, 18:1111
mostly - 14:25, 17:3
move - 45:14, 55:4,
movement - 21:3
5:7, 6:15, 6:18, 6:20,
29:5, 29:13, 35:9, 6:5,
36:22, 36:24, 37:3,
40:5, 40:9, 40:25, ,
48:1, 48:3, 48:6, 48:9,
54:8, 55:13, 55:17,
59:4, 59:6, 59:11, ,
59:24, 60:3, 60:12,
66:22, 67:1, 67:4,

68:12, 68:14, 69:9,
76:19, 77:8, 77:10,
81:5, 81:9, 81:10, ,
82:14, 83:1, 84:14,
85:16, 85:20, 85:23,
86:16, 86:24, 87:23,
89:12, 89:14, 90:8,
95:13, 95:15, 97:21,
102:1, 102:17, 01:23,
103:11, 103:13,
105:11, 105:14,
107:16, 107:20,
109:9, 109:12, 109:6,
109:18, 109:22,
110:7, 111:9, 111:12,
112:3, 112:5, 113:8,
113:14, 113:21,
114:14, 114:22,
115:20, 115:22,
116:1, 116:5, 116:10,
117:10, 117:11, 17:7,
117:20, 118:3, 118:7,
118:20, 118:25,
119:24, 120:2, 120:5,
121:3, 121:8, 121:13,
122:10, 122:12,
122:25, 123:2,
123:23, 124:8,
124:14, 124:17,
124:25, 125:3, 125:8,
125:14, 125:17,
125:24, 125:25,
126:11, 126:13126:10,
43:6, 113:1010:23,
35:15, 36:10, 36:13,
74:2, 81:12, 89:19, :8,
My - 30:22, 31:2,
115:2, 118:16, 1:18,
my - 6:21, 7:19,
37:23, 47:16, 48:10,

60:10, 65:9, 65:24,
83:10, 84:2, 84:4, ,
109:15, 112:7, 03:19,
124:1, 128:7, 128:13,
myself - 24:1, 24:8,
49:11, 51:24
N
name - 6:16, 8:7,
81:10, 81:17, 81:23,
named - 18:16,
names - 57:11
narrowness - 60:78:3
natural - 9:20:24
necessarily - 89:138
43:15, 58:7 31:25,
38:22, 46:24, 58:18,
110:8, 126:7103:4,
92:16d - 50:21,
113:5gent - 112:24,
Next - 22:5, 24:1922
20:4, 20:16, 21:8,
86:68, 73:14, 73:21,
no - 11:6, 12:9,
34:22, 35:11, 55:17,
82:10, 82:13, 104:15,
117:19, 121:2, 113:9,
126:6, 128:123,
5:13, 10:18, 11:1, 2,
18:20, 20:3, 20:15,
22:13, 22:23, 23:17,
26:8, 28:14, 28:17,
40:16, 41:7, 41:14,
57:15, 61:9, 62:20,
66:9, 66:12, 66:16,
70:6, 70:11, 70:22,
74:16, 75:12, 75:14,
82:25, 84:20, 92:9,
98:25, 99:4, 99:10,
103:2, 103:7, 103:9,
112:12, 113:8, 107:9,

121:3, 127:54, 114:7,
nod - 7:4106:8
non-existing -
noon - 103:16
normally - 94:18
North - 4:16 4:14
50:15western -
20:12, 21:25, 22:21, ,
28:9, 28:21, 30:12,
31:6, 31:7, 31:12,
34:6, 35:4, 35:17,
37:11, 38:2, 38:4, ,
39:5, 40:16, 40:19,
42:3, 42:22, 44:11,
47:25, 48:23, 51:7,
55:9, 56:22, 57:11,
61:10, 61:11, 62:7,
64:7, 67:5, 67:12,
70:12, 70:18, 73:11,
75:4, 75:13, 78:7, ,
83:22, 85:24, 86:2,
87:4, 88:2, 88:7,
94:11, 95:7, 96:5, ,
98:25, 99:5, 99:6, ,
100:13, 101:13,
106:20, 107:6, 107:9,
108:12, 108:20,
109:25, 110:1, 110:5,
111:18, 111:21,
114:6, 114:7, 115:5,
119:9, 119:11, 119:1,
125:1, 128:10, 122:8,
Not - 12:13, 17:23,
32:1, 34:22, 46:18,
61:16, 64:18, 73:2,
97:6, 110:16, 126:11
128:3, 128:18 128:1,
128:1y-reporter's -
95:17ion - 74:15,
17:24, 28:2, 94:11,

Notes - 3:1
93:4, 97:154, 93:1,
22:12, 115:20, 115:22
Notice - 5:2, 6:7
56:17e - 8:4, 45:21,
128:9ed - 56:19,
74:4, 81:6, 112:21,
Now - 10:10, 12:14,
23:4, 27:14, 28:2,
35:5, 38:16, 39:16,
83:18, 85:6, 100:16,
Nrcs - 107:42
31:7, 31:9, 56:6, 67:6,
104:5, 68:25, 92:13,
18:22, 41:15, 52:24,
61:18, 65:14, 71:19,
82:2, 86:17, 86:25,
94:6, 97:7, 97:13,
numbering - 72:194:21
44:13, 72:20, 72:24,
73:17, 103:22
O
object - 36:22, 59:4,
111:12 60:3, 89:7,
109:6, 113:21, 87:23,
109:15, 109:22, 6,
Objection - 35:9, 25
68:7, 69:9, 79:16,
95:13, 101:23, :23,
109:4, 109:12, 112:3,
118:7, 118:14, 120:5,
123:20, 124:17,
Observation -
observation - 37:23
87:8, 95:15s -
96:11, 96:13, 98:13,
observed - 74:4,
100:16 91:21, 95:18,
obtain - 24:12:19
31:22, 39:1, 98:2,

occasions - 52:17,
occur - 47:9
68:18, 69:1, 69:19,
occurring - 38:17,
occurs - 46:169:25
5:14, 6:2, 43:1, 52:14,
103:21, 128:5, 128:15
6:1, 51:17, 52:13, 0,
of - 1:8, 5:16, 6:2,
7:16, 7:18, 7:19, 8:6,
9:4, 9:5, 9:7, 9:9,
9:24, 10:1, 10:7, 10:8,
11:7, 11:11, 11:20,
12:3, 12:6, 12:8, ,
13:8, 13:9, 13:16, ,
14:5, 14:6, 14:8, 2,
14:24, 15:4, 15:8, ,
15:22, 16:1, 16:11,
17:6, 17:8, 17:11, ,
17:18, 17:20, 17:21,
19:10, 19:23, 19:24,
20:16, 20:20, 20:21,
22:6, 22:10, 22:16,
23:21, 23:22, 24:3,
24:15, 24:20, 25:10,
26:10, 26:17, 26:19,
28:8, 28:18, 28:19,
29:3, 29:9, 29:11,
29:23, 30:2, 30:4, ,
30:20, 31:1, 31:9,
33:5, 33:7, 33:8, 33:9,
34:8, 34:12, 34:13,
36:16, 36:19, 36:22,
37:19, 37:21, 38:4,
39:2, 39:10, 39:13,
40:5, 41:6, 41:13, ,
42:3, 42:10, 42:19,
43:17, 43:20, 43:24,
44:15, 44:17, 44:19,
45:10, 45:11, 45:12,

46:4, 46:14, 46:19,
47:11, 47:19, 47:20,
48:19, 49:9, 50:6, ,
50:18, 50:19, 50:21,
51:4, 51:6, 51:9,
52:24, 53:11, 53:23,
54:21, 55:1, 55:4,
55:25, 56:11, 56:13,
57:22, 58:11, 59:10,
60:24, 61:11, 61:15,
61:24, 62:1, 62:12,
63:5, 63:6, 63:7, 63:8,
63:20, 63:21, 63:22,
64:20, 64:21, 64:23,
65:21, 65:25, 66:1,
67:8, 67:13, 68:4,
69:2, 69:5, 69:11,
70:13, 70:15, 71:19,
72:14, 72:15, 72:16,
73:4, 74:15, 74:20,
76:5, 76:6, 77:12,
78:15, 80:1, 80:5,
81:24, 82:1, 82:2, ,
82:19, 82:23, 83:3,
83:23, 84:4, 84:5,
84:12, 84:19, 85:1,
85:10, 85:12, 85:18, 7,
86:17, 86:25, 87:1,
87:21, 88:5, 88:6, ,
88:19, 88:22, 88:23,
89:14, 89:18, 89:19,
90:13, 90:17, 90:18,
91:2, 91:3, 91:8, 91:9,
91:22, 91:24, 92:5,
93:8, 93:11, 93:17,
94:2, 94:8, 94:22, ,
95:6, 95:8, 95:17,
96:16, 97:13, 97:15,
98:15, 98:19, 98:23,
99:16, 99:17, 99:18,

100:24, 101:7, 101:8,
101:24, 102:1, 102:5,
102:20, 103:22,
103:25, 104:7, 105:1,
106:9, 106:13, 106:5,
106:23, 107:3,
107:12, 107:24,
108:15, 109:2, 109:3,
109:19, 110:3,
111:21, 112:1, 112:6,
112:21, 112:24,
113:24, 114:3,
114:21, 115:2, 115:3,
117:4, 117:25, 118:4,
118:12, 118:14,
119:18, 119:23, 19:8,
120:11, 120:13,
121:16, 121:21,
122:16, 122:18,
124:17, 124:24,
126:17, 127:2, 127:3,
128:7, 128:8, 128:11,
off - 12:17, 33:4,
108:17 85:25, 86:2,
offered - 7:17 61:14
office - 26:2, 51:25,
officer - 101:16
often - 79:18
Okay - 7:3, 7:7,
11:14, 13:24, 14:17,
16:8, 17:16, 17:20,
22:4, 22:19, 25:5,
28:18, 29:25, 30:16,
37:9, 37:13, 39:9,
43:8, 43:19, 44:15,
77:11, 79:5, 94:6, ,
108:10, 112:8,
on - 6:1, 6:13, 12:4,
17:24, 19:8, 20:19,
23:14, 26:15, 27:1,

28:11, 28:17, 29:14,
37:18, 37:23, 44:13,
47:8, 48:13, 50:3,
50:22, 51:1, 51:3,
53:11, 53:17, 54:8,
58:8, 58:13, 58:19,
61:3, 61:5, 61:7,
62:9, 62:22, 63:2, ,
64:1, 64:20, 64:21,
66:1, 66:3, 67:10,
69:19, 69:21, 69:24,
74:2, 74:3, 74:24,
76:20, 76:22, 77:24,
79:18, 79:20, 80:3,
81:2, 82:22, 82:23,
87:11, 90:7, 91:18,
93:1, 93:16, 94:1,
97:18, 100:8, 100:16,
104:7, 104:8, 105:23,
109:2, 109:15, 111:8,
113:6, 113:7, 114:17,
117:12, 119:17,
121:19, 122:7, 122:9,
124:24, 125:6,
On - 1:20, 50:12, :5
71:19, 72:6, 78:25,
Once - 38:7, 53:24,
once - 23:19, 62:15,
one - 1:8, 7:22,
13:18, 15:11, 15:21, 6,
17:5, 19:11, 19:13,
24:7, 24:9, 24:14,
29:4, 31:7, 34:16,
50:12, 57:3, 59:13,
77:24, 78:1, 80:2, ,
92:9, 92:19, 92:21,
103:11, 106:9, 02:5,
113:25, 114:1, 122:4,
One - 16:17, 46:4
99:13- 73:15, 76:6,

56:8, 64:22, 87:9, ,
opening - 122:197
94:4, 94:5 94:2,
opinion - 23:7,
31:2, 34:13, 39:16,
41:12, 41:22, 42:5,
46:2, 60:10, 61:14,
99:6, 100:20, 105:23,
113:4, 113:7, 113:15,
122:11, 122:12,
123:2, 123:324,
68:17, 68:25:6,
26:16, 28:3, 39:18,
99:19, 110:14, 1:6,
opportunity - 14:22,
opposed - 9:15,
72:13, 92:13, 95:5,
options - 33:18,
Or - 39:1, 93:6
7:25, 8:1, 8:25, 9:10,
12:3, 12:24, 12:25,
15:3, 15:4, 15:11,
16:16, 17:3, 17:23,
19:25, 20:22, 22:8,
24:12, 24:23, 25:6,
25:22, 26:6, 26:20,
30:5, 30:16, 30:17,
33:2, 34:6, 35:1, ,
37:11, 38:16, 39:22,
42:13, 46:1, 46:14,
53:19, 54:11, 56:22,
64:20, 64:22, 64:25,
69:10, 69:13, 69:22,
70:24, 71:23, 72:3,
78:8, 79:4, 80:2, 80:4,
83:12, 84:24, 86:2,
89:6, 89:20, 90:2,
91:12, 91:13, 91:15, 7,
93:24, 94:1, 94:5, ,
95:24, 96:8, 96:9,

97:17, 98:14, 98:15,
99:24, 100:1, 103:5,
105:5, 106:17,
107:4, 107:7, 107:22,
110:24, 111:4,
112:5, 112:8, 112:9,
113:19, 114:6,
118:22, 119:9, 118:1,
122:1, 123:7, 123:9,
128:10, 128:11, 26:8,
ordered - 128:9
101:7, 101:14 -
70:13, 128:8:16,
originated - 91:14,
Other - 27:22, 34:22,
other - 6:22, 9:19,
23:9, 24:12, 24:14,
26:5, 26:7, 26:10,
30:22, 32:15, 32:17,
37:22, 42:10, 42:13,
47:13, 47:18, 47:22,
61:7, 61:25, 63:16,
69:22, 70:19, 83:3,
87:8, 88:22, 89:4, ,
96:9, 110:14, 112:19,
120:3, 121:11, 126:2
others - 26:21, 59:9,
67:23, 67:18, 67:22,
91:22wise - 91:15,
Our - 50:1916
26:2, 54:4, 100:12,
out - 7:4, 16:18,
29:10, 31:12, 32:18,
43:10, 46:21, 49:6,
55:7, 55:13, 55:21,
61:7, 62:7, 73:5, 77:4,
89:15, 89:25, 93:12,
108:3, 108:4, 111:7,
125:15 112:10, 122:7,
outside - 26:7,

93:8, 93:11, 107:18,
108:2, 108:14,
over - 12:24, 14:17,
107:15 80:6, 90:16,
40:2, 74:204:4, 39:2,
overflow - 51:5
17:2head - 17:1,
49:15, 49:17, 52:8
owner - 16:11, :13
49:25, 90:34, 17:25,
owners - 89:2
P
page - 7:16, 18:23,
22:24, 27:7, 27:9,
61:23, 65:3, 65:14,
87:11, 90:8, 92:21,
104:7 97:18, 101:4,
5:11, 127:1, 127:5:8,
72:23, 73:1, 127:3,
panels - 64:229
Paragraph - 105:21
60:9, 60:13, 60:18,
Pardon - 41:20
77:25, 108:3, 108:4
120:13 61:24, 65:7,
11:10, 23:11, 23:12,
30:20, 50:15, 61:25,
65:21, 70:13, 72:15,
85:5, 85:10, 86:15,
90:14, 90:18, 90:20,
102:20, 106:9, 2:6,
117:2, 117:4, 120:17,
partial - 22:6, 102:5,
Partially - 118:8
33:20, 47:1, 53:21,
83:8, 84:17, 89:15,
parties - 128:9,
parts - 37:5, 87:21
2:3, 2:6, 2:9, 2:12,
4:14, 4:17, 4:24, 2,

past - 11:20, 46:8
Patrick - 4:1, 5:16,
85:21, 86:3, 106:10,
pattern - 47:9
paying - 56:23
6:11, 127:2, 127:22,
penetrated - 40:14
penetrations - 0:11
people - 14:7, 26:13
percent - 60:25,
percentage - 65:21
65:7olates - 65:6,
perforated - 35:12,
perforations -
perform - 114:17
36:19, 113:6-
24:2, 80:24, 85:7,
perimeter - 90:17,
period - 8:2, 8:19,
permeable - 39:11
108:7n - 15:14,
persons - 128:1325
pertained - 118:18,
pertaining - 110:6
88:1inent - 87:7,
phase - 89:41
photographed -
photographs - 92:2
80:1, 80:5, 80:8
89:15cal - 34:14,
75:15cally - 31:4,
picked - 76:17, 9:18
77:15, 77:12, 77:13,
29:21, 35:12, 43:17,
49:7, 50:24, 51:2, ,
63:20, 71:22, 72:3,
75:22, 76:3, 77:1,
93:17, 98:9, 98:12,
104:24, 105:2, 109:8,
121:24 111:7, 121:19,

pipes - 88:12,
107:17, 108:1, 109:2,
Place - 6:1922
83:4, 127:34, 45:20,
places - 15:82:2
Plaintiff - 1:4, 1:13,
plan - 69:2, 69:5,
72:20, 90:10, 90:13,
plank - 28:19,
31:15, 32:24, 33:5,
planks - 34:13:13
61:4, 61:14, 75:9, ,
plant - 13:194
plastic - 18:6
54:10, 64:15, 71:19,
105:25, 108:10, 24,
Plaza - 4:116
7:4, 7:13, 22:2, 22,
Pllp - 4:6, 4:14
34:8ber - 31:10,
24:22, 24:23, 44:7,
105:8, 105:10, 1:4,
123:84, 110:6, 111:4,
43:12, 70:19, 70:24,
104:9, 104:25, 8,
109:21, 109:11,
point - 14:10, 41:21,
82:10, 84:9, 87:11,
94:6, 95:17, 97:17,
Point - 93:18, 97:18,
pole - 20:19, 20:21,
pond - 36:20,
ponding - 37:11,
pool - 36:21
90:11, 102:1, 102:15
posed - 84:15, 2
possession - 5:16
75:18ble - 31:5,
30:24, 31:2, 31:4,
34:2, 34:4, 34:6, ,

38:9, 69:12, 75:15,
89:17, 116:22, 125:12
practical - 30:13
13:8, 36:20, 50:6,
65:21, 65:22, 65:24,
practicing - 13:45:9
pre - 9:8, 9:11, 78:3,
pre-specified -
pre-stressed - 78:3
9:11university - 9:8,
24:11, 28:5, 28:6,
28:17, 28:19, 29:3,
30:9, 31:1, 31:9, 33:6,
47:24, 55:8, 64:22,
preceding - 127:3
72:20, 73:3, 103:22,
premises - 125:6
prepared - 7:22,
present - 16:8,
pressure - 45:13
prevent - 38:17,
75:19, 75:20 62:13,
68:22ous - 19:18,
74:3iously - 7:12,
91:11, 100:1220,
17:21ipal - 16:9,
30:1, 41:16, 51:20
probably - 17:18,
problem - 46:22
16:19, 36:1, 36:5,
process - 13:25,
produced - 53:6,
product - 18:16,
79:2, 79:13, 79:14,
Products - 2:5, 4:5
28:21, 59:1, 78:18,
professional - 69:7,
professionally -
professionals -
program - 9:10,

project - 13:11,
24:1, 25:16, 25:21,
53:9, 53:15, 53:19,
59:24, 63:12, 64:4,
66:8, 67:16, 69:19,
70:2, 70:17, 77:17,
80:19, 82:23, 83:21,
100:6, 102:3, 106:11,
114:18, 115:11, 14:3,
projects - 12:19, 0:3
17:14, 17:16, 50:3,
78:10, 78:25, 80:24,
4:20, 49:6, 51:15,
83:20, 83:25, 85:22,
99:25, 102:3, 104:1,
106:11, 108:10,
109:20, 111:11,
promotion - 14:23
proper - 91:24, 97:1
50:25, 91:24, 102:13,
properties - 78:19,
proposed - 55:3
55:9osing - 55:4,
16:23, 17:1, 23:7,
38:20, 38:22, 104:18,
provided - 26:9,
71:11, 73:19, 76:21,
providing - 43:8,
provision - 84:18
83:8, 83:24, 84:13,
Prudential - 20:25
10:6, 10:8, 11:2,
Public - 6:3, 128:3,
Puc - 9:9
35:24, 39:13, 43:8,
72:22, 74:20, 84:10,
Pursuant - 5:2
put - 25:5, 47:6,
70:7, 72:24, 104:8,
29:21, 35:12, 39:13,

63:20, 71:22, 72:3,
72:8, 98:9, 120:14
Q
qualities - 109:3
87:13ity - 77:19,
question - 6:21,
29:7, 30:1, 30:21,
36:25, 40:6, 41:1, ,
46:23, 53:25, 59:20,
79:5, 84:14, 86:11,
89:10, 90:7, 97:4,
109:17, 115:2, 116:6,
118:3, 118:6, 119:2,
120:11, 121:4,
122:22, 124:1,
125:18, 124:22,
119:19oning -
48:12, 56:20, 78:5,
113:9, 113:10, 13:8,
114:25, 116:24,
quickly - 36:10,
quite - 18:4, 18:9,
quote - 84:18
R
rails - 17:2
44:14, 84:444:12,
56:20 - 46:16, 46:23,
ramp - 22:7, 108:5
rarely - 50:6
Raths - 27:18, 27:19,
Rau - 4:18, 125:13
reached - 91:1695:20
75:1, 75:372:16,
87:4hing - 42:3,
57:9, 57:24, 59:16,
61:24, 67:12, 68:21,
87:7, 90:25, 93:9,
112:21, 117:16, 2:8,
127:2, 128:142,
reading - 57:3,

99:11, 102:4, 107:2,
really - 50:19, 55:9,
115:4, 58:11, 64:18,
36:15, 47:19, 47:23,
61:9, 73:170, 61:7,
59:9, 83:23- 46:2,
15:24, 16:3, 16:5,
24:25, 29:8, 37:15,
57:11, 57:12, 78:8,
107:1, 114:24, 115:1,
116:16, 116:25116:10,
received - 10:4,
receives - 88:7
79:8ntly - 17:23,
111:5, 121:2288:6,
103:16 - 48:5, 81:7,
recollection - 37:14
65:18, 66:5, 66:7
35:2mmendations -
16:6, 17:21, 68:12,
recommending -
Record - 126:17
rectify - 46:22128:7
refer - 41:21, 94:6,
reference - 39:16,
referenced - 74:3,
referred - 82:1,
referring - 26:3,
94:8, 97:24, 113:18,
refers - 113:15
regard - 52:22,
regarding - 12:11,
47:19, 47:23, 61:15,
Regardless - 98:7
regular - 124:15:23
5:16, 6:15, 26:5, 29:5,
37:3, 37:21, 37:25,
41:12, 48:3, 48:6,
109:12, 109:22, 3:15,
124:17, 124:25,

126:11, 125:17,
33:8forcing - 31:18,
113:10rd - 4:21,
120:24 - 114:6,
22:11, 66:1, 102:9
115:11onships -
128:11ve - 128:10,
relevant - 27:2,
76:24, 76:25, 109:8,
110:2, 110:5, 119:21
relied - 26:15,
87:16, 86:15, 87:11,
79:11, 79:18, 87:4,
remaining - 33:10
remedies - 55:31
20:5, 21:23, 22:1,
102:4, 107:2, 109:16
36:10, 36:13, 38:8
rendering - 113:4,
repair - 65:18, 66:5,
repeat - 8:7, 25:17,
124:2130:22, 117:15,
27:12, 27:18, 27:19,
43:1, 43:3, 43:9, ,
62:6, 70:8, 77:12, ,
84:13, 85:3, 85:5,
85:21, 85:23, 86:16,
87:10, 87:12, 87:16,
103:21, 113:1590:8,
reported - 128:52:24
59:19, 117:176, 29:6,
127:23er - 1:23,
reports - 26:13, 1
61:24, 66:14, 68:21,
84:23, 85:25, 86:4,
90:25, 93:16, 99:12,
represent - 81:10,
representing - 4:2,
4:14, 4:17, 4:19, 4:22,
require - 15:22,

70:17, 70:18, 70:23,
required - 15:3, 06:2
60:17, 60:20, 104:10
14:7, 84:6, 102:8,
Requirements - 45:3
24:22, 24:23, 43:12,
85:12, 85:13, 85:21,
requires - 43:20, 3
106:23 70:25, 71:4,
50:7dential - 21:3,
respect - 100:5,
106:11, 106:16, 05:5,
112:25, 113:5, 117:13
responsibilities -
responsibility -
119:24, 120:1, 121:6,
responsible - 96:1, 8
114:22, 115:5, :4,
119:14, 120:23,
122:14, 122:18 122:5,
restate - 30:2,
restating - 120:11
46:20icted - 46:19,
126:5, 126:6- 63:17,
restrictive - 119:24
26:10, 63:3, 63:6
63:13ted - 35:5,
resume - 7:19, 7:21,
retainage - 126:8
89:1, 90:1, 90:3,
retention - 28:8,
Return - 127:23
reverse - 97:18
65:16w - 65:15,
66:3, 73:11, 73:17,
93:25, 95:24, 98:18,
118:21, 119:17, 122:4
26:17, 27:15, 27:24,
73:15, 73:22, 76:5,
86:1, 86:7, 106:9,

reviewing - 65:22,
revised - 86:2
right - 6:22, 7:2,
8:21, 9:21, 12:10, 20,
17:8, 19:18, 20:2,
23:24, 24:5, 26:15,
38:7, 39:25, 45:13,
47:18, 51:21, 53:7,
61:12, 61:20, 62:7,
65:12, 66:5, 68:1,
73:7, 73:15, 73:20,
81:19, 83:22, 84:9,
88:3, 88:18, 90:4,
93:9, 96:22, 97:12,
98:16, 100:9, 101:9,
111:17, 112:21,
115:12, 115:20,
121:16, 123:2, 124:8,
Right - 19:17, 39:8,
102:22, 113:187:20,
rim - 97:19, 98:10
Riverview - 6:4
Roberts - 19:15,
rodding - 33:7
101:1- 64:8, 78:2,
roof - 36:8, 36:9,
50:18, 50:20, 50:22,
51:6, 51:9, 51:11,
84:7, 84:11, 84:12,
Roof - 83:22, 100:18
roofs - 43:24, 84:8,
Roscoe - 8:3, 8:8,
round - 34:1577:22
Rubber - 51:13
runs - 108:175
S
S - 4:11
32:21, 34:11, 37:15,
68:10, 71:22, 77:18,
110:20, 111:22, 6:6,

121:14, 121:21
77:6, 95:21, 105:10,
Same - 16:7,
124:25, 125:25
25:20e - 25:18,
sanitary - 12:20
74:11, 74:12, 103:11,
Say - 60:15
18:9, 18:11, 21:17,
50:2, 58:25, 63:5,
66:3, 67:21, 68:17,
87:6, 87:12, 87:25,
95:21, 96:7, 98:24,
110:11, 115:4, 115:6,
41:17, 41:24, 49:2,
says - 10:13, 65:15,
73:4, 93:18, 110:89,
Schaefer - 19:15,
schedule - 22:24,
Schoell - 12:15,
School - 10:10,
school - 9:3, 9:4,
schooling - 9:4
sciences - 9:15,
scope - 23:19, 60:7,
91:9, 114:13, 115:2,
screw - 30:11
se - 11:6, 11:18
second - 16:23,
55:1, 55:23, 78:22,
section - 121:22
secured - 92:166
24:10, 50:25, 53:1,
75:5, 84:12, 86:4,
94:21, 103:10, 106:5,
123:25, 124:1, 124:11
seeing - 45:23
seemed - 77:13
63:25, 64:3, 64:5, ,
segment - 16:22

113:24ts - 16:16,
58:12, 78:23, 92:13,
15:17, 17:23, 49:24,
67:17 63:6, 67:15,
selection - 15:4,
selects - 59:8,
seminars - 12:11
41:24, 60:5, 60:17,
sent - 55:13, 55:21,
sentence - 86:16
51:23, 52:12, 52:22,
served - 24:20
service - 43:5
106:24e - 106:23,
services - 7:16,
Services - 5:12, 1
set - 18:5, 23:21,
54:21, 55:1, 60:13,
67:7, 98:3, 107:18,
sets - 56:14, 60:18
several - 81:1, 94:7
sewer - 12:20,
107:11, 107:21,
108:7, 108:8, 108:9,
sewers - 107:14,
shake - 7:5:2, 108:13
72:20, 72:21, 73:3,
Sheet - 127:23
short - 26:23, 48:5,
Shorten - 47:5
should - 38:5,
110:24 95:21, 104:21,
18:21, 27:5, 105:14
showing - 23:22,
shown - 8:4, 43:11,
Sid - 66:19, 66:20,
side - 17:18, 71:20,
sides - 112:9
74:5walk - 44:19,
95:5, 95:11 37:6,

128:14 126:13,
Signature/- 27:9
127:1ction - 5:8,
95:17, 97:15 -
silo - 21:15, 22:16
Similar - 14:25
15:1, 63:16, 84:102,
26:23, 82:13 10:8,
79:13, 81:14, 82:11,
sir - 7:15, 7:20,
48:16, 81:6, 82:20, :6,
99:14, 103:14, :12,
Sir - 6:16, 7:12, :8
sit - 22:19, 34:5,
site - 23:25, 24:5,
25:10, 25:13, 26:7,
51:20, 51:23, 51:25,
53:3, 53:11, 53:17,
64:16, 64:20, 69:1,
74:24, 90:9, 90:10,
113:17, 113:18, :15,
114:83, 114:2, 114:6,
situation - 32:11,
situations - 45:21
Sixth - 4:7, 93:17
32:24, 33:8, 43:15,
44:22, 51:8, 53:22,
87:13, 105:1, 105:5,
sized - 50:25, 77:1,
sizing - 105:24,
109:2, 109:812,
72:12ing - 72:7,
29:23, 29:24, 30:4,
Slope - 90:24
38:22, 39:3, 39:5,
45:16, 47:10, 51:4,
95:23, 98:7, 94:21,
65:11, 65:1317,
small - 124:721
snow - 65:172:15

11:14, 13:10, 31:4,
49:17, 51:19, 55:10,
62:15, 63:12, 66:1,
80:10, 84:10, 86:6,
89:21, 89:24, 90:17,
100:24, 102:13, :19,
124:1, 113:4, 113:25,
15:12, 28:21, 30:14,
32:5, 34:16, 39:2, ,
48:15, 48:19, 50:20,
55:12, 57:6, 57:11,
67:13, 72:4, 75:16,
82:17, 90:5, 93:17,
99:20, 103:4, 115:18,
so-called - 48:19
soil - 39:11, 46:5,
72:15, 72:17, 74:8,
89:20, 97:19, 98:4,
109:19, 110:11,
116:18, 122:9,
126:3, 126:67, 126:2,
sole - 16:13, 92:5
Some - 26:17,
some - 9:2, 15:16,
18:4, 18:9, 23:25,
26:19, 26:20, 26:21,
46:10, 46:18, 48:12,
60:2, 60:17, 71:23,
75:23, 76:5, 76:6,
89:6, 89:22, 94:21,
106:13, 116:2, 9:17,
126:11, 116:24,
9:18, 90:3, 92:16,
somehow - 113:5123:10
something - 25:20,
62:4, 66:2, 69:7,
something's -
Sometimes - 58:13
84:22hat - 31:16,
94:12, 104:21, 112:23

5:7, 26:1, 27:12, 35:9,
41:9, 48:1, 59:16,
82:4, 84:14, 85:16,
94:20, 101:23, 1:10,
105:11, 105:14,
117:15, 117:20, 16:5,
120:5, 121:3, 122:10,
124:10, 124:13,
125:13, 125:14, 25:8,
Sonnesyn's - 23:4,
sorry - 64:254
Sort - 30:118
27:23, 47:10, 50:7,
sought - 89:25
Sounds - 68:1
67:21, 69:6:9,
93:22, 93:23, 118:22
4:19, 4:21, 4:24, 6:5,
12:10, 11:3, 11:23,
speak - 7:6, 7:8
70:19, 70:23, 126:5
9:11, 12:9, 13:9
specialty - 10:16,
specific - 12:9, 9
41:6, 42:3, 42:20,
105:9, 112:8, 112:10,
126:2, 121:6, 125:21,
34:22, 42:6, 78:8, ,
specification - :2
specifications -
specificity - 11:16
57:17, 57:23, 57:25,
specify - 78:16, 9
speculate - 45:25,
speculation - 35:9,
124:18 79:16, 95:14,
spell - 8:94, 45:9
spend - 64:14, 74:2
sprinkler - 93:21,
square - 43:23,

ss - 128:2
Stacy - 73:12
stage - 72:22
stagnant - 37:24,
stairs - 97:11
62:22, 88:125,
44:3dard - 44:2,
35:25, 36:5, 65:12,
start - 8:21, 9:3,
started - 13:3
state - 59:15, 61:18,
127:2, 67:6, 105:24,
43:12, 128:1, 128:4
61:10, 76:5, 76:19,
111:25 87:12, 105:22,
113:3ment - 87:20,
10:9es - 1:1, 8:25,
statutes - 24:2498:9
steel - 33:17:23
Stepan - 4:6, 5:5,
59:6, 59:15, 59:17,
68:12, 69:10, 76:19,
90:8, 112:3, 113:22,
115:25, 116:10,
Stepan's - 76:14
Stich - 4:818
still - 10:18, 14:7,
stopper - 51:5
21:15, 22:16:7,
storing - 21:16
44:11, 106:17, 107:7,
107:21, 107:22,
108:8, 108:9, 108:11,
Storm - 107:17
95:5ight - 72:13,
4:11, 4:19, 4:24, ,
streets - 12:22
strength - 13:9,
31:16, 33:3, 33:59,
Strgar - 8:3, 8:8,

strict - 71:377:22
stringent - 106:2
65:15, 77:10, 77:11
10:13, 10:18, 13:2,
13:10, 13:12, 13:21, 8,
17:1, 17:7, 19:22,
31:7, 32:1, 32:6, 32:8,
36:16, 37:25, 38:2,
50:20, 74:1, 75:23,
89:16, 89:17, 89:21,
100:22, 115:8100:14,
33:24turally - 32:24,
36:14, 39:21, 40:3
13:9, 15:9, 15:12,
125:6, 97:11, 125:4,
students - 9:90:4
40:13, 89:6, 91:19,
study - 11:4, 11:16,
89:11, 89:18, 90:1,
stuff - 48:13
subcontract - 64:3,
subcontractor -
59:1, 59:2, 59:7, 59:8,
60:12, 60:17, 81:3
59:10, 60:24r's -
58:20ntractors -
49:17, 58:81:7,
subparagraph - 22
Subparagraph -
subsequent - 102:8
56:25quently -
73:19quently -
10:16ecialty -
Such - 49:5 - 128:13
35:3, 45:23, 47:9,
80:15, 83:4, 99:24,
128:11, 128:10,
suffered - 20:18
sufficient - 86:187
suggested - 96:16

suitable - 78:23:19
4:14e - 4:4, 4:7, 4:9,
14:13imposed -
5:13lemental -
33:12, 33:14, 43:3,
supplied - 54:5, 1
supplier - 33:6,
supply - 12:20
75:22, 76:3, 76:4
126:6rting - 76:3,
100:2, 100:3, 102:10,
supposedly - 25:23
40:25, 44:11, 55:14,
100:13, 103:24, 0,
112:22, 116:8, 120:2,
122:19, 122:16,
59:15, 59:17, 105:15
35:18, 37:18, 37:19,
65:5, 65:6, 72:7,
88:4, 88:11, 97:25,
106:21, 106:25,
121:11, 121:17
surprised - 94:15
surrounding - 6:9
122:21 98:4, 122:8,
18:19, 99:1, 99:6,
Swenson - 1:16,
sworn - 6:12, 128:6
23:11, 24:3, 25:4, ,
39:17, 39:19, 39:20,
40:8, 40:9, 40:14,
40:23, 41:13, 41:16,
42:21, 43:10, 44:3,
49:5, 49:15, 49:21,
58:10, 61:12, 61:15,
62:10, 62:12, 62:14,
70:4, 70:14, 70:17,
87:1, 87:22, 88:2, ,
88:15, 88:16, 88:19,
89:21, 93:21, 94:1,

96:22, 100:8, 101:21,
102:20, 102:21,
108:9, 108:21,
110:18, 110:21,
111:16, 111:17, 11:4,
115:16, 117:3, 117:4,
118:17, 118:18,
119:15, 119:20,
120:18, 120:19,
121:1, 121:10,
122:17, 122:20,
systems - 12:20, 5:16
48:21, 48:22, 48:23,
106:17, 106:22, :7,
110:24, 120:3, 120:24
T
table - 125:5
take - 7:13, 8:24,
14:22, 24:15, 30:20,
70:8, 80:14, 86:6,
111:18, 121:21, 5,
Take - 42:23
taken - 6:1, 11:12,
103:16, 108:16, 7,
takes - 9:13, 80:3
51:4ng - 6:20, 7:5,
34:1, 37:4, 47:18, ,
talked - 47:21, :5
66:16, 75:15, 84:22,
120:15110:14, 116:1,
37:7, 37:19, 39:23,
86:19, 90:22, 107:13,
116:10, 116:16 116:3,
taught - 11:22
teacher - 12:40:4
12:2, 12:3, 12:7,
teams - 67:10 89:5
techniques - 11:8
1:17, 2:2, 4:3
10:7, 10:8, 10:11,

11:25 11:4, 11:23,
Telephone - 1:241
58:16, 80:23, 106:25,
ten - 44:8
tenons - 31:18:13
125:21 84:7, 84:12,
87:10, 95:4, 112:92,
testified - 6:13,
19:6, 27:23, 69:6,
100:5, 118:9, 123:23
testifying - 110:15
41:17, 82:15, 92:4,
testing - 18:18, :7
32:4, 62:18, 79:13
27:22, 32:10, 34:22,
47:18, 47:22, 53:17,
57:10, 58:15, 59:1,
74:6, 74:8, 74:23,
94:19, 98:4, 101:13,
104:18, 104:19,
111:20, 115:10,
122:20, 124:7, 126:2,
105:22, 117:5, 1:6,
Thanks - 103:14,
That - 7:21, 9:23,
11:10, 12:16, 16:10,
20:18, 21:3, 21:4,
22:16, 23:3, 23:5,
30:12, 32:8, 35:13,
38:14, 38:25, 39:4,
43:4, 43:7, 43:22,
47:7, 51:22, 54:20,
61:6, 61:9, 61:13, ,
69:12, 72:17, 73:16,
80:9, 80:13, 83:17,
88:16, 92:1, 92:7, ,
100:10, 102:23, :6,
106:12, 106:15, 06:1,
110:10, 110:13,
112:3, 113:23, 114:9,

119:22, 128:5, 128:7,
128:12, 128:14
7:13, 7:15, 7:21, 7:25,
8:13, 8:15, 8:19, 9:5,
9:24, 9:25, 10:2, 13,
10:21, 10:25, 11:7,
11:23, 12:6, 12:7,
13:14, 13:16, 13:20,
15:11, 15:25, 16:5,
17:2, 17:6, 17:8, 9,
18:7, 18:21, 18:23,
19:24, 20:6, 20:10,
20:23, 21:2, 21:6, ,
21:25, 22:12, 22:15,
23:1, 23:11, 23:15,
25:2, 25:5, 25:19,
26:2, 26:3, 26:5, 4,
26:25, 27:2, 27:6, ,
27:15, 28:1, 28:3,
28:18, 28:19, 29:4,
29:14, 29:17, 29:22,
30:4, 30:8, 30:14,
30:24, 30:25, 31:11,
32:2, 32:3, 32:5, 5,
32:23, 32:24, 33:1,
33:24, 34:2, 34:6,
34:14, 34:15, 35:14,
35:25, 36:4, 36:10,
37:11, 37:25, 38:8,
38:17, 38:21, 39:5,
39:23, 40:3, 40:4, ,
41:6, 41:8, 41:10, ,
41:20, 42:1, 42:3, ,
42:23, 43:3, 43:13,
44:5, 44:15, 44:23,
45:21, 45:24, 46:3,
46:15, 46:16, 46:20,
47:9, 47:10, 47:13,
49:16, 49:18, 49:24,
50:22, 50:23, 50:24,

52:7, 52:12, 53:1,
53:21, 53:24, 54:1,
55:7, 55:14, 55:15, :6,
56:6, 56:8, 56:11,
56:20, 56:23, 56:25,
57:24, 58:7, 58:10,
59:11, 59:13, 60:2,
60:22, 61:2, 61:5, ,
61:18, 61:19, 61:22,
62:7, 62:10, 62:15, :6,
63:3, 63:6, 63:7, 63:8,
64:19, 64:22, 64:23,
65:19, 65:24, 66:3,
67:8, 67:10, 67:12,
67:22, 68:2, 68:12,
68:19, 68:21, 68:23,
70:9, 70:23, 71:1,
71:21, 71:22, 72:2,
72:15, 72:22, 73:7,
73:23, 74:2, 74:3,
74:12, 74:13, 74:15,
74:25, 75:1, 75:3, ,
75:25, 76:2, 76:5,
76:20, 77:2, 77:5,
78:14, 78:15, 78:19,
79:15, 79:19, 79:24,
81:18, 81:19, 81:25,
82:17, 82:22, 82:24,
83:12, 83:15, 83:18,
84:9, 84:10, 84:13,
84:23, 84:24, 85:3,
85:11, 85:14, 85:16,
86:7, 86:15, 86:16,
87:1, 87:6, 87:8, 87:9,
88:1, 88:8, 88:10, ,
88:21, 88:22, 89:19,
90:2, 90:3, 90:4, 90:6,
91:6, 91:7, 91:8, 91:9,
91:21, 92:2, 92:15,
93:5, 93:8, 93:9, ,

93:22, 93:25, 94:12,
95:10, 95:20, 95:21,
96:22, 97:8, 97:12,
97:22, 98:2, 98:3, ,
98:20, 98:23, 98:24,
99:19, 99:20, 100:5,
100:16, 100:18, 0:9,
100:24, 100:25,
102:4, 102:12,
102:23, 103:4,
104:8, 104:9, 104:10,
104:15, 104:16,
104:25, 105:8, 105:9,
106:6, 106:9, 106:10,
106:17, 106:20,
107:1, 107:2, 107:9,
107:14, 107:17,
107:22, 108:7, 108:8,
108:20, 108:23,
109:18, 109:23, 9:15,
110:15, 110:20, 0:8,
111:2, 111:5, 111:7,
111:21, 111:22,
112:5, 112:13,
112:23, 112:24,
113:16, 114:1, 114:6,
114:18, 115:10,
115:19, 116:2, 116:4,
116:18, 116:22,
117:4, 117:11,
117:22, 117:23,
118:11, 118:13, 8:6,
119:9, 119:11, 19:6,
119:21, 119:23,
120:15, 120:22,
120:25, 121:5, 121:6,
122:13, 122:16, 22:6,
123:3, 123:4, 123:6,
123:14, 123:15,
123:22, 123:23,

124:21, 125:3, 125:4,
125:12, 126:6, 126:7,
128:13 128:6, 128:9,
10:24, 16:21, 19:12,
53:10, 55:6, 55:23,
94:10, 98:1, 98:8,
that's - 19:15, 27:3,
49:6, 63:18, 65:2,
74:5, 81:5, 88:15,
107:25, 108:5, 108:8,
110:7, 111:19, 116:9,
The - 5:16, 6:1, 7:16,
19:11, 20:4, 20:21,
26:4, 27:18, 29:6, ,
36:15, 37:1, 37:23,
43:17, 44:12, 44:21,
46:18, 51:4, 53:9,
59:5, 59:13, 59:19,
63:20, 64:20, 66:23,
71:22, 72:22, 73:14,
76:16, 77:9, 77:11,
85:18, 85:24, 87:25,
93:11, 97:4, 98:12,
105:13, 105:16,
109:7, 109:23, 110:5,
113:23, 114:13,
117:17, 117:22,
119:6, 120:8, 121:5,
122:14, 122:24,
124:21, 125:1, 125:6,
the - 1:8, 5:16, 6:3,
6:25, 7:8, 7:10, 7:16,
8:2, 8:6, 8:7, 8:19, 2,
9:9, 9:13, 9:21, 10:1,
11:11, 11:13, 11:20,
12:6, 12:7, 12:8, ,
13:4, 13:5, 13:20, ,
14:3, 14:4, 14:5, 14:7,
15:15, 15:18, 15:22,
16:20, 16:25, 17:5,

17:14, 17:18, 17:20,
18:8, 18:11, 18:21,
19:8, 19:12, 19:13,
19:23, 19:24, 20:10,
20:23, 21:2, 21:4, ,
21:17, 21:23, 22:8,
22:14, 22:16, 23:1,
23:13, 23:19, 23:22,
24:3, 24:7, 24:8, 24:9,
24:19, 24:21, 24:22,
25:8, 25:10, 25:13,
25:22, 25:24, 26:2,
27:14, 27:18, 27:19, 9,
28:4, 28:5, 28:6, 28:9,
28:25, 29:2, 29:3, ,
29:10, 29:11, 29:12,
29:18, 29:20, 29:21,
30:6, 30:7, 30:9,
30:20, 30:21, 30:22,
31:9, 31:10, 31:11,
31:16, 31:18, 31:20,
32:14, 32:18, 32:19,
33:6, 33:8, 33:9,
34:1, 34:7, 34:8, 34:9,
34:18, 34:19, 34:20,
35:12, 35:17, 35:24,
36:18, 36:19, 36:22,
37:6, 37:7, 37:12,
37:21, 37:22, 38:3,
38:22, 38:23, 39:1,
39:13, 39:17, 39:18, 6,
39:24, 40:2, 40:3, ,
40:18, 40:19, 40:20,
41:4, 41:6, 41:12,
41:22, 41:25, 42:3,
42:10, 42:11, 42:12, 9,
43:1, 43:5, 43:6, 0,
43:13, 43:14, 43:15,
44:2, 44:3, 44:7, 4,
44:18, 44:19, 44:20,

45:4, 45:5, 45:6, 45:9,
45:14, 45:16, 45:21,
46:14, 46:15, 46:16,
46:22, 46:23, 46:24,
47:16, 47:19, 47:20,
48:12, 49:5, 49:6, ,
49:25, 50:10, 50:13,
50:21, 50:22, 50:23,
51:3, 51:4, 51:5, 51:6,
51:20, 51:23, 51:25,
52:20, 52:22, 52:24,
53:5, 53:6, 53:9,
53:19, 53:21, 53:22,
54:8, 54:9, 54:11,
54:17, 54:22, 54:23,
55:4, 55:5, 55:8, 55:9,
55:15, 55:16, 55:19,
55:25, 56:8, 56:11,
56:17, 56:24, 56:25,
57:20, 57:21, 57:22,
58:6, 58:8, 58:11,
58:25, 59:1, 59:2, ,
59:10, 59:19, 59:21, 9,
60:6, 60:7, 60:8, 60:9,
60:17, 60:18, 60:20,
61:2, 61:4, 61:9, 3,
61:15, 61:19, 61:22,
62:2, 62:3, 62:4, 62:6,
62:12, 62:13, 62:14,
62:18, 62:19, 62:21,
63:5, 63:6, 63:7, 63:8,
63:20, 63:22, 63:25,
64:15, 64:16, 64:17,
64:23, 65:5, 65:7, ,
66:1, 66:3, 66:4, 67:6,
67:11, 67:12, 67:13,
67:22, 67:24, 68:3,
68:18, 68:19, 68:21,
69:12, 69:13, 69:14,
70:4, 70:7, 70:9, 5,

70:16, 70:21, 70:24,
71:11, 71:12, 71:19, 9,
72:2, 72:3, 72:6, 72:7,
72:16, 72:17, 72:19,
73:5, 73:14, 73:17,
74:5, 74:6, 74:8, ,
75:1, 75:3, 75:4, 5,
75:19, 75:20, 75:22,
76:4, 76:5, 76:6, 76:8,
77:1, 77:2, 77:6, 1,
77:19, 77:24, 78:2,
78:18, 78:19, 78:20,
79:1, 79:5, 79:10, ,
80:3, 80:4, 80:5, ,
80:24, 81:3, 81:14,
82:2, 82:5, 82:7, ,
82:23, 83:1, 83:4, ,
83:20, 83:24, 83:25,
84:10, 84:11, 84:21, 9,
85:6, 85:7, 85:8,
85:20, 85:21, 85:22,
86:7, 86:16, 86:17,
87:1, 87:7, 87:9, 5,
87:16, 87:17, 87:20,
88:4, 88:5, 88:6, 88:8,
88:15, 88:19, 88:20,
89:4, 89:5, 89:8,
89:17, 89:20, 89:21,
90:12, 90:13, 90:15,
90:20, 90:21, 90:22,
91:8, 91:9, 91:11,
91:20, 91:21, 91:23,
92:14, 92:15, 92:18,
93:1, 93:7, 93:8, 93:9,
93:18, 93:25, 94:7,
94:17, 94:22, 94:24,
95:6, 95:7, 95:8, 95:9,
95:18, 95:19, 95:21,
96:6, 96:10, 96:16,
97:1, 97:2, 97:7, 3,

97:24, 97:25, 98:2,
98:19, 98:23, 98:24,
99:11, 99:17, 99:25,
100:14, 100:18, 0:13,
101:21, 101:24,
102:9, 102:14, 02:8,
103:11, 103:22,
104:8, 104:9, 104:10,
104:23, 104:24,
105:5, 105:8, 105:10,
105:25, 106:5,
106:19, 106:22,
107:10, 107:11, 07:9,
107:21, 107:22,
107:25, 108:1, 108:3,
108:9, 108:10, 08:6,
108:16, 108:17,
108:21, 108:23,
109:1, 109:2, 109:3,
109:11, 109:16,
109:20, 109:21,
110:11, 110:16, 0:8,
110:24, 111:3, 111:5,
111:11, 111:15, 1:10,
111:22, 111:25,
113:19, 113:21, 3:2,
113:25, 114:2, 114:3,
114:19, 114:23, 4:11,
115:7, 115:10, 115:3,
115:16, 116:2, 116:3,
116:13, 116:14,
117:2, 117:11,
117:17, 117:23,
118:15, 118:16, 8:11,
118:23, 118:24,
119:7, 119:8, 119:14,
119:24, 119:25,
120:11, 120:13, 0:7,
120:16, 120:17,
120:25, 121:4, 121:6,

121:12, 121:16, 1:10,
121:20, 121:22,
122:5, 122:6, 122:7,
122:15, 122:16,
122:19, 122:20,
123:5, 123:6, 123:7,
123:13, 123:15, 3:12,
124:6, 125:6, 125:11,
126:4, 126:7, 127:2,
128:6, 128:7, 128:8,
128:12, 128:13,
their - 14:11, 24:16,
77:20, 78:3, 78:19,
102:20, 118:120:15,
15:22, 17:11, 26:17,
47:20, 54:18, 54:22,
58:7, 59:2, 59:3, 59:9,
73:18, 73:20, 78:1,
99:16, 116:3, 119:25,
themselves - 94:9,
then - 9:21, 14:9,
24:1, 29:24, 32:23,
46:24, 47:6, 51:7, ,
59:22, 60:20, 62:16,
73:21, 75:20, 78:18,
82:13, 85:25, 86:6,
104:7, 104:13, 111:7,
123:7, 126:5, 126:7,
24:14, 24:18, 114:5
15:11, 21:9, 39:10,
68:17, 69:12, 77:25,
100:12, 101:6,
there - 7:25, 9:7,
13:22, 14:18, 18:4,
19:8, 22:8, 22:19,
25:5, 26:20, 27:24,
31:24, 33:8, 34:19,
37:8, 37:10, 37:17,
41:17, 41:24, 42:4,
49:15, 49:17, 50:4,

53:15, 53:17, 53:19,
55:21, 56:24, 58:19,
62:1, 62:2, 63:18,
71:24, 72:6, 72:14,
74:3, 74:20, 77:23,
84:14, 84:17, 85:8,
89:15, 91:24, 92:10,
93:16, 95:10, 100:8,
108:6, 110:14,
116:1, 116:11,
126:63, 125:7, 126:4,
58:22, 73:4, 73:9,
thereabouts - 71:23
39:6, 41:25, 104:23
therein - 127:321
47:9, 72:19, 83:7,
they - 9:17, 9:19,
32:9, 32:20, 33:7,
54:22, 55:4, 55:7,
58:17, 60:2, 60:8,
77:4, 77:18, 80:16,
106:13, 106:16, 3,
124:58, 115:4, 123:8,
16:16, 17:3, 32:1, ,
58:15, 60:4, 71:5,
they'd - 95:9106:21
121:11e - 18:5,
64:22, 88:420, 47:11,
27:23, 31:12, 40:21,
114:2296:13, 108:15,
12:21, 19:7, 28:1,
37:4, 37:10, 51:10,
81:5, 82:15, 85:14, :8,
100:5, 114:23, 4:20,
Third - 1:13, 1:18,
third - 16:25, 19:11,
Third-party - 1:13,
4:17, 4:2, 4:12, 4:14,
127:23 72:22, 84:7,
7:14, 7:22, 8:1, 8:4,

23:1, 23:4, 23:18, ,
26:10, 26:16, 26:24,
27:25, 28:7, 28:10,
30:17, 30:24, 32:6, :3,
32:22, 33:19, 33:20,
37:3, 40:7, 40:13,
46:25, 48:5, 48:11,
52:8, 55:1, 57:17,
58:17, 59:7, 59:20,
63:15, 63:18, 63:21,
64:11, 64:16, 66:8, :9,
69:19, 70:1, 70:2,
73:21, 81:7, 81:11,
84:22, 84:24, 88:1,
93:4, 97:18, 103:16,
105:11, 110:6,
113:6, 114:13,
120:2, 120:25,
123:24, 127:21,
Thoreen - 73:11
Those - 55:2 85:2
12:21, 12:24, 13:1,
14:2, 15:8, 15:12,
19:10, 24:20, 26:17,
35:12, 37:12, 39:13,
52:16, 53:6, 54:12,
72:8, 72:18, 74:23,
80:23, 84:1, 85:18,
88:5, 90:15, 90:25, :4,
95:12, 96:4, 96:13,
99:11, 99:15, 101:7,
102:5, 108:15,
112:12, 114:24,
122:6, 122:9, 123:12,
though - 71:9,
96:15, 119:17, :7,
thought - 55:18,
118:9, 123:23 77:5,
77:25, 83:19, 92:11,
101:13, 101:1801:6,

20

25:18, 26:19, 40:23,
63:8, 64:5, 65:6,
93:5, 95:25, 99:15,
tied - 20:23, 121:11
time - 6:10, 6:21,
11:16, 12:24, 17:20,
29:4, 29:7, 42:23,
48:5, 51:15, 51:23,
64:14, 65:25, 67:12,
81:7, 94:3, 103:14,
110:16, 117:18, 127:3
98:13, 100:18, 110:17
titled - 92:236
7:20, 7:21, 7:25, 8:4,
9:17, 9:18, 9:25, 10:8,
14:11, 14:13, 14:15,
15:3, 15:10, 15:12,
16:23, 18:1, 18:8,
19:22, 20:2, 20:5,
21:8, 21:9, 21:13,
22:17, 23:6, 23:7,
23:25, 24:1, 24:2,
24:10, 24:12, 24:14,
24:22, 26:3, 26:23,
27:12, 27:23, 27:25,
28:20, 29:1, 29:2,
30:25, 31:11, 32:1,
32:20, 32:21, 32:23, 9,
33:11, 33:13, 33:23, 6,
34:14, 34:15, 34:17,
35:15, 35:17, 35:19,
36:13, 36:15, 36:17,
37:16, 38:3, 38:8,
38:16, 38:17, 38:21,
39:5, 39:10, 39:13,
40:4, 40:5, 40:13, ,
41:10, 41:11, 41:12,
42:1, 42:5, 42:7, 1,
43:6, 43:10, 43:12,
45:2, 45:5, 45:9, ,

46:3, 46:22, 46:24,
47:11, 47:15, 47:18,
48:2, 48:14, 50:2, ,
50:24, 50:25, 51:1,
51:25, 52:9, 52:12,
52:24, 53:1, 53:25,
54:11, 54:13, 54:16,
55:9, 55:13, 55:14,
55:25, 56:2, 56:12,
56:21, 56:23, 57:1,
58:5, 58:8, 58:11, ,
59:3, 59:9, 59:11, ,
60:3, 60:6, 60:8,
61:2, 61:3, 61:11, ,
62:7, 62:10, 62:12,
62:19, 62:22, 63:10,
64:8, 64:14, 64:17,
65:15, 65:17, 66:2,
66:14, 66:16, 67:11,
69:1, 69:6, 69:7, 70:2,
71:6, 71:22, 71:23,
72:15, 72:16, 73:13,
74:20, 74:21, 74:22,
75:16, 75:22, 75:25,
76:24, 76:25, 77:2,
78:3, 78:13, 78:17,
80:2, 80:15, 80:16,
81:13, 82:1, 82:7,
83:8, 83:14, 83:20,
84:18, 84:24, 85:11,
89:5, 89:7, 89:8, 88:8,
89:21, 89:22, 89:25,
90:11, 90:12, 90:13,
92:13, 92:16, 92:17,
94:6, 94:7, 94:8,
95:4, 95:5, 95:9, ,
96:19, 96:23, 97:24,
99:5, 99:6, 99:15,
100:3, 100:5, 100:6,
100:22, 101:6,

101:24, 102:3, 102:4,
102:15, 103:4, 02:10,
103:23, 104:7,
105:5, 105:24, 105:4,
106:20, 106:21,
107:22, 108:1, 108:7,
109:1, 109:2, 109:10,
109:25, 110:2, 110:6,
111:7, 111:10, 111:5,
112:22, 112:25,
113:18, 113:19, 3:15,
114:17, 115:2,
116:20, 116:22,
117:13, 118:4,
118:23, 119:12,
119:21, 119:25,
120:10, 120:23, 0:8,
121:24, 121:25,
122:14, 122:16, 2:13,
122:25, 123:3, 123:4,
124:5, 124:15, 24:2,
127:3, 128:6, 128:9,
To - 23:7, 28:25,
50:23, 53:3, 84:2, ,
today - 19:3, 19:5,
40:17, 41:3, 48:12,
110:1578:5, 97:21,
together - 25:6,
66:14, 70:7, 62:6,
27:12, 27:1316,
81:14, 91:2246:21,
92:2 - 45:20, 68:11,
28:20, 29:2, 29:3,
30:7, 31:1, 35:7, 37:5,
47:6, 51:13, 60:11,
75:17, 91:2, 91:3,
122:18, 124:24122:16,
topics - 76:8, 76:22
touched - 90:9
towards - 38:21,

90:20, 94:22 72:12,
94:24ds - 73:3,
6:5er - 4:2, 4:21,
4:20homes - 1:8,
training - 9:12,
transcribed - 128:7
127:2cript - 5:16,
Travelers - 4:21
112:20- 110:15,
24:20, 70:13, 104:11,
Trip - 92:23
98:8, 108:22, 111:1,
128:70, 121:5, 127:4,
try - 38:11, 81:11,
trying - 100:22
tunnel - 20:80
Turn - 21:85:11
76:4 - 18:21, 28:2,
turning - 103:21
Twice - 52:10
Twin - 50:142
two - 12:1, 13:1,
28:4, 28:10, 29:14,
52:16, 56:7, 62:22, :5,
67:7, 85:3, 86:7, 86:8,
98:14, 100:17, 2:11,
120:17, 123:12,
14:24, 15:15, 15:17,
57:22, 63:3, 63:5,
82:16, 83:3, 88:5,
typewritten - 127:2
typically - 114:8
U
Uh - 19:13, 45:19,
97:9, 101:10, 101:12
68:16, 73:867:20,
45:19, 47:5, 69:18,
101:1297:9, 101:10,
67:20, 68:16, 73:8
58:1, 78:15, 91:12,

uncommon -
under - 11:9, 65:14,
122:2, 128:7 112:14,
undergraduate -
underneath - 10:16,
understand - 6:21,
31:16, 34:7, 36:24,
54:22, 54:25, 55:24,
80:2, 83:12, 85:6, ,
101:3, 103:24, 104:7, ,
107:13, 110:1, 111:5,
119:3, 119:622,
68:2, 68:4, 68:6,
80:5, 102:14, 102:23,
107:23, 108:19,
111:9, 112:6, 112:7,
117:11, 118:10,
118:20, 118:21,
119:13, 119:16,
understood - 6:24,
119:25 92:4, 92:15,
unit - 22:1020
10:9ed - 1:1, 8:25,
University - 10:1:13
9:10, 9:11, 9:24,
126:11 - 120:11,
unusual - 94:15,
up - 7:20, 7:21,
34:17, 36:9, 39:1,
60:5, 64:20, 69:8,
90:3, 95:11, 102:6,
116:22, 116:23,
up-to-date - 7:20,
updated - 86:3
44:24, 46:2, 61:22,
89:14, 90:91, 87:17,
use - 44:3, 51:1, 24
106:23 63:12, 68:4,
19:24, 20:13, 25:15,
28:18, 42:20, 57:22,

70:5, 71:25, 84:12,
using - 78:4 104:24
Utica - 4:21
V
109:4, 117:19, 118:7
Van - 4:13:8, 4:9
various - 26:13,
85:25, 103:2585:10,
Veith - 4:4, 79:16,
Vennum - 4:23
verify - 50:10, 5:7
52:24, 52:25, 54:9,
55:22, 55:25, 68:23,
versa - 38:25
20:16, 20:24, 21:22,
vertical - 28:4, 79:4,
104:16, 120:14, :10,
Very - 50:6, 66:21
48:7, 76:14, 78:17,
vice - 38:254, 125:2
109:1- 94:1, 94:2,
Village - 1:8, 4:20
virtually - 94:13,
visit - 23:25, 24:5,
54:24, 55:23, 56:22,
visually - 26:6
vs - 1:5, 1:14, 2:4,
2:10
W
wait - 7:9, 122:255
walk - 93:58:14
walked - 24:7, 24:9,
walls - 19:23, 42:10
32:21, 35:15, 36:9,
38:8, 38:11, 46:1,
101:6, 103:23, 104:7,
wanted - 43:10,
74:22, 77:2, 77:4,
wants - 9:17, 9:18,
was - 6:12, 9:7,

10:20, 11:6, 11:25,
18:13, 20:7, 20:12,
21:4, 21:25, 22:6,
23:11, 23:19, 24:10,
28:4, 29:9, 29:11, ,
30:20, 30:23, 30:24,
33:22, 33:24, 34:2,
39:20, 39:22, 40:3,
43:8, 44:16, 44:17,
45:21, 48:5, 50:13,
50:25, 51:9, 51:15,
53:1, 53:3, 53:15, ,
54:13, 54:20, 54:21,
55:20, 56:13, 56:21,
57:23, 58:1, 58:7, ,
61:3, 61:5, 61:9, ,
62:12, 62:14, 63:2,
64:13, 64:14, 65:9,
70:4, 71:22, 71:24,
76:18, 76:24, 77:1,
77:12, 78:2, 79:5, 7:9,
80:13, 81:1, 81:7,
83:19, 83:22, 86:12,
87:11, 88:1, 88:14,
90:2, 90:15, 90:18,
91:11, 92:17, 92:19,
94:5, 94:17, 95:2,
95:20, 95:25, 96:2,
96:25, 97:2, 97:4, ,
100:1, 100:6, 100:8,
100:13, 100:14,
101:21, 102:3, 102:4,
102:14, 102:15,
103:16, 103:25,
111:10, 111:13,
112:19, 112:24,
115:15, 116:24, 15:3,
117:24, 118:10,
118:17, 118:22,
119:19, 121:6,

122:1, 122:5, 123:15,
124:1, 124:2, 124:5,
128:14, 128:6, 128:7,
15:21, 20:10, 26:20,
68:2, 72:20, 94:15,
wasn't - 62:2, 121:8
Wasn't - 88:10
water - 12:20,
35:15, 35:17, 35:19,
36:10, 36:13, 36:15,
37:17, 37:24, 38:4,
38:18, 38:21, 39:5,
39:21, 39:24, 40:20,
41:24, 42:3, 42:8,
45:5, 45:6, 45:9,
45:14, 50:22, 50:23,
61:18, 62:4, 62:13,
63:2, 63:13, 63:19,
65:13, 65:17, 65:23,
72:10, 72:15, 72:16,
88:8, 88:22, 89:19, :7,
95:19, 97:17, 98:4,
100:23, 106:17,
107:18, 108:16,
111:7, 116:20,
125:5, 125:7, 125:12,
waterproofed -
waterproofing -
11:17, 12:5, 12:8,
15:17, 15:24, 16:1,
17:22, 17:24, 17:25,
20:2, 20:10, 20:13,
22:18, 23:16, 31:11,
35:2, 36:6, 39:17, ,
40:14, 40:18, 40:19,
41:22, 42:6, 42:7, ,
42:20, 61:12, 61:15,
69:3, 70:4, 78:7, ,
78:24, 79:2, 79:11,
98:23, 100:8, 100:11,

100:25, 113:17,
124:24, 125:65,
1:15, 4:12, 20:12,
waters - 62:13
way - 14:6, 14:11,
32:21, 32:22, 34:16,
40:3, 42:12, 42:13,
62:16, 62:17, 62:19,
89:3, 91:19, 96:20,
124:5, 112:24, 119:5,
we - 6:20, 6:24, 7:5,
14:8, 16:17, 16:23, ,
18:6, 18:7, 24:19,
32:22, 33:2, 33:11,
46:23, 46:24, 50:20,
53:24, 53:25, 54:1,
58:17, 63:15, 65:3,
72:5, 72:22, 72:23,
78:22, 81:1, 99:21,
112:16, 116:1, 121:21
32:21, 37:16, 43:10,
72:14, 78:17, 116:5
we'll - 30:14
58:16, 99:12 55:12,
120:15- 27:22, 49:5,
126:4t - 36:16,
48:11, 67:24, 68:2, 7,
well - 12:17, 20:23,
43:21, 43:25, 45:6,
50:24, 57:3, 80:4,
108:3, 120:10, 123:21
61:7, 81:25, 51:15,
10:17, 13:6, 14:25,
19:24, 20:5, 20:22,
21:23, 23:4, 23:6,
23:21, 24:16, 24:24,
28:15, 29:14, 32:8,
47:23, 49:24, 50:3,
53:17, 53:18, 53:19,
54:1, 54:17, 54:22,

55:11, 55:14, 55:15, 9,
61:11, 61:17, 65:3,
74:3, 74:13, 74:15,
76:11, 77:19, 78:5,
84:23, 85:3, 85:21,
90:1, 91:9, 91:12, ,
92:10, 92:15, 96:20,
100:11, 100:12, 7,
104:25, 106:18,
114:21, 115:4,
Were - 12:17, 19:9,
54:19, 64:8, 64:25,
93:4, 94:15, 115:14
West - 1:23, 4:11,
Westfield - 1:3, 4:22
19:19, 21:2, 21:13,
24:5, 24:12, 30:20,
46:25, 47:2, 48:18,
51:9, 52:2, 52:22,
66:22, 67:10, 68:19,
76:24, 77:23, 78:2,
90:11, 97:15, 101:15,
what - 6:25, 7:5,
12:19, 14:10, 16:15, 7,
21:25, 23:18, 23:19,
26:23, 27:11, 27:22,
33:2, 33:4, 33:6, 33:7,
37:15, 38:15, 38:16,
40:22, 41:11, 41:16,
44:11, 45:24, 46:3,
50:13, 50:19, 51:17,
55:23, 56:23, 57:23,
61:22, 62:9, 63:10,
69:19, 70:16, 70:18,
72:5, 73:22, 74:21,
77:4, 84:3, 86:19, ,
91:20, 92:18, 93:16,
98:20, 102:6, 102:9,
106:18, 109:3,
111:2, 111:8, 111:9,

115:4, 115:7, 115:8,
121:16, 122:1,
80:1, 84:9, 88:3, 97:7
13:5, 25:24, 27:5, ,
Whatever - 39:20
8:11, 32:18, 36:9,
116:2344:20, 100:24,
When - 9:25, 21:17,
43:23, 45:20, 51:15,
80:8, 80:9, 81:1,
when - 15:7, 18:9,
41:15, 50:16, 51:19,
55:24, 58:12, 62:6,
75:4, 90:12, 94:6, ,
111:2, 112:16, 7:13,
where - 9:16, 11:12,
28:15, 37:5, 42:11,
54:17, 56:2, 56:4,
57:2, 58:19, 58:25,
78:10, 78:25, 79:1,
87:12, 90:20, 95:18,
116:13, 116:18, 8:1,
Where - 15:7, 50:13:6
Whether - 69:10,
whether - 23:11,
31:24, 32:2, 32:5, ,
33:10, 33:19, 33:22,
34:6, 36:4, 36:8,
43:10, 43:11, 50:23,
53:3, 53:25, 54:2,
63:5, 68:13, 78:6, ,
83:13, 83:24, 85:20,
91:23, 94:4, 96:8, ,
99:6, 100:24, 101:20,
108:14, 109:20,
116:9, 121:14, 126:1,
Which - 126:3
15:21, 19:9, 21:8, ,
26:20, 27:6, 28:25,
49:12, 51:19, 61:17, 9,

76:4, 77:13, 81:2,
103:21, 104:4, :8,
119:13, 120:3, 122:6,
whichever - 123:11:16
Who - 51:25, 66:18,
122:5, 122:16 92:2,
14:4, 14:7, 15:15,
69:13, 69:22, 77:7,
96:2, 96:25, 97:4, ,
118:22, 119:13,
whoever - 95:9, 128:9
whole - 66:1, 88:4,
Why - 14:21, 31:6,
64:19, 70:12, 72:2,
75:6, 75:13, 92:13,
why - 20:5, 35:23,
56:20, 61:7, 75:4,
98:16, 77:2, 95:20,
will - 6:20, 6:24,
19:4, 30:1, 30:6,
36:17, 39:5, 48:13,
72:4, 72:24, 74:25,
81:11, 99:22, 106:20,
William - 1:20, 4:13,
127:2, 127:22, 128:5,
6:2, 127:23, 128:3,
wind - 20:22, 65:17
Wiss - 27:189, 33:9
11:16, 12:14, 12:20,
14:21, 16:17, 17:8,
19:22, 20:2, 20:9, ,
23:15, 24:1, 24:8, ,
28:21, 29:2, 30:4,
32:19, 32:24, 34:1,
42:5, 45:4, 45:9, 46:8,
52:22, 52:25, 53:24,
57:21, 58:5, 59:3,
66:2, 66:13, 67:1, ,
69:8, 69:23, 70:4,
73:22, 74:21, 75:17,

80:16, 80:25, 81:4,
85:4, 93:4, 97:21, ,
101:20, 102:2, 103:1,
105:4, 106:10, 05:1,
107:4, 107:7, 107:9,
109:11, 109:21,
111:10, 111:14,
112:13, 112:17,
114:14, 117:13,
121:17, 124:3, 20:24,
With - 53:5, 118:6
within - 84:1, 94:9,
128:4 113:23, 124:7,
without - 115:2
witness - 6:12, 4
128:14 128:6, 128:8,
26:4, 29:8, 36:4, 37:1,
59:5, 59:13, 59:21,
77:9, 77:11, 79:18,
87:25, 89:9, 89:13,
105:16, 107:17,
111:13, 113:23, 10:5,
117:22, 118:8,
120:8, 121:5, 121:14,
123:21, 124:21,
126:14, 128:15 126:1,
won't - 14:17, 49:11
words - 25:18,
37:22, 42:10, 44:8,
89:24, 117:25, 121:11
11:18, 11:20, 12:4,
13:2, 14:24, 15:4,
21:9, 23:19, 34:10,
63:21, 65:24, 68:13,
79:15, 79:23, 80:4,
113:17, 113:18, 3:15,
114:2, 114:6, 114:8,
114:17, 114:18,
worked - 13:1, 119:7
17:20, 18:12, 18:16,

50:7, 57:17, 58:17,
77:24, 78:1, 78:10,
103:5, 81:21, 81:23,
13:5, 13:10, 23:1,
53:24, 76:9, 76:12,
works - 59:2
worst - 24:21, 72:2,
Would - 7:13, 14:11,
29:5, 35:14, 45:8,
60:12, 64:16, 75:13,
124:21 108:7, 119:17,
9:9, 11:9, 11:10,
13:19, 14:4, 14:7, ,
17:16, 18:11, 25:3,
28:11, 28:19, 29:22,
31:6, 31:9, 31:20,
32:8, 32:11, 32:12,
34:7, 34:8, 34:23,
46:3, 46:25, 47:2,
47:16, 48:21, 49:3,
56:11, 57:6, 57:17,
59:23, 59:25, 60:4,
65:11, 68:4, 68:13,
75:1, 75:17, 75:19, :5,
76:21, 77:5, 78:13,
79:15, 80:14, 80:16,
87:6, 88:16, 89:4,
90:5, 90:19, 94:18,
96:15, 96:16, 96:18,
104:15, 104:17, 0:24,
108:12, 109:1, 108:6,
119:23, 120:8, 123:8
wouldn't - 42:13,
76:2, 87:25, 94:4,
writing - 92:22
wrong - 41:194
wrote - 86:19
X
X - 5:1
Y

9:13, 17:17, 17:18,
years - 9:4, 9:5,
13:1, 13:3, 17:9, 18:9,
yes - 19:4, 21:19,
51:24, 59:5, 65:13,
78:9, 78:12, 95:7, ,
101:12, 105:3, 118:6,
Yes - 7:24, 8:14,
15:6, 15:20, 16:12,
21:1, 21:12, 22:10,
26:12, 26:14, 27:8,
30:6, 31:23, 33:1, ,
35:21, 35:22, 37:1,
41:23, 42:18, 43:2,
45:1, 45:17, 46:7,
49:25, 51:14, 52:18,
56:6, 56:10, 56:16,
58:24, 60:19, 65:20,
72:9, 72:11, 73:8, ,
76:19, 77:18, 79:22,
82:20, 86:5, 86:14,
91:11, 92:25, 93:3,
97:14, 97:20, 98:1,
101:2, 101:5, 102:24,
105:13, 106:4, 106:8,
111:24, 116:17,
120:20, 122:12,
You - 10:21, 29:13,
42:3, 46:14, 68:23,
75:15, 75:22, 76:5,
78:7, 81:16, 83:15,
93:15, 94:21, 98:15,
106:9, 110:17, 04:19,
114:21, 119:90,
6:25, 7:1, 7:4, 7:12,
8:9, 8:17, 8:22, 8:24,
10:10, 10:17, 10:23, 6,
12:10, 12:17, 13:6,
14:21, 14:24, 15:3,
16:5, 16:11, 16:13,

18:12, 18:16, 18:18,
20:5, 20:13, 21:13,
22:2, 22:19, 22:20,
23:14, 23:18, 23:19,
24:23, 24:24, 25:5,
25:15, 25:17, 25:18,
26:15, 26:20, 26:23,
27:24, 28:7, 28:9,
29:4, 29:5, 29:10, ,
30:8, 30:16, 30:23,
32:11, 32:14, 32:15,
33:4, 33:13, 33:16,
34:4, 34:11, 34:17,
35:14, 35:15, 35:18,
36:15, 36:24, 37:4,
38:8, 38:11, 38:16,
39:18, 40:10, 40:13,
41:2, 41:3, 41:8, 41:9,
42:13, 42:16, 42:19,
44:3, 44:8, 44:15, ,
45:24, 46:1, 46:2,
47:6, 47:8, 47:15,
48:12, 48:14, 48:16,
50:3, 50:7, 50:10,
51:19, 51:20, 52:4,
52:19, 52:22, 53:17,
54:25, 55:12, 55:14,
56:11, 56:17, 56:20,
57:16, 57:24, 58:19,
59:25, 60:16, 61:2,
61:17, 61:22, 62:6,
62:21, 63:7, 63:10,
64:6, 64:8, 64:11,
65:19, 66:3, 66:7,
67:2, 67:6, 67:10,
68:23, 68:25, 69:6,
70:3, 70:7, 70:8,
72:3, 72:4, 72:8, 3,
73:9, 73:11, 73:15,
73:22, 74:4, 74:13,

75:20, 75:25, 76:5,
76:11, 76:13, 76:14,
77:15, 77:23, 78:6,
78:14, 78:15, 78:25,
79:20, 79:23, 79:24,
81:6, 81:16, 81:17,
82:11, 82:14, 82:22,
83:12, 83:23, 83:25,
84:24, 85:2, 85:3,
85:25, 86:1, 86:4,
86:15, 86:19, 86:22,
87:11, 87:12, 87:16,
89:4, 89:24, 90:1,
90:25, 91:9, 91:16,
92:10, 92:13, 92:24,
93:24, 94:6, 94:8,
95:18, 95:20, 95:24,
96:8, 96:15, 96:19,
97:12, 97:21, 97:24,
99:5, 99:11, 99:16,
101:6, 101:7, 101:15,
101:20, 102:1, 102:6,
103:5, 103:8, 103:10,
104:18, 104:21,
106:9, 106:25, 107:1,
107:21, 107:25, 7:13,
108:13, 109:1, 08:10,
110:1, 110:8, 110:15,
111:15, 111:18,
112:19, 112:20,
113:12, 113:18,
114:24, 115:1, 115:2,
116:1, 116:3, 116:6,
116:16, 116:24,
117:15, 117:16, 17:6,
119:9, 119:12, 18:20,
119:23, 120:10,
122:3, 122:4, 122:5,
122:23, 123:11,
124:1, 124:6, 124:21,

125:18, 126:5, 126:7,
you'd - 26:20
99:201 - 18:21, 28:2,
You're - 86:24,
you're - 7:20, 13:10,
35:19, 38:7, 38:15,
49:2, 65:4, 76:17, ,
105:11, 106:3, 01:13,
113:18, 114:17,
You've - 98:22
12:23, 13:14, 16:8,
18:21, 19:2, 19:6,
27:22, 28:23, 46:8,
78:10, 80:24, 83:2,
105:4, 110:14, 111:8,
your - 6:16, 6:18,
11:2, 12:10, 13:19, 13,
23:14, 23:19, 24:5,
27:9, 27:23, 28:2,
37:10, 39:16, 41:15,
42:23, 43:3, 43:6, ,
46:23, 47:8, 47:22,
51:25, 57:20, 58:4,
63:21, 65:4, 65:21,
68:14, 70:7, 71:17,
76:25, 78:2, 79:23,
82:11, 82:15, 83:2,
86:1, 86:4, 86:12, ,
87:17, 88:18, 89:10,
92:2, 92:4, 92:5, 92:8,
94:1, 94:2, 95:15,
97:15, 99:18, 99:19,
100:16, 100:20, 0:6,
102:13, 102:14, 01:4,
103:10, 103:14,
104:23, 105:23,
106:18, 107:23,
109:18, 110:7,
112:13, 113:15, 12:5,
114:18, 116:18,

118:10, 118:13,
119:13, 119:17,
123:2, 124:14, 124:23
yourself - 18:12,
34:20, 42:19, 68:23,
Yup - 6:2315
yup - 18:24
Z
Zurn - 56:18, 56:21,
57:1, 57:16, 58:1