**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

**PROPOSED SPECIAL VERDICT**

We, the Jury, impaneled and sworn for trial of the above-entitled action, do hereby answer the questions submitted as follows:

1. Did Weis Builders, Inc. breach its contract with Promenade Village with respect to the design or construction of the Promenade Oaks apartments?

Yes ____ No ____

*If your answer to Question No. 1 was "No," then please skip to Question No. 3. If your answer to Question No. 1 was "Yes," then answer Question No. 2.*

2. Was Weis Builders, Inc.'s breach of its contract with Promenade Village a direct cause of Promenade's damages?

Yes ____ No ____

*Regardless of your answers to Questions Nos. 1 and 2, you <u>must</u> answer Question No. 3.*

3. Did WBE breach its contract with Weis with respect to the construction of the Promenade Oaks apartments?

Yes ____ No ____

*If your answer to Question No.3 was "No," then please skip to Question No.5. If your answer to Question No. 3 was "Yes," then answer Question No.4.*

4. Was WBE's breach of its contract with Weis a direct cause of the damages sustained to the Promenade Oaks apartments?

Yes ____ No ____

*Regardless of your answers to any of the previous Questions, you <u>must</u> answer Question No. 5.*

5. Did J-Berd breach its contract with Weis with respect to the design and construction of the drainage system in the courtyards of the Promenade Oaks apartments?

Yes ____ No ____

*If your answer to Question No. 5 was "No," then please skip to Question No. 7. If your answer to*

*Question No. 5 was "Yes," then answer Question No. 6.*

6. Was J-Berd's breach of its contract with Weis a direct cause of leakage at the Promenade Oaks?

Yes ____ No ____

*Regardless of your answers to any of the previous Questions, you must answer Question No. 7.*

7. Were any of the following parties at fault with respect to the design or construction of the courtyards at Promenade Oaks, the materials used in the courtyards, or the repairs made in the courtyards?

| | | |
|---|---|---|
| a. | Promenade Village Townhomes | Yes___ No___ |
| b. | ESG Architects | Yes___ No___ |
| c. | Weis Builders | Yes___ No___ |
| d. | Waterproofing by Experts | Yes___ No___ |
| e. | J-Berd Mechanical | Yes___ No___ |
| f. | CETCO | Yes___ No___ |
| g. | Chris Craft | Yes___ No___ |

*If your answer to Question No. 7 was "Yes" as to any of the listed parties, then answer Question No. 8.*

8. With respect to **ONLY** those parties as to whom you answered "Yes" to Question No. 7, was the fault of any such party a direct cause of harm to Promenade Village or its property?

| | | |
|---|---|---|
| a. | Promenade Village Townhomes | Yes___ No___ |
| b. | ESG Architects | Yes___ No___ |
| c. | Weis Builders | Yes___ No___ |
| d. | Waterproofing by Experts | Yes___ No___ |
| e. | J-Berd Mechanical | Yes___ No___ |
| f. | CETCO | Yes___ No___ |
| g. | Chris Craft | Yes___ No___ |

9. With respect to **ONLY** those parties as to whom you answered "Yes" to Question No. 8, taking the total fault of all such parties to be 100%, what percentage of negligence do you attribute to each party:

| | | | |
|---|---|---|---|
| a. | Promenade Village Townhomes | | _________% |
| b. | ESG Architects | | _________% |
| c. | Weis Builders | | _________% |
| d. | Waterproofing by Experts | | _________% |
| e. | J-Berd Mechanical | | _________% |
| f. | CETCO | | _________% |
| g. | Chris Craft | | _________% |
| | | **TOTAL** | **100 %** |

*Regardless of your answers to any other Questions, you must answer Question Nos. 10 and 11.*

10. What sum of money, if any, will fairly and adequately compensate Promenade Village for the loss of revenue, if any, as a direct result of the water leakage from the date of the Project's completion until the date GID purchased Promenade Village?

$_______________

11. What amount of money will reasonably compensate Promenade Village for the cost of repair and/or diminished value, if any, arising as a direct result of water leakage at the Promenade from the date of its completion to the date GID purchased the Promenade?

$_______________

*Answer Question 12 if, and **ONLY** if, you answered "Yes" to Question No. 2:*

12. What portion, if any, of the sum of Questions 10 and 11 was a direct result of the breach of contract by Weis?

$_______________

*Answer Question 13 if, and **ONLY** if, you answered "Yes" to Question No. 4 and filled an amount in response to Question 12:*

13. What portion of the amount, if any, set forth in answer to Question No. 12 was a direct result of the breach of contract by Waterproofing by Experts. Note: the total of the amounts listed in response to Questions No. 13 and 14 may be less than or equal to (but cannot exceed) the amount stated in Question No. 12.

$______________

*Answer Question 14 if, and **ONLY** if, you answered "Yes" to Question No. 6 and filled an amount in response to Question 12:*

14. What portion of the amount set forth in answer to Question No. 12 was a direct result of the breach of contract by J-Berd Mechanical. Note: the total of the amounts listed in response to Questions No. 13 and 14 may be less than or equal to (but cannot exceed) the amount stated in Question No. 12.

$______________

Date: ______________________

Time:______________________

______________________________
Foreperson