# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

**WITNESS LIST**

Case Number:00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| Joan Ericksen | Mark A. Gwin<br>Andrea E. Reisbord/ | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Berc & Fox representative - certified public accountant. |
| | | | | | Mike Blaskowski: Mr. Blaskowski is the general manager for J-Berd and has knowledge and information as it relates to the draining system designed and installed at the Promenade. |
| | | | | | Stacy Byrd (Expert): National products manager for Colloid and inventor of Swelltite. Mr. Byrd=s expected testimony will be relating to the application of Swelltite, its installation and its performance. |
| | | | | | Mary Bujold (Expert): Real estate broker and market feasibility consultant. |
| | | | | | Mike Bruiski: Construction staff for Weis at the Promenade. Mr. Bruiski is expected to testify regarding the day-to-day construction operation at the Promenade. |
| | | | | | Patrick Carpenter: Mr. Carpenter is the vice president of Construction Products. Mr. Carpenter is expected to testify about the history of Colloid, its waterproofing and the application of Swelltite. |
| | | | | | Timothy Charboneau: Mr. Charboneau is a consultant hired by GID and is expected to testify regarding waterproofing repairs. |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Lisa Dahl: Ms. Dahl was employed by Healey Ramme during the relevant time period and information regarding water damage to the Promenade. |
| | | | | | Peter Desai: Mr. Desai is the president of Weis Builders and has knowledge and information regarding the construction of the Promenade. |
| | | | | | Kermit Duncan: Inspection Services, KKE Architects, Inc. Mr. Duncan has knowledge and information regarding the design and construction of the Promenade |
| | | | | | Gramps Enebak: |
| | | | | | John Feges: Mr. Feges is the former contract administrator for the architect on the Promenade project and has information regarding the design and construction of the Promenade. |
| | | | | | Chad Filek: Mr. Filek is the field operation manager for J-Berd and has knowledge and information regarding the drainage system installation. |
| | | | | | John Gorder: City of Eagan Engineer |
| | | | | | William Hanuschak: Mr. Hanuschak is a structural engineer hired by Promenade to oversee the construction of the project. |
| | | | | | Phillip Jaffe: Mr. Jaffe is the sales agent hired by the Promenade for its sale. |
| | | | | | Curt Johnson: Owner of J-Berd. Mr. Johnson is expected to testify regarding the installation of the drainage system at the Promenade. |
| | | | | | Dean Kiewel: Accessible building consultants. Mr. Kiewel is an architect that reviwed the drawings of BRW Elness. |
| | | | | | Ann Kimball: Former property supervisor at the Promenade from 1996 to 1998. Ms. Kimball has information regarding the water damage sustained at the Promenade. |
| | | | | | Robert Kudder (Expert): Mr. Kudder will render opinions regarding the issue of liability as it relates to water |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | damage. |
| | | | | | Leslie Lawson: Superintendent for Weis Builders. Mr. Lawson is expected to testify regarding the construction of the Promenade and subsequent water repairs and issues. |
| | | | | | Alan Lierness (Expert): Appraiser. |
| | | | | | Christine McAndrews: Current property manager at the Promenade. |
| | | | | | Michael Manzella: Assistant superintendent/field engineer for Weis Builders. Mr. Manzella is expected to testify regarding the construction of the Promenade and subsequent water related issues. |
| | | | | | Curt Mareno: Construction staff for Weis at the Promenade. Mr. Bruiski is expected to testify regarding the day-to-day construction operation at the Promenade. |
| | | | | | Stephen Messerich: Owner of Waterproofing by Experts. Mr. Messerich is expected to testify regarding the installation of waterproofing at the Promenade and subsequent water related issues. |
| | | | | | John Mikesh: Mechanical engineer hired for work at the Promenade. Mr. Mikesh has information regarding the construction of the Promenade and its subsequent water related issues. |
| | | | | | Gary Nelson: Mr. Nelson is an employee of Weis Builders and is expected to testify regarding subsequent water related issues at the Promenade. |
| | | | | | Thad Palmer: Mr. Palmer is an employee of GID who purchased the Promenade from Healey Ramme. Mr. Palmer is expected to testify as to the value of the Promenade and any and all repairs necessary. |
| | | | | | Peter Ramme: Part owner of the Promenade. Mr. Ramme has knowledge and information with respect to the design of the Promenade, its construction and subsequent water related issues. |
| | | | | | Greg Ribich: Mr. Ribich is the CFO for Healey Ramme and has knowledge and information regarding the subsequent water related issues. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Carolyn Roby: Ms. Roby is an employee of Healey Ramme and has knowledge and information regarding subsequent water related issues at the Promenade. |
| | | | | | Jeffrey Schuh (Expert): Mr. Schuh is an expert hydrologist and is expected to testify regarding water related issues at the Promenade. |
| | | | | | Dale Schoeppner: Senior building inspector for the City of Eagan. Mr. Schoeppner is expected to testify regarding any building code violations at the Promenade specifically relating to the plaza areas. |
| | | | | | Thomas Suter: Mr. Suter is an independent representative for Colloid. Mr. Suter is expected to testify regarding the application and installation of Swelltite waterproofing. |
| | | | | | Alan Thoreen: Foreman for Waterproofing by Experts. Mr. Thoreen is expected to testify regarding the installation of waterproofing at the Promenade. |
| | | | | | Jim Timm: Employee of the architect. Mr. Timm is expected to testify regarding the design and construction of the Promenade project. |
| | | | | | Charles Vandeburg: Employee of GID. Mr. Vandeburg is expected to testify regarding all information considered in the purchase of the Promenade from the Healey Ramme. |
| | | | | | Frank Varak: Former independent representative for Colloid. Mr. Varak is expected to testify regarding the installation and application of Swelltite waterproofing. |
| | | | | | Kirk Velett: Employee of architect. Mr. Velett was the project manager for the architect. |
| | | | | | Andrew Verrall: Director of research and development at Chris Craft. Mr. Verrall is expected to testify regarding the water soluble film applied to the Swelltite waterproofing product. |
| | | | | | Cassie Warner: CFO, Weis Builders |
| | | | | | Thomas Weber: Consulting architect hired by the Promenade. Mr. Weber is expected to testify regarding the design and construction of the Promenade. |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Terry Weiderhoff: Mr. Weiderhoff is a former employee of the Promenade overseeing service contracts, waste removal and general upkeep and maintenance. |
| | | | | | John Wiegand: Independent sales representative for Colloid. Mr. Wiegand is expected to testify regarding the installation and application of Swelltite waterproofing. |
| | | | | | Thomas Yogan: Mr. Yogan is marketing manager for Chris Craft. Mr. Yogan is expected to testify regarding the water soluble film applied to the Swelltite waterproofing. |
| | | | | | Todd Bogenrief: Mr. Bogenrief is marketing manager for Chris Craft. Mr. Bogenrief is expected to testify regarding the water soluble film applied to the Swelltite waterproofing. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Promenade Tenants: They will testify regarding tenant issues. Those individuals are as follows:<br><br>Gerald Walen<br>Ben Gong and Fang Yuan<br>Andy and Joy Elliott<br>Frank C. Dupuy<br>Mahboober Rahman____<br>Daniel Sherlock<br>Cathie Walstad<br>Sue Farmer<br>Ro__ and Suzanne Vaic<br>Robbin Ghere<br>Perry Wawardven<br>Dallas Boe<br>Jeremy Tagga<br>Jim Mitchell<br>Jeff Hartf_n<br>Richard J. Clarke<br>Joan Bruns<br>Powers<br>Shane Williamson<br>LeRoy Campen<br>Lisa Ramme Christian Tape_ox |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Roger and Cathi Haelbarth<br>Kennedy<br>Larry Savders<br>Chris Johnson<br>Tim Stoebe<br>Paula Stelter<br>Hinze=s<br>Rouchard<br>Nancy Wheelod<br>Scott Sijan<br>Jim Powell<br>Harn Eckrote<br>Michelle Burright<br>David and Christine Jacobs<br>Sharon Hermoza<br>Gardiner<br>Mark French<br>Jill Effertz<br>William J. Thomas<br>Nola Wright<br>Lynn Peterson<br>Jim Monis<br>Rick and Barb Hollingsworth<br>John and Lorraine Joseph<br>John C. Peterson<br>Thomas Williams<br>Bob and Lynda Kneisden<br>Jason Severtson<br>Du Four<br>James A Hummel<br>Mr. and Mrs. Slegal<br>Dr. Stepphen Smith and Ms. Teresa Maki<br>Graham Aschenbrenner<br>Jim Trollen<br>Carl and Gari Jo Jordan<br>Herman and Vera Bole<br>Shawna Van__kel<br>Tara King_sy<br>Ronal M_uzolf Gunderson<br>Browne<br>Michael Sen__<br>Tom and Penny Peterson<br>Dols |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Marssha__<br>Penny Barst__<br>Fred Nou__akhsh<br>AnJanette DeC__reaux<br>Douglas Hartfom<br>Terri Paige__<br>Dean and Rhonda Ohlhues<br>Irja Hetzel<br>F. Jun<br>Shawn Na__s<br>Bob Procabci<br>Tammy Wa__<br>Justine Sleeze_<br>Marco H. Santoyo<br>Luuch Warielle<br>J. Broschk<br>Margie Schmitz<br>Wagner<br>Irya Hetzel<br>AE Massmany, MS<br>Jim and Holly Fann<br>Richard and Lenora Volk<br>Steve and Shawn Barry<br>Rick and Angie Mobley<br>Jan Moies<br>Gina Scaglione<br>Jullie DeBruin<br>Kent and Karen Huret<br>Susan Rogers<br>David Ames<br>Sue Rush<br>Ken Haglind<br>A De Coudreaux<br>Miguel Guzmon<br>Maximilian Locher Tara Kingsley<br>Kristine Straub<br>Erik Lovoly<br>Wayne Marshall<br>Elena Blaisdell<br>Jan Roehrish<br>John Pele__<br>Richard Clarke<br>J. Powell |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gloria C. Arneberg<br>Scott Boehart<br>Irena Pope<br>T. Waoh<br>M. Bedenbender<br>Ralindsey<br>Cynthia Davis<br>Dan Madsen<br>John Hardt<br>Joh and Lorraine Joseph<br>Bolin<br>Robert Pfenning<br>Ken Hagland<br>Nancy Wheeloch<br>Karen Coffey<br>Brian Messer<br>Hola Wright<br>R. Hockin<br>Patricie Toree<br>Bruce Mehlhop<br>Marco Santogo<br>Cynthia Davis<br>Dave Koecheler<br>Tom Dodge<br>Anamaria Pliego<br>Jim and Peggy Driver<br>P Tovee<br>Bud Tompkins<br>Julius Broschle<br>S. Rodgers<br>Vance Holtzman Akel Sasso<br>Nil Ludwig<br>L Taller<br>Bill and Dawn Mohr<br>E Kertun<br>S. Haynes<br>Marya Tomizik<br>Cameron Harris<br>Ben Skaar<br>Chuck Love<br>Jessica Schewe<br>Skaar<br>Amya Marcellus Spears |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Jeremy Aufderheide and Michael Lomker<br>Howard D. Valandra<br>J. Haucock<br>M. Bendenbender<br>Jason Holt<br>Annie Frederickson<br>Fullers<br>Steve Chandler<br>Trudy Jaquith<br>Irya Hezel<br>____ L. Roberts<br>Ben Skaar<br>Linda Podojil<br>Hmee Hokwa<br>Spears<br>Marco Santoyo<br>J. Adachi<br>Zach Ryan<br>Tom Moman<br>Trudy Jacquith<br>Ross and Tami Phillips<br>Bobbi Theel and Gireg Grallvway<br>Howard Valandra<br>Bill Pearson<br>Ron Hansen<br>Shana and Ben<br>Jim Beardsley Bruce Jensen<br>Michael Armisksi<br>Troy Mach<br>Jason Seepino<br>David Yanez<br>Michelle and Darin Qunt<br>Jennifer Lee |
| | | | | | Any witnesses listed by other parties. |
| | | | | | Any witnesses needed for foundation, impeachment or rebuttal. |

**BROWN & CARLSON, PA**

By: ______________________________

G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950

*Counsel for Fourth Party Defendant Chris Craft Industrial Products, Inc.*

Dated: September 2, 2004.