UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

Civil File No. 00-CV-987 JNE/JSM

**WEIS BUILDERS' REQUESTED VOIR DIRE**

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

Under Local Rule Rule 39.1 and order of the court, defendant and third-party plaintiff Weis Builders submits the following questions for voir dire and respectfully requests that these questions be asked of the jury panel.

1. Are you familiar with the Promenade Oaks apartments, now known as Windosr at Promenade
2. Have you ever been to the Promenade Oaks apartments
3. Have you ever lived at the Promenade Oaks apartments
4. Do you know anyone who has lived at the Promenade Oaks apartments
5. Are you a homeowner

   - If so, how long have you been a homeowner
   - When did you purchase each home that you have owned
   - In what cities have you owned a home
   - Have you ever had a home built for you
6. Have you ever rented an apartment or townhome
7. Have you ever worked with a builder

- If so, describe your experience and the circumstances

8. Have you ever worked with an architect

   - If so, describe your experience and the circumstances

9. Are you, or have you ever been, in the property development business

   -If so, please describe your experience

10. Are you, or have you ever been, in the business of either purchasing or selling apartment buildings or townhome buildings.

    -If so, please describe your experience

11. Are you, or have you ever been, an appraiser

    - If so, please describe the type of work that you performed

12. Have you been a renter within the last ten years

    -If so, please describe your experience as a renter during that time frame

13. Have you lived in a rental complex in Eagan other than Promenade Oaks apartments; if so, where

14. Have you ever worked at a rental property

    - If so, please state in what capacity and describe your experience

15. Have you ever owned a rental property

    -If so, please state the type of property, where it was located and describe your experience

16. Are you an architect or engineer

17. Are you, or have you ever been, a general contractor or subcontractor

18. Have you ever been a plaintiff or a defendant in a lawsuit

    - If so, were you plaintiff or defendant

- what type of suit was it

- if the matter went to trial, was it before a judge or a jury

-are you satisfied with the result of the suit

- do you feel that the trial was fair and that you received fair treatment

- despite your previous experience in litigation, will you be able to decide this case solely on the evidence presented and the instructions from the court

19. Has anyone in your family or anyone else you know been involved in a lawsuit

- If so, what kind of suit was it

- do you believe that your friend or family member received fair treatment during the litigation

20. Have you ever been on a jury before

-If so, when

- where did you serve

- on what type of case(s) did you serve

- describe your experience as a juror

-will anything from your prior experience impact your ability to decide this case based on the evidence presented and the court's instructions

21. Have you ever been a witness in a lawsuit

- If so, what type of case

- Did you testify in court

-Will your experience as a witness impact your ability to decide this case based on the evidence presented and the court's instructions

22. What is your occupation

- how long have you worked there

- what are your job duties

-what other work experience do you have

23. Will you follow the law and the instructions of the court even if you might disagree with them

24. Do you have any reason to believe that you would not be fair in deciding this case

Dated: __September 3, 2004

__s/ Chad J. Stepan__________
Michael D. Hutchens # 167812
Chad J. Stepan. #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

and

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

***Attorneys for Defendant and Third-Party Plaintiff Weis Builders, Inc.***

/1159201