UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

Civil File No. 00-CV-987 JNE/JSM

**WEIS BUILDERS' LIST OF ANTICIPATED DEPOSITION TESTIMONY**

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

Under Local Rule Rule 39.1 and order of the court, defendant and third-party plaintiff Weis Builders submits the following deposition testimony as testimony that may be read at trial in the event that the witnesses are not present or are otherwise unavailable to testify. Weis Builders respectfully reserves the right to amend, delete, or add to this deposition testimony depending upon the evidence adduced at trial.

1. Thaddeus Palmer

Pages: 1,2,3,4,8,9,10,11,12,13,14,15,16,18,19,20,21,22,23,24,25,26,27,28,30,31,32,37 (lines 13-20),38,42,43,44,59 (lines 24-25), 66,68 (lines 13-18), 73 (lines 18-25), 76, 77, 79, 80, 81, 82, 84 (lines 13-25), 85, 88, 89, 90, 91, 92, 95, 96, 97, 98, 99, 100, 101, 103, 104, 105, 106, 107, 108, 110, 111, 114, 115, 117,119, 120, 126, 127, 128, 129, 130, 131, 134, 135, 136, 137, 139, 140, 141, 142, 145, 146, 147, 148, 149, 150, 154 (lines 22-25), 155 (lines 1-7), 158, 159, 160, 161, 162, 163, 168 (lines 22-25), 169 (lines 1-13), 171, 172, 173 (line 1), 175 (lines 8-11), 177 (lines 9-11), 178, 179, 180, 181, 184, 189, 190 (lines 12-15), 192, 193, 194, 195, 196, 197, 198, 199, 200, 211, 213, 214, 221 (lines 17-21), 230, 231, 232, 233, 243, 244, 245, 246, 249, 259, 266 (lines 12-18), 267 (lines 7-25), 268, 272 (lines 4-25), 273 (lines 1-5),

280, 288, 289 (lines 22-25), 290, 291 (lines 17-25), 292, 293, 294, 295, 296, 297, 300, 301, 305, 306, 307, 308, 309, 310, 312, 314, 315, 316, 317, 318, 323 (lines 21-22), 340 (lines 23-25), 360, 363 (lines 4-25), 364 (lines 1-16), 366 (lines 14-25), 367, 368 (lines 1-2), 369, 376 (lines 16-25), 377, 378 (lines 1-19), 379, 380 (lines 1-9), 392 (lines 22-25), 393 (lines 1-7), 394 (lines 9-25), 395 (lines 1-14), 396 (line 25), 397 (lines 1-19), 399 (lines 12-25), 400, 404 (lines 19-25), 405 (lines 1-8), 409 (lines 24-25), 410, 411 (lines 1-7), 413 (lines 1-17), 419, 420 (lines 19-22), 423 (lines 18-25), 424, 425, 426

2. Michael Manzella

Pages: 8-124, 25 (line 25), 26, 27, 28 (lines 1-14), 34 (lines 20-25), 35, 38, 39, 40 (lines 1-10), 41, 42 (lines 1-9), 44 (lines 7-21), 46 (lines 17-25), 56, 58, 62 (lines 23-25), 63, 64 (lines 1-8), 65, 66 (lines 1-3), 67, 70 (lines 12-25), 71, 72 (line 25), 74 (lines 16-25), 75, 76, 78 (lines 16-25), 79 (lines 1-7), 84 (lines 22-25), 85 (lines 1-11)

3. Jon Camaya

Pages: 7 (lines 22-25), 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20 (lines 20-23), 22 (lines 12-17, 25), 23, 25, 26, 28, 29, 30, 31, 32, 34, 36 (line 1), 37, 38, 39, 40, 44 (lines 10-25), 48 (lines 15-24), 49, 51, 52, 53, 56, 57, 58, 60, 62, 64, 65, 66, 67, 68, 69, 70, 72, 73, 74, 77 (lines 10-25), 78 (lines 1-8, 17-25), 79, 80, 83, 85 (lines 23-25), 86 (lines 1-4), 91, 92 (lines 1-6), 96, 97, 99 (lines 10-25), 100, 104, 109, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 134, 135, 137 (lines 19-21), 138 (lines 13-25), 140 (lines 1-7), 142 (lines 7-25), 143, 144, 145 (lines 1-15), 148, 149, 150, 151, 152, 153 (lines 17-25), 154, 155, 157, 159, 160, 164 (lines 12-25), 165, 168, 169, 170, 172, 173, 174, 175, 176, 177, 178, 179, 180, 183, 184, 188 (lines 17-25), 189, 190, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209 (lines

1-8), 211, 213 (lines 21-25), 214, 215, 216, 217, 219, 220, 221, 222, 225, 226 (lines 1-7), 227, 235, 239, 243, 244, 246, 250, 254, 255 (lines 15-25), 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 270 (lines 18-25), 271, 272, 273, 273 (line 1), 276 (lines 12-21), 277 (lines 14-25), 278, 279, 280, 281 (lines 1-6), 284 (lines 4-25), 285, 286, 287, 288, 289, 290, 291 (lines 1-16), 292, 293, 294, 299, 303 (lines 1-7), 328 (lines 17-25), 329 (lines 1-10), 335 (lines 4-19), 339 (lines 8-9, 13-16), 342 (lines 18-25), 345 (lines 16-25), 346 (lines 1-9, 16-25), 347 (lines 1-15), 348 (lines 8-23), 349, 350, 351, 3532, 353, 356, 353, 358 (lines 19-22), 360 (lines 13-25), 361 (lines 1-21), 365 (lines 24 – 25), 366 (lines 1-12), 368, 369 (lines 1-9), 373 (2-11)

4. Scott Vanderburg

Pages: 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 2, 28, 29, 30, 31, 33, 34, 36, 37, 38, 39, 40, 48 (lines 4-25), 49, 50, 51, 52, 53, 54, 55, 56, 59 (lines 14-25), 60,61 (lines 1-19), 62 (lines 24-25), 63, 64, 66, 67, 68, 71, 72, 76 (lines 3-25), 77, 78, 79 (lines 1-8), 80 (lines 23-25), 81, 82, 84, 92 (lines 23-25), 93, 94, 97, 104,, 105, 107, 108, 110 (lines 5-25), 111, 115, 116, 119 (lines 10-25), 129 (lines 16-25), 130, 131 (lines 1-3, 22-25), 132 (lines 1-18), 137 (lines 14-25), 138 (lines 1-12, 18-25), 139, 140, 141, 142 (lines 1-14), 148 (lines 4-23), 151, 152, 153 (lines 1-23), 155 (lines 20-25), 156, 157 (lines 10-25), 158 (lines 1-10), 182, 183, 184, 185, 186, 187 (lines 5-17), 190, 191, 192 (lines 1-7), 210(lines 3-25), 211, 212, 213 (lines 1-2), 226, 227, 228, 229, 230, 231, 232, 233, 237 (lines 19-25), 238, 239, 240, 241, 245, 246, 248 (lines 21-25), 249 (lines 1-2), 259, 260, 266 (lines 5-25), 267 (line 1), 274 (lines 15-23), 275 (lines 1-7), 280 (lines 10-25), 281 (lines 1-3, 16-25), 282, 283 (lines 1-2, 20-25), 284 (lines 1-20), 285 (lines 21-25), 286, 287, 288, 289, 290, 291, 292, 295

(lines 23-25), 296 (lines 1-8), 297 (lines 10-19, 20-25), 298 (lines 1-10), 301 (lines 3-17), 302, 303 (lines 1-14, 21-25), 304, 305 (lines 1-2), 306 (lines 2-13), 307 (lines 5-25), 308 (lines 19-20), 309 (lines 5-15, 16-20), 310 (lines 2-20).

5. Timothy Charboneau

Pages: 6, 7 (lines 20-25), 8, 9, 10, 11, 12, 13, 14,1 5, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 31 (lines for 23-25), 32, (lines 1, 21-25), 33, 34, 35, 41, 42, 43, 44, 56 (9-25), 64, 76, 86 (lines 5-12), 92 (lines for 7-10), 105 (lines 15-27), 106 (lines for 8-25), 107 (lines 1, 13-21).

6. William Hanuschak

Pages: 14 (lines 21-25), 20 (Lines 24-25), 21, 28, 30 (lines 11-21), 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44 (lines 23-25), 45, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 59 (line 25), 60, 61, 62, 63, 64, 65, 66, 69 (lines 20-25), 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 922, 93, 94, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 28, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 146 (lines 8-25), 147, 148, 149, 150 (lines 1-13), 164 (lines 14-25), 167 (lines 19-25), 168 (lines 1-7), 169 (lines 1-13), 170, 171, 172, 173, 174, 175, 176, 179 (lines 10-25), 182, 185 (lines 4-25), 186, 187 (lines 16-19), 189 (lines 8-14)

7. Also, to the best of Weis' knowledge, the party-witnesses who live out of town plan to attend the trial and therefore submission of the transcripts from their depositions is not necessary. Weis reserves the right, however, to submit and read from at trial the deposition transcripts from the depositions of the out-of-town party-witnesses who do not appear at trial and from the transcripts of any other witnesses who are not present or are otherwise

unavailable to testify.

Dated: September 3, 2004

___s/ Chad J. Stepan_________

Michael D. Hutchens # 167812
Chad J. Stepan. #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

and

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

***Attorneys for Defendant and***
***Third-Party Plaintiff Weis Builders, Inc.***

/1159195