**SERVICE LIST**

Mark A. Gwin
Andrea E. Reisbord
COUSINEAU MCGUIRE & ANDERSON
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416

Chad J. Stepan
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Dean B. Thomson
Jocelyn L. Knoll
FABYANSKE WESTRA & HART, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

Steven W. Gaskins
Steven E. Rau
Wendy M. Canaday
FLYNN, GASKINS & BENNETT, L.L.P.
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402

Robert T. Stich
Leo Brisbois
STICH ANGELL KREIDLER
BROWNSON & BALLOU
250 Second Avenue South, Suite 120
Minneapolis, MN 55401

Daniel A. Beckman
GISLASON & HUNTER, L.L.P.
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343

Mark S. Brown
IVERSON REUVERS, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

William D. Hull
COLEMAN, HULL & VAN VLIET
8500 Normandale Lake Boulevard, #2110
Bloomington, MN 55437

Mark G. Pryor
John Veith
BROWN & CARLSON, P.A.
5411 Circle Down Avenue, Suite 100
Minneapolis, MN 55416-1311

Roger C. Justin
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, MN 56302-1497

Rolf E. Sonnesyn
Chandelle L. Heyer
TOMSCHE, SONNESYN & TOMSCHE
610 Ottawa Avenue North
Minneapolis, MN 55442

Jonathan M. Bye
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Brian Baumgartner
BAUMGARTNER LAW OFFICE PLLC
3320 West Owasso Boulevard
Shoreview, MN 55126