**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No.: 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

**THIRD-PARTY DEFENDANT COLLOID'S PROPOSED SPECIAL VERDICT FORM**

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

and

J-Berd Mechanical Contractors, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

We, the jury, impaneled and sworn for trial of the above-entitled action, do hereby answer the questions submitted as follows:

1. Did Weis Builders, Inc., breach its contract with Promenade Village with respect to the design and construction of the buildings and courtyards at the Promenade Oaks apartments?

   Yes ____ No ____

   *If your answer to Question No. 1 was "No," then please skip to Question No. 3. If your answer to Question No. 1 was "Yes," then answer Question No. 2.*

2. Was Weis Builders, Inc.'s breach of contract with Promenade Village a direct cause of Promenade's damages?

   Yes ____ No ____

   *Regardless of your answers to Questions Nos. 1 and 2, you must answer Question No. 3.*

3. Did WBE breach its contract with Weis with respect to the design and construction of the waterproofing system for the courtyards of the Promenade Oaks apartments?

   Yes ____ No ____

*If your answer to Question No. 3 was "No," then please skip to Question No. 5. If your answer to Question No. 3 was "Yes," then answer Question No. 4.*

4. Was WBE's breach of contract with Weis a direct cause of the damages sustained to the Promenade Oaks apartments?

Yes ____ No ____

*Regardless of your answers to any of the previous Questions, you must answer Question No. 5.*

5. Did J-Berd breach its contract with Weis with respect to the design and construction of the drainage system in the courtyards of the Promenade Oaks apartments?

Yes ____ No ____

*If your answer to Question No. 5 was "No," then please skip to Question No. 7. If your answer to Question No. 5 was "Yes," then answer Question No. 6.*

6. Was J-Berd's breach of contract with Weis a direct cause of leakage at the Promenade Oaks?

Yes ____ No ____

*Regardless of your answers to any of the previous Questions, you must answer Question No. 7.*

7. Were any of the following parties at fault with respect to the design or construction of the courtyards at Promenade Oaks, the materials used in the courtyards, or the repairs made in the courtyards?

| | | | |
|---|---|---|---|
| A. | Promenade Village Townhomes | Yes ____ | No ____ |
| B. | ESG Architects | Yes ____ | No ____ |
| C. | Weis Builders | Yes ____ | No ____ |
| D. | Waterproofing by Experts | Yes ____ | No ____ |
| E. | J-Berd Mechanical | Yes ____ | No ____ |
| F. | CETCO | Yes ____ | No ____ |
| G. | Chris Craft | Yes ____ | No ____ |

*If your answer to Question No. 7 was "Yes" as to any of the listed parties, then answer Question No. 8.*

8. With respect to **ONLY** those parties as to whom you answered "Yes" to Question No. 7, was the fault of any such party a direct cause of harm to Promenade Village or its property?

| | | | |
|---|---|---|---|
| A. | Promenade Village Townhomes | Yes ____ | No ____ |

| | | | |
|---|---|---|---|
| B. | ESG Architects | Yes ____ | No ____ |
| C. | Weis Builders | Yes ____ | No ____ |
| D. | Waterproofing by Experts | Yes ____ | No ____ |
| E. | J-Berd Mechanical | Yes ____ | No ____ |
| F. | Colloid Environmental | Yes ____ | No ____ |
| G. | Chris Craft Industrial | Yes ____ | No ____ |

9. With respect to **ONLY** those parties as to whom you answered "Yes" to Question No. 8, taking the total fault of all such parties to be 100%, what percentage of fault do you attribute to each party:

| | |
|---|---|
| Promenade Village Townhomes | ______% |
| ESG Architects | ______% |
| Weis Builders | ______% |
| Waterproofing by Experts | ______% |
| J-Berd Mechanical | ______% |
| Colloid Environmental | ______% |
| Chris Craft Industrial | ______% |
| TOTAL | 100 % |

*Regardless of your answers to any other Questions, you must answer Questions 10 and 11.*

10. A. What sum of money, if any, will fairly and adequately compensate Promenade Village for the loss of revenue, if any, as a direct result of the water leakage from the date of the Project's completion until the date GID purchased Promenade Village.

$____________________

B. What amount of money will reasonably compensate Promenade Village for the cost of repair and/or diminished value, if any, arising as a direct result of water leakage at the Promenade from the date of its completion to the date GID purchased the Promenade?

$____________________

11. If, and only if, you have answered "Yes" to Question No. 2, what portion, if any, of the sum of 10A plus 10B was a direct result of the breach of contract by Weis?

$____________________

12. If, and only if, you have answered "Yes" to Question No. 4 and filled in a amount in response to Question No. 11, what portion of the amount, if any, set forth in answer to Question No. 11 was a direct result of the breach of contract by Waterproofing by Experts. Note: the total

of the amounts listed in response to Questions No. 12 and 13 may be less than or equal to (but cannot exceed) the amount stated in Question No. 11.

$__________________

13. If, and only if, you have answered "Yes" to Question No. 6 <u>and</u> filled in an amount in response to Question No. 11, what portion of the amount set forth in answer to Question No. 11 was a direct result of the breach of contract by <u>J-Berd Mechanical</u>. Note: the total of the amounts listed in response to Questions No. 12 and 13 may be less than or equal to (but cannot exceed) the amount stated in Question No. 11.

$__________________

Date:____________________

Time:____________________

________________________________
Jury Foreperson