**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

CASE NUMBER: 00-CV-987 JNE/JSM

I hereby certify that on September 1, 2004, I caused the following documents:

1. Westfield Insurance Company's Exhibit List;
2. Westfield Insurance Company's Witness List;
3. Westfield Insurance Company's List of Anticipated Deposition Testimony;
4. Westfield Insurance Company's Requested Voir Dire;
5. Westfield Insurance Company's Requested Jury Instructions;
6. Westfield Insurance Company's Proposed Special Verdict Form;
7. Westfield Insurance Company's Trial Brief;
8. Westfield Insurance Company's Notice of Motion for Realignment and to Set Order of Proof for Trial;
9. Westfield Insurance Company's Motion for Realignment and to Set Order of Proof for Trial; and
10. Westfield Insurance Company's Memorandum of Law in Support of Motion for Realignment and to Set Order for Trial

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Rau
Flynn & Gaskins
Email: srau@flynngaskins.com

Leo I. Brisbois
Stich, Angell, Kreidler, et al.
Email: lbrisbois@stichlaw.com

Daniel A. Beckman
Gislason & Hunter, LLP
Email: dbeckman@gislason.com

Chad J. Stepan
Meagher & Geer
Email: cstepan@meagher.com

Roger C. Justin
Rinke-Noonan
Email: rjustin@rnoon.com

Rolf E. Sonnesyn
Tomsche, Sonnesyn & Tomsche, P.A.
Email: rsonnesyn@tstlaw.com

Dean B. Thompson
Fabyanske, Westra & Hart
Email: dthompson@fwhlaw.com

Mark S. Brown
Iverson Reuvers
Email: mbrown@iversonlaw.com

William D. Hull
Coleman, Hull & Van Vliet, PLLP
Email: wdhull@chvv.com

Patrick D. Reilly
Erstad & Reimer, P.A.
Email: preilly@erstad.com

Jonathan M. Bye
Lindquist & Vennum, PLLP
Email: jbye@lindquist.com

Andrea E. Reisbord
Cousineau, McGuire & Anderson
Email: aer@cousineau.com

Benjamin B. Bohnsack
Email: bbohnsack@erstad.com

Steve W. Gaskins
Email: sgaskins@flynngaskins.com

Mark A. Gwin
Cousineau, McGuire & Anderson
Email: mag@cousineaulaw.com

David Fulton Herr
Email: david.herr@maslon.com

Chandelle L. Heyer
Email: cheyer@tstlaw.com

Jocelyn L. Knoll
Email: jknoll@fwhlaw.com

Timothy B. Kohls
Email: tkohls@fredlaw.com

James Duffy O'Connor
Email: james.oconnor@maslon.com

Joseph G. Springer
Email: jspringer@fredlaw.com

Robert T. Stich
Email: rstich@stichlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brian Baumgartner
Baumgartner Law Office, PLLC
3320 West Owasso Blvd.
Shoreview, MN 55126

I further certify that I caused to file the proposed order with the court via e-mail:

Judge Ericksen joanericksen_chambers@mnd.uscourts.gov

and caused a copy of the proposed order to be mailed by first class mail, postage paid, or via e-mail as noted to the following:

Not Applicable

COUSINEAU, McGUIRE & ANDERSON,
CHARTERED

Dated: September 3, 2004

By: s/ Mark A. Gwin
MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Plaintiff Westfield Insurance Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

871281