**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healy Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,
Colloid Environment Technologies Co.,
and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth –Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

Civ. No. 00-987 (JNE/JSM)

**ELNESS SWENSON GRAHAM ARCHITECTS, INC.'S MOTION IN LIMINE**

---

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on the first day of trial, or such other time as the Court may order, Third-Party Defendant Elness Swenson Graham Architects, Inc. ("ESG") will move the court for an order, pursuant to Rule 403 of the Federal Rules of Evidence, excluding and prohibiting Plaintiffs and/or any other party and/or witness from introducing into evidence any documents or offering any testimony making reference to ESG's drawings and/or to its general performance which are unrelated to the plaza water leaks during the trial of this matter.

This Motion is based upon ESG's Memorandum in Support of its Motion, the Affidavit of William D. Hull with attached Exhibits, together with all of the files and proceedings herein.

COLEMAN, HULL & VAN VLIET, PLLP

September 3, 2004

By: /s/ William D. Hull .

William D. Hull (#47995)
Steven R. Little (#0304244)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elnesst_motion in limine to Exclude*