**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civ. No. 00-987 (JNE/JSM)

**AFFIDAVIT OF WILLIAM D. HULL IN SUPPORT OF ESG'S MOTION IN LIMINE**

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healy Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,
Colloid Environment Technologies Co.,
and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth –Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

---

STATE OF MINNESOTA )<br>
) SS.<br>
COUNTY OF HENNEPIN )

WILLIAM D. HULL, first being duly sworn upon oath, deposes and says that:

1. I am one of the attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc. and am familiar with the files and proceedings therein.

2. Attached hereto as *Exhibit A* is a true and correct copy of a report dated April 20, 2001, from Marshall M. Levine to Jocelyn L. Knoll, Esq.

3. Attached hereto as *Exhibit B* is a true and correct copy of a document entitled (Updated Report) Evaluation of Courtyard Waterproofing, dated August 15, 2003 and prepared by Robert J. Kudder.

4. FURTHER YOUR AFFIANT SAYETH NOT.

*/s/ William D. Hull*<br>
William D. Hull

Subscribed and sworn to before me<br>
this 3rd day of September, 2004.

*/s/ Vikki L. Kochevar*<br>
Notary Public<br>
My Commission Expires 1/31/0/5

*elnesst_aff wdh motion in limine to exclude*