**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healy Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,
Colloid Environment Technologies Co.,
and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth –Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

Civil File No. 00-CV-987(JNE/JSM)

**WITNESS LIST OF THIRD-PARTY DEFENDANT ELNESS SWENSON GRAHAM ARCHITECTS, INC.**

---

Third-Party Defendant Elness Swenson Graham Architects, Inc. ("ESG") may call any of the individuals listed below as witnesses at the trial of the above-captioned matter. In addition, ESG reserves the right to call any witness listed by any of the other parties on their witness lists, people who have been deposed in this case, and to add additional individuals as rebuttal witnesses.

1. **Kurt Villet**. Mr. Villet was that project architect for the Promenade Apartment project ("Project"). He is expected to testify regarding meetings and conversations both prior to and during construction as they relate to the plaza waterproofing issues. Mr. Villet is familiar with the plans and specifications and may testify regarding issues relating to the plans and specifications. (See deposition of Kurt Villet.)

2. **Jim Timm**. Mr. Timm is an ESG employee and was primarily responsible for preparing the drawings for the Project. Mr. Timm is expected to testify regarding the Project drawings and conversations and meetings he participated in relating to the Project drawings and the waterproofing issues. (See deposition of Jim Timm.)

3. **John Feges.** Mr. Feges was an employee of ESG and was the contract administrator for the Project. Mr. Feges was onsite regularly during construction and attended meetings prior to, during, and after the completion of the construction related to the waterproofing and water leak issues. (See deposition of John Feges.)

4. **Tom Healy**. Mr. Healy is one of the principals of Healy Ramme Company, the owner of Promenade Village Townhomes, LLC. Mr. Healy is expected to testify regarding the planning, development and construction of the Project, as well as the problems the Project experienced with water leaks during and after construction. Mr.

Healy will testify regarding conversations and meetings he participated in relating to the plaza waterproofing issues. He is also expected to testify regarding his observations during the construction Project and about leaks and remediation efforts after construction. (See deposition of Tom Healy.)

5. **Peter Ramme**. Mr. Ramme is one of the principals of Healy Ramme Company, the owner of Promenade Village Townhomes, LLC. Mr. Ramme is expected to testify regarding the planning, development on the construction on the Project, as well as the problems the Project experienced with water leaks both during and after construction. Mr. Ramme is expected to testify regarding conversations and meetings he participated in prior to, during, and after construction relating to the plaza waterproofing and water leaks experienced at the Project. (See deposition of Peter Ramme.)

6. **Lisa Dahl**. Ms. Dahl is the Senior Vice President and Chief Operating Officer for Healy Ramme Company, the property manager for the Promenade Village Townhomes, LLC. Ms. Dahl was the Vice President of Property Management during construction of the Project until sometime in 2001, when she became the Senior Vice President and Chief Operating Officer of Healy Ramme Company. Ms. Dahl will testify regarding leaks in the plazas at the Project, and the efforts that were made to repair those leaks. (See deposition of Lisa Dahl.)

7. **Harry Weiderhoft**. Mr. Weiderhoft has been the Maintenance Supervisor for Healy Ramme Company since approximately 1990. In that capacity, Mr. Weiderhoft was responsible for overseeing the maintenance of all the properties Healy Ramme Company managers. Mr. Weiderhoft is familiar with the water leaks in the

plazas at the Project, and the efforts that have been made to repair those leaks. (See deposition of Harry Weiderhoft.)

8. **Greg Ridich**. Mr. Ridich has been the Chief Financial Officer of Healy Ramme Company since approximately 1996 or 1997. Before that, he was the Controller for Healy Ramme Company since the late 1980's. Mr. Ridich is familiar with the development of the Project, the financing for the Project, the financial condition of the Project, and the sale of the Project in December of 2002. Mr. Ridich is expected to testify regarding all of those matters. (See deposition of Greg Ridich.)

9. **Peter DeSai**. Mr. DeSai, was the project manager for Weis Builders, Inc. Mr. DeSai was onsite regularly during construction. He is expected to testify regarding the planning and construction of the Project as it relates to the plaza waterproofing, as well as his involvement in and observation of water leaks and remediation efforts in the plaza. (See deposition of Peter DeSai.)

10. **Les Lawson**. Mr. Lawson was Weis Builders, Inc.'s onsite superintendent for the Project. He was onsite daily. He is expected to testify regarding his observations during construction as they relate to the plaza waterproofing, and his observations regarding water leaks following construction. Mr. Lawson is also expected to testify regarding meetings and conversations he participated in both prior to, during, and after construction as they relate to the plaza waterproofing and water leaks. (See deposition of Les Lawson.)

11. **Steve Messerich**. Mr. Messerich is the president and owner of Third-Party Defendant Waterproofing By Experts, Inc. Mr. Messerich is expected to testify regarding conversations and meetings he participated in with the owners, Weis Builders,

Inc., and others regarding the plaza waterproofing, plaza leaks and remedial efforts to repair the leaks at the Project. (See deposition of Steve Messerich.)

12. **Al Thoreen**. Mr. Thoreen was the construction foreman for Waterproofing By Experts, Inc. He was onsite every day while Waterproofing By Experts, Inc. was performing their work, and is expected to testify regarding his observations of the installation of the plaza waterproofing. Mr. Thoreen is also expected to testify regarding conversations and meetings he participated in relating to the plaza waterproofing, water leaks and remedial efforts taken to repair the water leaks at the Project. (See deposition of Al Thoreen.)

13. **Philip Jaffey**. Mr. Jaffey was the listing agent for the sale of the Project in the fall of 2002. Mr. Jaffey is familiar with the pricing and marketing of the Project, offers received for the purchase, and the ultimate negotiations and sale of the Project to General Investment & Development Corp. ("GID"). (See deposition of Philip Jaffey.)

14. **Thaddeus Palmer**. Mr. Palmer was the project manager for GID, the company which purchased the Project from Promenade Village Townhomes, LLC in December of 2002. Mr. Palmer will testify regarding his negotiations with Promenade Village Townhomes, LLC over the purchase and GID's investigation of the Project, and specifically the water leaks in the plaza at the Project. Mr. Palmer will testify by deposition. (See deposition of Thaddeus Palmer.)

15. **Scott Vanderburg**. Mr. Vanderburg is an engineer and was employed by GID, and was responsible for its due diligence investigation prior to purchasing the Project. Mr. Vanderburg will testify regarding his observations and conclusions regarding the plaza waterproofing and the remedial efforts planned by GID as they relate

to the plaza waterproofing. Mr. Vanderburg will also testify regarding the costs of repair estimates prepared by GID during the course of the due diligence investigation. Mr. Vanderburg will testify by deposition. (See deposition of Scott Vanderburg.)

16. **<u>Jon Camaya</u>**. Mr. Camaya was an engineer hired by GID to conduct and investigation of the plaza waterproofing and to develop a remedial plan. Mr. Camaya is employed by Isreal Berger & Associates, Inc., a company that specializes in waterproofing and remedial waterproofing projects. Mr. Camaya will testify by deposition. (See deposition of Jon Camaya.)

17. **<u>Tim Chrarboneau</u>**. Mr. Chrarboneau is a contractor specializing in installation of waterproofing systems. Mr. Chrarboneau was hired by GID to inspect the plaza waterproofing and prepare a cost proposal for remediation. Mr. Chrarboneau is expected to testify regarding his observations of the plaza waterproofing and the anticipated costs of remediation. Mr. Chrarboneau will testify by deposition. (See deposition of Tim Chrarboneau.)

18. **<u>Bill Hanachuk</u>**. Mr. Hanachuk was the structural engineer on the Project and issued the structural drawings for the Project. He was a sub-consultant to ESG. Mr. Hanachuk issued a drawing detail in November of 1996, that modified the construction of the block walls/wood frame junction in the plaza. Mr. Hanachuk will testify regarding the contents of this detail, the reasons the change was made, and conversations and meetings he participated in regarding the structural drawings and amendments thereto as they related to the plaza waterproofing. (See deposition of Bill Hanachuk.)

19. **<u>Paul Pearson</u>**. Mr. Pearson was the civil engineer on the Project. He contracted directly with the owner. Mr. Pearson will testify regarding his role as civil

engineer on the Project and his involvement, or lack thereof, with the plaza waterproofing.

20. **John Weigand**. Mr. Weigand is the owner of a company called Architectural Products, Inc. Architectural Products, Inc. was a representative for Colloid Environmental Technologies Company ("CETCO"). Mr. Weigand will testify regarding meetings and conversations he had regarding the plaza waterproofing, his role and observations in inspecting the plaza waterproofing during construction, and his observations regarding the water leaks after construction and during the repair efforts. (See deposition of John Weigand.)

21. **Tom Sutter**. Mr. Sutter was a regional manager CETCO. Mr. Sutter was involved in the conversations and meetings regarding the use CETCO's waterproofing products for the plazas on the Project. Mr. Sutter will testify by deposition. (See deposition of Tom Sutter.)

22. **Gale Raush**. Mr. Raush was an employee of Enedack Construction and was involved in filling the plazas at the Project with dirt. He is expected to testify regarding conversations and meetings he participated in regarding the amount of fill he placed in the plaza and the grading of the plazas.

23. **Richard Stehly**. Mr. Stehly is a principal of American Engineering and Testing. He has been retained by ESG to conduct an investigation of the water leaks and to provide expert testimony. (See deposition and report of Richard Stehly.)

COLEMAN, HULL & VAN VLIET, PLLP

September 3, 2004.

By __/s/ William D. Hull______________
William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_witness list*