**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.; Promenade Village Townhomes; Valley Forge Insurance Company; Colliod Environmental Technologies Company; and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company; and J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiffs,

vs.

Chris Craft Industrial Products, Inc.; and Mikesh, Inc.,

Fourth-Party Defendants.

Civil File No. 00-CV-987(JNE/JSM)

**THIRD-PARTY DEFENDANT ELNESS SWENSON GRAHAM ARCHITECTS, INC.'S EXHIBIT LIST**

---

| **EXHIBIT** | **EXHIBIT DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| Elness | (# )= Deposition Exhibit | | |
| E-1. | Fax to John Fegis with Copy to Tom Healey and Les Lawson from Peter, of Weis Builders, re Promenade Apts. Notes various items which need addressed prior to building permit being issued - "per Dale Schoppner." Dated 11/20/1996 (#3). | | |
| E-2. | Fax and letter to Erik W., with copy to Les Lawson, from Peter of Weis transmitting "Peter's notes on owners Meeting Minutes." (attached) Dated 10/3/1996 (#4). | | |
| E-3. | Fax to Ramme, J.Healey, T.Healey, Fegis, Desai, Lawson and E.Weis from Desiree re Owner Meeting #08 - Promenade - November 12, 1996 - (Attached) Dated 11/14/1996 (#5). | | |
| E-4. | Fax to Ramme, J.Healey, T.Healey, Fegis, Desai, Lawson and E.Weis from Desiree re Owner Meeting #10 - Promenade - November 26, 1996 - (Attached) Dated 11/26/1996 (#6). | | |
| E-5. | Fax to E.Weis, J.Healey, Fegis, Lawson, Dahl, Desai, Ramme, Terry Healey and T.Healey re Owner Meeting #13 - Promenade Apt.; Eagan, MN (Attached) Dated 1/13/1997 (#7). | | |
| E-6. | Minutes of Owner Meeting #16 Dated 2/18/1997 (#8) | | |
| E-7. | Fax (to Distribution list); Minutes of Owner Meeting #21 April 15, 1997. (Attached) Dated 4/21/1997 (#9). | | |
| E-8. | Results of JFH meeting with SW leasing and Maintenance re Eagan Apts, Design - Southwind comments - Leasing Dated 2/22/1996 (#10). | | |
| E-9. | Memo to Tom Healey, Peter Ramme and Lisa Dahl from Terry Wiederhoft re Promenade Water Leaks. Identifies situations on 5/22/98 thru 5/28/98 Dated 5/28/1998 (#11). | | |
| E-10. | List of Action Items, Responsibility and Due Date. Note to "File Owner Mtg Minutes." Dated 2/17/1997 (#12). | | |
| E-11. | Fax to John Fegis from Peter Desai re Promenade Leak Meeting held on 4/8/99 Dated 4/15/1999 (#15). | | |
| E-12. | List of Changes to Plans & Specs Accepted by H-R, September 10, 1996 (#16). | | |
| E-13. | Site Sketch (#18). | | |
| E-14. | Transmittal letter to Tom Healey and Peter Ramme from Erik Weis, transmitting Project Progress Report of Month of October 1996 Dated 11/20/1996 (#23). | | |
| E-15. | Contract: (Agreement) between Promenade Village Townhomes (Owner) and Weis Builders (Contractor). Fully Executed Dated 9/19/1996 (#26). | | |

| | | | |
|---|---|---|---|
| E-15. | Letter to Peter Ramme from Peter Desai re Promenade Apartments. Weis understands they are responsible for drawings per attached drawing list…assuming they do not have any cost implications…Dated 9/26/1996 (#27). | | |
| E-16. | Construction Photo Dated 7/29/1997 (#30). | | |
| E-17. | Construction Photo Dated 7/29/1997 (#31). | | |
| E-18. | Project Plans (#34). | | |
| E-19. | Letter to P. Ramme from Timothy Reiner of Weis responding to requests from Peter Ramme as discussed at 6/20/96 meeting Dated 6/21/1996 (#38). | | |
| E-20. | Handwritten Notes indicating "Faxed out 7/11/96" - list of items titled "LES" Dated 7/11/1996 (#39). | | |
| E-21. | Bid Proposal to Tim Runner from Waterproofing By Experts, Inc., for Courtyard Waterproofing - Bid Price $242,557.00 Dated 7/9/1996 (#41). | | |
| E-22. | Breakdown of Waterproofing Bid to Peter at Weis Builders from Steve Messerich of Waterproofing by Experts, Inc. showing Alternates Dated 8/22/1996 (#42). | | |
| E-23. | Breakdown of Waterproofing Bid to Peter at Weis Builders from Steve Messerich of Waterproofing by Experts, Inc. without Alternates Dated 8/22/1996 (#43). | | |
| E-24. | SpecData specs for Volclay SWELLTITE from CETCO for waterproofing (#44). | | |
| E-25. | Subcontract Agreement between Weis Builders and Waterproofing by Experts, Inc. - Fully Executed Dated 2/20/1997 (#45). | | |
| E-26. | RFI #39 - re Plaza Block Dated 12/14/1996 (#47). | | |
| E-27. | Fax to Peter Desai from Les Lawson advising that if Waterproofing By Experts, Inc. is not on board by "Monday", siding will slip behind. Dated 2/21/1997 (#48). | | |
| E-28. | PM Jobsite Visit Report - Handwritten on top "Weis, Randy Jobsite Visiting Dated 4/10/1997 (#49). | | |
| E-29. | RFI #101 - Re Courtyard Dated 4/15/1997 (#50). | | |
| E-30. | Minutes of Promenade Waterproofing Meeting Dated 7/29/1997 (#58). | | |
| E-31. | Project Manual Dated 9/12/1996 (#59). | | |
| E-32. | List of items discussed at meeting on 10/14 (No year specified on document) Probably10/14/1997 (#60). | | |
| E-33. | Bid Proposal from Waterproofing by Experts, Inc. - Courtyard Waterproofing - Bid Price - $373,600.00 Dated 7/9/1996 (#68). | | |
| E-34. | Contract between Promenade Village Townhomes, LLC, Owner, and BRW Elness Architects, Inc. Dated 9/1/1996 (#69). | | |
| E-35. | Full size set of Project Drawings (#72) | | |

| | | | |
|---|---|---|---|
| E-36. | Fax to "Distribution" list from Weis - re Owner Meeting #12, December 17 1996. Minutes Attached Dated 12/19/1996 (#88). | | |
| | | | |
| E-37. | Minutes of Owner Meeting #16 from Weis Dated 2/18/1997 (#90). | | |
| E-38. | Fax transmitting Owner Meeting Minutes - #18 dated 3/11/97 (#91). | | |
| E-39. | Minutes of Owner Meeting #23 Dated 5/20/1997 (#95). | | |
| E-40. | RFI #37 - Patio Roof Supports Dated 12/13/1996 (#100). | | |
| E-41. | RFI #101 - Courtyard Dated 4/15/1997 (#101). | | |
| E-42. | Fax to John Fegis from Peter of Weis attaching various previous faxes and advising that they are still waiting on receiving info which they have been promised. Lists 7 items Dated 5/21/1997 (#103). | | |
| E-43. | RFI #50 - Plaza Grading Dated 1/5/1997 (#105). | | |
| E-44. | Photo of Construction Dated 5/6/1997 (#111). | | |
| E-45. | Photo of Construction; Shows fastener of some sort at base of building, then attached to black then to the siding Dated 5/6/1997 (#113). | | |
| E-46. | Photo of Construction; shows duct tape holding up some wicking drain material and some protective insulation board and materials imported on the plaza deck (#117). | | |
| E-47. | List of items needed by Weis Builders. Handwritten - 2 pages Dated 5/29/1997 (#135). | | |
| E-48. | Report From Weis - Waterproofing Information. Attaches specs from Bor-Son re "Waterproofing Design Change." Dated 7/22/1996 (#144). | | |
| E-49. | Letter to Richard Riley of Eberhardt Co. from Ramme re budget for the project and financing. Attaches budget and financing information Dated 5/24/1996 (#148). | | |
| E-50. | Minutes of Eagan Promenade meeting on September 10, 1996 (#157). | | |
| E-51. | Invoices to Healey Ramme from McCombs Frank Roos Associates Dated 8/1/1997 (#160). | | |
| E-52. | Letter to Sharon Augistin of Heller Financial Group, from Gregory Ribich (unsigned), re having to reduce rents in order to be competitive with other development in Woodbury Dated 12/15/1999 (#165). | | |
| E-53. | Letter to John Davis from Ramme again bringing up the issue of competition in Woodbury and stating that Promenade is currently 94% occupied…Dated 12/15/1999 (#166). | | |

| | | | |
|---|---|---|---|
| E-54. | Memo from Terry Wiederhoft re Promenade Costs, advising that as of 1/1/98, Desai agreed to reimburse Promenade $13,034 for costs relating to water leaks and miscellaneous construction issues in 1997 Dated 8/11/1998 (#172). | | |
| E-55. | Handwritten notes NOT written by Ramme, but states "…Our rental rates are much higher than the competitive market around us." (#176). | | |
| E-56. | Minutes of Meeting held 7/16/96 (#177). | | |
| E-57. | Memo to Tom, Peter, Lisa, Ann, Carolyn from Terry re Promenade Oaks Plaza Stoop Post Repair Schedule Dated 7/3/2001 (#179). | | |
| E-58. | Daily Report - Les Lawson, Super. - Last paragraph states that he believes that it is "the responsibility of the architect to coordinate all drawings and revisions with Weis and the City…:" Dated 4/10/1997 (#182). | | |
| E-59. | Letter to Les Lawson and Peter Desai of Weis from B. Anderson of BA re Bid Confirmation on the Promenade. Lists items which will be part of their bid confirmation for a grand total of $390,000.00 Dated 7/19/1996 (#183). | | |
| E-60. | Daily Report - Les Lawson, Super. - "John Wiegard-CETCO Waterproofing Sales Rep. Came by to review installation in Bldg 6 Plaza. He said installation looks good. He will write up a Field Report and copy Weis." Dated 4/3/1997 (#184). | | |
| E-61. | Letter to Desai from CETCO, Frank Varak advising that they will issue their standard warranty on the project and that Waterproofing by Experts will make all the repairs as discussed Dated 8/11/1997 (#198). | | |
| E-62. | Memo to P. Desai from Messerich re Leaks as of 1/10/98 after site visit on 1/13/98 Dated 1/28/1998 (#201). | | |
| E-63. | Memo to Joel Penzick from John Wiegand re Waterproofing by Experts Dated 8/4/1999 (#203). | | |
| E-64. | Memo to Joel Penzick from John Wiegand re a phone call from Messerich re the project and having received notice from Weis Builders regarding some new leaks. Summarizes conversation Dated 5/31/2000 (#204). | | |
| E-65. | Photocopies of photograph of entry door Dated 7/29/1997 (#206). | | |
| E-66. | Product info re Swelltite waterproofing membrane and Volclay Waterproofing products (#206) | | |
| E-67. | Photocopies of photographs of membrane onto brick ledge Dated 8/7/1997 (#207). | | |
| E-68. | Product Manual re Volclay Swelltite: handwritten note at top: "Swelltite literature for current product version (From Inspec's 2001 CETCO Catalog (#207). | | |
| E-69. | Photocopies of photographs of plaza Dated 7/24/1997 (#208). | | |

| | | | |
|---|---|---|---|
| E-70. | Fax to Peter at Weis from Steve at Waterproofing by Experts, Inc. enclosing letters of Warranty from CETCO Dated 5/21/1997 (#208). | | |
| E-71. | Fax to Frank Varak of CETCO from John Weigand. John talked to Steve Messerich at Waterproofing by Experts re the reported leaks at Promenade advising there are 2/3 leaks in the center of a couple courtyards, resulting in a steady dripping into the parking garages. Steve told Peter at Weis that he will fix these leaks this spring by injection Dated 1/8/1998 (#209). | | |
| E-72. | Letter to Bill Becker from aff Konz of CETCO re Swelltite 3000 Application advising of CETCO's recommendations for installation. Waterproofing by Experts is CETCO "Approved Applicator." Dated 7/25/1996 (#210). | | |
| E-73. | Copy of Photo Dated 7/29/1997 (#211). | | |
| E-74. | Copy of Photo Dated 7/29/1997 (#212). | | |
| E-75. | Copy of Photo (#214). | | |
| E-76. | Fax to Les Lawson, Weis, from John Wiegand/CETCO attaching a detail received from Waterproofing by Experts for waterproofing the spancrete deck/block wall Dated 7/11/1997 (#216). | | |
| E-77. | Faxed memo to Lisa Dahl from Ann Kimball advising that "everything listed - Peter Desai agreed to pay!" Dated 5/14/1998 (#232). | | |
| E-78. | Handwritten note to Lisa from AMK - 'a Storm Recap" Dated 3/29/1998 (#233). | | |
| E-79. | Memo to Terry, Tom, Ann, Peter and Greg from Lisa re Promenade Leaks attaching a new map indicating the leaks from July 99, with an overlay of leaks in February 2000 thaw. (No map attached). Also Memo of 3/8/00 to Peter and Tom from Lisa Dahl re Leaks enclosing a comparison of leaks from February thaw vs leaks present last July prior to Fall '99 waterproofing efforts Dated 3/30/2000 (#240). | | |
| E-80. | Letter to Thomas H. Weber from Lisa Dahl attaching "…all the information I have at this time pertaining to leaks at Promenade Oaks." Chronology of problem follows Dated 5/21/1998 (#250). | | |
| E-81. | Arvid Elness Architect drawings, sheets C-R3 Building 1-Plaza Level, SI #1 - 12/22/88; C-R4, C-R5, C-R6 & C-R7 Dated 1/19/1989 (#260). | | |
| E-82. | Supplemental Instruction #2 Dated 2/10/1989 (#261) | | |
| E-83. | Promenade Townhomes Drawing, Sheet F1.3, Foundation Plans Dated 10/4/1996 (#267). | | |
| E-84. | Color photo of walkway between buildings (#288). | | |
| E-85. | Transmittal to Steve from Mike Manzella? Of Weis Builders transmitting Plans and Specs, not including mechanicals Dated 10/24/1996 (#292). | | |

| | | | |
|---|---|---|---|
| E-86. | Fax to Peter from Steve re Promenade Contract advising that several items on the contract are not acceptable. Items have been numbered - (Attached) Dated 2/25/1997 (#294). | | |
| E-87. | Photo (#301). | | |
| E-88. | Minutes of Promenade Waterproofing Meeting dated 7/29/97 (#306). | | |
| E-89. | Fax to Steve Messerich from Les Lawson and Mike re Waterproofing at Building 1 & 2 Link advising that as of this date they are still noticing water coming through the pre-cast deck at the building 1 & 2 link Dated 8/6/1997 (#308). | | |
| E-90. | Fax to Peter Desai from Steve Messerich advising that he needs a breakdown of all costs related to damages, sod, siding, labor, etc for the project. Needed to submit to insurance company Dated 10/29/1997 (#309). | | |
| E-91. | Letter to Peter Weis Builders re Promenade Leaks and Payments outlines 9 items to be resolved. Attaches handwritten notes Dated 3/11/1999 (#311). | | |
| E-92. | Photo of #6 Plaza Stoop Post Dated Feb-97 (#322). | | |
| E-93. | Photos shows more plaza stoop posts Dated 5/27/1997 (#323). | | |
| E-94. | Photo of posts (#324). | | |
| E-95. | Letter to Steve Messerich from Scott Verne of CETCO advising that the Agreement dated 7/23/96 with Colloid Environmental Technologies will terminate as of 3/1/2000. Dated 1/31/2000 (#327). | | |
| E-96. | Personal Guaranty to Colloid Environmental of prompt payment from Waterproofing by Experts Dated 12/28/1995 (#328). | | |
| E-97. | Letter to Peter Desai from Thomas Sutter of CETCO re Volclay "Swelltite" Waterproofing Warranty which has been submitted for Weis Builders review Dated 1/2/1997 (#329). | | |
| E-98. | Color Photo of stoop and doorway (#375). | | |
| E-99. | Mechanical & Electrical Outline Specifications signed by Steven M. Young and Craig A. Tom (#378). | | |
| E-100. | Fax to J. Byrd from Les attaching Addendum 1 to Outline Specifications for Haley-Ramme Townhomes and Spec. Sec. 15 Dated 7/11/1996 (#379). | | |
| E-101. | Subcontract Agreement between Weis Builders and Healy-Ramme Dated 10/16/1996 (#403). | | |
| E-102. | Color photo of walkway between buildings Dated 7/3/1997 (#412). | | |
| E-103. | Color photo of construction Dated 7/17/1997 (#414). | | |
| E-104. | Color photo of construction - shows water setting in area between buildings Dated 7/17/1997 (#415). | | |
| E-105. | Photo of outside drains Dated 7/17/1997 (#422). | | |
| E-106. | Outside drain Dated 7/17/1997 (#423). | | |

| | | | |
|---|---|---|---|
| E-107. | Photo of unit entry way Dated 7/17/1997 (#424). | | |
| E-108. | Photo of walkway between buildings Dated 7/2/1997 (#425). | | |
| E-109. | Photo - Water Dated 7/2/1997 (#428). | | |
| E-110. | Photo - Water Dated 7/2/1997 (#429). | | |
| E-111. | Color Photo Dated 7/29/1997 (#481). | | |
| E-112. | Color Photo Dated 7/29/1997 (#482). | | |
| E-113. | Collection of Daily Time Records Dated 3/24/1997 (#485). | | |
| E-114. | Weis' Response to 7/9/96 Meeting Action Items Dated 7/9/1996 (#491). | | |
| E-115. | 2-page list of action items and site map Dated 7/26/1996 (#492). | | |
| E-116. | Group of documents from file entitled "Deck Waterproofing the Promenade - includes correspondence, product information, faxes and transmittals Dated 7/22/1996 (#504). | | |
| E-117. | Fax to Peter Ramme from Peter Desai transmitting a list of items needed by Weis Builders 5/29/97 (#508). | | |
| E-118. | Letter to Peter Desai from Kirk Velett in response to Desai's latest fax and others to John Feges Dated 7/9/1997 (#510). | | |
| E-119. | Letter to Peter Ramme from Thomas Weber reiterating his review of the man hours he feels necessary to adequately monitor Weis' operations from start of construction thru completion and final payment. Outlines work to be included Dated 9/27/1996 (#522). | | |
| E-120. | Fax to John Feges from Peter of Weis attaching a memo re Request for Additional Information, and memo re Additional Cost of Top Bearing Trusses Dated 9/24/1996 (#525). | | |
| E-121. | RFI #39 to Bill Hanuschak re Plaza Block; Reply dated 12/17/96 advising it is acceptable to use pre cast studs on ____ wall and lay up block to proper elevation beyond wood frame walls…Dated 12/14/1996 (#526). | | |
| E-122. | Letter to Thad Palmer from Phillip Jaffe and Keith Collins of CB Richard Ellis, Brokerage Services re offering the Promenade Oaks for $33,200,000 Dated 9/18/2002 (#539). | | |
| E-123. | Document entitled "Promenade Oaks Pending Litigation and Disclosure Dated 9/18/2002 (#540). | | |
| E-124. | Letter to Neil Nelson from Gary Caple of Integrated Loss Control, Inc. re "Residential Mold Survey." Dated 7/25/2002 )#541). | | |
| E-125. | Executive Summary, Promenade Oaks - Noted "Confidential" Dated 10/24/2002 (#542). | | |
| E-126. | Letter to Phillip Jaffe, CB Richard Ellis from Palmer re terms and conditions under which Windsor Realty Fund, et al is interested in purchasing from the Owner - purchase price - $30,000,000 Dated 10/24/2002 (#543). | | |

| | | | |
|---|---|---|---|
| E-127. | Letter to Windsor Realty; c/o GID from Promenade responding to their 10/24/02 letter re the purchase of the property acknowledging acceptance of terms and conditions set forth, subject to various listed items Dated 10/25/2002 (#544). | | |
| E-128. | Waterproofing Investigation Report by Inspec, Inc. Dated 11/20/2002 (#545). | | |
| E-129. | Property Condition Assessment prepared by Criterium Engineers for General Investment & Development Co., Inc. (GID) Dated 11/6/2002 (#546). | | |
| E-130. | Memo to Scott Vanderburg, GID, from Robb Van Marter, Criterium outlining a "bullet-list" of items of concern and a cost table associated with the concerns Dated 11/12/2002 (#547). | | |
| E-131. | Email to Troy Kingsley, Bob Tarasov, Priscilla Burney, Jeffrey Harris and Thad Palmer from Scott Vanderburg with a note "Made plaza landscaping revisions and added to entry signs," and attachments Dated 11/17/2002 (#548). | | |
| E-132. | E-mail to Palmer from Tarasov re recommendations for repair at Promenade Oaks Dated 11/20/2002 (#549). | | |
| E-133. | E-mail to Kingsley & Reida from Gary Kroll with copy to Palmer re floor plans and Kroll adjusting the rents by floor plan Dated 11/25/2002 (#550). | | |
| E-134. | Concession Projections - PO Summary Q3 Dated 6/30/2002 (#551). | | |
| E-135. | Rehab Occupancy Analysis (#552). | | |
| E-136. | E-Mail to Gary Kroll and Thad Palmer from Bill Roberts stating that he(Roberts) made some changes to Gary's memo to put in a basic description of the property Dated 12/1/2002 (#553). | | |
| E-137. | Letter to Scott Vanderberg from Timothy J. Charboneau of DeMara Construction Services re: Waterproofing of all courtyards; plus backup attachments Dated 12/2/2002 (#554). | | |
| E-138. | Letter to Bob Tarasov and Scott Vanderberg from Robb A. Van Marter of Van Mareter Engineers. Subject: Soil Sample. Attaches graph: Grain Size Distribution Curve Dated 12/4/2002 (#555). | | |
| E-139. | Field Report to Bob Tarasov, GID prepared by Jon Camaya entitled: "Initial Assessment of Courtyard Waterproofing. - 19 pages Dated 12/4/2002 (#556). | | |
| E-140. | Agreement for Purchase of Real Estate between Promenade Village Townhomes and Windsor Realty Fund-IIIB L.P. - Fully Executed Dated 12/6/2002 (#557). | | |
| E-141. | Handwritten notes/calculations with note: "He's repair another 'hung' courtyard in Minn." (#558). | | |

| | | | |
|---|---|---|---|
| E-142. | Fax to Bob Tarasov from Israel Berger & Associated transmitting a proposal for Bob's review and signature. Handwritten note to Scott: "please, read, comment and send back to me." Proposal Attached Dated 12/30/2002 (#559). | | |
| E-143. | Fax to Bob Tarasov from Terry Thone of Roof Spec, Inc. re Waterproofing. Restoration and Remediation Promenade Oaks Town Homes Dated 1/16/2003 (#560). | | |
| E-144. | Proposal from Larson Engineering of Minnesota re Waterproofing, Restoration and Remediation Dated 1/28/2003 (#561). | | |
| E-145. | Indemnity Agreement between Promenade and Windsor. Noted on top: "Final." Fully Executed copy Dated 12/12/2002 (#562). | | |
| E-146. | Financial Statements as of December 31, 2001 and 2000, Together with Accountant's Compilation Report Dated 12/31/2001 (#563). | | |
| E-147. | Letter to Thad Palmer from Gregory Ribich of Healy, Ramme Company enclosing Due Diligence Material Dated 10/28/2002 (#564). | | |
| E-148. | Certification for Information Reporting on the Sale of Property Dated 12/12/2002 (#565). | | |
| E-149. | Assignment of General Intangibles between Promenade and Windsor. Fully Executed Dated 12/12/2002 (#566). | | |
| E-150. | Assignment and Assumption of Maintenance and Service Agreements, between Promenade and Windsor. Fully executed Dated 12/12/2002 (#567). | | |
| E-151. | Seller's Closing Statement Dated 12/12/2002 (#568). | | |
| E-152. | Executive Summary, Promenade Oaks - Noted "Confidential" Dated 1/8/2003 (#572). | | |
| E-153. | E-Mail to Bob DeWitt and Bill Roberts from Gary Kroll with copy to Thad Palmer re WRF-V Courtland Dated 12/1/2002 (#577). | | |
| E-154. | Memo to Peter Desai from Wiederhoft re Promenade Drain Tile Installation Schedule Dated 7/27/1998 (#604). | | |
| E-155. | Schedule of Items showing status, scheduled completion and completed Dated 5/28/1998 (#605). | | |
| E-156. | Letter to Sharon Augistin of Heller Financial Group informing of the latest developments in their efforts to address the many water leaks. Believe one of principal sources of water penetration is located at the plaza level entrance to the 3-bedroom units where waterproof membrane is inadequate. (Color Photos attached.) Dated 9/14/1999 (#608). | | |
| E-157. | Report by Braun Intertec: "A Summary Report for Inspection of Concrete Stoops and Associated Wood Posts for Healey Ramme Company Dated 9/20/2001 (#621). | | |

| | | | |
|---|---|---|---|
| E-158. | Memo to Tom, Peter, Lisa, Ann, Carolyn from Terry re Promenade Oaks Work Update Dated 7/16/2001 (#622). | | |
| E-159. | Meeting Recap Notes of June 11, 2001 Meeting Dated 6/12/2001 (#623). | | |
| E-160. | Color Photos (#630). | | |
| E-161. | Faxed report for Recommended Pricing of the 282 apartment Promenade Oaks Dated 8/29/2002 (#630) | | |
| E-162. | Presentation Booklet by CB Richard Ellis: Multi-Housing Investment Opportunity (#635). | | |
| E-163. | Summary of Offers Dated 10/17/2002 (#639). | | |
| E-164. | Project Manual and Drawings: T1, A1-A9, M1-M6, R1-R10 Dated 5/14/2003 (#780). | | |
| E-165. | Fax to Robert Tarasov from Roger Pocta re Bid Results - enclosed Dated 6/19/2003 (#781). | | |
| E-166. | Courtyard Waterproofing Bid Tabulation Dated 5/23/2003 (#782). | | |
| E-167. | Israel Berger & Associates Proposal for Plaza Waterproofing Dated 11/11/2002 (#783). | | |
| E-168. | Fax to Bob Tarasov from Scott Vanderburg Re IBA Promenade Oaks Proposal. Marked up copy attached Dated 1/2/2003 (#784). | | |
| E-169. | Promenade Oaks Site Photographs (#785). | | |
| E-170. | RFI Log (#786). | | |
| E-171. | Proposal letter to Steven E. Rau from Campbell; proposal to provide investigation services related to Water Infiltration. Attaches 11/9/01 acceptance and executed letter to Campbell from Rau Dated 11/8/2001 (#789). | | |
| E-172. | Dick Stehly's Resume Dated 10/9/2003 (#812). | | |
| E-173. | Dick Stehly's First Report of Building Waterproofing Dated 10/9/2002 (#813). | | |
| E-174. | Second Report of Dick Stehly - re Building Waterproofing Dated 8/11/2003 (#814). | | |
| E-175. | Typewritten notes to Koziol from Chauvin on a conversation between them Dated 7/29/2003 (#820). | | |
| E-176. | The Construction Specifier magazine article entitled "Preliminary Selection of Waterproofing Systems by Michael Chusid (#830). | | |
| E-177. | Project Photo (#831). | | |
| E-178. | Project Photo (#832). | | |
| E-179. | Project Photo (#833). | | |
| E-180. | Project Photo (#834). | | |
| E-181. | Project Photo (#835). | | |

COLEMAN, HULL & VAN VLIET, PLLP

September 3, 2004.

By ___/s/ *William D. Hull*_______________

William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_exhibit list*