**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healy Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth –Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

Civil File No. 00-CV-987(JNE/JAM)

**DEPOSITION TESTIMONY TO BE OFFERED BY THIRD-PARTY DEFENDANT ELNESS SWENSON GRAHAM ARCHITECTS, INC.**

---

Third-Party Defendant Elness Swenson Graham Architects, Inc. ("ESG") may offer any of the following deposition testimony. In addition, ESG reserves the right to offer deposition testimony listed by any of the other parties, and to offer additional deposition testimony in rebuttal. Finally, witnesses that are subject to Subpoenas that cannot be located, or are otherwise unavailable, may testify by deposition.

1. **Thaddeus Dudley Palmer**, pages 1 through 169.

2. **Scott Vanderburg**, pages 7 through 157; page 309, line 5 through page 312, line 6.

3. **Jon Camaya**, page 6, lines 1 through 14; page 7, lines 22 through page 8, line 19; page 9, line 12 through page 13, line 11; page 13, line 22 through page 16, line 14; page 17, line 8 through page 21, line 2; page 23, lines 7 through 12; page 25, line 2 through page 27, line 3; page 29, line 23 through page 30, line 3; page 30, line 22 through page 31, line 18; page 32, lines 4 through 6; page 32, line 14 through page 33, line 6; page 33, line 20 through page 34, line 16; page 35, lines 1 through 14; page 38, lines 7 through 19; page 41, line 9 through page 42, line 3; page 44, line 10 through page 45, line 3; page 53, lines 8 through 17; page 115, line 8 through page 117, line 4; page 129, line 7 through page 130, line 9; page 134, lines 13 through 15; page 134, line 19 through page 135, line 17; page 196, line 1 through page 291, line 11.

4. **Tom Suetter**. Page 6, lines 1 through 8; page 9, lines 3 through 8; page 10, lines 5 through 16; page 12, lines 7 through 12; page 12, lines 23 through page 17, line 11; page 18, lines 6 through 17; page 23, lines 5 through 18; page 24, line 21 through page 25, line 7; page 25, line 21 through page 27, line 22; page 28, line 22 through page 29, line 4; page 34, line 22 through page 35, line 2; page 35, line 10 through page 36, line

4; page 38, line 1 through page 40, line 8; page 157, line 23 through page 159, line 14; page 163, line 20 through page 165, line 9; page 167, line 19 through page 168, line 22.

COLEMAN, HULL & VAN VLIET, PLLP

September 3, 2004.

By ___*/s/ William D. Hull*________________
William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_deposition testimony*