✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CAN Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

**WEIS BUILDERS' WITNESS LIST**

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE<br>Judge Joan Erickson | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Peter Desai** – Mr. Desai may testify regarding Weis' work on the project, the work of the subcontractors, contracts for the project, events occurring prior to, during and after the project, repairs made at the project, the topics addressed in his deposition, the standards of care for Weis on this project and other information related to this project |
| | | | | | **Les Lawson** – Mr. Lawson may testify regarding Weis' work on the project, the work of the subcontractors, events occurring prior to, during and after the project, repairs made at the project, the topics addressed in his deposition, the standards of care for Weis on this project, contracts for the project and other information related to this project |
| | | | | | **Gary Nelson** – Mr. Nelson may testify regarding repairs to the site, his observations on site, the topics addressed in his deposition, the standards of care for Weis on this project and other information related to this project |
| | | | | | **Cassie Warner** – Ms. Warner may testify regarding contracts for the project, costs incurred making repairs, money owed to Weis for the project, the topics addressed in her deposition and other information related to the project. |
| | | | | | **Michael Biskupski** – Mr. Biskupski may testify regarding documents kept related to the project and the topics addressed during his deposition. |
| | | | | | **Michael Manzella -** Mr. Manzella may testify regarding Weis' work on the project, the work of the subcontractors, events occurring prior to, during and after the project, the topics addressed in his deposition, the standards of care for Weis on this project and other information related to this project |
| | | | | | **Curt Moreno** – Mr. Moreno may testify regarding Weis' work on the project, the work of the subcontractors, events occurring prior to, during and after the project, the standards of care for Weis on this project and other information related to this project |
| | | | | | **Michael Bruski** – Mr. Bruski may testify regarding Weis' work on the project, the work of the subcontractors, events occurring prior to, during and after the project, the standards of care for Weis on this project and other information related to this project |
| | | | | | **John Feges** – Mr. Feges may testify regarding ESG's work on the project, events occurring prior to, during and after construction, the topics addressed in his deposition and other information related to the project. |
| | | | | | **Jim Timm** – Mr. Timm may testify regarding ESG's work on the project, events occurring prior to, during and after construction, the topics addressed in his deposition and other information related to the project. |
| | | | | | **Kirk Velett** – Mr. Velett may testify regarding ESG's work on the project, events occurring prior to, during and after construction, the topics addressed in his deposition and other information related to the project. |
| | | | | | **Bill Hanuschak** – Mr. Hanuschak may testify regarding his work on the project, events occurring prior to and during construction and the topics addressed in his deposition. |
| | | | | | **Steve Messerich** – Mr. Messerich may testify regarding WBE's work on the project, WBE's relationship with CETCO, the waterproofing system, WBE's contract for the project and other topics addressed in his deposition. |
| | | | | | **Al Thoreen** – Mr. Thoreen may testify regarding his work on the project for WBE and the topics addressed during his deposition. |
| | | | | | **John Weigand** – Mr. Weigand may testify regarding the Swelltite waterproofing system, his role in the project, his visits to the site and other topics discussed during his deposition. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Frank Varak** – Mr. Varak may testify regarding the Swelltite waterproofing system, leaks at the site, remedial work performed at the site and the topics covered in his deposition. |
| | | | | | **Tom Suter** – Mr. Suter may testify regarding the Swelltite waterproofing, his role in the project, his relationship with WBE, CETCO warranties and other topics addressed in his deposition. |
| | | | | | **Stacy Byrd** – Mr. Byrd may testify regarding the Swelltite system, CETCO's products, the instructions related to the system, his observations on site, remedial work performed, CETCO warranties and other topics discussed during his deposition. |
| | | | | | **Patrick Carpenter** – Mr. Carpenter may testify regarding the Swelltite system, CETCO's products, CETCO warranties, claims made against CETCO regarding its Swelltite waterproofing systems/products and topics addressed in his deposition. |
| | | | | | **Chad Filek** – Mr. Filek may testify regarding J-Berd's work on the project, the change in the courtyard drain assemblies, the subcontract with Weis, the topics addressed in his deposition. |
| | | | | | **Curt Johnson** – Mr. Johnson may testify regarding the subcontract with Weis and the other topics addressed in his deposition. |
| | | | | | **Michael Blaskowski** – Mr Blaskowski may testify regarding J-Berd's work on the project, including the change in the courtyard drain assemblies and other topics addressed in his deposition. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Andrew Verall** - Mr. Verall may testify regarding the water soluble film, its properties and its function and other topics from his deposition. |
| | | | | | **Thomas Yogan** – Mr. Yogan may testify regarding the water soluble film, its properties and its function and other topics from his deposition. |
| | | | | | **Greg Ribich** – Mr. Ribich may testify regarding Promenade's relationship with its lenders related to this project, alleged damages, Promenade's finances and topics addressed in his deposition. |
| | | | | | **Thomas Healy** - Mr. Healy may testify regarding the development of the project, events that occurred during the project and topics addressed in his deposition. |
| | | | | | **Peter Ramme** – Mr. Ramme may testify regarding the alleged damages and other topics addressed in his deposition. |
| | | | | | **Lisa Dahl** – Ms. Dahl may testify regarding alleged damages, the operation of the property and other topics addressed in her deposition. |
| | | | | | **Ann Kimball** – Ms. Kimball may testify regarding alleged damages, the operation of the property and other topics addressed in her deposition. |
| | | | | | **Carolyn Roby** – Ms. Roby may testify regarding the operation of the property, leasing, alleged damages and other topics addressed in her deposition. |
| | | | | | **Terry Weiderhoft** – Mr. Weiderhoft may testify regarding development of the project, events during construction, alleged damages and other topics from his deposition. |
| | | | | | **John Mikesh** – Mr. Mikesh may testify regarding his plans for the project and other topics addressed in his deposition. |
| | | | | | **Mark Chauvin** – expert **-** Mr. Chauvin may testify regarding the alleged damages, his site observations, the waterproofing system and other topics addressed in his deposition, the WJE file for this project and the topics in the WJE report. |
| | | | | | **Rich Koziol** – expert – Mr. Koziol may testify regarding the alleged damages, his observations on site, the waterproofing system and other topics addressed in his deposition, the WJE file for this project and the topics in the WJE report. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Marshall Levin** – expert – Mr. Levin may testify regarding the architect's work on the project, the standard of care for architects, the plans/drawings/design for the project and the topics in his reports. |
| | | | | | **Mary Bujold** – expert – Ms. Bujold may testify regarding the alleged damages, the operation of the property, the market in which the property exists and the topics in her report. |
| | | | | | **Robert Lunieski** – Mr. Lunieski may testify regarding the condition of the property, his appraisal/assessment, the topics in his reports, the operation of the property and the alleged damages |
| | | | | | **David Campbell** – Mr. Campbell may testify regarding his inspection of the property, the alleged damages, the topics in his report and other items in his deposition. |
| | | | | | **Robert Kudder** – Mr. Kudder may testify regarding his inspection of the property, the alleged damages, the topics in his report and other items in his deposition. |
| | | | | | **Alan Leirness** – Mr. Leirness may testify regarding the condition of the property, his appraisal, the topics in his reports, the operation of the property and the alleged damages. |
| | | | | | **Jeffrey Schuh** – Mr. Schuh may testify regarding the topics in his reports, his site observations, the alleged damages, and the topics in his deposition. |
| | | | | | **Sid Bhatt** – Mr. Bhatt may testify regarding the topics in his report, his site observations, the alleged damages and the topics in his depositions. |
| | | | | | **William Arockiasamy** – Mr. Arockiasamy may testify regarding the topics in his report, his site observations, the alleged damages and the topics in his depositions |
| | | | | | **Richard Stehley -** Mr. Stehley may testify regarding the topics in his report, his site observations, the alleged damages and the topics in his depositions |
| | | | | | **Phillip Jaffe** – Mr. Jaffe may testify regarding the sale of the property, the events that lead up to the sale, negotiations during the sale and other topics in his deposition |
| | | | | | **Al Whitcomb** – Mr. Whitcomb may testify regarding the annual tax evaluation of the property, the condition of the property, and his assessment of the property. |
| | | | | | **Chris Bierese** – expert – Mr. Bierese may testify regarding his assessment of Weis' damages, the items in his reports. |
| | | | | | **Tom Weber** – Mr. Weber may testify regarding his involvement during the development and construction of the project, events that occurred during that time, the alleged damages and topics discussed during his deposition. |
| | | | | | **Kristen Barry** – Ms. Barry may testify regarding communications with Weis and Weis' remedial work on the project. |
| | | | | | **Daniel Spencer** – Mr. Spencer may testify regarding his communications with Weis and Weis' remedial work on the project. |
| | | | | | **Paul Pearson** – Mr. Pearson may testify regarding his work on the project, the design for the project, events that occurred prior to and during construction. |
| | | | | | **Steve Watrud** – Mr. Watrud may testify regarding his work on the project, events that occurred prior to and during construction |
| | | | | | **Clete (Steenberg-Watrud)** – Clete may testify regarding his work on the project and events that occurred during construction |
| | | | | | **Darrin (Zarbock)** – He may testify regarding his work on the project and events that occurred during construction |
| | | | | | **Jim Zarbock** – Mr. Zarbock may testify regarding his work on the project, the events that occurred during construction |
| | | | | | **Property manager for Windsor at Promenade** – May testify regarding the condition of the property and its operation since the sale |
| | | | | | **Records custodian for Heller** may testify regarding documents from Heller related to the property |
| | | | | | **Records custodian from UNUM** may testify regarding documents from UNUM related to the property |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | All witnesses identified and/or introduced by other parties in this matter |
| | | | | | All foundation, impeachment and rebuttal witnesses |
| | | | | | To the best of Weis' knowledge, the party-witnesses who live out of town plan to attend the trial and therefore submission of the transcripts from their depositions is not necessary. Weis reserves the right, however, to submit and read from at trial the deposition transcripts from the depositions of the out-of-town party-witnesses who do not appear at trial and from the transcripts of any other witnesses who are not present or are otherwise unavailable to testify. |
| | | | | | **Kermit Duncan** – Mr. Duncan may testify regarding events that occurred during the development, design and construction of the project. |
| | | | | | **Harold Kiewel** – Mr. Kiewel may testify regarding events that occurred during the development, design and construction of the project. |
| | | | | | **Dale Schoeppner** – Mr. Schoeppner may testify regarding the City of Eagan's inspections of the property during construction and construction activity at the property after completion of the original project. |
| | | | | | Any other witnesses that may become known before trial. |
| | | | | | **Representatives of Wiss Janney Elstner** who inspected and tested the CETCO seamtape may testify regarding their investigation of the seamtape. |

Dated: September 3, 2004

_s/ Chad J. Stepan____________
Michael D. Hutchens # 167812
Chad J. Stepan. #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

and

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

***Attorneys for Defendant and***
***Third-Party Plaintiff Weis Builders, Inc.***

/1159218