**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2004, I caused the following documents:

1. Elness Swenson Graham Architects, Inc.'s Motion in Limine
2. Memorandum of Law in Support of Motion in Limine
3. Affidavit of William D. Hull in Support of Motion in Limine
4. Trial Brief
5. Witness List
6. Exhibit List
7. Deposition Testimony
8. Proposed Special Verdict Form
9. Proposed Jury Instructions

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an email notice of the electronic filing to all counsel in this matter.

COLEMAN, HULL & VAN VLIET, PLLP

September 3, 2004.

By *___/s/ William D. Hull___*

William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_certificate of service*