**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2004 I caused the following documents:

**Proposed Order**

to be filed by email with the Clerk of Court and the following:

Steven E. Rau
Flynn & Gaskins
Email: srau@flynngaskins.com

Leo I. Brisbois
Stich, Angell, Kreidler, et al.
Email: lbrisbois@stichlaw.com

Daniel A. Beckman
Gislason & Hunter, LLP
Email: dbeckman@gislason.com

Chad J. Stepan
Meagher & Geer
Email: cstepan@meagher.com

Roger C. Justin
Rinke-Noonan
Email: rjustin@rnoon.com

Rolf E. Sonnesyn
Tomsche, Sonnesyn & Tomsche, P.A.
Email: rsonnesyn@tstlaw.com

Dean B. Thomson
Fabyanske, Westra & Hart
Email: dthomson@fwhlaw.com

Mark S. Brown
Iverson Reuvers
Email: mbrowon@iversonlaw.com

William D. Hull
Coleman, Hull & Van Vliet, PLLP
Email: wdhull@chvv.com

Patrick D. Reilly
Erstad & Reimer, P.A.
Email: preilly@erstad.xom

Jonathan M. Bye
Lindquist & Vennum, PLLP
Email: jbye@lindquist.com

Andrea E. Reisbord
Cousineau, McGuire & Anderson Chartered
Email: aer@cousineaulaw.com

Benjamin B. Bohnsack
Email: bbohnsack@erstad.com

Steve W. Gaskins
Email: sgaskins@flynngaskins.com

Mark A. Gwin
Email: mag@cousineaulaw.com

David Fulton Herr
Email: david.herr@maslon.com

Chandelle L. Heyer
Email: cheyer@tstlaw.com

Jocelyn Lorna Knoll
Email: jknoll@fwhlaw.com

Timothy B. Kohls
Email: tkohls@fredlaw.com

James Duffy O'Connor
Email: james.oconnor@maslon.com

Joseph G. Springer
Email: jspringer@fredlaw.com

Robert T. Stich
Email: rstich@stichlaw.com

I further certify that I caused a copy of the foregoing document to be delivered to the following non-ECF participants by messenger:

Brian Baumgartner
Baumgartner Law Office, PLLC
3320 West Owasso Blvd.
Ahoreview, MN 55126

I further certify that I caused the above-named document to be filed with the court via messenger and e-mail to the following judge who is hearing the motion:

U.S. District Court Judge Joan N. Ericksen

and I certify that I caused a copy of the above-named documents to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Not Applicable.

**BROWN & CARLSON, PA**

By: /s/ Samuel J. Glover____________________
G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950

*Counsel for Fourth Party Defendant*
*Chris Craft Industrial Products, Inc.*

Dated: September 3, 2004.