UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

**SPECIAL VERDICT FORM**

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

We, the jury, return answers to submitted questions as follows:

1. Was Promenade Village Townhomes negligent with regard to its participation in the development and construction of the Promenade Oaks apartments?

_______________
Yes or No

2. If your answer to Question 1 was "yes," then answer this question: was Promenade's negligence a direct cause of the damages that Promenade claims?

_______________
Yes or No

3. Did Promenade Village Townhomes breach its contract with Weis Builders regarding the construction of the Promenade Oaks apartments?

_______________
Yes or No

4. If your answer to Question 4 was "yes," then answer this question: was Promenade's breach of contract a direct cause of the damages that Promenade claims?

_______________
Yes or No

5. Did Promenade provide an express or implied warranty that its plans and specifications for the Promenade Oaks apartments project were fit for use in bidding on and performing a contract?

_______________
Yes or No

6. If your answer to Question 5 was "yes," then answer this question: did Promenade breach its express or implied warranty that its plans and specifications for the Promenade Oaks apartments project were fit for use in bidding on and performing a contract?

________________________
Yes or No

7. If your answer to Question 6 was "yes," then answer this question: was Promenade's breach of warranty a direct cause of the damages that Promenade claims?

________________________
Yes or No

8. If your answer to any of Questions 1, 3 or 6 was "yes," then answer this question: was Promenade's negligence, breach of contract or breach of warranty a direct cause of the damages that Weis claims?

________________________
Yes or No

9. Was Weis Builders negligent with regard to its participation in the construction of the Promenade Oaks apartments?

________________________
Yes or No

10. If your answer to Question 9 was "yes," then answer this question: was Weis Builder's negligence a direct cause of the damages that Promenade claims?

________________________
Yes or No

11. Did Weis Builder's breach its contract with Promenade Village Townhomes regarding the construction of the Promenade Oaks apartments?

________________________
Yes or No

12. If your answer to question 11 was "yes," then answer this question: was Weis' breach of contract a direct cause of that damages that Promenade claims?

________________________
Yes or No

13. Was ESG negligent with regard to its participation in the design and construction of the Promenade Oaks apartments?

____________________
Yes or No

14. If your answer to Question 13 was "yes," then answer this question: was ESG's negligence a direct cause of the damages that Promenade claims?

____________________
Yes or No

15. Did ESG breach its contract with Promenade regarding the design and construction of Promenade Oaks apartments?

____________________
Yes or No

16. If your answer to question 15 was "yes," then answer this question: was ESG's breach of contract a direct cause of the damages that Promenade claims?

____________________
Yes or No

17. Was Waterproofing By Experts negligent with regard to its participation in the construction of the Promenade Oaks apartments?

____________________
Yes or No

18. If your answer to Question 17 was "yes," then answer this question: was Waterproofing By Experts' negligence a direct cause of the damages that Promenade claims?

____________________
Yes or No

19. Did Waterproofing By Experts breach its contract with Weis Builders?

____________________
Yes or No

20. If your answer to question 19 was "yes," then answer this question: was Waterproofing By Experts' breach of contract a direct cause of the damages that Promenade claims?

____________________
Yes or No

21. Was J-Berd Mechanical negligent with regard to its participation in the construction of the Promenade Oaks apartments?

____________________
Yes or No

22. If your answer to Question 21 was "yes," then answer this question: was J-Berd Mechanical's negligence a direct cause of the damages that Promenade claims?

____________________
Yes or No

23. Did J-Berd Mechanical breach its contract with Weis Builders?

____________________
Yes or No

24. If your answer to question 23 was "yes," then answer this question: was J-Berd's breach of contract a direct cause of the damages that Promenade claims?

____________________
Yes or No

25. Was CETCO negligent with regard to its participation in the development or construction of the Promenade Oaks apartments?

____________________
Yes or No

26. If your answer to Question 25 was "yes," then answer this question: was CETCO's negligence a direct cause of the damages that Promenade claims?

____________________
Yes or No

27. Was CETCO's waterproofing system defective because CETCO failed to provide adequate instructions for the installation of the waterproofing system?

__________________
Yes or No

28. If your answer to Question 27 was "yes," then answer this question: was the defective condition a direct cause of the damages that Promenade claims?

__________________
Yes or No

29. Was CETCO's waterproofing system defective?

__________________
Yes or No

30. If your answer to Question 29 was "yes," then answer this question: was the defective condition a direct cause of the damages that Promenade claims?

__________________
Yes or No

31. Was Chris Craft negligent with regard to the water soluble film that was incorporated into CETCO's waterproofing system?

__________________
Yes or No

32. If your answer to Question 31 was "yes," then answer this question: was Chris Craft's negligence a direct cause of the damages that Promenade claims?

__________________
Yes or No

33. Was Chris Craft's water soluble film defective because Chris Craft failed to provide adequate instructions for its use?

__________________
Yes or No

34. If your answer to Question 33 was "yes," then answer this question: was the defective condition a direct cause of the damages that Promenade claims?

__________________
Yes or No

35. Was Chris Craft's water soluble film defective?

_________________
Yes or No

36. If your answer to Question 35 was "yes," then answer this question: was the defective condition a direct cause of the damages that Promenade claims?

_________________
Yes or No

37. Did CETCO make an express warranty relating to the Promenade Oaks Project?

_________________
Yes or No

38. If your answer to Question 37 was "yes," then answer this question: did CETCO breach its warranty for the project?

_________________
Yes or No

39. If your answer to Question 38 was "yes," then answer this question: was CETCO's breach of warranty a direct cause of the damages that Promenade claims?

_________________
Yes or No

40. Did J-Berd Mechanical make an express warranty relating to the Promenade Oaks project?

_________________
Yes or No

41. If your answer to Question 40 was "yes," then answer this question: did J-Berd breach its warranty for the project?

_________________
Yes or No

42. If your answer to Question 41 was "yes," then answer this question: was J-Berd's breach of warranty a direct cause of the damages that Promenade claims?

__________________
Yes or No

43. Did Waterproofing By Experts make an express warranty relating to the Promenade Oaks project?

__________________
Yes or No

44. If your answer to Question 43 was "yes," then answer this question: did Waterproofing By Experts breach its warranty for the project?

__________________
Yes or No

45. If your answer to Question 44 was "yes," then answer this question: was Waterproofing By Expert's breach of warranty a direct cause of the damages that Promenade claims?

__________________
Yes or No

46. Was there an implied warranty of merchantability with respect to the CETCO products used at the Promenade Oaks apartments?

__________________
Yes or No

47. If your answer to Question 46 was "yes," then answer this question: did CETCO breach its warranty of implied merchantability?

__________________
Yes or No

48. If your answer to question 47 was "yes," then answer this question: was CETCO's breach of the implied warranty of merchantability a direct cause of the damages that Promenade claims?

__________________
Yes or No

49. Was there an implied warranty that CETCO's waterproofing products were fit for a particular purpose?

_________________
Yes or No

50. If your answer to Question 49 was "yes," then answer this question: did CETCO breach its implied warranty that its products were fit for a particular purpose?

_________________
Yes or No

51. If your answer to Question 50 was "yes," then answer this question: was CETCO's breach of the implied warranty that its products were fit for a particular purpose a direct cause of the damages that Promenade claims?

_________________
Yes or No

52. Was there an implied warranty of merchantability with respect to Chris Craft's water soluble film?

_________________
Yes or No

53. If your answer to Question 52 was "yes," then answer this question: did Chris Craft breach its warranty of implied merchantability?

_________________
Yes or No

54. If your answer to question 53 was "yes," then answer this question: was Chris Craft's breach of the implied warranty of merchantability a direct cause of the damages that Promenade claims?

_________________
Yes or No

55. Taking all the fault that you have determined to be a direct cause of the damages that Promenade claims as 100%, what percentage of fault do you attribute to:

Promenade: _____%

Waterproofing By Experts _____%

| | |
|---|---|
| J-Berd Mechanical | _____% |
| ESG | _____% |
| CETCO | _____% |
| Weis Builders | _____% |
| Chris Craft | _____% |
| Total | 100% |

56. If you find that Weis directly caused a percentage of the damages that Promenade claims, then answer these questions:

(a) what percent of Weis' fault, if any, was due to negligent design? ____________
(b) what percent of Weis' fault, if any, was due to negligent construction? ______________.

**DAMAGES**

Regardless of how you answered the previous questions, you must answer the following damages questions. In doing so, keep in mind that a claimant's damages for harm to property must not include any damages that the claimant could have presented with reasonable care.

57. Did Promenade Village Townhomes incur any damages related to water problems at the Promenade Oaks apartments?

________________
Yes or No

58. If your answer to Question 57 was "yes," then answer the following question, what amount of money, if any, will fairly and reasonably compensate Promenade for the damages? _________________

59. If you gave any amount greater than $0 in response to Question 58, then answer these questions

(a) what amount of the damages presented in response to Question 58, if any, arise out of, result from, or are in any manner connected with the work in Waterproofing By Experts' subcontract?

_____________________

(b) If you gave any amount over $0 in response to (a), then answer this question: did any acts or omissions which gave rise to the amount of damages provided in response to subpart (a) occur before Waterproofing By Experts completed its work on the project?

____________________
Yes or No

(c) If your answer to subpart (b) was "yes," then answer this question: what amount of the damages set forth in your response to subpart (a) occurred as a result of acts or omissions that occurred before Waterproofing By Experts completed its work?

____________________

(d) what amount of the damages presented in response to Question 58, if any, arise out of, result from, or are in any manner connected with the work under J-Berd Mechanical's subcontract?

____________________

(e) If you gave any amount over $0 in response to subpart (d), then answer this question: did any acts or omissions which gave rise to the amount of damages provided in response to subpart (d) occur before J-Berd Mechanical completed its work on the project?

____________________
Yes or No

(f) If your answer to subpart (e) was "yes," then answer this question: what amount of the damages set forth in your response to subpart (d) occurred as a result of acts or omissions that occurred before J-Berd Mechanical completed its work?

____________________

Yes or No

60. Does Promenade Village Townhomes owe Weis Builders for labor and materials provided pursuant to the original construction contract between them?

____________________
Yes or No

61. If your answer to Question 60 was "yes," then answer this question: what amount of money will fairly and reasonably compensate Weis Builders for the work and/or materials it provided under the original construction contract?

______________________

62. If your answer to Question 8 was "yes," then answer this question, what amount of money, if any, will fairly and adequately compensate Weis Builders for the damages that it sustained? _____________

63. Does Weis Builders owe Waterproofing By Experts for labor and materials provided under the original subcontract between them?

______________________
Yes or No

64. If your answer to Question 63 was "yes," than answer this question: what amount of money will fairly and reasonably compensate Waterproofing By Experts for the work and/or materials it provided under the original subcontract?

______________________

PLEASE SIGN AND DATE THIS FORM. THANK YOU.

Dated: ___________, 2004

Time: ____________

______________________
FOREPERSON

/1159325