UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company, Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

**AFFIDAVIT OF CHAD J. STEPAN**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Chad J. Stepan, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is an attorney with the law firm of Meagher & Geer, P.L.L.P., 33 South Sixth St., Minneapolis, MN 55402.

2. That your affiant is one of the attorneys representing defendant and third-party plaintiff Weis Builders, Inc., in the above-entitled matter.

3. That this affidavit is submitted in conjunction with Weis Builders' Motions In Limine.

4. That attached as Exhibit A are true and correct copies of relevant pages from the deposition transcript of Richard D. Stehley.

5. That attached as Exhibit B are true and correct copies of relevant pages from the deposition transcript of Robert J. Kudder.

6. That attached as Exhibit C are true and correct copies of relevant pages from the deposition transcript of Sid N. Bhatt.

7. That attached as Exhibit D are true and correct copies of relevant pages from the deposition transcript of William D. Arockiasamy.

8. That attached as Exhibit E are true and correct copies of relevant pages from the deposition transcript of Jeffrey Schuh.

9. That attached as Exhibit F are true and correct copies of relevant pages from the deposition transcript of David Campbell.

10. That attached as Exhibit G are true and correct copies of relevant pages from the deposition transcript of Jon Camay.

11. That attached as Exhibit H are true and correct copies of relevant pages from the deposition transcript of Timothy Charboneau.

12. That attached as Exhibit I are true and correct copies of relevant pages from the deposition transcript of Scott Vanderburg.

13. That attached as Exhibit J are true and correct copies of relevant pages from the deposition transcript of Thad D. Palmer.

14. That attached as Exhibit K are true and correct copies of relevant pages from the deposition transcript of Robert J. Strachota.

FURTHER YOUR AFFIANT SAITH NOT.

_s/ Chad J. Stepan_____________
Chad J. Stepan

Subscribed ands sworn to before me
this 3rd day of September, 2004.

__s/ Barbara J. O'Leary__
Barbara J. O'Leary, Notary Public
Anoka County, Minnesota
My Commission Expires: 1/31/05

[Notarial Seal]

/1159360