# EXHIBIT INDEX TO AFFIDAVIT OF CHAD J. STEPAN

A. Deposition of Richard D. Stehly, P.E., pp. 1 and 79

B. Deposition of Robert J. Kudder, pp. 1 and 115

C. Deposition of Sid N. Bhatt, P.E., pp. 1 and 56

D. Deposition of William D. Arockiasamy, P.E., pp. 1 and 64

E. Deposition of Jeffrey Schuh, P.E., pp. 1, 2, 188 and 190

F. Deposition of David Campbell (Volume I), pp. 1 and 68

G. Deposition of Jon Camaya (Volume I of II), pp. 1 and 109

H. Deposition of Timothy Charboneau, pp. 1 and 107

I. Deposition of Scott Vanderburg (Volume I), pp. 1, 27, 28 and 29

J. Deposition of Thaddeus Dudley Palmer (Volumes I and II), pp. 1, 12, 14, 15, 16, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 33, 34, 155, 173, 312, 313, 314, 392, 393, 423 and 424

K. Deposition of Robert J. Strachota, pp. 1 and 10-11

/1158606

1133653