UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

Civil File No. 00-CV-987 JNE/JSM

**DEFENDANT AND THIRD-PARTY PLAINTIFF WEIS BUILDERS, INC.'S NOTICE OF MOTION FOR MOTION TO BIFURCATE**

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

TO ALL PARTIES ABOVE-NAMED AND THEIR COUNSEL:

PLEASE TAKE NOTICE, that defendant and third-party plaintiff Weis Builders, Inc.'s, motion to bifurcate shall be heard by the Honorable Joan N. Ericksen, United States District Judge, in Courtroom 3 of the Warren E. Berger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101 at the pretrial conference on October 4, 2004, at 9:30 a.m., or as soon thereafter as counsel can be heard.

Dated: September 3, 2004

s/ Chad J. Stepan
Michael D. Hutchens # 167812
Chad J. Stepan. #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

and

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

***Attorneys for Defendant and***
***Third-Party Plaintiff Weis Builders, Inc.***

/1159382