**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

Civil File No. 00-CV-987 JEL/JSM

**THIRD PARTY DEFENDANT J-BERD MECHANICAL CONTRACTORS, INC.'S NOTICE OF MOTION– MOTIONS IN LIMINE**

---

**TO: ALL COUNSEL OF RECORD (SEE SERVICE LIST)**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 4, 2004 at 9:30 a.m., or as soon thereafter as counsel can be heard, that at the U.S. District Court, 610 Federal Building, 316 North Robert Street, St. Paul, MN 55101, Third-Party Defendant J-Berd Mechanical Contractors, Inc. ("J-Berd") will bring motions in limine, including *Daubert* motions, before the Honorable Joan N. Ericksen as further described in J-Berd's Motions in Limine.

Dated: September 3, 2004

_ /s/ Rolf E. Sonnesyn ___________________

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, Minnesota 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third Party Defendant J-Berd
Mechanical Contractors, Inc.