**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

Civil File No.: 00-CV-987 JNE/JSM

**COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY'S MOTIONS IN LIMINE**

and

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

---

TO: Parties above-named and their counsel of record.

Defendant Colloid Environmental Technologies respectfully moves the Court for an Order directing that (1) any expert opinions alleging a defect in the waterproofing membrane will be excluded; and (2) any references to water intrusion problems at sites other than Promenade will be excluded.

This Motion is supported by a Memorandum of Law, affidavits and exhibits served and filed contemporaneously herewith.

**ERSTAD & RIEMER, P.A.**

Date: September 3, 2004

By: s/Patrick D. Reilly
Patrick D. Reilly (#90451)
Benjamin B. Bohnsack (#0319399)
Attorneys for Defendants
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700