**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

**Civil File No.: 00-CV-987 JNE/JSM**

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

**AFFIDAVIT OF PATRICK D. REILLY**

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

and

J-Berd Mechanical Contractors, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

STATE OF MINNESOTA )
: ss.
COUNTY OF HENNEPIN )

Patrick D. Reilly, does hereby depose and state:

1. I am one the attorneys representing Colloid Environmental Technologies Company in the above-captioned matter.

2. Attached hereto and incorporated herein as **Exhibit A** are true and correct copies of relevant pages from the deposition of David Campbell.

3. Attached hereto and incorporated herein as **Exhibit B** is a true and correct copy of the expert report of David Campbell.

4. Attached hereto and incorporated herein as **Exhibit C** are true and correct copies of relevant pages from the deposition of William Arockiasamy.

5. Attached hereto and incorporated herein as **Exhibit D** is a true and correct copy of the expert report of William Arockiasamy.

6. Attached hereto and incorporated herein as **Exhibit E** are true and correct copies of relevant pages from the deposition of Sid Bhatt.

7. Attached hereto and incorporated herein as **Exhibit F** is a true and correct copy of the expert report of Sid Bhatt.

8. Attached hereto and incorporated herein as **Exhibit G** are true and correct copies of relevant pages from the deposition of Richard Stehley.

9. Attached hereto and incorporated herein as **Exhibit H** is a true and correct copy of the expert report of Richard Stehley.

10. Attached hereto and incorporated herein as **Exhibit I** is a true and correct copy of the expert report of Richard Kozial/Mark Chauvin.

11. Attached hereto and incorporated herein as **Exhibit J** are true and correct copies of relevant pages from the deposition of Richard Kozial.

12. Attached hereto and incorporated herein as **Exhibit K** are true and correct copies of relevant pages from the deposition of Mark Chauvin.

13. Attached hereto and incorporated herein as **Exhibit L** is a true and correct copy of the expert report of Jon Camaya.

14. Attached hereto and incorporated herein as **Exhibit M** are true and correct copies of relevant pages from the deposition of Jon Camaya.

**FURTHER YOUR AFFIANT SAITH NAUGHT.**

s/ Patrick D. Reilly
Patrick D. Reilly

Subscribed and sworn to before me
this 3rd day of September, 2004.

s/ Chanda Schmalz
Notary Public
(STAMP AND/OR SEAL)