


A SITE PLAN

NO SCALE



NORTH

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\ water2\ private\ promenade02.db




B TYPICAL BUILDING SECTION
NO SCALE

| | |
|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA |

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




## (C) EXISTING CONDITION AT PRECAST

NO SCALE DTO'S 1, 2, 6, 12, 15, 17, 20

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>© 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




D EXISTING CONDITIONS AT WALL

NO SCALE DTO 3

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434

© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




E — EXISTING CONDITION AT ELEVATOR TOWER REPAIR

NO SCALE — DTO 4

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




F EXISTING CONDITION AT WALL

NO SCALE DTO 5

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




G EXISTING CONDITION AT WALL

NO SCALE DTO 9, 14

| | | |
|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>©2002 |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




H — EXISTING CONDITION AT ENTRY SLAB

NO SCALE

DTO 7, 8

| | |
|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS |
| CLIENT: | FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA |

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
©2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: 4/5/02 | SHT. . | OF | . |

x:\water2\private\promenade02.db




1 EXISTING CONDITION AT DRAIN

NO SCALE DTO 10

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM JL |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/3/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




J

EXISTING CONDITIONS AT WOOD POST (NOT REPAIRED)

NO SCALE DTO 11

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




## (K) EXISTING CONDITION AT WALL

NO SCALE DTO 13

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




L EXISTING CONDITION AT BURIED WALL

NO SCALE DTO 16

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM JL |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




M — EXISTING CONDITION AT END WALL REPAIR

NO SCALE DTO 18

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




N

## EXISTING CONDITION AT END WALL REPAIR

NO SCALE DTO 19

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. WFM JL | |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db

THE PRODUCT LITERATURE FOR THE VOLCLAY SWELLTITE 3000 WATERPROOFING MEMBRANE THAT WAS INSTALLED STATES THAT THE WATER-SOLUBLE FILM COMPONENT OF THE MEMBRANE IS SUPPOSED TO DISSOLVE IN THE PRESENCE OF WATER, THEREBY ALLOWING THE BENTONITE/BUTYL COMPONENT TO COME INTO DIRECT CONTACT WITH AND SEAL AGAINST ADJACENT SURFACES. HOWEVER, WE RECOVERED SAMPLES OF THE NOW 4-YEAR-OLD MEMBRANE WITH THE WATER-SOLUBLE FILM STILL INTACT AND NOT YET DISSOLVED. THIS MEANS THAT WATER IS FREE TO ENTER THE SEAM, BECAUSE THE UNDISSOLVED FILM IS KEEPING THE BENTONITE/BUTYL COMPONENT FROM SEALING AGAINST THE HDPE COMPONENT OF THE ADJACENT MEMBRANE. THIS ALSO MEANS THAT, ONCE THROUGH THE SEAM, THE WATER IS ALSO FREE TO MIGRATE UNDER THE MEMBRANE. AGAIN, THIS IS BECAUSE THE UNDISSOLVED FILM IS SEPARATING THE BENTONITE/BUTYL COMPONENT FROM THE PRECAST CONCRETE. THIS IS EVIDENCED BY THE FACT THAT WE FOUND WATER BELOW THE MEMBRANE AT FOUR DTO LOCATIONS. ONCE WATER IS PERMITTED TO MIGRATE UNDER THE MEMBRANE, IT IS ONLY A MATTER OF TIME UNTIL IT FINDS A CONVENIENT POINT OF ENTRY THROUGH THE STRUCTURE, SUCH AS A KEYWAY JOINT, EXPANSION JOINT, CONSTRUCTION JOINT, OR STRESS CRACK.




EXISTING WATERPROOFING MEMBRANE
(VOLCLAY SWELLTITE 3000 (90 MIL)
- HIGH DENSITY POLYETHYLEN (HDPE) (20 MIL)
- BENTONITE/BUTYL RUBBER COMPOUND (70 MILS)
- WATER SOLUABLE FILM (1.5 MILS)

## O DEFICIENCIES INHERENT TO THE EXISITNG WATERPROOFING MEMBRANE

NO SCALE

| | | |
|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>©2002 |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




P NEW TYPICAL SYSTEM AT PRECAST
NO SCALE

**FOR COST ESTIMATES ONLY-NOT FOR CONSTRUCTION**

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>© 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




## Q NEW TYP. TERMINATION AT BLDG. WALL

NO SCALE

**FOR COST ESTIMATES ONLY-NOT FOR CONSTRUCTION**

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
©2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM JL |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. | . OF . |

x:\water2\private\promenade02.db




R NEW TYPICAL COURTYARD DRAIN

NO SCALE

**FOR COST ESTIMATES ONLY-NOT FOR CONSTRUCTION**

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db

Prepared For INSPEC, Inc.
Prepared By CPMI, Inc.

BUDGET
COST MANAGEMENT REPORT
PROMENADE OAKS APARTMENT WATERPROOFING
EAGAN, MINNESOTA
3 FEBRUARY 2001

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL AMOUNT |
|---|---|---|---|
| **Replacement & Reinstall Continued** | | | |
| Clean Existing Drain Leaders | 2700 LF | 3.00 | 8,100 |
| Replace Siding | 6800 SF | 4.00 | 27,200 |
| Reinstall Railings & Touchup Paint | 1142 LF | 10.00 | 11,420 |
| Reinstall Interlock Block Retaining Wall With 20% Replacement | 2000 SF | 11.00 | 22,000 |
| Temporary Protection Horizontal & Vertical Surf. | 96200 SF | 0.20 | 19,240 |
| **Subtotal Replacement & Reinstall** | | | 2,672,980 |
| **Landscaping & Finishing** | | | |
| Sod | 4610 SY | 6.00 | 27,660 |
| Concrete Flatwork With Sand Base | | | |
| Sidewalks | 13635 SF | 4.50 | 61,360 |
| Cobblestone Finish/Color On Walks - Strip | 3620 SF | 3.00 | 10,860 |
| Patios | 10845 SF | 4.75 | 51,510 |
| New Ground Mount Light Fixtures With Branch | 30 EA | 425.00 | 12,750 |
| Landscaping Trees | | | |
| Amur Maple | 23 EA | 275.00 | 6,330 |
| Red Splendor Crab | 4 EA | 235.00 | 940 |
| Red Pine | 1 EA | 270.00 | 270 |
| Colorado Green Spruce | 2 EA | 240.00 | 480 |
| Landscaping Shrubs | | | |
| Dwarf Japanese Yew | 22 EA | 45.00 | 990 |
| Froebel Spirea | 52 EA | 50.00 | 2,600 |
| Sea Juniper Green | 11 EA | 80.00 | 880 |
| Annabelle Hydrangea | 29 EA | 45.00 | 1,310 |
| Bridalwreath Spirea | 13 EA | 55.00 | 720 |
| Miss Kim Lilac | 6 EA | 65.00 | 390 |
| Mugho Pine | 3 EA | 75.00 | 230 |
| Prairie D Shrub Rose | 4 EA | 30.00 | 120 |
| Residential Irrigation System (Hook into Existing Controllers) | 70100 SF | 0.80 | 56,080 |
| Landscape Rock/Weed Control Fabric | 4160 SF | 5.50 | 22,880 |
| PVC Edging | 1600 LF | 2.80 | 4,480 |
| **Subtotal Landscaping & Finishing** | | | 262,840 |
| **Subtotal Construction** | | | 3,509,850 |
| Prime Contractor Mark-up/(5%)Contingency | 18% | | 631,800 |
| **Total Construction** | | | 4,141,650 |