AMERICAN ENGINEERING TESTING, INC.

CONSULTANTS
• GEOTECHNICAL
• MATERIALS
• ENVIRONMENTAL

# REPORT OF BUILDING WATERPROOFING

**PROJECT:**

PROMENADE OAKS APARTMENTS
EAGAN, MINNESOTA

**REPORTED TO:**

COLEMAN, HULL & VanVLIET
8500 NORMANDALE LAKE BLVD.
SUITE 2110
MINNEAPOLIS, MN 55437

**ATTN:** BILL HULL

**AET JOB NO:** 05-01128

**DATE:** AUGUST 11, 2003

## INTRODUCTION

This report presents the results of our review of the waterproofing system in the courtyards of the Promenade Oaks Apartments. The apartments were completed in 1997 and leaks began occurring from the courtyards even before the project was completed. Mr. Bill Hull of Coleman, Hull and VanVliet requested we evaluate the waterproofing system. The scope of our work consists of a visual survey of the courtyards, a review of selected project documents, and deposition exhibits. The purpose of our work was to provide an opinion about the suitability of the design and construction.

## CONCLUSIONS

Based on the results of our work and experience, it is our opinion the following conclusions are appropriate:

1. The use of a bentonite membrane was inappropriate for this design. A bentonite membrane should not be used on a horizontal surface which will be exposed to standing water. It is not recommended by the National Roofing Contractors Association in its Roofing and Waterproofing Manual for this application. The courtyard drains will allow an accumulation of at least 2" of water on the membrane.

2. The flashing of the perimeter walls was inappropriate. The liquid applied flashing terminated near the ground surface. The flashing should have extended above the ground at least 6" and preferably 1'. The flashing below ground was unprotected above the membrane termination and could be easily penetrated. Copper or stainless sheet metal should have been used to protect the flashing. Also, flashing material such as neoprene, copper, or stainless steel would have been more reliable than the liquid applied flashing.

EXHIBIT H

This document shall not be reproduced, except in full, without written approval of American Engineering Testing, Inc.
550 Cleveland Avenue North • St. Paul, MN 55114 • 651-659-9001 • Fax 651-659-1379
Duluth • Mankato • Marshall • Rochester • Wausau • Rapid City • Pierre • Sioux Falls
AN AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER

3. The flashing of the canopy posts was inappropriate. The liquid applied flashing terminated below the ground surface. The flashing should have extended above the ground surface at least 6" and preferably 1'. Also, the flashing should have been protected by copper or stainless sheet metal attached to the post. Also, a flashing material such as neoprene, copper, or stainless steel would have been more reliable than the liquid applied flashing.

4. The drain position is not compatible with the Aquadrain 20H drainage mat. The drainage mat core was positioned at least 2" below the inlet of the drain body. Therefore, water in the drainage mat does not flow into the drain.

5. The soil fill was inappropriate. A non-frost susceptible soil should be used where water will stand so as to eliminate frost heave.

6. The drainage design for the waterproofing system was poor. While not absolutely required for waterproofing, sloping the membrane to drainage points has proved to be good practice and helps maintain the integrity of the waterproofing.

7. The construction of the waterproofing system without drawings was poor practice. Also, this does not meet the project specification requirement for providing as-built drawings of the construction.

8. The use of explosive powder driven nails to attach the canopy post boot to the precast concrete was poor practice. This method tends to shatter the concrete in the vicinity of the nail. An expansion bolt placed in a drilled hole would be appropriate. Where the attachment occurs over a plank core, the core should be grouted first.

9. The replacement waterproofing system using American Hydrotech's monolithic membrane 6125 is vastly superior to that provided. It is also much more expensive. A suitable waterproofing system could have been proposed using an EPDM or polymer-modified bitumen sheet membrane at less cost than the Hydrotech system.

## BACKGROUND INFORMATION

The Promenade Oaks Apartments consist of 282 units in six buildings built in 1997. The owner, Promenade Village Townhomes LLC, entered into a contract with BRW Elness Architects to provide design services for the project. The owner also entered into a contract (AIA Document A111) with Weis Builders, Inc., to build the project. Each of the apartment buildings has a courtyard which requires a watertight system. Water has leaked from the courtyard into rental units and garages. Leaks remain a chronic problem.

The project documents place the responsibility for the design and construction of a watertight system in the plazas on the contractors. Weis Builders, Inc. entered into a subcontract (AGC) with Waterproofing by Experts for design-build of a waterproofing system for the courtyards. We understand drawings were not prepared for the construction of the waterproofing system.

Waterproofing By Experts, Inc. tendered a bid dated August 22, 1996. The courtyard waterproofing bid consisted of the following:

Swelltite 3000 90 mil sheet waterproofing
M-2000 liquid flashing over all joints
3 inch insulation
Drainage board

A credit of $22,000 was offered if 2 inch insulation was used instead of 3-inch insulation. The bid does not list design services.

The subcontract agreement dated February 20, 1997, obligates Waterproofing by Experts to provide and install consistent with manufacturers' recommendations, drainage board, 2 inches of insulation, a waterproofing system, waterproofing details, and liquid membrane flashing. Drain tile and overflow scuppers were removed from the subcontract. The subcontract also states, "this contract is for design-build waterproofing system for the plaza area." We understand the drains were selected by the contractor and installed by the mechanical subcontractor.

While drawings were not prepared of the water proofing system, we can summarize the scheme from photos taken during construction, from Inspec's twenty destructive test openings, and from product data sheets submitted by Waterproofing by Experts. The waterproofing system design appears to be as follows:

**Plaza**
Soil (Photo - Filek Exhibit 433)
2" of Foamular extruded polystyrene insulation (Photo - Feges Exhibit 113)
Aquadrain 20H composite drainage sheet with woven filter fabric (Photo - Filek Exhibit 411)
Volclay Swelltite 3000 waterproofing membrane
The waterproofing system was supported by 12" thick precast/prestressed concrete plank. The grouted plank keyways and drain penetrations were coated with Volclay M-2000 liquid flashing before membrane placement (Photo - Carpenter Exhibit 323).

**Walls Supporting Apartments**
Concrete masonry walls rest on the concrete plank and form the boundary of the courtyard (Photo - Filek Exhibit 432). The waterproofing design of the walls appears to have been the following:

Soil
2" of Foamular polystyrene insulation (Photo - Bates ESG 00629)
Aquadrain 10x or 15x composite drainage sheet with non-woven filter fabric (Photo - Bates ESG 00629).
Volclay Swelltite 3000 waterproofing membrane (Photo - Bates ESG 00629)
Volclay M-2000 Liquid Flashing (Photo Thoreen Exhibit 481)
The termination was to be made using Volclay Swelltite Termtape (Photo - Bates ESG 00629)

**End Walls**
Concrete masonry walls form the end of the courtyards with rock face block above grade and smooth common block below grade (Photo - Messerich Exhibit #299). The waterproofing design of the end walls appears to be as follows:

Soil
Aquadrain 10x or 15x composite drainage sheet (Photo - Messerich Exhibit #299)
Volclay Swelltite 3000 waterproofing membrane (Photo - Messerich Exhibit #299)
Volclay M-2000 Liquid Flashing

Wood posts rest on the concrete plank and support the canopy (photo - Carpenter Exhibit #322). The waterproofing system detail at the post appears to have been simply to extend Volclay M-2000 liquid flashing a short distance up the post (Photo - Carpenter Exhibit #323). The termination was below the ground surface.

The courtyard runoff was to be provided by 30 drains passing through the inside of the building. The drain was to receive water from the top grate and perforations in the drain body. The perforations start at 2" above the concrete plank or just below the top of the insulation and do not align with the drainage board (Photo - Bates ESG 00626).

The owner maintained records of leakage into the rental units, stair towers, and garage. The following is a summary:

| Year | Unit | Stair Tower | Garage | Other | Total |
|---|---|---|---|---|---|
| 1997 | 77 | 35 | Not recorded | Not recorded | 112 |
| 1998 | 34 | 51 | 46 | 14 | 145 |
| 1999 | 9 | 14 | 82 | 16 | 121 |
| 2000 | 5 | 20 | 122 | 9 | 156 |
| 2001 | 1 | 13 | 50 | 8 | 72 |
| 2002 to May 8 | 3 | 2 | 31 | 5 | 41 |

The contractor and subcontractor made numerous repairs. The waterproofing at the wall was extended above the ground line. The waterproofing around the base of the wood posts was revised. A sealant was installed at the main entrances to the rental units. Drain tile was installed along with additional surface drains. While the repairs stopped many leaks, others continue to occur.

Finally, the bentonite membrane appears not to be functioning properly. The water soluble film on the face of the membrane was still intact in some places. Therefore, the membrane did not seal at the lapped edges where the film remains.

## REVIEW INFORMATION

On July 12, 2000, we visited the Promenade Oaks Apartments. We walked through the courtyards, garages, and several rental units. We noted areas of staining caused by leakage. Also, the following documents were reviewed:

- Summary Judgement Brief
- Drawing - Set #2
  - T1.1, L3, L1, 3, L1.1, A1.1a, A1.1b, A1.2a, A1.2b, A1.3a, A1.3b, A1.4a, A1.4b, A1.5a, A1.5b, A1.6b, A2.1;, A2.2, A2.3, A2.4, A2.5, A2.6, A2.7, A2.8, A2.9, A3.1, A3.2, A3.3, A3.4, A3.5, A3.6, A3.7, A4.1, A4.2, A5.1, A6.1, A7.1, A8.1, A8.2, E0.1, A4.1, S1.1, S1.2, S1.3, S1.4, S1.5, S1.6, A1-6a, S1.7.
- Waterproofing by Experts Waterproofing Bid
- Weis's Standard Subcontract Agreement with Waterproofing by Experts with exhibits
- Specification Division #7
- Owner Contractor Agreement
- Product data sheets for waterproofing system
- Waterproofing warranty
- Leak data
- Pope Associates letter of April 20, 2001
- Expert Report of Christopher Beirise, April 27, 2001
- Inspec Report of May 1, 2002
- Wiss Janney Elstner Associates letter of May 31, 2002
- Bates numbered documents CET000003, 4, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 20, 22 33, 34, 35
- Meagher Geer letter to Magistrate Lebedoff, May 17, 2002
- Weis drawing list
- Weis Promenade Waterproofing Information, July 22, 1996
- Gary Nelson deposition
- Scott Vanderburg deposition
- John Feges deposition exhibits 111-119
- Chad Filek deposition exhibits 411, 412, 414-434, 436-431

Patrick Carpenter deposition exhibits, 322-325
Steve Messerich deposition exhibits, 299-303
Al Thoreen deposition exhibits, 481-484, 486-488
Project Manual-Promenade Oaks Townhomes Courtyard Waterproofing
Waterproofing Bids
Larson Engineering drawings A-1 to 10, R-1 to 10, T-1, M-1 to 6

Report Prepared by:
American Engineering Testing, Inc.

Richard D. Stehly, P.E., FACI
Principal
MN Reg. No. 12856
Phone: (651) 659-1333
Fax: (651) 647-2744
rstehly@amengtest.com

822

WJE | ENGINEERS | ARCHITECTS | MATERIALS SCIENTISTS

Wiss, Janney, Elstner Associates, Inc.
5775 Wayzata Boulevard, Suite 700
Minneapolis, Minnesota 55416
952.525.2230 tel | 952.544.6954 fax
www.wje.com

31 May 2002

Mr. Chad Stepan
Attorney
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788

Via: Fax and FedEx

Re: **Review of Courtyard Waterproofing Design and Repairs**
Promenade Oaks Townhouses
1160 Northwood Drive
Eagan, MN
WJE No. 2002.1499

Dear Mr. Stepan:

As you requested, Wiss, Janney, Elstner Associates, Inc. (WJE) reviewed background information related to the Promenade Oaks townhouse project located at 1160 Northwood Drive in Eagan, Minnesota. Our review was limited to background information relating to the original design and construction of the courtyard waterproofing system, the water leakage problems experienced, and the investigative work and repairs that have been completed to date (i.e., design drawings and details, project specifications, damage reports and locations, photographs, expert reports, etc.). The scope of our services also included performing two limited site inspections and preparing a report summarizing our findings and opinions.

WJE performed a review of project file information on 16 April 2002 to locate and identify documents and photographs relevant to the design, construction, investigation, and repair of the courtyard waterproofing and of the water leakage that has been experienced. Copies of this information were subsequently provided by you so that a more thorough review could be completed.

The review performed by WJE included the following documents:

- Project design drawings.
- Project specifications sections related to waterproofing.
- Product specifications and information related to the selected waterproofing system and their recommended installation details and procedures.
- Digital photographs taken during construction and repair of the courtyard areas.
- Maps identifying the water leakage locations.
- Reports and summaries of water leakage experienced.
- Documentation of the repairs performed by the general contractor and the waterproofing subcontractor.
- Maps identifying the locations of repair work.
- Previous engineering and expert reports.
- Geotechnical reports.
- Daily timesheets prepared by the waterproofing subcontractor.

**EXHIBIT I**

- Project correspondence.
- Project site meeting reports prepared during and immediately following construction.

# BACKGROUND

## *Project Description*

The Promenade Oaks townhouse project in Eagan, Minnesota was constructed in 1996-1997 and consists of six individual residential complexes (identified as Buildings 1 through 6) and a recreational building. Each typical residential complex consists of two separate buildings containing either two or three levels of townhouse units, connected by an underground parking garage and an earth-covered courtyard area. The three-story buildings contain one-level townhouse units (lower) and two-level townhouse units (main and upper). The two story buildings contain only two-level townhouse units (main and upper). The parking garages are located adjacent to the lower level unit of the three-story building and extend underneath the main floor of the two-story buildings. The courtyard areas are located directly above the underground parking garages on the main level of both buildings and typically contain concrete pathways and landscaping. The main entrances for the individual townhouse units are typically paired for adjacent units, and are located within the courtyard area. Each pair of entrances shares a concrete patio stoop with an overhead canopy.

## *Original Construction*

In each residential complex, the typical construction of an individual townhouse unit in both the two and three-story buildings consists primarily of wood framed walls and floors. Concrete masonry foundation walls (CMU) are constructed in selected areas of the lower level units of the three-story buildings (below grade walls and common walls with the underground parking garage). The common wall extends above the ceiling of the underground parking garage and serves to contain the courtyard area and support the wood framed walls of the townhouse units located above. A knee-high CMU wall is present on the main level of the townhouse units in the two-level buildings, in the areas located alongside the courtyard area, to support the wood-framed walls above and contain the courtyard area.

The ceiling of the underground parking garage consists of hollow core precast concrete planks supported on concrete beams and columns. A concrete topping was not provided on the precast planks. The ceiling of the underground parking garage abuts the CMU walls of the lower level units in the three-story buildings and extends into the opposing two-story buildings to serve as the main level floor. The garage ceiling also supports the earth-covered courtyard area located directly above. The overhead canopies present above the main entrances of the townhouse units are supported by wood posts that bear directly on the precast plank (garage ceiling).

The exterior facade of the buildings is vinyl siding over Tyvek HouseWrap. No gutters were installed on the buildings and the roof surfaces are configured to divert water drainage/runoff into the courtyard areas.

The soil depth in the courtyard areas is approximately 2-3 ft. and the grade of the landscaping slopes away from the townhouse unit buildings, towards the center of the courtyard areas. A bentonite

waterproofing system was installed on the top surface of the precast concrete planks (comprising the ceiling of the underground parking garage) The precast planks were installed level and no slope for drainage was reportedly provided. This waterproofing system was then turned up vertically and terminated at the top of the CMU walls located alongside the courtyard area. The intent of the waterproofing system was to prevent groundwater and runoff accumulating within the landscaped courtyard areas from infiltrating into the lower level townhouse units and the below grade parking garages.

## Waterproofing System

The waterproofing system for the courtyard area was specified as a design-build system (i.e., selected, designed, and installed by the waterproofing subcontractor). The selected system reportedly consisted of a Volclay SWELLTITE Composite Bentonite Membrane and Volclay M-2000 Liquid Flashing for joints, terminations, and penetrations (both manufactured by American Colloid (CETCO)); Miradri 9000 Drainage Board; and 3 in. rigid insulation boards (manufactured by DOW).

## Changes During Construction

It was reported that during construction the grade for the landscaping was raised by approximately 8 in. This change was reportedly specified by the Architect to accommodate code requirements related to handicap access. After the backfilling of the Building 6 courtyard was completed, the Building Inspector reportedly specified that the grade elevation at the center of the courtyards of Buildings 1 through 5 be raised to meet slope requirements related to handicap access. Additional details of this design are detailed in other reports.

After the specified grade of the courtyard areas was raised by approximately 8 in., the final grade elevation of the landscaping and soil backfill was located above the sill plate of the wood framed main level walls and above the bottom of vinyl siding. In addition, the finished grade was approximately 8 in. above the termination of the waterproofing system (at the tops of the CMU walls). The grade revision required by the Building Inspector also resulted in a decreased slope for drainage to the drains located neat the center of the courtyard areas.

## Reported Problems

Water leakage to the interior of the residential complexes has been reported since construction of the Promenade Oaks townhouse project was completed in 1997. Repeated water leakage was also observed in various areas of the lower level parking garages and in many of the lower level townhouse units at all 6 residential complexes. In addition, cracking and heaving of the concrete pathways was observed in the courtyard areas.

## Past Maintenance

Extensive repairs have been performed in an effort to stop the water leakage in the vicinity of the courtyard areas. The repairs have been made on several occasions since construction was completed in 1997 on all 6 buildings. The general contractor and the waterproofing subcontractor have performed the

repair work based on the reported locations and apparent sources of water leakage. In some instances, the effectiveness of the repairs was evaluated through water testing.

The repair efforts to date have reportedly consisted of several tasks, including the following:

- Revising waterproofing details around the base of wood posts supporting the overhead entry way canopies.
- Extending the waterproofing system vertically up the walls of the townhouse units (behind the vinyl siding) so that the end terminations are located above grade level.
- Installing sealant and waterproofing at the bottom of the main entrance doorways of the individual townhouse units.
- Installing drain tile in the courtyard areas above the garage ceiling along the base of the lower level CMU walls.
- Installing additional surface drains in the courtyard areas.

### *Investigations*

Numerous engineering and geotechnical investigations of the Promenade Oaks townhouse project have been performed since construction was completed in 1997 to determine the causes of the observed water leakage and the concrete pathway heaving and cracking, and to formulate repair options. The following summarizes the parties involved to date and time frame the investigative work was performed:

- JW Architectural Products, Inc., Summer 1997.
- Hanuschak Consultants Incorporated, February 1998.
- Braun Intertec Corporation, March 1998 and September/October 2001.
- Elness Swenson Graham Architects, Inc., June 1998.
- Guy Engineering Corporation, June 1998.
- GME Consultants, Inc., August 1998 and 1999.
- Pope Associates Inc., April 2001.
- INSPEC, Inc., Spring 2002.

## WJE OBSERVATIONS

The following observations were made by WJE during a limited visual inspection of the six buildings on 18 April 2002 and during a site meeting on 17 May 2002:

*Stairwells*

- Evidence of water penetration (water staining, efflorescence) was typically observed on the concrete masonry (CMU) walls of the exterior stairwells located at the end of a courtyard areas (connecting surface parking lots to the courtyard areas).
- Cracked concrete and deteriorated sealant joints (located between the concrete stairs and the CMU walls) were typically observed at various locations along the height of the exterior stairwells.

WJE | ENGINEERS ARCHITECTS MATERIALS SCIENTISTS



*Buildings*

- The shingled roof surfaces of the residential buildings sloped towards the center of the courtyard areas.
- The vinyl siding on the residential buildings extended below grade level in the courtyard areas.
- Sealant was installed between the main entrance doorway thresholds and the concrete stoops. This sealant was cracked at deteriorated at several entries. Additional details of this sealant joint were not discernable
- Unfastened and/or loose sections of vinyl siding were observed at several locations near grade level in the courtyard areas.

*Garages*

- Surface corrosion and peeling paint was observed on the steel lintels located above the garage entrances. Efflorescence and staining of the brick masonry and CMU walls was also typically observed below the ends of these lintels.
- Hairline vertical cracking of the CMU walls was observed below the ends of the lintels at the garage entrances.
- Weep ropes were observed along the length of the garage entrance lintels. Flexible membrane flashing was observed on these lintels at several garage entrances and was typically extended to or beyond the face of the CMU walls with a drip edge. Flashing was not visible on the garage entrance lintels at other locations.
- Surface corrosion was observed on steel brackets and plates that provide bearing support for the ends of the precast beams (supporting the precast planks of the garage ceiling) throughout the parking garages. Water staining of the concrete surfaces was also typically observed in the vicinity of the corroded bearing plates.
- Water-stains were typically observed on the interior surfaces of the CMU garage walls (below the ends of the precast hollow core concrete planks of the garage ceiling). Water-stains were also observed below several pipe penetrations in the CMU garage walls.
- Water and corrosion stains were observed along the length and height of several concrete columns and spandrel beams that support the concrete ceiling planks. At some locations, concrete spalling was also observed.
- Small metal channel-shaped sections were attached to the precast spandrel beams at several locations in the parking garages to serve as an internal gutter system. These gutters were reportedly only installed at the locations of the most extensive water leakage into the garage.
- Efflorescence and water staining were observed at some of the joints located between adjacent precast planks of the garage ceiling.

*Courtyard Areas*

- Cracking and apparent residual heaving of the concrete pathways was observed at various locations in the courtyard areas.

- Four separate drains, surrounded by concrete collars, were observed at locations along the length of the courtyard areas. These drains contained perforations along the height of the drain pipe to collect subsurface water. The surface grates for several of these drains were clogged by leaves and debris.
- Smaller green-colored surface drains were observed at random locations in the courtyard areas and near some of the canopy-supporting wood posts. These drains were reportedly installed after the original construction of the complex. The surface grates for several of these drains were also clogged by leaves and debris.
- Efflorescence and water-staining was typically observed emanating from the mortar joints of the CMU walls present along the ends of the courtyard areas, in the areas of the walls that were common with the soil backfill of the courtyard areas.
- Apparent rotation or settlement of several knee-high CMU landscaping walls located within the courtyard areas was observed. Large separations (1/4 in. in width) were typically observed between adjacent block units of these walls
- A green growth that appeared to be moss/algae was observed emanating from the base of several canopy supporting wood posts.
- Evidence of previous repair or investigative work was observed at several locations in the courtyard of Building 2. This evidence included areas covered with different colored grass located alongside the townhouse buildings and areas of exposed soil where inspection pits were apparently created and filled.
- Several large voids were observed between the underside of the concrete pathways and/or concrete stoops and the landscaping fill near the locations of drains. It appeared that the soil backfill had been washed out from underneath the pathways at these locations.

*Building 1-2 Link*

- The Building 1-2 link is the elevated courtyard area located between Buildings 1 and 2.
- This area was raised relative to the neighboring courtyards to facilitate the installation of 18 ft. high garage doors and an approximately 20 ft. high garage section that permits emergency vehicle access to the parking garages and rear of Buildings 1 and 2, which are located alongside a pond area and otherwise inaccessible.
- It was reported by several parties attending the site meeting of 17 May 2002 that this elevated garage area was incorporated during construction to meet code requirements related to emergency vehicle access, but was not specified until construction of the neighboring buildings and courtyard areas were essentially complete.
  - Difficulties were reportedly encountered by the contractor during construction of the 1-2 link in meeting the slope requirements specified for handicap ramp access to the top of this elevated area, from the neighboring courtyard areas. The difficulties were related to the minimal area that was available to construct properly sloped ramps.
- Extensive water staining and efflorescence on the CMU walls and concrete beams, and surface corrosion of the steel bearing plates and pipes, was observed throughout the garage below this area.
- Evidence of previous repair work, in the form of an orange-colored material that appeared to be sealant or spray-applied foam insulation, was observed at the end of a concrete beam located below this area. Extensive water staining and efflorescence was also observed on this beam.

*Building 3 – Unit 115*

- This lower level unit was identified by Mr. Tom Healey (property owner) as the only townhouse unit that experienced water leakage problems in 2001 and the only townhouse unit with ongoing water leakage problems. However, no specific locations or details of the leakage were provided. The unit was located beneath the end of a courtyard area.
- No evidence of interior water damage or water staining was observed in the unit.
- This unit was occupied at the time of our inspection.
- Extensive water-staining was observed on the CMU end wall of the underground garage, common with the rear wall of the unit.
  - A large opening was observed on one side of the intersection of this wall and a concrete beam supporting the precast planks of the garage ceiling.
  - Surface corrosion of several pipes was observed in this opening.
  - The ends and hollow cores of the precast planks comprising the ceiling of Unit 115 were partially exposed on the other side of this concrete beam. These planks were supported on the tops of the CMU end wall at this location.

*Building 5 – Unit 119*

- No evidence of interior water damage or staining was observed.

*Building 5 – Unit 221*

- No evidence of interior water damage or staining was observed.

Based on our background information review and site inspection, the previous repair work has significantly reduced, or eliminated, the water leakage to the townhouse units. No evidence of water leakage was observed during our inspection of Unit 115 of Building 3 and this unit was identified as the only townhouse unit that experienced water leakage problems in 2001 and the only townhouse unit with ongoing water leakage problems.

## PRELIMINARY FINDINGS

The National Roofing Contractors Association (NRCA) states in the 4th and 5th editions of the NRCA Roofing and Waterproofing Manual that bentonite waterproofing should not be used for horizontal applications where it can flex or be subject to thermal stress. The NRCA also states that bentonite requires initial exposure to moisture to properly hydrate and function properly but cannot be exposed to standing or moving water or precipitation.

In addition, based on our review of background information and the observations reported by Inspec, several problematic details appear to exist in the original design and installation of the courtyard

waterproofing system. These details could have been expected to result in water leakage to the underground parking garages and lower level townhouse units and include the following:

- Terminating the waterproofing system approximately 8 in. below the finished grade level of the courtyard areas at the tops of the CMU walls.
  - Water leakage to the interior of the lower level townhouse units and parking garages may have been occurring in the below grade sections of the exterior walls.
  - This may include water leakage at the doorway thresholds, the areas of the vinyl siding clad exterior walls extending below grade, and/or at the interface of the main level wood framed walls and the CMU walls.
  - Because waterproofing was not installed in these areas during the original construction of the project, and following the change in grade level of the courtyard areas, these below grade wall sections would have been susceptible to subsurface water penetration.
- Discontinuities in the horizontal waterproofing system around the base of the wood posts supporting the canopies at the main entrance doorways that may permit water infiltration.
- No filter fabric was installed around the drain pipes of the courtyard drains.
  - This would likely result in clogging of the drain pipe perforations, and potentially of the drains, by large soil particles and/or aggregate carried to the drain pipes by subsurface water.
  - This may promote standing surface water in the courtyard areas, and may subsequently increase the quantity of subsurface water, by restricting drainage.
- The surface profile of the drains that were installed in the courtyard areas appears prone to clogging by debris and/or leaf accumulation on the surface grates.
  - This may promote standing surface water in the courtyard areas, and may subsequently increase the quantity of subsurface water, by restricting drainage.
- According to the investigative work performed by Inspec, the waterproofing system was improperly installed, damaged, and/or not functioning properly at several locations.
- The lowest perforations on the sides of the drain pipes of the courtyard drains were reported by Inspec at 2 ½ in. above the waterproofing membrane. In addition, no slope for drainage was provided on the top surface of the precast planks of the underground parking garages or on the horizontal waterproofing membrane.
  - This would promote ponding or standing subsurface water on the top surface of the horizontal waterproofing membrane.
  - Any and all defects or unsealed seams, tears, or openings in the waterproofing system would then be susceptible to subsurface water penetration.
- Water penetrating the horizontal waterproofing system would be free to travel beneath the waterproofing system along the top surface of the precast planks and/or penetrate their hollow cores, and subsequently leak into the parking garages or lower level townhouse units, exiting at joints or end terminations of the planks.

WJE | ENGINEERS ARCHITECTS MATERIALS SCIENTISTS



We reserve the right to amend the opinions and comments expressed in this report subject to the disclosure of additional information.

Very truly yours,

WISS, JANNEY, ELSTNER ASSOCIATES, INC.

Mark Chauvin
Project Engineer

R. Koziol
MRC

Rich Koziol
Project Consultant

File: C:\My Documents\2002 Projects\2002.1499_Promenade Oaks\2002.1499_report_revised