**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. 00-CV-987 JEL/JSM

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**THIRD PARTY DEFENDANT J-BERD MECHANICAL CONTRACTORS, INC.'S MOTION TO BIFURCATE**

Third-Party Defendant J-Berd Mechanical Contractors, Inc. ("J-Berd") hereby moves the court for an order pursuant to Fed.R.Civ.P. 42.02 bifurcating Plaintiffs' coverage claims regarding Defendant Weis Builders, Inc. from the third and fourth party claims at trial.

This motion is based upon the record in this case as well as the accompanying Memorandum of Law in support thereof, the Proposed Order served and filed with this Motion and the oral arguments of counsel.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn_

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
TOMSCHE, SONNESYN & TOMSCHE, P.A.
610 Ottawa Avenue North
Minneapolis, Minnesota 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third Party Defendant J-Berd
Mechanical Contractors, Inc.