IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2004, I caused the following documents:

Third-Party Defendant Colloid's List of Proposed Deposition Testimony.
Third-Party Defendant Colloid's Proposed Special Verdict Form.
Third-Party Defendant Colloid's Proposed Jury Instructions.
Third-Party Defendant Colloid Environmental Technologies Company's Voir Dire Questions.
Third-Party Defendant Colloid's Exhibit List.
Third-Party Defendant Colloid's Witness List
CETCO's Trial Brief
Colloid Environmental Technologies' Notice of Motions in Limine
Colloid Environmental Technologies Company's Motion in Limine
Colloid Environmental Technologies Company's Memorandum in Support of its Motions in Limine
Affidavit of Patrick D. Reilly

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Daniel Austin Beckman**
dbeckman@gislason.com

**Benjamin B Bohnsack**
bbohnsack@erstad.com
rhatlestad@erstad.com

**Leo I Brisbois**
lbrisbois@stichlaw.com
bschmick@stichlaw.com
lbehrendt@stichlaw.com

**Mark S Brown**
mbrown@iversonlaw.com
reitreim@iversonlaw.com
bhallstrom@iversonlaw.com

**Jonathan M Bye**
jbye@lindquist.com

**Steve W Gaskins**
sgaskins@flynngaskins.com

**Mark A Gwin**
mag@cousineaulaw.com

**David Fulton Herr**
david.herr@maslon.com
lynnette.shanahan@maslon.com
patty.porter@maslon.com

**Chandelle L Heyer**
cheyer@tstlaw.com

**William Dennis Hull**
wdhull@chvv.com

**Roger C Justin**
rjustin@rnoon.com
dfinken@rnoon.com

**Jocelyn Lorna Knoll**
jknoll@fwhlaw.com
laurac@fwhlaw.com

**Timothy B Kohls**
tkohls@fredlaw.com
theuer@fredlaw.com

**James Duffy O'Connor**
james.oconnor@maslon.com
deneen.stutzka@maslon.com

**Steven E Rau**
srau@flynngaskins.com
rvizenor@flynngaskins.com
bvolk@flynngaskins.com

**Patrick D Reilly**
preilly@erstad.com
smorrison@erstad.com

**Andrea E Reisbord**
aer@cousineaulaw.com

**Rolf E Sonnesyn**
rsonnesyn@tstlaw.com

**Joseph G Springer**
jspringer@fredlaw.com
mdavis@fredlaw.com
rshainess@fredlaw.com

**Chad Stepan**
cstepan@meagher.com
boleary@meagher.com
Uscourtfiling@meagher.com

**Robert T Stich**
rstich@stichlaw.com
lbehrendt@stichlaw.com
bschmick@stichlaw.com

**Dean Beard Thomson**
dthomson@fwhlaw.com
helenh@fwhlaw.com

**George John Veith**
jveith@brownandcarlson.com
jhutar@brownandcarlson.com
sglover@brownandcarlson.com

Dated: September 3, 2004

s\Patrick D. Reilly
Patrick D. Reilly