**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant,

and

Civil File No. 00-CV-987 JEL/JSM

**THIRD PARTY DEFENDANT J-BERD MECHANICAL CONTRACTORS, INC.'S VOIR DIRE QUESTIONS**

---

J-Berd Mechanical Contractors, Inc.,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Mikesh, Inc.,

Fourth Party Defendant.

J-Berd Mechanical Contractors, Inc., submits the following proposed Voir Dire:

11. Have you ever had an experience with the American judicial system that made you unhappy or think that we don't have a good system here? (If yes:) Please tell us about this experience.

1. Please describe your occupation.

2. Please describe your employment background.

3. Please describe your educational background.

4. Please tell us about your marital status.

5. What is your spouse's occupation?

6. What is your spouse's employment history?

7. What is your spouse's educational background?

8. What kinds of clubs or civic organizations do you belong?

9. What hobbies do you have, and what other activities do you engage?

10. Have you held any offices in those organizations?

12. Have you or anybody in your family been sued or brought a lawsuit against another? Please describe it.

13. Have you ever worked in construction? Please describe your experience.

14. Have you ever worked for a real estate development company? Please describe your experience and training.

15. Have you ever been involved in the real estate business? Please describe your training and experience.

16. Please describe your experiences purchasing real estate. Please describe any problems that you have encountered.

17. Have you or anyone in your family ever experienced significant problems with a contractor whom you have hired? Please describe your experiences in that regard.

18. Describe the knowledge and experience you have about water leakage in buildings.

19. Describe your knowledge and experience you have about plumbing.

20. Describe any training and experience you have had in finance.

21. Describe any training and experience you have had in accounting.

22. Have you or anyone in your family ever been a landlord? Describe your experience.

23. Have you or anyone in your family even built your own house or acted as a general contractor for the construction of your house. If so, describe your experience.

24. Have you or anyone in your family ever had any water problems in your home, such as a wet basement? If so:

    a. Describe the nature of the problem.

    b. Describe how it was dealt with.

    c. Were you satisfied with the results?

25. Have you ever required major repairs to be made to your home?

    a. Describe the nature of these repairs.

    b. Describe your experience.

c. Were you satisfied with the results?

26. Have you received any legal training? Describe your training.

27. Have you had any experience or training working with contracts? Describe your experience.

28. Have you ever been a member of a union? Describe which ones and how long you have been a member.

29. Have you ever had any complaints regarding the condition of any apartment you've lived in? If so, describe the experience.

30. If you ever have lived in an apartment complex(es), what criteria were important in your choice? Describe how you "shopped" for the apartment.

Dated: September 3, 2004

/s/ Rolf E. Sonnesyn
Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482