# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

**THIRD-PARTY DEFENDANT J-BERD MECHANCIAL CONTRACTOR'S INC.'S WITNESS LIST**

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | William (Bill) Adams: Plumbing inspector for City of Eagan at time of project. Testimony regarding plumbing inspections and observations. Last known address believed to be: 8825 River Heights Way, Inver Grove Heights, MN 55076 |
| | | | | | William Arockiasamy: Expert for J-Berd. Testimony regarding plaza drain system analysis. |
| | | | | | Berc & Fox representative - certified public accountant. |
| | | | | | Sid Bhatt: Expert for J-Berd. Testimony regarding engineering analysis of water issues. |
| | | | | | Mike Blaskowski: Mr. Blaskowski was the project manager for J-Berd on this project and has knowledge and information as it relates to the drain system installed at the Promenade. |
| | | | | | Jeffrey Bovitz: Mr. Bovitz is the office manager for J-Berd and has knowledge regarding J-Berd's record keeping and procurement of insurance. |
| | | | | | Stacy Byrd (Expert): National products manager for Colloid and inventor of Swelltite. Mr. Byrd's expected testimony will be relating to the application of Swelltite, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | its installation and its performance. |
| | | | | | Mary Bujold (Expert): Real estate broker and market feasibility consultant. |
| | | | | | Mark Brengman: Employee of Steen Engineering at time of project. Testimony regarding mid-point inspection of project. |
| | | | | | Mike Bruski: Construction staff for Weis at the Promenade. Mr. Bruiski is expected to testify regarding the day-to-day construction operation at the Promenade. |
| | | | | | Jonathan Camaya: Consultant hired by GID and is expected to testify regarding waterproofing investigation. |
| | | | | | David Campbell (Expert): Mr. Campbell will render opinions regarding the issue of liability as it relates to water damage. |
| | | | | | Patrick Carpenter: Mr. Carpenter is the vice president of Construction Products. Mr. Carpenter is expected to testify about the history of Colloid, its waterproofing and the application of Swelltite. |
| | | | | | Timothy Charboneau: Mr. Charboneau is a consultant hired by GID and is expected to testify regarding waterproofing repairs. |
| | | | | | Lisa Dahl: Ms. Dahl was employed by Healey Ramme during the relevant time period and information regarding water damage to the Promenade. |
| | | | | | Peter Desai: Mr. Desai is the president of Weis Builders and has knowledge and information regarding the construction of the Promenade. |
| | | | | | Kermit Duncan: Inspection Services, KKE Architects, Inc. Mr. Duncan has knowledge and information regarding the design and construction of the Promenade |
| | | | | | “Gramps” of Enebak: Expected to testify regarding earth fill and excavation-related activities of Enebak on project. |
| | | | | | John Feges: Mr. Feges is the former contract administrator |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | for the architect on the Promenade project and has information regarding the design and construction of the Promenade. |
| | | | | | Chad Filek: Mr. Filek is the field operation manager for J-Berd and has knowledge and information regarding the drain system installation. |
| | | | | | John Gorder: Assistant City Engineer, Engineering Division, City of Eagan's Department of Public Works. Mr. Gorder is expected to testify re: the City of Eagan's Engineering Standard's Manual and its applicability to public construction projects in 1996-1997. |
| | | | | | William Hanuschak: Mr. Hanuschak is a structural engineer hired by Promenade to oversee the construction of the project. |
| | | | | | Dirk House: Plumbing inspector for City of Eagan at time of project. Testimony regarding plumbing inspections and observations. Last known address believed to be: 6338 Lamar Avenue South, Cottage Grove, Minnesota 55016-1656 |
| | | | | | Phillip Jaffe: Mr. Jaffe is the sales agent hired by the Promenade for its sale. |
| | | | | | Curt Johnson: Owner of J-Berd. Mr. Johnson is expected to testify regarding J-Berd's contract with Weis for the installation of the drain system at the Promenade. |
| | | | | | Dean Kiewel: Accessible building consultants. Mr. Kiewel is an architect that reviwed the drawings of BRW Elness. |
| | | | | | Ann Kimball: Former property supervisor at the Promenade from 1996 to 1998. Ms. Kimball has information regarding the water damage sustained at the Promenade. |
| | | | | | Robert Kudder (Expert): Mr. Kudder will render opinions regarding the issue of liability as it relates to water damage. |
| | | | | | Leslie Lawson: Superintendent for Weis Builders. Mr. Lawson is expected to testify regarding the construction of the Promenade and subsequent water repairs and issues. |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Alan Lierness (Expert): Appraiser. |
| | | | | | Christine McAndrews: Current property manager at the Promenade. |
| | | | | | Michael Manzella: Assistant superintendent/field engineer for Weis Builders. Mr. Manzella is expected to testify regarding the construction of the Promenade and subsequent water related issues. |
| | | | | | Stephen Messerich: Owner of Waterproofing by Experts. Mr. Messerich is expected to testify regarding the installation of waterproofing at the Promenade and subsequent water related issues. |
| | | | | | John Mikesh: Mechanical engineer hired for work at the Promenade. Mr. Mikesh has information regarding the construction of the Promenade and its subsequent water related issues. |
| | | | | | Curt Moreno: Construction staff for Weis. Testimony regarding day to day construction operation at project. |
| | | | | | Gary Nelson: Mr. Nelson is an employee of Weis Builders and is expected to testify regarding subsequent water related issues at the Promenade. |
| | | | | | Thad Palmer: Mr. Palmer is an employee of GID who purchased the Promenade from Healey Ramme. Mr. Palmer is expected to testify as to the value of the Promenade and any and all repairs necessary. |
| | | | | | Peter Ramme: Part owner of the Promenade. Mr. Ramme has knowledge and information with respect to the design of the Promenade, its construction and subsequent water related issues. |
| | | | | | Greg Ribich: Mr. Ribich is the CFO for Healey Ramme and has knowledge and information regarding the subsequent water related issues. |
| | | | | | Carolyn Roby: Ms. Roby is an employee of Healey Ramme and has knowledge and information regarding subsequent water related issues at the Promenade. |
| | | | | | Jeffrey Schuh (Expert): Mr. Schuh is a hydrologist and is expected to testify regarding water related issues at the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Promenade. |
| | | | | | Dale Schoeppner: Senior building inspector for the City of Eagan. Mr. Schoeppner is expected to testify regarding any building code violations at the Promenade specifically relating to the plaza areas. |
| | | | | | Thomas Suter: Mr. Suter is an independent representative for Colloid. Mr. Suter is expected to testify regarding the application and installation of Swelltite waterproofing. |
| | | | | | Craig Tarr: Employee of Steen Engineering & Construction Services, Inc. at time of project. Testimony regarding preparation of Mechanical and Electrical Outline Specifications for the project. |
| | | | | | Alan Thoreen: Foreman for Waterproofing by Experts. Mr. Thoreen is expected to testify regarding the installation of waterproofing at the Promenade. |
| | | | | | James Timm: Employee of the architect. Mr. Timm is expected to testify regarding the design and construction of the Promenade project. |
| | | | | | Charles Vandeburg: Employee of GID. Mr. Vandeburg is expected to testify regarding all information considered in the purchase of the Promenade from the Healey Ramme. |
| | | | | | Frank Varak: Former independent representative for Colloid. Mr. Varak is expected to testify regarding the installation and application of Swelltite waterproofing. |
| | | | | | Kirk Velett: Employee of architect. Mr. Velett was the project manager for the architect. |
| | | | | | Andrew Verrall: Director of research and development at Chris Craft. Mr. Verrall is expected to testify regarding the water soluble film applied to the Swelltite waterproofing product. |
| | | | | | Cassie Warner: CFO, Weis Builders. Ms. Warner is expected to testify regarding insurance and other financial matters. |
| | | | | | Thomas Weber: Consulting architect hired by the Promenade. Mr. Weber is expected to testify regarding the design and construction of the Promenade. |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Terry Weiderhoft: Mr. Weiderhoff is a former employee of the Promenade overseeing service contracts, waste removal and general upkeep and maintenance. |
| | | | | | John Wiegand: Independent sales representative for Colloid. Mr. Wiegand is expected to testify regarding the installation and application of Swelltite waterproofing. |
| | | | | | Thomas Yogan: Mr. Yogan is marketing manager for Chris Craft. Mr. Yogan is expected to testify regarding the water soluble film applied to the Swelltite waterproofing. |
| | | | | | Steven Youngs: Employee of Steen Engineering & Construction Services, Inc. at time of project. Testimony regarding preparation of Mechanical and Electrical Outline Specifications for the project. |
| | | | | | Former tenants of Promenade (from Resident Annual Surveys and Tenant Exit Interviews): Testimony regarding their respective experiences living at Promenade.<br><br>Gerald Walen<br>Ben Gong and Fang Yuan<br>Andy and Joy Elliott<br>Frank C. Dupuy<br>Mahboober Rahman<br>Daniel Sherlock<br>Cathie Walstad<br>Sue Farmer<br>Ro__ and Suzanne Vaic<br>Robbin Ghere<br>Perry Wawardven<br>Dallas Boe<br>Jeremy Tagga<br>Jim Mitchell<br>Jeff Hartf_n<br>Richard J. Clarke<br>Joan Bruns<br>Powers<br>Shane Williamson<br>LeRoy Campen<br>Lisa Ramme<br>Christian Tape_ox<br>Roger and Cathi Haelbarth<br>Kennedy<br>Larry Savders<br>Chris Johnson<br>Tim Stoebe<br>Paula Stelter<br>Hinze's |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Rouchard<br>Nancy Wheelod<br>Scott Sijan<br>Jim Powell<br>Harn Eckrote<br>Michelle Burright<br>David and Christine Jacobs<br>Sharon Hermoza<br>Gardiner<br>Mark French<br>Jill Effertz<br>William J. Thomas<br>Nola Wright<br>Lynn Peterson<br>Jim Monis<br>Rick and Barb Hollingsworth<br>John and Lorraine Joseph<br>John C. Peterson<br>Thomas Williams<br>Bob and Lynda Kneisden<br>Jason Severtson<br>Du Four<br>James A Hummel<br>Mr. and Mrs. Slegal<br>Dr. Stephen Smith and Ms. Teresa Maki<br>Graham Aschenbrenner<br>Jim Trollen<br>Carl and Gari Jo Jordan<br>Herman and Vera Bole<br>Shawna Van__kel<br>Tara King_sy<br>Ronal M_uzolf<br>Gunderson<br>Browne<br>Michael Sen__<br>Tom and Penny Peterson<br>Dols<br>Marssha__<br>Penny Barst__<br>Fred Nou__akhsh<br>AnJanette DeC__reaux<br>Douglas Hartfom<br>Terri Paige__<br>Dean and Rhonda Ohlhues<br>Irja Hetzel<br>F. Jun<br>Shawn Na__s<br>Bob Procabci<br>Tammy Wa__<br>Justine Sleeze_<br>Marco H. Santoyo<br>Luuch Warielle<br>J. Broschk |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Margie Schmitz<br>Wagner<br>Irya Hetzel<br>AE Massmany, MS<br>Jim and Holly Fann<br>Richard and Lenora Volk<br>Steve and Shawn Barry<br>Rick and Angie Mobley<br>Jan Moies<br>Gina Scaglione<br>Jullie DeBruin<br>Kent and Karen Huret<br>Susan Rogers<br>David Ames<br>Sue Rush<br>Ken Haglind<br>A De Coudreaux<br>Miguel Guzmon<br>Maximilian Locher<br>Tara Kingsley<br>Kristine Straub<br>Erik Lovoly<br>Wayne Marshall<br>Elena Blaisdell<br>Jan Roehrish<br>John Pele__<br>Richard Clarke<br>J. Powell<br>Gloria C. Arneberg<br>Scott Boehart<br>Irena Pope<br>T. Waoh<br>M. Bedenbender<br>Ralindsey<br>Cynthia Davis<br>Dan Madsen<br>John Hardt<br>Joh and Lorraine Joseph<br>Bolin<br>Robert Pfenning<br>Ken Hagland<br>Nancy Wheeloch<br>Karen Coffey<br>Brian Messer<br>Hola Wright<br>R. Hockin<br>Patricie Toree<br>Bruce Mehlhop<br>Marco Santogo<br>Cynthia Davis<br>Dave Koecheler<br>Tom Dodge<br>Anamaria Pliego |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Jim and Peggy Driver<br>P Tovee<br>Bud Tompkins<br>Julius Broschle<br>S. Rodgers<br>Vance Holtzman<br>Akel Sasso<br>Nil Ludwig<br>L Taller<br>Bill and Dawn Mohr<br>E Kertun<br>S. Haynes<br>Marya Tomizik<br>Cameron Harris<br>Ben Skaar<br>Chuck Love<br>Jessica Schewe<br>Skaar<br>Amya Marcellus Spears<br>Jeremy Aufderheide and Michael Lomker<br>Howard D. Valandra<br>J. Haucock<br>M. Bendenbender<br>Jason Holt<br>Annie Frederickson<br>Fullers<br>Steve Chandler<br>Trudy Jaquith<br>Irya Hezel<br>_____ L. Roberts<br>Ben Skaar<br>Linda Podojil<br>Hmee Hokwa<br>Spears<br>Marco Santoyo<br>J. Adachi<br>Zach Ryan<br>Tom Moman<br>Trudy Jacquith<br>Ross and Tami Phillips<br>Bobbi Theel and Gireg Grallvway<br>Howard Valandra<br>Bill Pearson<br>Ron Hansen<br>Shana and Ben<br>Jim Beardsley<br>Bruce Jensen<br>Michael Armisksi<br>Troy Mach<br>Jason Seepino<br>David Yanez<br>Michelle and Darin Qunt<br>Jennifer Lee |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Promenade Lenders: Testimony regarding financing related to the Promenade property.<br><br>Constantine Lallas Senior Asset Manager, GE Capital<br>500 West Monroe Street, 14th Floor<br>Chicago, IL 60661<br><br>Julie Silverstein GE Capital Real Estate<br>500 West Monroe Street, 14th Floor<br>Chicago, IL 60661<br><br>Michael Stohler Ohio National Life Insurance Co.<br>One Financial Way<br>Cincinnati, Ohio 45242<br><br>John Davis L.J. Melody Company<br>81 South 9th Street, Suite 400<br>Minneapolis, MN 55402<br><br>Shelley Stuart Carvel UNUM Life Insurance Co.<br>2211 Congress Street<br>Portland, ME 04122<br><br>David A. Tokos Heller Real Estate Finance<br>717 North Hardwood, Suite 1000<br>Dallas, Texas 75201-6590<br><br>John McEachern Heller Real Estate Finance<br>717 North Hardwood, Suite 1000<br>Dallas, Texas 75201-6590<br><br>Sabrina King Heller Real Estate Financial Services<br>500 West Monroe Street, 17th Floor<br>Chicago, IL 60661 |
| | | | | | Any witness needed for rebuttal, impeachment, or foundation purposes |
| | | | | | Any witness identified by other parties. |

Third-Party Defendant J-Berd Mechanical Contractors, Inc. also reserves the right to offer at trial any witnesses deemed necessary for rebuttal, impeachment, or foundation purposes or any witnesses identified by the other parties.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn _______________
Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)

Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.