UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

Civil File No. 00-CV-987 JEL/JGL

**AFFIDAVIT OF CHANDELLE L. HEYER IN SUPPORT OF DEFENDANT J-BERD MECHANICAL CONTRACTORS, INC.'S TRIAL BRIEF**

STATE OF MINNESOTA )
) ss:
COUNTY OF HENNEPIN )

**CHANDELLE L. HEYER**, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys representing J-Berd Mechanical Contractors, Inc. ("J-Berd") in this action. I make this Affidavit in support of J-Berd Mechanical Contractors, Inc.'s Trial Brief.

2. Attached hereto as **Exhibit A** is true and correct copy of Greg Ribich Deposition Exhibit 722.

s/Chandelle L. Heyer
Chandelle L. Heyer (286114

Subscribed and sworn to before me
this 2nd day of September, 2004.

Notary Public

SARAH B KEELING
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2008

Promenade Village Townhomes
Damage Calculation
June 10, 2003



| | | | |
|---|---|---|---|
| **Sale of Property** | | | |
| Value of Property on December 12, 2003 (assuming the buildings had never leaked) | 39,800,000 | | |
| Less: Sale Price | 24,500,000 | | |
| Difference in Value | | 15,300,000 | |
| Less: Value of $1,500,000 Payment due on 12/12/05 | | | |
| Total Payment | 1,500,000 | | |
| Less: Estimated GID Litigation Costs | 100,000 | | |
| Costs of claims | - | | |
| | 1,400,000 | | |
| Present Value at 11% | | | |
| $1,400,000 x .731191 | | 1,023,667 | |
| Difference in value from Sale of Property | | 14,276,333 | |
| **Income Loss - 1998-2002** | | 2,695,513 | |
| **Promenade Other Costs 1997-2002** | | 190,041 | |
| Total | | 17,161,887 | |

1 Assumes no additional claims are made that reduce the $1,500,000 payment.
2 Loss of interest income and legal fees incurred as a result of water leaks are not included in the above calculation.

EXHIBIT
A

DEPOSITION
EXHIBIT 722
K. Bich
6-17-03 MRH

Promenade Village Townhomes
Calculation of Value at Date of Sale 12/12/02
Assuming the Buildings had never Leaked

| | | | Promenade Direct 12/12/02 | |
|---|---|---|---|---|
| Apartment Rent | | $ | 4,874,760 | 1 |
| Less Vac. & Credit Loss | 7.06% | $ | 344,158 | 2 |
| Net Rental Income | | $ | 4,530,602 | |
| Plus: Other Income | | | | |
| Total Other Income | | $ | 270,802 | |
| Effective Gross Income | | $ | 4,801,404 | |
| | | | | |
| Operating Expenses | | $ | 1,696,762 | 3 |
| Add: Real Estate Tax Adjustment (Attached) | | $ | 59,573 | 4 |
| Reserves | | $ | 56,400 | 5 |
| Total Expenses | | $ | 1,812,755 | |
| | | | | |
| Net Operting Income | | $ | 2,988,649 | |
| | | | | |
| Cap Rate | | | 7.50% | 6 |
| Value | | | 39,848,657 | |
| | | | | |
| Rounded To | | | 39,800,000 | |
| Per Unit | | | 141,135 | |

*Major Assumptions*

1 Apartment Rent ($406,230 x 12)
2 Vacancy - CBRE Forecast 7.06% (5% Vacancy, 1% Concessions, 1.06% Models)
3 Operating Expenses - CBRE Forecast adjusted for Real Estate Taxes
4 Increased CBRE Real Estate Taxes to assume that the assessed value of the property would increase to 90% of the sales price. See schedule attached
5 Replacement Reserve - CBRE Froecast $200/per apartment
6 Capitalization Rate - CBRE Offering Summary

**Promenade Village Townhomes**
**Calculation of Value at Date of Sale 12/12/02**
**Assuming the Buildings had never Leaked**

## CBRE - Estimate of Real Estate Taxes

| | |
|---|---|
| Assessor's Market Value | 25,000,000 |
| Tax Rate | 1.6853% |
| Real Estate Taxes | 421,325 |
| Add: Special Assessments Estimate | 10,950 |
| Totals included in Forecast | 432,275 |

**Adjustments to Make:**

Tax Rate appears consevative as the Truth in Taxation Statement received last fall indicated a rate of 1.5909%

Assume the assessed value is 90% of it's sale price

**Adjusted Tax Calculation**

| | | |
|---|---|---|
| Projected Value | | 39,850,000 |
| Projected Assessors Value | 90% | 35,865,000 |
| 2003 Projected Tax Rate | | 1.5909% |
| 2004 Final year of State rate decline | | -0.2500% |
| Stabilized Tax Rate | | 1.3409% |
| Real Estate Tax | | 480,898 |
| Add: Special Assessment | | 10,950 |
| Total After Adjustment | | 491,848 |

**Adjustment Calculation:**

| | |
|---|---|
| Promenade - Projected Taxes | 491,848 |
| CBRE - Projected Taxes | 432,275 |
| Adjustment Required | 59,573 |

**Promenade Oaks Townhomes LLC**
**Calculation of Rent and Vacancy Loss**
**Due to Water Problems on the Property**
**1/1/1998 - 12/12/2002**



| | 1/1/98 | 1/1/99 | 1/1/00 | 1/1/01 | 1/1/02 | 12/12/02 | Total |
|---|---|---|---|---|---|---|---|
| Market Rents | 326,948 | 346,335 | 365,299 | 380,395 | 401,218 | 406,230 | |
| Market Rent % Increase | | 5.93% | 5.48% | 4.13% | 5.47% | 1.25% | 22.26% |
| | **1997** | **1998** | **1999** | **2000** | **2001** | **2002** | |
| Market Occupancy | 98.00% | 99.35% | 98.90% | 98.53% | 97.93% | 95.63% | |

| Market Performance | 1998 | 1999 | 2000 | 2001 | 2002 | |
|---|---|---|---|---|---|---|
| Average for Year | 336,642 | 355,817 | 372,847 | 390,807 | 403,724 | |
| Annualized | 4,039,698 | 4,269,804 | 4,474,164 | 4,689,679 | 4,579,226 | Prorated for 345/365 days |
| Vacancy | (26,258) | (46,968) | (65,994) | (97,311) | (200,341) | |
| Market Occupancy | 99.35% | 98.90% | 98.53% | 97.93% | 95.63% | |
| Market Income | 4,013,440 | 4,222,836 | 4,408,170 | 4,592,368 | 4,378,885 | |

| Project Actuals | 1998 | 1999 | 2000 | 2001 | 2002 | |
|---|---|---|---|---|---|---|
| Promenade Occupancy | 96.13% | 95.37% | 93.69% | 94.63% | 89.20% | |
| Gross Potential | 3,943,518 | 4,023,841 | 4,058,352 | 4,166,271 | 4,280,157 | |
| Vacancy | (152,663) | (186,381) | (255,981) | (223,844) | (462,063) | |
| Sale Proration | | | | | (182,102) | 20 days given to buyer |
| Subtotal | 3,790,855 | 3,837,460 | 3,802,371 | 3,942,427 | 3,635,992 | |
| Concessions | (4,721) | (25,682) | (43,114) | (15,402) | - | |
| Actual Income | 3,786,134 | 3,811,778 | 3,759,257 | 3,927,025 | 3,635,992 | |
| | | | | | | |
| Difference | 227,306 | 411,058 | 648,913 | 665,343 | 742,893 | |
| Cumulative | | 638,364 | 1,287,277 | 1,952,620 | 2,695,513 | |

**Notes and Assumptions:**

January 1, 1998 rents were the actual project market rents following initial lease up of the property.
Annual Increase based on published Metro Update Statistics for the City of Eagan
Average Market Occupancy based on published Metro Update Statistics for the City of Eagan
These factors are calculated and compared to the actual performance of the property for the same period

Summary of Weis Costs - Promenade
**1997 - 2002**
**Other Costs Incurred through December 12, 2002**



| | Pre 1998 | 1998 | 1999 | 2000 | 2001 | 2002 | Total |
|---|---|---|---|---|---|---|---|
| Carpet/Vinyl | | 33,006.43 | 37,481.77 | 33,986.75 | 17,164.03 | 23,665.84 | 121,639.04 |
| Miscellaneous | 13,034.00 | 12,853.60 | 7,081.28 | 24,338.79 | 11,094.72 | - | 68,402.39 |
| Subtotal | 13,034.00 | 45,860.00 | 44,563.05 | 58,325.54 | 28,258.75 | 23,665.84 | 190,041.43 |

No consideration is given for additional overhead costs that Promenade incurred as a result of the water leaks

GID Purchase Price
Reasons for Price Reduction from LOI



| | | | | | | |
|---|---|---|---|---|---|---|
| Letter of Intent - Price | | | | | | $ 30,000,000 |
| 1 | Less: | | | | | |
| | Plaza Deck Repair Cost | | | | $ 4,307,316 | |
| | Less: Original Repair Estimate | | | | $ (750,000) | |
| | Subtotal | | | | | $ (3,557,316) |
| 2 | Less: | | | | | |
| | Additional Vacancy for 3 Years | | | | | |
| | | Original | Revised | Difference | | |
| | Year 1 | 95% | 86% | -9% | $ (384,843) | |
| | Year 2 | 95% | 85% | -10% | $ (427,604) | |
| | Year 3 | 95% | 88% | -7% | $ (299,323) | |
| | | | | | | $ (1,111,769) |
| | | | | | | $ 25,330,915 |
| GID Price - PV 11% | | | | | | $ 25,596,800 |
| GID Price - No Present Value | | | | | | $ 26,000,000 |
| | Cash | 24,500,000 | | | | |
| | 12/12/05 | 1,500,000 | | | | |
| | | 26,000,000 | | | | |

1 The repair costs of $4,307,316 is from the Inspec report and the $750,000 original estimate of repair costs were provided to us by CBRE. CBRE received the $750,000 estimate from GID.

2 The Additional Vacancy is vacancy in excess of 5% provided to us by CBRE.
CBRE received the information from GID.
The Gross Potential Rent used to calculate the reduction is the CBRE Offering Summary rent which is $ 4,276,036

**CBRE Expected Sales Price Without Water Leaks**
**Adjusted of Water Leak Repair Costs**

| | | Range | |
|---|---|---|---|
| | | From | to |
| 1 | CBRE Expected Sales Price | 31,126,052 | 32,130,118 |
| | Less: Inspec Repair Costs | (4,307,116) | (4,307,116) |
| | Less: Lease Up Costs | (2,204,431) | (2,204,431) |
| | Expected Sales Price Adjusted | 24,614,505 | 25,618,571 |
| | GID Price - PV 11% | 25,596,800 | 25,596,800 |
| | GID Price - No Present Value | 26,000,000 | 26,000,000 |

| | |
|---|---|
| Cash | 24,500,000 |
| 12/12/05 | 1,500,000 |
| | 26,000,000 |

Notes:

1 CBRE Note: "These prices will be discounted by the buyer for the buyer's anticipated cost and impact of the leak repairs."

2 Assumes no costs or claims charged against $1,500,000.

Promenade Oaks Townhomes
Lease Up Costs as a Result of Plaza Deck Repair
Repair all Decks in One Summer



**Assumptions:**

| | | | | | |
|---|---|---|---|---|---|
| Average Building Size in units (est) | 60 | 60 | 60 | 60 | 42 |
| Assume Date Vacated | 1-Mar | 1-Apr | 1-May | 1-Jun | 1-Jul |
| Assume Certificate of Occupancy | 1-May | 1-Jun | 1-Jul | 1-Aug | 1-Sep |

Per Building Stats,

| | |
|---|---|
| Pre Leasing begins | 1-Apr |
| Per week Leasing pace - first month | 3 |
| Per week Leasing pace thereafter | 6 |

Pre leasing begins in April and to be fully leased by October 30th, it requires a 10 lease per week average.

**Occupancy Projection**

Units Leased For Occupancy

| | March | April | May | June | July | August | September | October | November | December | January |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Building 1 | 0 | 0 | 0 | 22 | 22 | 16 | | | | | |
| Building 2 | | | | | 22 | 22 | 16 | | | | |
| Building 3 | | | | | | 22 | 22 | 16 | | | |
| Building 4 | | | | | | | 22 | 22 | 16 | | |
| Building 5 | | | | | | | | | 15 | 16 | 11 |
| Number of units re occupied | 0 | 0 | 0 | 22 | 44 | 60 | 60 | 38 | 31 | 16 | 11 |
| Number of Units Vacant | 60 | 120 | 180 | 210 | 218 | 158 | 98 | 58 | 27 | 11 | 0 |

**Vacancies, Concessions and Marketing Costs - Assumes all units will be re rented.**
Will take 3 months. Two for construction and 1 to handle weather and other possible leasing delays. 2

Vacancies @ Average rent of $1,283.60 2

| | | March | April | May | June | July | August | September | October | November | December | January |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month | 75,816 | 151,632 | 227,448 | 275,465 | 272,938 | 197,122 | 121,306 | 73,289 | 34,117 | 13,900 | 0 |
| | Cumulative | 75,816 | 227,448 | 454,896 | 730,361 | 1,003,298 | 1,200,420 | 1,321,726 | 1,395,014 | 1,429,132 | 1,441,031 | 1,443,031 |
| 1 | Concessions: | 282 | 2,000 | | | | | | | | 564,000 | |
| 1 | Marketing | 282 | 700 | | | | | | | | 197,400 | |
| | Total Cost per building | | | | | | | | | | 2,204,431 | |

1 Based upon experience with previous lease ups. Concessions may be greater than $2,000 per unit because the units and the and the project will be at least six years old. There may be a stigma regarding the water leaks, and we have to average 10 leases per week over 28 weeks to lease the 282 units.
2 Average Gross potential using CBRE offering summary of $4,276,036 is $1,283.60.
3 If unable to lease all of the units by October 30th, leasing will be much slower and vacancy loss much greater because of the inability to lease a significant number of units during the winter.