**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

Civil File No. OO-CV-987 JEL/JGL

**THIRD PARTY DEFENDANT WATERPROOFING BY EXPERTS' MOTION IN LIMINE SEEKING THE COURT'S INTERPRETATION OF THE SCOPE OF ITS SUBCONTRACT**

---

TO: ALL PARTIES ABOVE NAMED AND THEIR COUNSEL:

Third Party Defendant Waterproofing By Experts, Inc., hereby brings a Motion seeking the Court's interpretation of the scope of its subcontract. Said Motion is made and based upon the accompanying Memorandum of Law and all pleadings and papers on file in this action, together with such additional oral and documentary evidence as may be presented in connection with the hearing of the Motion.

Dated: September 3, 2004.

IVERSON REUVERS, LLC.

By__s/Mark S. Brown______

Mark S. Brown, #226774
Attorneys for Waterproofing By Experts
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200