**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

**AFFIDAVIT OF MARK S. BROWN**

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

STATE OF MINNESOTA )
ss.
COUNTY OF HENNEPIN )

MARK S. BROWN, after being first duly sworn upon an oath, does hereby depose and state that:

1. I am an attorney licensed and authorized to practice law in the State of Minnesota and represent Third Party Defendant Waterproofing by Experts, Inc. in the above-entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of the 2/21/97 correspondence from DeSai to WBE covering standard subcontract agreement.

3. Attached hereto as Exhibit B is a true and correct copy of the Standard Subcontract Agreement.

4. Attached hereto as Exhibit C is a true and correct copy of 2/25/97 fax from Messerich to DeSai with Exhibit F comments.

5. Attached hereto as Exhibit D is a true and correct copy of the revised Exhibit F initialed 2/26/97.

6. Attached hereto as Exhibit E is a true and correct copy of ESG's Answer to J-Berd's Interrogatory No. 6.

7. Attached hereto as Exhibit F is a true and correct copy of 7/9/96 initial bid.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from Messerich deposition.

9. Attached hereto as Exhibit H is a true and correct copy of 7/25/96 CETCO letter.

10. Attached hereto as Exhibit I is a true and correct copy of 8/22/96 Swelltite bid.

11. Attached hereto as Exhibit J is a true and correct copy of Swelltite literature.

12. Attached hereto as Exhibit K is a true and correct copy of typical building wall section.

13. Attached hereto as Exhibit L is a true and correct copy of excerpts from Suter deposition.

14. Attached hereto as Exhibit M is a true and correct copy of miscellaneous materials and warranty correspondence.

FURTHER THAN THIS AFFIANT SAYETH NOT.

___/sMark S. Brown____________
Mark S. Brown

Subscribed and sworn to before me
this 3rd day of September, 2004.

s/Bonnie Hallstrom____________
Notary Public
(STAMP AND/OR SEAL)