**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto as Exhibit A is a true and correct copy of the 2/21/97 correspondence from DeSai to WBE covering standard subcontract agreement.**

WEIS

WEIS BUILDERS, INC
8009 34th Avenue South
Minneapolis, MN 55425-1625
Telephone: 612-858-9999
Fax: 612-858-9884

February 21, 1997

Waterproofing By Experts
448 Lilac Street
Lino Lakes, MN 55014

RE: Promenade Apt.-Eagan, MN
Subcontract Agreement

Please find attached for your review and signature, 2 copies of our standard subcontract agreement for the above referenced project.

We request that you review and return one fully executed contract within 10 days. Should we not receive one fully executed contract back in our office within this time frame, we will be of the understanding that your firm has accepted and agreed to all conditions set forth in the attached subcontract agreement.

Please feel free to call with any questions.

Sincerely,
WEIS BUILDERS, INC.

Peter Desai

Peter Desai
Project Manager

PD/hp

copy. Contract File