**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit B - a true and correct copy of the Standard Subcontract Agreement.**

# STANDARD SUBCONTRACT AGREEMENT

LABOR AND MATERIALS

RECEIVED
MAR 17 1997
WEIS

422

IMPORTANT NOTICE Appropriate Rider(s) are attached to this Subcontract

THIS SUBCONTRACT, Made this 20th day of FEBRUARY 1997 by and between WEIS BUILDERS, 8009 34TH AVE. S., MINNEAPOLIS, MN 55425 hereinafter called the Contractor and [illegible]ROOFING BY EXPERTS, 448 LILAC ST. LINO LAKES, MN 5501[illegible], hereinafter called the Subcontractor

WHEREAS, the Contractor has heretofore entered into a contract dated ______ with HEALEY-RAMME, INC. of ______ (insert full address) hereinafter called the Owner, to perform certain labor and furnish certain material, at PROMENADE APT., EAGAN, MN hereinafter called the Project, pursuant to plans, drawings and specification prepared by BRW ELNESS Architect or Engineer which contract consisting of the invitation to bidders, the instruction to bidders, the proposal, the contract, the plans, drawings and specifications, the general conditions, the special conditions, the bond, if any, and any addenda or amendments Nos. NONE are hereinafter collectively referred to as the General Contract: and

WHEREAS, the Contractor has made available to the Subcontractor all of the above documents, and the Subcontractor shall be responsible for obtaining copies pertinent to his work; and

WHEREAS, the above have been carefully examined by the Subcontractor.

THE SUBCONTRACTOR AGREES AS FOLLOWS:

1. To furnish all labor, material, skill and equipment necessary or required and to perform all the work necessary for: (Here describe work covered by this Subcontract).

SEE EXHIBIT "F" ATTACHED

2. To pay for all materials, skills, labor and equipment used in or in connection with the performance of this Subcontract, when and as bills or claims therefore become due, and to save and protect the Project, the Owner, and the Contractor from all claims and mechanics' liens on account thereof, and to furnish satisfactory evidence to the Contractor when and if required, that he has complied with the above requirements. This provision shall not be construed as a waiver of the right of the Subcontractor to file and enforce a lien claim against the Owner in the event of the Contractor's failure to pay the Subcontractor.

3. To begin the work of this Subcontract as soon as the Project is ready for such work or, within TWO (2) calendar days after being notified in writing by the Contractor. To complete the work of this Subcontract as required by job progress or within the following time limits:

IN ACCORDANCE WITH THE PROJECT SCHEDULE AND/OR AS DIRECTED BY THE PROJECT MANAGER OR JOB SUPERINTENDENT.

4. To proceed with the work in any orderly and reasonable sequence directed by the Contractor and to abide by the Contractor's decision as to the allotment of all storage and working space on the Project.

5. That no extension of time of performance of this Subcontract shall be recognized by the Contractor without the written consent of the Contractor. If, however, Subcontractor is delayed in the performance or completion of the Subcontract work for reasons beyond his control, then the time of the performance or completion of said work shall be extended accordingly provided the cause of the delay is of a type set forth in the Contract Documents which justifies an extension of time for completion of the General Contract.

6. To save harmless the Contractor and all other subcontractors from any and all losses or damage (including without limiting the generality of the foregoing, legal fees and disbursements paid or incurred by the Contractor to enforce the provisions of this paragraph) occasioned by the failure of the Subcontractor to carry out the provisions of this Subcontract.

7. To obtain, maintain and pay for such insurance as may be required by the General Contract, the Rider attached hereto, or by law, and to furnish the Contractor satisfactory evidence that it has complied with this paragraph; and to obtain and furnish to the Contractor an undertaking by the insurance company issuing each such policy that such policy will not be cancelled except after fifteen (15) days notice to the Contractor of its intention to so do.

The Subcontractor agrees to assume entire responsibility and liability, to the fullest extent permitted by law, for all damages or injury to all persons, whether employees or otherwise, and to all property, arising out of it, resulting from or in any manner connected with, the execution of the work provided for in this Subcontract or occurring or resulting from the use by the Subcontractor, his agents or employees, of materials, equipment, instrumentalities or other property, whether the same be owned by the Contractor, the Subcontractor or third parties, and the Subcontractor, to the fullest extent permitted by law, agrees to indemnify and save harmless the Contractor, his agents and employees from all such claims including, without limiting the generality of the foregoing, claims for which the Contractor may be or may be claimed to be, liable and legal fees and disbursements paid or incurred to enforce the provisions of this paragraph and the Subcontractor further agrees to obtain, maintain and pay for such general liability insurance coverage and endorsements as will assure the provisions of this paragraph.

8. To accept responsibility for all damage caused by the Subcontractor, to clean all surfaces soiled by the Subcontractor, and to protect the work performed by the Subcontractor, it being understood that the standards of protection shall not be less than those specified in the General Contract or required by law, and to be responsible for any defective or improper work or material caused by its failure so to do. If any dispute arises between the Subcontractor and another subcontractor as to which is responsible for any item of damage, the dispute shall be submitted to the Contractor for decision and his determination as to responsibility.

9. The Subcontractor shall take all safety precautions with respect to his work, shall comply with all safety measures initiated by the Contractor and required by the Contract Documents and with all applicable laws, ordinances, rules, regulations and lawful orders of any public authority for the safety of persons or property.

10. Not to assign or sub-let this Subcontract or any part thereof and not to assign any money due or to become due hereunder without first obtaining the written consent of the Contractor hereto.

11. To be bound to the Contractor by the terms of the General Contract, to conform to and to comply with the provisions of the General Contract, to furnish such shop drawings or samples as may be required, and to assume toward the Contractor all the obligations and responsibilities that the Contractor assumes in and by the General Contract toward the Owner, insofar as they are applicable to this Subcontract. Where any provision of the General Contract Documents between the Owner and the Contractor is inconsistent with any provision of this Agreement, this Subcontract shall govern.

12. To employ no person whose employment on or in connection with this Subcontract may be objectionable to the Contractor and to remove any such person when objected to by the Contractor; all upon reasonable ~~grounds~~.

13. That the Contractor or his authorized representative shall have the right ~~to [illegible]~~ any parts of the work or materials as omitted from or added to the General Contract by the Architect and/or Owner; that fair adjustments shall be made in the Contract price for such omitted or added work or materials; and that no extra work shall be allowed or changes made by the Subcontractor, or paid for by the Contractor UNLESS AND UNTIL AUTHORIZED BY THE CONTRACTOR OR HIS AUTHORIZED REPRESENTATIVE IN WRITING BEFORE THE WORK AND/OR CHANGES ARE BEGUN.

To give notice to the Contractor of all claims for extras, for extensions of time and for damage for delays or otherwise, promptly and in accordance with the Contract Documents.

14. To obtain and furnish to the Contractor and maintain in effect during the life of this Subcontract, if requested so to do in the space provided below a surety bond in form and with sureties acceptable to the Contractor and in an amount equal to the Subcontract price, conditioned upon and covering the faithful performance of and compliance with all the terms, provisions and conditions of this Subcontract, the premium therefore to be paid by ______ Bond requested ______ Bond not requested XX ______ (Check One)

Unless the General Conditions require it, nothing herein shall give the Contractor the right to designate that the Bond be executed by a specific surety or procured from a specific agent.

3-20-03 DEPO. EXH. 45
BARBARA SCHWEGMAN
COURT REPORTER

EXHIBIT

WE TREAT OUR SUBS

EXHIBIT 8

15. To guarantee the Subcontract to the same extent that the Contractor is obligated to guarantee it's work under the General Contract, but in any event to guarantee its work against all defects in material or workmanship for a period of one year from the date of acceptance of the Project or a portion thereof by the Owner.

16. That in case the Subcontractor shall fail to correct, replace and/or re-execute faulty or defective work done and/or materials furnished under this Subcontract, when and if required by the Contractor, or shall fail to complete or diligently proceed with this Subcontract within the time herein provided for, the Contractor upon two day's notice in writing to the Subcontractor shall have the right to correct, replace and/or re-execute such faulty or defective work, or to take over this subcontract and complete same either through its own employees or through a contractor or subcontractor of its choice, and to charge the cost thereof to the Subcontractor, together with any liquidated damages caused by a delay in the performance of this subcontract.

17. That in case of default on the part of the Subcontractor under the terms of this Subcontract, the material and equipment of the Subcontractor shall be left on the job for the use of the Contractor in completing the work covered by this Subcontract.

18. To comply with all Federal and State laws, codes, and regulations and all municipal ordinances and regulations effective where the work under this Subcontract is to be performed, and to pay all costs and expenses connected with such compliance, to pay all fees and taxes, including sales and use taxes, and also pay all taxes imposed by any State or Federal law for any employment insurance, pensions old age retirement funds or any similar purpose and to furnish all necessary reports and information to the appropriate federal, state and municipal agencies, with respect to all of the foregoing the same as though the Subcontractor was in fact the Contractor, and to hold the Contractor, each other subcontractor and the Owner harmless from any and all losses or damage occasioned by the failure of the Subcontractor to comply with the terms of this paragraph.

19. To pay all royalties and license fees; to defend all suits or claims for infringement of any patent rights involved in the work of the subcontractor under this Subcontract; and to save the Contractor and other subcontractors harmless from loss, cost or expense on account of such use or infringement by the Subcontractor.

20. If for any part of the Subcontractor's work depends for proper execution or results upon the work of the Contractor, any other subcontractor or any other separate contractor on the project, the Subcontractor shall inspect and promptly report to the Contractor any apparent discrepancies or defects in such work that renders it unsuitable for such proper execution and results. Failure of the Subcontractor as to inspect and report shall constitute an acceptance of the work of the Contractor, other subcontractors or other separate contractors as fit and proper to receive his work.

THE CONTRACTOR AGREES AS FOLLOWS:

A. To employ, and does hereby employ the Subcontractor to do the work described in paragraph 1 hereof, subject to the provisions of this Subcontract.

B. To pay the Subcontractor for the full, faithful and prompt performance of the Subcontract, subject to all the terms and conditions hereof, the sum of THREE HUNDRED SIXTY FIVE THOUSAND & NO/100 Dollars, ($ 365,000.00 ).

C. To include in Contractor's monthly estimate to the Owner, the value of all work, labor and materials of the Subcontractor properly incorporated in this project, in accordance with the provisions of this Subcontract for which estimates have been furnished by the Subcontractor and approved by the Contractor. Upon learning that the amount certified due for the Subcontractor is different from the amount requested by the subcontractor, the Contractor shall immediately so advise Subcontractor and furnish such information as the Contractor may have for the difference.

The Contractor's receipt of progress payments, as reflected in the Contractor's application for payment, from the Owner for work performed by the Subcontractor shall be a condition precedent to the Contractor's obligation to make payment to the Subcontractor. IT IS UNDERSTOOD AND AGREED THAT THE CONTRACTOR SHALL RECEIVE THE PROGRESS PAYMENT FROM THE OWNER BEFORE THE SUBCONTRACTOR SHALL HAVE THE RIGHT TO DEMAND PAYMENT FROM THE CONTRACTOR. Once this condition precedent is satisfied and so long as the Subcontractor is not in default under the terms of this Standard Subcontract Agreement, Contractor shall pay progress payments to the Subcontractor, within 7 days of receipt from the Owner, for the amount received from the owner by the Contractor on account of the subcontractor's work to the extent of the Subcontractor's interest therein, less 10% retainage.

Subcontractor's estimate must be received by the 25th of the month or it will be included in the following months "Contractor's monthly estimate to the Owner".

The Subcontractor shall furnish to the Contractor a lien waiver a lien waiver, or if requested a conditional lien waiver release, for work performed and materials provided (and for work performed and materials provided by its subcontractors and material suppliers) within 11 days of payment by the Contractor.

Billings on this subcontract shall be sent to our Minneapolis office (8009 34th Ave. S., Minneapolis, MN 55425) and must be received by the 20th day of each month. Refer all invoices to the job number listed above.

D. Final payment by the Owner to the General Contractor shall be a condition precedent to the General Contractor's obligation to make final payment to the Subcontractor. IT IS UNDERSTOOD AND AGREED THAT THE CONTRACTOR SHALL RECEIVE FINAL PAYMENT FROM THE OWNER BEFORE THE SUBCONTRACTOR SHALL HAVE THE RIGHT TO DEMAND PAYMENT FROM THE CONTRACTOR. Once this condition precedent has been satisfied, the General Contractor shall have 50 days to make final payment, including all retention, to the Subcontractor.

E. If arbitration of disputes is provided for in the General Contract, any dispute arising between the Contractor and the Subcontractor under this Subcontract, including the breach thereof, shall be settled by arbitration in the manner provided for in the General contract.

F. If notification of any claims have been made against the Subcontractor or the Contractor arising out of labor or materials furnished the Project or otherwise on account of any actions or failures to act by the Subcontractor in the performance of this subcontract, the Contractor may, at his discretion, withhold from such amounts otherwise due or to become due hereunder a sum adequate to cover said claims and any costs or expenses arising or to arise in connection therewith pending legal settlement thereof. This right of the Contractor shall not be exclusive of any other rights of the Contractor herein or by law provided.

G. The failure of the Contractor to make payments as and when herein provided shall, in addition to all other rights, entitle the Subcontractor to suspend all work and shipments during the continuance of such default on the part of the Contractor, and shall further entitle the Subcontractor to an extension of time for the performance of the work covered by this Subcontract.

H. Except in an emergency or to enforce safety requirements, not to issue or give any instructions, orders or directions to any employee or workman of the Subcontractor other than persons Subcontractor has designated as the persons at the worksite having supervisory responsibility for the Subcontractor work.

I. This Subcontract, together with riders Exhibits A,B,C,D,E, AND F . (attached hereto or enclosed herewith) and make a part hereof, constitutes the entire understanding of the parties and supersedes any prior proposals or agreements.

THE CONTRACTORS AND SUBCONTRACTORS AGREE AS FOLLOWS:

The parties agree to give written notice for services rendered or equipment furnished between the signatories to this agreement during the month in which the claim occurred. BILLINGS TO BE IN OUR MINNEAPOLIS OFFICE BY THE 20TH DAY OF EACH MONTH. CONTRACTOR WILL MAKE PAYMENT WITHIN 7 DAYS OF RECEIPT OF PAYMENT FROM OWNER.

In [illegible] ... in duplicate the day and year first written above.

| | |
|---|---|
| WATERPROOFING BY EXPERTS (SEAL) | Weis Builders, Inc. (SEAL) |
| SUBCONTRACTOR | CONTRACTOR |
| By [signature] | By [signature] |
| Title President | Title [illegible] P. DESAI, PROJECT MANAGER |
| Date 3/10/97 | Date 2/22/97 |
| Federal Tax # 41-1332563 | Federal Tax # 41-0[illegible] |
| State Tax # 5424007 | State Tax # [illegible] |