**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company, Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit D - a true and correct copy of the revised Exhibit F initialed 2/26/97**

- This subcontractor is completely responsible for providing and maintaining a water- tight system.
- This subcontract includes, but not limited to the following:

-includes providing drainage board for horizontal and vertical surfaces.
-includes providing 2" insulation on horizontal and vertical surfaces. (1) INCLUDED 2/27/97
-includes installing waterproofing system per manufacturers recommendation.
-includes waterproofing all details (joints, anchors, etc.) per manufacturer recommendations.
~~-includes installing drain tile at plaza, in order to get water away form bldg.~~ (2) NO DRAIN TILE. 2/26/9
~~-includes installing overflow scuppers at each building as required.~~ (3) 2/26/97
-includes monitoring the backfill operations to insure there is no penetration of system.
-includes all deck preparation.
-includes all water conditions.
-includes completing each bldg. in 3 wks.
-includes working on up to 2 bldgs. at a given time.
-includes installing weights on top of insulation to keep insulation boards from blowing off.
-includes flashing at plaza where block wall meets wood frames wall. (4) NO METAL. ONLY LIQUID MEMBRANE 2/26/9
-includes providing manufacture warranty for each bldg.
-Waterproofing By Experts to be responsible for any and all damages and costs due to repair of waterproofing.
-Waterproofing By Experts to be responsible for any damages cased to interior of bldg. due to ~~any leaks~~ FAILURE OF WATERPROOFING SYSTEM (5) OK 2/26
-includes Weis to make joint payments to supplier.
-there will be 20% retention until Weis has received manufacturer warranty for each bldg. thereafter, it will be reduced to 10% until release by owner. (6)
~~-There are to be no change orders due to this being a design build contract.~~ (7) 2/26/97

-IT IS NOTED THAT THIS IS A DESIGN BUILD CONTRACT & ALL INCIDENTAL FOR THE SCOPE OF WORK ARE INCLUDED UNDER THIS SUB-CONTRACT, SUB-CONTRACTOR IS TO BE 100% RESPONSIBLE FOR DESIGN CRITERIA. NO CHANGE ORDERS WILL BE ACCEPTED BASED ON ANY DISCREPENCIES IN DESIGN AND DOCUMENTS. 2/26/97

20% RETENTION ON 1ST BLDG
15% RETENTION ON REMAINING BLDGS. REDUCED TO 10% FOR EACH BLDG WHEN RECEIVING MANUF. LETTER STATING WARRANTY WILL BE ISSUED FOR BLDG. 2/26/97

SCM

Q:\WPDOCS\PFD\PRO-MANAG\CONTRACT\WPHVD-GF