**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit F - true and correct copy of 7/9/96 initial bid.**

**WATERPROOFING By EXPERTS, INC.**

448 Lilac Street
Lino Lakes, Minnesota 55014
(612) 786-5042
Fax (612)786-0555

BASEMENT & COMMERCIAL WATERPROOFING

A GUARANTEED SYSTEM INSTALLED BY EXPERTS

ATT: Tim Runner

THE FOLLOWING IS A BID PROPOSAL FOR THE LISTED-PROJECT

Waterproofing by Experts is a minority firm with certification from the following: Hennipen County, Minnesota Department of Transportation, State of Minnesota, University of Minnesota, University of Wisconson, Minneapolis Airport Commission.

ALL BIDS IN EFFECT FOR 10 DAYS

PROJECT: PROMENADE APARTMENTS LOCATION EAGAN MN

BID DATE 7-9-96 ADDENDUMS ALTERNATES

SECTION NUMBER COURTYARD WATERPROOFING

MATERIALS SEE BELOW

BID PRICE $242,557.00 NUMBER OF MOBILIZATIONS 1

MATERIALS AS FOLLOWS

MIRADRI 861 Sheet membrane
Miraseal Liquid Membrane for pre stripping of all spancrete joints & where vertical wall meets horizontal wall
Miradrain 9000 drainage board
Dow 2 Inch extruded insulation 15 PSI

Estimator Steve Messerich

Temperature of 45 Degrees is required to install the products
General contactor to be responsible for heat & deck preperation
If work is enclosed & heated the above price reflects being able to install a minimum of 12,000 sq ft of waterproofing

If water test is required add $18,975.00

DEPO. EXH. 41
BARBARA SCHWEGMAN
COURT REPORTER