**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company, Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit H - a true and correct copy of 7/25/96 CETCO letter.**

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY

1350 West Shure Drive • Arlington Heights, IL 60004-1440 • USA -
(847) 392-5800 • Fax (847) 506-6150

July 25, 1996

Mr. Bill Becker
Bill Becker Assoc.
3077 Zarthan Ave.
St. Louis Lakes, MN 55416

re: Swelltite 3000 Application
Eagen, MN

Dear Bill,

Pursuant to a conversation yesterday with Steve Messerich, Waterproofing By Experts, and our related discussions, I am writing to confirm CETCO's support of the referenced project.

Swelltite was specifically created for split slab and plaza deck/courtyard applications. Swelltite 3000 combines the expansive nature of 70 mils of a bentonite/butyl rubber layer with the strength of a 20 mil PVC layer. The enclosed reference list notes a considerable number of jobs completed in recent years. Suitable toppings vary from concrete to dirt, planters, pavers, etc. CETCO only requires that the topping have a minimum weight of 10 lbs/sq. ft.

CETCO's recommendations for installation on the referenced project are:

1. Spancrete blocks must be grouted together.
2. Joints must be detailed with Volclay M2000 liquid flashing mastic.
3. Install Swelltite 3000 PVC side up.
4. Tape Swelltite seams with Volclay Seamtape, a 2" butyl rubber strip.
5. Detail all penetrations with Volclay M2000 liquid flashing mastic.
6. Install any additional specified materials, ie., drainboard, insulation, etc.

CETCO has a great deal of faith in Waterproofing By Experts. Steve Messerich has installed Volclay Waterproofing materials, including Swelltite, for years and has considerable experience in treating details properly. Thus, his status as a CETCO "Approved Applicator". An approved applicator is necessary for warranty projects. CETCO will warrant labor and materials on this project for 10 years as promised. A sample System Warranty is enclosed.

5-21-02 DEPO. EXH. 210
Wiegand
BARBARA SCHWEGMAN
COURT REPORTER

Thank you Bill, for your representation on this project. Please call if there are any additional questions or concerns.

Sincerely,

Jeff Konz
Regional Manager
Building Materials Group

cc: S. Messerich, Waterproofing By Experts