**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

**Attached hereto is Exhibit I - a true and correct copy of 8/22/96 Swelltite bid.**

# WATERPROOFING By EXPERTS, INC.

448 Lilac Street
Lino Lakes, Minnesota 55014
(612) 786-5042
Fax (612)786-0555

BASEMENT & COMMERCIAL WATERPROOFING

A GUARANTEED SYSTEM INSTALLED BY EXPERTS

8-22-96

Weis Builders
1550 E. 79th Street
MInneapolis MInnesota 55425-1199

ATT: PETER

PROMINADE WATERPROOFING BID

VERTICAL WATERPROOFING

Mirafi 861 sheet membrane & 1 inch bead board

$38,562.00

ALTERNATES

1) ADD $22,600.00 for 2 inch insulation over waterproofing in leu of bead board

2) ADD $8424.00 for Amoco fan fold board over waterproofing with 1 inch bead board over fan fold

[redacted] BID

Swelltite 3000 90 Mil sheet waterproofing
M-2000 Liquid flashing over all joints
3 inch insulation
drainage board
10 year manufacturers labor & material warranty
winter deck preperation snow removal ice removal covering etc.(not to exceed $10,000.00)
Night lighting (3months)
double labor shift (3 months)
No overtime or weekend work

$383,000.00

ALTERNATES

DEDUCT of $22,000.00 for use of 2 inch insulation in leu of 3 inch

DEDUCT of $3562.00 for 5% retainage in leu of 10% retainage

STEVE MESSERICH
President

DEPO. EXH. 42
BARBARA SCHWEGMAN
COURT REPORTER

WP 00003