**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

**Attached hereto is Exhibit J - a true and correct copy of Swelltite literature**

# CETCO

DEPO. EXH.

BARBARA SCHWEGMAN
COURT REPORTER

ESG01819

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1350 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6150
http://www.cetco.com

# VOLCLAY WATERPROOFING SYSTEM WARRANTY

Project Owner: Healey Ramme Company

Project Name: Prominade

Project Address: 3374 Prominade Ave.
Eagan, MN 55121

Date of Installation: August 1997

Date of Completion of Related Waterproofing 10-31-97

Approved Applicator: Waterproofing by Experts Inc.

Address: 448 Lilac St.
Lino Lakes, MN 55014

Colloid Environmental Technologies Company (CETCO) warrants to Owner that its Volclay Waterproofing System installed by Approved Applicator on the above referenced new construction Project is free from defects in material and workmanship from the date of completion of all waterproofing systems.This completion date includes installation of the Volclay Waterproofing System and all adjoining and/or related waterproofing systems (roofing, plaza decks, etc.). Subject to the following terms and conditions, CETCO agrees to repair any leaks which develop within 10 years from the date of completion.

THE FOREGOING WARRANTY IS IN LIEU OF AND EXCLUDES ALL OTHER WARRANTIES NOT EXPRESSLY SET FORTH HEREIN, WHETHER EXPRESSED OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS.

THIS WARRANTY IS VOID IF SUBSEQUENT WORK IS DONE ON THE VOLCLAY WATERPROOFING SYSTEM WITHOUT CETCO'S PRIOR WRITTEN APPROVAL OF THE METHODS AND MATERIALS USED.

WATERSTOP-RX MUST BE USED IN ALL COLD POUR CONSTRUCTION JOINTS.

THE WATERPROOFING INTEGRITY OF EXPANSION JOINTS IS THE RESPONSIBILITY OF EXPANSION JOINT MANUFACTURER OR OTHERS.

ESG01821

CETCO

CETCO shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the Volclay Waterproofing System or from or in connection with any failure or leak, or from any other cause relating thereto whether such claim is based on breach of warranty, breach of contract, negligence, strict ability in tort or any other legal theory. **CETCO** shall have no liability for damage to other components of the **Project** or contents therein. CETCO's liability hereunder in any case is expressly limited to the cost of repair of any leaks determined,by CETCO to be the fault of the Volclay Waterproofing System. The foregoing states the sole and exclusive liability of **CETCO** and the sole and exclusive remedy of the Owner.

CETCO shall not be obligated to repair any leaks caused by events beyond its control, including but not limited to structural defects, cracks in excess of one-sixteenth of an inch, building alterations, damage to the installation by subcontractors or others, explosions, earthquakes or other natural phenomena or acts of God.

Any leaks may at **CETCO's** discretion be repaired from the inside of the structure base and the Owner of the Project shall be responsible for removing any equipment, furniture or non-structural interior construction from the area which would hinder the repair operations. Owner shall give **CETCO**, its agents and employees reasonable access to the waterproofed area during business hours during the term of this warranty.

Any claim by Owner for any claimed defects hereunder for any cause shall be deemed waived by Owner unless submitted to **CETCO** in writing within thirty (30) days from the date Owner discovered, or should have discovered, any claimed breach or leak.

DATE ISSUED: Nov. 10, 1997

BY: ______________________

Manager
CETCO, Building Materials Group

04/96

ESG01822

CETCO

COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY

1350 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6150

# VOLCLAY WATERPROOFING SYSTEM WARRANTY

Project Owner: ____________________

Project Name: ____________________

Project Address: ____________________

____________________

Date of Installation: ____________________

Date of Completion of Related Waterproofing ____________________

Approved Applicator: ____________________

Address: ____________________

____________________

Colloid Environmental Technologies Company (CETCO) warrants to Owner that its Volclay Waterproofing System installed by Approved Applicator on the above referenced new construction Project is free from defects in material and workmanship from the date of completion of all waterproofing systems. This completion date includes installation of the Volclay Waterproofing System and all adjoining and/or related waterproofing systems (roofing, plaza decks, etc.). Subject to the following terms and conditions, CETCO agrees to repair any leaks which develop within _____ years from the date of completion.

THE FOREGOING WARRANTY IS IN LIEU OF AND EXCLUDES ALL OTHER WARRANTIES NOT EXPRESSLY SET FORTH HEREIN, WHETHER EXPRESSED OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS.

THIS WARRANTY IS VOID IF SUBSEQUENT WORK IS DONE ON THE VOLCLAY WATERPROOFING SYSTEM WITHOUT CETCO'S PRIOR WRITTEN APPROVAL OF THE METHODS AND MATERIALS USED.

WATERSTOP-RX MUST BE USED IN ALL COLD POUR CONSTRUCTION JOINTS.

THE WATERPROOFING INTEGRITY OF EXPANSION JOINTS IS THE RESPONSIBILITY OF EXPANSION JOINT MANUFACTURER OR OTHERS.

ESG01823

CETCO

CETCO shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the Volclay Waterproofing System or from or in connection with any failure or leak, or from any other cause relating thereto whether such claim is based on breach of warranty, breach of contract, negligence, strict ability in tort or any other legal theory. **CETCO** shall have no liability for damage to other components of the **Project** or contents therein. **CETCO's** liability hereunder in any case is expressly limited to the cost of repair of any leaks determined,by CETCO to be the fault of the Volclay Waterproofing System. The foregoing states the sole and exclusive liability of **CETCO** and the sole and exclusive remedy of the Owner.

**CETCO** shall not be obligated to repair any leaks caused by events beyond its control, including but not limited to structural defects, cracks in excess of one-sixteenth of an inch, building alterations, damage to the installation by subcontractors or others, explosions, earthquakes or other natural phenomena or acts of God.

Any leaks may at **CETCO's** discretion be repaired from the inside of the structure base and the Owner of the Project shall be responsible for removing any equipment, furniture or non-structural interior construction from the area which would hinder the repair operations. Owner shall give **CETCO**, its agents and employees reasonable access to the waterproofed area during business hours during the term of this warranty.

Any claim by Owner for any claimed defects hereunder for any cause shall be deemed waived by Owner unless submitted to **CETCO** in writing within thirty (30) days from the date Owner discovered, or should have discovered, any claimed breach or leak.

DATE ISSUED: ______________

BY: ________________________________________

Manager
CETCO, Building Materials Group

04/96

ESG01824

Volclay®

# Swelltite®

## Composite Bentonite Waterproofing Membranes



*Three different membranes. One designed for your application.*

Volclay®

# A Highly Effective Waterproofing System That Permanently Protects Your Structure

Volclay Swelltite® Membranes are tough composite products that provide dual waterproofing protection. The Swelltite product line combines proven active waterproofing benefits of sodium bentonite, with the strength and puncture resistance of geomembrane liners.

Volclay Swelltite Membranes are designed for waterproofing below-grade vertical and horizontal structural surfaces, as well as, above grade split-slab construction such as parking decks, plaza areas, and sports stadiums. Swelltite Membranes are excellent for below-grade concrete block walls and property line waterproofing, such as soldier pile and lagging and metal sheet piling construction.

## Why The Membrane Is So Effective

The ability of Volclay Swelltite to permanently waterproof the structure is based on the unique properties of sodium bentonite and tough geomembrane liners.

Sodium bentonite prevents water intrusion with a natural microscopic platelet structure that expands upon contact with water. The expansion pushes the platelets tighter together, quickly sealing off any water migration. The Volclay sodium bentonite expansion confined under pressure, forms an impervious membrane that will be maintained for the life of the structure.

Providing an additional waterproofing layer, is a tough flexible geomembrane liner. Swelltite geomembrane liners function as both an outer layer of waterproofing and a protection course. The liner protects the Volclay bentonite compound from inclement weather and potential construction related damage. In the event water circumvents the geomembrane liner, the Volclay sodium bentonite compound reacts- expanding- stopping water intrusion.

If penetrated after installation, Volclay Swelltite will self heal and can seal tiny cracks caused by ground settlement, concrete shrinkage, or seismic action-problems over which there is normally no control.

## Easy To Install System

Installation of Swelltite is fast and easy. Simply roll the membrane into place and fasten. Swelltite does not have a messy release paper that must be removed and then disposed of. Swelltite can be easily cut on-site to form around corners and penetrations. Primer is not required for most installations. The result is a consistent self-healing membrane over the entire project-whether your protecting 400 square feet or 400,000 square feet.

## Cost-Efficient, Time Efficient

Swelltite can be applied as soon as the forms are stripped at virtually any temperature. There is no waiting for the concrete to cure. Swelltite seams are easily overlapped without the need to roll-out every small wrinkle or air pocket, that can reduce the performance of fully-adhered products. Utilizing Swelltite's 20 mil thick geomembrane liner, no additional protection course is required- thus eliminating the cost of material and an additional labor step.






**Swelltite Expansion**
Swelltite 3000 shown before and after 24 hours of submersion in water.




## A Membrane Designed For Your Application

Three Swelltite® Membranes are manufactured at different factory-controlled thicknesses, assuring the contractor, specifier and the owner of consistent material application.

### Swelltite 1000 (60 Mils)

Swelltite 1000 is designed primarily for horizontal split-slab construction with a thin or lightweight topping slab.





### Swelltite 3000 (90 Mils)

Swelltite 3000 is designed primarily for vertical free standing walls, earth-covered roofs and tunnels, and heavy split-slab construction. Swelltite 3000 may also be used to waterproof property line construction.

### Swelltite 6000 (150 Mils)

Swelltite 6000 is a specialty product designed to handle extreme property line construction and horizontal split-slab construction. Swelltite 6000 is also used in high saline and contaminated soil conditions.





Water seeps through cracks in topping slab and travels along membrane until it finds a crease, wrinkle, or damaged area.



The seeping water immediately activates the bentonite which swells and seals the base slab, preventing the water from leaking into occupied space.

ESG01827

# A Single Source System With Proven Performance

The Volclay Waterproofing System can waterproof the entire below-grade and plaza areas of your structure with materials from a single manufacturer. There is no need to specify dissimilar systems from different manufacturers for your blind side, positive side and plaza deck waterproofing applications.

Volclay Swelltite is part of a complete waterproofing system engineered by CETCO's Building Materials Division. To assure a proper tie-in, each product in the Volclay Waterproofing System is compatible, and designed to work with all other Volclay products. As a result there is not a concern about potential water leaks where waterproofing systems from two different manufacturers meet.

Proven quality and ease of installation have made Swelltite a market leader in the waterproofing industry. Over 25 million square feet of Swelltite have been installed throughout the world.



Represented By:

**WARRANTY**

The information and data contained herein are believed to be accurate and reliable. Specifications and other information contained herein supersede all previously printed material and are subject to change without notice.

Manufacturer warranty of installed system is available. Contact seller for terms and sample document including all limitations.

All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether express or implied by operation of law or otherwise including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the goods, or from any other cause relating thereto, and seller's liability hereunder in any case is expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing within thirty (30) days from the date buyer discovered or should have discovered, any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by the applicator.

NOTE: Expansion joints shall be the responsibility of OTHERS.

ENVIRONMENTALLY SENSITIVE
CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
Building Materials Division • 1350 W. Shure Drive • Arlington Heights, IL 60004 • 708-392-5800 • FAX 708-506-6195
Quality from the ground up.

Form No. ST-381 8/94 5M
Printed in U.S.A.

# Volclay® Waterproofing




C TCO

## Self-healing Below Grade Waterproofing Products

ESG01833

# VOLCLAY® WATERPROOFING PRODUCTS

*Volclay® Waterproofing products from Colloid Environmental Technologies Company offer total solution waterproofing. With CETCO's single source capability, you can be sure of a totally integrated waterproofing system that yields ultimate performance. Each product uses the natural swelling and self-healing properties of Volclay sodium bentonite. This unique mineral was formed from volcanic ash and saltwater millions of years ago, making Volclay products the most environmentally sensitive on the market today. All contain zero VOC, can be installed in almost any weather condition to green concrete, and most importantly, have proven effective for more than 25 years.*

*Cross-section of outer wall shows hydration of Volclay bentonite in Volclay Panels.*



*Panels after backfilling and prior to Volclay activation.*



*Initial activation upon contact with fresh water for 24 hours.*



*Resulting mastic layer after complete decomposition of kraft paper.*

*When wetted, unconfined bentonite can swell up to 15 times its dry volume. When confined under pressure, the bentonite forms an impervious, water-resistant membrane. With the Volclay Waterproofing System, the problem activates the solution, reliably and automatically. If penetrated after installation, Volclay waterproofing will self heal and can seal tiny cracks caused by ground settlement, concrete shrinkage, or seismic action; problems over which there is normally no control.*

## Volclay Panels



*Type 1 Panel*

Volclay Panels are specifically designed for installation on wall surfaces and under slabs. They form the foundation of CETCO's integrated waterproofing system. The flutes of these special 4' x 4' corrugated kraft panels are filled with Volclay bentonite, assuring a controlled one pound per square foot application of waterproofing material. Most importantly, there is a Volclay Panel designed to meet your specific need.

**Type 1**—for standard vertical and horizontal applications. Installed by overlapping.

**Type 1C**—special version of the Type 1 Panel designed specifically for horizontal applications under slabs at least six inches thick, or installations where dewatering is difficult. These panels feature a temporary, water-resistant coating to inhibit premature hydration. Often, they eliminate the need for a mud slab.

Volclay-CR—For installations where groundwater is contaminated or has a high level of salt concentration, specify Volclay-CR. The specially treated contaminant resistant (Volclay CR) bentonite eliminates the need for fresh water prehydration, and assures optimum performance.

## Volclay Panel Advantages

- Zero VOC, all natural materials
- Assures one pound per square foot uniform application of Volclay bentonite
- **Easy handling and installation in all weather conditions**
- **Can be applied as soon as forms are stripped**
- **Eliminates need for mud slab**

## Voltex

Voltex is a high strength, durable geotextile-based Volclay Waterproofing product designed for vertical and horizontal surfaces, such as under-slab and property line waterproofing, metal sheet piling, soldier pile and lagging, and concrete caisson construction. Voltex is able to withstand deterioration before and after the concrete is poured.

The manufacturing of Voltex assures that a minimum of one pound of Volclay sodium bentonite per square foot is uniformly encapsulated between two high-strength woven and non-woven polypropylene geotextiles. CETCO's state-of-the-art needlepunching process locks the fabrics, inhibiting migration of both granular and hydrated bentonite.

When concrete is poured against Voltex, a tenacious mechanical bond is created with Voltex's high-strength geotextile, yielding an average adhesion value of 15 lbs. per linear inch.

### Advantages:

- **Durability:** Voltex withstands inclement weather and potential construction related damage
- **Superior Adhesion:** Voltex's mechanical bond tenaciously secures product and prevents water migration
- **Cost Effective:** Voltex is designed to be installed on a properly prepared subgrade, without the need to pour a working slab

## Swelltite®

Swelltite membranes are tough composite products that provide dual waterproofing protection. Swelltite combines the natural waterproofing abilities of Volclay bentonite and butyl rubber with the strength and puncture resistance of a geomembrane liner. If water penetrates the liner layer, the bentonite activates to halt water movement.

Swelltite membranes are easy to install. They can be applied in all weather conditions to green concrete without primer or adhesives. Swelltite is conveniently packaged in easy to handle 40 inch wide protected rolls. The unique design also eliminates the use of release paper and the tough geomembrane liner eliminates the need for protection board on most installations.

Swelltite membranes are available at a variety of factory controlled thicknesses for installation on split slab construction, vertical free standing walls, concrete block walls and property line applications. Proven quality and ease of installation have made Swelltite a market leader in the waterproofing industry. Over 30 million square feet have been installed worldwide.

### Advantages:

- Dual waterproofing protection
- Prevents movement of water even if geomembrane is punctured
- All weather installation without primers or adhesives
- Eliminates release paper andprotection board



*Voltex under-slab installation*



*Volclay Panels on free standing walls*



*Swelltite split-slab installation*

ESG01835

## Waterstop-RX®

Waterstop-RX is a bentonite and butyl rubber-based waterstop designed for concrete construction joints in both hydrostatic and non-hydrostatic conditions. Upon hydration, Waterstop-RX swells to form a self-healing pressure seal that locks out water and prevents migration in concrete joints. Waterstop-RX is proven effective when exposed up to 200 feet of hydrostatic pressure. The product is lightweight and flexible, and can be applied to concrete, steel or PVC using Volclay WB-Adhesive with only a single laborer.

**Advantages:**

- Lightweight and flexible, easily conforms to irregular surfaces.
- Easily applied around penetrations and to existing concrete without destructive chipping or expensive concrete sawing.
- Does not require split-forming or splicing.
- Available in variety of sizes, accommodating light or heavy construction.



*Waterstop-RX*



*Waterstop-RX at pipe penetration*

*Note:* Waterstop-RX is not an expansion joint material and should not be used as such. In cases of lightweight concrete or insufficient coverage, consult the manufacturer.

Install all Volclay waterproofing products in strict accordance with manufacturer's recommendations.

## Aquadrain®

Aquadrain prefabricated drainage panels are designed to keep water away from your structure. Aquadrain 10X, 15X and 15XP reduce below grade hydrostatic pressure and promote efficient drainage on vertical walls. Aquadrain 20H and 30H are specifically designed for horizontal applications that must withstand vehicular loads and require high fabric tensile strength, such as parking garage and plaza decks.

Also available from CETCO:

***Accoguard™ traffic bearing coatings*** feature a unique single-component, chemical-cure chemistry that eliminates the need for messy on-site mixing. Quick and easy to apply, Accoguard also offers unsurpassed durability. Available in eight standard colors or customized to your needs. Accoguard is the ideal waterproofing coating for parking structures, stadiums, plazas and balconies. A 100 percent solids single-component system is available for confined spaces.

*Contact CETCO for complete information.*

Represented By:

### WARRANTY

The information and data contained herein are believed to be accurate and reliable. Specifications and other information contained herein supersede all previously printed material and are subject to change without notice.

Manufacturer warranty of installed system is available. Contact seller for terms and sample document including all limitations.

All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether express or implied by operation of law or otherwise including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the goods, or from any other cause relating thereto, and seller's liability hereunder in any case is expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing within thirty (30) days from the date buyer discovered or should have discovered, any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by the applicator.

NOTE: Expansion joints shall be the responsibility of OTHERS.

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
*Building Materials Group*
1350 W. Shure Drive
Arlington Heights, IL 60004
**847-392-5800**
**FAX 847-506-6195**
**800-527-9948**

*Quality from the ground up.™*

Form No. VP-400F 695 10M Printed in U.S.A.

SPEC DATA®

This Spec-Data sheet conforms to editorial style prescribed by The Construction Specifications Institute. The manufacturer is responsible for technical accuracy.

CETCO





## 1. PRODUCT NAME

Volclay SWELLTITE® Composite Bentonite Waterproofing Membranes

## 2. MANUFACTURER

ColloidEnvironmental Technologies Company (CETCO)
Volclay Waterproofing Division
1350 West Shure Drive
Arlington Heights, IL 60004
Phone: (708)392-5800
Fax: (708)506-6195

## 3. PRODUCT DESCRIPTION

***Basic Use:*** Volclay SWELLTITE membranes are designed for waterproofing below grade vertical and horizontal structural surfaces, as well as, above grade split-slab construction such as parking decks, plaza areas, and sports stadiums. SWELLTITE membranes are excellent for below grade masonry block walls and property line waterproofing, such as soldier pile and lagging, and metal sheet piling.

SWELLTITE membranes are dual waterproofing composites that combine the strength and puncture resistance of geomembrane liners with the proven active waterproofing of sodium bentonite.

The flexible, tough geomembrane liner functions as both the first layer of waterproofing and a protection course. The geomembrane liner protects the bentonite compound from inclement weather and possible construction related damage. (Note: SWELLTITE 1000 requires a protection course). In the event that water should circumvent the geomembrane liner, the sodium bentonite compound reacts with the water and swells. This swelling effectively seals off water intrusion and prevents the water from penetrating the structure or moving laterally behind the membrane.

**The unique water soluble film (patent pending) does not require removal prior to membrane installation.** Upon hydration the water soluble film completely dissolves, readily allowing the bentonite to be in direct contact with the structure. This eliminates the necessity of using a nonbiodegradable release paper that must be removed prior to membrane installation and disposed of by applicable regulations.

Swelltite is manufactured in three factory-controlled thicknesses, assuring the contractor, specifier and owner of consistent material installation. Products include SWELLTITE 1000, SWELLTITE 3000, and SWELLTITE 6000 with a complete line of accessories. SWELLTITE 1000 is designed primarily for horizontal split-slab construction with a thin or lightweight topping slab. SWELLTITE 3000 is designed primarily for vertical free-standing walls, earthcovered roofs and tunnels, heavy split-slab construction, and property line construction. Swelltite 6000 is a specialty product designed for extreme property line construction and horizontal below grade work. SWELLTITE 6000 is also used in high saline or contaminated soil conditions.

***Composition and Materials:*** SWELLTITE 1000 is manufactured to a minimum 60 mil (1.5 mm) thickness. Swelltite 1000 is a composite of 4 mil high density, cross laminated polyethylene liner integrally bonded to 56 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. SWELLTITE 1000 roll size is 40" x 45' (1.02m x 13.7m) – 150 sq. ft.

SWELLTITE 3000 is manufactured to a minimum 90 mil (2.3 mm) thickness. SWELLTITE 3000 is a composite of a 20 mil geomembrane liner integrally bonded to 70 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. SWELLTITE 3000 roll size is 40" x 30' (1.02m x 9.2m) – 100 sq. ft.

SWELLTITE 6000 is manufactured to a minimum .150 mil (3.8 mm) thickness. SWELLTITE 6000 is a composite of a 20 mil geomembrane liner integrally bonded to 130 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. SWELLTITE 6000 roll size is 40" x 20' (1.02m x 6.1m) – 68 sq. ft.

***Swelltite accessories are as follows:***

M-2000 LIQUID FLASHING - trowel grade urethane mastic for horizontal membrane installation detailing.
BENTOSEAL® - trowel grade bentonite compound for vertical wall detailing.
A-2000WB ADHESIVE - water based adhesive used to secure membrane to both horizontal and vertical surfaces.
SEAMTAPE - 0.035" x 2" X 125' roll of black butyl sealant for sealing membrane overlap seams.
TERMTAPE - 0.035" x 3" X 100' roll of gray butyl sealant for sealing membrane terminations at grade.
WATERSTOPPAGE- specially treated granular sodium bentonite.

***Packaging:*** 25 rolls per pallet. Each roll of Swelltite is individually packaged in water resistant polyethylene bag for easy handling and use. Each membrane type has a different color bag: 1000 - blue; 3000 - red; and 6000 - green. Corrugated box packaging is added for international shipments.

***Limitations:*** Swelltite should not be installed in standing water or when precipitation is forecasted. If ground water contains strong acids, alkalies, or is of a conductivity of 10,000 μmhos or greater, water samples should be submitted to the manufacturer for compatibility testing.

**Swelltite is not an expansion joint sealant. Expansion joints are the responsibility of others.**

Swelltite requires a minimum ballest weight per square foot distributed over the entire membrane area.

Swelltite can seal cracks up to 1/16".

Swelltite must be installed with accessory products as recommended by manufacturer to provide a watertight seal.

When hydrostatic conditions exist, the vertical waterproofing

The ten-point Spec-Data® format has been reproduced from publications copyrighted by CSI, 1964, 1965, 1966, 1967, and used by permission of The Construction Specifications Institute, Alexandria, VA 22314.

must continuously overlap the underslab waterproofing. Consult manufacturer for instructions.

## 4. TECHNICAL DATA

| | |
|---|---|
| **Sodium Bentonite Compound** | |
| Montorillonlite Content (%) | 75 |
| Free Swell (cc/2g) USP-NF-XVII | 16 |
| Water Absorption (% by wt) ASTM E 946 | 900 |
| **Membrane Composite (20 mil liner)** | |
| Puncture Resistance (lbs) FTMS 101C | 60 |
| Permeability (cm/sec) ASTM D5084 | $3 \times 10^{-10}$ |
| Tear Resistance (lbs) ASTM D1004 | 33 |
| Pliability ASTM D746 | Passed |

## 5. INSTALLATION

*Surface Preparation:* Concrete surfaces should be free of large voids or projections. Remove loose stone or debris. Parge flush all honeycombing or voids with cementitious grout or M-2000. Form-tie holes shall be filled completely with cementitious grout.

Concrete surfaces to receive M-2000 should be water cured and in place a minimum of seven days prior to application.

All property line surfaces shall be reasonably smooth and without large voids. Voids between lagging members should not be greater than 1-1/2" (3.75 cm). Large voids shall be covered with plywood and the void cavity shall be completely filled and compacted.

Membrane Installation: Adhere SWELLTITE 1000 with A-2000WB ADHESIVE. SWELLTITE 3000 and SWELLTITE 6000 may be secured with A-2000WB or washer-headed mechanical fasteners.

Adhesive Installation: Apply A2000WB ADHESIVE to concrete at a rate of 150 square feet (15 sq m) per gallon (3.8 liters). Coverage rate on masonry block walls will be 125 square feet ( 14 sq m) per gallon. Allow adhesive to dry black from gray. Install membrane on cured black adhesive within six (6) hours.

Mechanical Fastening: Install washerheaded mechanical fasteners minimum 12" (30 cm) on center or less as required to contour surface at all overlap edges. (Do not use mechanical fasteners to secure membrane to masonry block walls.)

HORIZONTAL SURFACE INSTALLATION: Before membrane is installed, detail all drains, transition corners, and penetrations with Volclay M-2000. Allow M-2000 to cure a minimum of 12 hours prior to installing membrane.

Drains: Trowel a minimum 90 mil thick layer of Volclay M-2000 on the drain ring and into the drain's inward throat slope. Extend M-2000 a minimum of 6" (15 cm) around the drain. After membrane is installed to contour drain, apply a 60 mil thick layer of M-2000 to counter flash membranes edge.

Transition Corners: Apply a 3/4" (1.9 cm) thick M-2000 fillet to inside transition corners. Then extend M-2000 at 90 mil minimum thickness for 6" (15 cm) in both directions from the corner.

Penetrations: Trowel a minimum 3/4" (1.9 cm) cant of M-2000 around the penetration. Extend M-2000 outward from penetration a minimum of 6" (15 cm) at minimum 90 mil thick. After membrane has been installed overlapping M-2000, apply a 60 mil thick counter flashing of M-2000 at the membrane edge.

Membrane: Install membrane with the bentonite compound toward the structure (geomembrane liner facing installer) from the low point to the high point across the fall line to create a shingle-type installation. Stagger membrane ends and overlap all membrane edges a minimum of 2" (5 cm). Closely contour penetrations and details.

When specified, or for any anticipated inclement weather, seal all seams with SEAMTAPE. Terminate membrane system with TERMTAPE.

*Note:* CETCO does not recommend, nor require flood testing of Volclay Swelltite Membranes. If flood testing is required by the project specifications contact the manufacturer for specific instructions and inspection requirements.

Membrane Protection: SWELLTITE 1000 requires a protection course. AQUADRAIN, extruded polystyrene (min. 25 psi) and 72 lbs. roof capping sheet are approved protection course materials. SWELLTITE 3000 AND SWELLTITE 6000 do not require an additional protection course for applications stated herein. Consult manufacturer on conditions not stated herein.

Topping Weight: SWELLTITE 1000 and SWELLTITE 3000 require a minimum topping weight of 10 lbs. (4.54 kg) per square foot. SWELLTITE 6000 requires a minimum 20 lbs. (9.08 kg) per square foot. Topping weight is a total weight of the topping material (concrete, backfill, etc.) combined with the weight of any insulation, protection and drainage materials. Minimum concrete topping slab thickness shall be 2" (5 cm) for SWELLTITE 1000 & 3000; and 3" (7.5 cm) for SWELLTITE 6000.

CONCRETE WALL INSTALLATION: Before membrane is installed to concrete walls, detail all vertical inside corners, penetrations, and the footing/wall joint with BENTOSEAL as follows:

Vertical Inside Corners: Install a 3/4" (1.9 cm) thick continuous cant of BENTOSEAL at all vertical inside corners.

Penetrations: Apply a 3/4" (1.9 cm) thick cant of BENTOSEAL around penetration. Extend BENTOSEAL a minimum 6" (15 cm) outward from penetration 90 mils thick. After membrane is installed around penetration, apply a counter flashing of BENTOSEAL at membrane's edge.

Footing/Wall Joint: Install at footing/wall joint a continuous 2" (5 cm) cant of WATERSTOPPAGE.

Membrane: Install membrane with bentonite compound toward the structure (geomembrane liner facing installer). Starting at the bottom, install the membrane horizontally over the WATERSTOPPAGE cant and onto the the footing a minimum of 6" (15cm). All succeeding membrane lifts may be installed horizontally or vertically in orientation. Overlap all membrane edges a minimum of 2" (5 cm) - staggering vertical seams. Closely contour penetrations and details.

When specified or for inclement weather, seal all overlap seams with SEAMTAPE. Terminate membrane at grade line with TERMTAPE.

MASONRY BLOCK WALL INSTALLATION: All mortar joints shall be completely filled and struck flush before membrane is installed to masonry block walls. Detail all vertical inside corners,

penetrations, and footing/wall joints per the Concrete Wall Installation procedures.

Adhere membrane to masonry block walls with A-2000WB Adhesive. Do not use mechanical fasteners to secure Swelltite Membranes to masonry block walls.

Membrane: Starting at the wall/footing intersection, install membrane horizontally with bentonite compound toward the structure (liner facing installer). Membrane should extend over WATERSTOPPAGE cant and onto footing a minimum of 6" (15 cm). All succeeding membrane lifts may be installed horizontally or vertically. Overlap all vertical and horizontal membrane edges a minimum of 2" (5 cm). Stagger vertical joint seams of succeeding lifts. Closely contour penetrations and details.

Install SEAMTAPE on center of all membrane overlap seams Terminate membrane at grade line with TERMTAPE.

PROPERTY LINE INSTALLATION: Use only SWELLTITE 3000 or SWELLTITE 6000. Property line etaining wall should be reasonably smooth. Gaps between lagging in excess of 1-1/2" (1.25 cm) must be filled with grout or other approved solid material. Extremely large void areas or irregular surfaces shall be covered by plywood or Aquadrain with void cavity completely filled. If water is penetrating the retaining wall, a 6 mil polyethylene should be secured over the area before membrane is installed.

Membrane: Beginning at the lowest level, install membrane horizontally with the bentonite compound outward from the retaining wall (facing installer). Fasten top edge every 12" (30 cm) or as required to contour and hold membrane securely in place. All succeeding membrane lifts may be installed either horizontally or vertically. Overlap all horizontal and vertical membrane edges a minimum of 2" (5 cm).

Fasten all overlap seams a minimum 12" (30 cm) on center or as required to contour surface. Closely contour penetrations and details.

Trowel BENTOSEAL over and around all tie-backs and around penetrations a minimum of 3/4" (2 cm) thick. Extend BENTOSEAL onto membrane face a minimum 2" (cm) at 90 mils thick.

Consult manufacturer for installation recommendations on conditions not stated herein.

GRADE TERMINATION: Mark grade line with chalk line. Apply A2000WB ADHESIVE under chalk line a minimum of 12" (30 cm) wide and allow to cure black. Install membrane to adhesive with top edge 2" (5 cm) under chalk line. (If necessary, Fasten 12" (30 cm) on center or less as required to secure membrane). Install TERMTAPE on center of membrane's top edge. Press TERMTAPE firmly against cured A2000WB and Swelltite's geomembrane liner.

## 6. AVAILABILITY AND COST

*Availability:* Volclay Swelltite Membranes are available through out the United States, Canada, Mexico, South America, the Far East, Australia and Europe through a global network of CETCO distributrs. Contact manufacturer for the location of the nearest distributor.

*Cost:* Applied costs are dependent upon local labor costs, freight rates, job site location and conditions, etc. Costs are competitive with other waterproofing materials.

## 7. WARRANTY

Information contained herein supersedes all previously printed matter and is subject to change without notice.

All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether expressed or implied by operation of law or otherwise, including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the goods, or from any other cause relating thereto, and seller's liability hereunder in any case is expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing within thirty (30) days from date buyer discovered or should of discovered, any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by the applicator. Materials described within this literature are not designed for expansion joints. Expansion joints are the responsibility of others.

## 8. MAINTENANCE

None required when installed in accordance with the manufacturers instructions.

## 9. TECHNICAL SERVICES

Complete technical service is available upon request to the manufacturer. These services include review of drawings and specifications.

Modifications may be recommended when required to accommodate special conditions. The manufacturer and distributors also work with the contractor through the initial stages to assure proper installation procedures. A fee for certain of these services may be negotiated with the contractor.

Contact manufacturer for current technical data, additional installation instructions, and comments on design conditions not covered herein.

## 10. FILING SYSTEMS

Additional product information available upon request from the manufacturer.

PLEASE TURN PAGE FOR BASIC DETAILS COVERING USE OF VOLCLAY SWELLTITE COMPOSITE BENTONITE WATERPROOFING

CETCO

Colloid Environmental Technologies Company

# VOLCLAY SWELLTITE®

COMPOSITE BENTONITE WATERPROOFING MEMBRANES

## PLAZA DECK SURFACE INSTALLATION




HORIZONTAL EDGE DETAIL



DECK AND FLOOR DRAIN DETAIL

## VERTICAL WALL INSTALLATION




CONCRETE WALL/FOOTING/WALL JOINT HYDROSTATIC CONDITION




MASONARY BLOCK WALL DETAIL




GRADE TERMINATION

## PROPERTY LINE INSTALLATION




SOLDIER PILE & LAGGING DETAIL




SOLDIER PILE TIEBACK DETAIL




UNDERSLAB TO VERTICAL TRANSITION DETAIL



ESG01832

PRINTED IN USA

**1. PRODUCT NAME**
Volclay® M-2000 Liquid Flashing

**2. MANUFACTURER**
Colloid Environmental Technologies Company (CETCO)
Volclay Waterproofing Division
1350 West Shure Drive
Arlington Heights, IL 60004
Phone: (708)392-5800
Fax: (708)506-6195

**3. PRODUCT DESCRIPTION**
**Basic Use:** M-2000 LIQUID FLASHING is trowel grade, single-component, moisture curing elastomeric water-proofing membrane. M-2000 is speci-ally designed for detailing use with Volclay SWELLTITE Membranes. M-2000 conforms to ASTM C836-89.

Specific uses include mastic cants, terminations, penetration details, seam sealing, and planter boxes. M-2000 cures to form a continuous, seamless, positively bonded, elastomeric detail membrane.

Limitations: Do not use as an exposed or wearing surface. M-2000 should not be exposed to prolonged sunlight. Do not apply to damp or contaminated surfaces. M-2000 is not an expansion joint sealing material. Use with ade-quate ventalation only.

Maximum storage life - one year. Keep cans sealed at all times when not in use. Keep in warm (60-80 F), dry storage area away from extreme heat and flames.

**4. TECHNICAL DATA**
**Physical Properties:**

| | |
|---|---|
| Color: | Black |
| Solids: | 88-92% |
| Hardness, Shore 00: | 58-64 |
| Adhesion-in peel: | 5-8 lb/in. |

Packaging: Available in 5 gallon pails - 36 pails per pallet.
Pail weight - 56 lbs per pail
Non-red label material.

**5. INSTALLATION**
Surface Preparation: Concrete surfaces should be cured a minimum of 7 days. Application sur-faces shall be dry and free of dirt, rust, loose debris, or curing agents. Surfaces shall be reasonably smooth to insure proper adhesion and minimize waste.
Apply by trowel, roller, or hand squeegee to form a continuous, seamless elastomeric membrane. Typical application thickness is 60-90 mils, with corner fillets 3/4" (2 cm). Allow to cure a minimum of 12 hours prior to installing SWELLTITE Membrane.

See back side for approximate coverage rate guide.

**6. AVAILABILITY AND COST**
Available throughout the United States and internationally, through a network of distributors. Contact manufacturer for the nearest distributors location.

Applicable costs are dependent upon local labor costs, freight rates, inventory fees, etc.... Material costs are competitive with conventional waterproofing materials.

**7. WARRANTY**
Specifications and other information contained herein supersedes all previously printed matter and are subject to change without notice. All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set worth, whether expressed or, implied by operation of law or other wise, warranties of merchantibility or fitness.

Seller shall not be liable for incidental or consequental losses, damages or expenses, directly or indirectly arising from the sale, handling or use of goods, or from any cause relating thereto, and seller's liability hereunder in any case expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

# TECH-DATA

CETCO

VOLCLAY WATERPROOFING DIVISION

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing thirty (30) days from the date buyer discovered or should of discovered , any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by theapplicator.

**8. MAINTENANCE**
Storage life - one year.

**9. TECHNICAL SERVICES**
Manufacturer and distributors work with the contractor to assure proper installation.

Contact manufacturer for current data, additional installation instructions, technical information, and comments on application conditions not covered herein.

**10. FILING SYSTEMS**
Literature available upon request from manufacturer.

CETCO Colloid Environmental Technologies Company
October 1994

7 WATERPROOFING
Composite Bentonite Membrane

Printed in U.S.A.

# VOLCLAY M-2000 LIQUID FLASHING
# APPROXIMATE COVERAGE RATE GUIDE

## HORIZONTAL TO VERTICAL DETAILING

**3/4 Inch Corner Fillet Only -**
27 Linear Feet/ Gallon
135 Linear Feet/ 5 Gallon Pail

**3/4 Inch Fillet with 6 Inch, 90 mil thick Horizontal and Vertical Extensions**
9.5 Linear Feet/ Gallon
48 Linear Feet/ 5 Gallon Pail

Perimeter Counter Flashing
(60 mil Thick, 3 Inches Wide)
80 Linear Feet/ Gallon
400 Linear Feet/5 Gallon Pail




## SWELLTITE LAP SEAMING ( 3/4 Inch Wide x 1/4 Inch Thick)

102 Linear Feet/ Gallon
510 Linear Feet/ 5 Gallon pail

## JOINT FILLER CAPACITY (Linear Feet/ Gallon)

Width of Joint (columns); Depth of Joint (rows). Square Feet Coverage Rate at right.

| Depth of Joint | 1/4" | 3/8" | 1/2" | 5/8" | 3/4" | 7/8" | 1" | 1-1/4" | 1-1/2" | 1-3/4" | 2" | Mils | Sq Ft/Gal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4" | 308 | 205 | 154 | 123 | 102 | 88 | 77 | 62 | 51 | 44 | 38.5 | 15 | 100 |
| 3/8" | | 136 | 102 | 82 | 68 | 58 | 51 | 45 | 38 | 33 | 27 | 30 | 50 |
| 1/2" | | | 77 | 61 | 51 | 44 | 38 | 30.5 | 25.5 | 22 | 19 | 45 | 35 |
| 5/8" | | | | 49 | 41 | 35 | 30 | 15 | 22 | 18.5 | 16 | 60 | 25 |
| 3/4" | | | | | 34 | 29 | 25 | 20.5 | 17.1 | 14.7 | 12.8 | 90 | 15 |
| 7/8" | | | | | | 25 | 22 | 17.5 | 14.5 | 12.8 | 11.2 | 120 | 13 |
| 1" | | | | | | | 19 | 15.4 | 12.8 | 11.2 | 9.6 | 140 | 10 |

NOTE: ACTUAL USAGE RATES WILL VARY WITH JOB CONDITIONS