**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit L - a true and correct copy of excerpts from Suter deposition.**

COPY

1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CIVIL FILE NO.: 00-CV-987 JEL/JGL

---

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

* * * * * *

DEPOSITION OF: THOMAS SUTER
TAKEN ON: TUESDAY, MAY 6, 2003
COMMENCING AT: 9:20 A.M.

* * * * * *

CHARLES G. WILLIAMSON, Court Reporter
4209 113th Street West
Bloomington, MN 55437
Telephone: 952-888-8586

2

and

Colloid Environmental Technologies, Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

3

NOTES

Page Line

4

APPEARANCES:

PATRICK D. REILLY, Esq., Erstad & Riemer, P.A., 200 Riverside Office Tower, 8009 - 34th Avenue South, Minneapolis, MN 55425, appeared representing Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Company.

G. JOHN VEITH, Esq., Brown & Carlson, P.A., 5411 Circle Down Avenue, Suite 100, Minneapolis, MN 55416-1311, appeared representing Fourth-Party Defendant Chris Craft Industrial Products, Inc.

CHAD J. STEPAN, Esq., Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788, appeared representing Defendant Weis Builders, Inc.

LEO BRISBOIS, Esq., Stich, Angell & Kreidler, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, appeared via speakerphone representing Defendant Valley Forge Insurance Company.

MARK S. BROWN, Esq., Iverson Reuvers, LLC, 250 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438, appeared representing Third-Party Defendant Waterproofing By Experts, Inc.

WILLIAM D. HULL, Esq., Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, appeared representing Third-Party Defendant Elness Swenson Graham Architects, Inc.

CHANDELLE L. HEYER, Esq., Tomsche, Sonnesyn & Tomsche, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared representing Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.

BRIAN BAUMGARTNER, Esq., Baumgartner Law Office, LLP, 3320 West Owasso Boulevard, Shoreview, MN 55126, appeared via speakerphone representing Fourth-Party Defendant Mikesh, Inc.

LORI SEMKE, Esq., Flynn, Gaskins & Bennett, LLP, 2900 Metropolitan Centre, 333 South Seventh Street, Minneapolis, mn 55402-2440, appeared via speakerphone representing Defendant Promenade Village Townhomes, LLC.

product, how do you determine which product is best suited for the application at hand?
A **Regarding Swelltite 1000 and Swelltite 3000 or all their products?**
Q Yes. Swelltite 1000 versus Swelltite 3000.
A **Swelltite 3000 was the product that was readily available and typically recommended for waterproofing applications on horizontal decks.**
Q How about for vertical walls?
A **Vertical walls as well.**
Q What applications is Swelltite 1000 best suited for, in your understanding?
A **I really don't know.**
Q Have you ever sold Swelltite 1000?
A **No, sir. Not to my recollection.**
Q In the last few years, the Swelltite 3000 -- well, initially Swelltite 3000 had a membrane, bentonite, and the water-soluble film on the bottom, is that right?
A **That's correct.**
Q And in the last couple years, there has been a decision to move away from the water-soluble film to a release film; are you familiar with that?
A **Yes, sir.**
Q Do you know why that change occurred?
A **No, sir.**



Q Do you still sell Swelltite 3000 today?
A **No.**
Q Do you sell the Swelltite with the release film today?
A **Yes, sir.**
Q Do you know if Swelltite 3000 is still available?
A **I believe it is.**
Q Is there any reason why you don't sell Swelltite 3000 today?
A **Because it doesn't make sense for our distributor to stock two products that do the same thing.**
MR. VEITH: When you say "you," Chad, are you talking about Shield Systems?
MR. STEPAN: Yes.
Q (By Mr. Stepan.) When did you stop selling Swelltite 3000?
A **When the new Swelltite became available.**
Q Do you recall there ever being any complaints directed back to you regarding Swelltite 3000 that you sold to anybody?
A **No, sir.**
Q Did you ever hear of any complaints about Swelltite 3000 on any projects to which you sold the Swelltite 3000?
A **No.**
Q Have you ever been called upon by CETCO to investigate any complaints regarding Swelltite 3000?



A **No.**
Q Have you ever heard that the water-soluble film on Swelltite 3000 did not dissolve in the field?
A **No.**
Q The Promenade project that's at issue in this case, how did you get involved with that?
MR. REILLY: Are you asking how he first was made known of this?
MR. REILLY: Yes.
THE WITNESS: I believe through Waterproofing By Experts.
Q (By Mr. Stepan.) They contacted you?
A **Yes.**
Q Because you were the --
A **Local representative.**
Q Do you recall who from Waterproofing By Experts contacted you?
A **I only dealt with Steve Messerich.**
Q Do you recall when that was that he contacted you?
A **No.**
Q Sometime in 1996?
A **Probably.**
Q Do you recall time of year at all; summer, fall?
A **I don't.**
Q What did Mr. Messerich have to say to you when he first



contacted you about this project?
A **That he had an upcoming project that would be possibly suited for CETCO products.**
Q Did he indicate to you that his company was an approved applicator?
A **Well, at that point in time I had a relationship with Mr. Messerich and Waterproofing By Experts.**
Q And how is that?
A **There was ongoing business.**
Q You had sold them products before?
A **Yes.**
Q Do you recall for how many projects?
A **No.**
Q More than five?
A **Let me qualify by stating most of the sales to the approved applicators go through distributors and it's not uncommon that an architectural rep is aware of every project that's utilizing a CETCO product or any manufacturer's product. So I really can't answer if there was more than five or less than five.**
Q Do you know, is there a reason why somebody like Waterproofing By Experts would contact you as opposed to just going to the distributor to get the product?
A **Well, the distributor's function is to provide material. Technical support and guidance is the responsibility of**

the architectural rep.

Q What do you mean by technical support and guidance?

A **Well, as we discussed earlier, I think you verbalized as saying project support, job site visits, reviewing plans, things of that nature.**

Q Those are the kinds of tasks you performed?

A **Yes, sir.**

Q Prior to the Promenade project, do you recall going out to a job site in which Waterproofing By Experts was working?

MR. REILLY: Could you read that back again?

(The court reporter read back the last question at this time.)

THE WITNESS: I don't recall.

Q (By Mr. Stepan.) So you said you knew Mr. Messerich prior to this project, were familiar with his company?

A **Yes.**

Q Had you ever heard any complaints about Waterproofing By Experts prior to the Promenade project?

A **No.**

Q So he contacts you and says he's got a project coming up that he thinks CETCO materials might be well suited for?

A **Right. Or the architect specified the product.**

Q Do you know one way or the other?

A **I don't know in this case which was the situation.**



Q So what happens from there? Where do your discussions with Mr. Messerich go from there with regard to the Promenade project?

A **We would discuss the application, the job site conditions and then determine -- or I would determine which product was best suited for the application.**

Q What did Mr. Messerich tell you about the application for this particular project?

A **He told me that it was a courtyard area where the waterproofing would be installed over a precast concrete horizontal deck and flash up onto a concrete masonry wall and that that courtyard would be then covered with soil and vegetation.**

Q Did he say anything else about the application that was going to occur in this project?

A **In terms of?**

Q You described kind of the site, what it looks like. Did he say anything else about the site?

A **Well, we reviewed the plans.**

Q The architectural plans?

A **Yes.**

Q What was your purpose in reviewing the architectural plans?

A **To determine what type of details would be required.**

Q And what details did you determine would be required for



this project?

A **I determined that there was a horizontal-vertical transition from the precast to the concrete masonry units and at that juncture we would apply the M-2000 mastic, that we would carry the Swelltite up the vertical wall to approximately two to three inches below the finish grade line and terminate that point with M-2000 mastic, and if there were any penetrations through the deck, that those too would be flashed with the M-2000 mastic.**

Q Any other details that you recall?

A **Not that I recall.**

Q Why did you determine that the Swelltite would be brought up to about two to three inches below the grade line?

A **Because that's what's recommended by CETCO.**

Q Do you know why that is?

A **Why what is?**

Q Why they recommend that, to terminate it two to three inches below grade line?

A **Because it wouldn't be prudent to leave the waterproofing exposed.**

Q Why is that?

A **It's not designed to be exposed.**

Q Do you recall -- you indicated that you got a precast deck and then the concrete masonry wall?

A **Right.**



Q And the termination point for the waterproofing that you determined to be about two to three inches below grade line, was that termination point somewhere in the top block of this concrete masonry wall?

A **Was it?**

Q Yes. Is that about -- what I'm -- let me see if I can articulate this. You've got the concrete masonry, the vertical wall going up from the precast deck?

A **Right.**

Q And you determined that somewhere two to three inches below grade, the waterproofing was going to stop?

A **Right.**

Q Was that at a point above the top of the concrete?

MR. REILLY: I'm going to object to the form of the question, counsel, because you said the waterproofing is going to stop. The Swelltite stops there, but he's already testified the mastic would be exposed, but above that. So if you're going to include the term in waterproofing mastic, I think you're inaccurate and you're misstating his testimony.

MR. STEPAN: I'll clarify.

Q (By Mr. Stepan.) We're talking about the vertical wall?

A **Correct.**

Q And you indicated that -- my understanding is that you're going to stop the Swelltite 3000 about two to three inches

45

Q Who would you point it out to?
A The applicator.
Q And why would you point out something like that?
A Well, he would be the one that could make the correction, if he's installed the material.
Q And likewise, if you saw a condition that didn't meet CETCO's specification or instruction, would you point that out to the applicator as well?
A Yes.
Q Are you familiar at all with what's known as the wetting method as relates to the Swelltite 3000?
A The what?
Q Wetting method?
A Can you explain that?
Q Sure. Some of the product literature talks about wetting the back of the Swelltite 3000, wetting the water-soluble film before it's applied to create kind of an adhesive substance of the water-soluble film. Have you ever heard of that?
A Yes.
Q Do you know when that's -- well, have you ever recommended that that be done?
A No.
Q Have you ever had any discussions with anybody from CETCO regarding that installation method?

46

A I was aware of it. I mean, I was made aware of it either in, you know, discussions or memo form. I mean, I was aware of it. May have even explained it in the literature; I don't recall.
Q On this project, did you give any product literature to Waterproofing By Experts for their use on the Promenade project?
A I don't recall, but typically I do submit product literature and details.
Q Submit it to the applicator?
A Submit it to the applicator.
Q Do you know if there are any materials that are incompatible with Swelltite 3000?
MR. BROWN: Object to the form of the question.
THE WITNESS: That's a very broad statement.
Q (By Mr. Stepan.) Are you aware of any materials that just simply aren't going to work with Swelltite 3000?
MR. VEITH: I'll object to foundation as well.
THE WITNESS: What kind of products? When you say "products," you're talking about products you're adhering to or products you're putting on top of?
MR. STEPAN: Start with products you're

47

adhering to.
THE WITNESS: Yes.
Q (By Mr. Stepan.) What?
A The intent of the Swelltite is to be applied to concrete or concrete masonry units.
Q What kind of materials are out there that it shouldn't be applied to, as far as you know?
A Wood, metal, plastic.
Q Why shouldn't it be applied to wood?
A It's not intended -- it's not recommended, it's not intended to.
Q Do you know why?
A No.
Q Is that something you learned from the people at CETCO, that it shouldn't be installed over wood, the Swelltite 3000?
A It's recommended for concrete and concrete masonry units.
Q Are you aware of any other materials to which it shouldn't be applied?
MR. REILLY: Other than wood, plastic, metal?
MR. STEPAN: Yup.
THE WITNESS: I don't know.
Q (By Mr. Stepan.) Are you aware of -- you mentioned -- well, are you aware of any materials that shouldn't go on

48

top of it?
A In terms of other products being applied to it, is that what you're asking me?
Q Anything that's incompatible with the Swelltite 3000 going on top of it?
MR. REILLY: Object to the question as vague.
MR. VEITH: And I will object to form.
THE WITNESS: That's very vague. What's recommended to come in contact -- other products could come in contact with products that are descripted in the product literature are the details, the M-2000 and those type products that form the CETCO system.
Q (By Mr. Stepan.) Do you know if products by other waterproofing manufacturers can be used in conjunction with CETCO products?
A I don't know.
Q Have you ever seen any contract between CETCO and Waterproofing By Experts?
A What type of contract? Any contracts between CETCO and Waterproofing By Experts?
Q Yes. Establishing them as an approved applicator?
A No. I don't recall.
Q Have you seen any sort of contract between CETCO and Waterproofing By Experts?

Q What would the best recommendation be?
A **I don't know what the best recommendation would be, but I know that relying on the waterproofing to flash onto the wood would not be a good recom -- it's not a recommendation that I would make.**
Q Because it's not meant to be installed on wood, as you said?
A **Yes.**
Q Have you ever seen the mastic installed on wood before?
A **No.**
Q Have you ever seen the Swelltite 3000 installed over wood before?
A **No.**
(Suter Deposition Exhibit Number 590 was marked for identification at this time.)
Q (By Mr. Stepan.) Mr. Suter, I'm going to show you what's been marked as Exhibit 590. It's a photograph of one of the courtyards on site. It's Bates stamped ESG623. You see it's a courtyard before any waterproofing has been installed?
A **Okay.**
MR. STEPAN: And if you don't mind, Pat, can I swing around?
MR. REILLY: Sure, as long as you don't beat on him.



MR. STEPAN: Yes. I'll try not to.
Q (By Mr. Stepan.) Do you see in the paragraph here we've got the precast plank going across the page?
A **Okay.**
Q And then the vertical walls for the buildings?
A **Correct.**
Q And this vertical wall on this particular courtyard, the block, see it goes up, it appears to be flush with the building wall similar to as depicted on Exhibit 185 is drawn?
MR. HULL: I'll object to the form of the question.
Q (By Mr. Stepan.) Is that fair to say?
A **Are you asking me to say that this wall right here is all in the same plane?**
Q Yes. Can you determine that?
A **I cannot.**
Q See in this photo, which is Exhibit 482, here there's a lip? Do you see that?
A **At the termination of the wall, right here?**
Q Yes.
A **Yes.**
Q The top of the block wall, there's kind of a lip before you get to the gyp board or whatever this material is going up? Do you see that?



A **Yes.**
Q Anyway, let's put 590 aside for a second. Exhibit 432, which is the photo where you go up to the top of the wall and it jogs to the left before you get to the -- I'll start over. On Exhibit 432, the top photo, you go up the concrete block wall and there's a jog to the left before you get to the wall for the building?
MR. REILLY: In other words, the block extends farther out than the stud wall above it, is that what you're saying?
MR. STEPAN: Yes.
THE WITNESS: Okay. I agree with that.
Q (By Mr. Stepan.) And that's a different configuration than what we have on Exhibit 185 for this vertical wall and the stud wall?
A **That's correct.**
Q Okay. This condition on Exhibit 432 exists on site.
A **Okay.**
Q Would you recommend the detailing for the waterproofing to be any different because of this, the fact that the block wall extends out from the stud wall?
MR. BROWN: Object to the form of the question.
Q (By Mr. Stepan.) Different from what you testified to earlier today where you talked about how the waterproofing



was going to come up the vertical wall and stop, the Swelltite 3000 was going to stop about two to three inches below grade, and that was based on a drawing similar to this, what was in the architectural plans? This condition with the jog, would you recommend waterproofing that any differently?
MR. HULL: I'll object to the form of the question?
MR. REILLY: I will object that the question is vague and calls for speculation.
THE WITNESS: What I would recommend on this block wall, --
MR. STEPAN: In Exhibit 432.
THE WITNESS: Showing the exact, the actual condition, for the Swelltite to be terminated on the block wall with the M-2000 mastic two to three inches below the finish grade level. Now, I don't know where that finish grade level is based on this photograph.
Q (By Mr. Stepan.) And based on what you saw in Exhibit 185, it looks like from the architectural plans the grade was going to be someplace below the top of the very top block on that wall?
A **That's correct.**
Q If you were to go out on site and see that gray was above the top of that block top block, is that a condition you

Case 0:00-cv-00987-JNE-JSM Document 447-13 Filed 09/03/2004 Page 7 of 11



would have pointed out if you were to have seen that on
site?
A **Yes.**
Q And why is that?
A **Because it's not consistent with CETCO's recommendations to terminate on the block, on the concrete block wall below grade.**
Q It's also not consistent with what is in the plan there as Exhibit 185, is that right?
A **That's correct.**
MR. HULL: Objection as to foundation.
Q (By Mr. Stepan.) Likewise, would you have expected Mr. Wiegand to point out such a condition if he saw it, if the grade was above the top of the top block in that vertical wall?
MR. REILLY: I'll object. Calls for speculation.
THE WITNESS: I can't speak for Mr. Wiegand.
Q (By Mr. Stepan.) Well, he essentially serves in the same capacity as you, is that right?
A **Correct.**
Q As a CETCO rep?
A **Correct.**
Q And you would expect him, as you would expect yourself to



do, to point out conditions that either were inconsistent with the CETCO materials or inconsistent with what you saw in the plans, is that right?
A **I can't answer for some other rep.**
MR. BROWN: I object to the form of the question as vague.
Q (By Mr. Stepan.) You would point that out, though?
A **I would point it out.**
Q I'm going to show you what was marked previously as Exhibit 117. It's a close-up photo taken of a vertical wall in the courtyard, and you've got appears to be some mastic that's been installed and then looks like there's a drain board of some sort over the top with some waterproofing and insulation? Do you follow me here?
A **Uh-huh, yes.**
Q And then some fill started to be put in, you see, in the right-hand side of the photo?
A **Yes.**
Q Is there anything about where that fill is that causes you concern?
A **Well, I can't ascertain as to what waterproofing this is right here just by this photograph, which is on the vertical plane of this block wall.**
Q I'll represent to you it's a photo of a vertical wall in the courtyard, one of the courtyards of the Promenade.



Presumably it's Swelltite 3000 that was installed on the vertical wall?
A **Presumably.**
Q Assume that for me, okay, that it's Swelltite 3000?
A **Okay. I guess what I'm saying is, from this photograph, I can't ascertain where the Swelltite 3000 terminates. I don't know if this is Swelltite 3000 or if this is mastic. I don't know. Can you verify that?**
Q I can't right now, and that's why I'm asking you whether you are concerned -- I'm wondering if you can tell me what's going on in this photo, by the placement of the fill as it is here, if that's troubling?
MR. REILLY: I'll object as this witness disqualified himself, calls for speculation.
Q (By Mr. Stepan.) Is your answer that you can't determine it?
A **I can't, no.**
Q Okay. Would you recommend that Swelltite 3000 be installed when it's raining?
A **When it's raining?**
Q Yes.
A **No, I wouldn't.**
Q Why?
A **Because the Swelltite material is moisture activated and it would pre-hydrate or pre-activate the product.**



Q And what's --
A **Make for a difficult installation.**
Q Why is that?
A **Because the material is water sensitive, it would pre-hydrate and swell the material, possibly.**
Q Let me show you what's marked as Exhibit 208. It's two photos. In particular, why don't you look at the top one. It's another courtyard at the Promenade. You see in the photo that it's some wet conditions out there?
A **Okay.**
Q Is that fair to say?
A **It appears to be, yes.**
Q Would it be your recommendation to the applicator, they come on site and the site's had some rain and they find it in this condition, to inspect the waterproofing they've already installed to see if it's pre-activated?
A **Can you repeat that again?**
Q Sure. Would you recommend to the applicator to check the waterproofing that's been installed and then subject to rain and wet condition as depicted here to see if the waterproofing has been pre-activated?
A **If I were on the job site?**
Q Yes. Would you recommend that the applicator take those steps?
A **Well, if I was on the job site, I'd take those steps.**

A **Okay.**
Q Is that fair to say?
A **Correct.**
Q So you don't want a surface where there's a hole in it because then there's no backing to where the waterproofing is installed; are you with me?
A **Yes.**
Q And why is that?
A **You want a sound substrate, preferably flat, so that you got intimate placement of the Swelltite against that substrate and then it's required that you have sufficient backfill or overburden or back pressure to push it up against that surface.**
Q Is that one of the reasons, then, why CETCO recommends that those joints be filled as well, to give that sound, flat backing to the waterproofing?
MR. BROWN: Objection, foundation.
THE WITNESS: It's not necessary, but it's recommended.
Q (By Mr. Stepan.) Do you know who Frank Varak is?
A **I do.**
Q Did you ever discuss this project with Frank Varak?
A **He called me on occasion.**
Q How many times did he call you regarding this project?
A **A few times.**



Q Do you recall -- the first time, do you recall what you talked about with him?
A **He called to review with me the details that were discussed prior to installation and to draw information from me in terms of my involvement, my knowledge of the application.**
Q Is there anything you told Mr. Varak in that conversation that you haven't talked about here today?
A **No. Basically it's been consistent with what we've talked about.**
Q And he called you again after that?
A **He called me on more than one occasion, yes.**
Q What else did you talk about with Mr. Varak?
A **He asked me about -- specifically about the termination that was discussed, the termination of the Swelltite on the vertical wall.**
Q What did he ask about that?
A **He asked me what my knowledge was in terms of where the termination points would be.**
Q And what did you tell him?
A **On the vertical block, just below the finish grade.**
Q What we talked about here today?
A **Correct.**
Q Did he tell you why he wanted to know about the termination?



A **He told me there were some leaks on the project.**
Q Is that the first time you heard that there were leaks in this project?
A **Yes.**
Q Did he give you any details as to where he thought the leaks were occurring or why they were occurring?
A **He told me that there were leaks around the back stoops or thresholds, or the front -- I don't know if this is the front or the back of the building, but at the fenestrations, at the door fenestrations. There were leaks around those areas.**
Q Did he tell you what he thought caused the leaks?
A **I don't recall.**
Q Did you have any other discussions with Mr. Varak?
A **I recall that he had called about a third time and mentioned that they were going to take some remedial action and do some grout work on site to try to remedy some of the leaks.**
Q Do you know why he called you about that?
A **I don't recall -- at that time Frank was my regional manager and he may have just mentioned it in conversation.**
Q Did you have any other discussions with Mr. Varak regarding --
A **This project?**



Q Yes.
A **Not that I recall.**
Q Is there anything more to the conversations that you had with him that you haven't told me here today?
A **Not that I recall.**
Q When you had your initial discussions with Mr. Messerich regarding this project and you looked at the plans, did you think this would be a difficult project to waterproof?
A **Based on the plans that I reviewed and based on the recommendations for our terminations and treating penetrations and so forth, I thought this was a perfect application for Swelltite 3000.**
Q During the course of this case, there has been some expert reports put together by the various parties; experts have espoused what they think is causing the leaks. Have you seen any of those reports?
A **I have not.**
Q Do you know if there's any limit to the type of soil that can be installed -- the types of soil that should not be installed on top of Swelltite 3000?
A **Can you repeat that again?**
Q Sure. I'm trying to figure out best how to articulate it. Are you aware of any restrictions as far as the type of soil that should be used as backfill when it comes to installing soil on top of Swelltite 3000?

has it always been a requirement that the materials be paid for for the warranty to be executed?
A **That's my understanding.**
Q Did Mr. Wiegand have any involvement with your discussions at the very beginning with Mr. Messerich when you were deciding what detailing would be necessary and where the waterproofing would terminate and the like?
A **I don't recall if he did.**
Q Have you ever talked with Mr. Wiegand about the leaks?
A **I may have at a CETCO meeting.**
Q Do you recall anything from those discussions?
A **He just may have mentioned to me that there were some leaks and they were addressing them.**
Q Is it your understanding that the Swelltite 3000 is an appropriate material to be used for -- to provide a watertight scenario? What I'm getting at, if somebody is looking to have the courtyards -- the owner wants them to be watertight. Is Swelltite 3000 something that you believe would provide a watertight application?
A **Yes.**
Q Does the Swelltite 3000 depend on any moisture from the substrate on which it's installed to do its job?
A **Does it require moisture from the substrate to which it's applied required to do its job?**
Q Yes.



A **Not to my knowledge.**
Q Is there a need to, once the waterproofing is installed in the courtyards out at Promenade, a need to backfill that area immediately?
MR. BROWN: Object to the form of the question, vague, lacks foundation.
THE WITNESS: Repeat it, please?
Q (By Mr. Stepan.) Sure. The courtyards out there, once the waterproofing is installed, would you recommend that the courtyard be backfilled as soon as possible thereafter?
A **Yes.**
Q And why is that?
A **To protect the waterproofing from damage by other trades primarily.**
Q And in this case, the waterproofing was put down and then a drain board was put on top of it with insulation on top of that?
A **Okay.**
Q So once all that's in, I mean, do you still want to get it backfilled as soon as you could to protect it from other trades?
A **CETCO recommends that the material be backfilled to protect against damage by other trades, but also for the product to be functioning you have to have an overburden**



**or you have to have back pressure. Otherwise, the material is just going to float on the surface.**
Q It's safe to say you want to get the backfill in as soon as you can?
A **Yes.**
Q Do you have any information as to the amount of time that passed for any of the courtyards from the time waterproofing was installed to the time backfill was placed?
A **No.**
Q Have you ever heard that a bentonite membrane should not be used on a horizontal surface?
A **No. Oh, wait a minute. Repeat that question.**
Q Have you ever heard that a bentonite membrane should not be used on a horizontal surface?
A **Below grade or above grade?**
Q Start with below grade.
A **Below grade? I've never heard that -- I have not been told or heard that a CETCO product could not or should not be used in a horizontal application below grade. Above grade, yes.**
Q Because you don't have the compaction that's necessary?
A **It's not designed to be left exposed.**
MR. STEPAN: Appreciate the clarification. I think that's all I have for you now, sir.



MR. REILLY: Let's take a break for lunch. It's 12:30. How long do you want to take?
MR. HULL: Why don't we go to 1:30.
(A noon recess was taken at this time.)

EXAMINATION

BY MR. BROWN:
Q Mr. Suter, my name is Mark Brown. I represent Waterproofing By Experts in this matter, and I am going to try to keep this short so we can get out of here at a normal time this afternoon.
I want to follow up with some of the areas that you touched on with Chad. I'm a little unclear about exactly what you recall you reviewed in terms of actual architectural plans at the beginning of your involvement on this Promenade matter?
A **During the pre-construction meeting?**
Q Any time and anywhere that you actually reviewed architectural or other design plans of the Promenade project?
A **My recollection is, during the pre-construction meeting, that I reviewed the plans showing the Promenade plaza area that was going to be waterproofed along with details showing the different conditions.**
Q Describe for me the format or the circumstances in which you reviewed those plans at that meeting? Were you by

yourself or did somebody with either the architectural
company or the owners or somebody else actually walk you
through some of those plans?
A **Yes. My recollection is is in the meeting that I**
**referred to, the pre-construction meeting where the group**
**was assembled, we would have made reference to -- someone**
**would have made reference to the plans showing the**
**precast area to be waterproofed along with the -- well,**
**the courtyard areas.**
Q Now, you looked earlier at Exhibit 185, and I believe it's
also Exhibit 217. For the record, it was a particular
detail from one of the architectural pages. Do you see
that?
A **Yes.**
Q And if I understood your testimony correctly, you just
don't specifically recall or know as you sit here today
whether that particular detail is one that you were shown?
A **That's correct.**
Q It's not that you didn't or couldn't have, it's just that
as you sit here today, you don't recall anymore, is that
right?
A **That's correct.**
Q All right. I want to direct your attention, though, more
specifically to that detail where the grade as depicted
intersects or butts up against the vertical block wall;



are you with me so far?
A **Yes.**
MR. HULL: Which exhibit are we referring
to?
MR. BROWN: I'm sorry. It's 185 and 217.
Q (By Mr. Brown.) Do you recall in addition to the other
issues you talked about that were discussed during that
pre-construction meeting the topic of a concern over where
the waterproofing terminates at the block wall where it
intersects with the wooden construction members?
A **Not in relation to where it intersects with the wooden**
**members. I do recall a discussion regarding where it**
**terminates in relation to the final grade.**
Q Okay. And what do you recall about that conversation?
A **I remember a conversation -- I remember the conversation**
**discussing the termination point, that it be below grade**
**so that there would be adequate compaction against the**
**Swelltite, that the Swelltite was not designed for**
**constant exposure, and there was even comment about**
**damage to the membrane if it were left above grade by the**
**landscapers or the people that did the grass cutting or**
**mowing, you know, with a weed whip or something coming in**
**contact with it. That I do remember.**
Q Do you recall any discussion about or recommendation for
the use of a counterflashing material above the



termination point of the Swelltite material that
Waterproofing By Experts was going to be installing at
that termination point?
A **I do not. I do not recall any recollection about a**
**counterflashing.**
Q And did I understand your testimony earlier to be,
regarding counterflashing, that since it was an above
grade material and above grade application, that is not
something that, at least with respect to your involvement
at CETCO, you would recommend or be involved with?
A **Let me correct you, because it was a below grade**
**application, not above grade.**
Q I'm talking about counterflashing, sir.
A **Yes, but I said -- I believe I said that because the**
**material was below grade and terminated below grade, I**
**wouldn't have any involvement with making a**
**recommendation for counterflashing, which would be above**
**grade.**
Q All right. I think that's just a different way of saying
what I asked.
A **Okay.**
Q Just to clarify, in terms of your involvement with CETCO
products currently and back when you were involved in the
Promenade project, because counterflashing materials would
be an above grade installation, that's not something that



you recommended or involved yourself with in terms of
giving opinions or suggestions, is that true?
A **That's correct.**
Q I want you to assume that the grade as you see it depicted
on Exhibit 185 was actually ultimately terminated after
final compaction at a point above the top of the uppermost
block; are you with me?
A **Yes.**
Q And furthermore, assume that -- well, I'll leave it at
that. Do you have recommendations, or did you have
recommendations based on Swelltite material or literature
or what you learned at CETCO regarding that type of
construction detail?
MR. REILLY: Objection, calls for
speculation.
THE WITNESS: In terms of Swelltite being
terminated above grade, is that your question?
Q (By Mr. Brown.) If everything else was as appears in
Exhibit 185, with the exception of the grade actually
ultimately being terminated higher than the top of that
uppermost block, is there any literature or anything you
learned from Swelltite materials or CETCO that would
address that type of a detail?
A **Not to my knowledge.**
Q Do you have an opinion as to whether that would be a good

**membrane, roofing or waterproofing, to help mechanically attach that membrane to the substrate.**
Q Now, did you recommend the use of a termination bar for the Promenade Oaks apartment project?
A **I don't recall.**
Q Do you typically recommend the use of a termination bar at the top of a waterproofing application such as we had at the Promenade Oaks project?
MR. BROWN: Objection to the form of the question. Time reference.
MR. REILLY: Are you talking the block walls around the courtyard, is that what you're suggesting?
Q (By Mr. Hull.) I'm asking if -- well, let me just ask you this. Have you ever recommended the use of a termination bar?
A **Yes.**
Q And in what application would you recommend that?
A **Normally up against a poured-in-place concrete wall.**
Q Would a termination bar be an appropriate application for a project with a design similar to the Promenade Oaks apartment projects in the plaza areas?
MR. REILLY: I'm going to object, Bill, because I think when you say similar to the design, I don't think you're being accurate or giving him sufficient



information to respond and it's vague.
Q (By Mr. Hull.) Well, why don't you try that and then I'll come back and be a little more specific, too? But do you understand my question?
A **Can you repeat it?**
Q Would you recommend the use of a termination bar on the Promenade project if you were making recommendations for a waterproofing system today?
MR. REILLY: Object. It's vague.
THE WITNESS: It depends.
Q (By Mr. Hull.) What would it depend on?
A **What I'm terminating against.**
Q Well, let's talk about in the plaza areas on the block walls, the block vertical walls in the plaza areas; is that an appropriate application for a termination bar?
A **Not always.**
Q Okay. Under what circumstances would it be and under what circumstances would it not be appropriate?
A **I don't think, in my opinion, it would be appropriate if the concrete block walls were not grouted solid because there would be a risk of shattering the block when you shot an anchor through it. And in the case that it were grouted solid and reinforced, then that risk wouldn't be there and would be more appropriate to use a termination bar. I don't know in this case if those block walls were**



**grouted solid.**
Q And when you say grouted solid, you mean the voids in the blocks filled in?
A **Filled in with cement, concrete.**
Q And you don't recall if you recommended a termination bar on this project?
A **I do not recall.**
Q Now, as you were recommending that the Swelltite terminate two to three inches below grade and that there be a band of the M-2000 placed at the top of the Swelltite at the Promenade, where did you understand the grade would be in relation to the top of the concrete blocks in the plazas?
A **The top of the block wall? Where in relation to the top of the block wall?**
Q Right. Was grade to terminate?
A **My recollection is that it was below the top of the block wall, but I don't recall where on that block wall it was going to terminate, where the finish grade was going to be.**
Q But it was your recollection that you understood the grade would terminate below the top of the block walls in the plazas, is that correct?
A **Yes, sir.**
Q And where did you develop that understanding from?
A **From that meeting.**



Q Okay. Do you recall if it was from an observation of the plans or something someone said to you?
A **I don't recall.**
Q Now, if the design of the wall in the plaza changed or the design of the plazas changed so that the grade would be above the top of the block walls, would that have been important for you to know in making your recommendations?
A **Yes.**
Q I'm going to show you what we have marked previously as Exhibit 47. Did we show Mr. Suter this yet today?
MR. STEPAN: Nope.
Q (By Mr. Hull.) And that's three pages, Mr. Suter. If you could just page through that quickly for me, I have a few questions for you.
A **Okay.**
Q Have you had a chance to look over Exhibit 47?
A **Yes, sir.**
Q Have you seen any of the three pages of Exhibit 47 before today?
A **No, sir.**
Q Now, you see the third page of Exhibit 47, is that correct?
A **Yes, sir.**
Q Now, is that the same or different than what you understood the configuration of the plaza walls to be at