**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit M - a true and correct copy of miscellaneous materials and warranty correspondence.**

WEIS

WEIS BUILDERS, INC.
Building Relationships Since 1939

Promenade Village
3374 Promenade A
Eagan, MN 55121
Telephone: 612-6(

| Post-it® Fax Note 7671 | | Date 1/3/96 | # of pages 5 |
|---|---|---|---|
| To Peter Desai | | From Tom Suter | |
| Co./Dept. WEIS | | Co. Shield Systems | |
| Phone # | | Phone # 314/892-5550 | |
| Fax # | | Fax # 314/892-6088 | |

# FAX TRANSMITTAL

Date: 12/30/96

This transmittal consists of 4 page(s), inclusive of this cover page

TO: TOM SUTER COPY TO: STEVE - WATERPRO BY EXPERT

COMPANY: CETCO

FAX NO: 314-892-6088

FROM: PETER DESAI

REGARDING: PROMENADE

ATTACHED HEREWITH IS (ARE):

MODIFIED STD VOLCLAY WARRANTY.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CONTACT US IMMEDIATELY

COMMENTS: PLEZ REVIEW MY FIRST PASS AT WARRANTY, REQUIRED FOR THIS PROJECT. OWNER'S STILL NEED TO REVIEW. REVIEW + CALL ME THANKS!

Peter,
Cetco will not Change Warranty. However, See Attached Letter Based on our Earlier Discussions that Warranty will Be issued on Project — Give Me A Call to Discuss.
Tom Suter

FAXED BY: Peter TIME SENT:

______ ORIGINAL WILL FOLLOW X ORIGINAL WILL NOT FOLLOW

07/08/1998 06:31 314-892-6088 T E SUTER PAGE 03

FEB-26-97 WED 03:30 PM P.02

# WATERPROOFING By EXPERTS, INC.

445 Lilac Street
Lino Lakes, Minnesota 55014
(612) 786-5042
Fax (612)786-0555

BASEMENT & COMMERCIAL WATERPROOFING A GUARANTEED SYSTEM INSTALLED BY EXPERTS

DATE 2-26-97

TO: Tom Suter / Jennifer Reffke FROM: Milah / Steve

COMPANY

REGARDING

TOTAL NO. OF PAGES (Including this page)

PLEASE CALL IF THEIR IS ANY PROBLEM RECIEVING THIS FAX:

COMMENTS:

* Ship to our yard

Tom - Peter will be faxing you letter stating that Weiss will be issuing joint checks for Promanade materials. If you do not receive fax by 10:AM on 2-27 .. call Peter. This should help expediate any potential credit difficulties.

Steve

Tom - We need to know when materials are going to arrive ... need possible 24 hour notice so we can have people here to unload

Thanks!

07/08/1998 06:31 314-892-6088 T E SUTER PAGE 04

FEB-26-97 WED 03:29 PM P.01

# WATERPROOFING By EXPERTS, INC.

448 Lilac Street
Lino Lakes, Minnesota 55014
(612) 786-6042
Fax (612)786-0555

...EMENT & COMMERCIAL WATERPROOFING

| Post-it® Fax Note 7671 | Date 2/26/97 # of pages ▸ 1 |
|---|---|
| To Jennifer Reffle | From Tom Suter |
| Co./Dept. CETCO BMG | Co. Shield Systems |
| Phone # | Phone # |
| Fax # | Fax # |

2/26/97

Tom Suter

...PANY CETCO

...RDING Promenade

...L NO. OF PAGES 1

...SE CALL IF THEIR IS ANY PROBLE...

...MENTS: PLEASE SHIP ASAP TO: 448 LILAC ST LINO LAKES MN 55014

Note: JT. Check to be issued by Gen'l Contractor. To "Waterproofing By Experts / Cetco"

Tom Suter

WATERPROOFING BY EXPERTS INC.
448 LILAC ST.
LINO LAKES MN. 55014

3190

| CUSTOMER'S ORDER NO. | DEPT | DATE 2/26/97 |
|---|---|---|
| NAME CETCO | | |
| ADDRESS | | |

| | QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | 150 ROLLS SWELLTIGHT | 9 | 750 | 00 |
| 3 | | 3000 | | | |
| 4 | | | | | |
| 5 | | 100 GALLONS M 2000 V | 5 | 068 | 80 |
| 6 | | 260 GALLONS M 2000 H | | | |
| 7 | | | | | |
| 8 | | 25 CARTONS SEAM TAPE | 3 | 750 | 00 |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | TAX | 1 | 206 | 92 |
| 12 | | | | | |
| 13 | | TOTAL | 19 | 774 | 92 |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | STEVE MESSERICH | | | |
| 18 | | | | | |

REC'D BY

REDIFORM. 5L350

KEEP THIS SLIP FOR REFERENCE

DEPX001326

# SHIELD SYSTEMS, INC.

MOISTURE PROTECTION SPECIALTIES

February 27, 1997

TO: Peter Desai

FROM: Tom Suter

SUBJECT: CETCO Waterproofing

Dear Peter:

We have received an order for immediate release from Waterproofing by Experts for the first phase of waterproofing on the Promenade project.

It is imperative that we receive from you a letter certifying that a joint check, payable to CETCO/Waterproofing by Experts, will be issued. Until the letter is received we will not be able to ship material. Upon receipt of said letter we will ship immediately.

Please fax the letter to Jennifer Reffke at CETCO, fax # 847/506-6195.

Any questions, please give me a call.

Thanks,

Tom Suter

c: J. Reffke, CETCO
J. Wiegand, CETCO
S. Messerich, WBX

500 SAPPINGTON BARRACKS ROAD ♦ ST. LOUIS MO. 63126 ♦ 314.892.5550 ♦ FAX: 314.892.6088

07/08/1998 06:31 314-892-6088 T E SUTER PAGE 06

MAR-04-97 TUE 10:14 AM P.01

Attn: Joel P. @ BMG

# WATERPROOFING By EXPERTS, INC.

CETCO

448 Lilac Street
Lino Lakes, Minnesota 55014
(612) 786-5042
Fax (612)786-0555

2 pages

BASEMENT & COMMERCIAL WATERPROOFING A GUARANTEED SYSTEM INSTALLED BY EXPERTS

DATE 3/2/97

TO: Tom SUTER FROM: Steve

COMPANY Cetco

REGARDING Purchase

TOTAL NO. OF PAGES 2 (Including this page)

PLEASE CALL IF THEIR IS ANY PROBLEM RECIEVING THIS FAX:

COMMENTS: Copy of Agreement
WHAT IS STATUS OF MATERIALS

WEIS

WEIS BUILDERS, INC
6009 34th Avenue South
Minneapolis, MN 55425-1625
Telephone 612 858 9999
Fax 612-858-9884

February 28, 1997

JOINT CHECK AGREEMENT
PROMENADE PROJECT

This is a joint check agreement between Weis, Cetco, and Waterproofing By Experts.

Weis Builders agrees to write all checks up to $100,000.00, due to Waterproofing By Experts in the form of joint checks for all materials delivered onto the Weis Promenade jobsite.

Waterproofing By Experts and Cetco agree to submit all invoices and signed delivery tickets to Weis, prior to release of any funds. All delivery tickets are to be signed by Weis superintendents.

Weis Builders — Dated 2/28/97

Waterproofing By Experts — Dated 3/3/97

Cetco — Dated

07/08/1998 06:31 314-892-6088 T E SUTER PAGE 08

MAR-13-97 THU 10:37 AM P.01

WATERPROOFING BY EXPERTS INC 3193
448 LILAC ST
LINO LAKES MN. 55014

WATERPRO

BASEMENT & COMMERCIAL WATERPROOFING

DATE 3/13/97
TO: Tom Suter
COMPANY Cetco
REGARDING Prominade P.O
TOTAL NO. OF PAGES 1
PLEASE CALL IF THEIR IS ANY PROBLE
COMMENTS:

CUSTOMER'S ORDER NO. Prominade Project DEPT DATE 3 10 97
NAME Cetco
ADDRESS

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| | 1 | 12000 Sq FT | | | |
| | 2 | Aquadrain 15 X | | | |
| | 3 | @ 23" By 50' | 5 | 640 | 00 |
| | 4 | | | | |
| | 5 | 76000 Sq FT | | | |
| | 6 | Aquadrain 100 H | | | |
| | 7 | 4' X 50' | 40 | 280 | 00 |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | TAX | 2 | 984 | 80 |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | TOTAL | 48 | 904 | 80 |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | | | | |
| | 18 | | | | |

REC'D BY

NEBFORM, 5L350 KEEP THIS SLIP FOR REFERENCE

TOM PLEASE HAVE CETCO FAX ANOTHER LETTER TO PETER AND MYSELF REGARDING THIS ORDER ASAP. I MUST H E THE PRODUCTS BY 3-17-97 *
IF THEIR IS A PROBLEM WITH THE CUTTING OF THE AQUA 15 X call me and WE CAN DISUSS OPTIONS IF NECESSARY.

PLEASE CALL ME AND VERIFY RECIPTS OF THIS FAX

THANKS

Jennifer,
Call me on this – Need to discuss immediate shipment.
Tom Suter
3/13/97

DEPX001330

07/08/1998 05:31 314-892-6088 T E SUTER PAGE 09

MAR-13-97 THU 01:41 PM P.01

| Post-it® Fax Note 7671 | Date 3/13/97 # of pages ▶ 1 |
|---|---|
| To Kirk | From Tom Suter |
| Co./Dept. Cetco BMG | Co. Suter Systems |
| Phone # | Phone # |
| Fax # | Fax # |

# WATERPROOFING By EXPERTS, INC.

448 Lilac Street
Lino Lakes, Minnesota 55014
(612) 786-5042
Fax (612)786-0555

BASEMENT & COMMERCIAL WATERPROOFING — A GUARANTEED SYSTEM INSTALLED BY EXPERTS

DATE 3/13/97

TO: Tom Suter FROM: Steve

COMPANY Cetco

REGARDING Promenade

TOTAL NO. OF PAGES 1 (Including this page)

PLEASE CALL IF THEIR IS ANY PROBLEM RECIEVING THIS FAX:

COMMENTS: Please send Saftey Data Sheets for all products used on project.

Thanks

Steve.

TO:
Kirk Christiansen

From:
Tom Suter

Please Send MSDS

Swellite 3000
Bento Seal
M-2000
Aqua Drain 20H / 15X

P. 02

| Post-it® Fax Note 7671 | Date 4/7/97 # of pages ▶ 1 |
|---|---|
| To Jennifer Rettke | From Tom Suter |
| Co./Dept. | Co. |
| Phone # Do Not Duplicate | Phone # |
| Fax # | Fax # |

COPY OF ORDER – CHANGE IN # *

WATERPROOFING BY EXPERTS
448 LILAC ST.
LINO LAKES MN 55014

3199

| CUSTOMER'S ORDER NO. | DEPT. | DATE 4/4/97 |
|---|---|---|
| NAME CETCO | | |
| ADDRESS SHIP TO PREMISES | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| | 1 | | | | |
| | 2 | 300 ROLLS SWELLTIGHT | | | |
| | 3 | 3000 | 19 | 500 | 00 |
| | 4 | | | | |
| | 5 | 42 CARTONS SEAMTAPE | 6 | 300 | 00 |
| | 6 | | | | |
| | 7 | 72 GALLONS A200 WB | 1 | 440 | 00 |
| | 8 | | | | |
| * | 9 | 300 GAL ~~A200 V~~ LDC-60 V | 10 | 800 | — |
| * | 10 | 600 GAL ~~A200 H~~ LDC-60 H | ~~1[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ |
| | 11 | @ $12.00/gal | | | |
| | 12 | | | | |
| | 13 | TOTAL | 39 | 912 | 00 |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | NOTE CHANGE IN PRODUCT | | | |
| | 18 | AND PRICE. | | | |

REC'D BY [signature] 4/7/97

REDIFORM 5L350

**KEEP THIS SLIP FOR REFERENCE**

C: Frank Varah[signature]

# Volclay Swelltite®

COMPOSITE WATERPROOFING MEMBRANE

BUILDING MATERIALS GROUP




Figure 6 - Horizontal transition edge detail.




Figure 7 - Horizontal to vertical detail.




Figure 8 - Horizontal joint and crack detail.




Figure 9 - Typical paver plaza deck detail

# WATERPROOFING By EXPERTS, INC.

448 Lilac Street
Lino Lakes, Minnesota 55014
(612) 780-5042
Fax (6[illegible]

BASEMENT & COMMERCIAL WATERPROOFING

| Post-it® Fax Note 7671 | | Date 5/28/97 | # of pages ▸ 2 |
|---|---|---|---|
| To Jennifer Refke | | From Tom Suter | |
| Co./Dept. Cetco Bldg | | Co. | |
| Phone # | | Phone # | |
| Fax # | | Fax # | |

DATE 5/28/97

TO: Tom FROM: Steve

COMPANY CETCO

REGARDING P.O. 3357

TOTAL NO. OF PAGES 2 (including this page)

PLEASE CALL IF THEIR IS ANY PROBLEM RECIEVING THIS FAX:

COMMENTS: I FAXED ORDER TO CETCO - I NEED THESE PRODUCTS ASAP - WE HAD PRODUCTS STOLEN FROM JOB SITE & OUR WORK IS AT A STOP. PLEAS FOLLOW UP ON ORDER & CALL ME

THANK YOU.

Jennifer —

Please Execute order ASAP!

Thanks —

Tom Suter — ADVISE ME OF SHIP DATE —

# VOLCLAY WATERPROOFING SYSTEM
# INSPECTION CERTIFICATION

The purpose of this certification statement is to induce Colloid Environmental Technologies Company to issue its warranty for the Volclay Waterproofing System to the owner of the below project. Completion of this document (page 1 and 2), is mandatory in order for issuance of said warranty.

Distributor / Representative further certify that the Volclay Waterproofing System was installed in accordance with the specifications and standards established by Colloid Environmental Technologies Company per the installation instructions in effect on the date of installation.

The undersigned, an authorized distributor or representative of the Volclay Waterproofing system, hereby certifies that the Volclay Waterproofing System has been installed on the following construction project:

DATE: 10-22-97

AUTHORIZED DIST. / REP.: Waterproofing by Experts Inc. XXXXXXXXXX Stephen Messerich

PROJECT NAME: PROMINADE

SIGNATURE: [signature]

TITLE: President

**PLEASE CHECK OFF THE FOLLOWING WARRANTY REQUESTED**

**VOLCLAY**

____ VOLCLAY STANDARD

xxx VOLCLAY SYSTEM

10 NUMBER OF YEARS



DEPOSITION EXHIBIT
Sutter 587 (5-6-03)

CET 000028

DEPX003625