**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | | |
|---|---|---|
| Westfield Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,<br><br>Defendants,<br>and<br><br>Weis Builders, Inc.,<br><br>Counter-Claimant,<br><br>v.<br><br>Westfield Insurance Company,<br><br>Counter-Defendant,<br><br>and<br><br>Weis Builders, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,<br><br>Third-Party Defendants,<br><br>and | ) | Court File No. 00-CV-987 JEL/JSM<br><br>**DEFENDANT PROMENADE VILLAGE TOWNHOMES, L.L.C.'S NOTICE OF MOTION AND MOTION IN SUPPORT OF MOTION IN LIMINE** |

Weis Builders, Inc.,

Cross-Claimant,

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

| | |
|---|---|
| and | ) |
| | ) |
| Chris Craft Industrial Products, Inc., | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third-Party Defendant and<br>Fourth-Party Plaintiff, | )<br>) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

TO: All Counsel of Record.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October _____, 2004 at 9 a.m., Promenade Village Townhomes, L.L.C. ("Promenade") will move this Court, before the Honorable Joan N. Ericksen, Judge of United States District Court for the District of Minnesota, U.S. District Court, 300 South Fourth Street, Minneapolis, Minnesota, 55415, for an Order *in limine* (1) granting Promenade the right to introduce evidence of repair cost estimates in its case in-chief without precluding Promenade from claiming diminution in value as its measure of damages. This motion is made pursuant to Local Rule 39.1(b)(1)(E) and is supported by the following documents submitted herewith:

Memorandum of Law in Support of Motion in Limine.

(SIGNATURE PAGE TO FOLLOW)

Dated: September 3, 2004

**FLYNN, GASKINS & BENNETT, L.L.P.**

*s/Steven E. Rau*________________________
Steve W. Gaskins, #147643
Steven E. Rau, #147990
Robert W. Vaccaro, #0313750
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
612-333-9500 Telephone
612-333-9579 Facsimile

***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***