**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

Civil File No. OO-CV-987 JEL/JGL

**AFFIDAVIT OF MARK S. BROWN**

STATE OF MINNESOTA )
ss.
COUNTY OF HENNEPIN )

MARK S. BROWN, after being first duly sworn upon an oath, does hereby depose and state that:

1. I am an attorney licensed and authorized to practice law in the State of Minnesota and represent Third Party Defendant Waterproofing by Experts, Inc. in the above-entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Waterproofing Investigation Report of INSPEC, Inc.

3. Attached hereto as Exhibit B is a true and correct copy of November 8, 2001 INSPEC proposal.

4. Attached hereto as Exhibit C are true and correct copies of cited pages from the deposition of Campbell, Volume I, taken on August 26, 2003.

5. Attached hereto as Exhibit D are true and correct copies of cited pages from the deposition of Campbell, Volume II, taken on October 8, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of the INSPEC site plan.

7. Attached hereto as Exhibit F is a true and correct copy of Inadequacies of the Existing Waterproofing Membrane prepared by INSPEC.

8. Attached hereto as Exhibit G is a true and correct copy of the Swelltite literature.

FURTHER THAN THIS AFFIANT SAYETH NOT.

_s/Mark S. Brown_________
Mark S. Brown

Subscribed and sworn to before me
this 3rd day of September, 2004.

s/Bonnie Hallstrom__________
Notary Public
(STAMP AND/OR SEAL)