**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit B - a true and correct copy of the November 8, 2001 INSPEC proposal.**

# INSPEC, INC.

5801 Duluth Street
Minneapolis, MN 55422
Ph. 763-546-3434
Fax 763-546-8669

Suite 420
555 West Layton Ave.
Milwaukee, WI 53207
Ph. 414-744-6962
Fax 414-744-6981

November 8, 2001

Steven E. Rau, Attorney at Law
Flynn and Gaskins, L.L.P.
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402

RE: Proposal to Provide Investigation Services Related to Water Infiltration
Promenade Oaks; Eagan, Minnesota

Dear Mr. Rau:

As requested, we are pleased to submit this proposal to furnish the above-referenced investigative services.

PROJECT DESCRIPTION

Promenade Oaks is comprised of six apartment buildings, each with an outdoor grassed courtyard running lengthwise down the center of the building and above a parking level. The facility was constructed in 1997 and has experienced extensive water infiltration ever since. Numerous attempts to repair the leaks have been made with some success; however, there are still locations where, depending on the weather, water enters the building.

Proposal

This proposal is limited to the investigation of all types of water infiltration occurring below grade and related to the outdoor courtyards above the garage and the nearby elevator towers.

SCOPE OF SERVICES

In order to determine the cause of the water infiltration mentioned above, our services will include, but not necessarily be limited to, the following:

1. Review of original construction documents.

2. Make destructive test openings in order to verify existing conditions and identify the source of water entry.

3. Depending on what the test openings reveal, we may conduct water testing to better pinpoint the source of water entry.

4. We will document the test openings with photographs and sketches for future reference.

www.inspec.com

*Engineering & Architectural services for roofs, waterproofing, pavements, and building exteriors.*

DEPOSITION EXHIBIT
Campbell 789