**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

**Attached hereto is Exhibit C - a true and correct copy of the cited pages from the Deposition of Campbell, Volume I taken on August 26, 2003.**

A **An updated version of a report issued by Patrick Engineering.**
Q Anything else that you reviewed?
A **I reviewed CETCO product literature that involved the Swelltite product, both the literature that was published for the first version of Swelltite as well as literature published for subsequent versions of Swelltite. Over the last four months, as Flynn, Gaskins & Bennett would forward depositions to me, I would review those.**
Q You reviewed depositions in preparation for today or you're talking now about other things you've looked at?
A **Just other things I've looked at.**
Q Anything else you've reviewed in preparation for today?
A **Flynn, Gaskins & Bennett loaned to me a videotape of general things.**
Q How to be a witness?
A **Yes. I believe that's it.**
Q That's it?
A **Uh-huh.**
Q Have you ever served as an expert witness before?
A **Never have.**
Q Prior to the Promenade Oaks project, had you ever encountered Swelltite 3000 before?
A **Yes, I did on one occasion, but I would have to do some digging to find out just the circumstances surrounding**



**that. I don't recall the project or the occasion. The reason why I know I have encountered it before is because I remember wondering about the effectiveness of the bentonite component of the Swelltite product and then seeing it again on the Promenade project brought it back to mind.**
Q What would you need to do to find out what your prior experience was with the Swelltite 3000?
A **What would I need to do to find out what that occasion was?**
Q Yes.
A **I'd have to go back through files at Inspec. I'm hoping it was during Inspec. It may have been during my years with Brent Anderson Associates, and that would be extremely difficult, if not impossible.**
Q So this experience was a significant period of time prior to getting involved with this situation?
A **What do you mean by significant?**
Q A long period of time, a number of years?
A **A number of years, yes.**
Q Any other concerns you had about it when you first experienced? You said you wondered about the bentonite. Was that your only concern?
A **The -- yes. I'd have to say yes.**
Q You don't remember the location of that project?



A **No, I don't.**
Q You don't remember the type of construction that it was used on?
A **No, I really don't. My memory is very vague on that.**
Q You don't remember the geometry of how it was applied?
A **I seem to remember it was a horizontal application, but that's all I remember about that.**
Q Do you remember whether it was a plaza or what was the nature of the horizontal application?
A **I really can't say.**
Q Do you remember what the issue was and why you were concerned with the Swelltite 3000?
A **I can assume because there was leaks.**
Q I don't want you to assume, I want you -- if you remember?
A **I don't remember.**
Q Have you ever recommended the use of Swelltite 3000 for an application?
A **No, I haven't.**
Q Have you ever recommended the use of other formulations of Swelltite for construction application?
A **No.**
Q Do you know what other, if any, formulations of Swelltite you've had experience with prior to Promenade?
A **No.**
Q Do you recall any specific instances where you worked with



other formulations of Swelltite prior to Promenade?
A **Well, like I say, there was that one incident where I encountered Swelltite once before, but --**
Q That's the only time?
A **That's the only time.**
Q Okay. Prior to working on the Promenade project, had you ever had any familiarity with or experience with a waterproofing membrane, a bentonite membrane using a polyvinyl alcohol film or water-soluble film?
A **No.**
Q Was Promenade Oaks the first project where you had ever had any experience with a polyvinyl alcohol film on a waterproofing membrane?
A **I don't recall whether my first experience with Swelltite was a version that had the water-soluble film or not, so I don't know whether Promenade was the first occasion or not.**
Q Have you reviewed -- you're familiar with, at least as we sit here today, you know what the composition of the Swelltite 3000 membrane is, correct?
A **Yes.**
Q Do you know what the chemical makeup of the film is?
A **No, I don't.**
Q Do you have any understanding of the chemistry of the film or how the film works?

A **No.**
Q So you wouldn't know what situations might make the film become insoluble, correct?
A **Correct.**
Q Do you know --
A **Other than what the literature states.**
Q What literature have you reviewed?
A **Literature was forwarded to me by Terry, and I keep forgetting his last name, Steve. Terry with Healey Ramme.**
Q Mr. Wiederhoft?
A **Yes.**
Q What did he send you?
A **It was literature on the Swelltite 3000 which applied to the version of the product that was installed on Promenade Oaks, the version which relied on a water-soluble film to dissolve.**
Q Do you know who manufactures that film?
A **The film itself?**
Q The film itself?
A **I have no idea.**
Q Have you ever reviewed any product literature relating to that component?
A **No.**
Q Do you know what cross-linking is?



A **I don't believe I do.**
Q Do you know whether the film component of Swelltite 3000 has a shelf life?
A **I don't know that either.**
Q Do you know how that component is manufactured?
A **No.**
Q Do you know how to test the film component of the product for solubility?
A **No.**
Q If you would go back to 788 for a moment, you have a partial list on page 3 of Exhibit 788. There is a partial list of previous waterproofing projects?
A **Uh-huh.**
Q Reviewing that page of projects, does that bring back a recollection for you as to where you would have encountered Swelltite 3000 prior to Promenade Oaks?
A **I'm certain that first encounter with Swelltite predates all the projects on this list.**
Q Are all the projects on this partial list projects that you worked on at Inspec?
A **Yes.**
Q Are you certain that your experience, your prior experience with Swelltite 3000 predated your employment with Inspec?
A **No, I'm not.**



Q The next two pages are fee schedules, and I had a question about which rate you're applying. On one page it indicates $130 an hour, the other page indicates $110. Which is it?
A **I'm at Level 2, so it's $130 an hour.**
Q Why is there a sheet for $110?
A **We have several rate sheets at the company depending on which major client we're dealing with or whether our standard fee applies and we have special rates for forensic and pre-purchased due diligence, which is what our president told me to apply to this project.**
Q Do you know, prior to Promenade Oaks, how many prior water leak investigations you had personally done involving below grade waterproofing on a precast concrete deck?
A **I can't say for sure with regard to the precast concrete deck condition. Certainly a couple dozen. But that's a very -- that's a very -- that's an approximation.**
Q What do you do when you perform a full-scale water leak investigation? Walk me through the process.
A **It usually begins with a visual survey of both the above ground conditions and the evidence of infiltration on the interior. We review existing construction drawings, become familiar with the structure and the waterproofing. We review the original specifications, especially with regard to the waterproofing specified and any subsurface**



**drainage provisions that might have been designed.**

Next we do destructive test openings. We call them DTOs. Sometimes it amounts to nothing more than digging a hole, as in the case of Promenade Oaks, and taking samples of all encountered materials down to and including the waterproofing.

We make a scale sketch of the destructive test opening, we note the condition of the materials encountered and identify the materials as best we can, we photograph the destructive test opening. If we've cut into the waterproofing and it is not -- the condition is not so flooded that we could patch it again, then we mop up what traces of water there is and we patch the cut membrane and then put all materials back to as close to the original condition as possible.

We analyze the situation and evaluate what we found, state our conclusions, recommended repair and sometimes related repair cost estimates and put it all in an investigation report. Sometimes, depending on our level of familiarity with the products we encounter, we'll do some research, we'll review product data sheets. However, if the waterproofing or any product, if we're lucky enough to encounter the label still on a product, which does happen, then we know for sure what it is.

That's about it.

A **I mean a plan. Excuse me.**

(An off the record discussion took place at this time.)

(Campbell Deposition Exhibit 790 was marked for identification at this time.)

Q (By Mr. Veith.) We've marked your report as Exhibit 790. Is there a document in your report that can help you point out where these eight active leaks were?

A **Yes. Borrow a pen or pencil? I can't recall all eight active ones, but I'll do the best I can.**

MS. REISBORD: Which drawing are you referring to?

MR. RAU: Why don't you first identify you're looking at Schematic a, Site Plan in your report.

MR. SONNESYN: Is that marked as an exhibit?

MR. RAU: Yes.

MR. SONNESYN: Which one is it?

MR. RAU: 790.

Q (By Mr. Veith.) Okay. You're referring to Drawing A in your report, Site Plan?

A **Site Plan a.**

Q Okay. Go ahead.

A **There was active water infiltration at the vertical CMU wall near the ceiling on the west side of the link**



**between Building 1 and 2. There was similar infiltration on the CMU wall --**

Q You know, why don't we use a different symbol because they look an awful lot like the markings you're using for destructive test openings, so why don't you use red and maybe make it an open circle or something?

A **(Witness complies.)**

MR. REILLY: Are we using the site plan that's in his report?

MR. VEITH: Yes.

THE WITNESS: Yes.

MR. REILLY: Thank you.

Q (By Mr. Veith.) So there were two active leaks in the link area between Building 1 and 2?

A **Yes. And by active, I mean there was recent moisture on the face of the concrete block. There was an active leak in this location, which is again just west of the link between Building 1 and 2.**

Q Why don't you just maybe mark these with a letter or something because, you know, we're not going to be able to tell what ones you're marking at what point in time by reading the transcript if you don't put like a letter A, B, C or something?

MR. RAU: So A and B referring to the first two?



MR. VEITH: C will be the one you just drew.

Q (By Mr. Veith.) Okay. And where did you observe the leak actually in the garage? Was it coming from the joint in the plank or where was it coming from?

A **It was originating at the juncture between some precast panel and I believe a wide flange beam support. There was another active leak just across the driving lane from leak C. We'll call this leak D. This was in the -- this was in a dumpster room. There was a fifth active leak. The last three active leaks I can't remember just by recollection what the location was. I'm certain of those four, though.**

MR. BROWN: Did you say the last three?

THE WITNESS: Excuse me. The last four. But remember, I said approximately eight active leaks. I'm not sure of the exact count.

Q (By Mr. Veith.) Have you told me about all the things that stood out to you as you walked through the garages of the buildings?

A **No. I also noticed -- well, the evidence of past infiltration was extensive. I saw evidence of what had to have been over 100, maybe even as many as 200 points of infiltration in the past that were not currently active. I also observed an injection material that had**



**oozed through the precast joints. I wasn't sure what it was at the time.**

Q Do you know what it is now?

A **I've heard that they have done some injection in those joints with a water stop material, but I wasn't involved in that repair at all.**

Q And this was material that was oozing from between the joints in the plank?

A **Correct.**

Q Anything else that you observed in the garages?

A **I noticed quite a bit of what we call construction water that had leaked through the precast joints. Construction water is just simply the water that naturally drains down through the freshly set grout that's put in the keyway joint shortly after it's installed. That's not to be confused with infiltration evidence.**

I noticed efflorescence in a great number of locations on the CMU, interior facing the CMU walls. I noticed stainless steel gutters had been installed underneath certain joints that Terry told me was catching water through active leaks. I noticed there were floor drains. The floor was sloped to the interior floor drains. I noticed marks on the floor from water infiltration through the precast plank above.

Q Anything else?

A **I noticed quite a bit of evidence of previous infiltration originating from the top of many columns, concrete columns.**
Q Okay. Anything else?
A **Evidence of previous infiltration originating from the top of many concrete beams that the plank were bearing on. I noticed blistering paint on a painted CMU wall in one of the hallways leading from the garage out to the exterior. As a matter of fact, I noticed that in two locations. I think that's it.**
Q Is the only way that you know what the material was that was oozing from the joints in the plank based on what somebody told you?
A **Yes. I ran no tests.**
Q Who told you that, what the material was?
A **I never was told what the material was.**
Q Oh. You just were told that there were repairs and you were assuming that that's what the material is from the repairs?
A **Yes. It appeared -- it looked like material I had seen in the past on other projects that had been injected for the purposes of water control.**
Q All right. What did you do after that? What was the next thing you did after completing your initial visit? Was there anything else you did during your initial visit that



you haven't talked about?
A **Healey Ramme gave me some -- I don't recall if this happened during my initial site visit or if this was after my initial site visit but before I wrote the proposal, but somewhere in there Healey Ramme gave me their record of infiltration history for the entire property.**
Q All right. What was the next thing that you did as part of your investigation, then?
A **I reviewed the existing drawings. I believe I did this on this occasion even before I wrote the proposal. And then I think I wrote the proposal.**
Q What do you mean by the existing drawings? What are you referring to?
A **The construction drawings prepared by at the time BRW Elness Architects.**
Q You said you went back to the site two more times because you thought of some new things that you wanted to check?
A **This was after the proposal had been accepted, so my visits were part of the investigation.**
Q So prior to the proposal, you went out looking one time?
A **Yes.**
Q And then tell me about the two times that you went back? What was it that you wanted to check and verify?
A **Just a more complete survey of the types of things I had**



**observed the first time.**
Q But you don't recall anything in particular?
A **Nothing new in particular, no.**
Q Do you consider destructive test openings to be the primary source of your information when you're sourcing leaks?
A **Primary source of existing conditions, yes.**
Q So what you mean is primary source of information to pinpoint where existing leaks occur?
A **Not necessarily where existing leaks occur because water can migrate underneath the waterproofing membrane and I didn't know at this point whether it was or not. Very often we have to do destructive test openings in places other than directly above the corresponding infiltration on the interior.**
Q So do you consider destructive test openings to be your primary source of information in tracing paths of water travel?
A **Yes.**
Q But not necessarily to pinpoint the source of the leak, correct?
A **Correct.**
Q Well, then what information would you rely on to pinpoint the source of the leak if not what you observe in destructive test openings?



A **Conclusions can be drawn based on the conditions of the material, the types of material used. That can lead one to obvious conclusions, even though there's no direct visual connection between a failure in a membrane and the infiltration corresponding to that.**
Q What information are you referring to other than what you observed in destructive test openings?
A **For example, if, like I said, if water can migrate underneath the membrane. It can travel for great distances before it finds an avenue through the structure.**
Q But that's -- I'm sorry to interrupt you. That's not what I'm asking. I'm asking for the information that you are relying on in being able to pinpoint the source of a leak? And I understand, you know, the theoretical things that can happen. But I'm talking about what information that you are relying on when you try to pinpoint the source of a leak?
A **The information from the destructive test opening and visual above ground observations.**
Q And that's it, right?
A **That's it.**
Q Okay. What are the kinds of things that you take into consideration in determining where to put a destructive test opening if you don't necessarily put it over top of

where a leak might be?
A **Whether it's -- if it's at a plane change, and by that I mean either the -- there's a deck drop or a change in elevation of a horizontal structural deck. That would be a key location. Or at another plane change vertical wall to horizontal, I do a DTO at that situation. Certainly drains, I do a DTO around an existing plaza drain. If I noticed an area where there was excessive ponding, I might do a destructive test opening there.**
In the case of Promenade Oaks, since there was a typical system common to just about all of the horizontal precast plank, I wanted to take my openings in the earth area, not above sidewalk, obviously. So that was one factor, and convenience. Most of the openings were taken in Building 2 because of the convenience. However, there were at least two openings made at all buildings.
Q When you do a full-scale water leak investigation, do you typically do any testing aside from destructive test openings you might make?
A **Sometimes.**
Q What kinds of testing?
A **Testing for asbestos in a given material that's sampled. We sometimes do that. Inspec has its own lab for such tests.**



Q That wasn't a concern at Promenade Oaks, though, right?
A **No, it was not.**
Q What other kinds of tests might you do?
A **There is a device called a tensometer and you can stretch a waterproofing material or membrane and record just at what point it failed in tensile strength, in tension. Sometimes we'll conduct that test. That's about it for waterproofing. Roofing is another matter, but that's it for waterproofing.**
Q In what situations is it important to know the elasticity of the membrane?
A **It's more important in roof design than it is waterproofing design, but it's important to know in waterproofing design when you have a membrane that is not fully adhered, for example, a loose-laid membrane, and there's very little containment weight on top of it, perhaps. That would be a situation. That situation doesn't exist at Promenade Oaks.**
Q Did you do elasticity testing of the membrane?
A **No. None at all.**
Q How about water testing; do you ever do water testing as part of a --
A **Yes.**
Q What kind of water testing?
A **It's usually no more involved than just taking, in the**



**case of waterproofing, taking a garden hose and applying it to the lowest level first and working yourself up.**
Q What do you mean by the lowest level and then working your way up?
A **If we're testing a bermed wall -- by bermed, I mean earth is up against a vertical wall but earth is also on top of a horizontal structure of waterproofing and we're not sure whether water is entering through the wall or through the horizontal, we do the water test on the lower horizontal first since gravity will keep the water down to that locale, and if that does not reveal anything, then we will do the water test on the higher area up on the wall rather than the reverse, obviously.**
Q How does that work? Do you just point the hose at the higher elevation?
A **Sometimes it's as simple as that. Depends on the situation.**
Q And then what are you looking for? Are you looking to see where the water comes out?
A **Basically, yes.**
Q Did you do any of that at Promenade Oaks?
A **No.**
Q Why not?
A **Because the earth was already so incredibly waterlogged that the waterproofing was exposed to hydrostatic**



**pressure 24 hours a day at the time of our destructive test openings. It was carrying out its own water test. By adding additional water, we didn't feel it was a good use of time or money.**
Q Are there any factors or conditions that can make diagnosing or pinpointing the source of a leak more difficult?
A **I guess I don't quite understand the question.**
Q Well, does it make it more difficult to source or pinpoint a leak if you can't see the materials that are being used to do the waterproofing because they're below grade? Does that make it more difficult to pinpoint where a leak might come from?
A **Yes.**
Q It would also make it more difficult to know where water might be moving around under there, right?
A **True.**
Q Anything else along those lines that you can think of that would make it more difficult to pinpoint leaks or follow the path of water?
A **If the waterproofing membrane was so flooded that even with a wet vac we couldn't evacuate enough water long enough to cut a sample through and examine under the membrane, that's difficult. That makes diagnosing the situation more difficult.**

at some of the destructive test openings?
A That's correct.
Q Are you able to tell me which destructive test openings you found the film?
A Yes, I can. I'd have to refer to my report. I made pencil marks later, after the report had been issued, as to those locations because I neglected to put those locations in my report, though I do mention the presence of film that had not dissolved.
Q Was that an oversight that you forgot to put it in your report or did you leave it out intentionally?
A Didn't leave it out intentionally. I don't know how important it was at the time I wrote the report, but later on I just found it a convenience for myself in discussing the matter with Healey Ramme.
Q Well, why don't you tell me which openings had the film?
A Like I say, I've got it marked in pencil on my copy of the report.
Q Where is your copy of the report?
A In my car.
Q Why don't you get it?
A Okay.
(A short recess was taken at this time.)
(Campbell Deposition Exhibit Number 794 was marked for identification at this time.)



Q (By Mr. Veith.) Okay. Mr. Campbell, 794, you've produced a copy of a report that you had written some notes on and I have just copied the page, the Site Plan A from that which you had apparently made some notations on, is that right?
A That's correct.
Q When did you put those notations on your report? Did you do that in preparation for your deposition today?
A No. This was done quite a while ago, after I had issued the report, but when I was going through the samples one last time before I stored them deep and dark up in our closet, a special closet we have at Inspec, and I thought it would be good at the time to differentiate which sample still had the film on and which did not, so that's why I grouped them the way I did, and at the same time I noted just where the film, what DTOs had a sample with the film still on it. So to answer your question, that was done approximately four or five months ago.
Q So you didn't make a notation contemporaneously with excavating the destructive test opening, you came back after the fact and figured out based upon the samples where the film was?
A That's correct. I write on the sample bag where the location was, DTO 1, DTO 2, and the date, and that's how I knew to associate that film sample with the DTO



location.
MR. RAU: So this is simply a compilation of information that's contained on the samples?
THE WITNESS: That is correct.
Q (By Mr. Veith.) So the circles represent destructive test openings where the film is still there?
A That's correct.
Q There's a circle here I don't understand, and I'll just point to it. Maybe you can clear it up for me on the record?
A That circle is referring to number 9, DTO 9. Apparently that DTO both was an example of a drainage sheet that was 100 percent clogged as well as film remaining.
Q All right. So by my count, I count six destructive test openings where there was film?
A That's correct.
Q Can you tell me what the configurations are for each of these, or what the geometry is for each of these openings that have film remaining?
A I don't understand the question.
Q Well, I want to know what the detail is? Let's take destructive test opening number 1.
MR. REILLY: John, before you go there, could you just have him list which ones that he claims the film was remaining?



MR. VEITH: Oh, sure.
Q (By Mr. Veith.) You want to list so everybody knows what destructive test openings we're talking about?
A DTO number 1, DTO number 4, number 5, number 7, number 9, number 14 and number 17 all had film remaining.
MR. BROWN: Was it seven?
THE WITNESS: 1, 2, 3, 4, 5, 6. Let me repeat them just to be safe. Number 1, number 4, number 7, number 9, number 14 and number 17.
MR. REILLY: Earlier you said number 5, sir.
THE WITNESS: I'm sorry. 5 is incorrect.
MR. REILLY: Thank you.
Q (By Mr. Veith.) You were present during the excavation of all of those destructive test openings?
A All 20, yes.
Q Who was with you during the excavations of -- were the same people with you at all 20 excavations?
A I used Brent Anderson Associates on both occasions, but they sent out different crew. They didn't use the same crew each time.
Q Would you walk me through the excavation of destructive test opening number 1?
A Number 1 was through a sodded area in the middle of the courtyard apparently. We cut through the sod and

Q Well, if you're done with your answer, I guess you've answered my question.
A **Yes.**
Q Why don't you pull out the sample from number 1?
A **(Witness complies.)**
MR. REILLY: By the way, has the box been made an exhibit now?
MR. VEITH: I think we did. Oh, we didn't? We better do that.
(Campbell Deposition Exhibit Number 795 was marked for identification at this time.)
THE WITNESS: In the case of DTO number 1, I did save a piece of insulation apparently. There's also a sample of the drainage board or drainage composite sheet minus the fabric apparently. The fabric must have, I assume, just come off. No, here's the fabric. It's no longer adhered because of the water.
MR. REILLY: Objection, lack of foundation.
THE WITNESS: Here's one sample of the Swelltite. In this case, apparently the hydrated bentonite component left or debonded from the plastic component of the material, and in this case there is a scant amount of film remaining on the bentonite that did come along with the plastic component.



Q (By Mr. Veith.) Do you know whether this sample is in the same condition that it was when you removed it?
A **This is only the second time these bags have been opened. The first time was --**
Q I understand that, but do you understand my question?
A **Yes. The answer is yes.**
Q So when you took this -- well, first of all, this is what, a one and a half by two and a half inch piece?
A **Yes.**
Q Why did you take -- is there any significance to the size of the sample?
A **Apparently, if the sample doesn't have all the bentonite component that go along, correspond with the plastic sheet, it's only because in its hydrated state it wasn't something you could collect up. I always tried to keep the bentonite component with the size of the plastic sheet whenever possible. So if it's absent, it just wasn't something you could -- it was too mushy. You just couldn't collect it up apparently.**
Q Prior to doing these destructive test openings, had you ever seen hydrated Swelltite?
A **I can't say for sure if it was hydrated or not, but I did see Swelltite that one other time we talked about earlier, that one I couldn't recall which project it was connected with.**



Q What's your basis for -- well, are you saying this is hydrated?
A **Partially hydrated. That piece there was partially hydrated.**
Q Which part of the bentonite is hydrated and which isn't?
A **The bentonite is mixed in with another compound to serve as a medium. I know this just from reading the CETCO literature and the --**
Q Well, when I'm using the word bentonite, I'm referring to the compound. So which part of this compound here, which part of this sample is hydrated?
A **This part right here is just barely hydrated. It's not hydrated very much any longer.**
Q What do you mean by it's not hydrated any longer?
A **I'm assuming that it's lost a little bit of its hydration in the many months it's been in this bag.**
Q Are you familiar with the characteristics of bentonite?
A **Very much so.**
Q Do you know whether it can lose hydration?
A **I'm not -- I'm familiar with bentonite as a material and its behavior, but when you mix it with the medium that CETCO does, I'm not familiar with that.**
Q So as far as -- this is all of the undissolved film that you pulled out of that first destructive test opening, what's shown here in this sample?



A **There is another piece. That's also the film. This very likely came off other parts of the plastic; that's why it's in the bag. So that's the balance of the film that I was able to recover in DTO number 1.**
Q Looks like the film is partially hydrated -- or partially dissolved. Do you agree?
A **I would agree.**
MR. REILLY: John, may I talk to you just a second?
MR. VEITH: Sure.
(An off the record discussion took place at this time.)
Q (By Mr. Veith.) When you removed the Swelltite sample from destructive test opening number 1, you were able to see the concrete?
A **Yes, I was. There were -- let me take that back. I don't know whether I did or not in the case of DTO number 1.**
Q Because you don't remember DTO number 1?
A **The reason why is because --**
MR. RAU: Do you want him to answer your question? Which one, the first one or the second one, Mr. Veith?
Q (By Mr. Veith.) Well, let's start with do you remember DTO number 1?

MR. RAU: I don't think he finished the question you asked earlier.

MR. VEITH: Well, I don't care. There's no trick to this.

MR. RAU: I know there isn't, but if you ask him three questions, I want the record to be clear as to what he's being responsive to.

Q (By Mr. Veith.) Did you see the concrete? He said, "I don't know."

A **In the case of DTO number 1, I can't say. I don't remember.**

Q And the reason that you can't remember -- the reason that you don't know is because you can't remember?

A **It's because in the case of some DTOs on the horizontal deck, there was a mastic accessory product that CETCO recommends be used on top of the keyway joints before the Swelltite is put on top.**

Q Okay. But if Mr. Rau is going to make me do this question by question, I want an answer to my question. My question is, you can't remember DTO number 1, you're relying entirely on this photo and on the sketch, Drawing C, I think it was?

A **I remember quite a bit about it specifically, but I don't remember everything about it. I don't remember if I saw the concrete or not.**



Q What evidence do you have that water came into contact with the parts of the film that aren't dissolved?

A **There was water underneath the Swelltite. In every one of the cases -- excuse me. In four of the cases where I found film intact, there was water underneath the Swelltite membrane.**

Q What did that look like? Was it just damp?

A **Dampness, yes.**

Q Now, how do you remember this -- I mean, you don't remember this destructive test opening, so if you don't remember this destructive test opening, how do you know -- what evidence do you have that water -- let me finish my question -- that water came in contact with this film that's not dissolved? I mean, you can't remember?

A **If this was one of the two that I did not find water in the membrane, you're right.**

Q And you don't know if this is one of the two, right?

A **That is correct.**

MR. BROWN: Just to be clear for the record, one of the two what, DTOs?

THE WITNESS: There are six DTOs where I found film remaining on the sample of Swelltite. For only four of those did I find water under this Swelltite membrane.

MR. RAU: So there's only partial failure,



66 percent.

MR. REILLY: I'll object to your description of whatever it is, counsel.

MR. RAU: You can object all you want.

MR. REILLY: If you're going to testify, we'll put you under oath.

MR. RAU: Okay. Let's go.

Q (By Mr. Veith.) When you excavated, did you ever make any dams around the Swelltite area where you were going to cut out the sample before actually removing a sample to prevent water from getting in?

A **No, we didn't.**

Q You didn't use any other types of precautions to prevent water from getting through the membrane when you were cutting it other than using that vac, is that right?

A **That's correct.**

Q What did you use to patch it back up?

A **We used granular bentonite, quite a bit of it, and a containment sheet of EPDM rubber on top of that.**

Q How did you seal it?

A **Bentonite will self-seal to the surface of the Swelltite, especially under the load that all this earth would apply to once it was hauled back, using the same principle as the Swelltite material itself.**

Q Did you have to hydrate the bentonite to seal it?



A **No. If water never reaches the repair bentonite, there's no reason for it to seal. If water reaches the repair bentonite, it will hydrate and seal just like bentonite does.**

Q Did you put insulation back -- you know, did you fix the drain tile?

A **We did.**

Q How did you fix those parts up as you're filling it?

A **We left -- we did not put the drainage composite sheet back. However, we did replace the insulation.**

Q So you just left it without the drainage sheet out there?

A **That's correct.**

Q Did that concern you, leaving that out?

A **Not at all.**

Q Why not?

A **Because there was water under the drainage sheet, within the drainage sheet. As long as the membrane was repaired. There was already water between the membrane and the underside of the drainage sheet throughout the whole project, so interrupting the drainage sheet would have no effect on the watertightness of the system.**

Q In any of the destructive test openings, did you ever remove a sample of the membrane involving a seal or a seam between two overlapping layers?

A **Never encountered a seam. I was hoping I would, but I**

Q So at this point we're looking at the top of the Swelltite? You haven't removed any Swelltite, is that right, in this photograph?
A **That's correct.**
Q Now, when you said you scraped off some granular bentonite, how did that granular bentonite get there?
A **I have no idea. It was there and I documented it in detail E.**
Q Can you tell me where in E that you've documented the granular bentonite? Maybe I'm just not seeing it.
A **Sure. It says Bentonite Waterproofing, second note from the bottom. It's graphically depicted by a stipple, stipple pattern.**
Q Okay. Let's have a look-see at the sample.
A **We've got composite drainage sheet first.**
Q First of all, let's take a look at the label on it. This is labeled DTO 2-3. What is that referring to, because I thought we were referring to DTO 4?
A **Building 2 and DTO 3. I sometimes use a different labeling system out in the field than when I put the report together. It was getting so complicated having two numbers and having the plan on here so small, I decided to change the numbering system to just a simple 1, 2, 3, 4, 5, 6, 7.**
Q Well, how can we make this connection between what the



label is on this baggy and what the number is in your report?
A **Because I say that's where it came from.**
Q Other than that?
A **That's all. I had two different systems for labeling bags when I was out there. I don't know why.**
Q Why don't we back up and take a look at the first sample we looked at?
A **Sure. This one is 1-A, which means Building 1 and DTO A. I did this DTO when I was out there on a different occasion. Remember I was out there on two different occasions doing destructive test openings. I had a numbering system for DTOs or a labeling system whereby the building was first and then DTO sequence was using a letter. Another time when I was doing DTOs I used the building number and then I used a numeral to indicate which detail it was. But when I started putting the report together, I realized I had used two different systems and so I had to get rid of both of them and simplify it and just go 1, 2, 3, 4 up to 20 when I wrote the report.**
Q But there's no way for us to verify other than you say it is that this is where it came from?
A **That's correct.**
Q Is there any rhyme or reason as to when you'll use one



system versus another system?
A **No.**
Q Are the dates on the baggies the date that the sample was removed?
A **Very definitely, yes.**
Q So you would have removed -- is this the one from destructive test opening number 1?
A **Yes.**
Q So you would have removed this sample on January 15th of 2002?
A **That's correct.**
MR. RAU: And by "this," you're referring to the bag that says Promenade Oaks, 1502 1-A?
MR. VEITH: Right.
MR. RAU: Just so that we're completely clear.
MR. VEITH: That's right.
Q (By Mr. Veith.) All right. And then with respect to DTO -- and I'm reading off the bag now -- DTO 2-3, you removed that sample November 28th, 2001?
A **That's correct.**
MR. RAU: Well, counsel, it's your record and your time, so I just want to make sure you use it efficiently.
Q (By Mr. Veith.) Let's take a look at the sample now.



A **This right here is the Swelltite, and you can see by the wrinkle the film that's still present on top of this piece here.**
Q I'm not sure I can see a wrinkle. Maybe you can show me where the wrinkle is because I don't see it other than unless you're talking about folds, that the sample is folded up? By the way, how did the sample get folded up?
A **When I stuck it in the bag. It was bent like this because I took the sample at the inside corner of the cut. You can see that that top material is a thin plastic film and it appeared to me as though by these wrinkles that it is common to the whole sheet here, especially by the sheen that I see here. I didn't want to chance damaging the evidence by pulling at it or trying to remove it.**
Q Can you tell me where the film is?
A **Yes. Over this entire piece, from here to here. Bentonite wouldn't have a sheen like that. And based on the fact that I can pull an edge up of a material, it doesn't seem to stop anywhere.**
Q So the way that you know film is there is by color?
A **No. By sheen.**
Q What do you mean by sheen?
A **It reflects, it's shiny. It's shinier than bentonite alone would be.**

Q Other than that shininess, is there any other evidence that there's film on that?

A **The corner. I don't want to destroy the evidence, but it looks as though the film that you see on the edge here continues over the entire sheet. To me it does.**

Q What evidence do you have that water came into contact with the areas where you think there's film on it?

A **Because the bentonite -- it was not fully hydrated, it was partially hydrated and it wrinkled up around the edges, pulled away from the material.**

Q What areas of the bentonite are you saying are partially hydrated?

A **These edges right here.**

MR. BROWN: The bentonite or the --

MR. VEITH: I thought he said bentonite.

MR. BROWN: Hydrated bentonite?

MR. VEITH: Partially.

THE WITNESS: The bentonite right here has been partially hydrated.

Q (By Mr. Veith.) On the one end of the sample, the end of it?

A **Right. The bentonite underneath the center portion very likely has not been hydrated. It's too close to the original thickness of the Swelltite.**

Q So what evidence do you have that water came into contact



with it at that point where you don't think it's activated?

A **Well, as I said, this is the only part that looks like it's been activated. The center of this probably has not been.**

Q You would agree with me that you don't see any film here at the point where you think the film -- where the bentonite started to activate, correct?

A **I can't agree with you yet until I've torn this apart.**

Q Well, you don't see any visually, right?

MR. RAU: Well, let's refrain from tearing it apart.

THE WITNESS: Exactly.

Q (By Mr. Veith.) You don't see any, though, do you?

A **No. If bentonite had not come in contact -- excuse me. If water had not come in contact with the bentonite component of this sample, you'd see a sample that looked just like you pulled it out of the catalog.**

MR. REILLY: Object, foundation.

THE WITNESS: Or very closely to it. It would not look like this.

Q (By Mr. Veith.) Is there any other evidence?

A **On this sample or do you mean other DTOs?**

Q Any evidence that you have about water coming in contact with that?



A **No.**

Q Okay. You can put that back, too. Now, you said that you took the sample -- this sample covers both, a portion of the vertical and the horizontal wall, or the horizontal floor and the vertical wall?

A **Yes.**

Q And that's why it's bent in this shape?

A **I believe so, yes.**

Q But wouldn't it, if that were true, then --

A **You're right.**

Q Wouldn't the brown side of the Swelltite be against the concrete?

A **No. You're absolutely right. So maybe that is not the reason why it's bent.**

Q So you don't know why it's bent?

A **No. That's true.**

MR. REILLY: He testified that that was from an inside corner.

THE WITNESS: Yes.

MR. REILLY: Thank you.

Q (By Mr. Veith.) What did you use to patch that part of the membrane in that corner area, especially on the vertical wall?

A **If it was on the vertical, I used a mastic, a roofing mastic in conjunction with an EPDM rubber sheet and then**



**built-up granular bentonite around that as well as over the horizontal patch.**

Q So you used granular bentonite on both the vertical and the horizontal?

A **That's correct.**

Q Did you repair or replace the drainage sheet or did you just leave it out?

A **Just left it out.**

Q How about the insulation?

A **Insulation we always put back.**

Q Is that the case for all of these destructive test openings; when you took the composite drainage sheet out, you just left it out?

A **That's correct.**

Q You didn't put in any kind of replacement for it?

A **No.**

Q Now, as I'm looking at Drawing E of your report, I don't see any mention of undissolved film on this drawing. Do you?

A **No.**

Q Did you prepare this drawing yourself?

A **I sketched it and gave it to a technician to CAD draft.**

Q Who is WFM?

A **William, and I don't know his middle name, but William Miller.**

picture. What are we looking at in the bottom of the picture there?
A **Which picture?**
Q 37. I'm sorry.
A **We're looking at mud, muddy water on top of the drainage composite sheet. The insulation has been removed, but the drainage composite sheet is still there with muddy water on top.**
Q So the horizontal part of this, you didn't remove any membrane?
A **Not at the time of the photograph.**
Q How about on the vertical wall; have you taken any Swelltite off the vertical part in either photograph 37 or 38?
A **It appears as though I have removed not only some of the Swelltite but also some of the flashing, self-adhering flashing that goes up over the top of the CMU and knee wall.**
Q Do you know whether the sample that you took out of DTO 7 came from the horizontal portion of the DTO or off the vertical wall?
A **It was off the vertical wall.**
Q How do you know that?
A **Because whenever I took a sample from the horizontal -- well, in this case it was so flooded. I remember now**



**because if you look in photograph 37, the arrow is pointing to something white. That was an electrical cord, and when we discovered that, we didn't know whether it was hot or not, so we didn't want to chance cutting it or another cord that's hidden, so we did not take a cut through the horizontal at that DTO for that reason.**
Q Okay. Where's the sample? Let's identify the bag.
A **I am opening up bag DTO 2-6, dated 11/28/01, some composite drainage sheet with a non-woven filter fabric indicating a wall installation. Typically I found the woven filter fabric version on the horizontal. This is the Swelltite product. The bentonite is barely hydrated and there appears to be a film --**
MR. RAU: Not a sheen?
THE WITNESS: A film on top of the bentonite component here. It looks like it's present over here, too, based on that discoloration.
Q (By Mr. Veith.) Actually, there is not a sheen, is there?
A **No, there isn't.**
Q Okay. So where is the -- well, this bentonite doesn't look activated to me. Am I wrong? It doesn't look anywhere like it's activated to me.
A **Based on thickness, it does appear to be just slightly thicker than the original product. And also based on the fact that it's pulling away from the plastic component to**



**the product tells me that there's a very small amount of hydration there.**
Q Okay. Now, --
MR. REILLY: Before you do that, John, can you tell which side is the top and which is the bottom of that? In other words, this is a vertical piece of material. What side was closest to the roof and what side was closest to the ground?
THE WITNESS: In all cases throughout all my DTOs, the product was properly installed in that the bentonite and film side was towards the concrete.
MR. REILLY: What I'm saying is was this up? In other words, it was this way. Do you know which side was closest to the -- it was like this. Is this the right way, or should it be the other way, if you can tell? (Indicating.)
THE WITNESS: It was like this. And the reason I know that is because this is the Swelltite right on this -- this product that laps over it, shingle laps over the top, is the self-adhering peel and stick product which continues up and on the ledge.
MR. REILLY: So the part that's thicker is near the top?
THE WITNESS: That's correct.
MR. REILLY: All right.



(A short recess was taken at this time.)
Q (By Mr. Veith.) All right. Let's get out the next -- the next destructive test opening is what, 9?
A **Would be 9.**
Q Okay.
A **The bag I'm opening is labeled 2-C, dated January 15th, 2002.**
MR. RAU: Mr. Campbell, let me make a suggestion. Usually Mr. Veith has a bunch of preliminary questions before he asks you to open a bag, so wait until he does that given the delicacy of the materials in there. And maybe he's asking you to do that right now. I don't know.
MR. VEITH: I am.
MR. RAU: Okay.
Q (By Mr. Veith.) Let's figure out which photographs will go with this opening. 41 and 42, it looks like, of your report, right?
A **That's correct.**
MR. REILLY: I'm sorry, John. What DTO are we on now?
MR. VEITH: 9.
MR. REILLY: Thank you.
Q (By Mr. Veith.) Now, are you able to tell me from these photographs where you took the Swelltite sample from?

A **No, I'm not.**
Q In either of these photographs -- were these photographs taken before any removal of Swelltite?
A **Apparently they were.**
Q Is that blue knife, or is that blue tool in 42, is that the knife you used to cut the Swelltite out?
A **Yes.**
Q When you cut out the Swelltite, do you pull it out with your hand? What do you do? You hold the top part, you cut and you pull the Swelltite away from the wall a little bit as you're cutting? How do you do that?
A **Since my plan is to remove the sample, not just fold it back, I cut all four edges with the blue knife that you see in the photograph. Then if it's hydrated, then I'll use a putty knife to pull it away from the surface. If it's not hydrated, I seem to remember one case it just came off quite easily.**
Q So are you pulling it from the top out?
A **On the vertical? Are you talking about a vertical removal or horizontal?**
Q Well, either?
A **On a vertical, if it were bonded to the substrate and I used a putty knife, I'm sure I would come up from below. On the horizontal, if the bentonite were hydrated, it wouldn't matter at which direction I used the putty knife**



**to remove it.**
Q Let's see the sample. Which baggy is it? Why don't you tell us what the label is?
A **The bag I'm about to open is labeled 2-C, dated January 15th, 2002.**
Q Let's just look at the Swelltite. I don't need to look at the -- what are you pulling apart?
A **I'm trying to remove the Swelltite from this other material.**
Q What is the other material that you're pulling apart?
A **This is a filter fabric.**
Q It looks like it's been bonded to the Swelltite or something?
A **Yes, it does. I think it happened in the bag. Here's what we're looking for. This is a sample of Swelltite. I'm saying the film is still on there. That's my opinion.**
Q What is that based on?
A **Based on just visual examination the way the surfaces wrinkle like that. Bentonite wouldn't do that. This looks like this is film material right here that's pulled away.**
Q It doesn't look to me like that bentonite is hydrated, is that right?
A **This has been hydrated. Not fully hydrated, but it has**



**been.**
Q Well, what areas? At the ends?
A **The entire thing. Because I've seen the Swelltite product before installation and it is not this thick. This is not full hydration. It would have a lot more -- it would swell quite a bit more.**
Q You know, what's your view of how thick that is?
A **Well, I'm just going by visual, but that's definitely thicker than the Swelltite product samples I have.**
Q And we're talking about a sample that's maybe one and a half inches by three inches?
A **(Witness nods head in the affirmative.)**
Q What's this other -- is this a Swelltite sample, too? What is this?
A **It looks like this was --**
MR. REILLY: Don't want you to take it apart, sir.
THE WITNESS: Okay. It looks like this was Swelltite as well. No. Excuse me. I'm not going to commit to what this is. No. I will commit to what this is. This is a peel and stick flashing product that's used after the Swelltite material stops.
Q (By Mr. Veith.) The next opening is number 14, is that right, sir?
A **I'm checking here. 14, DTO 14. That's correct.**



Q And that's just at a vertical wall, right?
A **Yes, that's correct.**
Q Are there any photos? Yes. Numbers 51 and 52.
A **That's correct.**
Q Okay. In either of these photos, numbers 51 or 52, have you removed the Swelltite yet?
A **No.**
Q Okay. Since I see a vacuum in photograph 51, is it safe to assume that there was water on top of the membrane?
A **Yes.**
Q Do you have a recollection of how much water was there on top, how deep it was?
A **I do not with respect to DTO 14.**
Q Do you know where the sample was removed from when it was removed from the vertical versus the horizontal?
A **I don't. I'd have to look at the sample.**
Q Can you tell from looking at the sample?
A **Perhaps.**
Q Okay.
A **I'm opening up bag 5-1, dated November 28th, 2001.**
Q Well, if it's --
MR. RAU: David, explain what you're doing on the record and the problem you're having so that it's memorialized.
THE WITNESS: Okay. A piece of the

Swelltite sample has stuck to the inside of the bag. I'm having a hard time removing. Or at least what I think is the Swelltite sample.

Q (By Mr. Veith.) Can you tell whether you removed it from the horizontal or the vertical looking at that piece?

A **No, I can't.**

Q That doesn't -- go ahead.

A **No, I can't answer your question.**

Q You would agree that the bentonite is not hydrated there?

A **That's correct.**

Q Can I see that?

A **Right now I'm still trying to determine whether that in fact is Swelltite.**

Q You're not sure if this is Swelltite even, huh?

A **No, I'm not. When not hydrated at all, Swelltite is very similar to a peel and stick flashing in appearance, but let me just look a little further. I can't say for certain whether it's the Swelltite or the peel and stick flashing product.**

Q All right. Is there any other samples in there?

A **No. That was the only membrane sample.**

Q Did you read the baggy into the record so we all know what you were looking at?

A **I did, yes.**

Q All right. I think that brings us to 17, is that right,



DTO 17?

A **That's correct.**

Q That's the last one. And DTO 17 was just an excavation down to the horizontal deck, is that right?

A **That's correct.**

Q In the middle of the courtyard of Building 5?

A **That's correct.**

Q Now, the photographs that would go with DTO 17 are photographs 57 and 58?

A **That's correct.**

Q In photograph 17, it looks like --

MR. REILLY: It says photograph 57.

Q (By Mr. Veith.) I'm sorry. Photograph 58. Are you with me?

A **Yes.**

Q In photograph 58, what has been excavated? What point are you down to, because I can't really tell? Maybe you can.

A **We have removed the sod and all backfill down to the insulation and I have removed a section of insulation.**

Q To your knowledge, have you removed anything else by the time of this photo?

A **No.**

Q And is that a vacuum pipe? What is that in photograph 58?

A **Which pipe? There are two.**

Q Oh. Your picture is better than mine. That doesn't look



like a pipe. This one that looks like it goes down to the bottom?

A **We suspect that that's an irrigation pipe.**

Q Okay. Let's see the sample.

A **I'm opening bag dated November 28th, 2001, 5-2. This is a sample of Swelltite. The bentonite was at one time partially hydrated because of the cracking, because of the pulling away from the plastic component, and the film is clearly on top.**

MR. RAU: Kind of a partial sheen.

THE WITNESS: There's the film. Yes, there's the film.

Q (By Mr. Veith.) What evidence do you have that water came in contact with the bottom of that sample, with the film?

A **The bentonite is partially hydrated. As I mentioned before, four of the six locations where film was present I saw water under the membrane, which means water was in contact with the film. I can't say for sure whether 17 was one of the four, but --**

Q Can you tell me any of the four DTOs where you found water for certain below the membrane?

A **Identify which ones had water below?**

Q Yes.

A **No, I can't.**

Q There is no documentation anywhere?



A **My report doesn't say that. No, there isn't.**

Q Okay.

A **My point -- the document talks about that in the body of the text, but I don't have those locations on the plan.**

(Campbell Deposition Exhibit Number 796 was marked for identification at this time.)

Q (By Mr. Veith.) Showing you Exhibit 796, can you tell me what that is?

A **This is a CAD-drafted drawing illustrating how water could enter the seam of Swelltite if the film had not decomposed the way it's designed to, and also how it could migrate under the Swelltite if that film had not dissolved.**

Q Did you write the text?

A **I did.**

Q Let's start with -- well, did you draw the drawing in this or did somebody else do that?

A **I sketched it and it was CAD drafted like the other drawings by another technician.**

MS. REISBORD: Is this drawing in the report?

MR. VEITH: No, it's not. It's not in the report.

THE WITNESS: This is in the report, sure.

MR. SONNESYN: Let's go off the record.

**liability. The watertightness of the manufacturer's membrane depends on there being no other way to install it but the way it's supposed to be installed without giving the architect discretion.**
Q Okay. I understand that you might interpret that to say that, but you don't have anything to say that seam tape is not supposed to be watertight, do you?
A **Not in those words, no, I don't.**
MR. RAU: Which I think is what you testified to ten minutes ago.
Q (By Mr. Veith.) Going on in point number 1, back on Exhibit 796, the next sentence talks about if it was not installed at all. Are you referring to -- do you see where I'm at, if it was not installed at all? (Indicating.)
A **Okay. I see. "If it was not installed at all, then the watertightness of all the seams is highly suspect for the reasons stated in point #2."**
Q "If it was not installed at all," you're referring to the seam tape?
A **That's correct.**
Q And that's not the case, though, is it? Seam tape was used out there, right?
A **I only had the word of or the -- no. At the time I wrote the report, I didn't know one way or another whether the**



**tape had been installed.**
Q Do you know today, as you sit here today, whether seam tape was used out there?
A **I've heard from somebody that seam tape was installed. I forget who told me that. The reason why I didn't know for sure by virtue of the destructive test openings is, as I testified before, just by happenstance. We did not locate a DTO right above the seam, so I couldn't say for certain whether the tape had been installed or not.**
Q And you've never seen a seam yourself out at Promenade Oaks, is that correct?
A **That's correct.**
Q And you haven't observed any seams to see whether or not water actually went through the seam, correct?
A **I have not seen a seam.**
Q And you haven't done any testing either to find out whether any seams were allowing water to go through, have you?
A **That's correct.**
Q So other than what you've read in Exhibit 206, what evidence do you have to support this assumption that water is penetrating the seams?
A **If the water-soluble film does not dissolve in the locations where I did take samples, it's reasonable to assume that there may be some seams where it didn't**



**dissolve at the seam.**
Q Okay. But aside from assumptions, what evidence do you have?
A **None.**
Q By the way, do you know why Exhibit 796 was not included in your final report?
A **Because it wasn't my final report, it was a draft.**
Q But I mean the information that's in here is not in your final report, is it?
A **I reworded it to be -- I thought it would be clearer reworded the way I finally did it.**
Q Did you include the text of point 1 in your final report?
A **I don't believe I did.**
Q Why is that? Let me back up. Was that a decision that you made not to put it in your final report?
A **Well, of course. Who else's decision would it be? I was the sole project manager on this investigation. Nobody in my firm assisted me. You'll have to give me a minute to read both paragraphs here to answer your original question.**
Q Oh. Are you comparing to your report, then?
A **Uh-huh.**
Q Okay. I'll follow along. We're comparing Exhibit 796 with Drawing O of your final report, which is Exhibit 790, is that right?



A **Yes, that's correct.**
Q And point number 1, is that contained in this drawing?
A **Let me read and I'll answer the question momentarily. No. The information in point 1 of Exhibit 796 I left out of the final version of detail O of my final report.**
Q Why is that? What was your thinking?
A **I guess I thought it would muddy the water, no pun intended. The salient issue here was the fact that the film did not dissolve. That alone was reason enough, I thought, to be suspect of the seams of the Swelltite product.**
Q Well, since you never tested the seams and since you never tested the seam tape, how do you know that water actually got to the film? What evidence do you have?
MR. RAU: Asked and answered. Let's move along.
MR. VEITH: You can answer.
THE WITNESS: Restate the question.
Q (By Mr. Veith.) If you've never actually tested the seams and you've never tested the seam tape, how do you know that water actually got to the film? What evidence do you have?
A **Within a seam? I don't have any evidence.**
Q Back on Exhibit 796, moving to point 2, you've written, "The water soluble film must not dissolve right away since

I recovered some four year old film still intact." Now, just dealing with that language that you've written, is that the only evidence you have that the water-soluble film must not dissolve right away, the fact that it's four years old, or do you have something else?
A **I have just the samples we've looked at, which is a four year old installation and the film is supposed to dissolve prior to that.**
Q I understand that, the age of the samples. Is there anything else that you have?
A **No.**
Q In Exhibit 796, this drawing indicates -- it looks like there's an indication for seam tape in that drawing. Do you see that?
A **That's correct.**
Q But that is missing from Drawing O in your final report?
A **When I did the first draft that shows the seam tape, I was making the incorrect assumption that the product was installed with seam tape. I realized that I was making an assumption. I had not encountered a seam. So I really didn't know one way or another whether there was seam tape there.**
Q And you would agree that if you're making an assumption, that's not necessarily a good thing? It doesn't lead necessarily to an accurate result, right?



A **I realized if I hadn't seen it, I can't put it in my report.**
Q If you don't know something to be true, you don't want it in your report, right?
A **Apart from my experience with waterproofing and my opinion. I'll put opinions in my report, certainly, based on my experience.**
Q If you don't know something to be true, you don't want it in your report, right?
A **I will put opinions in my report.**
MR. RAU: Just answer his question, Dave.
Q (By Mr. Veith.) Right?
A **Repeat one more time.**
Q If you don't know something to be true, you don't want it in the report, right? You don't want to make assumptions?
A **That's true.**
Q If that's true, why are you assuming that the tape wasn't used? In Drawing O, why are you assuming that there's no tape in this drawing?
A **Because it's actually immaterial. I realized one way or another it's immaterial because based on what we read in the literature with regard to the architect specifying the use of the tape or not, it tells me that the manufacturer gives the tape no waterproofing characteristics at all and therefore is immaterial in**



**evaluating the watertightness of the seam.**
Q Did you look to see if there were any specifications for using seam tape at Promenade Oaks?
A **I looked, but I couldn't see -- it wasn't clear to me in the specifications whether it was to be used or not.**
Q So then you assumed that it wasn't based on the product literature, Exhibit 206, correct?
A **I really -- the absence of the tape in detail O is not to indicate there wasn't any. This is an illustration, this isn't a DTO. This is an illustration showing an idea. It's not an actual condition I encountered at the site, so therefore the tape I deemed as irrelevant to get the point across I was trying to make.**
Q Did you do any hydrostatic pressure testing at the site?
A **No, I didn't.**
Q Was it your opinion that there was inadequate lateral containment pressure at some locations for the bentonite?
A **Yes. Yes, it was my opinion.**
Q If you did no hydrostatic pressure testing, how would you know that? What's the basis for that?
A **I couldn't quantify it, but I do know that you don't get 20 pounds of containment pressure four inches below earth, the surface of earth. How much pressure there is, I don't know because I ran no tests. But it's certainly less than the 20 pounds required by the manufacturer.**



Q Why did you decide not to do any tests on that issue?
A **Because it was obvious it was well below the 20 pounds per square foot required.**
Q What did you base that on?
A **It was four inches below the surface and my years of experience as an architect and doing investigations in the earth.**
Q Did you ever determine how long the grout had been allowed to cure in the keyway joints?
A **No, I didn't.**
Q Did you ever determine how long the liquid flashing at the joints had been allowed to cure?
A **No.**
Q What is Exhibit 793?
A **This is a site plan of the Promenade Oaks development with reduced plans from their construction documents. And the last sheet is another site plan of the development but is not a construction document, it's simply indicating which -- what the unit numbers are.**
Q Do the pages of Exhibit 793 go together as a packet in your file? I mean, did you put this together as a packet for your use or reference?
A **Yes. Yes, I did.**
Q What is it? What is it documenting?
A **It's in one of my earlier visits to the site loosely**

your testimony this morning you referred to an updated Patrick Engineering report?
A **That's correct.**
Q Do you have that handy?
A **Yes, I do.**
MR. SONNESYN: Off the record.
(An off the record discussion took place at this time.)
Q (By Mr. Sonnesyn.) Okay. We're back on the record. If you look at your report, which is Exhibit 790, and -- let's see if I can find it here. It's on page 2, under B, Problem Issues, item number 2? You with me?
A **Yes.**
Q It says, "The courtyard drains do not seem to be draining the volume of water that they should," and you refer to photo number 2 --
MR. REILLY: 22.
MR. SONNESYN: 22. Thank you, Pat.
Q (By Mr. Sonnesyn.) And then when I look at 22, right here, it looks dry to me. Am I interpreting that photograph correctly?
A **You are. The reason for referencing the photograph in connection with that statement was simply to show what a drain looked like.**
Q I see. Again looking at Exhibit 790, your report, page 4



under Design Errors, Subsurface Drainage, item number 1, it says, "The waterproofing membrane was flat, not sloped to the drains." Refers to without adequate slope. Do you see that?
A **Yes, I do.**
Q What is the adequate slope for this project?
A **I wasn't hired to determine that. I can't say without having time to study the situation and calculate.**
Q You concluded, though, that the slope was inadequate?
A **I concluded that slope -- there needed to be slope.**
MR. STEPAN: Rolf, just so I'm clear, what slope? Are you talking about the slope of the membrane itself?
MR. SONNESYN: Oh, okay. Let's ask Mr. Campbell.
Q (By Mr. Sonnesyn.) Again looking at Exhibit 790, when you are referring to the waterproofing membrane was flat, not sloped to the drains, what slope are you referring to?
A **The slope of the membrane itself, immaterial of what it's sitting on. The slope of the membrane impacts the effectiveness of subsurface drainage.**
Q If you look at page 5 of Exhibit 790, under subpart e, "The lowest perforations drilled into the side of the drain were two and a half inches above the waterproofing membrane, --



A **Yes.**
Q -- which means that at least two and a half inches of water will always be resting on the membrane." What is your understanding of the process that went into the decision to drill holes into the side of the drain? Do you know anything about that?
A **On this particular project?**
Q Yes.
A **No, I don't.**
Q While we're on it, Exhibit 790, a little bit further down on page 5, it refers to the newer drain pipes? Do you see that in the paragraph right below subpart f?
A **Yes.**
Q What are the newer drain pipes? What is that describing?
A **Apparently there was a repair effort made in some locations by putting perforated PVC drain pipes just a few inches below the surface in order to take some of the water away in the earth.**
Q Are you talking about the drain tile?
A **The reason why we don't use tile any longer in the industry is it's not tile, it's PVC, polyvinyl chloride. But if we say tile all the time, then people won't know whether we really mean tile, which does still exist out there as well. So it would be incorrect to call it drain tile. It's perforated PVC.**



Q Oh, it's incorrect to call it drain tile?
A **That is right.**
Q The next paragraph refers to the drains, and it says, in your opinion, may some day contribute to the overloading of the structural capacity of the precast deck as the permanent water content of the soil keeps increasing. Do you see that?
A **Yes, I do.**
Q Is that speculation on your part?
A **Purely speculation. There is a bathtub situation created. Water is being delivered to the courtyard by virtue of the roofs and by directly being rained on. However, the drains are not keeping up with the surcharge of water that's being supplied. That was confirmed in my destructive test openings by the large quantities of water I encountered at each and every opening. I think it's a reasonable assumption that given enough time, and I don't know how much time, the earth could be so completely saturated that the resultant weight might exceed the design load of the structural precast plank.**
Q Did you measure the amount of water that was -- let's see. At each DTO you found water?
A **Yes.**
Q Was there any way to measure that water?
A **Only by recollection. I could -- there were DTOs where I**