**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit E - a true and correct copy of the INSPEC site plan.**

DEPOSITION EXHIBIT
Campbell 794




| | | | |
|---|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | | |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | | |

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | JL |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. | OF |

x:\water2\private\promenade02.db