**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit F - a true and correct copy of Inadequacies of the Existing Waterproofing Membrane prepared by INSPEC.**

POINT #1: SINCE MANUFACTURER'S LITERATURE STATES THAT VOLCLAY SEAMTAPE "SEALS THE MEMBRANE EDGES AGAINST INCLEMENT WEATHER AND CONSTRUCTION TRAFFIC" PERHAPS IT IS NOT INDENDED TO HAVE THE SAME WATERTIGHTNESS CHARACTERISTICS AS THE MEMBRANE ITSELF AND THEREFORE ALLOWS WATER TO ENTER THROUGH EITHER A FAILURE OR AT A POORLY BONDED FLAP. THEIR LITERATURE ALSO IMPLIES THAT USING THE SEAMTAPE IS OPTIONAL. IF IT WAS NOT INSTALLED AT ALL, THEN THE WATERTIGHTNESS OF ALL THE SEAMS IS HIGHLY SUSPECT FOR THE REASON STATED IN POINT #2.

POINT #2: THE WATER SOLUABLE FILM MUST NOT DISOLVE RIGHT AWAY (SINCE I RECOVERED SOME FOUR YEAR OLD FILM STILL INTACT) WHICH ALLOWS THE WATER TO DRIVE BETWEEN THE MEMBRANES WITHIN THE SEAM AND FINALLY BETWEEN THE MEMBRANE AND THE SUBSTRATE. THIS IS BECAUSE THE NON-DESOLVED FILM KEEPS THE WATER FROM COMING IN DIRECT CONTACT WITH THE BENTONITE/BUTYL COMPOUND PREVENTING THIS COMPOUND FROM HYDRATING AND THEREFORE SEALING AGAINST ADJACENT SURFACES.

POINT #3: CONTRIBUTING TO THE PROBLEM INHERENT TO THIS MEMBRANE IS THE FACT THAT THERE IS INADEQUATE BENTONITE PRESENT IN THE PRODUCT TO PROVIDE GOOD LONG-TERM WATERTIGHTNESS PERFORMANCE. THE BENTONITE/BUTYL RUBBER COMPOUND IS ONLY 70 MILS THICK AND THAT THICKNESS IS SHARED BY BOTH BUTYL RUBBER AND BENTONITE.




# INADEQUACIES OF THE EXISTING WATERPROOFING MEMBRANE

NO SCALE

**DEPOSITION EXHIBIT**

Campbell 796

**PRELIMINARY DRAWING**

**PROJECT:** WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

**CLIENT:** FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | JL |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | | SHT. | OF |

X:\water2\private\promenade02.db