**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company, | Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit G - a true and correct copy of the Swelltite literature.**

Volclay®

# Swelltite®

## Composite Bentonite Waterproofing Membranes



*Three different membranes. One designed for your application.*

Wiegand

Swelltite literature for product version installed at Promenade.
(Wies faxed to Healy Rouine. H-R copied and mailed to me.)

Volclay®

# A Highly Effective Waterproofing System That Permanently Protects Your Structure

Volclay Swelltite® Membranes are tough composite products that provide dual waterproofing protection. The Swelltite product line combines proven active waterproofing benefits of sodium bentonite, with the strength and puncture resistance of geomembrane liners.

Volclay Swelltite Membranes are designed for waterproofing below-grade vertical and horizontal structural surfaces, as well as, above grade split-slab construction such as parking decks, plaza areas, and sports stadiums. Swelltite Membranes are excellent for below-grade concrete block walls and property line waterproofing, such as soldier pile and lagging and metal sheet piling construction.

## Why The Membrane Is So Effective

The ability of Volclay Swelltite to permanently waterproof the structure is based on the unique properties of sodium bentonite and tough geomembrane liners.

Sodium bentonite prevents water intrusion with a natural microscopic platelet structure that expands upon contact with water. The expansion pushes the platelets tighter together, quickly sealing off any water migration. The Volclay sodium bentonite expansion confined under pressure, forms an impervious membrane that will be maintained for the life of the structure.

Providing an additional waterproofing layer, is a tough flexible geomembrane liner. Swelltite geomembrane liners function as both an outer layer of waterproofing and a protection course. The liner protects the Volclay bentonite compound from inclement weather and potential construction related damage. In the event water circumvents the geomembrane liner, the Volclay sodium bentonite compound reacts- expanding- stopping water intrusion.

If penetrated after installation, Volclay Swelltite will self heal and can seal tiny cracks caused by ground settlement, concrete shrinkage, or seismic action-problems over which there is normally no control.

## Easy To Install System

Installation of Swelltite is fast and easy. Simply roll the membrane into place and fasten. Swelltite does not have a messy release paper that must be removed and then disposed of. Swelltite can be easily cut on-site to form around corners and penetrations. Primer is not required for most installations. The result is a consistent self-healing membrane over the entire project-whether your protecting 400 square feet or 400,000 square feet.

## Cost-Efficient, Time Efficient

Swelltite can be applied as soon as the forms are stripped at virtually any temperature. There is no waiting for the concrete to cure. Swelltite seams are easily overlapped without the need to roll-out every small wrinkle or air pocket, that can reduce the performance of fully-adhered products. Utilizing Swelltite's 20 mil thick geomembrane liner, no additional protection course is required- thus eliminating the cost of material and an additional labor step.






**Swelltite Expansion**
Swelltite 3000 shown before and after 24 hours of submersion in water.

Swelltite

## A Membrane Designed For Your Application

Three Swelltite® Membranes are manufactured at different factory-controlled thicknesses, assuring the contractor, specifier and the owner of consistent material application.



### Swelltite 1000 (60 Mils)

Swelltite 1000 is designed primarily for horizontal split-slab construction with a thin or lightweight topping slab.



### Swelltite 3000 (90 Mils)

Swelltite 3000 is designed primarily for vertical free standing walls, earth-covered roofs and tunnels, and heavy split-slab construction. Swelltite 3000 may also be used to waterproof property line construction.



### Swelltite 6000 (150 Mils)

Swelltite 6000 is a specialty product designed to handle extreme property line construction and horizontal split-slab construction. Swelltite 6000 is also used in high saline and contaminated soil conditions.



Water seeps through cracks in topping slab and travels along membrane until it finds a crease, wrinkle or damaged area.



The seeping water immediately activates the bentonite which swells and seals the base slab preventing the water from leaking into occupied space.

# A Single Source System With Proven Performance

The Volclay Waterproofing System can waterproof the entire below-grade and plaza areas of your structure with materials from a single manufacturer. There is no need to specify dissimilar systems from different manufacturers for your blind side, positive side and plaza deck waterproofing applications.

Volclay Swelltite is part of a complete waterproofing system engineered by CETCO's Building Materials Division. To assure a proper tie-in, each product in the Volclay Waterproofing System is compatible, and designed to work with all other Volclay products. As a result there is not a concern about potential water leaks where waterproofing systems from two different manufacturers meet.

Proven quality and ease of installation have made Swelltite a market leader in the waterproofing industry. Over 25 million square feet of Swelltite have been installed throughout the world.



Represented By:

**WARRANTY**

The information and data contained herein are believed to be accurate and reliable. Specifications and other information contained herein supersede all previously printed material and are subject to change without notice.

Manufacturer warranty of bonded system is available. Contact seller for terms and sample document including all limitations.

All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether express or implied by operation of law or otherwise including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the goods, or from any other cause relating thereto, and seller's liability hereunder in any case is expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing within thirty (30) days from the date buyer discovered or should have discovered any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to conditions after shipment. Performance guarantees are normally supplied by the applicator.

NOTE: Expansion joints shall be the responsibility of OTHERS.

CETCO

COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY

Building Materials Division • 1350 W. Shure Drive • Arlington Heights, IL 60004 • 708-392-5800 • FAX 708-506-6195

*Quality from the ground up.*

# Volclay Waterproofing



# VOLCLAY® WATERPROOFING PRODUCTS

*Volclay® Waterproofing products from Colloid Environmental Technologies Company offer total solution waterproofing. With CETCO's single source capability, you can be sure of a totally integrated waterproofing system that yields ultimate performance. Each product uses the natural swelling and self-healing properties of Volclay sodium bentonite. This unique mineral was formed from volcanic ash and saltwater millions of years ago, making Volclay products the most environmentally sensitive on the market today. All contain zero VOC, can be installed in almost any weather condition to green concrete, and most importantly, have proven effective for more than 25 years.*

*[illegible] Volclay bentonite in Volclay Panels.*



*Panels after backfilling and prior to Volclay activation.*



*Initial activation upon contact with fresh water for 24 hours.*



*Resulting [illegible] layer after complete [illegible] of kraft paper.*



*Type 1 Panel*

*When wetted, unconfined bentonite can swell up to 16 times its dry volume. When confined under pressure, the bentonite forms an impervious, water-resistant membrane. With the Volclay Waterproofing System, the problem activates the solution, reliably and automatically. If penetrated after installation, Volclay waterproofing will self heal and can seal tiny cracks caused by ground settlement, concrete shrinkage, or seismic action: problems over which there is normally no control.*

## Volclay Panels

Volclay Panels are specifically designed for installation on wall surfaces and under slabs. They form the foundation of CETCO's integrated waterproofing system. The flutes of these special 4' x 4' corrugated kraft panels are filled with Volclay bentonite, assuring a controlled one pound per square foot application of waterproofing material. Most importantly, there is a Volclay Panel designed to meet your specific need.

**Type 1**—for standard vertical and horizontal applications. Installed by overlapping.

**Type 1C**—special version of the Type 1 Panel designed specifically for horizontal applications under slabs at least six inches thick, or installations where dewatering is difficult. These panels feature a temporary, water-resistant coating to inhibit premature hydration. Often, they eliminate the need for a mud slab.

**Volclay-CR**—For installations where groundwater is contaminated or has a high level of salt concentration, specify Volclay-CR. The specially treated contaminant resistant (Volclay CR) bentonite eliminates the need for fresh water prehydration, and assures optimum performance.

## Volclay Panel Advantages

- **Zero VOC, all natural materials**
- **Assures one pound per square foot uniform application of Volclay bentonite**
- **Easy handling and installation in all weather conditions**
- **Can be applied as soon as forms are stripped**
- **Eliminates need for mud slab**

## Voltex

Voltex is a high strength, durable geotextile-based Volclay Waterproofing product designed for vertical and horizontal surfaces, such as under-slab and property line waterproofing, metal sheet piling, soldier pile and lagging, and concrete caisson construction. Voltex is able to withstand deterioration before and after the concrete is poured.

The manufacturing of Voltex assures that a minimum of one pound of Volclay sodium bentonite per square foot is uniformly encapsulated between two high-strength woven and non-woven polypropylene geotextiles. CETCO's state-of-the-art needlepunching process locks the fabrics, inhibiting migration of both granular and hydrated bentonite.

When concrete is poured against Voltex, a tenacious mechanical bond is created with Voltex's high-strength geotextile, yielding an average adhesion value of 15 lbs. per linear inch.

**Advantages:**
- **Durability:** Voltex withstands inclement weather and potential construction related damage
- **Superior Adhesion:** Voltex's mechanical bond tenaciously secures product and prevents water migration
- **Cost Effective:** Voltex is designed to be installed on a properly prepared subgrade without the need to pour a working slab



Voltex under-slab installation



Volclay Panels on free standing walls

## Swelltite

Swelltite membranes are tough composite products that provide dual waterproofing protection. Swelltite combines the natural waterproofing abilities of Volclay bentonite and butyl rubber with the strength and puncture resistance of a geomembrane liner. If water penetrates the liner layer, the bentonite activates to halt water movement.

Swelltite membranes are easy to install. They can be applied in all weather conditions to green concrete without primer or adhesives. Swelltite is conveniently packaged in easy to handle 40 inch wide protected rolls. The unique design also eliminates the use of release paper and the tough geomembrane liner eliminates the need for protection board on most installations.

Swelltite membranes are available at a variety of factory controlled thicknesses for installation on split slab construction, vertical free standing walls, concrete block walls and property line applications. Proven quality and ease of installation have made Swelltite a market leader in the waterproofing industry. Over 30 million square feet have been installed worldwide.

**Advantages:**
- Dual waterproofing protection
- Prevents movement of water even if geomembrane is punctured
- All weather installation without primers or adhesives
- Eliminates release paper and protection board



Swelltite split-slab installation

## Waterstop-RX

Waterstop-RX is a bentonite and butyl rubber-based waterstop designed for concrete construction joints in both hydrostatic and non-hydrostatic conditions. Upon hydration, Waterstop-RX swells to form a self-healing pressure seal that locks out water and prevents migration in concrete joints. Waterstop-RX is proven effective when exposed up to 200 feet of hydrostatic pressure. The product is lightweight and flexible, and can be applied to concrete, steel or PVC using Volclay WB-Adhesive with only a single laborer.

**Advantages:**

- Lightweight and flexible, easily conforms to irregular surfaces.
- Easily applied around penetrations and to existing concrete without destructive chipping or expensive concrete sawing.
- Does not require split forming or splicing.
- Available in variety of sizes, accommodating light or heavy construction.



*Waterstop-RX*

*Waterstop-RX at pipe penetration*

Note: Waterstop-RX is not an expansion joint material and should not be used as such. In cases of lightweight concrete or insufficient coverage, consult the manufacturer.

Install all Volclay waterproofing products in strict accordance with manufacturer's recommendations.

## Aquadrain

Aquadrain prefabricated drainage panels are designed to keep water away from your structure. Aquadrain 10X, 15X and 15XF reduce below grade hydrostatic pressure and promote efficient drainage on vertical walls. Aquadrain 20H and 30H are specifically designed for horizontal applications that must withstand vehicular loads and require high fabric tensile strength, such as parking garage and plaza decks.

**Also available from CETCO:**

*Accoguard™ traffic bearing coatings* feature a unique single-component, chemical-cure chemistry that eliminates the need for messy on-site mixing. Quick and easy to apply. Accoguard also offers unsurpassed durability. Available in eight standard colors or customized to your needs. Accoguard is the ideal waterproofing coating for parking structures, stadiums, plazas and balconies. A 100 percent solids single-component system is available for confined spaces.

*Contact CETCO for complete information.*

Represented By:

**WARRANTY**

The information and data contained herein are believed to be accurate and reliable. Specifications and other information contained herein supersede all previously printed material and are subject to change without notice.

Manufacturer's warranty of installed systems is available. Contact seller for terms and complete document including all exclusions.

All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether express or implied by operation of law or otherwise including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the goods, or from any other cause relating thereto, and seller's liability hereunder in any case is expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing within thirty (30) days from the date buyer discovered or should have discovered, any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by the applicator.

NOTE: Expansion joints shall be the responsibility of OTHERS.

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
*Building Materials Group*
1350 W. Shure Drive
Arlington Heights, IL 60004
847-392-5800
FAX 847-506-6195
800-527-9948

*Quality from the ground up.™*

# Volclay Swelltite®

COMPOSITE BENTONITE WATERPROOFING MEMBRANES

## Membrane Waterproofing For Split Slab Construction Concrete Foundation Walls Masonry Block Walls Property Line Construction Plaza Decks

**Swelltite 1000**
—40" x 45 Ft. Rolls

**Swelltite 3000**
—40" x 30 Ft. Rolls

**Swelltite 6000**
—40" x 20 Ft. Rolls

**Index Sections**


1 Product Description
2 General Applications
3 Performance Characteristics
4 Product Accessories
5 Surface Preparation
6 Weather Conditions
7 Horizontal Surface Installation
8 Concrete Wall Installation
9 Masonry Block Walls
10 Property Line Installation
11 Grade Terminations
12 Protection Course
13 Topping Weight
14 Flood Testing



**American Colloid Company**
Building Materials Group
1500 West Shure Drive
Arlington Heights, IL 60004
(708) 392-4600 • Telex ITT 4330321 • FAX 708-506-6195


Printed in U.S.A. 4-94-5M

## Section 1
## Product Description

Volclay Swelltite Waterproofing Membranes are a composite of geomembrane liner integrally bonded to a patented sodium bentonite compound. A water-soluble film (patent pending) is applied to the opposite side of the bentonite compound for additional protection of the bentonite compound (see Figure 1.1).

Three Swelltite Membranes are manufactured in different factory-controlled thicknesses, assuring the contractor, specifier and the owner of consistent material application. Membrane thicknesses differ by thickness of the bentonite compound and the geomembrane liner. Products are Swelltite 1000, Swelltite 3000, and Swelltite 6000 (see Table 1.2).

**Swelltite 1000** is manufactured to a minimum 60 mils (1.5 mm) thickness. Swelltite 1000 is a composite of 4 mil high density, cross laminated polyethylene liner integrally bonded to 56 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. Swelltite 1000 roll size is 40" × 45' (1.02 m × 13.7 m).

**Swelltite 3000** is manufactured to a minimum 90 mil (2.3 mm) thickness. Swelltite 3000 is a composite of a 20 mil geomembrane liner integrally bonded to 70 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. Swelltite 3000 roll size is 40" × 30' (1.02 m × 9.2 m).

**Swelltite 6000** is manufactured to a minimum 150 mil (3.8 mm) thickness. Swelltite 6000 is a composite of a 20 mil geomembrane liner integrally bonded to 130 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. Swelltite 6000 roll size is 40" × 20' (1.02 m × 6.1 m).

Each roll of Swelltite is individually packaged in a lightweight, water resistant polyethylene bag for easy handling and use. Each membrane type has a different color bag: 1000–blue; 3000–red; and 6000–green. Corrugated box packaging is added for international shipments.

## Section 2
## General Applications

Volclay Swelltite Membranes are designed for waterproofing below grade vertical and horizontal structural surfaces, as well as above grade split-slab construction such as parking decks, plaza areas, and sports stadiums. Swelltite Membranes are excellent for below-grade concrete block foundation walls and property line waterproofing, such as soldier pile and lagging, and metal sheet piling construction. **Swelltite Membranes are not designed for waterproofing expansion joints. Expansion joints are the responsibility of others.**

**Swelltite 4000** is designed primarily for horizontal split-slab construction with a thin or lightweight topping slab.

**Swelltite 3000** is designed primarily for vertical freestanding walls, earth-covered roofs and tunnels, and heavy split-slab construction. Swelltite 3000 may also be used to waterproof property line construction.

**Swelltite 6000** is a specialty product designed to handle extreme property line construction and horizontal below grade work. Swelltite 6000 is also used in high saline or contaminated soil conditions. Consult manufacturer for application recommendations.




Figure 1.1 – Volclay Swelltite Waterproofing Membrane

| | PRODUCT 4000 | 3000 | 6000 |
|---|---|---|---|
| Total Thickness, mils | 60 | 90 | 150 |
| Geomembrane | 4 | 20 | 20 |
| Bentonite Compound | 56 | 70 | 130 |
| Width (in) | 40 | 40 | 40 |
| Length (ft) | 45 | 30 | 20 |
| Sq Ft/Roll | 150 | 100 | 68 |
| Roll Weight, lbs | 78 | 75 | 86 |

TABLE 1.2 SWELLTITE PRODUCT TABLE

## Section 3
## Performance Characteristics

Volclay Swelltite Membranes are dual waterproofing composites that combine the strength and puncture resistance of geomembrane liners with the proven active waterproofing of sodium bentonite. Swelltite Membranes are rated by the manufacturer for a maximum of 150 ft hydrostatic head pressure.

The flexible, tough geomembrane liner functions as both the first layer of waterproofing and a protection course. The geomembrane liner protects the bentonite compound from inclement weather and possible construction related damage. (Note: Swelltite 1000 requires a protection course.) In the event the water should circumvent the geomembrane liner, the sodium bentonite compound reacts with the water and swells. This swelling effectively seals off the water intrusion and prevents the water from penetrating the structure or moving laterally.

**The unique water soluble film (patent pending) does not require removal prior to membrane installation. Upon hydration the water soluble film completely dissolves, readily allowing the bentonite to be in direct contact with the structure. This eliminates the necessity of using a sheet of nonbiodegradable release paper that must be removed prior to installation and disposed of by applicable regulations.**

## Section 4
## Product Accessories

**Volclay M-2000 Liquid Flashing®**
Volclay M-2000 Liquid Flashing is a high solids, bitumen modified polyurethane waterproofing mastic in a trowel grade form for use with Volclay Swelltite Membranes. Volclay M-2000 is a single-component moisture curing elastomer that meets the requirements of ASTM C836-84. Volclay M-2000 is a non-flammable non-hazardous material.

Volclay M-2000 is used as a detailing membrane around penetrations drains and at corner transitions for **horizontal** Swelltite installations.

**Volclay Bentoseal®**
Volclay Bentoseal is a patented trowel grade sodium bentonite compound used as a detailing membrane around penetrations and at corner transitions for **vertical** Swelltite installations. Bentoseal is a non-flammable, non-hazardous material.

**Note:** Volclay M-2000 Liquid Flashing may be used on vertical wall applications. Bentoseal should not be used for horizontal plaza deck or roof applications, including horizontal to vertical wall intersections. Consult manufacturer.

**Volclay A-2000WB Adhesive®**
Volclay A-2000WB Adhesive is specially formulated for Volclay Swelltite Membranes. Volclay A-2000WB is used to adhere Swelltite to vertical free standing concrete and masonry walls. Volclay A-2000WB may be used to adhere Swelltite to horizontal surfaces. Volclay A-2000WB is a non-flammable, non-hazardous material. **Do not freeze.**

**Volclay Termtape®**
Volclay Termtape is an extremely tacky butyl rubber tape used to terminate Swelltite Membrane installations at grade. Volclay Termtape is 35 mil thick by 3" (7.5 cm) wide by 100' (9.7 M) long.

**Volclay Seamtape®**
Volclay Seamtape is an extremely tacky butyl rubber tape used to seal Swelltite Membranes' overlap seams. Volclay Seamtape seals the membrane edges from inclement weather and construction debris and traffic. Volclay Seamtape is 35 mil thick by 2" (5 cm) wide by 125' (12.1 M) long.

## Section 5
## Surface Preparation

**Concrete Surfaces**
Concrete surfaces should be free of large voids or projections. Remove all loose stone or debris. Parge flush all honeycombing or voids with cementitious grout, M-2000 or Bentoseal. Form-tie holes shall be filled completely with cementitious grout.

Concrete surfaces to receive Volclay M-2000 should be water cured and in place a minimum of seven days prior to application. Swelltite Membranes, Volclay M-2000, and Volclay A-2000WB are compatible with clear, resin based curing compounds containing no oil, wax or pigment.

**Property Line Surfaces**
All property line surfaces shall be reasonably smooth and without large voids. Soldier pile and lagging voids between lagging members should not be greater than 1½" (3.75 cm). Large voids shall be covered with plywood and the void cavity shall be completely filled.

Consult manufacturer for installation recommendations on conditions not stated herein.

## Section 6
## Weather Conditions

Install Volclay Swelltite only in dry weather. Installation should not proceed when work areas are flooded or excessively wet, nor when rain can be reasonably anticipated before Swelltite can be properly installed and protected.



Bentoseal may have been used at horiz. to vertical wall intersections but since I could not be at least 60% sure, I left out of report.

## Section 7
## Horizontal Surface Installation

Before membrane is installed, detail all drains, transition corners, and penetrations as follows:

**Drains.** Trowel a minimum 90 mil thick layer of Volclay M-2000 on the drain ring and into the drain's inward throat slope. Extend M-2000 a minimum of 6" (15 cm) around the drain (see Figure 7.1). Allow M-2000 to cure a minimum of 12 hours prior to installing membrane. After Swelltite Membrane is installed to contour drain, apply a 60 mil thick layer of Volclay M-2000 to counter flash membranes edge.

**Transition Corners.** Apply a ¾" (1.9 cm) thick Volclay M-2000 fillet to inside transition corners. Then extend M-2000 at 90 mil minimum thickness for 6" (15 cm) in both directions from the corner (see Figure 7.2). Allow M-2000 to cure a minimum of 12 hours prior to installing membrane.

**Penetrations.** Trowel a minimum ¾" (1.9 cm) cant of Volclay M-2000 around the penetration. Extend M-2000 outward from penetration a minimum of 6" (15 cm) at minimum 90 mil thick (see Figure 7.3). After membrane has been installed overlapping M-2000 2" (5 cm), apply a 60 mil thick counter flashing of M-2000 at the membrane edge.

**Horizontal Membrane Installation.** Install Swelltite Membrane with bentonite compound toward the structure (liner facing installer) from low point to the high point across the fall line to create a shingle-type installation. Stagger membrane ends and overlap all membrane edges a minimum of 2" (5 cm). Adhere Swelltite 1000 with A-2000WB Adhesive. Swelltite 3000 and Swelltite 6000 may be secured with A-2000WB or mechanical fasteners.

**Adhesive Installation.** Apply A-2000WB at a rate of 150 square feet (15.1 sq. m) per gallon (3.8 liters). Allow adhesive to dry black from gray. Install membrane on cured black adhesive within six (6) hours.

or

**Mechanical Fastening.** Install mechanical fasteners 24" (60 cm) on center or as required at all horizontal and vertical overlap edges to secure membrane and hold down overlap seam.

When specified or for any anticipated inclement weather, seal all overlap seams with Volclay Seamtape (see Figure 7.5). Terminate membrane system with Volclay Termtape (see Section 11).

Swelltite 1000 requires a protection course (see Section 12—Protection Course). Place and compact backfill to minimum 85% within one week of membrane installation.

Consult manufacturer if deck is precast concrete units or for other conditions not stated herein.




Figure 7.1 – Deck and floor drain detail




Figure 7.2 – Deck and floor transition corner detail




Figure 7.3 – Deck and floor penetration detail




Figure 7.4 – Horizontal edge detail




Figure 7.5 – Horizontal membrane overlap detail




Figure 7.6 – Horizontal joint and crack detail




Figure 7.7 – Typical paver detail




Figure 7.8 – Typical "T" beam detail




Figure 7.9 – Horizontal to vertical detail




Figure 7.10 – Horizontal to vertical panel detail




Figure 7.11 – Outside corner detail

## Section 8
## Concrete Wall Installation

Before membrane is installed to concrete walls, detail all vertical inside corners, penetrations, and the footing/wall joint as follows:

**Vertical inside corners.** Install a ¾" (1.9 cm) thick continuous cant of Volclay Bentoseal at all vertical inside corners.

**Penetrations.** Apply a ¾" (1.9 cm) thick cant of Volclay Bentoseal around penetration. Extend Bentoseal a minimum 6" (15 cm) outward from penetration 90 mils thick. After Swelltite Membrane is installed around penetration apply a counter flashing of Bentoseal at membrane's edge.

**Footing/wall joint.** Install at footing/wall joint a continuous 2" (5 cm) cant of Volclay Waterstoppage.

Swelltite Membranes may be installed horizontally or vertically in orientation. Install membrane with sodium bentonite compound toward the structure (geomembrane liner facing installer).

**Membrane installation.** Starting at the bottom, install the membrane **horizontally** over the Waterstoppage cant and onto the footing a minimum of 6" (15 cm). All succeeding membrane lifts may be installed either horizontally or vertically. Fasten all edges with washer-headed fasteners every 2' (60 cm) on center or less as required to contour surface. Overlap vertical and horizontal membrane edges a minimum of 2" (5 cm)—staggering vertical seams. Repeat 2' (60 cm) fastening, staggered between first fasteners on all edges.

Swelltite 1000 shall be installed with Volclay A-2000WB Adhesive. Apply A-2000WB to the clean, dry concrete surface at a rate of 150 square feet (15 sq m) per gallon. Allow adhesive to cure completely black. Install membrane on cured adhesive within six (6) hours. Swelltite 3000 and Swelltite 6000 Membranes may also be installed with A-2000WB Adhesive.

When specified or for inclement weather, seal all overlap seams with Volclay Seamtape (see Figure 9.2). Terminate grade line edge with Volclay Termtape (see Section 11).

Swelltite 1000 requires a protection course (see Section 12—Protection Course). Place and compact backfill to minimum 85% modified proctor within one week of membrane installation.

**Note:** When hydrostatic conditions exist, the vertical waterproofing must continuously overlap the underslab waterproofing. Consult manufacturer for instructions.




Figure 8.1 – Concrete Wall Footing/Wall Joint (non-hydrostatic condition)




Figure 8.2 – Concrete Wall with vertical footing surface (non-hydrostatic condition)




Figure 8.3 – Concrete Wall Footing/Wall Joint (hydrostatic condition)




Figure 8.4 – Concrete wall – (non-hydrostatic condition)




Figure 8.5 – Outside corner




Figure 8.6 – Inside corner

## Section 9
## Masonry Block Walls

All mortar joints shall be completely filled and struck flush before membrane is installed to masonry block walls (see Figure 9.1). Detail all vertical inside corners, penetrations, and footing/wall joints per the Concrete Wall Installation procedures (see Section 8).

Adhere Swelltite Membranes to masonry block walls with Volclay A-2000WB Adhesive. Apply A-2000WB at a rate of 125-150 square feet (14 sq m) per gallon (3.8 liters). Allow adhesive to cure completely black. Install membrane on cured black adhesive within six (6) hours. **Do not use mechanical fasteners to secure Swelltite Membranes to masonry block walls.**

Starting at the wall/footing intersection, install Swelltite Membrane **horizontally** (see Figure 9.2) with bentonite compound toward structure (liner facing installer). Membrane should extend over Waterstoppage cant and onto footing a minimum of 6" (15 cm). All succeeding membrane lifts may be installed either horizontally or vertically. Overlap all vertical and horizontal membrane edges a **minimum 2" (5 cm)** (see Figure 9.3 ). Stagger vertical joint seams of succeeding membrane lifts.

Install Volclay Seamtape on center of all membrane overlap seams (see Figure 9.2). Terminate membrane at grade line with Volclay Termtape (see Section 11—Grade Terminations).

Swelltite 1000 requires a protection course (see Section 12—Protection Course). Place and compact backfill to minimum 85% modified proctor within two weeks of membrane installation.

Consult manufacturer for installation recommendations on conditions not stated herein.




Figure 9.3 - Pipe penetration




Figure 9.1 – Masonry joint detail




Figure 9.2 - Masonry block wall

## Section 10
## Property Line Installation

Use only Volclay Swelltite 3000 or Swelltite 6000.

Property line retaining wall should be reasonably smooth. Gaps between lagging in excess of 1½" (1.25 cm) must be filled with grout or other approved solid material. Extremely large void areas or irregular surfaces shall be covered with plywood or Aquadrain®—void cavity completely filled. If water is penetrating the retaining wall, a 6-mil polyethylene should be secured over the area before membrane is installed.

Beginning at the lowest level, install Swelltite Membrane horizontally with the bentonite compound outward from the retaining wall (facing installer). Fasten top edge every 12" (30 cm) or as required to contour and hold membrane securely in place. All succeeding membrane lifts may be installed either horizontally or vertically. Overlap all horizontal and vertical membrane edges a minimum of 2" (5 cm).

Fasten all overlap seams a minimum 12" (30 cm) on center or as required to contour surface.

Trowel Bentoseal over and around all tie-backs and around penetrations a minimum of ¾" (2 cm) thick. Extend Bentoseal onto membrane face a minimum 2" (5 cm) at 90 mils thick.

Consult manufacturer for installation recommendations on conditions not stated herein.




Figure 10.1 – Soldier pile and lagging detail




Figure 10.2 – Soldier pile and lagging detail with prefabricated Aquadrain drainage




Figure 10.3 – Shotcrete retention wall detail




Figure 10.4 – Steel sheet piling detail




Figure 10.5 – Concrete cassion wall detail




Figure 10.6 – Soldier pile and lagging




Figure 10.7 – Underslab to vertical transition detail




Figure 10.8 – Soldier pile tieback detail

## Section 11
## Grade Terminations

Mark grade line with chalk line. Apply A-2000WB Adhesive under chalk line a minimum of 12" (30 cm) wide and allow to cure black. Install membrane to adhesive with top edge 2" (5 cm) under chalk line. (If necessary, fasten 12" (30 cm) on center or less as required to secure membrane.) Install Volclay Termtape on center of membrane's top edge. Press Volclay Termtape firmly against cured A-2000WB and Swelltite's geomembrane liner.

**Note:** A-2000WB Adhesive is not required on Swelltite's geomembrane liner.

## Section 12
## Protection Course

Swelltite 1000 requires a protection course for both vertical and horizontal installations. Approved protection course materials include: Aquadrain, ⅛" or thicker hard impregnated board, 25 psi or greater rigid extruded polystyrene (minimum 1" (2.5 cm) thick), or 90 lb. roof capping sheet. Adhere protection course with a general construction mastic.

Swelltite 3000 and Swelltite 6000 do not require an additional protection course for applications stated herein. Consult manufacturer when special conditions exist.

## Section 13
## Topping Weight

A minimum topping weight is required continuously over entire Swelltite Membrane installation. Minimum topping weight of 10 lbs. (4.54 kg) per square foot is required for both Swelltite 1000 and Swelltite 3000. Swelltite 6000 requires a minimum 20 lbs. (9.08 kg) per square foot.

Topping weight is the total weight of the topping material (concrete, asphalt, backfill or pavers) combined with the weight of any protection, drainage, insulation or leveling materials. Minimum approved topping slab thickness is 2" (5 cm) for Swelltite 1000 and Swelltite 3000; and 3" (7.5 cm) for Swelltite 6000.

Consult manufacturer for installation recommendations on conditions not stated herein.

## Section 14
## Flood Testing

Flood testing of Swelltite Membranes is not required, nor recommended. When a flood test is specified, Volclay Seamtape is required over all membrane and up seams and exposed edges. Consult manufacturer for special installation instructions.




Figure 11.1 – Vertical wall termination. (Typical for poured in place or block)

American Colloid Company
Building Materials Group
1500 West Shure Drive
Arlington Heights, IL 60004
(708)392-4600 • Fax (708)506-6195

**WARRANTY**

The information and data contained herein are believed to be accurate and reliable. Specifications and other information contained herein supersede all previously printed material and are subject to change without notice.

Manufacturers warranty of installed system is available. Contact seller for terms and sample document including all limitations.

All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether express or implied by operation of law or otherwise including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the goods, or from any other cause relating thereto, and seller's liability hereunder in any case is expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing within thirty (30) days from the date buyer discovered or should have discovered, any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by the applicator.

Note: Expansion joints shall be the responsibility of OTHERS.

# SPEC-DATA®

This Spec-Data sheet conforms to editorial style prescribed by The Construction Specifications Institute. The manufacturer is responsible for technical accuracy.

CETCO

7 WATERPROOFING Composite Bentonite Waterproofing

Colloid Environmental Technologies Company September 1994

**1. PRODUCT NAME**

Volclay SWELLTITE® Composite Bentonite Waterproofing Membranes

**2. MANUFACTURER**

ColloidEnvironmental Technologies Company (CETCO)
Volclay Waterproofing Division
1350 West Shure Drive
Arlington Heights, IL 60004
Phone: (708)392-5800
Fax: (708)506-6195

**3. PRODUCT DESCRIPTION**

***Basic Use:*** Volclay SWELLTITE membranes are designed for waterproofing below grade vertical and horizontal structural surfaces, as well as above grade split-slab construction such as parking decks, plaza areas, and sports stadiums. SWELLTITE membranes are excellent for below grade masonry block walls and property line waterproofing, such as soldier pile and lagging, and metal sheet piling.

SWELLTITE membranes are dual waterproofing composites that combine the strength and puncture resistance of geomembrane liners with the proven active waterproofing of sodium bentonite.

The flexible, tough geomembrane liner functions as both the first layer of waterproofing and a protection course. The geomembrane liner protects the bentonite compound from inclement weather and possible construction related damage. (Note: SWELLTITE 1000 requires a protection course). In the event that water should circumvent the geomembrane liner, the sodium bentonite compound reacts with the water and swells. This swelling effectively seals off water intrusion and prevents the water from penetrating the structure or moving laterally behind the membrane.

**The unique water soluble film (patent pending) does not require removal prior to membrane installation.** Upon hydration the water soluble film completely dissolves, readily allowing the bentonite to be in direct contact with the structure. This eliminates the necessity of using a nonbiodegradable release paper that must be removed prior to membrane installation and disposed of by applicable regulations.

Swelltite is manufactured in three factory-controlled thicknesses, assuring the contractor, specifier and owner of consistent material installation. Products include SWELLTITE 1000, SWELLTITE 3000, and SWELLTITE 6000 with a complete line of accessories. SWELLTITE 1000 is designed primarily for horizontal split-slab construction with a thin or lightweight topping slab. SWELLTITE 3000 is designed primarily for vertical free-standing walls, earthcovered roofs and tunnels, heavy split-slab construction, and property line construction. Swelltite 6000 is a specialty product designed for extreme property line construction and horizontal below grade work. SWELLTITE 6000 is also used in high saline or contaminated soil conditions.

***Composition and Materials:*** SWELLTITE 1000 is manufactured to a minimum 60 mil (1.5 mm) thickness. Swelltite 1000 is a composite of 4 mil high density, cross laminated polyethylene liner integrally bonded to 56 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. SWELLTITE 1000 roll size is 40" x 45' (1.02m x 13.7m) – 150 sq. ft.

SWELLTITE 3000 is manufactured to a minimum 90 mil (2.3 mm) thickness. SWELLTITE 3000 is a composite of a 20 mil geomembrane liner integrally bonded to 70 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. SWELLTITE 3000 roll size is 40" x 30' (1.02m x 9.2m) – 100 sq. ft.

SWELLTITE 6000 is manufactured to a minimum 150 mil (3.8 mm) thickness. SWELLTITE 6000 is a composite of a 20 mil geomembrane liner integrally bonded to 130 mils of sodium bentonite compound with a 1.5 mil thick water soluble film. SWELLTITE 6000 roll size is 40" x 20' (1.02m x 6.1m) – 68 sq. ft.

***Swelltite accessories are as follows:***

M-2000 LIQUID FLASHING - trowel grade urethane mastic for horizontal membrane installation detailing.

BENTOSEAL® - trowel grade bentonite compound for vertical wall detailing.

A-2000WB ADHESIVE - water-based adhesive used to secure membrane to both horizontal and vertical surfaces.

SEAMTAPE - 0.035" x 2" X 125' roll of black butyl sealant for sealing membrane overlap seams.

TERMTAPE - 0.035" x 3" X 100' roll of gray butyl sealant for sealing membrane terminations at grade.

WATERSTOPPAGE- specially treated granular sodium bentonite.

***Packaging:*** 25 rolls per pallet. Each roll of Swelltite is individually packaged in water resistant polyethylene bag for easy handling and use. Each membrane type has a different color bag: 1000 - blue; 3000 - red; and 6000 - green. Corrugated box packaging is added for international shipments.

***Limitations:*** Swelltite should not be installed in standing water or when precipitation is forecasted. If ground water contains strong acids, alkalies, or is of a conductivity of 10,000 µmhos or greater, water samples should be submitted to the manufacturer for compatibility testing.

**Swelltite is not an expansion joint sealant. Expansion joints are the responsibility of others.**

Swelltite requires a minimum ballest weight per square foot distributed over the entire membrane area.

Swelltite can seal cracks up to 1/16".

Swelltite must be installed with accessory products as recommended by manufacturer to provide a watertight seal.

When hydrostatic conditions exist, the vertical waterproofing

The ten-point Spec-Data® format has been reproduced from publications copyrighted by CSI, 1964, 1965, 1966, 1967, and used by permission of The Construction Specifications Institute, Alexandria, VA 22314.



CETCO
Colloid Environmental Technologies Company September 1994 (Supersedes May 1994)
7 WATERPROOFING Composite Bentonite Waterproofing

must continuously overlap the underslab waterproofing. Consult manufacturer for instructions.

**4. TECHNICAL DATA**

**Sodium Bentonite Compound**

| | |
|---|---|
| Montorillonite Content (%) | 75 |
| Free Swell (cc/2g) USP-NF-XVII | 16 |
| Water Absorption (% by wt) ASTM E 946 | 900 |

**Membrane Composite (20 mil liner)**

| | |
|---|---|
| Puncture Resistance (lbs) FTMS 101C | 60 |
| Permeability (cm/sec) ASTM D5084 | 3 x 10⁻⁹ |
| Tear Resistance (lbs) ASTM D1004 | 33 |
| Pliability ASTM D746 | Passed |

**5. INSTALLATION**

***Surface Preparation:*** Concrete surfaces should be free of large voids or projections. Remove loose stone or debris. Parge flush all honeycombing or voids with cementitious grout or M-2000. Form-tie holes shall be filled completely with cementitious grout.

Concrete surfaces to receive M-2000 should be water cured and in place a minimum of seven days prior to application.

All property line surfaces shall be reasonably smooth and without large voids. Voids between lagging members should not be greater than 1-1/2" (3.75 cm). Large voids shall be covered with plywood and the void cavity shall be completely filled and compacted.

Membrane Installation: Adhere SWELLTITE 1000 with A-2000WB ADHESIVE. SWELLTITE 3000 and SWELLTITE 6000 may be secured with A-2000WB or washer-headed mechanical fasteners.

Adhesive Installation: Apply A2000WB ADHESIVE to concrete at a rate of 150 square feet (15 sq m) per gallon (3.8 liters). Coverage rate on masonry block walls will be 125 square feet (14 sq m) per gallon. Allow adhesive to dry black from gray. Install membrane on cured black adhesive within six (6) hours.

Mechanical Fastening: Install washerheaded mechanical fasteners minimum 12" (30 cm) on center or less as required to contour surface at all overlap edges. (Do not use mechanical fasteners to secure membrane to masonry block walls.)

HORIZONTAL SURFACE INSTALLATION: Before membrane is installed, detail all drains, transition corners, and penetrations with Volclay M-2000. Allow M-2000 to cure a minimum of 12 hours prior to installing membrane.

Drains: Trowel a minimum 90 mil thick layer of Volclay M-2000 on the drain ring and into the drain's inward throat slope. Extend M-2000 a minimum of 6" (15 cm) around the drain. After membrane is installed to contour drain, apply a 60 mil thick layer of M-2000 to counter flash membranes edge.

Transition Corners: Apply a 3/4" (1.9 cm) thick M-2000 fillet to inside transition corners. Then extend M-2000 at 90 mil minimum thickness for 6" (15 cm) in both directions from the corner.

Penetrations: Trowel a minimum 3/4" (1.9 cm) cant of M-2000 around the penetration. Extend M-2000 outward from penetration a minimum of 6" (15 cm) at minimum 90 mil thick. After membrane has been installed overlapping M-2000, apply a 60 mil thick counter flashing of M-2000 at the membrane edge.

Membrane: Install membrane with the bentonite compound toward the structure (geomembrane liner facing installer) from the low point to the high point across the fall line to create a shingle-type installation. Stagger membrane ends and overlap all membrane edges a minimum of 2" (5 cm). Closely contour penetrations and details.

When specified, or for any anticipated inclement weather, seal all seams with SEAMTAPE. Terminate membrane system with TERMTAPE.

***Note:*** CETCO does not recommend, nor require flood testing of Volclay Swelltite Membranes. If flood testing is required by the project specifications contact the manufacturer for specific instructions and inspection requirements.

Membrane Protection: SWELLTITE 1000 requires a protection course. AQUADRAIN, extruded polystyrene (min. 25 psi) and 72 lbs. roof capping sheet are approved protection course materials. SWELLTITE 3000 AND SWELLTITE 6000 do not require an additional protection course for applications stated herein. Consult manufacturer on conditions not stated herein.

Topping Weight: SWELLTITE 1000 and SWELLTITE 3000 require a minimum topping weight of 10 lbs. (4.54 kg) per square foot. SWELLTITE 6000 requires a minimum 20 lbs. (9.08 kg) per square foot. Topping weight is a total weight of the topping material (concrete, backfill, etc.) combined with the weight of any insulation, protection and drainage materials. Minimum concrete topping slab thickness shall be 2" (5 cm) for SWELLTITE 1000 & 3000; and 3" (7.5 cm) for SWELLTITE 6000.

CONCRETE WALL INSTALLATION: Before membrane is installed to concrete walls, detail all vertical inside corners, penetrations, and the footing/wall joint with BENTOSEAL as follows:

Vertical Inside Corners: Install a 3/4" (1.9 cm) thick continuous cant of BENTOSEAL at all vertical inside corners.

Penetrations: Apply a 3/4" (1.9 cm) thick cant of BENTOSEAL around penetration. Extend BENTOSEAL a minimum 6" (15 cm) outward from penetration 90 mils thick. After membrane is installed around penetration, apply a counter flashing of BENTOSEAL at membrane's edge.

Footing/Wall Joint: Install at footing/wall joint a continuous 2" (5 cm) cant of WATERSTOPPAGE.

Membrane: Install membrane with bentonite compound toward the structure (geomembrane liner facing installer). Starting at the bottom, install the membrane horizontally over the WATERSTOPPAGE cant and onto the the footing a minimum of 6" (15cm). All succeeding membrane lifts may be installed horizontally or vertically in orientation. Overlap all membrane edges a minimum of 2" (5 cm) staggering vertical seams. Closely contour penetrations and details.

When specified or for inclement weather, seal all overlap seams with SEAMTAPE. Terminate membrane at grade line with TERMTAPE.

MASONRY BLOCK WALL INSTALLATION: All mortar joints shall be completely filled and struck flush before membrane is installed to masonry block walls. Detail all vertical inside corners.

penetrations, and footing/wall joints per the Concrete Wall Installation procedures.

Adhere membrane to masonry block walls with A-2000WB Adhesive. Do not use mechanical fasteners to secure Swelltite Membranes to masonry block walls.

Membrane: Starting at the wall/footing intersection, install membrane horizontally with bentonite compound toward the structure (liner facing installer). Membrane should extend over WATERSTOPPAGE cant and onto footing a minimum of 6" (15 cm). All succeeding membrane lifts may be installed horizontally or vertically. Overlap all vertical and horizontal membrane edges a minimum of 2" (5 cm). Stagger vertical joint seams of succeeding lifts. Closely contour penetrations and details.

Install SEAMTAPE on center of all membrane overlap seams. Terminate membrane at grade line with TERMTAPE.

PROPERTY LINE INSTALLATION: Use only SWELLTITE 3000 or SWELLTITE 6000. Property line retaining wall should be reasonably smooth. Gaps between lagging in excess of 1-1/2" (1.25 cm) must be filled with grout or other approved solid material. Extremely large void areas or irregular surfaces shall be covered by plywood or Aquadrain with void cavity completely filled. If water is penetrating the retaining wall, a 6 mil polyethylene should be secured over the area before membrane is installed.

Membrane: Beginning at the lowest level, install membrane horizontally with the bentonite compound outward from the retaining wall (facing installer). Fasten top edge every 12" (30 cm) or as required to contour and hold membrane securely in place. All succeeding membrane lifts may be installed either horizontally or vertically. Overlap all horizontal and vertical membrane edges a minimum of 2" (5 cm).

Fasten all overlap seams a minimum 12" (30 cm) on center or as required to contour surface. Closely contour penetrations and details.

Trowel BENTOSEAL over and around all tie-backs and around penetrations a minimum of 3/4" (2 cm) thick. Extend BENTOSEAL onto membrane face a minimum 2" (cm) at 90 mils thick.

Consult manufacturer for installation recommendations on conditions not stated herein.

GRADE TERMINATION: Mark grade line with chalk line. Apply A2000WB ADHESIVE under chalk line a minimum of 12" (30 cm) wide and allow to cure black. Install membrane to adhesive with top edge 2" (5 cm) under chalk line. (If necessary, Fasten 12" (30 cm) on center or less as required to secure membrane). Install TERMTAPE on center of membrane's top edge. Press TERMTAPE firmly against cured A2000WB and Swelltite's geomembrane liner.

**6. AVAILABILITY AND COST**

***Availability:*** Volclay Swelltite Membranes are available throughout the United States, Canada, Mexico, South America, the Far East, Australia and Europe through a global network of CETCO distributrs. Contact manufacturer for the location of the nearest distributor.

***Cost:*** Applied costs are dependent upon local labor costs, freight rates, job site location and conditions, etc. Costs are competitive with other waterproofing materials.

**7. WARRANTY**

Information contained herein supersedes all previously printed matter and is subject to change without notice.

All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether expressed or implied by operation of law or otherwise, including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the goods, or from any other cause relating thereto, and seller's liability hereunder in any case is expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or, at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for breach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing within thirty (30) days from date buyer discovered or should of discovered, any claimed breach.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by the applicator. Materials described within this literature are not designed for expansion joints. Expansion joints are the responsibility of others.

**8. MAINTENANCE**

None required when installed in accordance with the manufacturers instructions.

**9. TECHNICAL SERVICES**

Complete technical service is available upon request to the manufacturer. These services include review of drawings and specifications.

Modifications may be recommended when required to accommodate special conditions. The manufacturer and distributors also work with the contractor through the initial stages to assure proper installation procedures. A fee for certain of these services may be negotiated with the contractor.

Contact manufacturer for current technical data, additional installation instructions, and comments on design conditions not covered herein.

**10. FILING SYSTEMS**

Additional product information available upon request from the manufacturer.

**PLEASE TURN PAGE FOR BASIC DETAILS COVERING USE OF VOLCLAY SWELLTITE COMPOSITE BENTONITE WATERPROOFING**

Colloid Environmental Technologies Company

# VOLCLAY SWELLTITE®

COMPOSITE BENTONITE WATERPROOFING MEMBRANES

## PLAZA DECK SURFACE INSTALLATION




HORIZONTAL EDGE DETAIL



DECK AND FLOOR DRAIN DETAIL

## VERTICAL WALL INSTALLATION




CONCRETE WALL/FOOTING/WALL JOINT HYDROSTATIC CONDITION




MASONARY BLOCK WALL DETAIL




GRADE TERMINATION

## PROPERTY LINE INSTALLATION




SOLDIER PILE & LAGGING DETAIL




SOLDIER PILE TIEBACK DETAIL




UNDERSLAB TO VERTICAL TRANSITION DETAIL



PRINTED IN USA

# TECH-DATA

CETCO

COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY

## 1. PRODUCT NAME

Volclay SWELLTITE® TERMTAPE

## 2. MANUFACTURER

Colloid Environmental Technologies Company (CETCO)
Volclay Waterproofing Division
1350 West Shure Drive
Arlington Heights, IL 60004
Phone (708) 392-5800
Fax (708) 506-6195

## 3. PRODUCT DESCRIPTION

*Basic Use:* Volclay *Termtape* is designed for protective sealing of Volclay Swelltite Membrane terminations at grade. Volclay Termtape offers outstanding conformability, good abrasion and chemical resistance and outstanding moisture barrier properties. The tapes butyl compound provides high adhesion and cohesion which yields a permanent bond. *Termtape* also offers excellent long-term aging stability. *Termtape* is durable and functions on nearly any surface from -40° F to +200° F.

*Composition:* Volclay *Termtape* is a nominal composite of 30 mils of a gray adhesive butyl compound integrally bonded to 5 mil thick high density polyethylene.

*Sizes and Packaging:* *Termtape* is manufactured in 3" (7.5 cm) wide by 100' (30 m) long rolls. Packaged four rolls per carton (400 ln ft). 24 cartons per pallet. Each carton weighs 26 lbs. (11.8 kg).

## 4. TECHNICAL DATA

| | |
|---|---|
| Total Thickness | 0.035" |
| Tensile Strength (lbs/ in width) | 9 |
| Elongation (at break) | 150% |
| Adhesion (oz. / in. width) | 55 |
| Color | Gray |

Moisture Vapor Transmission is less than 2 grams per 100 square inches per 24 hours.

## 5. INSTALLATION

Clean top edge of Swelltite and adjacent substrate surface. Apply a thin coat of Volclay WB-Adhesive to clean substrate surface and allow to cure (turn black). Note: WB-Adhesive is not required on the Swelltite Membrane.

Install Volclay Termtape on center of the Swelltite Membranes termination edge. Press the entire tape firmly against the cured WB-Adhesive and the Swelltite Membrane. Cut tape as required to install. Overlap tape ends a minimum of 3/4" (2 cm) to form a continuous termination.

Volclay Termtape can be applied in temperatures ranging from 25° F to +120° F.

## 6. AVAILABILITY AND COST

*Availability:* Volclay *Termtape* is available through a worldwide network of distributors and manufacturers' representatives. Contact manufacturer for information on ordering.

*Cost:* Material cost will vary depending on such factors as point of use location and quantity required. For current cost information contact the manufacturer.

## 7. WARRANTY

Manufacturer makes no warranty of any kind, express or implied, except that the material shall be of standard quality of manufacturer, and buyer assumes all risk and liability and risk resulting from the use of the material, whether used singly or in combination of other goods.

Manufacturer neither assumes nor authorizes any person to assume for the manufacturer any other liability in connection with the sale or use of materials, and there are to be no oral agreements or warranties collateral to or affecting these materials.

Materials should be inspected and tested by purchaser prior to their use if product quality is subject to verification after shipment. Performance guarantees are normally supplied by the applicator. Expansion joints are the responsibility of others.

## 8. MAINTENANCE

None required when installed in accordance with the manufactures instructions.

## 9. TECHNICAL SERVICES

Laboratory facilities and technical advisory services are available from the manufacturer. Contact manufacturer for assistance and written specifications.

## 10. FILING SYSTEMS

Additional product information available from the manufacturer upon request.

Printed in U.S.A.

# TECH DATA SHEET

CETCO

**Colloid Environmental Technologies Company**
Volclay Waterproofing Division

Colloid Environmental Technologies Company
October, 1994 (Supersedes Septemebr 1991)

7

WATERPROOFING
Trowelable Grade Bentonite

## 1. PRODUCT NAME

Volclay BENTOSEAL Trowel-Grade Bentonite Sealant

## 2. MANUFACTURER

Colloid Environmental Technologies Company (CETCO)
Volclay Waterproofing Division
1350 West Shure Drive
Arlington Heights, Illinois 60004
Phone: (708)392-5800
Fax: (708)506-6195

## 3. PRODUCT DESCRIPTION

Basic Use: BENTOSEAL is a gray, non-flammable trowel-grade sodium bentonite and butyl rubber compound with the consistency of thick grease. BENTOSEAL swells upon contact with water. The swelling causes BENTOSEAL to form a tight pressure seal when utilized in a confined condition. Proper containment is mandatory.

BENTOSEAL is used in lieu of conventional sealants for a variety of preparation and detailing work associated with Volclay Panels, Swellite and Voltex Waterproofing systems. (BENTOSEAL has replaced Volclay Joint Seal.)

Preparation work consists of filling up small concrete honeycombs and cracks prior to installation of Volclay Waterproofing systems.

Detailing work consists of sealing around pipe penetrations, tie-back plates and anchors, system terminations, pilings, and soldier beam and lagging fillets.

BENTOSEAL is formulated for easy application and high performance as a waterproofing seal for use in below-grade applications. BENTOSEAL should only be used in a confined area due to its expansive properties. BENTOSEAL is not an expansion joint material.

Limitations: In conditions where severe chemical contamination is expected, consult the manufacturer for compatibility information. Protect the product from hydration prior to backfilling or concrete placement. Backfill must be compacted to a minimum 85% of Modified Proctor.

BENTOSEAL is not designed to function as an expansion joint material. Expansion joints are the responsibility of others.

Packaging: BENTOSEAL is available in gray, three gallon (11.4 Liters) pails-75 pails per pallet.
Shipping Wt. 36Lbs./Pail (163.44 kg)

## 4. TECHNICAL DATA

Refer to Table I on other side of sheet for physical properties.

## 5. INSTALLATION

Preparation: Surfaces should be dry and free of dirt, rust and debris. Parge all concrete cracks and minor honeycombs flush with concrete surface. Parge all construction joints 1/8" depth and 3" minimum width, 80 mils thick. Concrete surface irregularities should be removed before panel installation.

Detailing Work: Apply just prior to concrete placement or backfilling. The product should not be left exposed for long periods of time.

Application rate should fill space between Volclay Waterproofing system and penetrations or other details. Fillet shall be a minimum of 3/4" thick. Fillet should continue out 1-1/2" onto the penetration and 1-1/2" on the Volclay systems at 3/16" thickness. All cut or damaged Volclay panels must be sealed. With hydrostatic head of 33 feet or greater, double the application rate.

## 6. AVAILABILITY AND COST

Available throughout the United States, Canada, the Far East, and Europe, through a network of distributors. Con-tact the manufacturer for the nearest distributors location.

Applied costs are dependent upon local labor costs, freight rates, job site conditions, etc..... Costs are competitive with conventional materials.

## 7. WARRANTY

Specifications and other information contained herein supersedes all previously printed matter and are subject to change without notice. All goods sold by seller are warranted to be free from defects in material and workmanship.

The foregoing warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether expressed or implied by operation of law or otherwise, including but not limited to any implied warranties of merchantability or fitness.

Seller shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of goods, or from any other cause relating thereto, and seller's liability hereunder in any case expressly limited to the replacement (in the form originally shipped) of goods not complying with this agreement or at seller's election, to the repayment of, or crediting buyer with, an amount equal to the purchase price of such goods, whether such claims are for beach of warranty or negligence.

Any claim by buyer with reference to the goods sold hereunder for any cause shall be deemed waived by buyer unless submitted to seller in writing thirty (30) days from the date buyer discovered or should have discovered, any claimed breach.