**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

**DEFENDANT PROMENADE VILLAGE TOWNHOMES, L.L.C.'S NOTICE OF JOINDER IN SUPPORT OF WESTFIELD INSURANCE COMPANY'S MOTION FOR REALIGNMENT OF THE PARTIES AND TO SET ORDER OF PROOF FOR TRIAL**

Cross-Claimant,

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and

Chris Craft Industrial Products, Inc.,

| | |
|---|---|
| Fourth-Party Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third-Party Defendant and<br>Fourth-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

---

TO: All Parties Above Named and Their Counsel of Record.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant Promenade Village Townhomes, L.L.C. ("Promenade") hereby joins in Plaintiff Westfield Insurance Company's Motion for Realignment and to set the Order of Proof for Trial, with the exception noted below. This Motion is scheduled to be heard by the Honorable Joan N. Ericksen, Judge of United States District Court for the District of Minnesota, U.S. District Court, Courtroom 3 of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, at the Pretrial Conference on October 4, 2004, at 9:30 a.m., or as soon thereafter as Counsel can be heard. Promenade's Joinder in this Motion incorporates all of the arguments and reasons set forth in Westfield's Memorandum in Support of said Motion except those portions of those pleadings arguing that Westfield Insurance should not be identified to the jury.

Respectfully submitted,

(SIGNATURE PAGE TO FOLLOW)

Dated: September 3, 2004

**FLYNN, GASKINS & BENNETT, L.L.P.**

*s/Steven E. Rau*________________________

Steve W. Gaskins, #147643
Steven E. Rau, #147990
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
612-333-9500 Telephone
612-333-9579 Facsimile

***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***