**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. OO-CV-987 JEL/JGL

Westfield Insurance Company,

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

**THIRD PARTY DEFENDANT WATERPROOFING BY EXPERTS' NOTICE OF MOTION IN LIMINE TO EXCLUDE CERTAIN EXPERT TESTIMONY**

TO: ALL PARTIES ABOVE NAMED AND THEIR COUNSEL:

PLEASE TAKE NOTICE, that Third Party Defendant Waterproofing By Experts, Inc.'s Motion in Limine to Exclude Certain Expert Testimony by J-Berd's expert William D. Arockiasamy, ESG's expert Richard D. Stehly, and Weis Builders, Inc.'s expert Richard Koziol shall be heard by the Honorable Joan N. Ericksen, United States District Judge, in Courtroom 3 of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, at the Pretrial Conference on October 4, 2004, at 9:30 a.m., or as soon thereafter as counsel can be heard.

Dated: September 3, 2004.

IVERSON REUVERS, LLC.

By__s/Mark S. Brown________

Mark S. Brown, #226774
Attorneys for Waterproofing By Experts
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200