**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. OO-CV-987 JEL/JGL

Westfield Insurance Company,

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

**AFFIDAVIT OF MARK S. BROWN**

STATE OF MINNESOTA )
ss.
COUNTY OF HENNEPIN )

MARK S. BROWN, after being first duly sworn upon an oath, does hereby depose and state that:

1. I am an attorney licensed and authorized to practice law in the State of Minnesota and represent Third Party Defendant Waterproofing by Experts, Inc. in the above-entitled matter.

2. Attached hereto as Exhibit A are true and correct copies of cited pages from the deposition of Richard Stehly taken on October 9, 2003.

3. Attached hereto as Exhibit B are true and correct copies of cited pages from the deposition of William Arockiasamy taken on October 7, 2003.

FURTHER THAN THIS AFFIANT SAYETH NOT.

s/Mark S. Brown____________
Mark S. Brown

Subscribed and sworn to before me
this 3rd day of September, 2004.

s/Bonnie Hallstrom __________
Notary Public
(STAMP AND/OR SEAL)