**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

**DEFENDANT PROMENADE VILLAGE TOWNHOMES, L.L.C.'S REQUESTED VOIR DIRE**

| | |
|---|---|
| Weis Builders, Inc., | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| Promenade Village Townhomes and Valley Forge Insurance Company, | ) ) |
| | ) |
| Cross-Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| Promenade Village Townhomes, L.L.C., | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| Weis Builders, Inc., | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Weis Builders, Inc., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company, | ) ) ) ) ) |
| | ) |
| Third-Party Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| Colloid Environmental Technologies Company, | ) ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |

| | |
|---|---|
| and | ) |
| | ) |
| Chris Craft Industrial Products, Inc., | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third-Party Defendant and Fourth-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

Defendant Promenade Village Townhomes, L.L.C. ("Promenade") respectfully requests that the following be asked of the jury panel in *voir dire* in addition to those proposed questions that other parties have submitted to this Court:

1. Have you ever had any construction work done in your home?

   (a) If so, how long did that construction work last;

   (b) What was the form of construction work?

2. Have you ever lived on a street where resurfacing was being done?

   (a) At what time of year was this?

   (b) For how long did that resurfacing exist?

3. Have you ever stayed in a hotel or motel where construction work was being done to the building itself?

   (a) When was that?

   (b) For how long did you stay in that hotel/motel?

(c) Where was the hotel/motel located?

4. Have you or any family member ever worked in the construction industry?

(a) If so, in what capacity?

(b) Which family member?

(c) For how long?

(d) For what company?

5. Have you ever been in an arbitration involving the construction of a home, or an investment property?

Related to that, do you own any investment properties? If so:

(a) What kind of investment property?

(b) Where is the investment property?

(c) Have you ever had any construction work done on that investment property?

6. Have you ever experienced ice dam issues in your home?

(a) If so, when?

(b) Did that cause water intrusion problems or damage?

(c) How was the problem remedied?

Promenade also seeks this Court's permission to develop a questionnaire with the other parties to submit to the jury panel prior to the Court and parties' oral inquiries. This request can be discussed further at the Pretrial Conference scheduled for October 4, 2003.

Respectfully submitted,

(SIGNATURE PAGE TO FOLLOW)

Dated: September 3, 2004

**FLYNN, GASKINS & BENNETT, L.L.P.**

*s/Steven E. Rau*________________________
Steve W. Gaskins, #147643
Steven E. Rau, #147990
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
612-333-9500 Telephone
612-333-9579 Facsimile
***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***