**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No.: 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

And

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

**THIRD-PARTY DEFENDANT WATERPROOFING BY EXPERTS' LIST OF PROPOSED DEPOSITION TESTIMONY**

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

and

J-Berd Mechanical Contractors, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

Third-Party Defendant Waterproofing By Experts, Inc. reserves the right to offer the following parts of deposition testimony at trial:

| DEPONENT NAME | BEGINNING PAGE NO. & LINE NO. | ENDING PAGE NO. & LINE NO. |
|---|---|---|
| William Hanushak (5/2/03) | Page 8, Line 9 | Page 8, Line 13 |
| | Page 9, Line 12 | Page 9, Line 19 |
| | Page 10, Line 6 | Page 10, Line 10 |
| | Page 14, Line 21 | Page 15, Line 6 |
| | Page 20, Line 24 | Page 21, Line 3 |
| | Page 21, Line 12 | Page 21, Line 18 |
| | Page 22, Line 11 | Page 22, Line 15 |
| | Page 26, Line 6 | Page 27, Line 19 |
| | Page 28, Line 8 | Page 28, Line 18 |
| | Page 30, Line 25 | Page 31, Line 6 |

| | | |
|---|---|---|
| | Page 34, Line 7 | Page 34, Line 10 |
| | Page 34, Line 21 | Page 34, Line 22 |
| | Page 35, Line 25 | Page 26, Line 21 |
| | Page 40, Line 2 | Page 41, Line 19 |
| | Page 41, Line 25 | Page 42, Line 5 |
| | Page 44, Line 17 | Page 45, Line 6 |
| | Page 45, Line 11 | Page 47, Line 7 |
| | Page 47, Line 13 | Page 47, Line 25 |
| | Page 48, Line 11 | Page 48, Line 16 |
| | Page 49, Line 8 | Page 49, Line 13 |
| | Page 50, Line 2 | Page 50, Line 18 |
| | Page 51, Line 1 | Page 55, Line 15 |
| | Page 56, Line 2 | Page 56, Line 10 |
| | Page 59, Line 11 | Page 59, Line 16 |
| | Page 59, Line 20 | Page 59, Line 22 |
| | Page 59, Line 25 | Page 63, Line 22 |
| | Page 65, Line 15 | Page 65, Line 25 |
| | Page 69, Line 20 | Page 69, Line 24 |
| | Page 70, Line 14 | Page 73, Line 7 |
| | Page 73, Line 24 | Page 74, Line 11 |
| | Page 74, Line 19 | Page 76, Line 18 |
| | Page 77, Line 1 | Page 77, Line 4 |
| | Page 78, Line 8 | Page 78, Line 9 |
| | Page 79, Line 14 | Page 81, Line 11 |
| | Page 81, Line 18 | Page 82, Line 11 |
| | Page 82, Line 18 | Page 83, Line 4 |
| | Page 83, Line 8 | Page 84, Line 2 |
| | Page 87, Line 2 | Page 87, Line 14 |
| | Page 88, Line 1 | Page 90, Line 1 |
| | Page 90, Line 18 | Page 90, Line 23 |
| | Page 91, Line 23 | Page 92, Line 1 |
| | Page 92, Line 9 | Page 92, Line 21 |
| | Page 97, Line 2 | Page 97, Line 7 |
| | Page 97, Line 25 | Page 98, Line 6 |

| | | |
|---|---|---|
| | Page 103, Line 10 | Page 104, Line 25 |
| | Page 105, Line 9 | Page 106, Line 25 |
| | Page 107, Line 18 | Page 108, Line 7 |
| | Page 109, Line 2 | Page 109, Line 10 |
| | Page 115, Line 5 | Page 116, Line 9 |
| | Page 119, Line 18 | Page 120, Line 12 |
| | Page 120, Line 17 | Page 120, Line 24 |
| | Page 122, Line 5 | Page 123, Line 10 |
| | Page 129, Line 23 | Page 130, Line 6 |
| | Page 162, Line 13 | Page 163, Line 3 |
| | Page 169, Line 17 | Page 171, Line 5 |
| | Page 171, Line 11 | Page 171, Line 22 |
| | Page 174, Line 21 | Page 175, Line 9 |
| | Page176, Line 15 | Page 177, Line 5 |
| | Page 179, Line 10 | Page 179, Line 25 |
| | Page 180, Line 5 | Page 180, Line 9 |
| | Page 180, Line 17 | Page 182, Line 15 |
| | Page 183, Line 1 | Page 183, Line 14 |
| | Page 185, Line 9 | Page 185, Line 20 |
| Thomas Suter (5/6/2003) | Page 6, Line 11 | Page 6, Line 12 |
| | Page 9, Line 3 | Page 9, Line 10 |
| | Page 10, Line 2 | Page 10, Line 16 |
| | Page 10, Line 23 | Page 11, Line 11 |
| | Page 11, Line 25 | Page 12, Line 15 |
| | Page 12, Line 23 | Page 13, Line 25 |
| | Page 14, Line 6 | Page 14, Line 14 |
| | Page 14, Line 17 | Page 15, Line 2 |
| | Page 15, Line 9 | Page 15, Line 13 |
| | Page 15, Line 23 | Page 16, Line 25 |
| | Page 18, Line 6 | Page 19, Line 7 |
| | Page 21, Line 1 | Page 21, Line 10 |
| | Page 23, Line 5 | Page 23, Line 6 |
| | Page 23, Line 10 | Page 23, Line 18 |
| | Page 23, Line 25 | Page 24, Line 11 |
| | Page 24, Line 21 | Page 25, Line 7 |
| | Page 25, Line 18 | Page 26, Line 13 |
| | Page 26, Line 17 | Page 27, Line 9 |
| | Page 27, Line 12 | Page 27, Line 22 |
| | Page 28, Line 24 | Page 31, Line 7 |
| | Page 31, Line 23 | Page 32, Line 19 |
| | Page 34, Line 5 | Page 34, Line 14 |

| | | |
|---|---|---|
| | Page 35, Line 3 | Page 35, Line 20 |
| | Page 36, Line 10 | Page 36, Line 15 |
| | Page 38, Line 1 | Page 38, Line 10 |
| | Page 38, Line 13 | Page 38, Line 20 |
| | Page 39, Line 4 | Page 39, Line 13 |
| | Page 43, Line 7 | Page 43, Line 16 |
| | Page 44, Line 11 | Page 44, Line 20 |
| | Page 46, Line 18 | Page 47, Line 12 |
| | Page 47, Line 17 | Page 47, Line 17 |
| | Page 53, Line 4 | Page 53, Line 16 |
| | Page 53, Line 21 | Page 55, Line 7 |
| | Page 74, Line 18 | Page 75, Line 18 |
| | Page 76, Line 8 | Page 76, Line 10 |
| | Page 76, Line 19 | Page 76, Line 21 |
| | Page 77, Line 6 | Page 77, Line 17 |
| | Page 78, Line 13 | Page 78, Line 25 |
| | Page 81, Line 14 | Page 82, Line 7 |
| | Page 82, Line 23 | Page 83, Line 10 |
| | Page 84, Line 14 | Page 84, Line 25 |
| | Page 85, Line 6 | Page 85, Line 12 |
| | Page 89, Line 11 | Page 89, Line 13 |
| | Page 92, Line 24 | Page 93, Line 10 |
| | Page 101, Line 22 | Page 101, Line 23 |
| | Page 102, Line 13 | Page 102, Line 21 |
| | Page 109, Line 16 | Page 109, Line 20 |
| | Page 111, Line 14 | Page 111, Line 23 |
| | Page 112, Line 12 | Page 112, Line 16 |
| | Page 113, Line 4 | Page 113, Line 9 |
| | Page 114, Line 6 | Page 114, Line 23 |
| | Page 115, Line 13 | Page 115, Line 18 |
| | Page 115, Line 22 | Page 116, Line 3 |
| | Page 116, Line 18 | Page 116, Line 25 |
| | Page 119, Line 17 | Page 119, Line 18 |
| | Page 119, Line 23 | Page 119, Line 25 |
| | Page 120, Line 7 | Page 120, Line 10 |
| | Page 120, Line 21 | Page 121, Line 10 |
| | Page 123, Line 19 | Page 124, Line 2 |
| | Page 128, Line 8 | Page 128, Line 14 |
| | Page 130, Line 25 | Page 131, Line 8 |
| | Page 131, Line 20 | Page 131, Line 25 |
| | Page 132, Line 12 | Page 133, Line 7 |

| | | |
|---|---|---|
| | Page 133, Line 15 | Page 133, Line 18 |
| | Page 135, Line 3 | Page 136, Line 2 |
| | Page 136, Line 9 | Page 136, Line 18 |
| | Page 138, Line 19 | Page 138, Line 24 |
| | Page 141, Line 19 | Page 142, Line 5 |
| | Page 142, Line 17 | Page 142, Line 23 |
| | Page 148, Line 24 | Page 149, Line 8 |
| | Page 150, Line 11 | Page 150, Line 15 |
| | Page 163, Line 8 | Page 163, Line 24 |
| | Page 164, Line 4 | Page 164, Line 10 |
| | Page 164, Line 18 | Page 16, Line 9 |
| | Page 167, Line 19 | Page 168, Line 5 |
| | Page 178, Line 23 | Page 180, Line 2 |
| | Page 185, Line 20 | Page 185, Line 23 |
| | Page 195, Line 11 | Page 195, Line 20 |
| | Page 198, Line 7 | Page 198, Line 13 |
| Ann Kimball (8/20/02) | Page 6, Line 16 | Page 16, Line 15 |
| | Page 21, Line 4 | Page 24, Line 6 |
| | Page 30, Line 7 | Page 30, Line 9 |
| | Page 47, Line 16 | Page 47, Line 19 |
| | Page 57, Line 24 | Page 58, Line 16 |
| | Page 65, Line 8 | Page 66, Line 6 |
| | Page 72, Line 4 | Page 72, Line 14 |
| | Page 93, Line 3 | Page 93, Line 8 |
| | Page 98, Line 11 | Page 98, Line 20 |
| | Page 102, Line 5 | Page 102, Line 10 |
| | Page 103, Line 4 | Page 103, Line 17 |
| | Page 117, Line 12 | Page 119, Line 23 |
| | Page 130, Line 10 | Page 130, Line 25 |
| Michael Manzella (7/1/03) | Page 7, Line 10 | Page 11, Line 3 |
| | Page 13, Line 3 | Page 14, Line 5 |
| | Page 18, Line 6 | Page 18, Line 17 |

| | | |
|---|---|---|
| | Page 19, Line 25 | Page 20, Line 13 |
| | Page 27, Line 1 | Page 27, Line 4 |
| | Page 45, Line 1 | Page 45, Line 25 |
| | Page 46, Line 17 | Page 47, Line 24 |
| | Page 59, Line 1 | Page 59, Line 2 |
| | Page 61, Line 24 | Page 63, Line 1 |
| | Page 63, Line 11 | Page 63, Line 21 |
| | Page 71, Line 9 | Page 72, Line 11 |
| Gary Nelson (5/12/03) | Page 8, Line 9 | Page 8, Line 21 |
| | Page 9, Line 13 | Page 14, Line 23 |
| | Page 15, Line 24 | Page 16, Line 8 |
| | Page 18, Line 2 | Page 18, Line 7 |
| | Page 21, Line 21 | Page 22, Line 8 |
| | Page 31, Line 23 | Page 32, Line 6 |
| | Page 34, Line 13 | Page 35, Line 16 |
| | Page 36, Line 3 | Page 36, Line 21 |
| | Page 31, Line 2 | Page 38, Line 14 |
| | Page 42, Line 22 | Page 43, Line 9 |
| | Page 65, Line 10 | Page 67, Line 10 |
| | Page 69, Line 15 | Page 70, Line 4 |
| | Page 71, Line 16 | Page 72, Line 18 |
| | Page 74, Line 13 | Page 75, Line 19 |
| | Page 76, Line 1 | Page 76, Line 4 |
| | Page 84, Line 19 | Page 84, Line 23 |
| | Page 90, Line 23 | Page 91, Line 4 |
| | Page 92, Line 7 | Page 92, Line 24 |
| | | |

| | | |
|---|---|---|
| | Page 106, Line 20 | Page 107, Line 18 |
| | Page 109, Line 25 | Page 111, Line 12 |
| | Page 114, Line 3 | Page 115, Line 17 |
| | Page 152, Line 5 | Page 157, Line 18 |
| | Page 173, Line 21 | Page 175, Line 2 |
| | Page 179, Line 7 | Page 179, Line 20 |
| | Page 196, Line 1 | Page 196, Line 4 |
| Jim Timm (10/10/02) | Page 7, Line 8 | Page 14, Line 24 |
| | Page 36, Line 15 | Page 36, Line 22 |
| | Page 48, Line 1 | Page 48, Line 24 |
| | Page 51, Line 4 | Page 55, Line 15 |
| | Page 58, Line 11 | Page 61, Line 3 |
| | Page 82, Line 10 | Page 82, Line 18 |
| | Page 105, Line 9 | Page 109, Line 8 |
| | Page 114, Line 16 | Page 115, Line 15 |
| | Page 117, Line 8 | Page 117, Line 23 |
| | Page 133, Line 15 | Page 136, Line 20 |
| | Page 156, Line 23 | Page 159, Line 5 |
| | Page 164, Line 2 | Page 164, Line 11 |
| | Page 172, Line 3 | Page 174, Line 11 |
| Thomas Weber (3/19/02) | Page 5, Line 8 | Page 8, Line 12 |
| | Page 9, Line 20 | Page 11, Line 1 |
| | Page 62, Line 24 | Page 63, Line 11 |
| | Page 72, Line 21 | Page 73, Line 8 |
| | Page 139, Line 19 | Page 140, Line 11 |
| | Page 162, Line 15 | Page 162, Line 25 |
| | | |

| | | |
|---|---|---|
| Thomas Weber (3/20/02) | Page 61, Line 12 | Page 62, Line 20 |
| | Page 68, Line 13 | Page 70, Line 1 |
| | Page 70, Line 9 | Page 71, Line 16 |
| | Page 72, Line 11 | Page 72, Line 19 |
| | Page 73, Line 19 | Page 73, Line 25 |
| | Page 100, Line 12 | Page 100, Line 18 |
| | Page 103, Line 14 | Page 104, Line 18 |
| | Page 125, Line 2 | Page 125, Line 24 |
| | Page 131, Line 3 | Page 132, Line 4 |
| | Page 140, Line 22 | Page 141, Line 25 |
| | Page 144, Line 3 | Page 145, Line 8 |
| | Page 166, Line 25 | Page 167, Line 13 |
| | Page 167, Line 15 | Page 168, Line 13 |
| | Page 173, Line 13 | Page 173, Line 19 |
| | Page 200, Line 21 | Page 204, Line 3 |
| | Page 211, Line 21 | Page 213, Line 16 |
| Thad Palmer (5/2/03) | Page 8, Line 11 | Page 9, Line 3 |
| | Page 10, Line 2 | Page 13, Line 22 |
| | Page 17, Line 5 | Page 17, Line 14 |
| | Page 17, Line 15 | Page 17, Line 21 |
| | Page 18, Line 20 | Page 19, Line 2 |
| | Page 21, Line 7 | Page 21, Line 18 |
| | Page 21, Line 19 | Page 22, Line 1 |
| | Page 23, Line 3 | Page 23, Line 7 |
| | Page 25, Line 17 | Page 25, Line 22 |
| | Page 28, Line 3 | Page 28, Line 14 |
| | | |

| | | |
|---|---|---|
| | Page 67, Line 10 | Page 67, Line 11 |
| | Page 68, Line 8 | Page 68, Line 18 |
| | Page 72, Line 23 | Page 73, Line 2 |
| | Page 76, Line 9 | Page 76, Line 24 |
| | Page 79, Line 11 | Page 80, Line 21 |
| | Page 127, Line 14 | Page 128, Line 7 |
| | Page 128, Line 8 | Page 128, Line 10 |
| | Page 129, Line 9 | Page 129, Line 19 |
| | Page 134, Line 20 | Page 135, Line 18 |
| | Page 141, Line 12 | Page 141, Line 15 |
| | Page 141, Line 16 | Page 141, Line 20 |
| | Page 141, Line 25 | Page 142, Line 6 |
| | Page 149, Line 23 | Page 150, Line 9 |
| | Page 155, Line 8 | Page 155, Line 11 |
| | Page 179, Line 21 | Page 180, Line 1 |
| | Page 180, Line 5 | Page 180, Line 7 |
| | Page 180, Line 18 | Page 180, Line 21 |
| | Page 181, Line 2 | Page 181, Line 11 |
| | Page 181, Line 21 | Page 181, Line 24 |
| | Page 194, Line 3 | Page 194, Line 24 |
| | Page 196, Line 9 | Page 196, Line 16 |
| | Page 197, Line 8 | Page 197, Line 13 |
| | Page 198, Line 7 | Page 198, Line 10 |
| | Page 199, Line 16 | Page 199, Line 22 |
| | Page 202, Line 21 | Page 202, Line 25 |
| | Page 224, Line 6 | Page 224, Line 10 |
| | | |

| | | |
|---|---|---|
| | Page 243, Line 10 | Page 244, Line 12 |
| | Page 246, Line 5 | Page 246, Line 11 |
| | Page 318, Line 11 | Page 314, Line 24 |
| | Page 340, Line 23 | Page 340, Line 25 |
| | Page 410, Line 8 | Page 410, Line 11 |
| | Page 420, Line 18 | Page 424, Line 1 |
| | Page 424, Line 15 | Page 425, Line 6 |

Third-Party Defendant Waterproofing By Experts, Inc. also reserves the right to offer at trial any parts of deposition testimony deemed necessary for rebuttal purposes or any deposition testimony identified by the other parties.

Dated: September 3, 2004.

IVERSON REUVERS, LLC.

By s/ Mark Brown
Mark S. Brown, #226774
Attorneys for Waterproofing By Experts
9321 Ensign Ave. South
Bloomington, MN 55438
(952) 548-7200