**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

**PROMENADE VILLAGE TOWNHOMES, L.L.C.'S PROPOSED WITNESS LIST**

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

and

| | |
|---|---|
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third Party Defendant and Fourth Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

---

Promenade submits the list below as potential witnesses that it may call in its case in chief. Promenade reserves the right to call any witness listed on other parties' lists and/or to call any witness, regardless of whether listed below, for any legitimate purpose, including but not limited to rebuttal, corroboration, impeachment, rehabilitation, or other proper reasons.

| **Identify in Alphabetical Order** | **Summary of Testimony** |
|---|---|
| 1. Greg Bass | Performed on-site maintenance at The Promenade. |
| 2. Dave Campbell | Dave Campbell will testify about his opinion as to the problems with the "design" of the waterproofing and the reasons for the leaks. |
| 3. Richard Clark | Mr. Clark is a former tenant of unit 1-130 of The Promenade. He will testify about the water leaks into his unit. |
| 4. Lisa Dahl | Dahl is the Senior Vice President and Chief Operating Officer of Healey Ramme Company. Ms. Dahl serves as a "bridge" between Ann Kimball and Terry Weiderhoft. Ms. Dahl will testify as to the comparable apartment market, the effect that the leaks had on vacancy, renewal of leases, and Promenade's ability to chart market-rate rent. |
| 5. Peter Desai | Mr. DeSai was a contract manager while the Promenade was being built and is currently Vice President of Weis Builders' Chicago office. Mr. Desai will testify about the bidding and building of the Promenade. Mr. DeSai will also testify about Weis Builders' efforts to repair the leaks. |
| 6. David Graham | Principal of ESG Architects. |
| 7. John Grossman | Mr. Grossman is a former tenant in unit 3-109 of The Promenade during 1998. He will testify about the water leaks into he and his wife's unit. |

| | |
|---|---|
| 8. Tom Healey | Mr. Healey is one of the former owners of The Promenade. Mr. Healey will testify about the original concept of the building, the relationship between the owner and ESG, as well as with Weis. |
| 9. Phillip Jaffe | Mr. Jaffe is an owner's representative in the Institutional Group of CB Richard Ellis. Mr. Jaffe will testify about the sale of the property, the reasonableness of that sale, the disclosure that the owners made in connection with the leaks and the ultimate effect that the leak problem had on the sale price. |
| 10. Ann Kimball | Ms. Kimball was and as such was one of the principal individuals who dealt with the tenants and the problems that the leaks created for those tenants. |
| 11. Les Lawson | Mr. Lawson was the Lead Project Supervisor for Weis Builders. |
| 12. Mike Manzella | Mr. Lawson's assistant superintendent at the site. |
| 13. Steve Messerich | Mr. Messerich is the owner of Waterproofing By Experts. Mr. Messerich will describe the waterproofing bidding on the project and its installation. Mr. Messerich will also testify about continuing efforts to repair the leaks. |
| 14. Curt Johnson | Mr. Johnson was the Secretary/Treasurer for J-Berd. Mr. Johnson will testify about J-Berd's bidding for the mechanical work at Promenade, as well as the negotiation of J-Berd's subcontract with Weis. |
| 15. Peter Ramme | Mr. Ramme is one of the former owners of The Promenade and will testify about efforts to repair the leaks and the effect the leaks had on the financial performance of the project. |
| 16. Greg Ribich | Mr. Ribich was the CFO for Healey Ramme Co., which managed the Promenade project. Mr. Ribich can testify about the financial condition of the Promenade partnership, the effect that the leaks had on the project's ability to increase rents to keep pace with the market, the resulting effect the leaks had on cash flow and can testify about the ultimate need to sell the property. |
| 17. Carolyn Roby | Property Manager at Promenade Oaks during 1997-1999. |
| 18. Robert Strachota | Mr. Strachota will testify about value and damages and in particular, comparables, as well as the diminution in value |

| | |
|---|---|
| | that the leaks created. |
| 19. Kurt Vellett | Original architect on the Promenade project for ESG. |
| 20. Tom Weber | He is a construction consultant who has worked with Healey Ramme on various projects including The Promenade. |
| 21. Terry Weiderhoft | Mr. Weiderhoft will testify about the leak problems from July of 1997 until the project was sold in December of 2002. |
| 22. John Wiegand | Mr. Weigand is a CETCO representative who was supposed to supervise and monitor Waterproofing By Experts installation of the CETCO waterproofing system. |

Any witnesses identified on the other parties' witness lists.

Any rebuttal witnesses that may be necessary.

**FLYNN, GASKINS & BENNETT, L.L.P.**

Dated: September 3, 2004

s/Steve W. Gaskins

Steven W. Gaskins, MN #147643
Steven E. Rau, MN #147990
Lori D. Semke, MN #0296910
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***