# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

**WITNESS LIST**

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER Andrea E. Reisbord/ | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Berc & Fox representative - certified public accountant. |
| | | | | | Mike Blaskowski: Mr. Blaskowski is the general manager for J-Berd and has knowledge and information as it relates to the draining system designed and installed at the Promenade. |
| | | | | | Stacy Byrd (Expert): National products manager for Colloid and inventor of Swelltite. Mr. Byrd's expected testimony will be relating to the application of Swelltite, its installation and its performance. |
| | | | | | Mary Bujold (Expert): Real estate broker and market feasibility consultant. |
| | | | | | Mike Bruiski: Construction staff for Weis at the Promenade. Mr. Bruiski is expected to testify regarding the day-to-day construction operation at the Promenade. |
| | | | | | Patrick Carpenter: Mr. Carpenter is the vice president of Construction Products. Mr. Carpenter is expected to testify about the history of Colloid, its waterproofing and the application of Swelltite. |
| | | | | | Timothy Charboneau: Mr. Charboneau is a consultant hired by GID and is expected to testify regarding waterproofing repairs. |
| | | | | | Lisa Dahl: Ms. Dahl was employed by Healey Ramme |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | during the relevant time period and information regarding water damage to the Promenade. |
| | | | | | Peter Desai: Mr. Desai is the president of Weis Builders and has knowledge and information regarding the construction of the Promenade. |
| | | | | | Kermit Duncan: Inspection Services, KKE Architects, Inc. Mr. Duncan has knowledge and information regarding the design and construction of the Promenade |
| | | | | | Gramps Enebak: |
| | | | | | John Feges: Mr. Feges is the former contract administrator for the architect on the Promenade project and has information regarding the design and construction of the Promenade. |
| | | | | | Chad Filek: Mr. Filek is the field operation manager for J-Berd and has knowledge and information regarding the drainage system installation. |
| | | | | | John Gorder: City of Eagan Engineer |
| | | | | | William Hanuschak: Mr. Hanuschak is a structural engineer hired by Promenade to oversee the construction of the project. |
| | | | | | Phillip Jaffe: Mr. Jaffe is the sales agent hired by the Promenade for its sale. |
| | | | | | Curt Johnson: Owner of J-Berd. Mr. Johnson is expected to testify regarding the installation of the drainage system at the Promenade. |
| | | | | | Dean Kiewel: Accessible building consultants. Mr. Kiewel is an architect that reviwed the drawings of BRW Elness. |
| | | | | | Ann Kimball: Former property supervisor at the Promenade from 1996 to 1998. Ms. Kimball has information regarding the water damage sustained at the Promenade. |
| | | | | | Robert Kudder (Expert): Mr. Kudder will render opinions regarding the issue of liability as it relates to water damage. |
| | | | | | Leslie Lawson: Superintendent for Weis Builders. Mr. Lawson is expected to testify regarding the construction of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the Promenade and subsequent water repairs and issues. |
| | | | | | Alan Lierness (Expert): Appraiser. |
| | | | | | Christine McAndrews: Current property manager at the Promenade. |
| | | | | | Michael Manzella: Assistant superintendent/field engineer for Weis Builders. Mr. Manzella is expected to testify regarding the construction of the Promenade and subsequent water related issues. |
| | | | | | Curt Mareno: Construction staff for Weis at the Promenade. Mr. Bruiski is expected to testify regarding the day-to-day construction operation at the Promenade. |
| | | | | | Stephen Messerich: Owner of Waterproofing by Experts. Mr. Messerich is expected to testify regarding the installation of waterproofing at the Promenade and subsequent water related issues. |
| | | | | | John Mikesh: Mechanical engineer hired for work at the Promenade. Mr. Mikesh has information regarding the construction of the Promenade and its subsequent water related issues. |
| | | | | | Gary Nelson: Mr. Nelson is an employee of Weis Builders and is expected to testify regarding subsequent water related issues at the Promenade. |
| | | | | | Thad Palmer: Mr. Palmer is an employee of GID who purchased the Promenade from Healey Ramme. Mr. Palmer is expected to testify as to the value of the Promenade and any and all repairs necessary. |
| | | | | | Peter Ramme: Part owner of the Promenade. Mr. Ramme has knowledge and information with respect to the design of the Promenade, its construction and subsequent water related issues. |
| | | | | | Greg Ribich: Mr. Ribich is the CFO for Healey Ramme and has knowledge and information regarding the subsequent water related issues. |
| | | | | | Carolyn Roby: Ms. Roby is an employee of Healey Ramme and has knowledge and information regarding subsequent water related issues at the Promenade. |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Jeffrey Schuh (Expert): Mr. Schuh is an expert hydrologist and is expected to testify regarding water related issues at the Promenade. |
| | | | | | Dale Schoeppner: Senior building inspector for the City of Eagan. Mr. Schoeppner is expected to testify regarding any building code violations at the Promenade specifically relating to the plaza areas. |
| | | | | | Thomas Suter: Mr. Suter is an independent representative for Colloid. Mr. Suter is expected to testify regarding the application and installation of Swelltite waterproofing. |
| | | | | | Alan Thoreen: Foreman for Waterproofing by Experts. Mr. Thoreen is expected to testify regarding the installation of waterproofing at the Promenade. |
| | | | | | Jim Timm: Employee of the architect. Mr. Timm is expected to testify regarding the design and construction of the Promenade project. |
| | | | | | Charles Vandeburg: Employee of GID. Mr. Vandeburg is expected to testify regarding all information considered in the purchase of the Promenade from the Healey Ramme. |
| | | | | | Frank Varak: Former independent representative for Colloid. Mr. Varak is expected to testify regarding the installation and application of Swelltite waterproofing. |
| | | | | | Kirk Velett: Employee of architect. Mr. Velett was the project manager for the architect. |
| | | | | | Andrew Verrall: Director of research and development at Chris Craft. Mr. Verrall is expected to testify regarding the water soluble film applied to the Swelltite waterproofing product. |
| | | | | | Cassie Warner: CFO, Weis Builders |
| | | | | | Thomas Weber: Consulting architect hired by the Promenade. Mr. Weber is expected to testify regarding the design and construction of the Promenade. |
| | | | | | Terry Weiderhoff: Mr. Weiderhoff is a former employee of the Promenade overseeing service contracts, waste removal and general upkeep and maintenance. |
| | | | | | John Wiegand: Independent sales representative for |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Colloid. Mr. Wiegand is expected to testify regarding the installation and application of Swelltite waterproofing. |
| | | | | | Thomas Yogan: Mr. Yogan is marketing manager for Chris Craft. Mr. Yogan is expected to testify regarding the water soluble film applied to the Swelltite waterproofing. |
| | | | | | Former Tenants of Promenade will testify to their experience as tenants at Promenade, including but not limited to:<br><br>Gerald Walen<br>850 Ventnor<br>Eagan, MN 55123<br><br>Ben Gong and Fang Yuan<br>1637 Oakbrooke Drive<br>Eagan, MN 55122<br><br>Andy and Joy Elliott<br>3801 North Ridge Dr.<br>Eagan, MN 55123<br><br>Frank C. Dupuy<br>4450 Roberds Lake Tr.<br>Fairbault, MN 55021<br><br>Mahboober Rahman<br>E19740 Cty. Rd. SD<br>Augusta, WI 55722 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Daniel Sherlock<br>1425 S. 35th St.<br>Grand Forks, ND 58201<br><br>Cathie Walstad<br>18983 Inlet Road<br>Lakeville, MN 55044<br><br>Sue Farmer<br>18874 Kabot Cove<br>_____ MN, 55044<br><br>Ro__ and Suzanne Vaic<br>1318 Wilderness Curve<br>Eagan, MN 55123<br><br>Robbin Ghere<br>9122 Tyne Lane<br>Inver Grove Heights, MN 55077<br><br>Perry Wawardven<br>1170 Northwood Drove<br>Eagan, MN 55121<br><br>Dallas Boe |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 1110 N.W. Drive Apt. 225<br>Eagan, MN<br><br>Jeremy Tagga<br>8777 South 40 East #A<br>Sandy, UT 84070<br><br>Jim Mitchell<br>1025 Hoffman Rd.<br>Hartsville, SC 29550<br><br>Jeff Hartf_n<br>809 Westscott Square<br>Eagan, MN 55123<br><br>Richard J. Clarke<br>17004 39th Ct. North<br>Plymouth, MN 55446<br><br>Joan Bruns<br>1697 Galway Lane<br>Eagan, MN 55122<br><br>Powers<br>Address unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Shane Williamson<br>9350 Collegeview Rd. #317<br>Bloomington, MN 55437<br><br>LeRoy Campen<br>9003 W. 136th St.<br>Savage, Mn 55378<br><br>Lisa Ramme<br>6801 W. 106th St. #221<br>Bloomington, MN 55438<br><br>Christian Tape_ox<br>6801 W. 106th Street #104<br>Bloomington, MN 55438<br><br>Name Unknown<br>1110 Norhtwood Drive #228<br>Eagan, MN 55121<br>Roger and Cathi Haelbarth<br>3891 153rd St. West<br>Rosemount, MN 55068<br><br>Kennedy |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 3230 North View Lane<br>Woodbury, MN 55125<br><br>Larry Savders<br>14886 Crandall Ave.<br>Rosemount, MN 55068<br><br>Chris Johnson<br>3540 N. Foothill Dr.<br>Proso, UT 84604<br><br>Tim Stoebe<br>1130 Northwood #233<br>Eagan, MN<br><br>Paula Stelter<br>Address Unknown<br><br>Hinze's<br>1226 Timbershore Ln.<br>Eagan, MN 55123<br><br>Rouchard<br>4647 Pinetree Curve<br>Eagan, MN 55122 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Nancy Wheelod<br>1140 Northwood Dr. #105<br>Eagan, MN 55121<br><br>Scott Sijan<br>10774 Amherst Ct.<br>Inver Grove Heights, MN 55077<br><br>Jim Powell<br>P.O. Box 125<br>Farmington, MN 55024<br><br>Harn Eckrote<br>18171 Jacquard Path<br>Lakeville, MN 55044<br>Michelle Burright<br>899 Oak Court<br>Eagan, MN 55123<br><br>David and Christine Jacobs<br>13815 Flagstaff Ave.<br>Apple Valley, MN 55124<br><br>Sharon Hermoza |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 18595 Egret Way<br>Farmington, MN 55024<br><br>Gardiner<br>1170 Northwood Dr. #215<br>Eagan, MN<br><br>Mark French<br>3935 Hegal Ave.<br>Sarosota, Fl 34242<br><br>Jill Effertz<br>17190 Firestone Path<br>Farmington, MN 55024<br><br>William J. Thomas<br>3305 East Gate Rd.<br>St. Anthony, MN 55418<br><br>Nola Wright<br>8768 Coffman Path<br>Inver Grove Heights, MN 55074<br><br>Lynn Peterson<br>1039 Aston Circle |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Burnsville, MN 55337<br><br>Jim Monis<br>22976 Maple Ridge Rd. #206<br>No Olmstead, OH 44070<br><br>Rick and Barb Hollingsworth<br>2675 Oak Ridge Tr.<br>Woodbury, MN 55125<br><br>John and Lorraine Joseph<br>1170 Northwood Dr. #211<br>Eagan, MN 55121<br><br>John C. Peterson<br>17719 Landmark Ct.<br>Lakeville, MN 55404<br><br>Thomas Williams<br>P.O. Box 21568<br>Eagan, MN 55121<br><br>Bob and Lynda Kneisden<br>1285 Grotto St. N<br>St. Paul, MN 55117 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Jason Severtson<br>8100 S. Winthrop St. #110<br>St. Paul, MN 55119<br><br>Du Four<br>19150 Greenview Ct.<br>Prior Lake, MN 55372<br><br>James A Hummel<br>Eagan, MN 55122<br><br>Mr. and Mrs. Slegal<br>688 Crestwood Rd.<br>Wayne, PA 19087<br><br>Dr. Stepphen Smith and Ms. Teresa Maki<br>5543 Bloomington Avenue<br>Mpls, MN 55417-1819<br><br>Graham Aschenbrenner<br>1441 West 143rd Street Apt. 129<br>Bursville, MN 55306<br><br>Jim Trollen |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Appt 225<br><br>Carl and Gari Jo Jordan<br>905 Point Pleasant Rd.<br>Madison Lake, MN 56063<br><br>Herman and Vera Bole<br>3846 E Tonto St.<br>Phoenix, AZ 85044<br><br>Shawna Van__kel<br>3625 Vermillion Ct. N<br>Eagan, MN 55122<br><br>Tara King_sy<br>P.O. Box 240144<br>Apple Valley, MN 55124<br><br>Ronal M_uzolf<br>810 Arielle Ct. Apt A<br>Williamsville, NY 14221<br><br>Gunderson<br>1167 Clarendon Dr.<br>Marietta, Ga 30068 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Browne<br>9625 Livery Lane<br>Lakeville, MN 55044<br><br>Michael Sen__<br>Address Unknown<br><br>Tom and Penny Peterson<br>9041 Highview Lane<br>Woodbury, MN 55125<br><br>Dols<br>520 White Pine Way<br>Eagan, MN 55103<br><br>Marssha__<br>4680 Blue Heron Trail<br>Ruch City, MN 55069<br><br>Penny Barst__<br>P.O. box 917724-338<br>Longwood, FL 32791<br><br>Fred Nou__akhsh |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 1170 Northwood Dr. #248<br>Eagan, MN 55121<br><br>AnJanette DeC__reaux<br>1140-214 Northwood Drive<br>Eagan, MN 55121<br><br>Douglas Hartfom<br>292 Ingerson Rd.<br>Arden Hills, MN 55712<br><br>Terri Paige__<br>1170 Northwood Dr. #140<br>Eagan, MN 55121<br><br>Dean and Rhonda Ohlhues<br>686 Bridle Ridge Rd.<br>Eagan, MN 55123<br><br>Irja Hetzel<br>8631 134th St. W.<br>Apple Valley, MN 55124<br><br>F. Jun<br>1130 Northwood Drive #117 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Eagan, MN 55121<br><br>Shawn Na__s<br>13449 Foxberry Road<br>Savage, MN 553__<br><br>Bob Procabci<br>20666 Jura Trail<br>Lakeville, MN 5504_<br><br>Tammy Wa__<br>P.O. Box 794<br>S. St. Paul, MN<br><br>Justine Sleeze_<br>1605 Bayard Ave.<br>St. Paul, MN<br><br>Marco H. Santoyo<br>Address Unknown<br><br>Luuch Warielle<br>Address Unknown<br><br>J. Broschk |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Address Unknown<br><br>Margie Schmitz<br>Address Unknown<br><br>Wagner<br>Address Unknown<br><br>Irya Hetzel<br>Address Unknown<br><br>AE Massmany, MS<br>Address Unknown<br><br>Jim and Holly Fann<br>Address Unknown<br><br>Richard and Lenora Volk<br>Address Unknown<br><br>Steve and Shawn Barry<br>Address Unknown<br><br>Rick and Angie Mobley<br>Address Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Jan Moies<br>Address Unknown<br><br>Gina Scaglione<br>Address Unknown<br><br>Jullie DeBruin<br>Address Unknown<br><br>Kent and Karen Huret<br>Address Unknown<br><br>Susan Rogers<br>Address Unknown<br><br>David Ames<br>Address Unknown<br><br>Sue Rush<br>Address Unknown<br><br>Ken Haglind<br>Address Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | A De Coudreaux<br><br>Address Unknown<br><br>Miguel Guzmon<br><br>Address Unknown<br><br>Maximilian Locher<br><br>Address Unknown<br><br>Tara Kingsley<br><br>Address Unknown<br><br>Kristine Straub<br><br>Address Unknown<br><br>Erik Lovoly<br><br>Address Unknown<br><br>Wayne Marshall<br><br>Address Unknown<br><br>Elena Blaisdell<br><br>Address Unknown<br><br>Jan Roehrish |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Address Unknown<br><br>John Pele__<br>Address Unknown<br><br>Richard Clarke<br>Address Unknown<br><br>J. Powell<br>Address Unknown<br><br>Gloria C. Arneberg<br>Address Unknown<br><br>Scott Boehart<br>Address Unknown<br><br>Irena Pope<br>Address Unknown<br><br>T. Waoh<br>Address Unknown<br><br>M. Bedenbender<br>Address Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Ralindsey<br>Address Unknown<br><br>Cynthia Davis<br>Address Unknown<br><br>Dan Madsen<br>Address Unknown<br><br>John Hardt<br>Address Unknown<br><br>Joh and Lorraine Joseph<br>Address Unknown<br><br>Bolin<br>Address Unknown<br><br>Robert Pfenning<br>Address Unknown<br><br>Ken Hagland<br>Address Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Nancy Wheeloch<br>Address Unknown<br><br>Karen Coffey<br>Address Unknown<br><br>Brian Messer<br>Address Unknown<br><br>Hola Wright<br>Address Unknown<br><br>R. Hockin<br>Address Unknown<br><br>Patricie Toree<br>Address Unknown<br><br>Bruce Mehlhop<br>Address Unknown<br><br>Marco Santogo<br>Address Unknown<br><br>Cynthia Davis |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Address Unknown<br><br>Dave Koecheler<br>Address Unknown<br><br>Tom Dodge<br>Address Unknown<br><br>Anamaria Pliego<br>Address Unknown<br><br>Jim and Peggy Driver<br>Address Unknown<br><br>P Tovee<br>Address Unknown<br><br>Bud Tompkins<br>Address Unknown<br><br>Julius Broschle<br>Address Unknown<br><br>S. Rodgers |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Address Unknown<br><br>Vance Holtzman<br>Address Unknown<br><br>Akel Sasso<br>Address Unknown<br><br>Nil Ludwig<br>Address Unknown<br><br>L Taller<br>Address Unknown<br><br>Bill and Dawn Mohr<br>Address Unknown<br><br>E Kertun<br>Address Unknown<br><br>S. Haynes<br>Address Unknown<br><br>Marya Tomizik |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Address Unknown<br><br>Cameron Harris<br>Address Unknown<br><br>Ben Skaar<br>Address Unknown<br><br>Chuck Love<br>Address Unknown<br><br>Jessica Schewe<br>Address Unknown<br><br>Skaar<br>Address Unknown<br><br>Amya Marcellus Spears<br>Address Unknown<br><br>Jeremy Aufderheide and Michael Lomker<br>Address Unknown<br><br>Howard D. Valandra<br>Address Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | J. Haucock<br>Address Unknown<br><br>M. Bendenbender<br>Address Unknown<br><br>Jason Holt<br>Address Unknown<br><br>Annie Frederickson<br>Address Unknown<br><br>Fullers<br>Address Unknown<br><br>Steve Chandler<br>Address Unknown<br><br>Trudy Jaquith<br>Address Unknown<br><br>Irya Hezel<br>Address Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ____ L. Roberts<br>Address Unknown<br><br>Ben Skaar<br>Address Unknown<br><br>Linda Podojil<br>Address Unknown<br><br>Hmee Hokwa<br>Address Unknown<br><br>Spears<br>Address Unknown<br><br>Marco Santoyo<br>Address Unknown<br><br>J. Adachi<br>Address Unknown<br><br>Zach Ryan<br>Address Unknown<br><br>Tom Moman |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Address Unknown<br>Trudy Jacquith<br>Address Unknown<br><br>Ross and Tami Phillips<br>Address Unknown<br><br>Bobbi Theel and Gireg Grallvway<br>Address Unknown<br><br>Howard Valandra<br>Address Unknown<br><br>Bill Pearson<br>Address Unknown<br><br>Ron Hansen<br>Address Unknown<br><br>Shana and Ben<br>Address Unknown<br><br>Jim Beardsley<br>Address Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Bruce Jensen<br><br>Address Unknown<br><br><br>Michael Armisksi<br><br>Address Unknown<br><br><br>Troy Mach<br><br>Address Unknown<br><br><br>Jason Seepino<br><br>Address Unknown<br><br><br>David Yanez<br><br>Address Unknown<br><br><br>Michelle and Darin Qunt<br><br>Address Unknown<br><br><br>Jennifer Lee<br><br>Address Unknown |
| | | | | | Brent Anderson: Mr. Anderson is expected to testify to the waterproofing bid by Brent Anderson Associates, Inc. to waterproof the courtyards at Promenade. |
| | | | | | Constantine Lallas: Mr. Lallas is expected to testify to his dealing with Healy Ramme Co. and Promenade Village Townhomes, LLC with their loan with Heller Financial. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Julie Silverstein: Ms. Silverstein is expected to testify to her dealing with Healy Ramme Co. and Promenade Village Townhomes, LLC with their loan with Heller Financial. |
| | | | | | Michael Stohler: Mr. Stohler is expected to testify to his knowledge of the loan with Ohio National Life Insurance Co. |
| | | | | | John Davis: Mr. Davis is expected to testify regarding his knowledge of loans to Healy Ramme Co. and Promenade Village Townhomes, LLC. |
| | | | | | Shelley Stuart Carvel: Ms. Carvel is expected to testify regarding his knowledge of loans to Healy Ramme Co. and Promenade Village Townhomes, LLC. |
| | | | | | David A. Tokos: Mr. Tokos Carvel is expected to testify regarding his knowledge of loans to Healy Ramme Co. and Promenade Village Townhomes, LLC. |
| | | | | | John McEachern: Mr. McEachern is expected to testify regarding his knowledge of loans to Healy Ramme Co. and Promenade Village Townhomes, LLC. |
| | | | | | Sabrina King: Ms. King is expected to testify regarding his knowledge of loans to Healy Ramme Co. and Promenade Village Townhomes, LLC. |
| | | | | | All witnesses identified on the Witness List of other parties |
| | | | | | Foundation, impeachment and rebuttal witnesses |

Dated: September 3, 2004.

IVERSON REUVERS, LLC.

By_s/ Mark Brown__
Mark S. Brown, #226774
Attorneys for Waterproofing By Experts
9321 Ensign Ave. South
Bloomington, MN 55438
(952) 548-7200