**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

**WATERPROOFING BY EXPERT'S PROPOSED SPECIAL VERDICT FORM**

We the jury, impaneled and sworn for trial of the above-entitled action, do hereby answer the questions submitted as follows:

1. Did Weis Builders, Inc., breach its contract with Promenade Village Townhomes, LLC?

   Yes ____ No ___

2. If your answer to Question No. 1 was "yes", then answer this question:

   Was Weis Builders, Inc.'s breach a direct cause of damages to Promenade Village Townhomes, LLC?

   Yes ____ No ___

3. Did Waterproofing By Experts breach its contract with Weis Builders?

   Yes ____ No ___

4. If your answer to Question No. 3 was "Yes," then answer this question: Was Waterproofing By Expert's breach of its contract with Weis a direct cause of damages to Promenade Village Townhomes, LLC?

   Yes ___ No ___

5. Did J-Berd Mechanical Contractors, Inc., breach its contract with Weis?

   Yes ___ No ___

6. If your answer to Question No. 12 was "yes," then answer this question:

   Was J-Berd Mechanical Contractors, Inc.'s breach of its contract with Weis a direct cause of damage to Promenade Village Townhomes, LLC?

   Yes ___ No ___

7. Was Elness Swenson Graham Architects, Inc., Promenade Village Townhomes, LLC's, agent on the Promenade Oaks Project?

   Yes ____ No ___

8. Were any of the following parties negligent?

| | | | |
|---|---|---|---|
| a. | Promenade Village Townhomes | Yes ___ | No ___ |
| b. | ESG Architects | Yes ___ | No ___ |
| c. | Weis Builders, Inc. | Yes ___ | No ___ |
| d. | Waterproofing By Experts | Yes ___ | No ___ |
| e. | Colloid Environmental Technology Company | Yes ___ | No ___ |
| f. | J-Berd Mechanical | Yes ___ | No ___ |
| g. | Chris Craft Industrial Products | Yes ___ | No ___ |

9. If your answer to Question No. 8 was "yes" as to any of the parties listed, then answer the following question:

Was the negligence of any party as to whom you answered "yes" to Question No. 8 a direct cause of damages claimed by Promenade Village Townhomes, LLC?

| | | | |
|---|---|---|---|
| a. | Promenade Village Townhomes | Yes ___ | No ___ |
| b. | ESG Architects | Yes ___ | No ___ |
| c. | Weis Builders, Inc. | Yes ___ | No ___ |
| d. | Waterproofing By Experts | Yes ___ | No ___ |
| e. | Colloid Environmental Technology Company | Yes ___ | No ___ |
| f. | J-Berd Mechanical | Yes ___ | No ___ |
| g. | Chris Craft Industrial Products | Yes ___ | No ___ |

10. Answer this question only if your answer to Question No. 1 was "yes" as to any of the parties listed:

Taking all of the negligence that contributed as a direct cause of damage to Promenade Village Townhomes, LLC, to be 100%, what percentage do you attribute to the following parties? (You are to attribute a percentage only to those parties for which you have answered "yes" to Question No. 10):

| | | |
|---|---|---|
| a. | Promenade Village Townhomes | _________ % |
| b. | ESG Architects | _________ % |
| c. | Weis Builders, Inc. | _________ % |
| d. | Waterproofing By Experts | _________ % |
| e. | Colloid Environmental Technology Company | _________ % |
| f. | J-Berd Mechanical | _________ % |
| g. | Chris Craft Industrial Products | _________ % |
| | | =============== |
| | | ___100__ % |

11. Did Promenade Village Townhomes, LLC, breach a contract with Weis Builders?

Yes ___ No ___

12. Answer this question only if your answer to Question No. 11 was "yes":

Was Promenade Village Townhomes, LLC's breach of a contract with Weis Builders a direct cause of damage to Weis Builders?

Yes ___ No ___

13. Answer this question only if your answer to Question No. 12 was "yes":

What sum of money will fairly and adequately compensate Weis Builders for damages it sustained as a direct result of Promenade Village Townhomes, LLC's breach of a contract with Weis Builders?

$________________________

14. Did Weis Builders breach its Standard Subcontract Agreement dated February 20, 1997 with Waterproofing by Experts? Yes ______ No ______

15. If you answered "yes" to the previous question, then answer this question:

What amount of money will fairly and adequately compensate Waterproofing by Experts for Weis Builders' breach of the Standard Subcontract Agreement?
$_________

16. Did Weis Builders breach an implied contract with Waterproofing by Experts to perform remedial work on the Promenade Apartments? Yes______ No________

17. If you answered "yes" to the previous question, then answer this question:

What amount of money will fairly and adequately compensate Waterproofing by Experts for Weis Builders' breach of the implied contract for remedial work?
$ ________________

Regardless of your answers to any other questions, you MUST answer the following questions:

18. What amount of money, if any, will fairly compensate Promenade Village Townhomes, L.L.C. for out-of-pocket expenses incurred to repair or replace property damaged solely and directly as a result of water leaks experienced at the Promenade Oaks apartments?

$ _____________________

19. Did the leaks at Promenade Oaks apartments cause Promenade to lose any income due to decreased occupancy or suppressed rentals?

Yes________ No_________

20. If your answer to the previous question was "yes," then answer this question:

What amount of money, if any, will fairly and reasonably compensate Promenade for the reduced occupancy, suppressed rentals, and concessions incurred solely and directly as a result of the leaks at Promenade Oaks apartments?

$____________________

21. What amount of money, if any, will fairly compensate Promenade **for the lesser of** a) the diminished value of the property resulting solely and directly from water leaks, or b) the costs to restore the courtyards to the condition for which Promenade contracted?

$___________________

Date: ____________________

Time: ____________________

________________________________
Foreperson