**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2004, I caused the following documents:

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

1. Notice of Hearing of Motion in Limine Seeking the Court's Interpretation of the Scope of its Subcontract
2. Motion
3. Memorandum of Law
4. Affidavit of Mark S. Brown
5. Notice of Hearing on Motion for Jury View
6. Motion
7. Memorandum of Law
8. Notice of Hearing on Motion in Limine to Exclude Certain Opinions Proffered by Defendant Promenade Village Townhomes, LLC.'S Liability Expert David Campbell
9. Motion
10. Memorandum of Law
11. Affidavit of Mark S. Brown
12. Notice of Hearing on Motion in Limine to Exclude Certain Expert Testimony
13. Motion
14. Memorandum of Law
15. Affidavit of Mark S Brown
16. List of Proposed Deposition Testimony
17. Exhibit List
18. Witness List
19. Proposed Jury Instructions
20. Proposed Special Verdict Form
21. Voir Dire

G. John Veith
Brown & Carlson, P.A.
jveith@brownandcarlson.com

Daniel Austin Beckman
Gislason & Hunter, LLP
dbeckman@gislason.com

Leo I Brisbois
Stich, Angell, Kreidler, et al.
lbrisbois@stichlaw.com

Steven E Rau
Flynn & Gaskins
srau@flynngaskins.com

Chad Stepan
Meagher & Geer
cstepan@meagher.com

Roger C Justin
Rinke-Noonan
rjustin@rnoon.com

Rolf E Sonnesyn
Tomsche, Sonnesyn & Tomsche, P.A.
rsonnesyn@tstlaw.com

Dean Beard Thomson
Fabyanske, Westra & Hart
dthomson@fwhlaw.com

William Dennis Hull
Coleman, Hull & Van Vliet, PLLP
wdhull@chvv.com

Patrick D Reilly
Erstad & Reimer, P.A.
preilly@erstad.com

Jonathan M Bye
Lindquist & Vennum
jbye@lindquist.com

Andrea E Reisbord
Cousineau, McGuire & Anderson Chartered
aer@cousineaulaw.com

Benjamin B Bohnsack
bbohnsack@erstad.com

Steve W Gaskins
sgaskins@flynngaskins.com

Mark A Gwin
mag@cousineaulaw.com

David Fulton Herr
david.herr@maslon.com

Chandelle L Heyer
cheyer@tstlaw.com

Jocelyn Lorna Knoll
jknoll@fwhlaw.com

Timothy B Kohls
tkohls@fredlaw.com

James Duffy O'Connor
james.oconnor@maslon.com

Joseph G Springer
jspringer@fredlaw.com

Robert T Stich
rstich@stichlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brian Baumgartner
Baumgartner Law Office, PLLC
3320 West Owasso Blvd.
Shoreview, MN 55126

Dated: September 3, 2004

IVERSON REUVERS, LLC

By __s/Mark S. Brown________
Mark S. Brown, #2226774
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952 548-7200