# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

## EXHIBIT LIST

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Letter from Harold Dean Kiewel, AIA to Kermitt Duncan, VP of Inspection Services, KKE Architects, confirming that Kiewel reviewed construction drawings for the Promenade Village Townhome on November 13-14, 1996. Drawings were prepared by BRW Elness Architects |
| | 2 | | | | Correspondence from Kirk Velett, AIA of ESG to Kermitt Duncan, Inspection Services, KKE Architects, Inc., regarding Kiewel letter of 11/15/96 |
| | 3 | | | | Fax transmittal of November 20, 1996 to Feges from Peter Desai, regarding Promenade Apartments, specifically addressing signed structurals, STC rating on various assemblies, response from Miue Godfrey at State regarding parking, outside ramp needed to be changed to 1:20 slope; window and safety glass. All needs to be done before building permit issued |
| | 4 | | | | Minutes from owners meeting of 9/30/1996, and action items of 10/01/1996 |
| | 5 | | | | Owners' meeting number 8 |
| | 6 | | | | Owners' meeting number 10 |
| | 7 | | | | Owners' meeting number 13 |
| | 8 | | | | Owners' meeting number 16 |
| | 9 | | | | Owners' meeting number 21 |
| | 10 | | | | Document entitled Eagan Apartments - Design Southwind Commons - Lease |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND/OR WITNESSES |
|---|---|---|---|---|---|
| | 11 | | | | Memo from Terry Wiederhoft to Healey, Ramme and Dahl regarding Promenade water leaks |
| | 12 | | | | Promenade Village Townhomes action items |
| | 13 | | | | Development Proposal - Promenade Townhomes Eagan |
| | 14 | | | | Weis' response to 7/9/1996 meeting regarding action items at the Promenade |
| | 15 | | | | Promenade leak meeting of 4/8/99 |
| | 16 | | | | Changes to plans and Specs accepted by HR, dated 9/10/96 |
| | 17 | | | | Handwritten notes of 11/06/2000, regarding water damage, with attached letter of Greg Ribich to Sharon Augustin of Heller Financial Group, and letter of Carolyn Robey to residents dated August 19, 1999 |
| | 18 | | | | Diagram of Promenade, ESG 01675 (overview of project) |
| | 19 | | | | Fax from Paul Pearson of McCombs, Franks, Roos & Associates to John Feges of ESG, regarding siding elevation and the need for retainage or a landscape slope at the northwest corner of building 1. |
| | 20 | | | | Fax from Paul Pearson of McCombs, Franks, Roos & Associates to Feges regarding concerns on sidewalk in front of building 3. |
| | 21 | | | | Field Report: Handwritten note from Paul Pearson of McCombs, Frank, Roos & Associates regarding sidewalk construction south of building 5. Meeting with Feges and Les Lawson. |
| | 22 | | | | Fax from Weis Builders to Tom Healey cc: to Les Lawson regarding Plaza waterproofing typical details (both swelltite) |
| | 23 | | | | Project Progress Report on the Promenade. |
| | 24 | | | | Letter from David Graham, principal at ESG to Tom Healey, dated 10/10/97, regarding resolution of ESG's work on the Promenade. |
| | 25 | | | | City of Eagan Development Contract for the Promenade, dated 9/17/96. |
| | 26 | | | | Standard contract between Promenade and Weis Builders |
| | 27 | | | | Letter from Desai to Ramme regarding drawings to be bid |
| | 28 | | | | Owners meeting number 11 |
| | 29 | | | | Promenade, Healey-Ramme costs |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 30 | | | | Photographs of the plaza waterproofing prior to the backfill. |
| | 31 | | | | Photographs of the plaza waterproofing |
| | 32 | | | | handwritten drawing of the Promenade with below-grade parking |
| | 33 | | | | handwritten diagram of the Promenade buildings 1 and 2 only. |
| | 34 | | | | Standard contract between Promenade and Weis |
| | 35 | | | | Letter from Marshall Levin to Joceline Knoll |
| | 36 | | | | Letter of Timothy Reiner of Weis Builders to Peter Ramme regarding meeting of 6/20/1996 |
| | 37 | | | | Handwritten notes regarding items to be completed |
| | 38 | | | | Handwritten drawing of dimensional bust |
| | 39 | | | | Waterproofing by Experts contract for $242,557 - Courtyard water proofing |
| | 40 | | | | Waterproofing by Experts contract for vertical waterproofing for $38,562 |
| | 41 | | | | Letter from Steve Messerich of Waterproofing by experts to Weis Builders regarding Mirafi 861 sheet membrane, 1" bead board, as well as swell tight 3009 90 mil sheet waterproofing; M-2000 Liquid flashing over all joints, 2" insulation, drainboard, 10-year manufacturing labor warranty, total contract price, $373,000, dated 8/22/96 |
| | 42 | | | | CETCO product Specs for Volclay Swelltite |
| | 43 | | | | Standard Subcontractor Agreement between Weis Builders and Waterproofing by Experts |
| | 44 | | | | Fax from Peter Desai to Paul Pearson and John Feges regarding changes to plans and specs, dated 10/22/96. Note for Paul to be responsible for any civil items and John to be responsible for any architectural items |
| | 45 | | | | Request for Information No. 39 from 2H-K from Peter Desai regarding plaza exterior building walls, possibly being pushed in where wood framing meets 2 feet of block. Diagram enclosed |
| | 46 | | | | Fax from Les Lawson to Peter Desai regarding waterproofing. Specifically waterproofing must be on board by Monday or the project will be behind with siding |
| | 47 | | | | Promenade Village PM job site visit report, dated 4/10/97 |
| | 48 | | | | Request for Information No. 101 from Curt Mareno to John Feges, requesting drawings of courtyard dirt, sidewalks and electrical |
| | 49 | | | | Fax from Peter Desai to John Feges, outlining items needed from |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | John Feges: plaza sidewalk, retaining wall layout, plaza lighting plan, need siding colors for each building, location and design of gas grills and pads, retaining wall railing requirements, location and new design of monument sign, FTG design or garage, pool gate, and locking mechanism, lettering on signs for speed bumps, revised drawing for building 3 framing/siding solution on sound proofing unit, answering all requests for information (approximately 40 FRI's pending) Complete design for water proofing over AC unit in building 1 and 2, review any requirements for swimming pool, figure out access to tot lot |
| | 50 | | | | Hanuschak & Kowalchuk's Construction Observation Report No. 12 |
| | 51 | | | | Fax from Manzella and Mareno to John Feges requesting detailed plan for building 5 plaza grading, dated 5/9/97. |
| | 52 | | | | Weis Builders Request for Information #104, from Manzella to Waterproofing by Experts. |
| | 53 | | | | Contractors progress meeting, dated 7/2/97 for the Promenade Apartments |
| | 54 | | | | Contractors progress meeting, dated 7/9/97 for the Promenade Apartments |
| | 55 | | | | Promenade waterproofing meeting, involving Frank Varak, Les Lawson, John Feges, Steve Messerich, dated 7/29/97 |
| | 56 | | | | Project Manual for construction of the Promenade project, dated 9/12/96 |
| | 57 | | | | Items discussed during meeting of October 14, 1996 |
| | 58 | | | | Memo from Healey-Ramme regarding memo of Healey-Ramme of October 16, 1997, regarding purged water on plaza at Promenade |
| | 59 | | | | Volclay Waterproofing system warranty |
| | 60 | | | | Promenade water leaks for January 10, 1998; February 12, 1998; February 17, 1998; February 27, 1998; March 24, 1998; March 28, 1998; May 4, 1998 |
| | 61 | | | | Promenade Oaks Action List, dated 5/14/98 |
| | 62 | | | | Fax from Terry Wierderhoft of Healey-Ramme to Feges, dated 6/30/98, enclosing list of water damage from storm of June 26, 1998 |
| | 63 | | | | Fax from Peter Desai to Feges, dated 4/15/99, regarding Promenade leak meeting of 4/8/1999 |
| | 64 | | | | Drawing of roof leak |
| | 65 | | | | Waterproofing by Experts bid proposal, totaling $373,600 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 66 | | | | Standard Contract between BRW Elness Architects and Promenade |
| | 67 | | | | Letter from ESG to Unim Life Insurance Company of America regarding certification of improvements, dated 9/26/97 |
| | 68 | | | | Certificate of Architect |
| | 69 | | | | Photograph of Plaza deck |
| | 70 | | | | Photograph of plaza deck |
| | 71 | | | | Fax from Kermit Duncan to Jennifer Fehlau, Unim, regarding a Fair Housing Act/Minnesota 1340 Compliance Report |
| | 72 | | | | Letter from Kirk Velett to Dale Schoeppner of the City of Eagan, dated 10/21/96, regarding meeting of October 1, 1996 |
| | 73 | | | | Letter from Dale Schoeppner of the City of Eagan to Peter Desai, dated 10/3/96 |
| | 74 | | | | Letter from Kirk Veletto Kermit Duncan of KKE Architects, dated 9/30/97, regarding Kiewel letter of November 15, 1996 |
| | 75 | | | | Drawing of ramp modifications, link between buildings 4 and 5 |
| | 76 | | | | Drawing regarding grading constraints in the area of buildings 4 and 5. Patio slab to accommodate picnic table and grill will need to be relocated as noted below |
| | 77 | | | | Diagram of Plaza walk |
| | 78 | | | | Diagram of plaza walk |
| | 79 | | | | Hand-written diagram of drainage system |
| | 80 | | | | Owners' meeting No. 6, dated 10/29/96 |
| | 81 | | | | Owners' meeting No. 8, date 11/12/96 |
| | 82 | | | | Owners' meeting No. 10, dated 11/26/96 |
| | 83 | | | | Owners' meeting No. 11, dated 12/3/96 |
| | 84 | | | | Owners' meeting No. 12, dated 12/17/96 |
| | 85 | | | | Owners' meeting No. 13, dated 1/7/97 |
| | 86 | | | | Owners' meeting No. 16, dated 2/18/97 |
| | 87 | | | | Owners' meeting No. 18, dated 3/11/97 |
| | 88 | | | | Owners' meeting No. 18, dated 3/11/97 |
| | 89 | | | | Owners' meeting No. 22, dated 4/22/97 |
| | 90 | | | | Action Items needing answer from ESG Architects |

| | | | | | |
|---|---|---|---|---|---|
| | 91 | | | | Owners' meeting No. 23, dated 5/20/97 |
| | 92 | | | | Contractors' progress meeting No. 34, dated 7/2/97 |
| | 93 | | | | Request for Information No. 106 from Weis to Feges re: sidewalks in building 3 do not meet ADA requirements, dated 7/25/97 |
| | 94 | | | | Request for Information No. 107 from Weis to Feges re: ramp at drive between buildings 1 and 2 do not work and still do not have the correct pitch for handicapped accessibility, dated 7/25/97 |
| | 95 | | | | Request for Information No. 104 from Weis to Feges re: potential water build up in the ramp area of buildings 1 and 2 link. Water collects in the area and could cause severe frost and heaving on the plaza, dated 6/14/97 |
| | 96 | | | | Request for Information No. 37 re: patio roof support in courtyard, dated 12/13/96 |
| | 97 | | | | Request for Information No. 101 re: requesting drawing of courtyard dirt/sidewalk/electrical, dated 4/15/97 |
| | 98 | | | | Request for Information No. 92 re: mirrors not shown in bathroom of BZ unit, dated 3/13/97 |
| | 99 | | | | Fax from Desai to Feges, dated 5/21/97, re: waiting on responses to requests for information re: landscaping plans, sidewalk plans, elevations and section cut out for ramp at building 1 and 2, elevation and detail of stairs at exterior west of building 1, plaza lighting requirements, elevation changes at buildings 4 and 5 link |
| | 100 | | | | Fax from Desai to Feges, dated 6/29/97, re: location of tot lot; grading plan for tot lot; material used for tot lot; access to tot lot; color selection of equipment |
| | 101 | | | | Request for Information No. 50 re: Plaza grading, dated 1/5/97 |
| | 102 | | | | Letter from Healey-Ramme to David Graham of ESG re: carpet pad and architecture fees, dated 11/3/97 |
| | 103 | | | | Hand-written note of ESG architects re: Involvement in promenade townhomes |
| | 104 | | | | Letter from Feges to Velett regarding Promenade town home and the architects scope of work, dated 9/16/97 |
| | 105 | | | | Fax from Desai to Paul Pearson/John Feges, dated 10/22/96, re: changes to plans and specs are to be documented by both Feges and Pearson and copied to the owner and Weis. Pearson responsible for civil items and Feges responsible for any architectural items. |
| | 106 | | | | Hand-written notes re: bike hooks in garage, lighting fixtures, flag pole, blinds, dryer vent, window test, specs for plaza, wallpaper in lobbies; outlet colors. |

| | | | | | |
|---|---|---|---|---|---|
| | 107 | | | | Photographs of plaza with overhang and 4x4 wood posts taken 5/6/97 |
| | 108 | | | | Photographs of plaza waterproofing |
| | 109 | | | | Photographs of plaza with pink insulation installed, dated 5/6/97 |
| | 110 | | | | Photographs of drain in plaza |
| | 111 | | | | Photographs of drain in plaza |
| | 112 | | | | Photographs of soffits in plaza |
| | 113 | | | | Photographs of waterproofing in plaza |
| | 114 | | | | Photographs of exterior staircases |
| | 115 | | | | Photographs of roof line |
| | 116 | | | | Items discussed during October 14 meeting at the Promenade |
| | 117 | | | | Handwritten note from Desai to Pearson, dated 8/13/97, re: sidewalk grade concern, discussed concerns with Feges, who stated he would review this. |
| | 118 | | | | Diagram of changes taken care of by Feges on 4/30/97 |
| | 119 | | | | Phone report of Pearson with Jeremy Banken re: retaining walls, dated 10/10/96 |
| | 120 | | | | Memo from Pearson to Feges re: drains, dated 10/10/97 |
| | 121 | | | | Fax form Pearson to Feges, dated 7/31/97, re: fax of 7/29/1997, regarding sidewalk alignment and proposed finished-grade of sidewalk. |
| | 122 | | | | Fax from Pearson to Feges, dated 7/31/97, re: three-foot separation from courtyard elevation to the bottom elevation of the side along the NW corner of building 1. |
| | 123 | | | | Letter from Lisa Dahl to Thomas Weber, dated 5/21/98, re: leaks at the Promenade |
| | 124 | | | | Letter from Feges to Healey-Ramme, dated 6/11/98, re: water leaks and frost heaving on sidewalks of plaza between dwelling units. |
| | 125 | | | | Fax from Weis to Waterproofing by Experts, dated 6/10/97,re: the need for exact elevations in marking for sub-grade before working. |
| | 126 | | | | Fax from Manzella to Feges, dated 7/9/97, re: west end of building 1 and the completion of the stairs at the end of the courtyard. Also confusion over picnic area at the north end of building 4 |
| | 127 | | | | Hand-written notes from ESG, dated 8/5/97, re: signage, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | monument sign, building number 3 plaza walk, building number 3 sidewalk, punch lists for buildings 6, 5, 4, and 1, sound issue for unoccupied units, water leaks for plaza, mulch-clogged drains in building 4. |
| | 128 | | | | Memo from Ramme, dated 10/16/97, re: perched water in plaza at Promenade |
| | 129 | | | | Fax from Wiegand to Feges, dated 6/19/97, re: waterproofing system recommendations for pavers |
| | 130 | | | | Fax from Weis to BRW Architects, dated 10/23/96, re: variable waterproofing tech data |
| | 131 | | | | Handwritten notes regarding meeting of 5/29/1997, entitled "Items needed by Weis Builders" |

Third-Party Defendant J-Berd Mechanical Contractors, Inc. also reserves the right to offer at trial any exhibits deemed necessary for rebuttal, impeachment, or foundation purposes or any exhibits identified by the other parties.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn____________________

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.