# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

## EXHIBIT LIST

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 132 | | | | Promenade Village townhome action list, dated 2/24/97 |
| | 133 | | | | Construction observation Report No. 12, dated 4/25/1997 |
| | 134 | | | | Letter from William Hanuschak to ESG, dated 3/2/98, re: Inspection of February 13, 1997, re: floor slopes at the south unit on pre-cast deck of building 1. Heaving of sidewalks on pre-cast deck at plaza between north and south units. |
| | 135 | | | | Promenade construction punch list, dated 5/16/96 |
| | 136 | | | | Letter from Brent Anderson to BRW, dated 5/16/96, re: preliminary bid for waterproofing, totaling $360,554 |
| | 137 | | | | Fax from BRW architect to Healey-Ramme, dated 6/17/96, re: courtyard plaza cost and description for waterproofing |
| | 138 | | | | Letter from Brent Anderson's to Weis Builders, dated 7/19/96, regarding bid for waterproofing totaling $90,000 |
| | 139 | | | | Weis Building waterproofing information, dated 7/22/96 |
| | 140 | | | | Division 7-Thermal and moisture protection, section 07110-waterproofing |
| | 141 | | | | Handwritten drawing of the pre-cast plank and slab representing "open closed stoop" |
| | 142 | | | | Letter from Peter Ramme to Gregory Hultstrand of Towle Capital Realty Group, dated 6/13/96, re: information comparing Promenade townhomes southwind |
| | 143 | | | | Letter from Ramme to Richard Riley of Eberhardt Company, dated 5/24/96, re: submission of preliminary plans and |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | specifications to contractor, including budget and comparisons |
| | 144 | | | | Promenade Residential Component |
| | 145 | | | | Eagan Apartment-Design Southwind Comments leasing, dated2/22/96 |
| | 146 | | | | Construction costs statement |
| | 147 | | | | Promenade construction |
| | 148 | | | | Handwritten note on Healey-Ramme letterhead, dated 5/23/96, re: Eagan property. Following conversation with Jim Salzl - senior inspecting architect-BRW. "M&E's have been very rough on design build jobs." He recommends a very tight, specific outline spec. "design build jobs used to be favorable" |
| | 149 | | | | Handwritten notes re: meeting with Peter Ramme and BRW, dated 5/19/96, re: courtyard elevations, re-do unit labeling, unit plans. |
| | 150 | | | | Handwritten notes re: meeting with BRW and Peter Ramme |
| | 151 | | | | Eagan Promenade meeting notes, dated 9/10/96 |
| | 152 | | | | Change Order No. 1, including which includes seven self-cleaning ranges, ½ horse power disposals, electrical upgrades, handicapped changes for community building bath, counter top hangovers and two-bedroom. Replace siding on building 6 and community center. |
| | 153 | | | | Letter from David Graham to Peter Ramme, dated 10/10/97, re: final resolution on Promenade in ESG's working relationship with Healey-Ramme. |
| | 154 | | | | McCombs, Frank, Roos & Associates invoice to Healey-Ramme Co. totaling $1,848.59 |
| | 155 | | | | Letter from Kirk Velett to Healey-Ramme, dated 2/27/97, re: Promenade observation construction service. |
| | 156 | | | | Letter from Carolyn Roby to residents of Promenade, dated 6/4/98, re: water damage from storm that hit Sunday night. |
| | 157 | | | | Memo to Lisa Dahl, dated 4/1/98, re: water leaks in building 2, unit 104 |
| | 158 | | | | Letter from Peter Ramme to John Davis of Eberhardt Co., dated 5/27/99, re: plaza deck water leaks. Resolved by the installation of drain tile in late 1998. |
| | 159 | | | | Letter from Gregory Ribich to Heller Financial Group, dated 12/15/99, enclosing financials for the Promenade Oaks |
| | 160 | | | | Letter from Peter Ramme to John Davis of Eberhardt Co., dated 12/15/99, re: plaza deck water leaking problems at the Promenade townhomes. |

| | | | | | |
|---|---|---|---|---|---|
| | 161 | | | | Letter from Ribich to Heller Financial, dated 8/23/00, re: Promenade Oaks townhomes re: update on water leak, rental marking, cash flow, value of property. |
| | 162 | | | | Handwritten note from Peter Ramme asking that Terry Wiederhoft be shown the quality of work for the waterproofing originally completed around the plaza deck posts. |
| | 163 | | | | Handwritten note from Peter Ramme suggesting that John Feges review specifications for styrofoam material added to the plaza deck repairs to make sure appropriate |
| | 164 | | | | Fax from Terry Wiederhoft to Peter Desai, dated 12/1/97, re: costs incurred from water damage. |
| | 165 | | | | Memo from Terry Wiederhoft, dated 8/11/98, re: reimbursement of Weis to Promenade of $13,034 for water-related construction issues |
| | 166 | | | | Memo from Wiederhoft to Peter Ramme, dated 1/21/99, re: summary of costs that Weis owes Promenade of $174 |
| | 167 | | | | Memo from Wiederhoft to Peter Ramme and Tom Healey, dated 4/13/99, re: summary of updated costs that Weis owes Promenade as of 3/31/1999 |
| | 168 | | | | Promenade Oaks competition, monthly rent per unit for August 2000 |
| | 169 | | | | Handwritten notes re: rent rates at Promenade |
| | 170 | | | | Job meeting # 422, dated 7/16/96 |
| | 171 | | | | Sworn Statement and Proof of Loss re: flood damage occurring on July 14, 1997 |
| | 172 | | | | Memo from Terry Wiederhoft to Tom, Peter, Lisa, Ann, & Carolyn, dated 7/3/01, re: Promenade Oaks plaza stoop post repair schedule |
| | 173 | | | | Property Loss Notice to Traveler's Insurance re: water damage to 30 units due to severe storm. DOL 5/15/1998 |
| | 174 | | | | Payment check by Traveler's for $30,151.85 |
| | 175 | | | | Weis Builders Daily Report Form stating waterproofing needed to be started at knee-walls in the courtyard. |
| | 176 | | | | Bid confirmation on Promenade from Brent Anderson, totaling $390,000, dated 7/19/96 |
| | 177 | | | | Weis Builders Daily Report, dated 4/3/97, re: John Wiegand sales rep reviewed installation of building 6 plaza. Installation looks good, will write up field report and copy Weis. |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 178 | | | | Drawing of top detail. |
| | 179 | | | | Handwritten drawing of typical door/step section joining 4 inch concrete block with treated 2x4 cleated below threshold |
| | 180 | | | | Cross-section diagrams revealing drawings of pre-cast slab in courtyard and waterproofing |
| | 181 | | | | Cross-section drawing of typical stoop details |
| | 182 | | | | Fax from Hanuschak to Feges, dated 4/29/97, re: Patio slabs on plaza with attached drawing of typical patio slab on pre-cast plaza - building 1-6 |
| | 183 | | | | Hand-drawn typical stoop diagram |
| | 184 | | | | Handwritten drawing (unintelligible) of "dirt" |
| | 185 | | | | Letter of William Kwasny to Peter Desai, dated 8/19/99, re: review of water infiltration at the Promenade townhomes |
| | 186 | | | | Wesfield Cos. non-waiver Agreement signed by Peter Desai, dated 2/12/98 |
| | 187 | | | | Letter from Peter Desai to Promenade, dated 6/18/99, re: tolling agreement |
| | 188 | | | | Photograph of courtyard waterproofing |
| | 189 | | | | Fax from John Wiegand to Frank Varak, dated 7/14/97, re: detailed waterproofing by experts for above job. Attached Diagram of spancrete deck facing building 1 |
| | 190 | | | | Letter from Frank Varak to Peter Desai, dated 8/11/97, re: visit to job site and issuance of standard warranty |
| | 191 | | | | Letter from Frank Varak to Peter Desai, dated 4/29/98 re: fax transmittal of 4/13/1998. Varak states that CETCO will issue a ten-year, limited warranty for the Promenade project. |
| | 192 | | | | Fax from Wiegand to Varak, dated 1/8/98, re: conversation with Messerich re: reported leaks at the Promenade. Specifically leaks in the courtyard resulting in dripping in the parking garages |
| | 193 | | | | Letter from Messerich to Desai, dated 1/28/98, re: site meeting with Al Treen and Mike Bruskie involving leakage by beam and vertical wall in building 1, unit 6 |
| | 194 | | | | Photograph of waterproofing |
| | 195 | | | | Letter from Wiegand to Joel Penzsick, dated 8/4/99, re: summation of issues and problems associated with insulation and swelltite system |
| | 196 | | | | Letter from Wiegand to Joel Penzick, dated 5/31/00, re: Notice from Weis Builder re: new leaks developed at the Promenade. |

| | | | | | |
|---|---|---|---|---|---|
| | 197 | | | | Photograph of plaza waterproofing |
| | 198 | | | | Photograph of threshold waterproofing, taken 7/29/97 |
| | 199 | | | | Swelltite components bentonite waterproofing membrane literature |
| | 200 | | | | Photograph of sidewalk of courtyard |
| | 201 | | | | Swelltite Product Manual |
| | 202 | | | | Photograph of plaza sidewalk pour and waterproofing |
| | 203 | | | | Letters on warranty re: waterproofing, dated 5/21/97 |
| | 204 | | | | Fax from Wiegand to Varak, dated 1/8/98, re: waterproofing by experts report of leaks at the Promenade |
| | 205 | | | | Letter from Jeff Konz of CETCO to Bill Backer, dated 7/25/96, re: Swelltite 300 application |
| | 206 | | | | Photograph of courtyard waterproofing |
| | 207 | | | | Photograph of threshold waterproofing |
| | 208 | | | | Courtyard waterproofing |
| | 209 | | | | Photograph of courtyard drain |
| | 210 | | | | Fax from Wiegand to Feges, dated 6/27/97, enclosing installation instructions for the enviro sheet waterproofing system with protection board for pave deck area at Promenade |
| | 211 | | | | Fax from Wiegand to Lason, dated 7/11/97, regarding spancrete deck/block wall |
| | 212 | | | | Drawing of apartment and range |
| | 213 | | | | Letter from Frank Varak to John Wiegand, dated 6/15/97, re: roof deck pavers |
| | 214 | | | | Fax from Varak to Wiegand, dated 6/24/97, re: envirosheet with protection board detail |
| | 215 | | | | Fax from Desai to Frank Varak, dated 7/29/97, enclosing typical stoop detail |
| | 216 | | | | Letter from Steven Messerich to Weis Builders, dated 1/28/98, re: payment on Promenade project |
| | 217 | | | | Photograph of courtyard area while under construction |
| | 218 | | | | Photograph of courtyard area |
| | 219 | | | | Fax from Messerich to Varak, dated 10/22/97, re: Promenade warranty for volplay waterproofing system - inspection |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | certification |
| | 220 | | | | Drawing of a bottom drain on the plaza deck |
| | 221 | | | | Summary of Weis' costs on Promenade from 1997-2000, totaling $205,428.25 |
| | 222 | | | | Promenade HRC costs |
| | 223 | | | | Water leak recap to Lisa Dahl, dated 9/12/97, involving buildings 1 through 6, with a map for the same. |
| | 224 | | | | Memo from Ann Kimbell to Lisa Dahl, dated 10/19/97 re: water leaks. Heavy rain fell on 10/12/1997, causing water damage to buildings 1, 2, 3, and 4 |
| | 225 | | | | Expenses incurred by Promenade as a result of the general contractor, from January 1998-July 1998 totaling $17,437 |
| | 226 | | | | Memo from Ann Kimbell to Peter Desai, dated 5/14/98, re: water damage issues at Promenade Oaks |
| | 227 | | | | Memo from Ann Kimbell to Lisa Dahl re: Southwind Village Apartments |
| | 228 | | | | Handwritten note regarding storm recap from Ann Kimbell to Lisa Dahl |
| | 229 | | | | Memo from Ann Kimbell to Lisa Dahl, dated 7/27/98, re: residents having water damage in unit 109 of building 3 |
| | 230 | | | | Expenses incurred by Promenade relating to general contractor issues, 4/1999 |
| | 231 | | | | Memo from Carolyn Roby to Ann Kimbell, dated 1/13/00, re: summary of costs incurred by Weis, totaling $57,197.10 |
| | 232 | | | | Promenade leak meeting of 4/8/99 |
| | 233 | | | | Handwritten note to Ann, dated 2/3/99, re: current water leaks at the Promenade, buildings located in the stair towers of units 5-137; 5-119; 4-228; 4-117; and 1-125 |
| | 234 | | | | Expenses incurred by Promenade for replacement of carpet/vinyl for the year 2000 |
| | 235 | | | | Memo from Lisa Dahl to Terry, Tom, Ann, Peter, & Greg, dated 3/30/00, re: Promenade leaks dated |
| | 236 | | | | Revised list of Promenade water leaks, dated 4/3/01 |
| | 237 | | | | Promenade water leaks, per Terry Wiederhoft, dated 8/7/02 |
| | 238 | | | | Memo from Ann Kimbell to Lisa Dahl, dated 8/3/00, re: summary of construction items and financial status of Promenade Oaks |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 239 | | | | Promenade competitive comparison – one bedroom units |
| | 240 | | | | Promenade Oaks main comps – one bedrooms |
| | 241 | | | | Handwritten notes regarding Promenade Oaks financials and comparisons |
| | 242 | | | | Promenade Oaks owner meeting no. 19, dated 3/18/97 |
| | 243 | | | | Memo from Carolyn Roby to Ann Kimbell, dated 9/30/98, listing invoices Promenade should be reimbursed for by Weis |
| | 244 | | | | Memo from Lisa Dahl to Peter Ramme and Tom Healey, dated 10/13/98, re: amount owed by Weis - Update $61,359 |
| | 245 | | | | Letter from Healey-Ramme to Tom Weber, dated 5/21/98, re: information pertaining to lease at Promenade Oaks |
| | 246 | | | | Memo from Peter Ramme to Lisa Dahl, dated 11/10/00, re: Promenade Oaks 2001 Budget, Water leaks of 11/6/2000 and 2002 projection |
| | 247 | | | | Diagram of Promenade Oaks – site plan |
| | 248 | | | | Handwritten memo from Lisa Dahl to Peter Ramme re: outlining recent leaks, dated 4/23/01 |
| | 249 | | | | Memo from Lisa Dahl to Peter Ramme, dated 2/5/02, re: leaks at Promenade Oaks |
| | 250 | | | | Handwritten note from Peter Ramme re: comp rates and having to “sell” this to lenders/partners and come up with comps and a story |
| | 251 | | | | Promenade Oaks concessions 1997-1999, dated 11/30/99 |
| | 252 | | | | Promenade rental history, dated 11/29/99 |
| | 253 | | | | Rental history, with $35 water/trash charge |
| | 254 | | | | Memo from Lisa Dahl to Peter Ramme, dated 10/17/00, re: Promenade 2001 Budget |
| | 255 | | | | Architectural drawings – Southwind Plaza grading and draining |
| | 256 | | | | Architect supplemental instructions involving detail at Plaza unit, revised section at 5-A 26 Plaza level wall into A-27, and plaza wall storage into exterior in building 1 |

Third-Party Defendant J-Berd Mechanical Contractors, Inc. also reserves the right to offer at trial any exhibits deemed necessary for rebuttal, impeachment, or foundation purposes or any exhibits identified by the other parties.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn____________________

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.