# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

## EXHIBIT LIST

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 257 | | | | Certificate of Architect and proposed revision |
| | 258 | | | | Drawing of B unit |
| | 259 | | | | Drawing of typical building section |
| | 260 | | | | Drawing of Southwind two bedroom unit |
| | 261 | | | | Cross-section of typical unit |
| | 262 | | | | Reference drawing S1.6 – foundation plan, typical stoop and patio |
| | 263 | | | | Drawing of foundation, roof and exterior walls |
| | 264 | | | | Drawing of building section at typical building |
| | 265 | | | | Drawing of typical free-standing garage |
| | 266 | | | | Building section at west wing building of number 1 |
| | 267 | | | | Wall section at typical building |
| | 268 | | | | Wall section for typical building |
| | 269 | | | | Sketch of building 1 and 2 |
| | 270 | | | | Drawing of surface and waterproofing of raised cab, areas from Plaza fire/pedestrian access doors, mailbox, elevators for handicapped access |
| | 271 | | | | Courtyard level drawing for buildings 1 and 2 connection |
| | 272 | | | | Request for Information no. 61, dated 2/5/97, re: detailed drawings for link area at buildings 4 and 5 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 273 | | | | Hand drawings of scupper for sidewalk at lobby courtyard level of building 5 |
| | 274 | | | | Hand drawing of plaza and garage |
| | 275 | | | | Hand drawing of building 1 and 2 connection |
| | 276 | | | | Hand drawing of drainage and retaining wall |
| | 277 | | | | Memo from Jim Timm/Kirk Velett to Dave Olson/Tim Reiner of Weis builders, dated 5/22/96, re: drawings for preliminary pricing for the Promenade housing. MNE scope specs will be sent Wed, May 29, along with courtyard waterproofing details |
| | 278 | | | | Drawings of roof modification of buildings 1 and 2 (waterproofing) |
| | 279 | | | | Changes to accommodate 1:20 slope ramp to meet ADA requirements between buildings 4 and 5, dated 5/14/99 |
| | 280 | | | | Memo from Jim timm of BRW Elness to Peter Ramme, dated 6/17/96, advising that the cost of courtyard waterproofing was left out of the general numbers by the architect's direction. The amount is $360,554 |
| | 281 | | | | Memo to Ribich, asking that he fax the back-up material to the Commonwealth Land & Title for McCombs, Frank, Roos invoice, dated 10/1/97 |
| | 282 | | | | Memo outlining notes and action items from July 23, 1996, meeting |
| | 283 | | | | Photograph of courtyard with sidewalks poured |
| | 284 | | | | Waterproofing courtyard bid from unknown source, dated 7/10/96 |
| | 285 | | | | Spreadsheet of bids for the Promenade project |
| | 286 | | | | Crawford, Murphy & Tilly, Inc., notes on review of Swelltite, dated 11/12/96 |
| | 287 | | | | Fax from Mike Manzella to Waterproofing by experts requesting plans and specs – not including mechanicals |
| | 288 | | | | Subcontractor Agreement between Weis builders and Waterproofing by Experts |
| | 289 | | | | Fax from Steve Messerich to Peter Desai of Weis Builder outlining items on contract not acceptable, dated 2/252/97 |
| | 290 | | | | Subcontractor request for progress payment from Waterproofing by Experts |
| | 291 | | | | Contractors progress meeting No. 32, dated 6/18/97 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 292 | | | | Contractors progress meeting No. 34, dated 7/2/97 |
| | 293 | | | | Contractors progress meeting No. 36, dated 7/16/97 |
| | 294 | | | | Photograph of Promenade Building No. 4; Plaza at the No. 4 and No. 5 link showing waterproof did not adhere to wall and block not filled or waterproofed |
| | 295 | | | | Photograph of Building No. 1 into center step landing |
| | 296 | | | | Photograph of drain on Plaza pre-cast |
| | 297 | | | | Photograph of framing |
| | 298 | | | | Photograph of courtyard |
| | 299 | | | | Letter from Steve Messerich to Dan Beckmann, dated 4/20/01, re: monies owed to Waterproofing by Experts from the Promenade, totaling $269,828.06 |
| | 300 | | | | Waterproofing by Experts' Answers to Weis' Interrogatories |
| | 301 | | | | Waterproofing meeting of July 29, 1997, involving Frank Varak; Steve Messerich; John Feges; Les Lawson. |
| | 302 | | | | Leak meeting of 4/8/99 involving Ramme, Healey, Kimbell, Wierderhof, Feges, Messerich, Desai, and Lawson |
| | 303 | | | | Fax from Les Lawson and Mike Manzella to Steve Messerich, dated 8/6/97, re: Waterproofing at Buildings No. 1 & 2 link |
| | 304 | | | | Fax from Messerich to Desai, dated 10/29/97, re: breakdown of all costs related to damages involving sod, siding, labor, etc. |
| | 305 | | | | Letter from Messerich to Weis Builders, dated 1/28/98, re: balance owed of $125,291.59 |
| | 306 | | | | Letter from Waterproofing by Experts to Weis builder, dated 3/11/99, re: Promenade leaks and payment |
| | 307 | | | | Photograph of waterproofing of Building No. 6 plaza stoop posts |
| | 308 | | | | Photo of plaza stoop post |
| | 309 | | | | Photo of plaza stoop post |
| | 310 | | | | Photo of water build-up in hole under plaza stoop |
| | 311 | | | | Volclay Waterproofing System Warranty |
| | 312 | | | | Letter from Scott Verne to Steve Messerich, dated 1/31/00, re: Volclay waterproofing system approved applicator status |
| | 313 | | | | Personal Guarantee of Waterproofing by Experts to CETCO, dated 12/28/95 |
| | | | | | Letter from Thomas Suter to Peter Desai, dated ½/97, re: Volclay |

| | | | | | |
|---|---|---|---|---|---|
| | 314 | | | | swelltite waterproofing warranty |
| | 315 | | | | Building Section 7 – Horizontal Membrane Installation for Swelltite |
| | 316 | | | | E-mail from Stacy Byrd to Mosser Group, dated 5/23/02, re: revised details SK-7R and SK-9R |
| | 317 | | | | Volclay Waterproofing Product Brochure |
| | 318 | | | | Swelltite Waterproofing Literature |
| | 319 | | | | Volclay Swelltite 3000 Product Manual |
| | 320 | | | | Swelltite Composite Waterproofing Product Manual |
| | 321 | | | | Memo from Stacy Byrd, dated 11/1/93, entitled Swelltite Product Enhancement |
| | 322 | | | | Technical Data Memo from Stacy Byrd, dated 2/15/94, entitled Volclay Termtape and Seamtape |
| | 323 | | | | E-mail from Bob Trauger to Stacy Byrd, dated 1/21/00, re: Place applied for swelltite |
| | 324 | | | | Swelltite R&D update, from Stacy Byrd to Patrick Carpenter, Bob Trauger, Jerry Darlington, and Lori Crosson, dated 1/21/00 |
| | 325 | | | | BMG R&D July 11 Meeting Agenda from Stacy Byrd to Patrick Carpenter, dated 7/11/00 |
| | 326 | | | | Swelltite Improvement Report, dated 10/28/97 |
| | 327 | | | | Swelltite Improvement Report, dated 11/26/97 |
| | 328 | | | | Hydrocarbon resistant tested Volclay Swelltite |
| | 329 | | | | Determination of Hydrostatic Pressure Resistence of CETCO waterproofing membranes |
| | 330 | | | | Project Report of Hydrostatic Head Testing of Swelltite 3000. |
| | 331 | | | | Request for Laboratory Test - Research and Technical Service Department for Volclay Swelltite 3000 PVC permeability evaluation and resistive to gasoline |
| | 332 | | | | Project Report Swelltite 3000 water solubility film evaluation - splash test |
| | 333 | | | | Swelltite cost reduction project |
| | 334 | | | | Physical test on Swelltite waterproofing membrane |
| | 335 | | | | Permeability test for Swelltite 3000 |
| | 336 | | | | Typical physical properties of Volclay Swelltite |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 337 | | | | BMG warranties, for 1997 - 1999 Program |
| | 338 | | | | Volclay waterproofing system compatibility test request. |
| | 339 | | | | Form letter of CETCO to approved applicators regarding warranty policy revisions |
| | 340 | | | | CETCO's Warranty Policy, dated 1/28/98 |
| | 341 | | | | Memo re: update and revision to warranty program, dated 1/27/98 |
| | 342 | | | | Building materials group; 2000 National Sales Meeting November 18-19, 1999 |
| | 343 | | | | CETCO Building Materials Group 2001 National Sales Meeting, Jan 10-12, 2001 |
| | 344 | | | | CETCO Building Materials Group 2002 National Sales Meeting, December 5-8, 2001 |
| | 345 | | | | Photograph taken of courtyard area, dated 6/28/97 |
| | 346 | | | | Diagram of wall section of typical building |
| | 347 | | | | Diagram of courtyard area waterproofing with note indicating photo appears to be pre-hydrated Swelltite 3000 |
| | 348 | | | | Diagram of courtyard area waterproofing with note indicating photo appears to be pre-hydrated Swelltite 3000 |
| | 349 | | | | Photograph of sidewalk area in plaza |
| | 350 | | | | Photograph of stoop area of plaza area |
| | 351 | | | | Photograph of resected exterior wall in plaza area |
| | 352 | | | | Memo from Earl M., Mike R., and Tom Y. to Mike Kristoff, dated 3/31/97, re: CETCO-follow up and summary re: Tubing quality issues that involve seals that skip, seals that weave on and off the rolled edge, and inner tubing dimensions that were too small |
| | 353 | | | | Mechanical and Electrical Outlet Specifications for Promenade project. |
| | 354 | | | | Addendum No. 1 to outline-specifications for Promenade project, dated 7/11/96 |
| | 355 | | | | Mechanical/electrical outline specifications and outline of work for M&E to Healey-Ramme Co. from Jim Timm |
| | 356 | | | | Handwritten diagram of Plaza drains |
| | 357 | | | | Handwritten notes regarding meeting involving structural drawings, mechanical room entrance, dryer in mechanical room, furnaces, soffits for 1st floor apartments, storm drains. |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 358 | | | | Handwritten drawings by Mikesh 00 with note “call Paul Pearson on design, rainfall 3"/hr.” |
| | 359 | | | | Fax from Mikesh to Desai and Filek, dated 11/6/96, re: water meter sizes |
| | 360 | | | | Letter from Brian Norma to Mikesh, dated 10/9/96, re: plumbing for Promenade townhome |
| | 361 | | | | Waterproofing specs for Platonite-a two-part spray applied bentonite waterproofing system |
| | 362 | | | | Drawings from Barnsville project – M1 to M25 |
| | 363 | | | | Handwritten invoice from Mikesh to Weis Builders dated 12/6/96 for professional services to design plumbing and HVAC system, totaling $7,200.00 |
| | 364 | | | | Hand drawing of Building No. 4 identifying plumbing. |
| | 365 | | | | Letter from Mikesh to Weis, dated 8/9/96, enclosing original garage area mechanical drawings and utility sketches showing storm and sewer. |
| | 366 | | | | Handwritten note from Paul Pearson to Mikesh, dated 8/12/96, re: mechanical design |
| | 367 | | | | Fax from Pearson to Healey-Ramme, dated 4/9/96, re: a number of concerns raised in meeting of 4/8/1996 involving water main, handicapped parking, southwind and Burnsville example of siding colors, storm sewer from building, soil boring, etc. |
| | 368 | | | | Calendar of July 1996-December 1996 |
| | 369 | | | | Handwritten drawings involving utilities in storm study |
| | 370 | | | | Specifications for a Z-150-85 space 14" prom-deck drain roof membrane system. |
| | 371 | | | | Letter to Peter Desai confirming meeting on 7/18/1996 with Carl Johnson of J-Berd. Confirmed receipt of site utility drawings dated 7/8/1996 in mechanical electrical outline specs, with mylar background. |
| | 372 | | | | Letter from Mikesh to Weis Builders confirming meeting of 7/19 w/ Johnson and J-Berd. Receiving site utility drawings 1-13, mylar backgrounds, and mechanical/electrical outline specs dated 7/11/1996 |
| | 373 | | | | Handwritten notes re: meeting w/ Jim Timm and Kirk Velett |
| | 374 | | | | Letter from Stephen Schletz of Reese Associates of MN to Mikesh enclosing detailed drawings for review and return |
| | 375 | | | | Letter from Curt Johnson of J-Berd to Weis Builders outlining mechanical specifications and bid of $2,152,700.00 |

| | | | | | |
|---|---|---|---|---|---|
| | 376 | | | | Field operation chain of command for the Promenade Townhome Project |
| | 377 | | | | Standard Subcontract Agreement between J-Berd and Weis Builder |
| | 378 | | | | Chad Filek's file re: Promenade |
| | 379 | | | | Plumbing drawings |
| | 380 | | | | Handwritten notes for plumbing estimate |
| | 381 | | | | Handwritten notes re: storm drains |
| | 382 | | | | Handwritten notes re: cast iron drains |
| | 383 | | | | Specs for Fat Max floor drain |
| | 384 | | | | Handwritten notes re: estimates for plumbing |
| | 385 | | | | Photograph of plaza drain |
| | 386 | | | | Photograph of plaza area taken 7/3/97 |
| | 387 | | | | Fax from Weis to J-Berd enclosing list of items that need to be completed immediately, dated 9/24/97 |
| | 388 | | | | Photographs of plaza area following rain dated 7/17/897 |
| | 389 | | | | Photographs of plaza area following rain dated 7/17/97 |
| | 390 | | | | Photographs of garage following leaks date 7/17/97 |
| | 391 | | | | Photographs of garage following leaks date 7/17/97 |
| | 392 | | | | Photographs of courtyard drains taken 7/17/97 |
| | 393 | | | | Photographs of courtyard drains taken 7/17/97 |
| | 394 | | | | Photographs of plaza area taken 9/17/97 |
| | 395 | | | | Photographs of plaza area taken 9/17/97 |
| | 396 | | | | Photographs of drain in plaza area taken 7/17/97 |
| | 397 | | | | Photographs of drain in plaza area taken 7/17/97 |
| | 398 | | | | Photographs of plaza area taken 7/17/97 |
| | 399 | | | | Photographs of plaza area taken 7/17/97 |
| | 400 | | | | Photographs of drains in plaza area taken 7/2/97 |
| | 401 | | | | Photographs of drains in plaza area taken 7/2/97 |
| | 402 | | | | Photographs of plaza area prior to the installation of sod, 7/2/97 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 403 | | | | Photographs of plaza area prior to the installation of sod, 7/2/97 |
| | 404 | | | | Photographs of courtyard area before sidewalks taken 6/2/97 |
| | 405 | | | | Photographs of courtyard area before sidewalks taken 6/2/97 |
| | 406 | | | | Photograph of exterior courtyard before backfill taken 4/22/97 |
| | 407 | | | | Photograph of rough end drain in courtyard |

Third-Party Defendant J-Berd Mechanical Contractors, Inc. also reserves the right to offer at trial any exhibits deemed necessary for rebuttal, impeachment, or foundation purposes or any exhibits identified by the other parties.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn____________________

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.