# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

## EXHIBIT LIST

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 408 | | | | Photograph of garage ceiling, taken 2/4/97 |
| | 409 | | | | J-Berd's Answer to Weis Builder's Interrogatories |
| | 410 | | | | Photographs of the parking garage, taken 4/22/97 |
| | 411 | | | | Photographs of the parking garage, taken 4/22/97 |
| | 412 | | | | Photographs of the garage, taken 7/17/97 |
| | 413 | | | | Photographs of the garage, taken 7/17/97 |
| | 414 | | | | Photograph of the link taken 7/17/97 |
| | 415 | | | | Photograph of an interior unit, taken 7/17/97 |
| | 416 | | | | Drawing of Building 4 garage level |
| | 417 | | | | Handwritten drawing of the drain system extending from the garage through the precast concrete plank to grade level in the courtyard |
| | 418 | | | | Specs for roof drains |
| | 419 | | | | Specifications for the plumbing performed by J-Berd, dated 12/18/96 |
| | 420 | | | | Specifications for plumbing submitted by J-Berd, dated 1/7/97 |
| | 421 | | | | Letter from J-Berd to Weis Builders dated 4/18/97 concerning changing 23 standard vented water heaters to side vented and changing 23 standard vented 80% furnaces to 90% side wall vented |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 422 | | | | Letter from Desai to Healey Ramme regarding "various extras" regarding the change to 90% efficient furnaces |
| | 423 | | | | J-Berd's entire proposal dated 1/9/97 |
| | 424 | | | | Specs for installation of the Zurn end drain |
| | 425 | | | | Quotation for plaza drains, garage floor drains, kitchen sink and basket strainers dated 12/9/96 |
| | 426 | | | | Invoice for drains-Sioux Chief 820-2P |
| | 427 | | | | Notice of Taking Deposition of Chriscraft pursuant to 30(b)(6) |
| | 428 | | | | Standard operating procedure for physical testing of polyvinyl alcohol film dated 3/15/02 |
| | 429 | | | | Standard test method for tensile properties of thin plastic sheeting |
| | 430 | | | | Standard test method for determination of moisture content of polyvinyl alcohol film by Fourier Transform Infrared Analysis dated 5/13/02 |
| | 431 | | | | Standard test method for determination of moisture content of polyvinyl alcohol film by Fourier Transform Infrared Analysis dated 5/13/02 |
| | 432 | | | | Standard test method for propagation tear resistance of polyvinyl alcohol film dated 4/3/02 |
| | 433 | | | | Standard test method for solubility of water soluble film when contained wtihin a plastic holder dated 3/25/02 |
| | 434 | | | | Film specifications for M7030 dated 11/11/02 |
| | 435 | | | | Quality testing for M7030 3.0 mil film |
| | 436 | | | | Quality testing for E6030 1.0 mil film |
| | 437 | | | | Product information for M7030 water soluble film |
| | 438 | | | | Product informatin for E6030C water soluble film |
| | 439 | | | | Monosole E6030 cold water-soluble film specifications |
| | 440 | | | | Monosole M7030 cold water-soluble film specifications |
| | 441 | | | | Monosole polyvinyl alcohol water-soluble films - biodegradation of PVOH film |
| | 442 | | | | Material safety data sheet for E6030 |
| | 443 | | | | Material safety date sheet for M7030 |
| | 444 | | | | Water-soluble film literature |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 445 | | | | Corrective and preventative action procedures, dated 4/11/2002 |
| | 446 | | | | Call report from Mike Rodgers to Tom Yogan re: CETCO |
| | 447 | | | | Letter from Carl Simpson to Allen Collins of CETCO re: monosole E6030 |
| | 448 | | | | Handwritten note from Tom Yogan re: telephone conversation with Leo at CETCO |
| | 449 | | | | E-mail from Todd to Scott re: American Colloid Order, dated 2/23/94 |
| | 450 | | | | Christcraft’s Amended/Supplemental Answers to Interrogatories of Healey-Ramme |
| | 451 | | | | Mixing report of M7030 |
| | 452 | | | | Film specifications for M7030 |
| | 453 | | | | Division 7-Thermal moisture protection, Section 07110 waterproofing |
| | 454 | | | | Mixing Report |
| | 455 | | | | Photograph of waterproofing |
| | 456 | | | | Photograph of plaza deck waterproofing |
| | 457 | | | | Photograph of plaza deck waterproofing |
| | 458 | | | | Photograph of plaza deck post waterproofing |
| | 459 | | | | Daily time records for 1997 - 1998 |
| | 460 | | | | Photograph of exterior waterproofing and courtyard 4x4 posts |
| | 461 | | | | Photograph of exterior posts |
| | 462 | | | | Photograph of exterior wall, without siding |
| | 463 | | | | Promenade construction to-do list, dated 5/16/96 |
| | 464 | | | | Weis’ Responses to 7/9/1996 meeting action items |
| | 465 | | | | Action Items from meeting w/ other discussed items |
| | 466 | | | | Changes to plans and specs accepted by Healey-Ramme |
| | 467 | | | | Owners meeting #11, dated 12/3/96 |
| | 468 | | | | Notes Re: telephone conversation with Lisa Dahl at Healey Ramme, re: Leaks in stair tower and all plaza leakes |
| | 469 | | | | Promenade slope measurements |
| | 470 | | | | Action List, dated 6/1/98 |

| | | | | | |
|---|---|---|---|---|---|
| | 471 | | | | Handwritten note re: Water in Units |
| | 472 | | | | Handwritten note re: Telephone Conferences involving Promenade, dated 8/17/01 |
| | 473 | | | | Handwritten note re: Grade being raised for handicapped accessibility |
| | 474 | | | | Handwritten diagram re: drain system |
| | 475 | | | | Letter from Webber to Healey, dated 9/5/01, re: Promenade legal disputes involving plaza waterproofing membrane |
| | 476 | | | | Photographs of exterior Promenade |
| | 477 | | | | Waterproofing information, including original design of Southwind buildings 1&2; revised design of Southwind buildings 3-5; price fluctuation quotes to BRW |
| | 478 | | | | Promenade plaza deck design |
| | 479 | | | | Krause-Anderson Construction Company's 1996 estimate for Promenade project |
| | 480 | | | | Krause-Anderson Cost breakdown for Promenade project |
| | 481 | | | | Items needed by Weis builders, dated 5/29/97 |
| | 482 | | | | Fax from Desai to Feges, advising flat roofs in back of buildings 1 & 2 are leaking. |
| | 483 | | | | Letter from Kirk Velett to Desai, dated 7/9/97, re: Letter of 7/8/1997 outlining agreement between parties re: work and leaky roofs |
| | 484 | | | | Itemization of division of work from Webber consulting associates, dated 7/25/96 |
| | 485 | | | | Spreadsheets of all bids from subcontractors |
| | 486 | | | | Letter from William Arthur Young of Borson & Companies to Kirk Velett, dated 6/7/96, re: Borson being unable to submit a bid for the Promenade project. |
| | 487 | | | | Handwritten notes re: drains, dated 4/15/96 |
| | 488 | | | | Fax from Desai to Kermit Duncan enclosing MNE design schedule, dated 10/22/96 |
| | 489 | | | | Handwritten notes re: meeting with Hanuschak, dated 10/9/96 |
| | 490 | | | | Handwritten notes re: meeting of 7/16/1996 re: review of possible allowances, unit layout, landscaping, traffic noise on Lexington. |
| | 491 | | | | Handwritten notes re: meeting of 2/9/1996 and 2/21/1996 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 492 | | | | Handwritten notes re: meeting of 5/20/1996 |
| | 493 | | | | Memo from Lisa Dahl re: next construction meeting of 7/23/1998 |
| | 494 | | | | Telephone message from Feges to Webber re: building 6 |
| | 495 | | | | Letter from Webber to Ramme, dated 9/7/96, re: estimated manhours for Weis' work |
| | 496 | | | | Letter from Dale Schoeppner of City of Eagan to Peter Desai, dated 10/3/96, re: City's review of construction documents |
| | 497 | | | | Promenade water leaks per Terry Wiederhoft, dated 3/13/01 |
| | 498 | | | | Letter of Curt Johnson of J-Berd to Peter Desai, dated 7/11/96, re: withdrawl of proposal |
| | 499 | | | | Letter of Curt Johnson of J-Berd to Mikesh, dated 10/24/96 re: payment of engineering on Promenade job. |
| | 500 | | | | Warranty for Promenade from J-Berd mechanical, dated 9/30/97 |
| | 501 | | | | Receipt and Waiver of Mechanic's Lien from J-Berd, dated 4/14/97 |
| | 502 | | | | Promenade apartment's spreadsheet of payments to J-Berd |
| | 503 | | | | J-Berd's request for payment, dated 11/19/96 |
| | 504 | | | | Weis' payment to J-Berd, totaling $7,000.00 |
| | 505 | | | | Receipt and Waiver of Mechanic's Lien by J-Berd, dated 9/30/96 |
| | 506 | | | | Payment of $7,000.00 by Mikesh to J-Berd for engineering costs, dated 10/24/96 |
| | 507 | | | | Letter of Curt Johnson to Weis, dated 2/10/97, re: payment |
| | 508 | | | | Billing of J-Berd to Weis as of 12/31/1996, totaling $58,358.19 |
| | 509 | | | | Receipt and Waiver of Mechanic's Lien from Mikesh |
| | 510 | | | | CBRichard Ellis' offering memorandum, current rent rolls, and Operating Statements for the acquisition of Promenade Oaks Townhome, dated 9/18/02 |
| | 511 | | | | Pending Litigation Disclosure by Promenade, dated 9/18/02 |
| | 512 | | | | Report of recent mold survey by Integrated Loss Control, dated 7/27/02 |
| | 513 | | | | Executive summary of Promenade Oaks financial standing |
| | 514 | | | | GID's letter of Intent, dated 10/24/02, for $30,000,00 |
| | 515 | | | | Letter of Greg Ribich to GID Management, dated 10/25/02, agreeing to terms outlined in GID's letter of 10/24/2002 |

| | | | | | |
|---|---|---|---|---|---|
| | 516 | | | | Waterproofing investigation report of Campbell, dated 5/1/02 |
| | 517 | | | | Property condition assessment Robb VanMarter, AIA, dated 11/6/02 |
| | 518 | | | | Memorandum of VanMarter of Criterium Engineers to Scott Vanderburg of GID |
| | 519 | | | | Long-range maintenance plan from 2002-2012 |
| | 520 | | | | E-mail from Camaya to Bob Tarasov, dated 11/20/02, re: meeting in Mlps. |
| | 521 | | | | Rent analysis of Promenade Oaks, by GID, dated 3/17/03 |
| | 522 | | | | Concession projections for Promenade |
| | 523 | | | | Promenade Oaks occupancy analysis |
| | 524 | | | | Memorandum from Thad Palmer to Robert DeWitt and Bill Roberts, dated 3/17/03, re: Investment proposal of Promenade Oaks |
| | 525 | | | | Letter from Tim Charboneau of DeMara Construction Service to Vanderberg, dated 12/2/02, for the bid proposal for demolition and excavation of the plaza area |
| | 526 | | | | VanMarter Engineering's soil testing results, dated 12/4/02 |
| | 527 | | | | Field Report from Israel Berger & Associates, dated 12/4/02, re: initial assessment of courtyard waterproofing |
| | 528 | | | | Agreement for Purchase of Real Estate for $24,500,000.00; 1.5 million to be held back for 3 years. |
| | 529 | | | | Handwritten notes re: bids for repair of waterproofing |
| | 530 | | | | Israel, Burg & Associates' Proposal for consulting and monitoring services, dated 12/30/02 |
| | 531 | | | | Roof Spec Inc.'s bid for waterproofing to GID, dated 1/16/03 |
| | 532 | | | | Larson's bid for courtyard waterproofing |
| | 533 | | | | Indemnity Agreement between GID and Promenade |
| | 534 | | | | Promenade's balance sheets from 12/31/2001 and 2000 assets |
| | 535 | | | | Letter of Ribich to Thad Palmer of GID, dated 10/28/02, enclosing information responsive to the Due Diligence request |
| | 536 | | | | Certificate of Information Report on the sale of the property |
| | 537 | | | | Assignment of General Intangibles |
| | 538 | | | | Assignment and Assumption of Maintenance Service Agreements |

| | | | | | |
|---|---|---|---|---|---|
| | 539 | | | | Seller's Closing Statement |
| | 540 | | | | CBRichard Ellis Invoice totaling $260,000 |
| | 541 | | | | Executive Summary of Promenade's Financials |
| | 542 | | | | Promenade's long-range maintenance plan 2003-2012 |
| | 543 | | | | E-mail from Palmer to Jaffe, dated 11/26/02, enclosing occupancy analysis |
| | 544 | | | | Gutter contract by Bjorkstrand Companies totaling $147,415 |
| | 545 | | | | Letter of Palmer to Phil Jaffe, dated 10/24/02, providing letter of intent for purchase price of $30,000,000.00 |
| | 546 | | | | E-mail from Gary Kroll to Bob Deloit re: NPV chart, dated 12/1/02 |
| | 547 | | | | Zurn TopProm-deck drain. |
| | 548 | | | | Invoice from J-Berd to MN Pump, totaling $92,957.50 |
| | 549 | | | | Handwritten notes of Blaskowski |
| | 550 | | | | Invoice from Schuh Marketing Assoc. to J-Berd, totaling $197.12 |
| | 551 | | | | Invoice from LaCrosse Plumbing Companies, totaling $4,515.48 |
| | 552 | | | | Fax from Hanuschak to BRW Attn: Jim Timm, dated 8/21/96, re: revised framing layout at corner |
| | 553 | | | | Blueprints of upper level framing plan |
| | 554 | | | | Blueprints of foundation plan, courtyard level framing and upper level framing |
| | 555 | | | | Fax from Desai to Sutter of CETCO modifying standard Volclay Warranty. |
| | 556 | | | | Volclay Water System Inspection Certification, dated 10/22/97 |
| | 557 | | | | Project Warranty Reference Record of CETCO |
| | 558 | | | | Letter from Suter to Jennifer Refke, dated 11/13/96, re: Colloid's annual report |
| | 559 | | | | Photograph of Courtyard framing |
| | 560 | | | | Report of Israel Burg & Associates to Bob Tarasov, GID, prepared by John Camaya, dated 12/4/02 |
| | 561 | | | | Report of John Camaya to Taraxov re: initial assessment of courtyard waterproofing |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 562 | | | | Promenade's 2000 post-base leaks |

Third-Party Defendant J-Berd Mechanical Contractors, Inc. also reserves the right to offer at trial any exhibits deemed necessary for rebuttal, impeachment, or foundation purposes or any exhibits identified by the other parties.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn____________________

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.