# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

## EXHIBIT LIST

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 563 | | | | Check from J-Berd to Mikesh for $7,000.00, dated 10/24/96 |
| | 564 | | | | Promenade Village's 30B6 of Weis Builders |
| | 565 | | | | Owners Meeting No. 13, dated 1/7/97 |
| | 566 | | | | Owners meeting #14 |
| | 567 | | | | Action Items needing answer from ESG Architects |
| | 568 | | | | Photo's of courtyard insulation boarding, concrete seam primer |
| | 569 | | | | Photos of drainboard and waterproofing membrane |
| | 570 | | | | Photos of Building No. 1 trashroom, garage, and lobby wall; Building No. 2 stairtower; Building No. 3, unit 115's bedroom wall, Building No. 3 hallway; Building No. 4 garage, doorway to link, link; Building No. 5 link, garage; Building No. 6 lobby ceiling, lobby mailbox area |
| | 571 | | | | Promenade's completion list, dated 11/21/97 |
| | 572 | | | | Letter to residents from Tammy Albertson re: Severe thunderstorm causing flooding |
| | 573 | | | | Memo from Terry Wiederhoft to Desai, dated 7/27/98, re: Tile installation schedule |
| | 574 | | | | Promenade Oaks Action List, dated 5/28/98 |
| | 575 | | | | Diagram depicting unit leaks |
| | 576 | | | | Memo from Terry Wiederhoft to Healey, Ramme & Feges, dated 5/26/99, re: Promenade Construction meeting of 6/8/1999 |

| | | | | | |
|---|---|---|---|---|---|
| | 577 | | | | Letter from Ribich to Sharon Augustine of Heller Financial Group, dated 9/14/99, re: water leak issues at the Promenade. Photographs enclosed |
| | 578 | | | | Memo from Terry Wiederhoft to Tom Healey and Peter Ramme, dated 6/26/00, re: Construction schedule for Building 4 and 5 link |
| | 579 | | | | Handwritten notes from Lisa Kimbell to Peter Ramme re: Promenade Leaks |
| | 580 | | | | Building water leaks and suspected areas of entry, dated 7/10/00 |
| | 581 | | | | Promenade water leaks per Terry Wiederhoft, 1/8/01 snow thaw |
| | 582 | | | | Promenade water leaks per Terry Wiederhoft, 3/21/01 snow thaw |
| | 583 | | | | Memo from Lisa Dahl to Peter Ramme, dated 6/4/01, re: Promenade concrete repair of sidewalks |
| | 584 | | | | Memo from Peter Ramme asking Terry Wiederhoft show quality of work for the waterproofing originally completed around plaza deck parts |
| | 585 | | | | Promenade Oaks water leaks per Terry Wiederhoft, dated 10/8/02 |
| | 586 | | | | Promenade water leak summary by year 1997-10/8/2002 |
| | 587 | | | | Promenade Oak water leaks per Terry Wiederhoft, dated 10/8/02 |
| | 588 | | | | Water leak summary by year 1998-5/8/2002 |
| | 589 | | | | Memo from Lisa Dahl to Peter Ramme, dated 6/25/02, re: leaks at Promenade that occurred on 6/24/2002 |
| | 590 | | | | Summary of Report of Inspection of concrete stoops and associated wood posts for Healey-Ramme by Braun Intertec Corporation, dated 9/20/01 |
| | 591 | | | | Memo from Terry Wiederhoft to Tom, Peter, Lisa, Ann & Carolyn, dated 7/16/01, re: plaza stoop posts |
| | 592 | | | | Memo from Terry Wiederhoft, dated 6/11/01, re: recap notes of meeting of 6/11/2001 re: excavate and repair remaining plaza stoop posts |
| | 593 | | | | Promenade Oaks plaza stoop post repair list, dated 8/01 |
| | 594 | | | | Promenade sidewalk heaving, buildings 1-6 from 1997-2001 |
| | 595 | | | | Photo’s of sidewalk heaving on plazas, dated 3/1/01 |
| | 596 | | | | Summary of Weis’ costs at Promenade, 1997-2002, totaling $227,460.43 |
| | 597 | | | | Note from Terry Wiederhoft to Peter and Greg, dated 7/2/98, re: Desai agreeing to reimburse Promenade $13,034.40 for property |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | costs resulting from water leaks in 1997 |
| | 598 | | | | Photo of stoop repairs and water testing |
| | 599 | | | | Photographs of center post repairs, plaza walls and 4-5 link sidewalks |
| | 600 | | | | recommended prices for Promenade Oaks, 282 apartments |
| | 601 | | | | Promenade meeting, CBRichard Ellis, dated 9/10/02 |
| | 602 | | | | Standard Form letter appointing CBRichard Ellis as the exclusive market agent for the property, dated 9/11/02 |
| | 603 | | | | CBRichard Ellis announcement letter with flyer re: Promenade Oaks |
| | 604 | | | | Investor tracker Report, dated 9/27/02 |
| | 605 | | | | Promenade Oaks sales brochure from CBRichard Ellis |
| | 606 | | | | Promenade Oaks pending litigation disclosure, dated 9/18/02 |
| | 607 | | | | Promenade Oaks concessions, dated 10/10/02 |
| | 608 | | | | Promenade Oaks special assessment # 2895 – running balance |
| | 609 | | | | Summary of Offers on Promenade Oaks, dated 10/17/02 |
| | 610 | | | | September 2002 Income Statement for Promenade Oaks, dated 10/10/02 |
| | 611 | | | | Letter from GID extending $30,000,000 offer on property, dated 10/24/02 |
| | 612 | | | | Rent rolls, Lease expirations, concessions in vacancies by floor plan, dated 10/25/02 |
| | 613 | | | | Tenant status as of 9/15/2002 |
| | 614 | | | | Concessions |
| | 615 | | | | Rent Rolls as of 9/15/2002 |
| | 616 | | | | Budget comparison cash flow for Promenade Oaks August 2002 |
| | 617 | | | | Budget comparison cash flow for Promenade Oaks August 2002 |
| | 618 | | | | Comprehensive environmental assessments, inspection check list, inspection schedule, dated 10/30/02 |
| | 619 | | | | Memo from Palmer to Jaffe, dated 11/18/02, re: service contracts |
| | 620 | | | | Memo from Megan Moran to Sheila Oman, dated 11/19/02 re: Utility billing under Promenade Oaks |
| | 621 | | | | Memo from Ribich to Palmer, dated 11/20/02 re: design energy |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | savings |
| | 622 | | | | Designed Energy Savings, Inc. letter , dated 11/14/02 |
| | 623 | | | | Fax from Gary Kroll to Philip Jaffe, enclosing a copy of the Affidavit of Chad Stephen, re: Plaza drain system with Campbell's report as Exhibit A |
| | 624 | | | | Feasibility Report prepared by City of Eagan, dated 12/14/00 |
| | 625 | | | | Promenade payment options w/ $24,5000,000 at closing and $3,000,000 in four years |
| | 626 | | | | Modular design, typical floor plan |
| | 627 | | | | Drawing of typical building section |
| | 628 | | | | Letter of Intent from L&B Realty Acquisitions, purchase price of $31,500,000, dated 10/15/02 |
| | 629 | | | | Letter of Capreit's extending letter of intent for $14,500,000, dated 10/10/02 |
| | 630 | | | | CBRichard Ellis letter to Healey-Ramme, dated 4/21/02, enclosing list of apartments sold for $1,000,000 and greater in the Twin-Cities Metro area, |
| | 631 | | | | Handwritten note from Peter Ramme listing items needed for CBRichard Ellis |
| | 632 | | | | CBRichard Ellis' letter enclosing Jaffe's CV, dated 6/6/02 |
| | 633 | | | | Breakdown of transaction phase in general, from CBRichard Ellis |
| | 634 | | | | Letter from Jaffe to Ramme re: Interest in having CBRichard Ellis represent them in the sale of their property, dated 6/12/02 |
| | 635 | | | | Handwritten notes re: broker meeting , dated 6/10/02 |
| | 636 | | | | Letter from Aaron Lehman to Ribich, dated 9/19/02, outlining items needed for investment offering memorandum from |
| | 637 | | | | Offering Information, dated 8/30/02 |
| | 638 | | | | Promenade meeting with CBRichard Ellis, dated 9/10/02 |
| | 639 | | | | Exclusive sales listing agreement with CBRicard Ellis, dated 9/10/02 |
| | 640 | | | | Marketing timeline |
| | 641 | | | | Weekly marketing update for sale of Promenade, including investor tracking reports, dated 9/27/02 |
| | 642 | | | | Values of Promenade calculated using first 6-months of 2002 annualized at various capitalization rates, dated 9/3/02 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 643 | | | | DeMara Construction's bid proposal for waterproofing, dated 12/2/02 |
| | 644 | | | | Site plan |
| | 645 | | | | Owner cost issues, dated 5/20/97 |
| | 646 | | | | Heller Financial Equity Loan Agreement |
| | 647 | | | | Application/Contract for Mortgage Loan with UNUM Life Insurance Company of America or Affiliates |
| | 648 | | | | Construction Loan Agreement w/ Promenade and First Bank |
| | 649 | | | | Note: $20,500,000 note w/ First Bank |
| | 650 | | | | Spreadsheet of Eagan Apartments 340 Units; lender Performa |
| | 651 | | | | Eagan Apartments' gross potential rents |
| | 652 | | | | Wholly Owned apartment loan terms for Cedaridge, Southfork, and Promenade |
| | 653 | | | | Eagan Apartment 300-Unit Lender performance |
| | 654 | | | | Ramme Letter to Reiley of Eberhardt company enclosing operation budget analysis, budget and financials revises, apartment search quarterly review for 1st quarter 1996, Apartment-Search metro update, 1st Quarter 1996 and major plan sheet. |
| | 655 | | | | Plan sheet and projections sent to Eberhault |
| | 656 | | | | City of Eagan review evaluation 1996-1997 |
| | 657 | | | | Promenade's competitive analysis – January 2002 |
| | 658 | | | | Handwritten note from Ramme to Lisa Dahl re: Market information |
| | 659 | | | | Promenade Oaks marketing notes-revised, dated 12/9/99 |
| | 660 | | | | Notes of Peter Ramme requesting a meeting with Dick Reiley re: 2-bedroom rents of $1,200.00. Ramme states "we will have to sell this to lenders/partners and need to come up with comps and a story." |
| | 661 | | | | Letter from Ribich to Heller Financial Group, dated 12/15/99, enclosing information re: Promenade Oaks financial standing |
| | 662 | | | | Letter to Heller Financial Group from Greg Ribich, dated 3/1/01 |
| | 663 | | | | Letter from Ribich to Heller Financial, dated 3/1/01, following up meeting with John McEachron & David Tokis |
| | 664 | | | | Handwritten notes re: Internal projections, rent rates, sound penetration issues, water problem, electrical problems, sidewalk |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | heaving |
| | 665 | | | | Meeting with Peter Ramme, Greg Ribich, John Davis, dated 3/30/01, re: outstanding loans and mortgages |
| | 666 | | | | Notes from meeting outlining developer equity, principal mortgages, cash-flow (negative $585,000 as of 3/31/2001), dated 4/12/01 |
| | 667 | | | | Sales assumption at 9/30/2001, distributions of proceeds with Heller. |
| | 668 | | | | Potential refinance considerations from compilation report, dated 4/18/01 |
| | 669 | | | | Cash-flow forecast for 2002, dated 7/12/02 |
| | 670 | | | | Letter from Peter Ramme to GE Capital Real Estate, dated 1/3/02, requiring an additional $810,000 to bring payable's current and an additional $340,000 to pay continued costs in the Weis litigation |
| | 671 | | | | E-mail from Rene Daleiden to Jeff Sohler, dated 1/16/02, re: acquired payables-Healey-Ramme |
| | 672 | | | | Notice of Default from Heller Financial, dated 6/18/02 |
| | 673 | | | | Letter from UNUM Life Insurance Company of America to Healey-Ramme, dated 8/2/02, re: default |
| | 674 | | | | Promenade Oaks proposal to repay UNUM and Heller, dated 8/22/02 |
| | 675 | | | | UNUM and Ohio National forbearance proposal, dated 9/3/02 |
| | 676 | | | | Letter from Ramme to lenders, dated 9/3/02, re: values of Promenade calculated using first 6-months of 2002 |
| | 677 | | | | E-mail from Jaffe to Ribich re: request of rent-rolls, lease expirations, concessions, vacancies by floor plan, dated 10/25/02 |
| | 678 | | | | Outstanding principal as of 6/1/2002 |
| | 679 | | | | Letter from Ribich to L.J. Maloiden Company, dated 11/18/02, revising of continued work with GID management to finalize sale of Promenade. Closing schedule for 12/6/2002. Ramme requested payoff of UNUM/Ohio loan |
| | 680 | | | | Letter from Healey-Ramme to lenders, dated 9/12/02, re: counter proposal of 9/9/2002 re: sale of Promenade |
| | 681 | | | | Enclosing overnight payment to Heller, representing final payment due on loan, with distribution agreement, dated 1/8/03 |
| | 682 | | | | Promenade Village pre-payment penalty with UNUM |
| | 683 | | | | Promenade Village TownHome Loan Balance with UNUM and |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Heller |
| | 684 | | | | Valuation and distribution, dated 6/22/99 |
| | 685 | | | | Property financials for 2nd quarter 1999 |
| | 686 | | | | Variance report for quarter 1, 4/16/99 |
| | 687 | | | | Invoice to reimburse Healey-Ramme for services provided following construction completion, $17,900.00 |
| | 688 | | | | Invoice from Healey-Ramme re: developer's fee, $400,000.00 |
| | 689 | | | | Rental history with $35 water and trash charge |
| | 690 | | | | Capital Improvements 5-year Plan revised, dated 12/2/99 |
| | 691 | | | | Market analysis adjustment grid for Promenade Oaks, 7/20/99 |
| | 692 | | | | Apartment Income approach analysis/pro forma, dated 7/21/99 |
| | 693 | | | | Promenade Oaks damage calculations totaling $17,161,887, 7/10/03 |
| | 694 | | | | Income statement by month for the period beginning 12/1/1999 |
| | 695 | | | | Berc & Fox financial statement for Promenade 12/31/1999 and 1998 |
| | 696 | | | | Statement of income – actual to budget for year ending 12/31/99 |
| | 697 | | | | Rent-rate analysis and operating proforma, as of 7/31/2002 |
| | 698 | | | | Adjustment trial balance report for Promenade |
| | 699 | | | | Pricing analysis for the Promenade |
| | 700 | | | | Promenade supplemental answers to J-Berds Interrogatories |
| | 701 | | | | Amended Notice of Taking Deposition of CETCO, Pursuant to 30B6 |
| | 702 | | | | Handwritten notes of Stacy Byrd to Marshall O'Toole re: conversation with Christcraft., dated 1/18/93 |
| | 703 | | | | Handwritten letter to Rick Anderson from Stacy Byrd re: Christcraft's product literature on water-soluble film |
| | 704 | | | | CETCO's Answer to Christcraft's Interrogatories |
| | 705 | | | | CETCO's Answers to Christcraft's Interrogatories |
| | 706 | | | | Product Information on Mono-sol M-7030 coldwater-soluble film |
| | 707 | | | | E-6030 cold water-soluble film |
| | 708 | | | | Material Safety Data Sheets for 8-600 and 7-000, 6-000, 2-000 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and 1-000 series Polyvinyl Alcohol film |
| | 709 | | | | Direct customer price list for M-8030 |
| | 710 | | | | Polyvinyl Alcohol Water Soluble Packaging film |
| | 711 | | | | Memo from Stacy Byrd to all BMG personnel, dated 10/20/93, regarding Swelltite 3000 PVC, selling techniques/product advantages |
| | 712 | | | | Letter from Chris Craft to Bynd, dated 1/31/94, enclosing price guide |

Third-Party Defendant J-Berd Mechanical Contractors, Inc. also reserves the right to offer at trial any exhibits deemed necessary for rebuttal, impeachment, or foundation purposes or any exhibits identified by the other parties.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn___________________

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.