# UNITED STATES DISTRICT COURT

DISTRICT OF Minnesota

Westfield Insurance Company

V.

Weis Builders, Inc., et al.

## EXHIBIT LIST

Case Number: 00-CV-987 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Joan N. Ericksen | Mark A. Gwin | See attached service list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 713 | | | | Letter from Todd Bogenrief to Byrd, dated 2/23/94, re: pricing |
| | 714 | | | | Handwritten note from Stacy Byrd to Andy Farrell of Christcraft requesting information on the amount of hydrolysis of the film and the molecular weight of the same |
| | 715 | | | | Monosole's E-6030C water-soluble film - product information |
| | 716 | | | | Residential Lease for Promenade |
| | 717 | | | | Residential Lease |
| | 718 | | | | Residential Lease |
| | 719 | | | | Residential Lease |
| | 720 | | | | 2-month Written Vacancy Notice |
| | 721 | | | | Renter Exiting Surveys |
| | 722 | | | | Weekly Phone Log for Thursday, 5/22/1997 |
| | 723 | | | | Lease expiration worksheet, Leases expiring month of 11/30/1998 and continues through 7/31/2002 |
| | 724 | | | | Price Guidelines for Month of February 2001 |
| | 725 | | | | Residential Leases |
| | 726 | | | | Residential Leases |
| | 727 | | | | Variance Reports for quarter 2, dated 7/15/99 |
| | 728 | | | | Healey-Ramme property financials, 1st quarter 1999, dated 4/16/99 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 729 | | | | Weekly traffic summary, dated 10/10/99 |
| | 730 | | | | Marketing report, dated 6/30/02 |
| | 731 | | | | Traffic report by Realtors for year 2001 |
| | 732 | | | | New construction comps v. Promenade, dated 8/3/98, including Promenade, Avelon, Summit, and Classic. |
| | 733 | | | | Comps as of 1998 for Cedar Ridge, Hampshire Hill, Southfork, Southwind, Parkway, Promenade |
| | 734 | | | | Breakdown of Promenade's property vs. main comps |
| | 735 | | | | Promenade Property vs. main comps |
| | 736 | | | | Comps as of November 1999 for Southwind and Promenade |
| | 737 | | | | Main comps for Promenade Oaks as of 8/2000 |
| | 738 | | | | Promenade competitive analysis, December 2000 |
| | 739 | | | | Promenade Oaks monthly rent per unit, 8/2000 |
| | 740 | | | | Promenade Oaks monthly rent per square foot, 8/2000 |
| | 741 | | | | Promenade Oaks concessions 1997-1999 dated 11/30/99. |
| | 742 | | | | Promenade Oaks detailed rent roll report, from 10/16/99-11/15/99 |
| | 743 | | | | Promenade Oaks detailed rent rolls from 8/17/99-9/15/99 |
| | 744 | | | | Vacancy report as of 12/15/99 |
| | 745 | | | | Breakdown of costs for the month of November and December 1998 regarding Weis invoices dated 1/17/99 |
| | 746 | | | | Memo from Carolyn Roby to Lisa Dahl, regarding Unit 3-115, dated 2/23/99. Due to continuous water damage in the master bedroom we have removed all furniture and relocated the residents to from Unit 3-115 |
| | 747 | | | | Cost incurred by Promenade as a result of Weis, 2001 |
| | 748 | | | | Cost incurred by Promenade as a result of Weis, 2002 |
| | 749 | | | | Property update - water damage 3/29/98 and 3/31/98 |
| | 750 | | | | Site plan – Promenade Oaks Appendix A |
| | 751 | | | | Project Manual – Bid for Promenade Oaks Townhomes by Roger octa of Larson Engineering of Minnesota, dated 5/14/03 |
| | 752 | | | | Larson Engineering bid for Courtyard Waterproofing, $592,889, remove existing courtyard material and construct new system |
| | 753 | | | | Courtyard waterproofing bid tabulations |

| | | | | | |
|---|---|---|---|---|---|
| | 754 | | | | Israel Berger & Assoc. bid proposal, dated 11/11/02 |
| | 755 | | | | Israel Berger & Assoc. bid proposal, dated 11/11/02, with handwritten notes of Scott Vanderburg |
| | 756 | | | | Photographs of the Promenade |
| | 757 | | | | Promenade RFI Log |
| | 758 | | | | Builders report, dated 4/3/97, 4/21/97, 4/22/97, 4/23/97 |
| | 759 | | | | C.V. of David Campbell |
| | 760 | | | | Proposal of David Campbell, dated 11/8/01 |
| | 761 | | | | Report of David Campbell, dated 5/1/02 |
| | 762 | | | | Notes of David Campbell |
| | 763 | | | | Contractor Assistance Request form from Inspec. |
| | 764 | | | | Blueprints of Promenade |
| | 765 | | | | Diagrams of site plan by Campbell |
| | 766 | | | | Box of samples of insulation |
| | 767 | | | | Diagram of inadequacies of existing waterproofing membrane by Campell |
| | 768 | | | | Strachota's file |
| | 769 | | | | C.V. and report of Strachota |
| | 770 | | | | Strachota's file - Depositions reviewed |
| | 771 | | | | Notes taken by Strachota |
| | 772 | | | | Strachota's file - pictures and literature |
| | 773 | | | | Strachota's file - damages calculations |
| | 774 | | | | Strachota's – before and after market appraisal |
| | 775 | | | | C.V. of William Arockiasamy |
| | 776 | | | | Report of Arockiasamy, dated 8/15/03 |
| | 777 | | | | Supplemental report of Arockiasamy, dated 10/3/03 |
| | 778 | | | | Campbell notes re: purchase by GID |
| | 779 | | | | Fax from Campbell to Rob Van Martin re: water soluable film that had not dissolved, dated 11/1/02 |
| | 780 | | | | E-mail from Peter Goodwin to Campbell re: cost estimate |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 781 | | | | E-mail from Lori Semke to Campbell re: contact with Tony Perales and Dean Rutila on Ohio medical school |
| | 782 | | | | C.V. of Richard Stehly |
| | 783 | | | | Report of Stehly, dated 10/9/02 |
| | 784 | | | | Report of Stehly, dated 10/11/03 |
| | 785 | | | | Letter of William Hull to Stehly, dated 8/14/03 |
| | 786 | | | | C.V. of Richard Koziol |
| | 787 | | | | E-mail from Chauvin to Stepan re: testing protocols |
| | 788 | | | | Fax from Koziol to Chauvin enclosing photographs and field notes |
| | 789 | | | | Photographs taken by WJE of DTO |
| | 790 | | | | List of Koziol’s bullet points on Kudder’s report, dated 7/29/03 |
| | 791 | | | | Handwritten notes re: Kudder’s report, dated 7/23/03 |
| | 792 | | | | Report of Koziol, dated 5/31/02 |
| | 793 | | | | Report of Koziol, dated 4/11/02 |
| | 794 | | | | Box containing posts and samples |
| | 795 | | | | C.V. of S.N. Bhatt |
| | 796 | | | | List of testimony for Bhatt |
| | 797 | | | | Report of Bhatt, dated 8/15/03 |
| | 798 | | | | City of Eagan - Engineering Std. Manual, May 1993 |
| | 799 | | | | Report of Robert Kudder, dated 8/15/03 |
| | 800 | | | | Report of Jeffrey Schuh, dated 8/12/03 |
| | 801 | | | | Photographs of test site |
| | 802 | | | | Photographs of test site |
| | 803 | | | | Photographs of test site |
| | 804 | | | | Photographs of test site |
| | 805 | | | | Photographs of test site |
| | 806 | | | | Report of Patrick Engineering – Report of Schuh |
| | 807 | | | | Handwritten notes regarding site visit to Promenade date 10/14/03 by Schuh |
| | 808 | | | | Typical drain line detail of Promenade |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 809 | | | | Email from Andrew Ptak to Chip Parrott regarding Minnesota Drain Study dated 7/3/02 |
| | 810 | | | | Grading and erosion control plan for the Promenade |
| | 811 | | | | Promenade Town home field reconnaissance checklist |
| | 812 | | | | Handwritten notes regarding GEO Service, Inc. |
| | 813 | | | | Handwritten notes of Jeffrey Schuh re: meeting of 9/16/02 |
| | 814 | | | | (h) drainage and grading design requirements |
| | 815 | | | | E-mail from John Gorder to Jeffrey Schuh re: drainage requirements |
| | 816 | | | | Diagram of foundation and gradation |
| | 817 | | | | Diagram of drainage foundation and gradation |
| | 818 | | | | Chart for Building #1 - peak elevations |
| | 819 | | | | Chart for Building #5 - peak elevations |
| | 820 | | | | E-mail from Andrew Ptak to Jeffrey Schuh re: inspection of property |
| | 821 | | | | C.V. of Mark Chauvin |
| | 822 | | | | E-mails to Chauvin re: Volclay Swelltite |
| | 823 | | | | Site visit report #4 |
| | 824 | | | | WEIS’s First Amended Complaint against J-Berd |
| | 825 | | | | WEIS’s Answer to J-Berd’s Interrogatories, II |
| | 826 | | | | Waterproofing by Experts Notice of Taking Depo of WEIS |
| | 827 | | | | J-Berd’s Notice of Taking Depo of WEIS |
| | 828 | | | | Loan Receipt Agreement between WEIS and Westfield and Valley Forge |
| | 829 | | | | Subcontractor Agreement between WEIS and J-Berd |
| | 830 | | | | J-Berd fax to WEIS, enclosing material for subcontractor agreement |
| | 831 | | | | J-Berd’s final bill, totaling $116,502.00 |
| | 832 | | | | J-Berd’s Subcontractor Payment Request, dated 11/21/99 |
| | 833 | | | | Fax from Rabehl to J-Berd re: lien waiver |
| | 834 | | | | Final payment from WEIS to J-Berd, totaling $116,502.00 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 835 | | | | Weis Builders Daily Reports |
| | 836 | | | | Waterproofing by Experts Daily Reports |
| | 837 | | | | Weis Builders' Punch Lists |
| | 838 | | | | Heller Financial Account Review Summary of Promenade (HF000243-000266) |
| | 839 | | | | All correspondence between Heller and Healy Ramme, Promenade Village Townhomes, LLC or their agents regarding Heller's waiving of principal payments on the loan to Promenade Village Townhomes, LLC (HF000267-000298) |
| | 840 | | | | Ribich letter to Heller explaining negative cash flow is due to water leaks (HF000291-000301) |
| | 841 | | | | 1/3/02 Ramme fax to Julie Silverstein of GE Capital regarding cost of litigation, necessary sales price depending on outcome of litigation and Ramme's on estimate that Promenade is worth $27.5 million if no water leaks had occurred. (HF000403-000409) |
| | 842 | | | | Healy Ramme's proposed amendment to loan with Heller (HF000475-000482) |
| | 843 | | | | UNUM counterproposal to Healy Ramme with reduced amounts if property is sold by December 31 (HF000540-000575) |
| | 844 | | | | Heller Notice of Default to Healy Ramme with accompanying correspondence HF000576-000660 |
| | 845 | | | | Ramme letter to lenders estimating value of Promenade with and without leaks. His highest estimation is $32.4 million w/out leaks (HF000661-000662) |
| | 846 | | | | UNUM Notice of Default and accompanying correspondence (HF000697-000798) |
| | 847 | | | | 10/24/02 Healy letter to Constantine Lallas of GE Capital (Heller) regarding proposed sale to GID. Outlines payments to Heller from sale and the $2.197 million saved because of no prepayment penalty with UNUM. (HF000799-000811) |
| | 848 | | | | Handwritten notes (presumably from a Heller employee) detailing conversations with various HR personnel regarding the pending sale to GID and current market conditions. (HF000812-000834) |
| | 849 | | | | Heller letter to HR saying they are not consenting to the saleHF000835-000848 |
| | 850 | | | | Internal Heller e-mails regarding sale of Promenade and what Heller stands to gain financially (HF000849-000857) |
| | 851 | | | | First Amendment to Loan between HR and Heller (HF006625-006636) |
| | 852 | | | | Heller Loan Valuation and Documentation Summary (HF002312-002324) |
| | 853 | | | | Berc & Fox 1997 Financial Statements for Promenade Village Townhomes, LLC, Tom Healy and Peter Ramme (HF002325-002355) |
| | 854 | | | | August 26, 1996 Market Value Appraisal of the Proposed Promenade Apartments. (HF003954-004135) |
| | 857 | | | | Steen Engineering plans and specifications for the project (including addendums) |
| | 858 | | | | City of Eagan plumbing inspection records |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | 859 | | | | City of Eagan Certificates of occupancy for Buildings 1 through 6 for the project |
| | 860 | | | | Leak reports (PRO 000321-323, PRO 000326, PRO 000330-000332) |
| | 861 | | | | Promenade Resident Annual Surveys (HRC 41632-41818) |
| | 862 | | | | Handwritten notes from Healey Ramme/Promenade staff from 7/97 (HRC 25541-25551) |
| | 863 | | | | Tenant exit surveys (HRC 41051-41134) |
| | 864 | | | | Certificate of substantial completion for all buildings |
| | 865 | | | | Steen Engineering correspondence regarding mid-point inspection |
| | | | | | Any exhibit needed for rebuttal, impeachment, or foundation |
| | | | | | Any exhibits listed by the other parties |

Third-Party Defendant J-Berd Mechanical Contractors, Inc. also reserves the right to offer at trial any exhibits deemed necessary for rebuttal, impeachment, or foundation purposes or any exhibits identified by the other parties.

Dated: September 3, 2004

_/s/ Rolf E. Sonnesyn____________________

Rolf E. Sonnesyn (#131027)
Chandelle L. Heyer (#286114)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.