**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

**PROMENADE VILLAGE TOWNHOMES, L.L.C.'S PROPOSED EXHIBIT LIST**

Cross-Claimant,

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and

| | |
|---|---|
| Chris Craft Industrial Products, Inc., | ) |
| Fourth-Party Defendant. | ) |
| and | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| Third Party Defendant and Fourth Party Plaintiff, | ) |
| v. | ) |
| Mikesh, Inc., | ) |
| Fourth Party Defendant. | ) |

Promenade submits the attached list of exhibits it may offer at the trial of this matter. Promenade reserves the right not to offer any of the attached exhibits or to offer additional exhibits in rebuttal, for impeachment, or to avoid the consequences of surprise. Promenade notes that this list does not include illustrative and demonstrative exhibits which may be developed prior to trial. It also does not include exhibits which may be used for impeachment, rehabilitation, rebuttal and/or corroboration purposes.

Even if not listed on the attached list, Promenade also expressly reserves the right to use any exhibits on other parties' exhibit lists. Promenade also reserves the right to supplement and modify this exhibit list as well as the right to offer any exhibits produced at trial in response to trial subpoenas.

**FLYNN, GASKINS & BENNETT, L.L.P.**

Dated: September 3, 2004

s/Steven W. Gaskins

Steven W. Gaskins, MN #147643
Steven E. Rau, MN #147990
Lori D. Semke, MN #0296910
333 South Seventh Street, Suite 2900

Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| PRESIDING JUDGE<br>Joan N. Ericksen | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S)<br>11/2/04 | COURT REPORTER<br>Marie Weinbeck | COURTROOM DEPUTY<br>Sheri Frette |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | 2/22/96 list "Eagan Apts - Design" "Southwind Comments - Leasing" (Healy Dep. Ex. 10) |
| | | | | 4/8/99 Promenade leak meeting, (ESG01853-56) (Healey Dep. Ex. 15) |
| | | | | 11/7/96 fax from DeSai to Healey re waterproofing details (ESSG00847-852) (Healey Dep. Ex. 22) |
| | | | | 9/19/96, Owner/contractor agreement, (ESG007678-7734) (Healey Dep. Ex. 26) |
| | | | | 1/26/96 Promenade HRC Costs spreadsheet (Healey Dep. Ex. 29) |
| | | | | CETCO product literature (WB00014-31) (DeSai Dep. Ex. 44) |
| | | | | 3/10/97, Weis Builders' subcontract agreement with Waterproofing By Experts<br>none (DeSai Dep. Ex. 45) |
| | | | | 12/14/96, RFI 39, (WB008698-700) (DeSai Dep. Ex. 47) |
| | | | | 7/29/97 Jobsite meeting notes (DeSai Dep. Ex. 58) |
| | | | | 10/16/97 letter to Peter Ramme (DeSai Dep. Ex. 61) |
| | | | | 11/10/97 Volclay warranty and information (DeSai Dep. Ex. 62) |
| | | | | 1-98 through 5-98, water leaks list (DeSai Dep. Ex. 63) |
| | | | | 5/14/98 Action items and water leaks list (DeSai Dep. Ex. 64) |
| | | | | 6/30/98 water damage list to Lisa Dahl (DeSai Dep. ex. 65) |
| | | | | ESG Photographs (Feges Dep. Exs. 73-74) |
| | | | | 12/13/96 fax of Weis Request for Information #37 to John Feges, (Feges Dep. Ex. 100) |
| | | | | Handwritten list of changes to plans. (Feges Dep. Ex. 110) |
| | | | | ESG Architects Photographs (Feges Dep. Exs. 111-119) |
| | | | | 5/21/98 letter from L. Dahl to Tom Weber (Feges Dep. Ex. 127) |
| | | | | 11/27/01 Promenade water leaks; per-Terry Weiderhoft (Feges Dep. Ex. 137) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | 6/4/98 draft letter to residents regarding storm (Ramme Dep. Ex. 162) |
| | | | | 12/15/99 letter from P. Ramme to J. Davies (Ramme Dep. Ex. 166) |
| | | | | 8/11/98 memo from T. Weiderhoft re DeSai agreement to reimburse $13,034 for leaks (Ramme Dep. Ex. 172) |
| | | | | 1/21/99 memo from T. Weiderhoft to P. Ramme re summary of costs owed by Weis to Promenade (Ramme Dep. Ex. 173) |
| | | | | 4/13/99 memo from T. Weiderhoft to Peter and Tom re updated list of costs owed (Ramme Dep. Ex. 174) |
| | | | | 1 page handwritten document regarding rents (Ramme Dep. Ex. 176) |
| | | | | Photocopies of photos of knee wall (Messerich Dep. Ex. 202) |
| | | | | 8-4-99, Fax to Joel Penzik (Messerich Dep. Ex. 203) |
| | | | | 5-31-00, Fax to Joel Penzik (Messerich Dep. Ex. 204) |
| | | | | Volclay Swelltite 3000 product literature. (Weigand Dep. Ex. 206) |
| | | | | Spreadsheet: Summary of Weis Costs - Promenade 1997 - 2000 to date, Subject to further review (Kimball Dep. ex. 226) |
| | | | | 9/12/97 memo from A. Kimball to L. Dahl, re: Water leak recap (Kimball Dep. Ex. 228) |
| | | | | 10/13/97 memo from A. Kimball to L. Dahl, re: Water Leaks (Kimball Dep. Ex. 229) |
| | | | | 2/3/99 handwritten not to Ann re: current water leaks (Kimball Dep. Ex. 238) |
| | | | | 8/7/02, Promenade Water Leaks, Per-Terry Weiderhoft (Kimball Dep. Ex. 242) |
| | | | | 8/3/02 memo from A. Kimball to L. Dahl re: Summary of Construction Items & Financial Status at Promenade Oaks (Kimball Dep. Ex. 243) |
| | | | | Spreadsheet: Promenade Competitive Comparison, One Bedroom Units (Kimball Dep. Ex. 244) |
| | | | | Promenade Oaks Main Comps, August 2000; (Kimball Dep. Ex. 245) |
| | | | | 9/30/98 e-mail from C. Roby to A. Kimball, re: Weis invoices (Dahl Dep. Ex. 248) |
| | | | | 10/13/98 memo from L. Dahl to Peter and Tom, re: Amount owed by Weis – UPDATED (Dahl Dep. Ex. 249) |
| | | | | 5/21/98 letter from L. Dahl to Tom Weber re: leaks (Dahl Dep. Ex. 250) |
| | | | | 11/10/00 memo from P. Ramme to L. Dahl re: Promenade 2001 Budget, water leaks 11/6/00, 2002 Projection (Dahl |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | Dep. Ex. 251) |
| | | | | 6/25/02 memo from L. Dahl to P. Ramme re: Leak at Promenade Oaks ("6/25/02 Leak Report") (Dahl Dep. Ex. 254) |
| | | | | 3/27 note from P. Ramme to JFH re: pricing. (Dahl Dep. Ex. 255) |
| | | | | 11/30/99 chart "Concessions 1997 - 1999" (Dahl Dep. Ex. 256) |
| | | | | 11/29/99 Promenade Rental History (Dahl Dep. Ex. 257) |
| | | | | RENTAL HISTORY - with $35 water/trash charge (Dahl Dep. Ex. 258) |
| | | | | 10/17/00 memo from L. Dahl to P. Ramme, re: Promenade 2001 Budget (Dahl Dep. Ex. 259) |
| | | | | Fax from Tom Suter to Messerich dated 7/7/98. (Messerich Dep. Ex. 291) |
| | | | | First 2 pages of subcontract (Messerich Dep. Ex. 293) |
| | | | | 7/29/97 Promenade Waterproofing Meeting (Messerich Dep. Ex. 306) |
| | | | | 4/8/99 Promenade Leak meeting (Messerich Dep. Ex. 307) |
| | | | | Volclay Warranty, 2 pp (Carpenter Dep. Ex. 326) |
| | | | | 1 photo. Courtyard at Promenade (Byrd Dep. Ex. 373) |
| | | | | 8 pages from Medical College of Ohio to Patrick Carpenter 12/3/01 Bates 1910-1917 (Byrd Dep. Ex. 377) |
| | | | | 6/10/96 letter from J-Berd to P. DeSai (Filek Dep. Ex. 401) |
| | | | | 10/16/96 Subcontract Agreement (Filek Dep. Ex. 403) |
| | | | | 7/26/96, Construction Action Items (WB008902-8904) (Weber Dep. Ex. 492) |
| | | | | 9/10/96, Changes to Plans & Specs (WEBER 00774-775) (Weber Dep. Ex. 493) |
| | | | | T. Weber's "Deck Waterproofing" file (Weber Dep. Ex. 504) |
| | | | | 3/13/01, Promenade water leak reports (Weber Dep. Ex. 524) |
| | | | | 9/30/97 fax of J-Berd's warranty on Promenade job. (Johnson Dep. Ex. 529) |
| | | | | 9/18/02, Brokerage package (Palmer Dep. Ex. 539) |
| | | | | 9/18/02, Pending Litigation and Disclosure (Palmer Dep. Ex. 540) |
| | | | | Executive Summary (Palmer Dep. Ex. 542) |
| | | | | 10-24-02, Offer letter to Mr. Jaffe from Thad Palmer (Palmer Dep. Ex. 543) |
| | | | | 10-25-02, Letter to Windsor Realty Fund (Palmer Dep. Ex. 544) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | 5-1-02, Inspec Waterproofing report (Palmer Dep. Ex. 545) |
| | | | | 11-6-02, Criterium Engineers report prepared for GID (Palmer Dep. Ex. 546) |
| | | | | 11-20-02, E-mail from Bob Tarasov (Palmer Dep. Ex. 549) |
| | | | | 12-1-02, E-mail from Bill Roberts (Palmer Dep. Ex. 553) |
| | | | | 12-4-02, Field Report to Bob Tarasov from Jon Camaya of Israel Berger & Associates, "Initial Assessment of Courtyard Waterproofing" (Palmer Dep. Ex. 556) |
| | | | | 12-6-02, Purchase Agreement btw Promenade and Windsor Realty Fund (Palmer Dep. Ex. 557) |
| | | | | 12-12-02, Indemnity Agreement btw Promenade and Windsor (Palmer Dep. Ex. 562) |
| | | | | Executive Summary, final model (Palmer Dep. Ex. 572) |
| | | | | Long-Range Maintenance Plan (Palmer Dep. Ex. 573) |
| | | | | 12/30/96 fax from DeSai to Tom Suter, cc to Messerich, re: first pass at warranty. (Suter Dep. Ex. 586) |
| | | | | 11/13/2002 Field Report from Camaya to Bob Tarasov, cc to Vanderburg, "Initial site visit and cursory walk-thru" (Camaya Dep. Ex. 591) |
| | | | | 12/4/02 Initial Assessment of Courtyard Waterproofing (Camaya Dep. Ex. 592) |
| | | | | Handwritten memo from Lisa Dahl, re: after current construction completed, 60 leaks will remain. 1/27/00 (Weiderhoft Dep. Ex. 610) |
| | | | | 7/10/00 Building Water Leaks & Suspected Areas of Entry (Weiderhoft Dep. Ex. 611) |
| | | | | 2/23/01 chart and map detailing water leaks from 1/8/01 snow thaw. (Weiderhoft Dep. Ex. 612) |
| | | | | 3/27/01 chart and map detailing water leaks from 3/21/01 snow thaw (Weiderhoft Dep. Ex. 613) |
| | | | | 6/4/01 memo from Lisa to Peter re: PO Concrete Repairs, sidewalk assessment (Weiderhoft Dep. Ex. 614) |
| | | | | 10/8/02 chart and map detailing 2002 water leaks (HRC34585 – 86) (Weiderhoft Dep. Ex. 616) |
| | | | | 10/8/02 water leak summary by year 1997 - 10/8/02 (HRC34561) (Weiderhoft Dep. Ex. 617) |
| | | | | 10/8/02 chart, (HRC 3452-HRC34569) (Weiderhoft Dep. Ex. 618) |
| | | | | 10/8/02 water leak summary by year 1998-May 8, 2002 (HRC34743) (Weiderhoft Dep. Ex. 619) |
| | | | | 7/16/01 memo from Terry to Healey, Ramme, Lisa, Ann and Carolyn, re: work update (Weiderhoft Dep. Ex. 622) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | 6/12/01 Meeting Recap Notes from Terry of 6/11/01 mtg. with Weis (Weiderhoft Dep. Ex. 623) |
| | | | | 8/01 Plaza Stoop Post Repair List w/ map and list of specific repair process (Weiderhoft Dep. Ex. 624) |
| | | | | Color Photos taken Weiderhoft (Weiderhoft Dep. Ex. 630) |
| | | | | Recommended Pricing document (Jaffe Dep. Ex. 630) |
| | | | | Sales notice list (Jaffe Dep. Ex. 633) |
| | | | | Offering memorandum (Jaffe Dep. Ex. 635) |
| | | | | Summary of Offers (Jaffe Dep. Ex. 639) |
| | | | | National comparison compiled by CB Richard Ellis (Jaffe Dep. Ex. 663) |
| | | | | 5-29-97 Promenade Village Townhomes Owner Cost Issues (Ribich Dep. Ex. 674) |
| | | | | Equity Loan Agreement between Heller Financial and Promenade Village Townhomes. (Ribich Dep. Ex. 675) |
| | | | | Exhibit "B", Application/Contract For Mortgage Loan with UNUM Life Insurance Company of America or Affiliate Dated 8-26-96 (Ribich Dep. Ex. 676) |
| | | | | Construction Loan Agreement dated 9/25/96 between Promenade and First Bank (Ribich Dep. Ex. 677) |
| | | | | Note dated 9/25/96 between Promenade and First Bank (Ribich Dep. Ex. 678) |
| | | | | 8-4-95 Lender Pro Forma (Ribich Dep. Ex. 679) |
| | | | | 8-4-95 fax to Ramme from Ribich (Ribich Dep. Ex. 680) |
| | | | | Wholly Owned Apartments Loan Terms 2-1-00 (Ribich Dep. Ex. 681) |
| | | | | 10-11-95 Eagan Apartments, Lender Proforma (Ribich Dep. Ex. 682) |
| | | | | 5-24-96 letter from Ramme to Richard Riley of Eberhardt Co. (Ribich Dep. Ex. 683) |
| | | | | Promenade 9/96 (Ribich Dep. Ex. 684) |
| | | | | City of Eagan, Review of Valuations, Apartments, 1997/1998 (Ribich Dep. Ex. 685) |
| | | | | Promenade Competitive Analysis, January 2002 (Ribich Dep. Ex. 686) |
| | | | | Peter Ramme's handwritten notes, dated 5-12 (Ribich Dep. Ex. 687) |
| | | | | Promenade Oaks, Marketing Notes - Revised, 12-9-99 (Ribich Dep. Ex. 688) |
| | | | | Ramme's handwritten notes, dated 3/27, re: why we can achieve $300 more than Waterford and Alde (Ribich Dep. Ex. |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | 689) |
| | | | | 12-15-99 unsigned letter from Ribich to Sharon Augistin of Heller re: enclosing financials (Ribich Dep. Ex. 690) |
| | | | | Draft letter from Ribich to John McEachern and David Stokes of Heller Financial, dated 3/1/01 (Ribich Dep. Ex. 691) |
| | | | | 3-1-01 final draft of letter from Ribich to John McEachern and David A. Tokos of Heller (Ribich Dep. Ex. 692) |
| | | | | 1-page handwritten document, Ribich's handwriting re: rental rates (Ribich Dep. Ex. 693) |
| | | | | 3-30-01, Notes from Meeting Peter, Greg, Byron Fegley, John Davis (Ribich Dep. Ex. 694) |
| | | | | Promenade Discussion Items, 4-12-01 (probably put together by Lois Helms (Ribich Dep. Ex. 695) |
| | | | | Promenade Village Townhomes Sales Assumptions, 9-3-01, Distribution of Proceeds with Heller (Ribich Dep. Ex. 696) |
| | | | | Promenade, Potential Refinance Considerations from Compilation Report, 4-18-01 (Ribich Dep. Ex. 697) |
| | | | | 7-12-02, Promenade Cash Flow Forecast w/o Debt or RE Taxes 2002 (Ribich Dep. Ex. 698) |
| | | | | 1-3-02 letter to Julie Silverstein @ GE Capital Real Estate (Ribich Dep. Ex. 699) |
| | | | | 1-16-02 e-mail from Rene Daleiden to Jeff Solher @ bercfox.com re: Accrued Payable – HRC (Ribich Dep. Ex. 700) |
| | | | | 6-18-02 letter to Peter Ramme from Heller (Ribich Dep. Ex. 701) |
| | | | | 8-2-02 letter to Peter and Tom from Shelley Stuart Carvel of UNUM, re: personal guarantee (Ribich Dep. Ex. 702) |
| | | | | 8-22-02 Promenade Oaks, Proposal to Repay Unum and Heller, drafted by Tom Healey (Ribich Dep. Ex. 703) |
| | | | | Agreement for Deed in Lieu of Foreclosure (Ribich Dep. Ex. 704) |
| | | | | 9-3-02 letter to lenders from P. Ramme re: attaching schedule (Ribich Dep. Ex. 705) |
| | | | | 10-25-02 e-mail from Jaffe to Ribich re: forward items to GID (Ribich Dep. Ex. 706) |
| | | | | 1-page doc of figures from UNUM (Ribich Dep. Ex. 707) |
| | | | | 11-18-02 letter to Byron Fegley from Ribich re: payoff numbers (Ribich Dep. Ex. 708) |
| | | | | 9-12-02 letter to lenders from Peter Ramme, re: comments |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | regarding their counterproposal. (Ribich Dep. Ex. 709) |
| | | | | 1-8-03 letter to Heller from Tom Healey, enclosing checks and statements (Ribich Dep. Ex. 710) |
| | | | | Promenade Village Townhomes, Prepayment Penalty UNUM (Ribich Dep. Ex. 711) |
| | | | | Promenade Village Townhomes LLC, Loan Balances (Ribich Dep. Ex. 712) |
| | | | | Promenade Oaks, Valuation and Distribution, 6-22-99 (w/handwriting) (Ribich Dep. Ex. 713) |
| | | | | Healey Ramme Company, Property Financials, 2nd Quarter, 1999, Property: Promenade Oaks (Ribich Dep. Ex. 714) |
| | | | | Promenade Oaks, Variance Report for Quarter One, 4-16-99 (Ribich Dep. Ex. 715) |
| | | | | 7-29-98 Reimbursement invoice from Promenade to Healey Ramme, $17,900.00 (Ribich Dep. Ex. 716) |
| | | | | 10-14-98 Reimbursement invoice from Promenade to Healey Ramme, $400,000.00 (Ribich Dep. Ex. 717) |
| | | | | Rental History - with $35 water trash charge (Ribich Dep. Ex. 718) |
| | | | | 12-2-99 Capital Improvements 5 Year Plan, drafted by Lisa and/or Ann (Ribich Dep. Ex. 719) |
| | | | | 7-20-99 Market Analysis Adjustment Grid for Promenade Oaks (Ribich Dep. Ex. 720) |
| | | | | 7-21-99 Apartment Income Approach Analysis/Pro Forma (Ribich Dep. Ex. 721) |
| | | | | 6-10-03, Damage Calculation (8 pages) (Ribich Dep. Ex. 722) |
| | | | | Income Statement by Month, For the Period Ending December 31, 1999 (3 pages) (Ribich Dep. Ex. 723) |
| | | | | Drafted by Berc Fox, Financial Statements as of December 31, 1999 and 1998, Together with Accountant's Compilation Report (Ribich Dep. Ex. 724) |
| | | | | Statement of Income, Actual to Budget, ending December 31, 1999 (Ribich Dep. Ex. 725) |
| | | | | Rental Rate Analysis - Operating Performa, As of July 31, 2002 (Ribich Dep. Ex. 726) |
| | | | | Adjusted Trial Balance Report, December 31, 2000 prepared on 7-29-01 and other documents (no bates) (18 pages) (Ribich Dep. Ex. 727) |
| | | | | Pricing Analysis (Ribich Dep. Ex. 728) |
| | | | | 4-7-03 Promenade's Supplemental Answers to Interrogatories |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | (Ribich Dep. Ex. 729) |
| | | | | Exit card for Gerald Walen (HRC 41051-41134) (Roby Dep. Ex. 750) |
| | | | | Weekly Phone Log from 5/19/97 to 5/22/97 (HRC 27155) (Roby Dep. Ex. 751) |
| | | | | New Construction Comps v. Promenade - 8/3/98 (Roby Dep. Ex. 761) |
| | | | | July '98 - Cedar Ridge Comps (Roby Dep. Ex. 762) |
| | | | | Large comparison charts (2 pages) (Roby Dep. Ex. 763) |
| | | | | Large comparison chart: "Promenade Comps November 30, 1999" (Roby Dep. Ex. 764) |
| | | | | 11/99 Southwind Village Comps (chart) (Roby Dep. Ex. 765) |
| | | | | Promenade Oaks Main Comps, August, 2000; One Bedrooms (Roby Dep. Ex. 766) |
| | | | | Promenade Competitive Analysis (chart), December 2000 (Roby Dep. Ex. 767) |
| | | | | Promenade Oaks vs. competition – rents (Roby Dep. Ex. 768) |
| | | | | Promenade Oaks & Competition, Monthly Rent Per Square Foot, August, 2000 (Roby Dep. Ex. 769) |
| | | | | Project Manual (Vanderburg Dep. Ex. 780) |
| | | | | Bid Forms (Vanderburg Dep. Ex. 781) |
| | | | | Bid Tabulation Sheets (Vanderburg Dep. Ex. 782) |
| | | | | Investigative photographs taken by Dave Campbell (from Campbell Dep. Ex. 790) |
| | | | | Photographs taken by John Feges |
| | | | | Photographs taken by Terry Weiderhoft |
| | | | | Photographs produced by Weis |
| | | | | Photographs taken by Chad Filek |
| | | | | C.V. of Dave Campbell |
| | | | | C.V. of Robert Strachota |
| | | | | Strachota expert report - 5/02 |
| | | | | Strachota letter (rent analysis) 7/15/03 |
| | | | | Strachota Supplemental Report of 12/12/02 |
| | | | | David Campbell report 5/1/02 |
| | | | | 8/22/02 Promenade meeting agenda |
| | | | | Weis' Answers to Promenade, LLC's Requests for Admission |
| | | | | Promenade Oaks marketing brochures to potential renters |
| | | | | Any other exhibits listed by the other parties. |
| | | | | Any exhibits deemed necessary for impeachment and/or |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| | | | | rebuttal. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.