UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

**CERTIFICATE OF SERVICE**

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

I hereby certify that on September 3, 2004, I filed the following documents electronically with the Clerk of Court through the Court's electronic filing system:

1. Weis Builders, Inc.'s Exhibit List
2. Weis Builders, Inc.'s Witness List
3. Weis Builders, Inc.'s Jury Instructions
4. Weis Builders, Inc.'s Special Verdict Form
5. Weis Builders, Inc.'s Motions In Limine
6. Weis Builders, Inc.'s Notice of Motions in Limine
7. Weis Builders, Inc.'s Memorandum of Law in Support of Its Motions In Limine
8. Affidavit of Chad J. Stepan
9. Exhibit Index
10. Exhibits A through K to Affidavit of Chad J. Stepan
11. Weis Builders' Requested Voir Dire
12. Weis Builders' List of Anticipated Deposition Testimony
13. Trial Brief
14. Weis Builders' Notice of Motion to Bifurcate
15. Weis Builders' Motion to Bifurcate
16. Weis Builders' Memorandum of Law in Support of Its Motion to Bifurcate

The Court's ECF system will automatically serve an electronic notice of the filing to the following registered users of ECF:

Daniel A. Beckman
Leo I. Brisbois
Mark S. Brown
Jonathan M. Bye
Steve W. Gaskins
Mark A. Gwin
William D. Hull
Roger C. Justin
Jocelyn L. Knoll
Patrick D. Reilly
Rolf E. Sonnesyn
John Veith

I further certify that I have mailed the above-listed documents, together with the Notice of Filing for each such document, by first class mail, postage paid, to the following persons who are not registered users of ECF: None.

Copies of the proposed Orders were sent via U.S. mail to the following recipients:

Daniel A. Beckman
Leo I. Brisbois
Mark S. Brown
Jonathan M. Bye
Steve W. Gaskins
Mark A. Gwin
William D. Hull
Roger C. Justin
Jocelyn L. Knoll
Patrick D. Reilly
Rolf E. Sonnesyn
John Veith

Dated: September 3, 2004

s/ Chad J. Stepan

Michael D. Hutchens #167812
Chad J. Stepan #0279535
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant***
***Weis Builders, Inc.***

/1158596