**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company, 00cv987 (JNE/JSM)

Plaintiff,

v.

**AMENDED NOTICE OF HEARING**

Weis Builders, Inc., et al,

Defendants.

---

**TAKE NOTICE** that the **PRETRIAL CONFERENCE** in the above entitled matter is **re-scheduled** for Friday, October 15, 2004 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: September 10, 2004.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*