**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**THIRD-PARTY DEFENDANT J-BERD MECHANICAL CONTRACTORS, INC.'S CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2004, I caused the following documents:

- Third Party Defendant J-Berd Mechanical Contractors, Inc.'s Memorandum of Law in Response to Elness Swenson Graham Architects, Inc.'s Motion in Limine.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mark A. Gwin
Andrea E. Reisbord
Cousineau, McGuire & Anderson
Email: mag@cousineaulaw.com
Email: aer@cousineau.com

Chad J. Stepan
Meagher & Geer
Email: cstepan@meagher.com

Dean B. Thomson
Jocelyn L. Knoll
Fabyanske, Westra & Hart
Email: dthompson@fwhlaw.com
Email: jknoll@fwhlaw.com

Robert T. Stich
Leo I. Brisbois
Stich, Angell, Kreidler, Brownson & Ballou
Email: rstich@stichlaw.com
Email: lbrisbois@stichlaw.com

William D. Hull
Coleman, Hull & Van Vliet, P.L.L.P.
Email: wdhull@chvv.com

Daniel A. Beckman
Gislason & Hunter, L.L.P.
Email: dbeckman@gislason.com

Roger C. Justin
Rinke-Noonan
Email: rjustin@rnoon.com

Mark G. Pryor
G. John Veith
Brown & Carlson
Email: mpryor@brownandcarlson.com
Email: jveith@brownandcarlson.com

Steven W. Gaskins
Steven E. Rau
Flynn & Gaskins, L.L.P.
Email: sgaskins@flynngaskins.com
Email: srau@flynngaskins.com

Patrick D. Reilly
Benjamin B. Bohnsack
Erstad & Riemer, P.A.
Email: preilly@erstad.com
Email: bbohnsack@erstad.com

Jonathan M. Bye
Lindquist & Vennum, PLLP
Email: jbye@lindquist.com

Mark S. Brown
Iverson Reuvers, LLC
Email: mbrown@iversonlaw.com

David Fulton Herr

Timothy B. Kohls

Email: david.herr@maslon.com
James Duffy O'Connor
Email: james.oconnor@maslon.com

Email: tkohls@fredlaw.com
Joseph G. Springer
Email: jspringer@fredlaw.com

Rolf E. Sonnesyn
Chandelle L. Heyer
Tomsche, Sonnesyn & Tomsche, P.A.
Email: rsonnesyn@tstlaw.com
Email: cheyer@tstlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brian Baumgartner
Baumgartner Law Office, P.L.L.C.
3320 West Owasso Boulevard
Shoreview, MN 55126

Dated: September 17, 2004.

s/Rolf E. Sonnesyn
Rolf E. Sonnesyn (#131027)