UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company, Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

**AFFIDAVIT OF CHAD J. STEPAN**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Chad J. Stepan, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is an attorney with the law firm of Meagher & Geer, P.L.L.P., 33 South Sixth St., Minneapolis, MN 55402.

2. That your affiant is one of the attorneys representing defendant and third-party plaintiff Weis Builders, Inc., in the above-entitled matter.

3. That this affidavit is submitted in conjunction with Weis Builders' Memorandum of Law in opposition to CETCO's Motions In Limine.

4. That attached as Exhibit A are true and correct copies of relevant pages from the deposition transcript of Patrick Carpenter.

5. That attached as Exhibit B is a true and correct copy of correspondence from William M. Connelly to Munger Munger & Associates, dated 12-3-01.

6. That attached as Exhibit C is a true and correct copy of correspondence from Stephen Silva, Jr., to Richard R. Dewey, dated 11-5-96.

7. That attached as Exhibit D is a true and correct copy of correspondence from Jim McKay to Dave Moore, dated May 12, 1993.

8. That attached as Exhibit E is a true and correct copy of correspondence from Jim McKay to Dennis Boatwright, dated 5-24-93.

9. That attached as Exhibit F is a true and correct copy of a fax from Stacy Byrd to John Mazur, dated August 17, 2001.

10. That attached as Exhibit G is a true and correct copy of correspondence from Christopher W. Przywara to Gregory E. Land, dated 7-8-98.

11. That attached as Exhibit H is a true and correct copy of Deposition Exhibit 318, Army War College materials from CETCO.

12. That attached as Exhibit I are true and correct copies of relevant pages from the deposition transcript of David Campbell.

13. That attached as Exhibit J is a true and correct copy of the CV for David Campbell.

14. That attached as Exhibit K is a true and correct copy of the CV for Richard Koziol.

15. That attached as Exhibit L are true and correct copies of relevant pages from the deposition transcript of Richard Koziol.

16. That attached as Exhibit M are true and correct copies of relevant pages from the deposition transcript of Mark Chauvin.

17. That attached as Exhibit N is a true and correct copy of the CV for Mark Chauvin.

18. That attached as Exhibit O is a true and correct copy of Deposition Exhibit 853, WJE e-mails to Chauvin.

19. That attached as Exhibit P are true and correct copies of relevant pages from the deposition transcript of Jon Camaya.

20. That attached as Exhibit Q is a true and correct copy of WJE Site Visit Report No. 4.

FURTHER YOUR AFFIANT SAITH NOT.

__s/ Chad J. Stepan______________
Chad J. Stepan

Subscribed ands sworn to before me
this 17th day of September, 2004.

___s/ Barbara J. O'Leary________
Barbara J. O'Leary, Notary Public
Anoka County, Minnesota
My Commission Expires: 1/31/05

[Notarial Seal]

/1164500