

CET 001376



CET 001377




CET 001378


WARNING

