









**Patrick Carpenter**

| | |
|---|---|
| **Subject:** | Harrisburg PA With Steve Royer |
| **Start:** | Fri 2/15/2002 12:00 AM |
| **End:** | Sat 2/16/2002 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |

Telephone # 717-574-9001>Spoke to Steve asking for quote on repair. He will send me pictures and will send letter for the paver weight. 9lb 14oz per 1/2 square foot. Spec alls for 20 lb /ft2