CETCO

COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1500 West Shure Drive • Arlington Heights, IL 60004-7803 • USA
(847) 392-5800 • Fax (847) 506-6150
http://www.cetco.com

# Memo

**To:** Patrick Carpenter

**From:** Steve Shanley

**CC:**

**Date:** 06/08/01

**Re:** Army War College Liability Report

---

Patrick, this Tuesday I traveled to Carlisle PA to attend a job site meeting at the Army War College out door plaza area. Swelltite was installed by approved applicator Houck Services in 1998. A time line was provided to me and copied to you with this memo on the history of this job. As you can see by the time line problems were encountered soon after installation.

At the meeting, we removed an area of the deck system which included loose laid concrete pavers, insulation, drain board to expose the Swelltite. Digital photographs were taken of what we found. In all four areas of the Swelltite the seams were not intact. They appeared to be pulled apart exposing the bentonite in the seam areas. Houck repaired such an area last month. They repaired it by rolling new swelltite over the pulled apart seams.

Houck and the Army War College want to remove all the pavers and insulation and repair all the potentially bad seams in the system in an effort to stop the leaks once and for all. I made no such commitment while I attended the meeting nor did I solicit pricing.

I forwarded the photographs to Stacy for his comment and hopefully his suggestions as to what we can do. We need to discuss a response to both Houck and the customer. A warranty was written on the job.



A Wholly Owned Subsidiary of AMCOL International
Printed on recycled paper

# *Plaza Roof Deck History Timeline*

*5 Jan 98:Completed installation*
*8 Jan 98:Reported leaks*
*29 Jan 98: Meeting on site, proposed flood test*
*10 Feb 98: Flood test, 7 areas leaking*
*26 Feb 98: Quadrant flood test. Flashing deficiencies noted.*
*5 Mar 98: Completed flashing detail repairs.*
*10 Apr 98: Identified and corrected more deficiencies*
*15 Apr 98: Flood test*
*16 Apr 98 - 5 Jan 99: No leaks*
*6 Jan 99: Reported leak, repaired mastic at door threshold*
*7 Jan 99 - 3 Nov 99: No leaks*
*4 Nov 99: Reported Leaks*
*9 Nov 99: Found mastic flashing failure at dome corners. CETCO notified of failure. Leaks continue.*
*2 Dec 99: Meeting on site. Mfg Rep, Chris Bupp and Houcks President, Gary Houck present. Requesting guidance from CETCO.*
*15 Dec 99: Received guidance from CETCO. Repaired dome corners*
*16 Dec 99 - 10 Jan 00: No leaks*
*11 Jan 00: Reported leaks*
*28 Jan 00: Houck on site investigating leaks. Weather conditions unfavorable to complete repairs.*
*8 Feb 00: Repaired lap joint at drain by entrance door*
*9 Feb - 1 Mar 00: No leaks*
*2 Mar 00: Reported leak*
*8 Mar 00: Meeting on site with Steve Shanley, Gary Houck,Chris Bupp. Discussed previous failures and made repair to lap seam at drain west corner of dome.*
*9 Mar 00 - 17 Dec 00: No leaks*
*18 Dec 00: Reported leaks*
*Jan 01: Repaired separated lap joint adjacent to dome.*
*5 Mar 01: Reported leaks*
*7 Mar 01: Houck's on site, found lap seam pulling apart. Made temporary repairs.*
*29 Mar 01: Houck's on site, opened up 800 sf area and found lap joints separated. Made repairs. Contacted CETCO.*

CETCO

Construction Products

**Patrick E. Carpenter**
Vice President

800/527-9948
Direct: 847/506-6173
Fax: 847/506-6195
E-Mail: patrick.carpenter@cetco.com
http://www.cetco.com

One North Arlington
1500 W. Shure Drive • 6th Floor
Arlington Heights, IL 60004-1440

A Wholly Owned Subsidiary of Amcol International

UA= 482 · 11:13
1897 5:25
— ______
6:29.

T24Q36

White FAX
letter on L.O.I.

out side Terminal
Black Jacket w/ [illegible]

P.O. Box 6417
Harrisburg, PA 17112-0417
0212
Phone 717.657.3302
Toll Free 800.458.2122
Fax 717.657.9805

E-mail houck@houcks.com
www.houcks.com

MD/VA Office
301.831.8040

SERVICES, INC.

717 574-9001

COPY

Via Fax (603-929-7702)

December 13, 2001

CETCO
Attn: Mr. Steve Shanley
P. O. Box 957
Hampton, NH 03843-0957

UAL Baggage =
Green Chev Impala.

Re: Army War College Deck
Carlisle, PA

Dear Steve,

Would you please give us an update on the status of Simpson, Gumpertz & Heger's investigation of the water leaks. We will forward this to the owners who are anxiously awaiting further action.

Would you please give us your e-mail address also.

If any questions arise or additional information is needed, please feel free to contact us.

Thanking you in advance for your anticipated cooperation and looking forward to hearing from you very soon; we remain:

Most respectfully,

HOUCK SERVICES, INC.

Steven R. Royer
Senior Vice President

SRR:kmg
cc: Patrick Carpenter
Deemer Davidson (via Fax #245-3713)

Spoke to Royal
12/28/01

20-25K To Repair.

9500 SQ FT
1/2 Sheet 4800 SF of Material

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1500 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6150
http://www.cetco.com

Houck Services Inc.
PO Box 6417
Harrisburg, PA 17112-0417
Steve Royer

November 8, 2001

Re: Army War College

Dear Steve:

Since your last correspondence dated October 23, CETCO Building Materials Group Vice President Patrick Carpenter has reached out to a nationally recognized engineering firm who specializes in Plaza Waterproofing. We hope to be able to provide their services to the War College in an effort to develop a comprehensive plan on offering water tight integrity of the plaza and to investigate the exact causes of the current water infiltration of the plaza area.

We hope to have enlisted their help soon and will be in touch with all parties as soon as we can get them out to the job site to begin their investigation.

If you have any questions please give me a call at my Regional Office.

Sincerely,

SM Shanley

Stephen M. Shanley
Eastern Region Manager
CETCO Building Materials Group

Cc: Jim Harris, Patrick Carpenter

Pat, my last correspondence to Houck.
SMS 12/5/01

12/13/2001 19:51 FAX 6039297702 CETCO → CETCO 001/001
DEC-13-01 13:24 FROM-HOUCK SERVICES INC 717-657-9805 T-575 P.02 F-838

P.O. Box 6417
Harrisburg, PA 17112-0417

MD/VA Office
301.891.8040

Phone 717.657.3902
Toll Free 800.458.2122
Fax 717.657.9805

E-mail houck@houcks.com
www.houcks.com

SERVICES, INC.

**Via Fax (603-929-7702)**

December 13, 2001

CETCO
Attn: Mr. Steve Shanley
P. O. Box 957
Hampton, NH 03843-0957

Re: Army War College Deck
Carlisle, PA

Dear Steve,

Would you please give us an update on the status of Simpson, Gumpertz & Heger's investigation of the water leaks. We will forward this to the owners who are anxiously awaiting further action.

Would you please give us your e-mail address also.

If any questions arise or additional information is needed, please feel free to contact us.

Thanking you in advance for your anticipated cooperation and looking forward to hearing from you very soon; we remain:

Most respectfully,

HOUCK SERVICES, INC.

Steven R. Royer
Senior Vice President

SRR:kmg
cc: Patrick Carpenter
Deemer Davidson (via Fax #245-3713)

6 x 12" 1/2

C

9.14 oz

P. O. Box 8417, Harrisburg, PA 17112 Phone: (717) 657-3302
Fax: (717) 657-9805

**Houck Services, Inc.**

# Fax

| | |
|---|---|
| **To:** Stephen Shanley | **From:** Steve Royer |
| **Company:** CETCO | |
| **Fax:** 603-929-7702 | |
| **Date:** June 20, 2001 | |
| **Pages:** 5 | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments:**

Steve,

I talked to Deamer Davidson today. He said that there have been no reports of leakage at Building 122 since April.

I am faxing a copy of the warranty information for your use.

CET 001401

02/19/98 11:48 PPSI PA OFFICE → 917176579805

NO.377 P001

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1350 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6180
http://www.cetco.com

# VOLCLAY WATERPROOFING SYSTEM WARRANTY

**Project Owner:** CARLISLE BARRACKS

**Project Name:** CARLISLE BARRACKS BLDG. #122

**Project Address:** CARLISLE BARRACKS
CARLISLE, PA 17013

**Date of Installation:** 1-15-98

**Date of Completion of Related Waterproofing:** 2-2-98

**Approved Applicator:** HOUCK SERVICES, INC.

**Address:** PO BOX 6417
HARRISBURG, PA 17112

Colloid Environmental Technologies Company (CETCO) warrants to Owner that its Volclay Waterproofing System installed by Approved Applicator on the above referenced new construction Project is free from defects in material and workmanship from the date of completion of all waterproofing systems. This completion date includes installation of the Volclay Waterproofing System and all adjoining and/or related waterproofing systems (roofing, plaza decks, etc.). Subject to the following terms and conditions, CETCO agrees to repair any leaks which develop within 5 years from the date of completion.

THE FOREGOING WARRANTY IS IN LIEU OF AND EXCLUDES ALL OTHER WARRANTIES NOT EXPRESSLY SET FORTH HEREIN, WHETHER EXPRESSED OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS.

THIS WARRANTY IS VOID IF SUBSEQUENT WORK IS DONE ON THE VOLCLAY WATERPROOFING SYSTEM WITHOUT CETCO'S PRIOR WRITTEN APPROVAL OF THE METHODS AND MATERIALS USED.

WATERSTOP-RX MUST BE USED IN ALL COLD POUR CONSTRUCTION JOINTS.

THE WATERPROOFING INTEGRITY OF EXPANSION JOINTS IS THE RESPONSIBILITY OF EXPANSION JOINT MANUFACTURER OR OTHERS.

CETCO

CETCO shall not be liable for incidental or consequential losses, damages or expenses, directly or indirectly arising from the sale, handling or use of the Volclay Waterproofing System or from or in connection with any failure or leak, or from any other cause relating thereto whether such claim is based on breach of warranty, breach of contract, negligence, strict ability in tort or any other legal theory. CETCO shall have no liability for damage to other components of the Project or contents therein. CETCO's liability hereunder in any case is expressly limited to the cost of repair of any leaks determined,by CETCO to be the fault of the Volclay Waterproofing System. The foregoing states the sole and exclusive liability of CETCO and the sole and exclusive remedy of the Owner.

CETCO shall not be obligated to repair any leaks caused by events beyond its control, including but not limited to structural defects, cracks in excess of one-sixteenth of an inch, building alterations, damage to the installation by subcontractors or others, explosions, earthquakes or other natural phenomena or acts of God.

Any leaks may at CETCO's discretion be repaired from the inside of the structure base and the Owner of the Project shall be responsible for removing any equipment, furniture or non-structural interior construction from the area which would hinder the repair operations. Owner shall give CETCO, its agents and employees reasonable access to the waterproofed area during business hours during the term of this warranty.

Any claim by Owner for any claimed defects hereunder for any cause shall be deemed waived by Owner unless submitted to CETCO in writing within thirty (30) days from the date Owner discovered, or should have discovered, any claimed breach or leak.

DATE ISSUED:2-10-98

BY: [signature]

Manager

CETCO, Building Materials Group

12/97