EXHIBIT "B"

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1350 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6150

# VOLCLAY APPLICATOR'S CERTIFICATION STATEMENT

TO: Colloid Environmental Technologies Company
Building Materials Group
1350 West Shure Drive
Arlington Heights, IL 60004

The undersigned, a certified Volclay Approved Applicator licenced by Colloid Environmental Technologies Company ("Applicator"), hereby certifies that they installed Volclay Waterproofing Products on the following construction project. Approved Applicator must complete the sections listed below.

OWNER: Carlisle Barracks

ADDRESS: Carlisle, PA

PROJECT: Building #122, Carlisle Barracks

CITY / STATE: Carlisle, PA

AREA INSPECTED: Plaza deck

SQUARE FEET: 9,500 s.f

DATE OF INSTALLATION: January 15, 1998

Applicator further certifies that the Volclay Waterproofing System was installed in accordance with the specifications and current Colloid Environmental Technologies Company Standards.

DATE: February 2, 1998

APPROVED APPLICATOR: Houck Services, Inc.

ADDRESS: P. O. Box 6417, Harrisburg, PA 17112

SIGNATURE: Steven R. Royer

TITLE: Vice President

A Wholly Owned Subsidiary of AMCOL International

Printed on recycled paper

291035

CETCO

# PROJECT WARRANTY REFERENCE RECORD

DATE: February 2, 1998
PROJECT NAME: Carlisle Barracks Bldg. #122
ADDRESS: Carlisle Barracks
CITY: Carlisle
STATE: PA
ZIP CODE: 17013
COUNTRY: USA

APPLICATOR: Houck Services, Inc.
CONTACT: Steven R. Royer
ADDRESS: P.O. Box 6417
CITY: Harrisburg
STATE: PA
ZIP CODE: 17112
COUNTRY: USA

DESIGN FIRM: ______
ADDRESS: ______
CITY: ______
STATE: ______
ZIP CODE: ______
COUNTRY: ______

OWNER: Carlisle Barracks
ADDRESS: ______
CITY: Carlisle
STATE: PA
ZIP CODE: 17103
COUNTRY: USA

**PLEASE CHECK OFF THE FOLLOWING PRODUCTS USED (provide = sq. ft., in. ft., gallons used)**

PANELS
- ____ TYPE-1
- ____ TYPE-1C
- ____ TYPE-1 SWB
- ____ TYPE-1C SWB
- ____ TYPE-3

AQUADRAIN
- ____ 10X
- ____ 15X
- ____ 15XP
- ____ 20H

- ____ VOLTEX
- ____ BENTOSEAL

WATERSTOP-RX
- ____ RX-101DH
- ____ RX-101RH
- ____ RX-101TDH
- ____ RX-101TRH
- ____ RX-102DH
- ____ RX-102RH

SWELLTITE
- ____ 1000
- 9,500 sf 3000
- ____ 6000

- ____ WATERSTOPPAGE
- ____ HYDROBAR TUBES

ACCOGUARD
- ____ LDC1000E
- ____ LDC1000M
- ____ LDC1000VHS
- ____ LDC5550
- ____ LDC5551
- ____ LDC5552
- ____ LDC5555
- ____ LDC60

- ____ AQUASEAL
- ____ BENTOGROUT

**PLEASE CHECK OFF THE FOLLOWING PROJECT TYPE**

- __ Airport
- __ Army Corps of Eng.
- __ Commercial
- __ Commercial Office
- __ Condominiums
- __ Containment Tank
- __ Convention Center
- __ Corrections Facility
- __ Educational
- __ Elevator Pits
- __ Highway Project
- __ Hospital
- __ Hotel
- __ Library
- __ Mfg. Facility
- __ Municipal
- __ Museum
- __ Parking Garage
- __ Private Residence
- __ Power Plant
- __ Religious
- __ Retail Store
- __ Sports Facility
- __ Subway
- __ Swimming Pool
- __ Theme Park / Zoo
- __ Tunnel
- __ Tunnel Pedestrian
- __ Tunnel Railroad
- __ Tunnel Utility
- __ Tunnel Vehicular
- __ Warehouse
- __ Water Purification
- __ WWTP
- Other Government /Military Inst.

**PLEASE CHECK OFF THE FOLLOWING CONSTRUCTION APPLICATION**

- __ Free Standing Walls
- __ Masonry Block Wall
- __ Soldier Beam & Lag
- __ Sheet Piling
- __ Concrete Caisson
- ✓ Plaza Deck
- __ Earth Shoring
- __ Concrete Shoring
- __ Precast Concrete
- __ Underslab
- __ Split Slab
- __ Tunnel
- __ Shotcrete
- __ Earth Covered Roof
- __ Pavered Plaza
- __ Post Tension
- __ Containment Tank
- __ Grout Injection
- __ Vehicular Traffic *
- __ Pedestrian Traffic *
- __ Balcony *
- __ Mechanical Room *
- __ Waterproof (LDC-60)*
- __ Steep Slope *
- __ Roof *
- __ Heavy Duty Vehicular *
- __ Parking Deck *
- __ Injection (Urethane Grout)
- Other ______

(*) Accoguard only



A Wholly Owned Subsidiary of AMCOL International
Printed on recycled paper

3/20 –
3/29 –

**Patrick Carpenter**
**From:** Steve Shanley
**Sent:** Thursday, June 07, 2001 7:23 PM
**To:** Stacy Byrd; Patrick Carpenter
**Subject:** RE: Army War College - Swelltite 3000

Stacy, ;any thoughts on why this may be happening?

-----Original Message-----
**From:** Stacy Byrd
**Sent:** Wednesday, June 06, 2001 9:57 AM
**To:** Patrick Carpenter
**Cc:** Steve Shanley
**Subject:** Army War College - Swelltite 3000

(JAN)
98 warranty =

Patrick,
Attached are photos of the Army War College project taken yesterday by Shanley and Chris Bupp of PPSI during their visit yesterday. From review of the photos and Shanley's comments made yesterday, I agree that it appears the Swelltite 3000 PVC liner shrank thus pulling the membrane overlap apart. Shanley stated that this shrinking appears to only occur along the 40" wide overlap at the end of each 30-foot roll length.

Shanley asked that I review the photos and then forward them to you with comments so that he could work with you to resolve this situation. << File: Mvc-001s.jpg >> << File: Mvc-002s.jpg >> << File: Mvc-003s.jpg >> << File: Mvc-004s.jpg >> << File: Mvc-005s.jpg >>

- Does look like it is shrinkage.
- Sun hit the job prior to pavers on it.
-

– 10,000 SQ FT² w/ pavers.
– Repair of certain area's
  – we will need cooperation.

S.S. – Skylights · Warranty =

Install 98 –

length =

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1500 West Shure Drive • Arlington Heights, IL 60004-7803 • USA
(847) 392-5800 • Fax (847) 506-6150
http://www.cetco.com

# Memo

**To:** Steve Royer, Houck

**From:** Steve Shanley

**CC:** Chris Bupp, Patrick Carpenter

**Date:** 06/11/01

**Re:** Army War College, Carlise

---

Steve, as part of our investigation as to the situation with the plaza waterproofing for Carlisle we ask that you forward to me the costs of the repair work that you did on the Swelltite in March. This information will be helpful for us in getting an accurate picture of the entire situation. You can forward that information to me in my office at 603-929-7702.

Thank you.



A Wholly Owned Subsidiary of AMCOL International
Printed on recycled paper.

CETCO
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
1350 West Shure Drive • Arlington Heights, IL 60004-1440 • USA
(847) 392-5800 • Fax (847) 506-6150
http://www.cetco.com

# Memo

**To:** Chris Bupp
**From:** Steve Shanley
**CC:** Patrick Carpenter
**Date:** 03/27/01
**Re:** Army War College

---

Chris, I received your note on the Carlisle Army College Plaza and the new leaks. I approve of the method of laying down the new Swelltite, however I want you to drop a note to Houck, that I don't want to be billed for this repair. I will contribute materials only to this fix. Based on my observations that deck is undergoing extreme movement and any leaks found are not attributed to the material. Houck needs to understand our position before repairs are made. Once again, make sure I do not get any bills for labor to repair these seams.

If you need me to draft a note to Houck, let me know. The photographs did not transmit well by the way. My printer is not photo quality. You need to e mail me photographs rather then fax them..

Steve

(1.) Warranty → Repair in March →
(2.) Plaza Redo →



CET 001408

A Wholly Owned Subsidiary of AMCOL International
Printed on recycled paper.

# FAX TRANSMITTAL

PPSI

Preservation & Protection Systems, Inc.
PMB #121, 7001 North Route 309, # 169
Coopersburg, PA. 18036-1121
(800) 648-5857
Fax (610) 346-9298

---

**DATE: March 27, 2001**

**TO: Steve Shanley**

**RE: Carlisle Army War College Plaza Deck**

**FROM:** *Chris Bupp*

**Number of Pages Including Cover: 4**

**MESSAGE:**

**Steve,**
**Enclosed is a letter and pictures I got from Houck Services on the above referenced project. They got called in for leaks about a week ago. When they opened up the pavers and drainage boards, the found that the Swelltite seams were separating. Houck has listed a possible repair method and would like to get CETCO's input on this situation. Hopefully you can see the pictures well enough to determine what is going on. Please let me know your thoughts as I would like to gte back to Houck ASAP.**

**Thanks,**
**Chris**

**HOUCK SERVICES**
**ROOF MAINTENANCE**

# Memo

**To:** Chris Bupp

**From:** Jeff Zerbe

**CC:**

**Date:** 3/20/01

**Re:** Carlisle Army War College Plaza Waterproofing

---

Chris,

We were called for a leak investigation at the above site. What we found were the seams in the Swelltite are separating. As you can see in the attached photos, the seam tape itself even has pulled from the seam. Our intention is to overlay these areas with a half sheet of Swelltite and seam tape all edges (approx 180 lf of seam). Please indicate if this repair method is acceptable for warranty purposes.

Thanking you in advance,

Houck Services, Inc.

Jeff Zerbe







