COPY



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff, Civil File No. 00-CV-987 JEL/JSM

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

* * * * * *

DEPOSITION OF: DAVID CAMPBELL (VOLUME I)
TAKEN ON: TUESDAY, AUGUST 26, 2003
COMMENCING AT: 9:15 A.M.

* * * * * *

CHARLES G. WILLIAMSON, Court Reporter
4209 113th Street West
Bloomington, MN 55437
Telephone: 952-888-8586
Fax: 952-888-3562



and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

EXHIBIT I



NOTES

Page Line



APPEARANCES:

PATRICK D. REILLY, Esq., Erstad & Riemer, P.A., 200 Riverside Office Tower, 8009 34th Avenue South, Minneapolis, MN 55425, appeared representing Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Co.

G. JOHN VEITH, Esq., Brown & Carlson, P.A., 5411 Circle Down Avenue, Suite 100, Minneapolis, MN 55416-1311, appeared representing Fourth-Party Defendant Chris Craft Industrial Products, Inc.

CHAD J. STEPAN, Esq., Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788, appeared representing Defendant Weis Builders, Inc.

LEO I. BRISBOIS, Esq., Stich, Angell, Kreidler & Dodge, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, appeared representing Defendant Valley Forge Insurance Company.

MARK S. BROWN, Esq., Iverson Reuvers, LLC, 250 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438, appeared representing Third-Party Defendant Waterproofing By Experts, Inc.

WILLIAM D. HULL, Esq., Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, appeared representing Third-Party Defendant Elness Swenson Graham Architects, Inc.

ROLF E. SONNESYN, Esq., and CHANDELLE L. HEYER, Esq., Tomsche, Sonnesyn & Tomsche, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared representing Third-Party Defendant J-Berd Mechanical Contractors, Inc.

STEVEN E. RAU, Esq., Flynn, Gaskins & Bennett, LLP, 2900 Metropolitan Centre, 333 South Seventh Street, Minneapolis, MN 55402-2440, appeared representing Defendant Promenade Village Townhomes, LLC.

ANDREA E. REISBORD, Esq., Cousineau, McGuire & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318, appeared representing Westfield Insurance Company.

CAMERON BOYD, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2274, appeared representing Fourth-Party Defendant Mikesh, Inc.

ALSO PRESENT: Kris Huether, Brown & Carlson.

INDEX

PAGE
Pursuant to Notice.................................. 6
WITNESS:
David Campbell................................ 6
Examination by Mr. Veith....................... 6
Examination by Mr. Sonnesyn................... 139
Examination by Mr. Boyd........................ 162
Witness Excused............................... 164
Signature/Correction Page..................... 166
Certificate Page.............................. 167

OBJECTIONS:
By Mr. Hull....... 66
By Ms. Heyer...... 71
By Mr. Reilly..... 89,95,106,159
By Mr. Rau........ 132
By Mr. Stepan..... 159,160,160

INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Campbell No. 788 | Professional Profile | 6 |
| Campbell No. 789 | Proposal Dated Nov. 8, 2001 | 39 |
| Campbell No. 790 | Waterproofing Investigation Report | 45 |
| Campbell No. 791 | Misc. Notes and Questions | 60 |
| Campbell No. 792 | Contractor Assistance Request Form | 73 |
| Campbell No. 793 | Diagrams of Promenade Oaks | 76 |
| Campbell No. 794 | Diagram, Site Plan A | 77 |
| Campbell No. 795 | Box of Samples of Insulation (Retained by Mr. Rau) | 89 |
| Campbell No. 796 | Inadequacies of the Existing Waterproofing Membrane | 124 |

# The original exhibits (except Exhibit No. 795) and original transcript are in the possession of Attorney G. John Veith.



THE DEPOSITION OF DAVID CAMPBELL, is taken on this 26th day of August, 2003, before Charles G. Williamson, a Notary Public in and for the State of Minnesota, County of Hennepin, at the Law Offices of Brown & Carlson, 5411 Circle Down Avenue, Suite 100, in the City of Minneapolis, Minnesota, commencing at the hour of approximately 9:15 a.m., pursuant to NOTICE:

* * * *

(Campbell Deposition Exhibit Number 788 was marked for identification at this time.)

DAVID CAMPBELL,

called as a witness, being first duly sworn, was examined and testified on his oath as follows:

EXAMINATION

BY MR. VEITH:

Q Good morning, Mr. Campbell. Would you please state your full name for the record?
A **David William Campbell.**
Q And could you state your current business address, please?
A **Inspec Incorporated, 5801 Duluth Street, Golden Valley, Minnesota, 55422.**
Q Mr. Campbell, you have been deposed before?
A **No, I haven't.**
Q You've never been deposed?
A **Correct.**
Q Have you ever testified under oath?



A **No.**
Q A couple of things about testifying. When the court reporter is taking things down, I would like you to try and keep in mind this is not like normal conversation, only one of us can talk at a time, okay, because Charlie needs to be able to take us down and he can't do both of us at the same time.
A **Okay.**
Q Also, you need to answer verbally. You need to answer out loud either a yes or a no. The court reporter can't take down shrugs, nods of the head, that sort of thing, okay?
A **Right.**
Q And then lastly, if you don't understand a question, please let me know and I will try and rephrase it for you or reask the question, okay?
A **Understood.**
Q If you answer a question, I will assume that you understood my question; is that fair?
A **Yes.**
Q What is your present position with Inspec?
A **I'm an architect and head of the waterproofing department at Inspec.**
Q I'm showing you Exhibit 788, which looks like a copy of your Professional Profile, I guess your resume, if you will?



A **Correct.**
Q I'd like to know when you received your bachelor of architecture degree from the University of Minnesota because it's not identified on it?
A **Bachelor of architecture I received in 1976.**
Q Okay. And what about your bachelor of environmental design; when did you get that?
A **I'm hesitating because I may have confused the two. I received a bachelor of environmental design first. That's correct. I got bachelor of environmental design in 1976, bachelor of architecture was 1977.**
Q So you went to college, then, for five years, or how did that work?
A **Just one quarter shy of seven years.**
Q Where did you do your foreign study?
A **Many countries in western Europe. I could name them off, if you wish.**
Q Well, what kind of architecture were you studying when you were over there?
A **The emphasis of the three month study focused primarily on gothic architecture, tensile structures and historic architecture in general.**
Q What's a bachelor's of environmental design? What is environmental design?
A **It's related to architecture, but it's not a professional**

**degree. It deals with issues of the environment, natural environment, but oddly enough, it also includes instruction on how to problem solve in general. I never did understand myself just how that went along with that degree, but I -- that's the best I can recollect. It's been so long. It was a degree that I was advised to get by an advisor because it was related to architecture, so I did.**

Q Sounds like something you don't use every day, though?

A **Correct.**

Q Okay. What did you have to do to become a licensed architect?

A **I understand it's a little different now, but what I had to go through was get the professional degree, which is the bachelor of architecture, go through an apprenticeship for four years, during which time you have to function underneath a licensed architect for four years, satisfy a requirement of varied experiences during that four year apprenticeship, after which time you're a candidate to take the state license exam, and when you pass the exam, you are a licensed architect.**

Q Where did you do your apprenticeship?

A **One firm was Glen Cording Associates.**

Q How do you spell Cording?

A **C-O-R-D-I-N-G. Another firm was Krysunski, Krank and**



**Erickson.**

Q Get the spellings later.

A **KKE. They don't go by Krysunski, Krank and Erickson anymore. KKE is their common name. Brent Anderson Associates. A bit of clarification. Brent Anderson Associates today is a waterproofing and roofing contracting company who has done work for Healey Ramme in the past. They're not really involved in this case. But when I worked for Brent Anderson Associates, it was strictly a design entity. Brent Anderson dissolved the design entity after I had left, took the name and applied it to his construction company, but when I worked for him, Brent Anderson Associates meant Architects and Engineers.**

Q Do you know when Brent Anderson changed focus?

A **He had both the construction entities as well as the design firm while I was with him. However, he switched all his emphasis to just the construction end of it. I believe that was about 11 years ago.**

Q When did you become members of the American Institute of Architects?

A **Very shortly after I became licensed, and that was eight years ago.**

Q So you received your license in what, 1996, 1995?

A **Eight years ago, whatever that --**



Q When did you join the American Society for Testing and Materials?

A **Approximately 1997, I believe.**

Q You have a list of or a section in your Professional Profile for published materials. Is that a complete list?

A **Yes, it is.**

Q And what about the relevant talks and seminars; is that a complete list of talks and seminars that you've given or do you have more to add to that?

A **Now, I notice this is not my most current profile. The Published Materials in the more current version is the same, but I think there were one or two things added under Relevant Talks and Seminars. And also there was another award, another item under Awards that's not shown here.**

Q When we're done here today, would you please get a copy of that and provide it, an updated version?

A **Sure. Let me just review Relevant Talks and Seminars here to answer your question.**

MR. RAU: I didn't know there was one.

THE WITNESS: Yes. I got that here. Actually, I think Relevant Talks and Seminars is current.

Q (By Mr. Veith.) You think it's current?

A **Yes.**

Q Do you know where we could get a copy of your book, Earth



Integrated Structures?

A **Yes. It's not been in print for a long, long time.**

Q Why is that? I was curious.

MR. RAU: It's such a best seller.

THE WITNESS: I have one copy. I only have one copy. I could certainly loan it to somebody who's interested, but I would like it back.

Q (By Mr. Veith.) Okay. I think that might be something we'd like to do. Who is Sarnafil?

A **Sarnafil is a manufacturer based in Switzerland, a manufacturer of a polyvinyl chloride waterproofing membrane, and they also manufacture other waterproofing products and related products. They have manufacturing and distribution facilities in the U.S., but the mother company is in Switzerland.**

Q Do you have some kind of a working relationship with that business or how did you come to be giving a seminar there?

A **I've developed somewhat of a reputation in the industry for understanding waterproofing. They invited me to speak to their group. I had specified Sarnafil products in the past.**

Q You mention in your profile that you have presented to many architectural and engineering firms. Which ones?

A **Miller Dunwoody Architects, Architectural Alliance Architects, HNTB Engineers. There's a fourth that**

escapes me right now.
Q Elness Swenson Graham?
A No. I'm sorry. I know there's a fourth, I just can't remember.
MR. RAU: If it comes to your mind, we can --
Q (By Mr. Veith.) Who was your first employer after completing your college degrees?
A Glen Cording Associates.
Q And how long were you there?
A I had worked for Glen summers while I was going to college; three summers, as a matter of fact. Then I worked for him after graduation for approximately three years.
Q What were you doing for Glen Cording?
A Preliminary and schematic building design, construction document drafting, construction drawing drafting, site observation, model building. I think that sums it up.
Q So you would've worked there till about 1980; does that sound right?
A Yes, approximately.
Q And where did you go after that?
A I believe Krysunski, Krank & Erickson, KKE, right after that.
Q Were you doing the same types of things? Was there



anything different that you were doing?
A Same types of things but in greater depth. Also, I was doing site planning as well at KKE.
Q How long were you at KKE?
A Eight months.
Q And then you went to Brent Anderson after that?
A No. After KKE I went to Cole Publications, not an architectural-related job. It was a sales job.
Q What got you into that?
A Money. I had a very difficult time finding architectural positions right then due to the economy. I had a wife, so I took what I thought was a lucrative sales job at the time as a temporary measure until I could find an architectural position.
Q What was your next architectural position, then?
A Northeast Planning and Design.
Q Were you still in your apprenticeship at this point?
A Yes. Had not taken the license exam yet.
Q What were you doing for them?
A House designs exclusively.
Q Residential, single family residential?
A Yes. Single family residential. We did have a few multifamily, but primarily single family.
Q And what was the period of time that you were with Northeast Planning?



A Boy, I'd have to look at my own employment history resume, but I think approximately three years.
Q Do you have a resume with your employment history?
A Yes. I don't have it with me.
Q And you'd be happy to provide that to me?
A Oh, certainly. It would clear up some of these dates that I'm not too sure of.
MR. RAU: Dave, is it available at your office?
THE WITNESS: Yes, I think it is.
MR. RAU: Maybe during one of the breaks we can have someone fax it over if you want.
THE WITNESS: Sure.
MR. VEITH: That would be good.
Q (By Mr. Veith.) All right. Up until this point, had you done anything with waterproofing ever?
A The first involvement with waterproofing I had was 18 years ago when I was working for Brent Anderson Associates.
Q Was that the job after Northeast Planning?
A Yes. Brent Anderson Associates was after Northeast Planning.
Q So did you leave Northeast Planning to go to Brent Anderson?
A No. Northeast Planning laid me off.



Q What was the reason for that?
A Lack of work.
Q How long were you out of work after that?
A Approximately two weeks.
Q And then you went to Brent Anderson?
A Correct.
Q What did you do for Brent Anderson?
A A bit of clarification. At that time, the firm that became known as Brent Anderson Associates was initially named Earth Integrated Technics Incorporated. The reason I hesitate is the name changed so many times before I finally decided on something. But Earth Integrated Technics Incorporated, I believe. That's also on the employment history resume.
Q How long were you at Brent Anderson?
A I worked for him for a total of 11 years, I believe.
Q Could you give me the years?
A Earth Integrated Technics began and I was with it from its inception.
Q And when was that?
A I believe it was 1983.
Q Okay.
A And then the name changed maybe three or four years after that and I left Brent Anderson Associates in 1993, I believe it was.

Q What were you doing for Brent Anderson? I think I asked that before but I didn't really get an answer from you on that.

A **Can I assume when you refer to Brent Anderson Associates you're referring to --**

Q Yes.

A **-- the firm that Brent owned regardless of its name?**

Q Unless things changed with the name change. Did your job duties change at all?

A **Not as a result of that name change transition; for other reasons. Our involvement in our architectural concentration changed. But in the entire time span I worked for Brent Anderson I was involved in all aspects of building design. By that I mean client contact, marketing, schematic design, design development, construction documents, specification writing and site observation, construction observation I should say, for a wide variety of building types.**

Q Multifamily housing?

A **I don't believe we ever did any multifamily housing. And also, in approximately 1995, shortly after Earth Integrated Technics was founded, we also started doing waterproofing consulting for other architectural firms. We had developed a certain level of expertise in waterproofing design as a result of the earth-sheltered**



**houses we were designing and other architectural firms hired us as consultants on their design projects.**

Q Is that what you mean when you told me that the architectural focus changed?

A **The architectural focus of my 11 years with Brent changed for many reasons or changed in many ways. There was another time, I believe this was around 1987, where Brent Anderson bought out another small architectural firm, Charles Diekens Associates, and Charles Diekens Associates had been bank designers, they designed credit unions and banks exclusively. We hired Chuck Diekens, the principal, part time, and Phil Blasko, their registered architect, full time as part of that acquisition.**

So from that point on, Brent Anderson Associates was now also designing banks as well as earth integrated homes, small office buildings and waterproofing consultation.

Q What is an earth integrated home?

A **Simply a home that has either earth on the roof or earth bermed up along the sides or both. It's integrated with the earth, in other words.**

Q Okay. What did you do after you left Brent Anderson?

A **I was unemployed for approximately nine months and I came to where I was hired by Inspec.**



Q While you were at Brent Anderson, and I'm talking collectively from 1983 to 1993, what percentage of your practice was devoted to investigating water leakage issues as opposed to designing?

A **In terms of revenue or time involvement?**

Q Time involvement.

A **Ten to fifteen percent.**

Q When is the first time you had ever done anything related to investigating water leak issues at Brent Anderson?

A **Probably very shortly after the firm started. I'd be guessing, but I would say around 1984, 1985.**

Q And was that investigating earth integrated homes, then, leak issues with those types of buildings?

A **I'm assuming it would have to be since that was the only building type we were involved with at that time.**

Q Do you recall what types of products you were using or involved with in those water leak investigations?

A **I don't understand the question. Design is one thing, investigation of somebody else's products is another. You mean what products we were encountering during the investigation?**

Q Yes.

MR. RAU: And you're talking about the first investigation?

MR. VEITH: Well, I'm talking about during



his time at Brent Anderson.

THE WITNESS: Oh, during the entire time?

MR. VEITH: Yes.

THE WITNESS: A wide variety of products. What the industry refers to as peel and stick waterproofing membranes, for example. Single ply membrane such as EPDM or butyl rubber, bentonite composite membranes such as paraseal, Swelltite, granular bentonite with a containment sheet of ten mil polyethylene. There was probably -- I probably encountered hot fluid applied rubberized asphalt membranes.

Q Sounds like you're guessing?

A **No. I did encounter hot fluid applied like rubberized asphalt membranes at least once during my time with Brent Anderson Associates.**

Q Do you remember what formulations of Swelltite you were dealing with back then?

A **I can't say for sure, no.**

Q All right. The next job after that? You were unemployed for a period of time?

A **When I came to Inspec.**

Q That's when you came to Inspec?

A **Right.**

Q In Exhibit 788, you say that you've been with Inspec since 1994, correct?

A I think that's right, yes.
Q And then it says you have devoted the last 16 years to the study, investigation and design of below ground waterproofing and drainage systems?
A Correct.
Q So would all of that experience either be at Inspec or Brent Anderson?
A Yes, that's right.
Q Okay. What positions have you -- well, how did you come to the Inspec job?
A My mother saw an article in the paper describing that Dick Phillips had become president of Inspec. I had been dropping my resume out of airplanes and been unsuccessful in getting too many interviews, and I said, "Okay, Mom, I'll give them a call." It turns out they were interested in expanding their design service to include below ground waterproofing. They had already developed a good reputation for themself in the area of roofing design and wall restoration. They wanted to round out their building envelope approach to solving building problems by adding below ground waterproofing. With my experience at Brent Anderson Associates, they hired me with the intent of doing waterproofing projects and maybe some day developing it further into a department, which is what they did.



Q What positions have you held at Inspec?
A I was a project manager the day I was hired, and from there I became department head of the waterproofing department.
Q When did that happen?
A I was named department head, it was 1998.
Q Did that involve a change in responsibility of any kind?
A Very definitely.
Q What was the nature of your job as project manager?
A Design, all aspects of design of waterproofing projects, managing the project from start to finish, all the way through the bidding process.
Q Is that all, is that all you were doing?
A Also construction observation.
Q As project manager, were you involved in investigation of water leak issues?
A Yes. We also did investigations.
Q Would you tell me about what you were involved in in that regard?
MR. BROWN: As a project manager?
MR. VEITH: Yes.
THE WITNESS: The investigation of a leak would -- sometimes we would carry out an investigation as a matter of verifying existing conditions in preparation for a design, for the design project. Other times we



would do an investigation as a service all by itself without any intent of going on making that a design project. But in both cases it pretty much involved the same thing. We would do destructive test openings, identify, verify existing materials and conditions. Sometimes it involved water tests to verify where the water was coming in, how it was getting through the structure. We would document this information with photographs, sketches. We would analyze the information and put it all together in an investigation report.
Q (By Mr. Veith.) What changed when you became head of waterproofing department?
A I continued to do everything I had done before as a project manager, just fewer projects. In addition to that, I now had to oversee and train people. At first only one or two. Today we have a total of five in our department. But I hire and train and review the work of those in my department as well as still doing investigations personally and design projects personally.
Q Are the people that you're overseeing and training, are they also licensed architects?
A No. None of them are.
Q What are they?
A Two have architectural degrees. Excuse me. Three have architectural degrees, one has a construction background.



Then there's another individual who's not formally part of my department but I borrow him from another department from time to time. He's a licensed engineer.
Q What percentage of your job while you were project manager was devoted to investigation of water leak issues as opposed to design?
A During my entire stay at Inspec?
Q Well, just during project manager first and then I'll ask about that.
A I would say 25 percent of my time.
Q What was the other 75 percent, design?
A Design, uh-huh.
Q How about after you became head of the department?
A It increased. I would say 40 percent of my involvement was investigation, below ground water infiltration investigation.
Q Did you review anything in preparation for your deposition today?
A Yes.
Q What did you look at?
A I reviewed my own report again, I reviewed my Professional Profile again, I read an updated report by Patrick Engineering which Flynn & Gaskins forwarded to me.
Q An updated what?

A **No.**
Q So you wouldn't know what situations might make the film become insoluble, correct?
A **Correct.**
Q Do you know --
A **Other than what the literature states.**
Q What literature have you reviewed?
A **Literature was forwarded to me by Terry, and I keep forgetting his last name, Steve. Terry with Healey Ramme.**
Q Mr. Wiederhoft?
A **Yes.**
Q What did he send you?
A **It was literature on the Swelltite 3000 which applied to the version of the product that was installed on Promenade Oaks, the version which relied on a water-soluble film to dissolve.**
Q Do you know who manufactures that film?
A **The film itself?**
Q The film itself?
A **I have no idea.**
Q Have you ever reviewed any product literature relating to that component?
A **No.**
Q Do you know what cross-linking is?



A **I don't believe I do.**
Q Do you know whether the film component of Swelltite 3000 has a shelf life?
A **I don't know that either.**
Q Do you know how that component is manufactured?
A **No.**
Q Do you know how to test the film component of the product for solubility?
A **No.**
Q If you would go back to 788 for a moment, you have a partial list on page 3 of Exhibit 788. There is a partial list of previous waterproofing projects?
A **Uh-huh.**
Q Reviewing that page of projects, does that bring back a recollection for you as to where you would have encountered Swelltite 3000 prior to Promenade Oaks?
A **I'm certain that first encounter with Swelltite predates all the projects on this list.**
Q Are all the projects on this partial list projects that you worked on at Inspec?
A **Yes.**
Q Are you certain that your experience, your prior experience with Swelltite 3000 predated your employment with Inspec?
A **No, I'm not.**



Q The next two pages are fee schedules, and I had a question about which rate you're applying. On one page it indicates $130 an hour, the other page indicates $110. Which is it?
A **I'm at Level 2, so it's $130 an hour.**
Q Why is there a sheet for $110?
A **We have several rate sheets at the company depending on which major client we're dealing with or whether our standard fee applies and we have special rates for forensic and pre-purchased due diligence, which is what our president told me to apply to this project.**
Q Do you know, prior to Promenade Oaks, how many prior water leak investigations you had personally done involving below grade waterproofing on a precast concrete deck?
A **I can't say for sure with regard to the precast concrete deck condition. Certainly a couple dozen. But that's a very -- that's a very -- that's an approximation.**
Q What do you do when you perform a full-scale water leak investigation? Walk me through the process.
A **It usually begins with a visual survey of both the above ground conditions and the evidence of infiltration on the interior. We review existing construction drawings, become familiar with the structure and the waterproofing. We review the original specifications, especially with regard to the waterproofing specified and any subsurface**



**drainage provisions that might have been designed.**

Next we do destructive test openings. We call them DTOs. Sometimes it amounts to nothing more than digging a hole, as in the case of Promenade Oaks, and taking samples of all encountered materials down to and including the waterproofing.

We make a scale sketch of the destructive test opening, we note the condition of the materials encountered and identify the materials as best we can, we photograph the destructive test opening. If we've cut into the waterproofing and it is not -- the condition is not so flooded that we could patch it again, then we mop up what traces of water there is and we patch the cut membrane and then put all materials back to as close to the original condition as possible.

We analyze the situation and evaluate what we found, state our conclusions, recommended repair and sometimes related repair cost estimates and put it all in an investigation report. Sometimes, depending on our level of familiarity with the products we encounter, we'll do some research, we'll review product data sheets. However, if the waterproofing or any product, if we're lucky enough to encounter the label still on a product, which does happen, then we know for sure what it is.

That's about it.

Q Did you do any research with the Promenade Oaks project?
A **Yes. That's how I obtained some of the literature I have.**
Q So by research, you mean reviewing product literature?
A **Yes.**
Q Is this procedure that you've just described for me a procedure that you've developed just from your experience?
A **Largely, but I've augmented my own experience with that of Brent Anderson, when I worked for him. I have attended waterproofing symposiums and seminars, I've read articles on the subject over the years.**
Q What sort of specialized education or training have you had with respect to conducting water leak investigations?
A **Investigations per se, none. Investigation-related talks and seminars. I attended a continuing education symposium, two day symposium at the University of Madison School of Engineering on three occasions. All three two day symposiums involved below ground waterproofing and subsurface drainage again, but none of the symposiums were specifically for investigation.**
Q But you would consider this to be the best method for conducting an investigation of water leak issues?
A **The method I just described?**
Q Yes.
A **Yes.**



Q Is that the method that you've used with the Promenade Oaks project?
A **Yes.**
Q What are the documents that you want to be given when you do a full-scale -- well, let me back up. First of all, do you consider the investigation that you've done for Promenade Oaks to be a complete water leak investigation?
A **You'll have to define complete for me.**
Q Well, is there anything else that you'd want to do or do you think you've done an adequate job?
A **In order -- I can't answer the question the way it's worded. I'm sorry.**
Q Well, have you done what you would consider to be a full-scale water leak investigation on Promenade Oaks or did you leave things out?
A **I conducted the investigation in the way I would any similar situation with multiple evidences of past infiltration on a plaza earth-covered situation such as Promenade Oaks.**
Q Is that a yes, you believe you did a full-scale investigation?
A **I did the type of investigation I thought was warranted for the project.**
Q But that wasn't my question.
A **Well, that was my answer.**



Q It calls for a yes or no.
A **Can't be answered with a yes or no.**
Q Is there anything more that you believe that you could have done to further investigate the water leak issues at Promenade Oaks?
A **There's nothing more I could've done that would have resulted in a more complete assessment of the infiltration situation.**
Q What are the documents that you want to be given during the startup? You talked about your visual inspection or your initial involvement with the project. What are the documents that you look for at that point in the investigation?
A **In the case of Promenade Oaks, I wanted to see the original structural documents, architectural drawings. Let me start over again. The original structural drawings, the original architectural drawings, any as-built drawings that they had, the original specifications, especially with regard to waterproofing and subsurface drainage. As far as the drawings, that's it.**
Q Why is it important to have as-built drawings?
A **Very often during the construction process, for a number of reasons, alternative products are proposed and accepted for installation other than those that are**



**originally specified. The as-built drawings represent what was installed, not necessarily what was specified.**
Q What is the purpose of doing the initial visual investigation or -- you're not digging up anything at that point?
A **No. That's correct.**
Q What is the purpose of --
A **Well, the purpose of the exterior visual survey is just to familiarize myself with the context of the situation. I don't want to do a destructive test opening right in front of somebody's entry stoop, for example. I want to know where the drains are with respect to where I eventually decide to take the destructive test openings. I want to survey what sources of water are being delivered to the waterproofed area, be it roof, downspouts, et cetera.**
The reason for the interior visual survey, of course, is to get an idea as to where water is actually coming through the structure. And I say coming through the structure rather than where water marks are showing up on the surface because sometimes finished materials have to be removed in order to see clearly where water is actually coming through the structure. In the case of Promenade Oaks, that wasn't necessary down in the garage; it was an unfinished space. But I did want to see whether

# PROFESSIONAL PROFILE

**DAVID W. CAMPBELL, AIA – WATERPROOFING DEPARTMENT MANAGER**
INSPEC, INC.
5801 DULUTH STREET
MINNEAPOLIS, MN 55422
(763) 546-3434

**EXPERIENCE**

David has been employed with INSPEC, INC., since 1994. He is a licenced architect and is currently the manager of the Waterproofing Department. During his career, he has been involved in the design of a wide variety of building types, including earth-integrated structures, commercial structures, and residential. He has devoted the last 16 years however to the study, investigation, and design of below-ground waterproofing and drainage systems.

**PROFESSIONAL AFFILIATIONS**

American Institute of Architects (AIA)
American Society for Testing and Materials (ASTM)

**EDUCATION**

University of Minnesota, Bachelor of Environmental Design
University of Minnesota, Bachelor of Architecture
Foreign Study. Studied architecture in Europe under the auspices of the University of Minnesota.

**REGISTRATION**

Minnesota, Registered Architect, Registration Number 24188
Wisconsin, Registered Architect, Registration Number 9152-005

**PUBLISHED MATERIALS**

- Article – "The Investigation of Plaza Water Infiltration" (modified from previous article) RCI Interface Magazine, October 2001
- Article – "Leaky Plazas Pose Inspection Problems" Facilities Engineering Journal, February 2001
- Book – "Earth Integrated Residential Designs" (co-authored), Webco Publishing

**RELEVANT TALKS AND SEMINARS**

- "Waterproofing and Subsurface Water Management" presented to Sarnafil, Inc. at their Annual Midwest Regional Conference on September 13, 2001
- "Waterproofing and Subsurface Water Management" presented as part of AIA Minnesota's Continuing Education Program, April 2001
- "The Thorough Investigation of Water Infiltration in Plaza Deeks" presented twice to the RCI Building Symposium, October and December 2000
- "Waterproofing Techniques and Products" presented to many architecutral and engineering firms in the Minneapolis area

EXHIBIT J

DEPOSITION EXHIBIT
Campbell 788

INSPEC, INC.

**AWARDS**

- CEC Engineering Excellence Honor Award, Northrop Plaza Restoration (presented to INSPEC, INC.)
- RCI Document Competition, First Place, Life Sciences Greenhouse Waterproofing, University of Minnesota (presented to INSPEC, INC.)

**WATERPROOFING DESIGN EXPERIENCE AT INSPEC, INC. (ALSO SEE ATTACHED)**

- Health Science Plaza Replacement, University of Minnesota
- Minnesota State Capitol Terrace Renovation, State of Minnesota
- Minneapolis/St. Paul International Airport, Green Concourse, Metropolitan Airports Commission
- Northrop Plaza Restoration, University of Minnesota
- Labyrinth Plaza Restoration, Minneapolis Institute of Art
- Glensheen Historical Mansion Terrace Restoration, University of Minnesota, Duluth
- Cargill Lake Office Courtyard Restoration, Cargill, Inc.
- Williamson Hall Renovation, Phase II, University of Minnesota
- Tri-County Hospital Tunnel Waterproofing, Tri-County Hospital
- Central Elementary School Leak Repairs, IDS #108, Norwood, Minnesota
- Kansas State Capitol Addition and Restoration, State of Kansas
- West Bank Bridgehead Plaza, University of Minnesota

**WATERPROOFING DESIGN EXPERIENCE PRIOR TO INSPEC, INC.**

- Boston Subway
- Los Angeles Subway
- Hyatt Regency Waikaloa Hotel Complex, Hawaii
- Underground Telecommunications Building, University of Minnesota
- Provided consulting services to such waterproofing product manufacturers as Owens Corning, Paramount Technical Products, and Platon of Norway

INSPEC, INC.

# PARTIAL LIST OF PREVIOUS WATERPROOFING PROJECTS

1. **Health Science Plaza Renovation**
   University of MN - Minneapolis Campus
   Area: 54,000 square feet
   Contact: Wayne Sisel 612-625-3827
   sisel001@tc.umn.edu

2. **MN State Capitol Exterior Terrace Renovations**
   St. Paul, MN
   Area: 45,000 square feet
   Architect: Miller-Dunwiddie Architects
   Contact: Ken Schwartz 612-337-0000
   kschwartz@millerdunwiddie.com

3. **Cargill Lake Office Courtyards**
   Cargill, Inc.
   Minnetonka, MN
   Area: 8,000 square feet
   Contact: Blaine Bartz 612-742-6152
   blaine_bartz@cargill.com

4. **MN State Capitol Dome Lantern**
   St. Paul, MN
   Area: 800 square feet
   Architect: Miller-Dunwiddie
   Contact: Ross Stickley 612-337-0000
   rstickley@millerdunwiddie.com

5. **Central Elementary School Leak Repairs**
   Independent School District #108
   Norwood, MN
   Contact: John Gates 612-467-2272

6. **GTC East Vertical Circulation**
   Minneapolis/St. Paul International Airport
   St. Paul, MN
   Area: 40,000 square feet

7. **Minneapolis/St. Paul Airport Tunnel & Foundation Waterproofing**
   Green Concourse Expansion – Phases I and II
   Area: 100,000 square feet
   Architect: Architectural Alliance
   Contact: Dan Peterson 612-794-9226
   dpeterso@archalliance.com

8. **Northrop Auditorium Plaza Restoration**
   University of Minnesota – Minneapolis Campus
   Area: 29,000 square feet
   Contact: Kent Dirks 612-624-2326
   dirksk@facm.umn.edu

9. **Williamson Hall Plaza Restoration**
   University of MN - Minneapolis Campus
   Area: 18,000 square feet
   Architect: BKPV Architects
   Contact: Chuck Koncher 612-624-0828
   koncherc@facm.umn.edu

10. **Minneapolis Institute of Art Plaza Restoration**
    Minneapolis, MN
    Area: 1,400 square feet
    Architect: Damon Farber Landscape Architects
    Contact: Damon Farber 612-332-7522
    dfarber@dfalandscape.com

11. **Glensheen Mansion Terrace Restoration**
    University of MN - Duluth
    Area: 4,000 square feet
    Contact: Dan McClelland 218-724-8864
    glen@d.umn.edu

12. **West Bank Bridgehead Plaza Restoration**
    University of Minnesota – Minneapolis Campus
    Area: 33,000 square feet
    Contact: Gayle Gedstad 612-625-4312
    kross@facm.umn.edu

13. **Tri-County Hospital Tunnel Waterproofing**
    Wadena, MN
    Area: 6,000 square feet
    Contact: Dennis Miley 218-631-3510

14. **Earth Shellered Wateproofing Replacement**
    Animal Care Facility
    I.S.D. 917 – Dakota County
    Area: 8,000 square feet

15. **Friendship Village Garage/Commons Expansion**
    Architect: Architectural Alliance
    Life Care Services
    Contact: Stuart Stephens 612-726-9012
    Bloomington, MN
    Area: 28,000 square feet
    Architect: Aldrian – Guszkowski, Inc.
    Contact: Armin Bischoff 262-789-6060
    proj@agarch.com

16. **Kansas State Capitol**
    Topeka, Kansas
    Area: Over 500,000 square feet
    Architect: Treanor Architects
    Contact: Vance Kelley vkelley@mtapa.com

5801 Duluth Street • Minneapolis, MN 55422 • Ph. 763-546-3434 Fax 763-546-8669
555 West Layton Ave., Suite 420 • Milwaukee, WI 53207 • Ph. 414-744-6962 Fax 414-744-6981

INSPEC, INC.

Engineering & Architectural services for roofs, pavements, and building exteriors.

# FEE SCHEDULE – FORENSIC AND PRE-PURCHASE/DUE DILIGENCE

Valid November 1, 2001 – October 31, 2002

## 1 PERSONNEL SERVICES

| | Regular Time Per Hour |
|---|---|
| 01 Principal | $150.00 |
| → 02 Professional Engineer/Registered Architect | $130.00 |
| 03 Thermographer/Project Manager | $95.00 |
| 04 Technical Staff | $85.00 |
| 05 Office Personnel | $50.00 |

## 2 EXPENSES

| | |
|---|---|
| 01 Automobile Mileage, per mile | $0.47 |
| 02 Meals, per day | $40.00 |
| 03 Per Diem, Meals and Motel, per day | $110.00 |
| 04 Airfare, Car Rental, Parking, other job related costs | Actual cost x 1.10 |
| 05 Infrared Camera, per hour | $200.00 |
| 06 Additional Professional or Contractor Services | Invoice x 1.10 |

## 3 FIELD SAMPLING

| | |
|---|---|
| 01 Personnel Services as in #1 above | |
| 02 Built-up Roof Sample Analysis for material quantities and workmanship, per sample | $95.00 |
| 03 Single-ply Thickness Determination, per sample | $40.00 |
| 04 Wind Uplift Test (F.M. 1-28 and 1-52), cutting and patching existing roof by others, each | $200.00 |
| 05 Fastener Withdrawal Test | $80.00 |

## 4 LABORATORY TESTING

| | |
|---|---|
| **01 Built-up Roof Systems** | |
| A. Roof Samples (4" x 36" or 12" x 12") | |
| 1. Without flood coat or gravel, ASTM D 3617 | $95.00 |
| 2. Sampling analysis of BUR, surfacing inclusive, ASTM D 2829 | $250.00 |
| 3. Core sample for ply determination | $30.00 |
| B. Analysis of Bitumen | |
| 1. Softening Point, ASTM D 36 | $60.00 |
| 2. Penetration, ASTM D 5 | $60.00 |
| 3. Flash Point, ASTM D 92 | $70.00 |
| C. Moisture Tests | |
| 1. Felt only, ASTM D95 | $80.00 |
| 2. Built-up Roof Membrane, ASTM D 95 | $135.00 |
| 3. Thermal Roof Insulation, oven dry method | $55.00 |
| D. Mineral Aggregate, ASTM D 1863, Sieve Analysis, ASTM C 136 | $50.00 |
| **02 Single-ply Systems** | |
| A. Membrane Thickness | $40.00 |
| B. Durometer Hardness, ASTM D 2240 | $45.00 |
| C. Insulation Density | $35.00 |
| D. Ballast-mineral Aggregate, Sieve Analysis, ASTM C 136 | $50.00 |
| **03 Pavement Systems** | |
| A. Coarse and Fine Aggregate | |
| 1. Sieve Analysis, ASTM C 136 | $50.00 |
| 2. Wash Sieve, ASTM C 117 | $30.00 |
| B. Extraction and Sieve Analysis, ASTM D 2172, C 136, and C 117 | $125.00 |
| 1. Extraction only, ASTM C 2172 | $75.00 |
| C. Density and Thickness of Bituminous Core, ASTM D 2726 | $40.00 |
| D. Marshall Density Determination of Bituminous Sample, ASTM D 1559 | |
| 1. 50 blows per end, per set of three specimens | $80.00 |
| 2. 75 blows per end, per set of three specimens | $100.00 |
| E. Rices Specific Gravity | $60.00 |

Case 0:00-cv-00987-JNE-JSM Document 490-11 Filed 09/17/2004 Page 13 of 22

5801 Duluth Street • Minneapolis, MN 55422 • Ph. 763-546-3434 Fax 763-546-8669
555 West Layton Ave. Suite 420 • Milwaukee, WI 53207 • Ph. 414-744-6962 Fax 414-744-6981

INSPEC, INC.

Engineering & Architectural services for roofs, pavements, and building exteriors.

# FEE SCHEDULE

Valid November 1, 2001 – October 31, 2002

## 1 PERSONNEL SERVICES

| | Regular Time Per Hour | Overtime Per Hour |
|---|---|---|
| 01 Principal | $140.00 | |
| 02 Professional Engineer/Registered Architect | $110.00 | |
| 03 Supervisor | $100.00 | |
| 04 Thermographer/Project Manager | $90.00 | |
| 05 Technical Staff | $75.00 | $95.00 |
| 06 Office Personnel | $50.00 | $65.00 |

## 2 EXPENSES

01 Automobile Mileage, per mile ........ $0.47
02 Meals, per day ........ $40.00
03 Per Diem, Meals and Motel, per day ........ $110.00
04 Airfare, Car Rental, Parking, other job related costs ........ Actual cost x 1.10
05 Infrared Camera, per hour ........ $220.00
06 Additional Professional or Contractor Services ........ Invoice x 1.10

## 3 FIELD SAMPLING

01 Personnel Services as in #1 above
02 Built-up Roof Sample Analysis for material quantities and workmanship, per sample ........ $105.00
03 Single-ply Thickness Determination, per sample ........ $45.00
04 Wind Uplift Test (F.M. 1-28 and 1-52), cutting and patching existing roof by others, each ........ $220.00
05 Fastener Withdrawal Test ........ $85.00

## 4 LABORATORY TESTING

01 Built-up Roof Systems
- A. Roof Samples (4" x 36" or 12" x 12")
  - 1. Without flood coat or gravel, ASTM D 3617 ........ $105.00
  - 2. Sampling analysis of BUR, surfacing inclusive, ASTM D 2829 ........ $270.00
- B. Analysis of Bitumen
  - 1. Softening Point, ASTM D 36 ........ $65.00
  - 2. Penetration, ASTM D 5 ........ $65.00
  - 3. Flash Point, ASTM D 92 ........ $75.00
- C. Moisture Tests
  - 1. Felt only, ASTM D95 ........ $85.00
  - 2. Built-up Roof Membrane, ASTM D 95 ........ $140.00
  - 3. Thermal Roof Insulation, oven dry method ........ $60.00
- D. Mineral Aggregate, ASTM D 1863, Sieve Analysis, ASTM C 136 ........ $55.00

02 Single-ply Systems
- A. Membrane Thickness ........ $45.00
- B. Durometer Hardness, ASTM D 2240 ........ $50.00
- C. Insulation Density ........ $40.00
- D. Ballast-mineral Aggregate, Sieve Analysis, ASTM C 136 ........ $55.00

03 Pavement Systems
- A. Coarse and Fine Aggregate
  - 1. Sieve Analysis, ASTM C 136 ........ $55.00
  - 2. Wash Sieve, ASTM C 117 ........ $35.00
- B. Extraction and Sieve Analysis, ASTM D 2172, C 136, and C 117 ........ $130.00
  - 1. Extraction only, ASTM C 2172 ........ $80.00
- C. Density and Thickness of Bituminous Core, ASTM D 2726 ........ $45.00
- D. Marshall Density Determination of Bituminous Sample, ASTM D 1559
  - 1. 50 blows per end, per set of three specimens ........ $85.00
  - 2. 75 blows per end, per set of three specimens ........ $105.00
- E. Rices Specific Gravity ........ $65.00

816

**Wiss, Janney, Elstner Associates, Inc.**

*Personnel Qualifications*

## Richard S. Koziol
Senior Consultant



**Education**
*University of Illinois, Chicago*
*B. of Architecture, 1980*

**Registration**
*Architect in Illinois*

### WJE Experience
Mr. Koziol joined WJE in 1982 and has since been involved in over 300 investigations of water leakage in the roof, plaza, foundation, masonry wall, and window systems of existing buildings. For many of these investigations he has been responsible for the development of solutions and contract documents for the repair of these systems.

Mr. Koziol's primary area of expertise is roofing and waterproofing. His project work includes evaluation of roof system conditions, investigating premature roof failures, preparing roof rehabilitation plans and specifications, wind uplift testing, moisture surveys, and roofing/waterproofing consulting for new buildings. Other activities include the investigation and resolution of construction claims pertaining to roof problems. He has significant experience with built-up, single-ply, modified bitumen, standing seam, tile, slate, and polyurethane foam roof systems.

Representative project experience include an investigation to determine the cause of wind uplift failure at Concourses H & K at O'Hare International Airport in Chicago; design consulting on the slate roof at Christ Church Cathedral in Indianapolis, a national historic landmark; failure investigation of the built-up roof at Walgreen's Western Distribution Center in Flagstaff, Arizona; investigation of the modified bitumen roof system at Andrew Corporation in Orland Park, Illinois; and the investigation and resolution of roof claims at the Conoco Oil World Headquarters in Houston. Mr. Koziol has also investigated water leakage problems in above-grade plazas, and has developed corrective repairs and specifications, and provided consulting to other architects on plaza and foundation waterproofing designs. Notable projects include waterproofing investigation and repair of the Rain Forest building at Cleveland Metroparks Zoo; waterproofing investigation of the Civic Plaza in Murfreesboro, Tennessee; and investigation of leakage into the basement of the International Concourse building at the Skyharbor Airport in Phoenix.

For almost two decades, Mr. Koziol has been responsible for evaluating building problems at many of the Archdiocese of Chicago properties. He has also conducted building condition surveys, developed strategic plans for phased building repairs, and prepared replacement specifications for a large variety of roof types.

### Prior Experience
During his university studies, Mr. Koziol was employed by the architectural/engineering firm, John Victor Frega Associates. His responsibilities included the preparation of contract documents for commercial, institutional, and residential structures.

Mr. Koziol joined the engineering department of USG Corporation in 1980, where he served as a project architect. In this capacity, he prepared contract documents and provided inspection services during construction of plant expansion programs.

### Publications and Professional Activities
Mr. Koziol has presented talks on roofing problems to various groups and has published articles on roofing topics. He is a member of the American Institute of Architects (AIA), the Construction Specifications Institute (CSI), and the American Society for Testing and Materials (ASTM) Committees D-8, Roofing, Waterproofing, and Bituminous Materials, and E-06, Performance of Building Constructions.

3.02

EXHIBIT K

**DEPOSITION EXHIBIT**
P 816

# PUBLISHED PAPERS AND DOCUMENTS

## RICHARD S. KOZIOL

| | Title | Date | Publication |
|---|---|---|---|
| 1 | Tips on Roofing Concrete Roof Decks | February 1988 | Concrete Construction Magazine |
| 2 | Identifying Water Leakage Problems Through Old Slate and Clay Tile Roofs | Vol. 2, 1987 | APT Bulletin |
| 3 | Investigating Historic Slate Roofs | February 1989 | AIA Focus Periodical |
| 4 | Detailing Critical Interfaces Between Masonry Walls and Roofing Systems | February 1996 | Proceedings—Sixth International Masonry Symposium |
| 5 | Airtight approaches to Below-Grade Waterproofing | June 1994 | Building Design & Construction Magazine (quoted in article by publisher) |
| 6 | Replace or Recover, A Low-Slope Roof Conundrum | November/ December 1996 | Journal of Property Management |
| 7 | Telltale Signs | February 1999 | Education FM Magazine |
| 8 | Evaluating the Roofing Substrates of Older Buildings and How Their Condition Affects the Roof Design | March 1999 | The Roofing Handbook for Historic Structures—National Park Service |
| 9 | Metal Flashings on Low-Slope Roofs | January 1999 | Architectural Record Magazine |
| 10 | Laboratory Testing for Low-Slope Standing Seam Metal Roof Applications | September 1997 | Fourth International Symposium on Roofing Technology |

LIST OF DEPC .IONS

Richard S. Koziol, Wiss, Janney, Elstner Associates, Inc.

| Project Number | | Job | Location | Client | Year of Project | Parties Involved | Case Involvement |
|---|---|---|---|---|---|---|---|
| 1. | 480875<br>850195 | Yorkshire Condominiums | Elmhurst, Illinois | Yorkshire Condominium Association | 1983-1984 | Yorkshire Condominiums (Sapienza) vs Killarney Construction Co. | Roofing & Masonry |
| 2. | 831052 | Haveman Machine Co. Building | Dayton, Ohio | Pickrel, Schaefer & Eberling | 1983 | Highland Machine Co. vs VCP Roof Systems | Roofing |
| 3. | 831254<br>841641 | Ebenezer Park Apartments | Minneapolis, Minnesota | Ebenezer Society | 1984-1985 | The Ebenezer Society vs M.A. Mortenson Construction | Roofing & EIFS Wall System |
| 4. | 861196 | Rotunda Condominiums | Fairfax County, Virginia | International Developers, Inc. | 1986 | Rotunda Condominiums vs. Joesipie Checke Development | Roofing, Water Leakage |
| 5. | 871417 | Pua Leahi Condos | Honolulu, Hawaii | Dinman, Nakamura & Elisha | 1987-1988 | Pua Leahi Condominiums vs Cooley Roofing Systems | Roofing |
| 6. | 880431 | Barnett Tower Plaza | Tampa, Florida | Lawson, McWhirter & Grandoff | 1988 | Blount Brothers Contracting vs Barnett Bank | Roofing |
| 7. | 881109 | Ebenezer Park Apartments | Minneapolis, Minnesota | M.A. Mortenson/ Hanson & Madix | 1986-1987 | M.A. Mortenson Construction Co. vs Carciofini Caulking Co. | EIFS & Sealant |
| 8. | 890366 | Beachside One Condominiums | Destin, Florida | Henry & Monroig | 1989 | Beachside One Condominiums vs Champion Construction and The Haskell Co. | Roofing & Stucco Wall System |
| 9. | 891576 | 4th & Plum Apartments | Cincinnati, Ohio | Strauss & Troy, Crowninshield Corp. | 1989-1990 | Crowninshield vs Campeon, et al | Roofing, Water-proofing, Plaza Deck |
| 10. | 902283 | Rolling Meadows Library | Rolling Meadows, Illinois | Meacham & Hittle/Liberty Mutual | 1990-1991 | Rolling Meadows Library vs Hoge, Warren, Zimmerman | Roofing |

| Project Number | | Job | Location | Client | Year of Project | Parties Involved | Case Involvement |
|---|---|---|---|---|---|---|---|
| | | | | Insurance | | | |
| 11. | 908027 | Key Colony Phase IV | Key Biscayne, Florida | Jenner & Block | 1990 | Fininvest America Corp. vs Western Waterproofing | Roofing |
| 12. | 910912 | Stratford Jr. High | Bloomingdale, Illinois | Canna & Canna | 1991 | Community School District 93 vs Martin Fireproofing et al | Roofing |
| 13. | 911061 | Sunlite Plastics | Germantown, Wisconsin | Sunlite Plastics | 1991 | Sunlite Plastics vs Mason Building Systems, Inc. | Roofing |
| 14. | 911576 | Schumacher Electric | Chicago, Illinois | Pope & Ballard | 1991 | Schumacher Electric vs Braas Roofing Systems | Roofing |
| 15. | 920001 | Promenade Condos | Sarasota, Florida | Dick Wickstrand | 1992 | Parkshore Development vs. Gulf Constructors | Roofing |
| 16. | 921984 | Kroft Residence | Highland Park, Illinois | Mr. & Mrs. Kroft | 1992 | Kroft vs R.A. Preeves Assoc. | Roofing |
| 17. | 922088 | Oak Creek Plaza Shopping Center | Mundelein, Illinois | Pretzel & Stouffer | 1992 | Norris vs Gencon et al | Roofing |
| 18. | 930460 | Van Sciver Elementary School | Camden County, New Jersey | Capehart, Scathard | 1993 | Vansciver School vs Thomas & Sons Contractors | Roofing |
| 19. | 931023 | A.P. Parts Company | Akron, Ohio | A.P. Parts Company | 1993 | A.P. Parts vs Carlisle, Inc. & Enterprise Roofing | Roofing |
| 20. | 941687 | Rozwell North School & S. L. Lewis School | Atlanta, Georgia | Smith, Currie, Hancock | 1994 | Monolith Construction Co. vs Fulton County Schools | Roofing |
| 21. | 948236 | Phenolic Foam Cases | Various U.S. Locations | Hall & Evans | 1994-1995 | Johns Manville vs National Union Insurance | Roofing, Steel Decks |
| 22. | 960177 960427 | Albion K-12 School | Albion, Illinois | Illinois Capital Development Board | 1994- 1995-1996 | Ill. CDB vs Lipps Constructon and FGM Architects | Roofing & Masonry |

| Project Number | | Job | Location | Client | Year of Project | Parties Involved | Case Involvement |
|---|---|---|---|---|---|---|---|
| 23. | 961413 | St. Olaf Hospital | Rochester, Minnesota | Mayo Clinic | 1996 | Mayo Clinic vs. Huls America | Roofing & Masonry |
| 24. | 961666 | Winnetka Tennis Facility | Winnetka, Illinois | Quinlan & Crisham for L. Marshall Roofing | 1998 | Winnetka Park District vs L. Marshall Roofing & R.R. Cruz Consulting | Roofing & Tectum deck |
| 25. | 972542 | Bent Creek Country Club | Lititz, Pennsylvania | Bent Creek Country Club (Pepper, Hamilton & Scheetz) | 1999 | Bent Creek Country Club vs. Horst Construction | Roofing, Plaza Decks, & Masonry |
| 26. | 972790 | St. Lucy's Church | Racine, Wisconsin | St. Lucy's Church | 1998-1999 | St. Lucy's Church vs. Riley Construction and Triad Design Group | Roofing, Masonry, & Windows |
| 27. | 992046 | Leslie Lee Residence | Traverse City, Michigan | Leslie Lee Enterprises | 2000-2001 | Leslie Lee vs. Follansbee Steel & Steyer Roofing | Roofing, Skylights, Masonry |
| 28. | 992744 | Wilson Trailer Co. | Yankton, South Dakota | John, Heidpriem, Miner, Marlow & Janklow | 2002 | Wilson Trailer Company vs. Welfl Construction and Guarantee Roofing Co. | Roofing & polyurethane foam adhesive |
| 29. | 030082 | Antelope Valley Baptist Church | Palmdale, California | McKay, Byrne & Graham | 2002-2003 | Harbro Construction vs. Antelope Valley Baptist Church | Roofing & Tectum deck |

COPY



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff, Civil File No. 00-CV-987 JEL/JSM

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

* * * * * *

DEPOSITION OF: RICHARD S. KOZIOL
TAKEN ON: FRIDAY, OCTOBER 10, 2003
COMMENCING AT: 9:00 A.M.

* * * * * *

CHARLES G. WILLIAMSON, Court Reporter
4209 113th Street West
Bloomington, MN 55437
Telephone: 952-888-8586
Fax: 952-888-3562



and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXHIBIT L



NOTES

Page Line



APPEARANCES:

PATRICK D. REILLY, Esq., Erstad & Riemer, P.A., 200 Riverside Office Tower, 8009 34th Avenue South, Minneapolis, MN 55425, appeared representing Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Co.

G. JOHN VEITH, Esq., Brown & Carlson, P.A., 5411 Circle Down Avenue, Suite 100, Minneapolis, MN 55416-1311, appeared representing Fourth-Party Defendant Chris Craft Industrial Products, Inc.

CHAD J. STEPAN, Esq., Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788, appeared representing Defendant Weis Builders, Inc.

LEO I. BRISBOIS, Esq., Stich, Angell, Kreidler & Dodge, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, appeared representing Defendant Valley Forge Insurance Company.

MARK S. BROWN, Esq., Iverson Reuvers, LLC, 250 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438, appeared representing Third-Party Defendant Waterproofing By Experts, Inc.

WILLIAM D. HULL, Esq., Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, appeared representing Third-Party Defendant Elness Swenson Graham Architects, Inc.

ROLF E. SONNESYN, Esq., Tomsche, Sonnesyn & Tomsche, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared representing Third-Party Defendant J-Berd Mechanical Contractors, Inc.

STEVEN E. RAU, Esq., Flynn, Gaskins & Bennett, LLP, 2900 Metropolitan Centre, 333 South Seventh Street, Minneapolis, MN 55402-2440, appeared representing Defendant Promenade Village Townhomes, LLC.

ANDREA E. REISBORD, Esq., Cousineau, McGuire & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318, appeared representing Westfield Insurance Company.

**focusing specifically on roofing and waterproofing. I've been doing that for heavily all my time probably for the past 10 or 15 years.**
Q So when you first joined Wiss, Janney, that's when you would have first had exposure to below grade waterproofing issues, right around when you first started there and continuing on up to the present time?
A **I don't think so. It's not my recollection there were any below grade waterproofing projects when I first started. When I first started, I had exposure to a variety of things other than roofing and waterproofing. So I don't remember when first exposure was, when I first joined WJ, but it would have been several years after I joined.**
Q At what point did you reach a level within the company that you were able to manage investigations of leak failures or what have you on your own?
A **When you reach the senior engineer or architect level.**
Q When was that?
A **Probably around 1988, '89 maybe.**
Q Are you able to tell me how many water leak investigations you have participated in relating to below grade waterproofing? Do you remember the question?
A **I do.**
Q Okay.



A **Can you define below grade waterproofing to me?**
Q Well, could you define below grade waterproofing for me?
A **Well, I guess I'm asking specifically are you referring to a basement application or are you talking about plaza or a terrace like you might see at a hotel or similar to Promenade Oaks project? Are you lumping those all together or are you making a distinction, say like a basement, a wall application versus a horizontal application?**
Q Well, I was making just a distinction between above grade and below grade period, but why don't we limit it to below grade plaza decks?
A **Then I would say many. Many plazas specifically. I don't know a number off the top of my head, but over the years, I'd say one or two a year easily.**
Q All right. What percentage of your time is spent working with above grade roofing versus below grade waterproofing of any kind?
A **It's a tough question to answer. It depends on the work that comes in. Sometimes if the work comes in, it's a lot of roofing work. Lately it's been a lot of waterproofing work over the past five years because we have done a lot of plazas, as I'll call them. We've done a lot of plaza work in the past five years, six years.**
Q During the time that you have been at Wiss, Janney, have



you been involved in any below grade construction projects involving Swelltite 3000?
A **Yes.**
Q How many?
A **One.**
Q Which one?
A **The Comiskey Park project in Chicago. It's a park for the Chicago White Sox.**
Q How is the Swelltite 3000 applied in that construction?
A **It's applied in supported concrete, structural concrete slabs at the concourse levels. It was applied that way. It's been since replaced. Essentially there is a poured-in-place structural concrete slab, the Swelltite 3000 was applied to the concrete, structural concrete, then there was an extruded polystyrene insulation placed on top of this Swelltite and then a topping slab of concrete four inches or so thick sloped to drain.**
Q Concrete pavers?
A **No. Concrete, poured-in-place concrete topping.**
MR. BROWN: I'm sorry. Was that right above the insulation?
THE WITNESS: Yes.
MR. BROWN: Thank you.
Q (By Mr. Veith.) Was the application strictly a horizontal application or were there vertical elements to it?



A **Largely horizontal. I mean, there were vertical aspects of it in terms of flashing at the curbs and perimeters, but it's a horizontal application.**
Q Can you tell me how the Swelltite was installed in terms of what types of accessory products were used?
A **The Comiskey Park project we're talking about?**
Q Yes.
A **Largely Swelltite material was used. I'm not sure about all of the accessory products, but around drains there was a lot of problems. It was simply Swelltite material, and it was a consolidation of the Swelltite product around the drains, many of the drains because of the operation and function of the building and how it operates.**
Q Could you explain how it operates so I can understand what you're talking about?
A **Well, after a baseball game there's a lot of food and debris everywhere and so it's common practice to fire hose clean the entire facility. Like a two inch diameter fire hose is used to completely clean the concrete flooring, and so that's a very aggressive procedure and it generates a lot of water, much more than rain, in fact. So in that cleaning process, a lot of water is applied to the concrete, goes through the concrete at joints and penetrations and things and it was washing out**

the Swelltite material specifically. There was a flow of water, and when concrete was removed -- there were a lot of leaks first, there was many leaks, and in investigating these leaks we found that the bentonite component of the Swelltite would settle around the drains, often-times would settle around the drains and it was being washed out.
Q What type of drain was used?
A I don't remember off the top of my head, but it was like a Smith or a Josam drain with a -- I don't recall because we ended up replacing many of the drains.
MR. SONNESYN: I'm sorry, sir. What did you say?
THE WITNESS: I said I don't recall the exact type because we ended up replacing many of the drains in conjunction with our design. So the drain I was thinking of when you first asked that question is a new drain, it's a square grate, and I think the original ones had a round grate. I don't remember who the manufacturer was.
Q (By Mr. Veith.) Was it Swelltite? Was it a type of Swelltite that comes in rolls?
A It was largely the type of material that I observed here, the Swelltite on the Promenade project. I don't know how they installed it. We came and saw it after the fact.



We investigated -- our work was to investigate leakage at the park.
Q Tell me how the -- well, you were there, you saw the application, didn't you?
A No.
Q You never saw the Swelltite at that site?
A Yes, but we didn't see it being installed.
Q No, I understand that. But when you were out there, you saw the Swelltite in place during your investigation; right?
A During demolition of the -- not during our initial investigation, but when the concrete was demolished, a lot of the Swelltite was exposed. Then you could see because you normally can't see it.
Q That's what I'm getting at.
A Yes.
Q When you were there and you saw it exposed, how was it put together?
A Overlapped.
Q Do you know whether there were expansion joints between the sheets?
A I don't think that there were. There were a lot of expansion joints in the building in general, structural expansion joints, and there were a lot of problems with the expansion joints, leaks at the expansion joints, and



there still are.
Q There are still leaks at the expansion joints?
A Yes.
Q By the way, when was this investigation that you performed; what years?
A 1995 probably, '96 perhaps. '95, '96.
Q What product is in there now?
A The waterproofing membrane material?
Q Waterproofing membrane material.
A American Hydrotech 6125. It's a hot rubberized asphalt material.
Q Do you know whether any other CETCO products were used in that application in addition to Swelltite?
A I'm not aware of any.
Q Do you know whether, for example, any seam tape was used manufactured by CETCO?
A No, I don't recall, but I wasn't out there during all of the demolition.
Q All right. So you don't know how the -- you don't know how the seams were sealed, if at all? I mean, is that what you're basically telling me, you can't tell me?
A Not specifically. I don't recall.
Q You don't know what products may have been used in connection with it; right?
A Well, I know it was Swelltite 3000.



Q Well, I'm talking about accessory products.
A No.
Q Were you in charge of that investigation?
A No.
Q Did you oversee it?
A No.
Q Did John Duntemann oversee it?
A No. Bill Perenchio oversaw it.
Q What was your participation in this investigation?
A I reviewed the report for Bill Perenchio. Bill Perenchio started the project out and I reviewed his investigative report.
Q You just read the report, is that all you did?
A I read the report and I talked to him on the phone a couple times, we discussed it, he probably showed me some pictures.
Q So you had a somewhat limited role?
MR. STEPAN: Objection, misstates his testimony. He went out to the site, too.
THE WITNESS: Well, we had been working on the Comiskey Park job for a long time, ever since that time. We're still on it today, in fact, working on it in a number of capacities. So I have been involved with it since the beginning, including today.
Q (By Mr. Veith.) In your participation in the

investigation as pertains to Swelltite, did you participate in any testing of the product or the materials at the site?

MR. BROWN: Which site, John?

MR. VEITH: Comiskey Park.

THE WITNESS: I don't believe so.

Q (By Mr. Veith.) Do you know whether anyone ever tested the materials, the Swelltite 3000 materials used at Comiskey Park?

A **I don't know.**

Q You don't know?

A **I don't know.**

Q Okay. Would it be fair to say that your familiarity with the Swelltite 3000 at Comiskey Park was limited to reading a report and your one-time view of the product during demolition; would that be fair?

A **I think I was there more than a couple of times during demolition.**

Q How many times?

A **Maybe three times.**

Q Did you take any samples during any of those times of the product?

A **No.**

Q Did you look underneath the product or open it up?

A **I didn't, but I think Bill Perenchio did.**



Q Did you do anything other than look at it as it laid there on the deck?

A **No. That was about it.**

Q What was the purpose of you reviewing the report relating to the Comiskey Park project if you did not verify any of the conditions?

A **We have a peer review. We've had an in-house peer review process for years and we advocate it today, and Bill Perenchio's experience is largely in concrete materials and some waterproofing and I think he wanted me to review the waterproofing portions of his report because there were a number of things besides leakage. There was -- concrete cracks were a big issue and problem at the place, and so Bill chose me as the reviewer of his work product.**

Q So you weren't reviewing the report to offer your expertise or opinion about Swelltite, you were reviewing it to ensure that he was doing a thorough job or something?

MR. STEPAN: Objection, misstates his testimony.

THE WITNESS: I would say both. I was reviewing for both reasons.

Q (By Mr. Veith.) Well, what was your expertise with regard to Swelltite 3000 prior to that Comiskey Park project?



A **Well, I had done waterproofing projects. Bill chose me to help him on this job. I had looked at other waterproofing projects, many waterproofing projects before Comiskey Park, none of which were Swelltite. But I had waterproofing expertise and I think he sought that out.**

Q Prior to this case, have you had any experience with a waterproofing membrane used below grade that involves a water-soluble film?

A **No.**

Q Do you belong to any professional organizations aside from the ones that are listed here in your PQ, Exhibit 816?

A **I'm also a member of the Roof Consultants Institute in addition to these, which would be American Institute of Architects, the ASTM, and Construction Specifications Institute. That largely would be them.**

Q By the way, do you know what the conclusions or -- were any conclusions reached as to what caused the leaks at Comiskey Park?

A **The waterproofing was not able to function because it was being washed away.**

Q Do you know whether that was due to an installation error; was that the conclusion that was reached in that project?

A **I don't remember. I didn't review the file on Comiskey Park.**



Q Well, you reviewed the investigation report?

A **Yes, but you know, you're taxing my memory. It's been a while.**

Q Okay. So it could have been due to installation errors and that could have been the cause of the problem; correct?

A **I wouldn't say it was the entire cause.**

Q Well, what would you say?

A **I think it was a combination of material and installation.**

Q What conclusions were reached in that investigation report, if you can recall any?

A **Let me back up, if I could say one thing. It was also design. It was design and installation and material. But design was I think a big part.**

Q Tell me what the design problem was?

A **I think there was a lack of clarity and a lot of the expansion joint flashing conditions, I think some of the detailing at the drains for the drains was not good, they were bad, I think the lack of a slip sheet between the concrete and the insulation was a design issue because the concrete topping bonded to the insulation, which was an unwanted thing, and I think we felt that in general it was a poor choice to use Swelltite 3000 in that application. There was also no slope to drain, just like**