COPY



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff, Civil File No. 00-CV-987 JEL/JSM

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

* * * * * *

DEPOSITION OF: MARK R. CHAUVIN
TAKEN ON: MONDAY, NOVEMBER 10, 2003
COMMENCING AT: 9:00 A.M.

* * * * * *

CHARLES G. WILLIAMSON, Court Reporter
4209 113th Street West
Bloomington, MN 55437
Telephone: 952-888-8586
Fax: 952-888-3562



and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

EXHIBIT M



NOTES

Page Line



APPEARANCES:

PATRICK D. REILLY, Esq., Erstad & Riemer, P.A., 200 Riverside Office Tower, 8009 34th Avenue South, Minneapolis, MN 55425, appeared representing Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Co.

G. JOHN VEITH, Esq., Brown & Carlson, P.A., 5411 Circle Down Avenue, Suite 100, Minneapolis, MN 55416-1311, appeared representing Fourth-Party Defendant Chris Craft Industrial Products, Inc.

CHAD J. STEPAN, Esq., Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402-3788, appeared representing Defendant Weis Builders, Inc.

STACEY SEVER, Esq., Stich, Angell, Kreidler & Dodge, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, appeared representing Defendant Valley Forge Insurance Company.

MARK S. BROWN, Esq., Iverson Reuvers, LLC, 250 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438, appeared representing Third-Party Defendant Waterproofing By Experts, Inc.

WILLIAM D. HULL, Esq., Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, appeared representing Third-Party Defendant Elness Swenson Graham Architects, Inc.

CHANDELLE HEYER, Esq., Tomsche, Sonnesyn & Tomsche, P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422, appeared representing Third-Party Defendant J-Berd Mechanical Contractors, Inc.

STEVEN GASKINS, Esq., Flynn, Gaskins & Bennett, LLP, 2900 Metropolitan Centre, 333 South Seventh Street, Minneapolis, MN 55402-2440, appeared representing Defendant Promenade Village Townhomes, LLC.

ANDREA E. REISBORD, Esq., Cousineau, McGuire & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318, appeared representing Westfield Insurance Company.

Q Now, as I read through this observation section, as I was preparing for this deposition, I did not see any observations made by you of any active leaking during these reviews. Is that --
A **That's correct.**
Q Okay. You did see some water staining and efflorescence and that kind of thing?
A **There was evidence of previous water leakage.**
Q Okay. Could you tell from looking at any of these stains the source of any particular leak?
A **It appeared that the majority of the staining that I saw was related to the courtyard areas.**
Q And how were you able to determine that?
A **The staining that I observed in the garage in many areas was directly below the courtyard areas and the staining that I observed on the end walls of the garage was similarly in many areas directly below the courtyard areas.**
Q Is there any other basis for your statement other than that they were directly underneath?
A **No.**
Q Okay. So you don't know -- do you know, for example, whether water can move around through the -- you're aware that the courtyards have hollow core precast planks?
A **Yes.**



Q And do you know whether if water gets into the cores of those planks, whether they can move around in there, whether the water can move around those planks?
A **It can move longitudinally along the length of the core.**
Q Okay. Can you tell from looking at the stains whether for example water might be sourced from one of the end walls of the courtyards versus, say, a link area; would you be able to even know that?
A **I believe so, yes.**
Q How would you do that?
A **Water is primarily and flow of water is primarily governed by gravity. I think you can use reasonable engineering judgment to -- if a leak is located in the center of a courtyard area directly below the courtyard, I think you can eliminate certain possibilities.**
Q If you saw a link in the center of a courtyard, though, you wouldn't be able to tell whether it was coming from a wall of a courtyard versus a drain; correct?
A **A leak or a link?**
Q Well, from looking at the stain, can you tell if the water is coming from, say, a drain area, where a drain would go through the deck, versus a vertical -- a side wall of a courtyard? How would you make that determination just by looking at the stain?
A **If it's in the center, if it's between planks in the**



**center of a garage area, I don't think -- no. I think you're correct. I don't think you could isolate it to either a post or a drain. However, with the configuration of the courtyards, a lot of the end wall staining that was present, I think that's where you could isolate it a little more closely.**
Q So what you're saying is that with respect to a leak -- so I would be correct, then; by looking at a stain underneath the courtyard, you can't tell the precise source of the leak, correct?
A **Correct.**
Q And you weren't able to do that during your limited walk-throughs of the site; right?
A **Correct.**
Q All right. However, you're making an observation that of the end walls, at the end wall areas, that you believe -- well, strike that question. That was a bad question. Would it be fair to say, then, that you are unable to give an opinion to a reasonable degree of certainty as to the particular source of any particular leak?
A **I think that depends on the constraint of the question. Particular meaning the courtyard areas or a specific detail?**
Q Give me a specific example of a stain that you observed during these limited walk-throughs that you are able to



tell me exactly where the leak was sourced? Just name me --
A **I think it depends on the constraint of the question.**
Q Well, I'm asking you for one example?
A **I think the staining on the end walls of the garage as a general symptom of a water leakage problem, I think you could reasonably assume that it's originating from water either entering at the interface of the block walls and the precast planks or water that is entering the cores of the precast planks and then exiting the system at the interface with the garage wall.**
As to its exact specific -- or the detail, I guess, which it's originating, no, I don't think you could isolate it just by observing a leak in the garage.
Q And that was really what my question was, is you're not able to identify the source of any particular leak that was evidenced by staining?
A **Beyond saying it's coming from the courtyards above, no.**
Q And similarly, you can't tell from looking at any of the stains that you saw there the age of those leaks or when those leaks would have occurred; right?
A **Correct.**
Q Going to page 7 of Exhibit 822 and the last paragraph before the preliminary finding section, it says, "Based on our background information review and site inspection, the

excavations was roughly two inches to three inches deep; correct?
A **Roughly.**
Q Correct. I mean, you didn't have a measuring tape, but --
A **Right.**
Q Now, Mr. Koziol in his deposition testified that he observed locations where sheets of Swelltite came together and that they had been nicely taped. Now, assuming that he testified to that, do you have any reason to disagree with him?
A **No. And I observed the similar conditions.**
Q And you would also similarly agree that you have no evidence as to whether water ever penetrated the seam tape to get into the seams between the product sheets themselves; right?
MR. STEPAN: Objection, vague.
THE WITNESS: In relation to those four openings.
Q (By Mr. Veith.) Okay. Right. I'm just asking about the things that you observed?
A **Correct.**
Q Okay. Now, you would defer to Mr. Koziol about the issue as to any opinion of whether or not the water-soluble film dissolves or not; is that right?
A **Yes.**



Q You did not do any testing to determine whether or not water ever penetrated any of the seams between sheets of Swelltite; correct?
A **Correct.**
Q So you would have no opinion about that; right?
A **Well, I believe Inspec has identified in their report areas where seam problems were observed.**
Q And you would defer to Inspec about that issue?
A **Correct.**
Q And you never did any testing to make any determination about whether water ever migrated between the top of the precast concrete deck and the underside of the Swelltite product; correct?
A **Correct.**
Q And you would defer to Inspec about that as well; correct? Your answer?
A **Correct.**
Q And you have as you sit here no opinion as to whether any alleged failure of the water-soluble film caused any particular leak; correct?
A **Correct.**
Q Would you agree that any information you would have about the Comiskey Park project would be derived from Mr. Koziol?
A **No.**



Q What other source of information would you have -- you didn't work on that project?
A **Correct.**
Q What other source of information would you have about th Comiskey Park project?
A **Other project representatives.**
Q So Mr. Duntemann?
A **Correct.**
Q So the source of any information you would have about the project would come from Mr. Duntemann or Mr. Koziol?
A **And Chris Giffin.**
MR. VEITH: I don't have any other questions.
MR. STEPAN: Take a break.
(A short recess was taken at this time.)
MS. HEYER: I don't have any questions at this time.
MS. REISBORD: Nothing.
EXAMINATION
BY MR. GASKINS:
Q Would you look at Exhibit -- I think it was marked as Exhibit 823?
MR. VEITH: Which document?
MR. GASKINS: That's the one I asked you to mark after you showed it to him.



MR. HULL: 853.
MR. GASKINS: I'm sorry.
Q (By Mr. Gaskins.) Who did you talk to, as listed in that memorandum, and what did they say?
A **I talked to --**
MR. STEPAN: Objection, vague, the document speaks for itself.
THE WITNESS: I talked to all of the identified people here as well as several others.
Q (By Mr. Gaskins.) Okay. Go down the list of identified people, the people identified in that memorandum, and tell me what each of them said, if you would?
MR. STEPAN: Objection, vague.
THE WITNESS: Would you like me to restate their responses?
MR. GASKINS: Yes.
THE WITNESS: Steve Hovland.
Q (By Mr. Gaskins.) Who is Steve Hovland?
A **He's a consultant in our San Francisco office.**
Q All right. What did he tell you about pertinent to this case?
A **All of their responses were geared more towards my question, which was, I guess, the particular product, n so much this case in general.**
Q The Swelltite 3000 product?

A **Correct. Or Volclay Swelltite. My understanding is there's more than just the 3000.**

Q Would you, without going into each individual response, summarize what intelligence you gathered from these conversations?

A **Well, the purpose of the e-mail was to garner experience within the company in relation to that particular product both as a company and individually, and so the main thing that I gained from these responses was that there were several people who were familiar with the product and most people had, I guess, a negative impression of it.**

Q And what was the matter with the product, as far as you learned?

MR. REILLY: Objection. Calls for speculation, lack of foundation, hearsay.

MR. VEITH: Join.

THE WITNESS: Well, Steve Hovland reported that one of the frequent misuses of bentonite that I know of is used in areas where the material was not properly confined.

Q (By Mr. Gaskins.) Would that apply to this case?

MR. REILLY: Objection, foundation.

MR. BROWN: Objection, foundation.

THE WITNESS: No.

MR. REILLY: Withdrawn.



THE WITNESS: Linda McGowan reported there seems to be a lot of questions such as leakage at the laps, erosion of the clay particles and the need for water to get into the system to make it work. I think all of the responses were just general personal experience related.

Q (By Mr. Gaskins.) Did you find that any of the general personal experience related comments seemed to apply at the Promenade location?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Same objection.

MR. STEPAN: Objection, vague.

THE WITNESS: Can you rephrase the question?

Q (By Mr. Gaskins.) Well, you said that the comments were personalized experience, and as I understand it, you were making these inquiries as it related to your role as an expert in this case at Promenade; is that right?

A **Yes and no. I think at the time that I sent the e-mail it was essentially before we had been retained on the matter and it was more to garner what kind of, if we were ultimately to be retained, what kind of experience both individually and company-wide that I would have as a resource to tap into to locate someone such as Rich**



**Koziol.**

Q Okay. So were you only looking for experience with the Volclay products?

A **This particular product.**

Q Okay. And which is?

A **Volclay Swelltite.**

Q Okay. Now, with respect to the comments you received, other than comments from Mr. Koziol, did you receive any comments that shed any light on what you could expect at Promenade?

A **No. And I did not request. At the time I had not been to the site, so to ask specific questions on specific revised or configurations was beyond my knowledge of the project at the time.**

Q Okay. That's not really my question. Thank you for that, for your answer. What I'm trying to find out is did anybody tell you anything that helped you in your evaluation later?

A **No.**

Q Was there anything that was reported wrong with the product in these early conversations that you had with the people in your firm that showed up at Promenade?

MR. REILLY: Objection, lack of foundation.

MR. VEITH: Same objection.



MR. STEPAN: Objection, vague.

THE WITNESS: No. I think there were general comments that the waterproofing -- that there has been experience involved with water leakage projects in horizontal applications.

Q (By Mr. Gaskins.) Was this a horizontal application out at the Promenade?

A **Partially, yes.**

Q And the problems that were related were problems with the waterproofing material not being watertight; is that true?

MR. REILLY: Objection, foundation.

MR. VEITH: Objection, mischaracterizes the evidence.

THE WITNESS: No.

Q (By Mr. Gaskins.) Was it that leaks resulted from the problems with the waterproofing materials?

A **There were -- as evidenced by the documents here, there's no additional revised aside from a general comment.**

Q What would be the problem with the product if it was watertight?

MR. REILLY: Objection, form of the question.

MR. VEITH: Objection, lack of foundation, form of the question.

MR. STEPAN: Vague as to form.

THE WITNESS: I would have to speculate.
Q (By Mr. Gaskins.) I don't understand how there could be a problem with waterproofing materials if it did not result in a leak.
A **Well, I think --**
MR. VEITH: I'll object. That's not a question.
MR. STEPAN: That's just a statement.
MR. VEITH: That's not a question.
THE WITNESS: Well, I think as an example --
MR. STEPAN: Mark, wait until he asks you a question. Is there a question, Steve?
MR. GASKINS: Yes, there is a question.
MR. STEPAN: You made a statement what you thought.
Q (By Mr. Gaskins.) True or false?
MR. BROWN: True or false whether you understand it, Steve? Object.
MR. STEPAN: Objection on foundation.
THE WITNESS: Can you restate that or rephrase it or something?
MR. GASKINS: I can. Would you read the question back and I will restate it?
(The court reporter read back the last



question at this time.)
Q (By Mr. Gaskins.) You stated that there were various problems reported to you; correct?
A **Correct.**
Q Would you identify each problem that was reported to you? And let's just go through them one by one. I think that's the only way we can do it.
A **Okay. Steve Hovland reported that it's frequently misused in areas where it's not confined and that it does not have a positive means -- or if his recollection is correct, it does not have a positive means of seaming between adjacent sheets of material.**
Q Okay. Now let me just stop you right there. What would be the result of those two items that he reported on?
MR. VEITH: Object.
MR. BROWN: Objection to the form and lacks foundation.
MR. REILLY: Calls for speculation.
THE WITNESS: It would depend entirely on the project.
Q (By Mr. Gaskins.) Do you have any idea what would happen if the -- read it again. There is a seaming issue? What's the seaming issue?
A **All I know is simply what he stated, that it does not have a positive -- if his recollection is correct, it**



**does not have a positive means of seaming between adjacent sheets of material.**
Q Did you have an understanding at any time, including up to today, what he meant by a lack of positive seaming?
A **I think -- all I read into it is simply that joints between separate sheets of material can be problematic, which I think --**
Q And problematic in what sense?
MR. VEITH: Objection, lack of foundation.
MR. REILLY: Join.
THE WITNESS: That it's a critical detail.
Q (By Mr. Gaskins.) And that it's a critical detail for what?
MR. REILLY: Same objection.
MR. VEITH: Same objection. And hearsay.
THE WITNESS: That it could be a potential problem area.
Q (By Mr. Gaskins.) And by problem area, you mean it might leak there; right?
A **Ultimately, yes, I guess.**
Q Okay. Now, what was the other issue that was discussed by Mr. Hovland?
A **That it's frequently misused in areas where the material is not properly confined.**
Q Okay. And did you come to have an understanding of what



that meant?
MR. REILLY: Objection, asked and answered.
MR. VEITH: Same objection, lack of foundation.
THE WITNESS: Again, my interpretation of it was that it needs to be used in an application where it is confined, where the sheets are confined.
Q (By Mr. Gaskins.) And were the sheets confined in the Promenade project?
A **Yes.**
Q Were they properly confined from the plank all the way up to the top?
MR. STEPAN: Objection as to form, vague.
THE WITNESS: I guess my -- I don't know exactly what PSI level --
MR. STEPAN: Foundation.
THE WITNESS: -- or what -- I guess what the required extent of confinement would be, if one inch of soil would be sufficient versus three feet. I'm assuming that, yes, the horizontal application was properly confined.
Q (By Mr. Gaskins.) Do you have a basis for that assumption?
A **No.**

Q Okay. Now, what's the next person's comment?
A **Dave Deress stated that it needs soil or something firm to react against when it swells and seals when it gets wet. If this does not happen, it just becomes a gooey mess. Hollow core planks can leak at joints and let water run through the cores to wherever. A topping slab is essential and allowance for cracks at joints to be bridged by the waterproofing is important, too. That was --**
Q So each of the things that he stated were problems that could result in leaks instead of a watertight system; is that true?
MR. REILLY: Objection, lack of foundation.
MR. VEITH: Objection, mischaracterizes the evidence as well.
THE WITNESS: No.
Q (By Mr. Gaskins.) What problem would it be other than leaks as described in his comment?
MR. STEPAN: Objection, vague.
THE WITNESS: It depends on the project and the application.
Q (By Mr. Gaskins.) Were any of the issues described there in that comment present at Promenade?
MR. STEPAN: Objection, vague.



MR. REILLY: Objection, relevance.
MR. STEPAN: And lack of foundation.
THE WITNESS: No. I would say no.
Q (By Mr. Gaskins.) Okay. How about the water running wherever, was that present at the Promenade, that you know of?
A **Well, I think there was evidence -- there were symptoms of water leakage at the joints between the hollow core planks. However, I think his statement was too general to I think apply it specifically on this project.**
Q What do you mean by there were symptoms of leakage at the joints between the hollow core planks?
A **Efflorescence and staining.**
Q How about the next person's comment?
A **Peter Stork just recommended that I contact John Duntemann.**
Q Did you contact John Duntemann?
A **Yes, I did.**
Q Are his comments included later?
A **Yes.**
Q Okay. Now let me ask you, before we go on, any of these people that you've gotten comments from on the e-mail, did you talk to them personally as well?
A **John Duntemann, Chris Giffin and Rich Koziol.**
Q Okay. What did John Duntemann tell you?



MR. REILLY: Objection, relevance.
THE WITNESS: We discussed both the Promenade Oaks project and he discussed in a general sense the Comiskey Park project.
Q (By Mr. Gaskins.) And how many occasions did you talk to him?
A **Several.**
Q When approximately did you first talk to him?
A **Approximately a week to ten days after these e-mails were sent out.**
Q Okay. When was the last time?
A **Approximately the end of May.**
Q Can you separate what you learned from him at each separate conversation that you had?
A **No.**
Q Okay. Tell me what he said to you in substance about the Promenade project and the Comiskey project and their relation, if any?
MR. REILLY: Objection, relevance, lack of foundation.
MR. VEITH: Join.
THE WITNESS: I think his -- his comments regarding the Comiskey project were general as his involvement was more as project manager, or project managerial duties, and I think it was -- the gist of our



conversations was simply that it was used in a horizontal application and there were water leakage problems.
Q (By Mr. Gaskins.) He identified what he thought the water leakage problems resulted from, where they came from on the horizontal usage?
A **No. He didn't go that far.**
Q Okay. Did you ask him?
A **No.**
Q Why not?
A **Well, I think the configuration of the project aside from the similarity in waterproofing was different.**
Q Okay. How about the Promenade project; what did he tell you about that?
MR. REILLY: Same objection.
MR. VEITH: Join.
THE WITNESS: We discussed the general configuration of the building as well as the work done by Inspec.
Q (By Mr. Gaskins.) And what did he say?
A **He said that he agreed, some of the problems identified by Inspec were problems that he was aware of.**
Q Who was this guy?
A **John Duntemann?**
Q Yes.
A **He's a senior consultant in our Northbrook office.**

Q North what?
A **Northbrook, Illinois.**
Q So did you say that some of the problems identified in the Inspec report he had seen before --
MR. REILLY: Objection, lack of foundation, speculation, relevance.
Q (By Mr. Gaskins.) -- in other projects?
MR. VEITH: Join.
THE WITNESS: He had I think some of them, yes.
Q (By Mr. Gaskins.) Which ones, do you remember?
A **No, I don't remember.**
MR. REILLY: Same objection.
Q (By Mr. Gaskins.) I'm sorry?
A **No, I don't remember.**
Q Okay. Who is the next person in your e-mail list?
A **Linda McGowan.**
Q Did you talk to her personally aside from this e-mail response?
A **No.**
Q And what does she say in response?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: She said there seemed to be a lot of questions, such as leakage at the laps, erosion



of the clay particles and the need for water to get into the system to make it work, et cetera. She goes on to say -- yes, just personal opinions.
Q (By Mr. Gaskins.) And what were the personal opinions?
MR. REILLY: Same objection.
THE WITNESS: That she has been reluctant to recommend it.
Q (By Mr. Gaskins.) Does she say why on that?
MR. REILLY: Same objection.
THE WITNESS: No, not specifically. No.
Q (By Mr. Gaskins.) How about the next person?
A **Luis Estenssoro.**
MR. REILLY: If you're going to say something, there's no question, so I'll object to being nonresponsive until he asks you a question.
Q (By Mr. Gaskins.) What does the next person respond to your e-mail?
MR. REILLY: I'll object, lack of foundation, speculation, relevance.
MR. VEITH: Join.
THE WITNESS: Again, offers personal opinion.
Q (By Mr. Gaskins.) Who this is again? I'm sorry.
A **Luis Estenssoro.**
Q And who is she in your firm?



A **It's a he, and he's a consultant in our Denver office.**
Q All right. And what does he say?
MR. REILLY: Same objection.
THE WITNESS: Just makes a reference to someone in materials, but he doesn't remember who, indicating that bentonite has durability problems with regard to waterproofing, they don't last too many wet/dry cycles, and that was it.
Q (By Mr. Gaskins.) It was a comment on bentonite alone and not on Swelltite, the Volclay Swelltite product in particular?
A **Correct, as it reads.**
Q Okay. How about the next person; what does he or she say?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: Christopher Giffin.
Q (By Mr. Gaskins.) Who is what?
A **He's a senior architect and engineer in our Northbrook, Illinois office. Stated that we have -- we as a company I am assuming -- have extensive experience with the product, and then just directs me to talk to Rich Koziol or John Duntemann.**
Q Does he have any opinion listed in there about the product, whether there had been any problems?
MR. REILLY: Same objections.



THE WITNESS: No.
Q (By Mr. Gaskins.) The next person is who?
A **Mark Hopmann.**
Q And Mark Hopmann is?
A **He is the manager of our Houston office. He just refers me to John Duntemann.**
Q Okay. And in your conversations with John Duntemann, did he give you a general opinion about whether the Volclay products were good products or poor products for waterproofing?
MR. REILLY: Same objection.
THE WITNESS: Yes, he did.
Q (By Mr. Gaskins.) What did he say?
MR. REILLY: Same objection.
THE WITNESS: His experience had not been good.
Q (By Mr. Gaskins.) Did your Houston man say anything other than talk to John Duntemann?
A **No.**
Q Okay. Who is the next person that responded to your e-mail?
A **Robert Kerns.**
Q Where was he?
A **He's an architect in our Chicago, Illinois office, I believe.**

Q What did he say?

MR. REILLY: Same objection.

MR. VEITH: Join.

THE WITNESS: That he is working on a waterproofing project in San Francisco and that the project is approximately four months old and following the rainy season there was water leakage into the garage continuously at cracks and construction joints in the walls and slabs on grade.

Q (By Mr. Gaskins.) And was he using the Volclay Swelltite product?

A **He refers to Voltex below grade waterproofing. I don't know if that's a typo or not.**

Q Did you inquire further of him?

A **No.**

Q What was that guy's name?

A **Robert Kerns.**

Q Robert Kerns. Okay. Who is the next responder to your e-mail inquiry?

A **Neal Anderson.**

Q And Neal Anderson is who?

A **He is a consultant in our Northbrook, Illinois office and he referred me as well to John Duntemann.**

Q All right. And did Mr. Duntemann have experience other than on the Comiskey Park with this particular product?



A **I don't believe so, no, but he may have.**

Q Who is the next person who responded?

A **Don Meinheit.**

Q Where was he?

A **He is a senior consultant in our Chicago office.**

Q What did he say?

MR. REILLY: Same objection.

THE WITNESS: He simply stated bentonite is not the best waterseal and referred me to John Seidensticker, who is a retired senior consultant, just stating that he has extensive experience with that particular product.

Q (By Mr. Gaskins.) Did you talk to Mr. Seidensticker?

A **No.**

Q Did you send an e-mail to Mr. Seidensticker?

A **No.**

Q Where is Mr. Seidensticker?

A **I believe he's still in the Chicago area. We have work with him on other projects, but not on this one.**

Q Okay. How do you spell Seidensticker?

A **S-E-I-D-E-N, Sticker, S-T-I-C-K-E-R.**

Q And what's his first name?

A **John.**

Q And have you worked with Mr. Seidensticker in the last year or so?



A **I have.**

Q And he is still in the Chicago area?

A **Yes.**

Q Do you remember what town he's in?

A **No, I don't.**

Q And you said that he was retired. I take it he is not a full time employee of Wiss, Janney?

A **He's an affiliated consultant.**

Q And what does affiliated consultant mean?

A **A retired person who works part time on projects where we need him, basically.**

Q Okay. So he works project by project on an as needed basis?

A **Essentially, yes. If needed basis.**

Q Okay. Do you know whether anyone has consulted him from Wiss, Janney on this Promenade Oaks project?

A **Aside from Don Meinheit forwarding him my e-mail, no. I have no reason to believe he's been consulted.**

Q Who is the next responder to your e-mail?

A **William White. And he just referred me to John Duntemann.**

Q Okay. No other substance to his response?

A **No. He made a general reference that Comiskey Park --**

MR. REILLY: I'll object.

MR. GASKINS: Go ahead.



MR. REILLY: I'm going to object. Same objection.

THE WITNESS: He made a general reference to the Comiskey Park job in Chicago and stated that it was bentonite that basically didn't work, was his summary.

Q (By Mr. Gaskins.) Okay. How about the next responder to your e-mail; who is he and what did he say, he or she as the case may be?

A **The next was Richard Koziol who just stated that he and Chris Giffin have experience with Swelltite and that it was used and ultimately replaced at Comiskey Park.**

Q Okay. How about the next person who responded to your e-mail?

A **Larry Meyers.**

Q Who is that?

A **He is the unit manager of our Chicago office. He stated that several --**

MR. REILLY: Objection, lack of foundation, speculation, relevance.

MR. VEITH: Join.

THE WITNESS: Stated that there were several people who have experience with this material, none of it favorable, and then referred me to Rich Koziol and John Duntemann and Bill Perenchio.

Q (By Mr. Gaskins.) Bill Perenchio?

A **Yes.**
Q Did you talk to Bill Perenchio?
A **No.**
Q Who is Bill Perenchio?
A **He is also recently retired and an affiliated consultant.**
Q Where is he?
A **The Chicago area, I believe.**
Q And how do you spell Perenchio?
A **P-E-R-E-N-C-H-I-O.**
Q Perenchio. Okay. Who responded next to your e-mail?
A **John Duntemann.**
Q Okay.
A **And he stated --**
MR. REILLY: There's no question.
Q (By Mr. Gaskins.) What did Mr. Duntemann say?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: That the system does not work well for most waterproofing applications and the NRCA specifically does not recommend this product for horizontal applications and states WJE has investigated dozens of Volclay failures, provides no additional detail.
Q (By Mr. Gaskins.) Okay. Did anyone else respond?
A **Yes.**
Q Who else?



A **Ralf Leistikow, spelled L-E-I-S-T-I-K-O-W. Ralf is R-A-L-F.**
Q What did Mr. Leistikow say?
MR. REILLY: Same objection.
MR. VEITH: Same objection.
THE WITNESS: That he participated on a project in Virginia that used Volclay panels and Swelltite rods as a passing waterproofing system -- sorry. He states that this is a passive waterproofing system that is only activated when it comes in contact with water. There are different panel types out there. We also met with Volclay to discuss the system and found some other problems with the system.
Q (By Mr. Gaskins.) Did you talk to him?
A **No.**
Q Where is he?
A **He's the manager of our Atlanta office.**
Q Do you know if Mr. Koziol ever talked to him?
A **No, I do not know.**
Q And I know you didn't talk to him, but do you have any source of knowledge as to who he talked to from the Volclay people?
A **Whom are you referring?**
Q Didn't he say in his e-mail he met with the Volclay people?



A **Oh. I have no idea.**
Q Okay. Who else responded to your e-mail?
A **Mike Violette. And he stated I assume the --**
MR. REILLY: Wait a minute. There's no question.
Q (By Mr. Gaskins.) What did Mr. Violette say?
MR. REILLY: Same objection.
MR. VEITH: Join.
THE WITNESS: I assume the Volclay was used on the walls and not on the decks. It is not a great waterproofing system in a horizontal situation. Have had some experience with these products. Let me know if I can help.
Q (By Mr. Gaskins.) Did you ever talk to him further?
A **No.**
Q Do you know whether Mr. Koziol ever did?
A **No. I have no idea.**
Q And what was that man's position?
A **He is a consultant in our Washington, D.C. office.**
Q Okay. Who is the next person who responded to your e-mail?
A **James Hauck.**
Q What's his position?
A **Actually, I don't know. I believe he's a consultant in our San Francisco office, but I might be wrong.**



Q Is that because his responsive e-mail comes to you from San Francisco?
A **No. It's just an assumption. I'm not overly familiar with him. I have not dealt with him much.**
Q Why do you assume that he's from your San Francisco office?
A **I just seem to recall seeing that at some point.**
Q Just a vague recollection?
A **Yes.**
Q What did he say?
MR. REILLY: Same objection.
MR. VEITH: Join.
THE WITNESS: That he is working with that particular product on a litigation project in New York City, and in parentheses identifies the waterproofing was improperly installed. I can tell you something about it, and then refers me to Larry Meyers.
Q (By Mr. Gaskins.) Okay. Did you talk to him?
A **No.**
Q Did you talk to Larry Meyers?
A **No.**
Q Who is Larry Meyers?
A **He's the manager of our Chicago office.**
Q Do you know what the project was in New York?
A **No. I have no idea.**

WJE | ENGINEERS ARCHITECTS MATERIALS SCIENTISTS

# Mark R. Chauvin

Engineer III



## EDUCATION

University of Minnesota
Bachelor of Civil Engineering, Civil Engineering, 1997
University of Minnesota
Master of Science, Structural Engineering, 1999

## REGISTRATION

Professional Engineer in Minnesota

## SELECTED EXPERTISE

Building Envelope Assessment
EIFS and Stucco
Failure Investigation
Fire Damage Investigation
Leakage Investigation
Structural Investigation
Vibration Studies
Wind Damage Investigation

## EXPERIENCE

Since joining WJE in 1999, Mr. Chauvin has participated on numerous projects involving the inspection, investigation, analysis, and/or repair of existing structures. Mr. Chauvin has gained experience in analyzing and assessing a variety of structural problems involving the deterioration, distress, or collapse of wood, concrete, and steel systems. He has also performed hundreds of water leakage investigations involving problems related to EIFS and stucco claddings, brick masonry facades, and roofing and waterproofing systems.

In addition to his graduate studies at the University of Minnesota, Mr. Chauvin conducted research to assess the effectiveness of several corrosion mitigation and rehabilitation alternatives on a chloride-contaminated bridge in Minneapolis.

## REPRESENTATIVE PROJECTS

***Building Envelope Assessment***

- Metropolitan Opera House: Inspection of travertine façade distress, New York, New York.
- The Falls at Riverplace: Investigation of water leakage, Minneapolis, Minnesota.
- Mount Rushmore Visitor Center: Inspection of granite façade distress, Keystone, South Dakota.

***Failure Investigation***

- Lifetime Fitness Facility: Pre-cast plank collapse, Savage, Minnesota.
- Enviro-Tech Facility: Wood building frame collapse, Elbow Lake, Minnesota.
- Spoken Word Church: Partial roof collapse under snow load, Ladysmith, Wisconsin

***Fire Damage Investigation***

- AVIKO Potato Warehouse: Fire damage assessment of walls and roof structure, Jamestown, North Dakota.
- Somerset Apartments: Fire damage inspection, Sioux Falls, South Dakota.
- Historic Prison Building: Inspect structural integrity of remaining structure, Stillwater, Minnesota.
- Grace United Methodist Church: Structural damage evaluation, Burnsville, Minnesota.

***Structural Investigation***

- Becker-Hanson building: Inspection of corrosion damage and repair design, Pierre, South Dakota.
- TH 169 over 63rd Avenue: Analysis of truck impact damage, Plymouth, Minnesota.

***Vibration Studies***

- Lumber Exchange Building: Vibration monitoring during LRT project, Minneapolis, Minnesota.

***Wind Damage Investigation***

- Northern Technologies warehouse: Inspection of damage to wood roof trusses, Lino Lakes, Minnesota.
- Congregational United Church of Christ: Tornado damage inspection, Ladysmith, Wisconsin.
- Zion United Methodist Church: Tornado damage inspection, Buffalo Lake, Minnesota.

## PROFESSIONAL AFFILIATIONS

American Society of Civil Engineers (ASCE)
Minnesota Concrete Council (MCC)

## TECHNICAL COMMITTEES

DEPOSITION EXHIBIT
Chauvin 852
(11-10-03)

EXHIBIT N

**Mark Chauvin**
*Engineer III*
Wiss, Janney, Elstner Associates, Inc.
600 Highway 169 South
Suite 1520
Minneapolis, MN 55426

## Education

BS Civil Engineering Degree, Institute of Technology, University of Minnesota, Minneapolis, MN, 1997.
MS Structural Engineering Degree, Institute of Technology, University of Minnesota, Minneapolis, MN, 1999.

## Employment

1999 to Present: Engineer II in the Minneapolis office of Wiss, Janney, Elstner Associates, Inc. (WJE). Consulting activities at WJE have included investigating, analyzing and repairing various construction related problems with commercial and residential buildings. Specific examples include investigating numerous water and moisture leakage problems; investigating and repairing industrial floor slab distress; analyzing various structural systems and evaluating structural problems and collapses; evaluating and repairing fire damage; investigating storm damage claims related to hail, wind, tornados and excessive snow loading; evaluation and repair of parking structures; investigation of concrete, masonry, and facade distress; investigation and repair of corrosion damaged steel elements; investigation of vibration damage claims; providing litigation support in construction defect claims; and assisting in the investigation and resolution of insurance claims.

1997 to 1999: Graduate Research Assistant in the Structural Engineering Department of the Institute of Technology at the University of Minnesota in Minneapolis, MN. Conducted a research project investigating the effectiveness of electrochemical chloride extraction (ECE) in combination with fiber reinforced polymer wraps and concrete sealers as a potential corrosion mitigation alternative. The research was performed on selected elements of the substructure of a section of I-394 in Minneapolis, MN.

1998 to 1999: Graduate Teaching Assistant in the Aerospace Engineering Department of the Institute of Technology at the University of Minnesota in Minneapolis, MN. Instructed course recitation sections to present and solve example problems for Deformable Body Mechanics.

1997 to 1999: Undergraduate Research Assistant in the Structural Engineering Department of the Institute of Technology at the University of Minnesota in Minneapolis, MN. Activities included conducting finite element analyses of concrete filled tubes under various loading schemes to reproduce experimental data, collecting data and performing analyses of concrete and asphalt pavement systems, and assisting with concrete mix preparation for the evaluation of concrete containing recycled aggregate.

1996: Internship at American Engineering Testing, Inc, Construction Materials Department, in St. Paul, Minnesota. Responsible for field and laboratory testing and analysis of concrete and concrete masonry samples.

## Professional Registration

Registered Professional Engineer in Minnesota

**Professional society activities**

Memberships:

- American Society of Civil Engineers (ASCE)
- Minnesota Concrete Council (MCC)
- Northwest Loss Association (NWLA)

Minnesota Concrete Council activities

- Co-Chairman, MCC Annual Seminar, 1999

**Publications**

Chauvin, Mark, and French, Catherine, and Shield, Carol, *"FRP Column Wrapping and Corrosion of Steel Reinforcement in Concrete Columns – A Field Study"*, Proceedings of the ASCE Structures Congress, 2000.

**Education**

Lessons Learned From Forensic Investigations, co-presenter at a Minnesota AIA continuing education seminar, Minneapolis, MN.

FRP Column Wrapping and Corrosion of Steel Reinforcement in Concrete Columns – A Field Study, presented at the ASCE Structures Congress 2000, Philadelphia, PA.

Evaluation of ECE and FRP Column Wrapping as a Corrosion Rehabilitation Alternative presented to members of the Minnesota Department of Transportation, Minneapolis, MN

Evaluation of ECE and FRP Column Wrapping as a Corrosion Rehabilitation Alternative presented to members of the Illinois Department of Transportation, Peoria, IL.

**Deposition/Testimony Record**

None given.

**Chauvin, Mark R.**

**From:** Hovland, Steven
**ent:** Wednesday, April 10, 2002 6:37 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

Mark,

Am I to understand that the problem is that the waterproofing on the roof is the problem? Do you know what the thickness of the landscaping is? One of the most frequent misuses of bentonite that I know of is using it in areas where the material is not properly confined. Also, if my recollection is correct, I think that Volclay does not have a positive means of seaming between adjacent sheets of material.

Hope that helps,
-Steve

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 1:47 PM
**To:** Company
**Subject:** Volday Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

EXHIBIT O

DEPOSITION EXHIBIT
Chauvin 853
(11-10-03)

**Chauvin, Mark R.**

**From:** Deress, David
**Sent:** Wednesday, April 10, 2002 3:38 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

Hi Mark;
Bentonite needs soil or something firm to react against when it swells and seals when it gets wet. If this does not happen, it just becomes a gooey mess. Hollow core planks can leak at joints and let water run through the cores to where ever. A topping slab is essential and allowance for cracks at joints to be bridged by the W/P is important too. There's my 2 cents. Call me or Rocco Romero in our office if you have questions. He's sucessfully designed a W/P job over planks. Good luck.
Dave

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 1:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

| | |
|---|---|
| **From:** | Stork, Peter |
| **Sent:** | Wednesday, April 10, 2002 1:37 PM |
| **To:** | Chauvin, Mark R. |
| **Subject:** | RE: Volclay Swelltite |

Mark,

If you haven't done so already, check with John Duntemann here in Northbrook. He was involved in the removal and replacement of a bentonite system at Comiskey Park.

-----Original Message-----
From: Chauvin, Mark R.
To: Company
Sent: 4/9/2002 3:47 PM
Subject: Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

* The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
* A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
* The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
* The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

Mark Chauvin
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** McGowan, Linda
**Sent:** Wednesday, April 10, 2002 10:03 AM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

We often are asked to use or recommend Volclay in below-grade vertical and below-slab applications. In general, we try to avoid it whenever possible. Salespeople for the company say it works, but I am not too sure of that. There seem to be a lot of questions such as leakage at the laps, erosion of the clay particles, the need for water to get into the system to make it work, etc. So, I have been very reluctant to recommend it. I think Cetco has a plaza waterproofing membrane, but I don't know much about it. I don't think I would recommend it either, for the same reasons and problems for below-grade vertical and below-slab applications. Are these buildings complete or are they still in the design phase? I am not sure if this info. is helpful, but feel free to call me if you have any questions. Thanks.

Linda M. McGowan
Senior Architect/Engineer
Wiss, Janney, Elstner Associates, Inc.
10881 W. Asbury Ave., Suite 110
Lakewood, Colorado 80227
ph: 720-962-8688
fax: 720-962-8488
e-mail: Lmcgowan@wje.com

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 2:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** Estenssoro, Luis
**ent:** Wednesday, April 10, 2002 8:55 AM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

I personally do not like bentonite sheets for "good" waterproofing products. Also, somebody in materials (don't remember who) indicated bentonite has durability problems with regard to waterproofing (they don't last too many wet/dry cycles)

**Wiss, Janney, Elstner Associates, Inc.**

Luis F. Estenssoro, P.E.
Consultant
**lestenssoro@wje.com**
ph: (720) 962-8688
fx: (720) 962-8488
10881 West Asbury Ave., Suite 110
Lakewood, Colorado 80227

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 2:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

| | |
|---|---|
| **From:** | Giffin, Christopher |
| **Sent:** | Wednesday, April 10, 2002 8:37 AM |
| **To:** | Chauvin, Mark R.; Koziol, Richard; Duntemann, John |
| **Subject:** | FW: Volclay Swelltite |

Mark, we have extensive experience with this product, American Colloid may have sold the product, perhaps due to too many problems, I don't think they like us too much. I will not be in the office for approximately the next two weeks, Rich Koziol would be the man to talk to if you need fast help, and John Duntemann also as he was the PM for the Comiskey Park renovation.

**Christopher W. Giffin, AIA**
Senior Architect / Engineer

**Wiss, Janney, Elstner Associates Inc.**
330 Pfingsten Road
Northbrook, Illinois 60062
tel: 847.272.7400
direct: 847.753.6442
<<mailto:cgiffin@wje.com>>

-----Original Message-----
**From:** Koziol, Richard
**Sent:** Tuesday, April 09, 2002 4:02 PM
**To:** Chauvin, Mark R.
**Cc:** Giffin, Christopher
**Subject:** RE: Volclay Swelltite

Chris Giffin and i have experience with swelltite. It was used originally at Comiskey Park and we replaced it over the past few years.

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 1:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office

5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

## Chauvin, Mark R.

**From:** Hopmann, Mark
**Sent:** Tuesday, April 09, 2002 5:19 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

You might contact John Duntemann, I know he worked with repairing waterproofing a Volclay waterproofed deck in Comisky Park.
Mark Hopmann

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 3:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** Kerns, Robert
**Sent:** Tuesday, April 09, 2002 4:35 PM
**To:** Chauvin, Mark R.
**Cc:** Martin, Veronica M.
**Subject:** RE: Volclay Swelltite

We are currently finishing up a Voltex below-grade waterproofing installation project in San Francisco. It was not our original specification, but a value-engineered option proposed by the Contractor.

The garage walls has been in place for approximately 4 months. We are just recently coming out of our rainy season, and have had water seeping into the garage pretty much the whole time. The water is seeping through cracks and construction joints in both the walls and slabs on grade. Cetco has been brought in to mitigate these leaks. Our meeting with Cetco was early last week.

I am not sure what information you are needing, but either Veronica or I may be able to help.

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 1:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** Anderson, Neal
**Sent:** Tuesday, April 09, 2002 3:51 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

Check with John Duntemann in Structures 2. This may have been the system (or similar) that failed at new Comisky Park in Chicago in the concourses.

Neal

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 3:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

| | |
|---|---|
| **From:** | Meinheit, Donald |
| **Sent:** | Tuesday, April 09, 2002 3:58 PM |
| **To:** | Chauvin, Mark R. |
| **Cc:** | 'seide@worldnet.att.net' |
| **Subject:** | RE: Volclay Swelltite |
| **Importance:** | High |

Mark ,

Bentonite is not the best waterseal. This sounds like a project where you might use the experience of John Seidensticker, retired from the WJE Chicago office. John has many years of experience looking a tanks and this product was sometimes spec'd. I am sending him this email and encouraging you to contact him. Good luck.

Don Meinheit

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 3:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

| | |
|---|---|
| **From:** | White, William |
| **Sent:** | Tuesday, April 09, 2002 4:00 PM |
| **To:** | Chauvin, Mark R. |
| **Subject:** | RE: Volclay Swelltite |

Checkwith John Duntemann regarding a very similar (sounding) material that was use at Comisky Park in Chicago. It was bentonite that basically did't work.
Bill White

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 4:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

---

| | |
|---|---|
| **From:** | Koziol, Richard |
| **Sent:** | Tuesday, April 09, 2002 4:02 PM |
| **To:** | Chauvin, Mark R. |
| **Cc:** | Giffin, Christopher |
| **Subject:** | RE: Volclay Swelltite |

Chris Giffin and i have experience with swelltite. It was used originally at Comiskey Park and we replaced it over the past few years.

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 1:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** Meyers, Larry
**Sent:** Tuesday, April 09, 2002 4:18 PM
**To:** Chauvin, Mark R.
**Cc:** Koziol, Richard
**Subject:** RE: Volclay Swelltite

Mark,

There are several people who have experience with this material (none of it favorable). I have some, Rich Koziol has some, John Dunteman (through his Comisky Park work), Bill Perenchio and several more.

I would be happy to lend you what support and information you need. Let me know what you want to do.

Larry

---

**Larry R. Meyers SE, PE, ALA**
**Wiss, Janney, Elstner Associates, Inc.**
**120 N. LaSalle St., Suite 2000**
**Chicago, IL 60602**
**(312) 372-0555 (Office)**
**(312) 372-0873 (Fax)**
**(312) 925-5409 (Mobile)**

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 3:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** Duntemann, John
**Sent:** Tuesday, April 09, 2002 4:23 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

Mark, this system does not work well for most waterproofing applications. NRCA specifically does not recommend this product for horizontal applications. WJE has investigated dozens of Volclay failures.

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 3:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** Leistikow, Ralf
**Sent:** Tuesday, April 09, 2002 4:23 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

We did a job in Virginia that used the Volclay panels and swellite rods. This is a passive waterproofing system that is only activated when it comes in contact with water. There are different panel types out there. We also met with Volclay to discuss the system and found some other problems with the system.

If you need more information, please call me.

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 4:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

**Chauvin, Mark R.**

**From:** Violette, Michael S.
**Sent:** Tuesday, April 09, 2002 4:25 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

I assume the volclay was used on the walls and not on the decks. It is not a great w.p system in a horizontal situation. Have had some experience with these products. Let me know if I can help.

*Michael S. Violette, P.E.*

**WISS, JANNEY, ELSTNER ASSOCIATES, INC.**
*Engineers, Architects, Material Scientists*
3025 Hamaker Court, Suite 100, Fairfax, Virginia 22031
(703) 641-4601 Fax: (703) 641-8822
mviolette@wje.com http://www.wje.com

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 4:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com

## Chauvin, Mark R.

**From:** Hauck, James
**Sent:** Tuesday, April 09, 2002 4:29 PM
**To:** Chauvin, Mark R.
**Subject:** RE: Volclay Swelltite

Mark:

I'm working with that product on a litigation project in NYC (the waterproofing was improperly installed). I can tell you something about it. Our resident expert on Volclay is Larry Meyers, who can tell you even more. jh

-----Original Message-----
**From:** Chauvin, Mark R.
**Sent:** Tuesday, April 09, 2002 3:47 PM
**To:** Company
**Subject:** Volclay Swelltite

If you have had experience with the Volclay Swelltite waterproofing system (bentonite) from Cetco, please read on and respond.

Details (although very limited at this point):

- The project in question involves 6 U-shaped townhome complexes in a suburb of Minneapolis.
- A courtyard and underground parking garage are located in the 'center' of each U-shaped building.
- The roof of the garage supports the courtyard area and reportedly consists of hollow core pre-cast plank, the specified water-proofing system, fill material, and landscaping.
- The buildings were constructed in 1997 and persistent leakage to the garage level, and several townhome units, has been experienced throughout the life of the structure.

Thank you. Mark

*Mark Chauvin*
Engineer II

WJE
Wiss, Janney, Elstner Associates, Inc.
Minneapolis Office
5775 Wayzata Blvd, Suite 700
Minneapolis, MN 55416
Phone: (952) 525-2241 Fax (952) 544-5964
http://www.wje.com