**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. 00-CV-987 JEL/JSM

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

**AFFIDAVIT OF SAMUEL J. GLOVER**

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

STATE OF MINNESOTA )<br>
) ss.<br>
COUNTY OF HENNEPIN )

I, Samuel J. Glover, being duly sworn upon oath, do hereby depose and state as follows:

1. I am one of the attorneys representing Chris Craft Industrial Products, Inc., a Fourth-Party Defendant herein.

2. Attached hereto is a true and correct copy of pages 52-53 of the transcript of the deposition of Sidney Bhatt.

3. Attached hereto is a true and correct copy of page 107 of the transcript of the deposition of Gary Nelson.

THIS CONCLUDES MY AFFIDAVIT.

s/Samuel J. Glover__________________<br>
Samuel J. Glover

Subscribed and sworn to before me<br>
this day, September 17, 2004.

s/Judy Hutar___________________<br>
Notary Public