more than those.

Q Whatever, there's 30 to 40 grates. Do you know how many grates out there have experienced this condition where the soil is settled below the concrete apron and the grate?

A I cannot tell you. I don't know.

Q In your opinion, what part of the assembly in the courtyard drain system results in there being roughly two and a half inches of water standing on the -- or the bottom two and a half inches of soil being saturated at all times?

A The fact that the holes or perforations in the side of the riser are roughly two and a half inches above the concrete deck is one of the principal reasons for the standing water. The second reason would be the fact that the concrete deck or the drain mats above it do not incorporate a slope bringing the water positively towards the risers. That would add to that problem to some extent, but not to the extent of a two and a half inch depth.

Q If the deck or the drainage mats or somehow there was a slope created towards the drain, then there would just be two and a half inches of water ponded around the drain itself, would that be right, because the water is going to flow to that area and a lot of it's going to drain off, but because the perforations are still two and a half

inches above, that two and a half inches is going to sit there?
A Yes, yes. That's generally the case.
Q Do you know why there were no perforations made any lower?
A I don't know.
Q Does it have anything to do with the type of drain that was used, do you know?
A I do not know.
Q You didn't analyze that?
A No.
Q Did you notice on the mechanical plans that the locations for courtyard drains were called out?
A My recollection is that there were some handwritten notes or features marked on the mechanical prints with respect to the drain piping, and yes, that there were locations of the drains marked on those mechanical prints.
Q And it's my understanding that there's circles and it says P-D for plaza drain; is that right?
A Yes. I remember that.
Q Would you expect the contractors installing the drains to follow those plans so that where there's a circle with a P-D on the plan, that that's where they're going to install the drain in the field?
A The subcontractor would follow those requirements unless there were some other arrangements that necessitated