was the same way, but with respect to the first one, you saw water standing at the bottom of that hole?
A. Yes.
Q. How deep?
A. Two inches.
Q. Did you see water standing at the bottom of the subsequent excavations around those posts?
A. Yes.
Q. How deep.
A. About two inches.
Q. Did you ever have an understanding why there was two inches of water sitting at the bottom of those excavations?
A. Yes.
Q. Why?
A. I was told that that's the way the system was designed.
Q. Okay. By whom?
A. By who told me that?
Q. Yes.
A. I believe Peter Ramme mentioned that to me once.
Q. What did you think of that design?
A. I have no opinion.
MR. HEYER: Object to that question