UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company, Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

**AFFIDAVIT OF CHAD J. STEPAN**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Chad J. Stepan, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is an attorney with the law firm of Meagher & Geer, P.L.L.P., 33 South Sixth St., Minneapolis, MN 55402.

2. That your affiant is one of the attorneys representing defendant and third-party plaintiff Weis Builders, Inc., in the above-entitled matter.

3. That this affidavit is submitted in conjunction with Weis Builders' Memorandum of Law in opposition to WBE's Motions In Limine.

4. That attached as Exhibit A are true and correct copies of relevant pages from the transcript of Steve Messerich's deposition.

5. That attached as Exhibit B are true and correct copies of relevant pages of from the transcript of Prashant Desai's deposition.

6. That attached as Exhibit C are true and correct copies of relevant pages from the

transcript of Curt Johnson's deposition.

7. That attached as Exhibit D are true and correct copies of relevant pages from the transcript of Jim Timm's deposition.

8. That attached as Exhibit E are true and correct copies of relevant pages from the transcript of Kirk Vellet's deposition.

9. That attached as Exhibit F are true and correct copies of relevant pages from the transcripts of Jon Camaya's, Mark Chauvin's and John Wiegand's depositions.

10. That attached as Exhibit G are true and correct copies of relevant portions of Drawing A5.1 for the Promenade Oaks Townhomes project.

FURTHER YOUR AFFIANT SAITH NOT.

_____s/ Chad J. Stepan_____
Chad J. Stepan

Subscribed ands sworn to before me
this 17th day of September, 2004.

___s/ Barbara J. O'Leary____________
Barbara J. O'Leary, Notary Public
Anoka County, Minnesota
My Commission Expires: 1/31/05

[Notarial Seal]

/1164638