## KEY NOTES

(1) TYPICAL ROOF

ASPHALT SHINGLES
FELT
ICE & WATER SHIELD @ EAVES AND VALLEYS
1/2" PLYWOOD ROOF SHEATHING - SEE STRUCT.
PRE-ENGINEERED WOOD ROOF TRUSSES
BLOWN INSULATION (R-40)
VAPOR BARRIER
2 - LAYERS 5/8" TYPE "X" GYP. BD.
---- 1 HOUR ASSEMBLY

(2) TYPICAL FLOOR / CEILING

3/4" GYPSUM FLOOR TOPPING
3/4" T & G PLYWOOD OR 3/4" O.S.B. (GLUED & NAILED)
FLOOR JOISTS - SEE STRUCTURAL
SOUND ATTENUATION INSULATION
1/2" RESILENT CHANNELS @ 24" O.C.
5/8" TYPE "X" GYP. BD.
• (1) HR. UL DESIGN L 501
• 50 STC & IIC DESIGN TL 81-16

(2A) TYPICAL FLOOR / CEILING

3/4" T & G PLYWOOD OR 3/4" O.S.B. (GLUED & NAILED)
FLOOR JOISTS - SEE STRUCTURAL
5/8" TYPE "X" GYP. BD.

(3) TYPICAL FLOOR/CEILING (unit over Garage)

3/4" GYPSUM FLOOR TOPPING
PRECAST PLANKS - SEE STRUCTURAL (3 HOUR)
CEILING AS SCHEDULED

(3A) TYPICAL FLOOR/CEILING (Courtyard over Garage)

EARTH FILL - SLOPE TO DRAIN

**WATERPROOFING & INSULATION SYSTEM DESIGN & INSTALLATION BY GENERAL CONTRACTOR**

PRECAST PLANKS - SEE STRUCTURAL (3 HOUR)
CEILING AS SCHEDULED

(4) TYPICAL CONC. SLAB (GROUND FLOOR)

FLOOR FINISH - SEE SCHEDULE
4" CONCRETE SLAB
6" COMPACTED GRANULAR FILL
SEE STRUCT. FOR REINF. & CONTROL JT. SPACING

(5) TYPICAL ROOF EAVE / SOFFIT

PREFIN. METAL DRIP EDGE
PREFIN. MTL. EAVE FASCIA
ALUM. SOFFIT WITH VENT
PREFIN. ALUM. J CHANNEL @ WALL
INSULATION BAFFLE

(6) TYPICAL FLOOR RIM

SHEATHING
RIM JOIST
BATT INSULATION (R-19)
VAPOR BARRIER (ON INTERIOR SIDE)

(7) ELEVATOR ROOF

ROOF MEMBRANE (WRAP OVER TOP OF PARAPETS)
PROTECTION BOARD
ROOF SHEATHING
2 x ROOF JOISTS @ 1'4" OC
FULL BATT INSULATION
VAPOR BARRIER
5/8" GYPSUM BOARD

R

**BRW ELNESS ARCHITECTS INC**

Thresher Square • 700 Third Street So.
Minneapolis, MN 55415
612/339-5508 • Fax 612/339-5382

## Consultants

**Civil**
McCombs, Frank, Roos Associates
15050 23rd Avenue North
Plymouth, Minnesota 55447
Ph (612) 476-6010 / Fax (612) 476-8532

**Landscape**
BRW Inc.
700 Third Street South
Minneapolis, Minnesota 55415
Ph: (612) 370-0700 / Fax: (612) 370-1378

**Structural**
Hanuschak – Kowalchuk, Inc.
26 Edmonton Street
Winnipeg, Manitoba
Ph: (204) 956-2200 / Fax: (204) 956-1671

**Mechanical / Electrical**
Steen Engineering
3605 France Avenue North
Robbinsdale, Minnesota 55422
Ph: (612) 529-9664 / Fax: (612) 529-9681

EXHIBIT G

## ELEVATION KEY

GARAGE LEVEL

BUILDING 1: EL. 100'-0" = 813'-0"
BUILDING 2: EL. 100'-0" = 813'-0"
BUILDING 3: EL. 100'-0" = 814'-0"
BUILDING 4: EL. 100'-0" = 816'-6"
BUILDING 5: EL. 100'-0" = 821'-0"
BUILDING 6: EL. 100'-0" = 814'-0"




PICAL BUILDING

## Certification

[illegible]
PROJECT NUMBER

[illegible] — DRAWN BY
KY — CHECKED BY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS PREPARED BY ME OR UNDER MY DIRECT SUPERVISION AND THAT I AM A DULY REGISTERED ARCHITECT UNDER THE LAWS OF THE STATE OF MINNESOTA

SIGNATURE

13 AUG 96 — DATE
[illegible] — REGISTRATION

## Revisions

12 SEPT 96 - ISSUE

## Project Title

**Promenade Townhouses**
**Healey - Ramme Company**

**Eagan, Minnesota**

## Drawing Title

WALL SECTIONS

## Sheet Number

A
5.1