UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company, Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

**AFFIDAVIT OF CHAD J. STEPAN**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Chad J. Stepan, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is an attorney with the law firm of Meagher & Geer, P.L.L.P., 33 South Sixth St., Minneapolis, MN 55402.

2. That your affiant is one of the attorneys representing defendant and third-party plaintiff Weis Builders, Inc., in the above-entitled matter.

3. That this affidavit is submitted in conjunction with Weis Builders' Memorandum of Law in opposition to Elness Swenson Graham Architect's Motion In Limine.

4. That attached as Exhibit A is a true and correct copy of the Pope Associates report, dated May 30, 2002.

FURTHER YOUR AFFIANT SAITH NOT.

____s/ Chad J. Stepan_____________
Chad J. Stepan

Subscribed ands sworn to before me
this 17th day of September, 2004.

__s/ Barbara J. O'Leary________
Barbara J. O'Leary, Notary Public
Anoka County, Minnesota
My Commission Expires: 1/31/05

[Notarial Seal]

/1164688