IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2004, I caused the following documents:

1. CETCO's Response to Promenade's Motion Regarding Measure of Damages
2. CETCO's Response to Westfield's Motion to Set Order of Proof
3. CETCO's Response to J-Berd's Motions to Exclude Schuh's Opinions and Reference to Standing Water on Top of the Membrane
4. Affidavit of Patrick R. Reilly in Opposition of J-Berd's Motions to Exclude Schuh's Opinions and Reference to Standing Water on Top of the Membrane
5. CETCO's Response to ESG's Motion to Exclude Reference to its Plans and Performance
6. CETCO's Response to Weis' Motion to Exclude Opinions of Kudder and Schuh

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Daniel Austin Beckman**
dbeckman@gislason.com

**Benjamin B Bohnsack**
bbohnsack@erstad.com
rhatlestad@erstad.com

**Leo I Brisbois**
lbrisbois@stichlaw.com
bschmick@stichlaw.com
lbehrendt@stichlaw.com

**Mark S Brown**
mbrown@iversonlaw.com
reitreim@iversonlaw.com
bhallstrom@iversonlaw.com

**Jonathan M Bye**
jbye@lindquist.com

**Steve W Gaskins**
sgaskins@flynngaskins.com

**Mark A Gwin**
mag@cousineaulaw.com

**David Fulton Herr**
david.herr@maslon.com
lynnette.shanahan@maslon.com
patty.porter@maslon.com

**Chandelle L Heyer**
cheyer@tstlaw.com

**William Dennis Hull**
wdhull@chvv.com

**Roger C Justin**
rjustin@rnoon.com
dfinken@rnoon.com

**Jocelyn Lorna Knoll**
jknoll@fwhlaw.com
laurac@fwhlaw.com

**Timothy B Kohls**
tkohls@fredlaw.com
theuer@fredlaw.com

**James Duffy O'Connor**
james.oconnor@maslon.com
deneen.stutzka@maslon.com

**Steven E Rau**
srau@flynngaskins.com
rvizenor@flynngaskins.com
bvolk@flynngaskins.com

**Patrick D Reilly**
preilly@erstad.com
smorrison@erstad.com

**Andrea E Reisbord**
aer@cousineaulaw.com

**Rolf E Sonnesyn**
rsonnesyn@tstlaw.com

**Joseph G Springer**
jspringer@fredlaw.com

mdavis@fredlaw.com
rshainess@fredlaw.com

**Chad Stepan**
cstepan@meagher.com
boleary@meagher.com
Uscourtfiling@meagher.com

**Robert T Stich**
rstich@stichlaw.com
lbehrendt@stichlaw.com
bschmick@stichlaw.com

**Dean Beard Thomson**
dthomson@fwhlaw.com
helenh@fwhlaw.com

**George John Veith**
jveith@brownandcarlson.com
jhutar@brownandcarlson.com
sglover@brownandcarlson.com

Dated: September 3, 2004

s/Patrick D. Reilly
Patrick D. Reilly