**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

**AFFIDAVIT OF LORI D. SEMKE IN SUPPORT OF DEFENDANT PROMENADE VILLAGE TOWNHOMES, L.L.C.'S MEMORANDUM OF LAW IN OPPOSITION TO THIRD-PARTY DEFENDANT J-BERD MECHANICAL CONTRACTORS, INC.'S MOTIONS IN LIMINE**

| | |
|---|---|
| Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company, | ) |
| | ) |
| Cross-Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| Promenade Village Townhomes, L.L.C., | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| Weis Builders, Inc., | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Weis Builders, Inc., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company, | ) |
| | ) |
| Third-Party Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| Colloid Environmental Technologies Company, | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| Chris Craft Industrial Products, Inc., | ) |
| | ) |

| | |
|---|---|
| Fourth-Party Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third-Party Defendant and Fourth-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Lori D. Semke, being duly sworn, deposes and states as follows:

1. I am an attorney licensed to practice law in the state of Minnesota and have been so licensed since October of 1999.

2. I am counsel of record for Defendant Promenade Village Townhomes, L.L.C. ("Promenade"), the former owner of the apartment complex that is the subject of this litigation.

3. I make this affidavit in support of Defendant Promenade Village Townhomes, L.L.C.'s Memorandum of Law in Opposition to Third-Party Defendant J-Berd Mechanical Contractors, Inc.'s Motions in Limine.

4. Attached to this Affidavit as Exhibit A are true and correct copies of excerpts from the May 12, 2003 Deposition of Gary Nelson.

5. Attached to this Affidavit as Exhibit B are true and correct copies of excerpts from the August 26, 2003 Deposition of David Campbell (Vol. I).

6. Attached to this Affidavit as Exhibit C are true and correct copies of excerpts from the May 8 and 9, 2003 Deposition of Jon Camaya (Vol I and II).

7. Attached to this Affidavit as Exhibit D are true and correct copies of excerpts from the June 30, 2003 Deposition of Scott Vanderburg.

8. Attached to this Affidavit as Exhibit E are true and correct copies of excerpts from the February 24 and 25, 2003 Deposition of Chad Filek.

FURTHER YOUR AFFIANT SAYETH NOT except that this affidavit is made in support of Promenade Village Townhomes, L.L.C.'s Memorandum of Law in Opposition to Third-Party Defendant J-Berd Mechanical Contractors, Inc.'s Motions in Limine.

Dated: September 17, 2004

*s/ Lori D. Semke*
Lori D. Semke

Subscribed and sworn to before me this
17th day of September, 2004.

*s/RaVonne L. Vizenor*
Notary Public

My Commission Expires on January 31, 2004