**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Westfield Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,<br><br>Defendants,<br>and<br><br>Weis Builders, Inc.,<br><br>Counter-Claimant,<br><br>v.<br><br>Westfield Insurance Company,<br><br>Counter-Defendant,<br><br>and<br><br>Weis Builders, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,<br><br>Third-Party Defendants,<br><br>and | Court File No. 00-CV-987 JEL/JSM<br><br>**AFFIDAVIT OF DAVID CAMPBELL** |

Weis Builders, Inc.,

Cross-Claimant,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

| | |
|---|---|
| and | ) |
| | ) |
| Chris Craft Industrial Products, Inc., | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third-Party Defendant and<br>Fourth-Party Plaintiff, | )<br>) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David Campbell, being duly sworn, deposes and states as follows:

1. I make this affidavit in response to the Motions of Colloid Environmental Technologies Company ("CETCO"), Waterproofing By Experts, Inc. ("Waterproofing By Experts") and Chris Craft Industrial Products, Inc. ("Chris Craft").

2. In connection with the opinions that I have in this case, I reviewed all CETCO literature applicable to the products that were installed at the Promenade in 1997. CETCO does not require the use of seamtape in order to effectively waterproof a structure with Swelltite 3000. Put differently, the use of seamtape in CETCO literature is only permissive and is not mandatory. Furthermore, in the waterproofing industry, the term "waterproofing tape" is a technical term of art. The use of this term conotates that the tape itself is required and useful in waterproofing.

3. CETCO does not refer to the seamtape as waterproof or, even, as "waterproofing" seamtape.

4. I have been advised that Stacy Byrd of CETCO has submitted an affidavit asserting that the tape is waterproof (not waterproofing tape). Even if the tape substance were waterproof, the issue of whether the adhesive used on the tape was waterproof remains open because in my experience not all adhesives are waterproof. Moreover, seams without tape, seams where the tape has puckered, or seams otherwise breached provide avenues for leakage where the PVOH film has not dissolved.

5. Ultimately, water can penetrate to the concrete deck at the Promenade through numerous other avenues identified in my report. This of course includes areas where the PVOH film does not dissolve and allow the Bentonite to seal off the water. These other courses for the leaks are conclusions I reached based on the investigation I did including my visual observations at the DTO's.

FURTHER YOUR AFFIANT SAYETH NOT

Dated: September 17, 2004

*s/David Campbell* ________________________
David Campbell

Subscribed and sworn to before me this
17th day of September, 2004.

*s/RaVonne L. Vizenor*________________
Notary Public

My Commission Expires on January 31, 2005