**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

**AFFIDAVIT OF MARK S. BROWN**

Defendants, and
Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

STATE OF MINNESOTA )
ss.
COUNTY OF HENNEPIN )

MARK S. BROWN, after being first duly sworn upon an oath, does hereby depose and state that:

1. I am an attorney licensed and authorized to practice law in the State of Minnesota and represent Third Party Defendant Waterproofing by Experts, Inc. in the above-entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of the cited pages from the Deposition of William Arockiasmy, taken on October 7, 2003.

3. Attached hereto as Exhibit B is a a true and correct copy of the cited pages from the Deposition of Chad Filek, taken on October 24 and 25, 2003.

4. Attached hereto as Exhibit C is a true and correct copy of the cited pages from the Deposition of Jeffrey Schuh, taken on October 15, 2003.

FURTHER THAN THIS AFFIANT SAYETH NOT.

___s/ Mark Brown_______________
Mark S. Brown

Subscribed and sworn to before me
this 17th day of September, 2004.

____s/ Bonnie Halstrom___________
Notary Public
(STAMP AND/OR SEAL)