**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company, Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

**Attached hereto is Exhibit A is a true and correct copy of the cited pages from the Deposition of William Arockiasmy, taken on October 7, 2003.**

engineer.
Q And you indicated that Mr. Boyum was sent back out to the site on October 3rd to figure out if there was a discrepancy between the Larson plans and the Mikesh plans and what was on site; is that right?
A **That is correct.**
Q Was there any other reason why he went back out there on October 3rd?
A **No. That was the reason.**
Q And you indicated that you were not hired, or you stated earlier that you were not hired to analyze the adequacy of the waterproofing system; is that right?
A **That is correct.**
Q Do you have any plans down the road to offer any opinion regarding the adequacy of the waterproofing system?
A **Not at this point.**
Q In Exhibit 806, which you were asked about earlier, you state at opinion number 3 that leakage of water occurred due to the failure of the waterproofing system; is that right?
A **That is correct.**
Q Is that based upon what you read in the reports that are set forth on page 1 of your report?
A **Part of it was based on the reports I read.**
Q What was the other part based on?



A **Other part is that there was adequacy of the drain system and that there wasn't any indication that the drain system in itself caused the leakage, so it's a logical inference that something else came through for the water to flow.**
Q And when you put together the report that is Exhibit 806, you said you had not been out to the site; is that right?
A **That is correct.**
Q So what do you base your conclusion -- on what do you base your conclusion that the drain system didn't contribute to the leakage?
A **That was the purpose of the drain system, to hold the waters, intercept and prevent the water from leaking into the building, and the drain system was to receive and convey the water once the water gets to that point. So if water traveled, find it's way into the building, then it is the intercepting mechanism gave way.**
Q Did you do any testing to determine whether the drain system contributed to the leaks in any way?
A **No, I did not.**
Q And you know that the drain system allowed approximately two and a half inches of water to stand on the deck?
A **Correct.**
MR. SONNESYN: Objection, speculation.
Q (By Mr. Stepan.) Is that right?



A **Understood that.**
Q And the two and a half inches of water on the deck was a result of the type of drain that was selected; isn't that right?
A **I don't know whether I can say it was because of the type of the drain that was selected. It was a result of the assembly and the restrictions of that, that you cannot drill through the flanges or collar of that drain assembly.**
Q When you say drain assembly, what are you referring to?
A **The Fat Max.**
Q So the use of a Fat Max drain assembly on this project resulted in the two and a half inches of water on the deck; is that right?
A **In this particular case, we can say that, but I don't know about other drain assemblies might have similar restriction.**
Q But that's true in this case, the Fat Max caused there to be two and a half inches of water?
A **The connection of the Fat Max to the PVC pipe.**
Q As part of your work on this case, have you had an opportunity to look at any of the literature from the waterproofing manufacturer?
A **I have not had.**
Q Have you seen any installation instructions from the



waterproofing manufacturer on this case?
A **No, I have not.**
Q Have you seen the subcontract that J-Berd Mechanical entered into for this project?
A **I have seen it and browsed through it quickly.**
Q Have you seen any other contract for this project?
A **No, I have not.**
Q Were you hired to analyze the general contractor's role in this project?
A **No.**
Q Did you look at any of the architectural drawings for this project?
A **I was given a set of architectural drawings. I didn't spend a lot of time with it. My intent was to locate mechanical drawings and look at the plaza drain layout.**
Q Would the drainage at this site have been helped if the concrete deck had been sloped to the drains?
A **Not really.**
Q Why is that?
A **The drainage of the site depends on the grade or soil up on the top. Down at the bottom, the sloping of the precast panels or deck, the only thing that could have done is to reduce the amount of water that is held at the bottom.**
Q I'm sorry. Were you finished, or if you have more, go