**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JEL/JGL

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

---

**Attached hereto is Exhibit B is a true and correct copy of the cited pages from the Deposition of Chad Filek, taken on October 24 and 25, 2003.**

Page 101

field supplied the vertical pipe.
MR. HULL: Who supplied that?
A The grate was supplied by Sioux Chief with the plaza deck drain.
MR. HULL: Who supplied the pipe?
A We did, field supplied.
BY MR. STEPAN, CONTINUING:
Q What does that mean, field supplied?
A We got the length of pipe from the wholesaler and cut it on the site and installed it.
Q Was the pipe perforated when you got it, or did you have to put the holes into the pipe?
A We perforated it.
Q You have the concrete and the precast deck, and you have to drill, core drill the holes. You said you did that work yourself?
A Correct.
Q Do you know, were the precast decks sloped at all?
A No.
Q Have you worked with precast decks before?
A Yes.
Q Is that something you typically see, the decks would be sloped towards the drains?
A A precast is not sloped, it's flat.
Q Have you ever seen a system where the precast has

Page 102

been installed, so you get a slope to the drain?
MS. HEYER: Are you talking before this project?
MR. STEPAN: Yes.
A Not with precast.
Q Do you know of any way to create a slope with the precast?
MR. BYE: Object as vague.
A With the concrete itself?
BY MR. STEPAN, CONTINUING:
Q So the deck is sloped?
MS. HEYER: Objection, foundation.
A With other materials other than the precast, yes.
BY MR. STEPAN, CONTINUING:
Q What other materials did you use?
A Insulation, concrete.
Q As far as you know, this deck was left flat?
A Yes, it was.
Q That cause you any concern?
A My design was the drain and the pipe.
Q Wasn't your issue to worry about?
A We didn't design the rest of the system, so --
Q You say your design was the pipe and the -- you used the terms your sign. What was your design?
A Design is what I mean is, off the mechanical plan, we

Page 103

were to install the deck drain, and the pipe, and a riser with the grate, and that's what we did.
Q So you bore the hole. Is there any detail work or anything done to that hole before the drain is set in it?
A No.
Q Is there a drain set in the hole?
A Yes.
Q And then is when the waterproofer comes in and does their membrane work and clamps the membrane into the drain?
A Correct.
Q Then you come in with the pipe, set it in there, and then after the fill comes in, and you put the grate on top?
A Correct.
Q Are you aware that there is about two inches on the deck where there are no perforations, water can't get to the drain?
A Yes.
MS. HEYER: Objection, vague.
BY MR. STEPAN, CONTINUING:
Q And you're aware at the time when you are assembling this drain in the deck and the drain at the top, that there was going to be a two-inch spot on the deck

Page 104

where water was not going to be able to get to the perforations of the drain?
A Yes.
Q Was that an issue discussed with anybody on site?
A Nothing was brought up about it.
Q Why was there a two inches where water was simply not going to drain off the deck, how did that result?
A That's where the vertical pipe glued into the drain. That's at the plaza level.
MS. HEYER: At the plaza level?
A At the precast level.
BY MR. STEPAN, CONTINUING:
Q Is there any way -- could you have set the drain down so it was flush in the deck? And by flush means there is not that two inches?
A No.
Q Why not?
A They would never have been able to hook the membrane up.
Q Showing you what's been marked as Exhibit 323, photograph, picture is one of the plaza areas, the precast deck. And appears to be one of the holes that you would have bored into the deck. And by looking at this picture, is that the deck drain there?