**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2004, I caused the following documents:

1. Waterproofing by Expert's Memorandum of Law in Opposition to ESG Motion in Limine;
2. Waterproofing by Expert's Memorandum of Law in Opposition to J-Berd's Motions in Limine;
3. Waterproofing by Expert's Memorandum of Law in Opposition to Promenade Village Townhomes, LLC's Motion in Limine
4. Affidavit of Mark S. Brown

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

G. John Veith
Brown & Carlson, P.A.
jveith@brownandcarlson.com

Daniel Austin Beckman
Gislason & Hunter, LLP
dbeckman@gislason.com

Leo I Brisbois
Stich, Angell, Kreidler, et al.
lbrisbois@stichlaw.com

Steven E Rau
Flynn & Gaskins
srau@flynngaskins.com

Chad Stepan
Meagher & Geer
cstepan@meagher.com

Roger C Justin
Rinke-Noonan
rjustin@rnoon.com

Rolf E Sonnesyn
Tomsche, Sonnesyn & Tomsche, P.A.
rsonnesyn@tstlaw.com

Dean Beard Thomson
Fabyanske, Westra & Hart
dthomson@fwhlaw.com

William Dennis Hull
Coleman, Hull & Van Vliet, PLLP
wdhull@chvv.com

Patrick D Reilly
Erstad & Reimer, P.A.
preilly@erstad.com

Jonathan M Bye
Lindquist & Vennum
jbye@lindquist.com

Andrea E Reisbord
Cousineau, McGuire & Anderson Chartered
aer@cousineaulaw.com

Benjamin B Bohnsack
bbohnsack@erstad.com

Steve W Gaskins
sgaskins@flynngaskins.com

Mark A Gwin
mag@cousineaulaw.com

David Fulton Herr
david.herr@maslon.com

Chandelle L Heyer
cheyer@tstlaw.com

Jocelyn Lorna Knoll
jknoll@fwhlaw.com

Timothy B Kohls
tkohls@fredlaw.com

James Duffy O'Connor
james.oconnor@maslon.com

Joseph G Springer

jspringer@fredlaw.com

Robert T Stich
rstich@stichlaw.com

**Notice will not be electronically mailed to:**

Brian Baumgartner
Not admitted

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: September 17, 2004

IVERSON REUVERS, LLC

By s/Mark S. Brown
Mark S. Brown, #2226774
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952 548-7200