**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

**AFFIDAVIT OF STEVEN E. RAU IN SUPPORT OF DEFENDANT PROMENADE VILLAGE TOWNHOMES, L.L.C.'S MEMORANDA OF LAW TO *DAUBERT* AND IN *LIMINE* MOTIONS**

Cross-Claimant,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and

Chris Craft Industrial Products, Inc.,

| | |
|---|---|
| Fourth-Party Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third-Party Defendant and<br>Fourth-Party Plaintiff, | )<br>) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

---

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) | ss. |
| COUNTY OF HENNEPIN | ) | |

Steven E. Rau, being duly sworn, deposes and states as follows:

1. I am an attorney licensed to practice law in the state of Minnesota and have been so licensed since October of 1983.

2. I am counsel of record for Defendant Promenade Village Townhomes, L.L.C. ("Promenade"), the former owner of the apartment complex that is the subject of this litigation.

3. I make this affidavit in support of Defendant Promenade Village Townhomes, L.L.C.'s Memorandum of Law in Opposition to Defendant and Third-Party Plaintiff Weis Builders, Inc.'s Motions in Limine.

4. Attached to this Affidavit as Exhibit A is a true and correct copy of a January 27 Memorandum drafted by Lisa Dahl.

5. Attached to this Affidavit as Exhibit B is a true and correct copy of a 10/08/02 Promenade Water Leaks Chart for 2002.

6. Attached to this Affidavit as Exhibit C is a true and correct copy of a 10/08/02 Promenade Water Leaks Chart for 2001 & 2002.

7. Attached to this Affidavit as Exhibit D is a true and correct copy of a Promenade Oaks Townhomes, Water Leak Summary by Year, 1997- October 8, 2002.

8. Attached to this Affidavit as Exhibit E are true and correct copies of excerpts from the June 2, 2003 Deposition of Terry Weiderhoft.

9. Attached to this Affidavit as Exhibit F is a true and correct copy of Robert J. Strachota's curriculum vitae.

10. Attached to this Affidavit as Exhibit G are true and correct copies of excerpts from the August 27, 2003 Deposition of Robert J. Strachota.

11. Attached to this Affidavit as Exhibit H are true and correct copies of excerpts from the August 26, 2003 Deposition of David Campbell (Vol. I).

12. Attached to this Affidavit as Exhibit I is a true and correct copy of the curriculum vitae of David W. Campbell.

13. Attached to this Affidavit as Exhibit J are true and correct copies of excerpts from the November 20, 2002 deposition of Patrick Carpenter (Vol. I).

14. Attached to this Affidavit as Exhibit K is a true and correct copy of CETCO literature, Exhibit No. 206 to the deposition of John Wiegand.

15. Attached to this Affidavit as Exhibit L is a true and correct copy of Weis' Amended Answers to Promenade's Request for Admissions and Interrogatory dated January 23, 2003.

16. Attached to this Affidavit as Exhibit M is a true and correct copy of David Campbell's expert report.

17. Attached to this Affidavit as Exhibit N is a true and correct copy of a photograph, Exhibit No. 115 to the deposition of John Feges, bates no. ESG00625.

18. Attached to this Affidavit as Exhibit O are true and correct copies of excerpts from the October 14, 2003 deposition of Robert Kudder (Vol. I).

FURTHER YOUR AFFIANT SAYETH NOT except that this affidavit is made in support of Promenade Village Townhomes, L.L.C.'s Memoranda of Law in Opposition to *Daubert* and In *Limine* Motions.

Dated: September 17, 2004

*s/Steven E. Rau* ______________________
Steven E. Rau

Subscribed and sworn to before me this
17th day of September, 2004.

*s/RaVonne L. Vizenor*________________
Notary Public

My Commission Expires Jan. 31, 2005