# EXHIBIT A

PMR FROM LEAKS: 1 unit Retaining walls

| | Leaks 7/99 | Leaks after repairs done | % reduction |
|---|---|---|---|
| Bldgs 1+2+3 | 40 | 24 actual | 40% solved |
| Bldgs 4+5+6 | 60 | 36 estimate @ | 40% Solved |
| | 100 | 60 | |

Based on Bldgs 1, 2 & 3 status we estimate that after our current construction plan is completed, 60 leaks will remain.

cc AMK

[signature] 1/27

DEPOSITION EXHIBIT 610
Weidenkopf
1-7-03 MRH

# EXHIBIT B

DEPOSITION EXHIBIT 616
WEIDERHOFT
6-2-03 MPA

10/8/02 10:35

Promenade Water Leaks
Per-Terry Wiederhoft

| Bldg | Unit | Stair Tower A/C | Stair Tower B | Exterior Walls | Garage Ceiling A/C | Garage Ceiling B | Garage Stalls Walls A/C | Garage Stalls Walls B | Water Valve Room | Garage Pass Thru | Garage Door | Trashroom 1/2 llak | Plaza End Walls | TOTAL[4] 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 216&222 | | | 1 | 2 | 6 | 6 | 1 | | | 1 | 1 | 1 | 21 |
| 2 | | | 1 | | | 6 | 1 | 2 | 1 | | | 1 | | 12 |
| 3 | 115&117 | 1 | | 1 | 1 | 3 | 1 | 1 | | | 1 | | | 11 |
| 4 | | | | | 3 | 3 | 6 | 4 | | 1 | | | | 17 |
| 5 | | | | | 1 | 7 | 4 | 2 | | 3 | | | | 17 |
| 6 | 115 | | | 1 | | | | 9 | | | 1 | | 2 | 14 |
| TOTAL: | 5 | 1 | 1 | 3 | 7 | 25 | 18 | 19 | 1 | 4 | 3 | 2 | 3 | 92 |

[4] Total Leaks over 3/13/02,4/10/02,5/8/02,6/7/02, 6/21/02, 7/11/02,8/5/02,8/21/02,9/5/02



Promenade Oaks.
LEXINGTON AVENUE
NORTHWOOD DRIVE
YANKEE DOODLE ROAD
PROMENADE AVENUE
CLUB HOUSE
NORTH
Site plan is artist's rendition and is subject to change.

# EXHIBIT C

DEPOSITION EXHIBIT 418
Wiederhoft
6-2-03 mrd

10/8/02 10:29

Promenade Water Leaks
Per-Terry Wiederhoft

| Bldg | Unit | Stair Tower A/C | Stair Tower B | Exterior Walls | Garage Ceiling A/C | Garage Ceiling B | A/C Garage Stalls Walls | B Garage Stalls Walls | Water Valve Room | Garage Pass Thru | Garage Door | Trashroom 1/2 link | Plaza End Walls | TOTAL* 2001 & 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 216&222 | 5 | | 2 | 7 | 5 | 6 | 1 | | | 1 | 1 | | 30 |
| 2 | | | 1 | | 2 | 7 | 3 | 1 | 1 | | | 1 | | 16 |
| 3 | 115 & 117 | 2 | | 2 | 1 | 3 | 1 | 1 | | | 1 | | | 13 |
| 4 | | 4 | | | 4 | 5 | 7 | 1 | | 1 | | | | 22 |
| 5 | | 3 | | 3 | 4 | 8 | 5 | 4 | | 3 | 1 | | | 31 |
| 6 | 115 | | | 2 | 3 | 1 | | 9 | | | 1 | | 2 | 19 |
| TOTAL: | 5 | 14 | 1 | 9 | 21 | 29 | 22 | 17 | 1 | 4 | 4 | 2 | 2 | 131 |

Highlighted areas have had corrections made since the 8/7 report.

* Total Leaks over 1/8/01; 3/6/01; 3/21/01; 4/7/01; 4/23/01; 6/13/01; 9/7/01, 9/25/01, 11/25/01,3/13/02,4/10/02,5/8/02,6/7/02 6/21/02,7/11/02,8/5/02,8/21/02,9/5/02

cc: Tom Healey, Peter Ramme, Lisa Dahl, Ann Kimball, Greg Ribich, Carolyn Roby




*Site plan is artist's rendition and is subject to change.*

PROMENADE OAKS
WATER LEAK UPDATE
October 7, 2002

| UNIT | | MAP CODE | LOCATION | Rain -1" 9/7/01 | Rain 1" 9/25/01 | Rain 1.5" 11/25/01 | Snow thaw 3/13/02 | Rain -1" 4/10/02 | Rain 1+" 5/8/02 | Rain 2.5+" 6/7/02 | Rain 3-4" 6/21/02 | Rain 1.5" 7/11/02 | Rain 3.5-4" 8/5/02 | Rain 4" 8/21/02 | Rain 4" 9/5/02 | Rain 3-4" 10/4/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bldg 1 | | | | | | | | | | | | | | | | |
| 201 | Garage Ceiling | 4 | A/C side | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| Trash Room | | 5 | B side | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| Garage Door | | 43 | 1/2 Link | Leaking | Dry | Leaking | Dry | Leaking - back door | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| Garage Stall | 1 | 54 | A/C side | Dry | Dry | Dry | Leaking | Dry | Leaking | Leaking | Leaking | Dry | Leaking | Dry | Dry | Leaking |
| Drive Lane 232/234 | Garage Ceiling | 61 | A/C side | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| Garage Stall | 1 support pillar | 62 | A/C side | Leaking | Leaking | Dry | Dry | Leaking | Leaking | Dry | Dry | Leaking | Dry | Leaking | Leaking | Dry |
| North Garage Wall | | 67 | A/C side | Dry | Leaking | Dry | Leaking | Leaking | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| Unit 222 | Kitchen Wind. | 73 | B side | Dry | Dry | Dry | Leaking | Dry | Leaking | Dry | Dry | Dry | Leaking | Dry | Leaking | Dry |
| Drive Lane 228/230 | Garage Ceiling | 74 | B side | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| Drive Lane 208/210 | Garage Ceiling | 75 | B side | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| Drive Lane 216/218 | Garage Ceiling | 76 | B side | Dry | Dry | Dry | Leaking | Dry | Leaking | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| Garage Stall 12 | | 87 | B side | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| Drive Lane 212/214 | Garage Ceiling | 91 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| Drive Lane 220/222 | Garage Ceiling | 92 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| Garage Stall | 54 | 93 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| Unit 216 | Kitchen Wind. | 108 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Leaking | Leaking |
| Garage Stall | 2 | 111 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Dry | Dry | Leaking |
| Garage Stall | 2 -support pillar | 118 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Dry |
| Drive Lane 224/226 | Garage Ceiling | 119 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| Garage Stall 59 | Garage Ceiling | 130 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking |
| East Garage Wall | Door | 131 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking |
| Bldg. 1 | | | | | | | | | | | | | | | | |
| Subtotal | 21 | | | 3 | 3 | 3 | 7 | 4 | 7 | 5 | 11 | 4 | 6 | 10 | 12 | 13 |
| 2002 total | 21 | | | | | | | | | | | | | | | |
| Difference | 0 | | | | | | | | | | | | | | | |

HRC 34564

| | UNIT | | MAP CODE | LOCATION | Rain -1" 9/7/01 | Rain 1" 9/25/01 | Rain 1.5" 11/25/01 | Snow thaw 3/13/02 | Rain -1" 4/10/02 | Rain 1+" 5/8/02 | Rain 2.5+" 6/7/02 | Rain 3-4" 6/21/02 | Rain 1.5" 7/11/02 | Rain 3.5-4" 8/5/02 | Rain 4" 8/21/02 | Rain 4" 9/5/02 | Rain 3-4" 10/4/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bldg 2 | | | | | | | | | | | | | | | | |
| | Trash Room | | 13 | 1/2 link | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | 202 | Stair Tower | 15 | B side | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Water Valve Room | | 44 | B side | Leaking | Leaking | Leaking | Leaking | Damp | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Drive Lane 216/218 | Garage Ceiling | 45 | B side | Leaking | Leaking | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Drive Lane 212/214 | Garage Ceiling | 68 | B side | Dry | Leaking | Dry | Leaking | Dry | Leaking | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| | Drive Lane 220/222 | Garage Ceiling | 71 | B side | Dry | Dry | Leaking | Leaking | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| | Drive Lane 204/206 | Garage Ceiling | 77 | B side | Dry | Dry | Dry | Leaking | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Drive Lane 224/226 | Garage Ceiling | 78 | B side | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 52 | | 83 | B side | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Drive Lane 208/210 | Garage Ceiling | 94 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| | Stall 54 | Garage Wall | 95 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| | Garage Stall | .16 | 120 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| Bldg. 2 | | | | | | | | | | | | | | | | | |
| Subtotal | 12 | | | | 3 | 4 | 3 | 7 | 4 | 6 | 3 | 7 | 3 | 3 | 7 | 7 | 7 |
| 2002 total | 12 | | | | | | | | | | | | | | | | |
| Difference | 0 | | | | | | | | | | | | | | | | |

| | UNIT | | MAP CODE | LOCATION | Rain -1" 9/7/01 | Rain 1" 9/25/01 | Rain 1.5" 11/25/01 | Snow thaw 3/13/02 | Rain -1" 4/10/02 | Rain 1+" 5/8/02 | Rain 2.5+" 6/7/02 | Rain 3-4" 6/21/02 | Rain 1.5" 7/11/02 | Rain 3.5-4" 8/5/02 | Rain 4" 8/21/02 | Rain 4" 9/5/02 | Rain 3-4" 10/4/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bldg 3 | | | | | | | | | | | | | | | | |
| | 115 | Unit - Lvg/Kit | 16 | A/C side | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | 217/215 | Garage Ceiling | 17 | A/C side | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 10/11 (unit 208/210) | Garage Ceiling | 46 | B side | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stall 19 (230/232) | Exterior Wall | 48 | B side | Leaking | Leaking | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Drive Lane 228/230&224/226 | Garage Ceiling | 63 | B side | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| | Garage Door Wall | | 79 | | Dry | Dry | Dry | Leaking | Damp | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 17 | Behind Elec Meters | 84 | A/C side | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 18 wall exterior | Gas Bank Meter | 89 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Block wall around 101 | Stair Tower | 90 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Dry | Dry | Dry | Leaking | Leaking |
| | Stall 9 | Pillar | 112 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Drive Lane 220/222 | Garage Ceiling | 121 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| | 117 | Unit-Door Thres. | 132 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking |
| Bldg. 3 Subtotal | 12 | | | | 3 | 2 | 2 | 2 | 5 | 1 | 4 | 6 | 4 | 4 | 6 | 7 | 8 |
| 2002 total | 12 | | | | | | | | | | | | | | | | |
| Difference | 0 | | | | | | | | | | | | | | | | |



HRC 34566

| | UNIT | | MAP CODE | LOCATION | Rain -1" 9/7/01 | Rain 1" 9/25/01 | Rain 1.5" 11/25/01 | Snow thaw 3/13/02 | Rain -1" 4/10/02 | Rain 1+" 5/8/02 | Rain 2.5+" 6/7/02 | Rain 3-4" 6/21/02 | Rain 1.5" 7/11/02 | Rain 3.5-4" 8/5/02 | Rain 4" 8/21/02 | Rain 4" 9/5/02 | Rain 3-4" 10/4/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bldg 4 | | | | | | | | | | | | | | | | |
| | 73/74 | Garage Walls | 22 | A/C side | Dry | Dry | Dry | Dry | Damp | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 69 & 70 | Garage Ceiling | 23 | A/C side | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | 119/121 | Garage Walls | 25 | A/C side | Dry | Dry | Dry | Dry | Damp | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 50 & 51 | Garage Ceiling | 28 | A/C side | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 45 | Garage Ceiling | 29 | A/C side | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Garage Pass Thru | | 49 | | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Drive lane 202/204 | Garage Ceiling | 64 | B side | Leaking | Leaking | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Drive lane 230/232 | Garage Ceiling | 69 | B side | Dry | Leaking | Leaking | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| | Drive lane 222/224 | Garage Ceiling | 70 | B side | Dry | Leaking | Leaking | Leaking | Dry | Dry | Dry | Leaking | Dry | Dry | Leaking | Leaking | Leaking |
| | Stall 7 | Garage Walls | 85 | B side | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Garage Stall 61 | Block Wall | 88 | A/C side | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Drive Lane 234/236 | Garage Ceiling | 96 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stall 47 | Garage Wall | 97 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| | Stalls 43/44 | Garage Wall | 98 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| | Stall 38 | Garage Wall | 99 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| Bldg. 4 | | | | | | | | | | | | | | | | | |
| Subtotal | 15 | | | | 1 | 3 | 3 | 1 | 4 | 5 | 0 | 7 | 2 | 2 | 4 | 4 | 4 |
| 2002 total | 14 | | | | | | | | | | | | | | | | |
| Difference | 1 | | | | | | | | | | | | | | | | |

| | UNIT | | MAP CODE | LOCATION | Rain -1" 9/7/01 | Rain 1" 9/25/01 | Rain 1.5" 11/25/01 | Snow thaw 3/13/02 | Rain -1" 4/10/02 | Rain 1+" 5/8/02 | Rain 2.5+" 6/7/02 | Rain 3-4" 6/21/02 | Rain 1.5" 7/11/02 | Rain 3.5-4" 8/5/02 | Rain 4" 8/21/02 | Rain 4" 9/5/02 | Rain 3-4" 10/4/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bldg 5. | | | | | | | | | | | | | | | | |
| | 227/229 | Garage Ceiling | 34 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry. | Leaking | Dry | Dry | Dry |
| | 221/224 | Garage Ceiling | 35 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry |
| | Stall 31 (206/208) | Garage Ceiling | 50 | B side | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Dry | Leaking | Leaking | Dry | Dry | Dry |
| | Drive lane 210 | Garage Ceiling | 65 | B side | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Drive lane 228/230 | Garage Ceiling | 66 | B side | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Leaking | Leaking |
| | Garage Stall 61 | Pillar | 80 | A/C side | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Garage Stall 67 | Garage Wall | 81 | A/C side | Dry | Dry | Dry | Leaking | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Lobby Carpet Wet | Garage Pass Thru | 100 | | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Garage Wall Stall 30 | Garage Gas Meters | 101 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| | Drive Lane 220/222 | Garage Ceiling | 102 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Leaking | Leaking | Leaking | Leaking |
| | Drive Lane 232 | Garage Ceiling | 103 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Leaking | Leaking |
| | Drive Lane 236/238 | Garage Ceiling | 104 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Leaking | Dry |
| | Garage Stall 68 | Pillar | 113 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| | Drive Lane 224/226 | Garage Ceiling | 117 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking |
| | Lobby -ground floor | Ceiling vent | 122 | | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| | Garage Pass Thru | Hallway | 123 | | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| | Garage Stall | 31 | 124 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| | Garage Stall | 14 - Pillar | 125 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| | Garage Stall | 56/57 | 126 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking |
| | Garage Stall 66 | Garage Wall | 127 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry |
| | Garage Stall | 3 & 4 | 133 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking |
| Bldg. 5 | | | | | | | | | | | | | | | | | |
| Subtotal | 21 | | | | 2 | 0 | 0 | 2 | 0 | 2 | 2 | 8 | 3 | 7 | 9 | 13 | 12 |
| 2002 total | 20 | | | | | | | | | | | | | | | | |
| Difference | 1 | | | | | | | | | | | | | | | | |

5

HRC 34568

| | UNIT | | MAP CODE | LOCATION | Rain -1" 9/7/01 | Rain 1" 9/25/01 | Rain 1.5" 11/25/01 | Snow thaw 3/13/02 | Rain -1" 4/10/02 | Rain 1+" 5/8/02 | Rain 2.5+" 6/7/02 | Rain 3-4" 6/21/02 | Rain 1.5" 7/11/02 | Rain 3.5-4" 8/5/02 | Rain 4" 8/21/02 | Rain 4" 9/5/02 | Rain 3-4" 10/4/02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bldg 6 | | | | | | | | | | | | | | | | |
| | Garage Wall | East End | 38 | | Leaking | Leaking | Dry | Leaking | Dry | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stall 24/25 (230/232) | Exterior Wall | 52 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| | Garage Door | | 53 | Plaza End | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Plaza Wall | West End | 72 | | Dry | Dry | Leaking | Dry | Wet | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry |
| | Stall 28 | Garage gas meters | 105 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Dry | Dry |
| | Stalls 20/21 | Garage Wall | 106 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry | Dry | Dry | Leaking | Dry |
| | Unit 115 | Bedroom | 107 | A/C side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Dry |
| | Stall 31 | Garage Stall | 109 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stalls 21 | Garage Stall | 110 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stall 26 | Garage Stall | 114 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stall 23 | Garage Stall | 115 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stall 22 | Garage Stall | 116 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Leaking | Leaking | Leaking | Leaking |
| | Stall 19 | Garage Wall | 128 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry |
| | Stall 24/25 (230/232) | Garage Wall | 129 | B side | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Dry | Leaking | Dry |
| Bldg. 6 | | | | | | | | | | | | | | | | | |
| Subtotal | 14 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 5 | 8 | 8 | 8 | 11 | 7 |
| 2002 total | 14 | | | | | | | | | | | | | | | | |
| Difference | 0 | | | | | | | | | | | | | | | | |
| All Bldgs. | | | | | | | | | | | | | | | | | |
| Total | 95 | | | | 14 | 14 | 13 | 21 | 19 | 23 | 16 | 44 | 24 | 30 | 44 | 54 | 51 |
| 2002 total | 3 | | | | | | | | | | | | | | | | |
| Difference | 92 | | | | | | | | | | | | | | | | |

Note: Total number of leaks changed due to removal of all leaks prior to 9/7/01 that are no longer leaking.



HRC 34569

# EXHIBIT D

DEPOSITION EXHIBIT 617

**Promenade Oaks Townhomes**
**Water Leak Summary by Year**
**1997 - October 8, 2002**

1997

| Building # | Unit | Stairtower | Garage Level | Total |
|---|---|---|---|---|
| 1 | 18 | 8 | Not Available | 26 |
| 2 | 15 | 2 | Not Available | 17 |
| 3 | 0 | 3 | Not Available | 3 |
| 4 | 19 | 15 | Not Available | 34 |
| 5 | 24 | 5 | Not Available | 29 |
| 6 | 1 | 2 | Not Available | 3 |
| | 77 | 35 | 0 | 112 |

1998

| Building # | Unit | Stairtower | Garage Level | Total |
|---|---|---|---|---|
| 1 | 6 | 9 | 12 | 27 |
| 2 | 8 | 6 | 7 | 21 |
| 3 | 5 | 13 | 9 | 27 |
| 4 | 4 | 8 | 12 | 24 |
| 5 | 7 | 15 | 12 | 34 |
| 6 | 4 | 0 | 8 | 12 |
| 21 | 34 | 51 | 60 | 145 |

1999

| Building # | Unit | Stairtower | Garage Level | Total |
|---|---|---|---|---|
| 1 | 4 | 2 | 16 | 22 |
| 2 | 0 | 2 | 12 | 14 |
| 3 | 2 | 1 | 16 | 19 |
| 4 | 0 | 5 | 12 | 17 |
| 5 | 1 | 2 | 26 | 29 |
| 6 | 2 | 2 | 16 | 20 |
| | 9 | 14 | 98 | 121 |

2000

| Building # | Unit | Stairtower | Garage Level | Total |
|---|---|---|---|---|
| 1 | 1 | 3 | 27 | 31 |
| 2 | 1 | 3 | 17 | 21 |
| 3 | 1 | 0 | 10 | 11 |
| 4 | 0 | 6 | 22 | 28 |
| 5 | 1 | 5 | 39 | 45 |
| 6 | 1 | 3 | 16 | 20 |
| | 5 | 20 | 131 | 156 |

2001

| Building # | Unit | Stairtower | Garage Level | Total |
|---|---|---|---|---|
| 1 | 0 | 5 | 13 | 18 |
| 2 | 0 | 0 | 9 | 9 |
| 3 | 1 | 1 | 4 | 6 |
| 4 | 0 | 4 | 12 | 16 |
| 5 | 0 | 3 | 12 | 15 |
| 6 | 0 | 0 | 8 | 8 |
| | 1 | 13 | 58 | 72 |

Through October 8, 2002

| Building # | Unit | Stairtower | Garage Level | Total |
|---|---|---|---|---|
| 1 | 2 | 0 | 19 | 21 |
| 2 | 0 | 1 | 11 | 12 |
| 3 | 2 | 1 | 8 | 11 |
| 4 | 0 | 0 | 17 | 17 |
| 5 | 0 | 0 | 17 | 17 |
| 6 | 1 | 0 | 13 | 14 |
| | 5 | 2 | 85 | 92 |

# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

File # 00-CV-987 JEL/JGL

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF TERRY WEIDERHOFT, taken pursuant to Notice and Agreement under the Rules of Civil Procedure for the District Courts of Minnesota, and taken at 33 South Sixth Street, Suite 4200, Minneapolis, Minnesota, and taken on the 2nd day of June, 2003, commencing at the hour of 9:09 a.m., before Martin R. Huber, a Notary Public in and for the County of Stearns, State of Minnesota.



* CAPTION CONTINUED *

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Third-Party Defendant and Fourth-Party Plaintiff,

vs.

Chris Craft, Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



I N D E X

EXAMINATION OF WITNESS: Page


Mr. Stepan . . . . . . . . . . . . . 6
Mr. Brown . . . . . . . . . . . . . 189
Mr. Hull . . . . . . . . . . . . . 223
Ms. Heyer . . . . . . . . . . . . . 227
Mr. Reilly . . . . . . . . . . . . 230
Ms. Reisbord . . . . . . . . . . . 232
Mr. Brisbois . . . . . . . . . . . 233
Mr. Hull . . . . . . . . . . . . . 238
Mr. Brown . . . . . . . . . . . . . 239


OBJECTION BY: Page


Mr. Rau . . . . . . . . . . . . . 44
Mr. Rau . . . . . . . . . . . . . 53
Mr. Reilly . . . . . . . . . . . . 82
Mr. Brown . . . . . . . . . . . . 82
Mr. Reilly . . . . . . . . . . . . 83
Mr. Reilly . . . . . . . . . . . . 108
Mr. Reilly . . . . . . . . . . . . 109
Mr. Reilly . . . . . . . . . . . . 157
Mr. Reilly . . . . . . . . . . . . 158
Ms. Heyer . . . . . . . . . . . . 172
Mr. Rau . . . . . . . . . . . . . 181
Mr. Gaskins . . . . . . . . . . . 203
Mr. Hull . . . . . . . . . . . . . 203
Mr. Gaskins . . . . . . . . . . . 205
Mr. Gaskins . . . . . . . . . . . 206
Mr. Gaskins . . . . . . . . . . . 208
Mr. Gaskins . . . . . . . . . . . 213
Mr. Hull . . . . . . . . . . . . . 217
Mr. Brown . . . . . . . . . . . . 224
Mr. Stepan . . . . . . . . . . . . 224
Mr. Brown . . . . . . . . . . . . 226
Mr. Hull . . . . . . . . . . . . . 230
Mr. Gaskins . . . . . . . . . . . 231
Mr. Gaskins . . . . . . . . . . . 233
Mr. Stepan . . . . . . . . . . . . 237
Mr. Gaskins . . . . . . . . . . . 239
Mr. Hull . . . . . . . . . . . . . 241
Mr. Gaskins . . . . . . . . . . . 241




DEPOSITION EXHIBITS Page


Exhibit 596 marked . . . . . . . . 49
Exhibit 597 marked . . . . . . . . 50
Exhibit 598 marked . . . . . . . . 53
Exhibit 599 marked . . . . . . . . 57
Exhibit 600 marked . . . . . . . . 58
Exhibit 601 marked . . . . . . . . 80
Exhibit 602 marked . . . . . . . . 84
Exhibit 603 marked . . . . . . . . 86
Exhibit 604 marked . . . . . . . . 88
Exhibit 605 marked . . . . . . . . 102
Exhibit 606 marked . . . . . . . . 104
Exhibit 607 marked . . . . . . . . 106
Exhibit 608 marked . . . . . . . . 111
Exhibit 609 marked . . . . . . . . 115
Exhibit 610 marked . . . . . . . . 122
Exhibit 611 marked . . . . . . . . 123
Exhibit 612 marked . . . . . . . . 124
Exhibit 613 marked . . . . . . . . 126
Exhibit 614 marked . . . . . . . . 127
Exhibit 615 marked . . . . . . . . 130
Exhibit 616 marked . . . . . . . . 137
Exhibits 617-620 marked . . . . . 137
Exhibit 621 marked . . . . . . . . 152
Exhibits 622-624 marked . . . . . 156
Exhibit 625 marked . . . . . . . . 164
Exhibit 626 marked . . . . . . . . 164
Exhibit 627 marked . . . . . . . . 166
Exhibit 628 marked . . . . . . . . 169
Exhibit 629 marked . . . . . . . . 183
Exhibit 630 marked . . . . . . . . 184

holes?
A He probably looked at inspection reports, but I don't remember telling him specifically where to dig.
Q Were you on site when he had test holes dug?
A No.
Q Did you ever come out and visit him at any time when he had test holes dug?
A No.
Q Did you ever talk to him about the test holes that he had dug?
A No.
Q The only time you have talked to Mr. Campbell at the site, early part of 2002, and when he came out to the site in the fall of 2002?
A Yes.
(WHEREUPON, Weiderhoft Deposition Exhibit 616 was marked for identification by the court reporter.)
Q I'm going to show you what has been marked as Exhibit 616, a two page Exhibit. The first page looks like one of those charts for the water leaks, dated October 8th, 2002. Please take a look at that.
A (Witness examines document.)
(WHEREUPON, Weiderhoft Deposition Exhibits 617, 618, 619, and 620 were marked for identification



by the court reporter.)
(WHEREUPON, a short recess was taken.)
Q Mr. Weiderhoft, I just put in front of you Exhibit 616. Is that a chart of the leaks that you put together?
A Yes.
Q Is that the last leaks summary that you put together?
A I'm not absolutely sure. It could be.
Q Let me show you what's been marked as Exhibit 617. Keep that one handy, we will get back to it. 617 is a one page document, and appears to be kind of a recap of the leaks over the years from up until 2002; isn't that right?
A Yes.
Q Is that something you put together?
A I don't know.
Q Is that something you would have on staff compile summaries of the leak reports?
A Yes.
Q Be fair to say the numbers that are on there from the leak reports you put together?
A I believe so.
Q The 616, that is just leaks for 2002; is that right?
A Yes. That date and that particular rainfall or at the time, yes.



Q So that's all the leaks that have been documented as of October 8th, 2002, at the Promenade; is that right?
A Yes.
Q For the year 2002?
A Yes.
Q And 618 is also October 8, 2002, it appears that's a total -- the leaks for 2001 are on that chart; is that right?
MR. REILLY: Is this still 616?
MR. STEPAN: 618.
THE WITNESS: Yes.
MR. STEPAN: 617 was the summary by year of the leaks.
MR. REILLY: Thanks.
BY MR. STEPAN, CONTINUING:
Q I'm going to show you marked as Exhibit 619, which is another summary starting 1998 coming up through June 21st, 2002, of the leaks. Would that be somebody on your staff would go through the leak reports and come up with that summary?
A Yes.
Q If I may swing round behind you here. Few questions I have with regard to all these. First off, as we look at 619 and 617. On Exhibit 619, as of June



21st, 2002, it's recorded to be three stair tower leaks in 2002; do you see that?
A Yes.
Q And then 617, which is October 8th, 2002, this is two stair tower leaks; do you see that?
A Yes.
Q Do you know why the discrepancy?
A The leak could have been repaired.
MR. RAU: Do you know why?
BY MR. STEPAN, CONTINUING:
Q Do you know why there is a discrepancy between these numbers?
A No.
Q Then if you take a look at 618, which is the total of 2001 and 2002; correct?
A Yes.
Q And that total looks to be 131 total leaks throughout the property from January 8th of 2001 up through 10-8-02; is that right?
A Yes.
Q All right. 617, leak summary, which goes through October 8th of 2002, the totals from 2001 and 2002 come up to be 164 leaks as opposed to 131 on Exhibit 618. Do you know why there is a discrepancy between those?

# EXHIBIT F

# QUALIFICATIONS OF ROBERT J. STRACHOTA

## BIOGRAPHICAL DATA AND EDUCATION

Born and raised in Milwaukee, Wisconsin. Graduated from Marquette University High School in Milwaukee. Relocated to the Twin Cities and graduated from the University of St. Thomas in St. Paul. Awarded a bachelor of arts degree in finance with honorable distinction. Holds a permanent membership in Delta Epsilon Sigma, a National College Honor Society. Awarded a master of business administration degree from the University of Minnesota. Awarded the distinguished alumni award by the University of St. Thomas for Corporate and Community Responsibility. Inducted into the College of Fellows in the Institute of Business Appraisers. Successfully completed numerous appraisal courses and seminars which have been sponsored by the Appraisal Institute, the Institute of Business Appraisers, the Minnesota Association of Professional Appraisers (MAPA), the American Society of Real Estate Counselors, the Hennepin County Bar Association, NAIOP, the American Institute of CPAs, and other professional groups.

## PROFESSIONAL QUALIFICATIONS OR ASSOCIATIONS

Counselor of Real Estate - American Society of Real Estate Counselors (CRE)
Member - Appraisal Institute (MAI) - Certified through December 31, 2007
Member - Institute of Business Appraisers (MCBA) (BVAL) (Fellow)
Industrial Organization Economist Associate - American Bar Association (ABA)
Member - National Association of Industrial and Office Properties - Minnesota Chapter (NAIOP)
Member - Urban Land Institute (ULI)
Member - Building Owners and Managers Association - Greater Minneapolis Chapter (BOMA)
Member - Commissioner of Commerce Task Force for Appraiser Licensing - 1990
NAIOP Judges Panel for Building Awards - 1996
Member - Lambda Alpha International - Honorary Land Economics Society

## CERTIFIED AND LICENSED APPRAISER

Licensed Appraiser - State of Minnesota, License #4000882, Expires August 31, 2003
Licensed Appraiser - State of Arizona, License #30727, Expires January 31, 2004
Licensed Appraiser - State of Wisconsin, License #585-010, Expires December 31, 2003
Licensed Appraiser - State of South Dakota, License #585CG-2003R, Expires September 30, 2003
Licensed Appraiser - State of Colorado, License #CG40027370, Expires December 31, 2005
Licensed Appraiser - State of Florida, License #RZ0002662, Expires November 30, 2004

## PROFESSIONAL EXPERIENCE

Shenehon Company, Shareholder, since October 1980; President since 1985.
Patchin Appraisals, Inc., Manager from February 1978 to September 1980.
Shenehon-Goodlund and Associates, Inc., Appraiser from May 1975 to February 1978.

Duties and Responsibilities: Prepare professional valuations and market analysis of real estate, business enterprises and intangible property rights. Assignments have involved numerous types of real estate properties and businesses. These assignments have included highest and best use studies, mortgage financing/recapitalization, condemnation, marriage dissolution, economic loss analysis, tax abatement proceedings, feasibility analysis, investment counseling, potential sales and purchases, lease and rental analyses, bankruptcy proceedings, charitable donations, internal management decisions, easements, special assessment appeals, allocation of purchase price, going public or private, lost profits analyses, estate planning, gift tax, ESOP/ESOT, rights-of-way, valuation of limited and general partner interests in real estate and business partnerships, and insurance indemnification. Teaching experience has been with the Board of Realtors in the University of Minnesota Extension and as an adjunct professor and lecturer at the University of St. Thomas and the University of Minnesota degree programs. Court experience involves testifying at various commission hearings, district courts, tax courts, and federal courts throughout the U.S. Writing experience includes numerous published articles in various local and national trade journals. Arbitration and commissioner experience involves acting as a court approved arbitrator, commissioner or magistrate on numerous real estate and business valuation disputes. Investment experience has involved a variety of business and real estate assets. Appraisal experience has been throughout the U.S. (over 25 states) and Canada.

## PARTIAL CLIENT LIST

3M Corporation
Allianz
American Express - IDS
AmeriPride Services
Bank of Montreal
Best Buy
Cargill
Catholic Charities
Citicorp
City of Minneapolis
CSM Corporation
Deutsche Bank Trust Company
Dominium Group
Dorsey & Whitney
Eaton Corporation
Equitable Life Insurance
Faegre & Benson
Federal Aviation Association
Federal Reserve Bank
First Chicago Bank
Firstar
GE Capital
Gerald Hines Interests
GMAC Mortgage
HUD
Harris Bank
Hennepin & Ramsey Counties
Internal Revenue Service
J.P. Morgan Bank
Kraus Anderson
Malt-O-Meal
Marquette Bank
Merrill Lynch-Hubbard
Metropolitan Airports Commission
Munsingwear
National Presto
Opus Group of Cos.
Pacific Gas & Electric
Principal Financial Group
Rahr Malting Company
REEF
Ryan Companies
San Diego Gas & Electric
Schmitt Music
SciMed Life Systems
SurModics
Target
United States Army
United States Fish & Wildlife
United States Justice Department
United States Post Office
University of Minnesota
University of St. Thomas
W.R. Grace Company
Walgreen Drug Stores
Waycrosse
Wells Fargo & Co.
Williams Energy Group
Xcel Energy
YMCA

DEPOSITION EXHIBIT 749
Strachota
8-27-03 MAH

## EXPERT TESTIMONY 2003 – ROBERT J. STRACHOTA

| JOB # | SUBJECT PROPERTY/BUSINESS CASE NAME | ATTORNEY/CLIENT | TRIAL/DEPOSITION | DATE |
|---|---|---|---|---|
| 02321 | Jerry's Enterprises<br>Minneapolis, MN | Lindsay Arthur | Deposition | 1/31/03 |
| 02279 | City of Brooklyn Park/Landowners<br>Brooklyn Park, MN | Corrine Thompson | Commissioner Hearing | 4/23/03 |
| 02321 | Jerry's Enterprises<br>Minneapolis, MN | Lindsay Arthur | Deposition | 6/20/03 |

# EXPERT TESTIMONY 2002 – ROBERT J. STRACHOTA

| JOB # | SUBJECT PROPERTY/BUSINESS CASE NAME | ATTORNEY/CLIENT | TRIAL/DEPOSITION | DATE(S) |
|---|---|---|---|---|
| 00037 | RIO BRAVO<br>Minneapolis, MN | Mark Savin | Condemnation Hearing | 2/22/02 |
| 98109-1 | BRECK SCHOOL<br>Minneapolis, MN | John Winston | Condemnation Hearing | 3/12/02 |
| 02052 | UNION PACIFIC<br>Utility Easement on Rail Road Property<br>Denver, CO | Jack Sperber | Immediate Possession Hearing | 5/10/02 |
| 00019 | EQUITY COMMERCIAL SERVICES INC.<br>Minneapolis, MN | Robert Salmen | Dissenting Shareholder Suit Deposition | 5/30/02 |
| 02004 | ORECK CONDEMNATION<br>Minneapolis, MN | Paul Zisla | Condemnation Hearing | 6/18/02 |
| 00019 | EQUITY COMMERCIAL SERVICES INC.<br>Minneapolis, MN | Robert Salmen | Dissenting Shareholder Suit Deposition | 7/23/02 |

| JOB # | SUBJECT PROPERTY/BUSINESS CASE NAME | ATTORNEY/CLIENT | TRIAL/DEPOSITION | DATE(S) |
|---|---|---|---|---|
| 02014 | Barton Supply Company<br>Denver, CO | Jack Sperber | Condemnation Deposition | 9/17/02 |
| 02279 | City of Brooklyn Park/Landowners<br>Brooklyn Park, MN | Corrine Thompson | Commissioner Hearings | Fall 2002 |
| 01036 | Windom Gables/Nicollet Village<br>Minneapolis, MN | Lee Frankman | Condemnation Hearing | 11/19/02 |

# EXPERT TESTIMONY 2000 - 2001 - ROBERT J. STRACHOTA

| JOB # | SUBJECT PROPERTY/BUSINESS CASE NAME | ATTORNEY/CLIENT | TRIAL/DEPOSITION | DATE(S) |
|---|---|---|---|---|
| 99070 | Reynolds Homes Inc. V. Edina Realty | Stanford Hill, Christopher R. Morris, Lynn Leegard | District Court Litigation | January 24-27 |
| 98202 | MCDA V. Opus Northwest LLC | Robert Tansey | Trial | April 26 |
| 00041 | Village of Shiloh V. Michael Barnes | Lisa Montague | Deposition | August 3 |
| 00061 | Condemnation by MNDOT - Hwy 100 | Bruce Malkerson | Trial | November 28 |
| 01064 | Hubbard V. CBS and Gannett | John Borger | Arbitration | May 9 & 10, 2001 |
| 97199 | National Auto Truck V. MNDOT | Brad Gunn | Deposition | November 26 & December 6 2001 |
| 00037 | Rio Bravo V. MCDA | Mark Savin | Trial | November 28 & 29, December 4 2001 |
| 01171 | Former Ceridian | Steven Wells | Deposition | November 12, 2001 |
| | City of Brooklyn Park V. Lero | Corrin Thompson | Commissioner | |

## EXPERT TESTIMONY 1999 - ROBERT J. STRACHOTA

| JOB # | SUBJECT PROPERTY/BUSINESS CASE NAME | ATTORNEY/CLIENT | TRIAL/DEPOSITION | DATE(S) |
|---|---|---|---|---|
| 98061 | W.G. ANDERSON<br>Minneapolis, Minnesota | Jeff Bonner<br>Bonner Dawson & Borhart | Trial | February 23-24 |
| 98075 | LEWIS<br>Minneapolis, Minnesota | Thomas Wilhelmy | State Tax Court | April 22-23 |
| 97123 | GATEWAY PARTNERSHIP<br>Stillwater, Minnesota | John Bannigan<br>Bannigan & Kelly | Commissioners Hearing | June 24-25<br>July 14-15 |
| 98227 | EAGLE CREEK<br>Shakopee, Minnesota | Phillip R. Krass<br>Krass Monroe | District Court Trial | June 29-30 |
| 98130 | SHOPS AT LYNDALE<br>Minneapolis, Minnesota | Robert Tansey<br>Robins Kaplan | District Court Trial | July 6-7 |
| 99121 | GIESE v. LANGSETH<br>Minneapolis, Minnesota | Robert Tansey<br>Robins Kaplan | Special Arbitration Judge | August 24 |
| 98055 | JOHN W. HINES PROPERTY<br>Minneapolis, Minnesota | John Bannigan<br>Bannigan & Kelly | Commissioners Hearing | September 14-16 |
| 98130 | SHOPS AT LYNDALE<br>Minneapolis, Minnesota | Robert Tansey<br>Robins Kaplan | District Court Trial | November 9-11 |

## EXPERT TESTIMONY 1998 - ROBERT J. STRACHOTA

| JOB # | SUBJECT PROPERTY/BUSINESS CASE NAME | ATTORNEY/CLIENT | TRIAL/DEPOSITION | DATE(S) |
|---|---|---|---|---|
| 97235 | GEORGE REILING PROPERTY<br>Lino Lakes, Minnesota | Judge Edward W. Bearse<br>Judge of District Court | Trial & Special Magistrate | January 13 |
| 97217 | RAW ESTATE | Michael L. Bowman<br>Internal Revenue Service | Federal Court Trial | February 3 |
| 95075 | PLEASURELAND, INC.<br>St. Cloud, Minnesota | James W. Hoolihan<br>Hollihan & Neils | District Court Trial | July 7 |
| 98058 | BEARPATH<br>Eden Prairie, Minnesota | Bruce Nimmer<br>Sienna Corporation | Commissioner Hearing | July 22-24 |
| 98155 | STEIN BUILDING<br>Brooklyn Park, Minnesota | Steven K. Champlin<br>Dorsey & Whitney LLP | Arbitration Hearing | July 31 |
| 98105 | FIRST FINANCIAL LAND<br>Bayfield, Wisconsin | Robert L. Davidson<br>Kennedy & Graven | District Court Trial | September 10 |
| 98188 | BLOCK E PARCEL<br>Minneapolis, Minnesota | Jerry Brill<br>Siegel, Brill, Gruepner,Duffy.. | Commissioner Hearing | October 13 |
| 98202 | UNIVERSITY OF ST. THOMAS<br>Minneapolis, Minnesota | Robert Tansey<br>Robins Kaplan | Commissioner Hearing | September 16 |

## EXPERT TESTIMONY 1998 - ROBERT J. STRACHOTA

| JOB # | SUBJECT PROPERTY/BUSINESS CASE NAME | ATTORNEY/CLIENT | TRIAL/DEPOSITION | DATE(S) |
|---|---|---|---|---|
| 98069 | GALTIER PARKING PLAZA<br>St. Paul, Minnesota | Paul Ratelle<br>Fabyanske, Westra & Hart | District Court Trial | December 1 |
| 98065 | OPUS v. CITY OF MTKA (PARCEL 25)<br>Minneapolis, Minnesota | Mark Savin<br>Faegre & Benson | Commissioner Hearing | November 24 |
| 98065 | OPUS v. CITY OF MTKA (PARCEL 35)<br>Minneapolis, Minnesota | Mark Savin<br>Faegre & Benson | Commissioner Hearing | December 10-11 |
| 97235 | GEORGE REILING PROPERTY<br>Minneapolis, Minnesota | Judge Edward W. Bearse<br>Judge of District Court | Trial & Special Magistrate | December 15 |

# ARTICLES WRITTEN BY ROBERT J. STRACHOTA

| DATE | PUBLICATION / SEMINAR | ARTICLE / TOPIC | CO-AUTHOR |
|---|---|---|---|
| Fall 2002 | Valuation Viewpoint | Business Relocation: Part II<br>Figuring Out Who Gets What and Why | Eleasalo V. Ale<br>Steven L. Eriksson |
| 9/26/02 | 2nd Annual MNCPA<br>Business Valuation Conference | How to Survive Testing - Preparing for a Deposition or Litigation | |
| Spring 2002 | Valuation Viewpoint | Business Relocation: Part I | Stephen Hosch /<br>Darrell Koehlinger |
| 5/17/01 | IBA/UST | Preparing For Deposition And Litigation Support | |
| 5/9/01 | IBA | Preparing For Deposition And Litigation Support | |
| 4/27/01 | MILE | Determining "Fair Value" of Shares in a Privately-Held Corporation Under Minnesota Law | Kathy Kimmel /<br>William Herber |
| Fall 2000 | Valuation Viewpoint | The Appraiser as an Expert Witness: Courtroom Do's and Don'ts | |
| Summer 2000 | Valuation Viewpoint | Valuation: The Analytical Foundation for Tax Increment Financing | |
| Winter 2000 | Valuation Viewpoint | Eminent Domain Law and Business Valuation: Part II | |
| 10/21/99 | MILE | Use and Abuse of Comparables | Bruce Malkerson /<br>Sherman Malkerson /<br>Mark Savin /<br>Stew Stender |
| 9/16/99 | MILE | Preparing a Defensible Real Estate Appraisal Consistent with USPAP | |
| Fall 1999 | Valuation Viewpoint | Eminent Domain Law and Business Valuation: Part I | |

# ARTICLES WRITTEN BY ROBERT J. STRACHOTA

| DATE | PUBLICATION / SEMINAR | ARTICLE / TOPIC | CO-AUTHOR |
|---|---|---|---|
| 11/4/99 | MILE | Valuation Litigation Case Law Update: Income Tax/Estate and Gift Taxes | |
| 5/7/98 | MILE | Stigma Damage: Recent Trends Affecting Contaminated Property | Alexandra Klass |
| 5/14/97 | NCCIBA | Courtroom Do's and Don'ts? | William Herber |
| 12/19/96 | MEAR | How Environmental Contamination Affects Value | |
| Fall 1996 | Valuation Viewpoint | Rates of Return - Capitalization Versus Discount | |
| Spring 1996 | Valuation Viewpoint | Are Regional Malls Becoming Obsolete? | |
| Spring 1996 | Valuation Viewpoint | Quantifying Hope: IPO's, Earnings and Stock Prices | |
| 11/3/95 | 13th Annual Real Estate Institute | How to Choose and Use Appraisers Effectively in Land Use, Financing, Condemnation and Tax Cases | Bruce Malkerson |
| 10/3/95 | CLE - Land Use | Proof of Diminution in Value and Valuation Issues From an Appraisers Perspective | |
| Fall 1995 | Valuation Viewpoint | Operating Company vs Holding Company | |
| 5/11/95 | ALL-MEAR Symposium | How Environmental Contamination Affects Value | |
| 4/26/95 | Sensible Land Use Coalition | Land Economics | |
| 9/28/94 | MN Hispanic Bar Association - Eminent Domain | The Income Approach to Value: Use of Direct Capitalization and Discounted Cash Flow Methods | |
| 5/11/94 | NCCIBA | Lost Profits On The Road To Recovery | William Herber / Joseph Kenyon |

# ARTICLES WRITTEN BY ROBERT J. STRACHOTA

| DATE | PUBLICATION / SEMINAR | ARTICLE / TOPIC | CO-AUTHOR |
|---|---|---|---|
| 3/18/94 | MILE - Eminent Domain | Approaches to Value in Condemnation Appraiser Functions and Responsibilities | |
| 3/4/94 | MILE | Unusual Property Valuation Issues | Mark Savin / Bruce Malkerson |
| 5/12/93 | IBA | Recent Developments in Estate and Gift Tax - Cost of the "Big Chill" | |
| Summer 1993 | MAAO | Single-Year Capitalization Rates vs. Discount Rates in Tax Appeal Cases | William Herber / Scot Torkelson |
| 12/2/92 | MBA | Real Estate Appraisals from the Appraisers Perspective | |
| 9/92 | Business Valuation Review | Fairness in Minority Interest Valuation | William Herber / Patrick Schmidt |
| 7/1/92 | Institute of Property Taxation | Mock Trial Exhibit - Market Value Appraisal | |
| 4/92 | Business Valuation Review | Fairness in Minority Interest Valuation | Patrick Schmidt / William Herber |
| 11/25/91 | MN Real Estate Journal | Recognizing The Reality Court: Owners Have Right To Be "Whole" | John Schmick |
| 6/91 | IBA | Professional Standards and Accreditation | William Herber |
| 5/2/91 | Institute of Property Taxation | Financing & The Role of The Appraiser in the 1990's | |
| 4/5/91 | ULI | Minnesota' Property Tax Dilemma | |
| 1/23/91 | MILE | Use of Direct Capitalization and Discounted Cash Flow Methods in the Income Approach to Value | Bruce Malkerson |

# ARTICLES WRITTEN BY ROBERT J. STRACHOTA

| DATE | PUBLICATION / SEMINAR | ARTICLE / TOPIC | CO-AUTHOR |
|---|---|---|---|
| 12/13/90 | IBA | Valuation of Intangibles by the Excess Earnings Methods | |
| 3/27/90 | MILE | Valuation Methodology of a Shopping Center in the Minnesota Tax Court | |
| 1990 | Unknown | Court Decision Recognized Market Reality | John Schmick |