


B TYPICAL BUILDING SECTION
NO SCALE

BC00554

| | |
|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA |

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. | OF |

x:\water2\private\promenade02.db




(C) EXISTING CONDITION AT PRECAST

NO SCALE DTO'S 1, 2, 8, 12, 15, 17, 20

BC00555

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. OF |

x:\water2\private\promenade02.db




D EXISTING CONDITIONS AT WALL

NO SCALE DTO 3

BC00556

PROJECT: WATERPROOFING INVESTIGATION
PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P.
MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
© 2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




E — EXISTING CONDITION AT ELEVATOR TOWER REPAIR

NO SCALE DTO 4

BC00557

PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS

CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA

INSPEC, INC.
5801 Duluth Street
Minneapolis, MN 55422 (763) 546-3434
©2002

| | | | |
|---|---|---|---|
| PROJ. MGR | DC | DR. | WFM |
| PROJ. NO. | 205903 | CK. | DC |
| DATE: | 4/5/02 | SHT. . | OF . |

x:\water2\private\promenade02.db




F EXISTING CONDITION AT WALL

NO SCALE DTO 5

BC00558

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db




G EXISTING CONDITION AT WALL

NO SCALE DTO 9, 14

BC00559

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR. DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. . OF . |

x:\water2\private\promenade02.db

NOTE: AT DTO 7, EARTH REPLACES CONCRETE SLAB AND EXPANDED POLYSTYRENE. ALSO, TOP OF WALL INSULATION IS 5" LOWER.




H EXISTING CONDITION AT ENTRY SLAB

NO SCALE

DTO 7, 8

BC00560

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR. DC DR. WFM<br>PROJ. NO. 205103 CK. DC<br>DATE: 4/5/02 SHT. OF |

x:\water2\private\promenade02.db




1 EXISTING CONDITION AT DRAIN
NO SCALE DTO 10

BC00561

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 © 2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM JL<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. OF |

x:\water2\private\promenade02.db




J EXISTING CONDITIONS AT WOOD POST (NOT REPAIRED)

NO SCALE DTO 11

BC00562

| | |
|---|---|
| PROJECT: WATERPROOFING INVESTIGATION PROMENADE OAKS APARTMENTS | INSPEC, INC. 5801 Duluth Street Minneapolis, MN 55422 (763) 546-3434 ©2002 |
| CLIENT: FLYNN AND GASKINS, L.L.P. MINNEAPOLIS, MINNESOTA | PROJ. MGR DC DR. WFM<br>PROJ. NO. 205903 CK. DC<br>DATE: 4/5/02 SHT. OF |

x:\water2\private\promenade02.db




BC00563

K EXISTING CONDITION AT WALL

NO SCALE DTO 13

| | | | |
|---|---|---|---|
| PROJECT: | WATERPROOFING INVESTIGATION<br>PROMENADE OAKS APARTMENTS | INSPEC, INC.<br>5801 Duluth Street<br>Minneapolis, MN 55422 (763) 546-3434<br>© 2002 | |
| CLIENT: | FLYNN AND GASKINS, L.L.P.<br>MINNEAPOLIS, MINNESOTA | PROJ. MGR DC | DR. WFM |
| | | PROJ. NO. 205903 | CK. DC |
| | | DATE: 4/5/02 | SHT. . OF . |

x:\water2\private\promenade02.db