Promenade Oaks Apartments



Photo #19:
Gutter in garage for managing leak water.



Photo #20:
Gutters in garage for managing leak water.



Photo #21:
Painted gutter below precast keyway joints for managing leak water.



Photo #22:
Typical courtyard drain.



Photo #23:
Sidewalk heaving and cracking.



Photo #24:
Sidewalk cracking.

Promenade Oaks Apartments




Photo #25:
DTO 1: Water vacuumed out.




Photo #26:
DTO 1: Materials exposed.



Photo #27:
DTO 2: Location of hole.




Photo #28:
DTO 2: 4" of water within two minutes.




Photo #29:
DTO 3: Aggregate penetrating the flashing at wall edge.




Photo #30:
DTO 3: Perforated drain pipes at wall.

Promenade Oaks Apartments




Photo #31:
DTO 4: Repair at elevator tower.




Photo #32:
DTO 4: Repair at elevator tower.




Photo #33:
DTO 5: Damage to ledge flashing at wall. No protection.




Photo #34:
DTO 5: Composite drainage sheet 100 percent clogged. Edge was not wrapped with fabric.




Photo #35:
DTO 6: Insulation driven into composite drainage sheet. Two inches of water in one minute.




Photo #36:
DTO 6: Composite drainage sheet 20 percent clogged.




Photo #37:
DTO 7: Unprotected electrical wire near wall.




Photo #38:
DTO 7: Flashing poorly bonded with water underneath.



Photo #39:
DTO 8: Wall at entry slab.




Photo #40:
DTO 8: Wall at entry slab.




Photo #41:
DTO 9: 100 percent clogged composite drainage sheet. Poorly bonded ledge flashing.




Photo #42:
DTO 9: 20 percent clogged composite drainage sheet.

Promenade Oaks Apartments




Photo #43:
DTO 10: Typical courtyard drain.




Photo #44:
DTO 10: Lowest holes are too high. Some holes plugged.



Photo #45:
DTO 11: Canopy wood post (not repaired).




Photo #46:
DTO 11: Flashing releasing around wood post.



Photo #47:
DTO 12: Location of hole.



Photo #48:
DTO 12: 3" of water within one minute.

Promenade Oaks Apartments



Photo #49:
DTO 13: Expanded polystyrene insulation, inappropriate below ground.



Photo #50:
DTO 13: Poor bentonite containment. Puncture in unprotected flashing.



Photo #51:
DTO 14: Inadequate containment of bentonite at bottom of wall.



Photo #52:
DTO 14: Unprotected ledge flashing is Miradri.



Photo #53:
DTO 15: Location of hole.



Photo #54:
DTO 15: 2" of water within 30 seconds.

Promenade Oaks Apartments



Photo #55:
DTO 16: Location of hole.




Photo #56:
DTO 16: Filter fabric of unknown purpose.



Photo #57:
DTO 17: Location of hole.




Photo #58:
DTO 17: Unique back dirt backfill with sewage smell.




Photo #59:
DTO 18: Color-coated sheet metal should not extend below ground.




Photo #60:
DTO 18: Composite drainage sheet is properly wrapped.




Photo #61:
DTO 19: Repared end wall.




Photo #62:
DTO 19: Wall sheet poorly bonded.



Photo #63:
DTO 20: Location of hole.




Photo #64:
DTO 20: 2" of water within 30 seconds.



Photo #65:
18" diameter rocks found frequently in backfill.



Photo #66:
Water draining out of precast cores.

Prepared For INSPEC, Inc.
Prepared By **CPMI, Inc.**

**BUDGET**
**COST MANAGEMENT REPORT**
**PROMENADE OAKS APARTMENT WATERPROOFING**
**EAGAN, MINNESOTA**
**13 FEBRUARY 2001**

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL AMOUNT |
|---|---|---|---|
| **Demolition & Excavation** | | | |
| Re-Shoring (4x4, 2 rows @ 10' o.c.) (Reuse) | 470 EA | 55.00 | 25,850 |
| Temporary Platforms To Perform Work (Reuse) | 6 EA | 1,500.00 | 9,000 |
| Excavate & Haul Off Site | 6700 CY | 40.00 | 268,000 |
| Remove 2" Insulation Board/Drainage Sheet & Composite Bentonite Sheet & Clean Deck/Walls | 70100 SF | 1.35 | 94,640 |
| Remove 3 Rows of Siding @ Building Perimeter | 6800 SF | 1.50 | 10,200 |
| Remove Concrete Sidewalks & Patios | 24480 SF | 3.25 | 79,560 |
| Remove Patio Railings & Save For Reinstall | 1142 LF | 8.00 | 9,140 |
| Remove Interlock Retaining Walls & Save | 2000 SF | 5.00 | 10,000 |
| Remove & Cap Existing Irrigation System | 70100 SF | 0.40 | 28,040 |
| Remove Trees Off Site | 30 EA | 100.00 | 3,000 |
| Remove Shrubs Off Site | 140 EA | 75.00 | 10,500 |
| Remove Light Fixtures & Branch Feed | 24 EA | 100.00 | 2,400 |
| Shore Canopy Posts | 192 EA | 100.00 | 19,200 |
| Remove Existing Drains | 30 EA | 150.00 | 4,500 |
| **Subtotal Demolition & Excavation** | | | 574,030 |
| **Replacement & Reinstall** | | | |
| 4000 psi Tapered Concrete Topping - Pumped | 195 CY | 135.00 | 26,330 |
| Concrete Finish, Cure & Screeding of Topping | 70100 SF | 0.30 | 21,030 |
| Bentonite Layer - 1/2" | 70100 SF | 5.00 | 350,500 |
| Thermoplastic Waterproof Membrane/Protective Sheet/Drain Board/ 2" Insulation Board | | | |
| Horizontal | 70100 SF | 17.50 | 1,226,750 |
| Vertical (without Drain Board) | 26100 SF | 15.50 | 404,550 |
| Termination Bar SS Fastened @ 12" o.c. | 5220 LF | 5.00 | 26,100 |
| Stainless Steel Flashing - 26 ga. | 7500 SF | 6.25 | 46,880 |
| River Rock - 1/2" to 1" Diameter - 2" Deep | 70100 SF | 0.85 | 59,590 |
| Filter Fabric | 70100 SF | 0.25 | 17,530 |
| Free Drain Earth Backfill | 3650 CY | 38.00 | 138,700 |
| 6" Topsoil | 4700 CY | 47.00 | 220,900 |
| Grade Topsoil/Earth Backfill | 7790 SY | 4.00 | 31,160 |
| New Courtyard Drains | 30 EA | 500.00 | 15,000 |

Prepared For INSPEC, Inc.
Prepared By **CPMI, Inc.**

**BUDGET**
**COST MANAGEMENT REPORT**
**PROMENADE OAKS APARTMENT WATERPROOFING**
**EAGAN, MINNESOTA**
**13 FEBRUARY 2001**

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL AMOUNT |
|---|---|---|---|
| **Replacement & Reinstall Continued** | | | |
| Clean Existing Drain Leaders | 2700 LF | 3.00 | 8,100 |
| Replace Siding | 6800 SF | 4.00 | 27,200 |
| Reinstall Railings & Touchup Paint | 1142 LF | 10.00 | 11,420 |
| Reinstall Interlock Block Retaining Wall With 20% Replacement | 2000 SF | 11.00 | 22,000 |
| Temporary Protection Horizontal & Vertical Surf. | 96200 SF | 0.20 | 19,240 |
| **Subtotal Replacement & Reinstall** | | | 2,672,980 |
| **Landscaping & Finishing** | | | |
| Sod | 4610 SY | 6.00 | 27,660 |
| Concrete Flatwork With Sand Base | | | |
| Sidewalks | 13635 SF | 4.50 | 61,360 |
| Cobblestone Finish/Color On Walks - Strip | 3620 SF | 3.00 | 10,860 |
| Patios | 10845 SF | 4.75 | 51,510 |
| New Ground Mount Light Fixtures With Branch | 30 EA | 425.00 | 12,750 |
| Landscaping Trees | | | |
| Amur Maple | 23 EA | 275.00 | 6,330 |
| Red Splendor Crab | 4 EA | 235.00 | 940 |
| Red Pine | 1 EA | 270.00 | 270 |
| Colorado Green Spruce | 2 EA | 240.00 | 480 |
| Landscaping Shrubs | | | |
| Dwarf Japanese Yew | 22 EA | 45.00 | 990 |
| Froebel Spirea | 52 EA | 50.00 | 2,600 |
| Sea Juniper Green | 11 EA | 80.00 | 880 |
| Annabelle Hydrangea | 29 EA | 45.00 | 1,310 |
| Bridalwreath Spirea | 13 EA | 55.00 | 720 |
| Miss Kim Lilac | 6 EA | 65.00 | 390 |
| Mugho Pine | 3 EA | 75.00 | 230 |
| Prairie D Shrub Rose | 4 EA | 30.00 | 120 |
| Residential Irrigation System (Hook into Existing Controllers) | 70100 SF | 0.80 | 56,080 |
| Landscape Rock/Weed Control Fabric | 4160 SF | 5.50 | 22,880 |
| PVC Edging | 1600 LF | 2.80 | 4,480 |
| **Subtotal Landscaping & Finishing** | | | 262,840 |
| **Subtotal Construction** | | | 3,509,850 |
| Prime Contractor Mark-up/(5%)Contingency | 18% | | 631,800 |
| **Total Construction** | | | 4,141,650 |

BC00583

# EXHIBIT N




DEPOSITION
EXHIBIT
#115 4/15/02
Feges JJS

# EXHIBIT O

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Westfield Insurance Company,

Plaintiff,

vs. Civil File No. 00-CV-987(PAM/JGL)

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

COPY

Defendants,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.; Promenade Village Townhomes; Valley Forge Insurance Company; Colloid Environmental Technologies Company; and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.; and Mikesh, Inc.,

Fourth-Party Defendants.

---

ROBERT J. KUDDER, S.E., Ph.D. October 14, 2003

The Deposition of ROBERT J. KUDDER, S.E., Ph.D., taken pursuant to Notice of Taking Deposition, taken before Barbara F. Schwegman, a Notary Public in and for the County of Washington, State of Minnesota, taken on the 14th day of October, 2003, at 8500 Normandale Lake Boulevard, Teal Room, Minneapolis, Minnesota, commencing at approximately 9:15 a.m.

APPEARANCES:

ANDREA E. REISBORD, ESQUIRE, of the Law Firm of COUSINEAU, McGUIRE, ANDERSON, CHARTERED, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, Minnesota, 55416-5318, appeared for and on behalf of Plaintiff, Westfield Insurance Company.

CHAD J. STEPAN, ESQUIRE, of the Law Firm of MEAGHER & GEER, PLLP, 4200 Multifoods Tower, 33 South Sixth Street, Minneapolis, Minnesota, 55402-3788, appeared for and on behalf of Defendant and Third-Party Plaintiff, Weis Builders, Inc.

STEVEN E. RAU, ESQUIRE, of the Law Firm of FLYNN, GASKINS & BENNETT, LLP, 333 South Seventh Street, Suite 2900, Minneapolis, Minnesota, 55402, appeared for and on behalf of Defendants, Promenade Village Townhomes, LLC and Healey Ramme Company.

LEO I. BRISBOIS, ESQUIRE, of the Law Firm of STICH, ANGELL & KREIDLER, P.A., The Crossings, Suite 120, 250 Second Avenue South, Minneapolis, Minnesota, 55401, appeared for and on behalf of Defendant, Valley Forge Insurance Company.

I've asked to have them here. If we have them, we'll get them here. They got lost in transit.

BY MR. HULL:

Q. Do you have an opinion as to the appropriateness of the use of Swelltite for this particular application?

A. Yes.

Q. And what is that opinion?

A. It's one of many -- several acceptable choices.

Q. You don't have any criticism of the use then of Swelltite as a waterproofing membrane for this application; is that right?

A. That's correct.

Q. Is the primary waterproofing element of that the bentonite?

A. The Swelltite system is a dual system. Discussion of which is primary and which is secondary is equivalent to a discussion of how many angels can dance on the head of a pin. It depends on where the water comes from. If the water comes from above, it will encounter the HDPE skin and the seam tape first. If the water comes from below, it will encounter the bentonite first, but the two components work together in a dual functionality.

Q. And have you reviewed some of the Swelltite