**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civ. No. 00-987 (JNE/JSM)

**AFFIDAVIT OF WILLIAM D. HULL IN SUPPORT OF ESG'S MOTION IN LIMINE**

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.,
Promenade Village Townhomes, L.L.C.,
Healy Ramme Company, and
Valley Forge Insurance Company, one
of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and
BRW Elness Architects, Inc., n/k/a
Elness Swenson Graham Architects, Inc.,
Colloid Environment Technologies Co.,
and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth –Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

---

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

WILLIAM D. HULL, first being duly sworn upon oath, deposes and says that:

1. I am the attorney of record for Third-Party Defendant Elness Swenson Graham Architects, Inc. ("ESG") in the above-referenced matter.

2. Attached hereto as *Exhibit A* is a true and correct copy of the report of Richard Stehly.

3. Attached hereto as *Exhibit B* are pages from the deposition transcript of Richard Stehly referred to in ESG's Memorandum in Opposition to the Motion in Limine of Waterproofing by Experts, Inc.

4. Attached hereto as *Exhibit C* is the cover page from Swelltite product literature.

5. FURTHER YOUR AFFIANT SAYETH NOT.

___*s/ William D. Hull*_______________
William D. Hull

Subscribed and sworn to before me
this 22nd day of September, 2004.

__*s/ Vikki L. Kochevar*_____________
Notary Public
My Commission Expires 1/31/0/5

*elnesst_aff wdh memo in opp wbe*