Volclay®

# Swelltite®

## Composite Bentonite Waterproofing Membranes



*Three different membranes. One designed for your application.*