AMERICAN ENGINEERING TESTING, INC.

CONSULTANTS
• GEOTECHNICAL
• MATERIALS
• ENVIRONMENTAL

# REPORT OF BUILDING WATERPROOFING

**PROJECT:**

PROMENADE OAKS APARTMENTS
EAGAN, MINNESOTA

**REPORTED TO:**

COLEMAN, HULL & VanVLIET
8500 NORMANDALE LAKE BLVD.
SUITE 2110
MINNEAPOLIS, MN 55437

**ATTN:** BILL HULL

**AET JOB NO:** 05-01128

**DATE:** AUGUST 11, 2003

## INTRODUCTION

This report presents the results of our review of the waterproofing system in the courtyards of the Promenade Oaks Apartments. The apartments were completed in 1997 and leaks began occurring from the courtyards even before the project was completed. Mr. Bill Hull of Coleman, Hull and VanVliet requested we evaluate the waterproofing system. The scope of our work consists of a visual survey of the courtyards, a review of selected project documents, and deposition exhibits. The purpose of our work was to provide an opinion about the suitability of the design and construction.

## CONCLUSIONS

Based on the results of our work and experience, it is our opinion the following conclusions are appropriate:

1. The use of a bentonite membrane was inappropriate for this design. A bentonite membrane should not be used on a horizontal surface which will be exposed to standing water. It is not recommended by the National Roofing Contractors Association in its Roofing and Waterproofing Manual for this application. The courtyard drains will allow an accumulation of at least 2" of water on the membrane.

2. The flashing of the perimeter walls was inappropriate. The liquid applied flashing terminated near the ground surface. The flashing should have extended above the ground at least 6" and preferably 1'. The flashing below ground was unprotected above the membrane termination and could be easily penetrated. Copper or stainless sheet metal should have been used to protect the flashing. Also, flashing material such as neoprene, copper, or stainless steel would have been more reliable than the liquid applied flashing.

3. The flashing of the canopy posts was inappropriate. The liquid applied flashing terminated below the ground surface. The flashing should have extended above the ground surface at least 6" and preferably 1'. Also, the flashing should have been protected by copper or stainless sheet metal attached to the post. Also, a flashing material such as neoprene, copper, or stainless steel would have been more reliable than the liquid applied flashing.

4. The drain position is not compatible with the Aquadrain 20H drainage mat. The drainage mat core was positioned at least 2" below the inlet of the drain body. Therefore, water in the drainage mat does not flow into the drain.

5. The soil fill was inappropriate. A non-frost susceptible soil should be used where water will stand so as to eliminate frost heave.

6. The drainage design for the waterproofing system was poor. While not absolutely required for waterproofing, sloping the membrane to drainage points has proved to be good practice and helps maintain the integrity of the waterproofing.

7. The construction of the waterproofing system without drawings was poor practice. Also, this does not meet the project specification requirement for providing as-built drawings of the construction.

8. The use of explosive powder driven nails to attach the canopy post boot to the precast concrete was poor practice. This method tends to shatter the concrete in the vicinity of the nail. An expansion bolt placed in a drilled hole would be appropriate. Where the attachment occurs over a plank core, the core should be grouted first.

9. The replacement waterproofing system using American Hydrotech's monolithic membrane 6125 is vastly superior to that provided. It is also much more expensive. A suitable waterproofing system could have been proposed using an EPDM or polymer-modified bitumen sheet membrane at less cost than the Hydrotech system.

## BACKGROUND INFORMATION

The Promenade Oaks Apartments consist of 282 units in six buildings built in 1997. The owner, Promenade Village Townhomes LLC, entered into a contract with BRW Elness Architects to provide design services for the project. The owner also entered into a contract (AIA Document A111) with Weis Builders, Inc., to build the project. Each of the apartment buildings has a courtyard which requires a watertight system. Water has leaked from the courtyard into rental units and garages. Leaks remain a chronic problem.

The project documents place the responsibility for the design and construction of a watertight system in the plazas on the contractors. Weis Builders, Inc. entered into a subcontract (AGC) with Waterproofing by Experts for design-build of a waterproofing system for the courtyards. We understand drawings were not prepared for the construction of the waterproofing system.

Waterproofing By Experts, Inc. tendered a bid dated August 22, 1996. The courtyard waterproofing bid consisted of the following:

Swelltite 3000 90 mil sheet waterproofing
M-2000 liquid flashing over all joints
3 inch insulation
Drainage board

A credit of $22,000 was offered if 2 inch insulation was used instead of 3-inch insulation. The bid does not list design services.

The subcontract agreement dated February 20, 1997, obligates Waterproofing by Experts to provide and install consistent with manufacturers' recommendations, drainage board, 2 inches of insulation, a waterproofing system, waterproofing details, and liquid membrane flashing. Drain tile and overflow scuppers were removed from the subcontract. The subcontract also states, "this contract is for design-build waterproofing system for the plaza area." We understand the drains were selected by the contractor and installed by the mechanical subcontractor.

While drawings were not prepared of the water proofing system, we can summarize the scheme from photos taken during construction, from Inspec's twenty destructive test openings, and from product data sheets submitted by Waterproofing by Experts. The waterproofing system design appears to be as follows:

**Plaza**
Soil (Photo - Filek Exhibit 433)
2" of Foamular extruded polystyrene insulation (Photo - Feges Exhibit 113)
Aquadrain 20H composite drainage sheet with woven filter fabric (Photo - Filek Exhibit 411)
Volclay Swelltite 3000 waterproofing membrane
The waterproofing system was supported by 12" thick precast/prestressed concrete plank. The grouted plank keyways and drain penetrations were coated with Volclay M-2000 liquid flashing before membrane placement (Photo - Carpenter Exhibit 323).

**Walls Supporting Apartments**
Concrete masonry walls rest on the concrete plank and form the boundary of the courtyard (Photo - Filek Exhibit 432). The waterproofing design of the walls appears to have been the following:

Soil
2" of Foamular polystyrene insulation (Photo - Bates ESG 00629)
Aquadrain 10x or 15x composite drainage sheet with non-woven filter fabric (Photo - Bates ESG 00629).
Volclay Swelltite 3000 waterproofing membrane (Photo - Bates ESG 00629)
Volclay M-2000 Liquid Flashing (Photo Thoreen Exhibit 481)
The termination was to be made using Volclay Swelltite Termtape (Photo - Bates ESG 00629)

**End Walls**
Concrete masonry walls form the end of the courtyards with rock face block above grade and smooth common block below grade (Photo - Messerich Exhibit #299). The waterproofing design of the end walls appears to be as follows:

Soil
Aquadrain 10x or 15x composite drainage sheet (Photo - Messerich Exhibit #299)
Volclay Swelltite 3000 waterproofing membrane (Photo - Messerich Exhibit #299)
Volclay M-2000 Liquid Flashing

Wood posts rest on the concrete plank and support the canopy (photo - Carpenter Exhibit #322). The waterproofing system detail at the post appears to have been simply to extend Volclay M-2000 liquid flashing a short distance up the post (Photo - Carpenter Exhibit #323). The termination was below the ground surface.

The courtyard runoff was to be provided by 30 drains passing through the inside of the building. The drain was to receive water from the top grate and perforations in the drain body. The perforations start at 2" above the concrete plank or just below the top of the insulation and do not align with the drainage board (Photo - Bates ESG 00626).

The owner maintained records of leakage into the rental units, stair towers, and garage. The following is a summary:

| Year | Unit | Stair Tower | Garage | Other | Total |
|---|---|---|---|---|---|
| 1997 | 77 | 35 | Not recorded | Not recorded | 112 |
| 1998 | 34 | 51 | 46 | 14 | 145 |
| 1999 | 9 | 14 | 82 | 16 | 121 |
| 2000 | 5 | 20 | 122 | 9 | 156 |
| 2001 | 1 | 13 | 50 | 8 | 72 |
| 2002 to May 8 | 3 | 2 | 31 | 5 | 41 |

The contractor and subcontractor made numerous repairs. The waterproofing at the wall was extended above the ground line. The waterproofing around the base of the wood posts was revised. A sealant was installed at the main entrances to the rental units. Drain tile was installed along with additional surface drains. While the repairs stopped many leaks, others continue to occur.

Finally, the bentonite membrane appears not to be functioning properly. The water soluble film on the face of the membrane was still intact in some places. Therefore, the membrane did not seal at the lapped edges where the film remains.

## REVIEW INFORMATION

On July 12, 2000, we visited the Promenade Oaks Apartments. We walked through the courtyards, garages, and several rental units. We noted areas of staining caused by leakage. Also, the following documents were reviewed:

Summary Judgement Brief
Drawing - Set #2
T1.1, L3, L1, 3, L1.1, A1.1a, A1.1b, A1.2a, A1.2b, A1.3a, A1.3b, A1.4a, A1.4b, A1.5a, A1.5b, A1.6b, A2.1;, A2.2, A2.3, A2.4, A2.5, A2.6, A2.7, A2.8, A2.9, A3.1, A3.2, A3.3, A3.4, A3.5, A3.6, A3.7, A4.1, A4.2, A5.1, A6.1, A7.1, A8.1, A8.2, E0.1, A4.1, S1.1, S1.2, S1.3, S1.4, S1.5, S1.6, A1-6a, S1.7.
Waterproofing by Experts Waterproofing Bid
Weis's Standard Subcontract Agreement with Waterproofing by Experts with exhibits
Specification Division #7
Owner Contractor Agreement
Product data sheets for waterproofing system
Waterproofing warranty
Leak data
Pope Associates letter of April 20, 2001
Expert Report of Christopher Beirise, April 27, 2001
Inspec Report of May 1, 2002
Wiss Janney Elstner Associates letter of May 31, 2002
Bates numbered documents CET000003, 4, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 20, 22 33, 34, 35
Meagher Geer letter to Magistrate Lebedoff, May 17, 2002
Weis drawing list
Weis Promenade Waterproofing Information, July 22, 1996
Gary Nelson deposition
Scott Vanderburg deposition
John Feges deposition exhibits 111-119
Chad Filek deposition exhibits 411, 412, 414-434, 436-431

Patrick Carpenter deposition exhibits, 322-325
Steve Messerich deposition exhibits, 299-303
Al Thoreen deposition exhibits, 481-484, 486-488
Project Manual-Promenade Oaks Townhomes Courtyard Waterproofing
Waterproofing Bids
Larson Engineering drawings A-1 to 10, R-1 to 10, T-1, M-1 to 6

Report Prepared by:
American Engineering Testing, Inc.

Richard D. Stehly, P.E., FACI
Principal
MN Reg. No. 12856
Phone: (651) 659-1333
Fax: (651) 647-2744
rstehly@amengtest.com

# Richard D. Stehly, P.E.

*Principal* ■ *American Engineering Testing, Inc.*

---

## Education

Bachelor of Science in Civil Engineering
University of Minnesota-Minneapolis, 1972

Graduate Studies - Civil Engineering
University of Minnesota, 1974-76

## Registrations/Certifications

Professional Engineer in Minnesota

## Employment

***AMERICAN ENGINEERING TESTING, INC.*** - Principal. 1989-Present
***Anchor Block Company*** - President and Partner. 1988-1989
***Twin City Testing Corporation*** - President. 1971-1988

## Professional Memberships

Minnesota Geotechnical Society - Past President
American Concrete Institute - Chairman, International Committee, Member Board of Direction
IA/MN Chapter Board Member & Past President
The Masonry Society - Member Disaster Investigation Team

## Lectures

Building Inspection Technology at Community Colleges
Over 180 lectures on construction topics to over 20,000 people in 24 countries
Concrete Technology at Universities

## Publications

Analysis of An Asphalt Stabilized Sand Pavement Test Road
Asphalt Stabilized Sand Pavements
Ridgedale Shopping Center Case History
Flue Gas Desulfurization Sludge from Lignite
Forum on High Fly Ash Content Concrete - What are the Limits?
Mix Designs of Hydraulic Fill Materials for Abandoned Mine Filling
Testing Methodology for Migrating Corrosion Inhibitors
Effect of Migration Corrosion Inhibitor on Corrosion of Reinforcing Steel
Test Protocols for Migrating Corrosion Inhibitors
Can a Petrographer Determine Slump?
Field Investigation of MCI 2000 on Randolph Street Bridge
Damage to Masonry Buildings in St. Peter, Minnesota, during the March 29, 1998 Tornadoes

## Honors

Ridgedale Shopping Center - MSPE Seven Wonders of Minnesota
American Crystal Sugar, East Grand Forks - MN Consulting Engineers Council
Fly Ash Use in Concrete - MN Consulting Engineers Council
QC Plan Sunshine Skyway Bridge - MN Consulting Engineers Council
Deicer Distress - MN Consulting Engineers Council, Grand Award
Chairman ACI Convention, November 1993, Minneapolis
Fellow, ACI International March 2000

## Patents

Inventor

| | | |
|---|---|---|
| Pozzament | 5,554,352 | Construction Material Resources |

DEPOSITION EXHIBIT
#812
(10-9-03)

09/03