**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2004, I caused the following documents:

1. Elness Swenson Graham Architects, Inc.'s Memorandum in Opposition to Motion of Waterproofing by Experts, Inc. to Exclude Testimony of Richard Stehly; and

2. Affidavit of William D. Hull in Support of Motion,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an email notice of the electronic filing to all counsel in this matter.

COLEMAN, HULL & VAN VLIET, PLLP

September 21, 2004.

By *s/ William D. Hull*

William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_certificate of service*