UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

v.

Civ. No. 00-987 (JNE/JSM)
ORDER

Weis Builders, Inc., et. al.

Defendants.

The Court has received inquires concerning the deadlines for exhibits to be made available for examination and copying and for objections to deposition testimony. *See* D. Minn. L.R. 39.1 (stating that "unless otherwise ordered by the Court," the exhibits shall be made available "at least 14 days prior to the first date of the civil calendar" and objections to deposition testimony shall be made "at least 5 days before the first case on the civil calendar.") The Court has also received additional inquiries concerning the submission of exhibits and courtroom technology. Given the complexity and length of this case, IT IS ORDERED THAT:

1. All exhibits shall be made available for examination and copying no later than Tuesday, October 12, 2004. If the parties stipulate to a different date on which to make the exhibits available, they shall inform the Court by letter.

2. The parties shall meet and confer on or before October 12, 2004, to establish one set of joint exhibits to be used by all the parties at trial. The original and two copies of the joint exhibits, in three-ring binders, with tabs, shall be submitted to the Court no later than October 25, 2004. By that date, the parties shall also jointly submit a table that reflects the relationship between each joint exhibit number and its corresponding number in the parties' individual pretrial submissions. To the extent possible, the parties shall also stipulate to and mark each exhibit that will be received at trial without objection.

3. All objections to deposition testimony shall be made no later than Tuesday, October 12, 2004.

4. The parties shall bring only those exhibits that are the subject of motions in limine to the October 15, 2004 hearing.

5. With respect to questions concerning courtroom technology, the parties shall consult www.mnd.uscourts.gov or contact Kristine Wegner (612-664-5125). The parties are expected to be familiar with the Court's technology at trial.

Dated: October 1, 2004

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge