**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-CV-987 JEL/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

**MOTION TO STRIKE**

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

[Oral Argument Is Requested]

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

TO: All parties to the above-captioned matter and their counsel of record.

**MOTION TO STRIKE**

Fourth-Party Defendant Chris Craft Industrial Products, Inc., hereby moves the Court, pursuant to Rules 26(a)(2), 26(e)(1), and 37(c)(1) of the Federal Rules of Civil Procedure, for an Order to strike Promenade's untimely supplemental expert disclosures of a new test performed by David Campbell and new opinion regarding the adhesive on Volclay Seamtape. Further, Chris Craft moves *in limine* for an Order precluding any party from making any reference to, or offering at trial, any evidence relating to the new Campbell exhibit and intended testimony. Finally, Chris Craft moves for an Order precluding any party from making further expert disclosures with respect to additional tests of the products and/or new opinions / testimony relating thereto.

This motion is supported by the accompanying Memorandum of Law, Affidavit of counsel with exhibits, as well as all of the other pleadings and records on file herein.

**BROWN & CARLSON, PA**

By: s/ G. John Veith

G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950
763.591.9202 (facsimile)

*Counsel for Fourth Party Defendant*
*Chris Craft Industrial Products, Inc.*

Dated: October 11, 2004