**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-CV-987 JNE/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

**AFFIDAVIT OF ANDREW VERRALL**

STATE OF INDIANA )<br>
)ss.<br>
COUNTY OF PORTER )

Andrew Verrall, being first duly sworn upon oath, deposes and states as follows:

1. I was employed by Chris Craft Industrial Products, Inc., ("Chris Craft") from May or June of 1994 until August of 2001. I initially worked as Chris Craft's Marketing Manager for approximately five or six months, and then became their Technical Manager where I was responsible for customer and product support, quality assurance and product development. In August 2001, Chris Craft was sold by its parent company. Since then, I have worked for MonoSol, Inc., where I hold the position of Director of Research and Development. I have an honors degree in applied chemistry from the University of Brighton in Southern England.

2. I have been advised by our attorneys that David Campbell of Inspec, Inc., has performed a rudimentary solubility test of a sample of polyvinyl alcohol film. I have reviewed the description of Mr. Campbell's test contained in a letter from attorney Steve Rau dated October 5, 2004. The description of the test contained in that letter does not contain any information about storage and handling conditions on the sample prior to immersion, and certainly does not indicate the means by which the sample has apparently been altered since leaving Chris Craft at the time it was sold. Moreover, there is no indication that the sample tested by Campbell is representative of all of the film at the Promenade site.

3. It is possible for MonoSol to perform the scientific testing and analysis which would be necessary to answer these questions. The required testing would include infrared spectrophotometry as well as nuclear magnetic resonance spectroscopy. Although MonoSol has an infrared spectrophotometer, we do not have the instrumentation necessary to perform nuclear magnetic resonance testing and we would need to have samples sent to an outside laboratory for that type of analysis. It would likely take several weeks to have such testing performed and it is not likely that such testing could be accomplished prior to the trial in this case.

THIS CONCLUDES MY AFFIDAVIT.

s/ Andrew Verrall______________
Andrew Verrall

Subscribed and sworn to before me this
day, October 11, 2004.

s/ Diana L. Johnson_________
Notary Public