**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 00-CV-987 JNE/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

**AFFIDAVIT OF G. JOHN VEITH**

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

G. John Veith, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney representing Chris Craft Industrial Products, Inc., ("Chris Craft") in this action. I licensed to practice law in the State of Minnesota as well as in the United States District Court for the District of Minnesota.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated October 5, 2004 which I received by facsimile from Steven Rau on that same date.

3. Exhibit A was the first notice provided by Promenade to Chris Craft of their intent to supplement David Campbell's testimony with the test described therein. Chris Craft was not notified in advance of the purported test.

THIS CONCLUDES MY AFFIDAVIT.

s/ G. John Veith_________________
G. John Veith

Subscribed and sworn to before me this
day, October 11, 2004.

s/ Sheree K. Hagfors____________
Notary Public