duplicate to firm 300.9010 Pryor

**FLYNN, GASKINS & BENNETT, L.L.P.**
**Attorneys at Law**
**333 South Seventh Street, Suite 2900**
**Minneapolis, MN 55402**
**(612) 333-9500**
**(612) 333-9579 Facsimile**

RECEIVED
OCT - 5 2004
BROWN & CARLSON, P.A.

# FACSIMILE COVER SHEET

**TO:** **Name:**

| Name | Fax |
|---|---|
| Chad J. Stepan | (612) 338-8384 |
| Chandelle H. Heyer | (763) 521-4482 |
| Timothy Manahan/G. John Veith/Mark G. Pryor | (763) 591-9202 |
| Mark A. Gwin, Andrea E. Reisbord | (952) 546-0628 |
| Patrick D. Reilly | (952) 896-3717 |
| Robert T. Stich | (612) 333-1940 |
| Mark S. Brown | (952) 946-1501 |
| Daniel A. Beckman | (952) 933-0242 |
| William D. Hull | (952) 841-0041 |
| Roger C. Justin | (320) 656-3500 |
| Dean B. Thomson, Jocelyn L. Knoll | (612) 338-3857 |
| Jonathan M. Bye | (612) 371-3207 |
| Brian Baumgartner | (651) 483-6937 |

**FROM:** **Name:** Steven E. Rau, Esq.
**Date:** October 5, 2004
**File No.** 734-15117

**No. of Pages (including this sheet):** 3

**NOTE:** **If you do not receive all pages or experience other transmission problems, please call RaVonne at (612) 333-9545.**

**MESSAGE:**

**The information contained in this facsimile message is privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver it to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and return the original message to us at the above address via U.S. Mail. Thank you.**

FLYNN, GASKINS & BENNETT, L.L.P.
ATTORNEYS AT LAW

333 SOUTH SEVENTH STREET, SUITE 2900
MINNEAPOLIS, MINNESOTA 55402

PHONE: 612.333.9500 · FAX: 612.333.9579
TOLL FREE: 866.397.4497
WWW.FLYNNGASKINS.COM

GEORGE W. FLYNN
STEVE GASKINS
ROBERT BENNETT
BARBARA JEAN D'AQUILA
JEANNINE L. LEE
TIMOTHY R. SCHUPP
STEVEN E. RAU
WILLIAM J. TIPPING
THOMAS KLOSOWSKI
BRADLEY J. AYERS
HAL A. SHILLINGSTAD
DAVID A. WIKOFF
SCOTT M. RUSERT
KAREN REIERSON
JENNIFER F. ROSEMARK
CYNTHIA A. BREMER
HEIDI SCHNEIDER
PATRICK R. MARTIN
JOHN J. LARAVUSO
ERIC HAGEMAN
JEFFRY SCHMIDT
SONIA MILLER-VAN OORT
JONATHAN A. STRAUSS
SHALANDA D. BALLARD
LORI D. SEMKE
WENDY M. CANADAY
ANDREA KIEHL
RYAN O. VETTLESON
ROBERT W. VACCARO
ANDREW J. NOEL
DANIEL N. SACCO

*Direct Dial*
*(612) 333-9552*

October 5, 2004

***VIA FACSIMILE & U.S. MAIL***

Mark A. Gwin, Esq.
Andrea E. Reisbord, Esq.
Cousineau McGuire & Anderson
600 Travelers Express Tower
1550 Utica Ave South
Minneapolis, MN 55416-1523

Robert T. Stich, Esq.
Leo I. Brisbois, Esq.
Stich Angell Kreidler Brownson & Ballou
250 – 2nd Avenue South, Suite 120
Minneapolis, MN 55401

Daniel A. Beckman, Esq.
Gislason & Hunter, L.L.P.
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2297

Chad J. Stepan, Esq.
Meagher & Geer
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Dean B. Thomson, Esq.
Jocelyn Lorna Knoll, Esq.
Fabyanske Westra & Hart
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

Rolf E. Sonnesyn, Esq.
Chandelle L. Heyer, Esq.
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422

G. John Veith, Esq.
Mark G. Pryor, Esq.
Timothy J. Manahan, Esq.
Brown & Carlson, P.A.
5411 Circle Down Avenue, Suite 100
Minneapolis, MN 55416-1311

Mark S. Brown, Esq.
Iverson Reuvers, LLC
230 Towline Plaza
8585 West 78th Street #230
Bloomington, MN 55438

William D. Hull, Esq.
Coleman, Hull & Van Vliet, PLLP
8500 Normandale Lake Blvd., Ste. 2110
Bloomington, MN 55437

Patrick D. Reilly, Esq.
Erstad & Riemer, P.A.
200 Riverview Office Tower
8009 – 34th Avenue South
Minneapolis, MN 55425

Roger C. Justin, Esq.
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, MN 56302-1497

Jonathan M. Bye, Esq.
LINDQUIST & VENNUM, P.L.L.P
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274

Brian Baumgartner, Esq.
Baumgartner Law Office, P.L.L.C.
3320 West Owasso Boulevard
Shoreview, MN 55126

Re: *Westfield Insurance Company v. Weis Builders, Inc., Promenade Village Townhomes, L.L.C., et al.*
Court File No. 00-CV-987 (PAM/JGL)
Our File No. 15117

Dear Counsel:

On Thursday, September 30, 2004, David Campbell visited our offices. In connection with that visit, Mr. Campbell examined the samples of Swelltite he obtained when he did his investigation of the Promenade Oaks. As you recall, some of those samples were of Swelltite with the water-soluble film still attached to it. Mr. Campbell's testimony, which is the subject of Chris Craft, CETCO and Water Proofing By Experts' *Daubert* motions, was that this film should have dissolved.

On September 30th, Mr. Campbell examined his samples. On one of the samples, the film had separated from the Swelltite. Mr. Campbell, using a scissors, cut a small portion of this film off and placed it in a glass of water. The film did not dissolve. Mr. Campbell retained the sample of the undissolved film in a sample jar with water. He advised me that as of today the film remains undissolved.

Please be advised that Mr. Campbell will be attending the October 15, 2004 Pre-Trial Hearing with us and will have the undissolved film sample in his possession. We intend to offer this sample as an exhibit at trial during Mr. Campbell's testimony.

If you have any questions or comments, don't hesitate to call me.

Yours very truly,

FLYNN, GASKINS & BENNETT, L.L.P.

Steven E. Rau

SER:rlv
cc: Steve W. Gaskins, Esq.