UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

**WEIS BUILDERS' LIST OF OBJECTIONS TO DEPOSITION TESTIMONY**

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

---

Per the Court's October 1, 2004 order, Weis Builders submits the following objections to deposition testimony that may be read at trial. (These objections concern the deposition testimony that has been previously submitted as part of the parties' pre-trial submissions.) Weis Builders respectfully reserves the right to amend, withdraw, or add to these objections depending upon the evidence adduced at trial.

1. Weis Builders re-asserts the objections that it made during the depositions in this matter.
2. William Hanuschak

   Page 50, lines 10-18 – Foundation

   Page 81, lines 12-16 – Form

   Page 82, lines 3-10 – Form and Foundation

   Page 90, lines 18-21 – Speculation, Assumes facts not in evidence

   Pages 91-91, lines 23-25, 1 – Foundation and Form

   Page 92, lines 9-21 – Foundation and Form
3. Michael Manzella

   Page 19, lines 16-24 – Form and Calls for a Legal Conclusion

Page 24, lines 9-11 – Form, Foundation and Calls for a Legal Conclusion

Page 24 lines 12-14 – Form and Assumes facts not in evidence

Page 28, lines 7-16 – Calls for a Legal Conclusion

Page 33, lines 10-11 – Form and Calls for a Legal Conclusion

Page 33, line 25 – Form, Foundation and Calls for a Legal Conclusion

Page 45, lines 13-14 – Form and Vague

Page 65, line 9 – Foundation

Page 65, lines 14-15 – Foundation

Pages 65-66, lines 19-25,1 – Form, Assumes facts not in evidence, Misstates his Testimony, and Calls for a Legal Conclusion

Page 66, lines 4-5 – Form, Ambiguous and Vague

Page 72, lines 12-14 – Foundation

4. Gary Nelson

Page 47, lines 5-7, Vague and Form

Page 53, lines 17-19 – Form and Vague

Page 65, line 20 – Foundation

Page 111, lines 3-5, 9 – Foundation and Speculation

Page 153, lines 8-10 – Form

Page 174, lines 3-6 – Foundation, Form, and Compound/Multiple question

Page 179, lines 18-19 – Form

Page 196, lines 1-3 – Form

5. Jon Camaya

Page 210, lines 2-4 – Form, Foundation and Calls for a Legal Conclusion

Page 213, lines 12-13 – Foundation and Speculation

Page 237, line 14 – Asked and Answered

Page 238, lines 21-23 – Calls for a Legal Conclusion, Foundation and Form

Page 253, lines 9-11 – Form, Foundation and Speculation

Page 268, lines 2-4 – Asked and Answered

Page 268, lines 22-25 – Foundation

Page 269, line 6 – Speculation

Page 269, line 13 – Speculation

Page 269, lines 20-21 – Speculation

Page 270, lines 8-10 – Foundation, Form and Speculation

Page 275, lines 2-4 – Foundation

Page 275, line 12 – Foundation

Page 276, lines 5-6 – Foundation and Form

Page 279, lines 20-21 – Form

Page 291, lines 3-6 - Form

Page 303, lines 8-15 – Foundation

Page 309, lines 22-23 – Misstates his testimony

Page 316, line 6 – Foundation and Asked and Answered

Page 318, lines 17-22 – Form

Page 319, lines 21-22 – Form and Asked and Answered

Page 320, lines 21-24 – Form

Page 321, lines 19-20 – Form and Misstates his testimony

Page 322, lines 1-2 0 Form and Misstates his testimony

6. Tom Weber

Page 96, lines 5-6 – Foundation and Form

Page 96, lines 16-17 – Foundation and Form

7. Thaddeus Palmer

Page 17, lines 12-13 – Form

Page 93, lines 9-12 – Foundation and Form

Page 94, lines 8-10 – Hearsay

Page 94, lines 15-17 – Foundation

Page 96, line 18 – Hearsay and Form

Page 98, lines 22-24 – Speculation and Foundation

Page 122, line 19 – Speculation

Page 139, lines 3-6 – Hearsay

Page 139, lines 15-16 – Hearsay

Page 166, lines 2-4 – Form

Page 255, lines 19-23 – Leading

Page 263, lines 11-14 – Form

Page 264, lines 1-3 – Leading

Page 265, lines 5-7 – Leading, Misstates the contents of the document, Misstates his testimony and Misstates the evidence

Page 270, lines 5-6 – Leading

Page 270, lines 8-9 – Leading

Page 276, lines 7-9 – Form, Foundation and Assumes facts not in evidence

Page 277, lines 20-21 – Form and Leading

Page 277, lines 24-25 – Leading

Page 278, lines 1-2 – Leading

Page 278, lines 6-7 – Leading

Page 278, line 20 – Speculation and Form

Page 278, lines 24-25 – Speculation and Form

Page 288, line 8 – Asked and Answered

Pages 289-90, lines 22-25, 1 – Leading

Page 290, lines 17-22 – Leading and Foundation

Page 292, lines 1-2 – Leading, misstates his testimony, and Foundation

Page 292, lines 12-17 – Leading

Page 295, lines 10-12 – Leading

Page 296, lines 24-25 – Leading

Page 297, lines 10-13 – Leading, Speculation and Foundation

Page 298, lines 1-8 – Leading and Foundation

Page 299, lines 3-9 – Foundation

Page 299, lines 13-15 – Foundation

Page 300, lines 1-3 – Leading

Page 300, lines 15-17 – Leading

Page 302, lines 1-4 – Leading

Page 305, lines 15-18 – Asked and Answered

Page 313, lines 5-7 – Form and Leading

Page 314, lines 11-12 – Leading and Form

Page 319, lines 1-4 – Speculation and Foundation

Page 319, lines 17020 – Speculation and Calls for a Legal Conclusion

Page 320, lines 4-9 – Form, Speculation and Leading

Page 320, lines 21-22 – Leading and Speculation

Page 321, lines 15-17 – Misstates his testimony and Leading

Pages 321-22, lines 25, 1-2 – Misstates his testimony

Page 323, lines 23-24 – Leading

Page 324, lines 3-4 – Leading

Pages 325-26, lines 24-25, 1 – Misstates his testimony and Leading

Page 326, line 7 – Misstates his testimony and Leading

8. Terry Weiderhoft

Page 230, line 21 – Foundation

9. John Feges

Page 532, lines 11-17 – Form and Assumes facts not in evidence

10. Tom Suter

Page 150, lines 11-13 – Form, Foundation and Calls for a Legal Conclusion

11. Scott Vanderburg

Page 35, line 8 – Foundation

Page 35, lines 13-14 – Foundation

Page 57, lines 7-9 – Speculation and Foundation

Page 57, lines 20-21 – Speculation and Foundation

Page 58, lines 18-20 – Foundation

Page 59, line 4 – Form and Foundation

Page 62, lines 9-10 – Form and Vague

Page 69, lines 2-3 – Speculation, Form and Foundation

Page 69, lines 12-13 – Speculation, Form and Foundation

Page 73, lines 2-4 – Hearsay and Foundation

Page 73, lines 9-10 – Hearsay

Pages 85-86, lines 24-25,1 – Foundation, Speculation and Hearsay

Page 86, lines 8-10 – Foundation, Speculation and Hearsay

Page 86, lines 18-19 – Foundation and Hearsay

Page 87, lines 16-17 – Foundation, Speculation and Hearsay

Page 91, lines 16-17 – Hearsay and Foundation

Page 100, lines 14-15 – Foundation and Leading

Page 101, lines 21-24 – Foundation and Leading

Page 102, lines 21-22 – Foundation and Speculation

Page 103, lines 6-9 – Leading and Form

Page 106, line 4 – Form, Foundation and Speculation

Page 109, lines 5-6 – Form

Page 120, lines 23-24 – Foundation

Page 131, line 10 – Form, Vague and Leading

Page 142, lines 18-21 – Foundation

Page 143, lines 2-3 – Foundation

Page 143, lines 20-21 – Foundation

Page 144, lines 6-7 – Foundation

Page 144, lines 14-16 – Foundation

Page 145, lines 17-22 – Foundation

Page 147, line 9 - Foundation

Page 309, lines 21-23 – Leading, Form and Foundation

Page 310, line 6 – Foundation

Page 310, lines 13-16 – Speculation, Leading and Form

Page 312, lines 1-3 – Form and Vague

12. Weis reserves the right to object to any deposition testimony that is offered subsequent to these objections.

Dated: _October 12, 2004__

__s/ Chad J. Stepan________________

Michael D. Hutchens # 167812
Chad J. Stepan. #0279535
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

and

Dean B. Thomson, #141045
Jocelyn L. Knoll, #22988X
Fabyanske Westra & Hart, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

***Attorneys for Defendant and Third-Party Plaintiff Weis Builders, Inc.***

/1171057