**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CIVIL FILE NO.: 00-CV-987 JNE/JSM**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

**THIRD-PARTY DEFENDANT COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY'S MOTION TO STRIKE PROMENADE'S INTRODUCTION OF UNTIMELY EXPERT DISCLOSURES**

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

TO: Parties above-named and their counsel of record.

Third-Party Defendant Colloid Environmental Technologies Company respectfully moves the Court for an Order directing that the Affidavit of David Campbell dated September 17, 2004, be stricken from the record and that the proposed new evidence which includes a sample of film from David Campbell not be allowed into evidence.

This Motion is supported by a Memorandum of Law, affidavits and exhibits served and filed contemporaneously herewith.

ERSTAD & RIEMER, P.A.

Dated: October 12, 2004

By: s/Patrick D. Reilly

Patrick D. Reilly (#90451)
Attorney for Third-Party Defendant Colloid Environmental Technologies
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700