**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant,

Civil File No. OO-CV-987 JNE/JSM

**NOTICE OF HEARING ON MOTION TO STRIKE**

(Oral Argument is Requested)

and

J-Berd Mechanical Contractors, Inc.,

Fourth Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth Party Defendant.

---

TO: All parties to the above captioned matter and their counsel of record.

**NOTICE OF HEARING ON MOTION TO STRIKE**

PLEASE TAKE NOTICE that, on the 15th day of October 2004, commencing at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Joan Ericksen, United States District Court Judge, at the United States Courthouse, 700 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, Third Party Defendant Waterproofing by Experts, Inc. will bring a motion to strike untimely disclosed evidence offered by Promenade's expert David Campbell.

Dated: October 12, 2004.

IVERSON REUVERS, LLC

By___s/ Mark S. Brown___________

Mark S. Brown, #226774
Attorneys for Third-Party Defendant Waterproofing by Experts, Inc.
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200