**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CIVIL FILE NO.: 00-CV-987 JNE/JSM**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

**THIRD-PARTY DEFENDANT COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY'S NOTICE OF MOTION TO STRIKE PROMENADE'S INTRODUCTION OF UNTIMELY EXPERT DISCLOSURES**

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

TO: Above-named parties and their counsel of record.

PLEASE TAKE NOTICE that the undersigned will bring on a Motion to Strike Promenade's Introduction of Untimely Expert Disclosures before the Honorable Joan Erickson, Room 646, Courtroom 3, 7th Floor, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, on October 15, 2004, at 9:30 a.m.

Said motion shall be upon this Notice of Motion and Motion, the accompanying Memorandum of Law and Affidavit of counsel, with exhibits, and all pleadings and papers on file in this action, together with such additional oral or documentary evidence as may be presented in connection with the hearing of the motion herein.

ERSTAD & RIEMER, P.A.

Dated: October 12, 2004

By: s/Patrick D. Reilly

Patrick D. Reilly (#90451)
Attorney for Third-Party Defendant Colloid Environmental Technologies
200 Riverview Office Tower

8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700