**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

**MOTION TO STRIKE**

(Oral Argument is Requested)

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth Party Defendant.

---

TO: All parties to the above captioned matter and their counsel of record.

**MOTION TO STRIKE**

Third Party Defendant Waterproofing By Experts, Inc., hereby moves the Court, pursuant to Rules 16(f), 26(a)(2), 26(e)(1) and 37(c)(1) of the Federal Rules of Civil Procedure, for an Order striking Promenade's untimely supplemental expert disclosure of opinions and conclusions set forth in a September 17, 2004, Affidavit of David Campbell and a new test conducted by Mr. Campbell of an allegedly undissolved fragment of water-soluble film on September 30, 2004. Waterproofing By Experts also moves the Court in limine for an Order precluding any party from offering testimony or other evidence pertaining to the subject matter of either the Affidavit or test.

This motion is supported by the accompanying Memorandum of Law, Affidavit of counsel, and all the pleadings and records on file.

Dated: October 12, 2004.

IVERSON REUVERS, LLC

By___/s Mark S. Brown___________
Mark S. Brown, #226774
Attorneys for Third-Party Defendant Waterproofing by Experts, Inc.
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200