**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No. OO-CV-987 JNE/JSM

Plaintiff,

vs.

**AFFIDAVIT OF MARK S. BROWN**

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Fourth Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth Party Defendant.

---

STATE OF MINNESOTA )
ss.
COUNTY OF HENNEPIN )

MARK S. BROWN, after being first duly sworn upon an oath, does hereby depose and state that:

1. I am an attorney licensed and authorized to practice law in the State of Minnesota and represent Third Party Defendant Waterproofing by Experts, Inc. in the above-entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of David Campbell dated September 17, 2004.

3. Attached hereto as Exhibit B is a true and correct copy of the October 5, 2004, fax from Attorney Rau advising of Campbell testing.

4. Attached hereto as Exhibit C is a true and correct copy of pages 72, 142 and 143 from the October 8, 2003, deposition of David Campbell.

FURTHER THAN THIS AFFIANT SAYETH NOT.

_s/ Mark S. Brown__________
Mark S. Brown

Subscribed and sworn to before me
this __12_ day of _October_, 2004.

___s/ Bonnie Hallstrom_________
Notary Public
(STAMP AND/OR SEAL)