**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2004, I caused the following documents:

1. Waterproofing by Experts' Notice of Hearing on Motion to Strike;
2. Waterproofing by Experts' Motion to Strike;
3. Waterproofing by Experts' Memorandum of Law in Support of Motion to Strike;
4. Affidavit of Mark S. Brown

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

G. John Veith
Brown & Carlson, P.A.
jveith@brownandcarlson.com

Daniel Austin Beckman
Gislason & Hunter, LLP
dbeckman@gislason.com

Leo I Brisbois
Stich, Angell, Kreidler, et al.
lbrisbois@stichlaw.com

Steven E Rau
Flynn & Gaskins
srau@flynngaskins.com

Chad Stepan
Meagher & Geer
cstepan@meagher.com

Roger C Justin
Rinke-Noonan
rjustin@rnoon.com

Rolf E Sonnesyn
Tomsche, Sonnesyn & Tomsche, P.A.
rsonnesyn@tstlaw.com

Dean Beard Thomson

Fabyanske, Westra & Hart
dthomson@fwhlaw.com

William Dennis Hull
Coleman, Hull & Van Vliet, PLLP
wdhull@chvv.com

Patrick D Reilly
Erstad & Reimer, P.A.
preilly@erstad.com

Andrea E Reisbord
Cousineau, McGuire & Anderson Chartered
aer@cousineaulaw.com

Benjamin B Bohnsack
bbohnsack@erstad.com

Steve W Gaskins
sgaskins@flynngaskins.com

Mark A Gwin
mag@cousineaulaw.com

David Fulton Herr
david.herr@maslon.com

Chandelle L Heyer
cheyer@tstlaw.com

Jocelyn Lorna Knoll
jknoll@fwhlaw.com

Timothy B Kohls
tkohls@fredlaw.com

James Duffy O'Connor
james.oconnor@maslon.com

Joseph G Springer
jspringer@fredlaw.com

Robert T Stich
rstich@stichlaw.com

**Notice will not be electronically mailed to:**

Brian Baumgartner
Not admitted

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the above-named documents to be filed with the court via courier to the following judge who is hearing the motion:

U.S. District Court Judge Joan N. Ericksen

Dated: October 12, 2004

IVERSON REUVERS, LLC

By__s/ Mark S. Brown______
Mark S. Brown, #2226774
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952 548-7200