**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CIVIL FILE NO.: 00-CV-987 JNE/JSM**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

**AFFIDAVIT OF PATRICK D. REILLY**

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

Patrick Reilly, being duly sworn and under oath, does hereby depose and state:

1. That he is one of the attorneys representing Third-Party Defendant Colloid Environmental Technologies Company in the above-entitled matter.

2. That this Affidavit is submitted in support of Third-Party Defendant Colloid Environmental Technologies Company's Memorandum of Law in Support of its Motion to Strike Promenade's Introduction of Untimely Expert Disclosures.

3. That attached hereto are true and correct copies of the following exhibits:

Exhibit A: David Campbell's expert report, dated May 1, 2002.

Exhibit B: Affidavit of David Campbell, dated September 17, 2004.

Exhibit C: Letter to All Counsel from Attorney Steven Rau, dated October 5, 2004.

FURTHER YOUR AFFIANT SAYETH NOT.

s/Patrick D. Reilly

Patrick D. Reilly, #90451

Subscribed and sworn to before me
this 12th day of October, 2004.

s/Shawnette Morrison
Notary Public
(STAMP AND/OR SEAL)