Promenade Oaks Apartments



Photo #7:
Infiltration at masonry pilaster.



Photo #8:
Infiltration at pipe penetration.



Photo #9:
Infiltration through precast plank keyway.



Photo #10:
Infiltration along beam span.



oto #11:
infiltration at beam bearing on column.



Photo #12:
Infiltration at masonry wall adjacent to exterior stairwell.

Promenade Oaks Apartments



Photo #13:
Infiltration below elevator tower.



Photo #14:
Infiltration at overhead door lintel.



Photo #15:
Infiltration at precast shelf angle.



Photo #16:
Infiltration at unusual precast/column detail.



oto #17:
ınfiltration along masonry wall supporting plaza.



Photo #18:
Infiltration at unusual shelf angle.

Promenade Oaks Apartments



Photo #19:
Gutter in garage for managing leak water.



Photo #20:
Gutters in garage for managing leak water.



Photo #21:
Painted gutter below precast keyway joints for managing leak water.



Photo #22:
Typical courtyard drain.



Photo #23:
Sidewalk heaving and cracking.



Photo #24:
Sidewalk cracking.