Promenade Oaks Apartments



Photo #25:
DTO 1: Water vacuumed out.



Photo #26:
DTO 1: Materials exposed.



Photo #27:
DTO 2: Location of hole.



Photo #28:
DTO 2: 4" of water within two minutes.



Photo #29:
DTO 3: Aggregate penetrating the flashing at wall edge.



Photo #30:
DTO 3: Perforated drain pipes at wall.

Promenade Oaks Apartments



Photo #31:
DTO 4: Repair at elevator tower.



Photo #32:
DTO 4: Repair at elevator tower.


Photo #33:
DTO 5: Damage to ledge flashing at wall. No protection.



Photo #34:
DTO 5: Composite drainage sheet 100 percent clogged. Edge was not wrapped with fabric.



Photo #35:
DTO 6: Insulation driven into composite drainage sheet. Two inches of water in one minute.



Photo #36:
DTO 6: Composite drainage sheet 20 percent clogged.