Promenade Oaks Apartments



Photo #37:
DTO 7: Unprotected electrical wire near wall.




Photo #38:
DTO 7: Flashing poorly bonded with water underneath.



Photo #39:
DTO 8: Wall at entry slab.




Photo #40:
DTO 8: Wall at entry slab.



Photo #41:
DTO 9: 100 percent clogged composite drainage sheet. Poorly bonded ledge flashing.




Photo #42:
DTO 9: 20 percent clogged composite drainage sheet.

Promenade Oaks Apartments



Photo #43:
DTO 10: Typical courtyard drain.



Photo #44:
DTO 10: Lowest holes are too high. Some holes plugged.



Photo #45:
DTO 11: Canopy wood post (not repaired).



Photo #46:
DTO 11: Flashing releasing around wood post.



Photo #47:
DTO 12: Location of hole.



Photo #48:
DTO 12: 3" of water within one minute.