Promenade Oaks Apartments



Photo #49:
DTO 13: Expanded polystyrene insulation, inappropriate below ground.




Photo #50:
DTO 13: Poor bentonite containment. Puncture in unprotected flashing.



Photo #51:
DTO 14: Inadequate containment of bentonite at bottom of wall.




Photo #52:
DTO 14: Unprotected ledge flashing is Miradri.



Photo #53:
DTO 15: Location of hole.



Photo #54:
DTO 15: 2" of water within 30 seconds.

Promenade Oaks Apartments



Photo #55:
DTO 16: Location of hole.



Photo #56:
DTO 16: Filter fabric of unknown purpose.



Photo #57:
DTO 17: Location of hole.



Photo #58:
DTO 17: Unique back dirt backfill with sewage smell.



Photo #59:
DTO 18: Color-coated sheet metal should not extend below ground.




Photo #60:
DTO 18: Composite drainage sheet is properly wrapped.