**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Court File No. 00-CV-987 JEL/JSM

**AFFIDAVIT OF DAVID CAMPBELL**

EXHIBIT
tabbies
B

Weis Builders, Inc.,

Cross-Claimant,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

| | |
|---|---|
| and | ) |
| | ) |
| Chris Craft Industrial Products, Inc., | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| | ) |
| Third-Party Defendant and<br>Fourth-Party Plaintiff, | )<br>) |
| | ) |
| v. | ) |
| | ) |
| Mikesh, Inc., | ) |
| | ) |
| Fourth Party Defendant. | ) |

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

David Campbell, being duly sworn, deposes and states as follows:

1. I make this affidavit in response to the Motions of Colloid Environmental Technologies Company ("CETCO"), Waterproofing By Experts, Inc. ("Waterproofing By Experts") and Chris Craft Industrial Products, Inc. ("Chris Craft").

2. In connection with the opinions that I have in this case, I reviewed all CETCO literature applicable to the products that were installed at the Promenade in 1997. CETCO does not require the use of seamtape in order to effectively waterproof a structure with Swelltite 3000. Put differently, the use of seamtape in CETCO literature is only permissive and is not mandatory. Furthermore, in the waterproofing industry, the term "waterproofing tape" is a technical term of art. The use of this term conotates that the tape itself is required and useful in waterproofing.

3. CETCO does not refer to the seamtape as waterproof or, even, as "waterproofing" seamtape.

4. I have been advised that Stacy Byrd of CETCO has submitted an affidavit asserting that the tape is waterproof (not waterproofing tape). Even if the tape substance were waterproof, the issue of whether the adhesive used on the tape was waterproof remains open because in my experience not all adhesives are waterproof. Moreover, seams without tape, seams where the tape has puckered, or seams otherwise breached provide avenues for leakage where the PVOH film has not dissolved.

5. Ultimately, water can penetrate to the concrete deck at the Promenade through numerous other avenues identified in my report. This of course includes areas where the PVOH film does not dissolve and allow the Bentonite to seal off the water. These other courses for the leaks are conclusions I reached based on the investigation I did including my visual observations at the DTO's.

FURTHER YOUR AFFIANT SAYETH NOT

Dated: September 17, 2004

*s/David Campbell*____________________
David Campbell

Subscribed and sworn to before me this
17th day of September, 2004.

*s/RaVonne L. Vizenor*______________
Notary Public

My Commission Expires on January 31, 2005

FLYNN, GASKINS & BENNETT, L.L.P.
ATTORNEYS AT LAW

333 SOUTH SEVENTH STREET, SUITE 2900
MINNEAPOLIS, MINNESOTA 55402

PHONE: 612.333.9500 · FAX: 612.333.9579
TOLL FREE: 866.397.4497
WWW.FLYNNGASKINS.COM

GEORGE W. FLYNN
STEVE GASKINS
ROBERT BENNETT
BARBARA JEAN D'AQUILA
JEANNINE L. LEE
TIMOTHY R. SCHUPP
STEVEN E. RAU
WILLIAM J. TIPPING
THOMAS KLOSOWSKI
BRADLEY J. AYERS
HAL A. SHILLINGSTAD
DAVID A. WIKOFF
SCOTT M. RUSERT
KAREN REIERSON
JENNIFER F. ROSEMARK
CYNTHIA A. BREMER
HEIDI SCHNEIDER
PATRICK R. MARTIN
JOHN J. LARAVUSO
ERIC HAGEMAN
JEFFRY SCHMIDT
SONIA MILLER-VAN OORT
JONATHAN A. STRAUSS
SHALANDA D. BALLARD
LORI D. SEMKE
WENDY M. CANADAY
ANDREA KIEHL
RYAN O. VETTLESON
ROBERT W. VACCARO
ANDREW J. NOEL
DANIEL N. SACCO

*Direct Dial*
*(612) 333-9552*

October 5, 2004

***VIA FACSIMILE & U.S. MAIL***

Mark A. Gwin, Esq.
Andrea E. Reisbord, Esq.
Cousineau McGuire & Anderson
600 Travelers Express Tower
1550 Utica Ave South
Minneapolis, MN 55416-1523

G. John Veith, Esq.
Mark G. Pryor, Esq.
Timothy J. Manahan, Esq.
Brown & Carlson, P.A.
5411 Circle Down Avenue, Suite 100
Minneapolis, MN 55416-1311

Robert T. Stich, Esq.
Leo I. Brisbois, Esq.
Stich Angell Kreidler Brownson & Ballou
250 – 2nd Avenue South, Suite 120
Minneapolis, MN 55401

Mark S. Brown, Esq.
Iverson Reuvers, LLC
230 Towline Plaza
8585 West 78th Street #230
Bloomington, MN 55438

Daniel A. Beckman, Esq.
Gislason & Hunter, L.L.P.
9900 Bren Road East, Suite 215E
Minnetonka, MN 55343-2297

William D. Hull, Esq.
Coleman, Hull & Van Vliet, PLLP
8500 Normandale Lake Blvd., Ste. 2110
Bloomington, MN 55437

Chad J. Stepan, Esq.
Meager & Geer
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Patrick D. Reilly, Esq.
Erstad & Riemer, P.A.
200 Riverview Office Tower
8009 – 34th Avenue South
Minneapolis, MN 55425

Dean B. Thomson, Esq.
Jocelyn Lorna Knoll, Esq.
Fabyanske Westra & Hart
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

Roger C. Justin, Esq.
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, MN 56302-1497

Rolf E. Sonnesyn, Esq.
Chandelle L. Heyer, Esq.
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422

Jonathan M. Bye, Esq.
LINDQUIST & VENNUM, P.L.L.P
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274

EXHIBIT
C

Brian Baumgartner, Esq.
Baumgartner Law Office, P.L.L.C.
3320 West Owasso Boulevard
Shoreview, MN 55126

Re: *Westfield Insurance Company v. Weis Builders, Inc., Promenade Village Townhomes, L.L.C., et al.*
Court File No. 00-CV-987 (PAM/JGL)
Our File No. 15117

Dear Counsel:

On Thursday, September 30, 2004, David Campbell visited our offices. In connection with that visit, Mr. Campbell examined the samples of Swelltite he obtained when he did his investigation of the Promenade Oaks. As you recall, some of those samples were of Swelltite with the water-soluble film still attached to it. Mr. Campbell's testimony, which is the subject of Chris Craft, CETCO and Water Proofing By Experts' *Daubert* motions, was that this film should have dissolved.

On September 30th, Mr. Campbell examined his samples. On one of the samples, the film had separated from the Swelltite. Mr. Campbell, using a scissors, cut a small portion of this film off and placed it in a glass of water. The film did not dissolve. Mr. Campbell retained the sample of the undissolved film in a sample jar with water. He advised me that as of today the film remains undissolved.

Please be advised that Mr. Campbell will be attending the October 15, 2004 Pre-Trial Hearing with us and will have the undissolved film sample in his possession. We intend to offer this sample as an exhibit at trial during Mr. Campbell's testimony.

If you have any questions or comments, don't hesitate to call me.

Yours very truly,

FLYNN, GASKINS & BENNETT, L.L.P.

Steven E. Rau

SER:rlv
cc: Steve W. Gaskins, Esq.