IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2004, I caused the following documents:

Third-Party Defendant Colloid Environmental Technologies Company's Motion to Strike Promenade's Introduction of Untimely Expert Disclosures

Third-Party Defendant Colloid Environmental Technologies Company's Notice of Motion to Strike Promenade's Introduction of Untimely Expert Disclosures

Third-Party Defendant Colloid Environmental Technologies Company's Memorandum of Law in Support of its Motion to Strike Promenade's Introduction of Untimely Expert Disclosures

Affidavit of Patrick D. Reilly with exhibits

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Daniel Austin Beckman**
dbeckman@gislason.com

**Benjamin B Bohnsack**
bbohnsack@erstad.com
rhatlestad@erstad.com

**Leo I Brisbois**
lbrisbois@stichlaw.com
bschmick@stichlaw.com
lbehrendt@stichlaw.com

**Mark S Brown**
mbrown@iversonlaw.com
reitreim@iversonlaw.com
bhallstrom@iversonlaw.com

**Steve W Gaskins**
sgaskins@flynngaskins.com

**Mark A Gwin**
mag@cousineaulaw.com

**David Fulton Herr**
david.herr@maslon.com
lynnette.shanahan@maslon.com

patty.porter@maslon.com

**Chandelle L Heyer**
cheyer@tstlaw.com

**William Dennis Hull**
wdhull@chvv.com

**Michael D. Hutchens**
mhutchens@meagher.com
boleary@meagher.com
Uscourtfiling@meagher.com

**Roger C Justin**
rjustin@rnoon.com
dfinken@rnoon.com

**Jocelyn Lorna Knoll**
jknoll@fwhlaw.com
laurac@fwhlaw.com

**Timothy B Kohls**
tkohls@fredlaw.com
theuer@fredlaw.com

**Steven Richard Little**
slittle@chvv.com

**James Duffy O'Connor**
james.oconnor@maslon.com
deneen.stutzka@maslon.com

**Steven E Rau**
srau@flynngaskins.com
rvizenor@flynngaskins.com
bvolk@flynngaskins.com

**Patrick D Reilly**
preilly@erstad.com
smorrison@erstad.com

**Andrea E Reisbord**
aer@cousineaulaw.com

**Lori D. Semke**
lsemke@flynngaskins.com

**Rolf E Sonnesyn**
rsonnesyn@tstlaw.com

**Joseph G Springer**
jspringer@fredlaw.com
mdavis@fredlaw.com
rshainess@fredlaw.com

**Chad Stepan**
cstepan@meagher.com
boleary@meagher.com
Uscourtfiling@meagher.com

**Robert T Stich**
rstich@stichlaw.com
lbehrendt@stichlaw.com
bschmick@stichlaw.com

**Dean Beard Thomson**
dthomson@fwhlaw.com
helenh@fwhlaw.com

**Robert W. Vaccaro**
rvaccaro@flynngaskins.com
twittbecker@flynngaskins.com

**George John Veith**
jveith@brownandcarlson.com
jhutar@brownandcarlson.com
sglover@brownandcarlson.com

Dated: October 12, 2004

By: s/Patrick D. Reilly
Patrick D. Reilly