Steven E. Tomsche*
Rolf E. Sonnesyn*
Michael J. Tomsche
Byron M. Peterson
Chandelle L. Heyer
Bryan B. Carroll
Teresa A. Gumerman
Jeanette P. Cogelow
*Civil Trial Specialist Certified by MSBA

TS&T
TOMSCHE, SONNESYN & TOMSCHE, P.A.
Attorneys at Law

610 Ottawa Avenue North
Minneapolis, Minnesota 55422

Phone: (763) 521-4499
Fax: (763) 521-4482

RECEIVED
BY MAIL
OCT 12 2004
CLERK, US DIST. COURT
ST. PAUL, MN

October 7, 2004

Warren E. Burger Federal Building
ATTN: Clerk of Court
316 North Robert Street
St. Paul, MN 55101

RE: Westfield Insurance Company v. Weis Builders, Inc. et al.
Court No. 00-CV-987 JNE/JSM
Our File No.: 138-039

Dear Clerk of Court:

I am changing employment and after October 7, 2004, will no longer be employed at the law firm of Tomsche, Sonnesyn & Tomsche, P.A. As an employee of this firm, I have been listed as an additional attorney of record on the above-referenced active court file (Court No. 00-CV-987 JNE/JSM). Please remove my name from the electronic filing notification for this file. Any questions, please contact 763-521-4499. Thank you.

Sincerely,

Chandelle L. Heyer
Cheyer@tstlaw.com
Direct Line: 612-520-8617

CLH:cmk

SCANNED
OCT 12 2004
MMC
U.S. DISTRICT COURT ST. PAUL