**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

CASE NUMBER: 00-CV-987 JNE/JSM

I hereby certify that on October 18, 2004, I caused the following documents:

1. Westfield Insurance Company's letter Brief regarding right to a jury trial

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Rau
Flynn & Gaskins
Email: srau@flynngaskins.com

Leo I. Brisbois
Stich, Angell, Kreidler, et al.
Email: lbrisbois@stichlaw.com

Daniel A. Beckman
Gislason & Hunter, LLP
Email: dbeckman@gislason.com

Chad J. Stepan
Meagher & Geer
Email: cstepan@meagher.com

Roger C. Justin
Rinke-Noonan
Email: rjustin@rnoon.com

Rolf E. Sonnesyn
Tomsche, Sonnesyn & Tomsche, P.A.
Email: rsonnesyn@tstlaw.com

Dean B. Thompson
Fabyanske, Westra & Hart
Email: dthompson@fwhlaw.com

Mark S. Brown
Iverson Reuvers
Email: mbrown@iversonlaw.com

William D. Hull
Coleman, Hull & Van Vliet, PLLP
Email: wdhull@chvv.com

Patrick D. Reilly
Erstad & Reimer, P.A.
Email: preilly@erstad.com

Jonathan M. Bye
Lindquist & Vennum, PLLP
Email: jbye@lindquist.com

Andrea E. Reisbord
Cousineau, McGuire & Anderson
Email: aer@cousineau.com

Benjamin B. Bohnsack
Email: bbohnsack@erstad.com

Steve W. Gaskins
Email: sgaskins@flynngaskins.com

Mark A. Gwin
Cousineau, McGuire & Anderson
Email: mag@cousineaulaw.com

David Fulton Herr
Email: david.herr@maslon.com

Jocelyn L. Knoll
Email: jknoll@fwhlaw.com

Timothy B. Kohls
Email: tkohls@fredlaw.com

James Duffy O'Connor
Email: james.oconnor@maslon.com

Joseph G. Springer
Email: jspringer@fredlaw.com

Robert T. Stich
Email: rstich@stichlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brian Baumgartner
Baumgartner Law Office, PLLC
3320 West Owasso Blvd.
Shoreview, MN 55126

I further certify that I caused to file Westfield Insurance Company's letter Brief regarding right to a jury trial with the court via facsimile directed to the Honorable Joan N. Ericksen:

and caused a copy of the proposed order to be mailed by first class mail, postage paid, or via e-mail as noted to the following:

Not Applicable

COUSINEAU, McGUIRE & ANDERSON,
CHARTERED

Dated: October 18, 2004

By: s/ Mark A. Gwin

MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Plaintiff Westfield Insurance Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

880168