IVERSON REUVERS, LLC
Attorneys at Law

Jon K. Iverson
Paul D. Reuvers
Jeff M. Zalasky
Jason J. Kuboushek
Mark S. Brown
Pamela J.F. Whitmore
Jason M. Hiveley
Susan M. Tindal

9321 Ensign Avenue South
Bloomington, Minnesota 55438
Telephone: 952.548.7200
Facsimile: 952.946.1501

Mark S. Brown
Direct: 952.548.7207
mbrown@iversonlaw.com

October 18, 2004

Judge Joan N. Ericksen
UNITED STATES DISTRICT COURT
District of Minnesota
U.S. Courthouse
700 Federal Building
316 North Robert Street
St. Paul, MN 55101

RE: Westfield Insurance Company v. Weis Builders v. Waterproofing By Experts, et al
Court File No. 00-CV-987 JNE/JSM

Your honor, you indicated at the hearing Friday that you were not inclined to permit a jury viewing of the property, given the logistical issues and time constraints. You further indicated that we could videotape the property to play for the jury at trial as an alternative. We respectfully request that the Memorandum and Order you issue tomorrow in connection with the pre-trial motions expressly grants that permission to videotape the property.

We will work out the details of the videotape with GID's counsel, Mr. Springer. Thank you for your consideration. If you require anything further, let me know.

Sincerely,

IVERSON REUVERS, LLC

s/Mark S. Brown

Mark S. Brown

cc: All counsel (See attached service list)