**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Court File No. 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Company; Promenade Village Townhomes, L.L.C.; and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and
Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., a/k/a Elness Swenson Graham Architects, Inc.; Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.

Third-Party Defendants,

and

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

---

**UNSWORN DECLARATION OF SERVICE**

---

I, Dyanna L. Street, declare under penalty of perjury that on the 18th day of October, 2004, I caused to be served by mail Weis Builders, Inc.'s Memorandum of Law Regarding the

Issues of Westfield Insurance Company's Right to a Jury Trial and Bifurcation of the Liability and Coverage Issues in this proceeding upon the following parties by depositing true and correct copies thereof in the United States mail, postage prepaid, in Minneapolis, Minnesota, addressed as follows:

Mr. Mark G. Pryor
8085 Wayzata Boulevard, Suite 200
Minneapolis, MN 55426-1351

Brian Baumgartner
Baumgartner Law Office, PLLC
3320 W. Owasso Blvd.
Shoreview, MN 55126

Executed on: October 18, 2004

_s/__Dyanna L. Street ____________________
Dyanna L. Street
Fabyanske, Westra & Hart, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402