# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Westfield Insurance Company, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 00cv987 |
| | ) | Date: October 15, 2004 |
| Weis Builders, Inc. et al, | ) | Court Reporter: Maria Weinbeck |
| | ) | Time Commenced: 9:30 a.m. |
| Defendant. | ) | Time Concluded: 5:00 p.m. |
| | ) | Time in Court: 6 Hours & 30 Minutes |
| | ) | |

# STATUS CONFERENCE AND MOTIONS HEARING:

For the reasons stated on the record, the Court denied (1) WBE's Motion for a Jury View [Docket No. 448]; (2) Elness Swenson Graham Architects, Inc.'s Motion in Limine [Docket No. 400]; (3) WBE's Motion Seeking the Court's Interpretation of the Scope of Its Subcontract [Docket No. 444]; (4) Weis's Motion in Limine [Docket No. 415] insofar as it relates to standard of care for general contractors and evidence of leaks at the repair sites; (5) ]; (6) J-Berd's Motion in Limine [Docket No. 425]; WBE's Motion to Exclude Certain Expert Testimony [Docket No. 458] insofar as it relates to Stehly. Ordered on the minutes.

For the reasons stated on the record, the Court granted the following motions: (1) Chris Craft's Motion in Limine and *Daubert* Motion [Docket No. 379] insofar as it relates to the other projects and the 1996 test; (2) CETCO's Motion in Limine [Docket NO. 426] insofar as it relates to water intrusion at other sites; WBE's Motion to Exclude Certain Expert Testimony [Docket No. 458] insofar as it relates to Arockiasamy; (3) Chris Craft's, CETCO's, and WBE's Motions to Strike [Docket Nos. 540, 551, 554]. Ordered on the minutes

The Court took the following motions under advisement: (1) Promenade's Motion in Limine [Docket No. 453]; (2) Weis's Motion in Limine [Docket No. 415] insofar as it relates to Strachota and consent; (3) Westfield's Motion for Realignment and to Set Order of Proof For Trial [Docket No. 377] and Promenade's Joinder Motion [Docket No. 457]; (4) Weis's Motion to Bifurcate [Docket No. 420] and J-Berd's Motion to Bifurcate [Docket No. 433]; (5) Chris Craft's Motion in Limine and *Daubert* Motion [Docket No. 379] insofar as it relates to Campbell and the other experts; (6) WBE's Motion in Limine to Exclude Certain Opinions Proffered by David Campbell [Docket No. 451]; (7) CETCO's Motion in Limine [Docket No. 426] insofar as it relates to Campbell and the other experts.

## APPEARANCES:

Plaintiff: Andrea E. Reisbord, Mark Gwin
Defendant: Chad J. Stephen, Steven Gaskins, Steven Rau, Dean Thomson, Jocelyn Knoll, William Hull, John Veith, Patrick Reilly, Mark Brown, Dan Beckman, Jeannette Cogelow, Sam Glover, Leo Brisbois

## PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk