UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company, Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Co., and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Co.,

Third-Party Defendant and
Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

Civil File No. 00-CV-987 JNE/JSM

**CERTIFICATE OF SERVICE**

and

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

I hereby certify that on October 25, 2004, I filed the following document electronically with the Clerk of Court through the Court's electronic filing system:

1. Weis Builders' First Amended List of Anticipated Deposition Testimony

The Court's ECF system will automatically serve an electronic notice of the filing to the following registered users of ECF:

Daniel A. Beckman
Leo I. Brisbois
Mark S. Brown
Steve W. Gaskins
Mark A. Gwin
William D. Hull
Roger C. Justin
Jocelyn L. Knoll
Patrick D. Reilly
Rolf E. Sonnesyn
John Veith

I further certify that I have mailed the above-listed document, together with the Notice of Filing for each such document, by first class mail, postage paid, to the following persons who are not registered users of ECF: None.

Dated: October 25, 2004

s/ Chad J. Stepan

Michael D. Hutchens #167812
Chad J. Stepan #0279535
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 338-0661
***Attorneys for Defendant***
***Weis Builders, Inc.***

/1174794