**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil File No. 00-CV-987(JNE/JSM)

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.; Promenade Village Townhomes; Valley Forge Insurance Company; Colliod Environmental Technologies Company; and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company; and J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiffs,

vs.

Chris Craft Industrial Products, Inc.; and Mikesh, Inc.,

Fourth-Party Defendants.

**THIRD-PARTY DEFENDANT ELNESS SWENSON GRAHAM ARCHITECTS, INC.'S OBJECTIONS TO MIKE MANZELLA'S DEPOSITION TESTIMONY**

---

Third-Party Defendant Elness Swenson Graham Architects, Inc. submits the following objections to the deposition of Mike Manzella.

1. Objection, foundation, to question ending on page 61, line 11.

2. Objection, foundation, to question ending on page 61, line 17.

3. Objection, foundation, to question ending on page 61, line 19.

4. Objection, foundation, to question ending on page 64, line 6.

5. Objection to the form of the question, ending on page 66, line 1.

6. Objection, foundation, to question ending on page 76, line 22.

Respectfully submitted,

COLEMAN, HULL & VAN VLIET, PLLP

October 26, 2004.

By ___*s/ William D. Hull*________________

William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_obj manzella depo*