**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc.; Promenade Village Townhomes; Valley Forge Insurance Company; Colliod Environmental Technologies Company; and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company; and J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiffs,

vs.

Chris Craft Industrial Products, Inc.; and Mikesh, Inc.,

Fourth-Party Defendants.

Civil File No. 00-CV-987(JNE/JSM)

**THIRD-PARTY DEFENDANT ELNESS SWENSON GRAHAM ARCHITECTS, INC.'S OBJECTIONS TO WILLIAM HANUSHAK'S DEPOSITION TESTIMONY**

---

Third-Party Defendant Elness Swenson Graham Architects, Inc., submits the following objections to the deposition of William Hanushak.

1. Objection, foundation, to question ending on page 62, line 14.

2. Objection, foundation, to question ending on page 85, line 15.

3. Objection, foundation, to question ending on page 85, line 22.

4. Objection, foundation, to question ending on page 86, line 1.

5. Objection, foundation, to question ending on page 86, line 7.

6. Objection, foundation, to question ending on page 86, line 10.

7. Objection, asked and answered, to questions on page 92, ending on lines 1, 7, 11, 17, and 20.

8. Objection, foundation, to question ending on page 92, line 13.

9. Objection, foundation, to questions ending on page 131, lines 18 and 21.

10. Objection, foundation, to questions ending on page 148, lines 16 and 18.

11. Objection to the form of the question, leading, to questions ending on page 175, lines 2, 12 and 15.

12. Objection to the form of the question, leading, to question ending on page 176, line 23.

13. Objection to the form of the question, leading, to question ending on page 177, line 1.

Respectfully submitted,

COLEMAN, HULL & VAN VLIET, PLLP

October 26, 2004.

By *s/ William D. Hull*

William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_obj hanushak depo*