**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2004, I caused the following documents:

1. Third-Party Elness Swenson Graham Architects, Inc.'s Objections to Mike Manzella's Deposition Testimony;

2. Third-Party Elness Swenson Graham Architects, Inc.'s Objections to William Hanushak's Deposition Testimony; and

3. Amended Deposition Testimony to be Offered by Third-Party Defendant Elness Swenson Graham Architects, Inc.,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an email notice of the electronic filing to all counsel in this matter.

COLEMAN, HULL & VAN VLIET, PLLP

October 26, 2004.

By ___*s/ William D. Hull*________________
William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Third-Party Defendant Elness Swenson Graham Architects, Inc.*

*elness_certificate of service*