UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Promenade Village Townhomes, L.L.C.,

Plaintiff,

v.

Civ. No. 00-987 (JNE/JSM)
ORDER

Weis Builders, Inc., et. al.

Defendants.

On October 1, 2004, the Court issued an Order that, *inter alia*, ordered the parties to "jointly submit a table that reflects the relationship between each joint exhibit number and its corresponding number in the parties' individual pretrial submissions" by October 25, 2004. The parties failed to comply with the Court's Order.[1] Given this failure and pursuant to Local Rules 1.3 and 39.1, the parties are now on notice that the Court is considering its options at trial, including excluding the evidence of any party who has failed to comply with the Court's October 1 Order. *See Boardman v. Nat'l Med. Enter.*, 106 F.3d 840, 843 (8th Cir. 1997). Furthermore, the parties are reminded of the Court's contempt power, which may be used "to ensure that litigants do not anoint themselves with the power to adjudge the validity of orders to which they are subject." *Int'l Bhd. of Elec. Workers v. Hope Elec. Corp.*, 293 F.3d 409, 415 (8th Cir. 2002).

Dated: October 26, 2004

S/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

[1] The Court recognizes that on October 25, 2004, the parties submitted a Universal Exhibit List of All Parties with Objections. That list is responsive to a different portion of the Court's October 1 Order.