**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

Civil File No. 00-CV-987 JEL/JSM

**THIRD PARTY DEFENDANT J-BERD MECHANICAL CONTRACTORS, INC.'S OBJECTIONS TO DEPOSITION TESTIMONY AND COUNTER DESIGNATION**

---

Third-Party Defendant J-Berd Mechanical Contractors, Inc., submits the following objections to designated deposition testimony and counter designation Under Fed.R.Civ.P. 32(a)(4).

Deposition Objections

| Witness | Page(s) | Line(s) | Objection |
|---|---|---|---|
| Timothy Charboneau | 64 | 1-25 | Completeness, should start at 63:15 |
| Scott Vanderburg | 63 | 7-24 | Foundation |
| | 132 | 6-18 | Foundation |
| | 203 | 7-22 | Completeness |
| | 229 | 8-25 | Foundation, Hearsay |
| | 230 | 1-25 | Hearsay, Foundation |
| | 231 | 1-6 | Hearsay, Foundation |
| | 245 | 8-25 | Foundation |
| | 246 | 1-25 | Hearsay, Foundation |
| | 285 | 21-25 | Hearsay, Foundation |
| | 286 | 1-21 | Hearsay, Foundation |
| | 289 | 12-18 | Hearsay, Foundation |
| | 297 | 10-19 | Foundation |
| | 304 | 15-25 | Hearsay, Foundation |
| | 305 | 1-2 | Hearsay, Foundation |
| Jon Camaya | 78 | 17-25 | Foundation |
| | 79 | 1-4 | Foundation |
| | 142 | 7-25 | Hearsay |
| | 143 | 1-25 | Hearsay, Foundation |
| | 144 | 1-11 | Hearsay |
| | 151 | 6-22 | Hearsay |
| | 165 | 15-25 | Hearsay |
| | 166 | 1 | Hearsay |
| | 169 | 10-25 | Foundation |
| | 170 | 1-9 | Foundation |
| | 179 | 6-25 | Foundation |
| | 180 | 1-11 | Foundation |
| | 273 | 1-18 | Foundation |
| | 274 | 1-10 | Foundation |
| | 285 | 3-25 | Foundation |
| | 286 | 1-25 | Foundation |
| | 287 | 7-9 | Foundation |
| | 288 | 16-25 | Foundation |
| | 289 | 1-17 | Foundation |
| | 294 | 5-17 | Foundation, Hearsay |

| | | | |
|---|---|---|---|
| Jon Camaya (Continued) | 296 | 12-18 | Hearsay |
| | 297 | 14-19 | Hearsay, Foundation |
| | 301 | 17-25 | Foundation |
| | 302 | 1-16 | Foundation |
| | 354 | 9-11 | Counter Designation |
| | 369 | 6-25 | Foundation |
| | 369-70 | 25, 1 | Counter Designation |
| William Hanuschak | 115 | 5-16 | Hearsay, Foundation |
| | 179 | 10-25 | Foundation |
| | 180 | 1-25 | Foundation |
| Thaddeus Palmer | 122 | 13-25 | Hearsay, Foundation |
| | 123 | 1-19 | Hearsay, Foundation |
| | 124 | 19-22 | Hearsay, Foundation |
| | 139 | 15-25 | Hearsay, Foundation |
| | 140 | 1-10 | Hearsay, Foundation |
| | 159 | 24-25 | Counter Designation |
| | 160 | 1-6 | Counter Designation |
| | 161 | 9-16 | Hearsay |
| | 221 | 22-25 | Counter Designation |
| | 258 | 17-18 | Hearsay, Foundation |
| | 259 | 1-4 | Foundation, Hearsay |
| | 288 | 8-20 | Hearsay |
| | 290 | 17-25 | Hearsay, Foundation |
| | 291 | 1-16 | Hearsay, Foundation |
| | 300 | 1-8 | Hearsay |
| | 320 | 4-25 | Foundation |
| | 321 | 1-5 | Foundation |
| | 413 | 6-17 | Hearsay |

Dated: October 26, 2004

_ /s/ Rolf E. Sonnesyn ____________________

Rolf E. Sonnesyn (#131027)
Tomsche, Sonnesyn & Tomsche, P.A.
610 Ottawa Avenue North
Minneapolis, Minnesota 55422
Telephone: (763) 521-4499

Roger C. Justin (#197270)
RINKE-NOONAN
Suite 700, Wells Fargo Center
P.O. Box 1497
St. Cloud, Minnesota 56302-1497
(320) 251-6700
**Attorneys for Third Party Defendant J-Berd Mechanical Contractors, Inc.**