**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**THIRD-PARTY DEFENDANT J-BERD**
**MECHANICAL CONTRACTORS, INC.'S**
**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2004, I caused the following documents:

- **Third Party Defendant J-Berd Mechanical Contractors, Inc.'s Objections to Deposition Testimony and Counter Designation.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mark A. Gwin
Andrea E. Reisbord
Cousineau, McGuire & Anderson
Email: mag@cousineaulaw.com
Email: aer@cousineau.com

Chad J. Stepan
Meagher & Geer
Email: cstepan@meagher.com

Dean B. Thomson
Jocelyn L. Knoll
Fabyanske, Westra & Hart
Email: dthompson@fwhlaw.com
Email: jknoll@fwhlaw.com

Robert T. Stich
Leo I. Brisbois
Stich, Angell, Kreidler, Brownson & Ballou
Email: rstich@stichlaw.com
Email: lbrisbois@stichlaw.com

William D. Hull
Coleman, Hull & Van Vliet, P.L.L.P.
Email: wdhull@chvv.com

Daniel A. Beckman
Gislason & Hunter, L.L.P.
Email: dbeckman@gislason.com

Roger C. Justin
Rinke-Noonan
Email: rjustin@rnoon.com

Mark G. Pryor
G. John Veith
Brown & Carlson
Email: mpryor@brownandcarlson.com
Email: jveith@brownandcarlson.com

Steven W. Gaskins
Steven E. Rau
Flynn & Gaskins, L.L.P.
Email: sgaskins@flynngaskins.com
Email: srau@flynngaskins.com

Patrick D. Reilly
Benjamin B. Bohnsack
Erstad & Riemer, P.A.
Email: preilly@erstad.com
Email: bbohnsack@erstad.com

Jonathan M. Bye
Lindquist & Vennum, PLLP
Email: jbye@lindquist.com

Mark S. Brown
Iverson Reuvers, LLC
Email: mbrown@iversonlaw.com

David Fulton Herr
Email: david.herr@maslon.com
James Duffy O'Connor
Email: james.oconnor@maslon.com

Timothy B. Kohls
Email: tkohls@fredlaw.com
Joseph G. Springer
Email: jspringer@fredlaw.com

Rolf E. Sonnesyn
Chandelle L. Heyer
Tomsche, Sonnesyn & Tomsche, P.A.
Email: rsonnesyn@tstlaw.com
Email: cheyer@tstlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brian Baumgartner
Baumgartner Law Office, P.L.L.C.
3320 West Owasso Boulevard
Shoreview, MN 55126

I further certify that I caused to file the proposed order with the Court via e-mail:

n/a

Dated: October 26, 2004.

s/Rolf E. Sonnesyn_______________
Rolf E. Sonnesyn (#131027)