**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Civil File No.: 00-CV-987 JNE/JSM

Plaintiff,

vs.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

vs.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

**THIRD-PARTY DEFENDANT COLLOID'S LIST OF OBJECTIONS TO DEPOSITION TESTIMONY**

and

Weis Builders, Inc.,

Cross-Claimant,

vs.

Promenade Village Townhomes and
Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

vs.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

vs.

Waterproofing By Experts, Inc.; BRW
Elness Architects, Inc., n/k/a Elness
Swenson Graham Architects, Inc., and
Colloid Environmental Technologies
Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

and

J-Berd Mechanical Contractors, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Mikesh, Inc.,

Fourth-Party Defendant.

---

Third-Party Defendant Colloid Environmental Technologies Company reserves the right to offer the following objections to deposition testimony at trial:

| DEPONENT NAME | PAGE NO. | LINE NO. | OBJECTION |
|---|---|---|---|
| **Jon Camaya** | 14 | 3-25 | Lack of Foundation |
| | Page 15, Line 21 through Page 17, Line 7 | | Relevance |
| | Page 17, Line 8 through Page 19, Line 9 | | Lack of Foundation, Hearsay |

| | | | |
|---|---|---|---|
| | Page 25, Line 9 through Page 26, Line 5 | | Lack of Foundation, Hearsay |
| | Page 26, Line 6 through Page 27, Line 3 | | Lack of Foundation, Hearsay |
| | Page 27, Line 25 through Page 28, Line 4 | | Lack of Foundation, Hearsay |
| | 49 | | Lack of Foundation, Hearsay |
| | 51 | 11-22 | Relevance |
| | Page 51, Line 23 through Page 53, Line 5 | | Lack of Foundation, Hearsay |
| | Page 53, Line 8 through Page 59, Line 7 | | Lack of Foundation, Hearsay |
| | 54 | 17 | Speculation, Lack of Foundation |
| | 55 | 9 | Speculation, Lack of Foundation |
| | 55 | 16 | Speculation, Lack of Foundation |
| | 57 | 23 | Speculation, Lack of Foundation |
| | 62 | 3 | Speculation, Lack of Foundation, Cumulative |
| | 62 | 7 | Speculation, Lack of Foundation, Cumulative |
| | 62 | 24 | Speculation, Lack of Foundation, Cumulative |

| | | | |
|---|---|---|---|
| | 63 | 16 | Speculation, Lack of Foundation, Cumulative |
| | 63 | 18 | Speculation, Lack of Foundation, Cumulative |
| | 63 | 20 | Speculation, Lack of Foundation, Cumulative |
| | 63 | 23 | Speculation, Lack of Foundation, Cumulative |
| | 63 | 25 | Speculation, Lack of Foundation, Cumulative |
| | 64 | 23 | Hearsay, Lack of Foundation |
| | 65 | 5 | Hearsay, Lack of Foundation |
| | 65 | 17 | Speculative, Lack of Foundation |
| | 66 | 3 | Speculative, Lack of Foundation, Hearsay |
| | 66 | 12 | Speculative, Lack of Foundation, Hearsay |
| | 67 | 1 | Speculative, Lack of Foundation, Hearsay |
| | 95 | 3 | Speculative, Lack of Foundation, Hearsay |
| | 96 | 5 | Speculative, Lack of Foundation, Hearsay |
| | 96 | 13 | Speculative, Lack of Foundation, Hearsay |
| | 134 | 12 | Lack of Foundation |
| | 135 | 4 | Lack of Foundation |
| | 135 | 8 | Lack of Foundation |
| | 148 | 15 | Lack of Foundation, Speculative |
| | 148 | 21 | Lack of Foundation, Speculative |

| | | | |
|---|---|---|---|
| | 149 | 1 | Lack of Foundation, Speculative |
| | 149 | 6 | Lack of Foundation, Speculative |
| | 149 | 8 | Lack of Foundation, Speculative |
| | 149 | 10 | Lack of Foundation, Speculative |
| | 149 | 18 | Lack of Foundation, Speculative |
| | 149 | 24 | Lack of Foundation, Speculative |
| | 150 | 5 | Lack of Foundation, Speculative |
| | 150 | 12 | Lack of Foundation, Speculative |
| | 150 | 19 | Lack of Foundation, Speculative |
| | 151 | 3 | Lack of Foundation, Speculative |
| | 156 | 20 | Lack of Foundation, Speculative |
| | 157 | 1 | Lack of Foundation, Speculative |
| | 158 | 8 | Lack of Foundation, Speculative |
| | 158 | 12 | Lack of Foundation, Speculative |
| | 158 | 20 | Lack of Foundation, Speculative |
| | 165 | 15 | Hearsay |
| | 165 | 19 | Hearsay |
| | 165 | 22 | Hearsay |
| | 165 | 24 | Hearsay |
| | 169 | 10 | Lack of Foundation, Speculative |
| | 170 | 16 | Lack of Foundation, Speculative |
| | 170 | 21 | Lack of Foundation, Speculative |
| | 170 | 23 | Lack of Foundation, Speculative |
| | 171 | 23 | Lack of Foundation, Speculative |

| | | | |
|---|---|---|---|
| | 172 | 3 | Lack of Foundation, Speculative |
| | 213 | 12 | Speculative |
| | Page 224, Line 21 through Page 228, Line 20 | | Relevance |
| | 234 | 4 | Lack of Foundation |
| | 234 | 20 | Lack of Foundation |
| | 235 | 9 | Lack of Foundation, Speculative |
| | 237 | 8 | Hearsay |
| | 242 | 6 | Vague, Lack of Foundation |
| | 242 | 14 | Lack of Foundation |
| | 243 | 4 | Lack of Foundation |
| | 243 | 15 | Lack of Foundation |
| | 243 | 20 | Lack of Foundation |
| | 244 | 8 | Lack of Foundation |
| | 249 | 7 | Lack of Foundation |
| | 249 | 20 | Lack of Foundation |
| | 250 | 10 | Lack of Foundation |
| | 255 | 6 | Lack of Foundation |
| | 255 | 23 | Vague, Lack of Foundation |
| | 256 | 15 | Lack of Foundation |
| | 258 | 6 | Lack of Foundation, Speculative |
| | 258 | 22 | Lack of Foundation, Speculative |
| | 259 | 5 | Lack of Foundation, Speculative |

| | | | |
|---|---|---|---|
| | 260 | 2 | Lack of Foundation, Speculative |
| | 260 | 11 | Lack of Foundation, Speculative |
| | 260 | 18 | Lack of Foundation, Speculative |
| | 261 | 7 | Lack of Foundation, Speculative |
| | 261 | 20 | Lack of Foundation, Speculative |
| | 262 | 1 | Lack of Foundation, Speculative |
| | 262 | 9 | Lack of Foundation, Speculative |
| | 262 | 13 | Lack of Foundation, Speculative |
| | 263 | 1 | Lack of Foundation, Speculative |
| | 263 | 11 | Lack of Foundation, Speculative |
| | 264 | 3 | Lack of Foundation, Speculative |
| | 264 | 21 | Lack of Foundation, Speculative |
| | 264 | 25 | Lack of Foundation, Speculative |
| | 265 | 7 | Lack of Foundation, Speculative |
| | 265 | 22 | Lack of Foundation, Speculative |
| | 266 | 6 | Lack of Foundation, Speculative |
| | 266 | 12 | Lack of Foundation, Speculative |
| | 268 | 22 | Lack of Foundation, Speculative |
| | 269 | 6 | Lack of Foundation, Speculative |
| | 269 | 13 | Lack of Foundation, Speculative |
| | 269 | 20 | Lack of Foundation, Speculative |
| | 270 | 8 | Lack of Foundation, Speculative |
| | 275 | 2 | Lack of Foundation, Speculative |
| | 275 | 12 | Lack of Foundation, Speculative |

| | | | |
|---|---|---|---|
| | 276 | 5 | Lack of Foundation, Speculative |
| | 276 | 12 | Lack of Foundation, Speculative |
| | 276 | 22 | Lack of Foundation, Speculative |
| | 277 | 14 | Lack of Foundation, Speculative |
| | 279 | 6 | Lack of Foundation, Speculative |
| | 279 | 20 | Lack of Foundation, Speculative |
| | 280 | 6 | Lack of Foundation, Speculative |
| | 280 | 25 | Lack of Foundation, Speculative |
| | 285 | 5 | Lack of Foundation |
| | 285 | 17 | Lack of Foundation |
| | 286 | 15 | Lack of Foundation |
| | 286 | 24 | Lack of Foundation |
| | 287 | 10 | Lack of Foundation |
| | 287 | 20 | Lack of Foundation |
| | 287 | 24 | Lack of Foundation |
| | 288 | 12 | Lack of Foundation |
| | 288 | 16 | Speculative |
| | 289 | 5 | Lack of Foundation |
| | 289 | 22 | Speculative, Lack of Foundation |
| | 290 | 6 | Lack of Foundation |
| | 290 | 14 | Lack of Foundation |
| | 290 | 20 | Lack of Foundation |
| | 291 | 3 | Lack of Foundation |
| | 303 | 8 | Lack of Foundation, Speculative |

| | | | |
|---|---|---|---|
| | 316 | 6 | Lack of Foundation, Speculative |
| | 316 | 15 | Lack of Foundation, Speculative |
| | 316 | 22 | Lack of Foundation, Speculative |
| | 317 | 9 | Lack of Foundation, Speculative, Hearsay |
| | 317 | 17 | Lack of Foundation, Speculative |
| | 319 | 16 | Lack of Foundation, Speculative |
| | 319 | 19 | Lack of Foundation, Speculative |
| | 319 | 21 | Lack of Foundation, Speculative |
| | 320 | 7 | Lack of Foundation, Speculative |
| | 320 | 21 | Leading |
| | 321 | 15 | Leading |
| | 321 | 19 | Leading, Lack of Foundation |
| | 322 | 1 | Leading, Lack of Foundation |
| **Thad Palmer** | 19 | 8 | Lack of Foundation |
| | 19 | 11 | Lack of Foundation |
| | 42 | 6 | Misstatement of Prior Testimony |
| | 95 | 10 | Hearsay, Lack of Foundation |
| | 95 | 19 | Lack of Foundation |
| | 95 | 22 | Leading |
| | 96 | 18 | Hearsay |
| | 97 | 22 | Lack of Foundation, Leading |
| | 101 | 8 | Lack of Foundation, Leading |
| | 101 | 13 | Lack of Foundation, Leading |

| | | | |
|---|---|---|---|
| | 101 | 21 | Lack of Foundation, Leading |
| | 103 | 4 | Lack of Foundation, Leading |
| | 103 | 25 | Lack of Foundation, Leading |
| | 111 | 17 | Lack of Foundation, Leading |
| | 114 | 4 | Speculative |
| | 114 | 15 | Speculative |
| | 115 | 7 | Lack of Foundation |
| | 119 | 13 | Lack of Foundation, Hearsay |
| | 119 | 21 | Lack of Foundation, Hearsay |
| | 119 | 25 | Hearsay, Leading |
| | 136 | 17 | Speculative |
| | 163 | 12 | Speculative |
| | 255 | 19 | Leading |
| | 255 | 23 | Leading |
| | 263 | 25 | Leading |
| | 265 | 5 | Leading, Misstatement of Evidence |
| | 278 | 20 | Speculative |
| | 278 | 24 | Speculative |
| | 282 | 22 | Leading |
| | 290 | 17 | Leading |
| | 292 | 1 | Leading |
| | 292 | 12 | Leading |
| | 292 | 17 | Leading |
| | 295 | 5 | Leading |

| | | | |
|---|---|---|---|
| | 295 | 20 | Leading |
| | 296 | 2 | Argumentative, Leading |
| | 296 | 24 | Argumentative, Leading |
| | 297 | 10 | Leading, Speculative |
| | 298 | 1 | Leading |
| | 300 | 1 | Hearsay |
| | 300 | 15 | Leading |
| | 313 | 5 | Leading |
| | 314 | 11 | Leading |
| | 319 | 1 | Speculative |
| | 319 | 17 | Lack of Foundation, Speculative, Leading |
| | 320 | 4 | Lack of Foundation, Speculative, Leading |
| | 320 | 21 | Lack of Foundation, Speculative, Leading |
| | 321 | 15 | Misstatement of Prior Testimony, Leading |
| | 321 | 25 | Misstatement of Prior Testimony, Leading |
| | 323 | 23 | Leading |
| | 324 | 3 | Leading |
| | 325 | 10 | Misstatement of Prior Testimony, Leading |
| | 325 | 24 | Misstatement of Prior Testimony, Leading |
| | 326 | 7 | Misstatement of Prior Testimony, Leading |

| | | | |
|---|---|---|---|
| | 379 | 15 | Lack of Foundation |
| | 380 | 1 | Lack of Foundation |
| | 380 | 5 | Lack of Foundation |
| | 380 | 8 | Lack of Foundation |
| | 419 | 2 | Lack of Foundation |
| | 419 | 21 | Lack of Foundation |
| **Scott Vanderburg** | 35 | 8 | Lack of Foundation |
| | 35 | 13 | Lack of Foundation |
| | 36 | 22 | Lack of Foundation |
| | 37 | 3 | Lack of Foundation |
| | 45 | 1 | Lack of Foundation, Speculative |
| | 50 | 21 | Lack of Foundation, Speculative |
| | 51 | 9 | Lack of Foundation, Speculative |
| | 52 | 15 | Hearsay |
| | 53 | 20 | Hearsay |
| | 54 | 20 | Lack of Foundation |
| | 55 | 1 | Lack of Foundation |
| | 55 | 11 | Lack of Foundation |
| | 55 | 17 | Lack of Foundation |
| | 56 | 15 | Lack of Foundation, Speculative |
| | 56 | 22 | Lack of Foundation, Speculative |
| | 57 | 20 | Lack of Foundation, Speculative |
| | 59 | 4 | Lack of Foundation, Speculative |
| | 60 | 4 | Lack of Foundation, Speculative |

| | | | |
|---|---|---|---|
| | 60 | 12 | Lack of Foundation, Speculative |
| | 64 | 25 | Lack of Foundation, Speculative |
| | 65 | 5 | Lack of Foundation, Speculative |
| | 65 | 9 | Lack of Foundation, Speculative |
| | 68 | 2 | Lack of Foundation, Speculative |
| | 68 | 6 | Lack of Foundation, Speculative |
| | 68 | 17 | Lack of Foundation, Speculative |
| | 69 | 2 | Lack of Foundation, Speculative |
| | 69 | 12 | Lack of Foundation, Speculative |
| | 69 | 21 | Lack of Foundation, Speculative |
| | 70 | 12 | Non-Responsive, Hearsay |
| | 72 | 12 | Non-Responsive, Lack of Foundation, Speculative |
| | 72 | 21 | Lack of Foundation, Speculative |
| | 73 | 2 | Hearsay |
| | 73 | 9 | Hearsay |
| | 75 | 9 | Hearsay |
| | 76 | 3 | Lack of Foundation |
| | 76 | 14 | Lack of Foundation |
| | 77 | 20 | Lack of Foundation, Speculative |
| | 78 | 2 | Lack of Foundation, Speculative |
| | 82 | 6 | Lack of Foundation, Speculative |
| | 82 | 19 | Hearsay |
| | 83 | 12 | Lack of Foundation, Speculative |

| | | | |
|---|---|---|---|
| | 86 | 18 | Lack of Foundation, Speculative, Hearsay |
| | 86 | 24 | Lack of Foundation, Speculative, Hearsay |
| | 87 | 9 | Lack of Foundation, Speculative, Hearsay |
| | 87 | 16 | Lack of Foundation, Speculative, Hearsay |
| | 88 | 6 | Lack of Foundation, Speculative |
| | 88 | 23 | Lack of Foundation, Speculative |
| | 89 | 10 | Lack of Foundation, Speculative |
| | 91 | 16 | Lack of Foundation, Speculative |
| | 93 | 23 | Lack of Foundation, Speculative |
| | 94 | 20 | Lack of Foundation, Speculative, Leading |
| | 95 | 1 | Lack of Foundation, Speculative, Leading |
| | 100 | 14 | Lack of Foundation, Leading |
| | 101 | 21 | Lack of Foundation, Speculative, Hearsay |
| | 102 | 21 | Lack of Foundation, Speculative, Hearsay |
| | 103 | 6 | Leading |
| | 104 | 19 | Lack of Foundation |
| | 105 | 15 | Leading |
| | 106 | 4 | Speculative |
| | 112 | 7 | Lack of Foundation |
| | 131 | 10 | Leading, Vague |

| | | | |
|---|---|---|---|
| | 132 | 10 | Lack of Foundation |
| | 143 | 2 | Lack of Foundation |
| | 143 | 20 | Lack of Foundation |
| | 144 | 6 | Lack of Foundation, Leading |
| | 145 | 17 | Lack of Foundation |
| | 147 | 9 | Lack of Foundation |
| | 148 | 13 | Lack of Foundation |
| **Thomas Suter** | 167 | 19 | Speculative |
| | 167 | 23 | Speculative |
| | 168 | 6 | Speculative |
| **Timothy Charboneau** | 11 | 14-15 | Foundation |
| | 13 | 4 | Foundation |
| | 13 | 17-22 | Foundation, Hearsay |
| | 14 | 4 | Foundation |
| | 21 | | Relevance |
| | 22 | | Relevance |
| | 23 | | Relevance |
| | 24 | | Relevance |
| | 25 | | Relevance |
| | 35 | 16-17 | Foundation |
| | 41 | 11-13 | Foundation |
| | 43 | 15 | Non-Responsive |
| | 43 | 19-24 | Foundation |
| | 44 | 8-12 | Hearsay |

| | | | |
|---|---|---|---|
| | 56 | 12-25 | Hearsay |
| | 64 | 10-11 | Foundation |
| | 76 | 10-11 | Foundation |
| | 76 | 20-22 | Foundation |
| | 105 | 17 | Foundation |
| | 106 | 8-25 | Foundation |
| | 107 | 1 | Foundation |
| **William Hanuschak** | 39 | 12-21 | Speculation, Foundation |

Third-Party Defendant Colloid Environmental Technologies Company also reserves the right to offer at trial any rebuttal deposition testimony deemed necessary and reserves any objections to deposition testimony identified or offered by other parties for rebuttal.

ERSTAD & RIEMER, P.A.

Dated: October 26, 2004

By: s/Patrick D. Reilly
Patrick D. Reilly, #90451
Benjamin B. Bohnsack, #0319399
Attorneys for Third-Party Defendant and
Fourth-Party Plaintiff
Colloid Environmental Technologies Company
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700