IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2004, I caused the following documents:

1. Third-Party Defendant Colloid's Amended List of Proposed Deposition Testimony
2. Third-Party Defendant Colloid's List of Objections to Deposition Testimony

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Daniel Austin Beckman**
dbeckman@gislason.com

**Benjamin B Bohnsack**
bbohnsack@erstad.com
rhatlestad@erstad.com

**Leo I Brisbois**
lbrisbois@stichlaw.com
bschmick@stichlaw.com
lbehrendt@stichlaw.com

**Mark S Brown**
mbrown@iversonlaw.com
reitreim@iversonlaw.com
bhallstrom@iversonlaw.com

**Steve W Gaskins**
sgaskins@flynngaskins.com

**Samuel J Glover**
sglover@brownandcarlson.com

**Mark A Gwin**
mag@cousineaulaw.com

**David Fulton Herr**
david.herr@maslon.com
lynnette.shanahan@maslon.com
patty.porter@maslon.com

**William Dennis Hull**
wdhull@chvv.com

**Michael D Hutchens**
mhutchens@meagher.com
boleary@meagher.com
uscourtfiling@meagher.com

**Roger C Justin**
rjustin@rnoon.com
dfinken@rnoon.com

**Jocelyn Lorna Knoll**
jknoll@fwhlaw.com
laurac@fwhlaw.com

**Timothy B Kohls**
tkohls@fredlaw.com
theuer@fredlaw.com

**Steven Richard Little**
slittle@chvv.com

**James Duffy O'Connor**
james.oconnor@maslon.com
deneen.stutzka@maslon.com

**Steven E Rau**
srau@flynngaskins.com
rvizenor@flynngaskins.com
bvolk@flynngaskins.com

**Patrick D Reilly**
preilly@erstad.com
smorrison@erstad.com

**Andrea E Reisbord**
aer@cousineaulaw.com

**Lori D Semke**
lsemke@flynngaskins.com

**Rolf E Sonnesyn**
rsonnesyn@tstlaw.com

**Joseph G Springer**
jspringer@fredlaw.com
mdavis@fredlaw.com
rshainess@fredlaw.com

**Chad Stepan**
cstepan@meagher.com
boleary@meagher.com
Uscourtfiling@meagher.com

**Robert T Stich**
rstich@stichlaw.com
lbehrendt@stichlaw.com
bschmick@stichlaw.com

**Dean Beard Thomson**
dthomson@fwhlaw.com
helenh@fwhlaw.com

**Robert W Vaccaro**
rvaccaro@flynngaskins.com
twittbecker@flynngaskins.com

**George John Veith**
jveith@brownandcarlson.com
jhutar@brownandcarlson.com
sglover@brownandcarlson.com

Dated: October 26, 2004

By: s/Patrick D. Reilly
Patrick D. Reilly