**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 00-CV-987 JNE/JSM

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

**PROMENADE VILLAGE TOWNHOMES, L.L.C.'S AMENDED DEPOSITION DESIGNATIONS**

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

and

J-Berd Mechanical Contractors, Inc.,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Mikesh, Inc.,

Fourth Party Defendant.

---

Promenade makes the following amendments/corrections/withdrawals to its Deposition Designations:

Corrections to Deposition Designations

| Witness Name | Original Designation | Corrected Designation |
|---|---|---|
| Scott Vanderburg | 7:12 – 7:17 | 7:11 – 7:17 |
| Scott Vanderburg | 8:5 – 8:12 | 8:4 – 8:12 |
| Scott Vanderburg | 288:18 – 288:21 | 298:18 – 298:21 |
| Scott Vanderburg | 301:13 – 301:19 | 300:11 – 300:19 |

Designations Withdrawn by Promenade:

Thad Palmer
de-designate 105:17 – 105:19
de-designate 106:2 – 106:3

Michael Manzella
de-designate 28:7 – 28:14

Promenade's amended designations of deposition testimony it may read at the time of trial, therefore, are as follows:

**Stacy Byrd Deposition Designations:**

312:12 – 316:9
318:16 – 320:22
405:5 – 405:20
422:6 – 422:14

**Jon Camaya Deposition Designations:**

6:11 – 6:13
7:19 – 8:13
19:9 – 20:23
23:7 – 23:12
25:2 – 27:3
29:19 – 30:3
31:6 – 31:18
32:14 – 32:19
44:10 – 45:3
53:8 – 55:8
55:9 – 58:25
62:3 – 64:2
64:15 – 67:13
77:10 – 80:14
95:23 – 96:23
103:2 – 104:10
148:15 – 154:10
155:1 – 166:1
169:10 – 173:8
292:3 – 303:21
314:20 – 322:7
235:5 – 236:4
237: 8 – 237:23
257:3 – 267:17
267:22 – 274:10
275:2 – 281:6
308:20 – 310:1
310:4 – 311:5

**Michael Manzella Deposition Designations:**

7:10 – 7:19
13:3 – 14:5
14:10 – 15:24
19:16 – 19:24
20:10 – 20:13
24:9 – 24:23
25:12 – 25:24
27:1 – 27:4
31:13 – 32:4
33:10 – 33:13
45:13 – 45:25
47:14 – 47:17
52:20 – 52:23
53:23 – 55:15

**Thad Palmer Deposition Designations:**

8:16 – 9:3
12:1 – 12:8
15:19 – 16:11
22:16 – 24:5
25:12 – 27:5
44:20 – 45:20
48:6 – 75:9
75:25 – 76:24
78:4 – 79:10
79:11 – 81:12
84:13 – 86:2
87:20 – 91:1
94:8 – 99:13
103:4 – 105:16
105:20 – 106:1
106:4 – 108:1
118:6 – 125:13
129:24 – 131:17
133:18 – 134:6
134:20 – 142:21
143:1 – 155:7
161:9 – 162:5
166:15 – 166:25
168:22 – 169:13
214:23 – 217:15
251:10 – 251:13
252:13 – 253:20
254:7 – 254:16
255:15 – 256:21
256:24 – 257:5
262:3 – 262:6
263:11 – 264:11
264:13 – 265:13
266:4 – 270:14
274:24 – 279:10
288:5 – 289:19

289:22 – 302:10
304:24 – 308:6
312:12 – 314:7
314:11 – 317:18
319:1 – 319:7
319:9 – 321:5
321:15 – 322:20
322:21 – 324:9
324:24 – 327:23

**Scott Vandenburg Deposition Designations:**

7:11 – 7:17
8:4 – 8:12
26:23 – 27:5
27:17 – 27:19
28:21 – 29:7
30:6 – 30:9
46:3 – 46:12
81:10 – 82:18
100:6 – 100:21
109:11 – 110:4
111:15 – 111:17
118:4 – 119:15
120:19 – 120:21
121:18 – 121:21
122:19 – 122:24
124:17 – 124:22
152:2 – 152:23
155:17 – 155:19
157:1 – 157:6
203:7 – 203:22
210:3 – 213:16
226:3 – 231:20
284:5 – 285:20
298:18 – 298:21
300:11 – 300:19
301:3 – 303:14
310:21 – 312:5

Respectfully submitted,

**FLYNN, GASKINS & BENNETT, L.L.P.**

Dated: October 26, 2004

*s/ Steve W. Gaskins*

Steve W. Gaskins, MN #147643
Steven E. Rau, MN #147990
Lori D. Semke, MN #0296910
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***