**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Plaintiff

vs.

Weis Builders, Inc., Promenade Village Townhomes, LLC, Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and
Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

vs.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant.

Civil File No. OO-CV-987 JEL/JGL

**WATERPROOFING BY EXPERTS, INC.'S LIST OF OBJECTIONS TO DESIGNATED DEPOSITION TESTIMONY**

Waterproofing by Experts, Inc., submits the following list of objections to deposition testimony designated by the parties to be read at trial. Waterproofing by Experts, Inc., reserves

the right to amend, supplement or withdraw these objections as the circumstances and evidence warrant.

1. **Scott Vanderburg.**

In the event the Court does not exclude Mr. Vanderburg's deposition testimony in whole, WBE objects to the following testimony excerpts:

| | |
|---|---|
| Page 32:15-33:1 | (non-responsive) |
| Page 33:2-33:10 | (foundation) |
| Page 40:21-42:22 | (hearsay, foundation, irrelevant) |
| Page 45:1-46:12 | (hearsay, foundation, irrelevant) |
| Page 46:21-47:2 | (hearsay, foundation, irrelevant) |
| Page 50:21-50:25 | (foundation, hearsay) |
| Page 52:15-52:25 | (hearsay) |
| Page 53:20-54:8 | (hearsay, foundation) |
| Page 54:20-58:2 | (foundation) |
| Page 65:23-66:1 | (foundation) |
| Page 66:16-66:21 | (foundation) |
| Page 68:17-68:23 | (foundation) |
| Page 69:2-70:10 | (foundation) |
| Page 70:11-71:2 | (non-responsive, hearsay, foundation) |
| Page 72:8-73:1 | (non-responsive, foundation) |
| Page 73:2-73:19 | (non-responsive) |
| Page 73:20-75:8 | (foundation, form, non-responsive) |
| Page 77:20-78:13 | (form, foundation, irrelevant) |
| Page 79:7-79:8 | (irrelevant) |
| Page 82:6-82:24 | (foundation, hearsay, irrelevant) |
| Page 84:9-84:19 | (foundation) |
| Page 86:18-89:21 | (foundation, more prejudicial than probative, irrelevant) |
| Page 89:22-92:22 | (hearsay, foundation, irrelevant) |
| Page 93:15-94:3 | (foundation) |
| Page 94:4-95:14 | (foundation, hearsay, irrelevant) |
| Page 98:6-100:5 | (hearsay, irrelevant) |
| Page 100:6-102:11 | (hearsay, foundation, irrelevant) |
| Page 103:13-105:23 | (foundation, hearsay, irrelevant) |
| Page 105:24-106:9 | (foundation, hearsay) |
| Page 106:10-107:6 | (irrelevant, hearsay, foundation) |
| Page 107:10-108:14 | (irrelevant, hearsay, foundation) |
| Page 108:15-108:24 | (irrelevant, hearsay, foundation) |
| Page 109:11-157 | (foundation, hearsay, irrelevant) |
| Page 225:7-231:20 | (foundation, hearsay, irrelevant) |
| Page 231:21-241:13 | (foundation, irrelevant) |

| | |
|---|---|
| Page 247:21-259:8 | (irrelevant, foundation, hearsay) |
| Page 266:5-268:23 | (foundation) |
| Page 301:3-303:14 | (foundation, hearsay, irrelevant) |
| Page 309:5-312:5 | (foundation, hearsay, irrelevant) |

2. **John Camaya**. WBE objects to the following excerpts:

| | |
|---|---|
| Page 33:20-34:11 | (relevance, foundation) |
| Page 64:15-67:13 | (foundation, hearsay) |
| Page 134:13-135:17 | (foundation, relevance) |
| Page 142:7-25 | (foundation, hearsay) |
| Page 143-144:22 | (relevance, hearsay, foundation) |
| Page 148-151:5 | (relevance, hearsay, foundation) |
| Page 153:11-154:25 | (foundation) |
| Page 156:13-157:13 | (foundation) |
| Page 158:1-11 | (foundation) |
| Page 160:18-161:2 | (foundation) |
| Page 161:12-162:8 | (foundation) |
| Page 165:15-166:1 | (hearsay, foundation) |
| Page 168 | (foundation) |
| Page 170:12-172:5 | (foundation) |
| Page 173:9-177:23 | (foundation, hearsay) |
| Page 183-184 | (foundation, hearsay) |
| Page 188-190 | (relevance, foundation, hearsay) |
| Page 200:22-201:21 | (relevance) |
| Page 202:3-18 | (relevance) |
| Page 203:6-204:22 | (relevance) |
| Page 205:2-209:8 | (relevance) |
| Page 219:2-228 | (relevance, foundation) |
| Page 242:6-243:3 | (foundation) |
| Page 249:24-250:11 | (foundation, hearsay) |
| Page 255:15-256:23 | (foundation, hearsay) |
| Page 258:6-264:14 | (foundation, hearsay) |
| Page 265:7-266:11 | (foundation, hearsay) |
| Page 268:22-270:17 | (foundation, hearsay) |
| Page 272:4-13 | (relevance) |
| Page 276:22-277:21 | (foundation, relevance) |
| Page 280:25-281:6 | (foundation) |
| Page 281:7-291:11 | (relevance) |
| Page 308:20-310:3 | (hearsay) |
| Page 314:20-322:7 | (foundation, hearsay, relevance) |
| Page 355:18-356:15 | (foundation, hearsay) |

3. **Thadeus Palmer**. WBE objects to the following excerpts:

| | |
|---|---|
| Page 34:14-37:5 | (foundation, hearsay) |
| Page 38:14-44:13 | (foundation, hearsay, relevance, more prejudicial than probative) |
| Page 83:10-84:5 | (relevance, foundation) |
| Page 84:13-101:23 | (foundation, hearsay) |
| Page 103:23-107:18 | (foundation, hearsay, speculative) |
| Page 108:2-18 | (foundation, hearsay) |
| Page 110-111 | (foundation, hearsay) |
| Page 112-115 | (hearsay, foundation, speculation) |
| Page 118-120:13 | (hearsay, foundation) |
| Page 122:13-123:9 | (foundation) |
| Page 124:23-125:13 | (foundation, hearsay) |
| Page 137:7-15 | (foundation, hearsay) |
| Page 157:14-158 | (foundation, hearsay) |
| Page 158:25-159:3 | (foundation, hearsay) |
| Page 159:14-161:8 | (foundation, hearsay) |
| Page 161:9-166:14 | (foundation, hearsay) |
| Page 167:15-169:13 | (form, foundation, misstates prior testimony) |
| Page 211 | (foundation, hearsay) |
| Page 213-217 | (hearsay, foundation) |
| Page 221:17-21 | (non-responsive) |
| Page 230-233 | (relevance, speculation) |
| Page 255:15-256:9 | (form, hearsay) |
| Page 263:11-264:11 | (form, foundation) |
| Page 295:5-300:14 | (foundation, leading, hearsay) |
| Page 313:22-314:7 | (form, foundation, misstates prior testimony) |
| Page 319:1-7 | (foundation) |
| Page 319:9-321:5 | (form, foundation, incomplete hypothetical) |
| Page 321:15-324:9 | (asked and answered, foundation, hearsay) |

Dated: October 26, 2004

IVERSON REUVERS, LLC.

By__s/ Mark S. Brown___

Mark S. Brown, #226774
Attorneys for Waterproofing By Experts
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200