**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Westfield Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,<br><br>Defendants,<br>and<br><br>Weis Builders, Inc.,<br><br>Counter-Claimant,<br><br>v.<br><br>Westfield Insurance Company,<br><br>Counter-Defendant,<br><br>and<br><br>Weis Builders, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,<br><br>Third-Party Defendants,<br><br>and<br><br>Weis Builders, Inc., | Court File No. 00-CV-987 JNE/JSM<br><br>**PROMENADE VILLAGE TOWNHOMES, L.L.C.'S OBJECTIONS TO DEPOSITION DESIGNATIONS** |

Cross-Claimant,

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and

| | |
|---|---|
| Chris Craft Industrial Products, Inc., | ) |
| Fourth-Party Defendant. | ) |
| and | ) |
| J-Berd Mechanical Contractors, Inc., | ) |
| Third Party Defendant and Fourth Party Plaintiff, | ) |
| v. | ) |
| Mikesh, Inc., | ) |
| Fourth Party Defendant. | ) |

Promenade submits the following objections to deposition testimony that has been specified by the parties as testimony that may be read at trial. Promenade reserves the right to amend, withdraw, or add to these objections depending upon the evidence laid forth at trial.

**William Hanushak**

| | |
|---|---|
| 54:19 – 56:12 | Foundation |
| 68:1 – 68:9 | Foundation |
| 82:18 – 83:4 | Foundation |
| 85:13 – 90:17 | Foundation/Speculation |
| 109:1 – 109:25 | Foundation/Speculation |
| 122:5 – 123:10 | Foundation/Speculation |
| 131:8 – 132:2 | Foundation |
| 134:19 – 135:8 | Foundation |
| 136:7 – 137:20 | Foundation |
| 137:22 – 139:10 | Foundation |
| 141:4 – 141:21 | Foundation |
| 143:12 – 143:17 | Foundation |
| 144:19 – 145:3 | Foundation/Speculation |
| 148:9 – 148:20 | Foundation |
| 149:23 – 150:13 | Foundation/Speculation |
| 173:3 – 173:9 | Foundation |
| 185:21 – 186:2 | Foundation |

**Ann Kimball**

| | |
|---|---|
| 13:1 – 13:8 | Hearsay |
| 47:16 – 47:19 | Foundation |
| 48:9 – 48:11 | Foundation |
| 50:13 – 50:16 | Foundation |
| 53:24 – 53:25 | Foundation |
| 57:24 – 58:16 | Foundation |
| 65:8 – 66:6 | Foundation |
| 71:17 – 71:19 | Foundation |
| 72:4 – 73:4 | Speculation/Irrelevant |
| 88:1 – 88:25 | Irrelevant |
| 92:8 – 92:15 | Foundation |
| 93:3 – 93:6 | Foundation |
| 93:7 – 93:10 | Speculation/Irrelevant |
| 94:8 – 94:13 | Irrelevant |
| 98:7 – 98:15 | Irrelevant |
| 98:16 – 98:20 | Foundation |
| 100:18 – 100:21 | Form (vague)/Irrelevant |
| 114:9 – 114:20 | Irrelevant |
| 119:8 – 119:23 | Foundation/Speculation |
| 130:10 – 130:21 | Foundation |
| 130:22 – 130:25 | Speculation/Irrelevant |
| 136:13 – 136:22 | Form (vague)/Foundation |
| 144:11 – 144:14 | Foundation |

**Michael Manzella**

| | |
|---|---|
| 16:5 – 18:17 | Form/Foundation/Speculation |
| 25:25 – 26:25 | Foundation/Calls for legal conclusion |
| 27:5 – 28:25 | Foundation/Calls for legal conclusion |
| 33:25 – 34:4 | Foundation |
| 41:18 – 42:9 | Foundation |
| 58:6 – 58:8 | Foundation/Speculation |
| 64:2 – 64:8 | Foundation |
| 84:22 – 85:1 | Foundation |

**Thad Palmer**

| | |
|---|---|
| 105:17 – 105:19 | Hearsay |
| 106:2 – 106:3 | Hearsay |

[--Signature Page to Follow--]

**FLYNN, GASKINS & BENNETT, L.L.P.**

Dated: October 26, 2004

*s/ Steve W. Gaskins*

Steve W. Gaskins, MN #147643
Steven E. Rau, MN #147990
Lori D. Semke, MN #0296910
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***