**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc.; Healey Ramme Co., sued as Healey Ramme Company; CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C.; Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

and

Weis Builders, Inc.,

Counter-Claimant,

v.

Westfield Insurance Company,

Counter-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Promenade Village Townhomes, L.L.C. and Valley Forge Insurance Company,

Third-Party Defendants,

and

Weis Builders, Inc.,

Cross-Claimant,

Court File No. 00-CV-987 JEL/JSM

**PROMENADE VILLAGE TOWNHOMES, L.L.C.'S CERTIFICATE OF FILING**

v.

Promenade Village Townhomes and Valley Forge Insurance Company,

Cross-Defendants,

and

Promenade Village Townhomes, L.L.C.,

Cross-Claimant,

v.

Weis Builders, Inc.,

Cross-Defendant,

and

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing by Experts, Inc.; BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., and Colloid Environmental Technologies Company,

Third-Party Defendants,

and

Colloid Environmental Technologies Company,

Fourth-Party Plaintiff,

and

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant.

and

| | |
|---|---|
| J-Berd Mechanical Contractors, Inc., | ) |
| Third Party Defendant and Fourth Party Plaintiff, | ) |
| v. | ) |
| Mikesh, Inc., | ) |
| Fourth Party Defendant. | ) |

I hereby certify that on October 26, 2004, I caused the following documents:

1. PROMENADE VILLAGE TOWNHOMES, L.L.C.'S OBJECTIONS TO DEPOSITION DESIGNATIONS; AND

2. PROMENADE VILLAGE TOWNHOMES, L.L.C.'S AMENDED DEPOSITION DESIGNATIONS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

William D. Hull wdhull@chvv.com
Coleman Hull & Van Vliet

Mark A. Gwin mag@cousineaulaw.com
Andrea E. Reisbord aer@cousineaulaw.com
Cousineau, McGuire & Anderson

Robert T. Stich rstich@stichlaw.com
Leo I. Brisbois ibrisbois@stichlaw.com
Stich Angell Kreidler Brownson & Ballou

Daniel A. Beckman dbeckman@gislason.com
Gislason & Hunter

Mark G. Pryor mpryor@brownandcarlson.com
G. John Veith jveith@brownandcarlson.com
Brown & Carlson

Patrick D. Reilly preilly@erstad.com
Erstad & Reimer

David Herr david.herr@maslon.com
Maslon

Chad J. Stepan cstepan@meagher.com
Meagher & Geer

Dean B. Thomson
dthomson@fwhlaw.com
Jocelyn L. Knoll jknoll@fwhlaw.com
Fabyanske, Westra & Hart

Rolf E. Sonnesyn rsonnesyn@tstlaw.com
Chandell L. Heyer cheyer@tstlaw.com
Tomsche Sonnesyn & Tomsche

Roger C. Justin rjustin@rnoon.com
Rinke Noonan

Patrick D. Reilly preilly@erstad.com
Erstad & Reimer

Mark S. Brown
mbrown@iversonlaw.com
Iverson Reuvers

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brian Baumgartner, Esq.
Baumgartner Law Office, P.L.L.C.
3320 West Owasso Boulevard
Shoreview, MN 55126

FLYNN, GASKINS & BENNETT, L.L.P.

Dated: October 26, 2004

s/Steve W. Gaskins

Steve W. Gaskins, #147643
Steven E. Rau, #147990
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
612-333-9500 Telephone
612-333-9579 Facsimile
***Attorneys for Defendant Promenade Village Townhomes, L.L.C.***