**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company,

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

Civil File No. 00-CV-987 JNE/JSM

**FOURTH-PARTY DEFENDANT CHRIS CRAFT INDUSTRIAL PRODUCTS, INC.'S AMENDED PROPOSED DEPOSITION TESTIMONY**

---

Fourth-Party Defendant Chris Craft Industrial Products (CC) reserves the right to offer the following parts of deposition testimony at trial:

| DEPONENT NAME | BEGINNING PAGE NO. & LINE NO. | ENDING PAGE NO. & LINE NO. |
|---|---|---|
| William Hanushak (5/2/03) | Page 8, Line 9 | Page 10, Line 10 |
| | Page 14, Line 21 | Page 18, Line 4 |
| | Page 35, Line 11 | Page 36, Line 21 |
| | Page 39, Line 6 | Page 41, Line 23 |
| | Page 45, Line 17 | Page 47, Line 25 |
| | Page 50, Line 4 | Page 54, Line 18 |
| | Page 57, Line 18 | Page 57, Line 25 |
| | Page 59, Line 25 | Page 61, Line 20 |
| | Page 67, Line 9 | Page 68, Line 14 |
| | Page 69, Line 2 | Page 78, Line 10 |
| | Page 79, Line 8 | Page 83, Line 20 |
| | Page 89, Line 13 | Page 90, Line 23 |
| | Page 105, Line 9 | Page 105, Line 23 |
| | Page 105, Line 24 | Page 108, Line 9 |
| | Page 109, Line 2 | Page 112, Line 4 |
| | Page 115, Line 5 | Page 116, Line 15 |
| | Page 117, Line 5 | Page 121, Line 17 |
| | Page 123, Line 11 | Page 125, Line 20 |
| | Page 131, Line 1 | Page 140, Line 3 |
| | Page 169, Line 17 | Page 179, Line 9 |
| | Page 175, Line 11 | Page 175, Line 19 |
| | Page 175, Line 20 | Page 177, Line 3 |
| Ann Kimball (8/20/02) | Page 6, Line 16 | Page 16, Line 15 |
| | Page 21, Line 4 | Page 24, Line 6 |
| | Page 30, Line 7 | Page 30, Line 9 |
| | Page 47, Line 16 | Page 47, Line 19 |
| | Page 57, Line 24 | Page 58, Line 16 |
| | Page 65, Line 8 | Page 66, Line 6 |
| | Page 72, Line 4 | Page 72, Line 14 |
| | Page 93, Line 3 | Page 93, Line 8 |
| | Page 98, Line 11 | Page 98, Line 20 |
| | Page 102, Line 5 | Page 102, Line 10 |
| | Page 103, Line 4 | Page 103, Line 17 |
| | Page 117, Line 12 | Page 119, Line 23 |
| | Page 130, Line 10 | Page 130, Line 25 |
| Michael Manzella (7/1/03) | Page 7, Line 10 | Page 11, Line 3 |
| | Page 13, Line 3 | Page 14, Line 5 |
| | Page 18, Line 6 | Page 18, Line 17 |
| | Page 19, Line 25 | Page 20, Line 13 |

| | | |
|---|---|---|
| | Page 27, Line 1 | Page 27, Line 4 |
| | Page 45, Line 1 | Page 45, Line 25 |
| | Page 46, Line 17 | Page 47, Line 24 |
| | Page 59, Line 1 | Page 59, Line 2 |
| | Page 61, Line 24 | Page 63, Line 1 |
| | Page 63, Line 11 | Page 63, Line 21 |
| | Page 71, Line 9 | Page 72, Line 11 |
| Gary Nelson (5/12/03) | Page 8, Line 9 | Page 8, Line 21 |
| | Page 9, Line 13 | Page 14, Line 23 |
| | Page 15, Line 24 | Page 16, Line 8 |
| | Page 18, Line 2 | Page 18, Line 7 |
| | Page 21, Line 21 | Page 22, Line 8 |
| | Page 31, Line 23 | Page 32, Line 6 |
| | Page 34, Line 13 | Page 35, Line 16 |
| | Page 36, Line 3 | Page 36, Line 21 |
| | Page 31, Line 2 | Page 38, Line 14 |
| | Page 42, Line 22 | Page 43, Line 9 |
| | Page 65, Line 10 | Page 67, Line 10 |
| | Page 69, Line 15 | Page 70, Line 4 |
| | Page 71, Line 16 | Page 72, Line 18 |
| | Page 74, Line 13 | Page 75, Line 19 |
| | Page 76, Line 1 | Page 76, Line 4 |
| | Page 84, Line 19 | Page 84, Line 23 |
| | Page 90, Line 23 | Page 91, Line 4 |
| | Page 92, Line 7 | Page 92, Line 24 |
| | Page 106, Line 20 | Page 107, Line 18 |
| | Page 109, Line 25 | Page 111, Line 12 |
| | Page 114, Line 3 | Page 115, Line 17 |
| | Page 152, Line 5 | Page 157, Line 18 |
| | Page 173, Line 21 | Page 175, Line 2 |
| | Page 179, Line 7 | Page 179, Line 20 |
| | Page 196, Line 1 | Page 196, Line 4 |
| Jim Timm (10/10/02) | Page 7, Line 8 | Page 14, Line 24 |
| | Page 36, Line 15 | Page 36, Line 22 |
| | Page 48, Line 1 | Page 48, Line 24 |
| | Page 51, Line 4 | Page 55, Line 15 |
| | Page 58, Line 11 | Page 61, Line 3 |
| | Page 82, Line 10 | Page 82, Line 18 |
| | Page 105, Line 9 | Page 109, Line 8 |
| | Page 114, Line 16 | Page 115, Line 15 |
| | Page 117, Line 8 | Page 117, Line 23 |
| | Page 133, Line 15 | Page 136, Line 20 |
| | Page 156, Line 23 | Page 159, Line 5 |
| | Page 164, Line 2 | Page 164, Line 11 |
| | Page 172, Line 3 | Page 174, Line 11 |

| | | |
|---|---|---|
| Thomas Weber (3/19/02) | Page 5, Line 8 | Page 8, Line 12 |
| | Page 9, Line 20 | Page 11, Line 1 |
| | Page 62, Line 24 | Page 63, Line 11 |
| | Page 72, Line 21 | Page 73, Line 8 |
| | Page 139, Line 19 | Page 140, Line 11 |
| | Page 162, Line 15 | Page 162, Line 25 |
| Thomas Weber (3/20/02) | Page 61, Line 12 | Page 62, Line 20 |
| | Page 68, Line 13 | Page 70, Line 1 |
| | Page 70, Line 9 | Page 71, Line 16 |
| | Page 72, Line 11 | Page 72, Line 19 |
| | Page 73, Line 19 | Page 73, Line 25 |
| | Page 100, Line 12 | Page 100, Line 18 |
| | Page 103, Line 14 | Page 104, Line 18 |
| | Page 125, Line 2 | Page 125, Line 24 |
| | Page 131, Line 3 | Page 132, Line 4 |
| | Page 140, Line 22 | Page 141, Line 25 |
| | Page 144, Line 3 | Page 145, Line 8 |
| | Page 166, Line 25 | Page 167, Line 13 |
| | Page 167, Line 15 | Page 168, Line 13 |
| | Page 173, Line 13 | Page 173, Line 19 |
| | Page 200, Line 21 | Page 204, Line 3 |
| | Page 211, Line 21 | Page 213, Line 16 |
| Thad Palmer (5/2/03) | Page 8, Line 11 | Page 9, Line 3 |
| | Page 10, Line 2 | Page 13, Line 22 |
| | Page 17, Line 5 | Page 17, Line 14 |
| | Page 17, Line 15 | Page 17, Line 21 |
| | Page 18, Line 20 | Page 19, Line 2 |
| | Page 21, Line 7 | Page 21, Line 18 |
| | Page 21, Line 19 | Page 22, Line 1 |
| | Page 23, Line 3 | Page 23, Line 7 |
| | Page 25, Line 17 | Page 25, Line 22 |
| | Page 28, Line 3 | Page 28, Line 14 |
| | Page 67, Line 10 | Page 67, Line 11 |
| | Page 68, Line 8 | Page 68, Line 18 |
| | Page 72, Line 23 | Page 73, Line 2 |
| | Page 76, Line 9 | Page 76, Line 24 |
| | Page 79, Line 11 | Page 80, Line 21 |
| | Page 127, Line 14 | Page 128, Line 7 |
| | Page 128, Line 8 | Page 128, Line 10 |
| | Page 129, Line 9 | Page 129, Line 19 |
| | Page 134, Line 20 | Page 135, Line 18 |
| | Page 141, Line 12 | Page 141, Line 15 |
| | Page 141, Line 16 | Page 141, Line 20 |
| | Page 141, Line 25 | Page 142, Line 6 |
| | Page 149, Line 23 | Page 150, Line 9 |

| | | |
|---|---|---|
| | Page 155, Line 8 | Page 155, Line 11 |
| | Page 179, Line 21 | Page 180, Line 1 |
| | Page 180, Line 5 | Page 180, Line 7 |
| | Page 180, Line 18 | Page 180, Line 21 |
| | Page 181, Line 2 | Page 181, Line 11 |
| | Page 181, Line 21 | Page 181, Line 24 |
| | Page 194, Line 3 | Page 194, Line 24 |
| | Page 196, Line 9 | Page 196, Line 16 |
| | Page 197, Line 8 | Page 197, Line 13 |
| | Page 198, Line 7 | Page 198, Line 10 |
| | Page 199, Line 16 | Page 199, Line 22 |
| | Page 202, Line 21 | Page 202, Line 25 |
| | Page 212, Line 3 | Page 212, Line 13 |
| | Page 224, Line 6 | Page 224, Line 10 |
| | Page 243, Line 10 | Page 244, Line 12 |
| | Page 246, Line 5 | Page 246, Line 11 |
| | Page 318, Line 11 | Page 314, Line 24 |
| | Page 340, Line 23 | Page 340, Line 25 |
| | Page 410, Line 8 | Page 410, Line 11 |
| | Page 420, Line 18 | Page 424, Line 1 |
| | Page 424, Line 15 | Page 425, Line 6 |
| Terry Weiderhoft (6/2/03) | Page 8, Line 2 | Page 9, Line 6 |
| | Page 10, Line 7 | Page 11, Line 5 |
| | Page 44, Line 6 | Page 44, Line 24 |
| | Page 50, Line 21 | Page 51, Line 14 |
| | Page 52, Line 7 | Page 52, Line 20 |
| | Page 54, Line 13 | Page 54, Line 20 |
| | Page 66, Line 3 | Page 66, Line 17 |
| | Page 70, Line 11 | Page 71, Line 2 |
| | Page 77, Line 8 | Page 77, Line 21 |
| | Page 83, Line 12 | Page 84, Line 19 |
| | Page 87, Line 6 | Page 87, Line 19 |
| | Page 101, Line 18 | Page 102, Line 12 |
| | Page 106, Line 5 | Page 106, Line 18 |
| | Page 106, Line 25 | Page 107, Line 18 |
| | Page 109, Line 14 | Page 109, Line 20 |
| | Page 123, Line 10 | Page 124, Line 9 |
| | Page 230, Line 8 | Page 232, Line 7 |
| John Feges (4/8/02) | Page 6, Line 11 | Page 12, Line 6 |
| | Page 12, Line 8 | Page 12, Line 20 |
| | Page 14, Line 13 | Page 14, Line 15 |
| | Page 15, Line 2 | Page 15, Line 18 |
| | Page 17, Line 25 | Page 19, Line 13 |
| | Page 35, Line 4 | Page 36, Line 19 |
| | Page 39, Line 22 | Page 41, Line 2 |

| | | |
|---|---|---|
| | Page 49, Line 5 | Page 50, Line 9 |
| | Page 144, Line 6 | Page 145, Line 7 |
| | Page 149, Line 19 | Page 152, Line 2 |
| | Page 178, Line 23 | Page 180, Line 12 |
| | Page 194, Line 20 | Page 202, Line 3 |
| John Feges (4/15/02) | Page 223, Line 3 | Page 224, Line 14 |
| | Page 226, Line 5 | Page 226, Line 17 |
| | Page 243, Line 24 | Page 244, Line 1 |
| | Page 320, Line 1 | Page 320, Line 6 |
| | Page 336, Line 4 | Page 336, Line 8 |
| | Page 336, Line 24 | Page 338, Line 20 |
| | Page 390, Line 9 | Page 393, Line 5 |
| | Page 406, Line 17 | Page 407, Line 19 |
| | Page 408, Line 2 | Page 409, Line 4 |
| | Page 412, Line 5 | Page 412, Line 19 |
| | Page 415, Line 11 | Page 416, Line 5 |
| | Page 419, Line 13 | Page 422, Line 5 |
| | Page 423, Line 7 | Page 423, Line 24 |
| | Page 423, Line 25 | Page 425, Line 11 |
| | Page 425, Line 13 | Page 426, Line 19 |
| | Page 428, Line 15 | Page 429, Line 13 |
| | Page 429, Line 25 | Page 430, Line 2 |
| | Page 430, Line 8 | Page 431, Line 4 |
| | Page 437, Line 23 | Page 438, Line 4 |
| | Page 439, Line 3 | Page 441, Line 2 |
| John Feges (3/27/03) | Page 456, Line 1 | Page 458, Line 1 |
| | Page 459, Line 3 | Page 460, Line 9 |
| | Page 496, Line 19 | Page 496, Line 24 |
| | Page 498, Line 15 | Page 500, Line 19 |
| | Page 502, Line 6 | Page 504, Line 11 |
| | Page 506, Line 16 | Page 508, Line 2 |
| | Page 509, Line 19 | Page 513, Line 17 |
| | Page 515, Line 5 | Page 515, Line 11 |
| | Page 516, Line 4 | Page 518, Line 16 |
| | Page 518, Line 21 | Page 526, Line 12 |
| | Page 527, Line 7 | Page 527, Line 16 |
| | Page 527, Line 18 | Page 530, Line 25 |
| | Page 531, Line 1 | Page 532, Line 18 |
| | Page 533, Line 5 | Page 533, Line 21 |
| | Page 535, Line 22 | Page 536, Line 20 |
| | Page 536, Line 21 | Page 539, Line 12 |
| | Page 542, Line 6 | Page 542, Line 24 |
| | Page 544, Line 2 | Page 544, Line 19 |
| | Page 544, Line 20 | Page 549, Line 12 |
| | Page 554, Line 1 | Page 554, Line 16 |

| | | |
|---|---|---|
| | Page 555, Line 16 | Page 556, Line 14 |
| | Page 571, Line 17 | Page 571, Line 24 |
| Jon Camaya | Page 6, Line 10 | Page 6, Line 14 |
| | Page 7, Line 19 | Page 11, Line 3 |
| | Page 11, Line 8 | Page 11, Line 14 |
| | Page 11, Line 19 | Page 11, Line 25 |
| | Page 19, Line 9 | Page 20, Line 16 |
| | Page 20, Line 19 | Page 21, Line 21 |
| | Page 22, Line 5 | Page 23, Line 25 |
| | Page 25, Line 2 | Page 25, Line 8 |
| | Page 28, Line 8 | Page 30, Line 16 |
| | Page 30, Line 22 | Page 31, Line 21 |
| | Page 32, Line 4 | Page 34, Line 16 |
| | Page 35, Line 1 | Page 42, Line 23 |
| | Page 43, Line 23 | Page 45, Line 3 |
| | Page 46, Line 17 | Page 49, Line 25 |
| | Page 51, Line 2 | Page 53, Line 2 |
| | Page 53, Line 6 | Page 57, Line 25 |
| | Page 59, Line 8 | Page 61, Line 21 |
| | Page 64, Line 1 | Page 66, Line 13 |
| | Page 67, Line 14 | Page 70, Line 19 |
| | Page 72, Line 12 | Page 74, Line 14 |
| | Page 77, Line 10 | Page 80, Line 25 |
| | Page 82, Line 13 | Page 84, Line 3 |
| | Page 84, Line 13 | Page 85, Line 22 |
| | Page 87, Line 20 | Page 89, Line 14 |
| | Page 118, Line 5 | Page 120, Line 17 |
| | Page 121, Line 2 | Page 121, Line 15 |
| | Page 122, Line 2 | Page 122, Line 10 |
| | Page 122, Line 20 | Page 122, Line 25 |
| | Page 138, Line 13 | Page 138, Line 25 |
| | Page 139, Line 20 | Page 140, Line 7 |
| | Page 263, Line 18 | Page 264, Line 14 |
| Scott Vanderberg | Page 277, Line10 | Page 281, Line 25 |
| | | |

Fourth-Party Defendant Cris Craft Industrial Products, Inc. also reserves the right to offer at trial any parts of deposition testimony deemed necessary for rebuttal purposes or any deposition testimony identified by the other parties.

**BROWN & CARLSON, PA**

By: s/ G. John Veith___________
G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950

*Counsel for Fourth Party Defendant*
*Chris Craft Industrial Products, Inc.*

Dated: October 26, 2004.