**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Westfield Insurance Company,

Civil File No. 00-CV-987 JNE/JSM

Plaintiff,

v.

Weis Builders, Inc., Healey Ramme Co., sued as Healey Ramme Company, CNA Insurance Companies, sued as CNA Insurance Company; Promenade Village Townhomes, L.L.C., and Valley Forge Insurance Company, one of the CNA Insurance Companies,

Defendants,

*and*

Weis Builders, Inc.,

Third-Party Plaintiff,

v.

Waterproofing By Experts, Inc., and BRW Elness Architects, Inc., a/k/a/ Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies, Co., and J-Berd Mechanical Contractors, Inc.,

Third-Party Defendants.

*and*

Colloid Environmental Technologies Co.,

Fourth-Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth-Party Defendant,

*and*

J-Berd Mechanical Contractors, Inc.,

Fourth-Party Plaintiff,

v.

Mikesh, Inc.,

Fourth-Party Defendant.

**FOURTH-PARTY DEFENDANT CHRIS CRAFT'S OBJECTIONS TO DEPOSITION TESTIMONY**

**1. Jon Camaya**

| Page / Line | Objection |
|---|---|
| 14:3-25 | Lack of Foundation |
| 15:1 - 17:7 | Relevance |
| 17:8 – 19:8 | Discusses documents which lack foundation, contain hearsay and are cumulative |
| 25:9 – 26:5 | Discusses documents which lack foundation, contain hearsay and are cumulative |
| 26:6 – 27:3 | Discusses documents which lack foundation, contain hearsay and are cumulative |
| 27:4 – 28:7 | Lack of foundation; discusses documents which lack foundation and contain hearsay and are cumulative |
| 29:19 | Refers to document which lacks foundation and contains hearsay and is cumulative |
| 33:20 – 34:25 | Relevance; lack of foundation; discusses exhibits which lack foundation, contain hearsay and are cumulative |
| 49:1 – 50:12 | Relevance; discusses exhibit which lacks foundation, contains hearsay and are cumulative |
| 51:11 – 22 | Relevance, discusses exhibit which lacks foundation, contains hearsay and are cumulative |
| 51:23 – 53:5 | Discusses exhibits which lack foundation, contain hearsay and are cumulative |
| 53:8 – 59:7 | Discusses documents which lack foundation, contain hearsay and are cumulative |
| 60:2-20 | Lack of foundation, nonresponsive |
| 62:3 – 70:19 | Lack of foundation; hearsay; discusses documents which lack foundation, contain hearsay and are cumulative |
| 70:20 – 72:11 | Relevance |
| 77:10-11 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 77:15-21 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 78:13-17 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 85:23 – 86:4 | Lack of foundation |
| 90:9 – 91:1 | Lack of foundation; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 95:23 – 99:25 | Foundation; hearsay; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 100:5-8 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 100:14 – 25 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 103:10-16 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 103:23 – 104:10 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 134:1 – 135:17 | Lack of foundation |

| | |
|---|---|
| 135:18-25 | Relevance; lack of foundation |
| 144:23-24 | Refers to exhibit which lacks foundation, contains hearsay and is cumulative |
| 148:15 – 154:15 | Lack of foundation; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 155:1 – 166:1 | Lack of foundation; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 169:10 – 173:8 | Lack of foundation; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 173:18 – 180:25 | Discusses exhibits which lack foundation, contain hearsay and are cumulative |
| 183:6 – 185:18 | Lack of foundation; hearsay |
| 224:19 – 226:7 | Relevance; lack of foundation |
| 235:12 – 236:17 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 236:23-24 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 237:1-23 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 238:6-20 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 247:6-15 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 247:22 – 248:24 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 249:7 – 250:20 | Lack of foundation; speculation |
| 252:6 – 253:20 | Lack of foundation; speculation |
| 255:6-14 | Lack of foundation; speculation |
| 255:23 – 256:23 | Lack of foundation; speculation |
| 256:24 – 258:25 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 258:6-19 | Lack of foundation; speculation |
| 259:1 – 281:6 | Lack of foundation; speculation; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 285:5 – 286:7 | Lack of foundation, speculation |
| 286:15 – 288:7 | Lack of foundation; speculation |
| 288:12 – 291:15 | Lack of foundation; speculation |
| 291:24 – 302:25 | Lack of foundation; speculation; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 303:8-21 | Lack of foundation; speculation; discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 316:6 – 317:24 | Lack of foundation; speculation |
| 318:17 – 320:20 | Lack of foundation; speculation |
| 321:15 – 322:7 | Lack of foundation; speculation |
| 347:4-7 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 349:12 – 350:18 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 356:1-15 | Lack of foundation; speculation; hearsay |

| | |
|---|---|
| 360:13 – 361:21 | Lack of foundation |

**2. Scott Vanderberg**

| Page / Line | Objection |
|---|---|
| 35:8-22 | Lack of foundation |
| 36:22 – 37:10 | Lack of foundation |
| 45:1-23 | Lack of foundation, speculation based on hearsay |
| 46:21-23 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 50:18-25 | Lack of foundation, speculation |
| 51:9-14 | Lack of foundation |
| 52:15-25 | Lack of foundation, hearsay |
| 53:20 – 54:8 | Foundation; hearsay |
| 55:1-21 | Lack of foundation |
| 56:15-57:16 | Lack of foundation, speculation |
| 57:20 – 58:8 | Lack of foundation, speculation |
| 59:4-13 | Lack of foundation, speculation |
| 60:4-18 | Lack of foundation, speculation |
| 64:25 – 65:15 | Lack of foundation, speculation |
| 68:2-23 | Lack of foundation, speculation |
| 69:2 – 70:10 | Lack of foundation, speculation |
| 72:11 – 73:1 | Lack of foundation, non-responsive |
| 73:2-19 | Hearsay |
| 76:3-13 | Lack of foundation, speculation |
| 76:14-19 | Lack of foundation |
| 77:20 – 78:11 | Lack of foundation |
| 82:6-18 | Lack of foundation |
| 82:19-24 | Hearsay |
| 83:12-22 | Foundation |
| 85:24 – 88:5 | Lack of Foundation; hearsay |
| 88:6-15 | Lack of foundation, speculation |
| 88:23 – 89:21 | Lack of foundation |
| 91:16 – 92:4 | Foundation; hearsay |
| 93:23-94:3 | Lack of foundation, speculation |
| 94:20 – 95:14 | Foundation; hearsay |
| 100:6-21 | Discusses exhibit which lacks foundation, contains hearsay and is cumulative, leading, lack of foundation |
| 101:23 – 102:11 | Lack of foundation, hearsay |
| 102:21 – 103:4 | Foundation |
| 104:19 – 105:4 | Lack of foundation |
| 106:4-9 | Lack of foundation, speculation |
| 132:10-18 | Foundation |
| 148:13-17 | Foundation |
| 280:22 – 281:3 | Foundation |
| 295:23 – 296:8 | Foundation |
| 297:10-19 | Foundation |
| 309:5-15 | Foundation |
| 310:13-20 | Foundation |

| | |
|---|---|
| 310:21 – 312:5 | Discusses exhibit which lacks foundation, contains hearsay, are more prejudicial than probative and are cumulative |

**3. Thad Palmer**

| Page / Line | Objection |
|---|---|
| 22:9 – 23:2 | Lack of foundation, discusses exhibit which lacks foundation, contains hearsay and is cumulative |
| 23:22 – 24:12 | Lack of foundation, hearsay, relevance, discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 42:6-23 | Mistates prior testimony, leading |
| 84:6 – 87:18 | Lack of foundation, relevance, discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 89:14-18 | Discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 95:10-21 | Lack of foundation; speculation |
| 95:22 – 96:10 | Hearsay, lack of foundation |
| 96:11 – 98:8 | Hearsay, lack of foundation, speculation, cumulative, more prejudicial than probative |
| 98:22 – 99:13 | Lack of foundation, speculation, hearsay, leading |
| 101:8 – 102:5 | Lack of foundation, hearsay, leading |
| 102:20 – 103:22 | Lack of foundation, hearsay |
| 103:23 – 107:18 | Lack of foundation |
| 111:17-20 | Lack of foundation, leading |
| 114:4-9 | Lack of foundation, speculation |
| 114:15-21 | Lack of foundation, speculation |
| 115:7-16 | Lack of foundation, speculation |
| 118:2-9 | Discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 118:14 – 119:12 | Discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 119:12 – 120:13 | Lack of foundation, discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 161:9 – 162:9 | Discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 164:22 – 165:9 | Mistates prior testimony, leading, foundation |
| 211:8-19 | Lack of foundation, hearsay |
| 211:20 – 212:2 | Lack of foundation |
| 221:7-21 | Lack of foundation, speculation, discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 255:19 – 256:2 | Leading |
| 263:25 – 264:11 | Leading |
| 265:5-13 | Leading, misstates the evidence, misstates prior testimony |
| 277:24 – 278:19 | Leading |
| 297:10-21 | Leading, speculation |
| 300:1-9 | Hearsay, leading |
| 300:15 – 301:2 | Leading |

| | |
|---|---|
| 313:5-24 | Leading |
| 314:11-24 | Leading |
| 319:1-16 | Leading, lack of foundation, speculation |
| 319:17-320:19 | Leading, lack of foundation, speculation |
| 320:21 – 321:5 | Leading, lack of foundation, speculation |
| 321:15 – 322:8 | Leading, misstates prior testimony |
| 323:23 – 324:9 | Leading |
| 325:10-23 | Leading, misstates prior testimony |
| 325:24 – 326:10 | Leading, misstates prior testimony |
| 379:1-10 | Discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 380:1-9 | Lack of foundation |
| 394:21 – 395:10 | Relevance, lack of foundation, discusses exhibit which lacks foundation, contains hearsay, is more prejudicial than probative and is cumulative |
| 419:2-25 | Lack of foundation |

Chris Craft also objects to any and all questions and answers which relate to, refer to or discuss any exhibit which is excluded on the basis of hearsay, foundation or relevance, including but not limited to the following Deposition Exhibits: 540, 545-547, 549, 554-556, 591, 783, 784, 788-796, 809-811. Moreover, Chris Craft reserves the right to designate excerpts of the foregoing depositions for purposes of rebuttal and/or impeachment evidence.

**BROWN & CARLSON, PA**

By: s/ G. John Veith

G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950

*Counsel for Fourth Party Defendant*
*Chris Craft Industrial Products, Inc.*

Dated: October 26, 2004