**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2004 I caused the following documents:

1. **Amended Proposed Deposition Testimony**
2. **Objections to Deposition Testimony**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Daniel A. Beckman
Leo I. Brisbois
Mark S. Brown
Jonathan M. Bye
Steve W. Gaskins
Mark A. Gwin
William D. Hull
Roger C. Justin
Jocelyn L. Knoll
Patrick D. Reilly
Rolf E. Sonnesyn

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: None.

I further certify that I caused the above-named documents to be filed with the court via mail and e-mail to the following judge who is hearing the motion:

U.S. District Court Judge Joan N. Ericksen.

**BROWN & CARLSON, PA**

By: s/ Samuel J. Glover________________
G. John Veith (#241519)
Samuel J. Glover (#327852)
5411 Circle Down Avenue
Suite 100
Minneapolis, MN 55416
763.591.9950

*Counsel for Fourth Party Defendant*
*Chris Craft Industrial Products, Inc.*

Dated: October 26, 2004.