# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Westfield Insurance Company, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-987 (JNE/JSM) |
| | ) | Date: October 27-28, 2004 |
| Weis Builders, Inc., et al., | ) | Court Reporter: |
| | ) | Time Commenced: 2:00 p.m. |
| Defendants. | ) | Time Concluded: 2:00 a.m. |
| | ) | Time in Court: 12 Hours & 0 Minutes |

Hearing on: **Settlement**

APPEARANCES:

Plaintiff: Multiple Parties
Defendant: Multiple Parties

PROCEEDINGS:

☒ Settlement reached. Terms stated on the record.

s/Katie Haagenson
Judicial Assistant