**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Westfield Insurance Company, Civil File No. 00-CV-987 JEL/JGL

Plaintiff,

vs.

Weis Builders, Inc., Promenade Village Townhomes, L.L.C., Healey Ramme Company, and Valley Forge Insurance Company, one of the CNA Companies,

Defendants, and

Weis Builders, Inc.,

Third Party Plaintiff,

vs.

Waterproofing By Experts, Inc., BRW Elness Architects, Inc., n/k/a Elness Swenson Graham Architects, Inc., Colloid Environmental Technologies Company, and J-Berd Mechanical Contractors, Inc.,

Third Party Defendants,

and

Colloid Environmental Technologies Company,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Chris Craft Industrial Products, Inc.,

Fourth Party Defendant,

and

J-Berd Mechanical Contractors, Inc.,

Third Party Defendant and
Fourth Party Plaintiff,

v.

Mikesh, Inc.,

Fourth Party Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that all of the claims, including all cross-claims, counter-claims, third-party, and fourth-party claims in the above-entitled action may be, and the same hereby are, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED,** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

**(SIGNATURES ON APPENDED PAGES)**

***This signature page shall be appended to and made a part of the Stipulation of Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 01/13/05

s/Rolf E. Sonnesyn
Rolf E. Sonnesyn (#131027)
TOMSCHE, SONNESYN & TOMSCHE, P.A.
610 Ottawa Avenue North
Minneapolis, Minnesota 55422
Telephone: (763) 521-4499
Fax: (763) 521-4482

Attorneys for Third Party Defendant and Fourth-Party Plaintiff J-Berd Mechanical Contractors, Inc.

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/22/04

s/Mark A. Gwin

Mark A. Gwin (#132217)
Andrea E. Reisbord
COUSINEAU, MCGUIRE & ANDERSON
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-1523

Attorneys for Plaintiff Westfield Insurance Company

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/16/04

s/Chad J. Stepan

Chad J. Stepan (#0279535)
MEAGHER & GEER
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Attorneys for Defendant and Third Party Plaintiff Weis Builders, Inc.

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

THIS PAGE LEFT INTENTIONALLY BLANK

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/26/04

s/Leo Bridbois
Robert T. Stich (#__________)
Leo Brisbois (#18262X)
STICH, ANGELL, KREIDLER, BROWNSON & BALLOU
250 Second Avenue South, Suite 120
Minneapolis, MN 55401

Attorneys for Third-Party Defendant Valley Forge Insurance Company

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/23/04

s/William D. Hull
William D. Hull (#47995)
COLEMAN, HULL & VAN VLIET, P.L.L.P.
8500 Normandale Lake Boulevard
Suite 2100
Minneapolis, MN 55437

Attorneys for Third-Party Defendant BRW Elness Architects, Inc. n/k/a Elness Swenson Graham Architects, Inc.

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/17/04

s/Daniel A. Beckman

Daniel A. Beckman (#192089)
GISLASON & HUNTER, L.L.P.
9900 Bren Road East
Suite 215E
Minnetonka, MN 55343-2297

Attorneys for Third-Party Defendant Waterproofing by Experts, Inc.

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/16/04

s/Mark S. Brown
Mark S. Brown (#226774)
IVERSON REUVERS, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

Attorneys for Third-Party Defendant Waterproofing by Experts, Inc.

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/22/04

s/G. John Veith
Mark G. Pryor (#177738)
G. John Veith (#241519)
BROWN & CARLSON
5411 Circle Down Avenue, Suite 100
Minneapolis, MN 55416

Attorneys for Fourth-Party Defendant Chris Craft Industrial Products, Inc.

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/16/04

s/Steven E. Rau

Steven W. Gaskins (#147643)
Steven E. Rau (#147990)
FLYNN & GASKINS, L.L.P.
333 South Seventh Street
2900 Metropolitan Centre
Minnetonka, MN 55402

Attorneys for Defendant Healey Ramme Company and Promenade Village Townhomes

***This signature page shall be appended to and made a part of the Stipulation for Dismissal With Prejudice for Promenade Village Townhomes, L.L.C., v. Weis Builders, Inc., at al. (Civil File No. 00-CV-987 JEL/JGL).***

Dated: 11/16/04

s/Patrick D. Reilly
Patrick D. Reilly (#90451)
ERSTAD & REIMER, P.A.
200 Riverview Office Tower
8009-34th Avenue South
Minnetonka, MN 55425

Attorneys for Third-Party Defendant and Fourth-Party Plaintiff Colloid Environmental Technologies Company