**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

CASE NUMBER: 00-CV-987 JNE/JSM

I hereby certify that on January 21, 2005, 1 caused the following documents:

1. Stipulation of Dismissal with Prejudice.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Rau
Flynn & Gaskins
Email: srau@flynngaskins.com

Leo I. Brisbois
Stich, Angell, Kreidler, et al.
Email: lbrisbois@stichlaw.com

Daniel A. Beckman
Gislason & Hunter, LLP
Email: dbeckman@gislason.com

Chad J. Stephan
Meagher & Geer
Email: cstepan@meagher.com

Roger C. Justin
Rinke-Noonan
Email: rjustin@rnoon.com

Mark A. Gwin
Cousineau, McGuire & Anderson, Chtd.
Email: mag@cousineaulaw.com

Dean B. Thompson
Fabyanske, Westra & Hart
Email: dthompson@fwhlaw.com

Mark S. Brown
Iverson Reuvers
Email: mbrown@iversonlaw.com

William D. Hull
Coleman, Hull & Van Vliet, PLLP
Email: wdhull@chvv.com

Patrick D. Reilly
Erstad & Reimer, P.A.
Email: preilly@erstad.com

G. John Veith
Brown & Carlson, P.A.
Email: jveith@brownandcarlson.com

Jonathan M. Bye
Lindquist & Vennum, P.L.L.P.
Email: jbye@lindquist.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brian Baumgartner
Baumgartner Law Office PLLC
3320 West Owasso Blvd.
Shoreview, MN 55126

I further certify that I caused to file the proposed order with the court via e-mail:

The Honorable Joan E. Ericksen
joanericksen_chambers@mnd.uscourts.gov

and caused a copy of the proposed order to be mailed by first class mail, postage paid, or via e-mail as noted to the following:

Brian Baumgartner
Baumgartner Law Office PLLC
3320 West Owasso Blvd.
Shoreview, MN 55126

Dated: 01/21/05

s/Rolf E. Sonnesyn
Rolf E. Sonnesyn (#131027)